# EXHIBIT A

```
02/17/2017                    Cabell County Circuit Clerk's Office                                    Page:    1
08:42:04                       Docket Entries for case CK-6-2017-C-38
                          Style: The City of Huntington
                                           v.
                              Amerisourceberger Drug Corporation, Cardinal Health, I +more
                          Judge: Judge Chris Chiles

Seq     Date        Description

  1 01/19/2017 Complaint: CIS, Complaint, sumns 30 cert ml & SOS
  2 01/26/2017 Amended Complaint: CIS, Amended complaint, Smmns(1) 10 days cert ml rec'd $20, Smmns(3) 10 days SOS rec'd $15
  3 01/27/2017 Other: ROS by SOS obo Cardinal Health 110 Inc. 1/24/17
  4 01/27/2017 Other: ROS by SOS obo McKesson Corp. 1/24/17
```

A copy, Teste:

*[signature]*

Circuit Clerk