## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

THE CITY OF HUNTINGTON,

    Plaintiff,

v.           CIVIL ACTION NO.   3:17-1362

AMERISOURCEBERGEN DRUG CORPORATION,
CARDINAL HEALTH INC.,
McKESSON CORPORATION and
GREGORY DONALD CHANEY, M.D.,

    Defendants.

## ORDER AND NOTICE

  Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the times by or on which certain events must occur:

03/15/17  Motions under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

03/27/17  Last day for Rule 26(f) meeting.

04/03/17  Last day to file report of Rule 26(f) meeting ─ See Scheduling Order Worksheet, available on the Court's website and at LR Civ P 16.1.

04/17/17  Scheduling/ status conference with the Court and lead counsel at **11:30 a.m.**, unless otherwise directed.   Be prepared to discuss the following:

  (a)  the discovery to be completed and the amount of time necessary for its completion;
  (b)  the further formulation and simplification of issues, including possible elimination of claims or defenses;
  (c)  the possibility of entering into stipulations regarding issues for trial;
  (d)  the possibility of obtaining admissions regarding facts and documents; and
  (e)  other matters that will assist the parties in reaching a final resolution of this matter.

04/24/17        Entry of scheduling order.

05/01/17        Last day to make FR Civ P 26(a)(1) disclosures.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636.   The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order and Notice to counsel of record and any unrepresented parties.

ENTER:        February 24, 2017

ROBERT C. CHAMBERS, CHIEF JUDGE