IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

THE CITY OF HUNTINGTON,

    Plaintiff,

v.

AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH INC., MCKESSON CORPORATION and GREGORY DONALD CHANEY, M.D.,

    Defendants.

Civil Action No. 3:17-cv-01362
(Judge Robert C. Chambers)

## DEFENDANT CARDINAL HEALTH, INC.'S CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cardinal Health Inc. ("Cardinal Health") makes the following disclosure:

1. Cardinal Health is a non-governmental corporate party.

2. Cardinal Health is not a subsidiary and has no parent company.

3. Cardinal Health is a publicly traded company. No publicly traded company owns ten percent (10%) or more of Cardinal Health's stock.

Undersigned counsel for Cardinal Health understands that under Federal Rule of Civil Procedure 7.1, Cardinal Health must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated this the 24th day of February, 2017.

Respectfully submitted,

**CARDINAL HEALTH, INC.**

**By Counsel,**

/s/Susan M. Robinson
Susan M. Robinson (WVSB #5169)
Robert H. Akers (WVSB #9622)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV  25301
Tel:  304.414.1800
Fax: 304.414.1801
E-Mail: srobinson@tcspllc.cm
rakers@tcspllc.com

And

Enu Mainigi (*pro hac vice* forthcoming)
F. Lane Heard (*pro hac vice* forthcoming)
Steven M. Pyser (*pro hac vice* forthcoming)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel: 202.434.5000
Fax: 202.434.5029
E-Mail:  emainigi@wc.com
lheard@wc.com
spyser@wc.com

And

James R. Wooley (*pro hac vice* forthcoming)
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Tel: 216.586.3939
Fax: 216.572.1212
E-Mail:  jrwooley@jonesday.com

And

Elizabeth P. Kessler (*pro hac vice* forthcoming)
JONES DAY
325 John H. McConnell Blvd.
Columbus, OH 43215
Tel: 614.281.3852
Fax: 614.461.4198
E-Mail: ekessler@jonesday.com
*Counsel for Cardinal Health, Inc*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of February, 2017, I served DEFENDANT CARDINAL HEALTH, INC.'S CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1 to be electronically filed with the Clerk of the United States District Court for the Southern District of West Virginia, using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

    Charles R. "Rusty" Webb (WVSB #4782)
    The Webb Law Centre, PLLC
    716 Lee Street, East
    Charleston, WV  25301
      *Counsel for Plaintiff*

    A. L. Emch (WVSB #1125)
    Adam J. Schwendeman (WVSB #11989)
    JACKSON KELLY PLLC
    500 Lee Street East, Suite 1600
    Charleston, West Virginia 25301
      *Counsel for AmerisourceBergen Drug Corporation*

    Jeffrey M. Wakefield (WVSB #3894)
    FLAHERTY SENSABAUGH & BONASSO PLLC
    P.O. Box 3843
    Charleston, WV  25338
      *Counsel for McKesson Corporation*

    Gregory D. Chaney, M.D.
    1426 Spring Brook Road
    Kenova, WV  25530
      *Defendant*

    /s/Susan M. Robinson
    Susan M. Robinson (WVSB #5169)
    Robert H. Akers (WVSB #9622)
    THOMAS COMBS & SPANN, PLLC
    300 Summers Street, Suite 1380
    Charleston, WV  25301