# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>       Plaintiff,<br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH INC., MCKESSON CORPORATION, and GREGORY DONALD CHANEY, M.D.,<br>       Defendants. | Civil Action No. 3:17-cv-01362<br>Judge: Judge Robert C. Chambers |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of Defendant AmerisourceBergen Drug Corporation ("ABDC") pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. ABDC identifies the following companies as either parent corporations or a publicly held corporation that owns 10% or more of its stock:

1. AmerisourceBergen Corporation
   (a Delaware Corporation)
   1300 Morris Drive
   Suite 100
   Chesterbrook, PA 19807-5594

2. AmerisourceBergen Services Corporation
   (a Delaware Corporation)
   1300 Morris Drive
   Suite 100
   Chesterbrook, PA 19807-5594

A supplemental disclosure statement will be filed upon any change in the information provided herein.

NAI-1502391954v2

Dated this the 24th day of February, 2017.

Respectfully submitted,

**AMERISOURCEBERGEN DRUG CORPORATION**

**By Counsel,**

s/Adam J. Schwendeman
A. L. Emch (WV SB# 1125)
aemch@jacksonkelly.com
Adam J. Schwendeman (WV SB# 11989)
aschwendeman@jacksonkelly.com
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O Box 553
Charleston, West Virginia 25322
Telephone (304) 340-1000
Facsimile (304) 340-1130

and

Meredith S. Auten, Esquire (*pro hac vice* application to be filed)
meredith.auten@morganlewis.com
Eric W. Sitarchuk, Esquire (*pro hac vice* application to be filed)
eric.sitarchuk@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

*Counsel for AmerisourceBergen Drug Corporation*