USDC/ATTY-010 | F R Civ P 7.1 (12/06)  Disclosure of Corporate Affiliations and Financial Interest

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

**THE CITY OF HUNTINGTON**

**V.**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.**

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

**CASE NUMBER** 3:17-cv-01362

Pursuant to F R Civ P 7.1, any nongovernmental corporate party to an action or proceeding in a district court must: 1) identify any parent corporation and any publicly held corporation that owns ten percent or more of its stock; or 2) must state that there is no such corporation.

Name of party: McKesson Corporation

Check all that apply:

[✓] I certify, as party/counsel in this case, that the above named party is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

[ ] The following corporate affiliations exist with the above named party :

Parent corporation/affiliate name: _____
Relationship with named party: _____

[ ] The following corporation, unincorporated association, partnership, or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Parent corporation/affiliate name: _____
Nature of financial interest: _____

Parent corporation/affiliate name: _____
Nature of financial interest: _____

Date: February 27, 2017

/s/ Jeffrey M. Wakefield

Jeffrey M. Wakefield (WVSB #3894)
Flaherty Sensabaugh Bonasso PLLC
P.O. Box 3843
Charleston, WV 25338
Telephone: (304) 345-0200
Facsimile:  (304) 345-0260
JWakefield@flahertylegal.com