USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6   Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA

### AT  HUNTINGTON

THE CITY OF HUNTINGTON

**V.**

AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH INC.,
MCKESSON CORPORATION AND
GREGORY DONALD CHANEY, M.D.

**STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL**

**CIVIL ACTION  NUMBER 3:17-cv-01362**

| | |
|---|---|
| F. Lane Heard III, Williams & Connolly LLP | 291724 |
| *Name of Visiting Attorney and firm name* | *Bar ID number* |

Cardinal Health, Inc.

*Name of party represented*

District of Columbia Court of Appeals
430 E. Street, NW, Room 123
Washington, DC  20001

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

725 Twelfth Street, NW
Washington, DC 20005

*Visiting Attorney's office address*

| | | |
|---|---|---|
| 202.434.5000 | 202.434.5029 | lheard@wc.com |
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |

| | |
|---|---|
| Susan M. Robinson
Thomas Combs & Spann, PLLC | WV 5169 |
| *Name of Sponsoring Attorney and firm name* | *WV Bar ID number* |

300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV  25338

*Sponsoring Attorney's office address*

| | | |
|---|---|---|
| 304.414.1800 | 304.414.1801 | srobinson@tcspllc.com |
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  **Statement of Visiting Attorney and Designation of Local Counsel**

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony.  I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 2/27/2017 | /s/F. Lane Heard III |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar,  and I am a member of the bar of this Court.  I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia.   I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| 02/27/2017 | /s/Susan M. Robinson |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

## ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative  Procedures for Electronic Case Filing in  the  SDWV** for guidance. Specific  requirements regarding logins and passwords and the registration process may be found at **Section 6.  Login and Password; Registration**.