IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>       Plaintiff,<br>   v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH INC., MCKESSON CORPORATION, and GREGORY DONALD CHANEY, M.D.,<br>       Defendants. | Civil Action No. 3:17-cv-01362<br>Judge Robert C. Chambers |

## **CARDINAL HEALTH INC.'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Cardinal Health 110, LLC ("Cardinal Health"), improperly named in this matter as "Cardinal Health Inc."[1] respectfully moves this Court for dismissal of Plaintiff's Complaint and Amended Complaint for failure to state a claim upon which relief can be granted.[2] The reasons supporting Cardinal

---

[1] In this Motion and the accompanying memorandum, Cardinal Health 110, LLC refers to itself as "Cardinal Health."

[2] On January 26, 2017, Plaintiff filed an Amended Complaint, but did not serve it on Cardinal Health. The reasons supporting the dismissal of Plaintiff's claims, as set forth in the accompanying memorandum, are the same as to both the initial Complaint and the Amended Complaint. Accordingly, Cardinal Health requests dismissal of Plaintiff's action in its entirety, including the Amended Complaint, as well as the initial Complaint.

Health's motion are set forth in the accompanying supporting memorandum, supported by the exhibit attached hereto, pursuant to Local Rule 7.1. *See* Exhibit A, Complaint, *State ex rel. Morrisey, et al. v. Cardinal Health, Inc.*, No. 12-C-140 (Boone Cty. Cir. Ct. June 26, 2012). Cardinal Health also hereby incorporates by reference the arguments set forth in AmerisourceBergen Drug Corp.'s Motion to Dismiss.

Dated this the 2nd day of March, 2017.

Respectfully submitted,

**CARDINAL HEALTH, INC.**

**By Counsel,**

/s/ Susan M. Robinson
Susan M. Robinson (WVSB #5169)
srobinson@tcspllc.com
Robert H. Akers (WVSB #9622)
rakers@tcspllc.com
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301
Telephone: (304) 414-1800
Facsimile: (304) 414-1801

Enu Mainigi (*pro hac vice* application filed)
emainigi@wc.com
F. Lane Heard (*pro hac vice* application filed)
lheard@wc.com
Steven M. Pyser (*pro hac vice* application filed)
spyser@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

And

James R. Wooley (*pro hac vice* application filed)
jrwooley@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 572-1212

Elizabeth P. Kessler (*pro hac vice* application filed)
ekessler@jonesday.com
JONES DAY
325 John H. McConnell Blvd.
Columbus, OH 43215
Telephone: (614) 281-3852
Facsimile: (614) 461-4198

*Counsel for Cardinal Health 110, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March, 2017, I served CARDINAL HEALTH INC.'S MOTION TO DISMISS electronically filed with the Clerk of the United States District Court for the Southern District of West Virginia, using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

        Charles R. "Rusty" Webb (WVSB #4782)
        The Webb Law Centre, PLLC
        716 Lee Street, East
        Charleston, WV  25301
          *Counsel for Plaintiff*

        A. L. Emch (WVSB #1125)
        Adam J. Schwendeman (WVSB #11989)
        JACKSON KELLY PLLC
        500 Lee Street East, Suite 1600
        Charleston, West Virginia 25301
          *Counsel for AmerisourceBergen Drug Corporation*

        Jeffrey M. Wakefield (WVSB #3894)
        FLAHERTY SENSABAUGH & BONASSO PLLC
        P.O. Box 3843
        Charleston, WV  25338
          *Counsel for McKesson Corporation*

        Gregory D. Chaney, M.D.
        1426 Spring Brook Road
        Kenova, WV  25530
          *Defendant*

        /s/Susan M. Robinson
        Susan M. Robinson (WVSB #5169)
        Robert H. Akers (WVSB #9622)
        THOMAS COMBS & SPANN, PLLC
        300 Summers Street, Suite 1380
        Charleston, WV  25301