UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

THE CITY OF HUNTINGTON,

          Plaintiff,

v.                                                        Case No: 3:17-cv-01362
                                                                    Judge Robert C. Chambers

AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH INC, and
MCKESSON CORPORATION,
GREGORY DONALD CHANEY, M.D.,

          Defendants.

## MOTION TO REMAND

Plaintiff, the city of Huntington County, moves to remand this matter to state court because federal subject matter jurisdiction is lacking. Defendants' removal on the basis of fraudulent misjoinder, a particularly obscure species of fraudulent joinder jurisprudence, is improper. The theory has yet to be adopted by the Fourth Circuit Court of Appeals (or by any other Circuit Court of Appeals for that matter, outside of the Eleventh Circuit, where it was invented). The theory suffers from numerous issues of application, resulting in a multitude of burgeoning split in authority regarding its adoption and application. Its use necessary implicates significant issues of federalism and judicial restraint. For these reasons, this Court should reject the doctrine *in toto*. Nonetheless, should the Court choose to acknowledge the theory, it requires allegation and proof of "egregious" misjoinder. Defendants have neither alleged egregious misjoinder nor is it present. Moreover, even if the Court were to accept the fraudulent misjoinder theory while simultaneously rejecting the egregiousness requirement, this matter should still be remanded as the claims against non-diverse defendant Dr. Chaney

are properly joined, under either West Virginia or federal law.

                                          Respectfully submitted,
                                          **THE CITY OF HUNTINGTON**,
                                          By Counsel,

s/Charles R. "Rusty" Webb_____
CHARLES R. "RUSTY" WEBB (WVSB No.: 4782)
The Webb Law Centre, PLLC
716 Lee Street, East
Charleston, West Virginia  25301
(304) 344-9322 - *telephone*
(304) 344-1157 – *facsimile*
rusty@rustywebb.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

THE CITY OF HUNTINGTON,
        Plaintiff,

v.                                                       Case No: 3:17-cv-01362
                                                          Judge Robert C. Chambers

AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH INC, and
MCKESSON CORPORATION,
GREGORY DONALD CHANEY, M.D.,

        Defendants.

### CERTIFICATE OF SERVICE

      I, Charles R. Webb, counsel for Plaintiff, the City of Huntington, do hereby certify service that on March 15, 2017, I served the forgoing *Motion to Remand* upon the parties hereto by filing a true copy thereof *via* ECF to the following counsel of record:

A. L. Emch, Esquire
Adam J. Schwendeman, Esquire Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P. O. Box 553 Charleston, West Virginia 25322

Eric W. Sitarchuk, Esquire
Meridith S. Auten, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

*Counsel for AmerisourceBergen Drug Corp.*

Susan M. Robinson, Esquire
Robert H. Akers, Esquire
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301


Enu Mainigi, Esquire *(Pro Hac Vice)*
F. Lanc Heard, Esquire
Steven M. Pyser, Esquire

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

James R. Wooley, Esquire *(Pro Hac Vice)*
Jones Day
North Point - 901 Lakeside Avenue
Cleveland, OH 44114

Elizabeth P. Kessler, Esquire *(Pro Hac Vice)*
Jones Day
325 John H. McConnell Blvd.
Columbus, OH 43215

*Counsel for Cardinal Health, Inc.*

Jeffrey M. Wakefield , Esquire
Flaherty Sensabaugh Bonasso. PLLC
P. O. Box 3843
Charleston, WV 25338-3843

Geoffrey Hobart, Esquire
Matthew Benov, Esquire
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

*Counsel for McKesson Corporation*

s/Charles R. "Rusty" Webb_____
CHARLES R. "RUSTY" WEBB (WVSB No.: 4782)
The Webb Law Centre, PLLC
716 Lee Street, East
Charleston, West Virginia  25301
(304) 344-9322 - *telephone*
(304) 344-1157 – *facsimile*
rusty@rustywebb.com