IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                          Civil Action No. 3:17-cv-01362
                                            (Judge Chambers)

**AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH
INC., MCKESSON CORPORATION and
GREGORY DONALD CHANEY, M.D.,**

    Defendants.

### DEFENDANT MCKESSON CORPORATION'S MOTION FOR
### JUDGMENT ON THE PLEADINGS

    Defendant, McKesson Corporation ["McKesson"], by counsel, respectfully moves, pursuant to Fed R. Civ. P. 12(c), for judgment on the pleadings dismissing the Complaint of Plaintiff, The City of Huntington, as to McKesson.

    As set forth more fully in the accompanying memorandum of law, Plaintiff's Complaint fails to state a legal claim against McKesson upon which relief can be granted.

    WHEREFORE, Defendant, McKesson Corporation, respectfully requests the Court to GRANT its motion and to ORDER that the Complaint of Plaintiff, The City of Huntington, be DISMISSED as to McKesson with prejudice.

                                                                 MCKESSON CORPORATION
                                                                 By Counsel

  /s/Jeffrey M. Wakefield
Jeffrey M. Wakefield (WV Bar #3894)
Flaherty Sensabaugh Bonasso PLLC
P. O. Box 3843
Charleston, WV  25338-3843
304.345.0200
304.345-0260 (fax)
JWakefield@flahertylegal.com
*Counsel for McKesson Corporation*

*and*

1

Geoffrey Hobart, Esquire (*Pro hac vice* application to be filed)
Matthew Benov, Esquire (*Pro hac vice* application to be filed)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
ghobart@cov.com
mbenov@cov.com
Co- *Counsel for McKesson Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                                       Civil Action No. 3:17-cv-01362
                                                         (Judge Chambers)

**AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH
INC., MCKESSON CORPORATION and
GREGORY DONALD CHANEY, M.D.,**

    Defendants.

## CERTIFICATE OF SERVICE

    I, Jeffrey M. Wakefield, Esquire, do hereby certify that on the 15th day of March, 2017, I served the foregoing **"DEFENDANT MCKESSON CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS"** upon the parties hereto by depositing a true copy thereof via ECF to the following counsel of record:

Charles R. Webb, Esquire
The Webb Law Centre
716 Lee Street, East
Charleston, WV 25301
***Counsel for Plaintiffs***

A. L. Emch, Esquire
Adam J. Schwendeman, Esquire
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P. O. Box 553
Charleston, West Virginia 25322

Eric W. Sitarchuk, Esquire
Meridith S. Auten, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
***Counsel for AmerisourceBergen Drug Corp.***

Susan M. Robinson, Esquire
Robert H. Akers, Esquire
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301

Enu Mainigi, Esquire *(Pro Hac Vice)*
F. Lanc Heard, Esquire
Steven M. Pyser, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

James R. Wooley, Esquire *(Pro Hac Vice)*
Jones Day
North Point - 901 Lakeside Avenue
Cleveland, OH 44114

Elizabeth P. Kessler, Esquire *(Pro Hac Vice)*
Jones Day
325 John H. McConnell Blvd.
Columbus, OH 43215
***Counsel for Cardinal Health, Inc.***


   /s/Jeffrey M. Wakefield
Jeffrey M. Wakefield (WV Bar #3894)