UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**THE CITY OF HUNTINGTON,**

            **Plaintiff,**

v.                                              Case No: 3:17-cv-01362
                                               Judge Robert C. Chambers

**AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH INC, and
MCKESSON CORPORATION,
GREGORY DONALD CHANEY, M.D.,**

            **Defendants.**

## MOTION TO STAY RESPONSE DEADLINE TO MOTIONS TO DISMISS, MOTION FOR JUDGMENT ON THE PLEADINGS AND OTHER PENDING CASE MANAGEMENT DEADLINES

Plaintiff, The City of Huntington, moves to temporarily stay, or, in the alternative, to extend, the deadlines for filing responses to the pending motions to dismiss and motion for judgment on the pleadings (ECF Nos. 13, 15, and 20), as well as the deadlines set in the Court's Order and Notice regarding the Rule 26(f) meeting and report (ECF No. 3), pending resolution of Plaintiff's motion to remand.

This matter was removed to this Court on February 23, 2017. (ECF No. 1). On March 2, 2017, Defendants filed their motions to dismiss. (ECF Nos. 13 and 15). Plaintiff's responses to these motions are thus due on March 16, 2017. On February 24, 2017, the Court issued its Order and Notice, setting forth various deadlines related to the Rule 26(f) meeting and report. (ECF No. 3). However, Plaintiff filed a motion to remand this matter to state court on this day March 15, 2017, prior to the 30 day deadline imposed by 28 U.S.C. § 1447(c). Until the Court has determined whether federal jurisdiction is proper, Plaintiff asserts that extended

motion practice and Rule 26(f) practice will be an inefficient use of the Court's, and Parties', limited resources. For instance, should the matter be returned to state court, any schedule agreed to in this forum would likely be rendered a nullity. Moreover, numerous courts in this District have found that "it is ordinarily improper to resolve the motions to dismiss before deciding [a] motion to remand." *McCoy v. Norfolk S. Ry. Co.*, 858 F. Supp. 2d 639, 642 (S.D.W. Va. 2012); *see also, e.g.*, *Ball v. CSX Transp., Inc.*, CIV.A. 3:14-13369, 2014 WL 1874560, at *2 (S.D.W. Va. May 9, 2014) ("In a given case, a court should resolve a motion to remand before turning to resolution of a motion to dismiss."); *Bilmar Ltd. P'ship v. Prima Mktg., LLC*, CIV.A. 2:13-14391, 2013 WL 6195722, at *1 (S.D.W. Va. Nov. 27, 2013) ("Before the court may consider the merits of the motions to dismiss, it must first resolve the jurisdictional question posed by the motion to remand."). Because the Court should consider the motion to remand first, Plaintiff asserts that briefing on the motions to dismiss should be delayed.

Accordingly, Plaintiff requests the Court to stay, or extend, the deadlines to respond to the pending motions to dismiss, motion for judgment on the pleadings and the Rule 26(f) related deadlines, until Plaintiff's forthcoming motion to remand has been ruled upon.

> Respectfully submitted,
> **THE CITY OF HUNTINGTON**,
> By Counsel,

s/Charles R. "Rusty" Webb_____
CHARLES R. "RUSTY" WEBB (WVSB No.: 4782)
The Webb Law Centre, PLLC
716 Lee Street, East
Charleston, West Virginia  25301
(304) 344-9322 - *telephone*
(304) 344-1157 – *facsimile*
rusty@rustywebb.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**THE CITY OF HUNTINGTON,**

               **Plaintiff,**

v.                                          **Case No: 3:17-cv-01362**
                                               **Judge Robert C. Chambers**

**AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH INC, and
MCKESSON CORPORATION,
GREGORY DONALD CHANEY, M.D.,**

               **Defendants.**

## CERTIFICATE OF SERVICE

I, Charles R. Webb, counsel for Plaintiff, the City of Huntington, do hereby certify service that on March 15, 2017, I served the forgoing ***MOTION TO STAY RESPONSE DEADLINE TO MOTIONS TO DISMISS, MOTION FOR JUDGMENT ON THE PLEADINGS AND OTHER PENDING CASE MANAGEMENT DEADLINES*** upon the parties hereto by filing a true copy thereof *via* ECF to the following counsel of record:

A. L. Emch, Esquire
Adam J. Schwendeman, Esquire Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P. O. Box 553 Charleston, West Virginia 25322

Eric W. Sitarchuk, Esquire
Meridith S. Auten, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

*Counsel for AmerisourceBergen Drug Corp.*

Susan M. Robinson, Esquire
Robert H. Akers, Esquire
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301

Enu Mainigi, Esquire *(Pro Hac Vice)*
F. Lanc Heard, Esquire
Steven M. Pyser, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

James R. Wooley, Esquire *(Pro Hac Vice)*
Jones Day
North Point - 901 Lakeside Avenue
Cleveland, OH 44114

Elizabeth P. Kessler, Esquire *(Pro Hac Vice)*
Jones Day
325 John H. McConnell Blvd.
Columbus, OH 43215

*Counsel for Cardinal Health, Inc.*

Jeffrey M. Wakefield , Esquire
Flaherty Sensabaugh Bonasso. PLLC
P. O. Box 3843
Charleston, WV 25338-3843

Geoffrey Hobart, Esquire
Matthew Benov, Esquire
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

*Counsel for McKesson Corporation*

        s/Charles R. "Rusty" Webb_____
        CHARLES R. "RUSTY" WEBB (WVSB No.: 4782)
        The Webb Law Centre, PLLC
        716 Lee Street, East
        Charleston, West Virginia  25301
        (304) 344-9322 - *telephone*
        (304) 344-1157 – *facsimile*
        rusty@rustywebb.com