UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

**THE CITY OF HUNTINGTON,**

      **Plaintiff,**

v.                                                       **CIVIL ACTION 3:17-cv-01362**

**AMERISOURCEBERGEN DRUG CORPORATION et al**

      **Defendants.**

## O R D E R

For reasons appearing to the Court, this action is hereby **REASSIGNED** from the docket of the Honorable Robert C. Chambers, United States District Judge, to the docket of the Honorable David A. Faber, United States District Judge, for all further proceedings.

The Clerk is directed to forward copies of this order to Judge Chambers, Judge Faber, all counsel of record, and any unrepresented party.

DATED:  April 5, 2017

*Teresa L. Deppner*
TERESA L. DEPPNER
Clerk of Court