UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                               CIVIL ACTION NO. 3:17-cv-01362

AMERISOURCEBERGEN DRUG
CORPORATION., et al.,

    Defendants.

**ORDER**

    For reasons appearing to the Court, the referral of this civil action for discovery matters is transferred from the Honorable Cheryl A. Eifert, United States Magistrate Judge, to the Honorable Omar J. Aboulhosn, United States Magistrate Judge.

    Copies of this Order shall be forwarded by the Clerk to Magistrate Judge Eifert, Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

    DATED: April 24, 2017

    TERESA L. DEPPNER
    Clerk of Court