```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE COUNTY COMMISSION OF**
**MCDOWELL COUNTY,**

    **Plaintiff,**

**v.**                                       **CIVIL ACTION NO. 1:17-00946**

**MCKESSON CORPORATION, et al.,**

    **Defendants.**

**and**

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                       **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

    **Defendants.**

## ORDER

By Order entered on April 26, 2017, the court scheduled a status conference for May 2, 2017, at 11:00 a.m., in Charleston in the following cases that have issues similar to the ones presented herein: 2:17CV01666, 3:17CV01665, 2:17CV01957, 3:17CV01962, 2:17CV02028, 2:17CV02296, and 5:17CV02311. If counsel in the above-captioned cases wish to participate in the status conference, they are invited to do so.

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 27th day of April, 2017.

                ENTER:

                *David A. Faber* (signature)
                David A. Faber
                Senior United States District Judge