IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

THE CITY OF HUNTINGTON,

      Plaintiff,

  v.

AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH
INC., MCKESSON CORPORATION and
GREGORY DONALD CHANEY, M.D.,

      Defendants.

Civil Action No. 3:17-cv-01362
(Judge David A. Faber)

## ORDER GRANTING
## MOTION OF ELIZABETH P. KESSLER
## TO WITHDRAW APPEARANCE
## ON BEHALF OF CARDINAL HEALTH, INC.

Pending is the Motion of Elizabeth P. Kessler to Withdraw Appearance on Behalf of Cardinal Health, Inc. in the above-referenced matter. Upon consideration, the Court hereby GRANTS the Motion of Elizabeth P. Kessler to Withdraw Appearance on Behalf of Cardinal Health, Inc.

The Clerk is directed to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2107

_____
Honorable David A. Faber