IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

THE CITY OF HUNTINGTON,

      Plaintiff,

    v.

AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH
INC., MCKESSON CORPORATION and
GREGORY DONALD CHANEY, M.D.,

      Defendants.

Civil Action No. 3:17-cv-01362
(Judge David A. Faber)

## MOTION OF JAMES R. WOOLEY
## TO WITHDRAW APPEARANCE
## ON BEHALF OF CARDINAL HEALTH, INC.

COMES NOW James R. Wooley of the law firm of Jones Day and hereby requests this Court to withdraw his appearance for Defendant Cardinal Health, Inc. in the above-referenced matter. In support of said Motion, James R. Wooley submits:

1. Mr. Wooley filed his Statement for Visiting Attorney for *Pro Hac Vice* admission under Local Rule of Civil Procedure 83.6 on February 27, 2017 [Dkt. 11].

2. Mr. Wooley moves this Court to withdraw his appearance as counsel for Defendant Cardinal Health, Inc. under Local Rule of Civil Procedure 83.4.

3. In accordance with Local Rule of Civil Procedure 83.3, Defendant Cardinal Health, Inc. will continue to be represented by Susan M. Robinson, Robert H. Akers, and the law firm of Thomas Combs & Spann, PPLC, as well as Enu Abhilasha Mainigi, F. Lane Heard, III, Steven M. Pyser, and the law firm of Williams & Connolly LLP, after Mr. Wooley's appearance is withdrawn.

WHEREFORE, James R. Wooley of the law firm of Jones Day hereby requests this Court to withdraw his *pro hac vice* appearance for Defendant Cardinal Health, Inc.

Dated this the 11th day of May, 2017.

>Respectfully submitted,
>
>**CARDINAL HEALTH, INC.**
>
>**By Counsel,**
>
>/s/Susan M. Robinson
>Susan M. Robinson (WVSB #5169)
>Robert H. Akers (WVSB #9622)
>THOMAS COMBS & SPANN, PLLC
>300 Summers Street, Suite 1380
>Charleston, WV  25301
>Tel:  304.414.1800
>Fax: 304.414.1801
>E-Mail: srobinson@tcspllc.cm
>rakers@tcspllc.com
>
>And
>
>/s/James R. Wooley
>James R. Wooley (admitted *pro hac vice*)
>JONES DAY
>901 Lakeside Avenue
>Cleveland, OH 44114
>Tel: 216.586.3939
>Fax: 216.572.1212
>E-Mail:  jrwooley@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2017, I served the **MOTION OF JAMES R. WOOLEY TO WITHDRAW *PRO HAC VICE* APPEARANCE ON BEHALF OF CARDINAL HEALTH, INC.** to be electronically filed with the Clerk of the United States District Court for the Southern District of West Virginia, using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Charles R. "Rusty" Webb (WVSB #4782)
The Webb Law Centre, PLLC
716 Lee Street, East
Charleston, WV 25301
  *Counsel for Plaintiff*

A. L. Emch (WVSB #1125)
Adam J. Schwendeman (WVSB #11989)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, West Virginia 25301
  *Counsel for AmerisourceBergen Drug Corporation*

Eric W. Sitarchuk (*admitted pro hac vice*)
Meredith S. Auten (*admitted pro hac vice*)
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
  *Counsel for AmerisourceBergen Drug Corporation*

Jeffrey M. Wakefield (WVSB #3894)
FLAHERTY SENSABAUGH & BONASSO PLLC
P.O. Box 3843
Charleston, WV 25338
  *Counsel for McKesson Corporation*

Geoffrey Hobart (*admitted pro hac vice*)
Matthew Benow (*admitted pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
  *Counsel for McKesson Corporation*

/s/Susan M. Robinson
Susan M. Robinson (WVSB #5169)
Robert H. Akers (WVSB #9622)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV  25301