## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## BLUEFIELD DIVISION

**THE CITY OF HUNTINGTON,**

            **Plaintiff,**

v.                                                                                    Case No: 3:17-cv-01362

**AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH INC, and MCKESSON CORPORATION,**
**GREGORY DONALD CHANEY, M.D.,**

            **Defendants.**

### ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, The City of Huntington, pursuant to Rule 41(a)(2) of the *Federal Rules of Civil Procedure*, to dismiss, without prejudice, all claims in this matter against Amerisourcebergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation and Gregory Donald Chaney, M.D.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action, without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, The City of Huntington, be dismissed without prejudice against Amerisourcebergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation and Gregory Donald Chaney, M.D., with each party to bear its own costs.

This, the _____ day of _____, 2017.

                                                              _____
                                                               United States District Court Judge