UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

THE CITY OF HUNTINGTON,

               **Plaintiff,**

v.                                                    Case No: 3:17-cv-01362

AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH INC, and
MCKESSON CORPORATION,
GREGORY DONALD CHANEY, M.D.,

               **Defendants.**

### NOTICE OF WITHDRAW OF
### PLAINTIFF'S MOTION TO DISMISS PURSUANT TO RULE 41(A)(2)
### OF THE FEDERAL RULES OF CIVIL PROCEDURE

Comes now the Plaintiff, The City of Huntington, by and though counsel, gives notice that the Plaintiff hereby withdraws the previously filed *Motion to Dismiss Pursuant to Rule 41 (a)(2)*. The Plaintiff no longer wishes to pursue dismissal of this matter.

**WHEREFORE**, for the forgoing reasons, the Plaintiff, The City of Huntington respectfully requests that this Court permit it to withdraw its *Motion to Dismiss Pursuant to Rule 41 (a)(2)* and for such further relief as this Court deems necessary.

                                                    Respectfully submitted,
                                                    **THE CITY OF HUNTINGTON,**
                                                    By Counsel,

s/Charles R. "Rusty" Webb
CHARLES R. "RUSTY" WEBB (WVSB No.: 4782)
The Webb Law Centre, PLLC
716 Lee Street, East
Charleston, West Virginia 25301
(304) 344-9322 – *telephone*
(304) 344-1157 – *facsimile*
rusty@rustywebb.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

THE CITY OF HUNTINGTON,

    Plaintiff,

v.

Case No: 3:17-cv-01362

AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH INC, and
MCKESSON CORPORATION,
GREGORY DONALD CHANEY, M.D.,

    Defendants.

### CERTIFICATE OF SERVICE

I, Charles R. Webb, counsel for Plaintiff, the City of Huntington, do hereby certify service that on July 24, 2017, I served the forgoing **NOTICE OF WITHDRAW OF PLAINTIFF'S MOTION TO DISMISS UNDER RULE 41(A)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE** upon the parties hereto by filing a true copy thereof *via* ECF to the following counsel of record:

A. L. Emch, Esquire
Adam J. Schwendeman, Esquire Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P. O. Box 553 Charleston, West Virginia 25322

Eric W. Sitarchuk, Esquire
Meridith S. Auten, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

*Counsel for AmerisourceBergen Drug Corp.*

Susan M. Robinson, Esquire
Robert H. Akers, Esquire
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
Charleston, WV 25301

Enu Mainigi, Esquire *(Pro Hac Vice)*
F. Lane Heard, Esquire
Steven M. Pyser, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

James R. Wooley, Esquire *(Pro Hac Vice)*
Jones Day
North Point - 901 Lakeside Avenue
Cleveland, OH 44114

Elizabeth P. Kessler, Esquire *(Pro Hac Vice)*
Jones Day
325 John H. McConnell Blvd.
Columbus, OH 43215

***Counsel for Cardinal Health, Inc.***

Jeffrey M. Wakefield, Esquire
Flaherty Sensabaugh Bonasso. PLLC
P. O. Box 3843
Charleston, WV 25338-3843

Geoffrey Hobart, Esquire
Matthew Benov, Esquire
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

***Counsel for McKesson Corporation***

s/Charles R. "Rusty" Webb
CHARLES R. "RUSTY" WEBB (WVSB No.: 4782)
The Webb Law Centre, PLLC
716 Lee Street, East
Charleston, West Virginia 25301
(304) 344-9322 - *telephone*
(304) 344-1157 – *facsimile*
rusty@rustywebb.com