IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

v.                              CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

ORDER

Pending before the court are motions to withdraw as counsel for defendant Cardinal Health, Inc. filed by Elizabeth P. Kessler and James R. Wooley of the Jones Day law firm.  (ECF Nos. 29 and 30).  For good cause shown, those motions to withdraw as counsel are **GRANTED**.

The Clerk is directed to send copies of this Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 25th day of July, 2017.

                ENTER:

                */s/ David A. Faber*
                David A. Faber
                Senior United States District Judge