```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      HUNTINGTON DIVISION
```

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.            CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

## ORDER

On July 20, 2017, plaintiff filed a motion for voluntary dismissal of its complaint, pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 34). On July 24, 2017, plaintiff moved to withdraw its motion to dismiss. (ECF No. 35). Plaintiff's motion to withdraw is **GRANTED** and the motion to dismiss is **DENIED** as moot.

The Clerk is directed to send copies of this Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 25th day of July, 2017.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge