**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**THE CITY OF HUNTINGTON,**
           **Plaintiff,**

     **v.**

**AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH
INC., MCKESSON CORPORATION, and
GREGORY DONALD CHANEY, M.D.,**
           **Defendants.**

**Civil Action No. 3:17-cv-01362
Judge David A. Faber**

**MOTION OF ERIC SITARCHUK TO WITHDRAW APPEARANCE
ON BEHALF OF AMERISOURCEBERGEN DRUG CORPORATION**

Comes now Eric Sitarchuk of the law firm Morgan Lewis & Bockius LLP and hereby requests this Court to withdraw his appearance for Defendant AmerisourceBergen Drug Corporation ("ABDC") in the referenced matter.  In support of said Motion, Eric Sitarchuk submits:

1. Mr. Sitarchuk filed his Statement of Visiting Attorney for *Pro Hac Vice* admission under Local Rule of Civil Procedure 83.6 on 2 May17 [Dkt. 28].

2. Mr. Sitarchuk moves this Court to withdraw his appearance as counsel for Defendant ABDC under Local Rule of Civil Procedure 83.4.

3. In accordance with Local Rule of Civil Procedure 83.3, Defendant ABDC will continue to be represented by A. L. Emch, Adam J. Schwendeman and the law firm of Jackson Kelly PLLC after Mr. Sitarchuk's appearance is withdrawn.

WHEREFORE, Eric Sitarchuk of the law firm Morgan Lewis & Bockius LLP hereby requests this Court to withdraw his *pro hac vice* appearance for Defendant AmerisourceBergen Drug Corporation.

Dated this 24th day of October, 2017.

Respectfully submitted,

**AMERISOURCEBERGEN DRUG CORPORATION**

**By Counsel**

/s/ A. L. Emch
A. L. Emch (WVSB #1125)
aemch@jacksonkelly.com
Adam J. Schwendeman (WVSB #11989)
aschwendeman@jacksonkelly.com
JACKSON KELLY PLLC
500 Lee Street, East, Suite 1600
P.O. Box 553
Charleston, WV 25322
(304) 340-1000

and

/s/ Eric Sitarchuk
Eric Sitarchuk (admitted *pro hac vice*)
eric.sitarchuk@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5840
*Counsel for AmerisourceBergen Drug Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**THE CITY OF HUNTINGTON,**
                **Plaintiff,**
      **v.**

**AMERISOURCEBERGEN DRUG
CORPORATION, CARDINAL HEALTH
INC., MCKESSON CORPORATION, and
GREGORY DONALD CHANEY, M.D.,**
                **Defendants.**

**Civil Action No. 3:17-cv-01362
Judge David A. Faber**

<u>**CERTIFICATE OF SERVICE**</u>

      I, A. L. Emch, counsel for Defendant AmerisourceBergen Drug Corporation, do hereby

certify that on 24 October 2017, I served the foregoing *Motion of Eric Sitarchuk to Withdraw*

*Appearance on Behalf of AmerisourceBergen Drug Corporation* via the CM/ECF system, which

will provide notification and a copy of the filing to all counsel of record.

                        /s/ A. L. Emch
                        A. L. Emch (WVSB # 1125)