IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **THE CITY OF HUNTINGTON,**<br>      **Plaintiff,**<br>  v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH INC., MCKESSON CORPORATION, and GREGORY DONALD CHANEY, M.D.,**<br>      **Defendants.** | Civil Action No. 3:17-cv-01362<br>Judge David A. Faber |

### MOTION OF MEREDITH S. AUTEN TO WITHDRAW APPEARANCE ON BEHALF OF AMERISOURCEBERGEN DRUG CORPORATION

Comes now Meredith S. Auten of the law firm Morgan Lewis & Bockius LLP and hereby requests this Court to withdraw her appearance for Defendant AmerisourceBergen Drug Corporation ("ABDC") in the referenced matter. In support of said Motion, Meredith S. Auten submits:

1. Ms. Auten filed her Statement of Visiting Attorney for *Pro Hac Vice* admission under Local Rule of Civil Procedure 83.6 on 2 March 17 [Dkt. 17].

2. Ms. Auten moves this Court to withdraw her appearance as counsel for Defendant ABDC under Local Rule of Civil Procedure 83.4.

3. In accordance with Local Rule of Civil Procedure 83.3, Defendant ABDC will continue to be represented by A. L. Emch, Adam J. Schwendeman and the law firm of Jackson Kelly PLLC after Ms. Auten's appearance is withdrawn.

-1-

WHEREFORE, Meredith S. Auten of the law firm Morgan Lewis & Bockius LLP hereby requests this Court to withdraw her *pro hac vice* appearance for Defendant AmerisourceBergen Drug Corporation.

Dated this 24th day of October, 2017.

    Respectfully submitted,

    **AMERISOURCEBERGEN DRUG CORPORATION**

    **By Counsel**

    /s/ A. L. Emch
    A. L. Emch (WVSB #1125)
    aemch@jacksonkelly.com
    Adam J. Schwendeman (WVSB #11989)
    aschwendeman@jacksonkelly.com
    JACKSON KELLY PLLC
    500 Lee Street, East, Suite 1600
    P.O. Box 553
    Charleston, WV 25322
    (304) 340-1000

    and

    /s/ Meredith S. Auten
    Meredith S. Auten (admitted *pro hac vice*)
    meredith.auten@morganlewis.com
    MORGAN LEWIS & BOCKIUS LLP
    1701 Market Street
    Philadelphia, PA 19103
    (215) 963-5860
    *Counsel for AmerisourceBergen Drug Corporation*

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **THE CITY OF HUNTINGTON,**<br>       **Plaintiff,**<br>   v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH INC., MCKESSON CORPORATION, and GREGORY DONALD CHANEY, M.D.,**<br>       **Defendants.** | **Civil Action No. 3:17-cv-01362**<br>**Judge David A. Faber** |

## CERTIFICATE OF SERVICE

I, A. L. Emch, counsel for Defendant AmerisourceBergen Drug Corporation, do hereby certify that on 24 October 2017, I served the foregoing *Motion of Meredith S. Auten to Withdraw Appearance on Behalf of AmerisourceBergen Drug Corporation* via the CM/ECF system, which will provide notification and a copy of the filing to all counsel of record.

                              /s/ A. L. Emch                              
                              A. L. Emch (WVSB # 1125)