# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION                                          MDL No. 2804

## TRANSFER ORDER

**Before the Panel**:[*] Plaintiffs in 46 actions move under 28 U.S.C. § 1407 to centralize pretrial proceedings in the Southern District of Ohio or the Southern District of Illinois, but plaintiffs do not oppose centralization in the Southern District of West Virginia. These cases concern the alleged improper marketing of and inappropriate distribution of various prescription opiate medications into cities, states and towns across the country. Plaintiffs' motion includes the 64 actions listed on Schedule A,[1] which are pending in nine districts. Since plaintiffs filed this motion, the parties have notified the Panel of 115 potentially related actions.[2]

Responding plaintiffs' positions on centralization vary considerably. Plaintiffs in over 40 actions or potential tag-along actions support centralization. Plaintiffs in fifteen actions or potential tag-along actions oppose centralization altogether or oppose transfer of their action. In addition to opposing transfer, the State of West Virginia suggests that we delay transferring its case until the Southern District of West Virginia court decides its motion to remand to state court. Third party payor plaintiffs in an Eastern District of Pennsylvania potential tag-along action (*Philadelphia Teachers Health and Welfare Fund*) oppose centralization of third party payor actions. Western District of Washington plaintiff City of Everett opposes centralization and, alternatively, requests exclusion of its case. Northern District of Illinois tag-along plaintiff City of Chicago asks the Panel to defer transfer of its action until document discovery is completed.

Defendants' positions on centralization also vary considerably. The "Big Three" distributor defendants,[3] which reportedly distribute over 80% of the drugs at issue and are defendants in most cases,

---

[*] Judges Lewis A. Kaplan and Ellen Segal Huvelle did not participate in the decision of this matter.

[1] Two actions included on plaintiffs' motion to centralize were remanded to state court during the pendency of the motion.

[2] These actions, and any other related actions, are potential tag-along actions. *See* Panel Rules 1.1(h), 7.1 and 7.2.

[3] AmerisourceBergen Drug Corp., AmerisourceBergen Corp., McKesson Corp., Cardinal Health 110, LLC, Cardinal Health, Inc., Cardinal Health 105, Inc., Cardinal Health 108, LLC, Cardinal Health 112, LLC, Cardinal Health 414, LLC, and Cardinal Health subsidiary The Harvard Drug

- 2 -

support centralization in the Southern District of West Virginia.  These defendants request that the Panel either delay issuing its transfer order or delay transfer of their cases until their motions to dismiss are decided.  Defendant distributor Miami-Luken also supports centralization in the Southern District of West Virginia.  Multiple manufacturer defendants[4] support centralization in the Southern District of New York or the Northern District of Illinois; defendant Malinckrodt, LLC, takes no position on centralization but supports the same districts.  Teva defendants[5] suggest centralization in the Eastern District of Pennsylvania or the manufacturers' preferred districts.  Physician defendants[6] in three Ohio actions, who are alleged to be "key opinion leaders" paid by manufacturing defendants, do not oppose centralization in the Southern District of Ohio.

Defendants in several Southern District of West Virginia cases oppose centralization.  These defendants include several smaller distributor defendants or "closed" distributors that supply only their own stores.[7]  Many of these defendants specifically request exclusion of the claims against them from the MDL.  Also, manufacturer Pfizer, Inc., opposes centralization and requests that we exclude any claims against it from this MDL.[8]

The responding parties suggest a wide range of potential transferee districts, including: the Southern District of West Virginia, the Southern District of Illinois, the Northern District of Illinois, the Eastern District of Missouri (in a brief submitted after the Panel's hearing), the District of New Jersey, the

---

Group, L.L.C.

[4]   Actavis LLC, Actavis Pharma, Inc., Allergan PLC, Allergan Finance, LLC, Allergan plc f/k/a Actavis plc, Actavis Pharma Inc. f/k/a Watson Pharma Inc., Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc., and Allergan PLC f/k/a Actavis PLS, Cephalon, Inc., Endo Health Solutions, Inc., Endo Pharmaceuticals, Inc., Janssen Pharmaceutica Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Purdue Frederick Company Inc., Purdue Pharma Inc., Purdue Pharma L.P., Teva Pharmaceuticals Industries Ltd., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Watson Pharmaceuticals, Inc., Janssen Pharmaceutica Inc. n/k/a Janssen Pharmaceuticals, Inc.

[5]   Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals U.S.A, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc.

[6]   Scott Fishman, M.D., Perry Fine, M.D., Lynn Webster, M.D., and Russell Portenoy, M.D.

[7]   JM Smith Corp.; CVS Indiana, LLC and Omnicare Distribution Center, LLC; TopRx; Kroger Limited Partnership I, Kroger Limited Partnership II, SAJ Distributors (a Walgreens distributor for two months in 2012), Walgreen Eastern Co., Inc., and Rite Aid of Maryland, Inc.; Masters Pharmaceuticals and KeySource Medical; WalMart Stores East, LP.

[8]   Pfizer specifically requests that we exclude any potential future claims against it because of its minimal involvement in the opioid market.  At oral argument, counsel stated that Pfizer was not named as a defendant in any pending case.  In the absence of a case before us, the Panel will not address Pfizer's argument.

- 3 -

Southern District of New York, the Southern District of Ohio, the Northern District of Ohio, the Eastern District of Pennsylvania, the Eastern District of Texas, the Western District of Washington and the Eastern District of Wisconsin.

After considering the argument of counsel, we find that the actions in this litigation involve common questions of fact, and that centralization in the Northern District of Ohio will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs in the actions before us are cities, counties and states that allege that: (1) manufacturers of prescription opioid medications overstated the benefits and downplayed the risks of the use of their opioids and aggressively marketed (directly and through key opinion leaders) these drugs to physicians, and/or (2) distributors failed to monitor, detect, investigate, refuse and report suspicious orders of prescription opiates. All actions involve common factual questions about, *inter alia*, the manufacturing and distributor defendants' knowledge of and conduct regarding the alleged diversion of these prescription opiates, as well as the manufacturers' alleged improper marketing of such drugs. Both manufacturers and distributors are under an obligation under the Controlled Substances Act and similar state laws to prevent diversion of opiates and other controlled substances into illicit channels. Plaintiffs assert that defendants have failed to adhere to those standards, which caused the diversion of opiates into their communities. Plaintiffs variously bring claims for violation of RICO statutes, consumer protection laws, state analogues to the Controlled Substances Act, as well as common law claims such as public nuisance, negligence, negligent misrepresentation, fraud and unjust enrichment.

The parties opposing transfer stress the uniqueness of the claims they bring (or the claims that are brought against them), and they argue that centralization of so many diverse claims against manufacturers and distributors will lead to inefficiencies that could slow the progress of all cases. While we appreciate these arguments, we are not persuaded by them. All of the actions can be expected to implicate common fact questions as to the allegedly improper marketing and widespread diversion of prescription opiates into states, counties and cities across the nation, and discovery likely will be voluminous. Although individualized factual issues may arise in each action, such issues do not – especially at this early stage of litigation – negate the efficiencies to be gained by centralization. The transferee judge might find it useful, for example, to establish different tracks for the different types of parties or claims. The alternative of allowing the various cases to proceed independently across myriad districts raises a significant risk of inconsistent rulings and inefficient pretrial proceedings. In our opinion, centralization will substantially reduce the risk of duplicative discovery, minimize the possibility of inconsistent pretrial obligations, and prevent conflicting rulings on pretrial motions. Centralization will also allow a single transferee judge to coordinate with numerous cases pending in state courts. Finally, we deny the requests to delay transfer pending rulings on various pretrial motions (*e.g.*, motions to dismiss or to remand to state court) or until the completion of document discovery in *City of Chicago*.

Although all of the cases on the motion before us involve claims brought by political subdivisions, we have been notified of potential tag-along actions brought by individuals, consumers, hospitals and third party payors. As reflected in our questions at oral argument, this litigation might evolve to include

- 4 -

additional categories of plaintiffs and defendants, as well as different types of claims.  We will address whether to include specific actions or claims through the conditional transfer order process.[9]

As this litigation progresses, it may become apparent that certain types of actions or claims could be more efficiently handled in the actions' respective transferor courts.  Should the transferee judge deem remand of any claims or actions appropriate (or, relatedly, the subsequent exclusion of similar types of claims or actions from the centralized proceedings), then he may accomplish this by filing a suggestion of remand to the Panel.  *See* Panel Rule 10.1.  As always, we trust such matters to the sound judgment of the transferee judge.

Most parties acknowledge that any number of the proposed transferee districts would be suitable for this litigation that is nationwide in scope.  We are persuaded that the Northern District of Ohio is the appropriate transferee district for this litigation.  Ohio has a strong factual connection to this litigation, given that it has experienced a significant rise in the number of opioid-related overdoses in the past several years and expended significant sums in dealing with the effects of the opioid epidemic.  The Northern District of Ohio presents a geographically central and accessible forum that is relatively close to defendants' various headquarters in New York, Connecticut, New Jersey and Pennsylvania.  Indeed, one of the Big Three distributor defendants, Cardinal Health, is based in Ohio.  Judge Dan A. Polster is an experienced transferee judge who presides over several opiate cases.  Judge Polster's previous MDL experience, particularly MDL No. 1909 – *In re: Gadolinium Contrast Dyes Products Liability Litigation*, which involved several hundred cases, has provided him valuable insight into the management of complex, multidistrict litigation.  We have no doubt that Judge Polster will steer this litigation on a prudent course.

IT IS THEREFORE ORDERED that the actions listed on Schedule A and pending outside of the Northern District of Ohio are transferred to the Northern District of Ohio and, with the consent of that court, assigned to the Honorable Dan A. Polster for coordinated or consolidated  pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

Sarah S. Vance
Chair

Charles R. Breyer            Marjorie O. Rendell
R. David Proctor            Catherine D. Perry

---

[9] Eastern District of Pennsylvania *Philadelphia Teachers Health and Welfare Fund* third party payor plaintiff opposed centralization of such claims, stating that it intends to file a motion for centralization of third party payor claims.  We will address that motion, if it is filed, in due course.

**IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION**                                        MDL No. 2804

## SCHEDULE A

Northern District of Alabama

CITY OF BIRMINGHAM v. AMERISOURCEBERGEN DRUG CORPORATION, ET AL.,
    C.A. No. 2:17-01360

Eastern District of California

COUNTY OF SAN JOAQUIN, ET AL. v. PURDUE PHARMA, L.P., ET AL.,
    C.A. No. 2:17-01485

Southern District of Illinois

PEOPLE OF THE STATE OF ILLINOIS, ET AL. v. PURDUE PHARMA LP, ET AL.,
    C.A. No. 3:17-00616
PEOPLE OF THE STATE OF ILLINOIS, ET AL. v. AMERISOURCEBERGEN
    DRUG CORPORATION, ET AL., C.A. No. 3:17-00856
PEOPLE OF STATE OF ILLINOIS, ET AL. v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 3:17-00876

Eastern District of Kentucky

BOONE COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 2:17-00157
PENDLETON COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 2:17-00161
CAMPBELL COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 2:17-00167
ANDERSON COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 3:17-00070
FRANKLIN COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 3:17-00071
SHELBY COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 3:17-00072
HENRY COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 3:17-00073
BOYLE COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 5:17-00367
FLEMING COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 5:17-00368

- A2 -

Eastern District of Kentucky (cont.)

GARRARD COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 5:17-00369
LINCOLN COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 5:17-00370
MADISON COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 5:17-00371
NICHOLAS COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 5:17-00373
BELL COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 6:17-00246
HARLAN COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 6:17-00247
KNOX COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 6:17-00248
LESLIE COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 6:17-00249
WHITLEY COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 6:17-00250
CLAY COUNTY FISCAL COURT v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 6:17-00255

Western District of Kentucky

THE FISCAL COURT OF CUMBERLAND COUNTY v. AMERISOURCEBERGEN
    DRUG CORPORATION, ET AL., C.A. No. 1:17-00163
LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT v.
    AMERISOURCEBERGEN DRUG CORPORATION, ET AL., C.A. No. 3:17-00508
THE FISCAL COURT OF SPENCER COUNTY v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 3:17-00557
THE FISCAL COURT OF UNION COUNTY v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 4:17-00120
THE FISCAL COURT OF CARLISLE COUNTY v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 5:17-00136

Northern District of Ohio

CITY OF LORAIN v. PURDUE PHARMA L.P., ET AL., C.A. No. 1:17-01639
CITY OF PARMA v. PURDUE PHARMA L.P., ET AL., C.A. No. 1:17-01872

- A3 -

Southern District of Ohio

CLERMONT COUNTY BOARD OF COUNTY COMMISSIONERS v.
    AMERISOURCEBERGEN DRUG CORPORATION, ET AL., C.A. No. 2:17-00662
BELMONT COUNTY BOARD OF COUNTY COMMISSIONERS v.
    AMERISOURCEBERGEN DRUG CORPORATION, ET AL., C.A. No. 2:17-00663
BROWN COUNTY BOARD OF COUNTY COMMISSIONERS v. AMERISOURCEBERGEN
    DRUG CORPORATION, ET AL., C.A. No. 2:17-00664
VINTON COUNTY BOARD OF COUNTY COMMISSIONERS v. AMERISOURCEBERGEN
    CORPORATION, ET AL., C.A. No. 2:17-00665
JACKSON COUNTY BOARD OF COUNTY COMMISSIONERS v. AMERISOURCEBERGEN
    DRUG CORPORATION, ET AL., C.A. No. 2:17-00680
SCIOTO COUNTY BOARD OF COUNTY COMMISSIONERS v. AMERISOURCEBERGEN
    DRUG CORPORATION, ET AL., C.A. No. 2:17-00682
PIKE COUNTY BOARD OF COUNTY COMMISSIONERS v. AMERISOURCEBERGEN
    DRUG CORPORATION, ET AL., C.A. No. 2:17-00696
ROSS COUNTY BOARD OF COUNTY COMMISSIONERS v. AMERISOURCEBERGEN
    DRUG CORPORATION, ET AL., C.A. No. 2:17-00704
CITY OF CINCINNATI v. AMERISOURCEBERGEN DRUG CORPORATION, ET AL.,
    C.A. No. 2:17-00713
CITY OF PORTSMOUTH v. AMERISOURCEBERGEN DRUG CORPORATION, ET AL.,
    C.A. No. 2:17-00723
GALLIA COUNTY BOARD OF COMMISSIONERS v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 2:17-00768
HOCKING COUNTY BOARD OF COMMISSIONERS v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 2:17-00769
LAWRENCE COUNTY BOARD OF COMMISSIONERS v. AMERISOURCEBERGEN DRUG
    CORPORATION, ET AL., C.A. No. 2:17-00770
DAYTON v. PURDUE PHARMA LP, ET AL., C.A. No. 3:17-00229

Western District of Washington

CITY OF EVERETT v. PURDUE PHARMA LP, ET AL., C.A. No. 2:17-00209
CITY OF TACOMA v. PURDUE PHARMA, L.P., ET AL., C.A. No. 3:17-05737

Southern District of West Virginia

THE COUNTY COMMISSION OF MCDOWELL COUNTY v. MCKESSON CORPORATION,
    ET AL., C.A. No. 1:17-00946
HONAKER v. WEST VIRGINIA BOARD OF PHARMACY, ET AL., C.A. No. 1:17-03364
THE COUNTY COMMISSION OF MERCER COUNTY v. WEST VIRGINIA BOARD OF
    PHARMACY, C.A. No. 1:17-03716

- A4 -

Southern District of West Virginia (cont.)

KANAWHA COUNTY COMMISSION v. RITE AID OF MARYLAND, INC., ET AL.,
C.A. No. 2:17-01666
FAYETTE COUNTY COMMISSION v. CARDINAL HEALTH, INC., ET AL.,
C.A. No. 2:17-01957
BOONE COUNTY COMMISSION v. AMERISOURCEBERGEN DRUG CORPORATION,
ET AL., C.A. No. 2:17-02028
LOGAN COUNTY COMMISSION v. CARDINAL HEALTH, INC., ET AL.,
C.A. No. 2:17-02296
THE COUNTY COMMISSION OF LINCOLN COUNTY v. WEST VIRGINIA BOARD OF
PHARMACY, ET AL., C.A. No. 2:17-03366
LIVINGGOOD v. WEST VIRGINIA BOARD OF PHARMACY, ET AL., C.A. No. 2:17-03369
SPARKS v. WEST VIRGINIA BOARD OF PHARMACY, C.A. No. 2:17-03372
CARLTON, ET AL. v. WEST VIRGINIA BOARD OF PHARMACY, ET AL.,
C.A. No. 2:17-03532
STATE OF WEST VIRGINIA, ET AL. v. MCKESSON CORPORATION, C.A. No. 2:17-03555
BARKER v. WEST VIRGINIA BOARD OF PHARMACY, ET AL., C.A. No. 2:17-03715
THE CITY OF HUNTINGTON v. AMERISOURCEBERGEN DRUG CORPORATION, ET AL.,
C.A. No. 3:17-01362
CABELL COUNTY COMMISSION v. AMERISOURCEBERGEN DRUG CORPORATION, ET
AL., C.A. No. 3:17-01665
WAYNE COUNTY COMMISSION v. RITE AID OF MARYLAND, INC., ET AL.,
C.A. No. 3:17-01962
WYOMING COUNTY COMMISSION v. AMERISOURCEBERGEN DRUG
CORPORATION, ET AL., C.A. No. 5:17-02311

 Activity in Case MDL No. 2804 IN RE: National Prescription Opiate Litigation Initial Transfer Order (Transferor Clerks and Judges)
JPMLCMECF
to:
JPMLCMDECF
12/05/2017 10:41 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/5/2017 at 10:40 AM EST and filed on 12/5/2017

**Case Name:**  IN RE: National Prescription Opiate Litigation

**Case Number:**  MDL No. 2804

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**  City of Tacoma v. Purdue Pharma, L.P. et al

**Case Number:**  WAW/3:17-cv-05737

**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Carlton et al v. West Virginia Board of Pharmacy et al
**Case Number:**   WVS/2:17-cv-03532
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**    Boone County Fiscal Court v. Amerisourcebergen Drug Corporation et al

**Case Number:**    KYE/2:17-cv-00157

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**    Pike County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al

**Case Number:**    OHS/2:17-cv-00696

**Filer:**

**Document Number:**    No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Shelby County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/3:17-cv-00072
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Anderson County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/3:17-cv-00070
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**      Madison County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/5:17-cv-00371
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**      The Fiscal Court of Union County v. AmerisourceBergen Drug Corporation et al
**Case Number:**   KYW/4:17-cv-00120
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**      Campbell County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**    KYE/2:17-cv-00167
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**      Livinggood v. West Virginia Board of Pharmacy et al
**Case Number:**    WVS/2:17-cv-03369
**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        The County Commission of Mercer County v. West Virginia Board of Pharmacy
**Case Number:**    WVS/1:17-cv-03716
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**  Vinton County Board of County Commissioners v. AmerisourceBergen
Corporation et al

**Case Number:**  OHS/2:17-cv-00665

**Filer:**

**Document Number:**  No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**  Knox County Fiscal Court v. Amerisourcebergen Drug Corporation et al

**Case Number:**  KYE/6:17-cv-00248

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**  Birmingham, City of v. Amerisourcebergen Drug Corporation et al
**Case Number:**  ALN/2:17-cv-01360
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**  Brown County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al
**Case Number:**  OHS/2:17-cv-00664
**Filer:**
**Document Number:**  No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        Bell County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**      KYE/6:17-cv-00246
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        Dayton v. Purdue Pharma LP et al
**Case Number:**      OHS/3:17-cv-00229
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Clermont County Board Of County Commissioners v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00662 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**    Cabell County Commission v. AmerisourceBergen Drug Corporation et al

**Case Number:**    WVS/3:17-cv-01665

**Filer:**

**Document Number:** No document attached

**Docket Text:**

<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**    The Fiscal Court of Cumberland County v. AmerisourceBergen Drug Corporation et al

**Case Number:**    KYW/1:17-cv-00163

**Filer:**

**Document Number:**    No document attached

**Docket Text:**

<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of**

electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | ILS/3:17-cv-00856 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Ross County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00704 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

| | |
|---|---|
| **Case Name:** | City of Portsmouth v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00723 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

| | |
|---|---|
| **Case Name:** | Louisville/Jefferson County Metro Government v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | KYW/3:17-cv-00508 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        The City of Huntington v. AmerisourceBergen Drug Corporation et al
**Case Number:**    WVS/3:17-cv-01362
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        City of Everett v. Purdue Pharma LP et al

**Case Number:**    WAW/2:17-cv-00209
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

**Case Name:**    Gallia County Board of Commissioners v. AmerisourceBergen Drug Corporation et al
**Case Number:**    OHS/2:17-cv-00768
**Filer:**
**Document Number:**    No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the

portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

| | |
|---|---|
| **Case Name:** | Henry County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | KYE/3:17-cv-00073 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Clay County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | KYE/6:17-cv-00255 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the**

transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

| | |
|---|---|
| **Case Name:** | Wyoming County Commission v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | WVS/5:17-cv-02311 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

| | |
|---|---|
| **Case Name:** | Garrard County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | KYE/5:17-cv-00369 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

Case Name:        Boyle County Fiscal Court v. Amerisourcebergen Drug Corporation et al
Case Number:      KYE/5:17-cv-00367
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

Case Name:        Kanawha County Commission v. Rite Aid of Maryland, Inc. et al
Case Number:      WVS/2:17-cv-01666
Filer:
Document Number: No document attached

Docket Text:

12/5/2017

***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

| | |
|---|---|
| **Case Name:** | Jackson County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00680 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

**Case Name:**           Pendleton County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**     KYE/2:17-cv-00161
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**           Whitley County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**     KYE/6:17-cv-00250
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Scioto County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00682 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Harlan County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | KYE/6:17-cv-00247 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
<span style="color:red">***TEXT ONLY ENTRY***</span>

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the**

transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

**Case Name:**          Leslie County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**        KYE/6:17-cv-00249
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

**Case Name:**          State of West Virginia et al v. McKesson Corporation
**Case Number:**        WVS/2:17-cv-03555
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Belmont County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00663 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Honaker v. West Virginia Board of Pharmacy et al |
| **Case Number:** | WVS/1:17-cv-03364 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Franklin County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | KYE/3:17-cv-00071 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        County of San Joaquin, et al. v. Purdue Pharma, L.P. et al.
**Case Number:**      CAE/2:17-cv-01485
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        Fayette County Commission v. Cardinal Health, Inc. et al
**Case Number:**      WVS/2:17-cv-01957
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Fleming County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | KYE/5:17-cv-00368 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY\*\*\****

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Lawrence County Board of Commissioners v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00770 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY\*\*\****

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the**

transferee district court.

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Wayne County Commission v. Rite Aid of Maryland, Inc. et al |
| **Case Number:** | WVS/3:17-cv-01962 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Sparks v. West Virginia Board of Pharmacy |
| **Case Number:** | WVS/2:17-cv-03372 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     People of State of Illinois et al v. Amerisourcebergen Drug Corporation et al
**Case Number:**   ILS/3:17-cv-00876
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     The County Commission of McDowell County v. McKesson Corporation et al
**Case Number:**   WVS/1:17-cv-00946
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Logan County Commission v. Cardinal Health, Inc. et al |
| **Case Number:** | WVS/2:17-cv-02296 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | City Of Cincinnati v. Amerisourcebergen Drug Corporation et al |

**Case Number:**   OHS/2:17-cv-00713
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**   Barker v. West Virginia Board of Pharmacy et al
**Case Number:**   WVS/2:17-cv-03715
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | People of the State of Illinois et al v. Purdue Pharma LP et al |
| **Case Number:** | ILS/3:17-cv-00616 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | The Fiscal Court of Carlisle County v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | KYW/5:17-cv-00136 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

**Case Name:** Boone County Commission v. AmerisourceBergen Drug Corporation et al
**Case Number:** WVS/2:17-cv-02028
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.

Associated Cases: MDL No. 2804 et al. (TB)

**Case Name:** Lincoln County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:** KYE/5:17-cv-00370
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:

This transmittal is for informational purposes only. No action is required at this time.

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Hocking County Board of Commissioners v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00769 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Nicholas County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | KYE/5:17-cv-00373 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     The Fiscal Court of Spencer County v. AmerisourceBergen Drug Corporation et al
**Case Number:**   KYW/3:17-cv-00557
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     The County Commission of Lincoln County v. West Virginia Board of Pharmacy

12/5/2017

et al

**Case Number:** WVS/2:17-cv-03366
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEROR JUDGES/CLERKS OF THE ASSOCIATED CASES:**

**This transmittal is for informational purposes only. No action is required at this time.**

**A transfer order has been filed today in this litigation. Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**You will receive a certified copy of this order from the transferee court along with notification of the newly assigned case number(s) in that district. With the advent of electronic filing, Rule 9.1 of the Panel Rules shall be satisfied upon transmittal of the portion of the file deemed necessary and requested by the transferee court.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

No public notice (electronic or otherwise) sent because the entry is private

 Activity in Case MDL No. 2804 IN RE: National Prescription Opiate Litigation Transfer
Order - New Litigations
JPMLCMECF
to:
JPMLCMDECF
12/05/2017 10:25 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 12/5/2017 at 10:21 AM EST and filed on 12/5/2017
**Case Name:**       IN RE: National Prescription Opiate Litigation
**Case Number:**   MDL No. 2804
**Filer:**
**Document Number:** 328

**Docket Text:**
**TRANSFER ORDER *re: pldg. ([2] in MDL No. 2804), ([1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**       City of Tacoma v. Purdue Pharma, L.P. et al
**Case Number:**   WAW/3:17-cv-05737
**Filer:**
**Document Number:** 41

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Carlton et al v. West Virginia Board of Pharmacy et al |
| **Case Number:** | WVS/2:17-cv-03532 |
| **Filer:** | |
| **Document Number:** | 44 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Boone County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | KYE/2:17-cv-00157 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Pike County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00696 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Shelby County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | KYE/3:17-cv-00072 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Anderson County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/3:17-cv-00070
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Madison County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/5:17-cv-00371
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     The Fiscal Court of Union County v. AmerisourceBergen Drug Corporation et al
**Case Number:**   KYW/4:17-cv-00120
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on**

**12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**      Campbell County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/2:17-cv-00167
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**      Livinggood v. West Virginia Board of Pharmacy et al
**Case Number:**   WVS/2:17-cv-03369
**Filer:**
**Document Number:** 44

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**      The County Commission of Mercer County v. West Virginia Board of Pharmacy
**Case Number:**   WVS/1:17-cv-03716
**Filer:**
**Document Number:** 39

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**      Vinton County Board of County Commissioners v. AmerisourceBergen Corporation et al

**Case Number:** OHS/2:17-cv-00665
**Filer:**
**Document Number:** 43

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:** Knox County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:** KYE/6:17-cv-00248
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:** Birmingham, City of v. Amerisourcebergen Drug Corporation et al
**Case Number:** ALN/2:17-cv-01360
**Filer:**
**Document Number:** 38

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:** Brown County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al
**Case Number:** OHS/2:17-cv-00664
**Filer:**
**Document Number:** 43

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Bell County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | KYE/6:17-cv-00246 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Dayton v. Purdue Pharma LP et al |
| **Case Number:** | OHS/3:17-cv-00229 |
| **Filer:** | |
| **Document Number:** | 65 |

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Clermont County Board Of County Commissioners v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00662 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**    City of Parma v. Purdue Pharma L.P. et al
**Case Number:**    OHN/1:17-cv-01872
**Filer:**
**Document Number:** 65

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**    Cabell County Commission v. AmerisourceBergen Drug Corporation et al
**Case Number:**    WVS/3:17-cv-01665
**Filer:**
**Document Number:** 61

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**    The Fiscal Court of Cumberland County v. AmerisourceBergen Drug Corporation et al
**Case Number:**    KYW/1:17-cv-00163
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al
**Case Number:**   ILS/3:17-cv-00856
**Filer:**
**Document Number:** 36

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Ross County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al
**Case Number:**   OHS/2:17-cv-00704
**Filer:**
**Document Number:**   42

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     City of Portsmouth v. Amerisourcebergen Drug Corporation et al
**Case Number:**   OHS/2:17-cv-00723
**Filer:**
**Document Number:** 43

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Louisville/Jefferson County Metro Government v. AmerisourceBergen Drug Corporation et al
**Case Number:**   KYW/3:17-cv-00508
**Filer:**

**Document Number:**       47

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        The City of Huntington v. AmerisourceBergen Drug Corporation et al
**Case Number:**      WVS/3:17-cv-01362
**Filer:**
**Document Number:** 37

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        City of Everett v. Purdue Pharma LP et al
**Case Number:**      WAW/2:17-cv-00209
**Filer:**
**Document Number:** 38

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        Gallia County Board of Commissioners v. AmerisourceBergen Drug Corporation et al
**Case Number:**      OHS/2:17-cv-00768
**Filer:**
**Document Number:**       47

**Docket Text:**

**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Henry County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/3:17-cv-00073
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Clay County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/6:17-cv-00255
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Wyoming County Commission v. AmerisourceBergen Drug Corporation et al
**Case Number:**   WVS/5:17-cv-02311
**Filer:**
**Document Number:** 57

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**    Garrard County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**    KYE/5:17-cv-00369
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**    Boyle County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**    KYE/5:17-cv-00367
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**    Kanawha County Commission v. Rite Aid of Maryland, Inc. et al
**Case Number:**    WVS/2:17-cv-01666
**Filer:**
**Document Number:** 76

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**    Jackson County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al
**Case Number:**    OHS/2:17-cv-00680
**Filer:**
**Document Number:** 43

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**       Pendleton County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/2:17-cv-00161
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**       Whitley County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/6:17-cv-00250
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**       Scioto County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al
**Case Number:**   OHS/2:17-cv-00682
**Filer:**
**Document Number:**       47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**   State of West Virginia et al v. McKesson Corporation
**Case Number:**   WVS/2:17-cv-03555
**Filer:**
**Document Number:** 37

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**   Harlan County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/6:17-cv-00247
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**   Leslie County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/6:17-cv-00249
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**   Belmont County Board of County Commissioners v. AmerisourceBergen Drug

Corporation et al

**Case Number:** OHS/2:17-cv-00663
**Filer:**
**Document Number:** 43

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:** Honaker v. West Virginia Board of Pharmacy et al
**Case Number:** WVS/1:17-cv-03364
**Filer:**
**Document Number:** 39

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:** Franklin County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:** KYE/3:17-cv-00071
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:** Fayette County Commission v. Cardinal Health, Inc. et al
**Case Number:** WVS/2:17-cv-01957
**Filer:**
**Document Number:** 60

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     County of San Joaquin, et al. v. Purdue Pharma, L.P. et al.
**Case Number:**   CAE/2:17-cv-01485
**Filer:**
**Document Number:** 48

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     City of Lorain v. Purdue Pharma L.P. et al
**Case Number:**   OHN/1:17-cv-01639
**Filer:**
**Document Number:** 64

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Fleming County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**   KYE/5:17-cv-00368
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Lawrence County Board of Commissioners v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00770 |
| **Filer:** | |
| **Document Number:** | 41 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Wayne County Commission v. Rite Aid of Maryland, Inc. et al |
| **Case Number:** | WVS/3:17-cv-01962 |
| **Filer:** | |
| **Document Number:** | 58 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Sparks v. West Virginia Board of Pharmacy |
| **Case Number:** | WVS/2:17-cv-03372 |
| **Filer:** | |
| **Document Number:** | 44 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | The County Commission of McDowell County v. McKesson Corporation et al |
| **Case Number:** | WVS/1:17-cv-00946 |

**Filer:**
**Document Number:** 39

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | People of State of Illinois et al v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | ILS/3:17-cv-00876 |

**Filer:**
**Document Number:** 36

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | Logan County Commission v. Cardinal Health, Inc. et al |
| **Case Number:** | WVS/2:17-cv-02296 |

**Filer:**
**Document Number:** 70

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | City Of Cincinnati v. Amerisourcebergen Drug Corporation et al |
| **Case Number:** | OHS/2:17-cv-00713 |

**Filer:**
**Document Number:** 57

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        Barker v. West Virginia Board of Pharmacy et al
**Case Number:**   WVS/2:17-cv-03715
**Filer:**
**Document Number:** 39

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        People of the State of Illinois et al v. Purdue Pharma LP et al
**Case Number:**   ILS/3:17-cv-00616
**Filer:**
**Document Number:** 41

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        The Fiscal Court of Carlisle County v. AmerisourceBergen Drug Corporation et al
**Case Number:**   KYW/5:17-cv-00136
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**        Boone County Commission v. AmerisourceBergen Drug Corporation et al

**Case Number:**     WVS/2:17-cv-02028
**Filer:**
**Document Number:** 60

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Lincoln County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**     KYE/5:17-cv-00370
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Hocking County Board of Commissioners v. AmerisourceBergen Drug Corporation et al
**Case Number:**     OHS/2:17-cv-00769
**Filer:**
**Document Number:**     43

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* **Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**Case Name:**     Nicholas County Fiscal Court v. Amerisourcebergen Drug Corporation et al
**Case Number:**     KYE/5:17-cv-00373
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | The Fiscal Court of Spencer County v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | KYW/3:17-cv-00557 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

| | |
|---|---|
| **Case Name:** | The County Commission of Lincoln County v. West Virginia Board of Pharmacy et al |
| **Case Number:** | WVS/2:17-cv-03366 |
| **Filer:** | |
| **Document Number:** | 44 |

**Docket Text:**
**TRANSFER ORDER *re: pldg. ( [2] in MDL No. 2804), ( [1] in MDL No. 2804)* Transferring 62 action(s) to Judge Dan A. Polster in the N.D. Ohio.**

**Signed by Judge Sarah S. Vance, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 12/5/2017.**

**Associated Cases: MDL No. 2804 et al. (TB)**

**MDL No. 2804 Notice has been electronically mailed to:**

**MDL No. 2804 Notice will not be electronically mailed to:**

**WAW/3:17-cv-05737 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheilabirnbaum@quinnemanuel.com, haydencoleman@quinnemanuel.com, jonathantam@quinnemanuel.com, lindsayzanello@quinnemanuel.com, samrosen@quinnemanuel.com, sararoitman@quinnemanuel.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

Steven G Reade     steven.reade@apks.com

R. Ryan Stoll     Ryan.stoll@skadden.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Amy C Williams-Derry     awilliams-derry@kellerrohrback.com, amy-williams-derry-5062@ecf.pacerpro.com, bspangler@kellerrohrback.com, dwilcher@kellerrohrback.com

Derek W Loeser     dloeser@kellerrohrback.com, chopkins@kellerrohrback.com

Angelo J. Calfo     Angeloc@calfoeakes.com, andrewd@calfoeakes.com, maryk@calfoeakes.com

Christopher D. Bacha     cbacha@ci.tacoma.wa.us

Joshua M Davis     joshua.davis@apks.com

Daniel P Mensher     dmensher@kellerrohrback.com, lara-mishler-3780@ecf.pacerpro.com, lmishler@kellerrohrback.com, sstevens@kellerrohrback.com

David J Ko     dko@kellerrohrback.com, sparsons@kellerrohrback.com

Charles Coleman Lifland     clifland@omm.com

Ronald J Friedman     rfriedman@karrtuttle.com

Andrew W. Durland     adurland@karrtuttle.com

Thomas Dean Adams     tadams@karrtuttle.com

William Cody Fosbre     bill.fosbre@ci.tacoma.wa.us

Patrick Fitzgerald     patrick.fitzgerald@skadden.com

**WAW/3:17-cv-05737 Notice will not be electronically mailed to:**

**WVS/2:17-cv-03532 Notice has been electronically mailed to:**

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Harry F Bell, Jr     hfbell@belllaw.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

Thomas J. Hurney, Jr    Thurney@jacksonkelly.com, dkharper@jacksonkelly.com,
lmiller@jacksonkelly.com

Laurie K Miller    lmiller@jacksonkelly.com

Raymond S Franks, II    rfranks@baileyglasser.com

Brian A. Glasser    bglasser@baileyglasser.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com,
patty@greeneketchum.com

Letitia Neese Chafin    TishChafin@yahoo.com

H. Truman Chafin    truman@thechafinlawfirm.com

F. Lane Heard, III    lheard@wc.com

John A. Yanchunis    jyanchunis@forthepeople.com, elockwood@forthepeople.com,
jcabezas@forthepeople.com, tponder@forthepeople.com

Shannon E. McClure    smcclure@reedsmith.com

JAMES DENNIS YOUNG    jyoung@forthepeople.com

Steven M. Pyser    spyser@wc.com, emurphy@wc.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Patrick A. Barthle, II    pbarthle@forthepeople.com

Steven R. Ruby    sruby@baileyglasser.com

Geoffrey Edward Hobart    ghobart@cov.com

Matthew Michael Benov    mbenov@cov.com

Adam J. Schwendeman    aschwendeman@jacksonkelly.com

Meredith S. Auten    meredith.auten@morganlewis.com

Mark E. Troy    mark@troylawwv.com

Harry G. Shaffer, III    hshaffer@shafferlaw.net

Todd A. Mount    tmount@shafferlaw.net

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

**WVS/2:17-cv-03532 Notice will not be electronically mailed to:**

West Virginia Board of Pharmacy
2310 Kanawha Blvd East
Charleston, WV 25311

**KYE/2:17-cv-00157 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Robert A. Bilott     bilott@taftlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Robert B. Craig     craigr@taftlaw.com, docket@taftlaw.com, koesters@taftlaw.com

Charles Coleman Lifland     clifland@omm.com

John Baylor Nalbandian     nalbandian@taftlaw.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr     gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYE/2:17-cv-00157 Notice will not be electronically mailed to:**

**OHS/2:17-cv-00696 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy     murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray     murray@mmmb.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

S. Ann Saucer     asaucer@baronbudd.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Emily Johnson Henn     ehenn@cov.com

James M. Papantonio     mailsec@levinlaw.com

James Bruce Hadden     hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland     djireland@ficlaw.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Charles Coleman Lifland     clifland@omm.com

Vincent I. Holzhall     vince.holzhall@steptoe-johnson.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Amy J. Quezon     amy@mchughfuller.com

William D. Wilmoth     william.wilmoth@steptoe-johnson.com

Erin Rhinehart     erhinehart@ficlaw.com

Christopher Clayton Hollon     chollon@ficlaw.com

J. Burton LeBlanc, IV     bleblanc@baronbudd.com

Ashley W. Hardin     ahardin@wc.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

Alana Valle Tanoury     alana.valle@steptoe-johnson.com

**OHS/2:17-cv-00696 Notice will not be electronically mailed to:**

**KYE/3:17-cv-00072 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr     gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYE/3:17-cv-00072 Notice will not be electronically mailed to:**

**KYE/3:17-cv-00070 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr     gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYE/3:17-cv-00070 Notice will not be electronically mailed to:**

**KYE/5:17-cv-00371 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV    bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern    Jonathan.Stern@apks.com

Michael J. Fuller, Jr    mike@mchughfuller.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed    steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland    clifland@omm.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips    jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr    gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon    mjbrannon@jacksonkelly.com

Steven B. Loy    steven.loy@skofirm.com

Perry M. Bentley    perry.bentley@skofirm.com

Monica Hobson Braun    monica.braun@skofirm.com

**KYE/5:17-cv-00371 Notice will not be electronically mailed to:**

**KYW/4:17-cv-00120 Notice has been electronically mailed to:**

Mark Steven Cheffo    markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill    rehill@hpcbd.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

J. Burton LeBlanc     bleblanc@baronbudd.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr     gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYW/4:17-cv-00120 Notice will not be electronically mailed to:**

**KYE/2:17-cv-00167 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Robert A. Bilott     bilott@taftlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Robert B. Craig     craigr@taftlaw.com, docket@taftlaw.com, koesters@taftlaw.com

Charles Coleman Lifland     clifland@omm.com

John Baylor Nalbandian     nalbandian@taftlaw.com

Thomas E. Edge     AttorneyTomEdge@gmail.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr     gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYE/2:17-cv-00167 Notice will not be electronically mailed to:**

**WVS/2:17-cv-03369 Notice has been electronically mailed to:**

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Harry F Bell, Jr     hfbell@belllaw.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

Thomas J. Hurney, Jr     Thurney@jacksonkelly.com, dkharper@jacksonkelly.com, lmiller@jacksonkelly.com

Laurie K Miller     lmiller@jacksonkelly.com

Raymond S Franks, II     rfranks@baileyglasser.com

Brian A. Glasser     bglasser@baileyglasser.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com, patty@greeneketchum.com

Letitia Neese Chafin     TishChafin@yahoo.com

H. Truman Chafin     truman@thechafinlawfirm.com

F. Lane Heard, III     lheard@wc.com

John A. Yanchunis     jyanchunis@forthepeople.com, elockwood@forthepeople.com, jcabezas@forthepeople.com, tponder@forthepeople.com

Shannon E. McClure     smcclure@reedsmith.com

JAMES DENNIS YOUNG     jyoung@forthepeople.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Patrick A. Barthle, II    pbarthle@forthepeople.com

Steven R. Ruby    sruby@baileyglasser.com

Devon J. Stewart    devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart    ghobart@cov.com

Matthew Michael Benov    mbenov@cov.com

Adam J. Schwendeman    aschwendeman@jacksonkelly.com

Meredith S. Auten    meredith.auten@morganlewis.com

Mark E. Troy    mark@troylawwv.com

Harry G. Shaffer, III    hshaffer@shafferlaw.net

Todd A. Mount    tmount@shafferlaw.net

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch    aemch@jacksonkelly.com

**WVS/2:17-cv-03369 Notice will not be electronically mailed to:**

West Virginia Board of Pharmacy
2310 Kanawha Blvd East
Charleston, WV 25311

**WVS/1:17-cv-03716 Notice has been electronically mailed to:**

Harry F Bell, Jr    hfbell@belllaw.com

Jeffrey M. Wakefield    jwakefield@fsblaw.com

Eric W. Sitarchuk    esitarchuk@morganlewis.com

Raymond S Franks, II    rfranks@baileyglasser.com

Brian A. Glasser    bglasser@baileyglasser.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Letitia Neese Chafin    TishChafin@yahoo.com

H. Truman Chafin    truman@thechafinlawfirm.com

F. Lane Heard, III     lheard@wc.com

John A. Yanchunis     jyanchunis@forthepeople.com, elockwood@forthepeople.com,
jcabezas@forthepeople.com, tponder@forthepeople.com

Shannon E. McClure     smcclure@reedsmith.com

JAMES DENNIS YOUNG     jyoung@forthepeople.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Patrick A. Barthle, II     pbarthle@forthepeople.com

Steven R. Ruby     sruby@baileyglasser.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Adam J. Schwendeman     aschwendeman@jacksonkelly.com

Meredith S. Auten     meredith.auten@morganlewis.com

Mark E. Troy     mark@troylawwv.com

Jason L. Holliday     jholliday@flahertylegal.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

**WVS/1:17-cv-03716 Notice will not be electronically mailed to:**

West Virginia Board of Pharmacy
2310 Kanawha Blvd East
Charleston, WV 25311

**OHS/2:17-cv-00665 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy     murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray     murray@mmmb.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

S. Ann Saucer     asaucer@baronbudd.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Emily Johnson Henn     ehenn@cov.com

James Bruce Hadden     hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland     djireland@ficlaw.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Charles Coleman Lifland     clifland@omm.com

Vincent I. Holzhall     vince.holzhall@steptoe-johnson.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Amy J. Quezon     amy@mchughfuller.com

William D. Wilmoth     william.wilmoth@steptoe-johnson.com

Erin Rhinehart     erhinehart@ficlaw.com

Christopher Clayton Hollon     chollon@ficlaw.com

J. Burton LeBlanc, IV     bleblanc@baronbudd.com

Ashley W. Hardin     ahardin@wc.com

Michael Patrick McNamee     mmcnamee@mcnameelaw.com

Robert R Miller     rmiller@ohlaw.com

Rebecca D. Louks     rlouks@ohlaw.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

Alana Valle Tanoury     alana.valle@steptoe-johnson.com

Stacy M Brooks     sbrooks@oslsa.org

**OHS/2:17-cv-00665 Notice will not be electronically mailed to:**

**KYE/6:17-cv-00248 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,

rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill    rehill@hpcbd.com

Robert Franklin Duncan    rduncan@jacksonkelly.com

Brien T. O'Connor    Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV    bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern    Jonathan.Stern@apks.com

Michael J. Fuller, Jr    mike@mchughfuller.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed    steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland    clifland@omm.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips    jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr    gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon    mjbrannon@jacksonkelly.com

Steven B. Loy    steven.loy@skofirm.com

Perry M. Bentley    perry.bentley@skofirm.com

Monica Hobson Braun    monica.braun@skofirm.com

**KYE/6:17-cv-00248 Notice will not be electronically mailed to:**

**ALN/2:17-cv-01360 Notice has been electronically mailed to:**

J. Michael Papantonio     dbailey@levinlaw.com

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jackson R Sharman, III     jsharman@lfwlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Barry W Walker     barry@bwwlawllc.com

J. Patrick Strubel     pstrubel@watkinseager.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

David L. Brown, Jr     dbrown@watkinseager.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Harlan I. Prater, IV     hprater@lightfootlaw.com

Brooke G. Malcom     bmalcom@lightfootlaw.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr    alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Page A. Poerschke    ppoerschke@levinlaw.com

Laura Sherling Dunning    ldunning@levinlaw.com

H Lanier Brown, II    lbrown@watkinseager.com

Charles Coleman Lifland    clifland@omm.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Amy J. Quezon    amy@mchughfuller.com

Sherri Ann Saucer    asaucer@baronbudd.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey Gaddy    jgaddy@levinlaw.com

David G Hymer    dhymer@babc.com

**ALN/2:17-cv-01360 Notice will not be electronically mailed to:**

**OHS/2:17-cv-00664 Notice has been electronically mailed to:**

Russell Wills Budd    rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo    markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill    rehill@hpcbd.com

Anthony J Majestro    amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy    murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor    Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray    murray@mmmb.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

John A Lancione     jal@lancionelaw.com

Michael J. Fuller, Jr     mike@mchughfuller.com

S. Ann Saucer     asaucer@baronbudd.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Emily Johnson Henn     ehenn@cov.com

James M. Papantonio     mailsec@levinlaw.com

James Bruce Hadden     hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland     djireland@ficlaw.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Charles Coleman Lifland     clifland@omm.com

Vincent I. Holzhall     vince.holzhall@steptoe-johnson.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Amy J. Quezon     amy@mchughfuller.com

William D. Wilmoth     william.wilmoth@steptoe-johnson.com

Erin Rhinehart     erhinehart@ficlaw.com

Christopher Clayton Hollon     chollon@ficlaw.com

J. Burton LeBlanc, IV     bleblanc@baronbudd.com

Ashley W. Hardin     ahardin@wc.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

Alana Valle Tanoury     alana.valle@steptoe-johnson.com

**OHS/2:17-cv-00664 Notice will not be electronically mailed to:**

**KYE/6:17-cv-00246 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr      mike@mchughfuller.com

Russell David Jessee      Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr      PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed      steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi      emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland      clifland@omm.com

Donna Marie Welch      dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas      rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips      jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr      gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon      mjbrannon@jacksonkelly.com

Steven B. Loy      steven.loy@skofirm.com

Perry M. Bentley      perry.bentley@skofirm.com

Monica Hobson Braun      monica.braun@skofirm.com

**KYE/6:17-cv-00246 Notice will not be electronically mailed to:**

**OHS/3:17-cv-00229 Notice has been electronically mailed to:**

Sheila L. Birnbaum      sheilabirnbaum@quinnemanuel.com, haydencoleman@quinnemanuel.com, jonathantam@quinnemanuel.com, lindsayzanello@quinnemanuel.com, samrosen@quinnemanuel.com, sararoitman@quinnemanuel.com

John R. Climaco      jrclim@climacolaw.com, gabrun@climacolaw.com

John Robinson Mitchell      john.mitchell@thompsonhine.com, ECFDocket@thompsonhine.com

J. Gordon Cooney, Jr      Gordon.cooney@morganlewis.com

Mark Steven Cheffo      markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,

rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

Daniel J Buckley     DJBuckley@vorys.com, kjwooldridge@vorys.com

Hunter J. Shkolnik     hunter@napolilaw.com, Hunter@napolilaw.com, sbadala@napolilaw.com, ssacks@napolilaw.com, ttung@napolilaw.com

John Q Lewis     john.lewis@tuckerellis.com, carrie.lange@tuckerellis.com, docket-lax@tuckerellis.com, jacqueline.cabral@tuckerellis.com, joshua.wes@tuckerellis.com, justin.rice@tuckerellis.com, mollie.benedict@tuckerellis.com, monee.hanna@tuckerellis.com, nicholas.janizeh@tuckerellis.com, peter.choate@tuckerellis.com, rae.latch@tuckerellis.com, sarah.bunce@tuckerellis.com, timothy.milbrodt@tuckerellis.com

Joseph F. Murray     murray@mmmb.com

Albert J Lucas     alucas@calfee.com

R. Ryan Stoll     Ryan.stoll@skadden.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Gregory D. Brunton     gbrunton@grsm.com, rrose@grsm.com

Georgia K.E. Yanchar     gyanchar@calfee.com, hhomolka@calfee.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Tinos Diamantatos     tdiamantatos@morganlewis.com, tinos.diamantatos@morganlewis.com

Jennifer Levy     jlevy@kirkland.com, jason.bradley@kirkland.com, jennifer.levy@kirkland.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Salvatore C. Badala     sbadala@napolilaw.com

Charles Coleman Lifland     clifland@omm.com

Ingo W. Sprie, Jr     Ingo.Sprie@apks.com

Jordan D Rauch     jrauch@hahnlaw.com

Oral Judson Scheaf, III     JScheaf@hahnlaw.com, jbeard@hahnlaw.com

Vincent I. Holzhall     vince.holzhall@steptoe-johnson.com

Daniel J. Hyzak     dhyzak@grsm.com, rrose@grsm.com

Bruce A. Moore     bmoore@grsm.com, rrose@grsm.com

Sandra K. Zerrusen     skzerrusen@jacksonkelly.com

Tyler G. Tarney     ttarney@grsm.com, rrose@grsm.com

Mark W. Bernlohr     mwbernlohr@jacksonkelly.com

Aaron E. McQueen     aaron.mcqueen@jacksonkelly.com

Andrew N. Schock     anschock@jacksonkelly.com

Stacey A. Greenwell     stacey.greenwell@thompsonhine.com, ECFDocket@thompsonhine.com

Timothy W Knapp     timothy.knapp@kirkland.com

Martin L Roth     martin.roth@kirkland.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Tera N. Coleman     tcoleman@bakerlaw.com, vfredle@bakerlaw.com

G. Karl Fanter     kfanter@bakerlaw.com

Carole Schwartz Rendon     crendon@bakerlaw.com

John C Musto     john.musto@daytonohio.gov

Christine M Haaker     Christine.Haaker@ThompsonHine.com, ECFDocket@thompsonhine.com,
diane.macleod@thompsonhine.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Andrea Daloia     Andrea.Daloia@ThompsonHine.com, ECFDocket@thompsonhine.com

Sean O. Morris     sean.morris@apks.com

Joseph L. Ciaccio     JCiaccio@NapoliLaw.com

Paul Napoli     pnapoli@napolilaw.com

Patrick Fitzgerald     patrick.fitzgerald@skadden.com

**OHS/3:17-cv-00229 Notice will not be electronically mailed to:**

**OHS/2:17-cv-00662 Notice has been electronically mailed to:**

12/5/2017

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy     murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray     murray@mmmb.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

John A Lancione     jal@lancionelaw.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Brian A. Glasser     bglasser@baileyglasser.com

S. Ann Saucer     asaucer@baronbudd.com

Robert H. Akers     rakers@tcspllc.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Elizabeth P Kessler     ekessler@jonesday.com

Emily Johnson Henn     ehenn@cov.com

James M. Papantonio     mailsec@levinlaw.com

F. Lane Heard, III     lheard@wc.com

James Bruce Hadden     hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland     djireland@ficlaw.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Charles Coleman Lifland     clifland@omm.com

Vincent I. Holzhall     vince.holzhall@steptoe-johnson.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Amy J. Quezon     amy@mchughfuller.com

William D. Wilmoth     william.wilmoth@steptoe-johnson.com

Erin Rhinehart     erhinehart@ficlaw.com

Christopher Clayton Hollon     chollon@ficlaw.com

Edison R. Hill     rehill@hpcbd.com

J. Burton LeBlanc, IV     bleblanc@baronbudd.com

Ashley W. Hardin     ahardin@wc.com

Steven R. Ruby     sruby@baileyglasser.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

James R. Wooley     jrwooley@jonesday.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Raymond S Franks II     rfranks@baileyglasser.com

A. L. Emch     aemch@jacksonkelly.com

Alana Valle Tanoury     alana.valle@steptoe-johnson.com

**OHS/2:17-cv-00662 Notice will not be electronically mailed to:**

**OHN/1:17-cv-01872 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheilabirnbaum@quinnemanuel.com, haydencoleman@quinnemanuel.com, jonathantam@quinnemanuel.com, lindsayzanello@quinnemanuel.com, samrosen@quinnemanuel.com, sararoitman@quinnemanuel.com

John R. Climaco     jrclim@climacolaw.com, gabrun@climacolaw.com

John Robinson Mitchell     john.mitchell@thompsonhine.com, ECFDocket@thompsonhine.com

J. Gordon Cooney, Jr (Terminated)     Gordon.cooney@morganlewis.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

Daniel J Buckley     DJBuckley@vorys.com, djbuckley@vorys.com, kjwooldridge@vorys.com

Hunter J. Shkolnik     hunter@napolilaw.com, Hunter@napolilaw.com, sbadala@napolilaw.com, ssacks@napolilaw.com, ttung@napolilaw.com

John Q Lewis     john.lewis@tuckerellis.com, carrie.lange@tuckerellis.com, docket-lax@tuckerellis.com, jacqueline.cabral@tuckerellis.com, joshua.wes@tuckerellis.com, justin.rice@tuckerellis.com, mollie.benedict@tuckerellis.com, monee.hanna@tuckerellis.com, nicholas.janizeh@tuckerellis.com, peter.choate@tuckerellis.com, rae.latch@tuckerellis.com, sarah.bunce@tuckerellis.com, timothy.milbrodt@tuckerellis.com

Joseph F. Murray     murray@mmmb.com

Albert J Lucas     alucas@calfee.com

R. Ryan Stoll     Ryan.stoll@skadden.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,

ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

D Scott Kalish      scottkalishcollc@cs.com

Patrick G Warner      pwarner@leistwarner.com

James Bruce Hadden      hadden@mmmb.com, tiffany@mmmb.com

Gregory D. Brunton      gbrunton@grsm.com, rrose@grsm.com

Georgia K.E. Yanchar      gyanchar@calfee.com, hhomolka@calfee.com

Brian M. Ercole      bercole@morganlewis.com

Steven A. Reed      steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Tinos Diamantatos      tinos.diamantatos@morganlewis.com

Jennifer Levy      jlevy@kirkland.com, jason.bradley@kirkland.com, jennifer.levy@kirkland.com

Enu Mainigi      emainigi@wc.com, cbrown-taylor@wc.com

Salvatore C. Badala      sbadala@napolilaw.com

Charles Coleman Lifland      clifland@omm.com

Ingo W. Sprie, Jr      Ingo.Sprie@apks.com

Jordan D Rauch      jrauch@hahnlaw.com

Oral Judson Scheaf, III      JScheaf@hahnlaw.com, jbeard@hahnlaw.com

Vincent I. Holzhall      vince.holzhall@steptoe-johnson.com

Daniel J. Hyzak      dhyzak@grsm.com, rrose@grsm.com

Bruce A. Moore      bmoore@grsm.com, rrose@grsm.com

Sandra K. Zerrusen      skzerrusen@jacksonkelly.com

Tyler G. Tarney      ttarney@grsm.com, rrose@grsm.com

Mark W. Bernlohr      mwbernlohr@jacksonkelly.com

Aaron E. McQueen      aaron.mcqueen@jacksonkelly.com

Andrew N. Schock      anschock@jacksonkelly.com

Stacey A. Greenwell     stacey.greenwell@thompsonhine.com, ECFDocket@thompsonhine.com

Timothy W Knapp     timothy.knapp@kirkland.com

Martin L Roth     martin.roth@kirkland.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Tera N. Coleman     tcoleman@bakerlaw.com, vfredle@bakerlaw.com

Carole Schwartz Rendon     crendon@bakerlaw.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jason Blake     jblake@calfee.com

Andrea Daloia     Andrea.Daloia@ThompsonHine.com, ECFDocket@thompsonhine.com

Sean O. Morris     sean.morris@apks.com

Joseph L. Ciaccio     JCiaccio@NapoliLaw.com

Paul Napoli     pnapoli@napolilaw.com

Patrick Fitzgerald     patrick.fitzgerald@skadden.com

**OHN/1:17-cv-01872 Notice will not be electronically mailed to:**

**WVS/3:17-cv-01665 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo (Terminated)     markcheffo@quinnemanuel.com,
makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-
0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

Neva G Lusk     nlusk@spilmanlaw.com, lwalker@spilmanlaw.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

Richard A Schirtzer     richardschirtzer@quinnemanuel.com, makaoganesian@quinnemanuel.com

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Webster J. Arceneaux, III     Wjarceneaux@lgcr.com

Alexander Macia     amacia@spilmanlaw.com

Gerard Ray Stowers     gstowers@bowlesrice.com, kjarvis@bowlesrice.com

Jeffrey M. Wakefield    jwakefield@fsblaw.com

Eric W. Sitarchuk    esitarchuk@morganlewis.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV    bleblanc@baronbudd.com, avezinat@baronbudd.com

Fazal A. Shere    fshere@bowlesrice.com

Larry A. Mackey    lmackey@btlaw.com

Dean T Barnhard    dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Raymond S Franks, II    rfranks@baileyglasser.com

Michael J. Fuller, Jr    mike@mchughfuller.com

Brian A. Glasser    bglasser@baileyglasser.com

Bert Ketchum    bert@greeneketchum.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Elizabeth P Kessler    ekessler@jonesday.com

James M. Papantonio    mailsec@levinlaw.com

F. Lane Heard, III    lheard@wc.com

Marc E. Williams    marc.williams@nelsonmullins.com

Ronda L. Harvey    rharvey@bowlesrice.com, deasterling@bowlesrice.com

Laura J Baughman    lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis    rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko    mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure    smcclure@reedsmith.com

Neil E McWilliams, Jr    nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Archie Cleveland Lamb, Jr    alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

Christopher D. Smith     chris.smith@nelsonmullins.com

William A. Burck     williamburck@quinnemanuel.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Amy J. Quezon     amy@mchughfuller.com

Steven R. Ruby     sruby@baileyglasser.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Adam J. Schwendeman     aschwendeman@jacksonkelly.com

Meredith S. Auten     meredith.auten@morganlewis.com

James R. Wooley     jrwooley@jonesday.com

Jason L. Holliday     jholliday@flahertylegal.com

Jessie F. Reckart     jreckart@bowlesrice.com

Carte P. Goodwin     cgoodwin@fbtlaw.com

Joseph M. Ward     jward@fbtlaw.com

James S. Crockett, Jr     jcrockett@spilmanlaw.com

Mitchell J. Rhein     mrhein@spilmanlaw.com

Sherri Ann Saucer     asaucer@baronbudd.com

Michael A. Woelfel     mikewoelfel3@gmail.com

Alexander L. Turner     alex.turner@nelsonmullins.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

**WVS/3:17-cv-01665 Notice will not be electronically mailed to:**

**KYW/1:17-cv-00163 Notice has been electronically mailed to:**

Mark Steven Cheffo    markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill    rehill@hpcbd.com

Brien T. O'Connor    Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern    Jonathan.Stern@apks.com

Michael J. Fuller, Jr    mike@mchughfuller.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed    steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland    clifland@omm.com

J. Burton LeBlanc    bleblanc@baronbudd.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips    jeff.phillips@steptoe-johnson.com

Margaret Jane Brannon    mjbrannon@jacksonkelly.com

Steven B. Loy    steven.loy@skofirm.com

Perry M. Bentley    perry.bentley@skofirm.com

Monica Hobson Braun    monica.braun@skofirm.com

**KYW/1:17-cv-00163 Notice will not be electronically mailed to:**

**ILS/3:17-cv-00856 Notice has been electronically mailed to:**

Russell Wills Budd    rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Eric D. Holland    eholland@allfela.com, lhenderson@allfela.com, scrompton@allfela.com, tblasa@allfela.com, theepke@allfela.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Frank Lane Heard, III    lheard@wc.com, lmullins@wc.com

RAYMOND R. FOURNIE    rfournie@armstrongteasdale.com

Melanie Rollins King    mking@armstrongteasdale.com

Anita Maria Kidd    akidd@armstrongteasdale.com

Alexander S. Vesselinovitch    avesselinovitch@freeborn.com

David I. Cates    dcates@cateslaw.com, cmooney@cateslaw.com, rmcmanus@cateslaw.com, sluebbers@cateslaw.com

Shannon E. McClure    smcclure@reedsmith.com

Randall Seth Crompton    scrompton@allfela.com, tblasa@allfela.com

James F. Bennett    jbennett@dowdbennett.com, dlynn@dowdbennett.com

Thomas J. Lech    tlech@ghalaw.com, calthardt@ghalaw.com, lisal@ghalaw.com

Steven M. Pyser    spyser@wc.com, emurphy@wc.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Ann E. Callis    acallis@ghalaw.com, calthardt@ghalaw.com

Gregory R. Jones    gjones@ghalaw.com

Arsenio Lenell Mims    amims@dowdbennett.com

Julie Fix Meyer    jfixmeyer@armstrongteasdale.com

Sarah E. Harmon    sharmon@armstrongteasdale.com

Ashley W. Hardin     ahardin@wc.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Matthew T. Connelly     mconnelly@freeborn.com

A. L. Emch     aemch@jacksonkelly.com

**ILS/3:17-cv-00856 Notice will not be electronically mailed to:**

**OHS/2:17-cv-00704 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy     murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray     murray@mmmb.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

S. Ann Saucer     asaucer@baronbudd.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Emily Johnson Henn     ehenn@cov.com

James M. Papantonio     mailsec@levinlaw.com

James Bruce Hadden     hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman      lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis      rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko      mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure      smcclure@reedsmith.com

Neil E McWilliams, Jr      nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed      steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr      alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland      djireland@ficlaw.com

Enu Mainigi      emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy      jgaddy@levinlaw.com

Page A. Poerschke      ppoerschke@levinlaw.com

Laura Sherling Dunning      ldunning@levinlaw.com

Charles Coleman Lifland      clifland@omm.com

Vincent I. Holzhall      vince.holzhall@steptoe-johnson.com

Donna Marie Welch      dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Amy J. Quezon      amy@mchughfuller.com

William D. Wilmoth      william.wilmoth@steptoe-johnson.com

Erin Rhinehart      erhinehart@ficlaw.com

Christopher Clayton Hollon      chollon@ficlaw.com

J. Burton LeBlanc, IV      bleblanc@baronbudd.com

Geoffrey Edward Hobart      ghobart@cov.com

Matthew Michael Benov      mbenov@cov.com

Robert Arthur Nicholas      rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

Alana Valle Tanoury     alana.valle@steptoe-johnson.com

**OHS/2:17-cv-00704 Notice will not be electronically mailed to:**

**OHS/2:17-cv-00723 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy     murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray     murray@mmmb.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

John A Lancione     jal@lancionelaw.com

Michael J. Fuller, Jr     mike@mchughfuller.com

S. Ann Saucer     asaucer@baronbudd.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Emily Johnson Henn     ehenn@cov.com

James M. Papantonio     mailsec@levinlaw.com

James Bruce Hadden     hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis      rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko      mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure      smcclure@reedsmith.com

Neil E McWilliams, Jr      nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed      steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr      alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland      djireland@ficlaw.com

Enu Mainigi      emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy      jgaddy@levinlaw.com

Page A. Poerschke      ppoerschke@levinlaw.com

Laura Sherling Dunning      ldunning@levinlaw.com

Charles Coleman Lifland      clifland@omm.com

Vincent I. Holzhall      vince.holzhall@steptoe-johnson.com

Donna Marie Welch      dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Amy J. Quezon      amy@mchughfuller.com

William D. Wilmoth      william.wilmoth@steptoe-johnson.com

Erin Rhinehart      erhinehart@ficlaw.com

Christopher Clayton Hollon      chollon@ficlaw.com

J. Burton LeBlanc, IV      bleblanc@baronbudd.com

Jeremy M Burnside      jeremy@jburnsidelaw.com

Geoffrey Edward Hobart      ghobart@cov.com

Matthew Michael Benov      mbenov@cov.com

Robert Arthur Nicholas      rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

Alana Valle Tanoury     alana.valle@steptoe-johnson.com

**OHS/2:17-cv-00723 Notice will not be electronically mailed to:**

**KYW/3:17-cv-00508 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Mark K. Gray     mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

S. Ann Saucer     asaucer@baronbudd.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

James M. Papantonio     mailsec@levinlaw.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

Page A. Poerschke     mailsec@levinlaw.com

Laura Sherling Dunning     mailsec@levinlaw.com

Charles Coleman Lifland     clifland@omm.com

Michael J. O'Connell     mike.oconnell@louisvilleky.gov

Matthew J. Golden     matt.golden@louisvilleky.gov

J. Burton LeBlanc     bleblanc@baronbudd.com

Michael Bowling     mikebowlinglaw@gmail.com

Gillard B. Johnson, III     gjohnson@mcnair.net

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Amy J. Quezon     amy@mchughfuller.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYW/3:17-cv-00508 Notice will not be electronically mailed to:**

**WVS/3:17-cv-01362 Notice has been electronically mailed to:**

Jeffrey M. Wakefield     jwakefield@fsblaw.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

Robert H. Akers     rakers@tcspllc.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,

ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Elizabeth P Kessler (Terminated)     ekessler@jonesday.com

F. Lane Heard, III     lheard@wc.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Shannon E. McClure     smcclure@reedsmith.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Adam J. Schwendeman     aschwendeman@jacksonkelly.com

Meredith S. Auten     meredith.auten@morganlewis.com

James R. Wooley (Terminated)     jrwooley@jonesday.com

Jason L. Holliday     jholliday@flahertylegal.com

Charles R. Webb     rusty@rustywebb.com, Lisastaup@rustywebb.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

**WVS/3:17-cv-01362 Notice will not be electronically mailed to:**

**WAW/2:17-cv-00209 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheilabirnbaum@quinnemanuel.com, haydencoleman@quinnemanuel.com, jonathantam@quinnemanuel.com, lindsayzanello@quinnemanuel.com, samrosen@quinnemanuel.com, sararoitman@quinnemanuel.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

Michael A. Goldfarb     goldfarb@kdg-law.com

R. Ryan Stoll     Ryan.stoll@skadden.com

Christopher Michael Huck    huck@kelleygoldfarb.com, angela@kelleygoldfarb.com

Kit W Roth    roth@kdg-law.com

Rogelio Omar Riojas    riojas@kelleygoldfarb.com

Ronald J Friedman    rfriedman@karrtuttle.com

Stephanie R Lakinski    slakinski@karrtuttle.com

Andrew W. Durland    adurland@karrtuttle.com

Thomas Dean Adams    tadams@karrtuttle.com

Patrick Fitzgerald    patrick.fitzgerald@skadden.com

**WAW/2:17-cv-00209 Notice will not be electronically mailed to:**

**OHS/2:17-cv-00768 Notice has been electronically mailed to:**

Russell Wills Budd    rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo    markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill    rehill@hpcbd.com

Anthony J Majestro    amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy    murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor    Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray    murray@mmmb.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern    Jonathan.Stern@apks.com

Michael J. Fuller, Jr    mike@mchughfuller.com

S. Ann Saucer    asaucer@baronbudd.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Emily Johnson Henn      ehenn@cov.com

James M. Papantonio      mailsec@levinlaw.com

James Bruce Hadden      hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman      lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis      rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko      mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure      smcclure@reedsmith.com

Neil E McWilliams, Jr      nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed      steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr      alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland      djireland@ficlaw.com

Enu Mainigi      emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy      jgaddy@levinlaw.com

Page A. Poerschke      ppoerschke@levinlaw.com

Laura Sherling Dunning      ldunning@levinlaw.com

Charles Coleman Lifland      clifland@omm.com

Vincent I. Holzhall      vince.holzhall@steptoe-johnson.com

Donna Marie Welch      dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Amy J. Quezon      amy@mchughfuller.com

William D. Wilmoth      william.wilmoth@steptoe-johnson.com

Erin Rhinehart      erhinehart@ficlaw.com

Christopher Clayton Hollon      chollon@ficlaw.com

J. Burton LeBlanc, IV      bleblanc@baronbudd.com

Geoffrey Edward Hobart      ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

Alana Valle Tanoury     alana.valle@steptoe-johnson.com

**OHS/2:17-cv-00768 Notice will not be electronically mailed to:**

**KYE/3:17-cv-00073 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips    jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr    gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon    mjbrannon@jacksonkelly.com

Steven B. Loy    steven.loy@skofirm.com

Perry M. Bentley    perry.bentley@skofirm.com

Monica Hobson Braun    monica.braun@skofirm.com

**KYE/3:17-cv-00073 Notice will not be electronically mailed to:**

Amerisourcebergen Drug Corporation
c/o CT Corporation System
306 West Main St.
Suite 512
Frankfort, KY 40601

Cardinal Health Inc.
c/o CT Corporation System
1300 East Ninth St.
Cleveland, OH 44114

McKesson Corporation
c/o Corporation Service Company
421 West Main St.
Frankfort, KY 40601

**KYE/6:17-cv-00255 Notice has been electronically mailed to:**

Mark Steven Cheffo    markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill    rehill@hpcbd.com

Robert Franklin Duncan    rduncan@jacksonkelly.com

Brien T. O'Connor    Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV    bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern    Jonathan.Stern@apks.com

Michael J. Fuller, Jr    mike@mchughfuller.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed    steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland    clifland@omm.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips    jeff.phillips@steptoe-johnson.com

Margaret Jane Brannon    mjbrannon@jacksonkelly.com

Steven B. Loy    steven.loy@skofirm.com

Perry M. Bentley    perry.bentley@skofirm.com

Monica Hobson Braun    monica.braun@skofirm.com

**KYE/6:17-cv-00255 Notice will not be electronically mailed to:**

**WVS/5:17-cv-02311 Notice has been electronically mailed to:**

Anthony J Majestro    amajestro@powellmajestro.com, csmith@powellmajestro.com

Webster J. Arceneaux, III    Wjarceneaux@lgcr.com

Jeffrey M. Wakefield    jwakefield@fsblaw.com

Eric W. Sitarchuk    esitarchuk@morganlewis.com

Warren R McGraw, II    mcgrawlaw1@aol.com

Thomas J. Hurney, Jr    Thurney@jacksonkelly.com, dkharper@jacksonkelly.com, lmiller@jacksonkelly.com

Laurie K Miller    lmiller@jacksonkelly.com

Dean T Barnhard    dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Bert Ketchum    bert@greeneketchum.com

Robert H. Akers    rakers@tcspllc.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr (Terminated)    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

SUSAN M. ROBINSON    srobinson@tcspllc.com

James W. Matthews    Jmatthews@foley.com, jnagle@foley.com

Shannon E. McClure    smcclure@reedsmith.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Christopher D. Smith    chris.smith@nelsonmullins.com

Devon J. Stewart    devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart    ghobart@cov.com

Matthew Michael Benov    mbenov@cov.com

Adam J. Schwendeman    aschwendeman@jacksonkelly.com

Meredith S. Auten    meredith.auten@morganlewis.com

Keith A. Jones    kjoneslaw@aol.com

Alexander L. Turner    alex.turner@nelsonmullins.com

G. Todd Houck    gthouck@aol.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

John D. Hoblitzell, III    jdhoblitzell@kaycasto.com, emcclanahan@kaycasto.com

A. L. Emch     aemch@jacksonkelly.com

**WVS/5:17-cv-02311 Notice will not be electronically mailed to:**

**KYE/5:17-cv-00369 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr     gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYE/5:17-cv-00369 Notice will not be electronically mailed to:**

**KYE/5:17-cv-00367 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-

mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips    jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr    gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon    mjbrannon@jacksonkelly.com

Steven B. Loy    steven.loy@skofirm.com

Perry M. Bentley    perry.bentley@skofirm.com

Monica Hobson Braun    monica.braun@skofirm.com

**KYE/5:17-cv-00367 Notice will not be electronically mailed to:**

**WVS/2:17-cv-01666 Notice has been electronically mailed to:**

Russell Wills Budd    rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo (Terminated)    markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

Neva G Lusk    nlusk@spilmanlaw.com, lwalker@spilmanlaw.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

Richard A Schirtzer    richardschirtzer@quinnemanuel.com, makaoganesian@quinnemanuel.com

Anthony J Majestro    amajestro@powellmajestro.com, csmith@powellmajestro.com

Webster J. Arceneaux, III    Wjarceneaux@lgcr.com

Alexander Macia    amacia@spilmanlaw.com

Gerard Ray Stowers    gstowers@bowlesrice.com, kjarvis@bowlesrice.com

Eric W. Sitarchuk    esitarchuk@morganlewis.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Thomas J. Hurney, Jr    Thurney@jacksonkelly.com, dkharper@jacksonkelly.com, lmiller@jacksonkelly.com

Jules Burton LeBlanc, IV    bleblanc@baronbudd.com, avezinat@baronbudd.com

Laurie K Miller    lmiller@jacksonkelly.com

Fazal A. Shere    fshere@bowlesrice.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Bert Ketchum     bert@greeneketchum.com

Robert H. Akers     rakers@tcspllc.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

James M. Papantonio     mailsec@levinlaw.com

Christopher S. Dodrill     cdodrill@jonesday.com

F. Lane Heard, III     lheard@wc.com

Ronda L. Harvey     rharvey@bowlesrice.com, deasterling@bowlesrice.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

James W. Matthews     Jmatthews@foley.com, jnagle@foley.com

Clifford F. Kinney, Jr     ckinney@spilmanlaw.com, tcollingsworth@spilmanlaw.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

William A. Burck     williamburck@quinnemanuel.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Amy J. Quezon     amy@mchughfuller.com

Devon J. Stewart     devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Adam J. Schwendeman     aschwendeman@jacksonkelly.com

Meredith S. Auten     meredith.auten@morganlewis.com

James R. Wooley     jrwooley@jonesday.com

Jessie F. Reckart     jreckart@bowlesrice.com

Carte P. Goodwin     cgoodwin@fbtlaw.com

Joseph M. Ward     jward@fbtlaw.com

James S. Crockett, Jr     jcrockett@spilmanlaw.com

Keith A. Jones     kjoneslaw@aol.com

Mitchell J. Rhein     mrhein@spilmanlaw.com

John Andrew Smith     jsmith@flahertylegal.com, tdavenport@flahertylegal.com

Sherri Ann Saucer     asaucer@baronbudd.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

**WVS/2:17-cv-01666 Notice will not be electronically mailed to:**

**OHS/2:17-cv-00680 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy      murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor      Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray      murray@mmmb.com

Peter J Mougey      pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern      Jonathan.Stern@apks.com

Michael J. Fuller, Jr      mike@mchughfuller.com

S. Ann Saucer      asaucer@baronbudd.com

Russell David Jessee      Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr      PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Emily Johnson Henn      ehenn@cov.com

James M. Papantonio      mailsec@levinlaw.com

James Bruce Hadden      hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman      lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis      rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko      mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure      smcclure@reedsmith.com

Neil E McWilliams, Jr      nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed      steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr      alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland      djireland@ficlaw.com

Steven M. Pyser      spyser@wc.com, emurphy@wc.com

Enu Mainigi      emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy      jgaddy@levinlaw.com

Page A. Poerschke      ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Charles Coleman Lifland     clifland@omm.com

Vincent I. Holzhall     vince.holzhall@steptoe-johnson.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Amy J. Quezon     amy@mchughfuller.com

William D. Wilmoth     william.wilmoth@steptoe-johnson.com

Erin Rhinehart     erhinehart@ficlaw.com

Christopher Clayton Hollon     chollon@ficlaw.com

J. Burton LeBlanc, IV     bleblanc@baronbudd.com

Ashley W. Hardin     ahardin@wc.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

Alana Valle Tanoury     alana.valle@steptoe-johnson.com

**OHS/2:17-cv-00680 Notice will not be electronically mailed to:**

**KYE/2:17-cv-00161 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV    bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern    Jonathan.Stern@apks.com

Michael J. Fuller, Jr    mike@mchughfuller.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed    steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland    clifland@omm.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips    jeff.phillips@steptoe-johnson.com

Margaret Jane Brannon    mjbrannon@jacksonkelly.com

Steven B. Loy    steven.loy@skofirm.com

Perry M. Bentley    perry.bentley@skofirm.com

Monica Hobson Braun    monica.braun@skofirm.com

**KYE/2:17-cv-00161 Notice will not be electronically mailed to:**

**KYE/6:17-cv-00250 Notice has been electronically mailed to:**

Mark Steven Cheffo    markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill    rehill@hpcbd.com

Robert Franklin Duncan    rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr     gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYE/6:17-cv-00250 Notice will not be electronically mailed to:**

**OHS/2:17-cv-00682 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,

maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy     murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray     murray@mmmb.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

John A Lancione     jal@lancionelaw.com

Michael J. Fuller, Jr     mike@mchughfuller.com

S. Ann Saucer     asaucer@baronbudd.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Emily Johnson Henn     ehenn@cov.com

James M. Papantonio     mailsec@levinlaw.com

James Bruce Hadden     hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland     djireland@ficlaw.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Charles Coleman Lifland     clifland@omm.com

Vincent I. Holzhall     vince.holzhall@steptoe-johnson.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Amy J. Quezon     amy@mchughfuller.com

William D. Wilmoth     william.wilmoth@steptoe-johnson.com

Erin Rhinehart     erhinehart@ficlaw.com

Christopher Clayton Hollon     chollon@ficlaw.com

Edison R. Hill     rehill@hpcbd.com

J. Burton LeBlanc, IV     bleblanc@baronbudd.com

Ashley W. Hardin     ahardin@wc.com

Jeremy M Burnside     jeremy@jburnsidelaw.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

Alana Valle Tanoury     alana.valle@steptoe-johnson.com

**OHS/2:17-cv-00682 Notice will not be electronically mailed to:**

**WVS/2:17-cv-03555 Notice has been electronically mailed to:**

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

L. Lee Javins, II    ljavins@bbjlc.com, bwallace@bbjlc.com

Devon J. Stewart    devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart    ghobart@cov.com

Matthew Michael Benov    mbenov@cov.com

Vaughn T. Sizemore    Vaughn.T.Sizemore@wvago.gov

Larry Lee Javins    ljavins@bjc4u.com, jfaegre@bjc4u.com

Taylor Matthew Norman    tnorman@bjc4u.com

**WVS/2:17-cv-03555 Notice will not be electronically mailed to:**

**KYE/6:17-cv-00247 Notice has been electronically mailed to:**

Mark Steven Cheffo    markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill    rehill@hpcbd.com

Robert Franklin Duncan    rduncan@jacksonkelly.com

Brien T. O'Connor    Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV    bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern    Jonathan.Stern@apks.com

Michael J. Fuller, Jr    mike@mchughfuller.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed    steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland    clifland@omm.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips    jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr    gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon    mjbrannon@jacksonkelly.com

Steven B. Loy    steven.loy@skofirm.com

Perry M. Bentley    perry.bentley@skofirm.com

Monica Hobson Braun    monica.braun@skofirm.com

**KYE/6:17-cv-00247 Notice will not be electronically mailed to:**

**KYE/6:17-cv-00249 Notice has been electronically mailed to:**

Mark Steven Cheffo    markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill    rehill@hpcbd.com

Robert Franklin Duncan    rduncan@jacksonkelly.com

Brien T. O'Connor    Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV    bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern    Jonathan.Stern@apks.com

Michael J. Fuller, Jr    mike@mchughfuller.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed    steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland    clifland@omm.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips    jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr    gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon    mjbrannon@jacksonkelly.com

Steven B. Loy    steven.loy@skofirm.com

Perry M. Bentley    perry.bentley@skofirm.com

Monica Hobson Braun    monica.braun@skofirm.com

**KYE/6:17-cv-00249 Notice will not be electronically mailed to:**

Amerisourcebergen Drug Corporation
c/o CT Corporation System
306 West Main St.
Suite 512
Frankfort, KY 40601

**OHS/2:17-cv-00663 Notice has been electronically mailed to:**

Russell Wills Budd    rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo    markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill    rehill@hpcbd.com

Anthony J Majestro    amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy     murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray     murray@mmmb.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

John A Lancione     jal@lancionelaw.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Brian A. Glasser     bglasser@baileyglasser.com

S. Ann Saucer     asaucer@baronbudd.com

Robert H. Akers     rakers@tcspllc.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Elizabeth P Kessler     ekessler@jonesday.com

Emily Johnson Henn     ehenn@cov.com

James M. Papantonio     mailsec@levinlaw.com

F. Lane Heard, III     lheard@wc.com

James Bruce Hadden     hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,

rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr    alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland    djireland@ficlaw.com

Steven M. Pyser    spyser@wc.com, emurphy@wc.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy    jgaddy@levinlaw.com

Page A. Poerschke    ppoerschke@levinlaw.com

Laura Sherling Dunning    ldunning@levinlaw.com

Charles Coleman Lifland    clifland@omm.com

Vincent I. Holzhall    vince.holzhall@steptoe-johnson.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Amy J. Quezon    amy@mchughfuller.com

William D. Wilmoth    william.wilmoth@steptoe-johnson.com

Erin Rhinehart    erhinehart@ficlaw.com

Christopher Clayton Hollon    chollon@ficlaw.com

J. Burton LeBlanc, IV    bleblanc@baronbudd.com

Ashley W. Hardin    ahardin@wc.com

Steven R. Ruby    sruby@baileyglasser.com

Geoffrey Edward Hobart    ghobart@cov.com

Matthew Michael Benov    mbenov@cov.com

James R. Wooley    jrwooley@jonesday.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Raymond S Franks II    rfranks@baileyglasser.com

A. L. Emch    aemch@jacksonkelly.com

Alana Valle Tanoury     alana.valle@steptoe-johnson.com

**OHS/2:17-cv-00663 Notice will not be electronically mailed to:**

**WVS/1:17-cv-03364 Notice has been electronically mailed to:**

Harry F Bell, Jr    hfbell@belllaw.com

Jeffrey M. Wakefield    jwakefield@fsblaw.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

Raymond S Franks, II    rfranks@baileyglasser.com

Brian A. Glasser    bglasser@baileyglasser.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Letitia Neese Chafin     TishChafin@yahoo.com

H. Truman Chafin     truman@thechafinlawfirm.com

F. Lane Heard, III     lheard@wc.com

John A. Yanchunis     jyanchunis@forthepeople.com, elockwood@forthepeople.com,
jcabezas@forthepeople.com, tponder@forthepeople.com

Shannon E. McClure    smcclure@reedsmith.com

JAMES DENNIS YOUNG    jyoung@forthepeople.com

Steven M. Pyser    spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Patrick A. Barthle, II     pbarthle@forthepeople.com

Steven R. Ruby    sruby@baileyglasser.com

Geoffrey Edward Hobart    ghobart@cov.com

Matthew Michael Benov    mbenov@cov.com

Adam J. Schwendeman    aschwendeman@jacksonkelly.com

Meredith S. Auten    meredith.auten@morganlewis.com

Mark E. Troy    mark@troylawwv.com

Jason L. Holliday      jholliday@flahertylegal.com

Robert Arthur Nicholas      rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch      aemch@jacksonkelly.com

**WVS/1:17-cv-03364 Notice will not be electronically mailed to:**

West Virginia Board of Pharmacy
2310 Kanawha Blvd East
Charleston, WV 25311

**KYE/3:17-cv-00071 Notice has been electronically mailed to:**

Mark Steven Cheffo      markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson      jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill      rehill@hpcbd.com

Robert Franklin Duncan      rduncan@jacksonkelly.com

Brien T. O'Connor      Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey      pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV      bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern      Jonathan.Stern@apks.com

Michael J. Fuller, Jr      mike@mchughfuller.com

Russell David Jessee      Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr      PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed      steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Enu Mainigi      emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland      clifland@omm.com

Donna Marie Welch      dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,

donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr     gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYE/3:17-cv-00071 Notice will not be electronically mailed to:**

**WVS/2:17-cv-01957 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo (Terminated)     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

Neva G Lusk     nlusk@spilmanlaw.com, lwalker@spilmanlaw.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

Richard A Schirtzer     richardschirtzer@quinnemanuel.com, makaoganesian@quinnemanuel.com

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Webster J. Arceneaux, III     Wjarceneaux@lgcr.com

Alexander Macia     amacia@spilmanlaw.com

Gerard Ray Stowers     gstowers@bowlesrice.com, kjarvis@bowlesrice.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Allen Milton Lopus     alopus@clarkhill.com, kcarr@clarkhill.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Fazal A. Shere     fshere@bowlesrice.com

Raymond S Franks, II     rfranks@baileyglasser.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Brian A. Glasser     bglasser@baileyglasser.com

Bert Ketchum     bert@greeneketchum.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

James M. Papantonio     mailsec@levinlaw.com

F. Lane Heard, III     lheard@wc.com

Ronda L. Harvey     rharvey@bowlesrice.com, deasterling@bowlesrice.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

William A. Burck     williamburck@quinnemanuel.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Amy J. Quezon     amy@mchughfuller.com

Steven R. Ruby     sruby@baileyglasser.com

Devon J. Stewart      devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart      ghobart@cov.com

Matthew Michael Benov      mbenov@cov.com

Adam J. Schwendeman      aschwendeman@jacksonkelly.com

Meredith S. Auten      meredith.auten@morganlewis.com

Jessie F. Reckart      jreckart@bowlesrice.com

Carte P. Goodwin      cgoodwin@fbtlaw.com

Joseph M. Ward      jward@fbtlaw.com

James S. Crockett, Jr      jcrockett@spilmanlaw.com

Mitchell J. Rhein      mrhein@spilmanlaw.com

Sherri Ann Saucer      asaucer@baronbudd.com

Michael A. Woelfel      mikewoelfel3@gmail.com

Robert J. Ridge      rridge@clarkhill.com

Robert Arthur Nicholas      rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch      aemch@jacksonkelly.com

**WVS/2:17-cv-01957 Notice will not be electronically mailed to:**

**CAE/2:17-cv-01485 Notice has been electronically mailed to:**

Sheila L. Birnbaum      sheilabirnbaum@quinnemanuel.com, haydencoleman@quinnemanuel.com,
jonathantam@quinnemanuel.com, lindsayzanello@quinnemanuel.com, samrosen@quinnemanuel.com,
sararoitman@quinnemanuel.com

Mark Steven Cheffo      markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

Jonathan L. Stern      Jonathan.Stern@apks.com

Russell David Jessee      Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Francis Onofrei Scarpulla      fos@scarpullalaw.com, cpc@scarpullalaw.com

12/5/2017

Patrick Bradford Clayton      pbc@scarpullalaw.com

Steven A. Reed      steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Clara Shin      cshin@cov.com

William H. Parish      parish@parishlegal.com

Collie Fitch James, IV      collie.james@morganlewis.com

Charles Coleman Lifland      clifland@omm.com

Lisa Michelle Gilford      lisa.gilford@skadden.com

Jeremy A. Menkowitz      jeremy.menkowitz@morganlewis.com

Kevin James Minnick      kevin.minnick@skadden.com

Sean O. Morris      sean.morris@apks.com

**CAE/2:17-cv-01485 Notice will not be electronically mailed to:**

**OHN/1:17-cv-01639 Notice has been electronically mailed to:**

Sheila L. Birnbaum      sheilabirnbaum@quinnemanuel.com, haydencoleman@quinnemanuel.com, jonathantam@quinnemanuel.com, lindsayzanello@quinnemanuel.com, samrosen@quinnemanuel.com, sararoitman@quinnemanuel.com

John R. Climaco      jrclim@climacolaw.com, gabrun@climacolaw.com

John Robinson Mitchell      john.mitchell@thompsonhine.com, ECFDocket@thompsonhine.com

J. Gordon Cooney, Jr (Terminated)      Gordon.cooney@morganlewis.com

Mark Steven Cheffo      markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

Daniel J Buckley      DJBuckley@vorys.com, djbuckley@vorys.com, kjwooldridge@vorys.com

Hunter J. Shkolnik      hunter@napolilaw.com, Hunter@napolilaw.com, sbadala@napolilaw.com, ssacks@napolilaw.com, ttung@napolilaw.com

Steven G Reade      steven.reade@apks.com

John Q Lewis      john.lewis@tuckerellis.com, carrie.lange@tuckerellis.com, docket-lax@tuckerellis.com, jacqueline.cabral@tuckerellis.com, joshua.wes@tuckerellis.com, justin.rice@tuckerellis.com, mollie.benedict@tuckerellis.com, monee.hanna@tuckerellis.com,

nicholas.janizeh@tuckerellis.com, peter.choate@tuckerellis.com, rae.latch@tuckerellis.com, sarah.bunce@tuckerellis.com, timothy.milbrodt@tuckerellis.com

Joseph F. Murray     murray@mmmb.com

Albert J Lucas     alucas@calfee.com

R. Ryan Stoll     Ryan.stoll@skadden.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

D Scott Kalish     scottkalishcollc@cs.com

Patrick G Warner     pwarner@leistwarner.com

Gregory D. Brunton     gbrunton@grsm.com, rrose@grsm.com

Georgia K.E. Yanchar     gyanchar@calfee.com, hhomolka@calfee.com

James W. Matthews     Jmatthews@foley.com, jnagle@foley.com

Shannon E. McClure     smcclure@reedsmith.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Joshua M Davis     joshua.davis@apks.com

Tinos Diamantatos     tinos.diamantatos@morganlewis.com

Jennifer Levy     jlevy@kirkland.com, jason.bradley@kirkland.com, jennifer.levy@kirkland.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Salvatore C. Badala     sbadala@napolilaw.com

Charles Coleman Lifland     clifland@omm.com

Ingo W. Sprie, Jr     Ingo.Sprie@apks.com

Jordan D Rauch     jrauch@hahnlaw.com

Oral Judson Scheaf, III     JScheaf@hahnlaw.com, jbeard@hahnlaw.com

Vincent I. Holzhall     vince.holzhall@steptoe-johnson.com

Daniel J. Hyzak      dhyzak@grsm.com, rrose@grsm.com

Bruce A. Moore      bmoore@grsm.com, rrose@grsm.com

Sandra K. Zerrusen      skzerrusen@jacksonkelly.com

Tyler G. Tarney      ttarney@grsm.com, rrose@grsm.com

Mark W. Bernlohr      mwbernlohr@jacksonkelly.com

Aaron E. McQueen      aaron.mcqueen@jacksonkelly.com

Andrew N. Schock      anschock@jacksonkelly.com

Stacey A. Greenwell      stacey.greenwell@thompsonhine.com, ECFDocket@thompsonhine.com

Timothy W Knapp      timothy.knapp@kirkland.com

Martin L Roth      martin.roth@kirkland.com

Donna Marie Welch      dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Tera N. Coleman      tcoleman@bakerlaw.com, vfredle@bakerlaw.com

Carole Schwartz Rendon      crendon@bakerlaw.com

Robert Arthur Nicholas      rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jason Blake      jblake@calfee.com

Andrea Daloia      Andrea.Daloia@ThompsonHine.com, ECFDocket@thompsonhine.com

Sean O. Morris      sean.morris@apks.com

Joseph L. Ciaccio      JCiaccio@NapoliLaw.com

Paul Napoli      pnapoli@napolilaw.com

Patrick Fitzgerald      patrick.fitzgerald@skadden.com

**OHN/1:17-cv-01639 Notice will not be electronically mailed to:**

**KYE/5:17-cv-00368 Notice has been electronically mailed to:**

Mark Steven Cheffo      markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson      jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr     gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYE/5:17-cv-00368 Notice will not be electronically mailed to:**

**OHS/2:17-cv-00770 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy     murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray     murray@mmmb.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

S. Ann Saucer     asaucer@baronbudd.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Emily Johnson Henn     ehenn@cov.com

James M. Papantonio     mailsec@levinlaw.com

James Bruce Hadden     hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,

rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr   alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland   djireland@ficlaw.com

Enu Mainigi   emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy   jgaddy@levinlaw.com

Page A. Poerschke   ppoerschke@levinlaw.com

Laura Sherling Dunning   ldunning@levinlaw.com

Charles Coleman Lifland   clifland@omm.com

Vincent I. Holzhall   vince.holzhall@steptoe-johnson.com

Donna Marie Welch   dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Amy J. Quezon   amy@mchughfuller.com

William D. Wilmoth   william.wilmoth@steptoe-johnson.com

Erin Rhinehart   erhinehart@ficlaw.com

Christopher Clayton Hollon   chollon@ficlaw.com

J. Burton LeBlanc, IV   bleblanc@baronbudd.com

Michael Patrick McNamee   mmcnamee@mcnameelaw.com

Robert R Miller   rmiller@ohlaw.com

Rebecca D. Louks   rlouks@ohlaw.com

Geoffrey Edward Hobart   ghobart@cov.com

Matthew Michael Benov   mbenov@cov.com

Robert Arthur Nicholas   rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch   aemch@jacksonkelly.com

Alana Valle Tanoury   alana.valle@steptoe-johnson.com

**OHS/2:17-cv-00770 Notice will not be electronically mailed to:**

**WVS/3:17-cv-01962 Notice has been electronically mailed to:**

Russell Wills Budd    rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo (Terminated)    markcheffo@quinnemanuel.com,
makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-
0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

Neva G Lusk    nlusk@spilmanlaw.com, lwalker@spilmanlaw.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

Richard A Schirtzer    richardschirtzer@quinnemanuel.com, makaoganesian@quinnemanuel.com

Anthony J Majestro    amajestro@powellmajestro.com, csmith@powellmajestro.com

Webster J. Arceneaux, III    Wjarceneaux@lgcr.com

Alexander Macia    amacia@spilmanlaw.com

Gerard Ray Stowers    gstowers@bowlesrice.com, kjarvis@bowlesrice.com

Eric W. Sitarchuk    esitarchuk@morganlewis.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Allen Milton Lopus    alopus@clarkhill.com, kcarr@clarkhill.com

Jules Burton LeBlanc, IV    bleblanc@baronbudd.com, avezinat@baronbudd.com

Fazal A. Shere    fshere@bowlesrice.com

Raymond S Franks, II    rfranks@baileyglasser.com

Michael J. Fuller, Jr    mike@mchughfuller.com

Brian A. Glasser    bglasser@baileyglasser.com

Bert Ketchum    bert@greeneketchum.com

Robert H. Akers    rakers@tcspllc.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

James M. Papantonio    mailsec@levinlaw.com

F. Lane Heard, III    lheard@wc.com

Ronda L. Harvey     rharvey@bowlesrice.com, deasterling@bowlesrice.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

William A. Burck     williamburck@quinnemanuel.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Amy J. Quezon     amy@mchughfuller.com

Steven R. Ruby     sruby@baileyglasser.com

Devon J. Stewart     devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Adam J. Schwendeman     aschwendeman@jacksonkelly.com

Meredith S. Auten     meredith.auten@morganlewis.com

Jessie F. Reckart     jreckart@bowlesrice.com

Carte P. Goodwin     cgoodwin@fbtlaw.com

Joseph M. Ward     jward@fbtlaw.com

James S. Crockett, Jr     jcrockett@spilmanlaw.com

Mitchell J. Rhein     mrhein@spilmanlaw.com

Sherri Ann Saucer     asaucer@baronbudd.com

Michael A. Woelfel     mikewoelfel3@gmail.com

Robert J. Ridge     rridge@clarkhill.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

**WVS/3:17-cv-01962 Notice will not be electronically mailed to:**

**WVS/2:17-cv-03372 Notice has been electronically mailed to:**

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Harry F Bell, Jr     hfbell@belllaw.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

Thomas J. Hurney, Jr     Thurney@jacksonkelly.com, dkharper@jacksonkelly.com,
lmiller@jacksonkelly.com

Laurie K Miller     lmiller@jacksonkelly.com

Raymond S Franks, II     rfranks@baileyglasser.com

Brian A. Glasser     bglasser@baileyglasser.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com,
patty@greeneketchum.com

Letitia Neese Chafin     TishChafin@yahoo.com

H. Truman Chafin     truman@thechafinlawfirm.com

F. Lane Heard, III     lheard@wc.com

John A. Yanchunis     jyanchunis@forthepeople.com, elockwood@forthepeople.com,
jcabezas@forthepeople.com, tponder@forthepeople.com

Shannon E. McClure    smcclure@reedsmith.com

JAMES DENNIS YOUNG    jyoung@forthepeople.com

Steven M. Pyser    spyser@wc.com, emurphy@wc.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Patrick A. Barthle, II    pbarthle@forthepeople.com

Steven R. Ruby    sruby@baileyglasser.com

Devon J. Stewart    devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart    ghobart@cov.com

Matthew Michael Benov    mbenov@cov.com

Adam J. Schwendeman    aschwendeman@jacksonkelly.com

Meredith S. Auten    meredith.auten@morganlewis.com

Mark E. Troy    mark@troylawwv.com

Harry G. Shaffer, III    hshaffer@shafferlaw.net

Todd A. Mount    tmount@shafferlaw.net

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch    aemch@jacksonkelly.com

Michael McDonald Cary    mcary@cary-law.com

**WVS/2:17-cv-03372 Notice will not be electronically mailed to:**

West Virginia Board of Pharmacy
2310 Kanawha Blvd East
Charleston, WV 25311

**WVS/1:17-cv-00946 Notice has been electronically mailed to:**

Harry F Bell, Jr    hfbell@belllaw.com

Eric W. Sitarchuk    esitarchuk@morganlewis.com

Raymond S Franks, II    rfranks@baileyglasser.com

Brian A. Glasser    bglasser@baileyglasser.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Elizabeth P Kessler (Terminated)     ekessler@jonesday.com

Letitia Neese Chafin     TishChafin@yahoo.com

H. Truman Chafin     truman@thechafinlawfirm.com

F. Lane Heard, III     lheard@wc.com

John A. Yanchunis     jyanchunis@forthepeople.com, elockwood@forthepeople.com, jcabezas@forthepeople.com, tponder@forthepeople.com

Shannon E. McClure     smcclure@reedsmith.com

JAMES DENNIS YOUNG     jyoung@forthepeople.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Patrick A. Barthle, II     pbarthle@forthepeople.com

Steven R. Ruby     sruby@baileyglasser.com

Devon J. Stewart     devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Adam J. Schwendeman     aschwendeman@jacksonkelly.com

Meredith S. Auten     meredith.auten@morganlewis.com

James R. Wooley (Terminated)     jrwooley@jonesday.com

Mark E. Troy     mark@troylawwv.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch     aemch@jacksonkelly.com

**WVS/1:17-cv-00946 Notice will not be electronically mailed to:**

**ILS/3:17-cv-00876 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Eric D. Holland     eholland@allfela.com, lhenderson@allfela.com, scrompton@allfela.com, tblasa@allfela.com, theepke@allfela.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

James M. Papantonio     mailsec@levinlaw.com

Frank Lane Heard, III     lheard@wc.com, lmullins@wc.com

RAYMOND R. FOURNIE     rfournie@armstrongteasdale.com

Melanie Rollins King     mking@armstrongteasdale.com

Anita Maria Kidd     akidd@armstrongteasdale.com

Alexander S. Vesselinovitch     avesselinovitch@freeborn.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

David I. Cates     dcates@cateslaw.com, cmooney@cateslaw.com, rmcmanus@cateslaw.com, sluebbers@cateslaw.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure     smcclure@reedsmith.com

Randall Seth Crompton     scrompton@allfela.com, tblasa@allfela.com

James F. Bennett     jbennett@dowdbennett.com, dlynn@dowdbennett.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Thomas J. Lech     tlech@ghalaw.com, calthardt@ghalaw.com, lisal@ghalaw.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

Ann E. Callis     acallis@ghalaw.com, calthardt@ghalaw.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Charles Coleman Lifland     clifland@omm.com

Gregory R. Jones     gjones@ghalaw.com

Arsenio Lenell Mims     amims@dowdbennett.com

Julie Fix Meyer     jfixmeyer@armstrongteasdale.com

Sarah E. Harmon     sharmon@armstrongteasdale.com

Amy J. Quezon     amy@mchughfuller.com

Ashley W. Hardin     ahardin@wc.com

Sherri Ann Saucer     asaucer@baronbudd.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Matthew T. Connelly     mconnelly@freeborn.com

A. L. Emch     aemch@jacksonkelly.com

**ILS/3:17-cv-00876 Notice will not be electronically mailed to:**

**WVS/2:17-cv-02296 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Neva G Lusk     nlusk@spilmanlaw.com, lwalker@spilmanlaw.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

Anthony J Majestro    amajestro@powellmajestro.com, csmith@powellmajestro.com

Webster J. Arceneaux, III    Wjarceneaux@lgcr.com

Gerard Ray Stowers    gstowers@bowlesrice.com, kjarvis@bowlesrice.com

Eric W. Sitarchuk    esitarchuk@morganlewis.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Thomas J. Hurney, Jr    Thurney@jacksonkelly.com, dkharper@jacksonkelly.com, lmiller@jacksonkelly.com

Jules Burton LeBlanc, IV    bleblanc@baronbudd.com, avezinat@baronbudd.com

Laurie K Miller    lmiller@jacksonkelly.com

Fazal A. Shere    fshere@bowlesrice.com

Larry A. Mackey    lmackey@btlaw.com

Dean T Barnhard    dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Raymond S Franks, II    rfranks@baileyglasser.com

Michael J. Fuller, Jr    mike@mchughfuller.com

Brian A. Glasser    bglasser@baileyglasser.com

Bert Ketchum    bert@greeneketchum.com

Robert H. Akers    rakers@tcspllc.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

J. Robert Rogers    jrobertrogers@hotmail.com

James M. Papantonio    mailsec@levinlaw.com

F. Lane Heard, III    lheard@wc.com

Marc E. Williams    marc.williams@nelsonmullins.com

Ronda L. Harvey    rharvey@bowlesrice.com, deasterling@bowlesrice.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

James W. Matthews     Jmatthews@foley.com, jnagle@foley.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

Christopher D. Smith     chris.smith@nelsonmullins.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Amy J. Quezon     amy@mchughfuller.com

Steven R. Ruby     sruby@baileyglasser.com

Devon J. Stewart     devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Adam J. Schwendeman     aschwendeman@jacksonkelly.com

Meredith S. Auten     meredith.auten@morganlewis.com

Jessie F. Reckart     jreckart@bowlesrice.com

Keith A. Jones     kjoneslaw@aol.com

John Andrew Smith     jsmith@flahertylegal.com, tdavenport@flahertylegal.com

Sherri Ann Saucer     asaucer@baronbudd.com

Stephanie L. Ojeda      sojeda@handl.com

Alexander L. Turner      alex.turner@nelsonmullins.com

Justin Jerome Marcum      justin@marcumlawoffice.com

Robert Arthur Nicholas      rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch      aemch@jacksonkelly.com

**WVS/2:17-cv-02296 Notice will not be electronically mailed to:**

**OHS/2:17-cv-00713 Notice has been electronically mailed to:**

Russell Wills Budd      rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Sheila L. Birnbaum      sheilabirnbaum@quinnemanuel.com, haydencoleman@quinnemanuel.com,
jonathantam@quinnemanuel.com, lindsayzanello@quinnemanuel.com, samrosen@quinnemanuel.com,
sararoitman@quinnemanuel.com

John Robinson Mitchell      john.mitchell@thompsonhine.com, ECFDocket@thompsonhine.com

J. Gordon Cooney, Jr      Gordon.cooney@morganlewis.com

Mark Steven Cheffo      markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson      jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill      rehill@hpcbd.com

Steven G Reade      steven.reade@apks.com

Anthony J Majestro      amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy      murphy@mmmb.com, tiffany@mmmb.com

John Q Lewis      john.lewis@tuckerellis.com, carrie.lange@tuckerellis.com, docket-
lax@tuckerellis.com, joshua.wes@tuckerellis.com, mollie.benedict@tuckerellis.com,
monee.hanna@tuckerellis.com, nicholas.janizeh@tuckerellis.com, peter.choate@tuckerellis.com,
rae.latch@tuckerellis.com, sarah.bunce@tuckerellis.com, timothy.milbrodt@tuckerellis.com

Brien T. O'Connor      Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray      murray@mmmb.com

Peter J Mougey      pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

R. Ryan Stoll     Ryan.stoll@skadden.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

S. Ann Saucer     asaucer@baronbudd.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Emily Johnson Henn     ehenn@cov.com

James M. Papantonio     mailsec@levinlaw.com

Daniel Jarcho     Daniel.Jarcho@alston.com, daniel.jarcho@alston.com

James Bruce Hadden     hadden@mmmb.com, tiffany@mmmb.com

Justin Edward Rice     justin.rice@tuckerellis.com

Laura J Baughman     lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis     rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko     mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

David John Butler     dbutler@taftlaw.com

Robert A. Bilott     bilott@taftlaw.com

Shannon E. McClure     smcclure@reedsmith.com

Neil E McWilliams, Jr     nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Joshua M Davis     joshua.davis@apks.com

Tinos Diamantatos     tdiamantatos@morganlewis.com

Archie Cleveland Lamb, Jr     alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Clara Shin     cshin@cov.com

Donald Jeffrey Ireland     djireland@ficlaw.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy     jgaddy@levinlaw.com

Page A. Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Charles Coleman Lifland     clifland@omm.com

Vincent I. Holzhall     vince.holzhall@steptoe-johnson.com

Stacey A. Greenwell     stacey.greenwell@thompsonhine.com, ECFDocket@thompsonhine.com

Timothy W Knapp     timothy.knapp@kirkland.com

Martin L Roth     martin.roth@kirkland.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Amy J. Quezon     amy@mchughfuller.com

William D. Wilmoth     william.wilmoth@steptoe-johnson.com

Erin Rhinehart     erhinehart@ficlaw.com

Christopher Clayton Hollon     chollon@ficlaw.com

J. Burton LeBlanc, IV     bleblanc@baronbudd.com

Ashley W. Hardin     ahardin@wc.com

Michael Keith Robertson     mrobertson@taftlaw.com

Celia M Kilgard     ckilgard@taftlaw.com

Andrew J. O'Connor     Andrew.O'Connor@ropesgray.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Peter J Stackpole     peter.stackpole@cincinnati-oh.gov

Andrea Daloia      Andrea.Daloia@ThompsonHine.com, ECFDocket@thompsonhine.com

A. L. Emch     aemch@jacksonkelly.com

Alana Valle Tanoury     alana.valle@steptoe-johnson.com

Marc J Kessler     mjkessler@hahnlaw.com

Patrick Herbert Boggs     phb@olrblaw.com

Mark Thomas D'Alessandro     mark.dalessandro@usdoj.gov

Patrick Fitzgerald     patrick.fitzgerald@skadden.com

**OHS/2:17-cv-00713 Notice will not be electronically mailed to:**

Noramco, Inc.
500 Swedes Landing Rd.
Wilmington, DE 19801

**WVS/2:17-cv-03715 Notice has been electronically mailed to:**

Harry F Bell, Jr     hfbell@belllaw.com

Raymond S Franks, II     rfranks@baileyglasser.com

Brian A. Glasser     bglasser@baileyglasser.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Letitia Neese Chafin     TishChafin@yahoo.com

H. Truman Chafin     truman@thechafinlawfirm.com

F. Lane Heard, III     lheard@wc.com

John A. Yanchunis     jyanchunis@forthepeople.com, elockwood@forthepeople.com,
jcabezas@forthepeople.com, tponder@forthepeople.com

JAMES DENNIS YOUNG     jyoung@forthepeople.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Patrick A. Barthle, II     pbarthle@forthepeople.com

Steven R. Ruby     sruby@baileyglasser.com

Devon J. Stewart     devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart     ghobart@cov.com

Matthew Michael Benov     mbenov@cov.com

Mark E. Troy     mark@troylawwv.com

**WVS/2:17-cv-03715 Notice will not be electronically mailed to:**

West Virginia Board of Pharmacy
2310 Kanawha Blvd East
Charleston, WV 25311

**ILS/3:17-cv-00616 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheilabirnbaum@quinnemanuel.com, haydencoleman@quinnemanuel.com,
jonathantam@quinnemanuel.com, lindsayzanello@quinnemanuel.com, samrosen@quinnemanuel.com,
sararoitman@quinnemanuel.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

Dan H. Ball     dhball@bryancave.com

Christopher F. Cueto     ccueto@cuetolaw.com, mgras@cuetolaw.com, mwendler@cuetolaw.com

Eric D. Holland     eholland@allfela.com, lhenderson@allfela.com, scrompton@allfela.com,
tblasa@allfela.com, theepke@allfela.com

John A. McCauley     jmccauley@venable.com, JKO'Connor@Venable.com, bbowman@venable.com,
dcbitzelberger@venable.com

Lloyd M. Cueto     cuetolm@cuetolaw.com, lbrueggemann@cuetolaw.com

David I. Cates     dcates@cateslaw.com, cmooney@cateslaw.com, rmcmanus@cateslaw.com,
sluebbers@cateslaw.com

Michael J. Gras     mgras@cuetolaw.com, mwendler@cuetolaw.com

Randall Seth Crompton     scrompton@allfela.com, tblasa@allfela.com

Thomas J. Lech     tlech@ghalaw.com, calthardt@ghalaw.com, lisal@ghalaw.com

Ann E. Callis     acallis@ghalaw.com, calthardt@ghalaw.com

W. Jason Rankin     wjr@heplerbroom.com, jason.rankin@heplerbroom.com

Troy A. Bozarth     tab@heplerbroom.com

Daniel C. Nester     dcnester@bryancave.com

Alan Lee Schilling, Jr     alan.schilling@bryancave.com

Gregory R. Jones     gjones@ghalaw.com

**ILS/3:17-cv-00616 Notice will not be electronically mailed to:**

**KYW/5:17-cv-00136 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

J. Burton LeBlanc     bleblanc@baronbudd.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr    gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon    mjbrannon@jacksonkelly.com

Steven B. Loy    steven.loy@skofirm.com

**KYW/5:17-cv-00136 Notice will not be electronically mailed to:**

**WVS/2:17-cv-02028 Notice has been electronically mailed to:**

Claude F. Reynaud, Jr    claude.reynaud@bswllp.com, danielle.borel@bswllp.com,
phyllis.mayo@bswllp.com, sandra.carlton@bswllp.com

Russell Wills Budd    rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

Anthony J Majestro    amajestro@powellmajestro.com, csmith@powellmajestro.com

Webster J. Arceneaux, III    Wjarceneaux@lgcr.com

Michael J. Farrell    mjf@farrell3.com

Gerard Ray Stowers    gstowers@bowlesrice.com, kjarvis@bowlesrice.com

Eric W. Sitarchuk    esitarchuk@morganlewis.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV    bleblanc@baronbudd.com, avezinat@baronbudd.com

Fazal A. Shere    fshere@bowlesrice.com

Jonathan L. Stern    Jonathan.Stern@apks.com

Larry A. Mackey    lmackey@btlaw.com

Dean T Barnhard    dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Raymond S Franks, II    rfranks@baileyglasser.com

Michael J. Fuller, Jr    mike@mchughfuller.com

Brian A. Glasser    bglasser@baileyglasser.com

Bert Ketchum    bert@greeneketchum.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,
sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

J. Robert Rogers    jrobertrogers@hotmail.com

James M. Papantonio    mailsec@levinlaw.com

F. Lane Heard, III    lheard@wc.com

Marc E. Williams    marc.williams@nelsonmullins.com

Thomas R. Temple, Jr    thomas.temple@bswllp.com

Ronda L. Harvey    rharvey@bowlesrice.com, deasterling@bowlesrice.com

Laura J Baughman    lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis    rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko    mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

James W. Matthews    Jmatthews@foley.com, jnagle@foley.com

Shannon E. McClure    smcclure@reedsmith.com

Neil E McWilliams, Jr    nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Archie Cleveland Lamb, Jr    alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Steven M. Pyser    spyser@wc.com, emurphy@wc.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy    jgaddy@levinlaw.com

Christopher D. Smith    chris.smith@nelsonmullins.com

Page A. Poerschke    ppoerschke@levinlaw.com

Laura Sherling Dunning    ldunning@levinlaw.com

Amy J. Quezon    amy@mchughfuller.com

Steven R. Ruby    sruby@baileyglasser.com

Devon J. Stewart    devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart    ghobart@cov.com

Matthew Michael Benov    mbenov@cov.com

Adam J. Schwendeman    aschwendeman@jacksonkelly.com

Meredith S. Auten     meredith.auten@morganlewis.com

Jessie F. Reckart     jreckart@bowlesrice.com

Keith A. Jones     kjoneslaw@aol.com

Sherri Ann Saucer     asaucer@baronbudd.com

Stephanie L. Ojeda     sojeda@handl.com

Alexander L. Turner     alex.turner@nelsonmullins.com

Paul L. Frampton, Jr     paul@amplaw.com

John J. Polak     jjpolak@amplaw.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Sean O. Morris     sean.morris@apks.com

A. L. Emch     aemch@jacksonkelly.com

**WVS/2:17-cv-02028 Notice will not be electronically mailed to:**

**KYE/5:17-cv-00370 Notice has been electronically mailed to:**

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Robert Franklin Duncan     rduncan@jacksonkelly.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern     Jonathan.Stern@apks.com

Michael J. Fuller, Jr     mike@mchughfuller.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,
ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com,

sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr     gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYE/5:17-cv-00370 Notice will not be electronically mailed to:**

**OHS/2:17-cv-00769 Notice has been electronically mailed to:**

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, spierce@baronbudd.com

Mark Steven Cheffo     markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson     jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill     rehill@hpcbd.com

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Brian K Murphy     murphy@mmmb.com, tiffany@mmmb.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Joseph F. Murray      murray@mmmb.com

Peter J Mougey      pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern      Jonathan.Stern@apks.com

Michael J. Fuller, Jr      mike@mchughfuller.com

S. Ann Saucer      asaucer@baronbudd.com

Russell David Jessee      Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr      PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Emily Johnson Henn      ehenn@cov.com

James M. Papantonio      mailsec@levinlaw.com

James Bruce Hadden      hadden@mmmb.com, tiffany@mmmb.com

Laura J Baughman      lbaughman@baronbudd.com, awilson@baronbudd.com, ralaniz@baronbudd.com

Roland K Tellis      rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko      mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure      smcclure@reedsmith.com

Neil E McWilliams, Jr      nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed      steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr      alamb@archielamb.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Donald Jeffrey Ireland      djireland@ficlaw.com

Enu Mainigi      emainigi@wc.com, cbrown-taylor@wc.com

Jeff R. Gaddy      jgaddy@levinlaw.com

Page A. Poerschke      ppoerschke@levinlaw.com

Laura Sherling Dunning      ldunning@levinlaw.com

Charles Coleman Lifland      clifland@omm.com

Vincent I. Holzhall      vince.holzhall@steptoe-johnson.com

Donna Marie Welch      dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com,
donna.welch@kirkland.com

Amy J. Quezon      amy@mchughfuller.com

William D. Wilmoth      william.wilmoth@steptoe-johnson.com

Erin Rhinehart      erhinehart@ficlaw.com

Christopher Clayton Hollon      chollon@ficlaw.com

J. Burton LeBlanc, IV      bleblanc@baronbudd.com

Geoffrey Edward Hobart      ghobart@cov.com

Matthew Michael Benov      mbenov@cov.com

Robert Arthur Nicholas      rnicholas@reedsmith.com, aemch@jacksonkelly.com,
arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-
mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch      aemch@jacksonkelly.com

Alana Valle Tanoury      alana.valle@steptoe-johnson.com

**OHS/2:17-cv-00769 Notice will not be electronically mailed to:**

**KYE/5:17-cv-00373 Notice has been electronically mailed to:**

Mark Steven Cheffo      markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com,
maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com,
rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson      jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill      rehill@hpcbd.com

Robert Franklin Duncan      rduncan@jacksonkelly.com

Brien T. O'Connor      Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey      pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jules Burton LeBlanc, IV      bleblanc@baronbudd.com, avezinat@baronbudd.com

Jonathan L. Stern      Jonathan.Stern@apks.com

Michael J. Fuller, Jr      mike@mchughfuller.com

Russell David Jessee      Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,

ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed    steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland    clifland@omm.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips    jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr    gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon    mjbrannon@jacksonkelly.com

Steven B. Loy    steven.loy@skofirm.com

Perry M. Bentley    perry.bentley@skofirm.com

Monica Hobson Braun    monica.braun@skofirm.com

**KYE/5:17-cv-00373 Notice will not be electronically mailed to:**

**KYW/3:17-cv-00557 Notice has been electronically mailed to:**

Mark Steven Cheffo    markcheffo@quinnemanuel.com, makaoganesian@quinnemanuel.com, maracuskergonzalez@quinnemanuel.com, mark-cheffo-0500@ecf.pacerpro.com, rachelpassarettiwu@quinnemanuel.com, suchankim@quinnemanuel.com

James C. Peterson    jcpeterson@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

R. Edison Hill    rehill@hpcbd.com

Brien T. O'Connor    Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey    pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com

Jonathan L. Stern    Jonathan.Stern@apks.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com,

ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Steven A. Reed     steven.reed@morganlewis.com, CHCalendarDepartment@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

J. Burton LeBlanc     bleblanc@baronbudd.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com, donna.welch@kirkland.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Jeffrey K. Phillips     jeff.phillips@steptoe-johnson.com

Gregory E. Mayes, Jr     gregory.mayes@steptoe-johnson.com

Margaret Jane Brannon     mjbrannon@jacksonkelly.com

Steven B. Loy     steven.loy@skofirm.com

Perry M. Bentley     perry.bentley@skofirm.com

Monica Hobson Braun     monica.braun@skofirm.com

**KYW/3:17-cv-00557 Notice will not be electronically mailed to:**

**WVS/2:17-cv-03366 Notice has been electronically mailed to:**

Anthony J Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com

Harry F Bell, Jr     hfbell@belllaw.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

Thomas J. Hurney, Jr     Thurney@jacksonkelly.com, dkharper@jacksonkelly.com, lmiller@jacksonkelly.com

Laurie K Miller     lmiller@jacksonkelly.com

Raymond S Franks, II    rfranks@baileyglasser.com

Brian A. Glasser    bglasser@baileyglasser.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, junli@cov.com, mcrowley@cov.com, mrodgers@cov.com, nagama@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com, patty@greeneketchum.com

Letitia Neese Chafin    TishChafin@yahoo.com

H. Truman Chafin    truman@thechafinlawfirm.com

F. Lane Heard, III    lheard@wc.com

John A. Yanchunis    jyanchunis@forthepeople.com, elockwood@forthepeople.com, jcabezas@forthepeople.com, tponder@forthepeople.com

Shannon E. McClure    smcclure@reedsmith.com

JAMES DENNIS YOUNG    jyoung@forthepeople.com

Steven M. Pyser    spyser@wc.com, emurphy@wc.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Patrick A. Barthle, II    pbarthle@forthepeople.com

Steven R. Ruby    sruby@baileyglasser.com

Devon J. Stewart    devon.stewart@steptoe-johnson.com

Geoffrey Edward Hobart    ghobart@cov.com

Matthew Michael Benov    mbenov@cov.com

Adam J. Schwendeman    aschwendeman@jacksonkelly.com

Meredith S. Auten    meredith.auten@morganlewis.com

Mark E. Troy    mark@troylawwv.com

Harry G. Shaffer, III    hshaffer@shafferlaw.net

Todd A. Mount    tmount@shafferlaw.net

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com, arollins@reedsmith.com, aschwendeman@jacksonkelly.com, docketingecf@reedsmith.com, shannon-mcclure-1157@ecf.pacerpro.com, smcclure@reedsmith.com, srocchino@reedsmith.com

A. L. Emch      aemch@jacksonkelly.com

**WVS/2:17-cv-03366 Notice will not be electronically mailed to:**

Chip RX, LLC
8119 Court Avenue
Hamlin, WV 25523-1402

George W. Chapman, III
8119 Court Avenue
Hamlin, WV 25523-1402

West Virginia Board of Pharmacy
2310 Kanawha Blvd East
Charleston, WV 25311

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/5/2017] [FileNumber=786851-0]

[c0694f8941398cdefad46bb06301a8734806ad0c8b3f3d3f11e19f5797de39f7cf3f5
a9992bae2752d2ae6432bab5f6aa437c5be64947b8fbcd5ecb639b1fb7e]]