L R Clv P 83.6 Form (06/08/2017)
L R Cr P 44.6 Form (06/08/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

THE CITY OF HUNTINGTON

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

V.

AMERISOURCEBERGEN DRUG CORPORATION ET AL.

CIVIL ACTION NUMBER 3:17-cv-01362

---

Joseph F. Rice, Motley Rice LLC                                    4710

*Name of Visiting Attorney and firm name*            *State Bar ID number*

City of Huntington

*Name of party represented*

District of Columbia Bar, 1101 K Street NW, Suite 200, Washington, D.C. 20005
South Carolina Bar, 950 Taylor St., Columbia, SC 29201 (P.O. Box 608, Columbia, SC 29202)

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*
28 Bridgeside Blvd. Mount Pleasant, SC 29464

---

*Visiting Attorney's office address*
843-216-9000                          843-216-9290                jrice@motleyrice.com

*Visiting Attorney's office telephone number*   *Office fax number*    *Email address*

Charles R. Webb, The Webb Law Centre PLLC

                                                                  WV   4782

*Name of Sponsoring Attorney and firm name*                 *WV Bar ID number*
716 Lee Street, East
Charleston, West Virginia 25301

*Sponsoring Attorney's office address*
304-344-9322                          304-344-1157               rusty@rustywebb.com

*Sponsoring Attorney's office telephone number*  *Office fax number*   *Email address*

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

_12/11/17_
Date

_[signature]_
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

_12-11-17_
Date

_[signature]_
Signature of Sponsoring Attorney

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration.**