## Order Information

| | |
|---|---|
| Description: | Online Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 009be419ace46ee7a210 |

**Billing Information**

Lisa Saltzburg
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
US

jrice@motleyrice.com

**Shipping Information**

Total:   $358.00 (USD)

## Payment Information

| | |
|---|---|
| Date/Time: | 11-Dec-2017 8:11:29 PST |
| Transaction ID: | 60827018121 |
| Payment Method: | American Express xxxx1010 |
| Transaction Type: | Purchase |
| Auth Code: | 243687 |

## Merchant Contact Information

The West Virginia State Bar
Charleston, WV 25311
US

harpers@wvbar.org

Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.