# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 <br> ) <br> ) Case No. 17-md-2804 |
| *Pertains to: City of Huntington v. AmerisourceBergen Drug Corporation et al.* <br> *Case No. 1:17-op-45054* | ) <br> ) JUDGE DAN AARON POLSTER <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of John D. Hurst of Motley Rice, LLC on behalf of Plaintiff City of Huntington, West Virginia in the above-captioned action.

Dated: September 19, 2018                                   Respectfully Submitted,


*/s/ John D. Hurst*
John D. Hurst (WVSB No. 10861)
MOTLEY RICE, LLC
50 Clay St., Suite 1
Morgantown, WV 26501
Tel:  (304) 413-0457
Fax:  (843)-216-9440
jhurst@motleyrice.com

*Counsel for City of Huntington, West Virginia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ John D. Hurst*