UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF HUNTINGTON<br><br>        Plaintiff,<br><br>vs.<br><br>AMERISOURCEBERGEN DRUG CORPORATION., *et al.*,<br><br>        Defendants. | CASE NO. 1:17-op-45054<br><br>JUDGE DAN AARON POLSTER |

**NOTICE OF APPEARANCE**

Please enter the appearance of Kaspar J. Stoffelmayr of Bartlit Beck LLP on behalf of Defendant Walgreen Eastern Co., Inc., in the above-captioned action.

Dated:  March 15, 2019

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr

Kaspar J. Stoffelmayr
Illinois State Bar No. 6238172
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com

*Attorney for Walgreen Eastern Co., Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, this 15th day of March, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                              /s/ Kaspar J. Stoffelmayr
                                              Kaspar J. Stoffelmayr

                                              *Attorney for Walgreen Eastern Co., Inc.*