UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF HUNTINGTON<br><br>        Plaintiff,<br><br>vs.<br><br>AMERISOURCEBERGEN DRUG CORPORATION., *et al.*,<br><br>        Defendants. | CASE NO. 1:17-op-45054<br><br>JUDGE DAN AARON POLSTER |

**WALGREEN EASTERN CO., INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant Walgreen Eastern Co., Inc. respectfully submits this Corporate Disclosure Statement.

Walgreen Eastern Co., Inc.'s parent corporation is Walgreens Boots Alliance, Inc.

Dated:  March 15, 2019

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr

Kaspar J. Stoffelmayr
Illinois State Bar No. 6238172
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com

*Attorney for Walgreen Eastern Co., Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, this 15th day of March, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

        /s/ Kaspar J. Stoffelmayr
        Kaspar J. Stoffelmayr

        *Attorney for Walgreen Eastern Co., Inc.*