# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Civ. No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO: *City of Huntington v. AmerisourceBergen Drug Corporation et al*, No. 1:17-op-45054-DAP | JUDGE POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Mark H. Lynch of Covington & Burling LLP, One CityCenter, 850 Tenth Street, NW, Washington, DC 20001, hereby enters his appearance as counsel of record for Defendant, McKesson Corporation in the above-captioned action.

          Respectfully submitted,

          /s/ Mark H. Lynch
          Mark H. Lynch (D.C. Bar No. 139110)
          COVINGTON & BURLING LLP
          One CityCenter, 850 Tenth Street, NW
          Washington, DC 20001
          (202) 662-6000 (Telephone)
          mlynch@cov.com

          *Counsel for Defendant McKesson Corporation*

—2—

## CERTIFICATE OF SERVICE

  I hereby certify a copy of the foregoing *Notice of Substitution of Counsel* was sent by the Court's electronic case filing system March 26, 2019, and served upon all those participating therein.

               /s/ Mark H. Lynch
               Mark H. Lynch (D.C. Bar No. 139110)