POLSTER, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: National Prescription Opiate Litigation | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.     1:17md2804 |
| | | **O R D E R** |
| Relates to: 1:17op45054 | | |

Plaintiff grated leave to file Third Amended Complaint under seal.

IT IS SO ORDERED.

                                            */s/Dan Aaron Polster 9/9/19*
                                            Dan Aaron Polster
                                            United States District Judge