# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON, WEST VIRGINIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17:op-45054 |
| ) | |
| PURDUE PHARMA, L.P., et al., ) | Judge Dan Aaron Polster |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Thomas E. Rice of the law firm Baker Sterchi Cowden & Rice LLC hereby enters his appearance on behalf of defendant KVK-Tech, Inc. in the above-captioned action.

Dated:  September 10, 2019                    Respectfully submitted,

                                              /s/  Thomas E. Rice
                                             Thomas E. Rice            MO # 29946
                                             BAKER STERCHI COWDEN & RICE LLC
                                             2400 Pershing Road, Suite 500
                                             Kansas City, Missouri  64108
                                             Telephone:    (816) 471-2121
                                             Facsimile:    (816) 472-0288
                                             rice@bscr-law.com

                                             **ATTORNEY FOR DEFENDANT**
                                             **KVK-TECH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 10th day of September, 2019, which will send notification of the same to all counsel of record.

                                              /s/  Thomas E. Rice