# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON, WEST VIRGINIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-op-45054 |
| ) | |
| PURDUE PHARMA, L.P., et al., ) | Judge Dan Aaron Polster |
| ) | |
| Defendants. ) | |

## KVK-TECH, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant KVK-Tech, Inc. respectfully submits this Corporate Disclosure Statement.

KVK-Tech, Inc. does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

Dated: September 10, 2019   Respectfully submitted,

 /s/ Thomas E. Rice
Thomas E. Rice          MO # 29946
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
rice@bscr-law.com

**ATTORNEY FOR DEFENDANT
KVK-TECH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 10th day of September, 2019, which will send notification of the same to all counsel of record.

 /s/ Thomas E. Rice