UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO EASTERN
DIVISION

| | |
|---|---|
| THE CITY OF HUNTINGTON<br><br>                 **Plaintiff,**<br><br>vs.<br><br>AMERISOURCEBERGEN DRUG CORPORATION., *et al.*,<br><br>                 **Defendants.** | Case No. 1:17-op-45054<br><br>Hon. Dan A. Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Tara A. Fumerton of Jones on behalf of Defendants Walmart Inc.; Wal-Mart Stores East d/b/a Wal-Mart Pharmacy Warehouse #46; Wal-Mart Pharmacy Warehouse #45; and Walmart Pharmacy Warehouse, in the above-captioned action.

Dated: September 27, 2019

Respectfully submitted,

s/ Tara A. Fumerton
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: (312) 269-4335
Fax: (312) 782-8585
Email: tfumerton@jonesday.com

*Counsel for Walmart Inc.; Wal-Mart Stores East d/b/a Wal-Mart Pharmacy Warehouse #46; Wal-Mart Pharmacy Warehouse #45; and Walmart Pharmacy Warehouse*

## CERTIFICATE OF SERVICE

I hereby certify that, this 27th day of September, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

s/ Tara A. Fumerton
Tara A. Fumerton

*Counsel for Walmart Inc.; Wal-Mart Stores East d/b/a Wal-Mart Pharmacy Warehouse #46; Wal-Mart Pharmacy Warehouse #45; and Walmart Pharmacy Warehouse*
