# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| THE CITY OF HUNTINGTON<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMERISOURCEBERGEN DRUG CORPORATION., *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:17-op-45054<br><br>Hon. Dan A. Polster |

## CORRECTED NOTICE OF APPEARANCE

Please enter the corrected appearance of Tina M. Tabacchi of Jones Day on behalf of Defendant Walmart Inc. in the above-captioned action.

In a previously filed notice of appearance on today's date, Ms. Tabacchi entered an appearance on behalf of Walmart Inc., Wal-Mart Stores East d/b/a Wal-Mart Pharmacy Warehouse #46, Wal-Mart Pharmacy Warehouse #45, and Walmart Pharmacy Warehouse. By this corrected notice, Ms. Tabacchi clarifies that she appears on behalf of Defendant Walmart Inc. only, and not on behalf of Wal-Mart Stores East d/b/a Wal-Mart Pharmacy Warehouse #46, Wal-Mart Pharmacy Warehouse #45, or Walmart Pharmacy Warehouse.

Dated: September 27, 2019

Respectfully submitted,

s/ Tina M. Tabacchi
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Fax: (312) 782-8585
Email: tmtabacchi@jonesday.com

*Counsel for Walmart Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 27th day of September, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

s/ Tina M. Tabacchi
Tina M. Tabacchi

*Counsel for Walmart Inc.*
