## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

City of Huntington, West Virginia          CIVIL CASE NO.   17-op-45054

        vs.

                                                                             JUDGE    Dan Aaron Polster

Purdue Pharma, L.P., et al

### PRAECIPE FOR ISSUANCE

[X]  ORIGINAL SUMMONS

[ ]  ALIAS SUMMONS

[ ]  THIRD PARTY SUMMONS

[ ]  CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

[ ]  CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

[ ]  WRIT OF EXECUTION

[ ]  OTHER (Please Specify)   _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date:  12/6/19                                              By:  Linda Singer

                                                                                         Attorney for  Plaintiff