UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to: *Track Two Cases*<br><br>*Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:17-op-45053<br><br>*City of Huntington, W.Va. v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 17-OP-45054 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**PLAINTIFFS CABELL COUNTY COMMISSION and CITY OF HUNTINGTON'S
<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Plaintiffs, CABELL COUNTY COMMISSION and CITY OF HUNTINGTON, by counsel, hereby voluntarily dismiss pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure of all claims asserted in the *Third Amended Complaint* (Doc. #2595) against severed defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc. and McKesson Corporation except for the following:

    A.    Public Nuisance[1];

---

[1] W. Va. Code § 7-1-3kk; W. Va. Code § 8-12-5(23). Plaintiffs' damages are limited to the "elimination of hazards to public health and safety and to abate or cause to be abated … a public nuisance." Plaintiffs waive past damages for economic losses sustained by the CABELL COUNTY COMMISSION and CITY OF HUNTINGTON.

  B. Civil Conspiracy[2];

  C. Joint Liability[3]; and

  D. Punitive Damages[4].

Upon remand, Plaintiffs intend to request a bifurcated, non-jury trial pursuant to Rule 39(a)(1) of the Federal Rules of Civil Procedure where liability and causation would be determined.

| Dated December 19, 2019 | Respectfully submitted, |
|---|---|
| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse (WVSB No. 12547) | Paul T. Farrell, Jr. (WVSB Bar No. 7443) |
| Joseph F. Rice | **GREENE, KETCHUM, FARRELL,** |
| **MOTLEY RICE LLC** | **BAILEY & TWEEL, LLP** |
| 28 Bridgeside Blvd. | 419 - 11th Street (25701)/ P.O. Box 2389 |
| Mount Pleasant, SC 29464 | Huntington, West Virginia 25724-2389 |
| Tel: 843-216-9000 | Tel.: 800-479-0053 or 304-525-9115 |
| Fax: 843-216-9450 | Fax: 304-529-3284 |
| akearse@motleyrice.com | paul@greeneketchum.com |
| jrice@motleyrice.com | |

---

[2] A civil conspiracy is not a per se, stand-alone cause of action; it is instead a legal doctrine under which liability for a tort may be imposed on people who did not actually commit a tort themselves but who shared a common plan for its commission with the actual perpetrator(s). *Dunn v. Rockwell*, 225 W. Va. 43, 689 S.E.2d 255, Syl. Pt. 9 (2009).

[3] Joint liability may be imposed on "[a]ny party who acted in concert with another person as part of a common plan or design resulting in harm." W.Va. Code § 55-7-24(b)(2).

[4] An award of punitive damages may only occur in a civil action against a defendant if a plaintiff establishes by clear and convincing evidence that the damages suffered were the result of the conduct that was carried out by the defendant with actual malice toward the plaintiff or a conscious, reckless and outrageous indifference to the health, safety and welfare of others. W. Va. Code § 55-7-29.

<div style="display: flex;">

Linda Singer
David I. Ackerman
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com

Charles R. "Rusty" Webb (WVSB No. 4782)
**THE WEBB LAW CENTRE, PLLC**
716 Lee Street, East
Charleston, West Virginia  25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

Michael A. Woelfel (W.Va. Bar ID 4106)
**WOELFEL AND WOELFEL, LLP**
801 Eighth Street
Huntington, West Virginia 25701
Tel.  304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

Anthony J. Majestro
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Tel.: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com

</div>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 19, 2019, a copy of the foregoing **PLAINTIFFS CABELL COUNTY COMMISSION and CITY OF HUNTINGTON'S NOTICE OF VOLUNTARY DISMISSAL** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr.