Appeal,Cat08,MDL2804,Protect,Ruiz,TrSched

# U.S. District Court
# Northern District of Ohio (Cleveland)
# CIVIL DOCKET FOR CASE #: 1:17-md-02804-DAP

In Re: National Prescription Opiate Litigation
Assigned to: Judge Dan Aaron Polster (MDL 2804)
Case in other court:     6th Circuit, 18-03839
                         6th Circuit, 18-03860
                         6th Circuit, 18-04054
                         6th Circuit, 18-04115
                         6th Circuit, 19-04097
                         6th Circuit, 19-04099
Cause: 28:1446 Petition for Removal- Personal Injury

Date Filed: 11/06/2019
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

## <u>Plaintiff</u>

| **Plaintiffs' Liaison Counsel** | represented by | **Peter H. Weinberger** |
| | | Spangenberg, Shibley & Liber |
| | | Ste. 1700 |
| | | 1001 Lakeside Avenue, E |
| | | Cleveland, OH 44114 |
| | | 216-696-3232 |
| | | Fax: 216-696-3924 |
| | | Email: pweinberger@spanglaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Active* |
| | | |
| | | **Steven J. Skikos** |
| | | Skikos Crawford Skikos & Joseph - San Francisco |
| | | Ste. 2830 |
| | | 1 Sansome Street |
| | | San Francisco, CA 94104 |
| | | 415-546-7300 |
| | | Fax: 415-546-7301 |
| | | Email: sskikos@skikos.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: MDL* |
| | | |
| | | **Troy A. Rafferty** |
| | | Levin Papantonio Thomas Mitchell Rafferty & Proctor |
| | | Ste. 600 |
| | | 316 South Baylen Street |
| | | Pensacola, FL 32502 |

850-435-7163
Fax: 850-436-6163
Email: trafferty@levinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Bonnie A. Kendrick**
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130
504-648-0180
Fax: 504-648-0181
Email: bonnie@dugan-lawfirm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Celeste Brustowicz**
Cooper Law Firm
1525 Religious Street
New Orleans, LA 70130
504-309-0009
Fax: 504-309-6989
Email: cbrustowicz@sch-llc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Elizabeth J. Cabraser**
Lieff, Cabraser, Heimann & Bernstein -
San Francisco
29th Floor
275 Battery Street
San Francisco, CA 94111
415-956-1000
Fax: 415-956-1008
Email: ecabraser@lchb.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Frank L. Gallucci , III**
Plevin & Gallucci
2222 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113
216-861-0804
Fax: 216-861-5322
Email: fgallucci@pglawyer.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**James R. Dugan , II**
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130
504-648-0180
Fax: 504-648-0181
Email: jdugan@dugan-lawfirm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Linda J. Singer**
Motley Rice - Washington
Ste. 1001
401 Ninth Street NW
Washington, DC 20004
202-386-9626
Fax: 202-386-9622
Email: lsinger@motleyrice.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Marc E. Dann**
DannLaw
P.O. Box 6031040
Cleveland, OH 44103
216-373-0539
Fax: 216-373-0536
Email: mdann@dannlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Michael J. Fuller , Jr.**
McHugh Fuller Law Group
97 Elias Whiddon Road
Hattiesburg, MS 39402
601-261-2220
Fax: 601-261-2481
Email: mike@mchughfuller.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Paul T. Farrell , Jr.**
Greene Ketchum Farrell Bailey & Tweel
419 Eleventh Street
Huntington, WV 25701
304-525-9115
Fax: 304-529-3284
Email: paul@greeneketchum.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Peter James Mougey**
Levin Papantonio Thomas Mitchell
Rafferty & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32502
850-435-7068
Fax: 850-436-6068
Email: pmougey@levinlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

<u>**Plaintiff**</u>

**Plaintiffs' Lead Counsel**       represented by   **Joseph F. Rice**
Motley Rice - Mount Pleasant
17th Floor
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
Fax: 843-216-9450
Email: jrice@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Paul T. Farrell , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Paul J. Hanly , Jr.**
Simmons Hanly Conroy
112 Madison Avenue
New York, NY 10016
212-784-6401
Fax: 212-213-5949
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amy M. Carter**
Simon Greenstone Panatier
Ste. 3400
1201 Elm Street
Dallas, TX 75270
214-276-7680
Fax: 214-276-7699

Email: acarter@sgpblaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Bonnie A. Kendrick**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Celeste Brustowicz**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Elizabeth J. Cabraser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Frank L. Gallucci , III**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**James R. Dugan , II**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Linda J. Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Marc E. Dann**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Paul J. Hanly , Jr.**
Hanly Conroy Bierstein Sheridan Fisher &
Hayes
7th Floor
112 Madison Avenue
New York, NY 10016
212-784-6402
Fax: 212-213-5949
Email: phanly@simmonsfirm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Peter James Mougey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Peter H. Weinberger**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Steven J. Skikos**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Plaintiff**

**Plaintiffs' Executive Committee**          represented by   **Christopher A. Seeger**
Seeger Weiss - Newark
6th Floor
55 Challenger Road
Ridgefield Park, NJ 07660
973-639-9100
Fax: 973-639-9393
Email: cseeger@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Elizabeth J. Cabraser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ellen Relkin**
Weitz & Luxenberg
5th Floor
700 Broadway
New York, NY 10003
212-558-5715
Fax: 212-344-5461
Email: erelkin@weitzlux.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Erin K. Dickinson**
Crueger Dicksonson
4532 North Oakland Avenue
Whitefish Bay, WI 53202

4142103767
Email: ekd@cruegerdickinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Hunter J. Shkolnik**
Napoli Shkolnik - Melville
Ste. 305
400 Broadhollow Road
Melville, NY 11747
212-397-1000
Fax: 646-843-7603
Email: hunter@napolilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**James E. Cecchi**
Carella, Byrne, Cecchi, Olstein, Brody &
Agnello
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
Fax: 973-994-1744
Email: jcecchi@carellabyrne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James R. Dugan , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James Dennis Young**
Morgan & Morgan - Jacksonville
Ste. 1100
76 South Laura Street
Jacksonville, FL 32202
904-361-0012
Fax: 904-366-7677
Email: jyoung@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lynn L. Sarko**
Keller Rohrback - Seattle
Ste. 3200

1201 Third Avenue
Seattle, WA 98101
206-623-1900
Fax: 206-623-3384
Email: lsarko@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Michael J. Fuller , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Peter James Mougey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**R. Eric Kennedy**
Weisman, Kennedy & Berris
1600 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115
216-781-1111
Fax: 216-781-6747
Email: ekennedy@weismanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Roland K. Tellis**
Baron & Budd - Los Angeles
Ste. 1600
15910 Ventura Blvd.
Los Angeles, CA 91436
818-839-2333
Fax: 818-986-9698
Email: rtellis@baronbudd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**W. Mark Lanier**
Lanier Law Firm - Houston
Ste. 100
10940 W. Sam Houston Pkwy N.
Houston, TX 77064
713-659-5200

Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Aelish Marie Baig**
Robbins Geller Rudman & Dowd - San
Francisco
Ste. 1800
Post Montgomery Center
One Montgomery Street
San Francisco, CA 94104
415-288-4545
Fax: 415-288-4534
Email: aelishb@rgrdlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony D. Irpino**
Irpino Avin Hawkins
2216 Magazine Street
New Orleans, LA 70130
504-525-1500
Fax: 504-525-1501
Email: airpino@irpinolaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony J. Majestro**
Powell & Majestro
Ste. P1200
405 Capitol Street
Charleston, WV 25301
304-346-2889
Fax: 304-346-2895
Email: amajestro@powellmajestro.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Bonnie A. Kendrick**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Celeste Brustowicz**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Evan M. Janush**
Lanier Law Firm - New York

6th Floor
126 East 56 Street
New York, NY 10022
212-421-2800
Fax: 917-546-0580
Email: Evan.Janush@lanierlawfirm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Frank L. Gallucci , III**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Linda J. Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Marc E. Dann**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark P. Chalos**
Lieff, Cabraser, Heimann & Bernstein -
Nashville
Ste. 1650
One Nashville Place
150 Fourth Avenue, N
Nashville, TN 37219
615-313-9000
Fax: 615-313-9965
Email: mchalos@lchb.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark P. Pifko**
Baron & Budd - Los Angeles
Ste. 1600
15910 Ventura Blvd.
Los Angeles, CA 91436
818-839-2333
Fax: 818-986-9698
Email: mpifko@baronbudd.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Paul T. Farrell , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Paul J. Geller**
Law Office of Robert J. Hunt
Ste. 220
1905 South New Market Street
Carmel, IN 46032
561-750-3000
Fax: 561-750-3364
Email: pgeller@rgrdlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Paulina do Amaral**
Lieff, Cabraser, Heimann & Bernstein
8th Floor
250 Hudson Street
New York, NY 10013
212-355-9500
Fax: 212-355-9592
Email: pdoamaral@lchb.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Peter H. Weinberger**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Salvatore C. Badala**
Napoli Shkolnik - Melville
Ste. 305
400 Broadhollow Road
Melville, NY 11747
212-397-1000
Fax: 646-843-7603
Email: sbadala@napolilaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Steven J. Skikos**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Plaintiff**

| **Interim Co-Lead Class Counsel for the Proposed Negotiation Class** | represented by | **Christopher A. Seeger**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |
| --- | --- | --- |

**Frank L. Gallucci , III**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Marc E. Dann**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

| | | |
|---|---|---|
| **Track II Plaintiffs** | represented by | **Anthony J. Majestro**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Phv* |

**Frank L. Gallucci , III**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

| | | |
|---|---|---|
| **Purdue Pharma L.P.** | represented by | **Andrew W. Durland**<br>Ste. 3300<br>701 Fifth Avenue<br>Seattle, WA 98104<br>206-223-1313<br>Email:<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Blair Graffeo Mattei**
Frazer Greene Upchurch & Baker
Ste. 800
104 St. Francis Street
Mobile, AL 36602
251-431-6020
Fax: 251-431-6030
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Booker T. Shaw**
Thompson Coburn - St. Louis
Ste. 2700

One US Bank Plaza
St. Louis, MO 63101
314-552-6087
Fax: 314-552-7087
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Colin H. Hunter**
Angeli Law Group
Ste. 400
121 SW Morrison Street
Portland, OR 97204
503-954-2232
Fax: 503-227-0880
Email: colin@angelilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Edward A. Piper**
Angeli Law Group
Ste. 400
121 SW Morrison Street
Portland, OR 97204
503-954-2232
Fax: 503-227-0880
Email: ed@angelilaw.com
***TERMINATED: 10/31/2018***
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric A. Riegner**
Locke, Reynolds, Boyd & Wiesell
1000 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Hannah E. Tokerud**
Holland & Hart - Billings
INVALID EMAIL ADDRESS
Ste. 1500
401 North 31st Street
Billings, MT 59101
406-896-4617

Fax: 406-252-1669
Email: HETokerud@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Hayden A. Coleman**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010
Email:
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Jenai M. Brackett**
FROST BROWN TODD LLC
(Indianapolis)
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
Email: jbrackett@fbtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Judy L. Leone**
Dechert - Philadelphia
2929 Arch Street
Philadelphia, PA 19104
215-994-4000
Email: judy.leone@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Noelle M. Reed**
Skadden Arps Slate Meagher & Flom -
Houston
Ste. 6800
1000 Louisiana
Houston, TX 77002
713-655-5122
Fax: 713-655-5200
Email: noelle.reed@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert S Hoff**
Wiggin and Dana LLP
281 Tresser Boulevard
Two Stamford Plaza
Stamford, CT 06905
(203) 363-7600
Email:
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Ronald J. Friedman**
Karr Tuttle Campbell
Ste. 3300
701 Fifth Avenue
Seattle, WA 98104
206-223-1313
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Samuel E. Masur**
Gordon Arata Montgomery Barnett
Ste. 4200
400 East Kaliste Saloom Road
Lafayette, LA 70508
337-237-0132
Fax: 337-237-3451
Email: smasur@gamb.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Stephanie R. Lakinski**
Karr Tuttle Campbell
Ste. 3300
701 Fifth Ave.
Seattle, WA 98104
206-223-1313
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Stephen C. Matthews**
DLA Piper
Ste. 120
51 John F. Kennedy Parkway

Short Hills, NJ 07078
973-520-2541
Fax: 973-215-2602
Email: stephen.matthews@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas Dean Adams**
Karr Tuttle Campbell
Ste. 3300
701 Fifth Ave.
Seattle, WA 98104
206-223-1313
Fax: 206-682-7100
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William W. Mercer**
Holland & Hart - Billings
Ste. 1500
401 North 31st Street
Billings, MT 59101
406-896-4607
Fax: 406-252-1669
Email: wwmercer@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher Boisvert**
Copo Strategies
15th Floor
30 South 15th Street
Philadelphia, PA 19102
215-994-2312
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Daniel J. Buckley**
Vorys, Sater, Seymour & Pease -
Cincinnati
3500 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
513-723-4000
Fax: 513-852-7819
Email: djbuckley@vorys.com

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Donald S. Scherzer**
Roetzel & Andress - Cleveland
10th Floor
1375 East Ninth Street
Cleveland, OH 44114
216-615-7418
Fax: 216-623-0134
Email: dscherzer@ralaw.com
***TERMINATED: 04/20/2018***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Elizabeth Y. Ryan**
Lynn Pinker Cox & Hurst
Ste. 2700
2100 Ross Avenue
Dallas, TX 75201
214-981-3800
Fax: 214-981-3839
Email: eryan@lynnllp.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gretchen Maria Wolf**
Skadden Arps Slate Meagher & Flom, LLP
CH
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720
(312) 407-0700
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**John T. Cox , III**
Lynn Pinker Cox & Hurst
Ste. 2700
2100 Ross Avenue
Dallas, TX 75201
214-981-3800
Fax: 214-981-3839
Email: tcox@lynnllp.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John D. Volney**
Lynn Pinker Cox & Hurst
Ste. 2700

2100 Ross Avenue
Dallas, TX 75201
214-981-3800
Fax: 214-981-3839
Email: jvolney@lynnllp.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kevin James Minnick**
Skadden, Arps, Slate, Meagher & Flom
Ste 3400
300 South Grand Avenue
Los Angeles, CA 90071
213-687-5272
Fax: 213-621-5272
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lisa Michelle Gilford**
Skadden, Arps, Slate, Meagher & Flom -
Los Angeles
Ste. 3400
300 South Grand Avenue
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
Dechert - New York
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
212-698-3500
Fax: 212-698-3599
Email: mark.cheffo@dechert.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Patrick J. Fitzgerald**
Skadden, Arps, Slate, Meagher & Flom -
Chicago
Ste. 2700
155 North Wacker Drive
Chicago, IL 60606
312-407-0700
Fax: 312-407-0711
Email: patrick.fitzgerald@skadden.com

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Paul Byrd Simon**
Gordon Arata
Ste. 4200
400 E. Kaliste Saloom Road
Lafayette, LA 70508
337-237-0132
Fax: 337-237-3451
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**R. Ryan Stoll**
Skadden, Arps, Slate, Meagher & Flom -
Chicago
Ste. 2700
155 North Wacker Drive
Chicago, IL 60606
312-407-0700
Fax: 312-407-0711
Email: ryan.stoll@skadden.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sean O. Morris**
Arnold & Porter Kaye Scholer - Los
Angeles
Ste. 4400
777 South Figueroa Street
Los Angeles, CA 90017
213-243-4000
Fax: 213-243-4199
Email: sean.morris@arnoldporter.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sheila L. Birnbaum**
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522
212-735-3000
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Troy A. Bozarth**
HeplerBroom
130 North Main Street
PO Box 510

Edwardsville, IL 62025
618-656-0184
Fax: 618-656-1364
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Victor A. Walton , Jr.**
Vorys, Sater, Seymour & Pease -
Cincinnati
3500 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
513-723-4019
Fax: 513-852-8447
Email: vawalton@vorys.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**W. Jason Rankin**
HeplerBroom LLC - Edwardsville
130 North Main Street
P.O. Box 510
Edwardsville, IL 62025
618-307-1138
Fax: 618-656-1364
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Defendant**

**Purdue Pharma Inc.**                    represented by   **Andrew W. Durland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Blair Graffeo Mattei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Booker T. Shaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Colin H. Hunter**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**David H. Angeli**
Angeli Law Group
Ste. 400
121 SW Morrison Street
Portland, OR 97205
503-954-2232
Fax: 503-227-0880
Email: david@angelilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Edward A. Piper**
(See above for address)
***TERMINATED: 10/31/2018***
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric A. Riegner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Hannah E. Tokerud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Hayden A. Coleman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jenai M. Brackett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Judy L. Leone**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Noelle M. Reed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert S Hoff**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Ronald J. Friedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Samuel E. Masur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Stephanie R. Lakinski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Stephen C. Matthews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas Dean Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William W. Mercer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Christopher Boisvert**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Daniel J. Buckley**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Elizabeth Y. Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gretchen Maria Wolf**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**John T. Cox , III**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John D. Volney**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kevin James Minnick**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lisa Michelle Gilford**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Patrick J. Fitzgerald**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Paul Byrd Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**R. Ryan Stoll**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sean O. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sheila L. Birnbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Troy A. Bozarth**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Victor A. Walton , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**W. Jason Rankin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Defendant**

**Purdue Frederick Company**                 represented by   **Andrew W. Durland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Booker T. Shaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Colin H. Hunter**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**David H. Angeli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Edward A. Piper**
(See above for address)
*TERMINATED: 10/31/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric A. Riegner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Hannah E. Tokerud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jenai M. Brackett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Judy L. Leone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Noelle M. Reed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ronald J. Friedman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Samuel E. Masur**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Stephanie R. Lakinski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Stephen C. Matthews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas Dean Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher Boisvert**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Daniel J. Buckley**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Elizabeth Y. Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John T. Cox , III**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John D. Volney**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kevin James Minnick**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Lisa Michelle Gilford**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*


**Patrick J. Fitzgerald**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*


**Paul Byrd Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**R. Ryan Stoll**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*


**Sean O. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*


**Troy A. Bozarth**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Victor A. Walton , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*


**W. Jason Rankin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**<u>Defendant</u>**

**Teva Pharmaceuticals USA, Inc.**      represented by    **Craig Andrew Stanfield**
INVALID ADDRESS - Morgan Lewis &
Bockius, LLP - Houston
1000 Louisiana Street
Suite 4000
Houston, TX 77002
713-890-5000
Fax: 713-890-5001
Email: cstanfield@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gregory A. Chaimov**
Davis Wright Tremaine
Ste. 2400
1300 SW Fifth Avenue
Portland, OR 97201
503-778-5328
Fax: 503-778-5299
Email: gregorychaimov@dwt.com
*TERMINATED: 03/21/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Harvey Bartle , IV**
Morgan, Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Fax: 215-963-5001
Email: harvey.bartle@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Leland G Horton**
Bradley Murchison
Ste. 1000
401 Edwards Street
Shreveport, LA 71101
318-227-1131
Fax: 318-227-1141
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew Ambrose Martin**
Haar & Woods
Ste. 1620
1010 Market Street
St. Louis, MO 63101
314-241-2224
Fax: 314-241-2227
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mitchell G. Blair**
Calfee, Halter & Griswold - Cleveland
1405 East Sixth Street
Cleveland, OH 44114
216-622-8361
Fax: 216-241-0816
Email: mblair@calfee.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Nicholas A. Kampars**
Davis Wright Tremaine
Ste. 2400
1300 SW Fifth Avenue
Portland, OR 97201
503-241-2300
Fax: 503-778-5499
Email: nicholaskampars@dwt.com
***TERMINATED: 03/21/2019***
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Richard S. Crisler**
Bradley, Murchison, Kelly & Shea
Ste. 2700
1100 Poydras Street
New Orleans, LA 70163
504-596-6300
Fax: 504-596-6301
Email: rcrisler@bradleyfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert T. Haar**
Haar & Woods
Ste. 1620

1010 Market Street
St. Louis, MO 63101
314-241-2224
Fax: 314-241-2227
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas F. Hurka**
Morgan, Lewis & Bockius - Chicago
Ste. 500
77 West Wacker Drive
Chicago, IL 60601
312-324-1735
Fax: 312-312-1001
Email: thurka@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas E. Rice , Jr.**
Baker, Sterchi, Cowden & Rice - Kansas
City
Ste. 500
2400 E. Pershing Road
Kansas City, MO 64108
816-471-2121
Fax: 816-472-0288
Email: rice@bscr-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Adam M. Hammoud**
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Fax: 215-963-5001
Email: adam.hammoud@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Albert J. Lucas**
Calfee, Halter & Griswold - Columbus
1200 Huntington Center
41 South High Street
Columbus, OH 43215
614-621-1500

Fax: 614-621-0010
Email: alucas@calfee.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alison Tanchyk**
Morgan, Lewis & Bockius
Ste. 5300
200 S. Biscayne Blvd.
Miami, FL 33131
305-415-3444
Fax: 305-415-3001
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brian M. Ercole**
Morgan, Lewis & Bockius - Miami
5300 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, FL 33131
305-415-3416
Fax: 305-415-3001
Email: brian.ercole@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Collie Fitch James , IV**
Morgan Lewis & Bockius
Ste. 1800
600 Anton Blvd.
Costa Mesa, CA 92626
949-399-7199
Fax: 714-830-0700
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric W. Sitarchuk**
Morgan, Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Fax: 215-963-5001
Email: eric.sitarchuk@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric M. Sommer**
Sommer Udall Hardwick & Jones
P.O. Box 1984

Santa Fe, NM 87504-1984
505-982-4676
Fax: 505-988-7029
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Evan K. Jacobs**
Morgan, Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Fax: 215-963-5001
Email: evan.jacobs@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Georgia K.E. Yanchar**
Calfee, Halter & Griswold - Cleveland
1405 East Sixth Street
Cleveland, OH 44114
216-622-8233
Fax: 216-241-0816
Email: gyanchar@calfee.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jason J. Blake**
Calfee, Halter & Griswold - Columbus
1200 Huntington Center
41 South High Street
Columbus, OH 43215
614-621-7789
Fax: 614-621-0010
Email: jblake@calfee.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jeremy A. Menkowitz**
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Fax: 215-963-5001
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Jonathan L. Stern**
Arnold & Porter Kaye Scholer -
Washington

601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
Fax: 202-942-5999
Email: jonathan.stern@apks.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark Fiore**
Morgan, Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Fax: 215-963-5001
Email: mark.fiore@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Martha Leibell**
Morgan, Lewis & Bockius
Ste. 5300
200 South Biscayne Blvd.
Miami, FL 33131
305-415-3000
Fax: 305-415-3001
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Melanie S. Carter**
Blank Rome
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
215-569-5720
Email: MCarter@BlankRome.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Michael C Mims**
Bradley Murchison et al (NO)
Ste. 2700
1100 Poydras Street
New Orleans, LA 70163
504-596-6136
Fax: 504-596-6301

Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Monica C. Pedroza**
Morgan, Lewis & Bockius
77 W. Wacker Drive
Chicago, IL 60601
312-324-1000
Fax: 312-324-1001
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nancy Patterson**
Morgan, Lewis & Bockius - Houston
Ste. 4000
1000 Louisiana Street
Houston, TX 77002
713-890-5195
Fax: 713-890-5001
Email: nancy.patterson@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nathan J. Andrisani**
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Fax: 215-963-5001
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Rebecca J. Hillyer**
Morgan, Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Fax: 215-963-5001
Email: rebecca.hillyer@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Richard G. Shephard , Jr.**
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Email:

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert A. Nicholas**
Reed Smith - Philadelphia
Ste. 3100
Three Logan Square
1717 Arch Street
Philadelphia, PA 19103
215-851-8100
Fax: 215-851-1420
Email: rnicholas@reedsmith.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean O. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stacey Anne Mahoney**
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178
212-309-6000
Fax: 212-309-6001
Email: stacey.mahoney@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
Morgan, Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Fax: 215-963-5001
Email: steven.reed@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Terry Matthew Henry**
Blank Rome
130 North 18th Street
Philadelphia, PA 19103
215-569-5644
Fax: 215-832-5644
Email: THenry@BlankRome.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Tinos Diamantatos**

Morgan, Lewis & Bockius - Chicago
Ste. 500
77 West Wacker Drive
Chicago, IL 60601
312-324-1145
Fax: 312-324-1001
Email:
tinos.diamantatos@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
Morgan, Lewis & Bockius - Pittsburgh
32nd Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
412-560-7455
Fax: 412-560-7001
Email: wendy.feinstein@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Cephalon, Inc.**       represented by    **Craig Andrew Stanfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Harvey Bartle , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Leland G Horton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew Ambrose Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mitchell G. Blair**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Richard S. Crisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas F. Hurka**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Adam M. Hammoud**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Albert J. Lucas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alison Tanchyk**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brian M. Ercole**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Collie Fitch James , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric W. Sitarchuk**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric M. Sommer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Evan K. Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Georgia K.E. Yanchar**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**J. Gordon Cooney , Jr.**
Morgan, Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Email:
***TERMINATED: 06/26/2018***
*Bar Status: NotAdmit*

**Jane E. Dudzinski**
Morgan, Lewis & Bockius
77 W. Wacker Drive
5th Floor
Chicago, IL 60601
(312) 324-1125
Email: jdudzinski@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Jason J. Blake**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jeremy A. Menkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Jonathan L. Stern**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark Fiore**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Martha Leibell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Megan Rose Braden**
Morgan, Lewis & Bockius
77 West Wacker Drive
Chicago, IL 60601
312-324-1000
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Melanie S. Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Michael C Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Monica C. Pedroza**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nancy Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nathan J. Andrisani**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Rebecca J. Hillyer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Richard G. Shephard , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean O. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stacey Anne Mahoney**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Terry Matthew Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Tinos Diamantatos**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Janssen Pharmaceuticals, Inc.**          represented by   **Carolyn June Kubota**
Covington & Burling LLP
INVALID ADDRESS
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067-4643
424-332-4800
Fax: Pro Hac Vice
Email: ckubota@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Bar Status:*

**Charles C. Lifland**
O'Melveny & Myers - Los Angeles
Ste. 1500
400 South Hope Street
Los Angeles, CA 90071
213-430-6000
Fax: 213-430-6407
Email: clifland@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Christopher S. Berdy**
Butler Snow
Ste. 1000
1819 5th Avenue North
Birmingham, AL 35203
205-297-2200
Fax: 205-297-2201
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Dave Roberts**
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5155
Email:
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Eric Todd Kanefsky**
Calcagni & Kanefsky
14th Floor
One Newark Center
1085 Raymond Blvd.
Newark, NJ 07102
862-397-1796
Email: eric@ck-litigation.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Harlan Prater , IV**
Lightfoot Franklin & White

The Clark Building
400 20th Street, North
Birmingham, AL 35203
205-581-0700
Fax: 205-581-0799
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James B. Irwin**
Irwin Fritchie Urquhart & Moore
INVALID ADDRESS
Ste. 2700
400 Poydras Street
New Orleans, LA 70130
504-310-2105
Fax: 504-310-2101
Email: jirwin@irwinllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Martin Benjamin Gandelman**
Calcagni & Kanefsky
14th Floor
1085 Raymond Blvd.
Newark, NJ 07102
862-397-1796
Fax: 862-902-5458
Email: mgandelman@ck-litigation.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sandra J. Wunderlich**
Tucker Ellis - St. Louis
Ste. 600
100 South Fourth Street
St. Louis, MO 63102
314-256-2550
Fax: 314-256-2549
Email: sandra.wunderlich@tuckerellis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stephen E. McConnico**
Scott, Douglass & McConnico
Ste. 2400

303 Colorado Street
Austin, TX 78701
512-495-6300
Fax: 512-495-6399
Email: smcconnico@scottdoug.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas Richard Calcagni**
Calamunci, Groth, Joelson & Manore
1776 Tremainsville Road
Toledo, OH 43613
862-397-1796
Fax: 862-902-5458
Email: tcalcagni@ck-litigation.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Timothy McDevitt Hurley**
Nelson Mullins Riley & Scarborough
Ste. 1200
100 S. Charles Street
Baltimore, MD 21201
443-392-9415
Fax: 443-392-9499
Email: tim.hurley@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Bradford C. Berge**
Holland & Hart LLP
Post Office Box 2208
110 N. Guadalupe St., Suite 1
Santa Fe, NM 87504-2208
505-988-4421
Fax: 505-983-6043
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Daniel M. Petrocelli**
O'Melveny & Myers - Los Angeles
Ste. 1500
400 South Hope Street
Los Angeles, CA 90071
310-553-6700
Fax: 310-246-6779
Email: dpetrocelli@omm.com

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Esteban Rodriguez**
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000
Fax: Pro Hac Vice
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Justin E. Rice**
Tucker Ellis - Cleveland
Ste. 1100
950 Main Avenue
Cleveland, OH 44113
216-592-5000
Fax: 216-592-5009
Email: justin.rice@tuckerellis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Kelly Juneau Rookard**
Irwin Fritchie Urquhart & Moore
Ste. 2700
400 Poydras Street
New Orleans, LA 70130
504-310-2100
Fax: 504-310-2101
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Michael P. Doss**
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Scott David Stein**
Sidley Austin LLP (Chicago)

One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Fax: Active
Email: sstein@sidley.com
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Sean O. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tariq M. Naeem**
Tucker Ellis - Cleveland
Ste. 1100
950 Main Avenue
Cleveland, OH 44113
216-696-3675
Fax: 216-592-5009
Email: tariq.naeem@tuckerellis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

| | | |
|---|---|---|
| **Ortho-McNeil-Janssen Pharmaceuticals, Inc.**<br>*now known as*<br>Janssen Pharmaceuticals, Inc. | represented by | **Charles C. Lifland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Phv* |

**Eric Todd Kanefsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Martin Benjamin Gandelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sandra J. Wunderlich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stephen E. McConnico**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas Richard Calcagni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Timothy McDevitt Hurley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Bradford C. Berge**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Daniel M. Petrocelli**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jonathan L. Stern**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Justin E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sean O. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tariq M. Naeem**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**<u>Defendant</u>**

**Janssen Pharmaceutica, Inc.**
*now known as*
Janssen Pharmaceuticals, Inc.

represented by **Angelo J. Calfo**
Caldo Eakes & Ostrovsky
Ste. 2800
1301 Second Avenue
Seattle, WA 98101
206-407-2200
Fax: 206-407-2224
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Charles C. Lifland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sandra J. Wunderlich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stephen E. McConnico**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Timothy McDevitt Hurley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Bradford C. Berge**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Daniel M. Petrocelli**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**David W. O'Quinn**
Irwin Fritchie Urquhart & Moore
Ste. 2700
400 Poydras Street
New Orleans, LA 70130
504-310-2111
Fax: 504-310-2101
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Douglas John Moore**
Irwin Fritchie Urquhart & Moore
Ste. 2700
400 Poydras Street
New Orleans, LA 70130
504-310-2100
Fax: 504-310-2101
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James B. Irwin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jonathan L. Stern**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Justin E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Kelly Juneau Rookard**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sean O. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tariq M. Naeem**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Endo Pharmaceuticals, Inc.**      represented by    **Brenton Webster Cole**
Baker Donelson Bearman Caldwell &
Berkowitz
1600 Monarch Plaza
3414 Peachtree Road, NE
Atlanta, GA 30326-1164
404-443-6774
Email: bcole@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Carolyn Robbs Bilanko**
Baker & Hostetler - Seattle
Ste. 3600
999 Third Avenue
Seattle, WA 98101
206-332-1380
Fax: 206-624-7317
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Curt Roy Hineline**
Baker & Hostetler - Seattle
Ste. 3600
999 Third Avenue
Seattle, WA 98101
206-332-1380
Fax: 206-624-7317
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**David D. Fauvre**
Arnold & Porter Kaye Scholer -
Washington
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5041
Fax: 202-942-5999

Email: david.fauvre@aporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Erik W. Legg**
Farrell White & Legg
P.O. Box 6457
Huntington, WV 25772
304-522-9100
Fax: 304-522-9162
Email: EWL@farrell3.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Hannah DeMarco Sibiski**
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002
713-576-2416
Fax: 713-576-2499
Email: hannah.sibiski@apks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John A. Freedman**
Arnold & Porter Kaye Scholer -
Washington
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
Fax: 202-942-5999
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John D. Lombardo**
Arnold & Porter Kaye Scholer - Los
Angeles
Ste. 4400
777 South Figueroa Street
Los Angeles, CA 90017
213-243-4000
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John B. Pound**
505 Don Gaspar
Santa Fe, NM 87505
505-983-8060
Fax: 505-986-1028
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kathleen A. DeLaney**
DeLaney & DeLaney
3646 N. Washington Blvd.
Indianapolis, IN 46205
317-920-0400
Fax: 317-920-0404
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Raymond E. Zschiesche**
Phillips Murrah
13th Floor
101 N. Robinson Avenue
Oklahoma City, OK 73102
405-235-4100
Fax: 405-235-4133
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert James Benvenuti , III**
Barnett, Benvenuti & Butler
Ste. 300
489 East Main Street
Lexington, KY 40507
859-226-0312
Fax: 859-226-0313
Email: robert.benvenuti@bbb-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Tamela J. White**
Farrell White & Legg
P.O. Box 6457
Huntington, WV 25772-6457
304-522-9100
Fax: 304-522-9162

Email: tjw@farrell3.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas John Herten**
Archer & Greiner
353 Court Plaza South, West Wing
21 Main Street
Hackensack, NJ 07601
201-342-6000
Email: therten@archerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Wesley R. Butler**
Barnett, Benvenuti & Butler
Ste. 300
489 East Main Street
Lexington, KY 40507
859-226-0312
Fax: 859-226-0313
Email: wes.butler@bbb-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Andrew K. Solow**
Arnold & Porter Kaye Scholer - New York
250 West 55th Street
New York, NY 10019
212-836-8000
Fax: 212-836-6776
Email: andrew.solow@arnoldporter.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Carole S. Rendon**
Baker & Hostetler - Cleveland
Ste. 2000
127 Public Square
Cleveland, OH 44114
216-861-7420
Fax: 216-696-0740
Email: crendon@bakerlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Daniel J Dysart**
Baker Donelson Bearman Caldwell &

Berkowitz - New Orleans
Ste. 3600
201 Saint Charles Avenue
New Orleans, LA 70170
504-566-5206
Fax: 504-696-3906
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ingo W. Sprie , Jr.**
Arnold & Porter Kaye Scholer - New York
250 West 55th Street
New York, NY 10019
212-836-8000
Fax: 212-715-1399
Email: Ingo.Sprie@apks.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**John D. Parker**
Baker & Hostetler - Cleveland
Ste. 2000
127 Public Square
Cleveland, OH 44114
216-861-7610
Fax: 216-696-0740
Email: jparker@bakerlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jonathan L. Stern**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Joshua D. Burk**
Hueston Hennigan
523 W. 6th Street
Ste. 400
Los Angeles, CA 90014
213-788-4281
Fax: 888-775-0898
Email: jburk@hueston.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kerry J. Miller**
Frilot, Partridge, Kohnke & Clements
3600 Energy Centre
1100 Poydras Street

New Orleans, LA 70163
504-599-9184
Fax: 504-599-8145
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Nicole Gerritsen McDonough**
Archer & Greiner
353 Court Plaza South, West Wing
21 Main Street
Hackensack, NJ 07601
201-498-8528
Fax: 201-342-6611
Email: nmcdonough@archerlaw.com
*Bar Status: MDL*

**Padraic W. Foran**
Hueston Hennigan
523 W. 6th Street
Ste. 400
Los Angeles, CA 90014
213-788-4340
Fax: 888-775-0898
Email: pforan@hueston.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Pamela J. Yates**
Arnold & Porter Kaye Scholer - Los
Angeles
Ste. 4400
777 South Figueroa Street
Los Angeles, CA 90017
213-243-4000
Fax: 213-243-4199
Email: pamela.yates@arnoldporter.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean O. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tera N. Coleman**

Baker & Hostetler - Cleveland
Ste. 2000
127 Public Square
Cleveland, OH 44114
216-621-0200
Fax: 216-696-0740
Email: tcoleman@bakerlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

| | | |
|---|---|---|
| **Allergan PLC**<br>*formerly known as*<br>Actavis PLS | represented by | **Seth A. Litman**<br>Thompson Hine<br>1600 Two Alliance Center<br>3560 Lenox Road<br>Atlanta, GA 30326<br>404-541-2900<br>Email: Seth.Litman@thompsonhine.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Andrea B. Daloia**
Thompson Hine - Cleveland
3900 Key Tower
127 Public Square
Cleveland, OH 44114
216-566-5818
Fax: 216-566-5800
Email:
Andrea.Daloia@ThompsonHine.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Donna M. Welch**
Kirkland & Ellis - Chicago
300 North LaSalle Street
Chicago, IL 60654
312-862-2425
Fax: 312-862-2200
Email: dwelch@kirkland.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Eric R. Burris**
Brownstein Hyatt Farber Schreck
201 Third St NW, Suite 1700
Albuquerque, NM 87102
(505) 244-0770
Fax: (505) 244-9266

Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Jennifer G. Levy**
Kirkland & Ellis - Washington
1301 Pennsylvania Avenue, NW
Washington, DC 20004
202-879-5211
Fax: 202-879-5200
Email: jlevy@kirkland.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**John R. Mitchell**
Thompson Hine - Cleveland
3900 Key Tower
127 Public Square
Cleveland, OH 44114
216-566-5847
Fax: 216-566-5800
Email: john.mitchell@thompsonhine.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Martin L. Roth**
Kirkland & Ellis - Chicago
300 North LaSalle Street
Chicago, IL 60654
312-862-7170
Fax: 312-862-2200
Email: rothm@kirkland.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stacey A. Greenwell**
INVALID ADDRESS Thompson Hine -
Cleveland
3900 Key Tower
127 Public Square
Cleveland, OH 44114
216-566-5543
Fax: 216-566-5800
Email:
stacey.greenwell@thompsonhine.com
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**Timothy W. Knapp**
Kirkland & Ellis - Chicago
300 North LaSalle Street
Chicago, IL 60654
312-862-7426
Fax: 312-862-2200
Email: tknapp@kirkland.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

| | | |
|---|---|---|
| **Actavis, Inc.**<br>*formerly known as*<br>Watson Pharmaceuticals, Inc. | represented by | **Tinos Diamantatos**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Phv* |

**Andrea B. Daloia**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Donna M. Welch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Eric R. Burris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**James W. Matthews**
Foley & Lardner - Boston
Ste. 2600
111 Huntington Avenue
Boston, MA 02199
617-502-3298
Fax: 617-342-4001
Email: JMatthews@foley.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jennifer G. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**John R. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Martin L. Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stacey A. Greenwell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Timothy W. Knapp**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Watson Laboratories, Inc.**                    represented by   **Alison Tanchyk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Craig Andrew Stanfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mitchell G. Blair**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas F. Hurka**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Adam M. Hammoud**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Brian M. Ercole**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Collie Fitch James , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Eric W. Sitarchuk**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Eric M. Sommer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Evan K. Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Georgia K.E. Yanchar**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*


**James W. Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Jason J. Blake**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*


**Jeremy A. Menkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark Fiore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Melanie S. Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nathan J. Andrisani**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Rebecca J. Hillyer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Richard G. Shephard , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Terry Matthew Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas E. Rice , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Tinos Diamantatos**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Actavis LLC**                      represented by    **Craig Andrew Stanfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mitchell G. Blair**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Adam M. Hammoud**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Albert J. Lucas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alison Tanchyk**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Andrea B. Daloia**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Brian M. Ercole**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christine M. Haaker**
Thompson Hine - Miamisburg
Ste. 400

10050 Innovation Drive
Miamisburg, OH 45342
937-443-6822
Fax: 937-443-6635
Email:
christine.haaker@thompsonhine.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Collie Fitch James , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric W. Sitarchuk**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric M. Sommer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Evan K. Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Georgia K.E. Yanchar**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**James W. Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jason J. Blake**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jennifer G. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jeremy A. Menkowitz**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status:*

**John R. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark Fiore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Martha Leibell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Martin L. Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Melanie S. Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Monica C. Pedroza**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nancy Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nathan J. Andrisani**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Rebecca J. Hillyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Richard G. Shephard , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Stacey A. Greenwell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Terry Matthew Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas E. Rice , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Timothy W. Knapp**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tinos Diamantatos**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Actavis Pharma, Inc.**                represented by   **Craig Andrew Stanfield**
*formerly known as*                                      (See above for address)

Watson Pharma, Inc.

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mitchell G. Blair**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas F. Hurka**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Adam M. Hammoud**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Albert J. Lucas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alison Tanchyk**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brian M. Ercole**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Collie Fitch James , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric W. Sitarchuk**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric M. Sommer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Evan K. Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Georgia K.E. Yanchar**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**James W. Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jason J. Blake**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jeremy A. Menkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark Fiore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Melanie S. Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nancy Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nathan J. Andrisani**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Rebecca J. Hillyer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Richard G. Shephard , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Terry Matthew Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas E. Rice , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Tinos Diamantatos**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Endo Health Solutions Inc.**      represented by    **Brenton Webster Cole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Carolyn Robbs Bilanko**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Catherine L. Hanaway**
Ashcroft Hanaway
Ste. 110
222 South Central Avenue
St. Louis, MO 63105
314-863-7001
Fax: 314-863-7008
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christine F. Miller**
100 North Broadway
Ste. 1300
St. Louis, MO 63102
314-421-4800
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Curt Roy Hineline**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**David D. Fauvre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Erik W. Legg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Hannah DeMarco Sibiski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jennifer Grandoff Cooper**
Baker, Donelson, Bearman, Caldwell &

Berkowitz
Ste. 1600
3414 Peachtree Road NE
Atlanta, GA 30326
404-577-6000
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Joanna G Persio**
Arnold & Porter LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
Fax: Pro Hac Vice
Email: joanna.persio@aporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**John A. Freedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John D. Lombardo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John B. Pound**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jonathan L. Stern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Joshua M. Davis**
Arnold & Porter LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000

Fax: Pro Hac Vice
Email: joshua.davis@aporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Kathleen A. DeLaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nicole Gerritsen McDonough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Raymond E. Zschiesche**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert James Benvenuti , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sabrina Lynn Atkins**
INVALID ADDRESS- Baker Donelson
Bearman Caldwell & Berkowitz
1600 Monarch Plaza
3414 Peachtree Road NE
Atlanta, GA 30326
678-406-8741
Email: satkins@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven G. Reade**
Arnold & Porter Kaye Scholer -
Washington
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
Fax: 202-942-5999
Email: steven.reade@aporter.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tamela J. White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas John Herten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Wesley R. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Andrew K. Solow**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Carole S. Rendon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Daniel J Dysart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**G. Karl Fanter**
Baker & Hostetler - Cleveland
Ste. 2000
127 Public Square
Cleveland, OH 44114
216-861-7918
Fax: 216-696-0740
Email: kfanter@bakerlaw.com
***TERMINATED: 08/23/2018***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ingo W. Sprie , Jr.**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**John D. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Joshua D. Burk**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kerry J. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Padraic W. Foran**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Pamela J. Yates**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean O. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tera N. Coleman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**McKesson Corporation**                represented by  **Brooke G. Malcom**
Lightfoot Franklin & White
400 20th Street North
Birmingham, AL 35203
205-581-0726
Fax: 205-581-0799

Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Daniel L. Stanner**
Tabet DiVito Rothstein
7th Floor
South LaSalle Street
Chicago, IL 60604
312-762-9450
Fax: 312-762-9451
Email: dstanner@tdrlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Devon J. Stewart**
Steptoe & Johnson - Charleston
17th Floor
707 Virginia Street, E
Charleston, WV 25311
304-353-8000
Fax: 304-353-8180
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Dwain Mark Clifford**
Ball Janik
Ste. 1100
101 SW Main Street
Portland, OR 97204
503-944-6059
Fax: 503-226-3910
Email: dclifford@balljanik.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Erik Christopher Johnson**
McNeely Stephenson
Ste. 220
300 N. Meridian Street
Indianapolis, IN 46204
317-825-5110
Fax: 317-825-5109
Email: erik.c.johnson@msth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Geoffrey E. Hobart**
Covington & Burling - Washington
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
202-662-5281
Fax: 202-778-5281
Email: ghobart@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Halsey G. Knapp , Jr.**
Krevolin Horst
Ste. 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
404-888-9611
Fax: 404-888-9577
Email: hknapp@khlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James T. McDermott**
Ball Janik
Ste. 1100
101 SW Main Street
Portland, OR 97204
503-228-2525
Fax: 503-226-3910
Email: jmcdermott@balljanik.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jason L. Holliday**
Flaherty, Sensabaugh & Bonasso -
Charleston
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
304-345-0200
Fax: 304-345-0260
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jeffrey M. Wakefield**
Flaherty, Sensabaugh & Bonasso -
Charleston
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
304-345-0200
Fax: 304-345-0260
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John M. Alten**
Ulmer & Berne - Cleveland
1100 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-583-7354
Fax: 216-583-7355
Email: jalten@ulmer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Kevin B. Collins**
Covington & Burling
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
202-662-5598
Fax: 202-778-5598
Email: kcollins@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kyle Alexander Cooper**
Tabet DiVito & Rothstein
The Rookery Building
7th Floor
209 S. LaSalle Street
Chicago, IL 60604
312-762-9495
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kyle Alan Eidsness**
Hinshaw & Culbertson

Ste. 2000
333 South Seventh Street
Minneapolis, MN 55402
612-334-2629
Fax: 612-334-8888
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew M. Benov**
Covington & Burling - Washington
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
202-662-6000
Fax: 202-778-5334
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Paul L Jefferson**
McNeely Stephenson
Ste. 220
300 North Meridian Street
Indianapolis, IN 46204
317-825-5202
Fax: 317-825-5109
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert Philip Scott**
Blank Rome - Houston
Ste. 1400
717 Texas Avenue
Houston, TX 77002
713-228-6607
Fax: 713-228-6605
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Russell Lyle Hewit**
Dughi & Hewit
340 North Avenue
Cranford, NJ 07016
908-272-0200

Email: rhewit@dughihewit.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Russell S. Ponessa**
Hinshaw & Culbertson
Ste. 2000
333 South 7th Street
Minneapolis, MN 55402
612-333-3434
Fax: 612-334-8888
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Suzanne L. Jones**
Hinshaw & Culbertson
Ste. 2000
333 South 7th Street
Minneapolis, MN 55402
612-333-3434
Fax: 612-334-8888
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Alana V. Tanoury**
Steptoe & Johnson - Columbus
Ste. 2200
41 South High Street
Columbus, OH 43215
614-456-1648
Fax: 614-221-0952
Email: alana.tanoury@steptoe-johnson.com
*TERMINATED: 10/11/2018*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alexander S. Vesselinovitch**
Freeborn & Peters
Ste. 3000
311 South Wacker Drive
Chicago, IL 60606
312-360-6790
Fax: 312-360-6520
Email:
*TERMINATED: 10/16/2019*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brian J. Laliberte**
Steptoe & Johnson - Columbus
Ste. 2200
41 South High Street
Columbus, OH 43215
614-216-2037
Email: Brian.Laliberte@lalibertellc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Carol Dan Browning**
Stites & Harbison - Louisville
Ste. 1800
400 West Market Street
Louisville, KY 40202
502-681-0516
Email: cbrowning@stites.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Dolores P. Garcia-Prignitz**
Ulmer & Berne - Cleveland
1100 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-583-7430
Fax: 216-583-7001
Email: dgarciaprignitz@ulmer.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Emily Johnson Henn**
Covington & Burling - Redwood Shores
Ste. 700
333 Twin Dolphin Drive
Redwood Shores, CA 94065
650-232-4715
Fax: 650-632-4815
Email:
***TERMINATED: 12/18/2017***
*Bar Status: MDL*

**Emily S. Ullman**
Covington & Burling - Washington
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
202-662-5662

Fax: 202-778-5662
Email: eullman@cov.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Gregory E. Mayes , Jr.**
Steptoe & Johnson PLLC - Louisville
Suite 115
700 N. Hurstbourne Parkway
Louisville, KY 40222
502-423-2061
Fax: 502-423-2001
Email: gregory.mayes@steptoe-
johnson.com
*Bar Status: MDL*


**Harlan Prater , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Jackson R. Sharman , III**
Lightfoot Franklin & White
400 20th Street North
Birmingham, AL 35203
205-581-0789
Fax: 205-380-9189
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Jeffrey K. Phillips**
Steptoe & Johnson PLLC - Lexington
Suite 300
2525 Harrodsburg Road
Lexington, KY 40504
859-219-8210
Fax: 859-219-8200
Email: jeff.phillips@steptoe-johnson.com
*Bar Status: MDL*


**Larry D. Maldegen**
Comeau, Maldegen, Templeman & Indall
P.O. Box 669
Santa Fe, NM 87504
505-982-4611
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Manju Gupta**

Ulmer & Berne - Cleveland
1100 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-583-7066
Fax: 216-583-7001
Email: mgupta@ulmer.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark H. Lynch**
Covington & Burling - Washington
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
202-662-5544
Fax: 202-778-5868
Email: mlynch@cov.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew T. Connelly**
Freeborn & Peters
Ste. 3000
311 South Wacker Drive
Chicago, IL 60606
312-360-6534
Email:
***TERMINATED: 10/16/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Megan A Crowley**
Covington & Burling, LLP
Ond City Center
850 Tenth St., NW
Washington, DC 20001-4956
202-622-5334
Email:
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Megan L. Rodgers**
Covington & Burling - Redwood Shores
Ste. 700

333 Twin Dolphin Drive
Redwood Shores, CA 94065
650-632-4734
Email: mrodgers@cov.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Michael J. Moffett**
Comeau Maldegen Templeman & Indall
P.O. Box 669
2nd Floor
141 E. Palace Avenue
Santa Fe, NM 87504
505-982-4611
Fax: 505-988-2987
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Michael R. Turco**
Brooks, Wilkins, Sharkey & Turco
Ste. 400
401 South Old Woodward Road
Birmingham, MI 48009
248-971-1713
Fax: 248-971-1801
Email: turco@bwst-law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Michael N. Ungar**
Ulmer & Berne - Cleveland
1100 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-583-7002
Fax: 216-583-7003
Email: mungar@ulmer.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Neil K. Roman**
Covington & Burling - New York
620 Eighth Avenue
New York, NY 10018
212-841-1000
Email: nroman@cov.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Paul W. Schmidt**

Covington & Burling - New York
620 Eighth Avenue
New York, NY 10018
212-841-1171
Email: pschmidt@cov.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Phyllis A. Jones**
Covington & Burling - Washington
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
202-662-5868
Fax: 202-778-5868
Email: pajones@cov.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Russell D. Jessee**
Steptoe & Johnson - Charleston
17th Floor
707 Virginia Street, E
Charleston, WV 25311
304-353-8103
Fax: 304-933-8725
Email: russell.jessee@steptoe-johnson.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean O. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sonya D. Winner**
Covington & Burling
Ste. 5400
Salesforce Tower
415 Mission Street
San Francisco, CA 94105
415-591-6000
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Vincent I. Holzhall**
Steptoe & Johnson - Columbus
Ste. 2200
41 South High Street
Columbus, OH 43215
614-221-5100
Fax: 614-221-0952
Email: vince.holzhall@steptoe-johnson.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**William D. Wilmoth**
Steptoe & Johnson - Wheeling
Ste. 3000
1233 Main Street
P.O. Box 751
Wheeling, WV 26003-0751
304-231-0456
Fax: 304-933-8708
Email: william.wilmoth@steptoe-johnson.com
*Bar Status: MDL*

**Defendant**

**Cardinal Health, Inc.**          represented by   **Anne McKenzie Roller Rucker**
Williams and Connolly
725 Twelfth Street NW
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: arucker@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher Scott Geyer**
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
202-434-5293
Fax: 202-434-5029
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**David M. Krinsky**
Williams & Connolly
725 Twelfth Street, NW

Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: dkrinsky@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Eric A. Inglis**
Schenk Price Smith & King
220 Park Avenue
P.O. Box 991
Florham Park, NJ 07932
973-539-1000
Fax: 973-540-7300
Email: eai@spsk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven R. Ruby**
Bailey & Glasser
209 Captiol Street
Charleston, WV 25301-1386
304-345-6555
Fax: 304-342-1110
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas Joseph Cotton**
Scheef & Stone
Ste. 1400
5956 Sherry Lane
Dallas, TX 75225
973-539-1000
Email: tjc@spsk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Alana V. Tanoury**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amy Jo Quezon**
McHugh Fuller Law Group, PLLC
97 Elias Whiddon Road
Hattiesburg, MS 39402

601-261-2220
Fax: 601-261-2481
Email: amy@mchughfuller.com
*Bar Status: MDL*

**Andrew G. Schultz**
Rodey Dickason Sloan Akin & Robb,
P.O. Box 1888
Albuquerque, NM 87103
505-765-5900
Fax: 505-768-7395
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anita M. Kidd**
Armstrong Teasdale
Ste. 1800
7700 Forysth Blvd.
St. Louis, MO 63105
314-621-5070
Fax: 314-612-2329
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ashley W. Hardin**
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
202-434-5960
Fax: 202-434-5029
Email: ahardin@wc.com
*Bar Status: MDL*

**Ashley W. Hardin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brian A. Glasser**
Bailey & Glasser - Charleston
209 Capitol Street
Charleston, WV 25301
304-345-6555
Fax: 304-342-1110
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brian K. Murphy**

Murray, Murphy, Moul & Basil
1114 Dublin Road
Columbus, OH 43215
614-488-0400
Fax: 614-488-0401
Email: murphy@mmmb.com
***TERMINATED: 04/15/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**David G. Hymer**
Bradley Arant Boult Cummings
One Federal Place
1819 5th Avenue, North
Birmingham, AL 35203
521-8000
Fax: 488-6289
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Douglas K. Rosenblum**
Pietragallo Gordon Alfano Bosick &
Raspanti, LLP
Ste. 3402
1818 Market Street
Philadelphia, PA 19103
215-320-6200
Fax: 215-981-0082
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Elizabeth P. Kessler**
Jones Day - Columbus
Ste. 600
325 John H. McConnell Blvd.
Columbus, OH 43215-5017
614-469-3939
Fax: 614-461-4198
Email: ekessler@jonesday.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Emily Johnson Henn**
(See above for address)
***TERMINATED: 12/18/2017***
*Bar Status: MDL*

**Enu Mainigi**
Williams & Connolly

725 Twelfth Street, NW
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: emainigi@wc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Frank Lane Heard , III**
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: lheard@wc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Geoffrey E. Hobart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**J. Philip Calabrese**
Porter, Wright, Morris & Arthur -
Cleveland
Ste. 500
950 Main Avenue
Cleveland, OH 44113
216-443-9000
Fax: 216-443-9011
Email: pcalabrese@porterwright.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**James B. Hadden**
Murray, Murphy, Moul & Basil
1114 Dublin Road
Columbus, OH 43215
614-488-0400
Fax: 614-488-0401
Email: hadden@mmmb.com
***TERMINATED: 04/15/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**James R. Wooley**
Jones Day - Cleveland
901 Lakeside Avenue
Cleveland, OH 44114
216-586-3939

Fax: 216-579-0212
Email: jrwooley@jonesday.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jill G. Okun**
Porter, Wright, Morris & Arthur -
Cleveland
Ste. 500
950 Main Avenue
Cleveland, OH 44113
216-443-9000
Fax: 216-443-9011
Email: jokun@porterwright.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Joseph F. Murray**
Murray, Murphy, Moul & Basil
1114 Dublin Road
Columbus, OH 43215
614-488-0400
Fax: 614-488-0401
Email: murray@mmmb.com
***TERMINATED: 04/15/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Julie Fix Meyer**
Armstrong Teasdale
Ste.1800
7700 Forsyth Blvd.
St. Louis, MO 63105
314-342-8034
Fax: 314-552-4852
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Marc S. Raspanti**
Pietragallo Gordon
Ste. 3402
1818 Market Street
Philadelphia, PA 19103
215-320-6200
Fax: 215-981-0082
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew M. Benov**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Melanie R. King**
Armstrong Teasdale
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105
314-621-5070
Fax: 314-621-5065
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Melanie B. Stambaugh**
Rodey Dickason Sloan Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103
505-768-7288
Fax: 505-768-7395
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Monica Hobson Braun**
Stoll Keenon Ogden - Lexington
Ste. 2100
300 West Vine Street
Lexington, KY 40507
859-231-3000
Fax: 859-253-1093
Email: monica.braun@skofirm.com
*Bar Status: MDL*

**Perry M. Bentley**
Stoll Keenon Ogden - Lexington
Ste. 2100
300 West Vine Street
Lexington, KY 40507
859-231-3000
Fax: 859-253-1093
Email: perry.bentley@skofirm.com
*Bar Status: MDL*

**Raymond R. Fournie**

Armstrong, Teasdale, Schlafly & Davis
One Metropolitan Square
Ste. 2600
St. Louis, MO 63102-2740
314-621-5070
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Raymond S. Franks , II**
601 57th Street, SE
Charleston, WV 25304
304-926-0460
Fax: 304-926-0461
Email: raymond.s.franks@wv.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*


**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Russell D. Jessee**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Sarah E. Hamron**
Armstrong Teasdale
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105
314-621-5070
Fax: 314-621-5065
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Sarah E. Harmon**
Armstrong Teasdale
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105
314-621-5070
Fax: 314-621-5065
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven B. Loy**
Stoll Keenon Ogden PLLC - Lexington
Suite 2100
300 West Vine Street
Lexington, KY 40507-1801
859-231-3000
Fax: 859-253-1093
Email: steven.loy@skofirm.com
*Bar Status: MDL*

**Steven M. Pyser**
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
202-434-5808
Fax: 202-434-5029
Email: spyser@wc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Vincent I. Holzhall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**William D. Wilmoth**
(See above for address)
*Bar Status: MDL*

## Defendant

**AmerisourceBergen Corporation**          represented by          **Christopher R. Murphy**
Reed Smith - Chicago
40th Floor
10 South Wacker Drive
Chicago, IL 60606
312-207-1000
Email: crmurphy@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Edward McDowell Newsom**
Miller & Martin
Ste. 2100
1180 W. Peachtree Street, N.W.
Atlanta, GA 30309
404-962-6430
Email: eddie.newsom@millermartin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Eileen Elizabeth Hintz Rumfelt**
Miller & Martin
Ste. 2100
1180 West Peachtree Street, N.W.
Atlanta, GA 30309
404-962-6100
Email: eileen.rumfelt@millermartin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric W. Sitarchuk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kelly Hightower Hibbert**
Reed Smith
1000 East Tower
1301 K Street NW
Washington, DC 20005
202-414-9226
Fax: 202-414-9299
Email: KHibbert@ReedSmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Melissa Richards Smith**
Gillam & Smith
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
Fax: 903-934-9257
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Aaron E. McQueen**
Jackson Kelly - Akron
Ste. 201
50 South Main Street
Akron, OH 44308
330-252-9060
Fax: 330-252-9078
Email: aaron.mcqueen@jacksonkelly.com
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**Adam J. Schwendeman**
Theisen Brock
424 Second Street
Marietta, OH 45750
740-373-5455
Fax: 740-373-4409
Email: schwendeman@theisenbrock.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alvin L. Emch**
Jackson Kelly - Charleston
Ste. 1600
500 Lee Street
P.O. Box 553
Charleston, WV 25322
304-340-1000
Email:
*Bar Status: MDL*

**Andrew N. Schock**
Jackson Kelly - Akron
Ste. 201
50 South Main Street
Akron, OH 44308
330-252-9060
Fax: 330-252-9078
Email: anschock@jacksonkelly.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Arsenio Lenell Mims**
Dowd Bennett - St. Louis
Ste. 1900
7733 Forsyth Blvd.
St. Louis, MO 63105
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
Fax: 314-863-2111
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brian T. Smith**
Dykema Gossett - Bloomfield Hills
Ste. 300
39577 Woodward Avenue
Bloomfield Hills, MI 48304
248-203-0843
Fax: 855-243-9886

Email: btsmith@dykema.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Cheryl A. Bush**
Bush Seyferth
Ste. 400
100 W. Big Beaver Road
Troy, MI 48084
248-822-7800
Fax: 248-822-7801
Email: bush@bsplaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Christopher C. Hollon**
Faruki Ireland Cox Rhinehart & Dusing -
Dayton
Ste. 1600
110 North Main Street
Dayton, OH 45402
937-227-3727
Fax: 937-227-3717
Email: chollon@ficlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Donald Jeffrey Ireland**
Faruki Ireland Cox Rhinehart & Dusing -
Dayton
Ste. 1600
110 North Main Street
Dayton, OH 45402
937-227-3705
Fax: 937-227-3710
Email:
*Bar Status: MDL*

**Douglas A. Baker**
37 West Broad Street
Suite 415
Columbus, OH 43215
614-228-1788
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Erin E. Rhinehart**
Faruki Ireland Cox Rhinehart & Dusing -
Dayton
Ste. 1600

110 North Main Street
Dayton, OH 45402
937-227-3714
Fax: 937-227-3717
Email: erhinehart@ficlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**James F. Bennett**
Dowd Bennett
Ste. 1900
7733 Forsyth Blvd.
St. Louis, MO 63105
314-889-7302
Fax: 314-863-2111
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Justin D. Rodriguez**
Atkinson, Baker & Rodriguez
Ste. 1850
201 Third Street NW
Albuquerque, NM 87102
505-764-8111
Fax: 505-764-8374
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark W. Bernlohr**
Jackson Kelly - Akron
Ste. 201
50 South Main Street
Akron, OH 44308
330-252-9060
Fax: 330-252-9078
Email: mwbernlohr@jacksonkelly.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Meredith S. Auten**
Morgan, Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103
Email:

*Bar Status: MDL*

**Michael R. Williams**
Bush Seyferth & Paige
Ste. 600
3001 W. Big Beaver
Troy, MI 48084
248-822-7804
Fax: 248-822-7804
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert A. Nicholas**
(See above for address)
*Bar Status: MDL*

**Sandra K. Zerrusen**
Jackson Kelly - Akron
Ste. 201
50 South Main Street
Akron, OH 44308
330-252-9060
Fax: 330-252-9078
Email: skzerrusen@jacksonkelly.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Shannon E. McClure**
Reed Smith - Philadelphia
Ste. 3100
Three Logan Square
1717 Arch Street
Philadelphia, PA 19103
215-851-8226
Email: smcclure@reedsmith.com
*Bar Status: MDL*

**Defendant**

**Russell Portenoy**                    represented by   **Elizabeth Heaphy**
Rammelkamp Muehlenweg & Cordova PA
316 Osuna Rd NE
Unit 201
Albuquerque, NM 87107
(505) 247-8860
Fax: (505) 247-8881
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Jordan D. Rauch**
Dickinson Wright - Columbus
24th Floor
150 East Gay Street
Columbus, OH 43215
614-744-2586
Email: jrauch@dickinsonwright.com
*TERMINATED: 02/14/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**O. Judson Scheaf , III**
Hahn, Loeser & Parks - Columbus
Ste. 1400
65 East State Street
Columbus, OH 43215
614-233-5190
Fax: 614-221-5909
Email: JScheaf@hahnlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Robert J. Muehlenweg**
Rammelkamp Muehlenweg & Cordova PA
PO Box 25127
Albuquerque, NM 87125-5127
(505) 247-8860
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**S. Amy Spencer**
Shaheen & Gordon
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
603-225-7262
Fax: 603-225-5112
Email: saspencer@shaheengordon.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Perry Fine**                          represented by **Angela Marie Richie**
Gordon & Wolf
Ste. 402
102 West Pennyslvania Avenue
Baltimore, MD 21204
502-371-1251
Fax: 502-804-4630

Email: arichie@grsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Cecily J. McLeod**
Gordon & Rees - Atlanta
Ste. 1500
3455 Peachtree Road
Atlanta, GA 30326
404-869-9054
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven Michael Stastny**
Stastny Law Firm
P O Box 430052
Birmingham, AL 35243
205-332-3600
Fax: 800-661-8147
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brian P. FitzGerald**
Littler Mendelson - Cleveland
20th Floor
1100 Superior Avenue
Cleveland, OH 44114
216-623-6135
Fax: 216-649-0533
Email: bpfitzgerald@littler.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Bruce A. Moore**
Gordon & Rees Scully Mansukhani-
Columbus
Ste. 2495
41 South High Street
Columbus, OH 43215
614-340-5558
Fax: 614-360-2130
Email: bmoore@grsm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Daniel J. Hyzak**

Gordon & Rees Scully Mansukhani-
Columbus
Ste. 2495
41 South High Street
Columbus, OH 43215
614-340-5558
Fax: 614-360-2130
Email: dhyzak@grsm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Gregory D. Brunton**
Gordon & Rees Scully Mansukhani-
Columbus
Ste. 2495
41 South High Street
Columbus, OH 43215
614-340-5558
Fax: 614-360-2130
Email: gbrunton@grsm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**John J. Robinson**
Gordon & Rees - Glastonbury
Ste. 206
95 Glastonbury Blvd.
Glastonbury, CT 06033
860 278-7448
Fax: 860-560-0185
Email: jjrobinson@grsm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kelly V. Milam**
Gordon & Rees - Chicago
Ste. 800
One North Franklin Street
Chicago, IL 60606
312-980-6787
Fax: 312-565-6511
Email: kmilam@grsm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kenneth Ferguson**
Gordon & Rees, LLP
816 Congress Avenue
Suite 1510
Austin, TX 78701
512-391-0197

Fax: 512-391-0183
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Steven J. Zakrzewski**
Gordon & Rees - Glastonbury
Ste. 206
95 Glastonbury Blvd.
Glastonbury, CT 06033
860 278-7448
Fax: 860-560-0185
Email: szakrzewski@grsm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Tyler G. Tarney**
Gordon & Rees Scully Mansukhani-
Columbus
Ste. 2495
41 South High Street
Columbus, OH 43215
614-340-5558
Fax: 614-360-2130
Email: ttarney@grsm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Scott Fishman**       represented by    **Angela Marie Richie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Cecily J. McLeod**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven Michael Stastny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brian P. FitzGerald**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**Bruce A. Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Daniel J. Hyzak**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Gregory D. Brunton**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**John J. Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kelly V. Milam**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kenneth Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Steven J. Zakrzewski**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Tyler G. Tarney**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Lynn Webster**                    represented by    **Angela Marie Richie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Cecily J. McLeod**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Chad A. Shultz**
Ford & Harrison
1275 Peachtree Street, NE
Ste. 600
Atlanta, GA 30309
404-888-3800
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Steven Michael Stastny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brian P. FitzGerald**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Bruce A. Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Daniel J. Hyzak**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Gregory D. Brunton**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**John J. Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kelly V. Milam**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kenneth Ferguson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Steven J. Zakrzewski**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Tyler G. Tarney**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

## Defendant

**Allergan Finance LLC**
*formerly known as*
Watson Pharmaceuticals, Inc.
*formerly known as*
Actavis Inc.

represented by **Jack Wesley Hill**
Ward & Smith
111 West Tyler Street
P.O. Box 1231
Longview, TX 75606-1231
903-757-6400
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Albert J. Lucas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Andrea B. Daloia**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Anthony C. White**
Thompson Hine - Columbus
Ste. 1700
41 South High Street
Columbus, OH 43215
614-469-3200
Fax: 614-469-3361
Email: anthony.white@thompsonhine.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Donna M. Welch**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jennifer G. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**John R. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jonathan L. Stern**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Martin L. Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stacey A. Greenwell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas E. Rice , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Timothy W. Knapp**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tinos Diamantatos**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**<u>Defendant</u>**

**Insys Therapeutics, Inc.**                    represented by   **Benjamin Richard Wilson**
Holland & Knight - New York
31 West 52 Street
New York, NY 10019
212-513-3536
Email: benjamin.wilson@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher M. Mussler**
Gwin Steinmetz & Baird
1000 One Riverfront Plaza
401 W. Main Street
Louisville, KY 40202
502-618-5700
Fax: 502-618-5701
Email: cmussler@gsblegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jessica Lynn Farmer**
Holland and Knight
Ste 1100
800 17th Street NW
Washington, DC 20006
202-469-5222
Fax: 202-955-5564
Email: Jessica.Farmer@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric H. Zagrans**
Zagrans Law Firm
Ste. 302
5077 Waterford Drive
Elyria, OH 44035
216-771-1000
Fax: 866-261-2008
Email: eric@zagrans.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**J. Matthew Donohue**
Holland & Knight - Portland
2300 U.S. Bancorp Tower
111 Southwest Fifth Avenue
Portland, OR 97204
503-243-2300

Fax: 503-241-8014
Email: matt.donohue@hklaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Joseph L. Franco**
Holland & Knight - Portland
2300 U.S. Bancorp Tower
111 Southwest Fifth Avenue
Portland, OR 97204
503-243-2300
Fax: 503-241-8014
Email: joe.franco@hklaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Nicholas Alex Sarokhanian**
Holland & Knight - Dallas
Ste. 1600
200 Crescent Court
Dallas, TX 75205
214-964-9500
Fax: 214-964-9501
Email: nicholas.sarokhanian@hklaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Trisha M. Rich**
Holland & Knight
131 South Dearborn Street
Chicago, IL 60603
312-578-6514
Fax: 312-578-6666
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**AmerisourceBergen Drug Corporation**          represented by   **Angela L Freel**
Jackson Kelly
2nd Floor
221 Fifth Street NW
PO Box 1507
Evansville, IN 47706-1507
812-922-9444

Fax: 812-421-7459
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Christopher R. Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Eric W. Sitarchuk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Hans N. Huggler**
Lane Powell
Ste. 2100
601 SW Second Avenue
Portland, OR 97204
503-778-2100
Fax: 503-778-2200
Email: hugglerh@lanepowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**James D. Johnson**
Jackson Kelly
P.O. Box 1507
2nd Floor
221 NW Fifth Street
Evansville, IN 47706
812-422-9444
Fax: 812-421-7459
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Margaret Jane Brannon**
Jackson Kelly-Lexington
Suite 500
175 E. Main Street
Lexington, KY 40588-2150
859-288-2805
Fax: 859-288-2849
Email:

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Meredith S. Auten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Peter D. Hawkes**
Lane Powell
Ste. 2100
601 SW Second Avenue
Portland, OR 97204
503-778-2100
Fax: 503-778-2200
Email: hawkesp@lanepowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Pilar C. French**
Lane Powell
Ste. 2100
601 SW Second Avenue
Portland, OR 97204
503-778-2170
Fax: 503-778-2200
Email: frenchp@lanepowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert Franklin Duncan**
Jackson Kelly - Lexington
Suite 500
175 E. Main Street
P.O. Box 2150
Lexington, KY 40588-2150
859-255-9500
Fax: 859-255-0688
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Adam J. Schwendeman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alvin L. Emch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Arsenio Lenell Mims**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher C. Hollon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**David L. Brown , Jr.**
Watkins & Eager
Ste. 114
2204 Lakeshore Drive
Birmingham, AL 35209
205-586-6262
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Donald Jeffrey Ireland**
(See above for address)
*Bar Status: MDL*

**Erin E. Rhinehart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**H. Lanier Brown , II**
Watkins & Eager
Ste. 114 West Lobby
2204 Lakeshore Drive
Birmingham, AL 35209
205-598-2199
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Harry G. Shaffer , III**
Shaffer & Shaffer
PO Box 38
Madison, WV 25130
304-369-0511
Fax: 304-369-5431

Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**J. Patrick Strubel**
Watkins & Eager
Ste. 114
2204 Lakeshore Drive
Birmingham, AL 35209
205-937-6755
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James F. Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sandra K. Zerrusen**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Shannon E. McClure**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Todd A. Mount**
Shaffer & Shaffer
PO Box 38
Madison, WV 25130
304-343-7910
Fax: 304-343-7915
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Defendant**

**Mallinckrodt LLC**

represented by **Kathleen Carroll Bricken**
Garvey Schubert Barer
11th Floor
121 SW Morrison Street
Portland, OR 97204
503-228-3939
Fax: 503-226-0259
Email: kbricken@gsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Michael L. Fitzgerald**
Ropes & Gray
INVALID ADDRESS
800 Boylston Street
Boston, MA 02199
617-951-7108
Fax: 617-235-0426
Email: michael.fitzgerald@ropesgray.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Patrick J. Conti**
Garvey Schubert Barer
11th Floor
121 SW Morrison Street
Portland, OR 97204
503-228-3939
Fax: 503-226-0259
Email: pconti@gsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Stephen D. Annand**
Robinson & McElwee
40 Fifth Third Center
700 Virginia Street, East
Charleston, WV 25301
304-344-5800
Fax: 304-344-9566
Email: sda@ramlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Andrew J. O'Connor**
Ropes & Gray - Boston

800 Boylston Street
Boston, MA 02199
617-951-7000
Fax: 617-951-7050
Email: Andrew.O'Connor@ropesgray.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brien T. O'Connor**
Ropes & Gray - Boston
800 Boylston Street
Boston, MA 02199
617-951-7000
Fax: 617-951-7050
Email: Brien.O'Connor@ropesgray.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jonathan L. Stern**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Marc J. Kessler**
Hahn, Loeser & Parks - Columbus
Ste. 1400
65 East State Street
Columbus, OH 43215
614-233-5168
Fax: 614-233-5185
Email: mjkessler@hahnlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**<u>Defendant</u>**

**Mallinckrodt PLC**      represented by    **Stephen D. Annand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brien T. O'Connor**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Teva Pharmaceutical Industries Ltd.**          represented by **Collie Fitch James , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mitchell G. Blair**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas F. Hurka**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jason J. Blake**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Melanie S. Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Terry Matthew Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Noramco, Inc.**                     represented by **Cari K. Dawson**
Alston & Bird - Atlanta
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7766
Fax: 404-881-7777
Email: cari.dawson@alston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Daniel G. Jarcho**
Alston & Bird - Washington
950 F Street, NW
Washington, DC 20004
202-239-3254
Fax: 202-239-3333
Email: daniel.jarcho@alston.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jenny A. Hergenrother**
Alston & Bird - Atlanta
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404-881-4977
Fax: 404-404-8377
Email: jenny.mendelsohn@alston.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jonathan L. Stern**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Patrick H. Boggs**
Onda, LaBuhn, Rankin & Boggs
Ste. 100
35 North Fourth Street
Columbus, OH 43215
614-716-0500
Fax: 614-716-0511
Email: phb@olrblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Watson Pharmaceuticals, Inc.**     represented by   **Andrea B. Daloia**
*now known as*                                    (See above for address)
Actavis Pharma, Inc.                             *ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**John R. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jonathan L. Stern**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Stacey A. Greenwell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Harold Anthony Cofer, Jr.**
*M.D.*

**Defendant**

**West Virginia Board of Pharmacy**

**Defendant**

**Cardinal Health 110, LLC**     represented by   **Anita M. Kidd**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ashley W. Hardin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brian A. Glasser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Elizabeth P. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Enu Mainigi**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Frank Lane Heard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James R. Wooley**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Julie Fix Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Melanie R. King**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Raymond R. Fournie**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Raymond S. Franks , II**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sarah E. Harmon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven M. Pyser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven R. Ruby**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Miami-Luken, Inc.**                    represented by  **Lisa L. Lilly**
Francis & Lilly
Ste. 1520
300 Capitol Street
Charleston, WV 25301
304-410-0043
Fax: 304-760-6373
Email: llilly@francisandlillylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Clay K. Keller**
Jackson Kelly - Akron
Ste. 201
50 South Main Street
Akron, OH 44308
330-252-9060
Fax: 330-252-9078
Email: ckkeller@jacksonkelly.com
***TERMINATED: 05/08/2018***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jennifer D. Armstrong**
McDonald Hopkins - Cleveland
Ste. 2100
600 Superior Avenue, E

Cleveland, OH 44114
216-348-5809
Fax: 216-348-5474
Email: jarmstrong@mcdonaldhopkins.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Laurie K. Miller**
Jackson Kelly - Charleston
Ste. 1600
500 Lee Street
P.O. Box 553
Charleston, WV 25322
304-340-1213
Fax: 304-340-1050
Email: lmiller@jacksonkelly.com
*TERMINATED: 03/25/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Richard H. Blake**
McDonald Hopkins - Cleveland
Ste. 2100
600 Superior Avenue, E
Cleveland, OH 44114
216-348-5400
Fax: 216-348-5474
Email: rblake@mcdonaldhopkins.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Robert M. Stonestreet**
Babst, Calland, Clements & Zomnir -
Charleston
Ste. 1000
300 Summers Street
Charleston, WV 25301
681-205-8888
Fax: 681-205-8814
Email: rstonestreet@babstcalland.com
*TERMINATED: 08/28/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas J. Hurney , Jr.**
Jackson & Kelly

Ste. 1600
500 Lee Street E
Charleston, WV 25301
304-340-1346
Fax: 304-340-1050
Email: thurney@jacksonkelly.com
***TERMINATED: 03/25/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Jane Does**

**Defendant**

**CVS Indiana, L.L.C.**      represented by    **Alexandra W. Miller**
Zuckerman Spaeder - Washington
Ste. 1000
1800 M Street, NW
Washington, DC 20036
202-778-1845
Fax: 202-822-8106
Email: smiller@zuckerman.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Anant Kumar**
Zuckerman Spaeder - New York
10th Floor
485 Madison Avenue
New York, NY 10022
646-746-8841
Fax: 212-704-4256
Email: akumar@zuckerman.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Carte P. Goodwin**
Frost Brown Todd - Charleston
Ste. 1100
500 Virginia Street East
Charleston, WV 25301
304-345-0111
Fax: 304-345-0112
Email: cgoodwin@fbtlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric R. Delinsky**
Zuckerman Spaeder - Washington
Ste. 1000

1800 M Street, NW
Washington, DC 20036
202-778-1831
Fax: 202-822-8106
Email: edelinsky@zuckerman.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Joseph M. Ward**
Frost Brown Todd - Charleston
Ste. 1100
500 Virginia Street East
Charleston, WV 25301
304-345-0111
Fax: 304-345-0115
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Richard A. Schirtzer**
Quinn Emanuel Urquhart & Sullivan - Los
Angeles
10th Floor
865 South Figueroa Street
Los Angeles, CA 90017
213-624-7707
Fax: 231-624-0643
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William A. Burck**
Quinn Emanuel Urquhart & Sullivan -
Washington
Ste. 900
1300 I Street, NW
Washington, DC 20005
202-538-8120
Fax: 202-538-8100
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**<u>Defendant</u>**

| | | |
|---|---|---|
| **Rite Aid of Maryland, Inc.**<br>*doing business as*<br>Rite Aid of Mid-Atlantic Customer<br>Support Center, Inc. | represented by | **Elise Attridge**<br>Morgan, Lewis & Bockius<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br>2027395704<br>Fax: 2027393001<br>Email: eattridge@morganlewis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Daniel Carmeli**
Morgan, Lewis & Bockius - Pittsburgh
32nd Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
412-560-7433
Fax: 412-560-7001
Email: daniel.carmeli@morganlewis.com
*TERMINATED: 09/28/2018*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Elisa P. McEnroe**
Morgan, Lewis & Bockius - Philadelphia
1701 Market Street
Philadelphia, PA 19103
215-963-5917
Fax: 215-963-5001
Email: elisa.mcenroe@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Judd E. Stone**
INVALID ADDRESS Morgan Lewis
Bockius
1111 Pennsylvania Avenue NW
Washington, DC 20004
202-739-5531
Fax: 202-739-3001
Email: judd.stone@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kelly A. Moore**
Morgan, Lewis & Bockius - New York
101 Park Avenue
New York, NY 10178
212-309-6612
Fax: 212-309-6001

Email: kelly.moore@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Thomas J. Sullivan**
Morgan, Lewis & Bockius - Philadelphia
INVALID ADDRESS
1701 Market Street
Philadelphia, PA 19103
215-963-5146
Fax: 215-963-5001
Email: thomas.sullivan@morganlewis.com
*TERMINATED: 03/16/2018*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Webster J. Arceneaux , III**
Lewis Glasser
PO Box 1746
Charleston, WV 25326
304-345-2000
Fax: 304-343-7999
Email: wjarceneaux@lewisglasser.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

| | | |
|---|---|---|
| **Wal-Mart Stores East, LP**<br>*doing business as*<br>Wal-Mart Pharmacy Warehouse #46<br>*doing business as*<br>Wal-Mart Pharmacy Warehouse | represented by | **Christopher S. Dodrill**<br>Greenberg Traurig - Dallas<br>Ste. 5200<br>2200 Ross Avenue<br>Dallas, TX 75201<br>214-665-3600<br>Fax: 214-665-3601<br>Email: dodrillc@gtlaw.com<br>*TERMINATED: 10/26/2018*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

**James R. Wooley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alexander Macia**
Spilman, Thomas & Battle - Charleston
300 Kanawha Blvd., East
Charleston, WV 25301
304-340-3835
Fax: 304-340-3801
Email: amacia@spilmanlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James S. Crockett , Jr.**
Spilman, Thomas & Battle - Charleston
300 Kanawha Blvd., East
Charleston, WV 25301
304-340-3824
Fax: 304-340-3801
Email: jcrockett@spilmanlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mitchell J. Rhein**
Spilman, Thomas & Battle - Charleston
300 Kanawha Blvd., East
Charleston, WV 25301
304-340-3889
Fax: 304-340-3801
Email: mrhein@spilmanlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Neva G. Lusk**
Spilman, Thomas & Battle - Charleston
300 Kanawha Blvd., East
Charleston, WV 25301
304-549-0388
Fax: 304-340-3801
Email: nlusk@spilmanlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Kroger Limited Partnership II**  represented by **Pamela J. Ferrell**
  Bowles Rice
  600 Quarrier Street

Charleston, WV 25301
304-347-1100
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Fazal A. Shere**
Bowles, Rice, McDavid, Graff & Love -
Charleston
600 Quarrier Street
Charleston, WV 25301
304-347-1100
Fax: 304-347-1746
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gabriele Wohl**
Bowles, Rice, McDavid, Graff & Love -
Charleston
600 Quarrier Street
Charleston, WV 25301
304-347-1137
Fax: 304-347-1746
Email: gwohl@bowlesrice.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gerard R. Stowers**
Bowles, Rice, McDavid, Graff & Love -
Charleston
600 Quarrier Street
Charleston, WV 25301
304-347-1100
Fax: 304-347-1756
Email: gstowers@bowlesrice.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jessie F. Reckart**
Bowles Rice
PO Box 1386
Charleston, WV 25325-1386
304-347-1100
Fax: 304-347-1756
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ronda L. Harvey**
Bowles, Rice, McDavid, Graff & Love -
Charleston
600 Quarrier Street
Charleston, WV 25301
304-347-1100
Fax: 304-347-1746
Email: rharvey@bowlesrice.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Unaiaz Riaz**
Bowles Rice
600 Quarrier Street
Charleston, WV 25301
304-347-1100
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Walgreen Eastern Co., Inc.**                represented by  **Robert A. Nicholas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Fazal A. Shere**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gerard R. Stowers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jessie F. Reckart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kaspar J. Stoffelmayr**
Bartlit Beck - Chicago
Ste. 300
54 West Hubbard Street

Chicago, IL 60654
312-494-4400
Fax: 312-494-4440
Email: kaspar.stoffelmayr@bartlit-beck.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ronda L. Harvey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Kroger Limited Partnership I**                represented by  **Pamela J. Ferrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Fazal A. Shere**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gabriele Wohl**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gerard R. Stowers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jessie F. Reckart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ronda L. Harvey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Unaiaz Riaz**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Anda Pharmaceuticals, Inc.**                represented by  **Keith A. Jones**
Jones Law Group
P.O. Box 13395
Charleston, WV 25360
304-984-9800
Fax: 304-984-9801
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**M. Bert Ketchum , III**
Greene Ketchum Farrell Bailey & Tweel
419 Eleventh Street
Huntington, WV 25701
304-525-9115
Fax: 304-529-3284
Email: bert@greeneketchum.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Paul T. Farrell , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ana M. Francisco**
Foley & Lardner - Boston
Ste. 2600
111 Huntington Avenue
Boston, MA 02199
617-342-4096
Email: afrancisco@foley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Graham D. Welch**
Foley & Lardner - Boston
Ste. 2600
111 Huntington Avenue
Boston, MA 02199
617-226-3193
Email: gwelch@foley.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gregory N. Heinen**
Foley & Lardner - Milwaukee
777 East Wisconsin Avenue
Milwaukee, WI 53202
414-319-7025
Fax: 414-297-4900
Email: gheinen@foley.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jaclyn V. Piltch**
Foley & Lardner - Boston
INVALID ADDRESS
Ste. 2600
111 Huntington Avenue
Boston, MA 02199
617-342-4000
Fax: 617-342-4001
Email: jpiltch@foley.com
***TERMINATED: 09/18/2018***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James W. Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Katy E. Koski**
Foley & Lardner - Boston
Ste. 2600
111 Huntington Avenue
Boston, MA 02199
617-342-4000
Fax: 617-342-4001
Email: kkoski@foley.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kristina J. Matic**
Foley & Lardner - Boston

Ste. 2600
111 Huntington Avenue
Boston, MA 02199
414-297-5913
Email: kmatic@foley.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Paul J. Cosgrove**
Ulmer & Berne - Cincinnati
Ste. 2800
600 Vine Street
Cincinnati, OH 45202
513-698-5034
Fax: 513-698-5035
Email: pcosgrove@ulmer.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Redi Kasollja**
Foley & Lardner - Boston
INVALID ADDRESS
Ste. 2600
111 Huntington Avenue
Boston, MA 02199
617-502-3281
Fax: 617-342-4001
Email: rkasollja@foley.com
***TERMINATED: 02/13/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Anda, Inc.**                    represented by  **Holland N. McTyeire , V**
Bingham Greenbaum Doll
Ste. 3500
101 S. Fifth Street
Louisville, KY 40202
502-589-4200
Fax: 502-587-3695
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Keith A. Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**M. Bert Ketchum , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret E. Keane**
Bingham Greenbaum Doll - Louisville
3500 PNC Tower
101 South 5th Street
Louisville, KY 40202
502-587-3641
Fax: 502-540-2203
Email: mkeane@bgdlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Melissa Norman Bork**
Bingham Greenbaum Doll - Louisville
3500 PNC Tower
101 South 5th Street
Louisville, KY 40202
502-587-3726
Fax: 502-540-2254
Email: mbork@bgdlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Paul T. Farrell , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ana M. Francisco**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Donna M. Welch**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: Phv*

**Gregory N. Heinen**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jaclyn V. Piltch**
(See above for address)
***TERMINATED: 09/18/2018***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James W. Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Katy E. Koski**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kristina J. Matic**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Redi Kasollja**
(See above for address)
***TERMINATED: 02/13/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William E. Padgett**
Barnes & Thornburg - Indianapolis
11 South Meridian Street
Indianapolis, IN 46204
317-231-7353
Fax: 317-231-7433
Email: william.padgett@btlaw.com

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Keysource Medical, Inc.**                represented by   **Clifford F. Kinney , Jr.**
Spilman, Thomas & Battle - Charleston
300 Kanawha Blvd., East
Charleston, WV 25301
304-340-3800
Fax: 304-340-3801
Email: ckinney@spilmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Masters Pharmaceutical, Inc.**          represented by   **John A. Smith**
Flaherty, Sensabaugh & Bonasso -
Charleston
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
304-345-0200
Fax: 304-345-0260
Email: jsmith@flahertylegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Omnicare Distribution Center LLC**      represented by   **Carte P. Goodwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Joseph M. Ward**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Anant Kumar**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Harvard Drug Group, L.L.C.**      represented by   **Ashley W. Hardin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Enu Mainigi**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Steven M. Pyser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Top Rx, LLC**      represented by   **Allen M. Lopus**
Clark Hill - Pittsburgh
14th Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
412-394-7713
Fax: 412-394-2555
Email: alopus@clarkhill.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert J. Ridge**
Thorp Reed & Armstrong
Ste. 400
1233 Main Street
Wheeling, WV 26003
412-394-2440
Fax: 412-394-2555
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

| | | |
|---|---|---|
| **Bellco Drug Corp.** | represented by | **Eric W. Sitarchuk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Adam J. Schwendeman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Alvin L. Emch**
(See above for address)
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Meredith S. Auten**
(See above for address)
*Bar Status: MDL*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sandra K. Zerrusen**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Shannon E. McClure**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Generics Bidco I, LLC**                 represented by   **Jonathan L. Stern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Michael J. Farrell**
Farrell White & Legg
914 Fifth Avenue
Huntington, WV 25701
304-522-9100
Fax: 304-522-9162
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean O. Morris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**H.D. Smith Wholesale Drug Co.**         represented by   **Alexander L. Turner**
Nelson, Mullins, Riley & Scarborough -
Huntington
P.O. Box 1856
Huntington, WV 25719
304-526-3502
Fax: 304-526-3599
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher D. Smith**
Nelson Mullins Riley & Scarborough
Suite 200

949 Third Avenue
Huntington, WV 25701
304-526-3500
Fax: 304-526-3599
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Dean T. Barnhard**
Barnes & Thornburg - Indianapolis
11 South Meridian Street
Indianapolis, IN 46204
317-236-1313
Fax: 317-231-7433
Email: dean.barnhard@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Larry A. Mackey**
Barnes & Thornburg - Indianapolis
11 South Meridian Street
Indianapolis, IN 46204
317-236-1313
Fax: 317-231-7433
Email: larry.mackey@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Marc E. Williams**
Nelson Mullins Riley & Scarborough
PO Box 1856
Huntington, WV 25719-1856
304-526-3500
Fax: 304-526-3599
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Qualitest Pharmaceuticals, Inc.**     represented by   **Claude F. Reynaud , Jr.**
Breazeale Sachse & Wilson

23rd Floor
301 Main Street
Baton Rouge, LA 70801
225-387-4000
Fax: 225-381-8029
Email: claude.reynaud@bswllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John J. Polak**
Atkinson & Polak
P.O. Box 549
Charleston, WV 25322
304-346-5100
Fax: 304-346-4678
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Michael J. Farrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas R. Temple , Jr.**
Breazeale Sachse & Wilson
P.O. Box 3197
Baton Rouge, LA 70821
225-387-4000
Fax: 225-381-8029
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Danielle L. Borel**
Breazeale, Sachse & Wilson
23rd Floor
One American Place
P.O. Box 3197
Baton Rouge, LA 70821
225-387-4000
Fax: 225-381-8029
Email: danielle.borel@bswllp.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Paul L. Frampton , Jr.**
Atkinson & Polak
Ste. 1300
300 Summer Street
Charleston, WV 25301
304-346-5100
Fax: 304-346-4678
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Cedardale Distributors LLC**        represented by   **Patrick K. Cavanaugh**
Del Sole Cavanaugh Stroyd
Ste. 600
3 PPG Place
Pittsburgh, PA 15222
412-261-2393
Fax: 412-261-2110
Email: pcavanaugh@dscslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**William S. Stickman , IV**
Del Sole Cavanaugh Stroyd
Ste. 600
3 PPG Place
Pittsburgh, PA 15222
412-261-2393
Fax: 412-261-2110
Email: wstickman@dscslaw.com
***TERMINATED: 09/17/2019***
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**George W. Chapman , III**

**Defendant**

**SAJ Distributors**                   represented by   **Fazal A. Shere**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gerard R. Stowers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jessie F. Reckart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ronda L. Harvey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Chip RX, LLC**                   represented by   **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**J M Smith Corporation**              represented by   **Craig G Pelini**
*doing business as*                                    Pelini, Campbell & Williams - North
Smith Drug Company                                     Canton
Ste. 400
8040 Cleveland Avenue, NW
North Canton, OH 44720
330-305-6400
Fax: 330-305-0042
Email: cgp@pelini-law.com
***TERMINATED: 11/05/2018***
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Paul B. Ricard**
Pelini, Campbell & Williams - North
Canton
Ste. 400

8040 Cleveland Avenue, NW
North Canton, OH 44720
330-305-6400
Fax: 330-305-0042
Email: pbricard@pelini-law.com
*TERMINATED: 11/05/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*


**J M Smith Corporation**
c/o CT Corporation System
5400 Big Tyler Rd
Charleston, WV 25313
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Alexander L. Turner**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Christopher Edward Penna**
Penna & Mendicino
1902 Old Covington Highway S.W.
Conyers, GA 30012
770-602-4312
Email: cpenna@pennamendicinolaw.com
*TERMINATED: 11/05/2018*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Christopher D. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**David Cousins**
Penna & Mendicino
1902 Old Covington Highway S.W.
Conyers, GA 30012
770-602-4312
Email: dcousins@pennamendicinolaw.com
*TERMINATED: 11/05/2018*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*


**Derek A. Mendicino**
Penna & Mendicino
1902 Old Covington Highway S.W.

Conyers, GA 30012
770-602-4312
Email: dam@pennamendicinolaw.com
*TERMINATED: 11/05/2018*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John J. Haggerty**
Fox Rothschild - Warrington
Ste. 300
2700 Kelly Road
Warrington, PA 18976
215-345-7500
Fax: 215-345-7507
Email: jhaggerty@foxrothschild.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**John D. Hoblitzell , III**
Kay Casto & Chaney
15th Floor
707 Virginia Street E
Charleston, WV 25301
304-345-8900
Fax: 304-345-8909
Email: jdhoblitzell@kaycasto.com
*TERMINATED: 11/05/2018*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Marc E. Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Samuel W. Outten**
Nelson Mullins Riley & Scarborough, LLP
104 S. Main Street, 9th Floor
Greenville, SC 29601
864-373-2299
Fax: 864-232-2925
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Defendant**

**Abbott Laboratories, Inc.**      represented by   **Alper T. Ertas**
Venable - San Francisco
Ste. 3800
101 California Street
San Francisco, CA 94111
415-653-3750
Fax: 415-653-3755
Email: atertas@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James K. O'Connor**
Venable - Baltimore
Ste. 900
750 Pratt Street
Baltimore, MD 21202
410-244-5217
Fax: 410-244-7742
Email: jko03@venable.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John A. McCauley**
Venable - Baltimore
Ste. 900
750 Pratt Street
Baltimore, MD 21202
410-244-7400
Fax: 410-244-7742
Email: jmccauley@venable.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Michael S. Blume**
24 Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020
212-307-5500
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Alan Lee Schilling , Jr**
Bryan Cave LLP - St. Louis
One Metropolitan Square

211 North Broadway, Suite 3600
St. Louis, MO 63102
314-259-2666
Fax: 314-552-8666
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Dan H. Ball**
Bryan Cave - St. Louis
Ste. 3600
One Metropolitan Square
211 North Broadway
St. Louis, MO 63102
314-259-2000
Fax: 314-259-2020
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Daniel C. Nester**
Bryan Cave LLP - St. Louis
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
314-259-2000
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Cardinal Health 112, LLC**                represented by  **Anita M. Kidd**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ashley W. Hardin**
(See above for address)
*Bar Status: MDL*

**Enu Mainigi**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Frank Lane Heard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Julie Fix Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Melanie R. King**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Raymond R. Fournie**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sarah E. Harmon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven M. Pyser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Cardinal Health 105, Inc.**          represented by   **Anita M. Kidd**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ashley W. Hardin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Enu Mainigi**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Frank Lane Heard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Julie Fix Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Melanie R. King**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Raymond R. Fournie**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sarah E. Harmon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven M. Pyser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Cardinal Health 108, LLC**                    represented by **Enu Mainigi**
(See above for address)
*LEAD ATTORNEY*
*Bar Status: MDL*

**Anita M. Kidd**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ashley W. Hardin**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Frank Lane Heard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Julie Fix Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Melanie R. King**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Raymond R. Fournie**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sarah E. Harmon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven M. Pyser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Cardinal Health 414, LLC**             represented by **Anita M. Kidd**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ashley W. Hardin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Enu Mainigi**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Frank Lane Heard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Julie Fix Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Melanie R. King**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Raymond R. Fournie**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sarah E. Harmon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven M. Pyser**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Knoll Pharmaceutical Company**              represented by    **Stephanie E. Parker**
*a wholly-owned subsidiary of Abbott*                          Jones Day - Atlanta
*Laboratories*                                                Ste. 800
                                                              1420 Peachtree Street, NE
                                                              Atlanta, GA 30309
                                                              404-581-8552
                                                              Fax: 404-581-8330
                                                              Email: separker@jonesday.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: MDL*

**David B. Alden**
Jones Day - Cleveland
901 Lakeside Avenue
Cleveland, OH 44114
216-586-7121
Fax: 216-579-0212
Email: dbalden@jonesday.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**J. Laurens Wilkes**
Jones Day - Houston
Ste. 3300
717 Texas Avenue
Houston, TX 77002
832-239-3796
Fax: 832-239-3600
Email: jlwilkes@jonesday.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Does 1-100, Inclusive**

**Defendant**

**M.D. PawanKumar Jain**                 represented by   **PawanKumar Jain**
                                                          2455 So. Telshor Blvd.
                                                          Las Cruces, NM 88011
                                                          Email:
                                                          PRO SE

**Defendant**

**William P. Gaspar**                    represented by   **Rebecca S. Kenny**
                                                          Madison & Rosan
                                                          1031 East Broad Street
                                                          Columbus, OH 43205
                                                          505-242-2177
                                                          Fax: 505-242-7184
                                                          Email: rsk@madisonlaw.com
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status:*

                                                          **William C. Madison**
                                                          Madison, Mroz, Steinman & Dekleva

Ste. 1600
201 Third Street NW
Albuquerque, NM 87102
505-242-2177
Fax: 505-242-7184
Email: wcm@madisonlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Samantha Beaver**

**Defendant**

**Kevin L. Foster**                    represented by    **Gregory A. Schrage**
                                                         CHURCH CHURCH HITTLE &
                                                         ANTRIM (Fishers)
                                                         10765 N. Lantern Road
                                                         Suite 201
                                                         Fishers, IN 46038
                                                         (317) 773-2190
                                                         Fax: (317) 572-1609
                                                         Email: gschrage@cchalaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: MDL*

**Defendant**

**Brittany Berkshire**

**Defendant**

**Joe Gay, Jr.**

**Defendant**

**Jesse Bobb**                         represented by    **Greg S. Morin**
                                                         Montgomery, Elsner & Pardieck
                                                         308 West Second Street
                                                         P.O. Box 647
                                                         Seymour, IN 47274
                                                         812-522-4109
                                                         Fax: 812-522-6473
                                                         Email: gmorin@meplegal.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: MDL*

**Defendant**

**Michael White**

**Defendant**

**Elsa Marie Neace**

**Defendant**

**Glenn M. Fields**

**Defendant**

**Claude Holt, Jr.**

**Defendant**

**James Coomer**                                    represented by   **Joseph Leon Payne**
377 West Main Street
P O Box 345
Austin, IN 47102
(812) 794-4100
Fax: (812) 794-2118
Email: paynelawoffice@frontier.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Lloyd E. McNear**

**Defendant**

**Joel E. Barrett, Jr.**

**Defendant**

**Abbvie Inc.**                                    represented by   **Stephanie E. Parker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**David B. Alden**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**J. Laurens Wilkes**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Randall Brewer**

**Defendant**

**Actavis PLC**                                    represented by   **Ana M. Francisco**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jennifer G. Levy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**David Barry Goroff**
Foley & Lardner
Ste. 2800
321 North Clark Street
Chicago, IL 60654
312-832-4500
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Donna M. Welch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**James W. Matthews**
(See above for address)
*Bar Status: MDL*

**Jonathan William Garlough**
Foley & Lardner
Ste. 2800
321 North Clark Street
Chicago, IL 60654
312-832-4500
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Katy E. Koski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Martin L. Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Timothy W. Knapp**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**CVS Health Corporation**     represented by    **Eric R. Delinsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Alexandra W. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Costco Wholesale Corporation**     represented by    **Cori Gordon Moore**
Perkins Coie - Seattle
Ste. 4900
1201 Third Avenue
Seattle, WA 98101
206-359-3849
Fax: 206-359-4849
Email: CGMoore@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**David J. Burman**
Perkins Coie - Seattle
Ste. 4900
1201 Third Avenue
Seattle, WA 98101
206-359-8426

Fax: 206-359-5849
Email: DBurman@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brandon M. White**
Perkins Coie - Washington
700 Thirteenth Street, NW
Washington, DC 20005
202-654-6200
Fax: 202-654-6211
Email: bmwhite@perkinscoie.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Rite Aid Corporation**     represented by   **Elisa P. McEnroe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kelly A. Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Walgreens Boots Alliance Inc.**     represented by   **Kaspar J. Stoffelmayr**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Seattle Pain Center Medical Corporation**
*doing business as*
Seattle Pain Center

represented by **James B. Meade**
Fain Anderson - Tacoma
Ste. 900
1301 A Street
Tacoma, WA 98402
253-328-7800
Fax: 253-272-0386
Email: jb@favros.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jennifer Smitrovich**
Fain Anderson - Tacoma
Ste. 900
1301 A Street
Tacoma, WA 98402
253-328-7800
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Phillip J. VanDerhoef**
Fain Anderson - Tacoma
Ste. 900
1301 A Street
Tacoma, WA 98402
253-328-7800
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas H. Fain**
Fain Anderson VanDerhoef Rosendahl
O'Halloran Spillane
Ste. 900
1301 A. Street
Tacoma, WA 98402
253-328-7800
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Richard Johns**

represented by **James R. Estes , Jr.**
Cox Cox & Estes
Ste. 203
3900 Front Street
P.O. Box 9630
Fayetteville, AR 72703
479-251-7900

Fax: 479-251-7910
Email: jestes@coxfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Advanced Pain Specialists, Inc.**     represented by   **Kenneth C. Brostron**
Lashly & Baer
714 Locust Street
St. Louis, MO 63101
314-621-2939
Fax: 314-621-6844
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark R. Feldhaus**
Lashly & Baer
714 Locust Street
St. Louis, MO 63101
314-436-8318
Fax: 314-621-6844
Email: mfeldhaus@lashlybaer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Amneal Pharmaceuticals of New York,**     represented by   **James W. Childress**
**LLC**     Childress & Ahlheim
Ste. 500
1010 Market Street
St. Louis, MO 63101
314-621-9800
Fax: 314-621-9802
Email: jchildress@jchildresslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Michelle R. Gilboe**
Bowman & Brooke
Ste. 3000
150 South Fifth Street
Minneapolis, MN 55402
612-339-8682
Fax: 612-672-3200
Email:

michelle.gilboe@bowmanandbrooke.com
*TERMINATED: 07/20/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Paul J. Cosgrove**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**William Gordon Childs**
Bowman & Brooke - Austin
Ste. 500
2901 Via Fortuna Drive
Austin, TX 78746
512-874-3800
Fax: 512-874-3801
Email: bill.childs@bowmanandbrooke.com
*TERMINATED: 07/20/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sarah Miller Benoit**
Ulmer & Berne - Columbus
Ste. 1100
65 East State Street
Columbus, OH 43215
614-229-0016
Fax: 614-229-0017
Email: sbenoit@ulmer.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas E. Rice , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**<u>Defendant</u>**

**Comprehensive Pain Specialists, LLC**          represented by   **Aaron I. Mandel**
                                                                  Brinker & Doyen
                                                                  Fifth Floor

34 N. Meramec Avenue
St. Louis, MO 63105
314-863-6311
Fax: 314-863-8197
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James C. Thoele**
Brinker & Doyen
5th Floor
34 N. Meramec Avenue
Clayton, MO 63105
314-863-6311
Fax: 314-863-8197
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Christopher Creighton**                    represented by    **Kenneth C. Brostron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark R. Feldhaus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Impax Laboratories, Inc.**                    represented by    **Charles Zachary Vaughn**
Wiedner & McAuliffe
Ste. 1900
One N. Franklin
Chicago, IL 60606
312-855-1105
Fax: 312-855-1792
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kali Enyeart Book**
Goodell, DeVries, Leech & Dann
20th Floor

One South Street
Baltimore, MD 21202
410-783-4000
Fax: 410-783-4040
Email: kbook@gdldlaw.com
*TERMINATED: 07/13/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas J. Cullen , Jr.**
Goodell, DeVries, Leech & Dann
20th Floor
One South Street
Baltimore, MD 21202
410-783-4000
Fax: 410-783-4040
Email: tjc@gdldlaw.com
*TERMINATED: 07/13/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Paul J. Cosgrove**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**KVK-Tech, Inc.**     represented by     **Jessica B. Cozart**
Baker, Sterchi, Cowden & Rice - St. Louis
21st Floor
100 North Broadway Street
St. Louis, MO 63102
314-345-5000
Fax: 314-345-5055
Email: jcozart@bscr-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Katherine S. Davies**
Baker Sterchi Cowden & Rice
21st Floor
100 North Broadway

St. Louis, MO 63102
314-345-5000
Fax: 314-345-5055
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lisa A. Larkin**
Baker, Sterchi, Cowden & Rice - St. Louis
21st Floor
100 North Broadway Street
St. Louis, MO 63102
314-345-5000
Fax: 314-345-5055
Email: llarkin@bscr-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Megan Sterchi Lammert**
Baker, Sterchi, Cowden & Rice - St. Louis
21st Floor
100 North Broadway Street
St. Louis, MO 63102
314-345-5000
Fax: 314-345-5055
Email: msterchi@bscr-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas E. Rice , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Douglas P. Hill**
Baker, Sterchi, Cowden & Rice - Kansas City
Ste. 500
2400 E. Pershing Road
Kansas City, MO 64108
816-471-2121
Fax: 816-472-0288
Email: dhill@bscr-law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Elizabeth M. Miller**

Baker, Sterchi, Cowden & Rice - Kansas
City
Ste. 500
2400 Pershing Road
Kansas City, MO 64108
816-471-2121
Fax: 816-472-0288
Email: emiller@bscr-law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Teresa E. Hurla**
Baker, Sterchi, Cowden & Rice - Kansas
City
Ste. 500
2400 E. Pershing Road
Kansas City, MO 64108
816-471-2121
Fax: 816-472-0288
Email: thurla@bscr-law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Mallinckrodt Brand Pharmaceuticals,**          represented by   **Ann M. Songer**
**Inc**                                                          Shook, Hardy & Bacon - Kansas City
                                                                 2555 Grand Blvd.
                                                                 Kansas City, MO 64108
                                                                 816-474-6550
                                                                 Fax: 816-421-5547
                                                                 Email: asonger@shb.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: MDL*

                                                                 **Brice Nengsu Kenfack**
                                                                 Shook, Hardy & Bacon - Kansas City
                                                                 2555 Grand Blvd.
                                                                 Kansas City, MO 64108
                                                                 816-474-6550
                                                                 Email: bkenfack@shb.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: MDL*

**Bryan T. Pratt**
Shook, Hardy & Bacon - Kansas City
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547
Email: bpratt@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert T. Adams**
Shook, Hardy & Bacon - Kansas City
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Par Pharmaceutical, Inc.**            represented by   **Catherine L. Hanaway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Evan P. Moltz**
Mayhard Cooper & Gale
1901 6th Avenue North
Birmingham, AL 35023
205-254-1873
Fax: 205-254-1999
Email: emoltz@maynardcooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John A. Earnhardt**
Maynard Cooper & Gale
Ste. 2400
1901 6th Avenue North
Birmingham, AL 35203

205-254-1000
Fax: 205-254-1999
Email: jearnhardt@maynardcooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lindsay L. McClure-Hartman**
INVALID ADDRESS HUSCH
BLACKWELL, LLP
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
314-345-6450
Fax: 314-480-1505
Email: Lindsay.McClure-
Hartman@huschblackwell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mary Patricia Carl**
Husch Blackwell - St. Louis
Ste. 600
190 Carondelet Plaza
St. Louis, MO 63105
314-480-1500
Fax: 314-480-1505
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert Jacob Hurtt , Jr.**
Husch Blackwell
Ste. 600
190 Carondelet Plaza
St. Louis, MO 63105
314-680-5814
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Carole S. Rendon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**John D. Parker**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jonathan L. Stern**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sean O. Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**West-Ward Pharmaceutical Corp.**     represented by   **Booker T. Shaw**
(See above for address)
***TERMINATED: 05/03/2019***
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Felicia R. Williams**
Thompson Coburn
One US Bank Plaza
505 N. 7th Street
St. Louis, MO 63101
314-552-6277
Fax: 314-552-7277
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Hansel Eli Lightner , II**
White Arnold & Dowd
Ste. 500
2025 Third Avenue North
Birmingham, AL 35203
205-323-1888
Fax: 205-323-8907

Email: elightner@whitearnolddowd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Susan Lori Werstak**
Thompson Coburn
One US Bank Plaza
505 N. 7th Street
St. Louis, MO 63101
314-552-6350
Fax: 314-552-7000
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas E. Walker**
White Arnold & Dowd
Ste. 500
2025 Third Avenue North
Birmingham, AL 35203
205-323-1888
Fax: 205-323-8907
Email: twalker@whitearnolddowd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher B. Essig**
Winston & Strawn - Chicago
35 West Wacker Drive
Chicago, IL 60601
312-558-5700
Fax: 312-558-5700
Email: CEssig@winston.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jan P. Levine**
Pepper Hamilton
Eighteenth & Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103
215-981-4000
Fax: 215-981-4751
Email:
*TERMINATED: 02/25/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Logan N. Anderson**
Pepper Hamilton - Philadelphia
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
215-981-4000
Fax: 215-981-4750
Email: andersonl@pepperlaw.com
*TERMINATED: 03/29/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ronnie Fuchs**
Pepper Hamilton
Eighteenth & Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103
215-981-4000
Fax: 215-981-4751
Email:
*TERMINATED: 03/29/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Scott M. Ahmad**
Winston & Strawn - Chicago
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Purdue Products L.P.**       represented by    **Jae Hong Lee**
Quinn Emanuel Urquhart & Sullivan
22nd Floor
50 California Street
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: jaelee@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jonathan S. Tam**
Quinn Emanuel Urquhart & Sullivan

50 California Street
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: jonathantam@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jonathan L. Stern**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Caremark Rx, L.L.C.**                represented by   **Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Caremark, L.L.C.**                   represented by   **Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**CaremarkPCS Health, L.L.C.**         represented by   **Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: Phv*

**Defendant**

**CaremarkPCS, L.L.C.**        represented by    **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Express Scripts Holding Company**    represented by    **Adriana Riviere-Badell**
Kobre & Kim - Miami
Ste. 1900
201 South Biscayne Blvd.
Miami, FL 33131
305-967-6100
Email: Adriana.Riviere-
Badell@kobrekim.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Alana F. Montas**
Kobre & Kim - New York
800 Third Avenue
New York, NY 10022
212-488-1200
Email: Alana.Montas@kobrekim.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Julian W. Park**
Kobre & Kim - San Francisco
19th Floor
150 California Street
San Francisco, CA 94111
415-582-4800
Email: julian.park@kobrekim.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Express Scripts Inc.**        represented by    **Adriana Riviere-Badell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Alana F. Montas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Julian W. Park**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Navitus Health Solutions, LLC**                 represented by   **Janelle L. Davis**
Thompson & Knight
Ste. 1500
1722 Routh Street
Dallas, TX 75201
214-969-1677
Fax: 214-999-1657
Email: Janelle.Davis@tklaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mackenzie M. Salenger**
Thompson & Knight
Ste. 1500
1722 Routh Street
Dallas, TX 75201
214-969-1542
Fax: 214-999-9055
Email: Mackenzie.Salenger@TKLAW.com
*TERMINATED: 02/25/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Timothy E. Hudson**
Thompson & Knight
Ste. 1500
1722 Routh Street
Dallas, TX 75201
214-969-1540
Fax: 214-880-3132
Email: Tim.Hudson@tklaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

| | | |
|---|---|---|
| **Navitus Holdings, LLC** | represented by | **Janelle L. Davis** |

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mackenzie M. Salenger**
(See above for address)
***TERMINATED: 02/25/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Timothy E. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

| | | |
|---|---|---|
| **Optum, Inc.** | represented by | **Brian D. Boone** |

Alston & Bird
Ste. 4000
101 South Tryon Street
Charlotte, NC 28280
704-444-1000
Fax: 704-444-1111
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kimberly K. Chemerinsky**
Alston & Bird - Los Angeles
16th Floor
333 South Hope Street
Los Angeles, CA 90071
213-576-1000
Fax: 213-576-1100
Email: kim.chemerinsky@alston.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**William H. Jordan**
Alston & Bird
Ste. 4900
1201 West Peachtree Street NW
Atlanta, GA 30309
404-881-7000

Fax: 404-881-7777
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**OptumRX, Inc.**      represented by    **Brian D. Boone**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kimberly K. Chemerinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**William H. Jordan**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Prime Therapeutics, LLC**      represented by    **Matthew D. Forsgren**
Greene Espel
Ste. 2200
222 South Ninth Street
Minneapolis, MN 55402
612-373-8399
Fax: 612-373-0929
Email: mforsgren@greeneespel.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert J. Gilbertson**
Greene Espel
Ste. 2200
222 South Ninth Street
Minneapolis, MN 55402
612-373-8333
Fax: 612-373-0929
Email: bgilbertson@greeneespel.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**UnitedHealth Group Incorporated**      represented by    **Kimberly K. Chemerinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Richie Pharmacal**      represented by    **Bobby H. Richardson**
Richardson Gardner & Alexander
117 East Washington Street
Glasgow, KY 42141
270-651-8884
Fax: 270-651-3662
Email: bhr@rgba-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew P. Cook**
Kerrick Bachert
1025 State Street
Bowling Green, KY 42101
270-782-8160
Fax: 270-782-5856
Email: mcook@kerricklaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas N. Kerrick**
Kerrick Bachert
1025 State Street
Bowling Green, KY 42101
270-782-8160
Fax: 270-782-5856
Email: tkerrick@kerricklaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Pd-Rx Pharmaceuticals Inc**      represented by    **Clell I. Cunningham , III**
*TERMINATED: 11/02/2018*                                Cunningham Legal Group

9208 North Kelley
Oklahoma City, OK 73131
405-848-1775
Email: skip@dscpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Drew A. Cunningham**
Resolution Legal Group
Ste. 200
100 East California Avenue
Oklahoma City, OK 73104
405-235-6500
Fax: 405-758-4775
Email: drew@resolutionlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James K. Secrest , II**
Secrest, Hill, Butler & Secrest
Ste. 900
7134 South Yale
Tulsa, OK 74136
918-494-5905
Fax: 918-494-2847
Email: jsecrest@secresthill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Physicians Total Care Inc**

**Defendant**

**HealthMart Systems, Inc.**                  represented by   **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Megan L. Rodgers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Rhodes Pharmaceuticals, L.P.**          represented by   **Mark S. Cheffo**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Phv*

                                                           **Steven F. Napolitano**
                                                           Skarzynski Black
                                                           32nd Floor
                                                           One Battery Park Plaza
                                                           New York, NY 10004
                                                           212-820-7746
                                                           Fax: 212-820-7740
                                                           Email: snapolitano@skarzynski.com
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

**Defendant**

**Richie Enterprises, L.L.C.**            represented by   **Bobby H. Richardson**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Mark S. Cheffo**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Phv*

                                                           **Matthew P. Cook**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Thomas N. Kerrick**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

**Defendant**

**Amarc Medical Clinic**

**Defendant**

**Attain Med, Inc.**                      represented by   **Dale R. Sisco**
                                                           Ste. 100
                                                           1110 North Florida Avenue
                                                           P.O. Box 3382
                                                           Tampa, FL 33602
                                                           813-224-0555
                                                           Email:

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert M. Brennan**
Parker Hudson Rainer & Dobbs
Ste. 3600
303 Peachtree Street NE
Atlanta, GA 30308
404-523-5300
Fax: 404-522-8409
Email: bbrennan@phrd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Bloodworth Wholesale Drugs, Inc.**          represented by   **C. Richard Langley**
Sims Fleming
823 Love Avenue
Tifton, GA 31794
229-386-0964
Fax: 229-349-6801
Email: rick@rlangleylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**David V. Hayes**
Owen Gleaton Egan Jones & Sweeney
Ste. 3000
1180 Peachtree Street, NE
Atlanta, GA 30309
404-566-4082
Email: dhayes@owengleaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Frederick N. Gleaton**
Owen Gleaton Egan Jones & Sweeney
Ste. 3000
1180 Peachtree Street, NE
Atlanta, GA 30309
404-688-2600

Fax: 404-525-4347
Email: gleaton@owengleaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Hayden A. Coleman**
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, NY 10010
Email:
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Medicine Center Pharmacy**

**Defendant**

**PSS World Medical, Inc.**                    represented by   **Halsey G. Knapp , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Megan L. Rodgers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Roy Blackburn**
*M.D.*

**Defendant**

**Corvallis Internal Medicine, P.C.**          represented by   **James R. Dole**
Watkins Laird Rubestein & Burgess
Ste. 200
101 East Broadway
Eugene, OR 97401
541-484-2277
Fax: 514-484-2282
Email: jdole@wlrlaw.com
*TERMINATED: 04/10/2019*

*LEAD ATTORNEY*
*Bar Status: MDL*

**Julia I. Manela**
Watkinson Laird Rubenstein
Ste. 200
101 E. Broadway
P.O. Box 10567
Eugene, OR 97440
541-484-2277
Fax: 541-484-2282
Email: jmanela@wlrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Pro Se Julie Ann DeMille**      represented by   **Julie Ann DeMille**
#79886-065
DUBLIN
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
5701 8TH ST - CAMP PARKS
DUBLIN, CA 94568
Email:
PRO SE

**Defendant**

**Fusion Wellness Clinic**

**Defendant**

**James Gallant**      represented by   **James Gallant**
*M.D.*      Email:
PRO SE

**James R. Dole**
(See above for address)
***TERMINATED: 04/10/2019***
*LEAD ATTORNEY*
*Bar Status: MDL*

**Defendant**

**Gallant Internal Medicine, P.C.**      represented by   **Gallant Internal Medicine, P.C.**
Email:
PRO SE

**James R. Dole**
(See above for address)
***TERMINATED: 04/10/2019***

*LEAD ATTORNEY*
*Bar Status: MDL*

**Defendant**

**Oregon TLC, LLC**       represented by  **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Pacific Medical Evaluation and Review Company**

**Defendant**

**Stuart Rosenblum**       represented by  **Amy J. DeLisa**
*M.D.*       Bennett Bigelow & Leedom
Ste. 1500
601 Union Street
Seattle, WA 98101
206-622-5511
Fax: 206-622-8986
Email: adelisa@bbllaw.com
***TERMINATED: 01/31/2019***
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

       **Eric A. Norman**
Fain Anderson - Seattle
Ste. 4750
701 Fifth Avenue
Seattle, WA 98104
206-490-0094
Fax: 206-749-0194
Email: eric@favros.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Stuart M. Rosenblum, M.D., LLC**       represented by  **Amy J. DeLisa**
(See above for address)
***TERMINATED: 01/31/2019***
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

       **Eric A. Norman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Collegium Pharmaceutical, Inc.**          represented by   **Barry H. Boise**
Pepper Hamilton - Philadelphia
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
215-981-4591
Fax: 215-981-4750
Email: boiseb@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jessica K. Southwick**
Pepper Hamilton - Philadelphia
INVALID ADDRESS
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
215-981-4122
Fax: 215-981-4750
Email: southwij@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Judith L. O'Grady**
Pepper Hamilton - Washington
600 Fourteenth Street, NW
Washington, DC 20005
202-220-1230
Fax: 215-981-4750
Email: ogradyj@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Frank D. Li**          represented by   **James B. Meade**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Depomed, Inc.**                                     represented by   **Kevin M. Sadler**
                                                                       Baker Botts - Palo Alto
                                                                       Ste. 200
                                                                       Bldg. One
                                                                       1001 Page Mill Road
                                                                       Palo Alto, CA 94304
                                                                       650-739-7518
                                                                       Fax: 650-739-7618
                                                                       Email: kevin.sadler@bakerbotts.com
                                                                       *ATTORNEY TO BE NOTICED*
                                                                       *Bar Status: MDL*

                                                                       **Mark S. Cheffo**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*
                                                                       *Bar Status: Phv*

**Defendant**

**Masters Pharmaceutical, LLC**                       represented by   **Mark S. Cheffo**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*
                                                                       *Bar Status: Phv*

**Defendant**

**Auburn Pharmaceuticals**                            represented by   **Mark S. Cheffo**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*
                                                                       *Bar Status: Phv*

                                                                       **Nathan Upfal**
                                                                       Law Office of Nathan Upfal
                                                                       Ste. 200
                                                                       121 West Long Lake Road
                                                                       Bloomfield Hills, MI 48304
                                                                       248-642-0500
                                                                       Email: upfal@jackiergould.com
                                                                       *ATTORNEY TO BE NOTICED*
                                                                       *Bar Status: MDL*

**Defendant**

**Cardinal Health Pharmacy Services,**                represented by   **Mark S. Cheffo**
**LLC**                                                                (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*
                                                                       *Bar Status: Phv*

**Defendant**

**DIT Healthcare Distribution, Inc.**

**Defendant**

**Parmed Pharmaceuticals, LLC**     represented by   **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Walgreen Co.**     represented by   **Brent M. Buckley**
Buckley King - Cleveland
1400 Fifth Third Center
600 Superior Avenue, E
Cleveland, OH 44114
216-363-1400
Fax: 216-579-1020
Email: buckley@buckleyking.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Kaspar J. Stoffelmayr**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Allergan USA, Inc.**     represented by   **Donna M. Welch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Alabama CVS Pharmacy LLC**     represented by   **James Allen Sydnor , Jr.**
Huie Fernambucq & Stewart
Three Protective Center
Ste. 200
2801 Highway 280 South
Birmingham, AL 35223

205-251-1193
Fax: 205-251-1256
Email: ASydnor@huielaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Malika Aryanpure**                    represented by    **Allison J. Adams**
Starnes Davis Florie
7th Floor
100 Brookwood Place
Birmingham, AL 35209
205-868-6075
Fax: 205-868-6099
Email: aadams@starneslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**J. Will Axon , Jr.**
Starnes Davis Florie
7th Floor
100 Brookwood Place
Birmingham, AL 35209
205-868-6018
Fax: 205-868-6099
Email: Jwa@starneslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**James T Barnett, Jr.**

**Defendant**

**CVS Pharmacy Inc.**                    represented by    **James Allen Sydnor , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Mitt Larry Family Practice LLC**     represented by   **Allison J. Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**J. Will Axon , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**AccessHealth**     represented by   **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Cardinal LeaderNET**     represented by   **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Elevate Provider Network**

**Defendant**

**Linden Care LLC**     represented by   **Alicia M. Stefanski**
Dinsmore & Shohl - Columbus
Ste. 300
191 West Nationwide Blvd.
Columbus, OH 43215
614-628-6880
Fax: 614-628-6890
Email: alicia.stefanski@dinsmore.com
***TERMINATED: 11/12/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**H. Toby Schisler , II**
Dinsmore & Shohl - Cincinnati

Ste. 1900
255 East Fifth Street
Cincinnati, OH 45202
513-977-8152
Fax: 513-977-8141
Email: toby.schisler@dinsmore.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**H. D. Smith Holding Company**      represented by    **Dean T. Barnhard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Kathleen L. Matsoukas**
Barnes & Thornburg - Indianapolis
11 South Meridian Street
Indianapolis, IN 46204
317-231-7332
Fax: 317-231-7433
Email: kathleen.matsoukas@btlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William E. Padgett**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**H. D. Smith Holdings, LLC**      represented by    **Dean T. Barnhard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Kathleen L. Matsoukas**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William E. Padgett**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

<u>**Defendant**</u>

**Walmart, Inc.**       represented by    **Laura Kolesar Gura**
Jones Day
Ste. 800
1420 Peachtree Street, N.E.
Atlanta, GA 30309
404-581-8980
Email: lgura@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher S. Dodrill**
(See above for address)
***TERMINATED: 10/26/2018***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tara A. Fumerton**
Jones Day - Chicago
Ste. 3500
77 West Wacker
Chicago, IL 60601
312-782-3939
Fax: 312-782-8585
Email: tfumerton@jonesday.com
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Tina M. Tabacchi**
Jones Day - Chicago
Ste. 3500
77 West Wacker
Chicago, IL 60601
312-782-3939
Fax: 312-782-8585
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Associated Pharmacies Inc**            represented by    **Carl S. Burkhalter**
Maynard Cooper & Gale - Huntsville
655 Gallantin Street
Huntsville, AL 35801
205-254-1000
Fax: 205-254-1999
Email: cburkhalter@maynardcooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**David R. Beasley**
Maynard Cooper & Gale - Huntsville
655 Gallantin Street
Huntsville, AL 35801
256-551-0171
Fax: 256-512-0119
Email: dbeasley@maynardcooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Stewart James Alvis**
Maynard, Cooper & Gale - Birmingham
Ste. 2400
1901 Sixth Avenue, N
Birmingham, AL 35203
205-254-1207
Fax: 205-254-1999
Email: salvis@maynardcooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Walter A. Dodgen**
Maynard Cooper & Gale - Huntsville

655 Gallantin Street
Huntsville, AL 35801
256-551-0171
Fax: 256-512-0119
Email: tdodgen@maynardcooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Ernest Claybon**

**Defendant**

**Steven Hefter**

**Defendant**

**Fred's Stores of Tennessee, Inc.**     represented by   **Jennifer S. Harrison**
Hall Booth Smith - Memphis
Ste. 2800
40 South Main Street
Memphis, TN 38103
901-620-4990
Fax: 901-620-4982
Email: jharrison@hallboothsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John E. Hall , Jr.**
Hall Booth Smith
Ste. 2900
191 Peachtree Street NE
Atlanta, GA 30303
404-954-5000
Fax: 404-954-5020
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Julia M. Kavanagh**
Hall Booth Smith - Memphis
Ste. 2800
40 South Main Street
Memphis, TN 38103
901-620-4990
Fax: 901-620-4982
Email: jkavanagh@hallboothsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Defendant**

**Marv Kelly**                represented by    **Jae Hong Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jonathan S. Tam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Craig Landau**              represented by    **Jae Hong Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James R Stovall**
Ritchie, Dillard, Davies & Johnson, P.C.
606 West Main Street
Suite 300
Knoxville, TN 37902
865-637-0661
Email: jstovall@rddjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Jonathan S. Tam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Wade V Davies**
Ritchie, Dillard, Davies & Johnson, P.C.
606 West Main Street
Suite 300
Knoxville, TN 37902
865-637-0661
Fax: 865-524-4623
Email: wdavies@rddjlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Defendant**

**Paul Medeiros**                     represented by **Jae Hong Lee**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*
                                      *Bar Status: MDL*

                                      **Jonathan S. Tam**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*
                                      *Bar Status: MDL*

**Defendant**

**Discount Drug Mart, Inc.**          represented by **Louis W. Erb**
                                      Cavitch Familo & Durkin
                                      INVALID ADDRESS
                                      20th Floor
                                      1300 East Ninth Street
                                      Cleveland, OH 44114
                                      216-621-7860
                                      Fax: 216-621-3415
                                      Email: lwerb@cfdf.com
                                      *TERMINATED: 06/13/2019*
                                      *ATTORNEY TO BE NOTICED*
                                      *Bar Status: Active*

                                      **Mark S. Cheffo**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*
                                      *Bar Status: Phv*

                                      **Timothy D. Johnson**
                                      Cavitch Familo & Durkin
                                      20th Floor
                                      1300 East Ninth Street
                                      Cleveland, OH 44114
                                      216-621-7860
                                      Fax: 216-621-3415
                                      Email: tjohnson@cavitch.com
                                      *ATTORNEY TO BE NOTICED*
                                      *Bar Status: Active*

**Defendant**

**HBC Service Company**               represented by **Erin G. Allen**
                                      Marcus & Shapira
                                      35th Floor
                                      One Oxford Centre
                                      301 Grant Street
                                      Pittsburgh, PA 15219

412-338-4682
Fax: 412-391-8758
Email: allen@marcus-shapira.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Scott D. Livingston**
Marcus & Shapira
35th Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
412-471-3490
Fax: 412-391-8758
Email: livingston@marcus-shapira.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**George M. Moscarino**
Moscarino & Treu
Ste. 630
1422 Euclid Avenue
Cleveland, OH 44115
216-621-1000
Fax: 216-622-1556
Email: gmoscarino@mosctreu.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jeremy D. Engle**
Marcus & Shapira
35th Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
412-338-5211
Fax: 412-391-8758
Email: engle@marcus-shapira.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Joshua A. Kobrin**
Marcus & Shapira
35th Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
412-338-5208

Fax: 412-391-2315
Email: kobrin@marcus-shapira.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert M. Barnes**
Marcus & Shapira
35th Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
412-338-5224
Fax: 412-391-2315
Email: rbarnes@marcus-shapira.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**William H. Falin**
Moscarino & Treu
Ste. 630
1422 Euclid Avenue
Cleveland, OH 44115
216-621-1000
Fax: 216-622-1556
Email: wfalin@mosctreu.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Par Pharmaceutical Companies, Inc.**            represented by **Carole S. Rendon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**John D. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jonathan L. Stern**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Sean O. Morris**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Prescription Supply Inc**          represented by   **James C. Clark**
Fox Rothschild - Warrington
Ste. 300
2700 Kelly Road
Warrington, PA 18976
215-345-7500
Fax: 215-345-7507
Email: jclark@foxrothschild.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Stephen A. Cornell**
Fox Rothschild - Warrington
Ste. 300
2700 Kelly Road
Warrington, PA 18976
215-345-7500
Fax: 215-345-7507
Email: scornell@foxrothschild.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Craig G Pelini**
(See above for address)
***TERMINATED: 12/26/2018***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**John J. Haggerty**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Paul B. Ricard**
(See above for address)
***TERMINATED: 12/26/2018***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William E. Padgett**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Kroger Co.**                    represented by   **Pamela J. Ferrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gabriele Wohl**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gerard R. Stowers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ronda L. Harvey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Fazal A. Shere**
Bowles, Rice, McDavid, Graff & Love -
Charleston
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Unaiaz Riaz**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Henry Schein Medical Systems, Inc.**   represented by   **John P. McDonald**
Locke Lord - Dallas
Ste. 2800
2200 Ross Avenue

Dallas, TX 75201
214-740-8758
Fax: 214-756-8758
Email: jpmcdonald@lockelord.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brandan J. Montminy**
Locke Lord - Dallas
Ste. 2800
2200 Ross Avenue
Dallas, TX 75201
214-740-8445
Fax: 214-740-8800
Email: brandan.montminy@lockelord.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**C. Scott Jones**
Locke Lord - Dallas
Ste. 2800
2200 Ross Avenue
Dallas, TX 75201
214-740-8761
Fax: 214-740-8800
Email: sjones@lockelord.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lauren M. Fincher**
Locke Lord - Austin
Ste. 2200
600 Congress Avenue
Austin, TX 78701
512-305-4843
Email: lfincher@lockelord.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William E. Padgett**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Henry Schein, Inc.**                represented by **John P. McDonald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brandan J. Montminy**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**C. Scott Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lauren M. Fincher**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William E. Padgett**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

<u>**Defendant**</u>

**Thrifty Payless, Inc.**              represented by **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

<u>**Defendant**</u>

**Family Drug Mart LLC**             represented by **Abigayle Clary McDowell Farris**
Stone, Pigman, Walther, Wittmann
Ste. 3150
909 Poydras Street
New Orleans, LA 70112
504-581-3200
Email: afarris@stonepigman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wayne J. Lee**
Stone Pigman Walther Wittmann
Ste. 3150
909 Poydras Street
New Orleans, LA 70112
504-581-3200
Fax: 504-596-0814
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Advanced Pharma, Inc.**     represented by   **Robert W. Horton**
Bass, Berry & Sims
Ste. 2700
315 Deaderick Street
Nashville, TN 37238
615-742-7708
Fax: 615-742-7708
Email: rhorton@bassberry.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Inactive*

**Defendant**

**Allegiance Corporation**

**Defendant**

**Allergan Sales, LLC**     represented by   **Andrea Leigh Fair**
Ward, Smith & Hill
P.O. Box 1231
Longview, TX 75606
903-757-6400
Fax: 903-757-2323
Email: andrea@wsfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Donna M. Welch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Mark S. Cheffo**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Amerisourcebergen Services Corporation**     represented by    **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Cardinal Health 100 Inc**     represented by    **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Cardinal Health 200, LLC**     represented by    **Matthew Ryan Raley**
Baker & Hostetler - Houston
Ste. 1100
811 Main Street
Houston, TX 77022
713-751-1600
Fax: 713-751-1717
Email: mraley@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Michael W. Mengis**
Baker & Hostetler - Houston
Ste. 1100
811 Main Street
Houston, TX 77022
713-646-1330
Fax: 713-751-1717
Email: mmengis@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Gazelle Craig**
*M.D.*     represented by    **Don E. Lewis**
Ste. 625
1717 St. James Place
Houston, TX 77056

713-622-0318
Email: lewisfirm@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**David Devido**                           represented by **Paul L. Creech**
Hider & Associates
819 Lovett Blvd.
Houston, TX 77006
713-655-9111
Fax: 713-655-9112
Email: paul@hilderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Philip Harlan Hilder**
Hider & Associates
819 Lovett Blvd.
Houston, TX 77006
713-655-9111
Fax: 713-655-9112
Email: philip@hilderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Q. Tate Williams**
Hider & Associates
819 Lovett Blvd.
Houston, TX 77006
713-655-9111
Fax: 713-655-9112
Email: tate@hilderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Stephanie K. McGuire**
819 Lovett Boulevard
Houston, TX 77006
713-655-9111
Email: stephanie@hilderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William B. Graham**

Hilder & Associates
819 Lovett Blvd.
Houston, TX 77006
713-655-9111
Fax: 713-655-9112
Email: will@hilderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Endo International PLC**                 represented by   **Jonathan L. Stern**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

                                                            **Mark S. Cheffo**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Phv*

**Defendant**

**Richard Arthur Evans**                   represented by   **G. Riley Hetherington , III**
*M.D.*                                                      Ste. 2820
                                                            11 Greenway Plaza
                                                            Houston, TX 77046
                                                            713-961-1200-Ext 224
                                                            Fax: 713-961-0941
                                                            Email: grh@hetheringtonlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

**Defendant**

**Fresenius Kabi USA**

**Defendant**

**Fresenius USA Manufacturing, Inc.**      represented by   **Erin E. Lunceford**
                                                            Norton Rose Fulbright
                                                            Ste. 5100
                                                            1301 McKinney
                                                            Houston, TX 77010
                                                            713-368-6070
                                                            Email: erinlunceford@gmail.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

**Defendant**

**ICU Medical Inc.**

**Defendant**

**Insys Manufacturing LLC**      represented by   **Nicholas Alex Sarokhanian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**McKesson Medical-Surgical, Inc.**      represented by   **Robert Philip Scott , Jr.**
Blaszak, Coey, Bennett & Carlson
674 Oberlin Road
Elyria, OH 44035
713-228-6601
Fax: 713-228-6605
Email: rscott@BlankRome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Mission Pharmacal Company**      represented by   **Brian P. Johnson**
Johnson Trent Taylor
Ste. 1700
919 Milam Street
Houston, TX 77002
713-222-2323
Email: bjohnson@johnsontrent.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Neos Therapeutics Brands LLC**      represented by   **Christopher Scott Jones**
Locke Lord
Ste. 2800
2200 Ross Avenue
Dallas, TX 75201
214-740-8761
Fax: 214-756-8761
Email: sjones@lockelord.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Arun Sharma**
*M.D.*

**Defendant**

**Karin Sharma**
*M.D.*

**Defendant**

**CVS RX Services, Inc.**                    represented by   **Eric R. Delinsky**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: MDL*

                                                             **Mark S. Cheffo**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

**Defendant**

**Wilkinson Family Pharmacy, LLC**          represented by   **Mark S. Cheffo**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

**Defendant**

**Morris & Dickson Co LLC**                  represented by   **Frank H. Spruiell , Jr.**
                                                             Wiener, Weiss & Madison
                                                             Ste. 1000
                                                             330 Marshall Street
                                                             Shreveport, LA 71101
                                                             318-226-9100
                                                             Fax: 318-424-5128
                                                             Email: fspruiell@wwmlaw.com
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: MDL*

                                                             **Mark S. Cheffo**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

                                                             **Russell R. Dickson**
                                                             Wiener, Weiss & Madison
                                                             Ste. 1000

330 Marshall Street
Shreveport, LA 71101
318-226-9100
Fax: 318-424-5128
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**PPPFD Inc.**      represented by    **Laci B. Browning**
Offutt Nord Ashworth
Ste. 300
949 Third Avenue
PO Box 2868
Huntington, WV 25701
304-529-2868
Fax: 304-529-2999
Email: lbbrowning@onalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Stephen T. Hood**
Offutt Nord Ashworth
Ste. 300
949 Third Avenue
PO Box 2868
Huntington, WV 25701
304-529-2868
Fax: 304-529-2999
Email: sthood@onalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Mark Timothy Radcliffe**      represented by    **Laci B. Browning**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Stephen T. Hood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**CVS Orlando, Florida Distribution, LLC**                    represented by **Eric R. Delinsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**CVS Vero, Florida Distribution, LLC**                    represented by **Eric R. Delinsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**CVS Tennessee Distribution, LLC**                    represented by **Eric R. Delinsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**SpecGX LLC**                    represented by **Jonathan L. Stern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Andrew J. O'Connor**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Brien T. O'Connor**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

Omnicare, Inc.                          represented by **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

Rite Aid of Michigan, Inc.              represented by **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

Rite Aid of Massachusetts Inc.          represented by **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

Advantage Logistics                     represented by **Francis A. Citera**
Greenberg Traurig - Chicago
Ste. 3100
77 West Wacker Drive
Chicago, IL 60601
312-456-8400
Fax: 312-456-8435
Email: citeraf@gtlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Gretchen N. Miller**
Greenberg Traurig - Chicago
Ste. 3100
77 West Wacker Drive
Chicago, IL 60601
312-456-6583
Email: millerg@gtlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Albertson's LLC**       represented by    **Francis A. Citera**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Gretchen N. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Dakota Drug, Inc.**       represented by    **James J. Walsh , Jr.**
Benesch, Friedlander, Coplan & Aronoff -
Cleveland
2300 BP Tower
200 Public Square
Cleveland, OH 44114
216-363-4441
Fax: 216-363-4588
Email: jwalsh@beneschlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Warren T. McClurg , II**
Benesch, Friedlander, Coplan & Aronoff -
Cleveland
2300 BP Tower
200 Public Square
Cleveland, OH 44114
216-363-4586
Fax: 216-363-4588
Email: wmcclurg@beneschlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Brian N. Ramm**
Benesch, Friedlander, Coplan & Aronoff -
Cleveland
2300 BP Tower
200 Public Square
Cleveland, OH 44114
216-363-4636
Fax: 216-363-4588
Email: bramm@beneschlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Smith's Food & Drug Centers, Inc.**
*doing business as*
Peyton's Phoenix

represented by **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ronda L. Harvey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Walgreen Arizona Drug Co.**

represented by **Kaspar J. Stoffelmayr**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Paul C Madison, M.D.**

represented by **Phillip John Oliver**
Ste. 400
641 West Lake Street
Chicago, IL 60661
312-399-0870
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Midwest Pain Clinic Interventional,
LLC**

**Defendant**

**American Academy of Pain Medicine,
Inc.**

represented by **Dennis K. Ames**
La Follette, Johnson, De Haas, Fesler &
Ames
Ste. 901
2677 N. Main Street
Santa Ana, CA 92705
714-558-7008
Fax: 714-972-0379
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

Robert J. Iacopino
La Follette, Johnson, Dehaas, Fesler &
Ames
Ste. 901
2677 North Main Street
Santa Ana, CA 92705
714-558-7008
Fax: 714-972-0379
Email: riacopino@ljdfa.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**American Chronic Pain Association, Inc.**

**Defendant**

**American Pain Foundation, Inc.**

**Defendant**

**American Pain Society, Inc.**      represented by    **Ian R Feldman**
Clausen Miller - Irvine
Ste. 650
17901 Von Karman
Irvine, CA 92614
949-260-3100
Fax: 949-260-3190
Email: ifeldman@clausen.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Meredith D. Stewart**
Clausen Miller - Irvine
Ste. 650
17901 Von Karman
Irvine, CA 92614
949-260-3100
Fax: 949-260-3190
Email: mstewart@clausen.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Estate of Mortimer Sackler**

**Defendant**

**John N. Kapoor**      represented by    **Brian T. Kelly**
Nixon Peabody
100 Summer Street
Boston, MA 02110
617-345-1065

Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Daniel Kearney Bean**
Ste. 2500
50 N. Laura Street
Jacksonville, FL 32202
904-516-5423
Fax: 904-887-4277
Email: dbean@abelbeanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kurt M. Mullen**
Nixon Peabody - Boston
53 State Street
Boston, MA 02109
617-345-1113
Fax: 866-394-9156
Email: kmullen@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Dr. Richard Sackler**                    represented by    **Ariel A. Brough**
Zeiger, Tigges & Little
3500 Huntington Center
41 South High Street
Columbus, OH 43215
614-365-9900
Fax: 614-365-7900
Email: brough@litohio.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stuart G. Parsell**
Zeiger, Tigges & Little
3500 Huntington Center
41 South High Street
Columbus, OH 43215
614-365-9900
Fax: 614-365-7900
Email: parsell@litohio.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**UCB Inc.**        represented by  **Diane E. Lifton**
Hughes, Hubbard & Reed
One Battery Park Plaza
New York, NY 10004
212-837-6000
Email: diane.lifton@hugheshubbard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William J. Beausoleil**
Hughes, Hubbard & Reed
One Battery Park Plaza
New York, NY 10004
212-837-6643
Fax: 212-422-4726
Email:
william.beausoleil@hugheshubbard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Endo Generics Holding, Inc.**    represented by  **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Rite Aid Corporation of New York, Inc.**    represented by  **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Teva Biopharmaceuticals USA, Inc.**    represented by  **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Beewell Pharmacy, Inc.**    represented by  **Leigh G. Latherow**
VanAntwerp, Monge, Jones & Edwards
1544 Winchester Avenue
P.O. Box 1111
Ashland, KY 41105
606-329-2929
Fax: 606-329-0490
Email: llathero@vmje.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Continuumcare Pharmacy LLC**               represented by    **Gerald M. Titus , III**
*TERMINATED: 02/09/2019*                                       Spilman Thomas & Battle
                                                              P.O. Box 273
                                                              Charleston, WV 25321
                                                              304-340-3800
                                                              Fax: 304-340-3801
                                                              Email: gtitus@spilmanlaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: MDL*

                                                              **James Simon**
                                                              Spilman Thomas & Battle
                                                              P.O. Box 273
                                                              Charleston, WV 25321
                                                              304-340-3832
                                                              Fax: 304-340-3801
                                                              Email: jsimon@spilmanlaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: MDL*

                                                              **Mark S. Cheffo**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: Phv*

**Defendant**

**Cross Lanes Family Pharmacy, Inc.**         represented by    **Drannon L. Adkins**
                                                              Pullin Fowler Flanagan Brown & Poe
                                                              901 Quarrier Street
                                                              Charleston, WV 25301
                                                              304-344-0100
                                                              Fax: 304-342-1545
                                                              Email: dadkins@pffwv.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: MDL*

**Defendant**

**MRNB, Inc.**                          represented by  **Michael A. Meadows**
                                                        Campbell Woods
                                                        1002 Third Avenue
                                                        Huntington, WV 25701
                                                        304-529-2391
                                                        Fax: 304-529-1832
                                                        Email:
                                                        MichaelMeadows@CampbellWoods.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Owen A. Reynolds**
                                                        Campbell Woods
                                                        1002 Third Avenue
                                                        Huntington, WV 25701
                                                        304-529-2391
                                                        Fax: 304-529-1832
                                                        Email: oreynolds@campbellwoods.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **William Nicholas Reynolds**
                                                        Campbell Woods
                                                        1002 Third Avenue
                                                        Huntington, WV 25701
                                                        304-529-2391
                                                        Fax: 304-529-1832
                                                        Email: nreynolds@campbellwoods.com
                                                        *TERMINATED: 10/03/2019*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

<u>**Defendant**</u>

**McCloud Family Pharmacy, Inc.**       represented by  **Leigh G. Latherow**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

<u>**Defendant**</u>

**Medical Park Pharmacy LTC, Inc.**     represented by  **Edward A. Smallwood**
                                                        Litchfield Cavo
                                                        100 Village Professional Building
                                                        99 Cracker Barrel Drive
                                                        Barboursville, WV 25504
                                                        304-302-0500
                                                        Fax: 304-302-0504

Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kelly Calder Mowen**
Litchfield Cavo - Barboursville
Ste. 100
99 Cracker Barrel Drive
Barboursville, OH 25504
304-302-0500
Fax: 304-302-0504
Email: mowen@litchfieldcavo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Leigh G. Latherow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Scott W. Andrews**
Van Antwerp
Fifth Floor
1544 Winchester Avenue
Ashland, KY 41101
606-329-2929
Fax: 606-329-0490
Email: sandrews@vanattys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**PASTM, Inc.**　　　　　represented by **Leigh G. Latherow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Rite Aid of West Virginia, Inc.**　　　　represented by **Webster J. Arceneaux , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kelly A. Moore**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Safe RX Pharmacies, Inc.**

**Defendant**

**T&J Enterprises, Inc.**
*TERMINATED: 02/08/2019*

**Defendant**

**West Virginia CVS Pharmacy, L.L.C.**          represented by   **Carte P. Goodwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Louisiana Wholesale Drug Company,**           represented by   **Steven Brian Perry**
**Inc.**                                                          Allen & Gooch - Lafayette
Ste. 400
2000 Kaliste Saloom Road
Lafayette, LA 70508
337-291-1410
Fax: 337-291-1415
Email: brianperry@allengooch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Couch Pharmacy on Sheridan**                  represented by   **Edward D. Papp**
Bonezzi, Switzer, Polito & Hupp -
Cleveland
Ste. 1950
1300 East Ninth Street
Cleveland, OH 44114
216-875-2055
Fax: 216-875-1570

Email: epapp@bsphlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Ernie's Pharmacy & Wellness Center, Inc.**      represented by    **Benjamin D. Reed**
Best & Sharp
Ste. 900
One West Third Street
Tulsa, OK 74103
918-582-1234
Fax: 918-732-0133
Email: breed@bestsharp.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Matthew B. Free**
Best & Sharp
Ste. 900
One West Third Street
Tulsa, OK 74103
918-582-1234
Fax: 918-585-9447
Email: mfree@bestsharp.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean H. McKee**
Best & Sharp
Ste. 900
One West Third Street
Tulsa, OK 74103
918-582-1234
Fax: 918-585-9447
Email: smckee@bestsharp.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
Best & Sharp
Ste. 900
One West Third Street
Tulsa, OK 74103
918-582-1234
Fax: 918-732-0133

Email: ssimcoe@bestsharp.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Freeland Brown Pharmacy**      represented by   **Benjamin D. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew B. Free**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean H. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**GCP Pharma LLC**      represented by   **Benjamin D. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew B. Free**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean H. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Gaddy Discount Drug, Inc.**      represented by   **Benjamin D. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Matthew B. Free**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean H. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

<u>**Defendant**</u>

**Getman Apothecary Shoppe, Inc.**

<u>**Defendant**</u>

**Langsam Health Services, LLC**

<u>**Defendant**</u>

**M & D Star Drug, Inc.**                   represented by   **Benjamin D. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew B. Free**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean H. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

<u>**Defendant**</u>

**Med-Econ Drug, Inc.**                    represented by   **Benjamin D. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew B. Free**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean H. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Olympia Pharmacy**                       represented by **David C. Youll**
Welsh & McGough
Ste. 600
2727 East 21st Street
Tulsa, OK 74114
918-585-8600
Fax: 918-794-4411
Email: david@tulsafirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jim C. McGough**
Welsh & McGough
Ste. 600
2727 East 21st Street
Tulsa, OK 74114
918-585-8600
Fax: 918-794-4411
Email: jim@tulsafirm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Pippenger Pharmacies LLC**              represented by **Benjamin D. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew B. Free**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean H. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Rogers Drug Co., Inc.**     represented by    **Gregory E. O'Brien**
Cavitch Familo & Durkin
20th Floor
1300 East Ninth Street
Cleveland, OH 44114
216-621-7860
Fax: 216-621-3415
Email: gobrien@cavitch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Smith Drug Company**     represented by    **John J. Haggerty**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Cityplex Pharmacy**     represented by    **Kimberly Lanae Hall**
Critchfield, Critchfield & Johnston -
Medina
4996 Foote Road
Medina, OH 44256
330-723-6404
Fax: 330-721-7644
Email: khall@ccj.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ralph Streza**
Critchfield, Critchfield & Johnston -
Medina
4996 Foote Road
Medina, OH 44256
330-723-6404
Fax: 330-721-7644
Email: streza@ccj.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Carefirst Pharmacy**                 represented by   **Benjamin D. Reed**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Mark S. Cheffo**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: Phv*

                                                        **Matthew B. Free**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Sean H. McKee**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Steven W. Simcoe**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

**Defendant**

**City Drug Co.**                      represented by   **Benjamin D. Reed**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Matthew B. Free**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Sean H. McKee**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**City Drug of Coweta, Inc.**          represented by   **Benjamin D. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew B. Free**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean H. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Economy Discount Pharmacy**          represented by   **Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Economy Pharmacy Express**          represented by   **Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Economy Pharmacy, Inc.**          represented by   **Benjamin D. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew B. Free**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean H. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Med-X Corporation**

**Defendant**

**Oklahoma CVS Pharmacy, LLC**     represented by  **Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Reasor's LLC**     represented by  **Benjamin D. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew B. Free**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean H. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Spoon Drugs, Inc.**                    represented by **Benjamin D. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew B. Free**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sean H. McKee**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven W. Simcoe**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**H. D. Smith, LLC**                    represented by **Kathleen L. Matsoukas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William E. Padgett**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Mercy Clinic East Communities**        represented by **Adam James Olszeski**
Anderson & Gilbert
Ste. 1540
1010 Market Street
St. Louis, MO 63101
314-721-2777
Fax: 314-721-3515

Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John R. Beard**
Baker, Sterchi, Cowden & Rice - St. Louis
21st Floor
100 North Broadway Street
St. Louis, MO 63102
314-345-5000
Fax: 314-345-5055
Email: jbeard@bscr-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Michael R. Barth**
Lashley & Bear
714 Locust Street
St. Louis, MO 63101
314-621-2939
Fax: 314-621-6844
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Paul N. Venker**
Williams & Venker
Ste. 2100
100 N. Broadway
St. Louis, MO 63102
314-345-5000
Fax: 314-345-5055
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Rebecca M. Christensen**
Lashley & Bear
714 Locust Street
St. Louis, MO 63101
314-621-2939
Fax: 314-621-6844
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Demetrios V. Polites, D.O.**                    represented by   **Adam James Olszeski**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Bar Status: MDL*

                                                                   **John R. Beard**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Bar Status: MDL*

                                                                   **Michael R. Barth**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Bar Status: MDL*

                                                                   **Paul N. Venker**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Bar Status: MDL*

                                                                   **Rebecca M. Christensen**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Bar Status: MDL*

**Defendant**

**Zydus Pharmaceuticals (USA), Inc.**            represented by   **Mark S. Cheffo**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Bar Status: Phv*

**Defendant**

**Pharmaceutical Industries, LTD**

**Defendant**

**Amneal Pharmaceuticals, Inc.**                 represented by   **Mark S. Cheffo**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Bar Status: Phv*

                                                                   **Paul J. Cosgrove**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Bar Status: Active*

**Defendant**

| **Pharmacy Buying Association** | represented by | **Brian C. Fries** |
| | | Lathrop & Gage - Kansas City |
| | | Ste. 2200 |
| | | 2345 Grand Blvd. |
| | | Kansas City, MO 64108 |
| | | 816-292-2000 |
| | | Fax: 816-292-2001 |
| | | Email: bfries@lathropgage.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: MDL* |

**Defendant**

**American Sales Co, LLC**

**Defendant**

**Genetco, Inc.**

**Defendant**

| **Michael Babich** | represented by | **J. Sedwick Sollers** |
| | | King & Spalding |
| | | Ste. 200 |
| | | 1700 Pennsylvania Avenue |
| | | Washington, DC 20006 |
| | | 202-626-5612 |
| | | Fax: 202-626-5612 |
| | | Email: wsollers@kslaw.com |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: MDL* |
| | | |
| | | **Philip M. Luka** |
| | | Trombley & Hanes |
| | | 10th Floor |
| | | 707 North Franklin Street |
| | | PO Box 3356 |
| | | Tampa, FL 33601-3356 |
| | | 813-229-7918 |
| | | Fax: 813-223-5204 |
| | | Email: mluka@trombleyhaneslaw.com |
| | | *TERMINATED: 11/05/2019* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: MDL* |
| | | |
| | | **Russell Piccoli** |
| | | 701 North 44th Street |

Phoenix, AZ 85008
480-429-3000
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Alec Burlakoff**

**Defendant**

| | | |
|---|---|---|
| **Karen Hill** | represented by | **James C. Poindexter** |

Delegal Law Offices
424 E. Monroe Street
Jacksonville, FL 32202
904-633-5000
Fax: 904-358-2850
Email: james@delegal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas A. Delegal , III**
424 E. Monroe Street
Jacksonville, FL 32202
904-633-5000
Fax: 904-358-2850
Email: tad@delegal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

| | | |
|---|---|---|
| **Joseph Rowan** | represented by | **Denise H. Rowan** |

Ste. 600
1022 W. 23rd Street
Panama City, FL 32405
850-215-4155
Fax: 850-215-4158
Email: drowan@dhrlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric Niles McKay**
Ste. 297
3948 Third Street South
Jacksonville Beach, FL
904-651-8256
Fax: 904-273-2661

Email: eric@ericmckaylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Ibem R. Borges, M.D.**                  represented by   **Chantal Pillay**
*TERMINATED: 01/23/2019*                                  Adams & Reese - Fort Lauderdale
                                                          Ste. 1110
                                                          350 East Las Olas Blvd.
                                                          Fort Lauderdale, FL 33301
                                                          954-541-5384
                                                          Email: chantal.pillay@arlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: MDL*

                                                          **Debbie Satyal**
                                                          Adams & Reese - Fort Lauderdale
                                                          INVALID ADDRESS
                                                          Ste. 1110
                                                          350 East Las Olas Blvd.
                                                          Fort Lauderdale, FL 33301
                                                          954-541-5383
                                                          Email: debbie.satyal@arlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: MDL*

**Defendant**

**Edge Pharmacy**                         represented by   **Addison J. Meyers**
                                                          Mintzer, Sarowitz, Zeris, Ledva & Meyers
                                                          Ste. 300
                                                          1000 NW 57th Court
                                                          Miami, FL 33126
                                                          305-774-9966 ext. 108
                                                          Fax: 305-774-7743
                                                          Email:
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: MDL*

                                                          **John J. Goran**
                                                          Hall Booth Smith - Palm Beach Gardens
                                                          Ste. 109
                                                          4360 Northlake Blvd.
                                                          Palm Beach Gardens, FL 33410
                                                          561-472-1020
                                                          Fax: 561-472-1021
                                                          Email: jgoran@hallboothsmith.com

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**John Gayden, M.D.**

**Defendant**

**Dr. Victor Thiagaraj Selvaraj**

**Defendant**

**Magna Pharmaceuticals, Inc.**     represented by     **Kateryna Stupnevich**
Morrison Mahoney
Ste. 1110
120 Broadway
New York, NY 10271
212-428-2488
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Alyssa Noble**

**Defendant**

**Xanodyne Pharmaceuticals, Inc.**     represented by     **Jeffrey F. Peck**
Ulmer & Berne - Cincinnati
Ste. 2800
600 Vine Street
Cincinnati, OH 45202
513-698-5010
Fax: 513-698-5011
Email: jpeck@ulmer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Paul J. Cosgrove**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Pembroke Pharmacy, Inc.**  represented by **Jeffrey S. Ward**
Lewis Brisbois Bisgaard & Smith - Atlanta
Ste. 2900
1180 Peachtreet Street
Atlanta, GA 30309
404-348-8585
Fax: 404-467-8845
Email: wardj@deflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lisa N. Higgins**
Drew, Eckl & Farnham - Brunswick
Ste. 305
777 Gloucester Street
Brunswick, GA 31520
912-602-6966
Email: lhiggins@deflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Frank H. Bynes, Jr**

**Defendant**

**Willie C. Conley, Jr.**  represented by **Jeffrey S. Ward**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Curtis V. Cooper Primary Health Care, Inc.**  represented by **James B. Durham**
Hall Booth Smith - Brunswick
Ste. 300
3528 Darien Highway
Brunswick, GA 31525
912-554-0093
Fax: 912-554-1973

Email: jdurham@hallboothsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Rhodes Technologies, Inc.**                 represented by **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Steven F. Napolitano**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Alvogen Inc.**                              represented by **Craig M. Reiser**
Axinn, Veltrop & Harkrider - New York
114 West 47th Street
New York, NY 10036
212-728-2218
Fax: 212-728-2201
Email: creiser@axinn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John M. Tanski**
Axinn, Veltrop & Harkrider - Hartford
90 State House Square
Hartford, CT 06103
860-275-8100
Fax: 860-275-8101
Email: jtanski@axinn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Impax Generics**                            represented by **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Lupin Pharmaceuticals, Inc.**               represented by **James W. Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Katy E. Koski**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Tris Pharma, Inc.**                    represented by    **Brian C. Deeney**
Lewis Brisbois Bisgaard & Smith -
Newark
Ste. 800
1037 Raymond Blvd.
Newark, NJ 07102
973-792-8726
Fax: 973-577-6162
Email: brian.deeney@lewisbrisbois.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Caroline Thomason Pryor**
Carr, Allison, Pugh, Howard, Oliver &
Sisson
Ste. 200
6251 Monroe Street
Daphne, AL 36526
251-626-9340
Fax: 251-626-8928
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas L. Oliver , II**
Carr, Allison, Pugh, Oliver & Sisson
Ste. 200
100 Vestavia Pkwy
Birmingham, AL 35216
205-822-2006
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas C. Regan**
Lewis Brisbois Bisgaard & Smith -
Newark
Ste. 800
1037 Raymond Blvd.
Newark, NJ 07102

973-792-8722
Fax: 973-577-6261
Email: thomas.regan@lewisbrisbois.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Comprehensive Centers for Pain Management**

**Defendant**

**Deca Health, Inc.**

**Defendant**

**Toledo Pain Services, PLL**

**Defendant**

**KPH Healthcare Services, Inc.**        represented by   **Zachary M. Mattison**
Sugarman Law Firm
211 West Jefferson Street
Syracuse, NY 13202
315-362-8922
Email: zmattison@sugarmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**American Geriatric Society**        represented by   **Phillip G. Litchfield**
Litchfield Cavo - Chicago
Ste. 300
330 West Madison Street
Chicago, IL 60606
312-781-6584
Fax: 312-781-6630
Email: litchfieldP@litchfieldcavo.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Paul Madison**                          represented by   **Phillip John Oliver**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

**Defendant**

**Value Drug Company**                    represented by   **James R. Hankle**
                                                           Sherrard, German & Kelly
                                                           Ste. 300
                                                           535 Smithfield Street
                                                           Pittsburgh, PA 15222
                                                           412-355-0200
                                                           Fax: 412-261-6221
                                                           Email: jrh@sgkpc.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Marjorie F. Bagnato**
                                                           Sherrard, German & Kelly
                                                           Ste. 300
                                                           535 Smithfield Street
                                                           Pittsburgh, PA 15222
                                                           412-355-0200
                                                           Fax: 412-261-6221
                                                           Email: mfb@sgkpc.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Jennifer P. Richnafsky**
                                                           Sherrard, German & Kelly
                                                           Ste. 300
                                                           535 Smithfield Street
                                                           Pittsburgh, PA 15222
                                                           412-355-0200
                                                           Fax: 412-261-6221
                                                           Email: jpr@sgkpc.com
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Nicholas L. Fiske**
                                                           Sherrard, German & Kelly
                                                           Ste. 300
                                                           535 Smithfield Street
                                                           Pittsburgh, PA 15222
                                                           412-355-0200
                                                           Fax: 412-261-6221

Email: nlf@sgkpc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Amneal Pharmaceuticals, LLC**                 represented by   **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Paul J. Cosgrove**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Sarah Miller Benoit**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas E. Rice , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Albertsons Companies, Inc.**

**Defendant**

**Georgia CVS Pharmacy, LLC**                   represented by   **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Roger Kinney**

**Defendant**

**Joseph Knight**

**Defendant**

**Joshua Livingston**

**Defendant**

**Christopher Moses**

**Defendant**

**Rite Aid of Georgia, Inc.**                   represented by   **Daniel Crumby**
Hall Booth Smith
Ste. 2900

191 Peachtree Street, N.E.
Atlanta, GA 30303
404-954-5000
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Thomas J. Mazziotti**
Hall Booth Smith
Ste. 2900
191 Peachtree Street, N.E.
Atlanta, GA 30303
404-954-6941
Fax: 404-954-5020
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Tamerlane Rozsa**

**Defendant**

**Narendra Nagareddy**            represented by   **Anthony L. Cochran**
                                                   Chilivis, Cochran, Larkins & Bever
                                                   3127 Maple Drive, N.E.
                                                   Atlanta, GA 30305
                                                   404-233-4171
                                                   Email: alc@cclblaw.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Bar Status: MDL*

**Defendant**

**Michael B. Bruehl**            represented by   **David R. Geiger**
                                                   Foley Hoag
                                                   155 Seaport Blvd.
                                                   Boston, MA 02210
                                                   617-832-1124
                                                   Fax: 617-832-7000
                                                   Email: dgeiger@foleyhoag.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Bar Status: MDL*

**Mark G. Lavoie**
Norman, Hanson & Detroy
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112
774-7000
Fax: 775-0806
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Madeleine K. Rodriguez**
Foley Hoag
155 Seaport Blvd.
Boston, MA 02210
617-832-1000
Fax: 617-832-7000
Email: mrodriguez@foleyhoag.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Mark E. Cieniawski**        represented by   **David R. Geiger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark G. Lavoie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Madeleine K. Rodriguez**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Douglas J. Jorgensen**     represented by   **Maureen M. Sturtevant**
Lambert Coffin
Ste. 400
One Canal Plaza
P.O. Box 15215
Portland, ME 04112
207-874-4000
Email: msturtevant@lambertcoffin.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Rite Aid of Maine, Inc.**                    represented by   **Gerald F. Petruccelli**
                                                              Petruccelli, Martin & Haddow
                                                              P.O. Box 17555
                                                              900 Two Monument Square
                                                              Portland, ME 04112
                                                              775-0200
                                                              Email:
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: MDL*

                                                              **Mark S. Cheffo**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: Phv*

**Defendant**

**Joseph Giacchino**

**Defendant**

**William McMahon**

**Defendant**

**Purdue Pharma Manufacturing, Inc.**         represented by   **Joshua D. Burns**
                                                              Crowe & Dunlevy
                                                              Braniff Building
                                                              Ste. 100
                                                              324 N. Robinson Avenue
                                                              Oklahoma City, OK 73102
                                                              405-239-6681
                                                              Email:
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: MDL*

                                                              **Sanford C. Coats**
                                                              Crowe & Dunlevy
                                                              Braniff Building
                                                              Ste. 100
                                                              324 N. Robinson Avenue
                                                              Oklahoma City, OK 73102
                                                              405-235-7790
                                                              Fax: 405-272-5269
                                                              Email:
                                                              *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Patricia Josephine Green**
*M.D.*

**Defendant**

**Rite Aid of New York, Inc.**         represented by   **Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**P.F. Laboratories, Inc.**           represented by   **David Zwally**
Haug Partners
745 Fifth Avenue
New York, NY 10151
212-588-0800
Email: dzwally@haugpartners.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Paulo Costa**

**Defendant**

**Ilene Sackler Lefcourt**           represented by   **Stuart G. Parsell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Judy Lewent**

**Defendant**

**Mark Timmey**

**Defendant**

**Cecil Pickett**

**Defendant**

**Beverly Sackler**                  represented by   **Ariel A. Brough**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stuart G. Parsell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**David Sackler**                          represented by   **Ariel A. Brough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stuart G. Parsell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Johnathan Sackler**                      represented by   **Ariel A. Brough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stuart G. Parsell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Kathe Sackler**                          represented by   **Ariel A. Brough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stuart G. Parsell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Mortimer D.A. Sackler**                  represented by   **Ariel A. Brough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**Stuart G. Parsell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Theresa Sackler**                    represented by   **Ariel A. Brough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stuart G. Parsell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Ralph Snyderman**

**Defendant**

**Fathalla Mashali**

**Defendant**

**City of Pineville, Louisiana**       represented by   **Richard J. Arsenault**
Neblett, Beard & Arsenault
2220 Bonaventure Court
PO Box 12120
Alexandria, LA 71315
318-487-9874
Fax: 318-561-2591
Email: rarsenault@nbalawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Publix Supermarkets, Inc.**          represented by   **Gregory S. Chernack**
Hollingsworth
Ste. 900
1350 I Street, NW
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: gchernack@hollingsworthllp.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Hikma Pharmaceuticals PLC**

**Defendant**

**Indivior PLC**
*TERMINATED: 02/21/2019*

**Defendant**

**Mylan Pharmaceuticals, Inc.**                represented by    **Rebecca C. Mandel**
Hogan Lovells US - Washington
555 Thirteenth Street, NW
Washington, DC 20004
202-637-5488
Fax: 202-637-5910
Email: rebecca.mandel@hoganlovells.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Quest Pharmaceuticals, Inc.**                represented by    **John J. Haggerty**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Charles River Medical Associates**          represented by    **Sean M. Ennis**
Capplis, Connors & Carroll
Ste. 330
18 Tremont Street
Boston, MA 02108
617-227-0722
Fax: 617-227-0772
Email: sennis@ccclaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Jane H. Joiner, M.D.**                       represented by    **Sean M. Ennis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Jane H. Joiner, M.D., P.C.**        represented by **Sean M. Ennis**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Bar Status: MDL*

<u>**Defendant**</u>

**Paula Enyeart**
*N.P.*

<u>**Defendant**</u>

**Leann Martinez**
*N.P.*

<u>**Defendant**</u>

**Michael Miller**                          represented by **Dana S. Hardy**
*N.P.*                                                  Hinkle Shanor
                                                 218 Montezuma
                                                 Santa Fe, NM 87501
                                                 505-982-4554
                                                 Fax: 505-982-8623
                                                 Email: dhardy@hinklelawfirm.com
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Bar Status: MDL*

                                                 **Jeremy Ian Martin**
                                                 Hinkle Shanor
                                                 P.O. Box 2068
                                                 Santa Fe, NM 87504
                                                 505-982-4554
                                                 Fax: 505-982-8623
                                                 Email:
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Bar Status: MDL*

                                                 **William P. Slattery**
                                                 Hinkle Shanor
                                                 P.O. Box 2068
                                                 Santa Fe, NM 87504
                                                 505-982-4554
                                                 Fax: 505-982-8623
                                                 Email:
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Bar Status: MDL*

<u>**Defendant**</u>

**Ace Clinique of Medicine, LLC.**
*TERMINATED: 02/28/2019*

<u>**Defendant**</u>

**Recovery Center, LLC**
*TERMINATED: 02/28/2019*

**Defendant**

| | | |
|---|---|---|
| **Brandon Worley** | represented by | **David T. Fischer** |

**David T. Fischer**
Sheppard Mullin Richter & Hampton
Ste. 100
2099 Pennsylvania Avenue, NW
Washington, DC 20006
202-747-3270
Fax: 202-747-3914
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Hannah J. Wigger**
Sheppard, Mullin, Richter & Hampton -
Washington
Ste. 100
2099 Pennsylvania Avenue NW
Washington, DC 20006
202-747-1900
Fax: 202-747-1901
Email: hwigger@sheppardmullin.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Paul A. Werner , III**
Sheppard, Mullin, Richter & Hampton -
Washington
Ste. 100
2099 Pennsylvania Avenue NW
Washington, DC 20006
202-747-1900
Fax: 202-747-1901
Email: pwerner@sheppardmullin.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

| | | |
|---|---|---|
| **Distributor Defendants' Liaison Counsel** | represented by | **Eric R. Delinsky** |

**Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Geoffrey E. Hobart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Manufacturer Defendants' Liaison Counsel**          represented by   **Carole S. Rendon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Donna M. Welch**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Pharmacy Defendants' Liaison Counsel**          represented by   **Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kaspar J. Stoffelmayr**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Axiscare Health Logistics, Inc.**          represented by   **Gregory E. Hull**
Flagel & Papakirk
Ste. 410
50 East Business Way
Cincinnati, OH 45241
513-984-8111
Fax: 513-984-8118
Email: ghull@fp-legal.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Cesar Castillo, Inc.**
*TERMINATED: 06/27/2019*

**Defendant**

**Drogueria Betances**

**<u>Defendant</u>**

**Drugs Unlimited, Inc.**

**<u>Defendant</u>**

**Ethex Corporation**

**<u>Defendant</u>**

**FMC Distributors, Inc.**

**<u>Defendant</u>**

**Hospira, Inc.**

**<u>Defendant</u>**

**JM Blanco, Inc.**

**<u>Defendant</u>**

**Jose Ferrari, Inc.**
*TERMINATED: 04/25/2019*

**<u>Defendant</u>**

**Kremers Urban Pharmaceuticals, Inc.**

**<u>Defendant</u>**

**Luis Garraton, LLC**

**<u>Defendant</u>**

**Sun Pharmaceutical Industries, Inc.**          represented by   **Christopher W. Wasson**
Pepper Hamilton - Philadelphia
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
215-981-4000
Fax: 215-981-4750
Email: wassonc@pepperlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: NotAdmit*

**Michael G. Connelly**
Pepper Hamilton - Pittsburgh
Ste. 300
501 Grant Street
Pittsburgh, PA 15219
412-454-5025
Fax: 877-471-1573
Email: connellm@pepperlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Suzanne Forbis Mack**

Pepper Hamilton - Philadelphia
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
215-981-4983
Fax: 215-689-4524
Email: macks@pepperlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Unither Manufacturing LLC**   represented by   **Audrey K. Bentz**
Janik - Cleveland
Ste. 300
9200 South Hills Blvd.
Cleveland, OH 44147
440-838-7600
Fax: 440-838-7601
Email: audrey.bentz@janiklaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Crystal L. Maluchnik**
Janik - Cleveland
Ste. 300
9200 South Hills Blvd.
Cleveland, OH 44147
440-838-7600
Fax: 440-838-7601
Email: crystal.maluchnik@janiklaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Steven G. Janik**
Janik - Cleveland
Ste. 300
9200 South Hills Blvd.
Cleveland, OH 44147
440-838-7600
Fax: 440-838-7601
Email: steven.janik@janiklaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Frank Boer**

**Defendant**

**Russell Gasdia**   represented by   **Julie B Porter**
Salvatore Prescott & Porter PLLC

1010 Davis Street
Evanston, IL 60201
312-283-5711
Fax: 312-724-8353
Email:
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Defendant**

**John Stewart**           represented by    **Kevin Marino**
Marino Tortorella & Boyle
437 Southern Blvd.
Chatham, NJ 07928
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: NotAdmit*

**Defendant**

**Mark Timney**

**Defendant**

**Eckerd Corporation**

**Defendant**

**Hikma Pharmaceuticals USA Inc.**    represented by    **Scott M. Ahmad**
Winston & Strawn - Chicago
35 West Wacker Drive
Chicago, IL 60601
312-558-3197
Fax: 312-558-5700
Email: SAhmad@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher B. Essig**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Mylan Institutional, Inc.**      represented by    **Rebecca C. Mandel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Omnicare of New York, LLC**

**Defendant**

**Rhodes Pharmaceuticals, Inc.**                    represented by   **Steven F. Napolitano**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Rhodes Technology**

**Defendant**

**Rhodes Technology, Inc.**

**Defendant**

**Trust for the Benefit of Members of the**         represented by   **Stuart G. Parsell**
**Raymond Sackler Family**                          (See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Ahold Delhaize USA, Inc.**

**Defendant**

**Burlington Drug Company**

**Defendant**

**DIK Drug Company**

**Defendant**

**Harco, Inc.**
*formerly known as*
Harco Drug, Inc.

**Defendant**

**Longs Drugs, Incorporated**

**Defendant**

**McQueary Brothers Drug Company,**
**LLC**

**Defendant**

**Meijer, Inc.**

**Defendant**

**Schnuck Markets, Inc.**

**Defendant**

**Valley Wholesale Drug Company, Inc.**

**<u>Defendant</u>**

**Winn-Dixie Stores, Inc.**                    represented by   **Daniel T. Plunkett**
McGlinchey Stafford - New Orleans
12th Floor
601 Poydras Street
P.O. Box 60643
New Orleans, LA 70160-0643
504-586-1200
Fax: 504-596-2800
Email: dplunkett@mcglinchey.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**<u>Defendant</u>**

**Indivior, Inc.**                    represented by   **Maria R. Durant**
Hogan Lovells US - Boston
Ste. 2010
125 High Street
Boston, MA 02110
617-371-1024
Fax: 617-371-1037
Email: maria.durant@hoganlovells.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Safa W. Osmani**
Hogan Lovells US - Boston
Ste. 2010
125 High Street
Boston, MA 02110
617-371-1023
Fax: 617-271-1037
Email: safa.osmani@hoganlovells.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Sara E. Silva**
Hogan Lovells US - Boston
Ste. 2010
125 High Street
Boston, MA 02110
617-371-1000
Fax: 671-371-1037
Email: sara.silva@hoganlovells.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**<u>Defendant</u>**

**Coram Healthcare Corporation of
Greater NewYork**

**Defendant**

**McKesson Specialty Care Distribution
Corporation**

**Defendant**

**McKesson Specialty Distribution, LLC**

**Defendant**

**All for Jen LLC**
*doing business as*
Jefferson Family Pharmacy

**Defendant**

**Dau Tran**

**Defendant**

**Kentucky CVS Pharmacy, LLC**

**Defendant**

**Blount County, Tennessee**        represented by   **Jeffrey E. Friedman**
                                                     Friedman Dazzio Zulanas & Bowling
                                                     3800 Corporate Woods Drive
                                                     Birmingham, AL 35242
                                                     205-278-7000
                                                     Fax: 205-278-7001
                                                     Email: jfriedman@friedman-lawyers.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

**Defendant**

**Insys Pharma, Inc.**              represented by   **Nicholas Alex Sarokhanian**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

**Defendant**

**North Carolina Wholesale Drug
Company**                           represented by   **Richard H. Blake**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: Active*

**Defendant**

**Actavis Elizabeth LLC**           represented by   **Robert A. Nicholas**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Steven A. Reed**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Actavis Kadian LLC**                represented by   **Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Actavis Laboratories FL, Inc.**     represented by   **Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Actavis Laboratories UT, Inc.**     represented by   **Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Actavis Mid Atlantic LLC**          represented by   **Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Actavis South Atlantic LLC**          represented by   **Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Actavis Totowa LLC**          represented by   **Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Kerr Drug, Inc.**
*also known as*
EDC Drug Stores, Inc.

**Defendant**

**Medisca, Inc.**       represented by    **Katlyn E. DeBoer**
Freeborn & Peters
Ste. 3000
311 South Wacker Drive
Chicago, IL 60606
312-360-6319
Email: kdeboer@freeborn.com
*TERMINATED: 08/07/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**W. Gordon Dobie**
Winston & Strawn - Chicago
35 West Wacker Drive
Chicago, IL 60601
312-558-5691
Email: WDobie@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Mylan N.V.**       represented by    **Rebecca C. Mandel**
*formerly known as*                      (See above for address)
Mylan, Inc                           *ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Novartis AG**

**Defendant**

**Warner Chilcott Company, LLC**       represented by    **Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven A. Reed**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy West Feinstein**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Forest Laboratories, LLC**

**Defendant**

**K & B Louisiana Corporation**

**Defendant**

**Louisiana CVS Pharmacy, L.L.C.**

**Defendant**

**Wal-Mart Stores Texas, LLC**

**Defendant**

**Walgreen Louisiana Co., Inc.**

**Defendant**

**Par Pharmaceutical Holdings, Inc.**    represented by    **Par Pharmaceutical Holdings, Inc.**
Email:
PRO SE

**Defendant**

**Watson Pharma, Inc.**    represented by    **Melanie S. Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nancy Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Terry Matthew Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Bi-Mart Corporation**    represented by    **Bi-Mart Corporation**
Email:
PRO SE

**Defendant**

**Fred Meyer Stores, Inc.**

**Defendant**

| | |
|---|---|
| **Kaiser Foundation Health Plan** | represented by **Ronald J. Clark**<br>Bullivant, Houser & Bailey - Portland<br>Ste. 300<br>888 Fifth Avenue, SW<br>Portland, OR 97204<br>503-228-6351<br>Fax: 503-295-0909<br>Email: ron.clark@bullivant.com<br>*TERMINATED: 10/22/2019*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Bryce J.Q. Adams**
Bullivant, Houser & Bailey - Portland
Ste. 300
888 Fifth Avenue, SW
Portland, OR 97204
503-228-6351
Fax: 503-295-0909
Email: bryce.adams@bullivant.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

| | |
|---|---|
| **Kaiser Foundation Health Plan of the Northwest** | represented by **Bryce J.Q. Adams**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Ronald J. Clark**
(See above for address)
*TERMINATED: 10/22/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

| | |
|---|---|
| **Kaiser Foundation Hospitals** | represented by **Bryce J.Q. Adams**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Ronald J. Clark**
(See above for address)
*TERMINATED: 10/22/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**New Albertsons L.P.**

**Defendant**

**Safeway Inc.**

**Defendant**

**Target Corporation**                  represented by   **Amy R. Fiterman**
                                                          Faegre Baker Daniels - Minneapolis
                                                          2200 Wells Fargo Center
                                                          90 South Seventh Street
                                                          Minneapolis, MN 55402
                                                          612-766-7768
                                                          Fax: 612-766-1600
                                                          Email: amy.fiterman@faegrebd.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: MDL*

                                                          **Andrew L. Campbell**
                                                          Faegre Baker Daniels - Indianapolis
                                                          Ste. 2700
                                                          300 North Meridian Street
                                                          Indianapolis, IN 46204
                                                          317-237-1011
                                                          Fax: 317-237-1000
                                                          Email: andrew.campbell@faegrebd.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: Phv*

                                                          **Wendy J. Wildung**
                                                          Faegre Baker Daniels - Minneapolis
                                                          2200 Wells Fargo Center
                                                          90 South Seventh Street
                                                          Minneapolis, MN 55402
                                                          612-766-7759
                                                          Fax: 612-766-1600
                                                          Email: wendy.wildung@faegrebd.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: MDL*

**Defendant**

**Murfreesboro Pharmaceutical Nursing
Supply, Inc.**

**Defendant**

**Mylan Pharms, Inc.**                     represented by   **Rebecca C. Mandel**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

**Defendant**

**Thrifty White Warehouse**               represented by   **John J. Haggerty**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*

**Defendant**

**White Drug 61**                         represented by   **John J. Haggerty**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*

**Defendant**

**American Medical Distributors, Inc.**

**Defendant**

**Blenheim Pharmacal Inc.**

**Defendant**

**Caremark Texas Mail Pharmacy, LLC**

**Defendant**

**Darby Group Companies, Inc.**

**Defendant**

**Eveready Wholesale Drugs Ltd**

**Defendant**

**Hook-Superx LLC**

**Defendant**

**K Mart Pharmacy**

**Defendant**

**Drug Store Clinic and Pharmacy**

**Defendant**

**Drug Store Pharmacy**

**Defendant**

**ESI Mail Pharmacy Service, Inc.**

**Defendant**

**East Main Street Pharmacy**

**Defendant**

**Giant Food Stores, LLC**

**Defendant**

**HEB Grocery Company, LP**          represented by   **Casey J. Downing**
Vinson & Elkins - Houston
First City Tower
Ste. 2500
1001 Fannin Street
Houston, TX 77002-6760
713-758-2160
Fax: 713-615-5809
Email: cdowning@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jason M. Powers**
Vinson & Elkins - Houston
First City Tower
Ste. 2500
1001 Fannin Street
Houston, TX 77002-6760
713-758-2522
Fax: 713-615-5809
Email: jpowers@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Stacey Neumann Vu**
Vinson & Elkins - Houston
First City Tower
Ste. 2500
1001 Fannin Street
Houston, TX 77002-6760
713-758-2522
Fax: 713-615-5809
Email: svu@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**HEB Pharmacy**

**Defendant**

**Highland Park CVS, LLC**

**Defendant**

**Kroger Pharmacy**

**Defendant**

**Mylan Bertek Pharmaceuticals, Inc.**

represented by **Rebecca C. Mandel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**PharmaOne**

**Defendant**

**SuperValu, Inc.**

**Defendant**

**United Pharmacy**

**Defendant**

**Walgreen Pharmacy**

**Defendant**

**Weis Markets, Inc.**

represented by **Hugh J. Bode**
Reminger Co. - Cleveland
1400 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115
216-687-1311
Fax: 216-430-2278
Email: hbode@reminger.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**A+ Pharmacy & Home Medical Equipment**

represented by **Michael A. Meadows**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**William Nicholas Reynolds**
(See above for address)
***TERMINATED: 10/03/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Custom Script Pharmacy**

**Defendant**

**Discount Emporium, Inc.**                    represented by **Matthew J. Perry**
Lamp Bartram Levy Trautwein & Perry
P. O. Box 2488
720 Fourth Avenue
Huntington, WV 25725
304-523-5400
Fax: 304-523-5409
Email: mperry@lbltplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John J. Haggerty**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**International GmbH**

**Defendant**

**New Jersey CVS Pharmacy, LLC**

**Defendant**

**OptumRx Administrative Services, LLC**

**Defendant**

**River City Pharma**

**Defendant**

**Woodward Detroit CVS, LLC.**

**Defendant**

**Alum Creek Pharmacy, Inc.**

**Defendant**

**Bioscrip Infusion Services, Inc.**

**Defendant**

**CMC Pharmacy, LLC**

**Defendant**

**Cabin Creek Health Systems, Inc.**

**Defendant**

**City Center Pharmacy, Inc.**

**Defendant**

| | | |
|---|---|---|
| **Clendenin Pharmacy, Inc.** | represented by | **Ryan Q. Ashworth**<br>Bailes Craig Yon & Sellards<br>Ste. 500<br>401 Tenth St.<br>Huntington, WV 25701<br>304-697-4700<br>Email: rqa@bcyon.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Defendant**

| | | |
|---|---|---|
| **Fairfield Pharmacy, Inc.** | represented by | **Matthew J. Perry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Defendant**

| | | |
|---|---|---|
| **Good Family Pharmacy, Inc.** | represented by | **Matthew J. Perry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Defendant**

| | | |
|---|---|---|
| **Highland Behavioral Health Services, Inc.** | represented by | **Alexander Macia**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Defendant**

**Highlawn Preferred Pharmacy LLC**

**Defendant**

| | | |
|---|---|---|
| **Home Care Pharmacy, LLC** | represented by | **Thomas E. Rice , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Defendant**

**K Mart Corporation**

**Defendant**

**Kines Family Pharmacy, Inc.**

**Defendant**

| | | |
|---|---|---|
| **Lincoln County Primary Care Center, Inc.,** | represented by | **Joseph L. Amos , Jr.**<br>Miller & Amos<br>2 Hale Street |

Charleston, WV 25301
304-343-7910
Fax: 304-343-7915
Email: joeamos@karenmillerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Karen H. Miller**
Miller & Amos
2 Hale Street
Charleston, WV 25301
304-343-7910
Fax: 304-343-7915
Email: khmiller@karenmillerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Loop Plaza Pharmacy, Co.,**

**Defendant**

**Medical Arts Supply, Inc.**

**Defendant**

**Meds 2 Go Express Pharmacy, Inc.,**

**Defendant**

**Neurman Drug Co., Inc.**

**Defendant**

**RX@Home, LLC**

**Defendant**

**Select Specialty Hospital**

**Defendant**

**Target Stores, Inc.**               represented by **Amy R. Fiterman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Andrew L. Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Wendy J. Wildung**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**The Pharmacy, Inc.**       represented by   **Ryan Q. Ashworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Sunrise Lee**

**Defendant**

**Kinray, Inc.**

**Defendant**

**Rochester Drug Co-Operative, Inc.**

**Defendant**

**Barr Laboratories, Inc.**

**Defendant**

**General Injectables & Vaccines, Inc.**

**Defendant**

**Insource, Inc.**

**Defendant**

**Donald Leathers**

**Defendant**

**Gregory Buhler**       represented by   **Diane L. Waters**
Bennett, Bodine & Waters
11125 Johnson Drive
Shawnee, KS 66203
913-948-7900
Fax: 913-948-7901
Email: DWaters@bbw-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Elizabeth M. Judy**
Bennett Bodine & Waters
11125 Johnson Drive
Shawnee, KS 66203
913-748-7900
Fax: 913-748-7901

Email: ejudy@bbw-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Kathryn McConnaughey**          represented by   **Matthew G. Koehler**
                                                   Brown & James
                                                   Ste. 1100
                                                   800 Market Street
                                                   St. Louis, MO 63101
                                                   314-242-5267
                                                   Fax: 314-242-5467
                                                   Email:
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Bar Status: MDL*

**Defendant**

**Mid-America Physiatrists, P.A.**     represented by   **Bruce Keplinger**
                                                        Norris & Keplinger
                                                        Corporate Woods, Building 32
                                                        Ste. 750
                                                        9225 Indian Creek Parkway
                                                        Overland Park, KS 66210
                                                        913-323-3185
                                                        Fax: 913-663-2006
                                                        Email:
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Christopher Jack Lucas**
                                                        Norris Keplinger Hicks & Welder
                                                        32 Corporate Woods
                                                        Ste. 750
                                                        9225 Indian Creek Parkway
                                                        Overland Park, KS 66210
                                                        913-663-2000
                                                        Fax: 913-663-2006
                                                        Email:
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

**Defendant**

**Pharma Consultants KC, LLC**     represented by   **James R. Wyrsch**
                                                    Wyrsch Hobbs Mirakian
                                                    Ste. 2110
                                                    1200 Main Street

Kansas City, MO 64105
816-221-0080
Fax: 816-221-3280
Email: jimwyrsch@whmlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Steven Simon**                          represented by   **James R. Wyrsch**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

**Defendant**

**University of Kansas Hospital Authority**   represented by   **John Wesley Smith**
                                                           Simpson, Logback, Lynch, Norris
                                                           Ste. 600
                                                           700 West 110th Street
                                                           Overland Park, KS 66210
                                                           913-342-2500
                                                           Email: wsmith@slln.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Trevin E. Wray**
                                                           Simpson, Logback, Lynch, Norris
                                                           Ste. 600
                                                           700 West 110th Street
                                                           Overland Park, KS 66210
                                                           913-342-2500
                                                           Fax: 913-342-0603
                                                           Email: twray@slln.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

**Defendant**

**Pharmaceutical Research Associates, Inc.**   represented by   **David Zwally**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Emily Hogan**
                                                           Hoguet Newman Regal & Kenney
                                                           48th Floor
                                                           60 East 42nd Street
                                                           New York, NY 10165

212-689-8808
Fax: 212-689-5101
Email: ehogan@hnrklaw.com
*TERMINATED: 10/03/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Helene R. Hechtkopf**
Hoguet Newman Regal & Kenney
48th Floor
60 East 42nd Street
New York, NY 10165
212-689-8808
Fax: 212-689-5101
Email: hhechtkopf@hnrklaw.com
*TERMINATED: 09/26/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John C. Dougherty**
Haug Partners
One Post Office Square
Boston, MA 02109
617-426-6800
Email: jdougherty@haugpartners.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John J. Kenney**
Hoguet Newman Regal & Kenney
48th Floor
60 East 42nd Street
New York, NY 10165
212-689-8808
Fax: 212-689-5101
Email:
*TERMINATED: 09/26/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Katherine Galle**
Haug Partners
One Post Office Square
Boston, MA 02109
617-426-6800
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Keelan F. Diana**
Haug Partners

745 Fifth Avenue
New York, NY 10151
212-588-0800
Email: kdiana@haugpartners.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven M. Silverberg**
Hoguet Newman Regal & Kenney
48th Floor
60 East 42nd Street
New York, NY 10165
212-689-8808
Fax: 212-689-5101
Email: ssilverberg@hnrklaw.com
***TERMINATED: 10/03/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Bellco Health Corp.**

**Defendant**

**Rodney Davis**                    represented by   **Jennifer A. Mills**
                                                     Gray, Rust, St. Amand, Moffett & Brieske
                                                     1700 Salesforce Tower Atlanta
                                                     950 East Paces Ferry Road, N.E.
                                                     Atlanta, GA 30326
                                                     404-870-7390
                                                     Fax: 404-870-1030
                                                     Email:
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Matthew G. Moffett**
                                                     Gray, Rust, St. Amand, Moffett & Brieske
                                                     Ste. 1700
                                                     950 East Paces Ferry Road
                                                     Atlanta, GA 30326
                                                     404-870-7390
                                                     Fax: 404-870-1030
                                                     Email:
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

**Defendant**

**Lori Fuller**                     represented by   **Jennifer A. Mills**
                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew G. Moffett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Just In Time Meds, LLC**     represented by    **Claire Arnett Sumner**
Carlock Copeland & Stair
Ste. 3600
191 Peachtree Street, NE
Atlanta, GA 30303
404-522-8220
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Douglas W. Smith**
Carlock Copeland & Stair
Ste. 3600
191 Peachtree Street, NE
Atlanta, GA 30303
404-522-8220
Fax: 404-215-5616
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Shelli Liston**     represented by    **Jennifer A. Mills**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Matthew G. Moffett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Mylan Specialty, L.P.**     represented by    **Rebecca C. Mandel**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Mylan Technologies, Inc.**                represented by   **Rebecca C. Mandel**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: MDL*

**Defendant**

**Mylan, Inc**                              represented by   **Rebecca C. Mandel**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: MDL*

**Defendant**

**Winn-Dixie Logistics, Inc.**             represented by   **Daniel T. Plunkett**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: MDL*

**Defendant**

**Donald Dillinger**

**Defendant**

**Doctors Osteopathic Care, P.S., Inc.**

**Defendant**

**Hieu Tu Le**

**Defendant**

**NW Green Medical, PLLC**

**Defendant**

**NW Green Wellness, PLLC**

**Defendant**

**StatCare, Inc. P.S.**

**Defendant**

**Delbert Whetstone**

**Defendant**

**Hy-Vee, Inc.**                            represented by   **Cameron E. Grant**
                                                             Scharnhorst Ast Kennard Griffin
                                                             Ste. 1950
                                                             1100 Walnut Street
                                                             Kansas City, MO 64106
                                                             816-268-9411

Fax: 816-268-9409
Email: cgrant@sakg.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jeffrey A. Kennard**
Scharnhorst Ast Kennard Griffin
Ste. 1950
1100 Walnut Street
Kansas City, MO 64106
816-268-9411
Fax: 816-268-9409
Email:
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Walgreen of Puerto Rico, Inc.**

**Defendant**

**Jeffrey Carren**

**Defendant**

**Kevin Crane**

**Defendant**

**Michael Friedman**

**Defendant**

**Dr. Paul Goldenheim**

**Defendant**

**Dr. David J. Hadox**

**Defendant**

**Jim Harper**

**Defendant**

**Ronald F. McBride**

**Defendant**

**Sevan Pharmacy, LLC**                     represented by   **John Carl Peick**
Peick Law Group
Ste. 205
3633 136th Place SE
Bellevue, WA 98006
425-462-0660
Email:
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Cape Girardeau County**

**Defendant**

**Actavis Laboratories NY, Inc.**

**Defendant**

| | | |
|---|---|---|
| **BR Holdings Associates Inc.** | represented by | **David Zwally** |

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Emily Hogan**
(See above for address)
***TERMINATED: 10/03/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Helene R. Hechtkopf**
(See above for address)
***TERMINATED: 09/26/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John C. Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John J. Kenney**
(See above for address)
***TERMINATED: 09/26/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Katherine Galle**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Keelan F. Diana**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven M. Silverberg**
(See above for address)

*TERMINATED: 10/03/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**BR Holdings Associates L.P.**      represented by    **David Zwally**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Emily Hogan**
(See above for address)
*TERMINATED: 10/03/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Helene R. Hechtkopf**
(See above for address)
*TERMINATED: 09/26/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John C. Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John J. Kenney**
(See above for address)
*TERMINATED: 09/26/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Katherine Galle**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Keelan F. Diana**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven M. Silverberg**
(See above for address)
*TERMINATED: 10/03/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Beacon Company**                represented by  **Ariel A. Brough**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Bar Status: Active*

                                                  **Stuart G. Parsell**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Bar Status: Active*

**Defendant**

**Mallinckrodt Enterprises Holdings, Inc.**

**Defendant**

**Mallinckrodt Enterprises LLC**

**Defendant**

**PLP Associates Holdings L.P.**        represented by  **David Zwally**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Emily Hogan**
                                                        (See above for address)
                                                        *TERMINATED: 10/03/2019*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Helene R. Hechtkopf**
                                                        (See above for address)
                                                        *TERMINATED: 09/26/2019*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **John C. Dougherty**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **John J. Kenney**
                                                        (See above for address)
                                                        *TERMINATED: 09/26/2019*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Katherine Galle**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

**Keelan F. Diana**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Steven M. Silverberg**
(See above for address)
*TERMINATED: 10/03/2019*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Rosebay Medical Company L.P.**          represented by   **Ariel A. Brough**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stuart G. Parsell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Rosebay Medical Company, Inc.**          represented by   **Ariel A. Brough**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stuart G. Parsell**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Medicap Pharmacies, Inc.**

**Defendant**

**Harvey Jenkins**

**Defendant**

**MD William Valuck**

**Defendant**

**Stat Rx LLC**

**Defendant**

**Sandoz International GMBH**

**Defendant**

**VistaPharm, Inc.**      represented by    **Bo Bryan Jin**
Simpson, Thacher & Bartlett - Palo Alto
2475 Hanover Street
Palo Alto, CA 94304
650-251-5000
Fax: 650-251-5002
Email: bryan.jin@stblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Harrison J. Frahn , IV**
Simpson, Thacher & Bartlett - Palo Alto
2475 Hanover Street
Palo Alto, CA 94304
650-251-5000
Fax: 650-251-5002
Email: hfrahn@stblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Patterson Logistics Services, Inc.**      represented by    **Hunter G. DeKoninck**
Quarles & Brady - Indianapolis
Ste. 2400
135 N. Pennsylvania Street
Indianapolis, IN 46204
317-957-5000
Fax: 317-957-5010
Email: hunter.dekoninck@quarles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark W. Bina**
Quarles & Brady - Chicago
Ste. 4000
300 North LaSalle Street
Chicago, IL 60654
312-715-5051
Email: mark.bina@quarles.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Patterson Veterinary Supply Inc.**      represented by    **Hunter G. DeKoninck**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark W. Bina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Manufacturer Defendants**                 represented by   **Carole S. Rendon**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Lake County, Florida**

**Defendant**

**Cardinal Health 122, LLC**

**Defendant**

**Cardinal Health 132, LLC**

**Defendant**

**Cardinal Health 5, LLC**

**Defendant**

**Patient First Corporation**               represented by   **Richard B. Holbrook**
Fisher & Phillips - Charlotte
Ste. 2020
227 West Trade Street
Charlotte, NC 28202
704-778-4173
Fax: 804-403-7110
Email: bholbrook@fisherphillips.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Delmar Primary Care Associates, LLC**     represented by   **Delmar Primary Care Associates, LLC**
Email:
PRO SE

**F. Scott Galt**
Armstrong Teasdale
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105
314-621-5070

Fax: 314-552-4840
Email: sgalt@armstrongteasdale.com
*TERMINATED: 08/21/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Fred Jacob Kohut , III**
Armstrong Teasdale
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105
314-621-5070
Fax: 314-621-5065
Email: jkohut@armstrongteasdale.com
*TERMINATED: 08/21/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**M.D. Dannie E. Williams**          represented by   **Dannie E. Williams**
Email:
PRO SE

**F. Scott Galt**
(See above for address)
*TERMINATED: 08/21/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Fred Jacob Kohut , III**
(See above for address)
*TERMINATED: 08/21/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Johnson & Johnson**          represented by   **Charles C. Lifland**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Defendant**

**Christopher Clough**

**Defendant**

**Michael P. Dipre**                        represented by   **Adam B. Pignatelli**
                                                            Rath Young & Pignatelli
                                                            One Capital Plaza
                                                            P.O. Box 1500
                                                            Concord, NH 03302-1500
                                                            603-226-2600
                                                            Email:
                                                            *TERMINATED: 08/15/2019*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

                                                            **James A. Bello**
                                                            Morrison Mahoney
                                                            250 Summer Street
                                                            Boston, MA 02210
                                                            617-439-7500
                                                            Fax: 617-342-4968
                                                            Email: jbello@morrisonmahoney.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

                                                            **Lori K. Vaulding**
                                                            Morrison Mahoney
                                                            250 Summer Street
                                                            Boston, MA 02210
                                                            617-439-7500
                                                            Fax: 6617-342-4867
                                                            Email: lvaulding@morrisonmahoney.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

**Defendant**

**Dr. Eric L. Knight**                      represented by   **Gregory G. Peters**
                                                            Wadleigh Starr & Peters
                                                            95 Market Street
                                                            Manchester, NH 03101
                                                            603-669-4140
                                                            Email:
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

                                                            **Pierre A. Chabot**
                                                            Wadleigh Starr & Peters
                                                            95 Market Street
                                                            Manchester, NH 03244
                                                            603-206-7204

Fax: 603-669-6018
Email: pchabot@wadleighlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Greg Thompson**

**Defendant**

**Mark Weinreb**                 represented by **Adam B. Pignatelli**
(See above for address)
***TERMINATED: 08/15/2019***
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James A. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lori K. Vaulding**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Certain Manufacturer Defendants**

**Defendant**

**Apotex Corp.**                 represented by **Ana M. Francisco**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James W. Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Katy E. Koski**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**PLP Associates Holdings Inc.**                  represented by **David Zwally**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Emily Hogan**
(See above for address)
***TERMINATED: 10/03/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John C. Dougherty**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Katherine Galle**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Keelan F. Diana**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Ayman A. Jacobs**

**Defendant**

**Meadow Valley Pharmacy**

**Defendant**

**Concetta R. Otori-Ahmadpour**

**Defendant**

**Alpharma Pharmaceuticals LLC**              represented by **Edward Donald Burbach**
Gardere Wynne Sewell
Ste. 3000
600 Congress Avenue
Austin, TX 78701
512-542-7070
Fax: 512-542-7270
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Alpharma Pharmaceuticals, Inc.**

**Defendant**

**Aveva Drug Delivery Systems, Inc.**     represented by  **Michael R. Rahmn**
Gardere Wynne Sewell
Ste. 2000
1000 Louisiana Street
Houston, TX 77002-5011
713-276-5021
Fax: 713-276-6021
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**CuraScript Inc**     represented by  **Douglas Stuart Griffith**
Yetter Coleman
Ste. 4100
811 Main Street
Houston, TX 77002
713-632-8018
Fax: 713-632-8002
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Curascript Infusion Pharmacy, Inc.**

**Defendant**

**Dailymed**

**Defendant**

**ICU Medical Sales Inc.**     represented by  **Brandon Egan Caire**
Baker and McKenzie
Ste. 3400
711 Louisiana Street
Houston, TX 77002
713-427-5000
Email: brandon.caire@bakermckenzie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Medco Health Solutions of Texas LLC**     represented by  **Douglas Stuart Griffith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Neos Therapeutics Inc**       represented by   **Christopher Scott Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Nesher Pharmaceuticals (USA) LLC**    represented by   **Bruce Davidson Oakley**
Hogan Lovells
Ste. 4200
609 Main Street
Houston, TX 77002
713-632-1400
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**NexGen**       represented by   **Ryan James Sullivan**
Dykema Cox Smith
Ste. 1800
112 East Pecan Street
San Antonio, TX 78205
210-554-5500
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Noven Pharmaceuticals, Inc.**       represented by   **Jeffrey F. Peck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Paddock Laboratories, Inc.**       represented by   **Raffi Melkonian**
Wright Close
Ste. 2200
One Riverway
Houston, TX 77056
713-572-4321
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Perrigo Company, PLC**      represented by  **Raffi Melkonian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**UnitedHealthcare of Texas, Inc.**      represented by  **Kimberly K. Chemerinsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Zogenix, Inc.**      represented by  **Herman Heng Yue**
Latham and Watkins
Ste. 3600
800 Main Street
Houston, TX 77008
713-546-7443
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John Ryan**
Latham & Watkins
12670 High Bluff Drive
San Diego, CA 92130
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Happiness Aguzie**      represented by  **Gerard J. Emig**
Gleason Flynn Emig & McAfee
Ste. 400
11 N. Washington Street
Rockville, MD 20850
301-294-2110
Fax: 301-294-0737
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Nathan J. Postillion**
Gleason Flynn Emig & Fogleman

Ste. 400
11 N. Washington Street
Rockville, MD 20850
301-294-2110
Fax: 301-294-0737
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Tormarco Harris**

**Defendant**

**Maryland Healing Waters, LLC**          represented by   **Christopher R. Daily**
Brady, Fischel & Daily
721 Melvin Avenue
Annapolis, MD 21401
410-216-9054
Fax: 410-216-9034
Email: chris@bfdlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Joseph A. Farchione, Jr.**
Wheeler Trigg O'Donnell
Ste. 4500
370 Seventeenth Street
Denver, CO 80202
303-244-1928
Fax: 303-244-1879
Email: farchione@wtotrial.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Minnie Ndem**

**Defendant**

**Physical Medicine and Pain**          represented by   **Mark Jenkins Alderman**
**Management Associates, P.C.**                         Vernick & Associates
111 Annapolis Street
Annapolis, MD 21401
443-333-4044
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Joseph A. Farchione, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Kofi Shaw-Taylor**

**Defendant**

**Starlife Wellness Center LLC**

**Defendant**

**William Tham, M.D.**                 represented by   **Andrew E. Vernick**
                                                       Vernick & Associates
                                                       111 Annapolis Street
                                                       Annapolis, MD 21401
                                                       443-333-4044
                                                       Email:
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: MDL*

                                                       **Mark Jenkins Alderman**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: MDL*

                                                       **Joseph A. Farchione, Jr.**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: Active*

**Defendant**

**Lawrence Vidaver, M.D.**             represented by   **Christopher R. Daily**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: MDL*

                                                       **Joseph A. Farchione, Jr.**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: Active*

**Defendant**

**Reagan Nichols**                     represented by   **Erin A. Renegar**
                                                       Wiggins Sewell & Ogletree
                                                       Ste. 3100
                                                       210 Park Avenue

Oklahoma City, OK 73102
405-232-1211
Fax: 405-235-7025
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John E. Wiggins**
Wiggins Sewell & Ogletree
Ste. 3100
210 Park Avenue
Oklahoma City, OK 73102
405-232-1211
Fax: 405-235-7025
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Aidapak Services, LLC**

**Defendant**

**Anoka LLC**

**Defendant**

**Fairfax County Board Of Supervisors**

**Defendant**

**Tasmanian Alkaloids Pty LTD**

**Defendant**

**Baxter Healthcare Corporation**          represented by   **David S. Rosenbloom**
McDermott, Will & Emery - Chicago
Ste. 4000
444 West Lake Street
Chicago, IL 60606
312-984-7759
Fax: 312-277-2341
Email: drosenbloom@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Emilie E. O'Toole**
McDermott Will & Emery
Ste. 4000
444 West Lake St.
Chicago, IL 60606

312-984-7782
Fax: 312-984-7700
Email: eotoole@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Megan E. Thibert-Ind**
McDermott, Will & Emery - Chicago
Ste. 4000
444 West Lake Street
Chicago, IL 60606
312-984-7746
Fax: 312-984-7700
Email: mthibert-ind@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Terrence J. Dee**
McDermott, Will & Emery - Chicago
Ste. 4000
444 West Lake Street
Chicago, IL 60606
312-984-7715
Fax: 312-277-9288
Email: tdee@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

<u>**Defendant**</u>

**Koninklijke Ahold Delhaize N.V.**            represented by   **Ryan Phair**
Hunton Andrews Kurth
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
202-955-1921
Fax: 202-778-2201
Email: rphair@HuntonAK.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Torsten Kracht**
Hunton Andrews Kurth
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202-419-2149
Fax: 202-778-2201
Email: tkracht@HuntonAK.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**<u>Defendant</u>**

**Richard Andrews**

**<u>Defendant</u>**

**Interventional Pain Center, PLLC**      represented by    **Anjali Prasad**
Prasad Legal
Ste. 201
117 West 4th Street
Royal Oak, MI 48067
248-733-5006
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**<u>Defendant</u>**

**Theodore E. Okechuku**

**<u>Defendant</u>**

**Nicolas Pardon**

**<u>Defendant</u>**

**The Pain Center USA, PLLC**      represented by    **Anjali Prasad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**<u>Defendant</u>**

**Rhodes Technologies**      represented by    **Steven F. Napolitano**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**<u>Defendant</u>**

**KV Pharmaceutical Company**

**<u>Defendant</u>**

**Pharmaceutical Research Associates
L.P.**      represented by    **David Zwally**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**<u>Defendant</u>**

**Shoprite Supermarkets**

**Defendant**

**Wakefern Food Corporation**

**Defendant**

**Gilberto Sanchez, M.D., Inc.**

**Defendant**

**Shepherd A. Odom, M.D., P.C.**

**Defendant**

**NuCare Pharmaceuticals, Inc.**

**Defendant**

**Brookshire Brothers, Inc.**      represented by   **Jack D. Ballard**
Ballard Littlefield
Ste. 1020
3700 Buffalo Speedway
Houston, TX 77098
713-403-6401
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Brookshire Brothers, L.C.**

**Defendant**

**Giant Eagle, Inc.**

**Defendant**

**HBC Service Company**

**Defendant**

**Ohio CVS Stores, LLC**      represented by   **Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Rite Aid Headquarters Corporation**

**Defendant**

**Rite Aid of Ohio, Inc.**

**Defendant**

**Wal-Mart Stores East, Inc.**

**Defendant**

**Giant Eagle, Inc.**

**Defendant**

**Rite Aid Headquarters Corporation**

**Defendant**

**Rite Aid of Ohio, Inc.**

**Defendant**

**Wal-Mart Stores East, Inc.**

**Defendant**

**Morton Grove Pharmaceuticals, Inc.**          represented by  **Clifford Katz**
Kelley, Drye & Warren - New York
101 Park Avenue
New York, NY 10178
212-808-7800
Email: CKatz@KelleyDrye.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Damon W. Suden**
Kelley, Drye & Warren - New York
101 Park Avenue
New York, NY 10178
212-808-7699
Email: dsuden@kelleydrye.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Neil Merkl**
Kelley, Drye & Warren - New York
101 Park Avenue
New York, NY 10178
212-808-7811
Email: nmerkl@kelleydrye.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Akorn, Inc**          represented by  **Andrew Scott Harris**
Jones Walker
Ste. 800
190 E. Capitol Street
Jackson, MS 39201
601-949-4900
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lisa Anderson Reppeto**
Jones, Walker, Waechter, Poitevent, Carrre
& Dengre
P.O. Box 427
Jackson, MS 39205-0427
601-949-4900
Email: lreppeto@joneswalker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Charles Elliott, M.D.**      represented by  **David Walker Upchurch**
Upchurch & Upchurch
P.O. Drawer 2529
Tupelo, MS 38803
662-260-6950
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John Mark McIntosh**
Upchurch & Upchurch
P.O. Box 2529
Tupelo, MS 38803
662-260-6950
Fax: 662-269-3713
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Leo Joseph Carmody , Jr.**
Upchurch & Upchurch
2692 West Oxford Loop #104
Oxford, MS 38655
662-260-6950
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Hi-Tech Pharmacal Co., Inc.**    represented by  **Andrew Scott Harris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lisa Anderson Reppeto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Marshall Hollis**

**Defendant**

**Hollis Discount Pharmacy, Inc.**

**Defendant**

**Primary Care Clinic of Ripley, P.A.**       represented by   **David Walker Upchurch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**John Mark McIntosh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Leo Joseph Carmody , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Kare' Schultz**

**Defendant**

**Mark Trudeau**

**Defendant**

**C&R Pharmacy**       represented by   **Amanda Rosenthal**
Collinson, Daehnke, Inlow & Greco
Ste. 212
2110 E. Flamingo Road
Las Vegas, NV 89119
702-979-2132
Fax: 702-979-2133
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Laura S. Lucero**
Daehnke Stevens
Ste. 680
2300 W. Sahara Avenue
P.O. Box 32
Las Vegas, NV 89102
702-979-2132
Fax: 702-979-2133
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Patricia E. Daehnke**
Collinson, Daehnke, Inlow & Greco
Ste. 305
2110 E. Flamingo Road
Las Vegas, NV 89119
702-979-2132
Fax: 702-979-2133
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Cardinal Health 6 Inc.**      represented by   **Abraham G. Smith**
Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89149
702-474-2689
Fax: 702-216-6244
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Daniel F. Polsenberg**
Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89169-5996
702-949-8200
Fax: 702-949-8398
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**J. Christopher Jorgensen**
Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89169
702-949-8200
Fax: 702-949-8398
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Joel D. Henriod**
Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89169
702-949-8200
Fax: 702-949-8398
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Cardinal Health Technologies LLC**    represented by    **Abraham G. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Michael J. Gurry**

**Defendant**

**Holper Out-Patients Medical Center, Ltd**    represented by    **Adam R. Trippiedi**
Law Office of Michael F. Bohn
Ste. 480
2260 Corporate Circle
Henderson, NV 89074
702-642-3113
Fax: 702-642-9766
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Defendant**

**Steven A. Holper, M.D.**                    represented by   **Adam R. Trippiedi**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: MDL*

                                                              **Michael F. Bohn**
                                                              Ste. 480
                                                              2260 Corporate Circle
                                                              Henderson, NV 89074
                                                              702-642-3113
                                                              Fax: 702 642-9766
                                                              Email:
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: MDL*

**Defendant**

**Steven A Holper, M.D., Professional**        represented by   **Adam R. Trippiedi**
**Corporation**                                               (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: MDL*

                                                              **Michael F. Bohn**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: MDL*

**Defendant**

**Richard M. Simon**

**Defendant**

**Penn Veterinary Supply**                     represented by   **Matthew P. Baringer**
                                                              Davis & Young - Willoughby Hills
                                                              29010 Chardon Road
                                                              Willoughby Hills, OH 44092
                                                              216-348-1700
                                                              Fax: 216-621-0602
                                                              Email: mbaringer@davisyoung.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: Active*

                                                              **Thomas W. Wright**
                                                              Davis & Young - Willoughby Hills
                                                              29010 Chardon Road
                                                              Willoughby Hills, OH 44092
                                                              216-348-1700

Fax: 216-621-0602
Email: twright@davisyoung.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Abbvie Products LLC**

**Defendant**

**Assertio Therapeutics, Inc.**          represented by  **David Arlington**
Baker Botts LLP (Austin)
98 San Jacinto Boulevard
Suite 1500 San Jacinto Center
Austin, TX 78701-4039
512-322-2500
Email: david.arlington@bakerbotts.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Kevin M. Sadler**
Baker Botts - Austin
98 San Jacinto Blvd.
Austin, TX 78701
512-322-2589
Fax: 512-322-8332
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: NotAdmit*

**Defendant**

**Henry Babenco**

**Defendant**

**Lowell B. Grizzle**          represented by  **John J. Haggerty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**John W Reis**
Fox Rothschild LLP
101 N. Tryon Street
Suite 1300
Charlotte, NC 28246-0109
704-384-2600
Fax: 704-384-2800

Email: jreis@cozen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Defendant**

**Gregory Madron**

**Defendant**

**Alicia Naylor**

**Defendant**

**Sharon Naylor**

**Defendant**

**P&S Pharmacy**                    represented by  **John J. Haggerty**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Bar Status: Active*

                                                   **John W Reis**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Bar Status:*

**Defendant**

**Andrew T. Stokes**                represented by  **Joshua J Bond**
                                                   Hodges, Doughty & Carson
                                                   PLLC(Knoxville)
                                                   617 Main Street
                                                   P O Box 869
                                                   Knoxville, TN 37901-0869
                                                   865-546-9611
                                                   Fax: 865-292-2321
                                                   Email: jbond@hdclaw.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Bar Status:*

**Defendant**

**Mylan Laboratories, Inc.**

**Defendant**

**Big Island Pain Center LLC**

**Defendant**

**Joshua Livingston**

**Defendant**

**Puana Pain, LLC**

**Defendant**

**Rudolph B. Puana, M.D.**

**Defendant**

**Tamerlane Rozsa**

**Defendant**

**Officer Jeremy Thomas**

**Defendant**

**Michael M. Baylson**

**Intervenor**

**Chicago Tribune Company**

**Intervenor**

**Los Angeles Times**

**Intervenor**

**USA Today**

**Intervenor**

**Washington Post Company, LLC**        represented by **Karen C. Lefton**
Lefton Group
Ste. 304
3480 West Market Street
Akron, OH 44333
330-864-2003
Email: karen@theleftongroup.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Intervenor**

**HD Media Company, LLC**        represented by **Patrick C. McGinley**
*doing business as*                    737 South Hills Drive
Charleston Gazette-Mail                 Morgantown, WV 26501
*doing business as*                    304-552-2631
Herald-Dispatch                        Fax: 304-292-9822
                                       Email:
                                       *ATTORNEY TO BE NOTICED*
                                       *Bar Status: MDL*

                                       **Suzanne M. Weise**
                                       737 South Hills Drive
                                       Morgantown, WV 26501
                                       304-292-9822

Fax: 304-292-9822
Email: suzweise@yahoo.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Intervenor**

**Reporters Committee for Freedom of**          represented by      **Karen C. Lefton**
**the Press**                                                       (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: Active*

**Amicus Curiae**

**Mississippi Hospital Association**            represented by      **T. Roe Frazer , II**
                                                                    Frazer Law
                                                                    Ste. 215
                                                                    1 Burton Hills Blvd.
                                                                    Nashville, TN 37215
                                                                    615-647-6464
                                                                    Fax: 866-314-2466
                                                                    Email: roe@frazer.law
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: MDL*

**Amicus Curiae**

**Allegiance Behavioral Health Center of**      represented by      **James T. Tyminski , Jr.**
**Plainview**                                                       Gallagher, Sharp, Fulton & Norman
                                                                    7th Floor
                                                                    Bulkley Bldg.
                                                                    1501 Euclid Avenue
                                                                    Cleveland, OH 44115
                                                                    216-522-1325
                                                                    Fax: 216-241-1608
                                                                    Email: jtyminski@gallaghersharp.com
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: Active*

                                                                    **Lauren Z. Curry**
                                                                    Sherrard Roe Voigt
                                                                    Ste. 1100
                                                                    150 3rd Avenue South
                                                                    Nashville, TN 37201
                                                                    615-742-4200
                                                                    Fax: 615-742-4539
                                                                    Email: lcurry@srvhlaw.com
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: Active*

                                                                    **Theresa A. Richthammer**
                                                                    Gallagher, Sharp, Fulton & Norman
                                                                    Bulkley Bldg.

1501 Euclid Avenue
Cleveland, OH 44115
216-696-5053
Fax: 216-241-4610
Email: trichthammer@gsfn.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

| **Allegiance Health Center of Monroe** | represented by | **James T. Tyminski , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
|---|---|---|
| | | **Lauren Z. Curry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
| | | **Theresa A. Richthammer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

**Amicus Curiae**

| **Allegiance Health Center of Ruston** | represented by | **James T. Tyminski , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
|---|---|---|
| | | **Lauren Z. Curry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
| | | **Theresa A. Richthammer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

**Amicus Curiae**

| **Allegiance Specialty Hospital of Greenville** | represented by | **James T. Tyminski , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
|---|---|---|
| | | **Lauren Z. Curry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

Theresa A. Richthammer
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**BSA Hospital**                          represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**BSA Physicians**                        represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Bailey Medical Center**                 represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Bienville Medical Center**      represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**CLHG-Avoyelles**
*doing business as*
Avoyelles Hospital      represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Centennial Hills Hospital Medical Center**      represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**Amicus Curiae**

**Corona Regional Medical Center**     represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Desert Springs Hospital**     represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Eureka Springs Hospital**     represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Harrington Cancer Center**                    represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Heart Hospital of New Mexico at**             represented by    **James T. Tyminski , Jr.**
**Lovelace Medical Center**                                      (See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Henderson Hospital**                          represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Hillcrest Hospital Claremore**                represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Hillcrest Hospital Cushing**                represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Hillcrest Hospital Henryetta**                represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Hillcrest Hospital Pryor**                represented by    **James T. Tyminski , Jr.**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Hillcrest Hospital South**      represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Hillcrest Medical Center**      represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Lovelace Medical Center**      represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Lovelace Medical Group**                    represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Lovelace Regional Hospital Roswell**        represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Lovelace Westside Hospital**                represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Lovelace Womens Hospital**            represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Manatee Memorial Hospital**            represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**North Metro Medical Center**            represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Oakdale Community Hospital**          represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Oklahoma Heart Institute**          represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Physicians Surgical Hospitals**          represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

Theresa A. Richthammer
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**River Valley Medical Center**                 represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Sabine Medical Center**                       represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Seton Medical Center Harker Heights**         represented by    **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

| | | |
|---|---|---|
| **Southwest - Inland Valley Medical Center** | represented by | **James T. Tyminski , Jr.** |

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

| | | |
|---|---|---|
| **Spring Valley Hospital Medical Center** | represented by | **James T. Tyminski , Jr.** |

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

| | | |
|---|---|---|
| **Summerlin Hospital Medical Center** | represented by | **James T. Tyminski , Jr.** |

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Temecula Valley Medical Center**          represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**George Washington Univeristy Hospital**          represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Tulsa Spine & Specialty Hospital**          represented by   **James T. Tyminski , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lauren Z. Curry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Theresa A. Richthammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Amicus Curiae**

**Utica Park Clinic**                          represented by   **James T. Tyminski , Jr.**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Active*

                                                               **Lauren Z. Curry**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Active*

                                                               **Theresa A. Richthammer**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Active*

<u>Amicus Curiae</u>

**Valley Hospital Medical Center**             represented by   **James T. Tyminski , Jr.**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Active*

                                                               **Lauren Z. Curry**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Active*

                                                               **Theresa A. Richthammer**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Active*

<u>Amicus Curiae</u>

**Winn Parish Medical Center**                 represented by   **James T. Tyminski , Jr.**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Active*

                                                               **Lauren Z. Curry**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Active*

                                                               **Theresa A. Richthammer**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Active*

<u>Amicus Curiae</u>

**District of Columbia**                       represented by   **Steve W. Berman**
                                                               Hagens, Berman Sobol, Shapiro - Seattle

Ste. 2000
1301 Second Avenue
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**State of Arizona**     represented by   **Steve W. Berman**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*
                                         *Bar Status: Phv*

**Amicus Curiae**

**State of Arkansas**     represented by   **Steve W. Berman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*
                                          *Bar Status: Phv*

**Amicus Curiae**

**State of Connecticut**     represented by   **Steve W. Berman**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*
                                             *Bar Status: Phv*

**Amicus Curiae**

**State of Deleware**     represented by   **Steve W. Berman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*
                                          *Bar Status: Phv*

**Amicus Curiae**

**State of Florida**     represented by   **Steve W. Berman**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*
                                         *Bar Status: Phv*

**Amicus Curiae**

**State of Georgia**     represented by   **Steve W. Berman**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*
                                         *Bar Status: Phv*

**Amicus Curiae**

**State of Hawaii**     represented by   **Steve W. Berman**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*
                                        *Bar Status: Phv*

**Amicus Curiae**

**State of Idaho**                     represented by  **Steve W. Berman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: Phv*

**Amicus Curiae**

**State of Iowa**                      represented by  **Steve W. Berman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: Phv*

**Amicus Curiae**

**State of Maine**                     represented by  **Steve W. Berman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: Phv*

**Amicus Curiae**

**State of Maryland**                  represented by  **Steve W. Berman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: Phv*

**Amicus Curiae**

**State of Michigan**                  represented by  **Steve W. Berman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: Phv*

**Amicus Curiae**

**State of Minnesota**                 represented by  **Steve W. Berman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: Phv*

**Amicus Curiae**

**State of Mississippi**               represented by  **Steve W. Berman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: Phv*

**Amicus Curiae**

**State of Montana**                   represented by  **Steve W. Berman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: Phv*

**Amicus Curiae**

**State of Nebraska**      represented by   **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**State of Nevada**      represented by   **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**State of New Jersey**      represented by   **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**State of New Mexico**      represented by   **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**State of North Carolina**      represented by   **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**State of North Dakota**      represented by   **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**State of Ohio**      represented by   **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**State of Oregon**      represented by   **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**State of Pennsylvania**                    represented by  **Steve W. Berman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

<u>**Amicus Curiae**</u>

**State of Rhode Island**                    represented by  **Steve W. Berman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

<u>**Amicus Curiae**</u>

**State of South Carolina**                  represented by  **Steve W. Berman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

<u>**Amicus Curiae**</u>

**State of Tennessee**                       represented by  **Steve W. Berman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

<u>**Amicus Curiae**</u>

**State of Texas**                           represented by  **Steve W. Berman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

<u>**Amicus Curiae**</u>

**State of Virginia**                        represented by  **Steve W. Berman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

<u>**Amicus Curiae**</u>

**State of Washington**                      represented by  **Steve W. Berman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

<u>**Amicus Curiae**</u>

**State of Wyoming**                         represented by  **Steve W. Berman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

<u>**Amicus Curiae**</u>

**State of Illinois**                 represented by    **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**State of Louisiana**             represented by    **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**State of New York**            represented by    **Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Amicus Curiae**

**Northeastern University Center for**    represented by    **Mark A. Gottlieb**
**Health Policy and Law**
Northeastern University School of Law
Public Health Advocacy Institute
Room 117CU
360 Huntington Avenue
Boston, MA 02115
617-373-8487
Fax: 617-373-3672
Email: mark@phaionline.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Faith Khalik**
Northeastern University School of Law
Center for Health Policy and Law
416 Huntington Avenue
Boston, MA 02115
617-373-8493
Fax: 617-373-3672
Email: f.khalik@northeastern.edu
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Wendy Parmet**
Northeastern University School of Law
Center for Health Policy and Law
416 Huntington Avenue
Boston, MA 02115
617-373-2019
Fax: 617-373-5056
Email: w.parmet@northeastern.edu

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amicus Curiae**

**Christopher Stegawski**

**Amicus Curiae**

**American Medicine and Public Health Historians**                    represented by    **Jennifer D. Oliva**
Seton Hall University School of Law
One Newark Center
Newark, NJ 07012
973-642-8151
Fax: 973-642-8194
Email: jennifer.oliva@shu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amicus Curiae**

**Organization of American Historians**                    represented by    **Jennifer D. Oliva**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amicus Curiae**

**American Medicine and Public Health Historians and Organization of American Historians**                    represented by    **Jennifer D. Oliva**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Movant**

**David B. Gustin**                    represented by    **Brian Butler**
Dathorne & Butler
Ste. 500
600 West Main Street
Louisville, KY 40202
502-882-5192
Fax: 502-584-1212
Email: brian.butleresq@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Movant**

**David B. Gustin**                    represented by    **Brian Butler**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**<u>Movant</u>**

**Paul Andrew Pyfer**       represented by     **Albert F. Moran**
Saul Ewing Arnstein & Lehr
38 Centre Square West
1500 Market Street
Philadelphia, PA 19102
215-972-8561
Fax: 215-972-4172
Email: albert.moran@saul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Justin C. Danilewitz**
Saul Ewing Arnstein & Lehr - Philadelphia
38th Floor
Centre Square West
1500 Market Street
Philadelphia, PA 19102
215-972-1977
Fax: 215-972-1843
Email: justin.danilewitz@saul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher R. Hall**
Saul Ewing Arnstein & Lehr - Philadelphia
38th Floor
Centre Square West
1500 Market Street
Philadelphia, PA 19102
215-972-7180
Fax: 215-972-1917
Email: chris.hall@saul.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**<u>Movant</u>**

**Kenneth Mills**       represented by     **Kevin M. Spellacy**
McGinty, Hilow & Spellacy
1300 Rockefeller Bldg.
614 Superior Avenue, W
Cleveland, OH 44113
216-344-9220
Fax: 216-664-6999
Email: kspell@mghslaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Movant**

**Robert K. Decker**                    represented by   **Robert K. Decker**
*TERMINATED: 12/17/2019*                                 51719-074
                                                         TERRE HAUTE
                                                         FEDERAL CORRECTIONAL
                                                         INSTITUTION
                                                         Inmate Mail/Parcels
                                                         P.O. BOX 33
                                                         TERRE HAUTE, IN 47808
                                                         Email:
                                                         PRO SE

**Counter-Claimant**

**Christopher C. Smith**

**3rd Pty Defendant**

**King Pharmaceuticals, Inc.**          represented by   **George S. Wang**
*TERMINATED: 12/17/2018*                                 Simpson, Thacher & Bartlett - New York
*now known as*                                           425 Lexington Avenue
King Pharmaceuticals, LLC                                New York, NY 10017
*TERMINATED: 12/17/2018*                                 212-455-2228
                                                         Fax: 212-455-2502
                                                         Email: gwang@stblaw.com
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: MDL*

                                                         **Lynn K. Neuner**
                                                         Simpson, Thacher & Bartlett - New York
                                                         425 Lexington Avenue
                                                         New York, NY 10017
                                                         212-455-2696
                                                         Fax: 212-455-2502
                                                         Email: lneuner@stblaw.com
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: MDL*

**3rd Pty Defendant**

**Pfizer Inc.**                         represented by   **George S. Wang**
*TERMINATED: 12/17/2018*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: MDL*

                                                         **Lynn K. Neuner**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: MDL*

**Interested Party**

**U.S. Department of Justice, Drug Enforcement Administration**                  represented by

**Mark T. D'Alessandro**
Office of the U.S. Attorney - Columbus
Southern District of Ohio
Ste. 200
303 Marconi Blvd.
Columbus, OH 43215
614-469-5715
Fax: 614-469-5240
Email: mark.dalessandro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Govt*

**Renee A. Bacchus**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3707
Fax: 216-522-4982
Email: renee.bacchus@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**James R. Bennett , II**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3988
Fax: 216-522-4982
Email: james.bennett4@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Karen E. Swanson-Haan**
Office of the U.S. Attorney - Cleveland
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3851
Fax: 216-522-4982
Email: Karen.Swanson.Haan@usdoj.gov
*TERMINATED: 11/06/2018*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Lynne Haddad Buck**

Office of the U.S. Attorney - Cleveland
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3712
Fax: 216-522-4982
Email: lynne.buck@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Interested Party**

**United States**                    represented by   **James R. Bennett , II**
Office of the U.S. Attorney - Cleveland
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3988
Fax: 216-522-4982
Email: james.bennett4@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**M. Kathryn Bailey**
U.S. Department of Justice - Federal
Programs - 20 Massachu
20 Massachusetts Avenue, NW
Washington, DC 20001
202-514-9239
Fax: 202-616-8470
Email: kate.bailey@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Govt*

**Renee A. Bacchus**
Office of the U.S. Attorney - Cleveland
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3707
Fax: 216-522-4982
Email: renee.bacchus@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Interested Party**

**Certain Underwriters at Lloyd's London**

**Interested Party**

**Illinois Union Insurance Company**

**Interested Party**

**Ironshore Specialty Insurance Company**

**Interested Party**

| | | |
|---|---|---|
| **ZNAT Insurance Company** | represented by | **Maura Walsh Ochoa**<br>Grotefeld Hoffmann<br>Ste. 280<br>700 Larkspur Landing Circle<br>Larkspur, CA 94939<br>415-344-9670<br>Fax: 415-989-2802<br>Email:<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |
| | | **Marc A. Polansky**<br>Grotefeld Hoffman Schleiter - Encino<br>Ste. 219<br>5535 Balboa Blvd.<br>Encino, CA 91316<br>733-233-7150<br>Fax: 312-601-2402<br>Email: mpolansky@ghlaw-llp.com<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

**Interested Party**

| | | |
|---|---|---|
| **Zenith Insurance Company** | represented by | **Marc A. Polansky**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

**Interested Party**

| | | |
|---|---|---|
| **City and County of San Mateo** | represented by | **Anne Marie Murphy**<br>Cotchett, Pitre & McCarthy<br>Ste. 200<br>840 Malcolm Road<br>Burlinghame, CA 94010<br>650-697-6000<br>Fax: 650-697-0577<br>Email: amurphy@cpmlegal.com<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: MDL* |

**Interested Party**

| | | |
|---|---|---|
| **Healthcare Distribution Alliance** | represented by | **Brian S. Weinstein**<br>Davis Polk & Wardwell - New York<br>450 Lexington Avenue<br>New York, NY 10017 |

212-450-4000
Email: brian.weinstein@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Interested Party**

**Dave Yost Ohio Attorney General**        represented by   **Julie M. Pfeiffer**
Office of the Attorney General -
Constitutional Offices
State of Ohio
16th Floor
30 East Broad Street
Columbus, OH 43215
614-466-2872
Fax: 614-728-7592
Email:
Julie.Pfeiffer@ohioattorneygeneral.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Neutral**

**State of Ohio Board of Pharmacy**        represented by   **James T. Wakley**
Office of the Attorney General - East
Broad Street
26th Floor
30 East Broad Street
Columbus, OH 43215
614-466-8600
Fax: 855-326-1856
Email:
james.wakley@ohioattorneygeneral.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Special Master**

**David Rosenblum Cohen**        represented by   **David Rosenblum Cohen**
Law Office of David R. Cohen
Ste. 300
24400 Chagrin Blvd.
Cleveland, OH 44122
216-831-0001
Fax: 866-357-3535
Email: david@davidrcohen.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Special Master**

**Francis McGovern**        represented by   **Francis E. McGovern , II**
401 West Alabama Avenue

Houston, TX 77006
202-744-6750
Email: mcgovern@law.duke.edu
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Special Master**

**Cathy Yanni**                    represented by    **Catherine A. Yanni**
Ste. 1500
2 Embarcadero Center
San Francisco, CA 94111
415-215-6572
Email: cathy@cathyyanni.com
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Georgia K.E. Yanchar**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Counter-Claimant**

**James Coomer**                   represented by    **Joseph Leon Payne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

V.

**Counter-Defendant**

**Scott County Indiana Board of**   represented by    **Frank C. Dudenhefer , Jr.**
**Commissioners**                                     Ste. 2A
2721 Saint Charles Avenue
New Orleans, LA 70130
504-616-5226
Email: fcdlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert L. Houston**
HOUSTON AND THOMPSON PC
49 East Wardell Street
Scottsburg, IN 47170
(812) 752-5920
Fax: (812) 752-6989
Email: rhouston@htllawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**3rd Party Plaintiff**

**Allergan Finance LLC**                    represented by    **Jack Wesley Hill**
*TERMINATED: 12/17/2018*                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: MDL*

                                                             **Albert J. Lucas**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Active*

                                                             **Andrea B. Daloia**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Active*

                                                             **Jennifer G. Levy**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

                                                             **John R. Mitchell**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Active*

                                                             **Mark S. Cheffo**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

                                                             **Martin L. Roth**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

                                                             **Stacey A. Greenwell**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Active*

                                                             **Timothy W. Knapp**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: Phv*

                                                             **Tinos Diamantatos**

                              (See above for address)
                              *ATTORNEY TO BE NOTICED*
                              *Bar Status: Phv*

**3rd Party Plaintiff**

**CVS Pharmacy Inc.**                    represented by    **James Allen Sydnor , Jr.**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*
                              *Bar Status: MDL*

                              **Eric R. Delinsky**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*
                              *Bar Status: MDL*

                              **Mark S. Cheffo**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*
                              *Bar Status: Phv*

**3rd Party Plaintiff**

**Giant Eagle, Inc.**                    represented by    **Giant Eagle, Inc.**
                              Email:
                              PRO SE

**3rd Party Plaintiff**

**HBC Service Company**                    represented by    **Erin G. Allen**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*
                              *Bar Status: MDL*

                              **Scott D. Livingston**
                              (See above for address)
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*
                              *Bar Status: Phv*

                              **George M. Moscarino**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*
                              *Bar Status: Active*

                              **Jeremy D. Engle**
                              (See above for address)
                              *ATTORNEY TO BE NOTICED*
                              *Bar Status: MDL*

                              **Joshua A. Kobrin**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Robert M. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**William H. Falin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**3rd Party Plaintiff**

**Ohio CVS Stores, LLC**      represented by **Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**3rd Party Plaintiff**

**Rite Aid of Ohio, Inc.**      represented by **Rite Aid of Ohio, Inc.**
Email:
PRO SE

**3rd Party Plaintiff**

**Walgreen Co.**      represented by **Brent M. Buckley**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Kaspar J. Stoffelmayr**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**3rd Party Plaintiff**

**Walgreen Eastern Co., Inc.**      represented by **Robert A. Nicholas**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Fazal A. Shere**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gerard R. Stowers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jessie F. Reckart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kaspar J. Stoffelmayr**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ronda L. Harvey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

<u>**3rd Party Plaintiff**</u>

**Walmart, Inc.**                    represented by   **Laura Kolesar Gura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher S. Dodrill**
(See above for address)
***TERMINATED: 10/26/2018***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tara A. Fumerton**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Tina M. Tabacchi**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

V.

**<u>3rd Pty Defendant</u>**

**John and Jane Does**
*1-500*

**<u>3rd Party Plaintiff</u>**

**CVS Pharmacy Inc.**                represented by    **James Allen Sydnor , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**<u>3rd Party Plaintiff</u>**

**Discount Drug Mart, Inc.**          represented by    **Louis W. Erb**
(See above for address)
***TERMINATED: 06/13/2019***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Timothy D. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**3rd Party Plaintiff**

**Giant Eagle, Inc.**        represented by    **Giant Eagle, Inc.**
(See above for address)
PRO SE

**3rd Party Plaintiff**

**HBC Service Company**        represented by    **HBC Service Company**
Email:
PRO SE

**3rd Party Plaintiff**

**Ohio CVS Stores, LLC**        represented by    **Eric R. Delinsky**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**3rd Party Plaintiff**

**Rite Aid of Ohio, Inc.**        represented by    **Rite Aid of Ohio, Inc.**
(See above for address)
PRO SE

**3rd Party Plaintiff**

**Walgreen Co.**        represented by    **Brent M. Buckley**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Kaspar J. Stoffelmayr**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Robert A. Nicholas**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**3rd Party Plaintiff**

**Walgreen Eastern Co., Inc.**        represented by    **Robert A. Nicholas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Fazal A. Shere**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Gerard R. Stowers**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Jessie F. Reckart**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kaspar J. Stoffelmayr**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Ronda L. Harvey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**3rd Party Plaintiff**

**Walmart, Inc.**                    represented by   **Laura Kolesar Gura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Christopher S. Dodrill**
(See above for address)
***TERMINATED: 10/26/2018***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark S. Cheffo**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Tara A. Fumerton**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Tina M. Tabacchi**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

V.

**3rd Pty Defendant**

**John and Jane Does**
*1-500*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2017 | | Judge Dan Aaron A. Polster(MDL2804) assigned to case. (C,KA) (Entered: 12/08/2017) |
| 12/08/2017 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge David A. Ruiz. (C,KA) Modified filed date 12/12/2017 (C,KA). (Entered: 12/12/2017) |
| 12/12/2017 | 1 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring the 64 listed cases to the Northern District of Ohio. (C,KA) (Entered: 12/12/2017) |
| 12/14/2017 | 2 | Expedited Non-Appeal Transcript Order Form for proceedings held on December 13, 2017 before Judge Polster, Court Reporter: George Staiduhar. Requested completion date: December 18, 2017 filed by Purdue Frederick Company, Inc., Purdue Pharma Inc., Purdue Pharma L.P.. (Buckley, Daniel) (Entered: 12/14/2017) |
| 12/14/2017 | 3 | Expedited Non-Appeal Transcript Order Form for proceedings held on 12/13/17 before Judge Polster, Court Reporter: George Studehar. Requested completion date: 12/15/17 filed by All Plaintiffs. (Weinberger, Peter) (Entered: 12/14/2017) |
| 12/14/2017 | 4 | **Minutes** of Teleconference and **Scheduling Order**. The Court held an initial teleconference with Counsel in this Multidistrict Litigation (MDL) on December 13, 2017. No later than 12:00 noon Eastern Time on Wednesday, December 20, 2017, Counsel for Plaintiffs and Defendants shall file a Motion to Approve Liaison Counsel and Steering Committees. All agreed with the Court's suggestion that it would be beneficial to appoint a Special Master to assist in handling this MDL. So, no later than 12:00 noon Eastern Time on Wednesday, December 20, 2017, Counsel shall caucus and file any recommendations of specific persons. There are currently pending 16 cases with remand motions where Defendants removed the case to federal court based ostensibly on diversity jurisdiction, contending that the non-diverse Distributor Defendants were fraudulently joined. The Court explained that it would be better to leave the motions pending for the time being for reasons stated on the record, and Counsel agreed. There is, however, one remand motion pending in a case that Defendants removed to federal court a second time, after the |

| | | |
|---|---|---|
| | | district judge granted plaintiffs' motion to remand. State of West Virginia, et al. v. McKesson Corp., C.A. No. 2:17-03555. The Court has directed the Clerk of Court to transfer that case back to the transferor court for a ruling on the pending motion to remand. Should the district judge deny the motion, it shall transfer the case back to this MDL. The Court has scheduled a conference beginning at 9:00 a.m. on Tuesday, January 9, 2018. This is an in-person conference for Counsel only. The Court agreed that Plaintiffs and Defendants may each email to the Court, no later than 12:00 noon Eastern Time on Friday, January 5, 2018, suggestions they believe will assist the Court in organizing and managing this MDL. The Court granted Counsel's verbal request to extend the deadline for achieving service to 60 days after the expiration of the time period under Federal Rule Civil Procedure 4(m). Because the Court is still in the early stages of organizing the MDL, the Court has put a **moratorium** on all filings, other than the ones mentioned herein, for 60 days. Judge Dan Aaron Polster on 12/14/2017 (C,KA) (Entered: 12/14/2017) |
| 12/14/2017 | 5 | **Conditional Transfer Order** (CTO-1) by the Judicial Panel on Multidistrict Litigation transferring the action(s) on the attached schedule to the Northern District of Ohio. (C,KA) (Entered: 12/14/2017) |
| 12/14/2017 | 6 | Expedited Non-Appeal Transcript Order Form for proceedings held on December 13, 2017 before Judge Polster, Court Reporter: George Staiduhar. Requested completion date: 12/15/17 filed by City of Tacoma. (Loeser, Derek) (Entered: 12/14/2017) |
| 12/14/2017 | 7 | Notice of Organizational Meeting for Plaintiffs' Counsel ONLY scheduled for Monday, December 18, 2017 filed by All Plaintiffs. (Weinberger, Peter) (Entered: 12/14/2017) |
| 12/14/2017 | 8 | Attorney Appearance *of Gretchen Freeman Cappio* by Derek W. Loeser filed by on behalf of City of Tacoma. (Loeser, Derek) (Entered: 12/14/2017) |
| 12/14/2017 | 9 | Attorney Appearance *of Lynn Lincoln Sarko* by Derek W. Loeser filed by on behalf of City of Tacoma. (Loeser, Derek) (Entered: 12/14/2017) |
| 12/18/2017 | 10 | Transcript of telephone conference held on December 13th, 2017 before Judge Dan C. Polster. To obtain a bound copy of this transcript please contact court reporter George J. Staiduhar at (216) 357-7128. [54 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 12/25/2017. Redaction Request due 1/8/2018. Redacted Transcript Deadline set for 1/18/2018. Release of Transcript Restriction set for 3/19/2018. Related document(s) 2 , 3 , 6 . (S,G) (Entered: 12/18/2017) |
| 12/18/2017 | 11 | Entry of Attorney Appearance by Judd E. Stone, Kelly A. Moore, Thomas J. Sullivan, Daniel Carmeli filed by on behalf of Rite Aid of Maryland, Inc. (C,KA) (Entered: 12/18/2017) |
| 12/18/2017 | 12 | Attorney Appearance by T. Roe Frazer, II, Patrick D. McMurtray filed on behalf of Baptist Hospital, Inc.(C,KA) (Entered: 12/18/2017) |
| 12/18/2017 | 13 | Attorney Appearance/substitution of counsel Mark H. Lynch in place of Emily Johnson Henn filed on behalf of McKesson Corporation. (C,KA) (Entered: |

| | | 12/18/2017) |
|---|---|---|
| 12/18/2017 | 14 | Expedited Non-Appeal Transcript Order Form for proceedings held on 12/13/2017 before Judge Dan C. Polster, re 10 Transcript - Official Court Transcript filed by Court Reporter,,. Court Reporter: George J. Staiduhar. Requested completion date: 12/22/2017 filed by Wal-Mart Stores East, LP. Related document(s) 10 . (Dodrill, Christopher) (Entered: 12/18/2017) |
| 12/19/2017 | 15 | Attorney Appearance by Brian P. FitzGerald filed by on behalf of Perry Fine, Scott Fishman, Lynn Webster. (Attachments: # 1 Schedule of Actions and Represented) (FitzGerald, Brian) (Entered: 12/19/2017) |
| 12/20/2017 | 16 | **Motion** Plaintiffs' Motion to Approve Co-Leads, Co-Liaisons, and Plaintiffs' Executive Committee filed by Baptist Hospital, Inc., Raaimie Barker, Bell County Fiscal Court, City of Cincinnati, City of Lorain, City of Parma, City of Tacoma, City of Toledo, Clark County, County of Cuyahoga, County of Gallatin, County of Harrison, County of Morris, County of Upshur, County of Washington, Harlan County Fiscal Court, Knox County Fiscal Court, Lincoln County Fiscal Court, Local No. 38 IBEW Health and Welfare Fund, Monroe County, Nicholas County Fiscal Court, People of Gallatin County, People of Washington County, Richland County Children's Services, Charles Sparks, St. Croix County, Town of Kermit, Vernon County. (Weinberger, Peter) (Entered: 12/20/2017) |
| 12/20/2017 | | **Order** [non-document]. At counsel's request, the Court held a brief teleconference with Plaintiffs' counsel Peter Weinberger, Jayne Conroy, Joe Rice and Paul Farrell, and Defense counsel Mark Cheffo, Sara Roitman and Inu Mainigi. Counsel jointly asked the Court to extend the deadline for filing the list of proposed Special Master(s), and Defense Counsel asked the Court to extend the deadline for filing their proposed list of Liaison and Lead Counsel along with the Executive and Steering Committees. The Court granted the requested extension until **Friday, December 22, 2017 at 3:00 p.m.** Judge Dan Aaron Polster on 12/20/2017. (C,KA) (Entered: 12/20/2017) |
| 12/20/2017 | | **Order** [non-document] - It has come to the Court's attention that there are counsel for Plaintiffs who want to file briefs responding to Plaintiffs Motion to Approve Co-Leads, Co-Liaisons, and Plaintiffs' Executive Committee (Doc #: 16 ). The Court has decided to lift the current stay on litigation for the sole purpose of allowing counsel for Plaintiffs who wish to file response briefs to Plaintiffs' Motion, to do so no later than 3:00 p.m. on Thursday, December 21, 2017. Movants shall file reply briefs no later than 10:00 a.m. on Friday, December 22, 2017. Approved by Judge Dan Aaron Polster on 12/20/17. (P,R) (Entered: 12/20/2017) |
| 12/21/2017 | 17 | Amended **Motion** to approve Co-Leads, Co-Liaisons, and Executive Committee filed by Baptist Hospital, Inc., Raaimie Barker, Bayfield County, Bell County Fiscal Court, Buncombe County, City of Chicago, City of Cincinnati, City of Lorain, City of Parma, City of Tacoma, City of Toledo, Clark County, County of Cherokee, County of Cuyahoga, County of Gallatin, County of Harrison, County of Morris, County of Rusk, County of Upshur, County of Washington, Harlan County Fiscal Court, Knox County Fiscal Court, Lincoln County Fiscal Court, Local No. 38 IBEW Health and Welfare Fund, Marquette County, Monroe County, Nicholas County Fiscal Court, People of Gallatin County, People of Washington County, Richland County Children's Services, Sawyer County, Charles Sparks, St. |

| | | |
|---|---|---|
| | | Croix County, Town of Kermit, Trempealeau County, Vernon County, Waushara County. Related document(s) 16 . (Weinberger, Peter) (Entered: 12/21/2017) |
| 12/21/2017 | 18 | **Response** to 16 **Motion** Plaintiffs' Motion to Approve Co-Leads, Co-Liaisons, and Plaintiffs' Executive Committee, 17 Amended **Motion** to approve Co-Leads, Co-Liaisons, and Executive Committee *Objection and Opposition* filed by Raaimie Barker, Raaimie Barker, Robert Carlton, City of Welch, City of Williamson, County Commission of Lincoln County, County Commission of McDowell County, County Commission of Mercer County, Reba Honaker, Vivian Livinggood, Town of Kermit. (Yanchunis, John) (Entered: 12/21/2017) |
| 12/21/2017 | 19 | **Response** to 16 **Motion** Plaintiffs' Motion to Approve Co-Leads, Co-Liaisons, and Plaintiffs' Executive Committee, 17 Amended **Motion** to approve Co-Leads, Co-Liaisons, and Executive Committee filed by Baptist Hospital, Inc.. (Attachments: # 1 Exhibit CV)(Frazer, T.) (Entered: 12/21/2017) |
| 12/21/2017 | 20 | **Response** to 16 **Motion** Plaintiffs' Motion to Approve Co-Leads, Co-Liaisons, and Plaintiffs' Executive Committee, 17 Amended **Motion** to approve Co-Leads, Co-Liaisons, and Executive Committee *by TPP Plaintiffs* filed by All Plaintiffs. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit)(Climaco, John) (Entered: 12/21/2017) |
| 12/21/2017 | 21 | **Conditional Transfer Order** (CTO-2) by the Judicial Panel on Multidistrict Litigation transferring the action(s) on the attached schedule to the Northern District of Ohio. (C,KA) (Entered: 12/21/2017) |
| 12/21/2017 | 22 | **Order** re: Plaintiffs' Amended Motion to Approve Co-Leads, Co-Liaisons and Executive Committee 17 , and objections thereto 18 19 20 , directing Plaintiffs to apply the Court's principles (see order) and submit another proposed slate no later that 12:00 noon on Wednesday, January 3, 2018. Judge Dan Aaron Polster on 12/21/17. (P,R) (Entered: 12/21/2017) |
| 12/22/2017 | 23 | **Motion** to Approve Liaison Counsel and Steering Committee filed by Perry Fine, Scott Fishman, Russell Portenoy, Lynn Webster. (Tarney, Tyler) (Entered: 12/22/2017) |
| 12/22/2017 | 24 | **Motion** to Approve Liaison Counsel and Steering Committee filed by Abbott Laboratories, Abbott Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc., Actavis, Inc., Allergan Finance LLC, Allergan PLC, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, CVS Indiana, L.L.C., Cardinal Health 105, Inc., Cardinal Health 108, LLC, Cardinal Health 110, LLC, Cardinal Health 112, LLC, Cardinal Health 414, LLC, Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Mallinckrodt PLC, Masters Pharmaceutical, Inc., McKesson Corporation, Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Purdue Frederick Company, Inc., Purdue Pharma Inc., Purdue Pharma L.P., TEV Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Wal-Mart Stores East, LP, Watson Laboratories, Inc., Watson Pharmaceuticals, Inc.. Related document(s) 4 . (Cheffo, Mark) (Entered: 12/22/2017) |

| | | |
|---|---|---|
| 12/22/2017 | 25 | **Order** - The Court has received and is considering parties' suggestions of special master(s); will be in a position to make a decision after the 1/9/18 conference. Judge Dan Aaron Polster(MDL2804) on 12/22/17. (P,R) (Entered: 12/22/2017) |
| 12/22/2017 | 26 | Attorney Appearance by Eric H. Zagrans filed by on behalf of Insys Therapeutics, Inc.. (Zagrans, Eric) (Entered: 12/22/2017) |
| 12/22/2017 | 27 | Corporate Disclosure Statement filed by Insys Therapeutics, Inc.. (Zagrans, Eric) (Entered: 12/22/2017) |
| 12/22/2017 | 28 | **Motion** for attorney J. Matthew Donohue to Appear Pro Hac Vice. Filing fee $ 120, receipt number 647-8478058, filed by Defendant Insys Therapeutics, Inc. (Attachments: # 1 Declaration & Certificate of Good Standing, # 2 Proposed Order)(Zagrans, Eric) (Entered: 12/22/2017) |
| 12/22/2017 | 29 | **Motion** for attorney Joseph L. Franco to Appear Pro Hac Vice. Filing fee $ 120, receipt number 0647-8478061, filed by Defendant Insys Therapeutics, Inc. (Attachments: # 1 Declaration & Certificate of Good Standing, # 2 Proposed Order)(Zagrans, Eric) (Entered: 12/22/2017) |
| 12/27/2017 | 30 | Corporate Disclosure Statement identifying Corporate Parent Rite Aid Corporation for Rite Aid of Maryland, Inc. filed by Rite Aid of Maryland, Inc.. (Carmeli, Daniel) (Entered: 12/27/2017) |
| 12/29/2017 | 31 | Attorney Appearance of counsel Madeleine Brumley filed on behalf of Douglas Anderson. (C,KA) (Entered: 12/29/2017) |
| 12/29/2017 | | **Order** [non-document] granting Physician Defendants' and Manufacturer and Distributor Defendants' Motions to Approve Liaison Counsel and Steering Committee (Related Doc # 23 , 24 ). The Court Orders the addition of two representatives for individual defendants to the Steering Committee - attorney Tyler Tarney and one attorney from Gordon & Reese. The Court directs Tyler Tarney to file a notice designating the attorney selected. Entered on behalf of Judge Dan Aaron Polster on 12/29/2017.(K,K) (Entered: 12/29/2017) |
| 01/02/2018 | 32 | Attorney Appearance by John Laurens Wilkes filed by on behalf of Abbvie Inc., Knoll Pharmaceutical Company. (Wilkes, John) (Entered: 01/02/2018) |
| 01/03/2018 | 33 | **Motion** to establish a proper leadership structure for the Hospital plaintiffs filed by Plaintiff Baptist Hospital, Inc. Related document(s) 22 . (Attachments: # 1 Exhibit Curriculum Vitae of J. Nixon Daniel, III)(Frazer, T.) (Entered: 01/03/2018) |
| 01/03/2018 | 34 | **Motion** to Approve Co-Leads, Co-Liaisons, and Executive Committee filed by Douglas Anderson, Baptist Hospital, Inc., Raaimie Barker, Bayfield County, Bell County Fiscal Court, Berkeley County Council, Buncombe County, Butler County Board of Commissioners, City of Chicago, City of Cincinnati, City of Indianapolis, City of Lorain, City of Manchester New Hampshire, City of Parma, City of Tacoma, City of Toledo, Clark County, Clark County Fiscal Court, County of Bowie, County of Cherokee, County of Cuyahoga, County of Gallatin, County of Hamilton, County of Harrison, County of Lamar, County of Leon, County of Morris, County of Pulaski, County of Red River, County of Rusk, County of Titus, County of Upshur, County of Washington, Mark Garber, Harlan County Fiscal Court, William Hilton, Infirmary Health Hospitals, Inc., Jefferson County Commission, Knox County Fiscal Court, Lincoln County Fiscal Court, Local No. |

| | | 38 IBEW Health and Welfare Fund, Tony Mancuso, Marion County, Marquette County, Monroe County, Monroe County Healthcare Authority, Nicholas County Fiscal Court, People of Gallatin County, People of Hamilton County, People of Pulaski County, People of Washington County, Philadelphia Federation of Teachers Health and Welfare Fund, Pierce County, Richland County Children's Services, Sawyer County, Southwest Mississippi Regional Medical Center, Charles Sparks, St. Croix County, Town of Kermit, Township of Irvington, Trempealeau County, United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania, Vernon County, Waupaca County, Waushara County, Woodford County Fiscal Court. Related document(s) 16 , 17 . (Attachments: # 1 Appendix A)(Weinberger, Peter) (Entered: 01/03/2018) |
|---|---|---|
| 01/03/2018 | 35 | **Marginal Entry Order** denying as moot doc # 17 Plaintiffs' amended motion to approve co-leads, co-liaisons, and executive committee based on issuance of doc # 22 . Judge Dan Aaron Polster on 1/3/2018.(C,KA) (Entered: 01/03/2018) |
| 01/04/2018 | 36 | **Marginal Entry Order** denying as moot 16 plaintiffs' Motion to approve co-leads, co-liasions, and plaintiffs' executive committee based on filing of doc 17 . Judge Dan Aaron Polster on 1/4/2018. (C,KA) (Entered: 01/04/2018) |
| 01/04/2018 | 37 | **Marginal Entry Order** granting 34 plaintiffs' renewed motion to approve co-leads, co-liasions, and executive committee. Judge Dan Aaron Polster on 1/4/2018 (C,KA) (Entered: 01/04/2018) |
| 01/04/2018 | 38 | Notice of Appointment of Steering Committee Representative filed by Physician defendants Perry Fine, Scott Fishman, Russell Portenoy, Lynn Webster. (Tarney, Tyler) (Entered: 01/04/2018) |
| 01/04/2018 | 39 | Attorney Appearance by Marcus N. Bozeman filed by on behalf of Michael Ray Lewis. (Bozeman, Marcus) (Entered: 01/04/2018) |
| 01/04/2018 | 40 | **Motion** for attorney Stephanie E. Parker to Appear Pro Hac Vice. Filing fee $ 120, receipt number 647-8490440, filed by Abbvie Inc., Knoll Pharmaceutical Company. (Attachments: # 1 Affidavit & Certificate of Good Standing, # 2 Proposed Order)(Wilkes, John) (Entered: 01/04/2018) |
| 01/04/2018 | 41 | Attorney Appearance *of Stephanie E. Parker* by John Laurens Wilkes filed by on behalf of Abbvie Inc., Knoll Pharmaceutical Company. (Wilkes, John) (Entered: 01/04/2018) |
| 01/04/2018 | 42 | Attorney Appearance by David B. Alden filed by on behalf of Abbvie Inc., Knoll Pharmaceutical Company. (Alden, David) (Entered: 01/04/2018) |
| 01/05/2018 | 43 | Attorney Appearance by Kaspar J. Stoffelmayr filed on behalf of Walgreen Eastern Co., Inc. (C,KA) (Entered: 01/05/2018) |
| 01/05/2018 | 44 | Expedited Non-Appeal Transcript Order Form filed by Kevin Harris for proceedings held on 12/13/17 before Judge Polster, Court Reporter: George Staiduhar. Requested completion date: 1/8/18 (K,J) (Entered: 01/05/2018) |
| 01/05/2018 | 45 | Attorney Appearance by Megan L. Rodgers filed on behalf of McKesson Corporation. (C,KA) (Entered: 01/05/2018) |
| 01/05/2018 | 46 | Attorney Appearance by Sharon S. Almonrode filed by on behalf of County of Oakland, County of Wayne. (Almonrode, Sharon) (Entered: 01/05/2018) |

| 01/05/2018 | 47 | Attorney Appearance by E. Powell Miller filed by on behalf of County of Oakland, County of Wayne. (Miller, E.) (Entered: 01/05/2018) |
|---|---|---|
| 01/05/2018 | 48 | Attorney Appearance *of Mitchell G. Blair* by Jason J. Blake filed by on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. (Blake, Jason) (Entered: 01/05/2018) |
| 01/05/2018 | 49 | Notice of Telephone Participation Instructions for January 9, 2018 Hearing filed by All Plaintiffs. Related document(s) 4 .(Weinberger, Peter) (Entered: 01/05/2018) |
| 01/05/2018 | 50 | Attorney Appearance by Clay K. Keller filed by on behalf of Miami-Luken, Inc.. (Keller, Clay) (Entered: 01/05/2018) |
| 01/07/2018 | 51 | Notice of Attorney Appearance by Bruce B. Elfvin, Neil Henrichsen, Helen Albee, Chris Moser, Cyrus Mehri, Steve Skalet, U.W. Clemon, Jay Angoff, Wayne Hogan, Leslie Goller, Michael Del Giudice, and Michael Goodstein filed on behalf of Payor Parties Employer-Teamster Local #175 & 505 Health and Welfare Fund and Employer-Teamster Local # 175 & 505 Retiree Health & Welfare Fund. (Elfvin, Bruce) Modified text 1/8/2018 (C,KA). (Entered: 01/07/2018) |
| 01/08/2018 | 52 | Notice of Substitution of Counsel removing attorney *Mark T. D'Alessandro* and adding attorney James R. Bennett, II filed by on behalf of U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 01/08/2018) |
| 01/08/2018 | 53 | Attorney Appearance *of O. Judson Scheaf III and Jordan D. Rauch* by Jordan D. Rauch filed by on behalf of Russell Portenoy. (Rauch, Jordan) (Entered: 01/08/2018) |
| 01/08/2018 | 54 | Attorney Appearance by Christopher A. Seeger filed by on behalf of Township of Irvington. (Seeger, Christopher) (Entered: 01/08/2018) |
| 01/08/2018 | 55 | Attorney Appearance by David R. Buchanan filed by on behalf of Township of Irvington. (Buchanan, David) (Entered: 01/08/2018) |
| 01/08/2018 | 56 | Attorney Appearance by Christopher M. Huck filed by on behalf of City of Everett. (Huck, Christopher) (Entered: 01/08/2018) |
| 01/10/2018 | 59 | Expedited Non-Appeal Transcript Order Form filed by Carole Rendon for proceedings held on 1/9/18 before Judge Polster, Court Reporter: Donnalee Cotone. Requested completion date: 1/10/18 (K,J) (Entered: 01/10/2018) |
| 01/10/2018 | **60** | **Conditional Transfer Order** (CTO-3) by the Judicial Panel on Multidistrict Litigation transferring the action(s) on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 01/10/2018) |
| 01/10/2018 | 61 | Expedited Non-Appeal Transcript Order Form for proceedings held on 1/9/18 before Judge Polster, Court Reporter: Donnalee Cotone. Requested completion date: 1/10/18 filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 01/10/2018) |
| 01/10/2018 | 62 | Non-Appeal Transcript Order Form for proceedings held on January 9, 2018 before Judge Judge Polster, Court Reporter: Donnalee Cotone. Requested completion date: February 10, 2018 filed by County of San Joaquin. (Scarpulla, Francis) (Entered: 01/10/2018) |

| 01/11/2018 | 63 | Non-Appeal Transcript Order Form re 58 Transcript - Official Court Transcript filed by Court Reporter,,. filed by County of McLennan. Related document(s) 58 . (Evans, Benjamin) (Entered: 01/11/2018) |
|---|---|---|
| 01/11/2018 | 64 | Attorney Appearance by Eric R. Delinsky filed by on behalf of CVS Indiana, L.L.C.. (Delinsky, Eric) (Entered: 01/11/2018) |
| 01/11/2018 | 65 | Non-Appeal Transcript Order Form for proceedings held on January 9, 2018 before Judge Dan A. Polster, re 58 Transcript - Official Court Transcript filed by Court Reporter,,. Court Reporter: Donnalee Cotone. Requested completion date: February 11, 2018 filed by CVS Indiana, L.L.C.. Related document(s) 58 . (Delinsky, Eric) (Entered: 01/11/2018) |
| 01/11/2018 | 66 | Attorney Appearance by Eric R. Delinsky filed by on behalf of Omnicare Distribution Center LLC. (Delinsky, Eric) (Entered: 01/11/2018) |
| 01/11/2018 | 67 | Attorney Appearance by Anant Kumar filed by on behalf of CVS Indiana, L.L.C.. (Kumar, Anant) (Entered: 01/11/2018) |
| 01/11/2018 | 68 | Attorney Appearance by Anant Kumar filed by on behalf of Omnicare Distribution Center LLC. (Kumar, Anant) (Entered: 01/11/2018) |
| 01/11/2018 | 69 | **Appointment Order** appointing as Special Masters David R. Cohen, Francis McGovern and Cathy Yanni. Judge Dan Aaron Polster(MDL2804) on 1/11/18. (Attachments: # 1 Affidavit of Francis McGovern, # 2 Affidavit of David Cohen, # 3 Affidavit of Cathy Yanni)(P,R) (Entered: 01/11/2018) |
| 01/11/2018 | 70 | **Minute Order** of Initial Pretrial Conference held on 1/9/18. Information Conference set for 1/31/2018 at 9:00 AM in Courtroom 18B before Judge Dan Aaron Polster. Counsel to confer and file a single proposed agenda for morning session by 12:00 p.m. EST on 1/26/18. Time: 5 hrs. Judge Dan Aaron Polster on 1/11/18. (P,R) (Entered: 01/11/2018) |
| 01/12/2018 | 71 | Transcript of Status Conference held on 1-9-18 before Judge Dan A. Polster. To obtain a bound copy of this transcript please contact court reporter Donnalee Cotone, RMR, CRR, CRC at 216-357-7078. [21 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 1/19/2018. Redaction Request due 2/2/2018. Redacted Transcript Deadline set for 2/12/2018. Release of Transcript Restriction set for 4/12/2018. Related document(s) 59 . (C,Do) (Entered: 01/12/2018) |
| 01/12/2018 | 72 | Attorney Appearance by Paul J. Geller filed by on behalf of County of Oakland, County of Wayne, Plaintiffs' Executive Committee. (P,R) (Entered: 01/12/2018) |
| 01/12/2018 | 73 | Attorney Appearance by Mark J. Dearman filed by on behalf of County of Oakland, County of Wayne. (P,R) (Entered: 01/12/2018) |
| 01/12/2018 | 74 | Attorney Appearance by Aelish Marie Baig filed by on behalf of County of Oakland, County of Wayne. (P,R) (Entered: 01/12/2018) |
| 01/12/2018 | 75 | Attorney Appearance *Sarah S. Burns* by Paul J. Hanly, Jr filed by on behalf of County of St. Louis, Missouri. (Hanly, Paul) (Entered: 01/12/2018) |

| 01/12/2018 | 76 | Attorney Appearance by Paul J. Hanly, Jr filed by on behalf of County of St. Louis, Missouri. (Hanly, Paul) (Entered: 01/12/2018) |
|---|---|---|
| 01/12/2018 | 77 | Attorney Appearance by Jayne Conroy filed by on behalf of County of St. Louis, Missouri. (Conroy, Jayne) (Entered: 01/12/2018) |
| 01/16/2018 | | **Order** [non-document] denying as moot, based on Doc. ##: 34 37 , Motion to establish a proper leadership structure for the Hospital plaintiffs filed by Plaintiff Baptist Hospital, Inc. (Related Doc # 33 ). Approved by Judge Dan Aaron Polster(MDL2804) on 1/16/18.(P,R) (Entered: 01/16/2018) |
| 01/16/2018 | 78 | Attorney Appearance by James R. Dugan, II filed by on behalf of United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania. (Dugan, James) (Entered: 01/16/2018) |
| 01/17/2018 | 79 | **Conditional Transfer Order** (CTO-4) by the Judicial Panel on Multidistrict Litigation transferring the 33 actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 01/17/2018) |
| 01/18/2018 | 80 | Attorney Appearance by Yvonne M. Flaherty filed by on behalf of Leech Lake Band of Ojibwe, The, Mower County, Minnesota, RamseyCounty, Minnesota, Washington County, Minnesota. (Flaherty, Yvonne) (Entered: 01/18/2018) |
| 01/19/2018 | 81 | Attorney Appearance by Rhon E Jones filed on behalf of City of Greenville, Alabama, Houston County, Alabama. (P,R) (Entered: 01/19/2018) |
| 01/19/2018 | 82 | Attorney Appearance *of Michael H. Carpenter, Timothy R. Bricker, Jonathan M. Cyrluk, David J. Barthel, and Stephen E. (Ned) Dutton* by Michael H. Carpenter filed by on behalf of City of Columbus. (Carpenter, Michael) (Entered: 01/19/2018) |
| 01/19/2018 | 83 | Attorney Appearance by Devon P. Allard filed by on behalf of County of Oakland, County of Wayne. (P,R) (Entered: 01/19/2018) |
| 01/19/2018 | 84 | Attorney Appearance by Rhon Eugene Jones filed by on behalf of City of Greenville, Alabama, Houston County, Alabama. (Jones, Rhon) (Entered: 01/19/2018) |
| 01/19/2018 | 85 | Attorney Appearance by S. Amy Spencer filed by on behalf of Russell Portenoy. (Spencer, S.) (Entered: 01/19/2018) |
| 01/23/2018 | 86 | **Order** revoking directive that Dr. Russell Portenoy attend 1/31/18 hearing. Judge Dan Aaron Polster(MDL2804) on 1/22/18. (P,R) (Entered: 01/23/2018) |
| 01/23/2018 | 87 | Attorney Appearance by Christopher L. Coffin filed by on behalf of MAO-MSO Recovery II, LLC, MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC. (Coffin, Christopher) (Entered: 01/23/2018) |
| 01/23/2018 | 88 | Attorney Appearance by Courtney L. Stidham filed by on behalf of MAO-MSO Recovery II, LLC, MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC. (Stidham, Courtney) (Entered: 01/23/2018) |
| 01/24/2018 | 89 | **Order** - The Court enters this order to make clear that the entire 1/31/18 conference both morning and afternoon is directed at settlement, with only invited attendees, and therefore is not open to the public. Judge Dan Aaron Polster(MDL2804) on 1/24/18. (P,R) (Entered: 01/24/2018) |

| 01/24/2018 | 90 | Attorney Appearance by Jennifer Fountain Connolly filed by on behalf of City of Seattle. (P,R) (Entered: 01/24/2018) |
|---|---|---|
| 01/24/2018 | 91 | **Conditional Transfer Order** (CTO-5) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 01/24/2018) |
| 01/24/2018 | 92 | Attorney Appearance by Donald S. Scherzer filed by on behalf of Purdue Pharma L.P.. (Scherzer, Donald) (Entered: 01/24/2018) |
| 01/24/2018 | 93 | **Motion** to substitute attorney *Geoffrey E. Hobart as Distributor Defendants' Co-Liaison Counsel* in place of attorney *Ralph E. Cascarilla* filed by Defendant McKesson Corporation. (Rodgers, Megan) (Entered: 01/24/2018) |
| 01/24/2018 | 94 | **Order** clarifying State Attorneys General appearance at 1/31/18 conference. See order. Judge Dan Aaron Polster(MDL2804) on 1/24/18. (P,R) (Entered: 01/24/2018) |
| 01/25/2018 | 95 | Attorney Appearance by Ben Michael Harrington filed on behalf of City of Seattle. (P,R) (Entered: 01/25/2018) |
| 01/25/2018 | 96 | Notice of Withdrawal filed by Kroger Limited Partnership I, Kroger Limited Partnership II, SAJ Distributors, Walgreen Eastern Co., Inc.. (Harvey, Ronda) (Entered: 01/25/2018) |
| 01/26/2018 | | **Order** [non-document] granting Defendant McKesson's Motion to Substitute Co-Liaison Counsel (Related Doc # 93 ). Judge Dan Aaron Polster (MDL 2804) on 1/26/18.(P,R) (Entered: 01/26/2018) |
| 01/26/2018 | 97 | Attorney Appearance by Tara D. Sutton filed by on behalf of Flandreau Santee Sioux Tribe, Rosebud Sioux Tribe, Sisseton-Wahpeton Oyate. (Sutton, Tara) (Entered: 01/26/2018) |
| 01/26/2018 | 98 | Joint Proposed Agenda for January 31, 2018 Hearing-Morning Session filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Rendon, Carole) (Entered: 01/26/2018) |
| 01/26/2018 | 99 | Joint Attorney Appearance *for Additional Plaintiff* by Bruce B. Elfvin *and Other Counsel* filed by on behalf of Ohio Conference of Teamsters & Industry Health and Welfare Fund. (Elfvin, Bruce) (Entered: 01/26/2018) |
| 01/26/2018 | 100 | Attorney Appearance by Paul J. Pennock filed on behalf of Chippewa, County of, City of Detroit, Michigan, A Municipal Corporation, County of Crawford, Michigan, County of Roscommon, Michigan, Delta, County of, Escanaba, City of, Genesee, County of, Grand Traverse, County of, Lansing, City of, Leelanau, County of, Macomb, County of, Manistee, County of, Marquette County, Mason, County of, Saginaw, County of. (P,R) (Entered: 01/26/2018) |
| 01/26/2018 | 101 | Attorney Appearance by Paul F. Novak filed by on behalf of Chippewa, County of, City of Detroit, Michigan, A Municipal Corporation, County of Crawford, Michigan, County of Roscommon, Michigan, Delta, County of, Escanaba, City of, Genesee, County of, Grand Traverse, County of, Lansing, City of, Leelanau, County of, Macomb, County of, Manistee, County of, Marquette County, Mason, County of, Saginaw, County of. (Novak, Paul) (Entered: 01/26/2018) |

| | | |
|---|---|---|
| 01/26/2018 | 102 | Attorney Appearance by Ellen Relkin filed by on behalf of Chippewa, County of, City of Detroit, Michigan, A Municipal Corporation, County of Crawford, Michigan, County of Roscommon, Michigan, Delta, County of, Escanaba, City of, Genesee, County of, Grand Traverse, County of, Lansing, City of, Leelanau, County of, Macomb, County of, Manistee, County of, Marquette County, Mason, County of, Saginaw, County of. (Relkin, Ellen) (Entered: 01/26/2018) |
| 01/26/2018 | 103 | Attorney Appearance by Timothy Q. Purdon filed by on behalf of Flandreau Santee Sioux Tribe, Rosebud Sioux Tribe, Sisseton-Wahpeton Oyate. (P,R) (Entered: 01/26/2018) |
| 01/26/2018 | 104 | Attorney Appearance by Holly H. Dolejsi filed on behalf of Flandreau Santee Sioux Tribe, Rosebud Sioux Tribe, Sisseton-Wahpeton Oyate. (P,R) (Entered: 01/26/2018) |
| 01/29/2018 | | **Order** [non-document] - It has come to the Court's attention that it has granted numerous unopposed motions for extensions of time to respond to complaints that are inconsistent with each other (e.g., 60 days after the date on which removal is finally determined, pending a final decision by the JPML on whether to transfer the action for coordinated pretrial proceedings, 75 days from the final determination on removal). The time for Defendants to respond to Plaintiffs' complaints in this MDL is hereby suspended until further instruction by the Court. The stay on litigation includes motions for extensions of time to respond to complaints. All such pending motions are denied as moot. Judge Dan Aaron Polster (MDL 2804) on 1/29/18. (P,R) (Entered: 01/29/2018) |
| 01/30/2018 | 105 | **Motion** for attorney Jennifer G. Wicht to Appear Pro Hac Vice. Filing fee $ 120, receipt number 0647-8528832, filed by MDL Notice Only Cardinal Health, Inc. (Attachments: # 1 Exhibit Affidavit of Jennifer G. Wicht and Certificate of Good Standing, # 2 Proposed Order)(Murray, Joseph) (Entered: 01/30/2018) |
| 01/30/2018 | 106 | Attorney Appearance by John Robinson and Steven Zakrzewski filed on behalf of Perry Fine, Scott Fishman, Lynn Webster. (P,R) (Entered: 01/30/2018) |
| 01/31/2018 | 107 | Attorney Appearance by Helen Heim Albee *and others as listed herein* filed by on behalf of Teamsters Local #348 Health & Welfare Fund. (Albee, Helen) (Entered: 01/31/2018) |
| 01/31/2018 | 108 | Letter *to Hon. Dan A. Polster* filed by Webb County, TX. (Attachments: # 1 Complaint)(Sharp, Kevin) (Entered: 01/31/2018) |
| 02/01/2018 | | **Order** [non-document] finding moot Insys Therapeutics' Motions for appearance pro hac vice by Matthew Donohue and Joseph L. Franco (Related Doc ## 28 29 ), AbbVie and Knoll Pharmaceuticals' Motion for appearance pro hac vice by Stephanie E. Parker (Related Doc # 40 ) and Cardinal Health's Motion for appearance pro hac vice by Jennifer Wicht (Related Doc # 105 ). Per the 12/14/17 order (Doc. # 4 ), the Court is not requiring pro hac vice motions. The parties may file a request for a refund for the fees paid by using the CM/ECF event "request to clerk for refund". Judge Dan Aaron Polster (MDL 2804) on 2/1/18.(P,R) (Entered: 02/01/2018) |
| 02/01/2018 | | Request to Clerk for refund of erroneous or duplicate on-line filing fee payment. Reason for refund request: Pro Hac Vice Motion not required in MDL case. Receipt #: 0647-8528832, filed by Cardinal Health, Inc.. Related document(s) 105 |

| | | |
|---|---|---|
| | | . (Murray, Joseph) (Entered: 02/01/2018) |
| 02/01/2018 | | Request to Clerk for refund of erroneous or duplicate on-line filing fee payment. Reason for refund request: No pro hac vice motion required in this case. Receipt #: 0647-8478058, filed by Insys Therapeutics, Inc.. (Zagrans, Eric) (Entered: 02/01/2018) |
| 02/01/2018 | | Request to Clerk for refund of erroneous or duplicate on-line filing fee payment. Reason for refund request: No pro hac vice motion required in this case. Receipt #: 0647-8478061, filed by Insys Therapeutics, Inc.. (Zagrans, Eric) (Entered: 02/01/2018) |
| 02/01/2018 | 109 | **Motion** by Christian Grostic to withdraw as attorney filed by MDL Notice Only American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan. (Grostic, Christian) (Entered: 02/01/2018) |
| 02/01/2018 | | Request to Clerk for refund of erroneous or duplicate on-line filing fee payment. Reason for refund request: Pro Hac Vice Motion not required. Receipt #: 266V2M8A / 0647-8490440, filed by Abbvie Inc., Knoll Pharmaceutical Company. Related document(s) 40 . (Wilkes, J.) (Entered: 02/01/2018) |
| 02/01/2018 | 110 | **Conditional Transfer Order** (CTO-6) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 02/01/2018) |
| 02/02/2018 | | **Order** [non-document] granting American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan's Motion to withdraw as attorney, attorney Christian J. Grostic removed from case. (Related Doc # 109 ). Judge Dan Aaron Polster (MDL 2804) on 2/2/18.(P,R) (Entered: 02/02/2018) |
| 02/02/2018 | 111 | **Minutes of 1/31/18 Settlement Conference and Scheduling Order** - Plaintiffs' counsel shall select 6 attorneys and Defendants' counsel shall select 6 attorneys to represent the parties in settlement negotiations, and notify the Court of selected counsel by 4:00 PM on Tuesday, 2/6/18. Settlement Conference set for 3/6/2018 at 9:30 AM ET in Courtroom 18B before Judge Dan Aaron Polster (MDL 2804). By 12:00 noon ET on 3/2/18, teams shall email or fax to the Court a single, joint report updating the Court on the status of their negotiations. Time: 8 hrs. Judge Dan Aaron Polster on 2/2/18. (P,R) (Entered: 02/02/2018) |
| 02/02/2018 | 112 | **Order Re: ARCOS/DADS Database** - MDL Plaintiffs and DEA to see if they can reach agreement on what part of the database the DEA will produce; detailed report of agreement to be filed by 12:00 noon on 2/23/18. If no agreement, hearing to be held on 2/26/2018 at 3:00 PM in Courtroom 18B. Judge Dan Aaron Polster (MDL 2804) on 2/2/18. (P,R) (Entered: 02/02/2018) |
| 02/02/2018 | 113 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring the action on the attached schedule to the Northern District of Ohio.(P,R) (Entered: 02/02/2018) |
| 02/05/2018 | 114 | Attorney Appearance by Kaspar J. Stoffelmayr filed by on behalf of Walgreens Boots Alliance Inc.. (Stoffelmayr, Kaspar) (Entered: 02/05/2018) |
| 02/06/2018 | 115 | **Order** (CTO-7) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. Judge Dan |

|  |  | Aaron Polster (MDL 2804) on 2/6/18. (P,R) (Entered: 02/06/2018) |
|---|---|---|
| 02/06/2018 | 116 | **Order** regarding confidentiality of settlement discussions. Judge Dan Aaron Polster (MDL 2804) on 2/6/18. (P,R) (Entered: 02/06/2018) |
| 02/06/2018 | 117 | Attorney Appearance by Eric W. Sitarchuk filed on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc. (P,R) (Entered: 02/06/2018) |
| 02/07/2018 | 118 | **Order** regarding settlement negotiating teams. Judge Dan Aaron Polster (MDL 2804) on 2/7/18. (P,R) (Entered: 02/07/2018) |
| 02/08/2018 | 119 | Attorney Appearance by Jeffrey B. Simon filed by on behalf of County of Cascade. (Simon, Jeffrey) (Entered: 02/08/2018) |
| 02/08/2018 | 120 | Attorney Appearance by Amy M. Carter filed by on behalf of Plaintiffs' Lead Counsel. (Carter, Amy) (Entered: 02/08/2018) |
| 02/08/2018 | 121 | Attorney Appearance by Michelle R. Gilboe filed by on behalf of Amneal Pharmaceuticals of New York, LLC. (Gilboe, Michelle) (Entered: 02/08/2018) |
| 02/08/2018 | 122 | Attorney Appearance by William Gordon Childs filed by on behalf of Amneal Pharmaceuticals of New York, LLC. (Childs, William) (Entered: 02/08/2018) |
| 02/12/2018 | 123 | **Order** extending deadline for achieving service until 5/18/18. See order for other information. Judge Dan Aaron Polster (MDL 2804) on 2/12/18. (P,R) (Entered: 02/12/2018) |
| 02/12/2018 | 124 | **Amended Order** regarding settlement negotiating teams. Judge Dan Aaron Polster (MDL 2804) on 2/12/18. (P,R) (Entered: 02/12/2018) |
| 02/12/2018 | 125 | **Order** regarding cost of Special Masters. Judge Dan Aaron Polster on 2/12/18. (P,R) (Entered: 02/12/2018) |
| 02/12/2018 | 126 | **Conditional Transfer Order** (CTO 8) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio.(P,R) (Entered: 02/12/2018) |
| 02/13/2018 | 127 | Attorney Appearance by J. Burton LeBlanc, IV filed on behalf of City of Baton Rouge. (LeBlanc, J.) (Entered: 02/13/2018) |
| 02/13/2018 | 128 | Attorney Appearance by Jennie Lee Anderson filed on behalf of Marquette County. (Anderson, Jennie) (Entered: 02/13/2018) |
| 02/15/2018 | 129 | **Conditional Transfer Order** (CTO 9) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 02/15/2018) |
| 02/16/2018 | 130 | **Order Regarding Remands**. Judge Dan Aaron Polster (MDL 2804) on 2/16/18. (P,R) (Entered: 02/16/2018) |
| 02/21/2018 | 131 | Expedited Non-Appeal Transcript Order Form for proceedings held on 01/09/2018 before Judge Polster, Court Reporter: Donnalee Contone. Requested completion date: 01/28/2018 filed by Plaintiffs' Lead Counsel. (Carter, Amy) (Entered: 02/21/2018) |

| 02/22/2018 | 132 | **Conditional Transfer Order** (CTO 10) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio.(P,R) (Entered: 02/22/2018) |
| 02/22/2018 | 133 | Attorney Appearance by Timothy E. Hudson filed on behalf of Navitus Health Solutions, LLC, Navitus Holdings, LLC. (P,R) (Entered: 02/22/2018) |
| 02/22/2018 | 134 | Attorney Appearance by Janelle L. Davis filed on behalf of Navitus Health Solutions, LLC, Navitus Holdings, LLC. (P,R) (Entered: 02/22/2018) |
| 02/22/2018 | 135 | Attorney Appearance by Mackenzie M. Salenger filed on behalf of Navitus Health Solutions, LLC, Navitus Holdings, LLC. (P,R) (Entered: 02/22/2018) |
| 02/22/2018 | 136 | Attorney Appearance by Joanne Cicala Inscore filed by on behalf of County Of Webb. (Inscore, Joanne) (Entered: 02/22/2018) |
| 02/23/2018 | 137 | Status Report *of ARCOS/DADS Disclosure Discussions with DOJ/DEA* filed by All Plaintiffs. (Attachments: # 1 10.02.17 Farrell Touhy letter to ARCOS Unit Chief Drumheller, # 2 10.11.17 AUSA D'Alessandro refusal of Touhy letter, # 3 02.05.18 Farrell offer to confer with AUSA Bennett, # 4 02.12.18 AUSA Bennett response to Farrell, # 5 02.13.18 Farrell to AUSA Bennett re procedural history, info sought, relevance to settlement talks)Related document(s) 112 .(Farrell, Paul) (Entered: 02/23/2018) |
| 02/23/2018 | 138 | Attorney Appearance by Karen E. Swanson-Haan filed by on behalf of U.S. Department of Justice, Drug Enforcement Administration. (Swanson-Haan, Karen) (Entered: 02/23/2018) |
| 02/23/2018 | 139 | Status Report filed by U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 112 .(Bennett, James) (Entered: 02/23/2018) |
| 02/23/2018 | 140 | **Order** Re: Reallocation of the Special Masters' Costs. Judge Dan Aaron Polster (MDL 2804) on 2/23/18. (P,R) (Entered: 02/23/2018) |
| 02/25/2018 | 142 | Status Report *by Distributor Defendants re ARCOS Disclosure Discussions* filed by Cardinal Health 110, LLC. Related document(s) 112 .(Hardin, Ashley) (Entered: 02/25/2018) |
| 02/26/2018 | 144 | **Conditional Transfer Order** (CTO 11) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio.(P,R) (Entered: 02/26/2018) |
| 02/26/2018 | 145 | Notice of Compliance filed by U.S. Department of Justice, Drug Enforcement Administration. (Attachments: # 1 Exhibit A - Authorization Letter)(Bennett, James) (Entered: 02/26/2018) |
| 02/27/2018 | 146 | **Order** Regarding State Court Coordination. Judge Dan Aaron Polster (MDL 2804) on 2/27/18. (P,R) (Entered: 02/27/2018) |
| 02/27/2018 | 149 | Expedited Non-Appeal Transcript Order Form for proceedings held on 02/26/2018 before Judge Dan A. Polster, Court Reporter: Heidi Geizer. Requested completion date: 03/01/2018 filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 02/27/2018) |
| 02/27/2018 | 150 | Non-Appeal Transcript Order Form for proceedings held on 02/26/18 before Judge Judge Polster, Court Reporter: Heidi B. Geizer. Requested completion date: |

| | | February 27, 2018 filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Rendon, Carole) (Entered: 02/27/2018) |
|---|---|---|
| 02/27/2018 | [151](#) | Expedited Non-Appeal Transcript Order Form for proceedings held on 2/26/2018 before Judge Polster, Court Reporter: Heidi B. Geizer. Requested completion date: 2/28/2018 filed by Cardinal Health, Inc.. (Pyser, Steven) (Entered: 02/27/2018) |
| 02/28/2018 | [152](#) | Non-Appeal Transcript Order Form for proceedings held on 2/26/18 before Judge Polster, Court Reporter: Heidi Geizer. Requested completion date: 2/28/18 filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 02/28/2018) |
| 02/28/2018 | [153](#) | Expedited Non-Appeal Transcript Order Form for proceedings held on 2/26/18 before Judge Polsten, Court Reporter: Heidi Geizer. Requested completion date: 3/1/18 filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 02/28/2018) |
| 02/28/2018 | [154](#) | Expedited Non-Appeal Transcript Order Form for proceedings held on 2/26/18 before Judge Dan Aaron Polster, Court Reporter: Heidi Beizer. Requested completion date: 3/2/18 filed by Perry Fine, Scott Fishman, Lynn Webster. (Brunton, Gregory) (Entered: 02/28/2018) |
| 03/01/2018 | [155](#) | **Minutes of 2/26/18 Hearing and Order** (Court Reporter: Heidi Geizer.)Time: 2 hrs. (P,R) (Entered: 03/01/2018) |
| 03/01/2018 | [156](#) | Transcript of Proceedings held on 2/26/2018 before District Judge Dan Aaron Polster and Magistrate Judge David A. Ruiz. To obtain a copy of this transcript please contact court reporter Heidi Blueskye Geizer at 216-357-7092. [79 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 3/8/2018. Redaction Request due 3/22/2018. Redacted Transcript Deadline set for 4/2/2018. Release of Transcript Restriction set for 5/30/2018. Related document(s) [152](#) , [150](#) , [154](#) , [149](#) , [151](#) , [153](#) . (G,He) (Entered: 03/01/2018) |
| 03/01/2018 | [157](#) | Attorney Appearance by Robert Tad Seder filed on behalf of City of Seattle. (P,R) (Entered: 03/01/2018) |
| 03/01/2018 | [158](#) | Attorney Appearance by Michelle S. Chen filed on behalf of City of Seattle. (P,R) (Entered: 03/01/2018) |
| 03/01/2018 | [159](#) | Expedited Non-Appeal Transcript Order Form filed by Shelly A. Sanford for proceedings held on 2/26/18 before Judge Polster, Court Reporter: Heidi Geizer. Requested completion date: 3/1/18 (K,J) (Entered: 03/01/2018) |
| 03/01/2018 | [160](#) | Expedited Non-Appeal Transcript Order Form filed by Mary Carrillo for proceedings held on 2/26/18 before Judge Polster, Court Reporter: Heidi Geizer. Requested completion date: 3/1/18 (K,J) (Entered: 03/01/2018) |
| 03/01/2018 | [161](#) | Statement of Interest filed by United States. (Bailey, M.) (Entered: 03/01/2018) |
| 03/02/2018 | [162](#) | **Motion** for protective order filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. Related document(s) [155](#) . (Attachments: # [1](#) Brief in Support Memorandum in Support, # [2](#) Exhibit A - Protective Order |

| | | |
|---|---|---|
| | | Regarding DEA Arcos Data)(Bennett, James) (Entered: 03/02/2018) |
| 03/02/2018 | 163 | Attorney Appearance by Mary Cate S. Cicero filed on behalf of Hennepin County, Minnesota. (P,R) (Entered: 03/02/2018) |
| 03/02/2018 | 164 | **Response** to 162 **Motion** for protective order *in Support* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc.. (Nicholas, Robert) (Entered: 03/02/2018) |
| 03/05/2018 | 165 | Status Report filed by U.S. Department of Justice, Drug Enforcement Administration. (Attachments: # 1 Exhibit A - Authorized Letter)Related document(s) 155 .(Bennett, James) (Entered: 03/05/2018) |
| 03/05/2018 | 166 | **Conditional Transfer Order** (CTO 12) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio(P,R). (Entered: 03/05/2018) |
| 03/06/2018 | 167 | **Protective Order** regarding DEA's ARCOS/DADS Database. Signed by Judge Dan Aaron Polster (MDL 2804) on 3/6/2018. (K,K) (Entered: 03/06/2018) |
| 03/06/2018 | 168 | Letter *to Hon. Dan A. Polster from J. Cicala re PBMs* filed by County Of Webb. (Inscore, Joanne) (Entered: 03/06/2018) |
| 03/07/2018 | 169 | Attorney Appearance by Rebecca J. Hillyer filed on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc. (P,R) (Entered: 03/07/2018) |
| 03/07/2018 | 170 | **Minutes of 3/6/18 Conference and Order**. Court directs the parties to submit to the Special Masters no later than 12:00 noon on Friday, March 16, 2018, their suggestions regarding the appropriate scope and timing of a litigation track and the contents of a case management order (CMO). Settlement Conference set for 5/10/2018 at 9:00 AM in Chambers 18B before Judge Dan Aaron Polster (MDL 2804). Signed by Judge Dan Aaron Polster on 3/7/18. Time: 6 hrs(P,R) (Entered: 03/07/2018) |
| 03/07/2018 | 171 | Attorney Appearance by Janpaul Portal filed by on behalf of MSP Recovery Claims, Series LLC. (Portal, Janpaul) (Entered: 03/07/2018) |
| 03/08/2018 | 172 | Attorney Appearance by James L. Ferraro, Jr filed by on behalf of MSP Recovery Claims, Series LLC. (Ferraro, James) (Entered: 03/08/2018) |
| 03/08/2018 | 173 | **Conditional Transfer Order** (CTO 13) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (Entered: 03/08/2018) |
| 03/08/2018 | 174 | Attorney Appearance by Kelly V. Milam filed on behalf of Perry Fine, Scott Fishman, Lynn Webster. (P,R) (Entered: 03/08/2018) |
| 03/08/2018 | 175 | Attorney Appearance by Shelly A. Sanford filed by on behalf of City Of Lakewood. Associated Cases: 1:17-md-02804-DAP, 1:18-op-45240-DAP(Sanford, Shelly) (Entered: 03/08/2018) |
| 03/09/2018 | 176 | Attorney Appearance by Annesley H. DeGaris filed by on behalf of Clarke County, Alabama, Dillon County South Carolina, Horry County South Carolina, Marion County South Carolina. (DeGaris, Annesley) (Entered: 03/09/2018) |

| 03/14/2018 | 177 | **Conditional Transfer Order** (CTO 14) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 03/14/2018) |
| 03/15/2018 | 178 | Notice of Compliance filed by U.S. Department of Justice, Drug Enforcement Administration. (Attachments: # 1 Exhibit A - Amended Authorization Letter)Related document(s) 167 , 165 .(Bennett, James) (Entered: 03/15/2018) |
| 03/16/2018 | 180 | **Notice** by Thomas J. Sullivan of withdraw as attorney filed by Defendant Rite Aid of Maryland, Inc. (Sullivan, Thomas) Modified on 3/19/2018 (P,R). (Entered: 03/16/2018) |
| 03/20/2018 | 181 | **Conditional Transfer Order** (CTO 15) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 03/20/2018) |
| 03/20/2018 | 182 | Notice of Service of ARCOS Market Share Data filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 03/20/2018) |
| 03/20/2018 | 183 | Attorney Appearance by Tina M. Tabacchi filed on behalf of Wal-Mart Stores East, LP, Wal-Mart Stores, Inc. (P,R) (Entered: 03/20/2018) |
| 03/20/2018 | 184 | **Motion** to add Tina Tabacchi as a member of Defendants' negotiating committee filed by Defendant Wal-Mart Stores East, LP. (Wooley, James) (Entered: 03/20/2018) |
| 03/20/2018 | 185 | **Motion** to Add Kaspar J. Stoffelmayr as a Member of Distributors' Negotiating Committee filed by Defendant Walgreens Boots Alliance Inc.. (Stoffelmayr, Kaspar) (Entered: 03/20/2018) |
| 03/21/2018 | 186 | **Marginal Order** granting Wal-Mart defendants' Motion to add Attorney Tina Tabacchi as a member of Defendants' negotiating committee (Related Doc # 184 ). Judge Dan Aaron Polster (MDL 2804) on 3/21/18.(P,R) (P,R). (Entered: 03/21/2018) |
| 03/21/2018 | 187 | **Marginal Order** granting Walgreens Boots Alliance, Inc's Motion to Add Kaspar J. Stoffelmayr as a Member of Distributors' Negotiating Committee (Related Doc # 185 ). Judge Dan Aaron Polster (MDL 2804) on 3/21/18.(P,R) (P,R). (Entered: 03/21/2018) |
| 03/21/2018 | 188 | Attorney Appearance by Paul T. Farrell, Jr ., *James C. Peterson, Peter J. Mougey, J. Burton LeBlanc, IV, Michael J. Fuller, Jr., Anthony J. Majestro, Michael P. McNamee, D. Dale Seif, Jr., Stacy Brooks, Robert R. Miller and Rebecca D. Louks Waigand* filed by on behalf of Ashland County Board of County Commissioners. (Farrell, Paul) (Entered: 03/21/2018) |
| 03/21/2018 | 189 | Attorney Appearance by Paul T. Farrell, Jr ., *James C. Peterson, Peter J. Mougey, J. Burton LeBlanc, IV, Michael J. Fuller, Jr., Anthony J. Majestro, Michael P. McNamee, D. Dale Seif, Jr., Stacy Brooks, Robert R. Miller, Rebecca D. Louks Waigand and William Hawal* filed by on behalf of Ottawa County Board of County Commissioners. (Farrell, Paul) (Entered: 03/21/2018) |
| 03/23/2018 | 190 | **Conditional Transfer Order** (CTO 16) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District |

| | | |
|---|---|---|
| | | of Ohio. (P,R) (Entered: 03/23/2018) |
| 03/23/2018 | 191 | Attorney Appearance by Elisa P. McEnroe filed by on behalf of Rite Aid of Maryland, Inc. (P,R) (Entered: 03/23/2018) |
| 03/23/2018 | 192 | **Motion** Entry of Order to Facilitate Information Sharing filed by Defendant McKesson Corporation. (Attachments: # 1 Proposed Order)(Rodgers, Megan) (Entered: 03/23/2018) |
| 03/26/2018 | 193 | Attorney Appearance by George M. Fleming filed by on behalf of Brunswick, City of. (P,R) (Entered: 03/26/2018) |
| 03/26/2018 | 194 | Attorney Appearance by Rand P. Nolen filed on behalf of Brunswick, City of. (P,R) (Entered: 03/26/2018) |
| 03/26/2018 | 195 | Attorney Appearance by Celeste Brustowicz filed by on behalf of Rachel Wood. (Brustowicz, Celeste) (Entered: 03/26/2018) |
| 03/26/2018 | 196 | Attorney Appearance by Stephen Wussow filed by on behalf of Rachel Wood. (Wussow, Stephen) (Entered: 03/26/2018) |
| 03/26/2018 | 197 | Attorney Appearance by Yifei Evelyn Li filed on behalf of Infirmary Health Hospitals, Inc., Southwest Mississippi Regional Medical Center. (P,R) (Entered: 03/26/2018) |
| 03/26/2018 | 198 | Attorney Appearance by Jonathan W. Cuneo filed on behalf of Infirmary Health Hospitals, Inc., Southwest Mississippi Regional Medical Center. (P,R) (Entered: 03/26/2018) |
| 03/27/2018 | 199 | **Order Regarding Settlement Discussions** granting McKesson's Motion for Entry of Order to Facilitate Information Sharing (Related Doc # 192 ). Judge Dan Aaron Polster (MDL 2804) on 3/27/18.(P,R) (Entered: 03/27/2018) |
| 03/27/2018 | 200 | Attorney Appearance by Jonathan W. Cuneo filed by on behalf of Infirmary Health Hospitals, Inc., Monroe County Healthcare Authority, Southwest Mississippi Regional Medical Center. (Cuneo, Jonathan) (Entered: 03/27/2018) |
| 03/27/2018 | 201 | Attorney Appearance by Yifei Evelyn Li filed by on behalf of Southwest Mississippi Regional Medical Center. (Li, Yifei) (Entered: 03/27/2018) |
| 03/27/2018 | 202 | Notice of Procedures for Public Records Requests for ARCOS Data filed by Plaintiffs' Executive Committee. Related document(s) 167 .(Mougey, Peter) (Entered: 03/27/2018) |
| 03/27/2018 | 203 | Amended **Motion** Entry of Order to Facilitate Information Sharing filed by Defendant McKesson Corporation. Related document(s) 192 . (Attachments: # 1 Proposed Order)(Rodgers, Megan) (Entered: 03/27/2018) |
| 03/27/2018 | 204 | **Order Regarding Settlement Discussions** granting McKesson's Amended Motion for Entry of Order to Facilitate Information Sharing Motion for order (Related Doc # 203 ). Judge Dan Aaron Polster (MDL 2804) on 3/27/18.(P,R) (Entered: 03/27/2018) |
| 03/27/2018 | 205 | Attorney Appearance by George M. Fleming filed by on behalf of Brunswick, City of. (Fleming, George) (Entered: 03/27/2018) |

| 03/27/2018 | 206 | Attorney Appearance by Danielle L. Borel filed on behalf of Qualitest Pharmaceuticals, Inc. (P,R) (Entered: 03/27/2018) |
|---|---|---|
| 03/28/2018 | 207 | Attorney Appearance by Sheila M. Bossier filed by on behalf of Clarke County, Mississippi. (Bossier, Sheila) (Entered: 03/28/2018) |
| 03/28/2018 | 208 | Attorney Appearance by Sheila M. Bossier filed by on behalf of City of Philadelphia, Mississippi. (Bossier, Sheila) (Entered: 03/28/2018) |
| 03/28/2018 | 209 | **Conditional Transfer Order** (CTO 17) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 03/28/2018) |
| 03/28/2018 | 210 | Attorney Appearance by Stephen Wussow filed by on behalf of Rachel Wood. (Wussow, Stephen) (Entered: 03/28/2018) |
| 03/28/2018 | 211 | Attorney Appearance by Celeste Brustowicz filed by on behalf of Rachel Wood. (Brustowicz, Celeste) (Entered: 03/28/2018) |
| 04/02/2018 | 212 | **Motion** to Participate in Settlement Discussions and as Friend of the Court filed by Interested Party United States. (Attachments: # 1 Brief in Support Memorandum in Support)(Bennett, James) (Entered: 04/02/2018) |
| 04/04/2018 | 215 | **Conditional Transfer Order** (CTO 18) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 04/04/2018) |
| 04/04/2018 | 216 | Attorney Appearance by Stephen Wussow filed by on behalf of Ceonda Rees, Deric Rees. Related document(s) 177 .(Wussow, Stephen) (Entered: 04/04/2018) |
| 04/04/2018 | 217 | Attorney Appearance by Stephen Wussow filed by on behalf of Virginia Salmons, Walter Salmons. Related document(s) 181 .(Wussow, Stephen) (Entered: 04/04/2018) |
| 04/04/2018 | 218 | Attorney Appearance by Celeste Brustowicz filed by on behalf of Virginia Salmons, Walter Salmons. Related document(s) 181 .(Brustowicz, Celeste) (Entered: 04/04/2018) |
| 04/04/2018 | 219 | Attorney Appearance by Barry J. Cooper, Jr filed by on behalf of Ceonda Rees, Deric Rees. Related document(s) 177 .(Cooper, Barry) (Entered: 04/04/2018) |
| 04/04/2018 | 220 | Attorney Appearance by Barry J. Cooper, Jr filed by on behalf of Virginia Salmons, Walter Salmons. Related document(s) 181 .(Cooper, Barry) (Entered: 04/04/2018) |
| 04/05/2018 | 221 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. Judge Dan Aaron Polster on 4/5/18. (P,R) (Entered: 04/05/2018) |
| 04/05/2018 | 222 | Notice of Service of ARCOS de-identified transaction data filed by United States. Related document(s) 167 , 178 .(Bennett, James) (Entered: 04/05/2018) |
| 04/05/2018 | 223 | Notice of Change of Contact Information filed by City of Everett. (Huck, Christopher) (Entered: 04/05/2018) |
| 04/06/2018 | 224 | Attorney Appearance by Richard H. Blake *and Jennifer D. Armstrong* filed by on behalf of Miami-Luken, Inc.. (Blake, Richard) (Entered: 04/06/2018) |

| 04/06/2018 | 225 | Notice of Withdrawal of Stacey A. Greenwell filed by Allergan Finance LLC. Associated Cases: 1:17-md-02804-DAP, 1:18-op-45199-DAP, 1:18-op-45240-DAP(Mitchell, John) (Entered: 04/06/2018) |
| 04/06/2018 | 226 | Attorney Appearance by Jennifer D. Armstrong filed by on behalf of Miami-Luken, Inc.. (Armstrong, Jennifer) (Entered: 04/06/2018) |
| 04/06/2018 | 227 | Notice of Withdrawal filed by Miami-Luken, Inc.. Associated Cases: 1:17-md-02804-DAP, 1:18-op-45199-DAP, 1:18-op-45240-DAP(Keller, Clay) (Entered: 04/06/2018) |
| 04/09/2018 | 228 | **Order** Regarding Settlement Negotiating Teams. Judge Dan Aaron Polster (MDL 2804) on 4/9/18. (P,R) (Entered: 04/09/2018) |
| 04/10/2018 | 229 | **Order** regarding payments to Special Masters. Judge Dan Aaron Polster (MDL 2804) on 4/10/18. (P,R) (Entered: 04/10/2018) |
| 04/10/2018 | 230 | **Conditional Transfer Order** (CTO 19)by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 04/10/2018) |
| 04/11/2018 | 231 | **Conditional Transfer Order** (CTO 20) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 04/11/2018) |
| 04/11/2018 | 232 | **Case Management Order One**. Judge Dan Aaron Polster (MDL 2804) on 4/11/18. (P,R) (Entered: 04/11/2018) |
| 04/11/2018 | 233 | **Order Regarding ARCOS Data**. Judge Dan Aaron Polster (MDL 2804) on 4/11/18. (P,R) (Entered: 04/11/2018) |
| 04/12/2018 | 234 | Attorney Appearance *Mikal C. Watts* by Shelly A. Sanford filed by on behalf of City Of Lakewood. Associated Cases: 1:18-op-45240-DAP, 1:17-md-02804-DAP(Sanford, Shelly) (Entered: 04/12/2018) |
| 04/12/2018 | 235 | Attorney Appearance by James B. Meade, Thomas H. Fain, Phillip J. VanDerhoef, Jennifer Smitrovich filed on behalf of Seattle Pain Center Medical Corporation and Frank D. Li.(P,R) (Entered: 04/12/2018) |
| 04/13/2018 | 236 | Attorney Appearance by Paul T. Farrell, Jr filed by on behalf of Catawba County North Carolina. (Farrell, Paul) (Entered: 04/13/2018) |
| 04/16/2018 | 237 | **Conditional Transfer Order** (CTO 21) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 04/16/2018) |
| 04/18/2018 | 238 | Attorney Appearance by Steven F. Napolitano filed on behalf of Rhodes Pharmaceuticals, L.P. (P,R) (Entered: 04/18/2018) |
| 04/18/2018 | 239 | **Conditional Transfer Order** (CTO 22) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (Entered: 04/18/2018) |
| 04/19/2018 | 240 | **Motion** by Donald S. Scherzer to withdraw as attorney filed by Defendant Purdue Pharma L.P.. (Scherzer, Donald) (Entered: 04/19/2018) |

| | | |
|---|---|---|
| 04/19/2018 | 241 | **Conditional Transfer Order** (CTO 23) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 04/19/2018) |
| 04/19/2018 | 242 | Attorney Appearance by Stephen G. Skinner filed by on behalf of Pocahontas County Commission. (Skinner, Stephen) (Entered: 04/19/2018) |
| 04/19/2018 | 243 | Attorney Appearance by Stephen G. Skinner filed by on behalf of Morgan County Commission. (Skinner, Stephen) (Entered: 04/19/2018) |
| 04/20/2018 | | **Order** [non-document] granting defendant Purdue Pharma L.P.'s notice of motion for withdrawal by attorney Donald S. Scherzer. Donald S. Scherzer removed from case (Related Doc # 240 ). Judge Dan A. Polster on 4/20/2018 (C,KA) (Entered: 04/20/2018) |
| 04/20/2018 | 244 | Attorney Appearance *Mikal C. Watts* by Mikal C. Watts filed by on behalf of City Of Lakewood. (Watts, Mikal) (Entered: 04/20/2018) |
| 04/20/2018 | 245 | Attorney Appearance by Janet G. Abaray filed by on behalf of Northern Arapaho Tribe. (Abaray, Janet) (Entered: 04/20/2018) |
| 04/20/2018 | 246 | **Motion** for extension of time until May 18, 2018 to Provide Suspicious Order Reports filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 233 . (Attachments: # 1 Brief in Support) (Bennett, James) (Entered: 04/20/2018) |
| 04/20/2018 | 247 | Notice of Service of ARCOS Transactional Data filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 04/20/2018) |
| 04/20/2018 | 248 | **Marginal Entry Order** granting 246 Interested Party U.S. Department of Justice, Drug Enforcement Administration's motion for extension of time until May 18, 2018 to Provide Suspicious Order Reports. Judge Dan Aaron Polster on 4/20/2018. (C,KA) (Entered: 04/20/2018) |
| 04/23/2018 | 249 | **Motion** to Approve filed by Plaintiff Plaintiffs' Liaison Counsel. (Attachments: # 1 Proposed Order, # 2 Exhibit A)(Weinberger, Peter) (Entered: 04/23/2018) |
| 04/24/2018 | 250 | **Conditional Transfer Order (CTO-24)** by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio.(B,R) (Entered: 04/24/2018) |
| 04/24/2018 | 251 | **Scheduling Order.** Following the settlement conference held in chambers on March 6, 2018, the Court scheduled another closed-door settlement conference on Thursday, May 10, 2018. After further thought and at the recommendation of the Special Masters, the Court has decided to hold an open-door status conference in Courtroom 18B of the Carl B. Stokes United States Court House from 9:00 a.m. to 10:00 a.m. on Thursday, May 10, 2018, followed by closed-door settlement discussions with the parties negotiation teams, liaison counsel and State Attorneys General who choose to attend. Signed by Judge Dan A. Polster on 4/24/2018. Related Document 170 (B,R) (Entered: 04/24/2018) |
| 04/24/2018 | 252 | Attorney Appearance of Kevin M. Sadler on behalf of Defendant Depomed, Inc. (B,R) (Entered: 04/24/2018) |

| 04/24/2018 | 253 | **Motion** for leave *to file Amended Complaints Under Seal* filed by Plaintiff Plaintiffs' Liaison Counsel. (Attachments: # 1 Proposed Order, # 2 Exhibit City of Chicago Protective Order)(Weinberger, Peter) (Entered: 04/24/2018) |
| --- | --- | --- |
| 04/25/2018 | 254 | Attorney Appearance by Adriana Riviere-Badell filed on behalf of Express Scripts Holding Company, Express Scripts Inc.(B,R) (Entered: 04/25/2018) |
| 04/25/2018 | 255 | Notice Re: Waiver of Service of Summons filed by Russell Portenoy. (Attachments: # 1 Exhibit A)(Rauch, Jordan) Modified on 4/30/2018 (P,R). (Entered: 04/25/2018) |
| 04/25/2018 | 257 | STRIKEN per Order 262 dated 4/25/2018**Order** granting 253 Plaintiffs' Motion for leave to file Amended Complaints under seal. Signed by Judge Dan Aaron Polster (MDL 2804) on 4/25/2018.(B,R) (Additional attachment(s) added on 4/25/2018: # 1 Corrected Order Granting Motion to File Under Seal) (B,R). Modified to strike document on 4/25/2018 (B,R). (Entered: 04/25/2018) |
| 04/25/2018 | 258 | Notice Regarding Service filed by Cardinal Health, Inc.. (Attachments: # 1 Exhibit A-Form of Waiver of Service)(Pyser, Steven) (Entered: 04/25/2018) |
| 04/25/2018 | 259 | Attorney Appearance by Tara A. Fumerton filed on behalf of Wal-Mart Stores East, LP, Wal-Mart, Inc.(B,R) (Entered: 04/25/2018) |
| 04/25/2018 | 260 | **Motion** to strike *Order (ECF Doc. 257)*, **Motion** for leave *to File Amended Complaints Under Seal* filed by Plaintiffs' Liaison Counsel, Plaintiffs' Liaison Counsel. Related document(s) 257 , 253 . (Attachments: # 1 Exhibit A - Proposed Order, # 2 Exhibit B)(Weinberger, Peter) (Entered: 04/25/2018) |
| 04/25/2018 | 261 | Attorney Appearance by Gregory M. Nespole filed by on behalf of Teamsters Local 237 Retirees' Benefit Fund, Teamsters Local 237 Welfare Fund. (Nespole, Gregory) (Entered: 04/25/2018) |
| 04/25/2018 | 262 | **Order** granting Plaintiffs' 260 Motion to strike ECF Doc. 257 and granting Plaintiffs' Amended Motion for leave to file Amended Complaints under seal (Related Doc # 260 ). Signed by Judge Dan Aaron Polster (MDL 2804) on 4/25/2018.(B,R) (Entered: 04/25/2018) |
| 04/25/2018 | 263 | Notice of Waiver of Service Information for Scott Fishman, M.D., Perry Fine, M.D., and Lynn Webster, M.D. filed by Perry Fine, Scott Fishman, Lynn Webster. (Attachments: # 1 Exhibit Waiver Information for Scott Fishman, # 2 Exhibit Waiver of Service Information for Perry Fine, # 3 Exhibit Waiver of Service Information for Lynn Webster)Related document(s) 232 .(Tarney, Tyler) (Entered: 04/25/2018) |
| 04/25/2018 | 264 | FILING ERROR. Documents did not upload. Attorney to refile. Notice Regarding Service filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Bellco Drug Corp.. (Attachments: # 1 Exhibit A - Waiver of the Service of Summons Form for AmerisourceBergen Drug Corporation, # 2 Exhibit B - Waiver of the Service of Summons Form for AmerisourceBergen Corporation, # 3 Exhibit C - Waiver of the Service of Summons Form for Bellco Drug Corp.)Related document(s) 232 .(Nicholas, Robert) Modified on 4/25/2018 (B,R). (Entered: 04/25/2018) |
| 04/25/2018 | 265 | Notice Regarding Service filed by Miami-Luken, Inc.. (Attachments: # 1 Exhibit A)(Miller, Laurie) (Entered: 04/25/2018) |

| 04/25/2018 | 266 | Notice Regarding Any Requested Waiver of Service filed by Richard Johns. (Attachments: # 1 Exhibit A (Waiver Request))(Estes, James) (Entered: 04/25/2018) |
|---|---|---|
| 04/25/2018 | 267 | Notice Regarding Service filed by McKesson Corporation. (Attachments: # 1 Exhibit A - Waiver of Service of Summons Form for McKesson Corporation) (Rodgers, Megan) (Entered: 04/25/2018) |
| 04/25/2018 | 268 | Notice Regarding Service filed by PSS World Medical, Inc.. (Attachments: # 1 Exhibit A - Waiver of Service of Summons for PSS World Medical, Inc.)(Rodgers, Megan) (Entered: 04/25/2018) |
| 04/25/2018 | 269 | Notice Regarding Service filed by HealthMart Systems, Inc.. (Attachments: # 1 Exhibit A - Waiver of Service of Summons Form for Health Mart Systems, Inc.)(Rodgers, Megan) (Entered: 04/25/2018) |
| 04/25/2018 | 270 | **Motion** to substitute attorney*Robert M. Stonestreet and the law firm of Babst Calland Clements & Zomnir, P.C in place of attorney Laurie Miller and the law firm of Jackson Kelly, PLLC* filed by Defendant Miami-Luken, Inc.. (Attachments: # 1 Exhibit Notification, # 2 Exhibit Notification, # 3 Exhibit Proposed Order) (Stonestreet, Robert) (Entered: 04/25/2018) |
| 04/25/2018 | 271 | Notice Regarding Service filed by Qualitest Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A - Waiver of Service Form)(Reynaud, Claude) (Entered: 04/25/2018) |
| 04/25/2018 | 272 | Notice of Waiver of Service filed by Keysource Medical, Inc.. (Attachments: # 1 Exhibit A)(Kinney, Clifford) (Entered: 04/25/2018) |
| 04/25/2018 | 273 | Notice Regarding Requests for Waiver of Service of Summons filed by Walgreens Boots Alliance Inc.. (Attachments: # 1 Exhibit - Notice of a Lawsuit and Request to Waive Service of Summons MODIFIED, # 2 Exhibit - Waiver of the Service of Summons - MODIFIED)Related document(s) 232 .(Stoffelmayr, Kaspar) (Entered: 04/25/2018) |
| 04/25/2018 | 274 | Notice Regarding Requests for Waiver of Service of Summons filed by Walgreen Eastern Co., Inc.. (Attachments: # 1 Exhibit - Notice of a Lawsuit and Request to Waive Service of Summons MODIFIED, # 2 Exhibit - Waiver of the Service of Summons MODIFIED)Related document(s) 232 .(Stoffelmayr, Kaspar) (Entered: 04/25/2018) |
| 04/25/2018 | 275 | Attorney Appearance by Kaspar J. Stoffelmayr filed by on behalf of Walgreen Co.. (Stoffelmayr, Kaspar) (Entered: 04/25/2018) |
| 04/25/2018 | 276 | Notice Regarding Service filed by Impax Laboratories, Inc.. (Attachments: # 1 Exhibit A)(Cullen, Thomas) (Entered: 04/25/2018) |
| 04/25/2018 | 277 | Notice Regarding Requests for Waiver of Service of Summons filed by Walgreen Co.. (Attachments: # 1 Exhibit - Notice of a Lawsuit and Request to Waive Service of Summons MODIFIED, # 2 Exhibit - Waiver of the Service of Summons MODIFIED)Related document(s) 232 .(Stoffelmayr, Kaspar) (Entered: 04/25/2018) |
| 04/25/2018 | 278 | Notice Regarding Service filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Bellco Drug Corp.. (Attachments: # 1 Exhibit A - Waiver of the Service of Summons Form for AmerisourceBergen Drug |

| | | |
|---|---|---|
| | | Corporation, # 2 Exhibit B - Waiver of the Service of Summons Form for AmerisourceBergen Corporation, # 3 Exhibit C - Waiver of the Service of Summons Form for Bellco Drug Corp)Related document(s) 232 .(Nicholas, Robert) (Entered: 04/25/2018) |
| 04/25/2018 | 279 | Notice Regarding Service filed by Masters Pharmaceutical, Inc.. (Attachments: # 1 Exhibit Waiver of Service)(Smith, John) (Entered: 04/25/2018) |
| 04/25/2018 | 280 | Notice of Waiver of Service Request and Designated Recipients filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan USA, Inc.. (Attachments: # 1 Exhibit Template for Waiver of Service to Allergan Finance, LLC, # 2 Exhibit Template for Waiver of Service to Allergan USA, Inc.)(Welch, Donna) (Entered: 04/25/2018) |
| 04/25/2018 | 281 | Attorney Appearance by Robert J. Gilbertson and Matthew D. Forsgren filed on behalf of Prime Therapeutics, LLC. (B,R) (Entered: 04/25/2018) |
| 04/25/2018 | 282 | Notice of Lawsuit and Request to Waive Service filed by Julie Ann Demille. (B,R) (Entered: 04/25/2018) |
| 04/25/2018 | 283 | Notice of Waiver of Service of Summons Information for Top Rx, LLC filed by Top Rx, LLC. (Attachments: # 1 Exhibit)Related document(s) 1 .(Lopus, Allen) (Entered: 04/25/2018) |
| 04/25/2018 | 284 | Notice of Waiver of Service Request by J M Smith Corporation. filed on behalf of J M Smith Corporation (Attachments: # 1 Exhibit Exhibit 1 - Waiver of the Service of Summons)(Pelini, Craig) Modified on 5/1/2018 (P,R). (Entered: 04/25/2018) |
| 04/25/2018 | 285 | Notice of Proper Waiver of Service Request filed by Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. (Attachments: # 1 Exhibit A)(Hillyer, Rebecca) (Entered: 04/25/2018) |
| 04/25/2018 | 286 | Notice of Filing Requested Service Waiver Form and Designation for Acceptance filed by Abbvie Inc., Knoll Pharmaceutical Company. (Attachments: # 1 Exhibit AbbVie Inc.'s Waiver of the Service of Summons MODIFIED, # 2 Exhibit Knoll Pharmaceutical Company's Waiver of the Service of Summons MODIFIED) (Wilkes, J.) Modified on 5/1/2018 (P,R). (Entered: 04/25/2018) |
| 04/25/2018 | 287 | Notice of Designated Person to Accept Service of Waiver Requests filed by Rhodes Pharmaceuticals, L.P.. (Attachments: # 1 Exhibit A - Notice of a Lawsuit and Request to Waive Service of a Summons)(Napolitano, Steven) (Entered: 04/25/2018) |
| 04/25/2018 | 288 | Notice of Waiver of Service Request and Designated Recipients filed by Rite Aid Corporation. (Attachments: # 1 Exhibit Waiver of Service of Summons Form for Rite Aid Corporation, # 2 Exhibit Waiver of Service of Summons Form for Rite Aid of Maryland, Inc.)(McEnroe, Elisa) (Entered: 04/25/2018) |
| 04/25/2018 | 289 | Notice of Waiver of Service of Summons Information filed by Stuart Rosenblum, Stuart M. Rosenblum, M.D., LLC. (Attachments: # 1 Exhibit Waiver Form)(DeLisa, Amy) (Entered: 04/25/2018) |
| 04/25/2018 | 290 | Defendant KVK-Tech, Inc.'s Notice Regarding Service filed by KVK-Tech, Inc.. (Attachments: # 1 Exhibit A: Proper Form for Waiver of Service of Summons) |

| | | |
|---|---|---|
| | | (Rice, Thomas) (Entered: 04/25/2018) |
| 04/25/2018 | 291 | Notice of Filing Form of Request to Waive Service of a Summons and Form of Waiver for Defendant Depomed, Inc. filed by DEPOMED, INC.. Related document(s) 232 .(Sadler, Kevin) (Entered: 04/25/2018) |
| 04/25/2018 | 292 | Attorney Appearance *by Eric R. Delinsky and* by Alexandra W. Miller filed by on behalf of CVS Health Corporation. (Miller, Alexandra) (Entered: 04/25/2018) |
| 04/25/2018 | 293 | **SEALED Document:***Broward County, FL First Amended Complaint* filed by Plaintiffs' Liaison Counsel. Related document(s) 262 . (Weinberger, Peter) (Entered: 04/25/2018) |
| 04/25/2018 | 294 | **SEALED Document:***Amended Complaint* filed by All Plaintiffs. Related document(s) 262 , 293 . (Gallucci, Frank) (Entered: 04/25/2018) |
| 04/25/2018 | 295 | Notice Regarding Service *for CVS Health Corp., CVS Indiana LLC and Omnicare* filed by CVS Health Corporation. (Attachments: # 1 Exhibit A)(Miller, Alexandra) (Entered: 04/25/2018) |
| 04/25/2018 | 296 | **SEALED Document:***City of Cleveland's First Amended Complaint* filed by City of Cleveland. Related document(s) 262 . (Weinberger, Peter) (Entered: 04/25/2018) |
| 04/25/2018 | 297 | Notice Regarding Service filed by Express Scripts Holding Company, Express Scripts Inc.. (Attachments: # 1 Exhibit A - Waiver of Service for Express Scripts Holding Company, # 2 Exhibit B - Waiver of Service for Express Scripts Inc.)(Riviere-Badell, Adriana) (Entered: 04/25/2018) |
| 04/25/2018 | 298 | **SEALED Document:***County of Monroe Michigan First Amended Complaint* filed by Plaintiffs' Liaison Counsel. Related document(s) 262 . (Weinberger, Peter) (Entered: 04/25/2018) |
| 04/25/2018 | 299 | Notice of Proper Waiver of Service Request and Designated Recipients filed by Mallinckrodt LLC. (Attachments: # 1 Exhibit A, Service Waivers)(O'Connor, Brien) (Entered: 04/25/2018) |
| 04/25/2018 | 300 | Notice Regarding Requests for Waiver of Service of Summons filed by Kroger Limited Partnership I, Kroger Limited Partnership II. (Attachments: # 1 Exhibit Notice of a Lawsuit and Request to Waive Service of a Summons, # 2 Exhibit Waiver of the Service of Summons)(Harvey, Ronda) (Attachment 2 replaced on 4/26/2018) (P,R). Modified on 5/2/2018 (P,R). (Entered: 04/25/2018) |
| 04/25/2018 | 301 | **SEALED Document:***County of Summit, Ohio, et al, Amended Complaint* filed by Plaintiffs' Liaison Counsel. Related document(s) 262 . (Weinberger, Peter) (Entered: 04/25/2018) |
| 04/25/2018 | 302 | **SEALED Document:***First Amended Complaint* filed by Cabell County Commission. Related document(s) 262 . (Majestro, Anthony) (Entered: 04/25/2018) |
| 04/25/2018 | 303 | Notice of Proper Waiver of Service Request filed by Noramco, Inc.. (Attachments: # 1 Exhibit A- Waiver of Service Form)(Jarcho, Daniel) (Entered: 04/25/2018) |
| 04/25/2018 | 304 | **SEALED Document:***City of Chicago Fourth Amended Complaint* filed by Plaintiffs' Liaison Counsel. Related document(s) 262 . (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Weinberger, Peter) (Entered: 04/25/2018) |
| 04/25/2018 | <u>305</u> | Attorney Appearance by Brandon M. White *Cori Gordon Moore, David J. Burman* filed by on behalf of Costco Wholesale Corporation. (White, Brandon) (Entered: 04/25/2018) |
| 04/25/2018 | <u>306</u> | Corporate Disclosure Statement filed by Costco Wholesale Corporation. (White, Brandon) (Entered: 04/25/2018) |
| 04/25/2018 | <u>307</u> | Notice of Waiver Request Form filed by Costco Wholesale Corporation. Related document(s) <u>232</u> .(White, Brandon) (Entered: 04/25/2018) |
| 04/25/2018 | <u>308</u> | Notice Regarding Requests for Waiver of Formal Service filed by Purdue Frederick Company, Inc., Purdue Pharma Inc., Purdue Pharma L.P.. (Attachments: # <u>1</u> Exhibit Waiver of the Service of Summons)Related document(s) <u>232</u> .(Cheffo, Mark) (Entered: 04/25/2018) |
| 04/25/2018 | <u>309</u> | Walmart's Notice Regarding Requests for Waiver of Service of Summons filed by Wal-Mart Stores East, LP, Wal-Mart, Inc.. (Attachments: # <u>1</u> Exhibit A - Notice of a Lawsuit and Request to Waive Service of a Summons, # <u>2</u> Exhibit B - Waiver of the Service of Summons)Related document(s) <u>232</u> .(Fumerton, Tara) (Entered: 04/25/2018) |
| 04/25/2018 | <u>310</u> | Notice Regarding Service filed by Insys Therapeutics, Inc.. (Attachments: # <u>1</u> Exhibit A to Insys Therapeutics' Notice Regarding Service)(Zagrans, Eric) (Entered: 04/25/2018) |
| 04/25/2018 | <u>311</u> | Notice of Proper Waiver of Service Request and Designated Recipients filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Generics Bidco I, LLC, Par Pharmaceutical, Inc.. (Attachments: # <u>1</u> Exhibit A)(Morris, Sean) (Entered: 04/25/2018) |
| 04/25/2018 | <u>312</u> | Attorney Appearance by James W. Matthews filed by on behalf of Anda Pharmaceuticals, Inc., Anda, Inc.. (Matthews, James) (Entered: 04/25/2018) |
| 04/25/2018 | <u>313</u> | Attorney Appearance by Katy E. Koski filed by on behalf of Anda Pharmaceuticals, Inc., Anda, Inc.. (Koski, Katy) (Entered: 04/25/2018) |
| 04/25/2018 | <u>314</u> | Notice Regarding Service filed by Navitus Health Solutions, LLC, Navitus Holdings, LLC. (Attachments: # <u>1</u> Exhibit A - Waiver of the Service of Summons for Navitus Holdings, LLC, # <u>2</u> Exhibit B - Waiver of the Service of Summons for Navitus Health Solutions, LLC)(Hudson, Timothy) (Entered: 04/25/2018) |
| 04/25/2018 | <u>315</u> | Notice of Form of Waiver Request filed by Anda Pharmaceuticals, Inc., Anda, Inc.. (Attachments: # <u>1</u> Exhibit A - Form of Waiver Request for Anda, Inc., # <u>2</u> Exhibit B - Form of Waiver Request for Anda Pharmaceuticals, Inc.)(Koski, Katy) (Entered: 04/25/2018) |
| 04/25/2018 | <u>316</u> | Notice Regarding Service filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Attachments: # <u>1</u> Exhibit A - Waiver of the Service of Summons)(Lifland, Charles) (Entered: 04/25/2018) |
| 04/26/2018 | <u>317</u> | Notice Regarding Service filed by Prime Therapeutics, LLC. (Attachments: # <u>1</u> Exhibit A - Waiver of Service)(Forsgren, Matthew) (Entered: 04/26/2018) |

| 04/26/2018 | 318 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of Candler County Hospital Authority. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 319 | Attorney Appearance by Julian Park filed on behalf of Express Scripts Holding Company, Express Scripts Inc.(P,R) (Entered: 04/26/2018) |
| 04/26/2018 | 320 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of Candler County, Georgia. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 321 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of UNIFIED GOVERNMENT OF ATHENS-CLARKE COUNTY GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 322 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of OCONEE COUNTY GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 323 | Attorney Appearance by Jaclyn V. Piltch filed on behalf of Anda Pharmaceuticals, Inc., Anda, Inc. (P,R) (Entered: 04/26/2018) |
| 04/26/2018 | 324 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of Crisp County Georgia. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 325 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of Jeff Davis County, Georgia. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 326 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of SUMTER COUNTY GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 327 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of Oglethorpe County Georgia. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 328 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of MADISON COUNTY GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 329 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of COOK COUNTY GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 330 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of Hall County, Georgia. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 331 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of IRWIN COUNTY GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 332 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of WALTON COUNTY GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 333 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of Banks County, GA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 334 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of DECATUR COUNTY GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 335 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of TWIGGS COUNTY GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 336 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of Bulloch County, Georgia. (Garrard, Henry) (Entered: 04/26/2018) |

| 04/26/2018 | 337 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of CITY OF BAINBRIDGE GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 338 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of HOSPITAL AUTHORITY OF BAINBRIDGE AND DECATUR COUNTY GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 339 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of ELBERT COUNTY GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 340 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of Unified Government of Macon-Bibb County Georgia. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 341 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of TIFTON GEORGIA. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 342 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of CLINCH COUNTY HOSPITAL AUTHORITY. (Garrard, Henry) (Entered: 04/26/2018) |
| 04/26/2018 | 343 | Notice Regarding Service filed by Amneal Pharmaceuticals of New York, LLC. (Attachments: # 1 Exhibit 1 - Waiver of the Service of Summons)(Gilboe, Michelle) (Entered: 04/26/2018) |
| 04/26/2018 | 344 | First **Amended complaint** against All Defendants and adding new party defendant(s) Depomed, Inc., CostCo Wholesale corporation, Linden Care LLC, Elevate Provider Network, LeaderNET, AccessHealth. Filed by Medical Mutual of Ohio. (Weinberger, Peter) (Entered: 04/26/2018) |
| 04/26/2018 | 345 | Corporate Disclosure Statement identifying Other Affiliate Consumers Life Insurance Company, Other Affiliate Medical Mutual Services, LLC, an Ohio limited liability company, Other Affiliate Medical Health Insuring Corporation of Ohio for Medical Mutual of Ohio filed by Medical Mutual of Ohio. (Weinberger, Peter) (Entered: 04/26/2018) |
| 04/27/2018 | 346 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of City of Gainesville, Georgia. (Garrard, Henry) (Entered: 04/27/2018) |
| 04/27/2018 | 347 | Attorney Appearance by Jenny A. Mendelsohn *and Cari K. Dawson* filed by on behalf of Noramco, Inc.. (Mendelsohn, Jenny) (Entered: 04/27/2018) |
| 04/27/2018 | 348 | Attorney Appearance by Henry G. Garrard, III filed by on behalf of City of Milledgeville, Georgia. (Garrard, Henry) (Entered: 04/27/2018) |
| 04/29/2018 | 349 | Notice of Telephone Participation Instructions for May 10, 2018 status conference filed by Plaintiffs' Liaison Counsel. Related document(s) 251 .(Weinberger, Peter) (Entered: 04/29/2018) |
| 04/30/2018 | 350 | Attorney Appearance by William H. Jordan, Brian D. Boone, Kimberly K. Chemerinsky filed on behalf of Optum, Inc., OptumRX, Inc.(P,R) (Entered: 04/30/2018) |
| 04/30/2018 | 351 | **Conditional Transfer Order** (CTO - 25) by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio.(P,R) (Entered: 04/30/2018) |

| 04/30/2018 | 352 | Attorney Appearance by Leslie O. Murray filed by on behalf of City of Mansfield. (Murray, Leslie) (Entered: 04/30/2018) |
| 04/30/2018 | 353 | Attorney Appearance by Leslie O. Murray filed by on behalf of City of Fostoria. (Murray, Leslie) (Entered: 04/30/2018) |
| 04/30/2018 | 354 | Notice of Withdrawal of Brandon M. White filed by Costco Wholesale Corporation. (White, Brandon) (Entered: 04/30/2018) |
| 04/30/2018 | 355 | Joint **Motion** to continue Deadline for submitting a proposed protective order, document production protocol, fact sheets, and joint records collection order filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 04/30/2018) |
| 04/30/2018 | 357 | Notice by Defendants Regarding Special Master Payments filed by AmerisourceBergen Drug Corporation, Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. Related document(s) 229 .(Stern, Jonathan) (Entered: 04/30/2018) |
| 05/01/2018 | | **Order** [non-document] granting Joint Motion to continue deadline until 5/4/18 for submitting a proposed protective order, document production protocol, fact sheets, and joint records collection order (Related Doc # 355 ). Judge Dan Aaron Polster (MDL 2804) on 5/1/18.(P,R) (Entered: 05/01/2018) |
| 05/01/2018 | 358 | **Order** Regarding Plaintiff Attorneys' Fees and Expenses. Judge Dan Aaron Polster (MDL 2804) on 5/1/18. (Attachments: # 1 Exhibit A - Monthly Report Logs)(P,R) (Entered: 05/01/2018) |
| 05/01/2018 | 359 | Attorney Appearance by Alana F. Montas filed on behalf of Express Scripts Holding Company and Express Scripts Inc. (P,R) (Entered: 05/01/2018) |
| 05/01/2018 | 360 | Attorney Appearance by Matthew Conn filed by on behalf of Sumiton, Alabama, City of. (Conn, Matthew) (Entered: 05/01/2018) |
| 05/01/2018 | 361 | Attorney Appearance by Matthew Conn filed by on behalf of Dora, Alabama, City of, Jasper, Alabama, City of, Marion County, Alabama, Pickens County, Alabama, Sumiton, Alabama, City of, Walker County, Alabama. (Conn, Matthew) (Entered: 05/01/2018) |
| 05/01/2018 | 362 | Attorney Appearance by Matthew Conn filed by on behalf of Albertville, Alabama, City of, Arab, Alabama, Boaz, Alabama, City of, Douglas, Alabama, The City of, Grant, Alabama, Town Of, Guntersville, Alabama, The City of, Marshall County, Alabama. (Conn, Matthew) (Entered: 05/01/2018) |
| 05/01/2018 | 363 | Notice Regarding Service filed by O'Brien County, Optum, Inc., OptumRX, Inc.. (Attachments: # 1 Exhibit A Waiver of Service for Optum, Inc., # 2 Exhibit B Waiver of Service for OptumRx, Inc.)(Chemerinsky, Kimberly) (Entered: 05/01/2018) |
| 05/01/2018 | 364 | Supplemental Notice of Designated Person to Accept Service of Waiver Requests filed by Rhodes Pharmaceuticals, L.P.. (Attachments: # 1 Exhibit A - Waiver of the Service of Summons)(Napolitano, Steven) (Entered: 05/01/2018) |
| 05/01/2018 | 365 | Attorney Appearance by James C. Peterson filed by on behalf of Cabell County Commission. (Peterson, James) (Entered: 05/01/2018) |

| 05/01/2018 | 366 | Attorney Appearance by Kimberly K. Chemerinsky *William H. Jordan and Brian D. Boone* filed by on behalf of UnitedHealth Group Incorporated. (Chemerinsky, Kimberly) (Entered: 05/01/2018) |
|---|---|---|
| 05/01/2018 | 367 | Notice Regarding Service filed by UnitedHealth Group Incorporated. (Attachments: # 1 Exhibit A Waiver of Service for UnitedHealth Group) (Chemerinsky, Kimberly) (Entered: 05/01/2018) |
| 05/01/2018 | 368 | Notice Regarding Service filed by Frank D. Li, Seattle Pain Center Medical Corporation. (Attachments: # 1 Waiver - Seattle Pain Center Medical Corporation, # 2 Waiver - Frank Li, MD)(Meade, James) (Entered: 05/01/2018) |
| 05/02/2018 | 369 | Attorney Appearance by Aaron L. Harrah filed by on behalf of Cabell County Commission. (Harrah, Aaron) (Entered: 05/02/2018) |
| 05/02/2018 | 370 | Attorney Appearance by Robert E. Hill filed by on behalf of Cabell County Commission. (Hill, Robert) (Entered: 05/02/2018) |
| 05/03/2018 | 371 | **Order** clarifying provision contained in Case Management Order One. Signed by Judge Dan Aaron Polster (MDL 2804) on 5/3/18. (P,R) (Entered: 05/03/2018) |
| 05/03/2018 | 372 | Notice (Second) of filing waiver of service filed by Julie Ann Demille. Modified to include completed waiver form. (Attachments: # 1 Waiver of Service)Related document(s) 232 .(B,R) (Entered: 05/03/2018) |
| 05/03/2018 | 373 | Attorney Appearance by James C. Peterson filed by on behalf of City of Warwick, RI. (Peterson, James) (Entered: 05/03/2018) |
| 05/03/2018 | 374 | Attorney Appearance by James C. Peterson filed by on behalf of Town of North Providence. (Peterson, James) (Entered: 05/03/2018) |
| 05/03/2018 | 375 | Attorney Appearance by James C. Peterson filed by on behalf of Town of Johnston, RI. (Peterson, James) (Entered: 05/03/2018) |
| 05/03/2018 | 376 | Attorney Appearance by Matthew Conn filed by on behalf of City of Sandy Springs, Georgia. (Conn, Matthew) (Entered: 05/03/2018) |
| 05/03/2018 | 377 | Attorney Appearance by Matthew Conn filed by on behalf of City of Clarksville, Tennessee. (Conn, Matthew) (Entered: 05/03/2018) |
| 05/03/2018 | 378 | Attorney Appearance by Paul T. Farrell, Jr filed by on behalf of City of Cleveland, Columbiana County Board of County Commissioners, Crawford County Board of County Commissioners, Erie County Board of County Commissioners, Geauga County Board of County Commissioners, Huron County Board of County Commissioners, Seneca County Board of County Commissioners, Wayne County Board of County Commissioners, Williams County Board of County Commissioners. (Farrell, Paul) (Entered: 05/03/2018) |
| 05/04/2018 | 379 | **Conditional Transfer Order** (CTO 26) by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio. (P,R) (Entered: 05/04/2018) |
| 05/04/2018 | 380 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay and transferring case to the Northern District of Ohio. (P,R) (Entered: 05/04/2018) |

| 05/04/2018 | 381 | Proposed Order *Protective Order* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Stern, Jonathan) (Entered: 05/04/2018) |
|---|---|---|
| 05/04/2018 | 382 | Proposed Order *Regarding Document and Electronically Stored Information Production Protocol* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Stern, Jonathan) (Entered: 05/04/2018) |
| 05/07/2018 | 383 | **Order** Regarding Third-Party Contingent Litigation Financing. Judge Dan Aaron Polster (MDL 2804) on 5/7/18. (P,R) (Entered: 05/07/2018) |
| 05/07/2018 | 384 | Notice by Hospital Representative of Plaintiffs' Executive Committee of Identification of Hospital for Bellwether Consideration Pursuant to CMO #1 filed by West Boca Medical Center, Inc. (Barrett, John). (Entered: 05/07/2018) |
| 05/07/2018 | 385 | **SEALED Document:***West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corp., et al. Complaint; Case No. 1:18-op-45530* filed by West Boca Medical Center, Inc.. Related document(s) 167 , 232 , 384 . (Attachments: # 1 Civil Cover Sheet)(Barrett, John) (Entered: 05/07/2018) |
| 05/07/2018 | 386 | Attorney Appearance by Dean T. Barnhard filed by on behalf of H.D. Smith Wholesale Drug Co.. (Barnhard, Dean) (Entered: 05/07/2018) |
| 05/07/2018 | 387 | Attorney Appearance by Dean T. Barnhard filed by on behalf of H.D. Smith Wholesale Drug Co.. (Barnhard, Dean) (Entered: 05/07/2018) |
| 05/07/2018 | 388 | Attorney Appearance by Dean T. Barnhard filed by on behalf of H.D. Smith Wholesale Drug Co.. (Barnhard, Dean) (Entered: 05/07/2018) |
| 05/07/2018 | 389 | Attorney Appearance by Dean T. Barnhard filed by on behalf of H.D. Smith Wholesale Drug Co.. (Barnhard, Dean) (Entered: 05/07/2018) |
| 05/07/2018 | 390 | Attorney Appearance by Dean T. Barnhard filed by on behalf of H.D. Smith Wholesale Drug Co.. (Barnhard, Dean) (Entered: 05/07/2018) |
| 05/07/2018 | 391 | Attorney Appearance by Dean T. Barnhard filed by on behalf of H.D. Smith Wholesale Drug Co.. (Barnhard, Dean) (Entered: 05/07/2018) |
| 05/07/2018 | 392 | Amended Notice Regarding Requested Waiver of Service filed by Richard Johns. (Attachments: # 1 Exhibit A (Waiver Request), # 2 Exhibit B (Waiver Form))Related document(s) 266 .(Estes, James) (Entered: 05/07/2018) |
| 05/07/2018 | 393 | Corporate Disclosure Statement identifying Corporate Parent AmerisourceBergen Corporation for H.D. Smith Wholesale Drug Co. filed by H.D. Smith Wholesale Drug Co.. (Barnhard, Dean) (Entered: 05/07/2018) |
| 05/08/2018 | 394 | Attorney Appearance by Matthew Conn filed by on behalf of Marshall County Health Care Authority. (Conn, Matthew) (Entered: 05/08/2018) |
| 05/08/2018 | 395 | **Conditional Transfer Order** (CTO 27) by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio. (P,R) (Entered: 05/08/2018) |
| 05/08/2018 | 396 | Attorney Appearance by Madeleine R. Brumley filed on behalf of Sid J. Gautreaux, III. (Brumley, Madeleine) (Entered: 05/08/2018) |
| 05/08/2018 | 397 | **Second Order Regarding ARCOS Data**. Judge Dan Aaron Polster (MDL 2804) on 5/8/18. (P,R) (Entered: 05/08/2018) |

| 05/08/2018 | 398 | **Motion** for extension of to File Amended Complaint until May 18, 2018 filed by MDL Notice Only State of Alabama. (Attachments: # 1 Proposed Order)(Jones, Rhon) (Entered: 05/08/2018) |
| 05/08/2018 | 399 | **Motion** To Amend Protective Order filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 167 . (Attachments: # 1 Brief in Support, # 2 Exhibit A - Proposed Order)(Bennett, James) (Entered: 05/08/2018) |
| 05/08/2018 |     | **Order** [non-document] granting 398 State of Alabama's Motion for Extension of time until 5/18/18 to File Amended Complaint. Judge Dan Aaron Polster (MDL 2804) on 5/8/18.(P,R) (Entered: 05/08/2018) |
| 05/08/2018 |     | **Order** [non-document] granting U.S. Department of Justice, Drug Enforcement Administration's Motion to Amend Protective Order (Related Doc # 399 ). Judge Dan Aaron Polster (MDL 2804) on 5/8/18.(P,R) (Entered: 05/08/2018) |
| 05/08/2018 | 400 | **Amendment to Protective Order**. Judge Dan Aaron Polster (MDL 2804) on 5/8/18. (P,R) (Entered: 05/08/2018) |
| 05/09/2018 | 401 | Attorney Appearance by Barry H. Boise ,*Judith L. OGrady and Jessica K. Southwick of Pepper Hamilton LLP* filed by on behalf of Collegium Pharmaceutical, Inc.. (Boise, Barry) (Entered: 05/09/2018) |
| 05/09/2018 | 402 | Notice of Proper Waiver of Service Request and Designated Recipient filed by Collegium Pharmaceutical, Inc.. (Attachments: # 1 Exhibit A-Proper Form For A Waiver Request)(Boise, Barry) (Entered: 05/09/2018) |
| 05/09/2018 | 403 | Proposed Order *Regarding Stay as to Physician Defendants* filed by Perry Fine, Scott Fishman, Russell Portenoy, Lynn Webster. (Tarney, Tyler) (Entered: 05/09/2018) |
| 05/09/2018 | 404 | **Motion** for leave *to File Amended Complaint Under Seal* filed by MDL Notice Only State of Alabama. (Attachments: # 1 Exhibit A - Proposed Order, # 2 Exhibit B)(Jones, Rhon) (Entered: 05/09/2018) |
| 05/09/2018 | 405 | **Motion** for relief *to Modify Case Management Order One* filed by MDL Notice Only Baptist Hospital, Inc.. Related document(s) 232 . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Certificate of Service)(Frazer, T.) (Entered: 05/09/2018) |
| 05/09/2018 | 406 | **Order** granting State of Alabama's Motion for leave to file amended complaint under seal (Related Doc # 404 ). Judge Dan Aaron Polster (MDL 2804) on 5/9/18.(P,R) (Entered: 05/09/2018) |
| 05/09/2018 | 407 | **Order** Regarding Stay as to Physician Defendants. Judge Dan Aaron Polster (MDL 2804) on 5/9/18. (P,R) (Entered: 05/09/2018) |
| 05/09/2018 | 408 | Unopposed **Motion** for leave *to File Amended Complaint Under Seal* filed by MDL Notice Only City of Chicago. (Attachments: # 1 Exhibit Proposed Order) (Singer, Linda) (Entered: 05/09/2018) |
| 05/10/2018 | 409 | **Order** granting City of Chicago's Unopposed Motion for Leave to File Amended Complaint Under Seal (Related Doc # 408 ). Judge Dan Aaron Polster (MDL 2804) on 5/10/18.(P,R) (Entered: 05/10/2018) |

| 05/10/2018 | 410 | **Conditional Transfer Order** (CTO - 28) by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio. (P,R) (Entered: 05/10/2018) |
| --- | --- | --- |
| 05/10/2018 | 411 | **SEALED Document:***First Amended Complaint* filed by City of Chicago. Related document(s) 409 . (Singer, Linda) (Entered: 05/10/2018) |
| 05/10/2018 | 412 | Notice of Service of first disclosure of Suspicious Order Reports filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 05/10/2018) |
| 05/11/2018 | 413 | Attorney Appearance by Shannon E. McClure filed by on behalf of AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Bellco Drug Corp.. (McClure, Shannon) (Entered: 05/11/2018) |
| 05/11/2018 | 414 | **Response** to 405 **Motion** for relief *to Modify Case Management Order One* filed by West Boca Medical Center, Inc.. (Attachments: # 1 Exhibit A - FL Medical Examiners Commission 2016 Annual Report)(Barrett, John) (Entered: 05/11/2018) |
| 05/11/2018 | 415 | Non-Appeal Transcript Order Form for proceedings held on 05/10/2018 before Judge Polster, Court Reporter: Boardman. Requested completion date: 05/11/2018 filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Rendon, Carole) (Entered: 05/11/2018) |
| 05/11/2018 | 416 | Transcript of Discovery Conference held on 05/10/2018 before Mag. Judge David A. Ruiz. To obtain a copy of this transcript, please contact court reporter Lance A. Boardman at 216-357-7019 (Lance_Boardman@ohnd.uscourts.gov). [79 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 5/18/2018. Redaction Request due 6/1/2018. Redacted Transcript Deadline set for 6/11/2018. Release of Transcript Restriction set for 8/9/2018. Related document(s) 415 . (B,LA) (Entered: 05/11/2018) |
| 05/13/2018 | 417 | Non-Appeal Transcript Order Form for proceedings held on 5/10/18 before Judge Ruiz, Court Reporter: Lance Boardman. Requested completion date: 5/14/18 filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 05/13/2018) |
| 05/14/2018 | 418 | Transcript of Status Conference held on 05/10/2018 before Judge Dan Aaron Polster. To obtain a copy of this transcript, please contact court reporter Lance A. Boardman at 216-357-7019 (Lance_Boardman@ohnd.uscourts.gov). [21 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 5/21/2018. Redaction Request due 6/4/2018. Redacted Transcript Deadline set for 6/14/2018. Release of Transcript Restriction set for 8/13/2018. Related document(s) 415 . (B,LA) (Entered: 05/14/2018) |
| 05/14/2018 | 419 | Expedited Non-Appeal Transcript Order Form for proceedings held on 5/10/18 before Judge Polster, Court Reporter: Lance Boardman. filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 05/14/2018) |

| 05/14/2018 | 420 | FILING ERROR Waiver of Service Returned Executed by Hamilton County, Tennessee. Allergan Finance LLC waiver sent on 5/11/2018, answer due 7/10/2018; Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. waiver sent on 5/11/2018, answer due 7/10/2018; Watson Pharmaceuticals, Inc. waiver sent on 5/11/2018, answer due 7/10/2018 filed on behalf of Hamilton County, Tennessee (Berke, Ronald) Modified on 5/18/2018 (P,R). (Entered: 05/14/2018) |
| 05/14/2018 | 421 | FILING ERROR Waiver of Service Returned Executed by Hamilton County, Tennessee. Purdue Pharma L.P. waiver sent on 5/10/2018, answer due 7/9/2018 filed on behalf of Hamilton County, Tennessee (Berke, Ronald) Modified on 5/18/2018 (P,R). (Entered: 05/14/2018) |
| 05/14/2018 | 422 | FILING ERROR Waiver of Service Returned Executed by Hamilton County, Tennessee. Purdue Pharma Inc. waiver sent on 5/10/2018, answer due 7/9/2018 filed on behalf of Hamilton County, Tennessee (Berke, Ronald) Modified on 5/18/2018 (P,R). (Entered: 05/14/2018) |
| 05/14/2018 | 423 | FILING ERROR Waiver of Service Returned Executed by Hamilton County, Tennessee. Purdue Frederick Company, Inc. waiver sent on 5/10/2018, answer due 7/9/2018 filed on behalf of Hamilton County, Tennessee (Berke, Ronald) Modified on 5/18/2018 (P,R). (Entered: 05/14/2018) |
| 05/14/2018 | 424 | FILING ERROR Waiver of Service Returned Executed by Hamilton County, Tennessee. Cardinal Health, Inc. waiver sent on 5/10/2018, answer due 7/9/2018 filed on behalf of Hamilton County, Tennessee (Berke, Ronald) Modified on 5/18/2018 (P,R). (Entered: 05/14/2018) |
| 05/14/2018 | 425 | FILING ERROR Waiver of Service Returned Executed by Hamilton County, Tennessee. AmerisourceBergen Drug Corporation waiver sent on 4/18/2018, answer due 6/18/2018 filed on behalf of Hamilton County, Tennessee (Berke, Ronald) Modified on 5/18/2018 (P,R). (Entered: 05/14/2018) |
| 05/14/2018 | 426 | Attorney Appearance by Annemieke M. Tennis filed by on behalf of Medical Mutual of Ohio. (Tennis, Annemieke) (Entered: 05/14/2018) |
| 05/14/2018 | 427 | FILING ERROR Waiver of Service Returned Executed by Medical Mutual of Ohio. Miami-Luken, Inc. waiver sent on 5/8/2018, answer due 7/9/2018 filed on behalf of Medical Mutual of Ohio (Tennis, Annemieke) Modified on 5/18/2018 (P,R). (Entered: 05/14/2018) |
| 05/14/2018 | 428 | Attorney Appearance by Eva Brindisi Pearlman filed by on behalf of County of Oneida, New York. (Pearlman, Eva) (Entered: 05/14/2018) |
| 05/14/2018 | 429 | Attorney Appearance by Eva Brindisi Pearlman filed by on behalf of County of Onondaga, New York. (Pearlman, Eva) (Entered: 05/14/2018) |
| 05/14/2018 | 430 | FILING ERROR Waiver of Service Returned Executed by Medical Mutual of Ohio. Cardinal Health, Inc. waiver sent on 5/8/2018, answer due 7/9/2018 filed on behalf of Medical Mutual of Ohio (Tennis, Annemieke) Modified on 5/18/2018 (P,R). (Entered: 05/14/2018) |
| 05/14/2018 | 431 | FILING ERROR Waiver of Service Returned Executed by Medical Mutual of Ohio. DEPOMED, INC. waiver sent on 5/8/2018, answer due 7/9/2018 filed on behalf of Medical Mutual of Ohio (Tennis, Annemieke) Modified on 5/18/2018 |

| | | |
|---|---|---|
| | | (P,R). (Entered: 05/14/2018) |
| 05/14/2018 | 432 | FILING ERROR Waiver of Service Returned Executed by Medical Mutual of Ohio. Walgreens Boots Alliance Inc. waiver sent on 5/8/2018, answer due 7/9/2018 filed on behalf of Medical Mutual of Ohio (Tennis, Annemieke) Modified on 5/18/2018 (P,R). (Entered: 05/14/2018) |
| 05/14/2018 | 433 | Joint **Motion** to Approve Proposed CMO for Protective Order filed by Plaintiff Plaintiffs' Liaison Counsel. (Attachments: # 1 Proposed Order)(Weinberger, Peter) (Entered: 05/14/2018) |
| 05/14/2018 | 434 | Joint **Motion** to Approve Proposed CMO for Document Production Protocol filed by Plaintiff Plaintiffs' Liaison Counsel. (Attachments: # 1 Proposed Order) (Weinberger, Peter) (Entered: 05/14/2018) |
| 05/15/2018 | 435 | FILING ERROR Waiver of Service Returned Executed by City of Cleveland. filed on behalf of City of Cleveland (Butler, David) Modified on 5/18/2018 (P,R). (Entered: 05/15/2018) |
| 05/15/2018 | 436 | FILING ERROR Waiver of Service Returned Executed by Franklin County Board of County Commissioners. filed on behalf of Franklin County Board of County Commissioners (Butler, David) Modified on 5/18/2018 (P,R). (Entered: 05/15/2018) |
| 05/15/2018 | 437 | FILING ERROR Waiver of Service Returned Executed by Delaware County Board of Commissioners. filed on behalf of Delaware County Board of Commissioners (Butler, David) Modified on 5/18/2018 (P,R). (Entered: 05/15/2018) |
| 05/15/2018 | 438 | FILING ERROR Waiver of Service Returned Executed by City of Lebanon. filed on behalf of City of Lebanon (Butler, David) Modified on 5/18/2018 (P,R). (Entered: 05/15/2018) |
| 05/15/2018 | 439 | FILING ERROR Waiver of Service Returned Executed by Champaign County Board of County Commissioners. filed on behalf of Champaign County Board of County Commissioners (Butler, David) Modified on 5/18/2018 (P,R). (Entered: 05/15/2018) |
| 05/15/2018 | 440 | FILING ERROR Waiver of Service Returned Executed by Athens County Board of Commissioners. filed on behalf of Athens County Board of Commissioners (Butler, David) Modified on 5/18/2018 (P,R). (Entered: 05/15/2018) |
| 05/15/2018 | 441 | **Case Management Order No. 2** Regarding Protective Order (Related Doc # 433 ). Judge Dan Aaron Polster (MDL 2804) on 5/15/18.(P,R) (Entered: 05/15/2018) |
| 05/15/2018 | 442 | WITHDRAWN **Motion** for extension of time until June 4, 2018 to provide ARCOS data filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 397 . (Attachments: # 1 Brief in Support)(Bennett, James) Modified on 5/18/2018 (P,R). (Entered: 05/15/2018) |
| 05/15/2018 | 443 | **Case Management Order No. 3** Regarding Document and Electronically Stored Information Production Protocol. (Related Doc # 434 ). Judge Dan Aaron Polster (MDL 2804) on 5/15/18.(P,R) (Entered: 05/15/2018) |

| 05/15/2018 | 444 | **Conditional Transfer Order** (CTO - 29) by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio. (P,R) (Entered: 05/15/2018) |
| 05/15/2018 | 445 | FILING ERROR Waiver of Service Returned Executed by City of Cleveland. Walgreens Boots Alliance Inc. waiver sent on 5/14/2018, answer due 7/13/2018 filed on behalf of City of Cleveland (Butler, David) Modified on 5/18/2018 (P,R). (Entered: 05/15/2018) |
| 05/15/2018 | 446 | FILING ERROR Waiver of Service Returned Executed by City of Cleveland. H.D. Smith Wholesale Drug Co. waiver sent on 5/14/2018, answer due 7/13/2018 filed on behalf of City of Cleveland (Butler, David) Modified on 5/18/2018 (P,R). (Entered: 05/15/2018) |
| 05/15/2018 | 447 | **Order** directing counsel to file their returned, executed waivers of service in the member cases, and not the main case. Judge Dan Aaron Polster (MDL 2804) on 5/15/18. (P,R) (Entered: 05/15/2018) |
| 05/16/2018 | 448 | Corporate Disclosure Statement identifying Corporate Parent Tenet Healthcare Corporation, Corporate Parent Tenet HealthSystem Medical, Inc., Other Affiliate West Boca Medical Center Sleep Center, Other Affiliate Tenet Care in Florida for West Boca Medical Center, Inc. filed by West Boca Medical Center, Inc.. (Barrett, John) (Entered: 05/16/2018) |
| 05/16/2018 | 449 | FILING ERROR Waiver of Service Returned Executed by Douglas County, Minnesota. Ortho-McNeil-Janssen Pharmaceuticals, Inc. waiver sent on 4/26/2018, answer due 6/25/2018 filed on behalf of Douglas County, Minnesota (Flaherty, Yvonne) Modified on 5/18/2018 (P,R). (Entered: 05/16/2018) |
| 05/16/2018 | 450 | FILING ERROR Waiver of Service Returned Executed by Douglas County, Minnesota. Cardinal Health, Inc. waiver sent on 4/25/2018, answer due 7/9/2018 filed on behalf of Douglas County, Minnesota (Flaherty, Yvonne) Modified on 5/18/2018 (P,R). (Entered: 05/16/2018) |
| 05/16/2018 | 451 | FILING ERROR Waiver of Service Returned Executed by Leech Lake Band of Ojibwe, The. filed on behalf of Leech Lake Band of Ojibwe, The (Flaherty, Yvonne) Modified on 5/18/2018 (P,R). (Entered: 05/16/2018) |
| 05/16/2018 | 452 | FILING ERROR Waiver of Service Returned Executed by Morrison County, Minnesota. filed on behalf of Morrison County, Minnesota (Flaherty, Yvonne) Modified on 5/18/2018 (P,R). (Entered: 05/16/2018) |
| 05/16/2018 | 453 | FILING ERROR Waiver of Service Returned Executed by Morrison County, Minnesota. filed on behalf of Morrison County, Minnesota (Flaherty, Yvonne) Modified on 5/18/2018 (P,R). (Entered: 05/16/2018) |
| 05/17/2018 | 454 | Attorney Appearance by Justin Tresnowski filed on behalf of City of Chicago. (P,R) (Entered: 05/17/2018) |
| 05/17/2018 | 455 | FILING ERROR Waiver of Service Returned Executed by Top Rx, LLC. Top Rx, LLC waiver sent on 5/17/2018, answer due 7/16/2018 filed on behalf of Top Rx, LLC (Lopus, Allen) Modified on 5/18/2018 (P,R). (Entered: 05/17/2018) |
| 05/17/2018 | 456 | FILING ERROR Waiver of Service Returned Executed by Top Rx, LLC. filed on behalf of Top Rx, LLC (Lopus, Allen) Modified on 5/18/2018 (P,R). (Entered: |

| | | |
|---|---|---|
| | | 05/17/2018) |
| 05/17/2018 | 457 | FILING ERROR Waiver of Service Returned Executed by Top Rx, LLC. filed on behalf of Top Rx, LLC (Lopus, Allen) Modified on 5/18/2018 (P,R). (Entered: 05/17/2018) |
| 05/17/2018 | 458 | FILING ERROR Waiver of Service Returned Executed by Top Rx, LLC. filed on behalf of Top Rx, LLC (Lopus, Allen) Modified on 5/18/2018 (P,R). (Entered: 05/17/2018) |
| 05/17/2018 | 459 | FILING ERROR - document to be filed in member case. Notice of Dismissal Under FRCP 41(a)(1) filed by All Plaintiffs. (Kendrick, Bonnie) Modified on 5/17/2018 (P,R). (Entered: 05/17/2018) |
| 05/17/2018 | 460 | **Conditional Transfer Order** (CTO-30) by the Judicial Panel on Multidistrict Litigation transferring the action(s) on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 05/17/2018) |
| 05/17/2018 | 461 | **Notice** of withdrawal *Motion for extension of time* filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 442 . (Bennett, James) Modified on 5/18/2018 (P,R). (Entered: 05/17/2018) |
| 05/17/2018 | 462 | **Order** regarding Defendants' selection of third-party payor case for briefing. Judge Dan Aaron Polster (MDL 2804) on 5/17/18. (P,R) (Entered: 05/17/2018) |
| 05/17/2018 | 463 | Attorney Appearance by Ronda L. Harvey filed by on behalf of Kroger Limited Partnership I. (Harvey, Ronda) (Entered: 05/17/2018) |
| 05/17/2018 | 464 | Corporate Disclosure Statement filed by Kroger Limited Partnership I. (Harvey, Ronda) (Entered: 05/17/2018) |
| 05/18/2018 | 465 | Attorney Appearance by Kenneth M. Daly filed by on behalf of Northern Arapaho Tribe. (Daly, Kenneth) (Entered: 05/18/2018) |
| 05/18/2018 | 466 | **Response** to 405 **Motion** for relief *to Modify Case Management Order One* filed by Family Health Care Clinic, PSC, Family Practice Clinic of Booneville, Inc.. (Guarnieri, David) (Entered: 05/18/2018) |
| 05/18/2018 | 467 | Second **Motion** for extension of time until June 8, 2018 to provide Suspicious Activity Reports filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 233 . (Attachments: # 1 Brief in Support)(Bennett, James) (Entered: 05/18/2018) |
| 05/18/2018 | 468 | Notice of Service of disclosure of ARCOS transactional data filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 05/18/2018) |
| 05/18/2018 | 469 | **Order** Concerning Notices of Appearances. Judge Dan Aaron Polster (MDL 2804) on 5/18/18. (P,R) (Entered: 05/18/2018) |
| 05/18/2018 | 470 | **Motion** to File Second Amended Complaints Under Seal filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Proposed Order)(Weinberger, Peter) (Entered: 05/18/2018) |
| 05/18/2018 | 471 | **Order** granting Plaintiffs' Motion to File Second Amended Complaints Under Seal (Related Doc # 470 ). Judge Dan Aaron Polster (MDL 2804) on 5/18/18.(P,R) |

| | | (Entered: 05/18/2018) |
|---|---|---|
| 05/18/2018 | 472 | Attorney Appearance by Robert R. Riley, Jr filed by on behalf of Hal Allred, City of Vernon, Alabama, Lamar County, Alabama. (Riley, Robert) (Entered: 05/18/2018) |
| 05/18/2018 | 473 | Attorney Appearance by Robert R. Riley, Jr filed by on behalf of City of Fayette, Alabama, Fayette County, Alabama, Rodney Ingle. (Riley, Robert) (Entered: 05/18/2018) |
| 05/18/2018 | 474 | **SEALED Document:***First Amended Complaint* SUPERSEDED BY CORRECTED FIRST AMENDED COMPLAINT (#732); Pp 412 WITHDRAWN filed by State of Alabama. Related document(s) 406 , 232 . (Jones, Rhon) Modified on 7/11/2018 (P,R). (Entered: 05/18/2018) |
| 05/18/2018 | 475 | Second **SEALED Document:***Amended Complaint* filed by City of Cleveland. Related document(s) 471 . (Mougey, Peter) (Entered: 05/18/2018) |
| 05/18/2018 | 476 | Second **SEALED Document:***Amended Complaint* filed by County of Cuyahoga. Related document(s) 471 . (Gallucci, Frank) (Entered: 05/18/2018) |
| 05/18/2018 | 477 | **SEALED Document:***Second Amended Complaint* filed by County of Summit, Ohio. Related document(s) 471 . (Singer, Linda) (Entered: 05/18/2018) |
| 05/21/2018 | 478 | **Notice** by Chandler Rogers of withdrawal as attorney filed by Cherokee County, Alabama, City of Demopolis, Alabama, City of Enterprise, Alabama, City of Marion, Alabama, City of Mobile, Alabama, City of Moulton, Alabama, Greene County, Alabama, Marengo County, Alabama, Morgan County, Alabama, Sumter County, Alabama, Tuscaloosa County, Alabama, Washington County, Alabama, Wilcox County, Alabama. (Mougey, Peter) Modified on 5/21/2018 (P,R). (Entered: 05/21/2018) |
| 05/21/2018 | 479 | Attorney Appearance by David V. Hayes filed by on behalf of Bloodworth Wholesale Drugs, Inc.. (Hayes, David) (Entered: 05/21/2018) |
| 05/21/2018 | 480 | Attorney Appearance by Thomas N. Kerrick, Matthew P. Cook filed on behalf of Richie Enterprises, L.L.C., Richie Pharmacal. (P,R) (Entered: 05/21/2018) |
| 05/21/2018 | 481 | **Notice** of withdrawal of Appearance of Lanson Bordelon as counsel filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Dugan, James) Modified on 5/22/2018 (P,R). (Entered: 05/21/2018) |
| 05/21/2018 | 482 | First **Amended complaint** against Actavis LLC, Actavis Pharma, Inc., Actavis plc, Actavis, Inc., Allergan PLC, AmerisourceBergen Corporation, Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, McKesson Corporation, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Purdue Frederick Company, Inc., Purdue Pharma Inc., Purdue Pharma L.P., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Watson Pharmaceuticals, Inc. and adding new party plaintiff(s) Town of Berry, Alabama. Filed by City of Fayette, Alabama, Fayette County, Alabama, Rodney Ingle. (Jackson, Keith) (Entered: 05/21/2018) |
| 05/22/2018 | | **Order** [non-document] granting 467 U.S. Department of Justice and Drug Enforcement Administration's Motion for Extension of Time until June 8, 2018 to |

| | | |
|---|---|---|
| | | provide Suspicious Activity Reports. Judge Dan Aaron Polster (MDL 2804) on 5/22/18.(P,R) (Entered: 05/22/2018) |
| 05/22/2018 | 483 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of conditional transfer order and transferring case to the Northern District of Ohio. (P,R) (Entered: 05/22/2018) |
| 05/22/2018 | 484 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of conditional transfer order and transferring case to the Northern District of Ohio. Judge Dan Aaron Polster on 5/22/18. (P,R) (Entered: 05/22/2018) |
| 05/22/2018 | 485 | Case Management Order Four. Signed by Judge Dan Aaron Polster on 5/22/2018 (Cohen, David) Modified on 5/23/2018 (P,R). (Entered: 05/22/2018) |
| 05/23/2018 | 486 | FILING ERROR - motion to be filed in member case. **Motion** for leave *to File Amended Complaint Under Seal* filed by MDL Notice Only County Of Webb. (Attachments: # 1 Exhibit A - Proposed Order, # 2 Exhibit B - 5/22/18 Email from Peter Weinberger)(Normand, Jocelyn) Modified on 5/29/2018 (P,R). (Entered: 05/23/2018) |
| 05/23/2018 | 487 | **Motion** for Modification of CMO 1 Regarding Relation Back and Tolling filed by Plaintiff Plaintiffs' Liaison Counsel. (Attachments: # 1 Proposed Order) (Weinberger, Peter) (Entered: 05/23/2018) |
| 05/24/2018 | 488 | **Conditional Transfer Order (CTO-31)** by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio.(B,R) (Entered: 05/24/2018) |
| 05/24/2018 | 489 | Notice of Withdrawal of Counsel filed by Boone County Fiscal Court, Campbell County Fiscal Court. (Nalbandian, John) (Entered: 05/24/2018) |
| 05/24/2018 | 490 | FILING ERROR - amended complaint to be filed in member case **Amended complaint** against Purdue Pharma L.P. and adding new party defendant(s) Cardinal Health, Inc;. AmeriSource Bergen Drug Corporation. Filed by County of San Joaquin. (Scarpulla, Francis) Modified on 5/29/2018 (P,R). (Entered: 05/24/2018) |
| 05/25/2018 | 491 | **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss Second Amended Complaint* filed by MDL Notice Only Cardinal Health, Inc.. (Attachments: # 1 Brief in Support Memorandum in Support of Distributors' Motion to Dismiss Second Amended Complaint, # 2 Exhibit Exhibit 1 to Memorandum ISO Distributors' Motion to Dismiss)(Hardin, Ashley) (Entered: 05/25/2018) |
| 05/25/2018 | 492 | **Order.** In reviewing recently filed amended complaints in the Track One cases, the Court discovered that there are 22 named Plaintiffs in this particular Track One case (1:18op45090). The Court hereby DIRECTS Summit County to file, no later than 12 noon ET on Thursday, May 31, 2018, an Amended Complaint with only Summit County as Plaintiff or this case will be withdrawn from the Track One cases heading to trial in March 2019. Signed by Judge Dan Aaron Polster (MDL 2804) on 5/25/2018. (B,R) (Entered: 05/25/2018) |
| 05/25/2018 | 493 | FILING ERROR - voluntary dismissal of defendant to be filed in member case **Motion** for leave *to File Notice of Voluntary Dismissal* filed by MDL Notice Only West Boca Medical Center, Inc.. (Attachments: # 1 Exhibit A. Notice of Voluntary |

| | | |
|---|---|---|
| | | Dismissal of Defendant Rite-Aid of Maryland, Inc.)(Barrett, John) Modified on 5/29/2018 (P,R). (Entered: 05/25/2018) |
| 05/25/2018 | 494 | **Motion** to dismiss *for Lack of Personal Jurisdiction* filed by Defendant Walgreens Boots Alliance Inc.. (Attachments: # 1 Brief in Support of Walgreens Boots Alliance, Inc's Motion to Dismiss for Lack of Personal Jurisdiction, # 2 Exhibit A - Decl. iso Motion)(Stoffelmayr, Kaspar) (Entered: 05/25/2018) |
| 05/25/2018 | 495 | **Motion** to dismiss for lack of jurisdiction filed by Defendant CVS Health Corporation. (Attachments: # 1 Brief in Support, # 2 Exhibit)(Delinsky, Eric) (Entered: 05/25/2018) |
| 05/25/2018 | 496 | **Order.** The Court has reviewed, and hereby rejects, the proposed Deposition Protocols submitted by the parties as they have not reached full agreement on a number of essential terms. By no later than 12:00 noon ET on Thursday, May 31, 2018, the parties shall file an agreed Deposition Protocol. By that same deadline, with respect to coordination of depositions in the state and federal cases, the Deposition Protocol must also address and amplify the language in Case Management Order No. 1, 9(f) (i.e., absent agreement or court order, a witness will not be deposed more than once across any state or federal cases.), and explain how counsel and the parties will coordinate state and federal litigation to accomplish that directive. Signed by Judge Dan Aaron Polster (MDL 2804) on 5/25/2018. (B,R) (Entered: 05/25/2018) |
| 05/25/2018 | 497 | **Motion** to dismiss *Summit County Second Amended Complaint by Walmart Inc., CVS Health Corp., Rite Aid Corp., and Walgreens Boots Alliance, Inc.* filed by Defendant Walmart, Inc.. Related document(s) 477 . (Attachments: # 1 Brief in Support of Motion to Dismiss)(Fumerton, Tara) (Entered: 05/25/2018) |
| 05/25/2018 | 498 | **Motion** to dismiss for lack of jurisdiction filed by Defendant Rite Aid Corporation. (Attachments: # 1 Brief in Support of Rite Aid Corporation's Motion to Dismiss for Lack of Personal Jurisdiction, # 2 Exhibit Declaration in support of Rite Aid Corporation's Motion to Dismiss for Lack of Personal Jurisdiction) (McEnroe, Elisa) (Entered: 05/25/2018) |
| 05/25/2018 | 499 | Joint **Motion** to dismiss for failure to state a claim */ Manufacturer Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint* filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Attachments: # 1 Memorandum of Law in Support, # 2 Request for Judicial Notice in Support, # 3 Declaration of Charles C. Lifland in Support, # 4 Exhibit A - FDA Response, # 5 Exhibit B - Ohio AG Complaint, # 6 Exhibit C - Nucynta ER Label, # 7 Exhibit D - OxyContin Label, # 8 Exhibit E - Actiq Label, # 9 Exhibit F - Fentora Label, # 10 Exhibit G - Subsys Label, # 11 Exhibit H - Kadian Label, # 12 Exhibit I - Opana ER Label, # 13 Exhibit J - Exalgo Label, # 14 Exhibit K - FDA Press Release, # 15 Exhibit L - TIRF REMS, # 16 Proposed Order)(Lifland, Charles) (Entered: 05/25/2018) |
| 05/25/2018 | 500 | Joint **Motion** to dismiss for failure to state a claim */ Manufacturer Defendants' Joint Motion to Dismiss Fourth Amended Complaint Pursuant to Rule 12(b)(6)* filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Attachments: # 1 Memorandum of Law in Support, # 2 Proposed Order)(Lifland, Charles) (Entered: 05/25/2018) |

| | | |
|---|---|---|
| 05/28/2018 | 501 | WITHDRAWN **Motion** for relief *from CMO #1* filed by MDL Notice Only Ponca Tribe of Nebraska. (Domina, David) Modified on 6/5/2018 (P,R). (Entered: 05/28/2018) |
| 05/28/2018 | 502 | WITHDRAWN **Motion** for Order(s) Establishing a Separate Tribal Government Track filed by Ponca Tribe of Nebraska. (Domina, David) Modified on 6/5/2018 (P,R). (Entered: 05/28/2018) |
| 05/28/2018 | 503 | Brief *in Support of Motion to Establish a Separate Native American Tribes Litigation Tract* filed by Ponca Tribe of Nebraska. Related document(s) 502 . (Domina, David) (Entered: 05/28/2018) |
| 05/29/2018 | 504 | FILING ERROR **Sealed Complaint** with jury demand against Actavis LLC, Actavis Pharma, Inc., Actavis plc, Actavis, Inc., Allergan PLC, AmerisourceBergen Drug Corporation, CVS Health Corporation, Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Kroger Company, The, Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Purdue Frederick Company, Inc., Purdue Pharma Inc., Purdue Pharma L.P., Rite Aid of Maryland, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Wal-Mart, Inc., Walgreens Boots Alliance Inc., Watson Laboratories, Inc., Watson Pharmaceuticals, Inc., Watson S Pharma, Inc.. Filing fee paid $ 400, Receipt number 0647-8727060.. Filed by Rosary Hall, St. Vincent Charity Medical Center. (Attachments: # 1 Civil Cover Sheet) (Barrett, John) Modified on 5/29/2018 (P,R). (Entered: 05/29/2018) |
| 05/29/2018 | 505 | FILING ERROR **Motion** for leave *to File Complaint Under Seal* filed by Rosary Hall, St. Vincent Charity Medical Center. Related document(s) 504 . (Attachments: # 1 Exhibit A - Proposed Order)(Barrett, John) Modified on 5/29/2018 (P,R). (Entered: 05/29/2018) |
| 05/29/2018 | | Request to Clerk for refund of erroneous or duplicate on-line filing fee payment. Reason for refund request: Filed Sealed Complaint Incorrectly (Dkt. No. 504). Receipt #: 0647-8727060, filed by Rosary Hall, St. Vincent Charity Medical Center. Related document(s) 504 . (Barrett, John) (Entered: 05/29/2018) |
| 05/29/2018 | 506 | Attorney Appearance by Thomas N. Kerrick filed by on behalf of Richie Enterprises, L.L.C., Richie Pharmacal. (Kerrick, Thomas) (Entered: 05/29/2018) |
| 05/29/2018 | 507 | Attorney Appearance by Matthew P. Cook filed by on behalf of Richie Enterprises, L.L.C., Richie Pharmacal. (Cook, Matthew) (Entered: 05/29/2018) |
| 05/29/2018 | 508 | Second **Amended complaint** *redacted* against All Defendants. Filed by City of Cleveland. (Weinberger, Peter) Modified on 5/30/2018 (P,R). (Entered: 05/29/2018) |
| 05/29/2018 | 509 | **SEALED Document:***Second Amended Corrected Complaint* filed by City of Cleveland. Related document(s) 262 . (Weinberger, Peter) (Entered: 05/29/2018) |
| 05/29/2018 | 510 | Notice of ARCOS Disclosure to State Attorneys General filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 05/29/2018) |
| 05/29/2018 | 511 | Fourth **Amended complaint** *(redacted)* filed by City of Chicago. (Singer, Linda) Modified text on 5/30/2018 (P,R). (Entered: 05/29/2018) |

| | | |
|---|---|---|
| 05/29/2018 | 512 | **SEALED Document:***Fourth Amended Complaint (corrected)* filed by City of Chicago. Related document(s) 471 . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Singer, Linda) (Entered: 05/29/2018) |
| 05/29/2018 | 513 | Second **Amended complaint** *(redacted)* filed by County of Summit, Ohio. (Singer, Linda). (Entered: 05/29/2018) |
| 05/29/2018 | 514 | **SEALED Document:***Second Amended Complaint (corrected)* filed by County of Summit, Ohio. Related document(s) 471 . (Singer, Linda) (Entered: 05/29/2018) |
| 05/29/2018 | 515 | **Motion** for leave *to File Second Amended Complaints* filed by Broward County, Florida. (Attachments: # 1 Proposed Order)(Cabraser, Elizabeth). (Entered: 05/29/2018) |
| 05/30/2018 | 516 | **Order** granting Plaintiffs' Motion for leave to file second amended complaints (Related Doc # 515 ). Plaintiffs ordered to file both a redacted and an unredacted version under seal. Judge Dan Aaron Polster (MDL 2804) on 5/30/18.(P,R) (Entered: 05/30/2018) |
| 05/30/2018 | 517 | **SEALED Document:***Second Amended Complaint* filed by Cabell County Commission. Related document(s) 516 . (Majestro, Anthony) (Entered: 05/30/2018) |
| 05/30/2018 | 518 | Second **Amended complaint** against All Defendants and adding new party defendant(s) Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; Allergan Finance LLC f/k/a Actavis Inc, f/k/a Watson Pharmaceuticals, Inc.; SpecGX LLC; and Rite Aid Corporation. Filed by Cabell County Commission. (Majestro, Anthony) (Entered: 05/30/2018) |
| 05/30/2018 | 519 | **SEALED Document:** *SECOND AMENDED COMPLAINT* filed by County of Monroe. Related document(s) 516 . (Geller, Paul) (Entered: 05/30/2018) |
| 05/30/2018 | 520 | **SEALED Document:***Second Amended Complaint* filed by Broward County, Florida. Related document(s) 516 . (Cabraser, Elizabeth) (Entered: 05/30/2018) |
| 05/30/2018 | 521 | Second **Amended complaint** *(corrected)* against Actavis LLC, Actavis Pharma, Inc., Actavis plc, Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC, AmerisourceBergen Corporation, CVS Health Corporation, Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H.D. Smith Wholesale Drug Co., HealthMart Systems, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Purdue Frederick Company, Inc., Purdue Pharma Inc., Purdue Pharma L.P., Rite Aid Corporation, Rite Aid of Maryland, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Wal-Mart, Inc., Walgreen Co., Walgreens Boots Alliance, Inc., Watson Laboratories, Inc., Watson Pharmaceuticals, Inc.. Filed by County of Cuyahoga. (Gallucci, Frank) (Entered: 05/30/2018) |
| 05/30/2018 | 522 | Second **Amended complaint** *(redacted)* against Actavis LLC, Actavis Pharma, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, CVS Health Corporation, Cardinal Health, Inc., Cephalon, Inc., Endo |

| | | |
|---|---|---|
| | | Health Solutions Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Kroger Company, The, Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Purdue Frederick Company, Inc., Purdue Pharma Inc., Purdue Pharma L.P., Rite Aid Corporation, Rite Aid of Maryland, Inc., SpecGX LLC, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Walgreens Boots Alliance Inc., Walmart, Inc., Watson Laboratories, Inc. and adding new party defendant(s) Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; Allergan Finance LLC f/k/a Actavis Inc, f/k/a Watson Pharmaceuticals, Inc.; SpecGX LLC; and Rite Aid Corporation. Filed by County of Monroe. (Geller, Paul) (Entered: 05/30/2018) |
| 05/30/2018 | 523 | Second **SEALED Document:***Second Amended Complaint (corrected)* filed by County of Cuyahoga. Related document(s) 471 , 521 , 476 . (Gallucci, Frank) (Entered: 05/30/2018) |
| 05/30/2018 | 524 | **Conditional Transfer Order** (CTO 32) by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio.(P,R) (Entered: 05/30/2018) |
| 05/30/2018 | 525 | Second **Amended complaint** *(redacted)* against All Defendants and adding new party defendant(s) Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; Allergan Finance LLC f/k/a Actavis Inc., f/k/a Watson Pharmaceuticals, Inc.; and SpecGx LLC. Filed by Broward County, Florida. (Cabraser, Elizabeth) Modified on 6/1/2018 (P,R). (Entered: 05/30/2018) |
| 05/30/2018 | 526 | Corporate Disclosure Statement identifying Corporate Parent No Parent Corp. for Johnson & Johnson filed by Johnson & Johnson. (Lifland, Charles) (Entered: 05/30/2018) |
| 05/30/2018 | 527 | Corporate Disclosure Statement identifying Corporate Parent Johnson & Johnson for Janssen Pharmaceuticals, Inc. filed by Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 05/30/2018) |
| 05/30/2018 | 528 | Corporate Disclosure Statement identifying Corporate Parent No Parent Corp. for Johnson & Johnson filed by Johnson & Johnson. (Lifland, Charles) (Entered: 05/30/2018) |
| 05/30/2018 | 529 | **Order** - Counsel are hereby DIRECTED to deal directly with Special Master Cathy Yanni in resolving coordination of depositions in the related state and federal court cases. The Court extends the deadline for reaching agreement on this sole issue, or presenting a single, joint filing to the Court pointing out the few remaining differences no later than 12:00 noon on Friday, June 1, 2018. Judge Dan Aaron Polster (MDL 2804) on 5/30/18. (P,R) Modified on 5/30/2018 (P,R). (Entered: 05/30/2018) |
| 05/30/2018 | 530 | Corporate Disclosure Statement identifying Corporate Parent Allergan PLC fka Actavis PLC for Allergan Finance LLC f/k/a Actavis Inc, f/k/a Watson Pharmaceuticals, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan Finance LLC f/k/a Actavis Inc, f/k/a Watson Pharmaceuticals, Inc.. (Welch, Donna) (Entered: 05/30/2018) |

| 05/30/2018 | 531 | Corporate Disclosure Statement filed by Allergan PLC f/k/a Actavis PLC. (Welch, Donna) (Entered: 05/30/2018) |
| 05/30/2018 | 532 | Corporate Disclosure Statement identifying Corporate Parent Johnson & Johnson for Janssen Pharmaceuticals, Inc. filed by Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 05/30/2018) |
| 05/31/2018 | 533 | **Conditional Transfer Order** (CTO 33) by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio. (Entered: 05/31/2018) |
| 05/31/2018 | 534 | **Motion** to dismiss certain plaintiffs filed by County of Summit, Ohio. Related document(s) 492 . (Attachments: # 1 Proposed Order)(Singer, Linda) Modified on 5/31/2018 (P,R). (Entered: 05/31/2018) |
| 05/31/2018 | 535 | Corporate Disclosure Statement filed by Purdue Pharma L.P.. (Cheffo, Mark) (Entered: 05/31/2018) |
| 05/31/2018 | 536 | Corporate Disclosure Statement filed by Purdue Pharma Inc.. (Cheffo, Mark) (Entered: 05/31/2018) |
| 05/31/2018 | 537 | Corporate Disclosure Statement filed by Purdue Frederick Company, Inc.. (Cheffo, Mark) (Entered: 05/31/2018) |
| 05/31/2018 | 538 | **Order** granting County of Summit's Motion to dismiss certain plaintiffs without prejudice (Related Doc # 534 ). Judge Dan Aaron Polster (MDL 2804) on 5/31/18.(P,R) (Entered: 05/31/2018) |
| 05/31/2018 | 539 | Proposed Order *Joint Proposed Order Establishing Deposition Protocol on Behalf of Plaintiffs and Defendants* filed by Cardinal Health, Inc.. (Pyser, Steven) (Entered: 05/31/2018) |
| 05/31/2018 | 540 | **Motion** for leave *to File Motion for Order to Establish Separate Track for Opioid Baby Claims* filed by Melissa Ambrosio, Darren Flanagan, Elena Flanagan, Ceonda Rees, Deric Rees, Virginia Salmons, Walter Salmons, Roxie Whitley, Rachel Wood. (Attachments: # 1 Proposed Order, # 2 Pleading Proposed Motion to Establish Separate Track for Opioid Baby Claims, # 3 Pleading Proposed Memorandum in Support)(Bickford, Scott) (Entered: 05/31/2018) |
| 05/31/2018 | 541 | Corporate Disclosure Statement filed by Noramco, Inc.. (Mendelsohn, Jenny) (Entered: 05/31/2018) |
| 05/31/2018 | 542 | Response to Notice of ARCOS Disclosure filed by U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 510 .(Bennett, James) (Entered: 05/31/2018) |
| 05/31/2018 | 543 | Corporate Disclosure Statement identifying Corporate Parent Mallinckrodt PLC for Mallinckrodt LLC filed by Mallinckrodt LLC. (O'Connor, Brien) (Entered: 05/31/2018) |
| 05/31/2018 | 544 | **Order** Regarding Deposition Protocol. Judge Dan Aaron Polster (MDL 2804) on 5/31/18. (P,R) (Entered: 05/31/2018) |
| 06/01/2018 | 545 | Corporate Disclosure Statement identifying Corporate Parent Teva Phamaceutical Industries Ltd for Actavis LLC, Actavis Pharma, Inc. filed by Actavis LLC, Actavis Pharma, Inc.. (Reed, Steven) (Entered: 06/01/2018) |

| 06/01/2018 | 546 | Corporate Disclosure Statement identifying Corporate Parent Teva Pharmaceuticals Europe B.V., Corporate Parent Teva Pharmaceutical Holdings Cooperatieve U.A., Corporate Parent IVAX LLC, Corporate Parent Teva Ltd, Corporate Parent Orvet UK Unlimited for Teva Pharmaceuticals USA, Inc.; Corporate Parent Cupric Holding Co., Inc., Corporate Parent Teva Phamaceutical Industries Ltd for Cephalon, Inc. filed by Cephalon, Inc., Teva Pharmaceuticals USA, Inc.. (Reed, Steven) (Entered: 06/01/2018) |
|---|---|---|
| 06/01/2018 | 547 | Corporate Disclosure Statement filed by Rite Aid Corporation. (McEnroe, Elisa) (Entered: 06/01/2018) |
| 06/01/2018 | 548 | **Motion** for leave *to File MSP Plaintiffs' Motion for Appointment to a Position on the Plaintiffs' Executive Committee* filed by MAO-MSO Recovery II, LLC, MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC. (Attachments: # 1 Proposed Order Ex A - proposed Order, # 2 Exhibit B - proposed Motion for Appointment to a Position on the Plaintiffs' Executive Committee)(Ferraro, James) (Entered: 06/01/2018) |
| 06/04/2018 | 549 | **Order** Re: Reassigning Workload. Judge Dan Aaron Polster (MDL 2804) on 6/4/18. (P,R) (Entered: 06/04/2018) |
| 06/04/2018 | 550 | **Motion** to withdraw document filed by MDL Notice Only Ponca Tribe of Nebraska. Related document(s) 502 , 501 , 503 . (Domina, David) (Entered: 06/04/2018) |
| 06/04/2018 | 551 | **Conditional Transfer Order** (CTO 34) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 06/04/2018) |
| 06/05/2018 | 552 | Notice of Service of ARCOS and SORS Data filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 06/05/2018) |
| 06/05/2018 | 553 | **Order** Re: Corporate Disclosure Statements. Judge Dan Aaron Polster (MDL 2804) on 6/5/18. (P,R) (Entered: 06/05/2018) |
| 06/05/2018 |  | **Order** [non-document] granting Ponca Tribe of Nebraska's Motion to withdraw 501 Motion for Relief from CMO #1 and 502 Motion for Separate Track (Related Doc # 550 ). Judge Dan Aaron Polster (MDL 2804) on 6/5/18.(P,R) (Entered: 06/05/2018) |
| 06/05/2018 | 554 | Notice of Service of Doc. 540 *Motion for Leave to File Motion for Order to Establish Separate Track for Opioid Baby Claims* filed by Melissa Ambrosio, Darren Flanagan, Elena Flanagan, Ceonda Rees, Deric Rees, Virginia Salmons, Walter Salmons, Roxie Whitley, Rachel Wood. (Attachments: # 1 Exhibit 1)Related document(s) 540 .(Bickford, Scott) (Entered: 06/05/2018) |
| 06/05/2018 | 555 | Stipulation *of Dismissal Without Prejudice as to H. D. Smith Holdings, LLC and H. D. Smith Holding Company in Broward County, Florida v. Purdue Pharma, et al* filed by Broward County, Florida. (Gilbert, Robert) Modified on 6/19/2018 (P,R). (Entered: 06/05/2018) |
| 06/06/2018 | 556 | Attorney Appearance *for Jennifer S. Harrison, John E. Hall, Jr. and Julia M. Kavanagh* by Jennifer S. Harrison filed by on behalf of Fred's Stores of Tennessee, Inc.. (Harrison, Jennifer) (Entered: 06/06/2018) |

| 06/06/2018 | 557 | Corporate Disclosure Statement identifying Corporate Parent Endo International plc for Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc. filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc.. (Stern, Jonathan) (Entered: 06/06/2018) |
|---|---|---|
| 06/06/2018 | 558 | **Conditional Transfer Order** (CTO-35) by the Judicial Panel on Multidistrict Litigation transferring the action(s) on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 06/06/2018) |
| 06/06/2018 | 559 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring the action(s) on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 06/06/2018) |
| 06/06/2018 | 560 | **Response** to 487 **Motion** for Modification of CMO 1 Regarding Relation Back and Tolling filed by Walgreens Boots Alliance Inc.. (Stoffelmayr, Kaspar) (Entered: 06/06/2018) |
| 06/06/2018 | 561 | Corporate Disclosure Statement filed by McKesson Corporation. (Rodgers, Megan) (Entered: 06/06/2018) |
| 06/06/2018 | 562 | Corporate Disclosure Statement identifying Corporate Parent McKesson Corporation for PSS World Medical, Inc. filed by PSS World Medical, Inc.. (Rodgers, Megan) (Entered: 06/06/2018) |
| 06/06/2018 | 563 | Corporate Disclosure Statement identifying Corporate Parent McKesson Corporation for HealthMart Systems, Inc. filed by HealthMart Systems, Inc.. (Rodgers, Megan) (Entered: 06/06/2018) |
| 06/06/2018 | 564 | Corporate Disclosure Statement filed by McKesson Corporation. (Rodgers, Megan) (Entered: 06/06/2018) |
| 06/06/2018 | 565 | Corporate Disclosure Statement identifying Corporate Parent McKesson Corporation for HealthMart Systems, Inc. filed by HealthMart Systems, Inc.. (Rodgers, Megan) (Entered: 06/06/2018) |
| 06/07/2018 | 566 | Expedited Non-Appeal Transcript Order Form for proceedings held on 6/6/18 before Judge Special Master Cohen, Court Reporter: Shirle Perkins. Requested completion date: 6/8/18 filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 06/07/2018) |
| 06/07/2018 | 567 | Notice of Service of SORS Data filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 06/07/2018) |
| 06/07/2018 | 568 | Corporate Disclosure Statement identifying Corporate Parent No Parent Corp. for Johnson & Johnson filed by Johnson & Johnson. (Lifland, Charles) (Entered: 06/07/2018) |
| 06/07/2018 | 569 | Corporate Disclosure Statement identifying Corporate Parent Johnson & Johnson for Janssen Pharmaceuticals, Inc. filed by Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 06/07/2018) |
| 06/08/2018 | 570 | **Conditional Transfer Order** (CTO 36) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio.(P,R) (Entered: 06/08/2018) |

| 06/08/2018 | 571 | **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss First Amended Complaint* filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Brief in Support Memorandum in Support of Distributors' Motion to Dismiss First Amended Complaint)(Hardin, Ashley) (Entered: 06/08/2018) |
| --- | --- | --- |
| 06/08/2018 | 572 | **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss Second Amended Complaint* filed by Defendant AmerisourceBergen Drug Corporation. Related document(s) 519 . (Attachments: # 1 Brief in Support Memorandum of Law in Support of Ditributors' Motion to Dismiss Second Amended Complaint)(Nicholas, Robert) (Entered: 06/08/2018) |
| 06/08/2018 | 573 | Notice of Service of SORS Data filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 06/08/2018) |
| 06/08/2018 | 574 | Expedited Non-Appeal Transcript Order Form for proceedings held on 6/6/2018 before Judge Special Master Cohen, Court Reporter: Shirle Perkins. Requested completion date: 6/11/2018 filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Rendon, Carole) (Entered: 06/08/2018) |
| 06/08/2018 | 575 | **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss Second Amended Complaint* filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Brief in Support Memorandum in Support of Distributors' Motion to Dismiss Second Amended Complaint)(Hardin, Ashley) (Entered: 06/08/2018) |
| 06/08/2018 | 576 | **Motion** to dismiss for lack of jurisdiction filed by Defendant Walgreens Boots Alliance Inc.. (Attachments: # 1 Brief in Support, # 2 Exhibit A)(Stoffelmayr, Kaspar) (Entered: 06/08/2018) |
| 06/08/2018 | 577 | **Motion** to dismiss for lack of jurisdiction filed by Defendant Rite Aid Corporation. Related document(s) 518 . (Attachments: # 1 Brief in Support of Rite Aid Corporation's Motion to Dismiss for Lack of Personal Jurisdiction, # 2 Exhibit Declaration of Ron Chima in support of Rite Aid Corporation's Motion to Dismiss for Lack of Personal Jurisdiction)(McEnroe, Elisa) (Entered: 06/08/2018) |
| 06/08/2018 | 578 | **Motion** to dismiss for lack of jurisdiction filed by Defendant Rite Aid Corporation. Related document(s) 522 . (Attachments: # 1 Brief in Support of Rite Aid Corporation's Motion to Dismiss for Lack of Personal Jurisdiction, # 2 Exhibit Declaration of Ron Chima in support of Rite Aid Corporation's Motion to Dismiss for Lack of Personal Jurisdiction)(McEnroe, Elisa) (Entered: 06/08/2018) |
| 06/08/2018 | 579 | **Motion** to dismiss for failure to state a claim *Cardinal Health, Inc.'s Motion to Dismiss Second Amended Complaint* filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Brief in Support Memorandum in Support of Cardinal Health's Motion to Dismiss Second Amended Complaint)(Hardin, Ashley) (Entered: 06/08/2018) |
| 06/08/2018 | 580 | **Motion** *Requesting Judicial Notice in Further Support of Cardinal Health's Motion to Dismiss Second Amended Complaint* filed by Defendant Cardinal Health, Inc.. Related document(s) 579 . (Attachments: # 1 Exhibit Ex. 1 - Complaint, West Virginia ex rel. McGraw v. Cardinal Health, Inc., # 2 Exhibit Ex. 2 - Amended Complaint, West Virginia ex rel. Morrisey v. Cardinal Health, Inc., # 3 Exhibit Ex. 3 - Second Amended Complaint, West Virginia ex rel. Morrisey v. Cardinal Health, Inc., # 4 Exhibit Ex. 4 - Settlement Agreement and Release dated |

| | | |
|---|---:|---|
| | | January 9, 2017, # 5 Exhibit Ex. 5 - Order of Dismissal with Prejudice, West Virginia ex rel. Morrisey v. Cardinal Health, Inc., # 6 Exhibit Ex. 6 - Plaintiffs Reply Memorandum in Support of Motion to Remand and for Costs, West Virginia ex rel. McGraw v. Cardinal Health, Inc., # 7 Exhibit Ex. 7 - Order Denying Motion to Dismiss, West Virginia ex rel. Morrisey v. Cardinal Health, Inc., # 8 Exhibit Ex. 8 - H.D. Smith Settlement Agreement and Release dated December 28, 2016)(Hardin, Ashley) Modified on 6/29/2018 (P,R). (Entered: 06/08/2018) |
| 06/08/2018 | 581 | **Notice** Disclosing Assistants. Judge Dan Aaron Polster (MDL 2804) on 6/8/18. (P,R) (Entered: 06/08/2018) |
| 06/08/2018 | 582 | **Motion** to dismiss *Second Amended Complaint by CVS Health Corporation, Walgreens Boots Alliance, Inc., and Walmart Inc.* filed by Defendant Walgreens Boots Alliance Inc.. (Attachments: # 1 Brief in Support)(Stoffelmayr, Kaspar) (Entered: 06/08/2018) |
| 06/08/2018 | 583 | **Motion** to dismiss for failure to state a claim *Motion to Dismiss Second Amended Complaint* filed by Defendant Kroger Company, The. (Attachments: # 1 Brief in Support)(Harvey, Ronda) (Entered: 06/08/2018) |
| 06/08/2018 | 584 | Corporate Disclosure Statement filed by Walmart, Inc.. (Fumerton, Tara) (Entered: 06/08/2018) |
| 06/08/2018 | 585 | Corporate Disclosure Statement filed by CVS Health Corporation. (Delinsky, Eric) (Entered: 06/08/2018) |
| 06/08/2018 | 586 | **Motion** to dismiss *the City of Chicago's First Amended Complaint by Defendants Walmart Inc. and CVS Health Corp.* filed by Defendant Walmart, Inc.. Related document(s) 411 . (Attachments: # 1 Brief in Support of Motion to Dismiss First Amended Complaint by Defendants Walmart Inc. and CVS Health Corp.) (Fumerton, Tara) (Entered: 06/08/2018) |
| 06/08/2018 | 587 | **Motion** to dismiss *Broward County's Second Amended Complaint for Lack of Personal Jurisdiction* filed by Defendant CVS Health Corporation. (Attachments: # 1 Brief in Support, # 2 Exhibit A)(Delinsky, Eric) (Entered: 06/08/2018) |
| 06/08/2018 | 588 | **Motion** to dismiss *Cabell County Commission's Second Amended Complaint for Lack of Personal Jurisdiction* filed by Defendant CVS Health Corporation. (Attachments: # 1 Brief in Support, # 2 Exhibit A)(Delinsky, Eric) (Entered: 06/08/2018) |
| 06/08/2018 | 589 | **Motion** to dismiss *City of Chicago's Second Amended Complaint for Lack of Personal Jurisdiction* filed by Defendant CVS Health Corporation. (Attachments: # 1 Brief in Support, # 2 Exhibit A)(Delinsky, Eric) (Entered: 06/08/2018) |
| 06/08/2018 | 590 | **Motion** to dismiss *Monroe County's Second Amended Complaint for Lack of Personal Jurisdiction* filed by Defendant CVS Health Corporation. (Attachments: # 1 Brief in Support, # 2 Exhibit A)(Delinsky, Eric) (Entered: 06/08/2018) |
| 06/08/2018 | 591 | **Motion** to dismiss for failure to state a claim filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 485 , 232 . (Attachments: # 1 Memorandum In Supoort of Distributors' Motion To Dismiss Second Amended Complaint)(Hobart, Geoffrey) (Entered: 06/08/2018) |

| 06/08/2018 | 📎 592 | **Motion** to dismiss *By Defendants CVS Health Corporation, The Kroger Company, Rite Aid Corporation, Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center, Walgreens Boots Alliance, Inc. and Walmart, Inc.* filed by Defendant CVS Health Corporation. (Attachments: # 1 Brief in Support) (Delinsky, Eric) (Entered: 06/08/2018) |
|---|---|---|
| 06/08/2018 | 📎 593 | **Motion** to dismiss *Second Amended Complaint* filed by Actavis LLC, Actavis Pharma, Inc., Actavis plc, Actavis, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Inc., Purdue Pharma Inc., Purdue Pharma L.P., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Watson Pharmaceuticals, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., SpecGX LLC. Related document(s) 525 . (Attachments: # 1 Brief in Support, # 2 Declaration in Support, # 3 Proposed Order)(Cheffo, Mark) (Entered: 06/08/2018) |
| 06/08/2018 | 📎 594 | Joint **Motion** to dismiss for failure to state a claim */ Manufacturer Defendants' Joint Motion to Dismiss Plaintiff's Second Amended Complaint* filed by Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Attachments: # 1 Memorandum of Law In Support, # 2 Request for Judicial Notice, # 3 Declaration of Charles C. Lifland, # 4 Exhibit A-Complaint, # 5 Exhibit B-Amended Complaint, # 6 Exhibit C-Order, # 7 Proposed Order)(Lifland, Charles) (Entered: 06/08/2018) |
| 06/08/2018 | 📎 595 | Joint **Motion** to dismiss for failure to state a claim *Manufacturer Defendants' Motion to DIsmiss Plaintiff's Second Amended Complaint* filed by Defendant Mallinckrodt LLC. (Attachments: # 1 Memorandum in Support, # 2 Request for Judicial Intervention in Support, # 3 Declaration of Brien T. O'Connor in Support, # 4 Exhibit A to O'Connor Declaration, # 5 Proposed Order)(O'Connor, Brien) (Entered: 06/08/2018) |
| 06/08/2018 | 596 | Corporate Disclosure Statement filed by Johnson & Johnson. (Lifland, Charles) (Entered: 06/08/2018) |
| 06/08/2018 | 597 | Corporate Disclosure Statement identifying Corporate Parent Johnson & Johnson for Janssen Pharmaceuticals, Inc. filed by Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 06/08/2018) |
| 06/08/2018 | 598 | Corporate Disclosure Statement filed by Johnson & Johnson. (Lifland, Charles) (Entered: 06/08/2018) |
| 06/08/2018 | 599 | Corporate Disclosure Statement identifying Corporate Parent Johnson & Johnson for Janssen Pharmaceuticals, Inc. filed by Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 06/08/2018) |
| 06/09/2018 | 600 | Corporate Disclosure Statement identifying Corporate Parent Rite Aid Corporation for Rite Aid of Maryland, Inc. filed by Rite Aid of Maryland, Inc.. (McEnroe, Elisa) (Entered: 06/09/2018) |
| 06/09/2018 | 601 | Corporate Disclosure Statement filed by Rite Aid Corporation. (McEnroe, Elisa) (Entered: 06/09/2018) |

| 06/11/2018 | 602 | **Order** regarding Alternate Exhibit A to 167 ARCOS Protective Order. Judge Dan Aaron Polster (MDL 2804) on 6/11/18. (Attachments: # 1 Exhibit A - Acknowledgement of Protective Order and Agreement to be Bound)(P,R) (Entered: 06/11/2018) |
| --- | --- | --- |
| 06/11/2018 | 603 | **Objection** *to Disclosure of ARCOS Data* filed by U.S. Department of Justice, Drug Enforcement Administration. (Attachments: # 1 Exhibit A - Records Request to Cuyahoga County, # 2 Exhibit B - Records Request to Summit County, # 3 Exhibit C - Records Request to Cabell County Commission) (Bennett, James) (Entered: 06/11/2018) |
| 06/11/2018 | 604 | Corporate Disclosure Statement filed by Kroger Company, The. (Harvey, Ronda) (Entered: 06/11/2018) |
| 06/11/2018 | 605 | Notice of Objection to Plaintiffs' Disclosure of ARCOS Data in Response to Public Records Request filed by AmerisourceBergen Drug Corporation, CVS Health Corporation, Cardinal Health, Inc., H.D. Smith Wholesale Drug Co., McKesson Corporation, Miami-Luken, Inc.. (Hardin, Ashley) (Entered: 06/11/2018) |
| 06/11/2018 | 606 | Report of Special Master *Discovery Ruling No. 1 regarding RFPs 6, 7, & 11* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 06/11/2018) |
| 06/12/2018 | 607 | Corporate Disclosure Statement identifying Corporate Parent United Healthcare Services, Inc., Corporate Parent UnitedHealth Group Incorporated for Optum, Inc. filed by Optum, Inc.. (Chemerinsky, Kimberly) (Entered: 06/12/2018) |
| 06/12/2018 | 608 | Corporate Disclosure Statement filed by Noramco, Inc.. (Mendelsohn, Jenny) (Entered: 06/12/2018) |
| 06/12/2018 | 609 | Corporate Disclosure Statement filed by Noramco, Inc.. (Mendelsohn, Jenny) (Entered: 06/12/2018) |
| 06/12/2018 | 610 | Corporate Disclosure Statement filed by Noramco, Inc.. (Mendelsohn, Jenny) (Entered: 06/12/2018) |
| 06/13/2018 | 611 | **Briefing Order** Re: Public Record Requests. Briefs opposing disclosure due 6/25/18, briefs favoring disclosure due 7/9/18. Judge Dan Aaron Polster (MDL 2804) on 6/13/18. (P,R) (Entered: 06/13/2018) |
| 06/13/2018 | 612 | Attorney Appearance by Gayle M. Blatt filed by on behalf of County of Marin. (Blatt, Gayle) (Entered: 06/13/2018) |
| 06/13/2018 | 613 | Transcript of Teleconference held on June 6, 2018 before Special Master David Cohen. To obtain a bound copy of this transcript please contact court reporter Shirle Perkins at 216-357-7106. [90 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 6/20/2018. Redaction Request due 7/5/2018. Redacted Transcript Deadline set for 7/16/2018. Release of Transcript Restriction set for 9/11/2018. Related document(s) 566 . (P,Sh) (Entered: 06/13/2018) |

| 06/13/2018 | 614 | **Motion** to Permit Sharing of Alabama's Amended Complaint filed by MDL Notice Only State of Alabama. Related document(s) 474 , 406 , 404 , 232 . (Attachments: # 1 Proposed Order)(Maze, Corey) (Entered: 06/13/2018) |
|---|---|---|
| 06/13/2018 | 615 | Corporate Disclosure Statement filed by Cardinal Health, Inc.. (Pyser, Steven) (Entered: 06/13/2018) |
| 06/13/2018 | 616 | **Order** designating attorneys to address the coordination of state/federal discovery, with the supervision Special Master Cathy Yanni. Judge Dan Aaron Polster (MDL 2804) on 6/13/18. (P,R) (Entered: 06/13/2018) |
| 06/13/2018 | 617 | Attorney Appearance by W. Lewis Garrison, Jr. filed on behalf of Big Bend Community Based Care Inc, Central Florida Behavioral Health Network Inc, Central Florida Cares Health System Inc, Lutheran Services Floria Inc, Southeast Florida Behavioral Health Network Inc. (P,R) (Entered: 06/13/2018) |
| 06/13/2018 | 618 | Attorney Appearance by Christopher B. Hood filed on behalf of Big Bend Community Based Care Inc, Central Florida Behavioral Health Network Inc, Central Florida Cares Health System Inc, Lutheran Services Floria Inc, Southeast Florida Behavioral Health Network Inc. (P,R) (Entered: 06/13/2018) |
| 06/13/2018 | 619 | Corporate Disclosure Statement filed by Rhodes Pharmaceuticals, L.P.. (Napolitano, Steven) (Entered: 06/13/2018) |
| 06/13/2018 | 620 | **Reply** in support of 487 **Motion** for Modification of CMO 1 Regarding Relation Back and Tolling filed by All Plaintiffs. (Attachments: # 1 Exhibit)(Farrell, Paul) (Entered: 06/13/2018) |
| 06/13/2018 | 621 | Notice of Objection to Plaintiffs' Disclosure of ARCOS Data in Response to Public Records Requests filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 06/13/2018) |
| 06/13/2018 | 622 | Stipulation *of Dismissal Without Prejudice* as to Defendant Rite Aid Corporation in City of Cleveland v. AmerisourceBergen, et al filed by City of Cleveland. (Mougey, Peter) Modified on 6/14/2018 (P,R). (Entered: 06/13/2018) |
| 06/13/2018 | 623 | Attorney Appearance by Laurie K. Miller filed by on behalf of Miami-Luken, Inc.. (Miller, Laurie) (Entered: 06/13/2018) |
| 06/13/2018 | 624 | Corporate Disclosure Statement identifying Corporate Parent Miami-Luken Holding Company,Inc. for Miami-Luken, Inc. filed by Miami-Luken, Inc.. (Miller, Laurie) (Entered: 06/13/2018) |
| 06/13/2018 | 625 | Stipulation of Dismissal Without Prejudice *as to Rite Aid Corporation in County of Summit, Ohio v. Purdue Pharma, et al* filed by County of Summit, Ohio. Related document(s) 514 .(Singer, Linda) Modified on 6/14/2018 (P,R). (Entered: 06/13/2018) |
| 06/14/2018 | 626 | Corporate Disclosure Statement identifying Corporate Parent RITE AID CORPORATION for Rite Aid of Maryland, Inc. filed by Rite Aid of Maryland, Inc.. (McEnroe, Elisa) (Entered: 06/14/2018) |
| 06/14/2018 | 627 | Notice of Withdrawal *of Jeffrey S. Eden, Andrew J. Lee, and Margaret Hoffmann for Johnson & Johnson and Janssen Pharmaceuticals, Inc.* filed by Johnson & Johnson. (Lee, Andrew) (Entered: 06/14/2018) |

| 06/14/2018 | 628 | FILING ERROR - DOCUMENT TO BE FILED IN MEMBER CASE. Waiver of Service Returned Executed by WestCare Foundation, Inc.. Cardinal Health, Inc. waiver sent on 6/12/2018, answer due 8/13/2018 filed on behalf of WestCare Foundation, Inc. (Cisneros, Norberto) Modified on 6/15/2018 (P,R). (Entered: 06/14/2018) |
|---|---|---|
| 06/15/2018 | 629 | **Conditional Transfer Order** (CTO 37) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 06/15/2018) |
| 06/15/2018 | 630 | **Conditional Transfer Order** (CTO 38) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 06/15/2018) |
| 06/18/2018 | 631 | FILING ERROR First Notice to take Deposition of *Defendant Cardinal Health, Inc.* on filed by Plaintiffs' Liaison Counsel. (Fuller, Michael) Modified on 6/18/2018 (P,R). (Entered: 06/18/2018) |
| 06/18/2018 | 632 | FILING ERROR Second Notice to take Deposition of *Defendant Cardinal Health, Inc.* on filed by Plaintiffs' Liaison Counsel. (Fuller, Michael) Modified on 6/18/2018 (P,R). (Entered: 06/18/2018) |
| 06/18/2018 | 633 | **Motion** for leave *to File First Amended Complaint Under Seal* filed by MDL Notice Only Cleveland Bakers and Teamsters Health & Welfare Fund. (Attachments: # 1 Exhibit Proposed Order)(Weinberger, Peter) (Entered: 06/18/2018) |
| 06/18/2018 | 634 | **Order** granting Cleveland Bakers and Teamsters Health & Welfare Funds' Motion for leave to file First Amended Complaint Under Seal (Related Doc # 633 ). Judge Dan Aaron Polster (MDL 2804) on 6/18/18.(P,R) (Entered: 06/18/2018) |
| 06/18/2018 | 635 | **SEALED Document:***First Amended Complaint* filed by Cleveland Bakers and Teamsters Health & Welfare Fund. Related document(s) 634 . (Weinberger, Peter) (Entered: 06/18/2018) |
| 06/19/2018 | 636 | VACATED **Case Management Order No. 5**: Protocol for Work Performed and Expenses Incurred (Related Doc # 249 ). Judge Dan Aaron Polster (MDL 2804) on 6/19/18. (Attachments: # 1 Exhibit A - Time Report)(P,R) Modified on 6/19/2018 (P,R). (Entered: 06/19/2018) |
| 06/19/2018 | | **Order** [non-document] vacating 636 Case Management Order No. 5 based on document # 358 . Judge Dan Aaron Polster (MDL 2804) on 6/19/18. (P,R) (Entered: 06/19/2018) |
| 06/19/2018 | | **Order** [non-document] granting as unopposed United States' Motion to Participate in Settlement Discussions and as Friend of the Court (Related Doc # 212 ). Judge Dan Aaron Polster (MDL 2804) on 6/19/18.(P,R) (Entered: 06/19/2018) |
| 06/19/2018 | 637 | Unopposed **Motion** to dismiss party *CVS Health Corporation and Add CVS Indiana, LLC and CVS RX Services, Inc.* filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. (Weinberger, Peter) (Entered: 06/19/2018) |
| 06/19/2018 | 638 | **Fact Sheet Implementation Order**. Judge Dan Aaron Polster (MDL 2804) on 6/19/18. (Attachments: # 1 Exhibit A - Government Plaintiff Fact Sheet, # 2 Exhibit B - Defendant Fact Sheet)(P,R) (Entered: 06/19/2018) |

| 06/19/2018 | 639 | **Motion** for oral argument *Regarding Plaintiffs' Motion for Modification of CMO-1* filed by Defendant Walgreens Boots Alliance Inc.. Related document(s) 560 . (Stoffelmayr, Kaspar) (Entered: 06/19/2018) |
| --- | --- | --- |
| 06/19/2018 | 640 | Notice of Acknowledgement of Protective Order and Agreement to be Bound filed by Plaintiffs' Executive Committee. (LeBlanc, J.) (Entered: 06/19/2018) |
| 06/20/2018 | 641 | **Conditional Transfer Order** (CTO 39) by the Judicial Panel on Multidistrict Litigation transferring the actions on the attached schedule to the Northern District of Ohio. (P,R) (Entered: 06/20/2018) |
| 06/20/2018 | 642 | **Order** Clarifying 638 Fact Sheet Implementation Order. Judge Dan Aaron Polster (MDL 2804) on 6/20/18. (P,R) (Entered: 06/20/2018) |
| 06/20/2018 | 643 | **Order** Establishing Deposition Protocol. Judge Dan Aaron Polster (MDL 2804) on 6/20/18. (P,R) (Entered: 06/20/2018) |
| 06/20/2018 | | **Order** [non-document] granting Plaintiffs' Motion to dismiss CVS Health Corporation and Add CVS Indiana, LLC and CVS RX Services, Inc in County of Cuyahoga v. Purdue Pharma, County of Summit v. Purdue Pharma and City of Cleveland v. AmerisourceBergen Drug Corp. (Related Doc # 637 ). Judge Dan Aaron Polster (MDL 2804) on 6/20/18.(P,R) (Entered: 06/20/2018) |
| 06/20/2018 | | **Order** [non-document] denying as moot CVS Health Corporation's Motion to dismiss for lack of jurisdiction, based on 6/20/18 non-document order. (Related Doc # 495 ). Judge Dan Aaron Polster (MDL 2804) on 6/20/18.(P,R) (Entered: 06/20/2018) |
| 06/20/2018 | 644 | Attorney Appearance by Dustin C. Carter filed by on behalf of City of Monroe, Louisiana, Municipality of Yabucoa, Puerto Rico. (Carter, Dustin) (Entered: 06/20/2018) |
| 06/20/2018 | 645 | Attorney Appearance by Dawn M. Chmielewski filed by on behalf of City of Monroe, Louisiana, Municipality of Yabucoa, Puerto Rico. (Chmielewski, Dawn) (Entered: 06/20/2018) |
| 06/21/2018 | 646 | FILING ERROR - Attorney Cheek does not represent City of Monroe, corrected notice of appearance to be filed. Attorney Appearance by Lindsey A. Cheek filed on behalf of City of Monroe, Louisiana, Municipality of Yabucoa, Puerto Rico. (P,R) Modified on 6/25/2018 (P,R). (Entered: 06/21/2018) |
| 06/22/2018 | 647 | Attorney Appearance by Timothy D. Johnson filed on behalf of Discount Drug Mart, Inc. (Johnson, Timothy) (Entered: 06/22/2018) |
| 06/22/2018 | 648 | Attorney Appearance by Timothy D. Johnson filed by on behalf of Discount Drug Mart, Inc.. (Johnson, Timothy) (Entered: 06/22/2018) |
| 06/22/2018 | 649 | Joint **Motion** to Stay the Responsive Briefing Deadline for Walgreens Boots Alliance Inc's **Motion** to dismiss *for Lack of Personal Jurisdiction* until 7/6/18 filed by MDL Notice Only County of Summit, Ohio. Related document(s) 494 . (Singer, Linda) (Entered: 06/22/2018) |
| 06/22/2018 | 650 | *Stipulation of dismissal without prejudice as to Rite Aid Corporation* in County of Cuyahoga, et al v. Purdue Pharma, et al filed by All Plaintiffs. (Gallucci, Frank) Modified on 6/27/2018 (P,R). (Entered: 06/22/2018) |

| 06/22/2018 | 651 | Attorney Appearance *Notice of Appearance Michael N. Ungar, John M. Alten, and Dolores P. Garcia Prignitz* by Dolores P. Garcia-Prignitz filed by on behalf of McKesson Corporation. (Garcia-Prignitz, Dolores) (Entered: 06/22/2018) |
|---|---|---|
| 06/22/2018 | 652 | **Motion** to seal filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 611 , 603 . (Bennett, James) (Entered: 06/22/2018) |
| 06/22/2018 | 653 | **Opposition** to 500 Joint **Motion** to dismiss for failure to state a claim */ Manufacturer Defendants' Joint Motion to Dismiss Fourth Amended Complaint Pursuant to Rule 12(b)(6)* filed by City of Chicago. (Attachments: # 1 Exhibit 1)(Singer, Linda) (Entered: 06/22/2018) |
| 06/22/2018 | 654 | **Opposition** to 491 **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss Second Amended Complaint*, 497 **Motion** to dismiss *Summit County Second Amended Complaint by Walmart Inc., CVS Health Corp., Rite Aid Corp., and Walgreens Boots Alliance, Inc.*, 499 Joint **Motion** to dismiss for failure to state a claim */ Manufacturer Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint* filed by County of Summit, Ohio. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Singer, Linda) (Entered: 06/22/2018) |
| 06/23/2018 | 655 | Plaintiffs' Response to [Doc. No. 499-2] Manufacturer Defendants Request for Judicial Notice in Support of the Manufacturer Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint filed by County of Summit, Ohio. (Singer, Linda) (Entered: 06/23/2018) |
| 06/24/2018 | 656 | **Marginal Entry Order** granting United State's Motion to file document under seal (Related Doc # 652 ). Judge Dan Aaron Polster (MDL 2804) on 6/24/18.(P,R) (Entered: 06/24/2018) |
| 06/25/2018 | 657 | **Conditional Transfer Order (CTO-40)** by the Judicial Panel on Multidistrict Litigation Transferring listed cases to the Northern District of Ohio.(B,R) (Entered: 06/25/2018) |
| 06/25/2018 | 658 | **Motion** for joinder filed by Henry Schein Medical Systems, Inc., Henry Schein, Inc.. Related document(s) 491 . (Montminy, Brandan) (Entered: 06/25/2018) |
| 06/25/2018 | 659 | Corporate Disclosure Statement filed by Henry Schein, Inc.. (Montminy, Brandan) (Entered: 06/25/2018) |
| 06/25/2018 | 660 | Attorney Appearance by George M. Moscarino filed by on behalf of HBC Service Company. (Moscarino, George) (Entered: 06/25/2018) |
| 06/25/2018 | 661 | Corporate Disclosure Statement identifying Corporate Parent Henry Schein, Inc. for Henry Schein Medical Systems, Inc. filed by Henry Schein Medical Systems, Inc.. (Montminy, Brandan) (Entered: 06/25/2018) |
| 06/25/2018 | 662 | **SEALED Document:***Brief in Support of Objections* filed by U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 656 , 611 , 603 . (Attachments: # 1 Exhibit A-Declaration of John J. Martin)(Bennett, James) (Entered: 06/25/2018) |
| 06/25/2018 | 663 | Brief *in Support of Objections - Redacted* filed by U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 611 , 603 . (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit A-Declaration of John J. Martin - Redacted) (Bennett, James) (Entered: 06/25/2018) |
| 06/25/2018 | 664 | **Motion** for joinder *in Defendants AmerisourceBergen Drug Corp., Cardinal Health Inc., and McKesson Corp.'s Motion to Dismiss (Fed. R. CIV.P. 12(b)(6))* filed by Defendant HBC Service Company. (Moscarino, George) (Entered: 06/25/2018) |
| 06/25/2018 | 665 | Brief *Opposing Public Disclosure of ARCOS Data Provided Only for Litigation and Law Enforcement Purposes filed on behalf of Liaison Counsel for Chain Pharmacy Defendants, Liaison Counsel for Manufacturer Defendants, and Liaison Counsel for Distributor Defendants* filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 06/25/2018) |
| 06/26/2018 | 666 | **Case Management Order Five**. Signed by Judge Dan Aaron Polster on 6/26/2018. (B,R) (Entered: 06/26/2018) |
| 06/26/2018 | 667 | Attorney Appearance by Lindsey A. Cheek filed by on behalf of Municipality of Yabucoa, Puerto Rico. (Cheek, Lindsey) (Entered: 06/26/2018) |
| 06/26/2018 | 668 | **Third Order Regarding ARCOS Data**. Signed by Judge Dan Aaron Polster on 6/26/2018. (B,R) (Entered: 06/26/2018) |
| 06/26/2018 | 669 | Duplicate Filing **Third Order Regarding ARCOS Data**. Signed by Judge Dan Aaron Polster on 6/26/2018. (K,K) (Entered: 06/26/2018) |
| 06/27/2018 | 670 | Attorney Appearance by Gregory D. Brown filed on behalf of City of Brunswick, Ohio. (P,R) Modified on 6/28/2018 (P,R). (Entered: 06/27/2018) |
| 06/27/2018 | 671 | Attorney Appearance by Karen C. Lefton filed by on behalf of The Washington Post Company, LLC. (Lefton, Karen) (Entered: 06/27/2018) |
| 06/27/2018 | 672 | **Motion** for Access to Unredacted Brief in Support of Objections to Disclosure of ARCOS Data filed by Intervenor The Washington Post Company, LLC. Related document(s) 652 , 656 . (Lefton, Karen) (Entered: 06/27/2018) |
| 06/27/2018 | 673 | Attorney Appearance by George M. Moscarino filed by on behalf of HBC Service Company. (Moscarino, George) (Entered: 06/27/2018) |
| 06/27/2018 | 674 | Attorney Appearance by Craig G Pelini *and Paul B. Ricard* filed by on behalf of Prescription Supply Inc. (Pelini, Craig) (Entered: 06/27/2018) |
| 06/27/2018 | 675 | Attorney Appearance by George M. Moscarino filed by on behalf of HBC Service Company. (Moscarino, George) (Entered: 06/27/2018) |
| 06/28/2018 | | **Order** [non-document] denying Motion for leave to File Motion for Order to Establish Separate Track for Opioid Baby Claims filed by Melissa Ambrosio, Darren Flanagan, Elena Flanagan, Ceonda Rees, Deric Rees, Virginia Salmons, Walter Salmons, Roxie Whitley, Rache l Wood(Related Doc # 540 ). Judge Dan Aaron Polster (MDL 2804) on 6/28/18.(P,R) (Entered: 06/28/2018) |
| 06/28/2018 | 676 | **Order** Re: Referral to Magistrate Judge Ruiz. Judge Dan Aaron Polster (MDL 2804) on 6/28/18. (P,R) (Entered: 06/28/2018) |
| 06/28/2018 | 677 | **Order** Regarding Remand Briefing. Judge Dan Aaron Polster (MDL 2804) on 6/28/18. (P,R) (Entered: 06/28/2018) |

| 06/29/2018 | 678 | FILING ERROR - MOTION TO BE FILED IN MEMEBER CASE**Motion** for leave to file complaint under seal filed by City of Barberton. Related document(s) 538 . (Attachments: # 1 Proposed Order)(Singer, Linda) Modified on 7/2/2018 (P,R). (Entered: 06/29/2018) |
|---|---|---|
| 06/29/2018 | 679 | **Marginal Entry Order** granting Cardinal Health's Motion Requesting Judicial Notice in Further Support of Motion to Dismiss (Related Doc # 580 ). The Court will take judicial notice of the exhibits attached to R. 580 to the extent appropriate. Magistrate Judge David A. Ruiz on 6/29/18.(P,R) (Entered: 06/29/2018) |
| 06/29/2018 | | **Order** [non-document] granting 649 Joint Motion by County of Summit and Walgreens-Boots Alliance to Stay the Responsive Briefing Deadline for Walgreens Boots Alliance Inc's Motion to dismiss until 7/6/18. Magistrate Judge David A. Ruiz on 6/29/18.(P,R) (Entered: 06/29/2018) |
| 06/29/2018 | 680 | **Marginal Entry Order** granting 658 Henry Schein Defendants' Motion for Joinder to the extent the moving Defendants seek to join the Motion to Dismiss 491 filed by the Distributor Defendants. Magistrate Judge David A. Ruiz on 6/29/18.(P,R) (Entered: 06/29/2018) |
| 06/29/2018 | 681 | **Marginal Entry Order** granting 664 HBC Service Company's Motion for Joinder to the extent the moving Defendant seeks to join the Motion to Dismiss 491 filed by the Distributor Defendants. Magistrate Judge David A. Ruiz on 6/29/18.(P,R) (Entered: 06/29/2018) |
| 06/29/2018 | 682 | Corporate Disclosure Statement filed by HBC Service Company. (Barnes, Robert) (Entered: 06/29/2018) |
| 06/29/2018 | 683 | Attorney Appearance by Patrick C. McGinley, Suzanne Weise filed on behalf of HD Media Company, LLC. (P,R) (Entered: 06/29/2018) |
| 06/29/2018 | 684 | **Motion** to dismiss for failure to state a claim filed by Defendant Cardinal Health, Inc., AmerisourceBergen Drug Corp. and McKesson Corp. (Attachments: # 1 Memorandum in Support of Distributors' Motion to Dismiss Complaint)(Hardin, Ashley) Modified on 6/29/2018 (P,R). (Entered: 06/29/2018) |
| 06/29/2018 | 685 | **Motion** to dismiss for lack of jurisdiction filed by Defendant Walgreens Boots Alliance Inc.. Related document(s) 385 . (Attachments: # 1 Brief in Support, # 2 Exhibit A)(Stoffelmayr, Kaspar) (Entered: 06/29/2018) |
| 06/29/2018 | 686 | **Motion** to dismiss *Plaintiff's Complaint* filed by CVS Health Corporation, Kroger Company, The, Wal-Mart, Inc., Walgreens Boots Alliance Inc.. Related document(s) 385 . (Attachments: # 1 Brief in Support)(Stoffelmayr, Kaspar) (Entered: 06/29/2018) |
| 06/29/2018 | 687 | Attorney Appearance by Jenna A. Hudson filed by on behalf of Muscogee (Creek) Nation, The. (Hudson, Jenna) (Entered: 06/29/2018) |
| 06/29/2018 | 688 | **Motion** to dismiss *the Complaint for Lack of Personal Jurisdiction* filed by Defendant CVS Health Corporation. (Attachments: # 1 Brief in Support)(Delinsky, Eric) (Entered: 06/29/2018) |
| 06/29/2018 | 689 | **Motion** to dismiss for failure to state a claim filed by Defendant McKesson Corporation. (Attachments: # 1 Pleading Memo In Support of Motion To Dismiss, # 2 Exhibit 1)(Hobart, Geoffrey) (Entered: 06/29/2018) |

| 06/29/2018 | 690 | **Motion** to dismiss filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Rhodes Pharmaceuticals, L.P.. (Attachments: # 1 Brief in Support, # 2 Request for Judicial Notice, # 3 Declaration of Sean O. Morris in Support, # 4 Exhibit Exhibit A - Declaration of Sean O. Morris in Support, # 5 Exhibit Exhibit B - Declaration of Sean O. Morris in Support, # 6 Exhibit Exhibit C - Declaration of Sean O. Morris in Support, # 7 Exhibit Exhibit D - Declaration of Sean O. Morris in Support, # 8 Exhibit Exhibit E - Declaration of Sean O. Morris in Support, # 9 Proposed Order)(Cheffo, Mark) (Entered: 06/29/2018) |
| --- | --- | --- |
| 06/29/2018 | 691 | Joint **Motion** to dismiss *PLAINTIFF'S COMPLAINT BY THE MANUFACTURER DEFENDANTS* filed by Actavis LLC, Actavis Pharma, Inc., Allergan Finance LLC, Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. (Attachments: # 1 Brief in Support MEMORANDUM OF LAW IN SUPPORT OF THE MANUFACTURER DEFENDANTS JOINT MOTION TO DISMISS PLAINTIFFS COMPLAINT, # 2 Proposed Order [PROPOSED] ORDER GRANTING THE MANUFACTURER DEFENDANTS JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT) (Reed, Steven) (Entered: 06/29/2018) |
| 06/29/2018 | 692 | Corporate Disclosure Statement filed by Walmart, Inc.. (Fumerton, Tara) (Entered: 06/29/2018) |
| 06/30/2018 | 693 | Report of Special Master *Discovery Ruling No. 2 Regarding Scope* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 06/30/2018) |
| 07/02/2018 | 694 | Corporate Disclosure Statement filed by Noramco, Inc.. (Mendelsohn, Jenny) (Entered: 07/02/2018) |
| 07/02/2018 | 695 | Notice of Service of ARCOS Data filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 07/02/2018) |
| 07/02/2018 | 696 | Corporate Disclosure Statement filed by Johnson & Johnson. (Lifland, Charles) (Entered: 07/02/2018) |
| 07/02/2018 | 697 | Corporate Disclosure Statement identifying Corporate Parent Johnson & Johnson for Janssen Pharmaceuticals, Inc. filed by Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 07/02/2018) |
| 07/03/2018 | 698 | **Conditional Transfer Order (CTO 41)** by the Judicial Panel on Multidistrict Litigation Transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 07/03/2018) |
| 07/03/2018 | 699 | **Order** granting Plaintiff's Motion to Permit Sharing of Alabama's Amended Complaint (Related Doc # 614 ). Judge Dan Aaron Polster (MDL 2804) on 7/3/18.(P,R) (Entered: 07/03/2018) |
| 07/03/2018 | | **Order** [non-document] denying 405 Baptist Hospital Inc's Motion to Modify Case Management Order One for the reasons succinctly stated in Doc ##: 414 and 466 . Judge Dan Aaron Polster (MDL 2804) on 7/3/18.(P,R) (Entered: 07/03/2018) |

| 07/03/2018 | 700 | Attorney Appearance by William H. Falin filed by on behalf of HBC Service Company. (Falin, William) (Entered: 07/03/2018) |
|---|---|---|
| 07/03/2018 | 701 | Attorney Appearance by William H. Falin filed by on behalf of HBC Service Company. (Falin, William) (Entered: 07/03/2018) |
| 07/03/2018 | 702 | Attorney Appearance by William H. Falin filed by on behalf of HBC Service Company. (Falin, William) (Entered: 07/03/2018) |
| 07/03/2018 | 703 | Report of Special Master *Track One Discovery Order Regarding Health-Related Information* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 07/03/2018) |
| 07/05/2018 | 704 | Unopposed **Motion** to dismiss party *CVS Health Corporation and Add CVS Indiana, L.L.C. as Defendant* filed by MDL Notice Only County of Monroe. (Baig, Aelish) (Entered: 07/05/2018) |
| 07/05/2018 | 705 | Unopposed **Motion** to dismiss party *Walgreens Boots Alliance, Inc. and Add Walgreen Co. and Walgreen Eastern Co. as Defendants* filed by MDL Notice Only County of Monroe. (Baig, Aelish) (Entered: 07/05/2018) |
| 07/05/2018 | 706 | **Motion** to dismiss party *Walgreens-Boots Alliance, Inc. and Add Walgreen Co. and Walgreen Eastern Co. as Defendants* filed by MDL Notice Only County of Summit, Ohio. (Singer, Linda) (Entered: 07/05/2018) |
| 07/05/2018 | 707 | Unopposed **Motion** to dismiss party *CVS Health Corp. and Add CVS Indiana, L.L.C. as Defendant* filed by MDL Notice Only City of Chicago. (Singer, Linda) (Entered: 07/05/2018) |
| 07/06/2018 | 708 | Unopposed **Motion** to dismiss party *WALGREENS-BOOTS ALLIANCE, INC. AND ADD WALGREEN CO. AS DEFENDANTS* filed by MDL Notice Only Broward County, Florida. (Gilbert, Robert) (Entered: 07/06/2018) |
| 07/06/2018 | 709 | Unopposed **Motion** to dismiss party *CVS HEALTH CORPORATION AND ADD CVS ORLANDO, FLORIDA DISTRIBUTION, LLC. AND CVS VERO, FLORIDA, LLC. AS DEFENDANTS* filed by MDL Notice Only Broward County, Florida. (Gilbert, Robert) (Entered: 07/06/2018) |
| 07/06/2018 | 710 | Attorney Appearance by W. Scott Simmer filed on behalf of Belmont County Board of County Commissioners, Boone County Commission, Brown County Board of County Commissioners, Cabell County Commission, City of Cincinnati, City of Portsmouth, Clermont County Board of County Commissioners, Fayette County Commission, Gallia County Board of Commissioners, Hocking County Board of County Commissioners, Jackson County Board of County Commissioners, Kanawha County Commission, Lawrence County Board of Commissioners, Logan County Commission, Louisville/Jefferson County Metro Government, Medical Mutual of Ohio, People of the State of Illinois, Pike County Board of County Commissioners, Ross County Board of County Commissioners, Scioto County Board of County Commissioners, Vinton County Board of County Commissioners, Wayne County Commission. (P,R) (Entered: 07/06/2018) |
| 07/06/2018 | 711 | Unopposed **Motion** to dismiss party *CVS Health Corporation and add CVS Tennessee Distribution, L.L.C., CVS Indiana, L.L.C, and CVS Rx Services, Inc. as Defendants* filed by MDL Notice Only Cabell County Commission. Related document(s) 588 . (Majestro, Anthony) (Entered: 07/06/2018) |

| | | |
|---|---|---|
| 07/06/2018 | 712 | Unopposed **Motion** to dismiss party *Walgreens-Boots Alliance, Inc. and add Walgreen Co. and Walgreen Eastern Co. as Defendants* filed by MDL Notice Only Cabell County Commission. Related document(s) 576 . (Majestro, Anthony) (Entered: 07/06/2018) |
| 07/06/2018 | 713 | Stipulation *of Dismissal Without Prejudice as to Rite Aid Corporation* filed by Cabell County Commission. Related document(s) 577 .(Majestro, Anthony) Modified on 10/24/2019 (P,R). (Entered: 07/06/2018) |
| 07/06/2018 | 714 | **Conditional Transfer Order (CTO 42)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio.(P,R) (Entered: 07/06/2018) |
| 07/06/2018 | 715 | Stipulation *of Dismissal Without Prejudice as to Rite Aid Corporation* filed by County of Monroe. (Baig, Aelish) Modified on 10/24/2019 (P,R). (Entered: 07/06/2018) |
| 07/09/2018 | 716 | **Response** to 672 **Motion** Access to Unredacted Brief in Support of Objections to Disclosure of ARCOS Data filed by U.S. Department of Justice, Drug Enforcement Administration. (Attachments: # 1 Exhibit 1 - Martin Supplemental Declaration)(Bennett, James) (Entered: 07/09/2018) |
| 07/09/2018 | 717 | Amended Brief *in Support of Objections* filed by U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 663 . (Attachments: # 1 Exhibit 1 - Martin Declaration) (Bennett, James) (Entered: 07/09/2018) |
| 07/09/2018 | 718 | Brief *In Support of Disclosure of ARCOS Data* filed by Washington Post Company, LLC. (Attachments: # 1 Affidavit Affidavit of Jeffrey Leen of The Washington Post In Support of Disclosure of ARCOS Data) (Lefton, Karen) (Entered: 07/09/2018) |
| 07/09/2018 | 719 | Brief *Favoring Disclosure Re: Public Records Requests* filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Exhibit A) (Weinberger, Peter) (Entered: 07/09/2018) |
| 07/09/2018 | 720 | Attorney Appearance by Joseph M. Callow, Jr filed by on behalf of Muscogee (Creek) Nation, The. (Callow, Joseph) (Entered: 07/09/2018) |
| 07/09/2018 | 721 | **Motion** for leave to file Omnibus Memorandum in Opposition to Defendants' Motions to Dismiss under seal filed by County of Monroe. (Attachments: # 1 Proposed Order)(Baig, Aelish) (Entered: 07/09/2018) |
| 07/09/2018 | 722 | Plaintiff Commonwealth of Kentucky's Submission of Additional Authority in Support of Motion to Remand filed by Commonwealth of Kentucky. Related document(s) 677 .(Singer, Linda) (Entered: 07/09/2018) |
| 07/09/2018 | 723 | **Order** granting County of Monroe's Motion for leave to file Omnibus Memorandum in Opposition under seal (Related Doc # 721 ). Signed by Judge Dan Aaron Polster on 7/9/2018.(B,R) (Entered: 07/09/2018) |
| 07/09/2018 | 724 | Notice of Supplemental Authority *in support of Commonwealth of Kentucky's Motion to Remand* filed by McKesson Corporation. (Attachments: # 1 Exhibit A (Trawick v. Tri-Start Rest. Grp. LLC), # 2 Exhibit B (Valley v. IMB Corp.), # 3 Exhibit C (McDaniel v. Upsher-Smith Labs., Inc.))(Hobart, Geoffrey) Modified on 7/11/2018 (P,R). (Entered: 07/09/2018) |

| 07/09/2018 | 725 | Brief *in Support of Public Disclosure of ARCOS Data* filed by HD Media Company, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Weise, Suzanne) (Entered: 07/09/2018) |
| --- | --- | --- |
| 07/09/2018 | 726 | **Opposition** to 586 **Motion** to dismiss *the City of Chicago's First Amended Complaint by Defendants Walmart Inc. and CVS Health Corp.*, 571 **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss First Amended Complaint* filed by City of Chicago. (Singer, Linda) (Entered: 07/09/2018) |
| 07/09/2018 | 727 | **Response** to 594 Joint **Motion** to dismiss for failure to state a claim */ Manufacturer Defendants' Joint Motion to Dismiss Plaintiff's Second Amended Complaint*, 583 **Motion** to dismiss for failure to state a claim *Motion to Dismiss Second Amended Complaint*, 575 **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss Second Amended Complaint* filed by Cabell County Commission. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Majestro, Anthony) (Entered: 07/09/2018) |
| 07/09/2018 | 728 | **Response** to 579 **Motion** to dismiss for failure to state a claim *Cardinal Health, Inc.'s Motion to Dismiss Second Amended Complaint* filed by Cabell County Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Majestro, Anthony) (Entered: 07/09/2018) |
| 07/09/2018 | 729 | **Opposition** to 592 **Motion** to dismiss *By Defendants CVS Health Corporation, The Kroger Company, Rite Aid Corporation, Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center, Walgreens Boots Alliance, Inc. and Walmart, Inc.*, 572 **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss Second Amended Complaint*, 595 Joint **Motion** to dismiss for failure to state a claim */Manufacturer Defendants' Motion to DIsmiss Plaintiff's Second Amended Complaint* filed by County of Monroe. (Attachments: # 1 Exhibit 1 - Archer v. Arms Tech. slip opinion)(Baig, Aelish) (Entered: 07/09/2018) |
| 07/09/2018 | 730 | **Opposition** to 591 **Motion** to dismiss for failure to state a claim , 582 **Motion** to dismiss *Second Amended Complaint by CVS Health Corporation, Walgreens Boots Alliance, Inc., and Walmart Inc.*, 593 **Motion** to dismiss *Second Amended Complaint* filed by Broward County, Florida. (Cabraser, Elizabeth) (Entered: 07/09/2018) |
| 07/09/2018 | 731 | First **Amended complaint** against Actavis LLC, Actavis Pharma, Inc., Allergan Finance LLC, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Amneal Pharmaceuticals LLC, Anda Pharmaceuticals, Inc., Anda, Inc., Endo Pharmaceuticals, Inc., H. D. Smith Holdings, LLC, KVK-Tech, Inc., McKesson Corporation, Omnicare Distribution Center LLC, Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., SAJ Distributors, Teva Pharmaceuticals USA, Inc., Wal-Mart Stores East, LP, Wal-Mart, Inc., Walgreen Co., Walgreens Boots Alliance Inc., Walmart, Inc., Watson Laboratories, Inc. and adding new party defendant(s) Actavis LLC, Actavis Pharma, Inc., Allergan Finance LLC, AmerisourceBergen Drug Corporation, Amneal Pharmaceuticals, Inc., Anda Pharmaceuticals, Inc., Anda, Inc., Cardinal Health 110, LLC, Carefirst Pharmacy, Inc., City Drug Company, City Drug of Coweta, Inc., Cityplex Pharmacy, Inc., Couch Pharmacy on Sheridan, CVS Pharmacy Inc., Economy Discount Pharmacy, Economy Pharmacy Express, Economy Pharmacy, Inc., Ernie's Pharmacy & Wellness Center, Inc., Freeland-Brown Pharmacy, Inc., Gaddy Discount Drug, Inc., GCP Pharma LLC, Getman-Apothecary Shoppe, Inc., |

| | | |
|---|---|---|
| | | H.D.Smith, LLC, KVK TECH, Inc., Langsam Health Services, LLC, M & D Star Drug, Inc., May's Drug Stores, Inc., Med-Econ Drug, Inc., Med-X Corporation, Morris & Dickson Co., LLC, Oklahoma CVS Pharmacy, LLC, Olympia Pharmacy, Omnicare Distribution Center, LLC, Pharmacy Buying Association, Pippenger Pharmacies, L.L.C., Reasor's LLC, Rogers Drug Co. Inc., SAJ Distributors, Smith Drug Company, Spoon Drugs, Inc., TEVA Pharmaceuticals USA, Inc., The Drug Warehouse, The Harvard Drug Group, LLC, Walgreen Co., Watson Laboratories, Inc.. Filed by Muscogee (Creek) Nation, The. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons, # 18 Summons, # 19 Summons, # 20 Summons, # 21 Summons, # 22 Summons, # 23 Summons, # 24 Summons, # 25 Summons, # 26 Summons, # 27 Summons, # 28 Summons, # 29 Summons, # 30 Summons, # 31 Summons, # 32 Summons, # 33 Summons, # 34 Summons, # 35 Summons, # 36 Summons, # 37 Summons, # 38 Summons, # 39 Summons, # 40 Summons, # 41 Summons, # 42 Summons, # 43 Summons, # 44 Summons, # 45 Summons, # 46 Summons) (Callow, Joseph) (Entered: 07/09/2018) |
| 07/10/2018 | 732 | **SEALED Document:***First Amended Complaint (Corrected)* filed by State of Alabama. Related document(s) 406 , 232 . (Jones, Rhon) (Entered: 07/10/2018) |
| 07/10/2018 | 733 | First **Amended complaint** *(corrected)* against Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. Filed by State of Alabama. (Jones, Rhon) (Entered: 07/10/2018) |
| 07/11/2018 | 734 | Attorney Appearance by Daniel M. Petrocelli filed by on behalf of Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Petrocelli, Daniel) (Entered: 07/11/2018) |
| 07/11/2018 | 735 | Notice of Acknowledgement of Protective Order and Agreement to be Bound filed by Plaintiffs' Executive Committee. (LeBlanc, J.) (Entered: 07/11/2018) |
| 07/12/2018 | 736 | Notice of Consent to Remand filed by McKesson Corporation. (Attachments: # 1 Proposed Order)(Hobart, Geoffrey) (Entered: 07/12/2018) |
| 07/12/2018 | 737 | Consent **Motion** for extension of time until 8/1/18 for Distributor Defendants' to Add Parties to the Track One Cases filed by Defendant McKesson Corporation. (Attachments: # 1 Proposed Order)(Hobart, Geoffrey) Modified on 7/13/2018 (P,R). (Entered: 07/12/2018) |
| 07/12/2018 | 738 | Attorney Appearance by Lloyd B Miller *, Donald J Simon and Whitney A Leonard* filed by on behalf of Muscogee (Creek) Nation, The. (Miller, Lloyd) (Entered: 07/12/2018) |
| 07/13/2018 | | **Order** [non-document] granting 737 McKesson's Motion for Extension of Time until 8/1/18 for Defendants to Add Parties to the Track One Cases. Judge Dan Aaron Polster (MDL 2804) on 7/13/18.(P,R) Modified on 7/16/2018 (P,R). (Entered: 07/13/2018) |
| 07/13/2018 | 739 | **Order** Regarding Plaintiffs' Motion for Modification of CMO 1. (Related Doc # 487 ). Judge Dan Aaron Polster (MDL 2804) on 7/13/18.(P,R) (Entered: 07/13/2018) |

| 07/13/2018 | 740 | **Order** remanding Commonwealth of Kentucky v. McKesson to Franklin Circuit Court. Judge Dan Aaron Polster (MDL 2804) on 7/13/18. (P,R) (Entered: 07/13/2018) |
| 07/13/2018 | 741 | Notice of Withdrawal filed by Impax Laboratories, Inc.. (Cullen, Thomas) (Entered: 07/13/2018) |
| 07/13/2018 | 742 | **Reply** in support of 497 **Motion** to dismiss *Summit County Second Amended Complaint by Walmart Inc., CVS Health Corp., Rite Aid Corp., and Walgreens Boots Alliance, Inc.* filed by Wal-Mart, Inc.. (Fumerton, Tara) (Entered: 07/13/2018) |
| 07/13/2018 | 743 | Unopposed **Motion** for leave to exceed page limitations filed by Defendant Cardinal Health, Inc.. Related document(s) 579 . (Attachments: # 1 Proposed Order Proposed Order)(Hardin, Ashley) (Entered: 07/13/2018) |
| 07/13/2018 | 744 | **Reply** in support of 491 *Distributors' Motion to Dismiss County of Summit's Second Amended Complaint* filed by Cardinal Health, Inc. (Hardin, Ashley) Modified on 7/16/2018 (P,R). (Entered: 07/13/2018) |
| 07/13/2018 | 745 | **Motion** for oral argument *on Distributors' Motion to Dismiss* filed by Defendant Cardinal Health, Inc.. Related document(s) 491 . (Hardin, Ashley) (Entered: 07/13/2018) |
| 07/13/2018 | 746 | **Reply** in support of 499 */ Manufacturer Defendants' Joint Motion to Dismiss County of Summit's Second Amended Complaint* filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) Modified on 7/16/2018 (P,R). (Entered: 07/13/2018) |
| 07/13/2018 | 747 | **Reply** in support of 500 Joint **Motion** to dismiss for failure to state a claim */ Manufacturer Defendants' Joint Motion to Dismiss Fourth Amended Complaint Pursuant to Rule 12(b)(6)* filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 07/13/2018) |
| 07/16/2018 | 748 | **Marginal Entry Order** dismissing Rite Aid Corp. without prejudice and rendering moot Rite Aid's Motion to dismiss for lack of jurisdiction in 1:17op45004. (Related Doc # 498 ). Magistrate Judge David A. Ruiz on 7/16/18.(P,R) (Entered: 07/16/2018) |
| 07/16/2018 | 749 | **Marginal Entry Order** granting 704 County of Monroe's Motion to dismiss CVS Health Corp. and Add CVS Indiana LLC as Defendant in 1:18op45158, and rendering moot 590 CVS Health Corp's Motion to dismiss for lack of jurisdiction. Magistrate Judge David A. Ruiz on 7/16/18.(P,R) (Entered: 07/16/2018) |
| 07/16/2018 | 750 | Corporate Disclosure Statement filed by Cardinal Health, Inc.. (Pyser, Steven) (Entered: 07/16/2018) |
| 07/16/2018 | 751 | **Marginal Entry Order** granting 705 County of Monroe's Motion to dismiss Walgreens Boots Alliance, Inc. and Add Walgreen Co. and Walgreen Eastern Co. as Defendants in 1:18op45158, and rendering moot 576 Walgreens Boots Alliance's Motion to dismiss for lack of jurisdiction. Magistrate Judge David A. Ruiz on 7/16/18.(P,R) (Entered: 07/16/2018) |

| 07/16/2018 | 752 | **Marginal Entry Order** granting County of Summit's 706 Motion to dismiss Walgreens Boots Alliance, Inc. and Add Walgreen Co. and Walgreen Eastern Co. as Defendants in 1:18op45090, and rendering moot 494 Walgreens Boots Alliance's Motion to dismiss for lack of jurisdiction. Magistrate Judge David A. Ruiz on 7/16/18.(P,R) (Entered: 07/16/2018) |
| 07/16/2018 | 753 | **Marginal Entry Order** granting 707 City of Chicago's Motion to dismiss CVS Health Corporation and Add CVS Indiana, LLC as Defendant in 1:18op45281, and rendering moot 589 CVS Health Corporation Motion to dismiss for lack of jurisdiction. Magistrate Judge David A. Ruiz on 7/16/18.(P,R) (Entered: 07/16/2018) |
| 07/16/2018 | 754 | **Marginal Entry Order** granting 708 Broward County, Florida's Motion to dismiss Walgreens Boots Alliance, Inc. and Add Walgreen Co. as Defendant in 1:18op45332, and rendering moot 576 Walgreens Boots Alliance's Motion to dismiss for lack of jurisdiction. Magistrate Judge David A. Ruiz on 7/16/18.(P,R) (Entered: 07/16/2018) |
| 07/16/2018 | 755 | **Marginal Entry Order** granting 709 Broward County, Florida's Motion to dismiss CVS Health Corporation and Add CVS Orlando, Florida Distribution, LLC and CVS Vero, Florida Distribution, LLC as Defendants in 1:18op45332, and rendering moot 587 CVS Health Corporation's Motion to dismiss for lack of jurisdiction. Magistrate Judge David A. Ruiz on 7/16/18.(P,R) (Entered: 07/16/2018) |
| 07/16/2018 | 756 | **Marginal Entry Order** granting 711 Cabell County Commission's Motion to dismiss CVS Health Corporation and add CVS Tennessee Distribution, L.L.C., CVS Indiana, L.L.C., and CVS Rx Services, Inc. as Defendants in 1:17op45053, and rendering moot 588 CVS Health Corporation's Motion to dismiss for lack of jurisdiction. Magistrate Judge David A. Ruiz on 7/16/18.(P,R) (Entered: 07/16/2018) |
| 07/16/2018 | 757 | **Marginal Entry Order** granting 712 Cabell County Commission's Motion to dismiss Walgreens Boots Alliance, Inc. and add Walgreen Co. and Walgreen Eastern Co. as Defendants, and rendering moot 576 Walgreens Boots Alliance's Motion to dismiss for lack of jurisdiction. Magistrate Judge David A. Ruiz on 7/16/18.(P,R) (Entered: 07/16/2018) |
| 07/16/2018 | 758 | **Conditional Transfer Order (CTO 43)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio.(P,R) (Entered: 07/16/2018) |
| 07/17/2018 | 759 | Attorney Appearance by Erin G. Allen filed on behalf of HBC Service Company. (P,R) (Entered: 07/17/2018) |
| 07/17/2018 | 760 | Redacted Complaint (Rite-Aid removed) filed by West Boca Medical Center, Inc.. Related document(s) 385 .(Barrett, John) (Entered: 07/17/2018) |
| 07/17/2018 | | **Order** [non-document] granting Cardinal Health's Motion to exceed page limitation of its reply brief by the requested eight pages (Related Doc # 743 ). Magistrate Judge David A. Ruiz on 7/17/18.(P,R) (Entered: 07/17/2018) |
| 07/17/2018 | 761 | Attorney Appearance by Jeremy D. Engle filed on behalf of HBC Service Company. (P,R) (Entered: 07/17/2018) |

| 07/17/2018 | 762 | Report of Special Master *Discovery Ruling No. 3, amending Ruling No. 2* filed by David Rosenblum Cohen. Related document(s) 693 . (Cohen, David) (Entered: 07/17/2018) |
| 07/18/2018 | 763 | Unopposed **Motion** to dismiss party *Walgreens Boots-Alliance* filed by MDL Notice Only City of Cleveland. (Mougey, Peter) (Entered: 07/18/2018) |
| 07/18/2018 | 764 | Unopposed **Motion** to dismiss party *Walgreens-Boots Alliance and Add Walgreen Co as Defendants* filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Gallucci, Frank) (Entered: 07/18/2018) |
| 07/19/2018 | 765 | **Conditional Transfer Order (CTO 44)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 07/19/2018) |
| 07/19/2018 | 766 | Notice of Service of ARCOS Data filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 07/19/2018) |
| 07/19/2018 | 767 | Notice of ARCOS Disclosure filed by All Plaintiffs. Related document(s) 739 .(Mougey, Peter) (Entered: 07/19/2018) |
| 07/19/2018 | 768 | Notice of Withdrawal *of Michelle Rognlein Gilboe and William Gordon Childs* filed by Amneal Pharmaceuticals of New York, LLC. (Gilboe, Michelle) (Entered: 07/19/2018) |
| 07/20/2018 | | **Order** [non-document] granting City of Cleveland's Motion to dismiss Walgreens-Boots Alliance, Inc. and add Walgreen Co. as a defendant in 1:18op45132 (Related Doc # 763 ). Magistrate Judge David A. Ruiz on 7/20/18.(P,R) (Entered: 07/20/2018) |
| 07/20/2018 | | **Order** [non-document] granting County of Cuyahoga's Motion to dismiss Walgreens-Boots Alliance, Inc. and add Walgreen Co. as a defendant in 1:17op45004 (Related Doc # 764 ). Magistrate Judge David A. Ruiz on 7/20/18.(P,R) (Entered: 07/20/2018) |
| 07/20/2018 | 769 | Proposed Stipulation *of Dismissal Without Prejudice as to Rite Aid Corporation* filed by Cleveland Bakers and Teamsters Health & Welfare Fund. (Baig, Aelish) (Entered: 07/20/2018) |
| 07/23/2018 | 770 | **Case Management Order Six**. Judge Dan Aaron Polster on 7/23/18. (P,R) (Entered: 07/23/2018) |
| 07/23/2018 | 771 | **Motion** to dismiss for lack of jurisdiction filed by Defendant CVS Health Corporation. (Attachments: # 1 Brief in Support of CVS Health Corporation's Motion to Dismiss Amended Complaint for Lack of Personal Jurisdiction, # 2 Exhibit A)(Delinsky, Eric) (Entered: 07/23/2018) |
| 07/23/2018 | 772 | **Motion** to dismiss for lack of jurisdiction filed by Defendant Walgreens Boots Alliance Inc.. Related document(s) 635 . (Attachments: # 1 Brief in Support, # 2 Exhibit A)(Stoffelmayr, Kaspar) (Entered: 07/23/2018) |
| 07/23/2018 | 773 | **Motion** to dismiss for lack of jurisdiction , **Motion** to dismiss for failure to state a claim () filed by CVS Health Corporation, Rite Aid of Maryland, Inc., Walgreens Boots Alliance Inc., Walmart, Inc.. Related document(s) 635 . (Attachments: # 1 Brief in Support)(Fumerton, Tara) (Entered: 07/23/2018) |

| 07/23/2018 | 774 | **Motion** to dismiss for failure to state a claim *filed by Distributor Defendants* filed by Defendant McKesson Corporation. (Attachments: # 1 Pleading Memorandum In Support Of Distributors' Motion To Dismiss Amended Complaint)(Hobart, Geoffrey) (Entered: 07/23/2018) |
|---|---|---|
| 07/23/2018 | 775 | Corporate Disclosure Statement identifying Corporate Parent Allergan PLC for Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.. (Welch, Donna) (Entered: 07/23/2018) |
| 07/23/2018 | 776 | Corporate Disclosure Statement identifying Corporate Parent RITE AID CORPORATION for Rite Aid of Maryland, Inc. filed by Rite Aid of Maryland, Inc.. (McEnroe, Elisa) (Entered: 07/23/2018) |
| 07/23/2018 | 777 | **Motion** to dismiss for failure to state a claim filed by Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Par Pharmaceutical, Inc., Par Pharmaceuticals Companies, Inc., Purdue Pharma Inc., Purdue Pharma L.P., SpecGX LLC, Teva Pharmaceuticals, USA, Inc., The Purdue Frederick Company, Watson Laboratories, Inc.. Related document(s) 635 . (Attachments: # 1 Brief in Support, # 2 Exhibit Certificate of Service)(Welch, Donna) (Entered: 07/23/2018) |
| 07/24/2018 | 778 | **Conditional Transfer Order (CTO 45)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio.(P,R) (Entered: 07/24/2018) |
| 07/24/2018 | 779 | Corporate Disclosure Statement filed by Noramco, Inc.. (Mendelsohn, Jenny) (Entered: 07/24/2018) |
| 07/24/2018 | 780 | Unopposed **Motion** for extension of Response to Defendants' Motions to Dismiss until August 3, 2018 filed by MDL Notice Only State of Alabama. (Attachments: # 1 Exhibit A - Proposed Order)(Jones, Rhon) (Entered: 07/24/2018) |
| 07/24/2018 | 781 | **Stipulation & Order** of dismissal without prejudice as to Rite Aid Corporation in Case No. 1:18op45432. Magistrate Judge David A. Ruiz on 7/24/18. (P,R) (Entered: 07/24/2018) |
| 07/24/2018 | 782 | Corporate Disclosure Statement filed by Cardinal Health, Inc.. (Pyser, Steven) (Entered: 07/24/2018) |
| 07/24/2018 | 783 | **Motion** for leave *Pharmacy Defendants' Motion for Leave to File Objections to Discovery Rulings No. 2 and No. 3 Under Seal* filed by Walgreen Co., Defendant Walgreen Eastern Co., Inc.. (Attachments: # 1 Exhibit A - Proposed Order) (Stoffelmayr, Kaspar) (Entered: 07/24/2018) |
| 07/24/2018 | 784 | Corporate Disclosure Statement filed by Wal-Mart, Inc.. (Fumerton, Tara) (Entered: 07/24/2018) |
| 07/24/2018 | 785 | **Objection** - *Pharmacy Defendants' Objections to Discovery Rulings No. 2 and No. 3 - REDACTED* filed by Walgreen Co.. Related document(s) 762 , 693 . (Attachments: # 1 Exhibit 1 - 6; Letters To Special Master) (Stoffelmayr, Kaspar) |

| | | |
|---|---|---|
| | | (Entered: 07/24/2018) |
| 07/24/2018 | 786 | **Objection** *by Manufacturer Defendants to the Special Master's Discovery Rulings Nos. 2 and 3* filed by Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., SpecGX LLC, Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. (Attachments: # 1 Exhibit 1 (Discovery Ruling No. 2), # 2 Exhibit 2 (Discovery Ruling No. 3), # 3 Exhibit 3 (July 11, 2018 Letter to Cohen), # 4 Exhibit 4 (July 17, 2018 Letter to Cohen), # 5 Exhibit 5 (Master Purchase Agreement between Allergan & Teva), # 6 Exhibit 6 (Settlement Agreement & Mutual Releases between Teva & Allergan), # 7 Exhibit 7 (July 10, 2018 Letter to Egler), # 8 Exhibit 8 (Declaration of Allison Lee), # 9 Exhibit 9 (Declaration of Andrew J. O'Connor), # 10 Exhibit 10 (Declaration of Thomas E. Sanchez), # 11 Exhibit 11 (Declaration of Robert S. Hoff), # 12 Exhibit 12 (Declaration of Vikram Masson), # 13 Exhibit 13 (Declaration of Ryan Guilds)) (Welch, Donna) (Entered: 07/24/2018) |
| 07/25/2018 | 787 | Amended Notice Regarding Service filed by Amneal Pharmaceuticals of New York, LLC. (Attachments: # 1 Exhibit A - Waiver of Service)(Cosgrove, Paul) (Entered: 07/25/2018) |
| 07/25/2018 | 788 | Amended Notice Regarding Service filed by Impax Laboratories, Inc.. (Attachments: # 1 Exhibit A - Waiver of Service)(Cosgrove, Paul) (Entered: 07/25/2018) |
| 07/25/2018 | 789 | Notice of Compliance filed by U.S. Department of Justice, Drug Enforcement Administration. (Attachments: # 1 Exhibit A - Decision Letter)(Bennett, James) (Entered: 07/25/2018) |
| 07/25/2018 | 790 | Notice of Supplemental Authority filed by Broward County, Florida. (Attachments: # 1 Exhibit A - Kentucky Motion to Dismiss Order, # 2 Exhibit B - Alaska Motion to Dismiss Order, # 3 Exhibit C - New York Motion to Dismiss Order)Related document(s) 730 , 729 , 727 , 653 , 728 , 726 , 654 .(Cabraser, Elizabeth) (Entered: 07/25/2018) |
| 07/26/2018 | 791 | **Order** Regarding Page Limitations for Briefing on Motions to Dismiss (Tribal Track Cases). Judge Dan Aaron Polster (MDL 2804) on 7/26/18. (P,R) (Entered: 07/26/2018) |
| 07/26/2018 | 792 | Attorney Appearance by Joseph W. Boatwright, IV filed by on behalf of County of Cuyahoga. (Boatwright, Joseph) (Entered: 07/26/2018) |
| 07/26/2018 | | **Order** [non-document] - The Court, having reviewed the objections to Discovery Rulings No. 2 and 3, solicits a cogent response from Plaintiffs no later than 12:00 noon on Monday, July 30, 2018. Judge Dan Aaron Polster (MDL 2804) on 7/26/18. (P,R) (Entered: 07/26/2018) |
| 07/26/2018 | 793 | Unopposed **Motion** to dismiss party *Walgreens-Boots Alliance, Inc. and add Walgreen Co.* filed by MDL Notice Only West Boca Medical Center, Inc.. (Barrett, |

| | | John) (Entered: 07/26/2018) |
|---|---|---|
| 07/26/2018 | 794 | Unopposed **Motion** to dismiss party *CVS Health Corporation and add CVS Orlando, Florida Distribution, LLC and CVS Vero, Florida Distribution, LLC* filed by MDL Notice Only West Boca Medical Center, Inc.. (Barrett, John) (Entered: 07/26/2018) |
| 07/26/2018 | 795 | Notice of Appearance filed by Passamaquoddy Tribe-Indian Township. (Hinton, Michael-Corey) (Entered: 07/26/2018) |
| 07/26/2018 | 796 | **Order** granting 780 State of Alabama's motion to file consolidated response brief and for extension of time until 8/3/18 to file response to Defendants' motions to dismiss. Judge Dan Aaron Polster (MDL 2804) on 7/26/18.(P,R) (Entered: 07/26/2018) |
| 07/26/2018 | 797 | Attorney Appearance by Manju Gupta filed by on behalf of McKesson Corporation. (Gupta, Manju) (Entered: 07/26/2018) |
| 07/26/2018 | 798 | Attorney Appearance by John M. Broaddus filed on behalf of Passamaquoddy Tribe-Indian Township. (Broaddus, John) (Entered: 07/26/2018) |
| 07/26/2018 | 799 | **Motion** For An Order Directing The Clerk Of The Court To Stay Execution Of Any Remand Order For 14 Days filed by Defendant McKesson Corporation. (Attachments: # 1 Proposed Order)(Hobart, Geoffrey) (Entered: 07/26/2018) |
| 07/26/2018 | 800 | **Opinion and Order** denying as moot The Washington Post Company's Motion for Access to Unredacted Brief in Support of Objections to Disclosure of ARCOS Data (Related Doc # 672 ). The Court, having shown good cause for its Protective Order which prohibits the disclosure of ARCOS data obtained in the course of discovery in this MDL to unauthorized users, including the Media, sustains the objections to disclosure filed by the United States and Defendants. Judge Dan Aaron Polster (MDL 2804) on 7/26/18.(P,R) (Entered: 07/26/2018) |
| 07/27/2018 | 801 | **Marginal Order** Granting 793 Plaintiff's Motion to dismiss Walgreens-Boots Alliance, Inc. and add Walgreen Co. as defendant in case 1:18-op-45530. Motion 685 is hereby rendered moot. Signed by Magistrate Judge David A. Ruiz on 7/27/2018. (B,R) (Additional attachment(s) added on 7/27/2018: # 1 Corrected Order with corrected member case number ) (B,R). Modified on 7/27/2018 (B,R). (Entered: 07/27/2018) |
| 07/27/2018 | 802 | **Marginal Order** Granting 794 Plaintiff's Motion to dismiss CVS Health Corporation and add CVS Orlando, Florida Distribution, LLC and CVS Vero, Florida LLC as Defendants in case 1:18-op-45530. Motion 688 is hereby rendered moot. Signed by Magistrate Judge David A. Ruiz on 7/27/2018. (B,R) (Entered: 07/27/2018) |
| 07/27/2018 | 803 | Corporate Disclosure Statement identifying Corporate Parent Amerisourcebergen Services Corporation, Corporate Parent AmerisourceBergen Corporation for AmerisourceBergen Drug Corporation filed by AmerisourceBergen Drug Corporation. (Zerrusen, Sandra) (Entered: 07/27/2018) |
| 07/27/2018 | 804 | Corporate Disclosure Statement identifying Other Affiliate Walgreens Boots Alliance Holdings LLC for AmerisourceBergen Corporation filed by AmerisourceBergen Corporation. (Zerrusen, Sandra) (Entered: 07/27/2018) |

| 07/27/2018 | 805 | Corporate Disclosure Statement identifying Corporate Parent Amerisourcebergen Services Corporation, Corporate Parent AmerisourceBergen Corporation for Bellco Drug Corp. filed by Bellco Drug Corp.. (Zerrusen, Sandra) (Entered: 07/27/2018) |
|---|---|---|
| 07/27/2018 | 806 | **Opposition** to 691 Joint **Motion** to dismiss *PLAINTIFF'S COMPLAINT BY THE MANUFACTURER DEFENDANTS*, 686 **Motion** to dismiss *Plaintiff's Complaint*, 684 **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss Complaint* filed by West Boca Medical Center, Inc.. (Barrett, John) (Entered: 07/27/2018) |
| 07/27/2018 | 807 | Brief *in Opposition to Motion to Remand* filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. Related document(s) 677 . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Cheffo, Mark) (Entered: 07/27/2018) |
| 07/30/2018 | 808 | **Motion** for Leave to File Plaintiffs' Omnibus Opposition to Manufacturer Defendants' Joint Objections and Pharmacy Defendants' Objections to the Special Master's Discovery Rulings No. 2 and 3 Under Seal filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Proposed Order)(Weinberger, Peter) (Entered: 07/30/2018) |
| 07/30/2018 | 809 | **Motion** for leave *to File Its' Consolidated Response to Defendants' Motions to Dismiss Under Seal* filed by MDL Notice Only State of Alabama. Related document(s) 167 . (Attachments: # 1 Exhibit A - Proposed Order)(Jones, Rhon) (Entered: 07/30/2018) |
| 07/30/2018 | 810 | **Conditional Transfer Order (CTO-46)** by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio. (B,R) (Entered: 07/30/2018) |
| 07/30/2018 | 811 | **Order** granting 808 Plaintiffs' Motion for leave to file Omnibus Opposition under seal. Related document 441 . Signed by Judge Dan Aaron Polster (MDL 2804) on 7/30/2018. (B,R) (Entered: 07/30/2018) |
| 07/30/2018 | 812 | Omnibus Opposition to Manufacturer Defendants' Joint Objections and Pharmacy Defendants' Objections to the Special Master's Discovery Rulings No. 2 and 3 *(redacted)* filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. Related document(s) 785 , 786 . (Singer, Linda) (Entered: 07/30/2018) |
| 07/30/2018 | 813 | **SEALED Document:***Omnibus Opposition to Manufacturer Defendants' Joint Objections and Pharmacy Defendants' Objections to the Special Master's Discovery Rulings No. 2 and 3* filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. Related document(s) 811 , 785 , 786 . (Attachments: # 1 Exhibit A - Transcript of June 6, 2018 Hearing)(Singer, Linda) (Entered: 07/30/2018) |
| 07/30/2018 | 814 | **Reply** in support of 593 **Motion** to dismiss *Second Amended Complaint* filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. (Cheffo, Mark) Modified on 7/31/2018 to add filers. (B,R). (Entered: 07/30/2018) |
| 07/30/2018 | 815 | **Reply** in support of 592 **Motion** to dismiss *By Defendants CVS Health Corporation, The Kroger Company, Rite Aid Corporation, Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center, Walgreens Boots* |

| | | |
|---|---|---|
| | | *Alliance, Inc. and Walmart, Inc.* filed by CVS Indiana, L.L.C.. (Delinsky, Eric) (Entered: 07/30/2018) |
| 07/30/2018 | 816 | **Reply** in support of 583 **Motion** to dismiss for failure to state a claim *Motion to Dismiss Second Amended Complaint* filed by Kroger Company, The. (Harvey, Ronda) (Entered: 07/30/2018) |
| 07/30/2018 | 817 | **Reply** in support of 571 **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss First Amended Complaint* filed by Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 07/30/2018) |
| 07/30/2018 | 818 | **Reply** in support of 575 **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss Second Amended Complaint* filed by Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 07/30/2018) |
| 07/30/2018 | 819 | **Reply** in support of 579 **Motion** to dismiss for failure to state a claim *Cardinal Health, Inc.'s Motion to Dismiss Second Amended Complaint* filed by Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 07/30/2018) |
| 07/30/2018 | 820 | **Reply** in support of 572 **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss Second Amended Complaint* filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Nicholas, Robert) (Entered: 07/30/2018) |
| 07/30/2018 | 821 | **Reply** in support of 595 Joint **Motion** to dismiss for failure to state a claim */Manufacturer Defendants' Motion to DIsmiss Plaintiff's Second Amended Complaint* filed by Mallinckrodt LLC. (O'Connor, Brien) (Entered: 07/30/2018) |
| 07/30/2018 | 822 | **Reply** in support of 594 Joint **Motion** to dismiss for failure to state a claim */ Manufacturer Defendants' Joint Motion to Dismiss Plaintiff's Second Amended Complaint* filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 07/30/2018) |
| 07/30/2018 | 823 | Corporate Disclosure Statement identifying Corporate Parent Walgreens Boots Alliance, Inc. for Walgreen Co. filed by Walgreen Co.. (Stoffelmayr, Kaspar) (Entered: 07/30/2018) |
| 07/30/2018 | 824 | **Motion** for leave - *Chain Pharmacy Defendants' Motion for Extension of Page Limits for Motion to Dismiss Reply Briefs* filed by Defendant Walgreen Co.. (Stoffelmayr, Kaspar) (Entered: 07/30/2018) |
| 07/30/2018 | 825 | **Reply** in support of 582 **Motion** to dismiss *Second Amended Complaint by CVS Health Corporation, Walgreens Boots Alliance, Inc., and Walmart Inc.* filed by Walgreen Co.. (Stoffelmayr, Kaspar) (Entered: 07/30/2018) |
| 07/30/2018 | 826 | **Reply** in support of 586 **Motion** to dismiss *the City of Chicago's First Amended Complaint by Defendants Walmart Inc. and CVS Health Corp. and CVS Indiana, LLC* filed by Walmart, Inc.. (Fumerton, Tara) (Entered: 07/30/2018) |
| 07/30/2018 | 827 | **Reply** in support of 587 **Motion** to dismiss *Broward County's Second Amended Complaint for Lack of Personal Jurisdiction by Distributor Defendants* filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Pleading Motion for Oral Argument)(Hobart, Geoffrey) (Entered: 07/30/2018) |

| 07/31/2018 | 828 | **Marginal Entry Order** denying MSP Plaintiffs' Motion for leave to file Motion for Appointment to a Position on the Plaintiffs' Executive Committee. (Related Doc # 548 ). Signed by Judge Dan Aaron Polster (MDL 2804) on 7/31/2018.(B,R) (Entered: 07/31/2018) |
| --- | --- | --- |
| 07/31/2018 | 829 | **Motion** for oral argument filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 575 . (Hardin, Ashley) (Entered: 07/31/2018) |
| 07/31/2018 | 830 | **Motion** for oral argument filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 571 . (Hardin, Ashley) (Entered: 07/31/2018) |
| 07/31/2018 | 831 | **Motion** for oral argument *on Motion to Dismiss* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 572 . (Nicholas, Robert) (Entered: 07/31/2018) |
| 07/31/2018 | 832 | **Marginal Entry Order** granting Chain Pharmacy Defendants' Motion for extension of page limits for Motion to Dismiss Reply Briefs (Related Doc # 824 ). Signed by Judge Dan Aaron Polster (MDL 2804) on 7/31/2018.(B,R) (Entered: 07/31/2018) |
| 07/31/2018 | 833 | **Motion** for oral argument filed by Defendant Cardinal Health, Inc.. Related document(s) 579 . (Hardin, Ashley) (Entered: 07/31/2018) |
| 08/01/2018 | 834 | **Order Lifting Stay** of Conditional Transfer Order (CTO-22) filed by the Judicial Panel on Multidistrict Litigation. Related Document 239 . (B,R) (Entered: 08/01/2018) |
| 08/01/2018 | 835 | Report of Special Master *Discovery Ruling Regarding McKesson's "Teamster Materials"* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 08/01/2018) |
| 08/01/2018 | 836 | Notice Regarding Service filed by Prescription Supply Inc. (Ricard, Paul) (Entered: 08/01/2018) |
| 08/01/2018 | 837 | **Third party complaint** against King Pharmaceuticals, Inc. n/k/a King Pharmaceuticals, LLC, Pfizer Inc. Filed by Allergan Finance LLC. (Attachments: # 1 Exhibit A - Agreement) (B,R) (Entered: 08/02/2018) |
| 08/02/2018 | 838 | **Marginal Entry Order** granting Pharmacy Defendants' Motion for leave to file Objections to Discovery Rulings No. 2 and No. 3 under seal (Related Doc # 783 ). Signed by Judge Dan Aaron Polster (MDL 2804) on 8/2/2018.(B,R) (Entered: 08/02/2018) |
| 08/02/2018 | 839 | **SEALED Document:***Pharmacy Defendants' Objections to Discovery Rulings No. 2 and No. 3* filed by Walgreen Co.. Related document(s) 838 , 785 . (Attachments: # 1 Exhibit 1 - CVS Letter to Special Master, # 2 Exhibit 2 - Rite Aid Letter to Special Master, # 3 Exhibit 3 - Walgreens Letter to Special Master, # 4 Exhibit 4 - Walmart Letter to Special Master, # 5 Exhibit 5 - Discount Drug Mart Letter Special Master, # 6 Exhibit 6 - Plaintiffs Letter to Special Master)(Stoffelmayr, Kaspar) (Entered: 08/02/2018) |
| 08/02/2018 | 840 | Attorney Appearance by Alicia M. Stefanski filed by on behalf of Linden Care LLC. (Stefanski, Alicia) (Entered: 08/02/2018) |

| 08/02/2018 | 841 | Notice of Acknowledgement of Protective Order and Agreement to Be Bound filed by Plaintiffs' Executive Committee. (LeBlanc, J.) (Entered: 08/02/2018) |
|---|---|---|
| 08/02/2018 | 842 | Attorney Appearance by Logan N. Anderson, Jan P. Levine, Ronnie Fuchs filed on behalf of West-Ward Pharmaceutical Corp. (B,R) (Entered: 08/02/2018) |
| 08/02/2018 | 843 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio.(B,R) (Entered: 08/03/2018) |
| 08/03/2018 | 844 | Attorney Appearance by Carol Dan Browning filed on behalf of McKesson Corporation. (B,R) (Entered: 08/03/2018) |
| 08/03/2018 | 845 | **Response** (redacted) to 690 **Motion** to dismiss , 689 **Motion** to dismiss for failure to state a claim filed by State of Alabama. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Jones, Rhon). (Entered: 08/03/2018) |
| 08/03/2018 | 846 | **SEALED Document:***The State of Alabama's Combined Response to McKesson's & The Manufacturers' Motions to Dismiss* filed by State of Alabama. Related document(s) 167 . (Attachments: # 1 Exhibit A - Harvard Opioid Rate Study, # 2 Exhibit B - Alaska, # 3 Exhibit C - Oklahoma, # 4 Exhibit D - Washington, # 5 Exhibit E - Tennessee, # 6 Exhibit F - Kentucky, # 7 Exhibit G - Missouri Order April 25, 2018, # 8 Exhibit H - NY June 2018, # 9 Exhibit I - NY July 2018, # 10 Exhibit J - Mississippi)(Jones, Rhon) (Entered: 08/03/2018) |
| 08/03/2018 | 847 | **Motion** for leave *to File Amicus Curieae Brief in Support of Plaintiff West Boca Medical Center, Inc.'s Opposition to Defendants' Motions to Dismiss* filed by Amicus Curiae The Mississippi Hospital Association. Related document(s) 806 . (Attachments: # 1 Exhibit Brief of Amicus Curiae, # 2 Exhibit Order Granting Motion for Leave to File Amicus Curiae Brief)(Frazer, T.) (Entered: 08/03/2018) |
| 08/03/2018 | 848 | Amicus **Motion** for leave *Of 44 Hospital Amici For Leave To File An Amicus Curiae Brief In Support Of Plaintiff West Boca Medical Center, Inc.s Opposition To Defendants Motions To Dismiss* filed by Allegiance Behavioral Health Center of Plainview, Allegiance Health Center of Monroe, Allegiance Health Center of Ruston, Allegiance Specialty Hospital of Greenville, BSA Hospital, BSA Physicians, Bailey Medical Center, Bienville Medical Center, CLHG-Avoyelles d/b/a Avoyelles Hospital, Centennial Hills Hospital Medical Center, Corona Regional Medical Center, Desert Springs Hospital, Eureka Springs Hospital, Harrington Cancer Center, Heart Hospital of New Mexico at Lovelace Medical Center, Henderson Hospital, Hillcrest Hospital Claremore, Hillcrest Hospital Cushing, Hillcrest Hospital Henryetta, Hillcrest Hospital Pryor, Hillcrest Hospital South, Hillcrest Medical Center, Lovelace Medical Center, Lovelace Medical Group, Lovelace Regional Hospital Roswell, Lovelace Westside Hospital, Lovelace Womens Hospital, Manatee Memorial Hospital, North Metro Medical Center, Oakdale Community Hospital, Oklahoma Heart Institute, Physicians Surgical Hospitals, River Valley Medical Center, Sabine Medical Center, Seton Medical Center Harker Heights, Southwest - Inland Valley Medical Center, Spring Valley Hospital Medical Center, Summerlin Hospital Medical Center, Temecula Valley Medical Center, The George Washington University Hospital, Tulsa Spine & Specialty Hospital, Utica Park Clinic, Valley Hospital Medical Center, Winn Parish Medical Center. Related document(s) 806 . (Attachments: # 1 Exhibit Exhibit A)(Richthammer, Theresa) (Entered: 08/03/2018) |

| 08/03/2018 | 1128 | **SEALED Document:** Corrected First Amended Complaint filed by Blackfeet Tribe of the Blackfeet Indian Reservation. (P,R) (Entered: 11/15/2018) |
| 08/06/2018 | 849 | **Marginal Entry Order** granting State of Alabama's Motion for leave to File its Consolidated Response to Defendants' Motions to Dismiss Under Seal (Related Doc # 809 ). Magistrate Judge David A. Ruiz on 8/6/18.(P,R) (Entered: 08/06/2018) |
| 08/06/2018 | 850 | Notice of Acknowledgement of Protective Order and Agreement to Be Bound filed by Plaintiffs' Executive Committee. (LeBlanc, J.) (Entered: 08/06/2018) |
| 08/06/2018 | 851 | Expedited Non-Appeal Transcript Order Form for proceedings held on 08/02/2018 before Judge Polster, Court Reporter: Donnalee Cotone. Requested completion date: 08/07/2018 filed by Endo Pharmaceuticals, Inc.. (Rendon, Carole) (Entered: 08/06/2018) |
| 08/06/2018 | 852 | **Opposition** to 848 Amicus **Motion** for leave *Of 44 Hospital Amici For Leave To File An Amicus Curiae Brief In Support Of Plaintiff West Boca Medical Center, Inc.s Opposition To Defendants Motions To Dismiss*, 847 **Motion** for leave *to File Amicus Curieae Brief in Support of Plaintiff West Boca Medical Center, Inc.'s Opposition to Defendants' Motions to Dismiss* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Hardin, Ashley) (Entered: 08/06/2018) |
| 08/07/2018 | 853 | Attorney Appearance by Diandra S. Debrosse-Zimmermann filed by on behalf of City of Cleveland. (Debrosse-Zimmermann, Diandra) (Entered: 08/07/2018) |
| 08/07/2018 | 854 | Transcript of Status Conference held on 8-2-18 before Judge Dan Aaron Polster. To obtain a bound copy of this transcript please contact court reporter Donnalee Cotone, RMR, CRR, CRC at 216-357-7078. [34 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 8/14/2018. Redaction Request due 8/28/2018. Redacted Transcript Deadline set for 9/7/2018. Release of Transcript Restriction set for 11/5/2018. Related document(s) 851 . (C,Do) (Entered: 08/07/2018) |
| 08/07/2018 | 855 | Attorney Appearance by James T. Tyminski, Jr filed by on behalf of Allegiance Health Center of Monroe, Allegiance Health Center of Ruston, Allegiance Specialty Hospital of Greenville, BSA Hospital, BSA Physicians, Bailey Medical Center, Bienville Medical Center, CLHG-Avoyelles d/b/a Avoyelles Hospital, Centennial Hills Hospital Medical Center, Desert Springs Hospital, Eureka Springs Hospital, Heart Hospital of New Mexico at Lovelace Medical Center, Henderson Hospital, Hillcrest Hospital Claremore, Hillcrest Hospital Cushing, Hillcrest Hospital Henryetta, Hillcrest Hospital Pryor, Hillcrest Hospital South, Hillcrest Medical Center, Lovelace Medical Center, Lovelace Medical Group, Lovelace Regional Hospital Roswell, Lovelace Westside Hospital, Lovelace Womens Hospital, Manatee Memorial Hospital, Oakdale Community Hospital, Oklahoma Heart Institute, Physicians Surgical Hospitals, Sabine Medical Center, Seton Medical Center Harker Heights, Southwest - Inland Valley Medical Center, Spring Valley Hospital Medical Center, Summerlin Hospital Medical Center, Temecula Valley Medical Center, The George Washington University Hospital, Utica Park |

| | | |
|---|---|---|
| | | Clinic, Valley Hospital Medical Center, Winn Parish Medical Center. (Tyminski, James) (Entered: 08/07/2018) |
| 08/07/2018 | 856 | Attorney Appearance by James T. Tyminski, Jr filed by on behalf of Allegiance Behavioral Health Center of Plainview, Allegiance Health Center of Ruston, Allegiance Specialty Hospital of Greenville, Corona Regional Medical Center, Harrington Cancer Center, North Metro Medical Center, River Valley Medical Center, Tulsa Spine & Specialty Hospital. (Tyminski, James) (Entered: 08/07/2018) |
| 08/07/2018 | 857 | Non-Appeal Transcript Order Form for proceedings held on 8/2/18 before Judge Polster, Court Reporter: Donnalee Cotone. Requested completion date: 8/8/18 filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 08/07/2018) |
| 08/07/2018 | 858 | Attorney Appearance by Anil A. Mujumdar filed by on behalf of City of Cleveland. (Mujumdar, Anil) (Entered: 08/07/2018) |
| 08/07/2018 | 859 | Amended Notice of ARCOS Disclosure filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A - ARCOS Protective Order, # 2 Exhibit B - Affidavit, # 3 Exhibit C - ARCOS Information Request Form)Related document(s) 739 .(Mougey, Peter) (Entered: 08/07/2018) |
| 08/07/2018 | 860 | NOTICE REGARDING POTENTIAL NONPARTY FAULT UNDER W. VA. CODE § 55-7-13d filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 08/07/2018) |
| 08/07/2018 | 861 | NOTICE REGARDING POTENTIAL NONPARTY FAULT UNDER W. VA. CODE § 55-7-13d filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 08/07/2018) |
| 08/07/2018 | 862 | NOTICE REGARDING POTENTIAL NONPARTY FAULT UNDER W. VA. CODE § 55-7-13d filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 08/07/2018) |
| 08/07/2018 | 863 | NOTICE REGARDING POTENTIAL NONPARTY FAULT UNDER W. VA. CODE § 55-7-13d filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 08/07/2018) |
| 08/07/2018 | 864 | NOTICE REGARDING POTENTIAL NONPARTY FAULT UNDER W. VA. CODE § 55-7-13d filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 08/07/2018) |
| 08/07/2018 | 865 | NOTICE REGARDING POTENTIAL NONPARTY FAULT UNDER W. VA. CODE § 55-7-13d filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 08/07/2018) |
| 08/07/2018 | 866 | NOTICE REGARDING POTENTIAL NONPARTY FAULT UNDER W. VA. CODE § 55-7-13d filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 08/07/2018) |
| 08/08/2018 | 867 | Attorney Appearance by Paul J. Pennock filed by on behalf of Alger, County of, Antrim, County of, Baraga, County of, Benzie, County of, County of Alcona, Michigan, County of Arenac, Michigan, County of Gratiot, Michigan, County of Iosco, Michigan, County of Isabella, Michigan, County of Montmorency, |

| | | |
|---|---|---|
| | | Michigan, County of Ogemaw, Michigan, County of Otsego, Michigan, County of Sanilac, Michigan, County of Shiawassee, Michigan, Dickinson, County of, Iron Mountain, City of, Lake, County of, Luce, County of, Oceana, County of, Osceola, County of, Wexford, County of. (Pennock, Paul) (Entered: 08/08/2018) |
| 08/08/2018 | 868 | **Order** On August 2, 2018, the Court held an in-person conference at the parties' request. The Court agreed to extend the Track One schedule and directed the parties to file an agreed schedule no later than 8/9/2018. Because the Court had already agreed to extend the Track One schedule and directed the parties to come up with new agreed deadlines, the Court concluded that most of Defendants' objections to Discovery Ruling Nos. 2 and 3 were moot, and overruled the remaining objections. Signed by Judge Dan Aaron Polster on 8/8/2018. (K,K) (Entered: 08/08/2018) |
| 08/09/2018 | 869 | Non-Appeal Transcript Order Form re 854 Transcript - Official Court Transcript filed by Court Reporter,,. filed by McKesson Corporation. Related document(s) 854 . (Hobart, Geoffrey) (Entered: 08/09/2018) |
| 08/09/2018 | 870 | **Motion** for oral argument *on it's Motion for Remand* filed by MDL Notice Only Cherokee Nation. (Ulrich, Tyler) (Entered: 08/09/2018) |
| 08/10/2018 | 871 | **Conditional Transfer Order (CTO 47)** by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio. (P,R) (Entered: 08/10/2018) |
| 08/10/2018 | 872 | Corporate Disclosure Statement identifying Corporate Parent Walgreens Boots Alliance, Inc. for Walgreen Co. filed by Walgreen Co.. (Stoffelmayr, Kaspar) (Entered: 08/10/2018) |
| 08/10/2018 | 873 | Corporate Disclosure Statement identifying Corporate Parent Walgreens Boots Alliance, Inc. for Walgreen Eastern Co., Inc. filed by Walgreen Eastern Co., Inc.. (Stoffelmayr, Kaspar) (Entered: 08/10/2018) |
| 08/10/2018 | 874 | Amicus Brief *Brief for the States of Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Iowa, Maine, Maryland, Michigan, Minnesota, Mississippi, Montana, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, North Dakota, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Virginia, Washington, Wyoming, and the District of Columbia As Amicus Curiae in Support of the State of Alabamas Opposition to the Manufacturer Defendants Joint Motion to Dismiss the First Amended Complaint* filed by District of Columbia, State of Arizona, State of Arkansas, State of Connecticut, State of Deleware, State of Florida, State of Georgia, State of Hawaii, State of Idaho, State of Iowa, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Mississippi, State of Montana, State of Nebraska, State of Nevada, State of New Jersey, State of New Mexico, State of North Carolina, State of North Dakota, State of Ohio, State of Oregon, State of Pennsylvania, State of Rhode Island, State of South Carolina, State of Tennessee, State of Texas, State of Virginia, State of Washington, State of Wyoming. Related document(s) 845 . (Berman, Steve) (Entered: 08/10/2018) |
| 08/10/2018 | 875 | Amicus Brief *of Amici States of Connecticut, North Carolina, Pennsylvania, Arizona, Delaware, District of Columbia, Florida, Hawaii, Idaho, Illinois, Iowa, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Montana, Nebraska, Nevada, New Mexico, New York, North Dakota, Ohio, Oregon, Rhode* |

| | | |
|---|---|---|
| | | *Island, South Carolina, Tennessee, Texas, Virginia, and Washington in Opposition to McKesson's Motion to Dismiss the State of Alabama's First Amended Complaint* filed by District of Columbia, State of Arizona, State of Connecticut, State of Deleware, State of Florida, State of Hawaii, State of Idaho, State of Iowa, State of Maine, State of Maryland, State of Michigan, State of Minnesota, State of Mississippi, State of Illinois, State of Louisiana, State of New York, State of Montana, State of Nebraska, State of Nevada, State of New Mexico, State of North Carolina, State of North Dakota, State of Ohio, State of Oregon, State of Pennsylvania, State of Rhode Island, State of South Carolina, State of Tennessee, State of Texas, State of Virginia, State of Washington. Related document(s) <u>591</u> . (Attachments: # <u>1</u> Exhibit A) (Berman, Steve) (Entered: 08/10/2018) |
| 08/13/2018 | <u>876</u> | **Case Management Order No. 7**: Setting New Deadlines for Track One Cases. Judge Dan Aaron Polster (MDL 2804) on 8/13/18. (P,R) (Entered: 08/13/2018) |
| 08/13/2018 | <u>877</u> | **Notice Disclosing Expert Consultant**. Judge Dan Aaron Polster (MDL 2804) on 8/13/18. (P,R) (Entered: 08/13/2018) |
| 08/14/2018 | <u>878</u> | Praecipe for issuance of Third Party Summons filed by Allergan Finance LLC. Related document(s) <u>837</u> . (Attachments: # <u>1</u> Exhibit A - Third-Party Summons) (Mitchell, John) (Entered: 08/14/2018) |
| 08/14/2018 | <u>879</u> | Attorney Appearance by Diane E. Lifton filed by on behalf of UCB Inc.. (Lifton, Diane) (Entered: 08/14/2018) |
| 08/15/2018 | <u>880</u> | **Order Lifting Stay** of Conditional Transfer Order (CTO-46) by the Judicial Panel on Multidistrict Litigation. re <u>810</u> (P,R) (Entered: 08/15/2018) |
| 08/15/2018 | <u>881</u> | Third Party Summons issued to counsel for service upon King Pharmaceuticals, Inc. and Pfizer Inc. (P,R) (Entered: 08/15/2018) |
| 08/16/2018 | <u>882</u> | Notice Regarding Service filed by West-Ward Pharmaceutical Corp. (Attachments: # <u>1</u> Exhibit A-Proper Form For Waiver Of Service)(Anderson, Logan) (Entered: 08/16/2018) |
| 08/16/2018 | <u>883</u> | **Order** For the reasons stated in the Order, the Court denies the Amici Motions (Doc ##: <u>847</u> , <u>848</u> ). Signed by Judge Dan Aaron Polster on 8/16/2018.(K,K) (Entered: 08/16/2018) |
| 08/16/2018 | <u>884</u> | Attorney Appearance by Lauren Z. Curry filed by on behalf of Allegiance Behavioral Health Center of Plainview, Allegiance Health Center of Monroe, Allegiance Health Center of Ruston, Allegiance Specialty Hospital of Greenville, BSA Hospital, BSA Physicians, Bailey Medical Center, Bienville Medical Center, CLHG-Avoyelles d/b/a Avoyelles Hospital, Centennial Hills Hospital Medical Center, Corona Regional Medical Center, Desert Springs Hospital, Eureka Springs Hospital, Harrington Cancer Center, Heart Hospital of New Mexico at Lovelace Medical Center, Henderson Hospital, Hillcrest Hospital Claremore, Hillcrest Hospital Cushing, Hillcrest Hospital Henryetta, Hillcrest Hospital Pryor, Hillcrest Hospital South, Hillcrest Medical Center, Lovelace Medical Center, Lovelace Medical Group, Lovelace Regional Hospital Roswell, Lovelace Westside Hospital, Lovelace Womens Hospital, Manatee Memorial Hospital, North Metro Medical Center, Oakdale Community Hospital, Oklahoma Heart Institute, Physicians Surgical Hospitals, River Valley Medical Center, Sabine Medical Center, Seton Medical Center Harker Heights, Southwest - Inland Valley Medical Center, Spring |

| | | |
|---|---|---|
| | | Valley Hospital Medical Center, Summerlin Hospital Medical Center, Temecula Valley Medical Center, The George Washington University Hospital, Tulsa Spine & Specialty Hospital, Utica Park Clinic, Valley Hospital Medical Center, Winn Parish Medical Center. (Curry, Lauren) (Entered: 08/16/2018) |
| 08/17/2018 | 885 | **Conditional Transfer Order (CTO 48)** by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio. (P,R) (Entered: 08/17/2018) |
| 08/17/2018 | 886 | **Conditional Transfer Order (CTO 49)** by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio.(P,R) (Entered: 08/17/2018) |
| 08/17/2018 | 887 | **Reply** in support of 684 **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss Complaint* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Hardin, Ashley) (Entered: 08/17/2018) |
| 08/17/2018 | 888 | **Motion** for oral argument filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 684 . (Hardin, Ashley) (Entered: 08/17/2018) |
| 08/17/2018 | 889 | Attorney Appearance by Kaighn Smith, Jr filed by on behalf of Passamaquoddy Tribe-Indian Township. (Smith, Kaighn) (Entered: 08/17/2018) |
| 08/17/2018 | 890 | **Reply** in support of 686 **Motion** to dismiss *Plaintiff's Complaint* filed by CVS Orlando, Florida Distribution, LLC, CVS Vero, Florida Distribution, LLC, Kroger Company, The, Wal-Mart, Inc., Walgreen Co.. (Stoffelmayr, Kaspar) (Entered: 08/17/2018) |
| 08/17/2018 | 891 | **Reply** in support of 777 **Motion** to dismiss for failure to state a claim *(Manufacturer)* filed by Actavis LLC, Actavis Pharma, Inc., Allergan Finance LLC, Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Pharma Inc., Purdue Pharma L.P., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. (Reed, Steven) (Entered: 08/17/2018) |
| 08/20/2018 | 892 | Notice of Support of The Cherokee Nations Request for Oral Argument on Its Motion to Remand filed by Lac Courte Oreilles Band Of Lake Superior Chippewa Indians on behalf of 28 Sovereign Indian Tribes . Related document(s) 870 .(Frazer, T.) (Entered: 08/20/2018) |
| 08/20/2018 | 893 | **Opposition** to 773 **Motion** to dismiss for lack of jurisdiction **Motion** to dismiss for failure to state a claim , 777 **Motion** to dismiss for failure to state a claim , 774 **Motion** to dismiss for failure to state a claim *filed by Distributor Defendants* filed by Cleveland Bakers and Teamsters Health & Welfare Fund, Pipe Fitters Local Union No. 120 Insurance Fund. (Attachments: # 1 Exhibit A)(Baig, Aelish) (Entered: 08/20/2018) |
| 08/21/2018 | 894 | Attorney Appearance by Ralph Streza filed by on behalf of Cityplex Pharmacy. (Streza, Ralph) (Entered: 08/21/2018) |

| 08/21/2018 | 895 | **Motion** for leave *to File Renewed Motion for Separate NAS Baby Track* filed by Melissa Ambrosio, Darren Flanagan, Elena Flanagan, Shannon Hunt, Ceonda Rees, Deric Rees, Tyler M Roach, Virginia Salmons, Walter Salmons, Roxie Whitley, Rachel Wood. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Pleading, # 4 Proposed Pleading)(Bickford, Scott) (Entered: 08/21/2018) |
|---|---|---|
| 08/22/2018 | 896 | **Conditional Transfer Order (CTO 50)** by the Judicial Panel on Multidistrict Litigation transferring listed cases to the Northern District of Ohio. (P,R) (Entered: 08/22/2018) |
| 08/23/2018 | 897 | Attorney Appearance *of Anthony Irpino and Pearl A. Robertson* by Anthony D. Irpino filed by on behalf of Gulf County, Florida. (Irpino, Anthony) (Entered: 08/23/2018) |
| 08/23/2018 | 898 | Notice of Service of ARCOS Data for two drugs: Methadone and Levorphanol filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 08/23/2018) |
| 08/23/2018 | 899 | **Opinion and Order** remanding case 1:18-op-45604 back to the First Judicial District Court, Lewis and Clark County, Montana. Signed by Judge Dan Aaron Polster (MDL 2804) on 8/23/2018. (B,R) (Entered: 08/23/2018) |
| 08/23/2018 | 900 | Attorney Appearance by Craig D. Cherry filed by on behalf of County of Montgomery. (Cherry, Craig) (Entered: 08/23/2018) |
| 08/24/2018 | 901 | Notice of Supplemental Authority filed by Broward County, Florida. (Attachments: # 1 Exhibit A - Ross County, Ohio Order)Related document(s) 730 , 729 , 727 , 653 , 728 , 654 , 726 .(Cabraser, Elizabeth) (Entered: 08/24/2018) |
| 08/26/2018 | 902 | **NOTICE OF APPEAL** to the Sixth Circuit Court of Appeals from the 800 Opinion and Order of 7/26/18, filed by HD Media Company, LLC. (Filing fee $505 paid, receipt number 0647-8876670) (Weise, Suzanne) (Entered: 08/26/2018) |
| 08/27/2018 | 903 | Attorney Appearance by Pearl A. Robertson filed by on behalf of Gulf County, Florida. (Robertson, Pearl) (Entered: 08/27/2018) |
| 08/27/2018 | 904 | Notice of Consent to Remand *(Case No. 1:18-op-45931)* filed by Cardinal Health 110, LLC. (Attachments: # 1 Proposed Order)(Pyser, Steven) (Entered: 08/27/2018) |
| 08/29/2018 | 905 | **Conditional Transfer Order (CTO 51)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 08/29/2018) |
| 08/29/2018 | 906 | Notice of Supplemental Authority, in reply to 845 Response to Motion to Dismiss filed by State of Alabama. Related document(s) 690 . (Attachments: # 1 Exhibit A - State of Ohio recent decision)(Jones, Rhon) (Entered: 08/29/2018) |
| 08/29/2018 | 907 | Attorney Appearance by Kathleen L. Matsoukas filed on behalf of H. D. Smith, LLC. (P,R) (Entered: 08/29/2018) |
| 08/29/2018 | 908 | Attorney Appearance by William E. Padgett filed on behalf of H. D. Smith, LLC. (P,R) (Entered: 08/29/2018) |
| 08/30/2018 | 909 | Notice of Service of SORS Data for New Hampshire and Montana filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) |

| | | |
|---|---|---|
| | | (Entered: 08/30/2018) |
| 08/30/2018 | 910 | Attorney Appearance by Matthew B. Free filed by on behalf of Carefirst Pharmacy, City Drug Co., City Drug of Coweta, Inc., Ernie's Pharmacy & Wellness Center, Inc., Freeland Brown Pharmacy, Gaddy Discount Drug, Inc., M & D Star Drug, Inc., Med-Econ Drug, Inc., Pippenger Pharmacies LLC, Reasor's LLC, Spoon Drugs, Inc.. (Free, Matthew) (Entered: 08/30/2018) |
| 08/30/2018 | 911 | Notice of Supplemental Authority *in Support of Motion to Dismiss Opposition* filed by West Boca Medical Center, Inc.. (Attachments: # 1 Exhibit A - Decision in State of Ohio ex rel. Mike DeWine, OH AG v. Purdue Pharma L.P., et al., Case No. 17 CI 261)Related document(s) 806 .(Barrett, John) (Entered: 08/30/2018) |
| 08/31/2018 | 912 | **Motion** for leave *to File Memorandum in Support of Motion to Dismiss Under Seal* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Proposed Order Proposed Order) (Hobart, Geoffrey) (Entered: 08/31/2018) |
| 08/31/2018 | 913 | Attorney Appearance by J. Gerard Stranch, IV filed by on behalf of Shelby County, TN. (Stranch, J.) (Entered: 08/31/2018) |
| 08/31/2018 | 914 | Attorney Appearance by Benjamin D. Reed filed by on behalf of Carefirst Pharmacy, City Drug Co., City Drug of Coweta, Inc., Ernie's Pharmacy & Wellness Center, Inc., Freeland Brown Pharmacy, Gaddy Discount Drug, Inc., M & D Star Drug, Inc., Med-Econ Drug, Inc., Pippenger Pharmacies LLC, Reasor's LLC, Spoon Drugs, Inc.. (Reed, Benjamin) (Entered: 08/31/2018) |
| 08/31/2018 | 915 | **Marginal Entry Order** granting Motion by AmerisourceBergen Drug Corporation, Cardinal Health, Inc. and McKesson Corporation for leave to File Memorandum in Support of Motion to Dismiss Under Seal filed (Related Doc # 912 ). Magistrate Judge David A. Ruiz on 8/31/18.(P,R) (Entered: 08/31/2018) |
| 08/31/2018 | 916 | Attorney Appearance by Sean H. McKee filed by on behalf of Carefirst Pharmacy, City Drug Co., City Drug of Coweta, Inc., Ernie's Pharmacy & Wellness Center, Inc., Freeland Brown Pharmacy, Gaddy Discount Drug, Inc., M & D Star Drug, Inc., Med-Econ Drug, Inc., Pippenger Pharmacies LLC, Reasor's LLC, Spoon Drugs, Inc.. (McKee, Sean) (Entered: 08/31/2018) |
| 08/31/2018 | 917 | Attorney Appearance by Steven W. Simcoe filed by on behalf of Carefirst Pharmacy, City Drug Co., City Drug of Coweta, Inc., Ernie's Pharmacy & Wellness Center, Inc., Freeland Brown Pharmacy, Gaddy Discount Drug, Inc., M & D Star Drug, Inc., Med-Econ Drug, Inc., Pippenger Pharmacies LLC, Reasor's LLC, Spoon Drugs, Inc.. (Simcoe, Steven) (Entered: 08/31/2018) |
| 08/31/2018 | 918 | Attorney Appearance by Kaspar J. Stoffelmayr filed by on behalf of Walgreen Arizona Drug Co.. (Stoffelmayr, Kaspar) (Entered: 08/31/2018) |
| 08/31/2018 | 919 | Corporate Disclosure Statement filed by Walgreen Arizona Drug Co.. (Stoffelmayr, Kaspar) (Entered: 08/31/2018) |
| 08/31/2018 | 920 | Attorney Appearance by Kaspar J. Stoffelmayr filed by on behalf of Walgreen Arizona Drug Co.. Related document(s) 918 .(Stoffelmayr, Kaspar) (Entered: 08/31/2018) |

| | | |
|---|---|---|
| 08/31/2018 | 921 | **Motion** to dismiss *First Amended Complaint For Lack of Personal Jurisdiction* filed by Defendant CVS Health Corporation. (Attachments: # 1 Brief in Support, # 2 Exhibit)(Delinsky, Eric) (Entered: 08/31/2018) |
| 08/31/2018 | 922 | **Motion** to dismiss *First Amended Complaint for Lack of Personal Jurisdiction* filed by Defendant Walgreens Boots Alliance Inc. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Decl. or Mark Weisz)(Stoffelmayr, Kaspar) Modified on 9/4/2018 (P,R). (Entered: 08/31/2018) |
| 08/31/2018 | 923 | **SEALED Document:***Memorandum In Support of Distributors' Motion to Dismiss First Amended Complaint* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 915 . (Hobart, Geoffrey) (Entered: 08/31/2018) |
| 08/31/2018 | 924 | **Motion** to dismiss *First Amended Complaint* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 915 . (Hobart, Geoffrey) (Entered: 08/31/2018) |
| 08/31/2018 | 925 | **Motion** to Dismiss First Amended Complaint filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health 110, LLC, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Memorandum in Support)(Hardin, Ashley) Modified on 9/4/2018 (P,R). (Entered: 08/31/2018) |
| 08/31/2018 | 926 | Notice of Withdrawal of Motions to Remand filed by Round Valley Indian Tribes. (Frazer, T.) (Entered: 08/31/2018) |
| 08/31/2018 | 927 | **Motion** to dismiss *the Blackfeet Tribe's First Amended Complaint* filed by Defendants CVS Pharmacy, Inc., CVS Indiana, LLC, Walmart Inc., Walgreen Co., and Walgreen Arizona Drug Co. (Attachments: # 1 Brief in Support of Motion to Dismiss)(Fumerton, Tara) Modified on 9/4/2018 (P,R). (Entered: 08/31/2018) |
| 08/31/2018 | 928 | **Motion** to dismiss *First Amended Complaint* by Defendants CareFirst Pharmacy, City Drug, Cityplex Pharmacy, Couch Pharmacy, CVS, Economy Pharmacy, Ernie's Pharmacy, Freeland Brown Pharmacy, Gaddy Discount Drug, M&D Star Drug, Med-Econ Drug, Omnicare, Pippenger Pharmacies, Reasor's, Rogers Drug Co., Spoon Drugs, Walgreens, and Walmart, Walgreen Co., Walgreens Boots Alliance Inc.. (Attachments: # 1 Memorandum in Support)(Stoffelmayr, Kaspar) Modified on 9/4/2018 (P,R). (Entered: 08/31/2018) |
| 08/31/2018 | 929 | **Motion** to dismiss *(Generic Manufacturers) Plaintiff's First Amended Complaint* filed by Actavis LLC, Actavis Pharma, Inc., Allergan Finance LLC, Amneal Pharmaceuticals of New York, LLC, Cephalon, Inc., KVK-Tech, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc. Related document(s) 731 . (Attachments: # 1 Memorandum of Law in Support, # 2 Proposed Order)(Reed, Steven) Modified on 9/4/2018 (P,R). (Entered: 08/31/2018) |
| 08/31/2018 | 930 | **Motion** to dismiss *(Generic Defendants) The Blackfeet Tribe's First Amended Complaint* filed by Actavis LLC, Actavis Pharma, Inc., Mallinckrodt LLC, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., SpecGX LLC, Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. (Attachments: # 1 Memorandum of Law in Support, # 2 Proposed Order)(Reed, Steven) Modified on 9/4/2018 (P,R). (Entered: 08/31/2018) |

| 08/31/2018 | 931 | Corporate Disclosure Statement identifying Corporate Parent Endo International plc for Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc. filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc.. (Stern, Jonathan) (Entered: 08/31/2018) |
| --- | --- | --- |
| 08/31/2018 | 932 | Corporate Disclosure Statement identifying Corporate Parent Endo International plc for Endo Health Solutions Inc., Endo Pharmaceuticals, Inc. filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Stern, Jonathan) (Entered: 08/31/2018) |
| 08/31/2018 | 933 | Joint **Motion** to dismiss for failure to state a claim filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Sean Morris In Support of Motion to Dismiss, # 3 Exhibit A FDA Response, # 4 Exhibit Acoma Pueblo Memo, # 5 Proposed Order)(Stern, Jonathan) Modified on 9/4/2018 (P,R). (Entered: 08/31/2018) |
| 09/04/2018 | | Acknowledgment from the USCA for Sixth Circuit of receipt of 902 Notice of Appeal (USCA# 18-3839). Date filed in USCA 9/4/18. (H,SP) (Entered: 09/04/2018) |
| 09/04/2018 | 934 | **Opinion and Order** denying motions to remand by Cherokee Nation (1:18op45695 #12) and Lac Courte Oreilles Band of Lake Superior Chippewa Indians (1:18op45932 #15); denying as moot 799 McKesson's Motion to Stay Execution of Any Remand Order, and denying 870 Cherokee Nation's Motion for oral argument. Judge Dan Aaron Polster on 9/4/18.(P,R) (Entered: 09/04/2018) |
| 09/04/2018 | 935 | **Motion** to dismiss filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 923 . (Hobart, Geoffrey) (Entered: 09/04/2018) |
| 09/04/2018 | 936 | **Motion** to dismiss filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 924 . (Hobart, Geoffrey) (Entered: 09/04/2018) |
| 09/04/2018 | 937 | Corporate Disclosure Statement identifying Corporate Parent Mallinckrodt PLC for SpecGX LLC filed by SpecGX LLC. (O'Connor, Brien) (Entered: 09/04/2018) |
| 09/05/2018 | 938 | **Conditional Transfer Order (CTO 52)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 09/05/2018) |
| 09/05/2018 | 939 | Attorney Appearance by Thomas E. Rice, Jr filed by on behalf of KVK-Tech, Inc.. (Rice, Thomas) (Entered: 09/05/2018) |
| 09/05/2018 | 940 | Corporate Disclosure Statement filed by KVK-Tech, Inc.. (Rice, Thomas) (Entered: 09/05/2018) |
| 09/06/2018 | 941 | Report of Special Master *entering Discovery Order for Track One Cases & Amending Prior Orders* filed by David Rosenblum Cohen. Related document(s) 638 , 443 , 232 , 643 , 876 . (Cohen, David) (Entered: 09/06/2018) |
| 09/06/2018 | 942 | Attorney Appearance by Dan Drachler filed by on behalf of Yurok Tribe. (Drachler, Dan) (Entered: 09/06/2018) |

| 09/07/2018 | 943 | FILING ERROR, wrong event, correct entry 970 . Notice of Appeal filed by Washington Post Company, LLC. (Attachments: # 1 Opinion and Order denying access to ARCOS data) (Lefton, Karen). Modified on 9/11/2018 for filing error (H,SP). (Entered: 09/07/2018) |
| 09/07/2018 | 944 | Corporate Disclosure Statement filed by Pippenger Pharmacies LLC. (Free, Matthew) (Entered: 09/07/2018) |
| 09/07/2018 | 945 | Corporate Disclosure Statement filed by Carefirst Pharmacy. (Free, Matthew) (Entered: 09/07/2018) |
| 09/07/2018 | 946 | Corporate Disclosure Statement filed by Gaddy Discount Drug, Inc.. (Free, Matthew) (Entered: 09/07/2018) |
| 09/07/2018 | 947 | Corporate Disclosure Statement filed by Ernie's Pharmacy & Wellness Center, Inc.. (Free, Matthew) (Entered: 09/07/2018) |
| 09/07/2018 | 948 | Corporate Disclosure Statement filed by M & D Star Drug, Inc.. (Free, Matthew) (Entered: 09/07/2018) |
| 09/07/2018 | 949 | Corporate Disclosure Statement filed by Med-Econ Drug, Inc.. (Free, Matthew) (Entered: 09/07/2018) |
| 09/07/2018 | 950 | Corporate Disclosure Statement filed by Spoon Drugs, Inc.. (Free, Matthew) (Entered: 09/07/2018) |
| 09/07/2018 | 951 | Corporate Disclosure Statement filed by Reasor's LLC. (Free, Matthew) (Entered: 09/07/2018) |
| 09/07/2018 | 952 | Corporate Disclosure Statement filed by Freeland Brown Pharmacy. (Free, Matthew) (Entered: 09/07/2018) |
| 09/07/2018 | 953 | Corporate Disclosure Statement filed by City Drug of Coweta, Inc.. (Free, Matthew) (Entered: 09/07/2018) |
| 09/07/2018 | 954 | Attorney Appearance by David H. Remes filed on behalf of Muscogee (Creek) Nation, The. (Hudson, Jenna) Modified on 9/10/2018 (P,R). (Entered: 09/07/2018) |
| 09/07/2018 | 955 | Corporate Disclosure Statement filed by City Drug Co.. (Free, Matthew) (Entered: 09/07/2018) |
| 09/07/2018 | 956 | Attorney Appearance by Michael B. Rush filed on behalf of Muscogee (Creek) Nation, The. (Hudson, Jenna) Modified on 9/10/2018 (P,R). (Entered: 09/07/2018) |
| 09/07/2018 | 957 | Attorney Appearance by Monique T. Abrishami filed on behalf of Muscogee (Creek) Nation, The. (Hudson, Jenna) Modified on 9/10/2018 (P,R). (Entered: 09/07/2018) |
| 09/07/2018 | 958 | Attorney Appearance by Peter P. Meringolo filed on behalf of Muscogee (Creek) Nation, The. (Hudson, Jenna) Modified on 9/10/2018 (P,R). (Entered: 09/07/2018) |
| 09/07/2018 | 959 | Attorney Appearance by Richard D. Shore filed on behalf of Muscogee (Creek) Nation, The. (Hudson, Jenna) Modified on 9/10/2018 (P,R). (Entered: 09/07/2018) |
| 09/07/2018 | 960 | Attorney Appearance by Scott D. Golbert filed on behalf of Muscogee (Creek) Nation, The. (Hudson, Jenna) Modified on 9/10/2018 (P,R). (Entered: 09/07/2018) |

| 09/07/2018 | 961 | **Reply** in support of 689 **Motion** to dismiss for failure to state a claim filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 09/07/2018) |
| 09/07/2018 | 962 | Corporate Disclosure Statement identifying Corporate Parent Endo International plc for Endo Health Solutions Inc., Endo International PLC filed by Endo Health Solutions Inc., Endo International PLC. (Stern, Jonathan) (Entered: 09/07/2018) |
| 09/07/2018 | 963 | **Reply** in support of 690 **Motion** to dismiss *The State of Alabama's First Amended Complaint* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Stern, Jonathan) (Entered: 09/07/2018) |
| 09/07/2018 | 970 | **NOTICE OF APPEAL** to the Sixth Circuit Court of Appeals from the 800 Opinion and Order of 7/26/18, filed by Washington Post Company, LLC. Filing fee paid 9/11/18, receipt #54660006711. (Attachments: # 1 Opinion and Order denying access to ARCOS data) (H,SP) (Entered: 09/11/2018) |
| 09/10/2018 | 964 | **Reply** in support of 772 **Motion** to dismiss for lack of jurisdiction filed by Walgreens Boots Alliance Inc.. (Stoffelmayr, Kaspar) (Entered: 09/10/2018) |
| 09/10/2018 | 965 | Return of Service by personal service executed upon Pfizer Inc. on 8/29/2018, filed on behalf of Allergan Finance LLC (Mitchell, John) (Entered: 09/10/2018) |
| 09/10/2018 | 966 | Return of Service by personal service executed upon King Pharmaceuticals, Inc. on 8/27/2018, filed on behalf of Allergan Finance LLC (Mitchell, John) (Entered: 09/10/2018) |
| 09/10/2018 | 967 | **Reply** in support of 777 **Motion** to dismiss for failure to state a claim filed by Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Par Pharmaceutical, Inc., Par Pharmaceuticals Companies, Inc., Purdue Pharma Inc., Purdue Pharma L.P., SpecGX LLC, Teva Pharmaceuticals, USA, Inc., The Purdue Frederick Company, Watson Laboratories, Inc.. (Welch, Donna) (Entered: 09/10/2018) |
| 09/10/2018 | 968 | **Reply** in support of 773 **Motion** to dismiss for lack of jurisdiction **Motion** to dismiss for failure to state a claim filed by CVS Health Corporation, Rite Aid of Maryland, Inc., Walgreens Boots Alliance Inc., Walmart, Inc.. (Fumerton, Tara) (Entered: 09/10/2018) |
| 09/10/2018 | 969 | **Reply** in support of 774 **Motion** to dismiss for failure to state a claim *filed by Distributor Defendants* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Hobart, Geoffrey) (Entered: 09/10/2018) |
| 09/11/2018 |  | USCA Appeal Fees received, $ 505 paid, receipt number 54660006711. Related document 970 . (M,TL) (Entered: 09/11/2018) |
| 09/12/2018 | 971 | **Conditional Transfer Order (CTO 53)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 09/12/2018) |
| 09/12/2018 | 972 | **Motion** to dismiss *filed 8/31/18* filed by Defendant Amneal Pharmaceuticals, Inc.. (Cosgrove, Paul) (Entered: 09/12/2018) |

| 09/12/2018 | | Acknowledgment from the USCA for Sixth Circuit of receipt of 970 Notice of Appeal (USCA# 18-3860). Date filed in USCA 9/12/18. (H,SP) (Entered: 09/12/2018) |
|---|---|---|
| 09/13/2018 | 973 | Corporate Disclosure Statement filed by Cardinal Health, Inc.. (Pyser, Steven) (Entered: 09/13/2018) |
| 09/13/2018 | 974 | Corporate Disclosure Statement filed by Cardinal Health, Inc.. (Pyser, Steven) (Entered: 09/13/2018) |
| 09/13/2018 | 975 | Corporate Disclosure Statement identifying Corporate Parent Cardinal Health, Inc. for Cardinal Health 110, LLC filed by Cardinal Health 110, LLC. (Pyser, Steven) (Entered: 09/13/2018) |
| 09/13/2018 | 976 | Attorney Appearance by Anthony C. White filed by on behalf of Allergan Finance LLC. (White, Anthony) (Entered: 09/13/2018) |
| 09/14/2018 | 977 | **Motion** to dismiss for failure to state a claim *The Muscogee (Creek) Nation's First Amended Complaint - filed on August 31, 2018 in Related Case No. 1:18-op-45459-DAP* - filed by Defendant Pharmacy Buying Association. Related document(s) 925 . (Fries, Brian) (Entered: 09/14/2018) |
| 09/14/2018 | 978 | Joint **Motion** for leave *to File Joint Motion for Preliminary Injunctive Relief* filed by MDL Notice Only County Of Webb. (Attachments: # 1 Exhibit 1 - Proposed Order Granting Leave to File Joint Motion for Preliminary Injunctive Relief, # 2 Exhibit 2 - Joint Motion for Preliminary Injunctive Relief, # 3 Exhibit 3 - Memorandum of Law in Support of Joint Motion for Preliminary Injunctive Relief, # 4 Exhibit 4 - Declaration of Joanne Cicala in Support of Joint Motion for Preliminary Injunctive Relief, # 5 Exhibit 5 - Proposed Order Granting Joint Motion for Preliminary Injunctive Relief, # 6 Exhibit A to Cicala Declaration, # 7 Exhibit B to Cicala Declaration, # 8 Exhibit C to Cicala Declaration, # 9 Exhibit D to Cicala Declaration, # 10 Exhibit E to Cicala Declaration, # 11 Exhibit F-1 to Cicala Declaration, # 12 Exhibit F-2 to Cicala Declaration, # 13 Exhibit G-1 to Cicala Declaration, # 14 Exhibit G-2 to Cicala Declaration, # 15 Exhibit G-3 to Cicala Declaration, # 16 Exhibit G-4 to Cicala Declaration, # 17 Exhibit G-5 to Cicala Declaration, # 18 Exhibit G-6 to Cicala Declaration, # 19 Exhibit H-1 to Cicala Declaration, # 20 Exhibit H-2 to Cicala Declaration, # 21 Exhibit H-3 to Cicala Declaration, # 22 Exhibit I-1 to Cicala Declaration, # 23 Exhibit I-2 to Cicala Declaration, # 24 Exhibit I-3 to Cicala Declaration, # 25 Exhibit J-1 to Cicala Declaration, # 26 Exhibit J-2 to Cicala Declaration, # 27 Exhibit J-3 to Cicala Declaration, # 28 Exhibit J-4 to Cicala Declaration, # 29 Exhibit J-5 to Cicala Declaration, # 30 Exhibit K-1 to Cicala Declaration, # 31 Exhibit K-2 to Cicala Declaration, # 32 Exhibit K-3 to Cicala Declaration, # 33 Exhibit K-4 to Cicala Declaration, # 34 Exhibit L to Cicala Declaration, # 35 Exhibit M-1 to Cicala Declaration, # 36 Exhibit M-2 to Cicala Declaration, # 37 Exhibit M-3 to Cicala Declaration, # 38 Exhibit M-4 to Cicala Declaration, # 39 Exhibit M-5 to Cicala Declaration, # 40 Exhibit M-6 to Cicala Declaration, # 41 Exhibit N-1 to Cicala Declaration, # 42 Exhibit N-2 to Cicala Declaration, # 43 Exhibit N-3 to Cicala Declaration, # 44 Exhibit O-1 to Cicala Declaration, # 45 Exhibit O-2 to Cicala Declaration, # 46 Exhibit O-3 to Cicala Declaration, # 47 Exhibit O-4 to Cicala Declaration, # 48 Exhibit O-5 to Cicala Declaration, # 49 Exhibit O-6 to Cicala Declaration, # 50 Exhibit O-7 to Cicala Declaration, # 51 Exhibit O-8 to Cicala Declaration, # 52 Exhibit O-9 to Cicala Declaration)(Inscore, Joanne) |

| | | (Entered: 09/14/2018) |
|---|---|---|
| 09/17/2018 | 979 | **Order Lifting Stay of Conditional Transfer Order** by the Judicial Panel on Multidistrict Litigation and transferring the listed case to the Northern District of Ohio. (P,R) (Entered: 09/17/2018) |
| 09/17/2018 | 980 | **Objection** *to Filing Responses to the Government Plaintiff Fact Sheet; and Memorandum in Support of Objections to Filing Responses to the Government Plaintiff Fact Sheet* filed by City of Stockton, County of San Joaquin, Montezuma Fire Protection District. Related document(s) 638 . (Parish, William) (Entered: 09/17/2018) |
| 09/17/2018 | 981 | Attorney Appearance by Redi Kasollja filed on behalf of Anda Pharmaceuticals, Inc. and Anda, Inc. (P,R) (Entered: 09/17/2018) |
| 09/17/2018 | 982 | **Conditional Transfer Order (CTO 54)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 09/17/2018) |
| 09/17/2018 | 983 | Report of Special Master *Entering Agreed Order Concerning Service in Track One Cases* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 09/17/2018) |
| 09/18/2018 | 984 | Notice of Withdrawal of Jaclyn V. Piltch as Counsel filed by Anda Pharmaceuticals, Inc., Anda, Inc.. (Piltch, Jaclyn) (Entered: 09/18/2018) |
| 09/20/2018 | 985 | Notice of Service of Motion to Transfer filed by Melissa Ambrosio, Darren Flanagan, Elena Flanagan, Shannon Hunt, Ceonda Rees, Deric Rees, Virginia Salmons, Walter Salmons, Rachel Wood. (Attachments: # 1 Exhibit Motion to Transfer, # 2 Exhibit Brief in Support of Motion to Transfer, # 3 Exhibit Schedule of Actions, # 4 Exhibit Request for Oral Argument, # 5 Exhibit Proof of Service, # 6 Exhibit Ambrosio Complaint & Docket Sheet, # 7 Exhibit Flanagan Complaint & Docket Sheet, # 8 Exhibit Hunt Complaint & Docket Sheet, # 9 Exhibit Moore Complaint & Docket Sheet, # 10 Exhibit Rees Complaint & Docket Sheet, # 11 Exhibit Salmons Complaint & Docket Sheet, # 12 Exhibit Wood Complaint & Docket Sheet)(Brustowicz, Celeste) (Entered: 09/20/2018) |
| 09/20/2018 | 986 | Notice of Acknowledgement of Protective Order and Agreement to Be Bound filed by Plaintiffs' Executive Committee. (LeBlanc, J.) (Entered: 09/20/2018) |
| 09/21/2018 | 987 | Attorney Appearance by Frank H. Spruiell, Jr. and Russell R. Dickson filed on behalf of Morris & Dickson Co LLC. (P,R) (Entered: 09/21/2018) |
| 09/21/2018 | 988 | Amended Notice of Form of Waiver Request filed by Anda Pharmaceuticals, Inc., Anda, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Matthews, James) (Entered: 09/21/2018) |
| 09/21/2018 | 989 | Report of Special Master *Discovery Ruling No. 4 Regarding Allergan Obligations* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 09/21/2018) |
| 09/24/2018 | 990 | **Conditional Transfer Order (CTO 55)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 09/24/2018) |
| 09/24/2018 | 991 | Attorney Appearance by Thomas L. Young filed by on behalf of Florida Polk County. (Young, Thomas) (Entered: 09/24/2018) |

| 09/24/2018 | 992 | Attorney Appearance by M. Bert Ketchum, III filed by on behalf of Scott County Board of Supervisors. (Ketchum, M.) (Entered: 09/24/2018) |
|---|---|---|
| 09/26/2018 | 993 | Attorney Appearance by Benjamin D. Reed filed by on behalf of GCP Pharma LLC. (Reed, Benjamin) (Entered: 09/26/2018) |
| 09/26/2018 | 994 | Attorney Appearance by Matthew B. Free filed by on behalf of GCP Pharma LLC. (Free, Matthew) (Entered: 09/26/2018) |
| 09/26/2018 | 995 | Attorney Appearance by Sean H. McKee filed by on behalf of GCP Pharma LLC. (McKee, Sean) (Entered: 09/26/2018) |
| 09/26/2018 | 996 | Attorney Appearance by Steven W. Simcoe filed by on behalf of GCP Pharma LLC. (Simcoe, Steven) (Entered: 09/26/2018) |
| 09/26/2018 | 997 | Corporate Disclosure Statement filed by GCP Pharma LLC. (Simcoe, Steven) (Entered: 09/26/2018) |
| 09/26/2018 | 998 | **Motion** to dismiss for failure to state a claim filed by Defendant GCP Pharma LLC. Related document(s) 925 . (Simcoe, Steven) (Entered: 09/26/2018) |
| 09/26/2018 | 999 | Attorney Appearance by Ian R Feldman filed by on behalf of American Pain Society, Inc.. (Feldman, Ian) (Entered: 09/26/2018) |
| 09/26/2018 | 1000 | Attorney Appearance by Meredith D. Stewart filed by on behalf of American Pain Society, Inc.. (Stewart, Meredith) (Entered: 09/26/2018) |
| 09/27/2018 | 1001 | **Conditional Transfer Order (CTO 56)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 09/27/2018) |
| 09/27/2018 | 1002 | Unopposed **Motion** to dismiss party *CVS Health Corporation* filed by MDL Notice Only Muscogee (Creek) Nation. (Hudson, Jenna) (Entered: 09/27/2018) |
| 09/27/2018 | 1003 | Unopposed **Motion** to dismiss party *Walgreens Boots Alliance, Inc.* filed by MDL Notice Only Muscogee (Creek) Nation. (Hudson, Jenna) (Entered: 09/27/2018) |
| 09/28/2018 | 1004 | Notice of Withdrawal of Daniel Carmeli as Counsel filed by Rite Aid of Maryland, Inc.. (Carmeli, Daniel) (Entered: 09/28/2018) |
| 09/28/2018 | 1005 | Attorney Appearance by George S. Wang filed by on behalf of King Pharmaceuticals, Inc., Pfizer Inc.. (Wang, George) (Entered: 09/28/2018) |
| 09/28/2018 | 1006 | **Motion** for leave *to File Motion Substituting Amneal Defendants* filed by MDL Notice Only Muscogee (Creek) Nation. (Attachments: # 1 Exhibit A - Proposed Motion to Substitute, # 2 Exhibit B - Proposed Order)(Hudson, Jenna) (Entered: 09/28/2018) |
| 09/28/2018 | 1007 | Notice of Withdrawal of Attorney *S. Albert Wang* filed by Endo Health Solutions Inc., Endo Pharmaceuticals Inc.. (Morris, Sean) (Entered: 09/28/2018) |
| 09/28/2018 | 1008 | **Opposition** to 977 **Motion** to dismiss for failure to state a claim *The Muscogee (Creek) Nation's First Amended Complaint - filed on August 31, 2018 in Related Case No. 1:18-op-45459-DAP -*, 972 **Motion** to dismiss *filed 8/31/18*, 928 **Motion** to dismiss *First Amended Complaint by Defendants CareFirst Pharmacy, City Drug, Cityplex Pharmacy, Couch Pharmacy, CVS, Economy Pharmacy, Ernie's Pharmacy, Freeland Brown Pharmacy, Gaddy Discount Drug, M&D Star Drug,* |

| | | |
|---|---|---|
| | | *Med-Econ Drug,* [998] **Motion** *to dismiss for failure to state a claim ,* [933] **Motion** *to dismiss for failure to state a claim ,* [925] Motion to dismiss, [922] **Motion to dismiss** *First Amended Complaint for Lack of Personal Jurisdiction,* [921] **Motion** *to dismiss First Amended Complaint For Lack of Personal Jurisdiction,* [929] **Motion** *to dismiss (Generic Manufacturers) Plaintiff's First Amended Complaint filed by Muscogee (Creek) Nation. (Attachments: #* [1] *Exhibit A - Index of Defendants' Arguments, #* [2] *Exhibit B - Index of Holdings by Other Courts, #* [3] *Exhibit C - Okla. MTD Order/Opinion, #* [4] *Exhibit D - N.H. MTD Order/Opinion, #* [5] *Exhibit E - Ohio MTD Order/Opinion, #* [6] *Exhibit F - Alaska MTD Order/Opinion, #* [7] *Exhibit G - N.Y. Counties MTD Order/Opinion, #* [8] *Exhibit H - WA. MTD Order/Opinion, #* [9] *Exhibit I - Mo. MTD Order/Opinion, #* [10] *Exhibit J - W.V. I MTD Order/Opinion, #* [11] *Exhibit K - W.V. II MTD Order/Opinion, #* [12] *Exhibit L - Okla. State v. R.J. Reynolds MTD Order/Opinion)(Hudson, Jenna) (Entered: 09/28/2018)* |
| 09/29/2018 | [1130] | Corrected **Opposition** to [935] [933] [930] [924] [927] **Motions** to dismiss *the Blackfeet Tribe's First Amended Complaint filed by Blackfeet Tribe of the Blackfeet Indian Reservation. (Attachments: #* [1] *Declaration of S. Ann Saucer, #* [2] *Exhibits 1 - 5)(P,R) (Entered: 11/15/2018)* |
| 10/01/2018 | [1009] | Attorney Appearance by Lynn K. Neuner filed on behalf of King Pharmaceuticals, Inc., Pfizer Inc. (P,R) (Entered: 10/01/2018) |
| 10/01/2018 | [1010] | FILING ERROR - TRANSCRIPT TO BE REFILED - Transcript of Hearing on Manufacturers' Motion to Compel held on 9/28/2018 before Special Master David Rosenblum Cohen. CORRECTION NEEDED - THIS TRANSCRIPT WILL NOT BE RELEASED (K,J). (Entered: 10/01/2018) |
| 10/01/2018 | [1011] | Transcript of Hearing on Manufacturers' Motion to Compel held on 9/28/2018 before Special Master David Rosenblum Cohen. To obtain a copy of this transcript please contact court reporter Heidi Blueskye Geizer at 216-357-7092 or email Heidi_Geizer@ohnd.uscourts.gov. [85 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 10/9/2018. Redaction Request due 10/22/2018. Redacted Transcript Deadline set for 11/1/2018. Release of Transcript Restriction set for 12/31/2018. (G,He) (Entered: 10/01/2018) |
| 10/01/2018 | [1012] | **Motion** by Nelson W. Phillips III to withdraw as attorney *for Milwaukee County and Walworth County* filed by MDL Notice Only Milwaukee County Wisconsin. (Phillips, Nelson) (Entered: 10/01/2018) |
| 10/01/2018 | [1013] | Corporate Disclosure Statement identifying Corporate Parent Pfizer, Inc. for King Pharmaceuticals, Inc. filed by King Pharmaceuticals, Inc., Pfizer Inc.. (Wang, George) (Entered: 10/01/2018) |
| 10/01/2018 | [1014] | **Motion** to dismiss *Allergan Finance, LLC's Third Party Complaint* filed by King Pharmaceuticals, Inc., Pfizer Inc.. Related document(s) [837] . (Attachments: # [1] Memorandum of Law in Support, # [2] Proposed Order)(Wang, George) (Entered: 10/01/2018) |
| 10/02/2018 | [1015] | **Motion** to dismiss *Second Amended Corrected Complaint for Lack of Personal Jurisdiction* filed by H. D. Smith Holding Company, H. D. Smith Holdings, LLC. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Brief in Support of Motion to Dismiss Second Amended Corrected Complaint for Lack of Personal Jurisdiction)(Matsoukas, Kathleen) (Entered: 10/02/2018) |
| 10/02/2018 | 1016 | Attorney Appearance by Paul Scott filed on behalf of Glynn County, Georgia. (P,R) (Entered: 10/02/2018) |
| 10/02/2018 | 1017 | **Opposition** to 924 **Motion** to dismiss *First Amended Complaint*, 927 **Motion** to dismiss *the Blackfeet Tribe's First Amended Complaint*, 933 **Motion to dismiss for failure to state a claim** , 930 **Motion to dismiss (Generic Defendants) The Blackfeet Tribe's First Amended Complaint*, 936 **Motion** to dismiss filed by Blackfeet Tribe of the Blackfeet Indian Reservation. (Attachments: # 1 Affidavit Declaration of Ann Saucer, # 2 Exhibit 1 - Order in NH v Purdue, # 3 Exhibit 2 - Order in KY v Endo, # 4 Exhibit 3 - Order in Alaska v Purdue, # 5 Exhibit 4 - Order in In re Opioid Litigation (NY cases), # 6 Exhibit 5 - Order in OH v Purdue) (Lamb, Archie) (Entered: 10/02/2018)* |
| 10/03/2018 | | **Order** [non-document] granting Emery Harlan and Nelson Phillips Motion to withdraw as counsel for Walworth and Milwaukee Counties, Wisconsin (Related Doc # 1012 ). Judge Dan Aaron Polster on 10/3/18.(P,R) (Entered: 10/03/2018) |
| 10/03/2018 | 1018 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 10/03/2018) |
| 10/03/2018 | 1019 | Attorney Appearance by John F. Walker filed by on behalf of County of Bowie. (Walker, John) (Entered: 10/03/2018) |
| 10/03/2018 | 1020 | Attorney Appearance by Reid W. Martin filed by on behalf of County of Bowie. (Martin, Reid) (Entered: 10/03/2018) |
| 10/04/2018 | 1021 | **Conditional Transfer Order (CTO 57)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio.(P,R) (Entered: 10/04/2018) |
| 10/05/2018 | | **Order** [non-document] denying Cardinal Health's Motion for oral argument on Distributors' Motion to Dismiss(Related Doc # 745 ). Magistrate Judge David A. Ruiz on 10/5/18.(P,R) (Entered: 10/05/2018) |
| 10/05/2018 | 1022 | **Marginal Entry Order** granting Muscogee (Creek) Nation's Motion to dismiss CVS Health Corporation (Related Doc # 1002 ). In addition, the motion to dismiss for lack of personal jurisdiction filed by Defendant CVS Health Corp. on August 31, 2018 (ECF No. 921 ) is hereby rendered moot. Magistrate Judge David A. Ruiz on 10/5/18.(P,R) (Entered: 10/05/2018) |
| 10/05/2018 | 1023 | **Marginal Entry Order** granting Muscogee (Creek) Nation's Motion to dismiss Walgreens Boots Alliance. In addition, the motion to dismiss for lack of personal jurisdiction filed by Defendant Walgreens Boots Alliance, Inc. on August 31, 2018 (ECF No. 922 ) is hereby rendered moot. (Related Doc # 1003 ). Magistrate Judge David A. Ruiz on 10/5/18.(P,R) (Entered: 10/05/2018) |
| 10/05/2018 | 1024 | Attorney Appearance by Frank H. Spruiell, Jr *and Russell R. Dickson* filed by on behalf of Morris & Dickson Co LLC. (Spruiell, Frank) (Entered: 10/05/2018) |
| 10/05/2018 | 1025 | **Report and Recommendation** recommending that the Manufacturers', Distributors' and Pharmacies' separate Motions to Dismiss (County of Summit v. |

| | | |
|---|---|---|
| | | Purdue Pharma 1:18op45090) (Doc. ## 491 , 497 , 499 ) be GRANTED in part and DENIED in part. Specifically, it is recommended that the motions be GRANTED with respect to the common law absolute public nuisance claim contained in Count Six, and GRANTED with respect to the City of Akron's statutory public nuisance claim in Count Five to the extent it is based on violations of Ohio or federal drug laws, or the rules of the board of pharmacy. In all other respects, it is recommended that the motions be DENIED. Objections to Report & Recommendation due by 10/19/2018. Magistrate Judge David A. Ruiz on 10/5/18. (P,R) (Entered: 10/05/2018) |
| 10/05/2018 | 1026 | **Opposition** to 977 **Motion** to dismiss for failure to state a claim *The Muscogee (Creek) Nation's First Amended Complaint - filed on August 31, 2018 in Related Case No. 1:18-op-45459-DAP -*, 930 **Motion** to dismiss *(Generic Defendants) The Blackfeet Tribe's First Amended Complaint*, 927 **Motion** to dismiss *the Blackfeet Tribe's First Amended Complaint Brief Amici Curiae of 448 Federally Recognized Tribes in Opposition to Defendants' Motions to Dismiss Tribal Claims filed by Confederated Tribes of the Umatilla Indian Reservation. (Skikos, Steven) Modified on 10/15/2018 (P,R). (Entered: 10/05/2018)* |
| 10/06/2018 | 1027 | Report of Special Master *Discovery Ruling No. 5 Addressing Defendants' Interrogatories re: Prescriptions* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 10/06/2018) |
| 10/08/2018 | 1028 | FILING ERROR - DOCUMENT TO FILED IN MEMBER CASE ONLY. Redacted Complaint filed by Rosary Hall, St. Vincent Charity Medical Center. Related document(s) 504 .(Barrett, John) Modified on 10/12/2018 (P,R). (Entered: 10/08/2018) |
| 10/09/2018 | 1029 | **Order** stating Protocol for State and Federal Court Coordination. Related Document 643 . Signed by Judge Dan Aaron Polster on 10/9/2018. (B,R) (Entered: 10/09/2018) |
| 10/09/2018 | 1030 | Notice of Pendency of Other Actions or Proceedings filed by ZNAT Insurance Company, Zenith Insurance Company. (Polansky, Marc) (Entered: 10/09/2018) |
| 10/10/2018 | 1031 | **Objection** s *to Discovery Ruling No. 5* filed by County of Summit, Ohio. Related document(s) 1027 . (Attachments: # 1 Exhibit 1 - Discovery Ruling No. 5, # 2 Exhibit 2 - Manufacturer Defs.' First Set of Interrogatories, # 3 Exhibit 3 - Nat'l Retail Pharmacy Defs.' First Set of Interrogatories, # 4 Exhibit 4 - Report & Recommendation [dkt. 1025 ], # 5 Exhibit 5 - Plaintiffs' Responses to Manufacturer Defs.' First Set of Interrogatories, # 6 Exhibit 6 - Plaintiffs' First Amended Responses to Manufacturer Defs.' First Set of Interrogatories, # 7 Exhibit 7 - Welch Letter 8/04/2018, # 8 Exhibit 8 - Hanly Letter 8/17/2018, # 9 Exhibit 9 - Plaintiffs' Second Amended Responses to Manufacturer Defs.' First Set of Interrogatories, # 10 Exhibit 10 - Welch Letter 8/24/2018, # 11 Exhibit 11 - Plaintiffs' Responses to Nat'l Retail Pharmacy Defs.' First Set of Interrogatories, # 12 Exhibit 12 - Stoffelmayr Letter 8/24/2018, # 13 Exhibit 13 - Plaintiffs' First Amended Responses to Nat'l Retail Pharmacy Defs.' First Set of Interrogatories, # 14 Exhibit 14 - SM Cohen 9/25/2018 Email, # 15 Exhibit 15 - Hearing Transcript from 9/28/2018, # 16 Exhibit 16 - SM Cohen Ruling on 10/2/2018, # 17 Exhibit 17 - Plaintiffs' Request for Formal Ruling on 10/5/2018) (Cabraser, Elizabeth) (Entered: 10/10/2018) |

| 10/10/2018 | 1032 | **Order** Regarding Objection to 1025 Report and Recommendation (Document #97 on County of Summit v. Purdue Pharma 1:18op45090). Related documents 491 , 497 , 499 . Signed by Judge Dan Aaron Polster (MDL 2804) on 10/10/2018. (B,R) (Entered: 10/11/2018) |
| --- | --- | --- |
| 10/11/2018 | 1033 | Notice of Supplemental Authority filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Supplemental Authority)Related document(s) 1031 .(Weinberger, Peter) (Entered: 10/11/2018) |
| 10/11/2018 | 1034 | Notice of Substitution of Counsel removing attorney *Alana Valle Tanoury* and adding attorney Brian J. Laliberte filed by on behalf of McKesson Corporation. (Laliberte, Brian) (Entered: 10/11/2018) |
| 10/11/2018 | 1035 | Notice of Certificate of Interested Persons filed by City of Palm Bay. (W,CM) (Entered: 10/11/2018) |
| 10/11/2018 | 1036 | Attorney Appearance by Philip M. Luka filed by on behalf of Michael Babich. (Luka, Philip) (Entered: 10/11/2018) |
| 10/12/2018 | 1037 | **Conditional Transfer Order (CTO 58)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 10/12/2018) |
| 10/12/2018 | 1038 | **Motion** to dismiss for failure to state a claim filed by Defendant Olympia Pharmacy. Related document(s) 770 , 232 , 928 , 731 . (Youll, David) Modified on 11/8/2018 (P,R). (Entered: 10/12/2018) |
| 10/12/2018 | 1039 | FILING ERROR - FILED BY WRONG DEFENDANT, DUPLICATE OF #1040 **Response** to 1006 **Motion** for leave *to File Motion Substituting Amneal Defendants* filed by Anda Pharmaceuticals, Inc.. (Cosgrove, Paul) Modified on 10/15/2018 (P,R). (Entered: 10/12/2018) |
| 10/12/2018 | 1040 | **Response** to 1006 **Motion** for leave *to File Motion Substituting Amneal Defendants* filed by Amneal Pharmaceuticals, Inc.. (Cosgrove, Paul) (Entered: 10/12/2018) |
| 10/12/2018 | 1041 | Notice Relating To The Court's Order Regarding Objections To Report And Recommendation filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 1032 .(Hobart, Geoffrey) (Entered: 10/12/2018) |
| 10/12/2018 | 1042 | Notice of Joinder by the Absentee Shawnee Tribe of Oklahoma in the Brief of Amici Curiae of 448 Federally Recognized Tribes filed by Confederated Tribes of the Umatilla Indian Reservation. Related document(s) 1026 .(Skikos, Steven) Modified on 10/15/2018 (P,R). (Entered: 10/12/2018) |
| 10/15/2018 | 1043 | Response of the Manufacturing Defendants to Track One Plaintiffs' Objection to Discovery Ruling No. 5 filed by Allergan Finance, LLC, Cephalon, Inc., Endo Health Solutions, Inc., Endo Pharmaceuticals Inc, Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Johnson & Johnson, Mallinckrodt LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical, Inc., Par Pharmaceuticals Companies, Inc., Purdue Pharma Inc., Purdue Pharma L.P., SpecGX LLC, Teva Pharmaceuticals, USA, Inc., The Purdue Frederick Company, Watson Laboratories, Inc.. (Attachments: # 1 Exhibit L. Singer Email, # 2 Exhibit Letter from D. Ackerman to D. Welch) (Welch, Donna) Modified on 10/15/2018 (P,R). |

| | | (Entered: 10/15/2018) |
|---|---|---|
| 10/15/2018 | 1044 | Response *of The National Retail Pharmacy Defendants to Plaintiffs' Objections to Discovery Ruling No. 5* filed by Walgreen Co., Walgreen Eastern Co., Inc.. Related document(s) 1031 . (Stoffelmayr, Kaspar) (Entered: 10/15/2018) |
| 10/15/2018 | 1045 | Notice Relating To The Court's Order Regarding Objections To Report And Recommendation filed by Actavis LLC, Actavis PLC, Actavis Pharma, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Actavis, Inc., Allergan Finance LLC, Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC, Cephalon, Inc., Cephalon, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Health Solutions, Inc., Endo Pharmaceuticals Inc, Endo Pharmaceuticals Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Johnson & Johnson, Mallinckrodt LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals, USA, Inc., Watson Laboratories, Inc., Watson Laboratories, Inc., Watson Pharmaceuticals, Inc.. Related document(s) 1032 .(Cheffo, Mark) (Entered: 10/15/2018) |
| 10/15/2018 | 1046 | Report of Special Master *Discovery Ruling No. 6 Addressing Mallinckrodt Search Terms* filed by David Rosenblum Cohen. (Attachments: # 1 Exhibit Search Term Rulings)(Cohen, David) (Entered: 10/15/2018) |
| 10/16/2018 | | **Order** [non-document] - Allergan Finance, LLC shall respond to 1014 King Pharmaceuticals, Inc. and Pfizer, Inc.'s **Motion** to dismiss *Allergan Finance, LLC's Third Party Complaint* by 10/31/18. Judge Dan Aaron Polster on 10/16/18. (P,R) (Entered: 10/16/2018) |
| 10/16/2018 | 1047 | **Order** Regarding 1027 Discovery Ruling #5. Judge Dan Aaron Polster on 10/16/18. (P,R) (Entered: 10/16/2018) |
| 10/17/2018 | 1048 | **Second Order** Regarding Objections to 1025 Report and Recommendation. Judge Dan Aaron Polster on 10/16/18. (P,R) (Entered: 10/17/2018) |
| 10/18/2018 | 1049 | **Conditional Transfer Order (CTO 59)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 10/18/2018) |
| 10/19/2018 | 1050 | **Reply** in support of 1006 **Motion** for leave *to File Motion Substituting Amneal Defendants* filed by Muscogee (Creek) Nation. (Hudson, Jenna) (Entered: 10/19/2018) |
| 10/21/2018 | 1051 | Report of Special Master *Discovery Ruling No. 7 Addressing (i) Production of Claims Data and (ii) Responses to Defendants' Interrogatories* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 10/21/2018) |
| 10/22/2018 | 1052 | Opposition to the motion for reconsideration by Cherokee Nation (1:18op45695 #75) filed by McKesson Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C)(Hobart, Geoffrey) (Entered: 10/22/2018) |

| 10/23/2018 | 1053 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of CTO 57 and transferring the listed case to the Northern District of Ohio(P,R) (Entered: 10/23/2018) |
| 10/23/2018 | 1054 | **Conditional Transfer Order (CTO 60)** by the Judicial Panel on Multidistrict transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 10/23/2018) |
| 10/23/2018 | 1055 | Report of Special Master *Discovery Ruling No. 8 Addressing Dispensing Information* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 10/23/2018) |
| 10/23/2018 | 1056 | Expedited Non-Appeal Transcript Order Form for proceedings held on 10/23/2018 before Judge Special Masters David Cohen and Cathy Yanni, Court Reporter: Sara Nageotte. Requested completion date: 10/24/2018 filed by Endo Health Solutions Inc., Endo Pharmaceuticals Inc.. (Rendon, Carole) (Entered: 10/23/2018) |
| 10/24/2018 | 1057 | Non-Appeal Transcript Order Form for proceedings held on 10/24/18 before Judge SM David Cohen, Court Reporter: Sara Nageotte. Requested completion date: 10/24/18 filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 10/24/2018) |
| 10/24/2018 | 1058 | Submission of Bellwether Plaintiffs in Response to Discovery Ruling No. 5 filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. Related document(s) 1047 , 1027 . (Singer, Linda) Modified on 10/25/2018 (P,R). (Entered: 10/24/2018) |
| 10/24/2018 | 1059 | Transcript of Discovery Conference Proceedings held on 10/23/2018 before Special Masters David Rosenblum Cohen and Catherine A. Yanni. To obtain a copy of this transcript please contact court reporter Sarah Nageotte via email at Sarah_Nageotte@ohnd.uscourts.gov or call (216) 357-7186. [200 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 10/31/2018. Redaction Request due 11/14/2018. Redacted Transcript Deadline set for 11/26/2018. Release of Transcript Restriction set for 1/22/2019. Related document(s) 1057 , 1056 . (N,SE) (Entered: 10/24/2018) |
| 10/25/2018 | 1060 | **Conditional Transfer Order (CTO 61)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 10/25/2018) |
| 10/25/2018 | 1061 | **NOTICE OF INTERLOCUTORY APPEAL** to the Sixth Circuit Court of Appeals from the 130 Order Regarding Remands of 2/16/18, filed by City of Jacksonville. (Filing fee $505, receipt number 0647-8977828) (Scolnick, Judith) (Entered: 10/25/2018) |
| 10/26/2018 | 1062 | **Motion** for more definite statement *Defendant's Edge Pharmacy, Motion to Dismiss Plaintiff's Complaint, Or, In The Alternative, For A More Definite Statement* filed by Defendant Edge Pharmacy. (Attachments: # 1 Brief in Support) (Goran, John) (Entered: 10/26/2018) |

| 10/26/2018 | 1063 | Notice of Withdrawal *of Christopher S. Dodrill as Counsel* filed by Wal-Mart Stores East, LP, Walmart, Inc.. (Dodrill, Christopher) (Entered: 10/26/2018) |
| 10/29/2018 | 1064 | Attorney Appearance by John J. Haggerty filed by on behalf of Prescription Supply Inc. (Haggerty, John) (Entered: 10/29/2018) |
| 10/29/2018 | 1065 | Report of Special Master *Discovery Ruling No. 9 Addressing Defendant Walgreens' Obligations to Produce Custodial Files* filed by David Rosenblum Cohen. (P,R) (Entered: 10/29/2018) |
| 10/29/2018 | 1066 | **Motion** by Manufacturer Defendants to Compel Immediate and Full Compliance With Discovery Ruling No. 5 filed by Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Par Pharmaceutical, Inc., Par Pharmaceuticals Companies, Inc., Purdue Pharma Inc., Purdue Pharma L.P., SpecGX LLC, Teva Pharmaceuticals, USA, Inc., The Purdue Frederick Company, Watson Laboratories, Inc.. (Welch, Donna) Modified on 10/30/2018 (P,R). (Entered: 10/29/2018) |
| 10/30/2018 | 1067 | Joint Proposed Stipulation *to Modify Motion Deadline* filed by Allergan Finance LLC. (Mitchell, John) (Entered: 10/30/2018) |
| 10/30/2018 |  | Acknowledgment from the USCA for Sixth Circuit of receipt of 1061 Notice of Interlocutory Appeal (USCA# 18-4054). Date filed in USCA 10/29/18. (H,SP) (Entered: 10/30/2018) |
| 10/30/2018 | 1068 | **Stipulation & Order** continuing deadline until 11/30/18 for Allergan Finance to respond to 1014 Pfizer Inc. and King Pharmaceuticals, Inc's Motion to dismiss Allergan Finance's Third Party Complaint. Judge Dan Aaron Polster on 10/30/18. (P,R) (Entered: 10/30/2018) |
| 10/31/2018 |  | **Order** [non-document] - The Court DIRECTS Bellwether Plaintiffs to file, no later than 12:00 p.m. Eastern Time on Thursday, November 1, 2018 (tomorrow), a concise response to the Manufacturer Defendants' Motion to Compel Immediate and Full Compliance with Discovery Ruling No. 5, Doc #: 1066 . Judge Dan Aaron Polster on 10/31/18. (P,R) (Entered: 10/31/2018) |
| 10/31/2018 | 1069 | **Opposition** to 1038 Consent **Motion** to dismiss for failure to state a claim filed by Muscogee (Creek) Nation. (Hudson, Jenna) (Entered: 10/31/2018) |
| 11/01/2018 | 1070 | **Conditional Transfer Order (CTO 62)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 11/01/2018) |
| 11/01/2018 | 1071 | **Opposition** to 1066 **Motion** by Manufacturer Defendants to Compel Immediate and Full Compliance with Discovery Ruling No. 5 filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Exhibit Plaintiffs' Amended Response to Discovery Ruling No. 5)(Singer, Linda) (Entered: 11/01/2018) |

| 11/01/2018 | 1072 | **Order** dismissing without prejudice Edge Pharmacy's Motion to Dismiss Complaint, Or, in the Alternative, for a More Definite Statement (Related Doc # 1062 ). Judge Dan Aaron Polster on 11/1/18.(P,R) (Entered: 11/01/2018) |
| 11/01/2018 | 1073 | **Motion** for leave *to File the Manufacturer Defendants' Joint Motion to Dismiss Track 1 Plaintiffs' Claims for Damages Pursuant to Rule 41(b)* filed by Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals, USA, Inc., Watson Laboratories, Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit A - Motion to Dismiss, # 3 Exhibit A1- Memorandum of Law, # 4 Exhibit A2- Declaration of Steven A. Reed, # 5 Exhibit 1, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6, # 11 Exhibit 7, # 12 Exhibit 8, # 13 Exhibit A3 - Proposed Order)(Reed, Steven) (Entered: 11/01/2018) |
| 11/02/2018 | 1074 | **Nunc Pro Tunc Order** denying without prejudice 1062 Edge Pharmacy's Motion to Dismiss Complaint, Or, in the Alternative, for a More definite Statement. Judge Dan Aaron Polster on 11/1/18. (P,R) (Entered: 11/02/2018) |
| 11/02/2018 | 1075 | Appeal Order from USCA for the Sixth Circuit: Granting the motion to consolidate the appeal re 902 and 970 (USCA# 18-3839 & 18-3860). Date issued by USCA 11/1/18 (H,SP) (Entered: 11/02/2018) |
| 11/02/2018 | 1076 | FILING ERROR - FILED IN WRONG CASE. Waiver of Service Returned Executed by Scott County Board of Supervisors. Wal-Mart Stores East, LP waiver sent on 8/27/2018, answer due 10/26/2018 filed on behalf of Scott County Board of Supervisors (Ketchum, M.) Modified on 11/5/2018 (P,R). (Entered: 11/02/2018) |
| 11/02/2018 | 1077 | **Motion** for Modification of CMO 1 Regarding ARCOS Market Share Data and Amending Complaints filed by Plaintiff Plaintiffs' Liaison Counsel. Related document(s) 739 . (Attachments: # 1 Exhibit Proposed Order)(Weinberger, Peter) (Entered: 11/02/2018) |
| 11/02/2018 | 1078 | **Objection** to Report and Recommendation *Regarding the Motion to Dismiss Second Amended Complaint by Defendants CVS Indiana, LLC, CVS Rx Services, Inc., Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., and Walmart Inc.* filed by Walmart, Inc.. Related document(s) 1025 . (Fumerton, Tara) (Entered: 11/02/2018) |
| 11/02/2018 | 1079 | **Objection** to Report and Recommendation filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 1025 . (Hobart, Geoffrey) (Entered: 11/02/2018) |
| 11/02/2018 | 1080 | **Objection** to Report and Recommendation filed by County of Summit, Ohio. Related document(s) 1025 . (Singer, Linda) (Entered: 11/02/2018) |
| 11/02/2018 | 1081 | **Reply** in support of 972 **Motion** to dismiss *filed 8/31/18* filed by Amneal Pharmaceuticals, Inc.. (Cosgrove, Paul) (Entered: 11/02/2018) |
| 11/02/2018 | 1082 | **Objection** to Report and Recommendation *on Their Joint Motion to Dismiss Plaintiffs' Second Amended Complaint* filed by Endo Health Solutions Inc., Endo Pharmaceuticals Inc. Related document(s) 1025 . (Stern, Jonathan) (Entered: 11/02/2018) |
| 11/02/2018 | 1083 | **Motion** to substitute attorney *John Haggerty* in place of attorney *John D. Hoblitzell, III, Craig G. Pelini, Paul B. Ricard, Christopher E. Penna, Derek A.* |

| | | |
|---|---|---|
| | | *Mendicino, and David Cousins* filed by Defendant J M Smith Corporation. (Attachments: # 1 Exhibit)(Haggerty, John) (Entered: 11/02/2018) |
| 11/02/2018 | 1084 | **Reply** in support of 935 **Motion** to dismiss *First Amended Complaint* filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Hobart, Geoffrey) (Entered: 11/02/2018) |
| 11/02/2018 | 1085 | **Reply** in support of 927 **Motion** to dismiss *the Blackfeet Tribe's First Amended Complaint on Behalf of CVS Pharmacy, Inc., CVS Indiana, L.L.C., Walmart Inc., Walgreen Co., and Walgreen Arizona Drug Co.* filed by Walmart, Inc.. (Fumerton, Tara) (Entered: 11/02/2018) |
| 11/02/2018 | 1086 | **Reply** in support of 925 Motion to dismiss *First Amended Complaint* filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health 110, LLC, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Exhibit Ex. 1 - Defs. Joint Mot. to Dismiss for Failure to State a Claim in State of Oklahoma ex rel. Hunter v. Purdue Pharma L.P.)(Hardin, Ashley) (Entered: 11/02/2018) |
| 11/02/2018 | 1087 | **Reply** in support of 928 **Motion** to dismiss *First Amended Complaint by Defendants CareFirst Pharmacy, City Drug, Cityplex Pharmacy, Couch Pharmacy, CVS, Economy Pharmacy, Ernie's Pharmacy, Freeland Brown Pharmacy, Gaddy Discount Drug, M&D Star Drug, Med-Econ Drug , Olympia Pharmacy, Omnicare, Pippenger Pharmacies, Reasor's, Rogers Drug Co., Spoon Drugs, Walgreens, and Walmart* filed by Walgreen Co.. (Stoffelmayr, Kaspar) (Entered: 11/02/2018) |
| 11/02/2018 | 1088 | **Motion** for leave *to File Motion to Certify Questions of Law to the Ohio Supreme Court* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Exhibit Motion to Certify Questions of Law to the Ohio Supreme Court)(Hardin, Ashley) (Entered: 11/02/2018) |
| 11/02/2018 | 1089 | **Reply** in support of 933 **Motion** to dismiss for failure to state a claim filed by Endo Health Solutions Inc., Endo Pharmaceuticals Inc. (Attachments: # 1 Declaration of Sean Morris In Support of The Reply Brief, # 2 Exhibit People of the State of Cal. v. Purdue Pharma L.P., et al.)(Stern, Jonathan) (Entered: 11/02/2018) |
| 11/02/2018 | 1090 | **Reply** in support of 929 **Motion** to dismiss *(Generic Manufacturers) Plaintiff's First Amended Complaint* filed by Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Teva Pharmaceuticals, USA, Inc., Watson Laboratories, Inc.. (Reed, Steven) (Entered: 11/02/2018) |
| 11/02/2018 | 1091 | **Reply** in support of 930 **Motion** to dismiss *(Generic Defendants) The Blackfeet Tribe's First Amended Complaint* filed by Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Teva Pharmaceuticals, USA, Inc., Watson Laboratories, Inc.. (Reed, Steven) (Entered: 11/02/2018) |
| 11/05/2018 | | **Order** [non-document] granting Motion to substitute attorney. Attorneys Derek A. Mendicino, Craig G Pelini, Christopher Edward Penna, Paul B. Ricard, David Cousins and John D. Hoblitzell, III removed from case; attorney John J. Haggerty for J M Smith Corporation added to case. (Related Doc # 1083 ). Judge Dan Aaron Polster on 11/5/18.(P,R) (Entered: 11/05/2018) |

| | | |
|---|---|---|
| 11/05/2018 | 1092 | **Scheduling Order** re 1077 Plaintiffs' **Motion** for Modification of CMO 1. MDL Defendants' response due by 4:00 p.m. 11/6/18, MDL Plaintiffs' reply due by 4:00 p.m. 11/7/18. Judge Dan Aaron Polster on 11/5/18. (P,R) (Entered: 11/05/2018) |
| 11/05/2018 | | **Order** [non-document] - The Court recently issued a Scheduling Order related to Plaintiffs' Motion for Modification, Doc #: 1077, with significantly expedited deadlines, Doc #: 1092 -- the first deadline being tomorrow at 4:00 p.m. and the second deadline being the next day at 4:00 p.m. A member of the Court's staff contacted Liaison Counsel to apprise them verbally of the expedited schedule at which time counsel requested an extension of the time deadline only. Because the parties are involved in depositions and settlement meetings today and tomorrow is an election day, the Court hereby changes the time-of-day deadlines set forth in the Scheduling Order only. MDL Defendants shall file a single response to the aforementioned Motion no later than the end of the day on Tuesday, November 6, 2018 and MDL Plaintiffs shall file a reply no later than the end of the day on Wednesday, November 7, 2018. Judge Dan Aaron Polster on 11/5/18. (P,R) (Entered: 11/05/2018) |
| 11/05/2018 | | **Order** [non-document] - The Court, having scheduled expedited briefing on Plaintiffs' Motion for Modification, Doc #: 1077 , hereby directs the Department of Justice to file a response to Plaintiffs' Motion no later than the end of day, Tuesday, November 6, 2018. Judge Dan Aaron Polster on 11/5/18. (P,R) (Entered: 11/05/2018) |
| 11/06/2018 | 1093 | **Conditional Transfer Order (CTO 63)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 11/06/2018) |
| 11/06/2018 | 1094 | Corporate Disclosure Statement filed by Olympia Pharmacy. (Youll, David) (Entered: 11/06/2018) |
| 11/06/2018 | 1095 | **Scheduling Order** re 1073 **Motion** for leave *to File the Manufacturer Defendants' Joint Motion to Dismiss Track 1 Plaintiffs' Claims for Damages Pursuant to Rule 41(b)*. Plaintiffs' response brief due by noon on 11/12/18, Manufacturers' reply brief due by noon on 11/15/18. Judge Dan Aaron Polster on 11/6/18. (P,R) (Entered: 11/06/2018) |
| 11/06/2018 | 1096 | Notice of Substitution of Counsel removing attorney Karen E. Swanson-Haan and adding attorney filed by United States. (Bacchus, Renee) (Entered: 11/06/2018) |
| 11/06/2018 | 1097 | **Response** to 1077 **Motion** for Modification of CMO 1 Regarding ARCOS Market Share Data and Amending Complaints filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 11/06/2018) |
| 11/06/2018 | 1098 | **Motion** for leave *To File Memorandum in Support of the Manufacturer Defendants' Joint Motion To Dismiss Track 1 Plaintiffs' Claims for Damages* filed by Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Exhibit Memorandum in Support of the Manufacturer Defendants' Joint Motion To Dismiss Track 1 Plaintiffs' Claims for Damages)(Hardin, Ashley) (Entered: 11/06/2018) |
| 11/06/2018 | 1099 | **Response** to 1077 **Motion** for Modification of CMO 1 Regarding ARCOS Market Share Data and Amending Complaints *on Behalf of Defendants* filed by Cardinal Health, Inc.. (Pyser, Steven) (Entered: 11/06/2018) |

| 11/06/2018 | 1100 | **Motion** for leave *to File Motion to Correct Clerical Error* filed by MDL Notice Only Muscogee (Creek) Nation. Related document(s) 1008 . (Attachments: # 1 Exhibit A - Proposed Motion to Correct Clerical Error, # 2 Exhibit B - Proposed Order)(Hudson, Jenna) (Entered: 11/06/2018) |
|---|---|---|
| 11/07/2018 | 1101 | **Opinion and Order** denying Manufacturer Defendants' Motion to compel discovery (Related Doc # 1066 ). Judge Dan Aaron Polster on 11/7/18.(P,R) (Entered: 11/07/2018) |
| 11/07/2018 | 1102 | **Reply** in support of 1077 **Motion** for Modification of CMO 1 Regarding ARCOS Market Share Data and Amending Complaints filed by Plaintiffs' Liaison Counsel. (Weinberg, Peter) (Entered: 11/07/2018) |
| 11/08/2018 | 1103 | Attorney Appearance by Alison Tanchyk filed on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.(P,R) (Entered: 11/08/2018) |
| 11/08/2018 | 1104 | FILING ERROR - FILED IN WRONG COURT Notice of Appearance filed by Morris & Dickson Co LLC. (Attachments: # 1 Exhibit Schedule of Actions, # 2 Exhibit Proof of Service)(Spruiell, Frank) Modified on 11/8/2018 (P,R). (Entered: 11/08/2018) |
| 11/08/2018 | 1105 | FILING ERROR - FILED IN WRONG COURT Corporate Disclosure Statement filed by Morris & Dickson Co LLC. (Attachments: # 1 Exhibit Schedule of Actions, # 2 Exhibit Proof of Service)(Spruiell, Frank) Modified on 11/8/2018 (P,R). (Entered: 11/08/2018) |
| 11/08/2018 | 1106 | **Order** granting Plaintiffs' Motion for Modification of CMO 1 (Related Doc # 1077 ). Judge Dan Aaron Polster on 11/8/18.(P,R) (Entered: 11/08/2018) |
| 11/08/2018 | 1107 | **NOTICE OF APPEAL** to the Sixth Circuit Court of Appeals as to 130 Order by Willie C. Conley, Jr., Pembroke Pharmacy, Inc.. ( Filing fee $ 505 receipt number 0647-9000459.). (Higgins, Lisa) (Entered: 11/08/2018) |
| 11/09/2018 | 1108 | **Minutes and Order** regarding depositions and State and Federal Court Coordination. Judge Dan Aaron Polster on 11/9/18. (P,R) (Entered: 11/09/2018) |
| 11/09/2018 | 1109 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of CTO 61 and transferring the listed case to the Northern District of Ohio. (P,R) (Entered: 11/09/2018) |
| 11/09/2018 | 1110 | Attorney Appearance by Paul T. Farrell, Jr filed on behalf of City of Ashland, Ohio. (Farrell, Paul) (Entered: 11/09/2018) |
| 11/09/2018 | | Acknowledgment from the USCA for Sixth Circuit of receipt of 1107 Notice of Appeal (USCA# 18-4115). Date filed in USCA 11/9/18. (H,SP) (Entered: 11/09/2018) |
| 11/09/2018 | 1111 | **Opposition** to 1088 **Motion** for leave *to File Motion to Certify Questions of Law to the Ohio Supreme Court* filed by County of Summit, Ohio. (Singer, Linda) (Entered: 11/09/2018) |
| 11/12/2018 | 1112 | Notice of Withdrawal as Counsel filed by Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II. (Stowers, Gerard) (Entered: 11/12/2018) |

| | | |
|---|---|---|
| 11/12/2018 | 1113 | **Opposition** to 1073 **Motion** for leave *to File the Manufacturer Defendants' Joint Motion to Dismiss Track 1 Plaintiffs' Claims for Damages Pursuant to Rule 41(b)*, 1098 **Motion** for leave *to File Memorandum in Support of the Manufacturer Defendants' Joint Motion To Dismiss Track 1 Plaintiffs' Claims for Damages* filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 11/12/2018) |
| 11/12/2018 | 1114 | FILING ERROR - REFILED AS DOC. #: 1116 **Response** to 491 **Motion** to dismiss for failure to state a claim *Distributors' Motion to Dismiss Second Amended Complaint* filed by Actavis LLC, Actavis Pharma, Inc., Actavis, Inc., Allergan Finance LLC, AmerisourceBergen Drug Corporation, CVS Indiana, L.L.C., CVS RX Services, Inc., Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Johnson & Johnson, Mallinckrodt LLC, McKesson Corporation, Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., Inc., Walmart, Inc., Watson Laboratories, Inc., Watson Pharmaceuticals, Inc.. (Hardin, Ashley) Modified on 11/13/2018 (P,R). (Entered: 11/12/2018) |
| 11/12/2018 | 1115 | *Response to Defendants' Objections to Report and Recommendation of Magistrate Judge David A. Ruiz* filed by County of Summit, Ohio. Related document(s) 1078 , 1079 , 1082 . (Attachments: # 1 Exhibit A) (Singer, Linda). (Entered: 11/12/2018) |
| 11/12/2018 | 1116 | Response to Plaintiffs' Objections to Report and Recommendations of Magistrate Judge (correcting title of Dkt. 1114) filed by Cardinal Health, Inc.. Related document(s) 1080 , 1114 . (Hardin, Ashley) (Entered: 11/12/2018) |
| 11/12/2018 | 1117 | Reply *to Plaintiffs' Opposition to Motion for Leave To File Motion To Certify Questions of Law* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 1111 . (Hardin, Ashley) (Entered: 11/12/2018) |
| 11/12/2018 | 1118 | Report of Special Master *Discovery Ruling No. 9 Addressing Production of State Court Transcripts* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 11/12/2018) |
| 11/13/2018 | 1119 | **Conditional Transfer Order (CTO 64)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 11/13/2018) |
| 11/13/2018 | 1120 | **Order** denying Distributor Defendants' Motion for leave to File Motion to Certify Questions of Law to the Ohio Supreme Court (Related Doc # 1088 ). Judge Dan Aaron Polster on 11/13/18.(P,R) (Entered: 11/13/2018) |
| 11/13/2018 | 1121 | **Motion** for leave *to File Distributor Defendants' and Pharmacy Defendants' Partial Objection to Discovery Ruling No. 7 and Exhibit E Under Seal* filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Proposed Order Granting Motion for Leave to File Under Seal)(Calabrese, J.) (Entered: 11/13/2018) |
| 11/13/2018 | 1122 | **Partial Objection (redacted)** *of Distributor Defendants and Pharmacy Defendants to Discovery Ruling No. 7* filed by Cardinal Health, Inc.. Related document(s) 1051 . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E (slip sheet - filed under seal)) (Calabrese, J.) Modified on |

|  |  | 11/14/2018 (P,R). (Entered: 11/13/2018) |
|---|---|---|
| 11/13/2018 | 1123 | **SEALED Document:***Partial Objection of Distributor Defendants and Pharmacy Defendants to Discovery Ruling No. 7* filed by Cardinal Health, Inc.. Related document(s) 441 , 1121 , 1051 . (Attachments: # 1 Exhibit E - Plaintiff Cuyahoga County's Responses to Pharmacy and Distributor Defendants' Fourth Sets of Interrogatories)(Calabrese, J.) (Entered: 11/13/2018) |
| 11/14/2018 | 1124 | **Conditional Transfer Order (CTO 65)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. Judge Dan Aaron Polster on 11/14/18. (P,R) (Entered: 11/14/2018) |
| 11/14/2018 | 1125 | **Order** granting Distributor and Pharmacy Defendants' Motion for leave to file under seal (Related Doc # 1121 ). Judge Dan Aaron Polster on 11/14/18.(P,R) (Entered: 11/14/2018) |
| 11/14/2018 | 1126 | Attorney Appearance by Robert J. Iacopino filed by on behalf of American Academy of Pain Medicine, Inc.. (Iacopino, Robert). (Entered: 11/14/2018) |
| 11/14/2018 | 1127 | Attorney Appearance by Dennis K. Ames filed by on behalf of American Academy of Pain Medicine, Inc. (Iacopino, Robert) (Entered: 11/14/2018) |
| 11/15/2018 | 1129 | **Reply** in support of 1098 **Motion** for leave *To File Memorandum in Support of the Manufacturer Defendants' Joint Motion To Dismiss Track 1 Plaintiffs' Claims for Damages* filed by Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. (Reed, Steven) (Entered: 11/15/2018) |
| 11/16/2018 | 1131 | Attorney Appearance by Joshua A. Kobrin filed on behalf of HBC Service Company. (P,R) Modi (Entered: 11/16/2018) |
| 11/19/2018 | 1133 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of CTO 62 and transferring the listed case to the Northern District of Ohio. (P,R) (Entered: 11/19/2018) |
| 11/19/2018 | 1134 | **Conditional Transfer Order (CTO 66)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio.(P,R) (Entered: 11/19/2018) |
| 11/19/2018 | 1135 | **Response** to 1121 **Motion** for leave *to File Distributor Defendants' and Pharmacy Defendants' Partial Objection to Discovery Ruling No. 7 and Exhibit E Under Seal* filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 11/19/2018) |
| 11/19/2018 | 1136 | Notice of Service of Subpoena for Production *to Plante Moran* filed by McKesson Corporation. (Gupta, Manju) (Entered: 11/19/2018) |
| 11/19/2018 | 1137 | Notice of Service of Subpoena for Production *to Clark, Schaefer, Hackett & Co.* filed by McKesson Corporation. (Gupta, Manju) (Entered: 11/19/2018) |
| 11/19/2018 | 1138 | Notice of Service of Subpoena for Production *to Ohio Auditor of State (re Cuyahoga County documents)* filed by McKesson Corporation. (Gupta, Manju). (Entered: 11/19/2018) |
| 11/19/2018 | 1139 | Notice of Service of Subpoena for Production *to Ohio Auditor of State (re Cleveland documents)* filed by McKesson Corporation. (Gupta, Manju) (Entered: 11/19/2018) |

| | | |
|---|---|---|
| 11/19/2018 | 1140 | Notice of Service of Subpoena for Production *to Ohio Auditor of State (re Summit County documents)* filed by McKesson Corporation. (Gupta, Manju) (Entered: 11/19/2018) |
| 11/19/2018 | 1141 | Request of Certain Defendants For Proceedings To Be On The Record filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation, Walgreen Co., Walgreen Eastern Co., Inc., Walgreens Boots Alliance Inc.. (Hobart, Geoffrey) (Entered: 11/19/2018) |
| 11/19/2018 | 1142 | **Motion** for Approval of a Short Form Complaint and Incorporation of Sealed Materials by Reference filed by Plaintiff Plaintiffs' Liaison Counsel. (Attachments: # 1 Proposed Order)(Weinberger, Peter) (Entered: 11/19/2018) |
| 11/19/2018 | 1143 | **Objection** *to Discovery Ruling No. 9 Regarding the Custodial File of Former Executive Kermit Crawford* filed by Walgreen Co., Walgreen Eastern Co., Inc.. Related document(s) 1065 . (Stoffelmayr, Kaspar) (Entered: 11/19/2018) |
| 11/19/2018 | 1144 | **Reply** in support of 978 Joint **Motion** for leave *to File Joint Motion for Preliminary Injunctive Relief* filed by County of Webb. (Inscore, Joanne) (Entered: 11/19/2018) |
| 11/19/2018 | 1145 | **Motion** for oral argument *on Motion for Leave to File Joint Motion for Preliminary Injunctive Relief* filed by MDL Notice Only County of Webb. Related document(s) 978 . (Attachments: # 1 Proposed Order)(Inscore, Joanne) (Entered: 11/19/2018) |
| 11/20/2018 | 1146 | **Order** denying Manufacturer Defendants' Joint Motion to Dismiss Track 1 Plaintiffs' Claims for Damages Pursuant to Rule 41(b) (Related Doc # 1073 ). Judge Dan Aaron Polster on 11/20/18.(P,R) (Entered: 11/20/2018) |
| 11/20/2018 | | **Order** [non-document] denying as moot based on 1146 Cardinal and McKesson's Motion for leave to File Memorandum in Support of the Manufacturer Defendants' Joint Motion To Dismiss Track 1 Plaintiffs' Claims for Damages (Related Doc # 1098 ). Judge Dan Aaron Polster on 11/20/18.(P,R) (Entered: 11/20/2018) |
| 11/21/2018 | 1147 | **Order** regarding rulings from the bench during the 11/20/18 discovery conference. Judge Dan Aaron Polster on 11/21/18. (P,R) (Entered: 11/21/2018) |
| 11/26/2018 | 1148 | Attorney Appearance by Adam M. Hammoud filed on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.(P,R) (Entered: 11/26/2018) |
| 11/26/2018 | 1149 | **Motion** for Leave to file Plaintiffs' Response in Opposition to Walgreens' Objection to Discovery Ruling No. 9 Under Seal filed by Plaintiff Plaintiffs' Liaison Counsel. (Attachments: # 1 Proposed Order)(Weinberger, Peter) (Entered: 11/26/2018) |
| 11/26/2018 | | **Order** [non-document] - Distributor and Pharmacy Defendants' objection 1122 1123 is overruled. Special Master Cohen's Discovery Ruling No. 7 1051 remains in place as issued. IT IS SO ORDERED. Judge Dan Aaron Polster on 11/26/18. (P,R) (Entered: 11/26/2018) |
| 11/26/2018 | 1150 | **Order** granting Plaintiffs' Motion for leave to file Response in Opposition to Walgreens' Objection to Discovery Ruling No. 9 Under Seal (Related Doc # 1149 ). Judge Dan Aaron Polster on 11/26/18.(P,R) (Entered: 11/26/2018) |

| | | |
|---|---|---|
| 11/26/2018 | 1151 | **SEALED Document:** *Response by Plaintiffs in Opposition to Walgreens's Objection to Discovery Ruling No. 9* filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. Related document(s) 1150 . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Mougey, Peter) (Entered: 11/26/2018) |
| 11/27/2018 | 1152 | **Conditional Transfer Order (CTO 67)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. Judge Dan Aaron Polster on 11/27/18. (P,R) (Entered: 11/27/2018) |
| 11/27/2018 | 1153 | Address Change Notice by Matthew R. McCarley filed by on behalf of Brazos County. (McCarley, Matthew) (Entered: 11/27/2018) |
| 11/28/2018 | | **Order** [non-document] overruling 1143 Objection by Walgreen Co. to 1065 Special Master Discovery Ruling No. 9. Judge Dan Aaron Polster on 11/28/18. (P,R) (Entered: 11/28/2018) |
| 11/28/2018 | | **Order** [non-document] granting Muscogee's Motion for leave to File Motion to Correct Clerical Error (Related Doc # 1100 ). Magistrate Judge David A. Ruiz on 11/28/18.(P,R) (Entered: 11/28/2018) |
| 11/28/2018 | 1154 | Report of Special Master *Discovery Ruling No. 10 Addressing Barnes Deposition* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 11/28/2018) |
| 11/29/2018 | 1155 | Attorney Appearance by Paul J. Cosgrove filed by on behalf of Amneal Pharmaceuticals, LLC. (Attachments: # 1 Proof of Service)Related document(s) 1124 .(Cosgrove, Paul) (Entered: 11/29/2018) |
| 11/29/2018 | 1156 | Corporate Disclosure Statement identifying Corporate Parent Amneal Pharmaceuticals, Inc. for Amneal Pharmaceuticals, LLC filed by Amneal Pharmaceuticals, LLC. (Attachments: # 1 Proof of Service)(Cosgrove, Paul) (Entered: 11/29/2018) |
| 11/29/2018 | 1157 | **Conditional Transfer Order (CTO 68)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 11/29/2018) |
| 11/29/2018 | 1158 | Notice of Firm Name Change filed by City of Stockton, County of San Joaquin, Montezuma Fire Protection District. (Parish, William) (Entered: 11/29/2018) |
| 11/30/2018 | 1159 | **Opposition** to 1014 **Motion** to dismiss *Allergan Finance, LLC's Third Party Complaint* filed by Allergan Finance LLC. (Mitchell, John) (Entered: 11/30/2018) |
| 11/30/2018 | 1160 | **Motion** Correct Clerical Error filed by MDL Notice Only Muscogee (Creek) Nation. Related document(s) 1008 . (Attachments: # 1 Exhibit L - Okla. State v. R.J. Reynolds MTD Order/Opinion, # 2 Proposed Order Correct Clerical Error) (Hudson, Jenna) (Entered: 11/30/2018) |
| 11/30/2018 | 1161 | **Motion** for reconsideration *of 11/21/18 order 1147* filed by Walgreen Co., Walgreen Eastern Co., Inc.. Related document(s) 1147 . (Attachments: # 1 Exhibit A - Rite Aid Email dated 7/13/18, # 2 Exhibit B - Walmart Email dated 8/2/18, # 3 Exhibit C - Badala Email dated 7/18/18, # 4 Exhibit D - SM Cohen Ruling dated 7/30/18, # 5 Exhibit E - Walgreens Email dated 8/17/18, # 6 Exhibit F - Plaintiffs' Combined Discovery Requests dated 7/3/18)(Stoffelmayr, Kaspar) Modified on 12/3/2018 (P,R). (Entered: 11/30/2018) |

| | | |
|---|---|---|
| 11/30/2018 | 1162 | **Objection** *to Discovery Ruling No. 10 Regarding Re-Opening the Deposition of Sean Barnes* filed by Walgreen Co., Walgreen Eastern Co., Inc.. Related document(s) 1154 . (Attachments: # 1 Exhibit A - Email, # 2 Exhibit B - Letter, # 3 Exhibit C - Chart) (Stoffelmayr, Kaspar) (Entered: 11/30/2018) |
| 11/30/2018 | 1163 | Report of Special Master *Ruling Regarding Discovery of Personnel Files* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 11/30/2018) |
| 12/03/2018 | 1164 | **Motion** for leave *by Twenty-Three Sovereign Indian Tribes to File Motion to be Allowed to Conduct Discovery on Certain Issues that are Unique to the Claims of Indian Tribes* filed by Battle Mountain Band of the Te-Moak Tribe of Western Shoshone Indians, Big Sandy Rancheria of Western Mono Indians, Big Valley Band of Pomo Indians of the Big Valley Rancheria, Chitimacha Tribe of Louisiana, Coyote Valley Band of Pomo Indians, Ely Shoshone Tribe of Nevada, Fond du Lac Band of Lake Superior Chippewa, Guidiville Rancheria of California, Hopland Band of Pomo Indians, Lac Courte Oreilles Band Of Lake Superior Chippewa Indians, Lac du Flambeau Band of Chippewa Indians, Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Red Cliff Band Of Lake Superior Chippewa Indians, Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria, Reno-Sparks Indian Colony, Robinson Rancheria, Round Valley Indian Tribes, Scotts Valley Band of Pomo Indians, Shinnecock Indian Nation, South Fork Band of the Te-Moak Tribe of Western Shoshone Indians, St. Croix Chippewa Indians of Wisconsin, Walker River Paiute Tribe of The Walker River Reservation. (Frazer, T.) Modified on 12/3/2018 (P,R). (Entered: 12/03/2018) |
| 12/04/2018 | 1165 | **Order** denying Indian Tribes' Motion for leave to file a Motion to be Allowed to Conduct Discovery on Certain Issues That Are Unique to The Claims of Indian Tribes (Related Doc # 1164 ). Judge Dan Aaron Polster on 12/4/18.(P,R) (Entered: 12/04/2018) |
| 12/04/2018 | | **Order** [non-document] - Plaintiff Muscogee's Motion to Correct Clerical Error (R. 1160 ) is hereby GRANTED. Accordingly, the order attached to Plaintiffs Motion to Correct Clerical Error is accepted as the substituted Exhibit L to Plaintiffs Consolidated Opposition to Defendants Motions to Dismiss the Nations First Amended Complaint (R. 1008 ). Magistrate Judge David A. Ruiz on 12/4/18.(P,R) (Entered: 12/04/2018) |
| 12/05/2018 | 1166 | **Motion** for Extension of Time to Respond to Plaintiff Fact Sheet on Behalf of Counties Affected by Recent Natural Disasters filed by Plaintiff Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit FEMA Maps)(Weinberger, Peter) (Entered: 12/05/2018) |
| 12/05/2018 | 1167 | **Response** to 1160 **Motion** Correct Clerical Error *Distributors' and Pharmacy Defendants' Response to the Muscogee (Creek) Nation's Motion to Correct Clerical Error* filed by Cardinal Health 110, LLC, Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 12/05/2018) |
| 12/05/2018 | 1168 | Letter *to Correct the Record from Plaintiffs' Response in Opposition to Walgreens' Objection to Discovery Ruling No. 9* filed by Walgreen Co., Walgreen Eastern Co., Inc.. Related document(s) 1151 . (Stoffelmayr, Kaspar) (Entered: 12/05/2018) |

| | | |
|---|---|---|
| 12/06/2018 | 1169 | **Minute Order** of Telephonic Status Conference held on 12/5/18 Time: 30 min. Walgreen's motion for reconsideration of 11/21 order 1161 granted with regard to interrogatory descriptions and identification of bates numbers. Defendants to respond to 1142 Plaintiff's motion for approval of short form complaint by 1/7/19. Follow-up Telephone Status Conference set for 1/10/2019 at 12:00 PM EST. Judge Dan Aaron Polster on 12/6/18. (P,R) (Entered: 12/06/2018) |
| 12/06/2018 | 1170 | Notice of Service of documents responsive to the subpoena issued to Mr. Joseph Rannazzisi filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 12/06/2018) |
| 12/07/2018 | 1171 | **Conditional Transfer Order (CTO 69)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 12/07/2018) |
| 12/07/2018 | 1172 | Opposition to Walgreens's Objection to Discovery Ruling No. 10 Regarding Re-Opening the Deposition of Sean Barnes filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. Related document(s) 1162 . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Mougey, Peter) (Entered: 12/07/2018) |
| 12/07/2018 | 1173 | **Response** to 1166 **Motion** for Extension of Time to Respond to Plaintiff Fact Sheet on Behalf of Counties Affected by Recent Natural Disasters filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. (Cheffo, Mark) (Entered: 12/07/2018) |
| 12/09/2018 | 1174 | Report of Special Master *Discovery Ruling No. 12 Addressing Suspicious Order Interrogatory* filed by David Rosenblum Cohen. Related document(s) 1051 . (Cohen, David) (Entered: 12/09/2018) |
| 12/10/2018 | 1175 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 12/10/2018) |
| 12/10/2018 | 1176 | Notice of Compliance filed by United States. (Attachments: # 1 Exhibit A-Letter to Mainigi, # 2 Exhibit B-Letter to Ashley, # 3 Exhibit C-Letter to Rannazzisi, # 4 Exhibit D-Letter to Wright, # 5 Exhibit E-Letter to Brodersen, # 6 Exhibit F-Letter to Mapes, # 7 Exhibit G-Letter to Milione)(Bennett, James) (Entered: 12/10/2018) |
| 12/10/2018 | 1177 | Reply *In Support Of Walgreens' Objection to Discovery Ruling No. 10 Regarding Re-Opening the Deposition of Sean Barnes* filed by Walgreen Co., Walgreen Eastern Co., Inc.. Related document(s) 1162 . (Attachments: # 1 Exhibit A - Email, # 2 Exhibit B - Letter, # 3 Exhibit C - Chart) (Stoffelmayr, Kaspar) (Entered: 12/10/2018) |
| 12/11/2018 | 1178 | Attorney Appearance by Nathan J. Andrisani filed on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc. (P,R) (Entered: 12/11/2018) |
| 12/12/2018 | 1179 | Notice of Paul B. Maslo's Withdrawal as Attorney of Record and Request to be Removed as Attorney to be Noticed filed by County of Knott, County of Pike, County of Floyd. (Maslo, Paul) (Entered: 12/12/2018) |
| 12/12/2018 | 1180 | Joint **Motion** to Allow Certain Insys-Related Witnesses to be Deposed Beyond January 25, 2019 filed by Plaintiff Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 12/12/2018) |

| 12/13/2018 | 1181 | Attorney Appearance by Brent M. Buckley filed by on behalf of Walgreen Co.. (Buckley, Brent) (Entered: 12/13/2018) |
|---|---|---|
| 12/14/2018 | 1182 | **Conditional Transfer Order (CTO 70)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 12/14/2018) |
| 12/14/2018 | | **Order** [non-document] - Walgreen's objection to Special Master Cohen's Discovery Ruling No. 10 Addressing Barnes Deposition (Doc. 1154 ) is overruled. Walgreen's has not demonstrated Special Master Cohen abused his discretion in making his discovery ruling. Discovery Ruling No. 10 remains in effect. Judge Dan Aaron Polster on 12/14/18. (P,R) (Entered: 12/14/2018) |
| 12/14/2018 | 1183 | **Marginal Entry Order** granting Plaintiffs' Motion for Extension of Time to Respond to Plaintiff Fact Sheet until January 31, 2019 (Related Doc # 1166 ). Judge Dan Aaron Polster on 12/14/18.(P,R) (Entered: 12/14/2018) |
| 12/14/2018 | 1184 | **Marginal Entry Order** granting Joint Motion to Allow Certain Insys-Related Witnesses to be Deposed Beyond January 25, 2019. Plaintiffs are directed to inform the Court when they will be able to take the depositions. (Related Doc # 1180 ). Judge Dan Aaron Polster on 12/14/18.(P,R) (Entered: 12/14/2018) |
| 12/14/2018 | 1185 | **Order** denying Plaintiffs' Motion for leave to File Renewed Motion for Separate NAS Baby Track (Related Doc # 895 ). Judge Dan Aaron Polster on 12/14/18.(P,R) (Entered: 12/14/2018) |
| 12/14/2018 | 1186 | **Reply** in support of 1014 **Motion** to dismiss *Allergan Finance, LLC's Third Party Complaint* filed by King Pharmaceuticals, Inc., Pfizer Inc.. (Neuner, Lynn) (Entered: 12/14/2018) |
| 12/14/2018 | 1187 | **Motion** for oral argument *on Motion to Dismiss Allergan Finance, LLC's Third Party Complaint* filed by King Pharmaceuticals, Inc., Pfizer Inc.. Related document(s) 1014 . (Neuner, Lynn) (Entered: 12/14/2018) |
| 12/16/2018 | 1188 | **Motion** for Special Master to Withdraw Part I of Discovery Ruling No. 12 filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Discount Drug Mart, Inc., H. D. Smith, LLC, HBC Service Company, McKesson Corporation, Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., Inc.. Related document(s) 1174 . (Hardin, Ashley) (Entered: 12/16/2018) |
| 12/16/2018 | 1189 | Report of Special Master *Ruling on Motion to Withdraw Part 1 of Discovery Ruling No. 12* filed by David Rosenblum Cohen. Related document(s) 1174 , 1188 . (Cohen, David) (Entered: 12/16/2018) |
| 12/17/2018 | 1190 | Attorney Appearance by Madeleine K. Rodriguez filed by on behalf of Michael B. Bruehl, Mark E. Cieniawski. (Rodriguez, Madeleine) (Entered: 12/17/2018) |
| 12/17/2018 | 1191 | FILING ERROR - DOCUMENT FILED IN WRONG CASE Notice of Dismissal Under FRCP 41(a)(1) *Without Prejudice* filed by Shelby County, TN. (Stranch, J.) Modified on 12/17/2018 (P,R). (Entered: 12/17/2018) |
| 12/17/2018 | 1192 | FILING ERROR - DOCUMENT FILED IN WRONG CASE Notice of Dismissal Under FRCP 41(a)(1) filed by Lancaster County South Carolina. (Whetstone, Charles) Modified on 12/17/2018 (P,R). (Entered: 12/17/2018) |

| 12/17/2018 | 1193 | FILING ERROR - DOCUMENT FILED IN WRONG CASE Notice of Dismissal Under FRCP 41(a)(1) filed by Marion County South Carolina. (Whetstone, Charles) Modified on 12/17/2018 (P,R). (Entered: 12/17/2018) |
| --- | --- | --- |
| 12/17/2018 | 1194 | FILING ERROR - DOCUMENT FILED IN WRONG CASE Notice of Dismissal Under FRCP 41(a)(1) filed by Horry County South Carolina. (Whetstone, Charles) Modified on 12/17/2018 (P,R). (Entered: 12/17/2018) |
| 12/17/2018 | 1195 | FILING ERROR - DOCUMENT FILED IN WRONG CASE Notice of Dismissal Under FRCP 41(a)(1) filed by Dillon County South Carolina. (Whetstone, Charles) Modified on 12/17/2018 (P,R). (Entered: 12/17/2018) |
| 12/17/2018 | 1196 | FILING ERROR - DOCUMENT FILED IN WRONG CASE Notice of Dismissal Under FRCP 41(a)(1) filed by Calhoun County South Carolina. (Whetstone, Charles) Modified on 12/17/2018 (P,R). (Entered: 12/17/2018) |
| 12/17/2018 | 1197 | Attorney Appearance by David R. Geiger filed by on behalf of Michael B. Bruehl, Mark E. Cieniawski. (Geiger, David) (Entered: 12/17/2018) |
| 12/17/2018 | 1201 | **Order** granting Pfizer and King Pharmaceuticals Motion to dismiss Allergan's third-party complaint (Related Doc # 1014 ), and denying as moot Pfizer's Motion for oral argument (Related Doc # 1187 ). Judge Dan Aaron Polster on 12/17/18.(P,R) (Entered: 12/17/2018) |
| 12/18/2018 | 1202 | Attorney Appearance by Marc E. Dann filed by on behalf of Jodi Shaffer. (Dann, Marc) (Entered: 12/18/2018) |
| 12/19/2018 | 1203 | **Opinion and Order** adopting in part and rejecting in part Magistrate Judge's Report and Recommendation 1025 . Defendants' Motions to Dismiss are DENIED with one exception (see order) (Related docs. 491 497 499 as to County of Summit, et al v. Purdue Pharma, et al., 18op45090). Defendants' answers to Plaintiffs' Corrected Second Amended Complaint 514 are due no later than January 15, 2019. Judge Dan Aaron Polster on 12/19/18.(P,R) (Entered: 12/19/2018) |
| 12/19/2018 | 1204 | **Motion** for leave *to file Emergency Motion to Enjoin the Massachusetts Attorney General's Office from Violating the MDL Protective Order* filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. (Attachments: # 1 Brief in Support Emergency Motion To Enjoin The Massachusetts Attorney Generals Office From Violating The Mdl Protective Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Cheffo, Mark) (Entered: 12/19/2018) |
| 12/20/2018 | 1205 | **Conditional Transfer Order (CTO 71)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 12/20/2018) |
| 12/20/2018 | 1206 | **Minute Order** of Telephone Conference held on 12/20/18. Purdue's Motion for Leave to File Emergency Motion to Enjoin the Massachusetts Attorney Generals Office from Violating the MDL Protective Order 1204 is denied as moot. Judge Dan Aaron Polster on 12/20/18. (P,R) (Entered: 12/20/2018) |
| 12/20/2018 | 1207 | Expedited Non-Appeal Transcript Order Form for proceedings held on December 20, 2018 before Judge Dan Aaron Polster, Court Reporter: Lance A. Boardman. Requested completion date: December 20, 2018 filed by Purdue Frederick |

| | | |
|---|---|---|
| | | Company, Purdue Pharma Inc., Purdue Pharma L.P.. (Cheffo, Mark) (Entered: 12/20/2018) |
| 12/20/2018 | 1208 | Transcript of Teleconference Motion Hearing held on 12/20/2018 before Judge Dan Aaron Polster. To obtain a copy of this transcript, please contact court reporter Lance A. Boardman at Lance_Boardman@ohnd.uscourts.gov (preferred) or 216-357-7019. [22 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 12/27/2018. Redaction Request due 1/10/2019. Redacted Transcript Deadline set for 1/22/2019. Release of Transcript Restriction set for 3/20/2019. Related document(s) 1207 . (B,LA) (Entered: 12/20/2018) |
| 12/20/2018 | 1209 | Non-Appeal Transcript Order Form for proceedings held on 12/20/18 before Judge Polster, Court Reporter: Lance A. Boardman. Requested completion date: 12/21/18 filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 12/20/2018) |
| 12/21/2018 | 1210 | Notice of Withdrawal *of David H. Remes as Counsel* filed by Muscogee (Creek) Nation. (Hudson, Jenna). (Entered: 12/21/2018) |
| 12/21/2018 | 1211 | Notice of Compliance filed by U.S. Department of Justice, Drug Enforcement Administration. (Attachments: # 1 Exhibit H-Keith Martin Authorization, # 2 Exhibit I-30(b)(6) Witness Authorization, # 3 Exhibit J-Distributor Briefing Document Authorization)(Bennett, James) (Entered: 12/21/2018) |
| 12/21/2018 | 1212 | Notice of Service of Discovery filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 12/21/2018) |
| 12/21/2018 | 1213 | **Motion** by John C. Thornton, III and Anne Andrews to withdraw as attorney filed by MDL Notice Only City of Huntington Beach, California. (Thornton, John) (Entered: 12/21/2018) |
| 12/22/2018 | 1214 | **Motion** by Paul Ricard and Craig Pelini to withdraw as attorney filed by Defendant Prescription Supply Inc. (Ricard, Paul) (Entered: 12/22/2018) |
| 12/22/2018 | 1215 | Report of Special Master *Discovery Ruling No. 13 Addressing Various Matters* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 12/22/2018) |
| 12/26/2018 | | **Order** [non-document] granting Anne Andrews and John C. Thornton's Motion to withdraw as attorney for City of Huntington Beach, CA (Related Doc # 1213 ); and granting Craig G. Pelini and Paul B. Ricard's Motion to withdraw as attorney for Prescription Supply Inc.'s (Related Doc # 1214 ). Judge Dan Aaron Polster on 12/26/18.(P,R) (Entered: 12/26/2018) |
| 12/26/2018 | 1216 | **Motion** to stay *Discovery Involving the United States for 14 Days Due to Lapse in Congressional Appropriation Funding the Federal Government* filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. (Buck, Lynne) (Entered: 12/26/2018) |
| 12/27/2018 | | **Order** [non-document] granting USA's Motion to stay Discovery Involving the United States for 14 Days Due to Lapse in Congressional Appropriation Funding the Federal Government (Related Doc # 1216 ). Judge Dan Aaron Polster on 12/27/18.(P,R) (Entered: 12/27/2018) |

| | | |
|---|---|---|
| 12/27/2018 | 1217 | **Conditional Transfer Order (CTO 72)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 12/27/2018) |
| 12/31/2018 | 1218 | **Order** identifying Track Two Cases. Signed by Judge Dan Aaron Polster (MDL 2804) on 12/31/2018. (S,MD) (Entered: 12/31/2018) |
| 12/31/2018 | 1219 | **Objection** to Special Master's Discovery Ruling No. 13 filed by AmerisourceBergen Drug Corporation, Anda Pharmaceuticals, Inc., Cardinal Health, Inc., H. D. Smith, LLC, HBC Service Company, McKesson Corporation, Prescription Supply Inc. Related document(s) 1215 . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Hardin, Ashley) Modified text on 1/2/2019 (B,R). (Entered: 12/31/2018) |
| 12/31/2018 | 1220 | **Motion** for leave *to file a Motion to Compel with the Court* filed by Defendant McKesson Corporation. (Attachments: # 1 Pleading Memorandum In Support of Its Motion for Leave to File its Motion to Compel with the Court, # 2 Proposed Order)(Hobart, Geoffrey) (Entered: 12/31/2018) |
| 12/31/2018 | 1221 | **Motion** to compel discovery *Production of the Ohio Automated Rx Reporting System Database* filed by Defendant McKesson Corporation. (Attachments: # 1 Memorandum In Support of Its Motion to Compel Production of the Ohio Automated Rx Reporting System Database, # 2 Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K)(Hobart, Geoffrey) (Entered: 12/31/2018) |
| 01/02/2019 | 1222 | **Order** granting Defendant McKesson Corporation's Motion for leave to file a Motion to Compel. (Related Doc # 1220 ). Judge Dan Aaron Polster (MDL 2804) on 1/2/2019.(B,R) (Entered: 01/02/2019) |
| 01/04/2019 | | **Order** [non-document] Distributors' objection to Part I of Special Master Cohen's Discovery Ruling No. 13 Addressing Distributors' Request that Plaintiffs Supplement Certain Interrogatories [Doc. #: 1215] is overruled. Discovery Ruling No. 13 remains in effect as issued. Judge Dan Aaron Polster (MDL 2804) on 1/4/2019. Related Document 1219 (B,R) (Entered: 01/04/2019) |
| 01/04/2019 | 1223 | Supplemental **Motion** to Allow Certain Insys-Related Witnesses to be Deposed Beyond January 25, 2019 filed by Plaintiff Plaintiffs' Liaison Counsel. Related document(s) 1180 . (Weinberger, Peter) (Entered: 01/04/2019) |
| 01/04/2019 | 1224 | **Motion** for Alternative Service of Subpoena as to Witness Darin Cecil filed by Plaintiff Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Weinberger, Peter) (Entered: 01/04/2019) |
| 01/04/2019 | 1225 | **Motion** for leave *to File Motion for Relief Concerning Improper Extrajudicial Statements and Violations of Court Orders* filed by Allergan Finance LLC, Allergan PLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Discount Drug Mart, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., H. D. Smith, LLC, Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, McKesson Corporation, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. (Attachments: # 1 Certain Defendants' Motion of Relief Concerning |

| | | Improper Extrajudicial Statements and Violations of Court Orders, # 2 Memo of Law In Support of Motion for Relief, # 3 Exhibit 1 to Memo of Law, # 4 Exhibit 2 to Memo of Law, # 5 Proposed Order re Motion for Leave)(Stern, Jonathan) (Entered: 01/04/2019) |
|---|---|---|
| 01/05/2019 | 1226 | **Response** to 1221 **Motion** to compel discovery *Production of the Ohio Automated Rx Reporting System Database* filed by County of Cuyahoga. (Badala, Salvatore) (Entered: 01/05/2019) |
| 01/07/2019 | 1227 | Attorney Appearance by Richard G. Shephard, Jr filed on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc. (P,R) (Entered: 01/07/2019) |
| 01/07/2019 | 1228 | **Order Lifting Stay (CTO 70)** by the Judicial Panel on Multidistrict Litigation transferring the listed case to the Northern District of Ohio. (P,R) (Entered: 01/07/2019) |
| 01/07/2019 | 1229 | **Marginal Entry Order** granting Supplemental Joint Motion to Allow Certain Insys-Related Witnesses to be Deposed Beyond January 25, 2019(Related Doc # 1223 ). Plaintiffs are directed to inform the Court when they will be able to take thedepositions. Judge Dan Aaron Polster on 1/7/19.(P,R) (Entered: 01/07/2019) |
| 01/07/2019 | | **Order** [non-document] granting Plaintiffs' Motion for Alternate Service of Subpoena (Related Doc # 1224 ). Plaintiffs may serve Darin Cecil by mailing the Notice of Intent to Serve Subpoena and Subpoena by First-Class Mail and posting it conspicuously at the property located at 7078 Lake Run Drive, Birmingham, AL 35242. Judge Dan Aaron Polster on 1/7/19.(P,R) (Entered: 01/07/2019) |
| 01/07/2019 | 1230 | Supplement to **Motion** for Approval of a Short Form Complaint and Incorporation of Sealed Materials by Reference - Supplement to Plaintiffs' Motion for Approval of a Short Form Complaint and Incorporation of Sealed Materials by Reference, filed by Plaintiffs' Executive Committee. Related document(s) 1142 . (Attachments: # 1 Exhibit A - Defendants' 01/02/19 Counter Proposal, # 2 Exhibit B - Plaintiffs' 01/03/2019 Response to Defendants' 01/02/19 Counter Proposal) (Majestro, Anthony) (Entered: 01/07/2019) |
| 01/07/2019 | 1231 | **Response** to 1142 **Motion** for Approval of a Short Form Complaint and Incorporation of Sealed Materials by Reference filed by Defendants. (Attachments: # 1 Exhibit A - Proposed Order)(Cheffo, Mark) Modified on 1/8/2019 (P,R). (Entered: 01/07/2019) |
| 01/08/2019 | 1232 | **Motion** for Leave to File Motion Under Seal filed by City of Cleveland. (Attachments: # 1 Proposed Order)(Pifko, Mark) (Entered: 01/08/2019) |
| 01/08/2019 | 1233 | **Response** to 1225 **Motion** for leave *to File Motion for Relief Concerning Improper Extrajudicial Statements and Violations of Court Orders* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1 - McKesson 60 Minutes Response, # 2 Exhibit 2 - McKesson Website Opioid Homepage, # 3 Exhibit 3 - McKesson Website Homepage with Link, # 4 Exhibit 4 - Purdue Advertisement, # 5 Exhibit 5 - Emails)(Weinberger, Peter) (Entered: 01/08/2019) |
| 01/08/2019 | 1234 | **Order** granting Plaintiff City of Cleveland's Motion to File Motion Under Seal (Related Doc # 1232 ). Judge Dan Aaron Polster on 1/8/19.(P,R) (Entered: 01/08/2019) |

| 01/08/2019 | 1235 | **Motion** for conference/hearing *to be on the Record* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Rendon, Carole) (Entered: 01/08/2019) |
|---|---|---|
| 01/09/2019 | 1236 | Notice of Attorney Withdraw *Lynnette Simon Marshall* filed by County Commission of Putnam County. (Marshall, Lynnette) (Entered: 01/09/2019) |
| 01/09/2019 | 1237 | **SEALED Document:***Plaintiff's Motion for Leave to File Motion to Disqualify* filed by City of Cleveland. Related document(s) 1234 . (Attachments: # 1 Proposed Order, # 2 Pleading Motion and Memorandum, # 3 Exhibit Pifko Dec. Ex. 1, # 4 Exhibit Pifko Dec. Ex. 2, # 5 Exhibit Pifko Dec. Ex. 3, # 6 Exhibit Pifko Dec. Ex. 4, # 7 Exhibit Pifko Dec. Ex. 5, # 8 Exhibit Pifko Dec. Ex. 6, # 9 Exhibit Pifko Dec. Ex. 7, # 10 Exhibit Pifko Dec. Ex. 8, # 11 Exhibit Pifko Dec. Ex. 9, # 12 Exhibit Pifko Dec. Ex. 10, # 13 Exhibit Pifko Dec. Ex. 11, # 14 Exhibit Pifko Dec. Ex. 12, # 15 Exhibit Pifko Dec. Ex. 13, # 16 Exhibit Pifko Dec. Ex. 14, # 17 Exhibit Pifko Dec. Ex. 15, # 18 Exhibit Pifko Dec. Ex. 16, # 19 Exhibit Pifko Dec. Ex. 17, # 20 Exhibit Pifko Dec. Ex. 18, # 21 Exhibit 1- Gingell Declaration, # 22 Exhibit 2-Gilson Declaration)(Pifko, Mark) (Entered: 01/09/2019) |
| 01/09/2019 | | **Order** [non-document] denying Endo's Motion for conference/hearing to be on the Record (Related Doc # 1235 ). Judge Dan Aaron Polster on 1/9/18.(P,R) (Entered: 01/09/2019) |
| 01/09/2019 | | **Order** [non-document] - The Court's 1/9 non-document order denying 1235 Endo's motion for conference/hearing to be on the record was in error and is therefore vacated. Endo's motion is granted. Judge Dan Aaron Polster on 1/9/19. (P,R) (Entered: 01/09/2019) |
| 01/09/2019 | 1238 | Attorney Appearance by James T. Wakley filed by on behalf of State of Ohio Board of Pharmacy. (Wakley, James) (Entered: 01/09/2019) |
| 01/09/2019 | 1239 | **Motion** for leave to exceed page limitations filed by Neutral State of Ohio Board of Pharmacy. Related document(s) 1221 . (Attachments: # 1 Proposed Order) (Wakley, James) (Entered: 01/09/2019) |
| 01/09/2019 | 1240 | **Motion** to stay *all discovery involving the United States (extension of previous stay)* filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 1216 ,. (Bennett, James) (Entered: 01/09/2019) |
| 01/10/2019 | | **Order** [non-document] granting 1237 City of Cleveland's Motion for Leave to File Motion to Disqualify. Judge Dan Aaron Polster on 1/10/19. (P,R) (Entered: 01/10/2019) |
| 01/10/2019 | 1241 | **SEALED Document:***Motion to Disqualify* filed by City of Cleveland. Related document(s) 1234 ,. (Attachments: # 1 Brief in Support, # 2 Exhibit Pifko Dec. Ex. 1, # 3 Exhibit Pifko Dec. Ex. 2, # 4 Exhibit Pifko Dec. Ex. 3, # 5 Exhibit Pifko Dec. Ex. 4, # 6 Exhibit Pifko Dec. Ex. 5, # 7 Exhibit Pifko Dec. Ex. 6, # 8 Exhibit Pifko Dec. Ex. 7, # 9 Exhibit Pifko Dec. Ex. 8, # 10 Exhibit Pifko Dec. Ex. 9, # 11 Exhibit Pifko Dec. Ex. 10, # 12 Exhibit Pifko Dec. Ex. 11, # 13 Exhibit Pifko Dec. Ex. 12, # 14 Exhibit Pifko Dec. Ex. 13, # 15 Exhibit Pifko Dec. Ex. 14, # 16 Exhibit Pifko Dec. Ex. 15, # 17 Exhibit Pifko Dec. Ex. 16, # 18 Exhibit Pifko Dec. Ex. 17, # 19 Exhibit Pifko Dec. Ex. 18, # 20 Exhibit 1-Gingell Declaration, # 21 Exhibit 2-Gilson Declaration)(Pifko, Mark) (Entered: 01/10/2019) |

| 01/10/2019 | | **Order** [non-document] granting in part State of Ohio Board of Pharmacy's Motion to exceed page limitations (Related Doc # 1239 ). State of Ohio Board of Pharmacy's response to 1221 McKesson's Motion to Compel shall not exceed 20 pages. Judge Dan Aaron Polster on 1/10/19.(P,R) (Entered: 01/10/2019) |
|---|---|---|
| 01/10/2019 | | **Order** [non-document] - Due to the continued lack federal appropriations funding, and Pursuant to General Order No. 2019-1, the United State's Motion to Extend the Court's 12/27/18 non-document order staying discovery involving the United States is granted. The stay on discovery is extended until such time as appropriations funding the federal government are made available. The United States shall notify the Court as soon as Congress has appropriated funds for the Department. (Related Doc # 1240 ). Judge Dan Aaron Polster on 1/10/19.(P,R) (Entered: 01/10/2019) |
| 01/10/2019 | | **Order** [non-document] Re: Briefing Schedule for Plaintiffs' Motion to Disqualify (Doc. #: 1241 ). Response in Opposition due by noon on 1/23/19. Reply in Support due by noon on 1/30/19. Judge Dan Aaron Polster on 1/10/19. (P,R) (Entered: 01/10/2019) |
| 01/10/2019 | | **Order** [non-document] - In accordance with the Court's direction provided during the 1/10/19 Status Teleconference, Defendants' Motion for Leave to File Motion for Relief Concerning Improper Extrajudicial Statements and Violations of Court Orders (Doc. #: 1225 ) is denied as moot. Judge Dan Aaron Polster on 1/10/19.(P,R) (Entered: 01/10/2019) |
| 01/10/2019 | 1242 | **Order** Regarding Certain Deadlines. Judge Dan Aaron Polster on 1/10/19. (P,R) (Entered: 01/10/2019) |
| 01/11/2019 | 1243 | **Opposition** to 1221 **Motion** to compel discovery *Production of the Ohio Automated Rx Reporting System Database* filed by State of Ohio Board of Pharmacy. (Attachments: # 1 Brief in Support of Response in Opposition to Motion to Compel Production of OARRS)(Wakley, James) (Entered: 01/11/2019) |
| 01/14/2019 | 1244 | Transcript of Teleconference held on January 10, 2019 before Judge Dan Aaron Polster. To obtain a bound copy of this transcript please contact court reporter Shirle Perkins at 216-357-7106. [10 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 1/22/2019. Redaction Request due 2/4/2019. Redacted Transcript Deadline set for 2/14/2019. Release of Transcript Restriction set for 4/15/2019. (P,Sh) (Entered: 01/14/2019) |
| 01/14/2019 | 1245 | **Reply** in support of 1142 **Motion** for Approval of a Short Form Complaint filed by Plaintiffs' Executive Committee. (Majestro, Anthony) (Entered: 01/14/2019) |
| 01/14/2019 | 1246 | Joint **Motion** for Summit County, Cuyahoga County, and City of Akron to Join in the City of Cleveland's Motion to Disqualify filed by Plaintiff Plaintiffs' Liaison Counsel. Related document(s) 1241 . (Weinberger, Peter) (Entered: 01/14/2019) |
| 01/15/2019 | 1247 | **Conditional Transfer Order (CTO 74)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 01/15/2019) |

| 01/15/2019 | 1248 | **Answer** to 513 Amended complaint filed by Henry Schein Medical Systems, Inc., Henry Schein, Inc.. (McDonald, John) (Entered: 01/15/2019) |
| 01/15/2019 | 1249 | **Answer** to 513 Amended complaint filed by HBC Service Company. (Barnes, Robert) (Entered: 01/15/2019) |
| 01/15/2019 | 1250 | **Answer** to 513 Amended complaint filed by CVS Indiana, L.L.C. and CVS Rx Services, Inc. (Delinsky, Eric) (Entered: 01/15/2019) |
| 01/15/2019 | 1251 | **Answer** to 513 Amended complaint filed by AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 01/15/2019) |
| 01/15/2019 | 1252 | **Answer** to 513 Amended complaint filed by Insys Therapeutics, Inc.. (Sarokhanian, Nicholas) (Entered: 01/15/2019) |
| 01/15/2019 | 1253 | **Answer** to 513 Amended complaint filed by Noramco, Inc.. (Hergenrother, Jenny) (Entered: 01/15/2019) |
| 01/15/2019 | 1254 | **Answer** to 513 Amended complaint filed by Prescription Supply Inc. (Haggerty, John) (Entered: 01/15/2019) |
| 01/15/2019 | 1255 | **Answer** to 513 Amended complaint *of Summit County* filed by Anda, Inc.. (Matthews, James) (Entered: 01/15/2019) |
| 01/15/2019 | 1256 | **Answer** to 513 Amended complaint filed by Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 01/15/2019) |
| 01/15/2019 | 1257 | **Answer** to 513 Amended complaint filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 01/15/2019) |
| 01/15/2019 | 1258 | **Motion** to dismiss for lack of jurisdiction filed by Allergan PLC. Related document(s) 514 . (Attachments: # 1 Brief in Support # 2 Exhibit Ex. 1 Affidavit of James C. D'Arecca)(Welch, Donna) (Entered: 01/15/2019) |
| 01/15/2019 | 1259 | **Answer** to 513 Amended complaint filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. (Cheffo, Mark) (Entered: 01/15/2019) |
| 01/15/2019 | 1260 | **Answer** to 513 Amended complaint filed by Discount Drug Mart, Inc.. (Johnson, Timothy) (Entered: 01/15/2019) |
| 01/15/2019 | 1261 | **Answer** to 513 Amended complaint filed by Walmart, Inc. (Fumerton, Tara) (Entered: 01/15/2019) |
| 01/15/2019 | 1262 | **Motion** for leave *to file a Motion to Certify Order Under 28 U.S.C. § 1292(b) for Interlocutory Appeal* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Hobart, Geoffrey) (Entered: 01/15/2019) |
| 01/15/2019 | 1263 | **Answer** to 513 Amended complaint filed by Rite Aid of Maryland, Inc.. (Moore, Kelly) (Entered: 01/15/2019) |
| 01/15/2019 | 1264 | **Motion** to dismiss for lack of jurisdiction filed by Defendant Teva Pharmaceutical Industries Ltd. Related document(s) 514 . (Attachments: # 1 Brief in Support , # 2 Affidavit Declaration of Hillel West, # 3 Proposed Order)(Reed, Steven) (Entered: 01/15/2019) |

| 01/15/2019 | 1265 | **Answer** to 521 Amended complaint *and Affirmative Defenses* filed by Teva Pharmaceuticals USA, Inc. (Reed, Steven) (Entered: 01/15/2019) |
| 01/15/2019 | 1266 | **Motion** for leave *by special appearance to file motion to dismiss for lack of personal jurisdiction,* filed by Defendant Mallinckrodt PLC. (O'Connor, Brien). Added - **Motion** to dismiss on 1/23/2019 (P,R). (Entered: 01/15/2019) |
| 01/15/2019 | 1267 | **Answer** to 513 Amended complaint *and Affirmative Defenses* filed by Allergan Finance, LLC. (Welch, Donna) (Entered: 01/15/2019) |
| 01/15/2019 | 1268 | **Answer** to 513 Amended complaint filed by Mallinckrodt LLC, SpecGX LLC. (O'Connor, Brien) (Entered: 01/15/2019) |
| 01/15/2019 | 1269 | **Answer** to 521 Amended complaint,,,, *and Affirmative Defenses* filed by Cephalon, Inc.. (Reed, Steven) (Entered: 01/15/2019) |
| 01/15/2019 | 1270 | **Answer** to 513 Amended complaint filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 01/15/2019) |
| 01/15/2019 | 1271 | **Answer** to 513 Amended complaint *and Affirmative Defenses* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Stern, Jonathan) (Entered: 01/15/2019) |
| 01/15/2019 | 1272 | **Answer** to 513 Amended complaint, 525 Amended complaint, *and Affirmative Defenses*, **Answer** to 513 Amended complaint, 525 Amended complaint, filed by Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc.. (Stern, Jonathan) (Entered: 01/15/2019) |
| 01/15/2019 | 1273 | **Answer** to 521 Amended complaint *and Affirmative Defenses* filed by Actavis LLC, Actavis Pharma, Inc., Watson Laboratories, Inc. (Reed, Steven) (Entered: 01/15/2019) |
| 01/15/2019 | 1274 | **Answer** to 513 Amended complaint filed by Walgreen Co., Walgreen Eastern Co., Inc. (Stoffelmayr, Kaspar) (Entered: 01/16/2019) |
| 01/16/2019 | | **Order** [non-document] - Plaintiffs Summit County, Cuyahoga County, and the City of Akron's Joint Motion to Join the City of Cleveland's Motion to Disqualify is Granted (Related Doc # 1246 ). Judge Dan Aaron Polster on 1/16/19.(P,R) (Entered: 01/16/2019) |
| 01/16/2019 | 1275 | Notice of Withdrawal as Counsel *of Galanda Broadman PLLC for Nisqually Indian Tribe* filed by Nisqually Indian Tribe. (Purdon, Timothy) (Entered: 01/16/2019) |
| 01/16/2019 | 1276 | Notice of Revised Proper Waiver of Service Request and Designated Recipient(s) filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Generics Bidco I, LLC, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc.. (Attachments: # 1 Exhibit A - Proper Waivers of Service)(Morris, Sean) (Entered: 01/16/2019) |
| 01/17/2019 | 1277 | Non-Appeal Transcript Order Form for proceedings held on January 9, 2019 before Judge Polster/SM Cohen, Court Reporter: Shirle Perkins. Requested completion date: ASAP filed by McKesson Corporation. (Garcia-Prignitz, Dolores) (Entered: 01/17/2019) |

| 01/17/2019 | 1278 | **Order** Re: Motions for Leave to File Motions in Track One Cases. Judge Dan Aaron Polster on 1/17/19. (P,R) (Entered: 01/17/2019) |
| 01/17/2019 | 1279 | **Order** granting Mallinckrodt plc's Motion for leave by special appearance to file motion to dismiss for lack of personal jurisdiction(Related Doc # 1266 ). Judge Dan Aaron Polster on 1/17/19.(P,R) (Entered: 01/17/2019) |
| 01/17/2019 | 1280 | **Motion** to Certify Order Under 28 U.S.C. 1292(b) for Interlocutory Appeal filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Pleading Memorandum In Support, # 2 Proposed Order)(Hobart, Geoffrey) (Entered: 01/17/2019) |
| 01/18/2019 | 1281 | **Conditional Transfer Order (CTO 75)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 01/18/2019) |
| 01/18/2019 | 1282 | **Opinion and Order** granting Plaintiffs' Motion for Approval of a Short Form Complaint and Incorporation of Sealed Materials by Reference (Related Doc # 1142 ). Judge Dan Aaron Polster on 1/18/19. (Attachments: # 1 Exhibit A - Short Form Complaint)(P,R) (Entered: 01/18/2019) |
| 01/18/2019 |  | **Order** [non-document] - Distributor Defendants' Motion for Leave to File Motion to Certify Order Under 28 U.S.C. 1292(b) for Interlocutory Appeal is GRANTED (Related Doc # 1262 ). Judge Dan Aaron Polster on 1/18/19.(P,R) (Entered: 01/18/2019) |
| 01/18/2019 | 1283 | **Order** denying Distributors' Motion to Certify Order Under 28 U.S.C. 1292(b) for Interlocutory Appeal (Related Doc # 1280 ). Judge Dan Aaron Polster on 1/18/19.(P,R) (Entered: 01/18/2019) |
| 01/18/2019 | 1284 | **Reply** in support of 1221 **Motion** to compel discovery *Production of the Ohio Automated Rx Reporting System Database* filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 01/18/2019) |
| 01/18/2019 | 1285 | **Motion** to Amend the Case Management Schedule filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Brief in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order)(Weinberger, Peter) (Entered: 01/18/2019) |
| 01/18/2019 | 1286 | Motion for Joinder *in Defendant McKesson Corporation's Motion to Compel Production of the Ohio Automated RX Reporting System ("OARRS") Database* filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. Related document(s) 1221 . (Lifland, Charles) (Entered: 01/18/2019) |
| 01/22/2019 |  | **Order** [non-document] granting 1286 Manufacturers' Motion for Joinder *in Defendant McKesson Corporation's Motion to Compel Production of the Ohio Automated RX Reporting System ("OARRS") Database*. Judge Dan Aaron Polster on 1/22/19. (P,R) (Entered: 01/22/2019) |
| 01/22/2019 | 1287 | Attorney Appearance by Jenna A. Hudson filed by on behalf of Navajo Nation, The. (Hudson, Jenna) (Entered: 01/22/2019) |
| 01/22/2019 | 1288 | **Motion** to Compel Timely Production of Discovery by the Ohio Department of Health with Memorandum In Support filed by Janssen Pharmaceuticals, Inc., Johnson & Johnson. (Attachments: # 1 Exhibit A - ODH Subpoena Duces Tecum, |

| | | |
|---|---|---|
| | | # 2 Exhibit B - Subpoena for Deposition to ODH, # 3 Exhibit C ODH objections to the subpoenas 9-5-18, # 4 Exhibit D - OH AG Letter to Rice re witness disclosure 1-8-19, # 5 Exhibit E - Deficiency Letter 12-5-18, # 6 Exhibit F - Deficiency Letter 12-14-18, # 7 Exhibit G - Wakley Letter to Rice RE ODH Response to December 5 and 14 letters 12-19-18, # 8 Exhibit H DEs Letter to ODH 12-21-18, # 9 Exhibit I - ODH Letter to Rice re fourth production 1-4-19)(Rice, Justin) Modified on 1/22/2019 (P,R). (Entered: 01/22/2019) |
| 01/22/2019 | 1289 | Attorney Appearance by John D. Parker filed by on behalf of Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Parker, John) (Entered: 01/22/2019) |
| 01/22/2019 | 1290 | **Motion** for leave to exceed page limitations filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Parker, John) (Entered: 01/22/2019) |
| 01/22/2019 | 1291 | **Response** to 1285 **Motion** to Amend the Case Management Schedule filed by Actavis LLC, Actavis Pharma, Inc., Allergan Finance LLC, Amerisourcebergen Services Corporation, Anda, Inc., CVS Indiana, L.L.C., CVS RX Services, Inc., Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., H. D. Smith, LLC, HBC Service Company, Henry Schein, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, McKesson Corporation, Par Pharmaceutical, Inc., Prescription Supply Inc, Purdue Frederick Company, Rite Aid of Maryland, Inc., Teva Pharmaceutical Industries Ltd., Walgreen Co., Walgreen Eastern Co., Inc., Walmart, Inc., Watson Laboratories, Inc.. (Attachments: # 1 Exhibit A-Plaintiffs' Response to Ruling No.5)(Reed, Steven) (Entered: 01/22/2019) |
| 01/23/2019 | | **Order** [non-document] granting Endo's Motion to exceed page limitations (Related Doc # 1290 ). Judge Dan Aaron Polster on 1/23/19.(P,R) (Entered: 01/23/2019) |
| 01/23/2019 | 1292 | **Order** denying McKesson's Motion to Compel Production of the Ohio Automated Rx Reporting System Database (Related Doc # 1221 ). Judge Dan Aaron Polster on 1/22/19.(P,R) (Entered: 01/23/2019) |
| 01/23/2019 | 1293 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of CTO 73 and transferring the listed cases to the Northern District of Ohio.(P,R) (Entered: 01/23/2019) |
| 01/23/2019 | 1294 | Attorney Appearance by Anne F. Johnson filed on behalf of City of Seattle. (P,R) (Entered: 01/23/2019) |
| 01/23/2019 | 1295 | **Motion** for leave *to file under seal* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc.. (Parker, John) (Entered: 01/23/2019) |
| 01/23/2019 | 1296 | **Opposition** (redacted) to 1241 City of Cleveland's Motion to Disqualify filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc.. (Attachments: # 1 Affidavit Declaration of Carole Rendon, # 2 Rendon Decl. Ex. 1, # 3 Rendon Decl. Ex. 2, # 4 Rendon Decl. Ex. 3, # 5 Rendon Decl. Ex. 4, # 6 Rendon Decl. Ex. 5, # 7 Rendon Decl. Ex. 6, # 8 Rendon Decl. Ex. 7, # 9 Rendon Decl. Ex. 8, # 10 Rendon Decl. Ex. 9, # 11 Rendon Decl. Ex. 10, # 12 Declaration of Ruth Hartman, # 13 Hartman Decl. Ex. 1, # 14 Hartman Decl. Ex. 2, # 15 Hartman Decl. Ex. 3)(Parker, John) |

| | | |
|---|---|---|
| | | Modified on 1/23/2019 (P,R). (Entered: 01/23/2019) |
| 01/23/2019 | 1297 | **Marginal Entry Order** granting Endo's Motion for leave to file under seal (Related Doc # 1295 ). Judge Dan Aaron Polster on 1/23/19.(P,R) (Entered: 01/23/2019) |
| 01/23/2019 | 1298 | FILING ERROR - To be filed in member case. First **Amended complaint** against AmerisourceBergen Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walmart, Inc. and adding new party defendant(s) CVS Pharmacy, Inc., Walgreen Co. Filed by Navajo Nation. (Hudson, Jenna) Modified on 1/23/2019 (P,R). (Entered: 01/23/2019) |
| 01/23/2019 | 1299 | **SEALED Document:***Unredacted Brief in Opposition to the Motion to Disqualify Carole Rendon* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc.. Related document(s) 1297 , 1296 . (Attachments: # 1 Declaration of Ruth Hartman (Unredacted), # 2 Hartman Decl. Ex. 1 (Unredacted), # 3 Hartman Decl. Ex. 3 (Unredacted))(Parker, John) (Entered: 01/23/2019) |
| 01/23/2019 | 1300 | *Notice of Appearance* by Steven Brian Perry filed on behalf of Louisiana Wholesale Drug Company, Inc. (Perry, Steven) (Entered: 01/23/2019) |
| 01/25/2019 | 1301 | **Conditional Transfer Order (CTO 76)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 01/25/2019) |
| 01/25/2019 | | **Order** [non-document] - Public hearing to be held in Courtroom 18B on Wednesday, February 6, 2019 at 2:30PM on Plaintiffs' Motion to Disqualify (Doc. No. 1241 ) before Judge Dan Aaron Polster. Representatives and counsel for Plaintiffs City of Cleveland, City of Akron, County of Summit, and County of Cuyahoga; representative of BakerHostetler; Carole Rendon; and witnesses Donald Gerome, Gary Gingell, Calvin D. Williams, Molly Leckler, and any other witnesses whom parties want to present are ordered to be in attendance. Judge Dan Aaron Polster on 1/25/19. (P,R) (Entered: 01/25/2019) |
| 01/25/2019 | 1302 | Joint **Motion** to Approve a Proposed Order Amending Case Mangement Order No. 2 (Protective Order) filed by Defendant McKesson Corporation. (Attachments: # 1 Proposed Order)(Hobart, Geoffrey) (Entered: 01/25/2019) |
| 01/25/2019 | 1303 | Joint **Motion** for extension of time to Modify CMO 7 to Extend the Trial Date to October 21, 2019 filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. Related document(s) 876 . (Cheffo, Mark) (Entered: 01/25/2019) |
| 01/25/2019 | 1304 | **Request** for Entry of Default filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Baig Decl., # 2 Exhibit 1 - Waivers of Service, # 3 Exhibit 2 - Allergan Objections & Responses to 3d Rogs, # 4 Exhibit 3 - Relevant Excerpts from Kaufhold Tr.)(Baig, Aelish) Modified on 1/28/2019 (P,R). (Entered: 01/25/2019) |
| 01/28/2019 | 1305 | **Motion** to Disqualify (Redacted Version) filed by City of Cleveland. Related document(s) 1241 . (Attachments: # 1 Brief in Support)(Pifko, Mark) (Entered: 01/28/2019) |

| 01/29/2019 | 1306 | **Case Management Order No. 8**. Judge Dan Aaron Polster on 1/29/19. (P,R) (Entered: 01/29/2019) |
| 01/29/2019 | 1307 | **Motion** by Amy J. DeLisa to withdraw as attorney *for Defendants Stuart Rosenblum, MD and Stuart Rosenblum, MD, LLC* filed by Stuart Rosenblum, Stuart M. Rosenblum, M.D., LLC. (DeLisa, Amy) (Entered: 01/29/2019) |
| 01/29/2019 | 1308 | Notice of Restored Appropriations filed by U.S. Department of Justice, Drug Enforcement Administration. (Bennett, James) (Entered: 01/29/2019) |
| 01/29/2019 | 1309 | **Motion** for leave to file under seal *(Plaintiff's Reply)* filed by City of Cleveland. (Attachments: # 1 Proposed Order)(Pifko, Mark) Modified on 1/30/2019 (P,R). (Entered: 01/29/2019) |
| 01/30/2019 | 1310 | **Order** granting 1309 City of Cleveland's Motion for leave to file under seal. Judge Dan Aaron Polster on 1/30/19.(P,R) (Entered: 01/30/2019) |
| 01/30/2019 | 1311 | Notice of Withdrawal filed by City of Seattle. (Chen, Michelle) (Entered: 01/30/2019) |
| 01/30/2019 |  | **Order** [non-document] - City of Cleveland granted an extension of time until 4:00 p.m. on 1/31/19 to file reply in support of 1241 Motion to Disqualify. Judge Dan Aaron Polster on 1/30/19. (P,R) (Entered: 01/30/2019) |
| 01/30/2019 | 1312 | Emergency **Motion** for leave *to File Emergency Motion to Enjoin the Massachusetts Attorney General's Office From Violating the MDL Protective Order and this Court's December 20, 2018 Order* filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. Related document(s) 1206 , 441 . (Attachments: # 1 Brief in Support Emergency Motion to Enjoin the Massachusetts Attorney General's Office From Violating the MDL Protective Order and this Court's December 20, 2018 Order, # 2 Exhibit A - Transcript, # 3 Exhibit B - Order)(Cheffo, Mark) Modified on 1/30/2019 (P,R). (Entered: 01/30/2019) |
| 01/30/2019 |  | **Order** [non-document] granting Purdue's Emergency Motion for leave to File Emergency Motion (Related Doc # 1312 ). Judge Dan Aaron Polster on 1/30/19.(P,R) (Entered: 01/30/2019) |
| 01/30/2019 | 1313 | Emergency **Motion** to Enjoin the Massachusetts Attorney General's Office From Violating the MDL Protective Order and This Court's December 20, 2018 Order filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. Related document(s) 1312 . (Attachments: # 1 Exhibit A - Transcript, # 2 Exhibit B - Order)(Cheffo, Mark) Modified on 1/31/2019 (P,R). (Entered: 01/30/2019) |
| 01/30/2019 | 1314 | Transcript of Hearing held on January 9, 2019 before Judge Special Master David Cohen. To obtain a bound copy of this transcript please contact court reporter Shirle Perkins at 216-357-7106. [209 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 2/6/2019. Redaction Request due 2/20/2019. Redacted Transcript Deadline set for 3/4/2019. Release of Transcript Restriction set for 4/30/2019. Related document(s) 1277 . (P,Sh) (Entered: 01/30/2019) |

| | | |
|---|---|---|
| 01/30/2019 | 1315 | **Minute Order** of Telephonic Hearing held on 1/30/19 regarding 1313 Purdue's Emergency Motion to Enjoin the Massachusetts Attorney General's Office from Violating the MDL Protective Order and the Court's December 20, 2018 Order. Purdue's Motion is DENIED. Time: 30 min. Judge Dan Aaron Polster on 1/30/19. (P,R) (Entered: 01/30/2019) |
| 01/31/2019 | 1316 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of CTO 74 and transferring the listed case to the Northern District of Ohio. (P,R) (Entered: 01/31/2019) |
| 01/31/2019 | | **Order** [non-document] granting Motion to withdraw as attorney, attorney Amy J. DeLisa removed from case. (Related Doc # 1307 ). Judge Dan Aaron Polster on 1/31/19.(P,R) (Entered: 01/31/2019) |
| 01/31/2019 | 1317 | Notice of Service of Subpoena *on Deloitte & Touche, LLP* filed by McKesson Corporation. (Garcia-Prignitz, Dolores) (Entered: 01/31/2019) |
| 01/31/2019 | 1318 | Notice of Service of Subpoena *on Kenneth Mills* filed by McKesson Corporation. (Garcia-Prignitz, Dolores) (Entered: 01/31/2019) |
| 01/31/2019 | 1319 | Notice of Service of Subpoena on Centers for Disease Control and Prevention filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 01/31/2019) |
| 01/31/2019 | | Notice: The Court authorizes interested parties to listen in telephonically to the public hearing to be held on February 6, 2019 at 2:30 pm. Interested parties should dial 888-363-4735, access code: 1671117# to participate. Note that the Court will not monitor the conference line and parties on the line will not be able to interact with the Court. They will only be able to hear the live audio. (P,R) (Entered: 01/31/2019) |
| 01/31/2019 | 1320 | **Reply** in support of 1305 **Motion** to Disqualify (Redacted Version) *--Bellwether Plaintiffs' Reply to Endo Brief In Opposition to Disqualify* filed by City of Cleveland. (Pifko, Mark) (Entered: 01/31/2019) |
| 01/31/2019 | 1321 | Report of Special Master *Discovery Ruling No.14, Part 1 re: Privilege and Clawback* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 01/31/2019) |
| 02/01/2019 | 1322 | **Response** to 1304 **Request** for Entry of Default filed by Allergan PLC f/k/a Actavis PLC. (Welch, Donna) (Entered: 02/01/2019) |
| 02/01/2019 | 1323 | Affidavit/Declaration *of D. Welch iso Opp. to Pls Request for Default* filed by Allergan PLC f/k/a Actavis PLC. Related document(s) 1322 . (Attachments: # 1 Exhibit 1, Allergan waivers of service, # 2 Exhibit 2, SOM productions and Perfetto testimony, # 3 Exhibit 3, Waiver of service for Allergan PLC and subsidiaries, # 4 Exhibit 4, Allergan Third Amended Responses and Objections to First Set of Interrogatories, # 5 Exhibit Exhibit Slipsheet for Exhibits 5-27 To Be Filed Under Seal, # 6 Exhibit 28, Allergan Third Amended Responses and Objections to First Set of RFPs, # 7 Exhibit 29, J. Snyder 30(b)(6) Verified Response, # 8 Exhibit 30, Allergan's Amended Written Responses to Topics 7 20 28 and 41, # 9 Exhibit 31, S. Kaufhold 30(b)(6) Corrected and Amended Responses)(Welch, Donna) (Entered: 02/01/2019) |
| 02/01/2019 | 1324 | **Motion** for leave to file under seal 1323 Affidavit/Declaration *(Exhibits 5-27 Only)* filed by Allergan PLC. Related document(s) 1323 . (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order)(Welch, Donna) Modified on 2/4/2019 (P,R). (Entered: 02/01/2019) |
| 02/01/2019 | 1325 | Attorney Appearance by Collie Fitch James, IV filed by on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc. (B,R) (Entered: 02/01/2019) |
| 02/01/2019 | 1326 | Expedited Non-Appeal Transcript Order Form by Reuters for proceedings held on 1/30/19 before Judge Dan Polster, Court Reporter: Shirle Perkins. Requested completion date: asap (K,J) Modified on 2/1/2019 (K,J). (Entered: 02/01/2019) |
| 02/01/2019 | 1327 | **Order** granting 1324 Defendant Allergan PLC's Motion for leave to file Exhibits 5-27 under seal. Signed by Judge Dan Aaron Polster (MDL 2804) on 2/1/2019.(B,R) (Entered: 02/01/2019) |
| 02/01/2019 | 1328 | **SEALED Document:***Sealed Exhibits 5-27* filed by Allergan PLC f/k/a Actavis PLC. Related document(s) 1327 , 1323 . (Attachments: # 1 Exhibit 06, 2011-01-05 ALLERGAN_MDL_03367307, # 2 Exhibit 07, 2011-01-21 ALLERGAN_MDL_03367302, # 3 Exhibit 08, 2012-10-12 ALLERGAN_MDL_03367301, # 4 Exhibit 09, 2012-11-30 ALLERGAN_MDL_02761472, # 5 Exhibit 10, 2012-12-31 ALLERGAN_MDL_03367304, # 6 Exhibit 11, 2013-01-24 ALLERGAN_MDL_02758853, # 7 Exhibit 12, 2013-06-30 ALLERGAN_MDL_02931208, # 8 Exhibit 13, 2013-10-01 ALLERGAN_MDL_01098786, # 9 Exhibit 14, 2014-01-31 ALLERGAN_MDL_01384578, # 10 Exhibit 15, 2014-06-30 ALLERGAN_MDL_03295845, # 11 Exhibit 16, 2014-12-31 ALLERGAN_MDL_02177059, # 12 Exhibit 17, 2015-01-01 ALLERGAN_MDL_02079795, # 13 Exhibit 18, 2015-09-08 ALLERGAN_MDL_01471538, # 14 Exhibit 19, 2015-09-30 ALLERGAN_MDL_02147315, # 15 Exhibit 20, 2016-01-01 ALLERGAN_MDL_01373731, # 16 Exhibit 21, 2016-03-31 ALLERGAN_MDL_02147111, # 17 Exhibit 22, 2016-08-02 ALLERGAN_MDL_03674501, # 18 Exhibit 23, 2016-08-03 ALLERGAN_MDL_03295865, # 19 Exhibit 24, 2016-09-30 ALLERGAN_MDL_03295869, # 20 Exhibit 25, 2017-06-30 ALLERGAN_MDL_00000006, # 21 Exhibit 26, 2017-08-01 ALLERGAN_MDL_00000001, # 22 Exhibit 27, 2018-03-31 ALLERGAN_MDL_03295860)(Welch, Donna) (Entered: 02/01/2019) |
| 02/01/2019 | 1329 | Joint **Motion** for joinder *to the Endo Defendants Brief in Opposition to the Motion to Disqualify Carole Rendon* filed by Actavis LLC, Actavis Pharma, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Cephalon Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Purdue Pharma Inc., Purdue Pharma L.P., SpecGX LLC, Teva Pharmaceuticals USA, Inc., The Purdue Frederick Company, Inc., Watson Laboratories, Inc.. Related document(s) 1296 . (Welch, Donna) (Entered: 02/01/2019) |
| 02/04/2019 | 1330 | **Motion for Leave** to File Instanter Sur-reply in Opposition to Plaintiffs' 1305 **Motion** to Disqualify (Redacted Version) filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par |

| | | |
|---|---|---|
| | | Pharmaceutical, Inc.. (Attachments: # 1 Sur-Reply in Opposition to Plaintiffs' Motion to Disqualify, # 2 Declaration of John Parker, # 3 Parker Dec. Ex. A, # 4 Parker Dec. Ex. B)(Parker, John) Modified on 2/4/2019 (P,R). (Entered: 02/04/2019) |
| 02/04/2019 | 1331 | Joint Proposed Stipulation *Notice of Joint Stipulation of Briefing Abeyance Relating to Johnson & Johnson and Janssen Pharmaceuticals, Inc.'s Motion to Compel Timely Production of Discovery by The Ohio Department Of Health* filed by Janssen Pharmaceuticals, Inc., Johnson & Johnson. Related document(s) 1288 .(Rice, Justin) (Entered: 02/04/2019) |
| 02/04/2019 | | **Order** [non-document] granting Endo's Motion for leave to File Instanter Sur-reply in Opposition to 1305 Plaintiffs' Motion to Disqualify (Related Doc # 1330 ). Judge Dan Aaron Polster on 2/4/19.(P,R) (Entered: 02/04/2019) |
| 02/04/2019 | 1332 | **Sur-Reply** in Opposition to Plaintiffs' 1305 **Motion** to Disqualify (Redacted Version) filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc.. (Attachments: # 1 Declaration of John Parker, # 2 Parker Decl. Ex. A, # 3 Parker Decl. Ex. B)(Parker, John) (Entered: 02/04/2019) |
| 02/04/2019 | 1333 | **Order** regarding Special Masters' and staff's PACER fees and Westlaw access. Judge Dan Aaron Polster on 2/4/19. (P,R) (Entered: 02/04/2019) |
| 02/04/2019 | 1334 | Attorney Appearance by Francis A. Citera filed by on behalf of Albertson's LLC. (Citera, Francis) (Entered: 02/04/2019) |
| 02/04/2019 | 1335 | Attorney Appearance by Gretchen N. Miller filed by on behalf of Albertson's LLC. (Miller, Gretchen) (Entered: 02/04/2019) |
| 02/04/2019 | 1336 | **Response** to 1305 **Motion** to Disqualify (Redacted Version) filed by McKesson Corporation. (Attachments: # 1 Exhibit A - Articles)(Ungar, Michael) (Entered: 02/04/2019) |
| 02/05/2019 | | **Order** [non-document] granting 1329 Manufacturer Defendants' Motion for Joinder to Endo's Brief in Opposition to Plaintiffs' Motion to Disqualify. Judge Dan Aaron Polster on 2/5/19.(P,R) (Entered: 02/05/2019) |
| 02/05/2019 | 1337 | **Conditional Transfer Order (CTO 77)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 02/05/2019) |
| 02/05/2019 | 1338 | Corporate Disclosure Statement identifying Other Affiliate Albertsons Companies, Inc. for Albertson's LLC filed by Albertson's LLC. (Citera, Francis) (Entered: 02/05/2019) |
| 02/05/2019 | 1339 | *Corrected* **Answer** to 521 Amended complaint, filed by Actavis LLC, Actavis Pharma, Inc., Watson Laboratories, Inc.. (Reed, Steven) (Entered: 02/05/2019) |
| 02/05/2019 | 1340 | *Corrected* **Answer** to 521 Amended Complaint filed by Teva Pharmaceuticals USA, Inc. (Reed, Steven) (Entered: 02/05/2019) |
| 02/05/2019 | 1341 | *Corrected* **Answer** to 521 Amended Complaint filed by Cephalon, Inc. (Reed, Steven) (Entered: 02/05/2019) |

| | | |
|---|---|---|
| 02/06/2019 | 1342 | **Motion** for leave *to File Instanter Amicus Letter of Former U.S. Attorneys* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. Related document(s) 1296 . (Attachments: # 1 Letter of Former U.S. Attorneys)(Parker, John) (Entered: 02/06/2019) |
| 02/06/2019 | | **Order** [non-document] granting Endo's Motion for leave to file instanter Amicus letter of former U.S. Attorneys (Related Doc # 1342 ). Judge Dan Aaron Polster on 2/6/19.(P,R) (Entered: 02/06/2019) |
| 02/06/2019 | 1343 | **Objection** *to Discovery Ruling No. 14, Part 1 Regarding Production of Walgreens' Privileged Documents* filed by Walgreen Co., Walgreen Eastern Co., Inc.. Related document(s) 1321 . (Attachments: # 1 Exhibit 1 - Letter dated 7/3/18, # 2 Exhibit 2 - Walgreens' Response to Subpoena dated 10/3/12) (Stoffelmayr, Kaspar) (Entered: 02/06/2019) |
| 02/06/2019 | 1344 | **Objection** *to Discovery Ruling No. 14, Part 1,* filed by Cardinal Health, Inc.. Related document(s) 1321 . (Attachments: # 1 Exhibit A-Tucker Declaration) (Pyser, Steven) (Entered: 02/06/2019) |
| 02/07/2019 | 1345 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 02/07/2019) |
| 02/07/2019 | | **Minutes of proceedings** [non-document] before Judge Dan Aaron Polster. Motion Hearing held on 2/6/19 re City of Cleveland's **Motion** to Disqualify (Court Reporter: George Staiduhar.) Time: 3 hrs. Related document(s) 1305 . (P,R) (Entered: 02/07/2019) |
| 02/07/2019 | 1346 | Amicus Letter of Former U.S. Attorneys as a Supplement to Endo Defendants' Opposition to Motion to Disqualify Carole Rendon, filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc. Related document(s) 1296 . (Parker, John) (Entered: 02/07/2019) |
| 02/08/2019 | 1347 | Acknowledgement of Protective Order and Agreement to by Bound filed by West-Ward Pharmaceutical Corp.. (Anderson, Logan) (Entered: 02/08/2019) |
| 02/08/2019 | 1348 | Acknowledgement of Protective Order and Agreement to by Bound filed by West-Ward Pharmaceutical Corp.. (Anderson, Logan) (Entered: 02/08/2019) |
| 02/08/2019 | 1349 | **Order** re 1343 Walgreens' and 1344 Cardinal's Objections to Discovery Ruling No. 14 Part 1. Judge Dan Aaron Polster on 2/8/19. (P,R) (Entered: 02/08/2019) |
| 02/08/2019 | 1350 | **Motion** to Modify CMO-1 filed by Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II. Related document(s) 232 . (Attachments: # 1 Exhibit A)(Harvey, Ronda) (Entered: 02/08/2019) |
| 02/08/2019 | 1351 | Transcript of Teleconference held on January 30, 2019 before Judge Dan Aaron Polster. To obtain a bound copy of this transcript please contact court reporter Shirle Perkins at 216-357-7106. [25 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 2/15/2019. Redaction Request due 3/1/2019. Redacted Transcript Deadline set for 3/11/2019. Release of Transcript Restriction set for 5/9/2019. Related document(s) 1326 . (P,Sh) (Entered: 02/08/2019) |

| 02/08/2019 | 1352 | Attorney Appearance by Eric A. Norman filed by on behalf of Stuart Rosenblum, Stuart M. Rosenblum, M.D., LLC. (Norman, Eric) (Entered: 02/08/2019) |
|---|---|---|
| 02/09/2019 | 1353 | Report of Special Master *Discovery Ruling No.14, Part 2 re: Mallinckrodt Privilege Log* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 02/09/2019) |
| 02/11/2019 | 1354 | Transcript of Motion Hearing held on February 6th, 2019 before Judge Dan A. Polster. To obtain a bound copy of this transcript please contact court reporter George J. Staiduhar at (216) 357-7128. [131 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 2/19/2019. Redaction Request due 3/4/2019. Redacted Transcript Deadline set for 3/14/2019. Release of Transcript Restriction set for 5/13/2019. (S,G) (Entered: 02/11/2019) |
| 02/11/2019 | 1355 | Notice of Service of Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and Subpoenas to Testify at a Deposition filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. (Attachments: # 1 Exhibit 1 - Subpoena for Docs - Dr. Bashor, # 2 Exhibit 2 - Subpoena for Testimony - Dr. Bashor, # 3 Exhibit 3 - Subpoena for Docs - Dr. Hughes, # 4 Exhibit 4 - Subpoena for Testimony - Dr. Hughes, # 5 Exhibit 5 - Subpoena for Docs - Dr. Louwers, # 6 Exhibit 6 - Subpoena for Testimony - Dr. Louwers, # 7 Exhibit 7 - Subpoena for Docs - Dr. Novak, # 8 Exhibit 8 - Subpoena for Testimony - Dr. Novak)(Walton, Victor) (Entered: 02/11/2019) |
| 02/11/2019 | 1356 | **Conditional Transfer Order (CTO 78)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 02/11/2019) |
| 02/11/2019 | 1357 | **Order Amending Case Management Order No. 2** (Related Doc # 1302 ). Judge Dan Aaron Polster on 2/11/19.(P,R) (Entered: 02/11/2019) |
| 02/11/2019 | 1358 | **Reply** in support of 1304 **Request** for Entry of Default filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Declaration of Aelish M. Baig in support thereof, # 2 Exhibit 4 to Baig Decl. - Allergan's Responses & Objections to Amended Rule 30(b)(6) Deposition Notice and Rule 30(b)(2) Document Request, # 3 Exhibit 5 to Baig Decl. - Allergan's Second Amended Written Responses to Rule 30(b)(6) Topics 1, 2, and 45, # 4 Exhibit 6 to Baig Decl. - Allergan's Second Amended Written Responses to Rule 30(b)(6) Topics 17, 18, 24, 25, & 26, # 5 Exhibit 7 to Baig Decl. - Excerpt of Ex. 3 to the S. Kaufhold Deposition Transcript)(Baig, Aelish) (Entered: 02/11/2019) |
| 02/12/2019 | 1359 | Report of Special Master *Discovery Ruling No.14, Part 3 re: Common Interest Privilege* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 02/12/2019) |
| 02/13/2019 | 1360 | **Order** Regarding Extrajudicial Statements. Judge Dan Aaron Polster on 2/13/19. (P,R) (Entered: 02/13/2019) |
| 02/13/2019 | 1361 | Notice of Withdrawal of Redi Kasollja as Counsel filed by Anda Pharmaceuticals, Inc., Anda, Inc.. (Kasollja, Redi) (Entered: 02/13/2019) |

| | | |
|---|---|---|
| 02/13/2019 | 1362 | **Objection** *to Discovery Rule No. 14, Part 2 Regarding Production of Mallinckrodt's Privileged Documents.* filed by Mallinckrodt LLC, SpecGX LLC. Related document(s) 1353 . (Attachments: # 1 Exhibit A: PECs Challenge to Mallinckrodt Privilege Claims, December 19, 2018, # 2 Exhibit B: Discovery Ruling No. 14, Part 2, Regarding Mallinckrodt Privilege Log) (O'Connor, Brien) (Entered: 02/13/2019) |
| 02/13/2019 | 1363 | FILING ERROR - to be filed in member case only. Notice Regarding Potential Nonparty Fault Under W. VA. § 55-7-13d filed by McKesson Corporation. (Hobart, Geoffrey) Modified on 2/14/2019 (P,R). (Entered: 02/13/2019) |
| 02/13/2019 | 1364 | Attorney Appearance of James C. Clark and Stephen A. Cornell filed on behalf of Prescription Supply Inc. (P,R). (Entered: 02/13/2019) |
| 02/13/2019 | 1365 | **Motion** for extension of time until a date to be determined by the Court to respond to 1258 , 1264 , 1266 Allergan plc's, Teva's Pharmaceutical Industries's and Mallinckrodt plc's **Motions to Dismiss** filed by Broward County, Florida. (Attachments: # 1 Proposed Order)(Cabraser, Elizabeth) Modified on 2/14/2019 (P,R). (Entered: 02/13/2019) |
| 02/14/2019 | 1366 | **Conditional Transfer Order (CTO 79)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio.(P,R) (Entered: 02/14/2019) |
| 02/14/2019 | 1367 | True copy of order from the USCA for the Sixth Circuit: Granting the motion to dismiss the appeal filed by City of Jacksonville, Fl. re 1061 (USCA# 18-4054). Circuit Judges: Daughtrey, Griffin, and Kethledge. Date issued by USCA 2/13/19 (H,SP) (Entered: 02/14/2019) |
| 02/14/2019 | 1368 | Notice of Withdrawal filed by Russell Portenoy. (Rauch, Jordan) (Entered: 02/14/2019) |
| 02/14/2019 | 1369 | Attorney Appearance by Kristina J. Matic filed on behalf of Anda Pharmaceuticals, Inc., Anda, Inc. (P,R) (Entered: 02/14/2019) |
| 02/14/2019 | 1370 | Attorney Appearance by Graham D. Welch filed on behalf of Anda Pharmaceuticals, Inc., Anda, Inc. (P,R) (Entered: 02/14/2019) |
| 02/15/2019 | 1371 | **Minute Order** of Telephonic Status Conference held on 2/13/19. Follow-up Telephonic Status Conference set for 3/11/2019 at 12:00 PM. Judge Dan Aaron Polster on 2/14/19. Time: 30 min. (P,R) (Entered: 02/15/2019) |
| 02/15/2019 | 1372 | **Order** granting 1365 Plaintiffs' Motion for Extension of Time to Respond to 1258 , 1264 , 1266 Allergan plc's, Teva's Pharmaceutical Industries and Mallinckrodt plc's Motions to Dismiss. Judge Dan Aaron Polster on 2/14/19.(P,R) (Entered: 02/15/2019) |
| 02/15/2019 | 1373 | Attorney Appearance by Gregory N. Heinen filed on behalf of Anda Pharmaceuticals, Inc., Anda, Inc. (P,R) (Entered: 02/15/2019) |
| 02/15/2019 | 1374 | Notice of Withdrawal of Appearance filed by City of Seattle. (Connolly, Jennifer) (Entered: 02/15/2019) |
| 02/15/2019 | 1375 | Report of Special Master *Discovery Ruling No. 15 Regarding IQVIA-Related Discovery* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 02/15/2019) |

| 02/15/2019 | 1376 | **Order** overruling 1362 Mallinckrodt's Objection to Special Master Cohen's Discovery Ruling No. 14, Part 2. Judge Dan Aaron Polster on 2/15/19. (P,R) (Entered: 02/15/2019) |
|---|---|---|
| 02/15/2019 | 1377 | **Order** denying Plaintiffs' Request for Entry of Default (Related Doc # 1304 ). Judge Dan Aaron Polster on 2/15/19.(P,R) (Entered: 02/15/2019) |
| 02/15/2019 | 1378 | **Motion** for joinder filed by Defendant Albertson's LLC. Related document(s) 927 . (Attachments: # 1 Exhibit Joinder to Moving Defs Motion to Dismiss)(Citera, Francis) (Entered: 02/15/2019) |
| 02/19/2019 | 1379 | **Order** regarding staff PACER and Westlaw Access. Judge Dan Aaron Polster on 2/19/19. (P,R) (Entered: 02/19/2019) |
| 02/20/2019 | 1380 | Report of Special Master *AMENDED Discovery Ruling No.14, Part 1 re: Privilege and Clawback* filed by David Rosenblum Cohen. Related document(s) 1343 , 1321 , 1349 , 1344 . (Cohen, David) (Entered: 02/20/2019) |
| 02/21/2019 | | **Order** [non-document] Re: Schedule for Objections to Report of Special Master AMENDED Discovery Ruling No.14, Part 1 re: Privilege and Clawback (Doc. # 1380 ). The Special Master's conclusions from his original Discovery Ruling No. 14, Part 1 remain unchanged. Those conclusions have already been objected to in the first instance. Therefore, the deadline for filing an objection to Special Master Cohen's Amended Discovery Ruling is Thursday, February 28, 2019, at 4:00 PM. Judge Dan Aaron Polster on 2/21/19. (P,R) (Entered: 02/21/2019) |
| 02/21/2019 | 1381 | FILING ERROR - to be filed in member case. Notice of Dismissal Under FRCP 41(a)(1) *With Prejudice as to Indivior PLC* filed by Kentucky River District Health Department. (Finnell, Robert) Modified on 2/21/2019 (P,R). (Entered: 02/21/2019) |
| 02/21/2019 | 1382 | Attorney Appearance by John J. Haggerty filed by on behalf of Quest Pharmaceuticals, Inc.. (Attachments: # 1 Certificate of Service)(Haggerty, John) (Entered: 02/21/2019) |
| 02/21/2019 | 1383 | **Conditional Transfer Order (CTO 80)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. Judge Dan Aaron Polster on 2/212/19. (P,R) (Entered: 02/21/2019) |
| 02/22/2019 | 1384 | **Motion** for extension of time until 03/01/19 to respond to 1350 Kroger's **Motion** to Modify CMO-1 filed by Plaintiffs (Attachments: # 1 Proposed Order Proposed Order)(Majestro, Anthony) (Entered: 02/22/2019) |
| 02/22/2019 | 1385 | Acknowledgment of Protective Order and Agreement to Be Bound By Anne Marie Murphy filed by City and County of San Mateo. (Attachments: # 1 Acknowledgment of Protective Order and Agreement to Be Bound By Joseph W. Cotchett, # 2 Acknowledgment of Protective Order and Agreement to Be Bound By Michael Montano)Related document(s) 167 .(Murphy, Anne Marie) (Entered: 02/22/2019) |
| 02/22/2019 | 1386 | Report of Special Master *Discovery Ruling No. 16 regarding DEA Depositions* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 02/22/2019) |
| 02/22/2019 | 1387 | Report of Special Master *Discovery Ruling No.14, Part 4 re: Walgreens Privilege Log* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 02/22/2019) |

| | | |
|---|---|---|
| 02/25/2019 | 1388 | **Order** granting 1384 Plaintiffs' Motion for Extension of Time until 03/01/19 to respond to 1350 Kroger's Motion to Modify CMO-1. Judge Dan Aaron Polster on 2/25/19.(P,R) Modified on 2/25/2019 (P,R). (Entered: 02/25/2019) |
| 02/25/2019 | 1389 | Notice Of Withdrawal Of Appearance of Jan P. Levine filed by West-Ward Pharmaceutical Corp.. (Anderson, Logan) (Entered: 02/25/2019) |
| 02/25/2019 | 1390 | Notice of Withdrawal of Counsel filed by Navitus Health Solutions, LLC, Navitus Holdings, LLC. (Salenger, Mackenzie) (Entered: 02/25/2019) |
| 02/25/2019 | 1391 | Notice of Withdrawal of Counsel filed by Navitus Health Solutions, LLC, Navitus Holdings, LLC. (Hudson, Timothy) (Entered: 02/25/2019) |
| 02/25/2019 | 1392 | **Order** Regarding Track One Trial Plaintiffs. Judge Dan Aaron Polster on 2/25/19. (P,R) (Entered: 02/25/2019) |
| 02/26/2019 | 1393 | True copy of order from the USCA for the Sixth Circuit: Granting the appellant's motion to voluntarily dismiss the appeal re 1107 (USCA# 18-4115). Date issued by USCA 2/25/19 (H,SP) (Entered: 02/26/2019) |
| 02/26/2019 | 1394 | Attorney Appearance by J. C. Powell, James S. Nelson, Christina L. Smth filed on behalf Plaintiffs. (P,R) (Entered: 02/26/2019) |
| 02/26/2019 | 1395 | Amendment to Report of Special Master *Discovery Ruling No.14, Part 4 re: Walgreens Privilege Log* filed by David Rosenblum Cohen. Related document(s) 1387 . (Cohen, David) (Entered: 02/26/2019) |
| 02/27/2019 | 1396 | FILING ERROR - FILED IN WRONG COURT Notice of Opposition to Conditional Transfer Order No. 81 filed by Union County, New Jersey. (Kanner, Allan) Modified on 2/28/2019 (P,R). (Entered: 02/27/2019) |
| 02/28/2019 | 1397 | **Objection** *to Amendment to Discovery Ruling No. 14, Part I, Regarding Privilege and Claw-back* filed by Cardinal Health, Inc.. Related document(s) 1380 . (Attachments: # 1 Exhibit A - Tucker Declaration) (Pyser, Steven) (Entered: 02/28/2019) |
| 02/28/2019 | 1398 | **Objection** *to Amendment to Discovery Ruling No. 14, Part 1 Regarding Production of Walgreens' Privileged Documents* filed by Walgreen Co., Walgreen Eastern Co., Inc.. Related document(s) 1380 . (Attachments: # 1 Exhibit 1 - Pleading) (Stoffelmayr, Kaspar) (Entered: 02/28/2019) |
| 02/28/2019 | 1399 | Attorney Appearance by Steven Brian Perry filed by on behalf of Louisiana Wholesale Drug Company, Inc.. (Perry, Steven) (Entered: 02/28/2019) |
| 03/01/2019 | 1400 | **Conditional Transfer Order (CTO 81)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio.(P,R) (Entered: 03/01/2019) |
| 03/01/2019 | 1401 | Notice of Filing Supplemental Authority filed by Actavis LLC, Actavis Pharma, Inc., Allergan Finance LLC, Amneal Pharmaceuticals LLC, Cephalon, Inc., KVK-Tech, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. (Attachments: # 1 Exhibit A-Allen Dismissal Order) (Reed, Steven) (Entered: 03/01/2019) |
| 03/01/2019 | 1402 | Notice of Filing Supplemental Authority filed by Actavis LLC, Actavis Pharma, Inc., Mallinckrodt LLC, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, |

| | | |
|---|---|---|
| | | Inc., SpecGX LLC, Teva Pharmaceuticals USA, Inc.. (Attachments: # 1 Exhibit A-Allen Dismissal Order)(Reed, Steven) (Entered: 03/01/2019) |
| 03/01/2019 | 1403 | **Response** to 1350 **Motion** to Modify CMO-1 filed by Plaintiffs' Executive Committee. (Majestro, Anthony) (Entered: 03/01/2019) |
| 03/01/2019 | 1404 | Brief *on Viability of Public Nuisance Claims Nationwide* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1218 . (Attachments: # 1 Exhibit ConAgra Products Company v. California) (Rendon, Carole) (Entered: 03/01/2019) |
| 03/01/2019 | 1405 | Report of Special Master *Show Cause Order to United Healthcare* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 03/01/2019) |
| 03/01/2019 | 1406 | Brief *of Plaintiffs' Executive Committee Concerning Survey of State Nuisance Law* filed by All Plaintiffs. (Attachments: # 1 Exhibit 7, # 2 Exhibit 6, # 3 Exhibit 5, # 4 Exhibit 4, # 5 Exhibit 3, # 6 Exhibit 2, # 7 Exhibit 1) (Singer, Linda) (Entered: 03/02/2019) |
| 03/05/2019 | 1407 | Reply to Cardinal Health's Objection to Amendment to Discovery Ruling No. 14, Part I, Regarding Privilege and Claw-Back filed by Plaintiffs' Executive Committee. Related document(s) 1344 .(Fuller, Michael) (Entered: 03/05/2019) |
| 03/05/2019 | 1408 | **Stipulation & Order** Regarding March 1, 2019 Complaint Amendment Deadline. Judge Dan Aaron Polster on 3/5/19. (P,R) (Entered: 03/05/2019) |
| 03/05/2019 | 1409 | **Motion** for leave to file under seal filed by Plaintiff Plaintiffs' Executive Committee. Related document(s) 1407 . (Attachments: # 1 Proposed Order)(Fuller, Michael) (Entered: 03/05/2019) |
| 03/05/2019 | 1410 | **Order** granting Plaintiffs' Motion for leave to file exhibits under seal (Related Doc # 1409 ). Judge Dan Aaron Polster on 3/5/19.(P,R) (Entered: 03/05/2019) |
| 03/05/2019 | 1411 | Attorney Appearance by Hannah Wigger filed on behalf of Brandon Worley. (P,R) (Entered: 03/05/2019) |
| 03/05/2019 | 1412 | Attorney Appearance by Paul Werner filed on behalf of Brandon Worley. (P,R) (Entered: 03/05/2019) |
| 03/05/2019 | 1413 | **SEALED Document:** filed by Plaintiffs' Executive Committee. Related document(s) 1410 , 1407 . (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Fuller, Michael) (Entered: 03/05/2019) |
| 03/05/2019 | 1414 | Attorney Appearance by Phillip G. Litchfield filed by on behalf of American Geriatric Society. (Litchfield, Phillip) (Entered: 03/05/2019) |
| 03/05/2019 | 1415 | Attorney Appearance by Brian S. Weinstein filed by on behalf of Healthcare Distribution Alliance. (Weinstein, Brian) (Entered: 03/05/2019) |
| 03/05/2019 | 1416 | **Objection** *to Discovery Ruling No. 14, Part 3* filed by Healthcare Distribution Alliance. Related document(s) 1359 . (Attachments: # 1 Exhibit 1-February 12, 2019 Discovery Ruling No. 14, Part 3(ECF No.1359), # 2 Exhibit 2-HDA's letter brief in support of HDA's Objection to Discovery Ruling No. 14, Part 3, # 3 Exhibit 2-A-Declaration of Elizabeth A. Gallenagh, Esq. General Counsel for |

| | | |
|---|---|---|
| | | HDA, # 4 Exhibit 3-Plaintiffs' letter brief in support of Plaintiffs' motion to compel discovery from HDA, # 5 Exhibit 4-HDA's letter brief in opposition to Plaintiffs' motion to compel, # 6 Exhibit 5-Plaintiffs' letter brief in reply to HDA's opposition to Plaintiffs' motion to compel, # 7 Exhibit 6-HDA's letter in response to Plaintiffs' January 15, 2011 letter brief, # 8 Exhibit 7-Plaintiffs' email in response to HDA's January 16, 2019 letter) (Weinstein, Brian) (Entered: 03/05/2019) |
| 03/06/2019 | 1417 | Notice of Withdrawal of Counsel for Plaintiffs filed by Catoosa County, Georgia. (Jones, Rhon). (Entered: 03/06/2019) |
| 03/06/2019 | 1418 | Reply *to Walgreens' Objection to Amendment to Discovery Ruling No. 14, Part I* filed by Plaintiffs' Executive Committee. Related document(s) 1398 . (Attachments: # 1 Exhibit 1 - 10.18.2012 DEA Filing, # 2 Exhibit 2 - 11.16.2012 DEA Filing, # 3 Exhibit 3 - 6.11.2013 WAG-DEA MOA with Addendum, # 4 Exhibit 4 - 6.11.2018 WAG Production Ltr. [DEA]) (Badala, Salvatore) (Entered: 03/06/2019) |
| 03/06/2019 | 1419 | Report of Special Master *Order Compelling United Healthcare to Consent to Production of Data* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 03/06/2019) |
| 03/06/2019 | 1420 | Opposition and Request to Strike *Healthcare Distribution Alliance's Objection to Discovery Ruling No. 14, Part 3* filed by Plaintiffs' Executive Committee. Related document(s) 1416 . (Pifko, Mark) (Entered: 03/06/2019) |
| 03/07/2019 | 1421 | **Order** Governing Production of Medical and Pharmacy Claims Data in Track One Cases. Judge Dan Aaron Polster on 3/7/19. (Attachments: # 1 Exhibit 1 - Medical Layout Chart, # 2 Exhibit 2 - File List)(P,R) (Entered: 03/07/2019) |
| 03/07/2019 | 1422 | **Order** regarding 1416 Healthcare Distribution Alliance's objection to and 1420 Plaintiffs' motion to strike objection to Discovery Ruling No. 14, Part 3.Judge Dan Aaron Polster on 3/7/19. (P,R) (Entered: 03/07/2019) |
| 03/08/2019 | 1423 | **Conditional Transfer Order (CTO 82)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 03/08/2019) |
| 03/08/2019 | 1424 | **Reply** to response to 1350 **Motion** to Modify CMO-1 filed by Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II. (Harvey, Ronda) (Entered: 03/08/2019) |
| 03/10/2019 | 1425 | Report of Special Master *Discovery Ruling No. 17 Regarding SACWIS Data* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 03/10/2019) |
| 03/11/2019 | 1426 | FILING ERROR - Document to be filed in member case only. Notice of Dismissal Under FRCP 41(a)(1) filed by Rhonda Belcher, Ella Louise Johnson. (Biggerstaff, Ryan) Modified on 3/12/2019 (P,R). (Entered: 03/11/2019) |
| 03/11/2019 | 1427 | FILING ERROR - To be filed in member case only. First **Amended complaint** Filed by Infirmary Health Hospitals, Inc., Monroe County Healthcare Authority, Rosary Hall, Southwest Mississippi Regional Medical Center, St. Vincent Charity Medical Center. (Barrett, John) Modified on 3/12/2019 (P,R). (Entered: 03/11/2019) |

| | | |
|---|---|---|
| 03/12/2019 | 1428 | **Order** overruling 1397 1398 Walgreens' and Cardinal's Objections and affirming Special Master's Amended Discovery Ruling No. 14, Part 1. Judge Dan Aaron Polster on 3/11/19. (P,R) (Entered: 03/12/2019) |
| 03/12/2019 | 1429 | **Order** denying Kroger's Motion to Modify CMO-1 (Related Doc # 1350 ). Judge Dan Aaron Polster on 3/11/19.(P,R) (Entered: 03/12/2019) |
| 03/12/2019 | 1430 | Attorney Appearance by Gabriele Wohl filed on behalf of Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II. (P,R) (Entered: 03/12/2019) |
| 03/13/2019 | 1431 | **Motion** to Release Plaintiff Fact Sheets filed by MDL Notice Only State of Alabama. (Attachments: # 1 Proposed Order, # 2 Proposed Order)(Jones, Rhon) (Entered: 03/13/2019) |
| 03/14/2019 | 1432 | **Conditional Transfer Order (CTO 83)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 03/14/2019) |
| 03/14/2019 | | **Order** [non-document] - The Court sets the following expedited briefing schedule for Alabama's Motion for Release of Plaintiff Fact Sheets (Doc #: 1431 ). If any party opposes the Motion, its Response in Opposition is due by 12:00 PM on 3/25/19. Reply in Support will then be due by 12:00 PM on 3/29/19. Judge Dan Aaron Polster on 3/14/19. (P,R) (Entered: 03/14/2019) |
| 03/14/2019 | 1433 | Acknowledgement of Protective Order and Agreement to Be Bound *by Mayor Belinda Constant* filed by Gretna City. (Sanders, Benjamin) (Entered: 03/14/2019) |
| 03/14/2019 | 1434 | Acknowledgement of Protective Order and Agreement to be Bound *by Mark Morgan* filed by Gretna City. (Sanders, Benjamin) (Entered: 03/14/2019) |
| 03/14/2019 | 1435 | Acknowledgement of Protective Order and Agreement to be Bound *Benjamin T. Sanders* filed by Gretna City. (Sanders, Benjamin) (Entered: 03/14/2019) |
| 03/14/2019 | 1436 | Acknowledgement of Protective Order and Agreement to be Bound *by Harry L. Cahill, III* filed by Jean Lafitte Town. (Sanders, Benjamin) (Entered: 03/14/2019) |
| 03/14/2019 | 1437 | Acknowledgement of Protective Order and Agreement to be Bound *by Mayor Timothy Kerner* filed by Jean Lafitte Town. (Sanders, Benjamin) (Entered: 03/14/2019) |
| 03/14/2019 | 1438 | Acknowledgement of Protective Order and Agreement to be Bound *by Joel Levy* filed by Westwego City. (Sanders, Benjamin) (Entered: 03/14/2019) |
| 03/14/2019 | 1439 | Acknowledgement of Protective Order and Agreement to be Bound *by Mayor Joe Peoples* filed by Westwego City. (Sanders, Benjamin) (Entered: 03/14/2019) |
| 03/14/2019 | 1440 | **Motion** for extension of time to file Tribal Short Form Complaints, filed by Plaintiffs' Tribal Committee, on behalf of all Tribal Plaintiffs filed by Cloverdale Rancheria of Pomo Indians, Cow Creek Band of Umpqua Tribe of Indians, Flandreau Santee Sioux Tribe, Forest County Potawatomi Community, Hualapai Tribe, Kootenai Tribe of Idaho, Lower Sioux Indian Community in the State of Minnesota, Menominee Indian Tribe of Wisconsin, Nisqually Indian Tribe, Oglala Lakota Sioux Tribe, Prairie Island Indian Community, Quinault Indian Nation, Rincon Band of Luiseno Indians, Rosebud Sioux Tribe, Shakopee Mdewakanton Sioux Community, Sisseton-Wahpeton Oyate, Spirit Lake Tribe, Squaxin Island Indian Tribe, Standing Rock Sioux Tribe, Torres Martinez Desert Cahuilla Indians, |

| | | |
|---|---|---|
| | | Turtle Mountain Band of Chippewa Indians, Upper Sioux Community. Related document(s) 1282 . (Attachments: # 1 Proposed Order)(Purdon, Timothy) (Entered: 03/14/2019) |
| 03/15/2019 | 1441 | **Scheduling Order** re 1440 Tribal Leadership Committee's **Motion** for extension of time to file Tribal Short Form Complaints. Opposition due by 12:00 PM on 3/25/19, Tribal Leadership's reply due by 12:00 PM on 3/29/19. Judge Dan Aaron Polster on 3/15/19. (P,R) (Entered: 03/15/2019) |
| 03/15/2019 | 1442 | FILING ERROR - TO BE FILED IN MEMBER CASE ONLY. Supplemental **Amended complaint** Filed by Hancock County, Mississippi. (Khan, Joseph) Modified on 3/15/2019 (P,R). (Entered: 03/15/2019) |
| 03/15/2019 | 1443 | FILING ERROR - TO BE FILED IN MEMBER CASE **Amended complaint** . Filed by Hamilton County, Tennessee. (Berke, Ronald) Modified on 3/15/2019 (P,R). (Entered: 03/15/2019) |
| 03/15/2019 | | **Order** [non-document] - Plaintiffs filing Short Form Amended Complaints pursuant to the Court's January 18, 2019 Order, Doc. #: 1282 , are directed to file their Amended Complaints only in their MDL member cases, and not on the MDL Docket, 17-MD-2804. Judge Dan Aaron Polster on 3/15/19. (P,R) (Entered: 03/15/2019) |
| 03/15/2019 | 1444 | Acknowledgement of Protective Order filed by Breckinridge County Fiscal Court, City of Henderson Kentucky, Green County Fiscal Court, Hardin County Fiscal Court. (Attachments: # 1 Exhibit Acknowledgement - Grabhorn, # 2 Exhibit Acknowledgement - Nefzger)Related document(s) 859 .(Grabhorn, Michael) (Entered: 03/15/2019) |
| 03/15/2019 | 1445 | **Motion** for leave *to file Partial Objections to Discovery Ruling No. 17 Under Seal* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Proposed Order)(McClure, Shannon) (Entered: 03/15/2019) |
| 03/15/2019 | 1446 | **Order** granting Distributors' Motion for leave to file partial objections to discovery ruling no. 17 under seal (Related Doc # 1445 ). Judge Dan Aaron Polster on 3/15/19.(P,R) (Entered: 03/15/2019) |
| 03/15/2019 | 1447 | **Motion** to Modify Protective Order Re: DEA's ARCOS/DADS Database filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel. Related document(s) 739 , 400 , 167 . (Attachments: # 1 Proposed Order)(Weinberger, Peter) (Entered: 03/15/2019) |
| 03/15/2019 | 1448 | **Objection** *to Discovery Ruling 17* filed by County of Cuyahoga, County of Summit, Ohio. Related document(s) 1425 . (Attachments: # 1 Exhibit 1 - Discovery Ruling 7, # 2 Exhibit 2 - RFP 7, # 3 Exhibit 3 - Hibbert 1-7-2019 letter, # 4 Exhibit 4 - Shkolnik 1-8-2019 letter, # 5 Exhibit 5 - Hibbert 1-16-2019 letter, # 6 Exhibit 6 - Shkolnik 1-15-2019 letter, # 7 Exhibit 7 - do Amaral 1-21-2019 letter, # 8 Exhibit 8 - Hibbert 2-6-2019 letter, # 9 Exhibit 9 - Shkolnik 2-11-2019 letter, # 10 Exhibit 10 - Shkolnik 2-1-2019 letter, # 11 Exhibit 11 part 1 - Haller 2-14-2019 letter, # 12 Exhibit 11 part 2 - Haller 2-14-2019 letter, # 13 Exhibit 11 part 3 - Haller 2-14-2019 letter, # 14 Exhibit 11 part 4 - Haller 2-14-2019 letter, # 15 Exhibit 12 - Boranian 2-15-2019 letter, # 16 Exhibit 13 - 2-27-2019 Informal ruling, # 17 Exhibit 14 - Plaintiffs' request to formalize order, # 18 Exhibit 15 - |

| | | |
|---|---|---|
| | | SACWIS training materials) (Cabraser, Elizabeth) (Entered: 03/15/2019) |
| 03/15/2019 | 1449 | **SEALED Document:***Distributor Defendants' Partial Objections to Discovery Ruling Number 17 Regarding SACWIS Data* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 1446 , 1425 . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(McClure, Shannon) (Entered: 03/15/2019) |
| 03/15/2019 | 1450 | **Objection** *to Discovery Ruling Number 17 Regarding SACWIS Data* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 1425 . (Attachments: # 1 Exhibit 1 - Letter, # 2 Exhibit 2 - Letter, # 3 Exhibit 3 - Letter, # 4 Exhibit 4 - E-mail, # 5 Exhibit 5 - E-mail, # 6 Exhibit 6 - Spreadsheet) (McClure, Shannon) (Entered: 03/15/2019) |
| 03/15/2019 | 1451 | FILING ERROR - TO BE FILED IN MEMBER CASE ONLY**Amended complaint** Filed by Bridge House Corporation. (Cooper, Barry) Modified on 3/18/2019 (P,R). (Entered: 03/15/2019) |
| 03/15/2019 | 1452 | FILING ERROR - TO BE FILED IN MEMBER CASE ONLY **Amended complaint** Filed by Mercy House Teen Challenge. (Eaves, John) Modified on 3/18/2019 (P,R). (Entered: 03/15/2019) |
| 03/15/2019 | 1453 | WITHDRAWN **Motion** for extension of Short Form Amended Complaint until April 15, 2019 filed by Gretna City, Jean Lafitte Town, Westwego City. Related document(s) 1282 . (Attachments: # 1 Proposed Order)(Sanders, Benjamin) Modified on 3/20/2019 (P,R). (Entered: 03/15/2019) |
| 03/18/2019 | 1454 | WITHDRAWN **Motion** for extension of Time to Comply with Order Regarding Short Form for Supplementing Complaints and Amending Defendants until 60 days after the Court issues its final ruling on the pending Tribal Bellwether Motions to Dismiss filed by MDL Notice Only Miccosukee Tribe of Indians of Florida. Related document(s) 1282 . (Attachments: # 1 Proposed Order) (Moskowitz, Adam) Modified on 3/20/2019 (P,R). (Entered: 03/18/2019) |
| 03/18/2019 | | **Order** [non-document] - The Court sets the following expedited briefing schedule for Plaintiffs Cuyahoga County and Summit County's and Distributor Defendants' Objections to Discovery Ruling No. 17 (Doc. ##: 1448 , 1449 ). Responses in Opposition are due by 12:00 PM on 3/25/19. Replies in Support are due by 12:00 PM on 3/29/19. Judge Dan Aaron Polster on 3/18/19. (P,R) (Entered: 03/18/2019) |
| 03/19/2019 | 1455 | Brief *in Support of Plaintiffs' Motion to Modify Protective Order Re: DEA's ARCOS/DADS Database* filed by Hospital Plaintiffs. Related document(s) 1447 . (Barrett, John) (Entered: 03/19/2019) |
| 03/19/2019 | 1456 | **Opposition** to 1440 **Motion** for extension of time to file Tribal Short Form Complaints, filed by Plaintiffs' Tribal Committee, on behalf of all Tribal Plaintiffs filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Hardin, Ashley) (Entered: 03/19/2019) |
| 03/19/2019 | | **Order** [non-document] - The Court sets the following expedited briefing schedule for Plaintiffs' Motion to Modify Protective Order Re: DEA's ARCOS/DADS Database (Doc. #: 1447 ). Any Objection to Plaintiffs' Proposed Order is due by 12:00 PM on 3/29/19. Reply in Support is due by 12:00 PM on 4/5/19. Judge Dan Aaron Polster on 3/19/19. (P,R) (Entered: 03/19/2019) |

| 03/19/2019 | 1457 | **Motion** for extension of time until 4/25/19 to file response/reply to 1431 **Motion** to Release Plaintiff Fact Sheets filed by MDL Notice Only State of Alabama. Related document(s) 1431 . (Maze, Corey) (Entered: 03/19/2019) |
| --- | --- | --- |
| 03/20/2019 | 1458 | **Opinion and Order** granting in part City of Cleveland's Motion to Disqualify (Related Doc # 1305 ). Judge Dan Aaron Polster on 3/19/19. (Attachments: # 1 Exhibit A - DOJ Letter)(P,R) (Entered: 03/20/2019) |
| 03/20/2019 | | **Order** [non-document] granting 1457 State of Alabama's Motion to Extend Briefing Schedule. Responses to 1431 Motion to Release Fact Sheets due 4/25/19, replies due 4/29/19. Judge Dan Aaron Polster on 3/20/19.(P,R) (Entered: 03/20/2019) |
| 03/20/2019 | 1459 | Notice of Withdrawal of the Motion for Extension of Time to Comply with Order Regarding Short Form Complaints filed by Miccosukee Tribe of Indians of Florida. (Attachments: # 1 Exhibit A) Related document(s) 1454 .(Moskowitz, Adam) (Entered: 03/20/2019) |
| 03/20/2019 | 1460 | **Motion** by Laurie K. Miller, Thomas J. Hurney, Jr. and Jackson Kelly PLLC to withdraw as attorney filed by Defendant Miami-Luken, Inc.. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Miller, Laurie) (Entered: 03/20/2019) |
| 03/20/2019 | 1461 | Notice of Withdrawal of Motion for Extension of Time Within Which to Comply With Order Regarding Short Form For Supplementing Complaints and Amending Defendants filed by Gretna City, Jean Lafitte Town, Westwego City. Related document(s) 1453 .(Sanders, Benjamin) (Entered: 03/20/2019) |
| 03/20/2019 | 1462 | **Motion** for leave to file under seal filed by County of Summit, Ohio. Related document(s) 1377 . (Attachments: # 1 Proposed Order)(Singer, Linda) (Entered: 03/20/2019) |
| 03/21/2019 | 1463 | **Conditional Transfer Order (CTO 84)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio.(P,R) (Entered: 03/21/2019) |
| 03/21/2019 | 1464 | **Order** granting County of Summit's Motion to leave to file under seal (Related Doc # 1462 ). Judge Dan Aaron Polster on 3/21/19.(P,R) (Entered: 03/21/2019) |
| 03/21/2019 | 1465 | **SEALED Document:***Third Amended Complaint and Jury Demand* filed by County of Summit, Ohio. Related document(s) 1377 , 1464 . (Singer, Linda) (Entered: 03/21/2019) |
| 03/21/2019 | 1466 | Third **Amended complaint** against All Defendants and adding new party defendant(s) Allergan Sales, LLC; Allergan USA, Inc.; Warner Chilcott Company, LLC; Actavis South Atlantic LLC; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc., f/k/a Watson Laboratories, Inc.-Salt Lake City; Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida. Filed by County of Summit, Ohio. (Singer, Linda) (Entered: 03/21/2019) |
| 03/22/2019 | 1467 | Joint **Motion** for Entry of Consent Order to Address Privilege Issues Relating to Certain AmerisourceBergen Documents filed by Defendant AmerisourceBergen Drug Corporation. (Attachments: # 1 Proposed Order)(Nicholas, Robert) (Entered: 03/22/2019) |

| 03/25/2019 | 1468 | **Motion** for leave *to file Opposition to Plaintiffs Objections to Discovery Ruling No. 17 Under Seal* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Proposed Order)(McClure, Shannon) (Entered: 03/25/2019) |
|---|---|---|
| 03/25/2019 | 1469 | **Order** granting Joint Motion for Entry of Consent Order to Address Privilege Issues Relating to Certain AmerisourceBergen Documents (Related Doc # 1467 ). Judge Dan Aaron Polster on 3/25/19.(P,R) (Entered: 03/25/2019) |
| 03/25/2019 | 1470 | Opposition *to Plaintiffs' Objections to Discovery Ruling Number 17 Regarding SACWIS Data* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 1448 . (Attachments: # 1 Exhibit 1 - Redacted, # 2 Exhibit 2 - Redacted, # 3 Exhibit 3 - Redacted) (McClure, Shannon) (Entered: 03/25/2019) |
| 03/25/2019 | 1471 | **Opposition** to 1450 Defendants' Objections to Discovery Ruling No. 17 filed by County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Exhibit A - Rideout depo excerpts, # 2 Exhibit B - Barnes depo excerpts, # 3 Exhibit C - Forkas depo excerpts, # 4 Exhibit D - Weiskittel depo excerpts, # 5 Exhibit E - Mangon Affidavit)(Mansour, Christine) Modified on 3/25/2019 (P,R). (Entered: 03/25/2019) |
| 03/25/2019 | | **Order** [non-document] granting Motion to withdraw as attorney, attorneys Thomas J. Hurney, Jr and Laurie K. Miller for Miami Luken removed from case. (Related Doc # 1460 ). Judge Dan Aaron Polster on 3/25/19.(P,R) (Entered: 03/25/2019) |
| 03/26/2019 | 1472 | **Order** granting distributors' Motion for leave to file under seal (Related Doc # 1468 ). Judge Dan Aaron Polster on 3/26/19.(P,R) (Entered: 03/26/2019) |
| 03/26/2019 | 1473 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of CTO 76 and transferring listed cases to the Northern District of Ohio. (P,R) (Entered: 03/26/2019) |
| 03/26/2019 | 1474 | **SEALED Document:***Distributor Defendants' Opposition to Plaintiffs' Objections to Discovery Ruling Number 17* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 1472 , 1448 . (Attachments: # 1 Exhibit 1 - 2.15.19 Letter, # 2 Exhibit 2 - Document, # 3 Exhibit 3 - 2.6.19 Motion)(McClure, Shannon) (Entered: 03/26/2019) |
| 03/26/2019 | 1475 | Notice of Withdrawal of Counsel for Plaintiffs filed by County of Monroe, County of Oakland, County of Wayne, Detroit Wayne Mental Health Authority. (Almonrode, Sharon) (Entered: 03/26/2019) |
| 03/26/2019 | 1476 | Report of Special Master *Discovery Ruling No. 18 Regarding Prescriptions and Dispensing Data* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 03/26/2019) |
| 03/26/2019 | 1477 | **Motion** to substitute attorney*Christopher B. Essig and Scott M. Ahmad* in place of attorney *Ronni Fuchs and Logan N. Anderson* filed by Defendant West-Ward Pharmaceutical Corp.. (Attachments: # 1 Exhibit Notice of Substitution of Counsel)(Essig, Christopher) (Entered: 03/26/2019) |
| 03/27/2019 | 1478 | Plaintiff's Notice of Supplemental Authority filed by State of Alabama. (Attachments: # 1 Exhibit Vermont Order, # 2 Exhibit Delaware Order, # 3 Exhibit |

| | | |
|---|---|---|
| | | Kentucky Order, # 4 Exhibit Tennessee Order)Related document(s) 845 .(Jones, Rhon) (Entered: 03/27/2019) |
| 03/28/2019 | 1479 | **Motion** for leave *to File Distributors' Reply in Support of Defendants' Partial Objections to Discovery Ruling No. 17 Under Seal* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Proposed Order)(McClure, Shannon) (Entered: 03/28/2019) |
| 03/28/2019 | 1480 | **Order** granting Distributors' Motion for leave to file under seal (Related Doc # 1479 ). Judge Dan Aaron Polster on 3/28/19.(P,R) (Entered: 03/28/2019) |
| 03/28/2019 | 1481 | **Conditional Transfer Order (CTO 85)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 03/28/2019) |
| 03/28/2019 | 1482 | **Motion** for leave *of Hospital Plaintiffs to File Separate Response to Defendants' Briefing on Viability of Public Nuisance Claims Nationwide* filed by Baptist Health Madisonville, Inc., Baptist Healthcare System, Inc., Bowling Green Warren County Community Hospital Corporation, Medical Center at Clinton County, Inc., Medical Center at Franklin, Inc., Monroe County Healthcare Authority, Rosary Hall, Saint Claire Medical Center, Inc, Saint Elizabeth Medical Center, Inc., Southwest Mississippi Regional Medical Center, St. Vincent Charity Medical Center, West Boca Medical Center, Inc.. (Attachments: # 1 Proposed Order) (Barrett, John) (Entered: 03/28/2019) |
| 03/29/2019 | 1483 | **SEALED Document:***Distributor Defendants' Reply in Support of Partial Objections to Discovery Ruling Number 17 Regarding SACWIS Data* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 1480 , 1450 . (Attachments: # 1 Exhibit 1 - spreadsheet, # 2 Exhibit 2 - transcript, # 3 Exhibit 3 - transcript, # 4 Exhibit 4 - report, # 5 Exhibit 5 - report, # 6 Exhibit 6 - transcript)(McClure, Shannon) (Entered: 03/29/2019) |
| 03/29/2019 | 1484 | Plaintiffs' Reply to Distributor Defendants' Opposition to Plaintiffs' Objections to Discovery Ruling No. 17 filed by County of Cuyahoga, County of Summit, Ohio. Related document(s) 1448 . (Mansour, Christine) (Entered: 03/29/2019) |
| 03/29/2019 | 1485 | Reply *in Support of Partial Objections to Discovery Ruling Number 17 Regarding SACWIS Data* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 1450 . (Attachments: # 1 Exhibit 1 - spreadsheet, # 2 Exhibit 2 - transcript, # 3 Exhibit 3 - transcript, # 4 Exhibit 4 -report, # 5 Exhibit 5 -report, # 6 Exhibit 6 -transcript) (McClure, Shannon) (Entered: 03/29/2019) |
| 03/29/2019 | 1486 | **Reply** in support of 1440 **Motion** for extension of time to file Tribal Short Form Complaints, filed by Plaintiffs' Tribal Committee, on behalf of all Tribal Plaintiffs filed by Cloverdale Rancheria of Pomo Indians, Cow Creek Band of Umpqua Tribe of Indians, Flandreau Santee Sioux Tribe, Forest County Potawatomi Community, Hualapai Tribe, Kootenai Tribe of Idaho, Lower Sioux Indian Community in the State of Minnesota, Menominee Indian Tribe of Wisconsin, Nisqually Indian Tribe, Oglala Lakota Sioux Tribe, Prairie Island Indian Community, Quinault Indian Nation, Rincon Band of Luiseno Indians, Rosebud Sioux Tribe, Shakopee Mdewakanton Sioux Community, Sisseton-Wahpeton Oyate, Spirit Lake Tribe, Squaxin Island Indian Tribe, Standing Rock Sioux Tribe, |

| | | |
|---|---|---|
| | | Torres Martinez Desert Cahuilla Indians, Turtle Mountain Band of Chippewa Indians, Upper Sioux Community. (Purdon, Timothy) (Entered: 03/29/2019) |
| 03/29/2019 | 1487 | **Motion** for extension of time until April 5, 2019 to file response/reply to 1447 **Motion** to Modify Protective Order Re: DEA's ARCOS/DADS Database filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 1447 . (Bennett, James) (Entered: 03/29/2019) |
| 03/29/2019 | 1488 | **Objection** *Certain Defendants' Opposition to Plaintiffs' Motion to Modify Protective Order RE: DEA's ARCOS/DADS Database* filed by McKesson Corporation. Related document(s) 1447 . (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B) (Hobart, Geoffrey) (Entered: 03/29/2019) |
| 03/29/2019 | 1489 | Corporate Disclosure Statement filed by Associated Pharmacies, Inc.. (Dodgen, Walter) (Entered: 03/29/2019) |
| 03/29/2019 | 1490 | Defendant Associated Pharmacies, Inc.'s Notice Regarding Service filed by Associated Pharmacies, Inc.. (Attachments: # 1 Exhibit Waiver of the Service of Summons)(Beasley, David) (Entered: 03/29/2019) |
| 03/29/2019 | 1491 | **Motion** for leave *Defendant Associated Pharmacies, Inc.'s Motion for Leave to File Joinder in Motion to Dismiss First Amended Complaint* filed by Defendant Associated Pharmacies, Inc.. (Attachments: # 1 Exhibit Defendant Associated Pharmacies, Inc.'s Joinder in Distributor Defendants' Motion to Dismiss First Amended Complaint)(Dodgen, Walter) (Entered: 03/29/2019) |
| 03/29/2019 | | **Order** [non-document] granting Motion to substitute attorney, attorneys Logan N. Anderson and Ronnie Fuchs removed from case, Attorneys Christopher B. Essig and Scott M. Ahmad for West-Ward Pharmaceutical Corp. added to case. (Related Doc # 1477 ). Judge Dan Aaron Polster on 3/29/19.(P,R) (Entered: 03/29/2019) |
| 03/29/2019 | | **Order** [non-document] granting Hospital Plaintiffs' Motion for leave to File Separate Response to Defendants' Briefing on Viability of Public Nuisance Claims Nationwide (Related Doc # 1482 ). Judge Dan Aaron Polster on 3/29/19.(P,R) (Entered: 03/29/2019) |
| 03/29/2019 | 1492 | Attorney Appearance by John J. Haggerty filed by on behalf of Thrifty White Warehouse. (Haggerty, John) (Entered: 03/29/2019) |
| 03/29/2019 | 1493 | Attorney Appearance by John J. Haggerty filed by on behalf of White Drug 61. (Haggerty, John) (Entered: 03/29/2019) |
| 03/29/2019 | | **Order** [non-document] granting 1487 DEA's Motion for Extension of Time until April 5, 2019 to file response to 1447 Motion to Modify Protective Order. Judge Dan Aaron Polster on 3/29/19.(P,R) (Entered: 03/29/2019) |
| 03/29/2019 | 1494 | **Response** to 1447 **Motion** to Modify Protective Order Re: DEA's ARCOS/DADS Database filed by Rite Aid of Maryland, Inc.. (McEnroe, Elisa) (Entered: 03/29/2019) |
| 03/29/2019 | 1495 | **Motion** for reconsideration *or, in the Alternative, to Certify the Disqualification Order for Interlocutory Appeal under 28 U.S.C. 1292(b)* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Attachments: # 1 Brief in Support Memorandum in Support of Motion to Reconsider Disqualification or, in the Alternative, to Certify the Disqualification Order for Interlocutory Appeal under |

| | | 28 U.S.C. 1292(b))(Parker, John) (Entered: 03/29/2019) |
|---|---|---|
| 03/29/2019 | 1496 | **Motion** for leave to exceed page limitations *for Motion to Reconsider Disqualification or, in the Alternative, to Certify the Disqualification Order for Interlocutory Appeal under 28 U.S.C. 1292(b)* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. Related document(s) 1495 . (Parker, John) (Entered: 03/29/2019) |
| 03/29/2019 | 1497 | **Motion** Expedited Briefing Schedule and Consideration for Motion to Reconsider Disqualification or, in the Alternative, to Certify the Disqualification Order for Interlocutory Appeal under 28 U.S.C. 1292(b) filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. Related document(s) 1495 . (Parker, John) (Entered: 03/29/2019) |
| 03/31/2019 | 1498 | Report of Special Master *Discovery Ruling No.14, Part 5 re: Cardinal's Dendrite Audit* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 03/31/2019) |
| 04/01/2019 | 1499 | **Report and Recommendation** that the Manufacturer, Distributor, Pharmacy, and Generic Manufacturing Defendants' separate Motions to Dismiss (Muscogee (Creek) Nation v. Purdue Pharma 1:18op45459) ( 933 , 925 928 , 929 , 1038 ) be GRANTED in part and DENIED in part. Objections to Report & Recommendation due by 4/29/2019. Responses due by 5/9/2019. Magistrate Judge David A. Ruiz on 4/1/19. (P,R) (Entered: 04/01/2019) |
| 04/01/2019 | 1500 | **Report and Recommendation** that the Manufacturer, Distributor, Pharmacy, and Generic Manufacturing Defendants' separate Motions to Dismiss (Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation 1:18op45749) ( 933 , 924 927 , 930 ) be GRANTED in part and DENIED in part. Objections to Report & Recommendation due by 4/29/2019. Responses due by 5/9/2019. Magistrate Judge David A. Ruiz on 4/1/2019. (P,R) (Entered: 04/01/2019) |
| 04/01/2019 | 1501 | Attorney Appearance by Christopher B. Essig *and Scott M. Ahmad* filed by on behalf of Hikma Pharmaceuticals USA Inc.. (Essig, Christopher) (Entered: 04/01/2019) |
| 04/01/2019 | 1502 | Amended Notice Regarding Service filed by Hikma Pharmaceuticals USA Inc., West-Ward Pharmaceutical Corp.. (Attachments: # 1 Exhibit A - Proper Form For Waiver Of Service)(Essig, Christopher) (Entered: 04/01/2019) |
| 04/02/2019 | 1503 | Notice of Withdrawal *of Brian J. Laliberte* filed by McKesson Corporation. (Laliberte, Brian) (Entered: 04/02/2019) |
| 04/02/2019 | 1504 | Attorney Appearance by Christopher W. Wasson, Suzanne Forbis Mack filed on behalf of Sun Pharmaceutical Industries, Inc.(P,R) (Entered: 04/02/2019) |
| 04/02/2019 | 1505 | Attorney Appearance by Gretchen N. Miller filed by on behalf of Advantage Logistics. (Miller, Gretchen) (Entered: 04/02/2019) |
| 04/02/2019 | 1506 | Attorney Appearance by Francis A. Citera filed by on behalf of Advantage Logistics. (Citera, Francis) (Entered: 04/02/2019) |
| 04/02/2019 | 1507 | Corporate Disclosure Statement identifying Other Affiliate Blackrock, Inc., Other Affiliate Blackrock Fund Advisors, Other Affiliate Supervalu Inc. dba Advantage, Other Affiliate United Natural Foods, Inc. (UNFI) for Advantage Logistics filed |

| | | |
|---|---|---|
| | | by Advantage Logistics. (Citera, Francis) (Entered: 04/02/2019) |
| 04/03/2019 | 1508 | Notice Regarding Service filed by Sun Pharmaceutical Industries, Inc. (Attachments: # 1 Exhibit A Waiver of Service)(Mack, Suzanne) (Entered: 04/03/2019) |
| 04/03/2019 | 1509 | Notice Regarding Service filed by Albertson's LLC. (Attachments: # 1 Exhibit A: Waiver of Service)(Citera, Francis) (Entered: 04/03/2019) |
| 04/03/2019 | 1510 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Oho. (P,R) (Entered: 04/03/2019) |
| 04/03/2019 | 1511 | **Opposition** to 1495 **Motion** for reconsideration *or, in the Alternative, to Certify the Disqualification Order for Interlocutory Appeal under 28 U.S.C. 1292(b)* filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. (Weinberger, Peter) (Entered: 04/03/2019) |
| 04/03/2019 | 1512 | Report of Special Master *Ruling Regarding Jurisdictional Discovery on Foreign Defendants* filed by David Rosenblum Cohen. Related document(s) 1266 , 1258 , 1264 . (Cohen, David) (Entered: 04/03/2019) |
| 04/04/2019 | 1513 | **Conditional Transfer Order (CTO 86)** by the Judicial on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 04/04/2019) |
| 04/04/2019 | 1514 | Notice Regarding Service filed by Advantage Logistics. (Attachments: # 1 Exhibit A- Waiver of Service)(Citera, Francis) (Entered: 04/04/2019) |
| 04/04/2019 | 1515 | **Opinion and Order** granting 1440 Plaintiffs' Tribal Leadership Committee's Motion for Extension of Time to File Short Form Complaints until 60 days after the Court's final ruling on the pending Motions to Dismiss the complaints of the two Bellwether Tribal Plaintiffs. Judge Dan Aaron Polster on 4/4/19.(P,R) (Entered: 04/04/2019) |
| 04/04/2019 | 1516 | **Motion** for extension of time until 4/12/19 to file response/reply to 1447 **Motion** to Modify Protective Order Re: DEA's ARCOS/DADS Database filed by Plaintiff Hospital Plaintiffs. Related document(s) 1447 . (Attachments: # 1 Proposed Order) (Barrett, John) (Entered: 04/04/2019) |
| 04/05/2019 | 1517 | Attorney Appearance by Michael G. Connelly filed on behalf of Sun Pharmaceutical Industries, Inc. (B,R) (Entered: 04/05/2019) |
| 04/05/2019 | 1518 | **Order** granting 1516 Hospital Plaintiffs' Motion for Extension of Time until April 12, 2019 to file their response to the Department of Justice opposition. Related document 1447 . Signed by Judge Dan Aaron Polster on 4/5/2019.(B,R) (Entered: 04/05/2019) |
| 04/05/2019 | 1519 | **Motion** for extension of time until April 9, 2019 to file response/reply to 1447 **Motion** to Modify Protective Order Re: DEA's ARCOS/DADS Database filed by Hospital Plaintiffs, Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. Related document(s) 1447 . (Mougey, Peter) (Entered: 04/05/2019) |
| 04/05/2019 | 1520 | **Marginal Entry Order** granting 1519 Plaintiffs' Motion for Extension of Time until April 9, 2019 to File Response. Related document 1447 . Signed by Judge Dan Aaron Polster on 4/5/2019.(B,R) (Entered: 04/05/2019) |

| 04/05/2019 | 1521 | **Motion** by James R. Dole to withdraw as attorney filed by Corvallis Internal Medicine, P.C., James Gallant, Gallant Internal Medicine, P.C.. (Dole, James) (Entered: 04/05/2019) |
| 04/05/2019 | 1522 | **Response** to 1447 **Motion** to Modify Protective Order Re: DEA's ARCOS/DADS Database filed by U.S. Department of Justice, Drug Enforcement Administration. (Attachments: # 1 Exhibit 1 - Edits to Plaintiffs' Proposed Amendments to Protective Order, # 2 Exhibit 2 - Edits to Defendants' Proposed Amendments to Protective Order)(Bennett, James) (Entered: 04/05/2019) |
| 04/05/2019 | 1523 | Brief *of Hospital Plaintiffs on Viability of Public Nuisance Claims Nationwide* filed by Baptist Healthcare System, Inc., Saint Elizabeth Medical Center, Inc., Southwest Mississippi Regional Medical Center, St. Vincent Charity Medical Center, West Boca Medical Center, Inc.. Related document(s) 1404 . (Attachments: # 1 Exhibit 50 State Survey) (Barrett, John) (Entered: 04/05/2019) |
| 04/05/2019 | 1524 | Report of Special Master *Discovery Ruling No. 19 Regarding Dr. Portenoy* filed by David Rosenblum Cohen. (Attachments: # 1 Exhibit Exh.1 - Letter from Defendants re: Portenoy, # 2 Exhibit Exh.2 - Exhibs. to Letter from Defendants re: Portenoy, # 3 Exhibit Exh.3 - Letter from Plaintiffs re: Portenoy)(Cohen, David) (Entered: 04/05/2019) |
| 04/05/2019 | 1525 | Brief of Plaintiffs' Executive Committee in Response to Defendants' Brief Concerning State Nuisance Law filed by Plaintiffs' Executive Committee. Related document(s) 1404 . (Attachments: # 1 Exhibit 1 (Tennessee v. Purdue Order), # 2 Exhibit 2 (Vermont v. Purdue Order)) (Singer, Linda) (Entered: 04/05/2019) |
| 04/05/2019 | 1526 | Response Brief on Viability of Public Nuisance Claims Nationwide filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1406 . (Attachments: # 1 Exhibit 1 - Public Nuisance Statutes Focused on Property) (Rendon, Carole)(P,R). (Entered: 04/05/2019) |
| 04/08/2019 | 1527 | **Order** by the Judicial Panel on Multidistrict Litigation lifting the stay of CTO-84 and transferring the listed cases to the Northern District of Ohio.(B,R) (Entered: 04/08/2019) |
| 04/08/2019 | 1528 | **Order** granting Endo's Motion for reconsideration, and upon reconsideration, the Court Affirms its Disqualification Order. Endo's Request, in the Alternative, to Certify the Disqualification Order for Interlocutory Appeal is Denied. Related Doc # 1495 . Endo's Motion for Leave to exceed page limitations is Granted. Related Doc # 1496 . Endo's Motion for Expedited Briefing Schedule and Consideration is Denied as Moot Related Doc # 1497 . Signed by Judge Dan Aaron Polster on 3/8/2019.(B,R) (Entered: 04/08/2019) |
| 04/08/2019 | 1529 | **Objection** to *DISCOVERY RULING NO. 18 REGARDING PRESCRIPTIONS AND DISPENSING DATA* filed by Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals Inc., INSYS THERAPEUTIC, INC., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A/ JANSSEN PHARMACEUTICALS INC., PAR PHARMACEUTICAL COMPAINES, INC, PURDUE PHARMA, L.P., Par Pharmaceutical Companies, Inc., Purdue Pharma Inc., SpecGX LLC, Teva Pharmaceuticals, USA, Inc., The |

| | | |
|---|---|---|
| | | Purdue Frederick Company, Watson Laboratories, Inc.. Related document(s) 1476 . (Attachments: # 1 Exhibit 1, Discovery Ruling No. 5, # 2 Exhibit 2, Plaintiffs' Supplemental Amended Responses and Objections to Manufacturers' First Set of Interrogatories, # 3 Exhibit 3, 1/4/19 Letter from D. Welch to Special Master Cohen, # 4 Exhibit 4, 1/8/19 Letter from L. Singer to Special Master Cohen, # 5 Exhibit 5, City of New Haven v. Purdue, XO7 HHD CV 17 6086134 7 (Jan. 8, 2019)) (Welch, Donna) Modified on 4/12/2019 (P,R). (Entered: 04/08/2019) |
| 04/08/2019 | 1530 | **Objection** *to Report of Special Master Discovery Ruling No.14, Part 5 re: Cardinal's Dendrite Audit* filed by Cardinal Health 110, LLC. Related document(s) 1498 . (Pyser, Steven) (Entered: 04/08/2019) |
| 04/08/2019 | 1531 | Emergency **Motion** for relief *Related to Expert Depositions* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Allergan Finance LLC, Allergan PLC, Allergan Sales, LLC, Allergan USA, Inc., AmerisourceBergen Drug Corporation, Anda, Inc., CVS Indiana, L.L.C., CVS RX Services, Inc., Cardinal Health, Inc., Cephalon, Inc., Discount Drug Mart, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, HBC Service Company, HealthMart Systems, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, Miami-Luken, Inc., Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical Holdings, Inc., Par Pharmaceutical, Inc., Prescription Supply Inc, Purdue Pharma L.P., Purdue Pharma, Inc., Rite Aid of Maryland, Inc., SpecGX LLC, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co., Inc., Walmart, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc., Purdue Frederick Company, Inc., The Purdue Frederick Company, Inc.. (Attachments: # 1 Brief in Support, # 2 Appendix, # 3 Exhibit Declaration, Donna Welch)(Welch, Donna) (Entered: 04/08/2019) |
| 04/09/2019 | 1532 | **Reply** in support of 1447 **Motion** to Modify Protective Order Re: DEA's ARCOS/DADS Database filed by Plaintiffs' Executive Committee. (Mougey, Peter) (Entered: 04/09/2019) |
| 04/09/2019 | 1533 | Amended Notice Regarding Service filed by J M Smith Corporation. (Attachments: # 1 Exhibit A)(Haggerty, John) (Entered: 04/09/2019) |
| 04/10/2019 | 1534 | **Objection** *to Discovery Ruling Regarding Personal Jurisdicition Discovery* filed by Teva Pharmaceutical Industries Ltd.. Related document(s) 1512 . (Reed, Steven) (Entered: 04/10/2019) |
| 04/10/2019 | 1535 | **Order** Regarding Objections to Discover Ruling No. 17 1425 . The Court concludes that Discovery Ruling No. 17 strikes the appropriate balance between the competing interests in this Matter. Plaintiffs' and Defendants' Objections, Documents 1448 , and 1450 are OVERRULED. Special Master Cohen's Discovery Ruling No. 17 is AFFIRMED. Signed by Judge Dan Aaron Polster on 4/10/2019.(B,R) (Entered: 04/10/2019) |

| 04/10/2019 | | **Order** [non-document] granting Motion to withdraw as attorney, attorney James R. Dole removed from case. (Related Doc # 1521 ). Judge Dan Aaron Polster on 4/10/2019.(B,R) (Entered: 04/10/2019) |
|---|---|---|
| 04/10/2019 | 1536 | **Opposition** to 1531 Emergency **Motion** for relief *Related to Expert Depositions* filed by County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Exhibit 1)(Weinberger, Peter) (Entered: 04/10/2019) |
| 04/10/2019 | 1537 | **Order** Re Expert Depositions Granting in Part Defendants' Emergency Motion for relief Related to Expert Depositions (Related Doc # 1531 ). Plaintiffs are hereby ordered to designate their ten priority experts and provide that information to Defendants by 4:00 PM on Friday, April 12, 2019. Defendants shall designate their ten priority experts by the deadline for filing their expert reports (May 10, 2019).Signed by Judge Dan Aaron Polster on 4/10/2019.(B,R) (Entered: 04/10/2019) |
| 04/10/2019 | 1538 | Attorney Appearance *Elizabeth Smith* by Linda J. Singer filed by on behalf of City of Quincy. (Singer, Linda) (Entered: 04/10/2019) |
| 04/11/2019 | 1539 | **Conditional Transfer Order (CTO 87)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 04/11/2019) |
| 04/11/2019 | 1540 | **Nunc Pro Tunc Order** re Expert Depositions. Judge Dan Aaron Polster on 4/11/19. (P,R) (Entered: 04/11/2019) |
| 04/11/2019 | 1541 | **Opinion and Order** overruling 1529 Manufacturer Defendants' objection and affirming Discovery Ruling No 18. Judge Dan Aaron Polster on 4/11/19. (P,R) (Entered: 04/11/2019) |
| 04/11/2019 | 1542 | **Opinion and Order** overruling in part 1534 Teva's Objections and reversing in part 1512 Special Master Cohen's Discovery Ruling Regarding Personal Jurisdiction Discovery. Judge Dan Aaron Polster on 4/11/19. (P,R) (Entered: 04/11/2019) |
| 04/11/2019 | 1543 | **Motion** to file under seal filed by Plaintiff Plaintiffs' Liaison Counsel. (Attachments: # 1 Proposed Order)(Weinberger, Peter) (Entered: 04/11/2019) |
| 04/11/2019 | 1544 | Notice of Substitution of Counsel removing attorney *James Timmins and adding Elizabeth Smith* and adding attorney Linda J. Singer filed by on behalf of City of Quincy. Related document(s) 1538 .(Singer, Linda) (Entered: 04/11/2019) |
| 04/12/2019 | 1545 | **Opinion and Consolidated ARCOS Protective Order**. Judge Dan Aaron Polster on 4/11/19. (Attachments: # 1 Attachment A - Transfer Process and Procedure, # 2 Attachment B - Acknowledement of Protective Order and Agreement to be Bound, # 3 Attachment C - Alternate Acknowledement of Protective Order and Agreement to be Bound)(P,R) (Entered: 04/12/2019) |
| 04/12/2019 | 1546 | **Order** granting Plaintiffs' Motion for Leave to File Under Seal. (Related Doc # 1543 ). Judge Dan Aaron Polster on 4/12/19.(P,R) (Entered: 04/12/2019) |
| 04/12/2019 | 1547 | **SEALED Document:***Plaintiffs' Reply to Cardinal Health's Objection to Discovery Ruling No. 14, Part 5, Regarding Privilege and Cardinal's Dendrite Audit* filed by Plaintiffs' Liaison Counsel. Related document(s) 1546 , 1530 , 1498 . (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, |

| | | |
|---|---|---|
| | | # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 10a, # 12 Exhibit Exhibit 11)(Weinberger, Peter) (Entered: 04/12/2019) |
| 04/12/2019 | 1548 | **Order** granting Plaintiff Muscogee's Motion for leave and Motion to substitute parties (Related Doc # 1006 ), and denying as moot Amneal's Motion to dismiss (Related Doc # 972 ) (1:18op45459). Magistrate Judge David A. Ruiz on 4/12/19.(P,R) (Entered: 04/12/2019) |
| 04/12/2019 | | **Order** [non-document] granting 1378 Motion of Defendant Albertsons LLC to join Motion to Dismiss; granting 1491 Motion for Leave of Defendant Associated Pharmacies Inc. to join Motion to Dismiss (1:18op45749). Magistrate Judge David A. Ruiz on 4/12/19.(P,R) (Entered: 04/12/2019) |
| 04/12/2019 | | **Order** [non-document] clarifying the objection language in the Report and Recommendations (R&Rs) issued by Magistrate Judge Ruiz on April 1, 2019. (ECF Nos. 1499 & 1500 ). Both R&Rs include instructions regarding the filing of objections, and state that the PEC shall file a single document addressing objections common to all plaintiffs. With respect to these R&Rs, the court intended the PEC to include Plaintiffs Executive Committee, Plaintiffs Tribal Leadership Committee as well as the individual tribal plaintiff in their respective case (i.e. Muscogee (Creek) nation or Blackfeet tribe), all of whom should work together to file a single document addressing all relevant objections and, to the extent necessary, responses. Magistrate Judge David A. Ruiz on 4/12/19. (P,R) (Entered: 04/12/2019) |
| 04/12/2019 | 1549 | **Motion** by Joseph F. Murray, James B. Hadden, and Brian K. Murphy to withdraw as attorney filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Proposed Order Proposed Entry)(Murray, Joseph) (Entered: 04/12/2019) |
| 04/15/2019 | | **Order** [non-document] granting Motion to withdraw as attorney for Cardinal Health, attorneys Joseph F. Murray, James B. Hadden and Brian K. Murphy removed from case. (Related Doc # 1549 ). Judge Dan Aaron Polster on 4/15/19.(P,R) (Entered: 04/15/2019) |
| 04/15/2019 | 1550 | Notice Regarding Service filed by Amneal Pharmaceuticals, LLC. (Attachments: # 1 Exhibit A)(Cosgrove, Paul) (Entered: 04/15/2019) |
| 04/15/2019 | 1551 | **Objection** *to Discovery Ruling No. 19 Regarding Dr. Portenoy* filed by Plaintiffs' Executive Committee. Related document(s) 1524 . (Badala, Salvatore) (Entered: 04/15/2019) |
| 04/15/2019 | 1552 | Emergency **Motion** for extension of Expert Deposition Schedule until 05/31/2019 filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Actavis, Inc., Allergan Finance LLC, Allergan PLC, Allergan Sales, LLC, Allergan USA, Inc., AmerisourceBergen Corporation, Anda, Inc., Bi-Mart Corporation, CVS Indiana, L.L.C., CVS RX Services, Inc., Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., Insys Therapeutics, Inc, Janssen Pharmaceutica, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen |

| | | |
|---|---|---|
| | | Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Mallinckrodt PLC, Manufacturer Defendants' Liaison Counsel, McKesson Corporation, Miami-Luken, Inc., Noramco, Inc., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A/ JANSSEN PHARMACEUTICALS INC., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical Holdings, Inc., Par Pharmaceutical, Inc., Purdue Pharma L.P., Purdue Pharma, Inc., Rite Aid of Maryland, Inc., SpecGX LLC, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., The Purdue Frederick Company, Walgreen Co., Walgreen Eastern Co., Inc., Walmart, Inc., Warner Chilcott Company, LLC. (Attachments: # 1 Brief in Support Memorandum In Support Of Defendants Emergency Motion To Reconsider Orders Setting Expert Discovery Schedule, # 2 Exhibit Ex. A 2019-03-19 Email from Special Master Cohen, # 3 Exhibit Ex. B Letter from D. Welch, # 4 Exhibit Ex. C Letter from A. Bierstein)(Welch, Donna) (Entered: 04/15/2019) |
| 04/16/2019 | 1553 | **Order** Re Discovery Ruling No. 14, Part 5 overruling Cardinal's objection and affirming Special Master's ruling. Judge Dan Aaron Polster on 4/16/19. (P,R) (Entered: 04/16/2019) |
| 04/17/2019 | 1554 | Attorney Appearance by Andrew K. Solow filed on behalf of Endo Health Solutions Inc., Endo Pharmaceuticals, Inc. (P,R) (Entered: 04/17/2019) |
| 04/17/2019 | 1555 | **Conditional Transfer Order (CTO 88)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 04/17/2019) |
| 04/17/2019 | 1556 | Notice Regarding Service filed by Bloodworth Wholesale Drugs, Inc.. (Attachments: # 1 Exhibit Waiver of Service- Bloodworth)(Hayes, David) (Entered: 04/17/2019) |
| 04/17/2019 | 1557 | **Opposition** to 1552 Emergency **Motion** for extension of Expert Deposition Schedule until 05/31/2019 filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A)(Weinberger, Peter) (Entered: 04/17/2019) |
| 04/17/2019 | 1558 | **Motion** for conference/hearing *to be on the Record filed on behalf of all Defendants and* filed by Defendant McKesson Corporation. (Hobart, Geoffrey) (Entered: 04/17/2019) |
| 04/17/2019 | 1559 | Emergency **Motion** to strike *Plaintiffs' Untimely And Non-Compliant Expert Reports and Opinions* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Allergan Finance LLC, Allergan PLC, Allergan Sales, LLC, Allergan USA, Inc., AmerisourceBergen Drug Corporation, Anda, Inc., CVS Indiana, L.L.C., CVS RX Services, Inc., Cardinal Health, Inc., Cephalon, Inc., Discount Drug Mart, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, HBC Service Company, HealthMart Systems, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, Miami-Luken, Inc., Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Prescription Supply |

| | | |
|---|---|---|
| | | Inc, Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Rite Aid of Maryland, Inc., SpecGX LLC, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Walgreen Co., Walmart, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Attachments: # 1 Brief in Support, # 2 Appendix Summary of Deficiencies in Expert Reports, # 3 Exhibit A - D. Cohen Email Order re Plaintiff Expert Reports Cost of Abatement, # 4 Exhibit B - D. Cohen Email Order re Expert Report Due Dates)(Welch, Donna) (Entered: 04/17/2019) |
| 04/18/2019 | 1560 | **Order** denying 1552 Defendants' Emergency Motion to Reconsider Orders Setting Expert Discovery Schedule. Judge Dan Aaron Polster on 4/18/19.(P,R) (Entered: 04/18/2019) |
| 04/18/2019 | | **Order** [non-document] granting Defendants' Motion for 4/23 conference to be on the Record (Related Doc # 1558 ). Judge Dan Aaron Polster on 4/18/19.(P,R) (Entered: 04/18/2019) |
| 04/18/2019 | 1561 | **Motion** for leave *to File Joinder in Motion to Dismiss First Amended Complaint* filed by Defendant Smith's Food & Drug Centers, Inc.. (Attachments: # 1 Exhibit A - Joinder in Distributor Defendants' Motion to Dismiss First Amended Complaint)(Harvey, Ronda) (Entered: 04/18/2019) |
| 04/18/2019 | | **Order** [non-document] referring Defendants' Emergency Motion to Strike Plaintiffs' Untimely And Non-Compliant Expert Reports and Opinions (Doc #: 1559 ) to Special Master Cohen for consideration pursuant to the Court's June 4, 2018 Order Reassigning Workload. Doc #: 549 ; see also the Court's February 8, 2019 Order Regarding Objections to Discovery Ruling No. 14, Part 1, Doc #: 1349 (directing the parties to first submit discovery issues to Special Master Cohen before raising them with the Court). Judge Dan Aaron Polster on 4/18/19. (P,R) (Entered: 04/18/2019) |
| 04/18/2019 | 1562 | Attorney Appearance by Phyllis A. Jones filed by on behalf of McKesson Corporation. (Jones, Phyllis) (Entered: 04/18/2019) |
| 04/19/2019 | | **Scheduling Order** [non-document] Re Plaintiffs' Objection to Discovery Ruling No. 19 Regarding Dr. Portenoy. Doc. #: 1551 . MDL Defendants' Response in Opposition due by 12:00 PM on Thursday, April 25, 2019. Judge Dan Aaron Polster on 4/19/19. (P,R) (Entered: 04/19/2019) |
| 04/19/2019 | 1563 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of CTO 86 and transferring the listed case to the Northern District of Ohio. Judge Dan Aaron Polster on 4/19/19. (P,R) (Entered: 04/19/2019) |
| 04/22/2019 | 1564 | **Conditional Transfer Order (CTO 89)** by the Judicial Panel on Multidistrict Litigation Transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 04/22/2019) |
| 04/22/2019 | 1565 | Notice Regarding Service filed by Harvard Drug Group, L.L.C.. (Attachments: # 1 Exhibit Exhibit A-Form of Waiver of Service)(Pyser, Steven) (Entered: 04/22/2019) |
| 04/22/2019 | 1566 | Notice Regarding Service filed by Quest Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit 1 - Form of Waiver of Service, # 2 Certificate of Service)(Haggerty, John) (Entered: 04/22/2019) |

| 04/22/2019 | 1567 | Letter *regarding access to pre-trial conference* filed by Reporters Committee for Freedom of the Press. (Lefton, Karen) (Entered: 04/22/2019) |
| 04/22/2019 | 1568 | Letter *regarding access to pre-trial conference (corrected)* filed by Reporters Committee for Freedom of the Press. (Lefton, Karen) (Entered: 04/22/2019) |
| 04/23/2019 | 1569 | Attorney Appearance by Pamela J. Yates filed on behalf of Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.(P,R) (Entered: 04/23/2019) |
| 04/24/2019 | 1570 | **Motion** for extension of time until 5/2/19 to file response/reply to 1431 **Motion** to Release Plaintiff Fact Sheets filed by MDL Notice Only State of Alabama. Related document(s) 1431 . (Maze, Corey) (Entered: 04/24/2019) |
| 04/24/2019 | 1571 | Attorney Appearance by John T. Cox, III, John D. Volney, Elizabeth Y. Ryan filed on behalf of Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P. (P,R) (Entered: 04/24/2019) |
| 04/25/2019 | 1572 | **Objection** *to Track One Plaintiffs' Objection to Discovery Ruling No. 19 Regarding Dr. Portenoy* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel. Related document(s) 1551 . (Cheffo, Mark) (Entered: 04/25/2019) |
| 04/25/2019 |  | **Order** [non-document] granting 1570 State of Alabama's Motion for extension of time until 5/2/19 to file response 1431 Motion to Release Plaintiff Fact Sheets. Judge Dan Aaron Polster on 4/25/19.(P,R) (Entered: 04/25/2019) |
| 04/25/2019 | 1574 | Report of Special Master *Conditional Sanction Order* filed by David Rosenblum Cohen. Related document(s) 1498 , 1553 . (Cohen, David) (Entered: 04/25/2019) |
| 04/25/2019 | 1576 | **Agreed Order** Regarding Answers to The County of Summit, Ohio's Third Amended Complaint. It is hereby ordered that 1) Only the Newly-Named Defendants, and no other defendants, need answer the Third Amended Complaint by May 3, 20191; 2) The Newly-Named Defendants shall answer all allegations in the Third Amended Complaint that relate to each respective Newly-Named Defendant. With respect to the remaining allegations, and with respect to affirmative defenses, the Newly-Named Defendants may answer separately or may join in and incorporate by reference the Answer/Responsive Pleadings already submitted by other Allergan or Actavis entities; and 3) All other answers by all other defendants to the Summit County Second Amended Complaint to allegations that are repeated in the Third Amended Complaint remain operative. (Related documents 1377 , 1466 ) Signed by Special Master David R. Cohen on 4/25/2019. (K,K) (Entered: 04/26/2019) |
| 04/26/2019 | 1575 | Transcript of Conference held on 4/24/2019 before Special Master David R. Cohen. To obtain a copy of this transcript please contact court reporter Heidi Blueskye Geizer at Heidi_Geizer@ohnd.uscourts.gov, 216-357-7092. [100 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 5/3/2019. Redaction Request due 5/17/2019. Redacted Transcript Deadline set for 5/28/2019. Release of Transcript Restriction set for 7/25/2019. (G,He) (Entered: 04/26/2019) |

| 04/26/2019 | 1577 | **Opinion and Order** Regarding Discovery Ruling No. 19 1524 . Judge Dan Aaron Polster on 4/26/19. (P,R) (Entered: 04/26/2019) |
|---|---|---|
| 04/26/2019 | 1578 | Letter *to Judge Polster* filed by Russell Portenoy. Related document(s) 1572 . (Spencer, S.) (Entered: 04/26/2019) |
| 04/26/2019 | 1579 | Address Change Notice filed by Julie Ann DeMille. (DeMille, Julie) (Entered: 04/26/2019) |
| 04/26/2019 | 1580 | **Objection** *to Special Masters April 24 Rulings Regarding Defendants SOMS/Anti-Diversion Expert Reports and Plaintiffs Untimely Expert Reports And Opinions* filed by Actavis Elizabeth LLC, Actavis Kadian, LLC, Actavis LLC, Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida, Actavis Laboratories UT, Inc., f/k/a Watson Laboratories, Inc.-Salt Lake City, Actavis Mid Atlantic LLC, Actavis South Atlantic LLC, Actavis Totowa, LLC, Allergan PLC, Allergan Sales, LLC, Allergan USA, Inc., AmerisourceBergen Drug Corporation, Anda, Inc., CVS Indiana, LLC, CVS RX Services, Inc., Cardinal Health, Inc., Cephalon, Inc., Discount Drug Mart, Inc., ENDO HEALTH SOLUTIONS INC.;, ENDO PHARMACEUTIALS INC., H.D. Smith Holding Company, H.D. Smith Holdings, LLC, HBC Service Company, Health Mart Systems, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., Insys Therapeutics, Inc, Janssen Pharmaceutica, Inc., n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, Miami Luken, Inc., Noramco, Inc., Ortho McNeil Janssen Pharmaceuticals Inc, PAR PHARMACEUTICAL COMPANIES, INC. F/K/A PAR PHARMACEUTICAL HOLDINGS, INC., PURDUE PHARMA, L.P., Par Pharmaceutical, Prescription Supply, Inc., Purdue Frederick Company, Inc., Purdue Pharma, Inc., Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center, Inc., SpecGX LLC, TEVA Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., WALGREEN CO., WATSON LABORATORIES, INC.;, Walgreen Eastern Co., Walmart Inc., Warner Chilcott Company, LLC. (Attachments: # 1 Exhibit Exhibit A Summary of Expert Deficiencies, # 2 Exhibit Exhibit B 2019-04-19 Letter from L. Singer to D. Cohen) (Welch, Donna) (Entered: 04/26/2019) |
| 04/29/2019 | 1581 | Attorney Appearance by Rebecca C. Mandel filed on behalf of Mylan defendants. (P,R) (Entered: 04/29/2019) |
| 04/29/2019 | 1582 | **Objection** to Report and Recommendation *Regarding the Motion to Dismiss the First Amended Complaint by Pharmacy Defendants* filed by Walmart Inc.. Related document(s) 1500 . (Fumerton, Tara) (Entered: 04/29/2019) |
| 04/29/2019 | 1583 | Attorney Appearance by Daniel T. Plunkett filed on behalf of Winn-Dixie Logistics, Inc., Winn-Dixie Stores, Inc. (P,R) (Entered: 04/29/2019) |
| 04/29/2019 | 1584 | FILING ERROR - TO BE FILED AS NEW MEMBER CASE**Complaint** with jury demand against All Defendants. Filing fee paid $ 400, Receipt number 0647-9282162.. Filed by City of Prestonburg, KY, City of Preston. (Roark, Emily) Modified on 4/30/2019 (P,R). (Entered: 04/29/2019) |
| 04/29/2019 | 1585 | **Objection** to Report and Recommendation *of Distributors Regarding Motion to Dismiss Muscogee (Creek) Nation's First Amended Complaint* filed by Cardinal Health, Inc.. Related document(s) 1499 . (Hardin, Ashley) (Entered: 04/29/2019) |

| | | |
|---|---|---|
| 04/29/2019 | 1586 | **Objection** to Report and Recommendation *Regarding Motion to Dismiss Muscogee (Creek) Nation's First Amended Complaint* filed by Walgreen Co.. Related document(s) 1499 . (Stoffelmayr, Kaspar) (Entered: 04/29/2019) |
| 04/29/2019 | 1587 | **Objection** to Report and Recommendation *OF THE MAGISTRATE JUDGE ON THEIR MOTION TO DISMISS* filed by Actavis LLC, Actavis Pharma, Inc., Mallinckrodt LLC, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., SpecGX LLC, Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. Related document(s) 1500 . (Reed, Steven) (Entered: 04/29/2019) |
| 04/29/2019 | 1588 | **Objection** to Report and Recommendation *filed on April 1, 2019 by Magistrate Judge Ruiz* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 1500 . (Hobart, Geoffrey) (Entered: 04/29/2019) |
| 04/29/2019 | 1589 | **Joinder** in Distributors' Objections to Report and Recommendation filed by Associated Pharmacies Inc. Related document(s) 1500 . (Dodgen, Walter) Modified on 4/30/2019 (P,R). (Entered: 04/29/2019) |
| 04/29/2019 | 1590 | **Objection** to Report and Recommendation filed by Actavis LLC, Allergan Finance LLC, Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc, Janssen Pharmaceutica, Inc., Janssen Pharmaceutica, Inc., n/k/a Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Pharma, Inc., Purdue Products L.P., SpecGX LLC, Teva Pharmaceuticals USA, Inc., The Purdue Frederick Company, Watson Pharmaceuticals, Inc.. Related document(s) 1500 . (Attachments: # 1 Exhibit A) (Stern, Jonathan) (Entered: 04/29/2019) |
| 04/29/2019 | 1591 | **Objection** to Report and Recommendation filed by Blackfeet Tribe of the Blackfeet Indian Reservation. Related document(s) 1500 . (Lamb, Archie) (Entered: 04/29/2019) |
| 04/29/2019 | 1592 | **Objection** to Report and Recommendation filed by Actavis LLC, Actavis Pharma, Inc., Allergan Finance LLC, Amneal Pharmaceuticals of New York, LLC, Amneal Pharmaceuticals, LLC, Home Care Pharmacy, LLC, KVK-Tech, Inc., TEVA Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. Related document(s) 1499 . (Rice, Thomas) (Entered: 04/29/2019) |
| 04/29/2019 | 1593 | Report of Special Master *Discovery Ruling No. 14, Part 6 Regarding Cardinal Privilege Claims* filed by David Rosenblum Cohen. (Attachments: # 1 Document Chart)(Cohen, David) (Entered: 04/29/2019) |
| 04/30/2019 | 1594 | Notice Regarding Service filed by Winn-Dixie Logistics, Inc.. (Attachments: # 1 Exhibit A - Form for Waiver of Service)(Plunkett, Daniel) (Entered: 04/30/2019) |
| 04/30/2019 | 1595 | Notice Regarding Service filed by Winn-Dixie Stores, Inc.. (Attachments: # 1 Exhibit A - Form for Waiver of Service)(Plunkett, Daniel) (Entered: 04/30/2019) |
| 04/30/2019 | 1596 | Notice Regarding Waiver of Service filed by Mylan Bertek Pharmaceuticals, Inc., Mylan Institutional, Inc., Mylan N.V., Mylan Pharmaceuticals, Inc., Mylan Pharms, Inc., Mylan Specialty, L.P., Mylan Technologies, Inc., Mylan, Inc. (Attachments: # 1 Exhibit A - Form Waiver of Service)(Mandel, Rebecca) Modified on 4/30/2019 (P,R). (Entered: 04/30/2019) |

| 04/30/2019 | 1597 | **Order** affirming Special Master's 4/24/19 Discovery Rulings and overruling Defendants' objections 1580 . Judge Dan Aaron Polster on 4/30/19. (P,R) (Entered: 04/30/2019) |
|---|---|---|
| 05/01/2019 | 1598 | **Civil Jury Trial Order** - Final Pretrial Conference set for 10/15/2019 at 12:00 PM, Jury Trial set for 10/21/2019 at 9:00 AM in Courtroom 18B before Judge Dan Aaron Polster (MDL 2804).(1:17op45004 Cuyahoga County v. Purdue Pharma and 1:18op45090 Summit County v. Purdue Pharma). Judge Dan Aaron Polster on 5/1/19. (P,R) (Entered: 05/01/2019) |
| 05/01/2019 | 1599 | **Motion** for extension of Response in Opposition to Motion for Order Releasing Plaintiff Fact Sheets until May 13, 2019 filed by Plaintiff Plaintiffs' Liaison Counsel. Related document(s) 1431 . (Skikos, Steven) (Entered: 05/01/2019) |
| 05/02/2019 | 1600 | Attorney Appearance by Gregory S. Chernack filed on behalf of Publix Supermarkets, Inc. (P,R) (Entered: 05/02/2019) |
| 05/02/2019 | | **Order** [non-document] granting 1599 Plaintiffs' Motion for extension of time until 5/13/19 to respond to 1491 Motion to Release Plaintiff Fact Sheets. Judge Dan Aaron Polster on 5//2/19.(P,R) (Entered: 05/02/2019) |
| 05/02/2019 | 1601 | Report of Special Master *Claims Data Order re: United HealthCare Services, Inc.* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 05/02/2019) |
| 05/02/2019 | 1602 | Notice of Withdrawal of Plaintiff Blackfeet's Objections to Report and Recommendations of Magistrate Judge David A. Ruiz filed by Blackfeet Tribe of the Blackfeet Indian Reservation. Related document(s) 1591 .(Lamb, Archie) (Entered: 05/02/2019) |
| 05/03/2019 | 1603 | **Conditional Transfer Order (CTO 90)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (Entered: 05/03/2019) |
| 05/03/2019 | 1604 | Attorney Appearance by Faith Khalik filed on behalf of Northeastern University Center for Health Policy and Law. (B,R) (Entered: 05/03/2019) |
| 05/03/2019 | 1605 | Attorney Appearance by Wendy Parmet filed on behalf of Northeastern University Center for Health Policy and Law. (B,R) (Entered: 05/03/2019) |
| 05/03/2019 | 1606 | **Answer** and Affirmative Defenses 1466 Amended complaint, filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis South Atlantic LLC, Actavis Totowa LLC, Warner Chilcott Company, LLC. (Reed, Steven) (Entered: 05/03/2019) |
| 05/03/2019 | 1607 | **Motion** for leave *to File Brief of Amici Curiae* filed by Amicus Curiae Northeastern University Center for Health Policy and Law. (Attachments: # 1 Manual Filing Brief of Proposed Amici Curiae)(Gottlieb, Mark) (Entered: 05/03/2019) |
| 05/03/2019 | 1608 | Attorney Appearance by Donna M. Welch filed by on behalf of Allergan Finance LLC, Allergan Sales, LLC, Allergan USA, Inc.. (Welch, Donna) (Entered: 05/03/2019) |
| 05/03/2019 | 1609 | **Answer** filed by Allergan Sales, LLC, Allergan USA, Inc.. Related document(s) 1576 . (Welch, Donna) (Entered: 05/03/2019) |

| 05/03/2019 | 1610 | Report of Special Master *Discovery Ruling No.14, Part 7 re: CVS SOM Audits* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 05/03/2019) |
| 05/06/2019 | | **Order** [non-document] granting Motion for leave to File Brief of Amici Curiae by Northeastern University Center for Health Policy and Law(Related Doc # 1607 ). Judge Dan Aaron Polster on 5/6/19.(P,R) (Entered: 05/06/2019) |
| 05/07/2019 | 1611 | Notice of Decision filed by U.S. Department of Justice, Drug Enforcement Administration. (Attachments: # 1 Exhibit A - Decision Letter)(Bennett, James) (Entered: 05/07/2019) |
| 05/07/2019 | 1612 | Second Amended Notice of ARCOS Disclosure filed by Plaintiffs' Lead Counsel. (Attachments: # 1 Exhibit ARCOS Information Request Form and Affidavit, # 2 Exhibit Acknowledgement of Protective Order and Agreement to be Bound, # 3 Exhibit Alternate Acknowledgement of Protective Order and Agreement to be Bound)Related document(s) 739 , 400 , 167 , 1545 , 602 .(Mougey, Peter) (Entered: 05/07/2019) |
| 05/07/2019 | 1613 | Supplement to Notice, - PEC Letter Regarding Second Amended Notice of ARCOS Disclosure, filed by Plaintiffs' Executive Committee. Related document(s) 1612 . (Mougey, Peter) (Entered: 05/07/2019) |
| 05/08/2019 | 1614 | **Order** by Judicial Panel on Multidistrict Litigation Lifting Stay of CTO-89 and Transferring Listed Cases to the Northern District of Ohio. (W,CM) (Entered: 05/08/2019) |
| 05/08/2019 | 1615 | Notice of Decision filed by U.S. Department of Justice, Drug Enforcement Administration. (Attachments: # 1 Exhibit A-Decision Letter)(Bennett, James) (Entered: 05/08/2019) |
| 05/08/2019 | 1616 | Notice of Supplemental Authorization filed by U.S. Department of Justice, Drug Enforcement Administration. (Attachments: # 1 Exhibit A-Supplemental Authorization for Officer Baker-Stella, # 2 Exhibit B-Supplemental Authorization for Officer Leonard, # 3 Exhibit C-Supplemental Authorization for Officer Prince) (Bennett, James) (Entered: 05/08/2019) |
| 05/08/2019 | 1617 | Appeal Remark from USCA for the Sixth Circuit: A petition for writ of mandamus filed 5/6/19 (USCA# 19-3415) (H,SP) (Entered: 05/08/2019) |
| 05/08/2019 | 1618 | **Notice Disclosing Conclusion of Expert Consultant Retention**. Signed by Judge Dan Aaron Polster on 5/8/2019. (W,CM) (Entered: 05/09/2019) |
| 05/09/2019 | 1619 | FILING ERROR - TO BE FILED IN MEMBER CASE Return of Service by regular mail executed upon Kroger Co., filed on behalf of Kaufman County (McCarley, Matthew) Modified on 5/13/2019 (P,R). (Entered: 05/09/2019) |
| 05/09/2019 | 1620 | FILING ERROR - TO BE FILED IN MEMBER CASE Return of Service by regular mail executed upon Kroger Co., filed on behalf of Brazos County (McCarley, Matthew) Modified on 5/13/2019 (P,R). (Entered: 05/09/2019) |
| 05/09/2019 | 1621 | FILING ERROR - TO BE FILED IN MEMBER CASE Waiver of Service Returned Executed by City of London. filed on behalf of City of London (McCarley, Matthew) Modified on 5/13/2019 (P,R). (Entered: 05/09/2019) |

| 05/09/2019 | 1622 | FILING ERROR - TO BE FILED IN MEMBER CASE Waiver of Service Returned Executed by City of Morehead. filed on behalf of City of Morehead (McCarley, Matthew) Modified on 5/13/2019 (P,R). (Entered: 05/09/2019) |
|---|---|---|
| 05/09/2019 | 1623 | Response to Brief of Amici Curiae filed by City of St. Louis. Related document(s) 1607 . (Dierker, Robert) (Entered: 05/09/2019) |
| 05/09/2019 | 1624 | Response to Defendants' Objections to Report and Recommendation of Magistrate Judge David A. Ruiz filed by Blackfeet Tribe of the Blackfeet Indian Reservation. Related document(s) 1500 . (Lamb, Archie) (Entered: 05/09/2019) |
| 05/09/2019 | 1625 | Response *to Defendants' Objections to the Report and Recommendations of Magistrate Judge David A. Ruiz* filed by Muscogee (Creek) Nation. Related document(s) 1499 . (Ulrich, Tyler) (Entered: 05/09/2019) |
| 05/09/2019 | 1626 | Amicus Brief *of Amici Curiae in Support of Settlement with Favorable Public Health Outcomes* filed by Northeastern University Center for Health Policy and Law. (Gottlieb, Mark) (Entered: 05/09/2019) |
| 05/10/2019 | 1627 | Attorney Appearance by Ana M. Francisco filed by on behalf of Anda Pharmaceuticals, Inc., Anda, Inc. (W,CM) (Entered: 05/10/2019) |
| 05/10/2019 | 1628 | **Motion** for leave *to file under seal* filed by MDL Notice Only County of Cuyahoga. Related document(s) 1377 . (Attachments: # 1 Exhibit Proposed Order) (Badala, Salvatore) (Entered: 05/10/2019) |
| 05/10/2019 | 1629 | **Order** granting Motion for leave to File Third Amended Complaint under Seal (Related Doc # 1628 ). Judge Dan Aaron Polster on 5/10/2019.(W,CM) (Entered: 05/10/2019) |
| 05/10/2019 | 1630 | **SEALED Document:***Third Amended Complaint and Jury Demand* filed by County of Cuyahoga. Related document(s) 1629 . (Badala, Salvatore) (Entered: 05/10/2019) |
| 05/10/2019 | 1631 | Third **Amended complaint** against All Defendants and adding new party defendant(s) Allergan Sales, LLC; Allergan USA, Inc.; Warner Chilcott Company, LLC; Actavis South Atlantic LLC; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc., f/k/a Watson Laboratories, Inc.-Salt Lake City; Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida. Filed by County of Cuyahoga. (Badala, Salvatore) (Entered: 05/10/2019) |
| 05/10/2019 | 1632 | **Motion** for extension of Response in Opposition to Motion for Order Releasing Plaintiff Fact Sheets until May 23, 2019 filed by Plaintiff Plaintiffs' Liaison Counsel. Related document(s) 1431 . (Skikos, Steven) (Entered: 05/10/2019) |
| 05/12/2019 | 1633 | Report of Special Master *Order Regarding Track Two Cases* filed by David Rosenblum Cohen. Related document(s) 1218 . (Cohen, David) (Entered: 05/12/2019) |
| 05/13/2019 | | **Order** [non-document] granting 1632 Plaintiffs' Motion for extension of time to file Response in Opposition to Motion for Order Releasing Plaintiff Fact Sheets until May 23, 2019. Judge Dan Aaron Polster on 5/13/19.(P,R) (Entered: 05/13/2019) |

| 05/13/2019 | 1634 | **Conditional Transfer Order (CTO 91)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 05/13/2019) |
| 05/14/2019 | 1635 | Report of Special Master *Order Governing Production of Non-party OptumRx, Inc.s Pharmacy Claims Data for Track One Cases* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 05/14/2019) |
| 05/15/2019 | 1636 | Notice of Withdrawal of Appearance *of Michael H. Park* filed by City of Boise. (Meyer, Seth) (Entered: 05/15/2019) |
| 05/16/2019 | 1637 | **Conditional Transfer Order (CTO 92)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 05/16/2019) |
| 05/16/2019 | 1638 | Attorney Appearance by Steven G. Janik filed by on behalf of Unither Manufacturing LLC. (Janik, Steven) (Entered: 05/16/2019) |
| 05/16/2019 | 1639 | Attorney Appearance by Audrey K. Bentz filed by on behalf of Unither Manufacturing LLC. (Bentz, Audrey) (Entered: 05/16/2019) |
| 05/16/2019 | 1640 | Attorney Appearance by Crystal L. Maluchnik filed by on behalf of Unither Manufacturing LLC. (Maluchnik, Crystal) (Entered: 05/16/2019) |
| 05/21/2019 | 1641 | Report of Special Master *Order Governing Production of Non-party Humana Health's Pharmacy Claims Data for Track One Cases* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 05/21/2019) |
| 05/21/2019 | 1642 | **Notice** by David C. Youll to withdraw as attorney filed by Defendant Olympia Pharmacy. (Youll, David) Modified on 5/22/2019 (P,R). (Entered: 05/21/2019) |
| 05/23/2019 | 1644 | Attorney Appearance by Jim McGough filed on behalf of Olympia Pharmacy. (P,R) (Entered: 05/23/2019) |
| 05/23/2019 | 1645 | First Attorney Appearance by Jim C. McGough filed by on behalf of Olympia Pharmacy. (McGough, Jim) (Entered: 05/23/2019) |
| 05/23/2019 | 1646 | **Motion** to quash *Subpoena*, **Motion** to stay *Any Future Subpoena Pending Resolution of Criminal Case* filed by Defendant John N. Kapoor. (Attachments: # 1 Exhibit 1 - Memorandum in Support, # 2 Exhibit 2 - Superseding Indictment, # 3 Exhibit 3 - Subpoena, # 4 Exhibit 4 - Re-notice of Deposition)(Mullen, Kurt) (Entered: 05/23/2019) |
| 05/23/2019 | 1647 | **Motion** for extension of Response in Opposition to Motion for Order Releasing Plaintiff Fact Sheets until June 7, 2019 filed by Plaintiff Plaintiffs' Liaison Counsel. Related document(s) 1431 . (Skikos, Steven) (Entered: 05/23/2019) |
| 05/24/2019 |  | **Order** [non-document] granting 1647 Plaintiffs' Motion for extension of Response in Opposition to Motion for Order Releasing Plaintiff Fact Sheets until June 7, 2019. Judge Dan Aaron Polster on 5/24/2019.(W,CM) (Entered: 05/24/2019) |
| 05/24/2019 | 1648 | **Motion** to strike *in Part Plaintiff's Third Amended Complaint* filed by Defendant Prescription Supply Inc. Related document(s) 1631 . (Attachments: # 1 Brief in Support, # 2 Declaration of John J. Haggerty, # 3 Exhibit 1 to Declaration of John J. Haggerty, # 4 Exhibit 2 to Declaration of John J. Haggerty, # 5 Exhibit 3 to Declaration of John J. Haggerty, # 6 Certificate of Service)(Haggerty, John) |

| | | |
|---|---|---|
| | | Modified on 5/28/2019 (P,R). (Entered: 05/24/2019) |
| 05/28/2019 | 1649 | **Conditional Transfer Order (CTO 93)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 05/28/2019) |
| 05/28/2019 | 1650 | Report of Special Master *Discovery Ruling No. 20 Regarding Confidentiality Designations* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 05/28/2019) |
| 05/29/2019 | 1651 | **Order** denying Defendant Prescription Supply, Inc.'s Motion to strike Plaintiff's Third Amended Complaint (Related Doc # 1648 ). Judge Dan Aaron Polster on 5/29/19.(P,R) (Entered: 05/29/2019) |
| 05/29/2019 | 1652 | **Opposition** to 1646 **Motion** to quash *Subpoena* **Motion** to stay *Any Future Subpoena Pending Resolution of Criminal Case* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1 - E-mail of May 9, 2019, # 2 Exhibit 2 - E-mail of May 13, 2019, # 3 Exhibit 3 - E-mail of May 14, 2019, # 4 Exhibit 4 - Excerpts of Patrick Fourteau Deposition)(Badala, Salvatore) (Entered: 05/29/2019) |
| 05/30/2019 | 1653 | Report of Special Master *Order Regarding Pretrial Motions for Track One Cases* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 05/30/2019) |
| 05/30/2019 | 1654 | **Conditional Transfer Order (CTO 94)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 05/30/2019) |
| 05/31/2019 | | **Order** [non-document] denying as moot Defendant Kapoor's Motion to quash Subpoena and Motion to stay Any Future Subpoena Pending Resolution of Criminal Case (Related Doc # 1646 ). The Parties have informed the Court that they have reached an agreement.. Judge Dan Aaron Polster on 5/31/19.(P,R) (Entered: 05/31/2019) |
| 05/31/2019 | 1655 | Attorney Appearance by Stuart G. Parsell filed by on behalf of Ilene Sackler Lefcourt, Beverly Sackler, David Sackler, Johnathan Sackler, Kathe Sackler, Mortimer D.A. Sackler, Richard Sackler, Theresa Sackler. (Parsell, Stuart) (Entered: 05/31/2019) |
| 05/31/2019 | 1656 | Attorney Appearance *for Sheriff of Jefferson County* by U. W. Clemon filed by on behalf of Jefferson County Alabama. (Clemon, U.) (Entered: 05/31/2019) |
| 06/01/2019 | 1657 | Report of Special Master *Discovery Ruling No. 21 Regarding Supplementation of Interrogatory Responses* filed by David Rosenblum Cohen. (Attachments: # 1 Exhibit A - Chart of Disputed Interrogatories, # 2 Exhibit B - Informal Ruling on Supplementation of Interrogatories)(Cohen, David) (Entered: 06/01/2019) |
| 06/04/2019 | 1658 | FILING ERROR - TO BE FILED IN MEMBER CASE ONLY Waiver of Service Returned Executed by City of Quincy. McKesson Corporation waiver sent on 4/11/2019, answer due 6/10/2019 filed on behalf of City of Quincy (Singer, Linda) Modified on 6/5/2019 (P,R). (Entered: 06/04/2019) |
| 06/06/2019 | 1659 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio.(P,R) (Entered: 06/06/2019) |

| 06/06/2019 | 1660 | Stipulated **Motion** for extension of Plaintiff to file opposition to motions to dismiss filed by Allergan plc and Mallinckrodt plc; (2) Plaintiff to file opposition to motion to dismiss filed by Teva Ltd.; (3) Allergan plc and Mallinckrodt plc to file any reply; and (4) Teva Ltd. to file any reply until (1) 6/21/2019; (2) 7/5/2019; (3) 7/12/2019; and (4) 7/19/2019 filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Proposed Order Extending Certain Briefing Deadlines)(Cabraser, Elizabeth) (Entered: 06/06/2019) |
| --- | --- | --- |
| 06/06/2019 | 1661 | **Order** granting 1660 Plaintiff's Motion to Extend Briefing Deadlines. Judge Dan Aaron Polster on 6/6/19.(P,R) (Entered: 06/06/2019) |
| 06/06/2019 | 1662 | **Order** - State of Alabama directed to submit a supplemental brief by 6/14/19 addressing this Court's jurisdiction; Defendants' response due by 6/21/19. Regarding NAS cases: Defendants shall file a single, joint motion to strike class allegations by 7/22/19; Plaintiffs' response due 8/19/19; Defendants' reply due 9/2/19. Judge Dan Aaron Polster on 6/6/19. (P,R) (Entered: 06/06/2019) |
| 06/06/2019 | 1663 | **Objection** *to Discovery Ruling No. 21* filed by Rite Aid of Maryland, Inc.. Related document(s) 1657 . (Attachments: # 1 Exhibit A - May 7, 2019 Letter from Elisa McEnroe to Special Master Cohen) (McEnroe, Elisa) (Entered: 06/06/2019) |
| 06/07/2019 | 1664 | Notice of Withdrawal of Motion for Release of Plaintiffs' Fact Sheets (Doc. 1431) filed by State of Alabama. Related document(s) 1431 .(Maze, Corey) (Entered: 06/07/2019) |
| 06/07/2019 |  | **Order** [non-document] - Based on the Notice of Withdrawal of the Motion for Release of Plaintiffs' Fact Sheets filed by Alabama, Doc #: 1664 , the underlying Motion for Release of Plaintiffs' Fact Sheets, Doc #: 1431 , is hereby denied as moot. Judge Dan Aaron Polster on 6/7/19.(P,R) (Entered: 06/07/2019) |
| 06/07/2019 | 1665 | **Motion** to modify the court's consolidated ARCOS Protective Order of April 12, 2019 filed by MDL Notice Only Cloverdale Rancheria of Pomo Indians. Related document(s) 1545 . (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Purdon, Timothy) (Entered: 06/07/2019) |
| 06/09/2019 | 1666 | Report of Special Master *Discovery Ruling No. 14, Part 8 Regarding Privilege Claims on SOMS Audits* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 06/09/2019) |
| 06/10/2019 | 1667 | **Motion** for leave *to File Joint and Third Amended Complaint Under Seal* filed by Cabell County Commission, City of Huntington. (Attachments: # 1 Proposed Order)(Mougey, Peter) (Entered: 06/10/2019) |
| 06/10/2019 | 1668 | **Order** granting Plaintiffs' Motion for leave to File Joint and Third Amended Complaint Under Seal (Related Doc # 1667 ). Judge Dan Aaron Polster on 6/10/19.(P,R) (Entered: 06/10/2019) |
| 06/10/2019 | 1669 | **Order** - Pharmacies' objection to Discovery Ruling No. 21 as it pertains to Pharmacies' Interrogatory No. 6 1663 is SUSTAINED. Plaintiffs Summit and Cuyahoga County are directed to supplement their responses to Pharmacies' Interrogatory No. 6.. Judge Dan Aaron Polster on 6/10/19. (P,R) (Entered: 06/10/2019) |

| 06/10/2019 | 1670 | Notice of Filing Bankruptcy filed by Insys Manufacturing LLC, Insys Pharma, Inc., Insys Therapeutics, Inc.. (Sarokhanian, Nicholas) (Entered: 06/10/2019) |
| 06/11/2019 | 1671 | Notice of Filing of Form for Request for Waiver of Service of Summons filed by Publix Supermarkets, Inc.. (Attachments: # 1 Exhibit 1 (Request to Waive Service of Summons), # 2 Exhibit 2 (Waiver of Service of Summons))(Chernack, Gregory) (Entered: 06/11/2019) |
| 06/12/2019 | 1672 | Attorney Appearance by Crystal L. Maluchnik filed by on behalf of Unither Manufacturing LLC. (Maluchnik, Crystal) (Entered: 06/12/2019) |
| 06/12/2019 | 1673 | Attorney Appearance by Steven G. Janik filed by on behalf of Unither Manufacturing LLC. (Janik, Steven) (Entered: 06/12/2019) |
| 06/12/2019 | 1674 | Attorney Appearance by Audrey K. Bentz filed by on behalf of Unither Manufacturing LLC. (Bentz, Audrey) (Entered: 06/12/2019) |
| 06/12/2019 | 1675 | **Motion** for leave *of Court to Voluntarily Dismiss Action Without Prejudice* filed by MDL Notice Only State of Alabama. (Maze, Corey) (Entered: 06/12/2019) |
| 06/12/2019 | 1676 | Report of Special Master *Commission to Court Reporter for Depositions in Israel* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 06/12/2019) |
| 06/13/2019 | 1677 | **Marginal Entry Order** granting Plaintiff's Motion for Leave of Court to Voluntarily Dismiss Action without Prejudice (Related Doc # 1675 ). Judge Dan Aaron Polster (MDL 2804) on 6/13/2019.(W,CM) (Entered: 06/13/2019) |
| 06/13/2019 | 1678 | Report of Special Master *Discovery Ruling No. 14, Part 9 Regarding Walmart Privilege Claims* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 06/13/2019) |
| 06/13/2019 | 1679 | Notice Of Withdrawal Of One Of The Counsel For Defendant, Discount Drug Mart filed by Discount Drug Mart, Inc.. (Erb, Louis) (Entered: 06/13/2019) |
| 06/13/2019 | 1680 | **Opinion and Order**. For the reasons stated in the Order the Court OVERRULES the Reports and Recommendations of the Magistrate Judge, Doc. ##: 1499 , 1500 , with respect to Plaintiffs negligence per se claims as discussed in section V. and ADOPTS the Reports and Recommendations with respect to all other sections. Signed by Judge Dan Aaron Polster on 6/13/2019. (W,CM) (Entered: 06/13/2019) |
| 06/13/2019 | 1681 | Notice Regarding Service filed by John N. Kapoor. (Attachments: # 1 Exhibit A - Waiver of Service)(Mullen, Kurt) (Entered: 06/13/2019) |
| 06/13/2019 | 1682 | **SEALED Document:***Joint and Third Amended Complaint* filed by Cabell County Commission, City of Huntington. Related document(s) 1668 . (Farrell, Paul) (Entered: 06/14/2019) |
| 06/14/2019 | 1683 | Notice of Motion and **Motion** for Certification of Rule 23(b)(3) Cities/Counties Negotiation Calsss *filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Brief in Support, # 2 Proposed Class Notice, # 3 Exhibit FAQ, # 4 Proposed Order (Cabraser, Elizabeth) Modified on 6/14/2019 (P,R). (Entered: 06/14/2019)* |
| 06/14/2019 | 1684 | **Conditional Transfer Order (CTO 95)** by the Judicial Panel of Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 06/14/2019) |

| 06/17/2019 | 1685 | **Order** regarding staff's PACER fees and Westlaw access. Judge Dan Aaron Polster on 6/17/19. (P,R) (Entered: 06/17/2019) |
|---|---|---|
| 06/17/2019 | 1686 | Attorney Appearance by Jeffrey A. Kennard, Cameron E. Grant filed on behalf of Hy-Vee, Inc. (P,R) (Entered: 06/17/2019) |
| 06/17/2019 | 1687 | Notice of Filing of Form for Request for Waiver of Service of Summons for Target Stores,Inc. filed by Target Stores, Inc.. (Wildung, Wendy) (Entered: 06/17/2019) |
| 06/17/2019 | 1688 | Notice of Filing of Form for Request for Waiver of Service of Summons for Target Corporation filed by Target Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Wildung, Wendy) (Entered: 06/17/2019) |
| 06/17/2019 | 1689 | **Motion** for leave *Distributor and Manufacturer Defendants' Motion for Leave to File Summary Judgment Motion Under Seal* filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Proposed Order)(Heard, Frank) (Entered: 06/17/2019) |
| 06/17/2019 | 1690 | Plaintiffs' Corrected Notice of Motion and Motion for Certification of Rule 23(b)(3) Cities/Counties Negotiation Class filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Brief in Support of Certification of Rule 23(b)(3) Cities/Counties Negotiation Class, # 2 (Proposed) Class Action Notice, # 3 FAQs, # 4 Proposed Order)Related document(s) 1683 .(Cabraser, Elizabeth) (Entered: 06/17/2019) |
| 06/17/2019 | 1691 | **SEALED Motion** *Distributors and Manufacturers Motion for Partial Summary Judgment On Statute of Limitations Grounds* 441 , 1689 filed by Defendant Cardinal Health, Inc.. Related document(s) 441 , 1689 . (Attachments: # 1 Supplement Summary Sheet, # 2 Brief in Support, # 3 Appendix 1 TA Dep, # 4 Appendix 2 MB Dep, # 5 Appendix 3 KB Dep, # 6 Appendix 4 SB Dep, # 7 Appendix 5 TB Dep, # 8 Appendix 6 VC Dep, # 9 Appendix 7 MC Dep, # 10 Appendix 8 GC Dep, # 11 Appendix 9 WD Dep, # 12 Appendix 10 MG Dep, # 13 Appendix 11 JG Dep, # 14 Appendix 12 GJ Dep, # 15 Appendix 13 GJ Dep Ex. 12, # 16 Appendix 14 MK Dep, # 17 Appendix 15 PL Dep, # 18 Appendix 16 AL Dep, # 19 Appendix 17 CM Dep, # 20 Appendix 18 SM Dep, # 21 Appendix 19 JP Dep, # 22 Appendix 20 SP Dep, # 23 Appendix 21 JP Dep, # 24 Appendix 22 JR Dep, # 25 Appendix 23 DS Dep, # 26 Appendix 24 CW Dep, # 27 Appendix 25 DOJ ARCOS Retail Drug Summary, # 28 Appendix 26 GAO Report, # 29 Appendix 27 Gansler Report, # 30 Appendix 28 DOJ Article, # 31 Appendix 29 DOJ Press Release, # 32 Appendix 30 Ohio Medicaid Annual Report, # 33 Appendix 31 DOJ Press Release, # 34 Appendix 32 DOJ Press Release, # 35 Appendix 33 Executive Order, # 36 Appendix 34 OR DOJ Press Release, # 37 Appendix 35 OH Final Report, # 38 Appendix 36 OH Press Release, # 39 Appendix 37 SEC Alpharma Settlement Agmt, # 40 Appendix 38 House Bill 93 Rpt, # 41 Appendix 39 OH Opiate Epidemic, # 42 Appendix 40 SFC Press Release, # 43 Appendix 41 Letter to Endo, # 44 Appendix 42 Letter to J&J, # 45 Appendix 43 Letter to Purdue, # 46 Appendix 44 Letter to AAPM, # 47 Appendix 45 Letter to APF, # 48 Appendix 46 Letter to FSMB, # 49 Appendix 47 Letter to APS, # 50 Appendix 48 Rannazzisi Statement, # 51 Appendix 49 Annual Report Summit County, # 52 Appendix 50 DOJ DEA Adjudication of Registrant Actions, # 53 Appendix 51 Opiate Timeline, # 54 Appendix 52 FDA Approved Drugs, # 55 Appendix 53 Kalb Article, # 56 Appendix 54 Tough Article, # 57 Appendix 55 Mezger Article, # 58 Appendix 56 Henson Article, # 59 Appendix 57 Cincinnati Enquirer Article, # 60 Appendix 58 Meier Article, # 61 Appendix 59 The Blade |

Article, # 62 Appendix 60 Columbus Dispatch Article, # 63 Appendix 61 Loftus, Gryta Article, # 64 Appendix 62 Armon Article, # 65 Appendix 63 Nash Article, # 66 Appendix 64 Pramik Article, # 67 Appendix 65 Los Angeles Times Article, # 68 Appendix 66 Mitchell Article, # 69 Appendix 67 Pramik Article, # 70 Appendix 68 Allison Article, # 71 Appendix 69 Rutledge Article, # 72 Appendix 70 Akron Beacon Article, # 73 Appendix 71 Dissell Article, # 74 Appendix 72 Vardon Article, # 75 Appendix 73 Dayton Daily News Article, # 76 Appendix 74 Tribble Article, # 77 Appendix 75 Weber, Ornstein Article, # 78 Appendix 76 Weber, Ornstein Article, # 79 Appendix 77 Starting Point, # 80 Appendix 78 Barrett, Martin Article, # 81 Appendix 79 Fauber Article, # 82 Appendix 80 Fauber Article, # 83 Appendix 81 Shepard Smith Article, # 84 Appendix 82 Squawk Box, # 85 Appendix 83 Diane Sawyer Article, # 86 Appendix 84 Leger Article, # 87 Appendix 85 Wartenberg Article, # 88 Appendix 86 CNN broadcast, # 89 Appendix 87 Powell Article, # 90 Appendix 88 Meier Article, # 91 Appendix 89 McCarty Article, # 92 Appendix 90 Wartenberg Article, # 93 Appendix 91 Fauber, Gabler Article, # 94 Appendix 92 Early Start broadcast, # 95 Appendix 93 ABC World News broadcast, # 96 Appendix 94 Kamp article, # 97 Appendix 95 Meier article, # 98 Appendix 96 TA email, # 99 Appendix 97 DA email, # 100 Appendix 98 DA email attachment, # 101 Appendix 99 RZ email, # 102 Appendix 100 JM email, # 103 Appendix 101 TZ email, # 104 Appendix 102 JM email, # 105 Appendix 103 DL email, # 106 Appendix 104 DL email attachment, # 107 Appendix 105 DL email, # 108 Appendix 106 DA email, # 109 Appendix 107 DA email attachment, # 110 Appendix 108 DL email, # 111 Appendix 109 DL email attachment, # 112 Appendix 110 JH email, # 113 Appendix 111 DL email, # 114 Appendix 112 DL email attachment, # 115 Appendix 113 VC email, # 116 Appendix 114 CMDR email, # 117 Appendix 115 DS email, # 118 Appendix 116 HS email, # 119 Appendix 117 WD email, # 120 Appendix 118 WD email, # 121 Appendix 119 WD email attachment, # 122 Appendix 120 VC email, # 123 Appendix 121 VC email attachment, # 124 Appendix 122 TH email, # 125 Appendix 123 TH email attachment, # 126 Appendix 124 TH email attachment, # 127 Appendix 125 AW email, # 128 Appendix 126 AW email attachment, # 129 Appendix 127 HS email, # 130 Appendix 128 HS email attachment, # 131 Appendix 129 HS email attachment, # 132 Appendix 130 HS email attachment, # 133 Appendix 131 HS email attachment, # 134 Appendix 132 HS email attachment, # 135 Appendix 133 HS email attachment, # 136 Appendix 134 HS email attachment, # 137 Appendix 135 HS email attachment, # 138 Appendix 136 HS email, # 139 Appendix 137 HS email attachment, # 140 Appendix 138 HS email attachment, # 141 Appendix 139 HS email attachment, # 142 Appendix 140 HS email attachment, # 143 Appendix 141 HS email attachment, # 144 Appendix 142 Baker Report, # 145 Appendix 143 ODH Press Release, # 146 Appendix 144 ODH Press Release, # 147 Appendix 145 CCC Press Release, # 148 Appendix 146 ADAMHS Board Minutes, # 149 Appendix 147 2010 Narcotics Stats, # 150 Appendix 148 ODH Press Release, # 151 Appendix 149 OSBP Press Release, # 152 Appendix 150 Denihan article, # 153 Appendix 151 OACBHA Press Release, # 154 Appendix 152 Denihan article, # 155 Appendix 153 Summit Cty OARRS Report, # 156 Appendix 154 Fishbain article, # 157 Appendix 155 Saper, Lake article, # 158 Appendix 156 Chou article, # 159 Appendix 157 APF Annual Report, # 160 Appendix 158 Treadwell article, # 161 Appendix 159 Boscarino article, # 162 Appendix 160 AAPM press release, # 163 Appendix 161 APS press release, # 164 Appendix 162 AL Expert Report, # 165 Appendix 163 MS Expert Report, # 166 Appendix 164 Endo, Our Products, # 167 Appendix 165 Purdue,

| | | |
|---|---|---|
| | | Purdue Products, # [168](#) Appendix 166 Janssen, Products, # [169](#) Appendix 167 Teva USA, Product Catalog, # [170](#) Appendix 168 Fishman excerpt, # [171](#) Appendix 169 OSAMN press release, # [172](#) Appendix 170 Farrell email, # [173](#) Appendix 171 Chiem article, # [174](#) Appendix 172 VanZee article, # [175](#) Proposed Order)(Heard, Frank) (Entered: 06/18/2019) |
| 06/18/2019 | [1692](#) | **SEALED Motion** *of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* [441](#) , [1689](#) filed by Defendant Cardinal Health, Inc.. Related document(s) [441](#) , [1689](#) . (Attachments: # [1](#) Summary Sheet ISO MSJ, # [2](#) Brief in Support, # [3](#) Index, # [4](#) Exhibit I.1 - GB Dep., # [5](#) Exhibit I.2 - GB 2 Dep., # [6](#) Exhibit I.3 - RB Dep., # [7](#) Exhibit I.4 - EC Dep., # [8](#) Exhibit I.5 - MC Dep., # [9](#) Exhibit I.6 - PC Dep., # [10](#) Exhibit I.7 - WD Dep., # [11](#) Exhibit I.8 - GE Dep., # [12](#) Exhibit I.9 - SH Dep., # [13](#) Exhibit I.10 - DK Dep., # [14](#) Exhibit I.11 - AL Dep., # [15](#) Exhibit I.12 - JN Dep., # [16](#) Exhibit I.13 - MP Dep., # [17](#) Exhibit I.14 - TP Dep., # [18](#) Exhibit I.15 - GQ Dep., # [19](#) Exhibit I.16 - MR Dep., # [20](#) Exhibit I.17 - MS Dep., # [21](#) Exhibit I.18 - SS Dep., # [22](#) Exhibit I.19 - DW Dep., # [23](#) Exhibit I.20 - CW Dep., # [24](#) Exhibit I.21 - CZ Dep., # [25](#) Exhibit I.22 - CZ 2 Dep., # [26](#) Exhibit II.1 - Produced Spreadsheet, # [27](#) Exhibit II.2 - Produced Spreadsheet, # [28](#) Exhibit II.3 - Produced Letter, # [29](#) Exhibit II.4 - Produced Agreement, # [30](#) Exhibit II.5 - Produced Agreement, # [31](#) Exhibit II.6 - Produced Email, # [32](#) Exhibit II.7 - Produced Document, # [33](#) Exhibit III.1 - Expert Report, # [34](#) Exhibit III.2 - Expert Report, # [35](#) Exhibit III.3 - Expert Report, # [36](#) Exhibit III.4 - Expert Report, # [37](#) Exhibit III.5 - Expert Report, # [38](#) Exhibit III.6 - Expert Report, # [39](#) Exhibit IV.1 - DEA Website, # [40](#) Proposed Order)(Heard, Frank) (Entered: 06/18/2019) |
| 06/18/2019 | [1693](#) | Notice of Appearance *of Wendy J. Wildung* filed by Target Corporation, Target Stores, Inc.. (Wildung, Wendy) (Entered: 06/18/2019) |
| 06/18/2019 | [1694](#) | Notice of Appearance *of Amy R. Fiterman* filed by Target Corporation, Target Stores, Inc.. (Fiterman, Amy) (Entered: 06/18/2019) |
| 06/18/2019 | [1695](#) | Notice of Appearance *of Andrew L. Campbell* filed by Target Corporation, Target Stores, Inc.. (Campbell, Andrew) (Entered: 06/18/2019) |
| 06/18/2019 | | **Order** [non-document] Hearing Re: Plaintiffs' Lead Counsel and Plaintiffs' Executive Committee's [1683](#) **Motion** for class certification set for 6/25/2019 at 12:00 PM in Courtroom 18B before Judge Dan Aaron Polster. Entered on behalf of Judge Dan Aaron Polster on 6/18/2019. (K,K) (Entered: 06/18/2019) |
| 06/19/2019 | [1696](#) | Corporate Disclosure Statement filed by Target Corporation, Target Stores, Inc.. (Wildung, Wendy) (Entered: 06/19/2019) |
| 06/19/2019 | [1697](#) | Attorney Appearance by Matthew B. Free filed by on behalf of Economy Pharmacy, Inc.. (Free, Matthew) (Entered: 06/19/2019) |
| 06/19/2019 | [1698](#) | Attorney Appearance by Sean H. McKee filed by on behalf of Economy Pharmacy, Inc.. (McKee, Sean) (Entered: 06/19/2019) |
| 06/19/2019 | [1699](#) | Attorney Appearance by Benjamin D. Reed filed by on behalf of Economy Pharmacy, Inc.. (Reed, Benjamin) (Entered: 06/19/2019) |
| 06/19/2019 | [1700](#) | Attorney Appearance by Steven W. Simcoe filed by on behalf of Economy Pharmacy, Inc.. (Simcoe, Steven) (Entered: 06/19/2019) |

| 06/19/2019 | 1701 | **Motion** for a procedure for Tribal Plaintiffs to File Short Form Complaints filed by MDL Notice Only Cow Creek Band of Umpqua Tribe of Indians. (Attachments: # 1 Proposed Order, # 2 Proposed Tribal Short Form Complaint)(Purdon, Timothy) (Entered: 06/19/2019) |
|---|---|---|
| 06/19/2019 | 1702 | **Motion** for leave *to file Pharmacy Defendants Summary Judgment Motion under seal* filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. (Attachments: # 1 Proposed Order)(Delinsky, Eric) (Entered: 06/19/2019) |
| 06/19/2019 | 1703 | **SEALED Motion** *by the Pharmacy Defendants for Summary Judgment Based on the Statutes of Limitations* 441 , 1702 filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. Related document(s) 441 , 1702 . (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Exhibit Summary Sheet, # 4 Exhibit Harris Declaration (Walgreens), # 5 Exhibit Ruiz Declaration (CVS), # 6 Exhibit Kobrin Declaration (Giant Eagle), # 7 Exhibit McEnroe Declaration (Rite Aid), # 8 Exhibit Briscoe Declaration (DDM), # 9 Exhibit Fumerton Declaration (Walmart)) (Delinsky, Eric) (Entered: 06/19/2019) |
| 06/19/2019 | 1704 | **Motion** for leave to Modify Protective Order filed by NAS Baby Plaintiffs. (Attachments: # 1 Pleading, # 2 Exhibit 1-KWT ltr to Farrell 190131, # 3 Exhibit 2-BC ltr to LeBlanc 190207, # 4 Exhibit 3-CB ltr to Cohen 190509, # 5 Exhibit 4-CB ltr to Cohen 190515, # 6 Exhibit 5-Weinberger Response 190612) (Brustowicz, Celeste) Modified on 6/20/2019 (P,R). (Entered: 06/19/2019) |
| 06/20/2019 | 1705 | **Conditional Transfer Order (CTO 96)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 06/20/2019) |
| 06/20/2019 | 1706 | Attorney Appearance by Paul W. Schmidt filed by on behalf of McKesson Corporation. (Schmidt, Paul) (Entered: 06/20/2019) |
| 06/20/2019 | 1707 | Attorney Appearance by Hugh J. Bode filed by on behalf of Weis Markets, Inc.. (Bode, Hugh) (Entered: 06/20/2019) |
| 06/20/2019 | 1708 | **Scheduling Order** - Any party opposing remand of Delaware County, PA v. Purdue Pharma and County of Carbon v. Purdue Pharma, objections due by 12:00 noon, Monday, July 1, 2019. Judge Dan Aaron Polster on 6/20/19. (Attachments: # 1 Judge Dozer Letter)(P,R) (Entered: 06/20/2019) |
| 06/20/2019 | | Notice (non-document): The Court authorizes interested parties to listen in telephonically to the public hearing to be held on June 25, 2019 at 12:00 pm. Interested parties should dial 1-800-201-7439, conference code: 918302, to participate. The dial in number and conference code may be provided to anyone who needs to be on the call. Note that everyone on the call will be muted. The Court will not monitor the conference line and parties on the line will not be able to interact with the Court. They will only be able to hear the live audio. (P,R) (Entered: 06/20/2019) |
| 06/21/2019 | 1709 | Amended Report of Special Master *Amended Order Regarding Pretrial Motions for Track One Cases* filed by David Rosenblum Cohen. Related document(s) 1653 . (Cohen, David) (Entered: 06/21/2019) |
| 06/21/2019 | 1710 | Information Copy of opinion from USCA for the Sixth Circuit: Vacating the District Court's Protective Order and any orders permitting the parties to file |

| | | |
|---|---|---|
| | | pleadings under seal or with redactions, and Remand to permit the District Court to consider entering new orders consistent with this opinion re Notice of Appeals 902 and 970 (USCA# 18-3839 & 18-3860). This is not a mandate order. Circuit Judges: Guy, Clay, and Griffin. Date issued by USCA 6/20/19. (Attachments: # 1 Judgment) (H,SP) (Entered: 06/21/2019) |
| 06/21/2019 | 1711 | Notice of Manual Filing of Sealed Appendix Tabs 13, 126, 142 to Distributors and Manufacturers Combined Brief in Support of Motion for Partial Summary Judgment On Statute of Limitations Grounds. CD on file in Clerk's Office. Related document(s) 1691 .(P,R) (Entered: 06/21/2019) |
| 06/21/2019 | 1712 | Attorney Appearance by Katie DeBoer filed by on behalf of Medisca, Inc.. (DeBoer, Katie) (Entered: 06/21/2019) |
| 06/21/2019 | 1713 | **Motion** to seal *Plaintiffs' Opposition to Mallinckrodt plc's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal* filed by Plaintiff Plaintiffs' Executive Committee. (Attachments: # 1 Proposed Order)(Cabraser, Elizabeth) (Entered: 06/21/2019) |
| 06/21/2019 | 1714 | Attorney Appearance by W. Gordon Dobie filed by on behalf of Medisca, Inc.. (Dobie, W.) (Entered: 06/21/2019) |
| 06/21/2019 | 1715 | **Motion** for leave *to file Pharmacy Defendants' Civil Conspiracy Summary Judgment Motion under seal* filed by Defendant Walmart, Inc.. (Attachments: # 1 Proposed Order)(Fumerton, Tara) (Entered: 06/21/2019) |
| 06/21/2019 | 1716 | **SEALED Motion** *of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim 441* filed by Defendant Walmart, Inc.. Related document(s) 441 . (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Exhibit Summary Sheet, # 4 Exhibit Fumerton Declaration, # 5 Exhibit Ex 1, # 6 Exhibit Ex 2, # 7 Exhibit Ex 3, # 8 Exhibit Ex 4, # 9 Exhibit Ex 5, # 10 Exhibit Ex 6, # 11 Exhibit Ex 7, # 12 Exhibit Ex 8, # 13 Exhibit Ex 9, # 14 Exhibit Ex 10, # 15 Exhibit Ex 11, # 16 Exhibit Ex 12, # 17 Exhibit Ex 13, # 18 Exhibit Ex 14, # 19 Exhibit Ex 15, # 20 Exhibit Ex 16, # 21 Exhibit Ex 17, # 22 Exhibit Ex 18, # 23 Exhibit Ex 19, # 24 Exhibit Ex 20, # 25 Exhibit Ex 21, # 26 Exhibit Ex 22, # 27 Exhibit Ex 23, # 28 Exhibit Ex 24, # 29 Exhibit Ex 25, # 30 Exhibit Ex 26, # 31 Exhibit Ex 27, # 32 Exhibit Ex 28, # 33 Exhibit Ex 29, # 34 Exhibit Ex 30, # 35 Exhibit Ex 31, # 36 Exhibit Ex 32, # 37 Exhibit Ex 33, # 38 Exhibit Ex 34, # 39 Exhibit Ex 35, # 40 Exhibit Ex 36, # 41 Exhibit Ex 37, # 42 Exhibit Ex 38, # 43 Exhibit Ex 39, # 44 Exhibit Ex 40, # 45 Exhibit Ex 41, # 46 Exhibit Ex 42, # 47 Exhibit Ex 43, # 48 Exhibit Ex 44, # 49 Exhibit Ex 45, # 50 Exhibit Ex 46, # 51 Exhibit Ex 47, # 52 Exhibit Ex 48, # 53 Exhibit Ex 49, # 54 Exhibit Ex 50)(Fumerton, Tara) (Entered: 06/21/2019) |
| 06/21/2019 | 1717 | **Opposition** to 1266 **Motion** for leave *by special appearance to file motion to dismiss for lack of personal jurisdiction,***Motion** to dismiss filed by Plaintiffs' Executive Committee. (Attachments: # 1 Affidavit of Mark Chalos, # 2 Exhibit s to Chalos Declaration, # 3 Affidavit of Alec Fahey, CPA)(Cabraser, Elizabeth) (Entered: 06/21/2019) |
| 06/22/2019 | 1718 | Notice re Filing of Plaintiffs' Opposition to Mallinckrodt plc's Motion to Dismis for Lack of Personal Jurisdiction filed by Plaintiffs' Executive Committee. Related document(s) 1717 .(Cabraser, Elizabeth) (Entered: 06/22/2019) |

| 06/24/2019 | 1719 | Report of Special Master *Directions Regarding FIling of Briefs Under Seal* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 06/24/2019) |
|---|---|---|
| 06/24/2019 | 1720 | **Opposition** to 1683 **Motion** for class certification *filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation, Prescription Supply Inc. (Hobart, Geoffrey) (Entered: 06/24/2019)* |
| 06/24/2019 | 1721 | Attorney Appearance by Brian N. Ramm *Warren McClurg and James Walsh* filed by on behalf of Dakota Drug, Inc.. (Ramm, Brian) (Entered: 06/24/2019) |
| 06/24/2019 | 1722 | Corporate Disclosure Statement filed by Dakota Drug, Inc.. (Ramm, Brian) (Entered: 06/24/2019) |
| 06/24/2019 | 1723 | **Opposition** to 1683 **Motion** for class certification *by Certain Pharmacy Defendants filed by Walgreen Co., Walgreen Eastern Co.. (Stoffelmayr, Kaspar) (Entered: 06/24/2019)* |
| 06/24/2019 | 1724 | **Order** - Defendants' answers in the Muscogee (Creek) Nation and The Blackfeet Tribe of the Blackfeet Indian Reservation cases due by 12:00 PM on 7/11/19. Judge Dan Aaron Polster on 6/24/19. (P,R) (Entered: 06/24/2019) |
| 06/24/2019 | 1725 | **Order** Regarding ARCOS Data and Documents Previously Filed Under Seal. Judge Dan Aaron Polster on 6/24/19. (P,R) (Entered: 06/24/2019) |
| 06/24/2019 | 1726 | Letter to Court from State Attorneys General (P,R) (Entered: 06/24/2019) |
| 06/24/2019 | 1727 | Letter to Court from State Attorneys General (P,R) (Additional attachment(s) added on 6/25/2019: # 1 Letter with additional signatory) (P,R). (Entered: 06/24/2019) |
| 06/25/2019 | 1728 | Attorney Appearance by Nathan Upfal filed on behalf of Auburn Pharmaceuticals. (P,R) (Entered: 06/25/2019) |
| 06/25/2019 | 1729 | **Order** Setting Procedure for Amendment of Complaints and Incorporation by Reference of Materials Under Seal for Tribal Plaintiffs. Judge Dan Aaron Polster on 6/25/19. (P,R) (Entered: 06/25/2019) |
| 06/25/2019 | 1730 | **Motion** for joinder *in the Memorandum of Certain Defendants in Opposition to Plaintiffs' Motion for Certification of Rule 23(b)(3) Cites/Counties Negotiation Class* filed by Defendant Publix Supermarkets, Inc.. (Chernack, Gregory) (Entered: 06/25/2019) |
| 06/25/2019 | 1731 | **Motion** to Modify the Court's Order re Tribal Short Form Complaints filed by Tribal Leadership Committee. Related document(s) 1729 . (Attachments: # 1 Exhibit A - Proposed Order, # 2 Exhibit B)(Purdon, Timothy) (Entered: 06/25/2019) |
| 06/25/2019 | 1732 | Transcript of Status Conference held on June 25, 2019 before Judge Dan A. Polster. To obtain a copy of this transcript please contact court reporter Sue Trischan at 216-357-7087 (e-mail: Susan_Trischan@ohnd.uscourts.gov). [20 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 7/2/2019. Redaction Request due 7/16/2019. Redacted Transcript Deadline set for 7/26/2019. Release of Transcript Restriction set for 9/23/2019. |

| | | |
|---|---|---|
| | | (T,S) (Entered: 06/25/2019) |
| 06/25/2019 | 1733 | Notice of Service of Plaintiffs' Motion for Partial Summary Adjudication with Respect to the Duties of the Defendants Under the Controlled Substances Act, Memorandum in Support of Plaintiffs Motion for Partial Summary Adjudication with Respect to the Duties of the Defendants Under the Controlled Substances Act, Exhibits A through C and Summary Sheet filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Hanly, Paul) (Entered: 06/25/2019) |
| 06/25/2019 | 1734 | Address Change Notice filed by Julie Ann DeMille. (DeMille, Julie) (Entered: 06/25/2019) |
| 06/25/2019 | 1735 | Joint Stipulation and Proposed Order for Extension of Deadline filed by County of Summit, Ohio. Related document(s) 1258 .(Baig, Aelish) (Entered: 06/25/2019) |
| 06/25/2019 | 1736 | Notice of Service of Distributor Defendants' Motion for Summary Judgment on Proximate Causation Grounds filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Prescription Supply Inc. (Attachments: # 1Exhibit A -Summary Sheet)(Hobart, Geoffrey) (Entered: 06/25/2019) |
| 06/26/2019 | 1737 | **Conditional Transfer Order (CTO 97)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 06/26/2019) |
| 06/26/2019 | 1738 | Transcript of Status Conference held on June 25, 2019 before Judge Dan A. Polster. To obtain a copy of this transcript please contact court reporter Sue Trischan at 216-357-7087 (E-Mail: Susan_Trischan@ohnd.uscourts.gov). [52 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 7/3/2019. Redaction Request due 7/17/2019. Redacted Transcript Deadline set for 7/29/2019. Release of Transcript Restriction set for 9/24/2019. (T,S) (Entered: 06/26/2019) |
| 06/26/2019 | 1739 | Corporate Disclosure Statement filed by A+ Pharmacy & Home Medical Equipment. (Meadows, Michael) (Entered: 06/26/2019) |
| 06/26/2019 | 1740 | Attorney Appearance by Nancy Patterson filed on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Pharma, Inc.(P,R) (Entered: 06/26/2019) |
| 06/26/2019 | 1741 | Attorney Appearance *Notice of Appearance* by Michael A. Meadows filed by on behalf of A+ Pharmacy & Home Medical Equipment. (Meadows, Michael) (Entered: 06/26/2019) |
| 06/26/2019 | 1742 | **Order** Modifying 1729 the Court's Order Setting Procedure for Amendment of Complaints and Incorporation by Reference of Materials Under Seal for Tribal Plaintiffs. Judge Dan Aaron Polster on 6/26/19. (Attachments: # 1 Exhibit A - Tribal Plantiffs' Short Form for Supplementing Complaint and Amending Defendants and Jury Demand)(P,R) (Entered: 06/27/2019) |

| 06/26/2019 | 1743 | **Notice** Disclosing Expert Consultant. Judge Dan Aaron Polster on 6/26/19. (P,R) (Entered: 06/27/2019) |
|---|---|---|
| 06/27/2019 | | **Order** [non-document] granting 1730 Publix Supermarkets' Motion for Joinder in the Memorandum of Certain Defendants in Opposition to Plaintiffs' Motion for Certification of Rule 23(b)(3) Cites/Counties Negotiation Class. Judge Dan Aaron Polster on 6/27/19.(P,R) (Entered: 06/27/2019) |
| 06/27/2019 | 1744 | **Stipulation & Order** for Extension of Deadline. Plaintiffs' response to 1258 Allergan's Motion to Dismiss due 7/9/19, Allergan's reply due 7/30/19. Judge Dan Aaron Polster on 6/27/19. (P,R) (Entered: 06/27/2019) |
| 06/27/2019 | 1745 | **Order** granting Leave until 12:00 PM on 7/9/19 to Amend Plaintiffs Motion for Certification of Rule 23(b)(3) Cities/Counties Negotiation Class. Objections and responses to amended motion due 7/23/19, reply due 7/30/19. Motion Hearing set for 8/6/2019 at 10:00 AM in Courtroom 18B. Judge Dan Aaron Polster on 6/27/19. (P,R) (Entered: 06/27/2019) |
| 06/27/2019 | 1746 | Attorney Appearance by Elizabeth M. Miller, Douglas P. Hill, Teresa E. Hurla filed on behalf of KVK-Tech, Inc.. (P,R) (Entered: 06/27/2019) |
| 06/27/2019 | 1747 | Attorney Appearance by Mark Fiore filed on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc. (P,R) (Entered: 06/27/2019) |
| 06/27/2019 | 1748 | **Motion** for relief *from June 24, 2019 Order* filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 1725 . (Attachments: # 1 Brief in Support)(Bennett, James) (Entered: 06/27/2019) |
| 06/28/2019 | 1749 | **Motion** for summary judgment *by Generic Manufacturers* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Mallinckrodt LLC, Mallinckrodt PLC, Noramco, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., SpecGX LLC, Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Attachments: # 1 Supplement Summary Sheet, # 2 Brief in Support, # 3 Appendix Summary Sheet of Exhibits, # 4 Affidavit Declaration of Steven A. Reed, # 5 Exhibit 1-Meredith Rosenthal Dep., # 6 Exhibit 2-FDA, Generic Drugs Undergo Rigorous FDA Scrutiny, # 7 Exhibit 3-Karen A. Goldman et al., Authorized Generic Drugs, # 8 Exhibit 4-Declaration of David Myers, # 9 Exhibit 5-Excerpt of Douglas Boothe, Jan. 17, 2019 Dep., # 10 Exhibit 6-Excerpt of Michael Perfetto, Dec. 18, 2018 Dep., # 11 Exhibit 7-Excerpt of David Myers, Dec. 13, 2018 Dep., # 12 Exhibit 8-Excerpt of Jinping McCormick, Jan. 9, 2019 Dep., # 13 Exhibit 9-Excerpt of Andrew Boyer, Jan. 15, 2019 Dep., # 14 Exhibit 10-Excerpt of Christine Baeder, Jan. 24, 2019 Dep., # 15 Exhibit 11-Excerpt of John Hassler, Nov. 16, 2018 Dep., # 16 Exhibit 12-Declaration of Christine Baeder, # 17 Exhibit 13-Excerpt of Matthew Perri, April 24, 2019 Dep., # 18 Exhibit 14-Excerpt of Expert Report of Dr. Edward Michna, # 19 Exhibit 15-Excerpt of Expert Report of Dr. Pradeep Chintagunta, # 20 Exhibit 16-Excerpt of Expert Report of Dr. Sean Nicholson, # 21 Exhibit 17-Excerpt of Expert Report of Dr. Melanie Rosenblatt, # 22 Exhibit 18-Excerpt of Kevin Vorderstrasse, Dec. 5, 2018 Dep., # 23 Exhibit 19-Excerpt of Ginger Collier, # 24 Exhibit 20-Excerpt of |

| | | |
|---|---|---|
| | | Lisa Cardetti, # 25 Exhibit 21-FDA, Generic Drugs: Questions & Answers, # 26 Exhibit 22-Supplemental Written Responses and Objection of Defendants, # 27 Exhibit 23-Excerpt of George Stevenson, # 28 Schedule)(Reed, Steven) (Entered: 06/28/2019) |
| 06/28/2019 | 1750 | Notice of Service of Distributor Defendants' Motion for Summary Judgment on Plaintiffs' RICO adn OCPA Claims filed by AmerisourceBergen Corporation, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Exhibit A--Summary Sheet)(Hobart, Geoffrey) (Entered: 06/28/2019) |
| 06/28/2019 | 1751 | Notice of Service of Motion for Judgment on the Pleadings or, In the Alternative, Summary Judgment and *Memorandum in Support* filed by Noramco, Inc.. (Attachments: # 1 Exhibit A- Summary Sheet)(Jarcho, Daniel) (Entered: 06/28/2019) |
| 06/28/2019 | 1752 | Attorney Appearance by John J. Haggerty filed by on behalf of Discount Emporium, Inc.. (Haggerty, John) (Entered: 06/28/2019) |
| 06/28/2019 | 1753 | Notice of Service of Defendants' Daubert Motion to Exclude the Opinions of Seth B. Whitelaw filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co., Walgreen Eastern Co.. (Attachments: # 1 Exhibit A--Summary Sheet)(Hobart, Geoffrey) (Entered: 06/28/2019) |
| 06/28/2019 | 1754 | Notice of Service of Motion for Partial Summary Judgment, Memorandum in Support and Declaration filed by H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC. (Attachments: # 1 Exhibit A - Summary Sheet) (Padgett, William) (Entered: 06/28/2019) |
| 06/28/2019 | 1755 | Notice of Service of Notice of Service with Exhibit A filed by AmerisourceBergen Drug Corporation, Anda, Inc., Cardinal Health, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Prescription Supply Inc. (Attachments: # 1 Exhibit A)(Nicholas, Robert) (Entered: 06/28/2019) |
| 06/28/2019 | 1756 | Notice of Service of Motion For Summary Judgment filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. (Attachments: # 1 Exhibit Summary Sheet) (Delinsky, Eric) (Entered: 06/28/2019) |
| 06/28/2019 | 1757 | Notice of Service of Motion for Summary Judgment *(Notice of Service of Defendant Discount Drug Mart, Inc.'s Motion for Summary Judgment)* filed by Discount Drug Mart, Inc.. (Attachments: # 1 Exhibit 1 - Exhibit to Notice of Service)(Johnson, Timothy) (Entered: 06/28/2019) |
| 06/28/2019 | 1758 | Notice of Service of Defendants Motion to Exclude David Cutlers Opinions and Proposed Testimony, Brief in Support, Declaration & Exhibits, Proposed Order filed by Allergan Sales, LLC, Allergan USA, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC. (Attachments: # 1 Exhibit A, Summary Sheet for Notice of Service of Defendants Motion (Welch, Donna) Modified text on 7/1/2019 (P,R). (Entered: 06/28/2019) |

| 06/28/2019 | 1759 | Notice of Service of Motion for Summary Judgment and Related Documents filed by HBC Service Company. (Attachments: # 1 Exhibit A - Summary Sheet) (Barnes, Robert) (Entered: 06/28/2019) |
| 06/28/2019 | 1760 | Notice of Service of Manufacturer Defendants' Motion for Summary Judgment That Plaintiffs' State-Law Claims are Preempted and Their Federal Claims are Precluded filed by Manufacturer Defendants. (Attachments: # 1 Exhibit A - Summary Sheet)(Stern, Jonathan) (Entered: 06/28/2019) |
| 06/28/2019 | 1761 | Notice of Service of Manufacturer Defendants Motion for Summary Judgment on Plaintiffs Public Nuisance Claims, Brief in Support, Declaration & Exhibits, Proposed Order filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. (Attachments: # 1 Exhibit A Summary Sheet for Manufacturer Defendants Motion (Welch, Donna) Modified text on 7/1/2019 (P,R). (Entered: 06/28/2019) |
| 06/28/2019 | 1762 | Notice of Service of Non-RICO Small Distributors Motion for Summary Judgment Based on Their De Minimis Status filed by Anda, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., Prescription Supply Inc. (Attachments: # 1 Exhibit A to Notice of Service)(Haggerty, John) (Entered: 06/28/2019) |
| 06/28/2019 | 1763 | Attorney Appearance by Julie M. Pfeiffer filed by on behalf of Dave Yost Ohio Attorney General. (Pfeiffer, Julie) (Entered: 06/28/2019) |
| 06/28/2019 | 1764 | Notice of Service of Walgreens' Motion for Summary Judgment, Brief is Support, Declaration & Exhibits, and Summary Sheet filed by Walgreen Co., Walgreen Eastern Co.. (Attachments: # 1 Exhibit A - Summary Sheet of Concise Issues Raised)(Stoffelmayr, Kaspar) (Entered: 06/28/2019) |
| 06/28/2019 | 1765 | Notice of Service of Defendants' Daubert Motion to Exclude the Opinions Offered by Jonathan Gruber filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co., Walgreen Eastern Co., Inc.. (Attachments: # 1 Exhibit A--Summary Sheet) (Hobart, Geoffrey) (Entered: 06/28/2019) |
| 06/28/2019 | 1766 | **Motion** for protective order *Ohio Attorney Generals Motion for Immediate Consideration of Good Cause for a New Protective Order Relating to ARCOS Data* filed by Interested Party Dave Yost Ohio Attorney General. Related document(s) 611 , 167 , 640 . (Attachments: # 1 Exhibit 1 Letter re: Public Records Request)(Pfeiffer, Julie) (Entered: 06/28/2019) |
| 06/28/2019 | 1767 | Notice of Service of Defendants Motion to Exclude Meredith Rosenthals Opinions and Proposed Testimony, Brief in Support, Declaration & Exhibits, Proposed Order filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. (Attachments: # 1 Exhibit A, Summary Sheet for Defendants Motion (Welch, Donna) Modified text on 7/1/2019 (P,R). (Entered: 06/28/2019) |
| 06/28/2019 | 1768 | Notice of Service of Notice of Service with Exhibit A filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo |

| | | |
|---|---|---|
| | | Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co., Walgreen Eastern Co.. (Attachments: # 1 Exhibit A)(Nicholas, Robert) (Entered: 06/28/2019) |
| 06/28/2019 | 1769 | Notice of Service of Motion for Summary Judgment of Walmart Inc. filed by Walmart Inc.. (Attachments: # 1 Summary Sheet)(Fumerton, Tara) (Entered: 06/28/2019) |
| 06/28/2019 | 1770 | **Response** to 1748 **Motion** for relief *from June 24, 2019 Order* filed by All Plaintiffs. (Weinberger, Peter) (Entered: 06/28/2019) |
| 06/28/2019 | 1771 | Notice of Service of Manufacturer Defendants Motion for Summary Judgment For Plaintiffs Failure to Offer Proof of Causation, Brief in Support, Declaration & Exhibits, Proposed Order filed by Manufacturer Defendants. (Attachments: # 1 Exhibit A, Summary Sheet for Manufacturer Defendants Motion (Welch, Donna) Modified on text 7/1/2019 (P,R). (Entered: 06/28/2019) |
| 06/28/2019 | 1772 | Notice of Service of Motion for Summary Judgment on Preemption and Supporting Materials by Pharmacy Defendants, ABDC, Cardinal, and McKesson filed by Rite Aid of Maryland, Inc. (Attachments: # 1 Exhibit Summary Sheet) (Moore, Kelly) Modified text on 7/1/2019 (P,R). (Entered: 06/28/2019) |
| 06/28/2019 | 1773 | Brief *Defendants' Daubert Roadmap Brief* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Exhibit A - Summary Sheet) (Rendon, Carole) (Entered: 06/28/2019) |
| 06/28/2019 | 1774 | Pharmacy Defendants' Motion for Summary Judgment on Causation filed by Rite Aid of Maryland, Inc.. (Attachments: # 1 Exhibit Exhibit Summary Sheet)(Moore, Kelly) (Entered: 06/28/2019) |
| 06/28/2019 | 1775 | Notice of Service of Individual Motion for Summary Judgment, Brief in Support, Declaration & Exhibits, Proposed Order filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. (Attachments: # 1 Exhibit A, Summary Sheet (Welch, Donna) Modified text on 7/1/2019 (P,R). (Entered: 06/28/2019) |
| 06/28/2019 | 1776 | Notice of Service of Defendants' Motion for Summary Judgment; Memorandum in Support of Defendants' Motion for Summary Judgment; Declaration of Amy A. Lucas in Support of Defendants' Motion for Summary Judgment, along with the corresponding Exhibits; [Proposed] Order Granting Defendants' Motion for Summary Judgment; and Summary Sheet for Defendants' Motion for Summary Judgment filed by Janssen Pharmaceuticals, Inc., Johnson & Johnson. (Attachments: # 1 Exhibit A - Summary Sheet)(Lifland, Charles) (Entered: 06/28/2019) |
| 06/28/2019 | 1777 | Notice of Service of Defendants' Motion to Exclude Testimony of Thomas McGuire Concerning Damages filed by Cardinal Health, Inc.. (Attachments: # 1 Exhibit A - Summary Sheet)(Hardin, Ashley) (Entered: 06/28/2019) |
| 06/28/2019 | 1778 | Notice of Service of Mallinckrodt's Motion for Partial Summary Judgment filed by Mallinckrodt LLC, Mallinckrodt PLC, SpecGX LLC. (Attachments: # 1 Exhibit A - Summary Sheet)(O'Connor, Brien) (Entered: 06/28/2019) |

| 06/28/2019 | 1779 | Notice of Service of Motion for Summary Judgment and Supporting Materials by Rite Aid of Maryland filed by Rite Aid of Maryland, Inc.. (Attachments: # 1 Exhibit Exhibit Summary Sheet)(Moore, Kelly) (Entered: 06/28/2019) |
| --- | --- | --- |
| 06/28/2019 | 1780 | Notice of Service of Motion To Exclude Experts re: "Gateway Hypothesis" filed by Cardinal Health, Inc.. (Attachments: # 1 Exhibit A - Summary Sheet)(Hardin, Ashley) (Entered: 06/28/2019) |
| 06/28/2019 | 1781 | Notice of Service of Motion to Exclude the Marketing Causation Opinions of Mark Schumacher, Anna Lembke, and Katherine Keyes filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Mallinckrodt LLC, Mallinckrodt PLC, Manufacturer Defendants' Liaison Counsel, Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. (Attachments: # 1 Supplement Summary Sheet)(Reed, Steven) Modified text on 7/1/2019 (P,R). (Entered: 06/28/2019) |
| 06/28/2019 | 1782 | Notice of Service of Defendants' Motion to Exclude Lacey Keller's Opinions and Proposed Testimony; Memorandum in Support of Defendants' Motion to Exclude Lacey Keller's Opinions and Proposed Testimony; Declaration of Jennifer D. Cardelus in Support of Defendants' Motion to Exclude Lacey Keller's Opinions and Proposed Testimony, along with the corresponding Exhibits 1 to 13; [Proposed] Order Granting Motion to Exclude Lacey Keller's Opinions and Proposed Testimony; and Summary Sheet for Motion to Exclude Lacey Keller's Opinions and Proposed Testimony filed by Janssen Pharmaceuticals, Inc., Johnson & Johnson. (Attachments: # 1 Exhibit A - Summary Sheet)(Lifland, Charles) (Entered: 06/28/2019) |
| 06/28/2019 | 1783 | Notice of Service of Defendants' Motion to Exclude the Opinions and Testimony of Craig McCann filed by Cardinal Health, Inc.. (Attachments: # 1 Exhibit A - Summary Sheet)(Hardin, Ashley) (Entered: 06/28/2019) |
| 06/28/2019 | 1784 | Notice of Service of Motion for Summary Judgment filed by Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc.. (Attachments: # 1 Supplement Summary Sheet)(Reed, Steven) (Entered: 06/28/2019) |
| 06/28/2019 | 1785 | Notice of Service of Defendants' Daubert Motion to Exclude the Opinions Offered by James Rafalski, Brief in Support, Declaration & Exhibits, Proposed Order, and Summary Sheet filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co., Walgreen Eastern Co.. (Attachments: # 1 Exhibit A - Summary Sheet of Concise Issues Raised)(Stoffelmayr, Kaspar) (Entered: 06/28/2019) |
| 06/28/2019 | | **Order** [non-document] - The Ohio Attorney General's Motion for Protective Order 1766 is granted in part, as follows. Although the Sixth Circuit vacated this Court's Protective Orders, the Sixth Circuit also directed this Court to consider entry of new, narrower protective orders. This Court has ordered prompt briefing on the scope of a new protective order, see docket no. 1725 . Accordingly, in order to allow full compliance with the Sixth Circuit's ruling, this Court orders that all |

| | | |
|---|---|---|
| | | existing Protective Orders are reaffirmed and shall remain in place until the Court issues a ruling determining the scope of a new Protective Order, which ruling shall occur as soon as reasonably possible. Judge Dan Aaron Polster on 6/28/19.(P,R) (Entered: 06/28/2019) |
| 06/28/2019 | 1786 | Notice of Service of Notice of Service of Defendants' Motion to Exclude the Expert Testimony of David A. Kessler, M.D. and Matthew Perri, III BS Pharm, Ph.D., RPh filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co., Walgreens Boots Alliance Inc.. (Attachments: # 1 Exhibit Exhibit A - Summary Sheet) (Cheffo, Mark) (Entered: 06/28/2019) |
| 06/28/2019 | 1787 | Notice of Service of Notice of Service of Defendants' Motion to Exclude David Egilman's Opinions and Proposed Testimony filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Exhibit Exhibit A - Summary Sheet)(Cheffo, Mark) (Entered: 06/28/2019) |
| 06/28/2019 | 1788 | Notice of Service of Motion of Plaintiffs Counties of Cuyahoga and Summit, Ohio, For Partial Summary Adjudication Regarding Plaintiffs Equitable Claims for Abatement of an Absolute Nuisance filed by County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Appendix Attachment 1)(Hanly, Paul) (Entered: 06/28/2019) |
| 06/28/2019 | 1789 | **Order** by the Judicial Panel on Multidistrict Litigation Lifting Stay of CTO 95 and transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 06/28/2019) |
| 06/28/2019 | 1790 | Notice of Service of Manufacturers' Joint Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims filed by Manufacturer Defendants. (Attachments: # 1 Exhibit A - Summary Sheet)(Cheffo, Mark) (Entered: 06/28/2019) |
| 06/28/2019 | | **Order** [non-document] regarding DEA's Motion for relief from June 24, 2019 Order (Related Doc # 1748 ) - Motion denied. The Court is keeping in place the existing Protective Order for now, see marginal order granting docket no. 1766 (6/28/19), but requires prompt briefing, see docket no. 1725 . This Court is not divested of jurisdiction over entry of protective orders. "[T]he principle that a pending appeal ousts district court jurisdiction has been softened so as to guard against the risk that a litigant might manipulate the doctrine for purposes of delay. 16A Fed. Prac. & Proc. Juris. § 3949.1 (4th ed.). Judge Dan Aaron Polster on 6/28/19.(P,R) (Entered: 06/28/2019) |
| 06/28/2019 | 1791 | **Motion** for joinder *to Certain Summary Judgment Motions from Which It Was Inadvertently Excluded* filed by Defendant Noramco, Inc.. Related document(s) 1761 , 1771 . (Jarcho, Daniel) (Entered: 06/28/2019) |
| 06/28/2019 | 1792 | Notice of Service of Plaintiffs Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Hanly, Paul) (Entered: |

| | | 06/28/2019) |
|---|---|---|
| 06/28/2019 | 1793 | Attorney Appearance *for Sheriff of Jefferson County* by U. W. Clemon *Re-Entry of Appearance* filed by on behalf of Mike Hale. (Clemon, U.) (Entered: 06/28/2019) |
| 06/28/2019 | 1794 | **Motion** for leave *to File Motion to Correct Third Amended and Joint Complaint* filed by Cabell County Commission, City of Huntington. Related document(s) 1682 . (Attachments: # 1 Exhibit A: Proposed Motion, # 2 Exhibit B: Proposed Order)(Kearse, Anne) (Entered: 06/28/2019) |
| 07/01/2019 | 1795 | **Notice** of withdraw as attorney by Bonnie A. Kendrick filed by Plaintiffs (Dugan, James) Modified text on 7/8/2019 (P,R). (Entered: 07/01/2019) |
| 07/01/2019 | | **Order** [non-document] granting 1791 Noramco's Motion for Joinder to Certain Summary Judgment Motions. Judge Dan Aaron Polster on 7/1/19.(P,R) (Entered: 07/01/2019) |
| 07/01/2019 | 1796 | **Conditional Transfer Order (CTO 98)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 07/01/2019) |
| 07/01/2019 | 1797 | **Motion** for leave *to File Motion for Reconsideration of the Court's Order (Doc. 1662)* filed by Melissa Ambrosio, Erin Doyle, Darren Flanagan, Elena Flanagan, Amanda Hanlon, Shannon Hunt, Bobbie Lou Moore, Ceonda Rees, Deric Rees, Tyler M Roach, Virginia Salmons, Walter Salmons, Roxie Whitley, Rachel Wood. Related document(s) 1662 . (Attachments: # 1 Proposed Order, # 2 Reconsideration of the Court's Order (Doc. 1662), # 3 Motion for Reconsideration, # 4 Exhibit 1)(Bickford, Scott) (Entered: 07/01/2019) |
| 07/01/2019 | 1798 | Plaintiffs' Position Paper Regarding ARCOS Data and Suspicious Order Reports filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. Related document(s) 1725 .(Weinberger, Peter) (Entered: 07/01/2019) |
| 07/02/2019 | 1799 | Notice of Service of Plaintiffs Corrected Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Hanly, Paul) (Entered: 07/02/2019) |
| 07/02/2019 | 1800 | **Remand Order** - Cases remanded to the Court of Common Pleas of Delaware County, Pennsylvania (19op45285 County of Carbon v. Purdue Pharma and 19op45337 Delaware County, PA v. Purdue Pharma). Judge Dan Aaron Polster on 7/2/19. (P,R) (Entered: 07/02/2019) |
| 07/02/2019 | 1801 | Proposed *Stipulation and Order for Extension of Deadline* filed by All Plaintiffs. (Skikos, Steven) (P,R). (Entered: 07/02/2019) |
| 07/02/2019 | 1802 | Attorney Appearance by Maria R. Durant, Sara E. Silva, Safa W. Osmani filed on behalf of Indivior, Inc. (P,R) (Entered: 07/02/2019) |
| 07/02/2019 | 1803 | **Objection** *to Filing Plaintiff Fact Sheets and Amended Complaints in this Court Prior to a Ruling on their Motions to Remand and Brief in Support* filed by City of Alexandria, City of Galax, Virginia, City of Norton, Virginia, Dickinson County, |

| | | |
|---|---|---|
| | | Giles County, Henry County, Virginia, Lee County, Virginia, Montgomery County, Page County, Pittsylvania County, Washington County, Virginia. (Sharp, Kevin) (Entered: 07/02/2019) |
| 07/03/2019 | 1804 | **Stipulation & Order** extending deadlines. Plaintiffs' opposition to Teva's Motion to Dismiss 1264 due 7/9/19, Teva's reply due 7/30/19. Judge Dan Aaron Polster on 7/3/19. (P,R) (Entered: 07/03/2019) |
| 07/03/2019 | | **Order** [non-document] Mallinckrodt, Allergan, and Teva have asked the Court for additional time and discovery on their Motions to Dismiss for Lack of Personal Jurisdiction (Doc. Nos. 1258 , 1264 , 1266 ). The Court has thus far been exceedingly generous with requests for discovery and extensions of time, but at this time the parties have received all the discovery and extension of time they are going to get. The Court declines these Defendants' invitation to defer ruling on these motions until after the Track One trial and directs the parties to comply with the current briefing schedule.. Judge Dan Aaron Polster on 7/3/19. (P,R) (Entered: 07/03/2019) |
| 07/03/2019 | 1805 | Notice of Substitution of Counsel removing attorney *J. Philip Calabrese* and adding attorney Jill G. Okun filed by on behalf of Cardinal Health, Inc.. (Okun, Jill) (Entered: 07/03/2019) |
| 07/03/2019 | 1806 | **Conditional Transfer Order (CTO 99)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 07/03/2019) |
| 07/03/2019 | 1807 | Position Paper on ARCOS and Suspicious Order Reports Protective Order filed by Defendants. Related document(s) 1725 .(Hardin, Ashley) (Entered: 07/03/2019) |
| 07/03/2019 | 1808 | Proposed Order *Position of the Media Intervenors on Protective Orders Regarding ARCOS Data and SORs* filed by Washington Post Company, LLC. (Lefton, Karen) (Entered: 07/03/2019) |
| 07/03/2019 | 1809 | Brief *Setting Forth Position Statement* filed by U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 1725 . (Bennett, James) (Entered: 07/03/2019) |
| 07/03/2019 | 1810 | **Motion** for extension of time until July 26, 2019 to answer *Complaints in Muscogee (Creek) Nation and the Blackfeet Tribe Actions* filed by Defendant Manufacturer Defendants. (Attachments: # 1 Proposed Order)(Rendon, Carole) (Entered: 07/03/2019) |
| 07/03/2019 | 1811 | Consent **Motion** to Sever Insys Therapeutics, Inc. filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 07/03/2019) |
| 07/03/2019 | 1812 | **Opposition** to 1266 **Motion** for leave *by special appearance to file motion to dismiss for lack of personal jurisdiction,***Motion** to dismiss *previously filed as Dkt. No. 1717 (redacted pursuant to Dkt. No. 1719 )* filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Declaration of Mark Chalos, # 2 Exhibit 1 - Chalos Dec.: ARCOS Registrant Handbook, # 3 Exhibit 2 - Chalos Dec.: ARCOS Data (redacted), # 4 Exhibit 3 - Chalos Dec.: Distributor Totals from MNK-T1_0007897646, # 5 Exhibit 4 - Chalos Dec.: MNK 2017 10K, # 6 Exhibit 5 - Chalos Dec.: O'Neill Tr., # 7 Exhibit 6 - Chalos Dec.: Kentucky Order Denying MNK plc Motion, # 8 Exhibit 7 - |

| | | |
|---|---|---|
| | | Chalos Dec.:McCann Second Supp. Report (redacted), # 9 Exhibit 8 - Chalos Dec.: Wickline Tr., # 10 Exhibit 9 - Chalos Dec.: MNK Press Release 9-22-17, # 11 Exhibit 10 - Chalos Dec.: Wachtell Letter re MNK plc and Opioids, # 12 Exhibit 11 - Chalos Dec.: MNK Press Release 3-12-14, # 13 Exhibit 12 - Chalos Dec.: Phillips Dep. Tr., # 14 Exhibit 13 - Chalos Dec.: Kilper Tr., # 15 Exhibit 14 - Chalos Dec.:Kilper Ex. 25, # 16 Exhibit 15 - Chalos Dec.: Kilper Ex. 31, # 17 Exhibit 16 - Chalos Dec.:MNK 2016 10Q, # 18 Exhibit 17 - Chalos Dec.:MNK Press Release 12-8-18, # 19 Declaration of Alex Fahey, CPA, # 20 Exhibit 1 - Fahey Dec.: MNK 10K Excerpts, # 21 Exhibit 2 - Fahey Dec.: MNK Financial Docs., # 22 Exhibit 3 - Fahey Dec.: MNK 10K Excerpts, # 23 Exhibit 4 - Fahey Dec.: MNK Gov't Contracts, # 24 Exhibit 5 - Fahey Dec.: MNK 10K Excerpts, # 25 Exhibit 6 - Fahey Dec.: MNK 10K Excerpts, # 26 Exhibit 7 - Fahey Dec.: MNK MOA, # 27 Exhibit 8 - Fahey Dec.: MNK Patent Assignment, # 28 Exhibit 9 - Fahey Dec.: MNK 10K Excerpts, # 29 Exhibit 10 - Fahey Dec.: Opioids Sales Data, # 30 Exhibit 11 - Fahey Dec.: MNK 10K Excerpts, # 31 Exhibit 12 - Fahey Dec.: MNK 10K Excerpts, # 32 Exhibit 13 - Fahey Dec.: MNK Press Release 8-7-18, # 33 Exhibit 14 - Fahey Dec.: MNK 8K 8-7-19, # 34 Exhibit 15 - Fahey Dec.: MNK Stock and Incentive Plan, # 35 Exhibit 16 - Fahey Dec.: MNK 10K Excerpts, # 36 Exhibit 17 - Fahey Dec.: MNK 10K Excerpts, # 37 Exhibit 18 - Fahey Dec.: MNK 10K Excerpts, # 38 Exhibit 19 - Fahey Dec.: Letter re Notice of Asset Transfer, # 39 Exhibit 20 - Fahey Dec.: Sample 2 Years of Company Activity, # 40 Exhibit 21 - Fahey Dec.: MNK 2016 10Q Excerpts, # 41 Exhibit 22 - Fahey Dec.: MNK 10Q Excerpts, # 42 Exhibit 23 - Fahey Dec.: Redacted by MNK, # 43 Exhibit 24 - Fahey Dec.: MNK 8K 12-6-18, # 44 Exhibit 25 - Fahey Dec.: Redacted by MNK, # 45 Exhibit 26 - Fahey Dec.: MNK Press Release 12-6-18, # 46 Exhibit 27 - Fahey Dec.: MNK Press Release 5-28-19, # 47 Exhibit 28 - Fahey Dec.: SpecGx Officers, # 48 Exhibit 29 - Fahey Dec.: MNK 10K Excerpts)(Cabraser, Elizabeth) (Entered: 07/03/2019) |
| 07/05/2019 | 1813 | **Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal**. Judge Dan Aaron Polster on 7/5/19. (P,R) (Entered: 07/05/2019) |
| 07/05/2019 | | **Order** [non-document] granting 1810 Manufacturer Defendants' Motion for Extension of Time until 7/26/19 to Answer in the Muscogee (Creek) Nation and Blackfeet Tribe cases. Judge Dan Aaron Polster on 7/5/19.(P,R) (Entered: 07/05/2019) |
| 07/05/2019 | | **Order** [non-document] granting Plaintiffs' Motion to Sever claims against Insys Therapeutics in Track One cases (Related Doc # 1811 ). Judge Dan Aaron Polster on 7/5/19.(P,R) (Entered: 07/05/2019) |
| 07/05/2019 | 1814 | **Motion** to clarify *(for Clarification of the Court's July 3, 2019 text order)* filed by Defendant Mallinckrodt PLC. (O'Connor, Brien) (Entered: 07/05/2019) |
| 07/05/2019 | 1815 | **Opposition** to 1264 **Motion** to dismiss for lack of jurisdiction filed by All Plaintiffs. (Skikos, Steven) (Entered: 07/05/2019) |
| 07/05/2019 | 1816 | Affidavit/Declaration filed by All Plaintiffs. Related document(s) 1815 . (Attachments: # 1 Appendix Declaration of Mark Crawford ISO Plaintiffs' Opposition to Teva Ltd.'s Motion to Dismiss re Personal Jurisdiction Part 2, # 2 Appendix Declaration of Mark Crawford ISO Plaintiffs' Opposition to Teva Ltd.'s Motion to Dismiss re Personal Jurisdiction Part 3)(Skikos, Steven) (Entered: 07/06/2019) |

| 07/06/2019 | 1817 | Affidavit/Declaration *of Mark G. Crawford In Support of Plaintiffs' Opposition to Teva Ltd's Motion to Dismiss re Personal Jurisdiction* filed by All Plaintiffs. Related document(s) 1815 . (Attachments: # 1 Appendix Declaration of Alec Fahey ISO Plaintiffs' Opposition to Teva Ltd's Motion to Dismiss re Personal Jurisdiction Part 2, # 2 Appendix Declaration of Alec Fahey ISO Plaintiffs' Opposition to Teva Ltd's Motion to Dismiss re Personal Jurisdiction Part 3)(Skikos, Steven) (Entered: 07/06/2019) |
|---|---|---|
| 07/08/2019 | | **Order** [non-document] granting City of Huntington and Cabell County's Motion for Leave to File Motion to Correct Third Amended and Joint Complaint (Related Doc # 1794 ). Judge Dan Aaron Polster on 7/8/19.(P,R) (Entered: 07/08/2019) |
| 07/08/2019 | 1818 | **Motion** to seal document 1817 Affidavit/Declaration,, 1816 Affidavit/Declaration, 1815 Opposition *to Teva Pharmaceuticals Industries, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction* filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. Related document(s) 1817 , 1816 , 1815 . (Skikos, Steven) (Entered: 07/08/2019) |
| 07/08/2019 | 1819 | Proposed Order *Granting Plaintiffs' Motion for Leave to File Its Opposition to Teva Pharmaceuticals Industries Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and Realted Declarations Under Seal* filed by All Plaintiffs. Related document(s) 1818 . (Skikos, Steven) (Entered: 07/08/2019) |
| 07/08/2019 | | **Order** [non-document] granting 1818 Plaintiffs' Motion to Seal Opposition and related filings to Teva's motion to dismiss. Judge Dan Aaron Polster on 7/8/19.(P,R) (Entered: 07/08/2019) |
| 07/08/2019 | | **Order** [non-document] - On July 5, 2019, the Court granted Manufacturer Defendants' Consent Motion for extension of time until July 26, 2019 to answer Complaints in Muscogee (Creek) Nation and the Blackfeet Tribe Actions.(Doc. No. 1810 ). In order to efficiently manage the pretrial proceedings in this MDL, the Court prefers to keep the deadlines for answers from all named defendants in these two actions the same. Therefore, the Court Orders that all named defendants in Muscogee (Creek) Nation v. Purdue Pharma L.P., et al., Case No. 1:18-op-45459 and The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporations, et al., Case No. 1:18-op-45749 shall have until July 26, 2019 to answer complaints in the Muscogee (Creek) Nation and the Blackfeet Tribe actions.Judge Dan Aaron Polster on 7/8/19. (P,R) (Entered: 07/08/2019) |
| 07/08/2019 | | **Order** [non-document] - Nothing in the Court's July 3rd Order precludes Mallinckrodt from filing its proposed motion to strike with its Reply, which is due on Friday, July 12, 2019. The Order only informs Mallinckrodt, Allergan, and Teva that no additional discovery or extensions of time will be granted on their Motions to Dismiss and directs them to comply with their current respective briefing schedules. In all other respects, Mallinckrodt's Motion to clarify (for Clarification of the Court's July 3, 2019 text order)(Doc. No. 1814 ) is DENIED. Judge Dan Aaron Polster on 7/8/19.(P,R) (Entered: 07/08/2019) |
| 07/09/2019 | 1820 | Amended **Motion** for class certification *of Rule 23(b)(3) Cities/Counties Negotiation Class* filed by Plaintiff Plaintiffs' Executive Committee. Related document(s) 1690 . (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Affidavit)(Cabraser, Elizabeth) (Entered: 07/09/2019) |

| 07/09/2019 | 1821 | Affidavit/Declaration *ISO Plaintiffs Renewed and Amended Motion for class certification of Rule 23(b)(3) Cities/Counties Negotiation Class* filed by Plaintiffs' Executive Committee. Related document(s) 1820 . (Cabraser, Elizabeth) (Entered: 07/09/2019) |
| --- | --- | --- |
| 07/09/2019 | 1822 | **Opinion and Order** OVERRULING Plaintiffs' objections 1803 and DIRECTING objecting Plaintiffs to follow the MDL procedures for PFS and Amended Complaints 1106 at 3 n.7. Judge Dan Aaron Polster on 7/9/19. (P,R) (Entered: 07/09/2019) |
| 07/09/2019 | 1823 | **Opposition** to 1258 **Motion** to dismiss for lack of jurisdiction *[redacted]* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Declaration of Thomas E. Egler in support thereof, # 2 Exhibits 1-37 [redacted] to the Egler Declaration) (Baig, Aelish) (Entered: 07/09/2019) |
| 07/09/2019 | 1824 | Notice Regarding Filing of Plaintiffs' Opposition to Allergan plc's Motion to Dismiss Pursuant to Rule 12(b)(2) for Lack of Personal Jurisdiction filed by Plaintiffs' Executive Committee. Related document(s) 1823 .(Baig, Aelish) (Entered: 07/09/2019) |
| 07/10/2019 | 1825 | **Conditional Transfer Order (CTO 100)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 07/10/2019) |
| 07/10/2019 | 1826 | **Conditional Transfer Order (CTO 101)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 07/10/2019) |
| 07/11/2019 | 1827 | **Conditional Transfer Order (CTO 102)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 07/11/2019) |
| 07/11/2019 | 1828 | **Scheduling Order No. 2** - The Court DIRECTS any party who opposes remands to file an objection by 12:00 noon on Monday, July 22, 2019. Judge Dan Aaron Polster on 7/11/19. (Attachments: # 1 Judge Burlison Letter)(P,R) (Entered: 07/11/2019) |
| 07/11/2019 | 1829 | **Order** granting in part Plaintiffs' Motion to Reconsider (Related Doc # 1797 ). Plaintiffs' Motion to Certify due 8/23/19, Defendants' single, joint response due 9/23/19, Plaintiffs' reply due 10/7/19. Judge Dan Aaron Polster on 7/11/19.(P,R) (Entered: 07/11/2019) |
| 07/12/2019 | 1830 | Reply Brief *of Media Intervenors on Protective Orders Regarding ARCOS Data and Suspicious Order Reports* filed by Washington Post Company, LLC. (Lefton, Karen) (Entered: 07/12/2019) |
| 07/12/2019 | 1831 | Response to Position Papers Regarding Arcos Data and Suspicious Order Reports filed by Plaintiffs. Related document(s) 1807 , 1809 , 1808 . (Weinberger, Peter) Modified on 7/12/2019 (P,R). (Entered: 07/12/2019) |
| 07/12/2019 | 1832 | Response to ARCOS Position Papers by Plaintiffs and Media Intervenors filed by Cardinal Health, Inc.. Related document(s) 1798 , 1808 .(Hardin, Ashley) (Entered: 07/12/2019) |

| | | |
|---|---|---|
| 07/12/2019 | 1833 | Brief *Regarding ARCOS Data and SORS* filed by U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 1725 . (Bennett, James) (Entered: 07/12/2019) |
| 07/12/2019 | 1834 | **Motion** for leave *to Correct Third Amended and Joint Complaint to Conform to the Substance of the Pleading and to Re-File Corrected Third Amended and Joint Complaint Under Seal* filed by Cabell County Commission, City of Huntington. Related document(s) 1794 , 1682 . (Attachments: # 1 Proposed Order)(Kearse, Anne) (Entered: 07/12/2019) |
| 07/12/2019 | 1835 | **Reply** in support of 1266 **Motion** for leave *by special appearance to file motion to dismiss for lack of personal jurisdiction,***Motion** to dismiss filed by Mallinckrodt PLC. (Attachments: # 1 Declaration of Elissa R. Uspensky in Support, # 2 Exhibit A to Declaration of Elissa R. Uspensky, # 3 Exhibit B to Declaration of Elissa R. Uspensky, # 4 Exhibit C to Declaration of Elissa R. Uspensky, # 5 Affidavit of John Einwalter in Support, # 6 Supplemental Affidavit of Alasdair John Fenlon in Support, # 7 Affidavit of Stephanie D. Miller in Support)(O'Connor, Brien) (Entered: 07/12/2019) |
| 07/12/2019 | 1836 | **Motion** to strike *(by Special Appearance) the Expert Report of Alec Fahey* filed by Defendant Mallinckrodt PLC. (Attachments: # 1 Memorandum of Law in Support, # 2 Declaration of Brien T. O'Connor in Support, # 3 Exhibit A to Declaration of Brien T. O'Connor in Support, # 4 Exhibit B to Declaration of Brien T. O'Connor in Support, # 5 Exhibit C to Declaration of Brien T. O'Connor in Support, # 6 Exhibit D to Declaration of Brien T. O'Connor in Support, # 7 Exhibit E to Declaration of Brien T. O'Connor in Support, # 8 Exhibit F to Declaration of Brien T. O'Connor in Support)(O'Connor, Brien) (Entered: 07/12/2019) |
| 07/15/2019 | 1837 | True Copy of mandate from USCA for the Sixth Circuit: Vacating and Remanding to the District Court re Notice of Appeals 902 and 970 (USCA# 18-3839 & 18-3860). Date issued as mandate 7/12/19, Costs: None (H,SP) (Entered: 07/15/2019) |
| 07/15/2019 | 1838 | Appeal Order from USCA for the Sixth Circuit: The mandate is recalled re 1837 (USCA# 18-3839 & 18-3860). Date issued by USCA 7/12/19 (H,SP) (Entered: 07/15/2019) |
| 07/15/2019 | 1839 | Position Papers Regarding Pleadings Previously Filed with Redactions or Under Seal filed by Pharmacy Defendants. Related document(s) 1725 .(Delinsky, Eric) (Entered: 07/15/2019) |
| 07/15/2019 | 1840 | **Motion** for reconsideration filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co.. (Hobart, Geoffrey) (Entered: 07/15/2019) |
| 07/15/2019 | 1841 | Position Paper Pursuant to the Court's June 24, 2019 Order Regarding ARCOS Data and Documents Previously Filed Under Seal filed by Plaintiffs. (Attachments: # 1 Exhibit A)Related document(s) 1725 .(Weinberger, Peter) (Entered: 07/15/2019) |
| 07/15/2019 | 1842 | Notice of Redaction filed by Distributor Defendants (Hardin, Ashley) (Entered: 07/15/2019) |

| 07/15/2019 | 1843 | Position Paper on the Court's Protective Orders Regarding Arcos Data and Suspicious Order Reports filed by State of Alabama. (Dean, Michael) (Entered: 07/15/2019) |
|---|---|---|
| 07/15/2019 | 1844 | Position Paper of the Department of Justice and Drug Enforcement Administration Regarding Sealed/Redacted Documents filed by U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 1725 .(Bennett, James) (Entered: 07/15/2019) |
| 07/15/2019 | 1845 | **Order** Regarding ARCOS Data Protective Order. Judge Dan Aaron Polster on 7/15/19. (P,R) (Entered: 07/15/2019) |
| 07/15/2019 | 1846 | **Order** granting Plaintiffs' Motion to file Opposition to Mallinckrodt plc's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal (Related Doc # 1713 ). Judge Dan Aaron Polster on 7/15/19.(P,R) (Entered: 07/15/2019) |
| 07/15/2019 | 1847 | **Order** [non-document] - Order Re Pending Motions to file Summary Judgment Motions Under Seal. Cardinal's, CVS Indiana's, and Walmart's Motions for leave to file their Summary Judgment Motions Under Seal (Doc. ##: 1689 , 1702 , 1715 ) are DENIED as moot. The parties are directed to follow the procedure set forth in the Court's July 5, 2019 Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal. Doc. #: 1813 at 6-7. Pursuant to the Court's Order, motions to seal summary judgment and Daubert motions are due July 19, 2019. Judge Dan Aaron Polster on 7/15/19.(P,R) (Entered: 07/15/2019) |
| 07/15/2019 | | **Order** [non-document] - Pursuant to the Court's June 10, 2019 Order Granting Plaintiffs' Joint Motion for Leave to File Joint and Third Amended Complaint Under Seal (Doc. #: 1668 ), Plaintiffs' Motion for leave to Correct Third Amended and Joint Complaint to Conform to the Substance of the Pleading and to Re-File Corrected Third Amended and Joint Complaint Under Seal (Doc. #: 1834 ) is GRANTED. Judge Dan Aaron Polster on 7/15/19.(P,R) (Entered: 07/15/2019) |
| 07/15/2019 | 1848 | **Order** Denying Plaintiffs' Motion for Leave to File Joint Motion for Preliminary Injunctive Relief (Related Doc # 978 ). Judge Dan Aaron Polster on 7/15/19.(P,R) (Entered: 07/15/2019) |
| 07/15/2019 | | **Order** [non-document] - Pursuant to the Court's July 15, 2019 Order 1848 , County of Webb's Motion for oral argument on Motion for Leave to File Joint Motion for Preliminary Injunctive Relief (Doc. #: 1145 ) is DENIED as moot. Judge Dan Aaron Polster on 7/15/19.(P,R) (Entered: 07/15/2019) |
| 07/16/2019 | 1849 | **Opposition** to 1840 **Motion** for reconsideration filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 07/16/2019) |
| 07/17/2019 | 1850 | Attorney Appearance by Tariq M. Naeem filed by on behalf of Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Naeem, Tariq) (Entered: 07/17/2019) |
| 07/17/2019 | | **Order** [non-document] - After a careful review of Defendants' Motion for Reconsideration (Doc. #: 1840 ) and Plaintiffs' Opposition (Doc. #: 1849 ), Defendants' Motion for Reconsideration is DENIED. Judge Dan Aaron Polster on 7/17/19.(P,R) (Entered: 07/17/2019) |
| 07/17/2019 | 1851 | **Motion** for Entry of Revised Protective Order filed by Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. Related document(s) 441 . (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | A, # 2 Proposed Order)(Weinberger, Peter) (Entered: 07/17/2019) |
| 07/18/2019 | 1852 | Notice of Filing Bankruptcy filed by American Pain Society, Inc.. (Feldman, Ian) (Entered: 07/18/2019) |
| 07/18/2019 | 1853 | **Order** granting Plaintiffs' Motion for Entry of Revised Protective Order (Related Doc # 1851 ). Judge Dan Aaron Polster on 7/18/19.(P,R) (Entered: 07/18/2019) |
| 07/18/2019 | 1854 | Notice of Public Disclosure of ARCOS Data filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 07/18/2019) |
| 07/18/2019 | | Notice: The Court has hired a law clerk for a one-year term to begin September 2021. This law clerk recently notified the Court that she has accepted an associate position at a law firm currently involved in the MDL. The Court requested and has received written confirmation from said law firm that: (1) the law clerk will be ethically walled from all Judge Polster's cases, including the MDL, prior to her clerkship; and (2) should the law clerk return to this law firm after her clerkship term ends, she will be prohibited from working on the MDL. (P,R) (Entered: 07/18/2019) |
| 07/19/2019 | 1855 | Appeal Remark from USCA for the Sixth Circuit: An Emergency petition for writ of mandamus has been docketed (USCA# 19-3682) (H,SP) (Entered: 07/19/2019) |
| 07/19/2019 | 1856 | Sharing Agreement with States Attorneys General filed by Plaintiffs' Executive Committee. (Weinberger, Peter) Modified on 7/25/2019 (P,R). (Entered: 07/19/2019) |
| 07/19/2019 | 1857 | **SEALED Motion** *to Exclude Expert Testimony on "Gateway Hypothesis"* 1813 , 1780 filed by Defendant Cardinal Health, Inc.. Related document(s) 1813 , 1780 . (Attachments: # 1 Brief in Support, # 2 Affidavit Hardin Decl., # 3 Exhibit 1 - 2016 Task Force Report, # 4 Exhibit 2 - Lembke Dep., # 5 Exhibit 3 - Gruber Dep., # 6 Exhibit 4 - Gilson Article, # 7 Exhibit 5 - Forkas Dep., # 8 Exhibit 6 - Compton article, # 9 Exhibit 7 - Rahilly-Tierney Report, # 10 Exhibit 8 - Lyerla Report, # 11 Exhibit 9 - Keyes Dep., # 12 Proposed Order)(Hardin, Ashley) (Entered: 07/19/2019) |
| 07/19/2019 | 1858 | **Motion** Order Excluding Expert Testimony on "Gateway Hypothesis" filed by Defendant Cardinal Health, Inc.. Related document(s) 1857 . (Attachments: # 1 Brief in Support, # 2 Affidavit Hardin Decl., # 3 Exhibit 1 - 2016 Task Force Report, # 4 Exhibit 2 - Lembke Dep., # 5 Exhibit 3 - Gruber Dep., # 6 Exhibit 4 - Gilson Article, # 7 Exhibit 5 - Forkas Dep., # 8 Exhibit 6 - Compton article, # 9 Exhibit 7 - Rahilly-Tierney Report (redacted), # 10 Exhibit 8 - Lyerla Report, # 11 Exhibit 9 - Keyes Dep., # 12 Proposed Order)(Hardin, Ashley) (Entered: 07/19/2019) |
| 07/19/2019 | 1859 | Notice Regarding Waiver of Service filed by Indivior, Inc.. (Attachments: # 1 Exhibit A Waiver of Service of Summons)(Osmani, Safa) (Entered: 07/19/2019) |
| 07/19/2019 | 1860 | **Motion** for partial summary judgment filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Mallinckrodt LLC, Mallinckrodt PLC, Noramco, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., SpecGX LLC, Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Supplement Summary Sheet of Concise Issues Raised, # 2 Brief in Support Memorandum iso Motion for Partial Summary Judgement, # 3 Supplement Summary Sheet of Exhibits, # 4 Affidavit Declaration of S. Reed, # 5 Exhibit 1-Rosenthal Depo Excerpts, # 6 Exhibit 2 -Generic Drugs Undergo Rigorous FDA Scrutiny, # 7 Exhibit 3- Authorized-Generic-Drugs-Report, # 8 Exhibit 4-Declaration of D. Myers, # 9 Exhibit 5- Boothe Depo Excerpts, # 10 Exhibit 6-Perfetto Depo Excerpts, # 11 Exhibit 7-Myers Depo Excerpts, # 12 Exhibit 8- McCormick Depo Excerpts, # 13 Exhibit 9-Boyer Depo Excerpts, # 14 Exhibit 10-Baeder Depo Excerpts, # 15 Exhibit 11-Hassler Depo Excerpts, # 16 Exhibit 12-Declaration of Christine Baeder, # 17 Exhibit 13-Perri Depo Excerpts, # 18 Exhibit 14-Excerpt Michna Expert Report, # 19 Exhibit 15 -Excerpt Chintagunta Expert Report, # 20 Exhibit 16 -Excerpt Expert Report of Sean Nicholson, # 21 Exhibit 17-Excerpt Rosenblatt Expert Report, # 22 Exhibit 18-Vorderstrasse Depo Excerpt, # 23 Exhibit 19-Collier Depo Excerpts, # 24 Exhibit 20-Cardetti Depo Excerpts, # 25 Exhibit 21-Generic Drugs Questions & Answers - FDA, # 26 Exhibit 22-Par's Supplemental Written Responses and Objections to 30(b)(6), # 27 Exhibit 23-G. Stevenson Depo Excerpts, # 28 Proposed Order) (Reed, Steven) (Entered: 07/19/2019) |
| 07/19/2019 | 1861 | **Motion** for summary judgment *on Plaintiffs' Negligence Per Se Claims* filed by AmerisourceBergen Drug Corporation, Anda, Inc., Cardinal Health, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Prescription Supply Inc. (Attachments: # 1 Brief in Support, # 2 Proposed Order) (Nicholas, Robert) Modified on 9/10/2019 (P,R). (Entered: 07/19/2019) |
| 07/19/2019 | 1862 | **SEALED Motion** *(Defendant Discount Drug Mart, Inc.'s Motion for Summary Judgment Filed Under Seal)* 1813 filed by Defendant Discount Drug Mart, Inc.. Related document(s) 1813 . (Attachments: # 1 Brief in Support A - Memorandum in Support, # 2 Exhibit 1 - Discovery Responses, # 3 Exhibit 2 - Briscoe Deposition Excerpts, # 4 Exhibit 3 - Ratycz Deposition Excerpts, # 5 Exhibit 4 - Brisco Declaration, # 6 Exhibit 5 - Excerpts of McCann Report, # 7 Pleading Summary Sheet, # 8 Proposed Order Proposed Order)(Johnson, Timothy) (Entered: 07/19/2019) |
| 07/19/2019 | 1863 | **Motion** for summary judgment *(Defendant Discount Drug Mart, Inc.'s Redacted Motion for Summary Judgment)* filed by Defendant Discount Drug Mart, Inc.. (Attachments: # 1 Brief in Support A - Memorandum in Support, # 2 Exhibit 1 - Discovery Responses, # 3 Exhibit 2 - Briscoe Deposition Excerpts, # 4 Exhibit 3 - Ratycz Deposition Excerpts, # 5 Exhibit 4 - Briscoe Declaration, # 6 Exhibit 5 - Excerpts of McCann Report, # 7 Pleading Summary Sheet, # 8 Proposed Order Proposed Order)(Johnson, Timothy) (Entered: 07/19/2019) |
| 07/19/2019 | 1864 | **Motion** for summary judgment *of Walmart Inc.* filed by Defendant Walmart Inc.. (Attachments: # 1 Summary Sheet, # 2 Proposed Order, # 3 Brief in Support, # 4 Declaration, # 5 Exhibit A, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D, # 9 Exhibit E, # 10 Exhibit F, # 11 Exhibit G, # 12 Exhibit H, # 13 Exhibit I, # 14 Exhibit J, # 15 Exhibit K, # 16 Exhibit L, # 17 Exhibit M, # 18 Exhibit N, # 19 Exhibit O, # 20 Exhibit P, # 21 Exhibit Q, # 22 Exhibit R, # 23 Exhibit S, # 24 Exhibit T, # 25 Exhibit U, # 26 Exhibit V, # 27 Exhibit W, # 28 Exhibit X, # 29 Exhibit Y, # 30 Exhibit Z, # 31 Exhibit AA, # 32 Exhibit BB, # 33 Exhibit CC, # 34 Exhibit DD, # 35 Exhibit EE, # 36 Exhibit FF, # 37 Exhibit GG, # 38 Exhibit HH, # 39 Exhibit II, |

| | | |
|---|---|---|
| | | # 40 Exhibit JJ, # 41 Exhibit KK, # 42 Exhibit LL, # 43 Exhibit MM, # 44 Exhibit NN, # 45 Exhibit OO, # 46 Exhibit PP, # 47 Exhibit QQ, # 48 Exhibit RR, # 49 Exhibit SS, # 50 Exhibit TT, # 51 Exhibit UU, # 52 Exhibit VV, # 53 Exhibit WW, # 54 Exhibit XX, # 55 Exhibit YY, # 56 Exhibit ZZ, # 57 Exhibit AAA)(Fumerton, Tara) (Entered: 07/19/2019) |
| 07/19/2019 | 1865 | **Motion** To Exclude Expert Testimony Purporting To Relate To Abatement Costs and Efforts filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma L.P., Walgreen Co., Walgreen Eastern Co.. (Attachments: # 1 Brief in Support, # 2 Declaration of Shannon E. McClure, # 3 Exhibit A (exhibits to McClure Declaration), # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Proposed Order)(Nicholas, Robert) (Entered: 07/19/2019) |
| 07/19/2019 | 1866 | **SEALED Motion** *for Summary Judgment of Walmart Inc.* 1813 , 441 , 167 filed by Defendant Walmart Inc.. Related document(s) 1813 , 441 , 167 . (Attachments: # 1 Summary Sheet, # 2 Proposed Order, # 3 Brief in Support, # 4 Declaration, # 5 Exhibit A (Interrogatory Responses), # 6 Exhibit B (Discovery Responses), # 7 Exhibit C (Tongring Report), # 8 Exhibit D (30(b)(6) Deposition), # 9 Exhibit E (Hiland Deposition), # 10 Exhibit F (Beam Deposition), # 11 Exhibit G (Sullins Deposition), # 12 Exhibit H (Little Deposition), # 13 Exhibit I (Coleman Deposition), # 14 Exhibit J (Johnson Deposition), # 15 Exhibit K (Ducote Deposition), # 16 Exhibit L (Prevoznik Deposition), # 17 Exhibit M (Rannazzisi Deposition), # 18 Exhibit N (Wright Deposition), # 19 Exhibit O (Siegle Deposition), # 20 Exhibit P (Kippes Deposition), # 21 Exhibit Q (Craig Deposition), # 22 Exhibit R (Hutzell Deposition), # 23 Exhibit S (Baker Deposition), # 24 Exhibit T (Barker Deposition), # 25 Exhibit U (McCann Deposition), # 26 Exhibit V (McCann Report), # 27 Exhibit W (Whitelaw Report), # 28 Exhibit X (DEA Registration), # 29 Exhibit Y (Ohio License), # 30 Exhibit Z (State Licenses), # 31 Exhibit AA (Walmart Policy), # 32 Exhibit BB (Walmart Policy), # 33 Exhibit CC (Walmart Policy), # 34 Exhibit DD (Walmart Policy), # 35 Exhibit EE (Reddwerks System), # 36 Exhibit FF (Walmart Policy), # 37 Exhibit GG (Walmart Policy), # 38 Exhibit HH (Walmart Policy), # 39 Exhibit II (Walmart Policy), # 40 Exhibit JJ (Walmart Policy), # 41 Exhibit KK (Walmart Policy), # 42 Exhibit LL (Walmart Policy), # 43 Exhibit MM (Buzzeo System), # 44 Exhibit NN (Dispensing Data), # 45 Exhibit OO (Inspection Record), # 46 Exhibit PP (Inspection Record), # 47 Exhibit QQ (Email), # 48 Exhibit RR (Email), # 49 Exhibit SS (Email), # 50 Exhibit TT (Email), # 51 Exhibit UU (Email), # 52 Exhibit VV (Email), # 53 Exhibit WW (Email), # 54 Exhibit XX (Email), # 55 Exhibit YY (Email), # 56 Exhibit ZZ (Email), # 57 Exhibit AAA (NABP Website))(Fumerton, Tara) (Entered: 07/19/2019) |
| 07/19/2019 | 1867 | **SEALED Motion** *For Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson* 1813 , 1772 filed by Defendant Rite Aid of Maryland, Inc.. Related document(s) 1813 , 1772 . (Attachments: # 1 Brief in Support, # 2 Declaration of Kelly A. Moore and Exhibits A-D, # 3 Proposed Order)(Moore, Kelly) (Entered: 07/19/2019) |

| 07/19/2019 | 1868 | **Motion** to strike *Exclude the Marketing Causation Opinions of Mark Schumacher, Anna Lembke, and Katherine Keyes* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Attachments: # 1 Supplement Summary Sheet of Concise Issue, # 2 Brief in Support Memorandum iso Motion to Exclude, # 3 Affidavit Declaration of S. Reed, # 4 Exhibit 1- K. Keyes Expert Report, # 5 Exhibit 2- K. Keyes CV, # 6 Exhibit 3- A. Lembke Expert Report, # 7 Exhibit 4- A. Lembke CV, # 8 Exhibit 5- M. Schumacher Expert Report, # 9 Exhibit 6- M. Schumacher CV, # 10 Exhibit 7- Excerpts from K. Keyes Depo, # 11 Exhibit 8- Excerpts from A. Lembke Depo, # 12 Exhibit 9- Excerpts from M. Schumacher Depo)(Reed, Steven) (Entered: 07/19/2019) |
| --- | --- | --- |
| 07/19/2019 | 1869 | **SEALED Motion** *by Pharmacy Defendants for Summary Judgment on Causation* 1813 , 1774 filed by Defendant Rite Aid of Maryland, Inc.. Related document(s) 1813 , 1774 . (Attachments: # 1 Brief in Support, # 2 Declaration of Kelly A. Moore and Exhibits A-H, # 3 Proposed Order)(Moore, Kelly) (Entered: 07/19/2019) |
| 07/19/2019 | 1870 | **SEALED Motion** *for Summary Judgment by Rite Aid of Maryland* 1813 , 1779 filed by Defendant Rite Aid of Maryland, Inc.. Related document(s) 1813 , 1779 . (Attachments: # 1 Brief in Support, # 2 Declaration of Anupam B. Jena, Md, PhD, # 3 Declaration of Kelly A. Moore with Exhibits A-K, # 4 Proposed Order) (Moore, Kelly) (Entered: 07/19/2019) |
| 07/19/2019 | 1871 | **SEALED Motion** *for Summary Judgment* 1813 , 1764 filed by Walgreen Co., Walgreen Eastern Co.. Related document(s) 1813 , 1764 . (Attachments: # 1 Brief in Support, # 2 Affidavit Harris Declaration, # 3 Exhibit 1 - Polster Declaration, # 4 Exhibit 2 - Prevoznik Dep., # 5 Exhibit 3 - Wright Dep., # 6 Exhibit 4 - Masters Pharm. Order, # 7 Exhibit 5 - Leonard Dep., # 8 Exhibit 6 - Baker-Stella Dep., # 9 Exhibit 7 - Prince Dep., # 10 Exhibit 8 - Hr'g Transcript, # 11 Exhibit 9 - Interrog. Resp., # 12 Exhibit 10 - Interrog. Resp., # 13 Exhibit 11 - McCann Dep., # 14 Exhibit 12 - Rafalski Report, # 15 Exhibit 13 - Rafalski Dep., # 16 Exhibit 14 - Fed. Reg., # 17 Exhibit 15 - Lembke Dep., # 18 Exhibit 16 - Egilman Report, # 19 Exhibit 17 - Keller Dep., # 20 Exhibit 18 - Whitelaw Dep.)(Stoffelmayr, Kaspar) (Entered: 07/19/2019) |
| 07/19/2019 | 1872 | **SEALED Motion** *by the Pharmacy Defendants for Summary Judgment Based on the Statutes of Limitations* 1813 , 1703 filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. Related document(s) 1813 , 1703 . (Attachments: # 1 Proposed Order, # 2 Exhibit Harris Declaration (Walgreens), # 3 Exhibit Ruiz Declaration (CVS), # 4 Exhibit Kobrin Declaration (Giant Eagle), # 5 Exhibit McEnroe Declaration (Rite Aid), # 6 Exhibit Briscoe Declaration (DDM), # 7 Exhibit Fumerton Declaration (Walmart()(Delinsky, Eric) (Entered: 07/19/2019) |
| 07/19/2019 | 1873 | **Motion** for partial summary judgment filed by Defendant H. D. Smith, LLC. Related document(s) 1813 , 1754 . (Attachments: # 1 Brief in Support, # 2 |

| | | |
|---|---|---|
| | | Declaration in Support, # 3 Exhibit A)(Padgett, William) (Entered: 07/19/2019) |
| 07/19/2019 | 1874 | **Motion** for summary judgment *by the Pharmacy Defendants Based on the Statutes of Limitations* filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. Related document(s) 1703 . (Attachments: # 1 Proposed Order, # 2 Exhibit Harris Declaration (Walgreens), # 3 Exhibit Ruiz Declaration (CVS), # 4 Exhibit Kobrin Declaration (Giant Eagle), # 5 Exhibit McEnroe Declaration (Rite Aid), # 6 Exhibit Briscoe Declaration (DDM), # 7 Exhibit Fumerton Declaration (Walmart() (Delinsky, Eric) (Entered: 07/19/2019) |
| 07/19/2019 | 1875 | **Motion** for summary judgment *of Pharmacy Defendants on Civil Conspiracy Claim* filed by Defendant Walmart Inc.. (Attachments: # 1 Summary Sheet, # 2 Proposed Order, # 3 Brief in Support, # 4 Declaration, # 5 Exhibit 1 (Polster Declaration), # 6 Exhibit 2 (CVS Interrogatories), # 7 Exhibit 3 (DDM Interrogatories), # 8 Exhibit 4 (Walmart Discovery Responses), # 9 Exhibit 5 (Rite Aid Interrogatories), # 10 Exhibit 6 (CVS Interrogatories), # 11 Exhibit 7 (Rite Aid Interrogatories), # 12 Exhibit 8 (Walgreen Interrogatories), # 13 Exhibit 9 (HBC Interrogatories), # 14 Exhibit 10 (Walmart Interrogatories), # 15 Exhibit 11 (Briscoe Deposition), # 16 Exhibit 12 (Coleman Deposition), # 17 Exhibit 13 (Little Deposition), # 18 Exhibit 14 (Tommasi Deposition), # 19 Exhibit 15 (Kaleta Deposition), # 20 Exhibit 16 (Millward Deposition), # 21 Exhibit 17 (Ratycz Deposition), # 22 Exhibit 18 (Mitchell Deposition), # 23 Exhibit 19 (Hiland 30(b)(6) Deposition), # 24 Exhibit 20 (Hiland Individual Deposition), # 25 Exhibit 21 (Kessler Deposition), # 26 Exhibit 22 (Kelly Deposition), # 27 Exhibit 23 (Prevoznik Deposition), # 28 Exhibit 24 (Lembke Deposition), # 29 Exhibit 25 (Rannazzisi Deposition), # 30 Exhibit 26 (Egilman Deposition), # 31 Exhibit 27 (Jena Report), # 32 Exhibit 28 (Kwon Report), # 33 Exhibit 29 (Greimel Report), # 34 Exhibit 30 (Hill Report), # 35 Exhibit 31 (Kinsey Report), # 36 Exhibit 32 (Rosenthal Report), # 37 Exhibit 33 (Perri Report), # 38 Exhibit 34 (Lembke Report), # 39 Exhibit 35 (Ballantyne Report), # 40 Exhibit 36 (Egilman Report), # 41 Exhibit 37 (Schumacher Report), # 42 Exhibit 38 (Kessler Report), # 43 Exhibit 39 (Whitelaw Report), # 44 Exhibit 40 (Rafalski Report), # 45 Exhibit 41 (CVS Trade Associations), # 46 Exhibit 42 (Walmart Policy), # 47 Exhibit 43 (HDA Conference Schedule), # 48 Exhibit 44 (HDA Spreadsheet), # 49 Exhibit 45 (NACDS Statement), # 50 Exhibit 46 (Email), # 51 Exhibit 47 (Email), # 52 Exhibit 48 (Email), # 53 Exhibit 49 (HDA Website), # 54 Exhibit 50 (NACDS Website))(Fumerton, Tara) (Entered: 07/19/2019) |
| 07/19/2019 | 1876 | **Motion** for summary judgment filed by Walgreen Co., Walgreen Eastern Co.. Related document(s) 1871 . (Attachments: # 1 Brief in Support, # 2 Affidavit Harris Declaration, # 3 Exhibit 1 - Polster Declaration, # 4 Exhibit 2 - Prevoznik Dep., # 5 Exhibit 3 - Wright Dep., # 6 Exhibit 4 - Masters Pharm. Order, # 7 Exhibit 5 - Leonard Dep., # 8 Exhibit 6 - Baker-Stella Dep., # 9 Exhibit 7 - Prince Dep., # 10 Exhibit 8 - Hr'g Transcript, # 11 Exhibit 9 - Interrog. Resp., # 12 Exhibit 10 - Interrog. Resp., # 13 Exhibit 11 - McCann Dep., # 14 Exhibit 12 - Rafalski Report (Redacted), # 15 Exhibit 13 - Rafalski Dep. (Redacted), # 16 Exhibit 14 - Fed. Reg., # 17 Exhibit 15 - Lembke Dep., # 18 Exhibit 16 - Egilman Report, # 19 Exhibit 17 - Keller Dep., # 20 Exhibit 18 - Whitelaw Dep.)(Stoffelmayr, Kaspar) (Entered: 07/19/2019) |
| 07/19/2019 | 1877 | **SEALED Motion** *to Exclude the Opinions Offered by Jonathan Gruber (Daubert)* 1813 filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo |

| | | |
|---|---|---|
| | | Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co.. Related document(s) 1813 . (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Summary Sheet, # 4 Declaration of David W. Haller, # 5 Exhibit 1 to Declaration of David W. Haller, # 6 Exhibit 2 to Declaration of David W. Haller, # 7 Exhibit 3 to Declaration of David W. Haller)(Hobart, Geoffrey) (Entered: 07/19/2019) |
| 07/19/2019 | 1878 | **Motion** for summary judgment *Non-RICO Small Distributors' Motion for Summary Judgment Based on Their De Minimis Status* filed by Defendant Prescription Supply Inc. Related document(s) 1762 . (Attachments: # 1 Brief in Support Memorandum in Support, # 2 Exhibit John J. Haggerty Declaration, # 3 Proposed Order Proposed Order)(Haggerty, John) (Entered: 07/19/2019) |
| 07/19/2019 | 1879 | **SEALED Motion** *Non-RICO Small Distributors' Motion for Summary Judgment Based on Their De Minimis Status* 1813 , 1762 filed by Defendant Prescription Supply Inc. Related document(s) 1813 , 1762 . (Attachments: # 1 Brief in Support Memorandum in Support, # 2 Exhibit Declaration of John J. Haggerty, # 3 Proposed Order Proposed Order)(Haggerty, John) (Entered: 07/19/2019) |
| 07/19/2019 | 1880 | **SEALED Motion** *OF PLAINTIFFS CUYAHOGA AND SUMMIT COUNTIES FOR PARTIAL SUMMARY ADJUDICATION OF THEIR EQUITABLE CLAIMS FOR ABATEMENT OF AN ABSOLUTE PUBLIC NUISANCE* 1813 filed by Plaintiff Plaintiffs' Lead Counsel. Related document(s) 1813 . (Attachments: # 1 Affidavit Summary Sheet, # 2 Exhibit 1-Declaration, # 3 Exhibit 2-Media Release, # 4 Exhibit 3-Report, # 5 Exhibit 4-Proclamation, # 6 Exhibit 5-Article, # 7 Exhibit 6-Meeting info, # 8 Exhibit 7-Meeting, # 9 Exhibit 8-Map, # 10 Exhibit 9-Correspondence, # 11 Exhibit 10-Map, # 12 Exhibit 11-, # 13 Exhibit 12-Report, # 14 Exhibit 13-Report, # 15 Exhibit 14-Report, # 16 Exhibit 15-Task Force, # 17 Exhibit 16-Article, # 18 Exhibit 17-Article, # 19 Exhibit 18-Public Health, # 20 Exhibit 19-Presentation, # 21 Exhibit 20-Update, # 22 Exhibit 21-Presentation, # 23 Exhibit 22-Memo, # 24 Exhibit 23-Budget, # 25 Exhibit 24-Report, # 26 Exhibit 25-Correspondence, # 27 Exhibit 26-Memo, # 28 Exhibit 27-Correspondence, # 29 Exhibit 28-Report, # 30 Exhibit 29-Memo, # 31 Exhibit 30-Report, # 32 Exhibit 31-Memo, # 33 Exhibit 32-Request, # 34 Exhibit 33-Correspondence, # 35 Exhibit 34-Presentation, # 36 Exhibit 35-Presentation, # 37 Exhibit 36-Presentation, # 38 Errata 37-Program, # 39 Exhibit 38-Presentation, # 40 Exhibit 39-Presentation, # 41 Exhibit 40-Presentation, # 42 Exhibit 41-Tools, # 43 Exhibit 42-Presentation, # 44 Exhibit 43-Presentation, # 45 Exhibit 44-Presentation, # 46 Exhibit 45-Presentation, # 47 Exhibit 46-Presentation, # 48 Exhibit 47, # 49 Exhibit 48-Advertisement, # 50 Exhibit 49-Presentation, # 51 Exhibit 50-Corres., # 52 Exhibit 51-Abstract, # 53 Exhibit 52-Deposition Excerpts, # 54 Exhibit 53-Deposition Excerpts, # 55 Exhibit 54-Deposition Excerpts, # 56 Exhibit 55-Deposition Excerpts, # 57 Exhibit 56-Deposition Excerpts, # 58 Exhibit 57-Deposition Excerpts, # 59 Exhibit 58-Deposition Excerpts, # 60 Exhibit 59-Deposition Excerpts, # 61 Exhibit 60-Deposition Excerpts, # 62 Exhibit 61-Deposition Excerpts, # 63 Exhibit 62-Deposition Excerpts, # 64 Exhibit 63-Deposition Excerpts, # 65 Exhibit 64-Deposition Excerpts, # 66 Exhibit 65-Deposition Excerpts, # 67 Exhibit 66-Deposition Excerpts, # 68 Exhibit 67-Deposition Excerpts, # 69 Exhibit 68-Deposition Excerpts, # 70 Exhibit 69-Deposition Excerpts, # 71 Exhibit 70-Deposition Excerpts, # 72 Exhibit 71-Deposition Excerpts, # 73 Exhibit 72-Deposition Excerpts, # 74 Exhibit 73- |

| | | |
|---|---|---|
| | | Deposition Excerpts, # 75 Exhibit 74-Deposition Excerpts, # 76 Exhibit 75-Deposition Excerpts, # 77 Exhibit 76-Deposition Excerpts, # 78 Exhibit 77-Deposition Excerpts, # 79 Exhibit 78-Deposition Excerpts, # 80 Exhibit 79-Deposition Excerpts, # 81 Exhibit 80-Deposition Excerpts, # 82 Exhibit 81-Deposition Excerpts, # 83 Exhibit 82-Deposition Excerpts, # 84 Exhibit 83-Deposition Excerpts, # 85 Exhibit 84-Deposition Excerpts, # 86 Exhibit 85-Deposition Excerpts, # 87 Exhibit 86-Deposition Excerpts, # 88 Exhibit 87-Deposition Excerpts, # 89 Exhibit 88-Deposition Excerpts, # 90 Exhibit 89-Deposition Excerpts, # 91 Exhibit 90-Deposition Excerpts, # 92 Exhibit 91-Deposition Excerpts, # 93 Exhibit 92-Deposition Excerpts, # 94 Exhibit 93-Deposition Excerpts, # 95 Exhibit 94-Deposition Excerpts, # 96 Exhibit 95-Deposition Excerpts, # 97 Exhibit 96-Deposition Excerpts, # 98 Exhibit 97-Deposition Excerpts, # 99 Exhibit 98-Deposition Excerpts, # 100 Exhibit 99-Deposition Excerpts, # 101 Exhibit 100-Deposition Excerpts, # 102 Exhibit 101-Deposition Excerpts, # 103 Exhibit 102-Deposition Excerpts, # 104 Exhibit 103-Deposition Excerpts, # 105 Exhibit 104-Report, # 106 Exhibit 105-Report, # 107 Exhibit 106-Report, # 108 Exhibit 107-Report, # 109 Exhibit 108-Deposition Excerpts, # 110 Exhibit 109-Deposition Excerpts, # 111 Exhibit 110-Deposition Excerpts, # 112 Exhibit 112-Deposition Excerpts, # 113 Exhibit 113-Presentation, # 114 Exhibit 114-Presentation, # 115 Exhibit 116-Deposition Excerpts, # 116 Exhibit 111-, # 117 Exhibit 115-Presentation)(Hanly, Paul) (Entered: 07/19/2019) |
| 07/19/2019 | 1881 | **SEALED Motion** *to Exclude the Opinions of Seth B. Whitelaw (Daubert)* 1813 filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co.. Related document(s) 1813 . (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Summary Sheet, # 4 Declaration of Christopher K. Eppich, # 5 Exhibit 1 to Declaration of Christopher K. Eppich, # 6 Exhibit 2 to Declaration of Christopher K. Eppich, # 7 Exhibit 3 to Declaration of Christopher K. Eppich, # 8 Exhibit 4 to Declaration of Christopher K. Eppich, # 9 Exhibit 5 to Declaration of Christopher K. Eppich, # 10 Exhibit 6 to Declaration of Christopher K. Eppich, # 11 Exhibit 7 to Declaration of Christopher K. Eppich, # 12 Exhibit 8 to Declaration of Christopher K. Eppich, # 13 Exhibit 9 to Declaration of Christopher K. Eppich) (Hobart, Geoffrey) (Entered: 07/19/2019) |
| 07/19/2019 | 1882 | **SEALED Document:***Corrected Joint and Third Amended Complaint* filed by Cabell County Commission, City of Huntington. Related document(s) 1682 . (Kearse, Anne) (Entered: 07/19/2019) |
| 07/19/2019 | 1883 | **Motion** for summary judgment *on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson* filed by Defendant Rite Aid of Maryland, Inc.. Related document(s) 1772 , 1867 . (Attachments: # 1 Brief in Support, # 2 Declaration of Kelly A. Moore and Exhibits A-D, # 3 Proposed Order)(Moore, Kelly) (Entered: 07/19/2019) |
| 07/19/2019 | 1884 | **SEALED Motion** *Defendants' Daubert Motion to Exclude the Opinions Offered by James Rafalski* 1813 , 1785 filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., |

| | | |
|---|---|---|
| | | Walgreen Co., Walgreen Eastern Co.. Related document(s) 1813 , 1785 . (Attachments: # 1 Brief in Support, # 2 Affidavit Swift Declaration, # 3 Exhibit 1 - Rafalski Report, # 4 Exhibit 2 - Rafalski Dep., # 5 Exhibit 3 - Wright Dep., # 6 Exhibit 4 - Prevoznik Dep., # 7 Exhibit 5 - McCann Dep., # 8 Exhibit 6 - Lembke Dep., # 9 Exhibit 7 - Schumacher Report, # 10 Exhibit 8 - Kessler Report, # 11 Exhibit 9 - Griffin Dep.)(Stoffelmayr, Kaspar) (Entered: 07/19/2019) |
| 07/19/2019 | 1885 | **Motion** for summary judgment *by Pharmacy Defendants on Causation* filed by Defendant Rite Aid of Maryland, Inc.. Related document(s) 1774 , 1869 . (Attachments: # 1 Brief in Support, # 2 Declaration of Kelly A. Moore and Exhibits A-H, # 3 Proposed Order)(Moore, Kelly) (Entered: 07/19/2019) |
| 07/19/2019 | 1886 | **SEALED Motion** *For Summary Judgment* 1813 , 1756 filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. Related document(s) 1813 , 1756 . (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Exhibit A - Kwon Report (Excerpts), # 4 Exhibit B - Vanelli Declaration, # 5 Exhibit C - Rafalski Report (Excerpts), # 6 Exhibit D - Hill Report (Excerpts), # 7 Exhibit E - Rafalski Transcript (Excerpts) (Delinsky, Eric) (Entered: 07/19/2019) |
| 07/19/2019 | 1887 | **Motion** for partial summary judgment *ADJUDICATION OF DEFENDANTS DUTIES UNDER THE CONTROLLED SUBSTANCES ACT* filed by Plaintiff Plaintiffs' Lead Counsel. (Attachments: # 1 Brief in Support, # 2 Appendix Summary Sheet, # 3 Exhibit A-Prevoznic Excerpt, # 4 Exhibit B-Registrant Letter, # 5 Exhibit C-Registrant Letter)(Hanly, Paul) (Entered: 07/19/2019) |
| 07/19/2019 | 1888 | **Motion** for summary judgment filed by Defendant Rite Aid of Maryland, Inc.. Related document(s) 1870 , 1779 . (Attachments: # 1 Brief in Support, # 2 Declaration of Dr. Anupam B. Jena, Md, PhD, # 3 Declaration of Kelly A. Moore with Exhibits A-K, # 4 Proposed Order)(Moore, Kelly) (Entered: 07/19/2019) |
| 07/19/2019 | 1889 | **Motion** for summary judgment filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. Related document(s) 1756 . (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Exhibit A - Kwon Report (Excerpts), # 4 Exhibit B - Vanelli Declaration, # 5 Exhibit C - Rafalski Report (Excerpts), # 6 Exhibit D - Hill Report (Excerpts), # 7 Exhibit E - Rafalski Transcript (Excerpts)(Delinsky, Eric) (Entered: 07/19/2019) |
| 07/19/2019 | 1890 | **Motion** for partial summary judgment *ADJUDICATION OF THEIR EQUITABLE CLAIMS FOR ABATEMENT OF AN ABSOLUTE PUBLIC NUISANCE* filed by Plaintiff Plaintiffs' Lead Counsel. (Attachments: # 1 Appendix Summary Sheet) (Hanly, Paul) (Entered: 07/19/2019) |
| 07/19/2019 | 1891 | **Motion** for summary judgment *of Teva and Actavis Generic Defendants* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Attachments: # 1 Supplement Teva - Summary Sheet of Concise Facts, # 2 Brief in Support Brief iso Teva and Actavis Motion for Summary Judgment, # 3 Index Summary Sheet of Exhibits, # 4 Affidavit Declaration of S. Reed, # 5 Exhibit 1-Generic Drugs Undergo Rigorous FDA Scrutiny, # 6 Exhibit 2- Authorized Generic Drugs Report, # 7 Exhibit 3- D. Herman Depo Excerpts, # 8 Exhibit 4- M. Perfetto Depo Excerpts, # 9 Exhibit 5- |

| | | |
|---|---|---|
| | | Cephalon 2010 10k, # 10 Exhibit 6- March 29, 2007 Cephalon Letter, # 11 Exhibit 7- Fentora Label, # 12 Exhibit 8- J. Hassler Depo excerpts, # 13 Exhibit 9-S. Nicholson Report, # 14 Exhibit 10- TIRF REMS Program, # 15 Exhibit 11- E. Michna Report, # 16 Exhibit 12-M. Schumacher Depo Excerpts, # 17 Exhibit 13-A. Lembke Deposition, # 18 Exhibit 14-M. Perri Report, # 19 Exhibit 15-D. Kessler Report, # 20 Exhibit 16-D. Egilman Report, # 21 Exhibit 17-D. Egilman Depo Excerpts, # 22 Exhibit 18-H. Dorfman Report, # 23 Exhibit 19- M. Day Depo Excerpts, # 24 Exhibit 20- TEVA MDL A 06380925 image, # 25 Exhibit 21-TEVA MDL A 11891302 image, # 26 Exhibit 22- TEVA MDL Af00782034 image, # 27 Exhibit 23- 7-1-2012 Grant Policy, # 28 Exhibit 24- TEVA MDL A 00785735, # 29 Exhibit 25- TEVA MDL A 00785338 image, # 30 Exhibit 26-TEVA MDL A 00553027, # 31 Exhibit 27-TEVA MDL A 00552919, # 32 Exhibit 28- TEVA MDL A 01169010, # 33 Exhibit 29- TEVA MDL A 00502973, # 34 Exhibit 30- K. Wright Depo Excerpts, # 35 Exhibit 31- R. Portenoy Depo Excerpts, # 36 Exhibit 32- L. Webster Depo Excerpts, # 37 Exhibit 33-S. Fishman Depo Excerpts, # 38 Exhibit 34- S. Harper-Avilla Depo Excerpts, # 39 Exhibit 35-T. Prevoznik Depo Excerpts, # 40 Exhibit 36- J. Rafalski Depo Excerpts, # 41 Exhibit 37- L. Holifield Report, # 42 Exhibit 38- K. Colder Report, # 43 Exhibit 39- C. McGinn Depo Excerpts, # 44 Exhibit 40- ALLERGAN MDL 02128514 image, # 45 Exhibit 41- M. Woods excerpts, # 46 Exhibit 42- S. Beckhardt Depo Excerpts, # 47 Exhibit 43-TEVA MDL A 01088845, # 48 Exhibit 44-P. Chintagunta Expert Report, # 49 Exhibit 45- M. Rosenblatt Expert Report, # 50 Exhibit 46-Patient-Prescriber Agreement Form, # 51 Exhibit 47- J. Ketcham Expert Report, # 52 Exhibit 48- Actiq Label-TEVA_MDL_A_11087244, # 53 Exhibit 49- Plf Supp Resp to Manu Def Rogs, # 54 Exhibit 50- L. Keller Depo Excerpts, # 55 Exhibit 51- D. Ashley Depo Excerpts, # 56 Exhibit 52- L. Keller Expert Report, # 57 Exhibit 53- J. Rannazzisi Depo Excerpts, # 58 Exhibit 54-T. Glover Declaration, # 59 Exhibit 55-Declaration of Christine Baeder, # 60 Exhibit 56- Example A - West Declaration, # 61 Exhibit 57- D. Myers Declaration, # 62 Exhibit 58- Fentora Approval Letter, Sept. 25, 2006, # 63 Exhibit 59- Guilty Plea Agreement, # 64 Proposed Order)(Reed, Steven) (Entered: 07/19/2019) |
| 07/19/2019 | 1892 | **SEALED Motion** *Distributors and Manufacturers Motion for Partial Summary Judgment on Statute of Limitations Grounds* 1813 , 441 filed by Defendant Cardinal Health, Inc.. Related document(s) 1813 , 441 . (Attachments: # 1 Brief in Support, # 2 Supplement Summary Sheet, # 3 Proposed Order, # 4 Appendix 1 TA Dep, # 5 Appendix 2 MB Dep, # 6 Appendix 3 KB Dep, # 7 Appendix 4 SB Dep, # 8 Appendix 5 TB Dep, # 9 Appendix 6 VC Dep, # 10 Appendix 7 MC Dep, # 11 Appendix 8 GC Dep, # 12 Appendix 9 WD Dep, # 13 Appendix 10 MG Dep, # 14 Appendix 11 JG Dep, # 15 Appendix 12 GJ Dep, # 16 Appendix 13 GJ Dep Ex. 12, # 17 Appendix 14 MK Dep, # 18 Appendix 15 PL Dep, # 19 Appendix 16 AL Dep, # 20 Appendix 17 CM Dep, # 21 Appendix 18 SM Dep, # 22 Appendix 19 JP Dep, # 23 Appendix 20 SP Dep, # 24 Appendix 21 JP Dep, # 25 Appendix 22 JR Dep, # 26 Appendix 23 DS Dep, # 27 Appendix 24 CW Dep, # 28 Appendix 25 DOJ ARCOS Retail Drug Summary, # 29 Appendix 26 GAO Report, # 30 Appendix 27 Gansler Report, # 31 Appendix 28 DOJ Article, # 32 Appendix 29 DOJ Press Release, # 33 Appendix 30 Ohio Medicaid Annual Report, # 34 Appendix 31 DOJ Press Release, # 35 Appendix 32 DOJ Press Release, # 36 Appendix 33 Executive Order, # 37 Appendix 34 OR DOJ Press Release, # 38 Appendix 35 OH Final Report, # 39 Appendix 36 OH Press Release, # 40 Appendix 37 SEC Alpharma Settlement Agmt, # 41 Appendix 38 House Bill 93 |

Rpt, # 42 Appendix 39 OH Opiate Epidemic, # 43 Appendix 40 SFC Press Release, # 44 Appendix 41 Letter to Endo, # 45 Appendix 42 Letter to J&J, # 46 Appendix 43 Letter to Purdue, # 47 Appendix 44 Letter to AAPM, # 48 Appendix 45 Letter to APF, # 49 Appendix 46 Letter to FSMB, # 50 Appendix 47 Letter to APS, # 51 Appendix 48 Rannazzisi Statement, # 52 Appendix 49 Annual Report Summit County, # 53 Appendix 50 DOJ DEA Adjudication of Registrant Actions, # 54 Appendix 51 Opiate Timeline, # 55 Appendix 52 FDA Approved Drugs, # 56 Appendix 53 Kalb Article, # 57 Appendix 54 Tough Article, # 58 Appendix 55 Mezger Article, # 59 Appendix 56 Henson Article, # 60 Appendix 57 Cincinnati Enquirer Article, # 61 Appendix 58 Meier Article, # 62 Appendix 59 The Blade Article, # 63 Appendix 60 Columbus Dispatch Article, # 64 Appendix 61 Loftus, Gryta Article, # 65 Appendix 62 Armon Article, # 66 Appendix 63 Nash Article, # 67 Appendix 64 Pramik Article, # 68 Appendix 65 Los Angeles Times Article, # 69 Appendix 66 Mitchell Article, # 70 Appendix 67 Pramik Article, # 71 Appendix 68 Allison Article, # 72 Appendix 69 Rutledge Article, # 73 Appendix 70 Akron Beacon Article, # 74 Appendix 71 Dissell Article, # 75 Appendix 72 Vardon Article, # 76 Appendix 73 Dayton Daily News Article, # 77 Appendix 74 Tribble Article, # 78 Appendix 75 Weber, Ornstein Article, # 79 Appendix 76 Weber, Ornstein Article, # 80 Appendix 77 Starting Point, # 81 Appendix 78 Barrett, Martin Article, # 82 Appendix 79 Fauber Article, # 83 Appendix 80 Fauber Article, # 84 Appendix 81 Shepard Smith Article, # 85 Appendix 82 Squawk Box, # 86 Appendix 83 Diane Sawyer Article, # 87 Appendix 84 Leger Article, # 88 Appendix 85 Wartenberg Article, # 89 Appendix 86 CNN broadcast, # 90 Appendix 87 Powell Article, # 91 Appendix 88 Meier Article, # 92 Appendix 89 McCarty Article, # 93 Appendix 90 Wartenberg Article, # 94 Appendix 91 Fauber, Gabler Article, # 95 Appendix 92 Early Start broadcast, # 96 Appendix 93 ABC World News broadcast, # 97 Appendix 94 Kamp article, # 98 Appendix 95 Meier article, # 99 Appendix 96 TA email, # 100 Appendix 97 DA email, # 101 Appendix 98 DA email attachment, # 102 Appendix 99 RZ email, # 103 Appendix 100 JM email, # 104 Appendix 101 TZ email, # 105 Appendix 102 JM email, # 106 Appendix 103 DL email, # 107 Appendix 104 DL email attachment, # 108 Appendix 105 DL email, # 109 Appendix 106 DA email, # 110 Appendix 107 DA email attachment, # 111 Appendix 108 DL email, # 112 Appendix 109 DL email attachment, # 113 Appendix 110 JH email, # 114 Appendix 111 DL email, # 115 Appendix 112 DL email attachment, # 116 Appendix 113 VC email, # 117 Appendix 114 CMDR email, # 118 Appendix 115 DS email, # 119 Appendix 116 HS email, # 120 Appendix 117 WD email, # 121 Appendix 118 WD email, # 122 Appendix 119 WD email attachment, # 123 Appendix 120 VC email, # 124 Appendix 121 VC email attachment, # 125 Appendix 122 TH email, # 126 Appendix 123 TH email attachment, # 127 Appendix 124 TH email attachment, # 128 Appendix 125 AW email, # 129 Appendix 126 AW email attachment, # 130 Appendix 127 HS email, # 131 Appendix 128 HS email attachment, # 132 Appendix 129 HS email attachment, # 133 Appendix 130 HS email attachment, # 134 Appendix 131 HS email attachment, # 135 Appendix 132 HS email attachment, # 136 Appendix 133 HS email attachment, # 137 Appendix 134 HS email attachment, # 138 Appendix 135 HS email attachment, # 139 Appendix 136 HS email, # 140 Appendix 137 HS email attachment, # 141 Appendix 138 HS email attachment, # 142 Appendix 139 HS email attachment, # 143 Appendix 140 HS email attachment, # 144 Appendix 141 HS email attachment, # 145 Appendix 142 Baker Report, # 146 Appendix 143 ODH Press Release, # 147 Appendix 144 ODH Press Release, # 148 Appendix 145 CCC Press Release, # 149 Appendix 146

| | | |
|---|---|---|
| | | ADAMHS Board Minutes, # 150 Appendix 147 2010 Narcotics Stats, # 151 Appendix 148 ODH Press Release, # 152 Appendix 149 OSBP Press Release, # 153 Appendix 150 Denihan article, # 154 Appendix 151 OACBHA Press Release, # 155 Appendix 152 Denihan article, # 156 Appendix 153 Summit Cty OARRS Report, # 157 Appendix 154 Fishbain article, # 158 Appendix 155 Saper, Lake article, # 159 Appendix 156 Chou article, # 160 Appendix 157 APF Annual Report, # 161 Appendix 158 Treadwell article, # 162 Appendix 159 Boscarino article, # 163 Appendix 160 AAPM press release, # 164 Appendix 161 APS press release, # 165 Appendix 162 AL Expert Report, # 166 Appendix 163 MS Expert Report, # 167 Appendix 164 Endo, Our Products, # 168 Appendix 165 Purdue, Purdue Products, # 169 Appendix 166 Janssen, Products, # 170 Appendix 167 Teva USA, Product Catalog, # 171 Appendix 168 Fishman excerpt, # 172 Appendix 169 OSAMN press release, # 173 Appendix 170 Farrell email, # 174 Appendix 171 Chiem article, # 175 Appendix 172 VanZee article)(Heard, Frank) (Entered: 07/19/2019) |
| 07/19/2019 | 1893 | **Motion** for summary judgment *ON PLAINTIFFS PUBLIC NUISANCE CLAIMS* filed by *** SELECTION REQUIRED Manufacturer Defendants. Related document(s) 1761 . (Attachments: # 1 Brief in Support, # 2 Exhibit Exhibit Index, # 3 Exhibit Declaration, # 4 Exhibit 1, March 25, 2019 Expert Report of David Cutler, # 5 Exhibit 2, March 25, 2019 Expert Report of Meredith Rosenthal., # 6 Exhibit 3, March 25, 2019 Expert Report of Thomas McGuire Regarding Public Nuisance, # 7 Proposed Order)(Welch, Donna) (Entered: 07/19/2019) |
| 07/19/2019 | 1894 | **Motion** for summary judgment *FOR PLAINTIFFS FAILURE TO OFFER PROOF OF CAUSATION* filed by *** SELECTION REQUIRED Manufacturer Defendants. Related document(s) 1771 . (Attachments: # 1 Brief in Support, # 2 Exhibit Index, # 3 Exhibit T. Knapp Declaration, # 4 Exhibit 1, March 25, 2019 Expert Report of Meredith Rosenthal, # 5 Exhibit 2, May 4, 2019 Deposition Transcript of Meredith Rosenthal, # 6 Exhibit 3, March 25, 2019 Expert Report of Katherine Keyes, # 7 Exhibit 4, March 25, 2019 Expert Report of Anna Lembke, # 8 Exhibit 5, March 25, 2019 Expert Report of Mark A. Schumacher, # 9 Exhibit 6, April 29, 2019 Deposition Transcript of Katherine Keyes, # 10 Exhibit 7, May 9, 2019 Deposition Transcript of Craig J. McCann, # 11 Exhibit 8, March 25, 2019 Expert Report of Craig J. McCann, # 12 Exhibit 9, April 15, 2019 Expert Report of James E. Rafalski, # 13 Exhibit 10, May 14, 2019 Deposition Transcript of James E. Rafalski, # 14 Exhibit 11, June 13, 2019 Deposition Transcript of Lacey R. Keller, # 15 Exhibit 12, May 17, 2019 Deposition Transcript of Seth B. Whitelaw, # 16 Exhibit 13, March 25, 2019 Expert Report of David Cutler, # 17 Exhibit 14, April 26, 2019 Deposition Transcript of David Cutler, # 18 Exhibit 15, March 25, 2019 Public Nuisance Expert Report of Thomas McGuire, # 19 Proposed Order) (Welch, Donna) (Entered: 07/19/2019) |
| 07/19/2019 | 1895 | **SEALED Document:***Notice of Filing of Plaintiffs' Expert Reports* filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Caleb Alexander, MD, MS Report, # 2 Caleb Alexander, MD, MS Supplement and Errata, # 3 David Courtwright, PhD Report, # 4 David Cutler, PhD Report, # 5 David Egilman, MD, PhD Report, # 6 Jonathan Gruber, PhD Report, # 7 Lacey Keller Report with Errata, # 8 David Kessler, MD Report, # 9 Katherine Keyes Report, # 10 Anna Lembke Report with Supplemental Materials, # 11 Jeffrey Liebman, PhD Report, # 12 Jeffrey Liebman, PhD Supplemental Report and Errata with Revised |

| | | |
|---|---|---|
| | | Appendix B, # 13 Craig McCann Report, # 14 Craig McCann Supplemental Report, # 15 Craig McCann Second Supplemental Report, # 16 Thomas McGuire Report, # 17 Thomas McGuire Report Public Nuisance, # 18 Matthew Perri Report, # 19 James Rafalski Report, # 20 Meredith Rosenthal Report and Errata, # 21 Mark Schumacher, MD Report and Supplemental Materials, # 22 Scott Wexelblatt, PhD Report, # 23 Seth Whitelaw, JD, LLM Report, # 24 Nancy Young, PhD Report)(Cabraser, Elizabeth) (Entered: 07/19/2019) |
| 07/19/2019 | 1896 | **Motion** for partial summary judgment *Distributors and Manufacturers Motion for Partial Summary Judgment on Statute of Limitations Grounds* filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Brief in Support, # 2 Supplement Summary Sheet, # 3 Proposed Order, # 4 Appendix 1 TA Dep, # 5 Appendix 2 MB Dep, # 6 Appendix 3 KB Dep, # 7 Appendix 4 SB Dep, # 8 Appendix 5 TB Dep, # 9 Appendix 6 VC Dep, # 10 Appendix 7 MC Dep, # 11 Appendix 8 GC Dep, # 12 Appendix 9 WD Dep, # 13 Appendix 10 MG Dep, # 14 Appendix 11 JG Dep, # 15 Appendix 12 GJ Dep, # 16 Appendix 13 GJ Dep Ex. 12, # 17 Appendix 14 MK Dep, # 18 Appendix 15 PL Dep, # 19 Appendix 16 AL Dep, # 20 Appendix 17 CM Dep, # 21 Appendix 18 SM Dep, # 22 Appendix 19 JP Dep, # 23 Appendix 20 SP Dep, # 24 Appendix 21 JP Dep, # 25 Appendix 22 JR Dep, # 26 Appendix 23 DS Dep, # 27 Appendix 24 CW Dep, # 28 Appendix 25 DOJ ARCOS Retail Drug Summary, # 29 Appendix 26 GAO Report, # 30 Appendix 27 Gansler Report, # 31 Appendix 28 DOJ Article, # 32 Appendix 29 DOJ Press Release, # 33 Appendix 30 Ohio Medicaid Annual Report, # 34 Appendix 31 DOJ Press Release, # 35 Appendix 32 DOJ Press Release, # 36 Appendix 33 Executive Order, # 37 Appendix 34 OR DOJ Press Release, # 38 Appendix 35 OH Final Report, # 39 Appendix 36 OH Press Release, # 40 Appendix 37 SEC Alpharma Settlement Agmt, # 41 Appendix 38 House Bill 93 Rpt, # 42 Appendix 39 OH Opiate Epidemic, # 43 Appendix 40 SFC Press Release, # 44 Appendix 41 Letter to Endo, # 45 Appendix 42 Letter to J&J, # 46 Appendix 43 Letter to Purdue, # 47 Appendix 44 Letter to AAPM, # 48 Appendix 45 Letter to APF, # 49 Appendix 46 Letter to FSMB, # 50 Appendix 47 Letter to APS, # 51 Appendix 48 Rannazzisi Statement, # 52 Appendix 49 Annual Report Summit County, # 53 Appendix 50 DOJ DEA Adjudication of Registrant Actions, # 54 Appendix 51 Opiate Timeline, # 55 Appendix 52 FDA Approved Drugs, # 56 Appendix 53 Kalb Article, # 57 Appendix 54 Tough Article, # 58 Appendix 55 Mezger Article, # 59 Appendix 56 Henson Article, # 60 Appendix 57 Cincinnati Enquirer Article, # 61 Appendix 58 Meier Article, # 62 Appendix 59 The Blade Article, # 63 Appendix 60 Columbus Dispatch Article, # 64 Appendix 61 Loftus, Gryta Article, # 65 Appendix 62 Armon Article, # 66 Appendix 63 Nash Article, # 67 Appendix 64 Pramik Article, # 68 Appendix 65 Los Angeles Times Article, # 69 Appendix 66 Mitchell Article, # 70 Appendix 67 Pramik Article, # 71 Appendix 68 Allison Article, # 72 Appendix 69 Rutledge Article, # 73 Appendix 70 Akron Beacon Article, # 74 Appendix 71 Dissell Article, # 75 Appendix 72 Vardon Article, # 76 Appendix 73 Dayton Daily News Article, # 77 Appendix 74 Tribble Article, # 78 Appendix 75 Weber, Ornstein Article, # 79 Appendix 76 Weber, Ornstein Article, # 80 Appendix 77 Starting Point, # 81 Appendix 78 Barrett, Martin Article, # 82 Appendix 79 Fauber Article, # 83 Appendix 80 Fauber Article, # 84 Appendix 81 Shepard Smith Article, # 85 Appendix 82 Squawk Box, # 86 Appendix 83 Diane Sawyer Article, # 87 Appendix 84 Leger Article, # 88 Appendix 85 Wartenberg Article, # 89 Appendix 86 CNN broadcast, # 90 Appendix 87 Powell Article, # 91 Appendix 88 Meier Article, # 92 Appendix 89 McCarty Article, # 93 Appendix 90 |

| | | |
|---|---|---|
| | | Wartenberg Article, # 94 Appendix 91 Fauber, Gabler Article, # 95 Appendix 92 Early Start broadcast, # 96 Appendix 93 ABC World News broadcast, # 97 Appendix 94 Kamp article, # 98 Appendix 95 Meier article, # 99 Appendix 96 TA email, # 100 Appendix 97 DA email, # 101 Appendix 98 DA email attachment, # 102 Appendix 99 RZ email, # 103 Appendix 100 JM email, # 104 Appendix 101 TZ email, # 105 Appendix 102 JM email, # 106 Appendix 103 DL email, # 107 Appendix 104 DL email attachment, # 108 Appendix 105 DL email, # 109 Appendix 106 DA email, # 110 Appendix 107 DA email attachment, # 111 Appendix 108 DL email, # 112 Appendix 109 DL email attachment, # 113 Appendix 110 JH email, # 114 Appendix 111 DL email, # 115 Appendix 112 DL email attachment, # 116 Appendix 113 VC email, # 117 Appendix 114 CMDR email, # 118 Appendix 115 DS email, # 119 Appendix 116 HS email, # 120 Appendix 117 WD email, # 121 Appendix 118 WD email, # 122 Appendix 119 WD email attachment, # 123 Appendix 120 VC email, # 124 Appendix 121 VC email attachment, # 125 Appendix 122 TH email, # 126 Appendix 123 TH email attachment, # 127 Appendix 124 TH email attachment, # 128 Appendix 125 AW email, # 129 Appendix 126 AW email attachment, # 130 Appendix 127 HS email, # 131 Appendix 128 HS email attachment, # 132 Appendix 129 HS email attachment, # 133 Appendix 130 HS email attachment, # 134 Appendix 131 HS email attachment, # 135 Appendix 132 HS email attachment, # 136 Appendix 133 HS email attachment, # 137 Appendix 134 HS email attachment, # 138 Appendix 135 HS email attachment, # 139 Appendix 136 HS email, # 140 Appendix 137 HS email attachment, # 141 Appendix 138 HS email attachment, # 142 Appendix 139 HS email attachment, # 143 Appendix 140 HS email attachment, # 144 Appendix 141 HS email attachment, # 145 Appendix 142 Baker Report, # 146 Appendix 143 ODH Press Release, # 147 Appendix 144 ODH Press Release, # 148 Appendix 145 CCC Press Release, # 149 Appendix 146 ADAMHS Board Minutes, # 150 Appendix 147 2010 Narcotics Stats, # 151 Appendix 148 ODH Press Release, # 152 Appendix 149 OSBP Press Release, # 153 Appendix 150 Denihan article, # 154 Appendix 151 OACBHA Press Release, # 155 Appendix 152 Denihan article, # 156 Appendix 153 Summit Cty OARRS Report, # 157 Appendix 154 Fishbain article, # 158 Appendix 155 Saper, Lake article, # 159 Appendix 156 Chou article, # 160 Appendix 157 APF Annual Report, # 161 Appendix 158 Treadwell article, # 162 Appendix 159 Boscarino article, # 163 Appendix 160 AAPM press release, # 164 Appendix 161 APS press release, # 165 Appendix 162 AL Expert Report, # 166 Appendix 163 MS Expert Report, # 167 Appendix 164 Endo, Our Products, # 168 Appendix 165 Purdue, Purdue Products, # 169 Appendix 166 Janssen, Products, # 170 Appendix 167 Teva USA, Product Catalog, # 171 Appendix 168 Fishman excerpt, # 172 Appendix 169 OSAMN press release, # 173 Appendix 170 Farrell email, # 174 Appendix 171 Chiem article, # 175 Appendix 172 VanZee article)(Heard, Frank) (Entered: 07/19/2019) |
| 07/19/2019 | 1897 | **SEALED Motion** *for Summary Judgment on Proximate Causation Grounds* 1813 filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Prescription Supply Inc. Related document(s) 1813 . (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Summary Sheet, # 4 Attorney Declaration, # 5 Appendix A to Attorney Declaration, # 6 Exhibit 1 to Attorney Declaration, # 7 Exhibit 2 to Attorney Declaration, # 8 Exhibit 3 to Attorney Declaration, # 9 Exhibit 4 to Attorney Declaration, # 10 Exhibit 5 to Attorney Declaration, # 11 Exhibit 6 to |

| | | |
|---|---|---|
| | | Attorney Declaration, # 12 Exhibit 7 to Attorney Declaration, # 13 Exhibit 8 to Attorney Declaration, # 14 Exhibit 9 to Attorney Declaration, # 15 Exhibit 10 to Attorney Declaration, # 16 Exhibit 11 to Attorney Declaration, # 17 Exhibit 12 to Attorney Declaration, # 18 Exhibit 13 to Attorney Declaration, # 19 Exhibit 14 to Attorney Declaration, # 20 Exhibit 15 to Attorney Declaration, # 21 Exhibit 16 to Attorney Declaration, # 22 Exhibit 17 to Attorney Declaration, # 23 Exhibit 18 to Attorney Declaration, # 24 Exhibit 19 to Attorney Declaration, # 25 Exhibit 20 to Attorney Declaration, # 26 Exhibit 21 to Attorney Declaration, # 27 Exhibit 22 to Attorney Declaration, # 28 Exhibit 23 to Attorney Declaration, # 29 Exhibit 24 to Attorney Declaration, # 30 Exhibit 25 to Attorney Declaration, # 31 Exhibit 26 to Attorney Declaration, # 32 Exhibit 27 to Attorney Declaration, # 33 Exhibit 28 to Attorney Declaration, # 34 Exhibit 29 to Attorney Declaration, # 35 Exhibit 30 to Attorney Declaration, # 36 Exhibit 31 to Attorney Declaration, # 37 Exhibit 32 to Attorney Declaration, # 38 Exhibit 33 to Attorney Declaration, # 39 Exhibit 34 to Attorney Declaration, # 40 Exhibit 35 to Attorney Declaration, # 41 Exhibit 36 to Attorney Declaration, # 42 Exhibit 37 to Attorney Declaration, # 43 Exhibit 38 to Attorney Declaration, # 44 Exhibit 39 to Attorney Declaration, # 45 Exhibit 40 to Attorney Declaration, # 46 Exhibit 41 to Attorney Declaration, # 47 Exhibit 42 to Attorney Declaration, # 48 Exhibit 43 to Attorney Declaration, # 49 Exhibit 44 to Attorney Declaration, # 50 Exhibit 45 to Attorney Declaration, # 51 Exhibit 46 to Attorney Declaration, # 52 Exhibit 47 to Attorney Declaration, # 53 Exhibit 48 to Attorney Declaration)(Hobart, Geoffrey) (Entered: 07/19/2019) |
| 07/19/2019 | 1898 | **SEALED Motion** *for Partial Summary Judgment* 1813 , 1778 filed by Mallinckrodt LLC, Mallinckrodt PLC, SpecGX LLC. Related document(s) 1813 , 1778 . (Attachments: # 1 Summary Sheet, # 2 Memorandum in Support, # 3 Declaration of Jennifer S. Pantina in Support, # 4 Exhibit 1 to Pantina Declaration, # 5 Exhibit 2 to Pantina Declaration, # 6 Exhibit 3 to Pantina Declaration, # 7 Exhibit 4 to Pantina Declaration, # 8 Exhibit 5 to Pantina Declaration, # 9 Exhibit 6 to Pantina Declaration, # 10 Exhibit 7 to Pantina Declaration, # 11 Exhibit 8 to Pantina Declaration, # 12 Exhibit 9 to Pantina Declaration, # 13 Exhibit 10 to Pantina Declaration, # 14 Exhibit 11 to Pantina Declaration, # 15 Exhibit 12 to Pantina Declaration, # 16 Exhibit 13 to Pantina Declaration, # 17 Exhibit 14 to Pantina Declaration, # 18 Exhibit 15 to Pantina Declaration, # 19 Proposed Order) (O'Connor, Brien) (Entered: 07/19/2019) |
| 07/19/2019 | 1899 | Notice of Filing Plaintiffs Expert Reports filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Caleb Alexander, MD, MS Report, # 2 Caleb Alexander, MD, MS Supplement and Errata, # 3 David Courtwright, PhD Report, # 4 David Cutler, PhD Report, # 5 David Egilman, MD, PhD Report, # 6 Jonathan Gruber, PhD Report, # 7 Lacey Keller Report with Errata, # 8 David Kessler, MD Report, # 9 Katherine Keyes Report, # 10 Anna Lembke Report with Supplemental Materials, # 11 Jeffrey Liebman, PhD Report, # 12 Jeffrey Liebman, PhD Supplemental Report and Errata with Revised Appendix B, # 13 Craig McCann Report, # 14 Craig McCann Supplemental Report, # 15 Craig McCann Second Supplemental Report, # 16 Thomas McGuire Report, # 17 Thomas McGuire Report Public Nuisance, # 18 Matthew Perri Report, # 19 James Rafalski Report, # 20 Meredith Rosenthal Report and Errata, # 21 Mark Schumacher, MD Report and Supplemental Materials, # 22 Scott Wexelblatt, PhD Report, # 23 Seth Whitelaw, JD, LLM Report, # 24 Nancy Young, PhD Report)(Cabraser, Elizabeth) (Entered: |

| | | 07/19/2019) |
|---|---|---|
| 07/19/2019 | 1900 | **Motion** to strike */Defendants' Daubert Motion to Exclude the Opinions Offered by James Rafalski* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co., Walgreen Eastern Co.. Related document(s) 1884 . (Attachments: # 1 Brief in Support, # 2 Exhibit 1 - Rafalski Report, # 3 Exhibit 2 - Rafalski Dep., # 4 Exhibit 3 - Wright Dep., # 5 Exhibit 4 - Prevoznik Dep., # 6 Exhibit 5 - McCann Dep., # 7 Exhibit 6 - Lembke Dep., # 8 Exhibit 7 - Schumacher Dep., # 9 Exhibit 8 - Kessler Report, # 10 Exhibit 9 - Griffin Dep., # 11 Proposed Order)(Stoffelmayr, Kaspar) (Entered: 07/19/2019) |
| 07/19/2019 | 1901 | **Motion** TO EXCLUDE DAVID CUTLERS OPINIONS AND PROPOSED TESTIMONY filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. Related document(s) 1758 . (Attachments: # 1 Brief in Support of DEFENDANTS MOTION TO EXCLUDE DAVID CUTLERS OPINIONS AND PROPOSED TESTIMONY, # 2 Exhibit Index, # 3 Exhibit T. Knapp Declaration, # 4 Exhibit 1, March 25, 2019 Expert Report of David Cutler, # 5 Exhibit 2, April 26, 2019 and April 27, 2019 Depositions of David Cutler, Ph.D., # 6 Exhibit 3, June 21st, 2019 Corrected and Restated Expert Report of Kevin M. Murphy, Ph.D., # 7 Exhibit 4, Anne Case, et al., Mortality and Morbidity in the 21st Century, Brookings Papers on Economic Activity (2017), # 8 Exhibit 5, May 10, 2019 Expert Report of Professor Iain Cockburn, # 9 Exhibit 6, May 10, 2019 Expert Report of Professor Margaret K. Kyle, # 10 Proposed Order)(Welch, Donna) (Entered: 07/19/2019) |
| 07/19/2019 | 1902 | **Motion** for judgment on the pleadings , **Motion** for summary judgment filed by Defendant Noramco, Inc.. (Attachments: # 1 Brief in Support, # 2 Exhibit Grubb Decl., # 3 Exhibit Kessler Depo. Excerpts, # 4 Proposed Order Granting Judgment on the Pleadings, # 5 Proposed Order Granting Summary Judgment, # 6 Summary Sheet)(Jarcho, Daniel) Modified on 9/10/2019 (P,R). (Entered: 07/19/2019) |
| 07/19/2019 | 1903 | **SEALED Motion** *for Order* 1813 , 441 filed by Defendant Cardinal Health, Inc.. Related document(s) 1813 , 441 . (Attachments: # 1 Summary Sheet, # 2 Brief in Support, # 3 Proposed Order, # 4 Declaration of A. Hardin, # 5 Exhibit 1 - McCann Report, # 6 Exhibit 2 - Rafalski Report, # 7 Exhibit 3 - McCann Second Supplemental Report, # 8 Exhibit 4 - McCann Deposition, # 9 Exhibit 5 - Rafalski Deposition, # 10 Exhibit 6 - MacDonald Report, # 11 Exhibit 7 - DEA Letter, # 12 Exhibit 8 Prevoznik Deposition, # 13 Exhibit 9 - Rannazzisi Deposition, # 14 Exhibit 10 - Wright Deposition, # 15 Exhibit 11 - Ashley Deposition, # 16 Exhibit 12 - GAO Report, # 17 Exhibit 13 - Strait Deposition, # 18 Exhibit 14 - Plaintiffs' Discovery Responses, # 19 Exhibit 15 - Jena Report, # 20 Exhibit 16 - Brunner Report, # 21 Exhibit 17 - McCann Appendix 10)(Hardin, Ashley) (Entered: 07/19/2019) |
| 07/19/2019 | 1904 | **SEALED Motion** *for Summary Judgment on Plaintiffs' RICO and OCPA Claims* 1813 filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 1813 . (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Summary Sheet, # 4 Attorney Declaration, # 5 Exhibit 1 to Attorney Declaration, # 6 Exhibit 2 to Attorney Declaration, # 7 |

| | | |
|---|---|---|
| | | Exhibit 3 to Attorney Declaration, # 8 Exhibit 4 to Attorney Declaration, # 9 Exhibit 5 to Attorney Declaration, # 10 Exhibit 6 to Attorney Declaration, # 11 Exhibit 7 to Attorney Declaration, # 12 Exhibit 8 to Attorney Declaration, # 13 Exhibit 9 to Attorney Declaration, # 14 Exhibit 10 to Attorney Declaration, # 15 Exhibit 11 to Attorney Declaration, # 16 Exhibit 12 to Attorney Declaration, # 17 Exhibit 13 to Attorney Declaration, # 18 Exhibit 14 to Attorney Declaration, # 19 Exhibit 15 to Attorney Declaration, # 20 Exhibit 16 to Attorney Declaration, # 21 Exhibit 17 to Attorney Declaration, # 22 Exhibit 18 to Attorney Declaration, # 23 Exhibit 19 to Attorney Declaration, # 24 Exhibit 20 to Attorney Declaration, # 25 Exhibit 21 to Attorney Declaration, # 26 Exhibit 22 to Attorney Declaration, # 27 Exhibit 23 to Attorney Declaration, # 28 Exhibit 24 to Attorney Declaration, # 29 Exhibit 25 to Attorney Declaration, # 30 Exhibit 26 to Attorney Declaration, # 31 Exhibit 27 to Attorney Declaration, # 32 Exhibit 28 to Attorney Declaration, # 33 Exhibit 29 to Attorney Declaration, # 34 Exhibit 30 to Attorney Declaration, # 35 Exhibit 31 to Attorney Declaration)(Hobart, Geoffrey) (Entered: 07/19/2019) |
| 07/19/2019 | 1905 | **SEALED Motion** *of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* 1813 , 441 filed by Defendant Cardinal Health, Inc.. Related document(s) 1813 , 441 . (Attachments: # 1 Brief in Support, # 2 Pleading Summary Sheet, # 3 Exhibit Index, # 4 Exhibit I.1 - GB Dep., # 5 Exhibit I.2 - GB 2 Dep., # 6 Exhibit I.3 - RB Dep., # 7 Exhibit I.4 - EC Dep., # 8 Exhibit I.5 - MC Dep., # 9 Exhibit I.6 - PC Dep., # 10 Exhibit I.7 - WD Dep., # 11 Exhibit I.8 - GE Dep., # 12 Exhibit I.9 - SH Dep., # 13 Exhibit I.10 - DK Dep., # 14 Exhibit I.11 - AL Dep., # 15 Exhibit I.12 - JN Dep., # 16 Exhibit I.13 - MP Dep., # 17 Exhibit I.14 - TP Dep., # 18 Exhibit I.15 - GQ Dep, # 19 Exhibit I.16 - MR Dep., # 20 Exhibit I.17 - MS Dep., # 21 Exhibit I.18 - SS Dep., # 22 Exhibit I.19 - DW Dep., # 23 Exhibit I.20 - CW Dep., # 24 Exhibit I.21 - CZ Dep., # 25 Exhibit I.22 - CZ 2 Dep., # 26 Exhibit II.1 - Produced Spreadsheet, # 27 Exhibit II.2 - Produced Spreadsheet, # 28 Exhibit II.3 - Produced Letter, # 29 Exhibit II.4 - Produced Agreement, # 30 Exhibit II.5 - Produced Agreement, # 31 Exhibit Exhibit II.6 - Produced Email, # 32 Exhibit Exhibit II.7 - Produced Document, # 33 Exhibit III.1 - Expert Report, # 34 Exhibit III.2 - Expert Report, # 35 Exhibit III.3 - Expert Report, # 36 Exhibit III.4 - Expert Report, # 37 Exhibit III.5 - Expert Report, # 38 Exhibit III.6 - Expert Report, # 39 Exhibit IV.1 - DEA Website, # 40 Proposed Order)(Heard, Frank) (Entered: 07/19/2019) |
| 07/19/2019 | 1906 | **Motion** order filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Summary Sheet, # 2 Brief in Support, # 3 Proposed Order, # 4 Declaration of A. Hardin, # 5 Exhibit 1 - McCann Report (Redacted), # 6 Exhibit 2 - Rafalski Report (Redacted), # 7 Exhibit 3 - McCann Second Supplemental Report (Redacted), # 8 Exhibit 4 - McCann Deposition, # 9 Exhibit 5 - Rafalski Deposition (Redacted), # 10 Exhibit 6 MacDonald Report (Redacted), # 11 Exhibit 7 - DEA Letter, # 12 Exhibit 8 Prevoznik Deposition, # 13 Exhibit 9 Rannazzisi Deposition, # 14 Exhibit 10 Wright Deposition, # 15 Exhibit 11 - Ashley Deposition, # 16 Exhibit 12 - GAO Report, # 17 Exhibit 13 - Strait Deposition, # 18 Exhibit 14 - Plaintiffs' Discovery Responses, # 19 Exhibit 15 - Jena Report (Redacted), # 20 Exhibit 16 - Brunner Report (Redacted), # 21 Exhibit 17 - McCann Appendix 10 (Redacted)) (Hardin, Ashley) (Entered: 07/19/2019) |
| 07/19/2019 | 1907 | **Motion** for partial summary judgment filed by Mallinckrodt LLC, Mallinckrodt PLC, SpecGX LLC. Related document(s) 1778 , 1898 . (Attachments: # 1 Summary Sheet, # 2 Memorandum in Support, # 3 Declaration of Jennifer S. |

| | | |
|---|---|---|
| | | Pantina in Support, # 4 Exhibit 1 to Pantina Declaration, # 5 Exhibit 2 to Pantina Declaration, # 6 Exhibit 3 to Pantina Declaration, # 7 Exhibit 4 to Pantina Declaration, # 8 Exhibit 5 to Pantina Declaration, # 9 Exhibit 6 to Pantina Declaration, # 10 Exhibit 7 to Pantina Declaration, # 11 Exhibit 8 to Pantina Declaration, # 12 Exhibit 9 to Pantina Declaration, # 13 Exhibit 10 to Pantina Declaration, # 14 Exhibit 11 to Pantina Declaration, # 15 Exhibit 12 to Pantina Declaration, # 16 Exhibit 13 to Pantina Declaration, # 17 Exhibit 14 to Pantina Declaration, # 18 Exhibit 15 to Pantina Declaration, # 19 Proposed Order) (O'Connor, Brien) (Entered: 07/19/2019) |
| 07/19/2019 | 1908 | **Motion** for summary judgment *of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Brief in Support, # 2 Pleading Summary Sheet, # 3 Exhibit Index, # 4 Exhibit I.1 - GB Dep., # 5 Exhibit I.2 - GB 2 Dep., # 6 Exhibit I.3 - RB Dep., # 7 Exhibit I.4 - EC Dep., # 8 Exhibit I.5 - MC Dep., # 9 Exhibit I.6 - PC Dep., # 10 Exhibit I.7 - WD Dep., # 11 Exhibit I.8 - GE Dep., # 12 Exhibit I.9 - SH Dep., # 13 Exhibit I.10 - DK Dep., # 14 Exhibit I.11 - AL Dep., # 15 Exhibit I.12 - JN Dep., # 16 Exhibit I.13 - MP Dep., # 17 Exhibit I.14 - TP Dep., # 18 Exhibit I.15 - GQ Dep., # 19 Exhibit I.16 - MR Dep., # 20 Exhibit I.17 - MS Dep., # 21 Exhibit I.18 - SS Dep., # 22 Exhibit I.19 - DW Dep., # 23 Exhibit I.20 - CW Dep., # 24 Exhibit I.21 - CZ Dep., # 25 Exhibit I.22 - CZ 2 Dep., # 26 Exhibit II.1 - Produced Spreadsheet, # 27 Exhibit II.2 - Produced Spreadsheet, # 28 Exhibit II.3 - Produced Letter, # 29 Exhibit II.4 - Produced Agreement, # 30 Exhibit II.5 - Produced Agreement, # 31 Exhibit II.6 - Produced Email, # 32 Exhibit II.7 - Produced Document, # 33 Exhibit III.1 - Expert Report, # 34 Exhibit III.2 - Expert Report, # 35 Exhibit III.3 - Expert Report, # 36 Exhibit III.4 - Expert Report, # 37 Exhibit III.5 - Expert Report, # 38 Exhibit III.6 - Expert Report, # 39 Exhibit IV.1 - DEA Website, # 40 Proposed Order)(Heard, Frank) (Entered: 07/19/2019) |
| 07/19/2019 | 1909 | **Motion** for summary judgment filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. Related document(s) 1775 . (Attachments: # 1 Brief in Support OF DEFENDANTS ALLERGAN PLC, ALLERGAN FINANCE, LLC, ALLERGAN SALES, LLC, AND ALLERGAN USA, INC.S INDIVIDUAL MOTION FOR SUMMARY JUDGMENT, # 2 Exhibit Index, # 3 Exhibit D. Welch Declaration, # 4 Exhibit 1, Settlement Agreement and Mutual Releases between Teva Pharmaceutical Industries Ltd. and Allergan plc, dated January 31, 2018, bearing the bates number ALLERGAN_MDL_01396687, # 5 Exhibit 2, true and correct copy of Exhibit 3 from the October 26, 2018 deposition of Stephan Kaufhold, # 6 Exhibit 3, Allergans Fourth Amended Objections and Responses to Plaintiffs Corrected Second Set of Interrogatories, dated March 4, 2019., # 7 Exhibit 4, May 10, 2019 Expert Report of Margaret K. Kyle, # 8 Exhibit 5, May 10, 2019 Expert Report of Carl C. Peck, # 9 Exhibit 6, August 2, 2018 deposition transcript of Jennifer Altier, # 10 Exhibit 7, April 24, 2019 deposition transcript of Matthew Perri, # 11 Exhibit 8, ALLERGAN_MDL_02147111, # 12 Exhibit 9, ALLERGAN_MDL_00400518, # 13 Exhibit 10, January 17, 2019 deposition transcript of Douglas Boothe, # 14 Exhibit 11, TEVA_MDL_JD000066, # 15 Exhibit 12, Master Purchase Agreement between Allergan plc and Teva Pharmaceutical Industries Ltd., dated July 26, 2015, bearing the bates number ALLERGAN_MDL_01470362, # 16 Exhibit 13, Kadian Asset Purchase Agreement, dated December 17, 2008, bearing the bates number |

| | | |
|---|---|---|
| | | ALLERGAN_MDL_00378157, # [17] Exhibit 14, May 10, 2019 Expert Report of Jonathan R. Macey, # [18] Exhibit 15, May 29, 2019 deposition transcript of Jonathan R. Macey, # [19] Exhibit 16, ALLERGAN_MDL_01373716, # [20] Exhibit 17, May 4-5, 2019 deposition transcript of Meredith B. Rosenthal, # [21] Exhibit 18, May 9, 2019 deposition transcript of Craig J. McCann, # [22] Exhibit 19, June 13, 2019 deposition transcript of Lacey R. Keller, # [23] Exhibit 20, June 27, 2019 Supplemental Expert Report of Margaret K. Kyle, # [24] Exhibit 21, ALLERGAN_MDL_01104711, # [25] Proposed Order)(Welch, Donna) (Entered: 07/19/2019) |
| 07/19/2019 | [1910] | **Motion** for partial summary judgment *ADJUDICATION OF DEFENDANTS DUTIES UNDER THE CONTROLLED SUBSTANCES ACT* filed by Plaintiff Plaintiffs' Lead Counsel. Related document(s) [1813] . (Attachments: # [1] Brief in Support, # [2] Appendix Summary Sheet)(Hanly, Paul) (Entered: 07/19/2019) |
| 07/19/2019 | [1911] | **Motion** Defendants Motion to Exclude Testimony of Thomas McGuire Concerning Damages filed by Defendant Cardinal Health, Inc.. (Attachments: # [1] Brief in Support, # [2] Pleading Summary Sheet, # [3] Proposed Order, # [4] Index Affidavit of Ashley W. Hardin, # [5] Exhibit 1 - McGuire Report, # [6] Exhibit 2 - McGuire Dep., # [7] Exhibit 3 - Cutler Dep., # [8] Exhibit 4 - Bialecki Dep., # [9] Exhibit 5 - Cuyahoga Discovery Response, # [10] Exhibit 6 - Summit Discovery Response, # [11] Exhibit 7 - Cuyahoga Discovery Response, # [12] Exhibit 8 - Summit Discovery Response, # [13] Exhibit 9 - Majestro Letter, # [14] Exhibit 10 - Keenan Dep., # [15] Exhibit 11 - Rosenthal Report, # [16] Exhibit 12 - Rosenthal Dep., # [17] Exhibit 13 - Johnson Dep., # [18] Exhibit 14 - Nelsen Dep.)(Heard, Frank) (Entered: 07/19/2019) |
| 07/19/2019 | [1912] | **SEALED Motion** *Defendant HBC Service Company's Motion for Summary Judgment on All of Plaintiffs' Claims* [1813] , [1759] filed by Defendant HBC Service Company. Related document(s) [1813] , [1759] . (Attachments: # [1] Brief in Support, # [2] Affidavit Declaration of Joshua A. Kobrin in Support of Motion for Summary Judgment, # [3] Exhibit 1 - Excerpts from Durr Dep. Tr., # [4] Exhibit 2 - Excerpts from Greimel expert report, # [5] Exhibit 3 - Excerpts from Prevoznik Dep. Tr., # [6] Exhibit 4 - Excerpts from Ashley Dep. Tr., # [7] Exhibit 5 - Excerpts from Carlson Dep. Tr., # [8] Exhibit 6 - HBC Operations and Procedures, # [9] Exhibit 7 - Excerpts from Rogos Dep. Tr., # [10] Exhibit 8 - Excerpts from Tsipakis Dep. Tr., # [11] Exhibit 9 - Excerpts from Millward Dep. Tr., # [12] Exhibit 10 - Excerpts from Bencivengo Dep. Tr., # [13] Exhibit 11 - Excerpts from Kinsey Dep. Tr., # [14] Exhibit 12 - Excerpts from Kinsey expert report, # [15] Exhibit 13 - Controlled Substance Dispensing Guideline, # [16] Exhibit 14 - Excerpts from Mollica Dep. Tr., # [17] Exhibit 15 - Pharmacist's Manual, # [18] Exhibit 16 - Excerpts from Chunderlik Dep. Tr., # [19] Exhibit 17 - Excerpts from Heiser Dep. Tr., # [20] Exhibit 18 - Excerpts from McClune Dep. Tr., # [21] Exhibit 19 - Excerpts from Wright Dep. Tr., # [22] Exhibit 20 - Excerpts from Rannazzisi Dep. Tr., # [23] Exhibit 21 - Excerpts from Tommasi Dep. Tr., # [24] Exhibit 22 - Excerpts from McCann expert reports, # [25] Exhibit 23 - Ex. 8 to Harper-Avilla Dep. Tr., # [26] Exhibit 24 - Excerpts from Harper-Avilla Dep. Tr., # [27] Exhibit 25 - Excerpts from McCann Dep. Tr., # [28] Exhibit 26 - Excerpts from Whitelaw expert report, # [29] Exhibit 27 - Declaration of McClune, # [30] Exhibit 28 - Excerpts from Rafalski expert report, # [31] Proposed Order)(Barnes, Robert) (Entered: 07/19/2019) |

| 07/19/2019 | 1913 | **Motion** TO EXCLUDE MEREDITH ROSENTHALS OPINIONS AND PROPOSED TESTIMONY filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. Related document(s) 1767 . (Attachments: # 1 Brief in Support OF DEFENDANTS MOTION TO EXCLUDE MEREDITH ROSENTHALS OPINIONS AND PROPOSED TESTIMONY, # 2 Exhibit Index, # 3 Exhibit T. Knapp Declaration, # 4 Exhibit 1, March 25, 2019 Expert Report of Meredith Rosenthal, # 5 Exhibit 2, May 5-6, 2019 Deposition of Meredith Rosenthal, # 6 Exhibit 3, David M. Cutler, et al., The Value of Antihypertensive Drugs: A Perspective on Medical Innovation, Health Affairs 26, no. 1 (2007), # 7 Exhibit 4, April 23, 2019 Deposition of Matthew Perri, # 8 Exhibit 5, April 26th, 2019 Deposition of David Kessler, # 9 Exhibit 6, April 26th, 2019 Deposition of David Cutler, # 10 Exhibit 7, June 6th, 2019 Deposition of Henry Grabowski, # 11 Exhibit 8, Mark Hirschey, Intangible Capital Aspects of Advertising and R&D Expenditures, The Journal of Industrial Economics 30(4) at 375 (1982), # 12 Exhibit 9, June 5th, 2019 Deposition of Margaret Kyle, # 13 Exhibit 10, May 10, 2019 Expert Report of Margaret Kyle, # 14 Exhibit 11, May 10, 2019 Expert Report of Jonathan Ketcham, # 15 Exhibit 12, R. Carter Hill and William E. Griffiths, Principles of Econometrics at 476 (John Wiley & Sons, Inc., 4th ed. 2011), # 16 Exhibit 13, Peter Kennedy, A guide to Econometrics at 139 (6th ed. 2008), # 17 Proposed Order)(Welch, Donna) (Entered: 07/19/2019) |
| 07/19/2019 | 1914 | **Motion** to Exclude Lacey Keller's Opinions and Proposed Testimony filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. Related document(s) 1782 . (Attachments: # 1 Memorandum in Support, # 2 Declaration of Jennifer D. Cardelus, # 3 Exhibit 1 - Keller Depo. Tr. (excerpt), # 4 Exhibit 2 - Keller expert report, # 5 Exhibit 3 - Rafalski expert report (excerpt), # 6 Exhibit 4 - 5/13/19 Rafalski Depo. Tr. (excerpt), # 7 Exhibit 5 - 6/14/19 Rafalski Depo. Tr. (excerpt), # 8 Exhibit 6 - 4/17/19 Prevoznik Depo. Tr. (excerpt), # 9 Exhibit 7 - 5/17/19 Prevoznik Depo. Tr. (excerpt), # 10 Exhibit 8 - 4/26/19 Rannazzisi Depo. Tr. (excerpt), # 11 Exhibit 9 - 5/15/19 Rannazzisi Depo. Tr. (excerpt), # 12 Exhibit 10 - Wright Depo. Tr. (excerpt), # 13 Exhibit 11 - Holifield expert report, # 14 Exhibit 12 - Letter from Davis to Weinberger et al., # 15 Exhibit 13 - Buthusiem expert report)(Lifland, Charles) (Attachment 4 replaced on 7/26/2019) (P,R). (Entered: 07/19/2019) |
| 07/19/2019 | 1915 | Proposed Order filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. Related document(s) 1914 . (Lifland, Charles) (Entered: 07/19/2019) |
| 07/19/2019 | 1916 | **Motion** to strike *the Opinions Offered by Jonathan Gruber (Daubert)* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co.. (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Summary Sheet, # 4 Attorney Declaration, # 5 Exhibit 1 to Attorney Declaration, # 6 Exhibit 2 to Attorney Declaration, # 7 Exhibit 3 to Attorney Declaration)(Hobart, Geoffrey) (Entered: 07/19/2019) |

| 07/19/2019 | 1917 | **SEALED Motion** *to Exclude Lacey Keller's Opinions and Proposed Testimony* 1813 , 1782 filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. Related document(s) 1813 , 1782 . (Attachments: # 1 Memorandum in Support, # 2 Declaration of Jennifer D. Cardelus, # 3 Exhibit 1 - Keller Depo. Tr. (excerpt), # 4 Exhibit 2 - Keller expert report, # 5 Exhibit 3 - Rafalski expert report (excerpt), # 6 Exhibit 4 - 5/13/19 Rafalski Depo. Tr. (excerpt), # 7 Exhibit 5 - 6/14/19 Rafalski Depo. Tr. (excerpt), # 8 Exhibit 6 - 4/17/19 Prevoznik Depo. Tr. (excerpt), # 9 Exhibit 7 - 5/17/19 Prevoznik Depo. Tr. (excerpt), # 10 Exhibit 8 - 4/26/19 Rannazzisi Depo. Tr. (excerpt), # 11 Exhibit 9 - 5/15/19 Rannazzisi Depo. Tr. (excerpt), # 12 Exhibit 10 - Wright Depo. Tr. (excerpt), # 13 Exhibit 11 - Holifield expert report, # 14 Exhibit 12 - Letter from Davis to Weinberger et al., # 15 Exhibit 13 - Buthusiem expert report, # 16 Proposed Order)(Lifland, Charles) (Entered: 07/19/2019) |
| --- | --- | --- |
| 07/19/2019 | 1918 | **Motion** to strike *the Opinions of Seth B. Whitelaw (Daubert)* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co.. (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Summary Sheet, # 4 Attorney Declaration, # 5 Exhibit 1 to Attorney Declaration, # 6 Exhibit 2 to Attorney Declaration, # 7 Exhibit 3 to Attorney Declaration, # 8 Exhibit 4 to Attorney Declaration, # 9 Exhibit 5 to Attorney Declaration, # 10 Exhibit 6 to Attorney Declaration, # 11 Exhibit 7 to Attorney Declaration, # 12 Exhibit 8 to Attorney Declaration, # 13 Exhibit 9 to Attorney Declaration)(Hobart, Geoffrey) (Entered: 07/19/2019) |
| 07/19/2019 | 1919 | **Motion** for summary judgment filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. Related document(s) 1776 . (Attachments: # 1 Memorandum in Support, # 2 Declaration of Jennifer D. Cardelus, # 3 Exhibit 1 - Keller expert report, # 4 Exhibit 2 - Keller Depo. Tr. (excerpt), # 5 Exhibit 3 - 1/9/19 Moskowitz Depo. Tr. (excerpt), # 6 Exhibit 4 - 11/14/18 Moskowitz Depo. Tr. (excerpt), # 7 Exhibit 5 - Vorsanger Depo. Tr. (excerpt), # 8 Exhibit 6 - FDA label - Nucynta ER, # 9 Exhibit 7 - FDA label - Nucynta, # 10 Exhibit 8 - Evaluation of the tamper-resistant properties of tapentadol extended-release tablets, # 11 Exhibit 9 - Nucynta ER: Fourth Safety Surveillance Plan Progress Report, # 12 Exhibit 10 - Rafalski Depo. Tr. (excerpt), # 13 Exhibit 11 - Prescribe Responsibility, # 14 Exhibit 12 - Let's Talk Pain, # 15 Exhibit 13 - Dempsey Depo. Ex. 42-A, B, C, # 16 Exhibit 14 - Exit Wounds, # 17 Exhibit 15 - Finding Relief, # 18 Exhibit 16 - Kessler expert report (excerpt), # 19 Exhibit 17 - Egilman expert report (excerpt), # 20 Exhibit 18 - Schumacher expert report (excerpt), # 21 Exhibit 19 - Perri expert report (excerpt), # 22 Exhibit 20 - Dempsey Depo. Tr. (excerpt), # 23 Exhibit 21 - Dempsey Depo. Ex. 46, # 24 Exhibit 22 - Dempsey Depo. Ex. 48, # 25 Exhibit 23 - Dempsey Depo. Ex. 49, # 26 Exhibit 24 - Dempsey Depo. Ex. 50, # 27 Exhibit 25 - Dempsey Depo. Ex. 51, # 28 Exhibit 26 - Dempsey Depo. Ex. 52, # 29 Exhibit 27 - Dempsey Depo. Ex. 54, # 30 Exhibit 28 - JAN-MS-05433746, # 31 Exhibit 29 - Prevoznik Depo. Tr. (excerpt), # 32 Exhibit 30 - Gutierrez Depo. Tr. (excerpt), # 33 Exhibit 31 - Perch Depo. Tr. (excerpt), # 34 Exhibit 32 - Papp Depo. Tr. (excerpt), # 35 Exhibit 33 - Moran |

| | | |
|---|---|---|
| | | Depo. Tr. (excerpt), # <u>36</u> Exhibit 34 - Ball Depo. Tr. (excerpt), # <u>37</u> Exhibit 35 - 2010 Ohio Drug Overdose Data: General Findings, # <u>38</u> Declaration of Dr. M. Laurentius Marais, # <u>39</u> Exhibit A - Marais expert report (excerpt), # <u>40</u> Declaration of Dr. Steven P. Cohen, # <u>41</u> Exhibit A - Cohen expert report (excerpt), # <u>42</u> Proposed Order)(Lifland, Charles) (Entered: 07/19/2019) |
| 07/19/2019 | <u>1920</u> | **Motion** for summary judgment *on Proximate Causation Grounds* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Prescription Supply Inc. (Attachments: # <u>1</u> Brief in Support, # <u>2</u> Proposed Order, # <u>3</u> Summary Sheet, # <u>4</u> Attorney Declaration, # <u>5</u> Appendix A to Attorney Declaration, # <u>6</u> Exhibit 1 to Attorney Declaration, # <u>7</u> Exhibit 2 to Attorney Declaration, # <u>8</u> Exhibit 3 to Attorney Declaration, # <u>9</u> Exhibit 4 to Attorney Declaration, # <u>10</u> Exhibit 5 to Attorney Declaration, # <u>11</u> Exhibit 6 to Attorney Declaration, # <u>12</u> Exhibit 7 to Attorney Declaration, # <u>13</u> Exhibit 8 to Attorney Declaration, # <u>14</u> Exhibit 9 to Attorney Declaration, # <u>15</u> Exhibit 10 to Attorney Declaration, # <u>16</u> Exhibit 11 to Attorney Declaration, # <u>17</u> Exhibit 12 to Attorney Declaration, # <u>18</u> Exhibit 13 to Attorney Declaration, # <u>19</u> Exhibit 14 to Attorney Declaration, # <u>20</u> Exhibit 15 to Attorney Declaration, # <u>21</u> Exhibit 16 to Attorney Declaration, # <u>22</u> Exhibit 17 to Attorney Declaration, # <u>23</u> Exhibit 18 to Attorney Declaration, # <u>24</u> Exhibit 19 to Attorney Declaration, # <u>25</u> Exhibit 20 to Attorney Declaration, # <u>26</u> Exhibit 21 to Attorney Declaration, # <u>27</u> Exhibit 22 to Attorney Declaration, # <u>28</u> Exhibit 23 to Attorney Declaration, # <u>29</u> Exhibit 24 to Attorney Declaration, # <u>30</u> Exhibit 25 to Attorney Declaration, # <u>31</u> Exhibit 26 to Attorney Declaration, # <u>32</u> Exhibit 27 to Attorney Declaration, # <u>33</u> Exhibit 28 to Attorney Declaration, # <u>34</u> Exhibit 29 to Attorney Declaration, # <u>35</u> Exhibit 30 to Attorney Declaration, # <u>36</u> Exhibit 31 to Attorney Declaration, # <u>37</u> Exhibit 32 to Attorney Declaration, # <u>38</u> Exhibit 33 to Attorney Declaration, # <u>39</u> Exhibit 34 to Attorney Declaration, # <u>40</u> Exhibit 35 to Attorney Declaration, # <u>41</u> Exhibit 36 to Attorney Declaration, # <u>42</u> Exhibit 37 to Attorney Declaration, # <u>43</u> Exhibit 38 to Attorney Declaration, # <u>44</u> Exhibit 39 to Attorney Declaration, # <u>45</u> Exhibit 40 to Attorney Declaration, # <u>46</u> Exhibit 41 to Attorney Declaration, # <u>47</u> Exhibit 42 to Attorney Declaration, # <u>48</u> Exhibit 43 to Attorney Declaration, # <u>49</u> Exhibit 44 to Attorney Declaration, # <u>50</u> Exhibit 45 to Attorney Declaration, # <u>51</u> Exhibit 46 to Attorney Declaration, # <u>52</u> Exhibit 47 to Attorney Declaration, # <u>53</u> Exhibit 48 to Attorney Declaration)(Hobart, Geoffrey) (Entered: 07/19/2019) |
| 07/19/2019 | <u>1921</u> | **Motion** for summary judgment *on Plaintiffs' RICO and OCPA Claims* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Attachments: # <u>1</u> Brief in Support, # <u>2</u> Proposed Order, # <u>3</u> Summary Sheet, # <u>4</u> Attorney Declaration, # <u>5</u> Exhibit 1 to Attorney Declaration, # <u>6</u> Exhibit 2 to Attorney Declaration, # <u>7</u> Exhibit 3 to Attorney Declaration, # <u>8</u> Exhibit 4 to Attorney Declaration, # <u>9</u> Exhibit 5 to Attorney Declaration, # <u>10</u> Exhibit 6 to Attorney Declaration, # <u>11</u> Exhibit 7 to Attorney Declaration, # <u>12</u> Exhibit 8 to Attorney Declaration, # <u>13</u> Exhibit 9 to Attorney Declaration, # <u>14</u> Exhibit 10 to Attorney Declaration, # <u>15</u> Exhibit 11 to Attorney Declaration, # <u>16</u> Exhibit 12 to Attorney Declaration, # <u>17</u> Exhibit 13 to Attorney Declaration, # <u>18</u> Exhibit 14 to Attorney Declaration, # <u>19</u> Exhibit 15 to Attorney Declaration, # <u>20</u> Exhibit 16 to Attorney Declaration, # <u>21</u> Exhibit 17 to Attorney Declaration, # <u>22</u> Exhibit 18 to Attorney Declaration, # <u>23</u> Exhibit 19 to Attorney Declaration, # <u>24</u> |

| | | |
|---|---|---|
| | | Exhibit 20 to Attorney Declaration, # 25 Exhibit 21 to Attorney Declaration, # 26 Exhibit 22 to Attorney Declaration, # 27 Exhibit 23 to Attorney Declaration, # 28 Exhibit 24 to Attorney Declaration, # 29 Exhibit 25 to Attorney Declaration, # 30 Exhibit 26 to Attorney Declaration, # 31 Exhibit 27 to Attorney Declaration, # 32 Exhibit 28 to Attorney Declaration, # 33 Exhibit 29 to Attorney Declaration, # 34 Exhibit 30 to Attorney Declaration, # 35 Exhibit 31 to Attorney Declaration) (Hobart, Geoffrey) (Entered: 07/19/2019) |
| 07/19/2019 | 1922 | **SEALED Motion** *for Summary Judgment* 1813 , 1776 filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. Related document(s) 1813 , 1776 . (Attachments: # 1 Memorandum in Support, # 2 Declaration of Jennifer D. Cardelus, # 3 Exhibit 1 - Keller expert report, # 4 Exhibit 2 - Keller Depo. Tr. (excerpt), # 5 Exhibit 3 - 1/9/19 Moskowitz Depo. Tr. (excerpt), # 6 Exhibit 4 - 11/14/18 Moskowitz Depo. Tr. (excerpt), # 7 Exhibit 5 - Vorsanger Depo. Tr. (excerpt), # 8 Exhibit 6 - FDA label - Nucynta ER, # 9 Exhibit 7 - FDA label - Nucynta, # 10 Exhibit 8 - Evaluation of the tamper-resistant properties of tapentadol extended-release tablets, # 11 Exhibit 9 - Nucynta ER: Fourth Safety Surveillance Plan Progress Report, # 12 Exhibit 10 - Rafalski Depo. Tr. (excerpt), # 13 Exhibit 11 - Prescribe Responsibility, # 14 Exhibit 12 - Lets Talk Pain, # 15 Exhibit 13 - Dempsey Depo. Ex. 42-A, B, C, # 16 Exhibit 14 - Exit Wounds, # 17 Exhibit 15 - Finding Relief, # 18 Exhibit 16 - Kessler expert report (excerpt), # 19 Exhibit 17 - Egilman expert report (excerpt), # 20 Exhibit 18 - Schumacher expert report (excerpt), # 21 Exhibit 19 - Perri expert report (excerpt), # 22 Exhibit 20 - Dempsey Depo. Tr. (excerpt), # 23 Exhibit 21 - Dempsey Depo. Ex. 46, # 24 Exhibit 22 - Dempsey Depo. Ex. 48, # 25 Exhibit 23 - Dempsey Depo. Ex. 49, # 26 Exhibit 24 - Dempsey Depo. Ex. 50, # 27 Exhibit 25 - Dempsey Depo. Ex. 51, # 28 Exhibit 26 - Dempsey Depo. Ex. 52, # 29 Exhibit 27 - Dempsey Depo. Ex. 54, # 30 Exhibit 28 - JAN-MS-05433746, # 31 Exhibit 29 - Prevoznik Depo. Tr. (excerpt), # 32 Exhibit 30 - Gutierrez Depo. Tr. (excerpt), # 33 Exhibit 31 - Perch Depo. Tr. (excerpt), # 34 Exhibit 32 - Papp Depo. Tr. (excerpt), # 35 Exhibit 33 - Moran Depo. Tr. (excerpt), # 36 Exhibit 34 - Ball Depo. Tr. (excerpt), # 37 Exhibit 35 - 2010 Ohio Drug Overdose Data: General Findings, # 38 Declaration of Dr. M. Laurentius Marais, # 39 Exhibit A - Marais expert report (excerpt), # 40 Declaration of Dr. Steven P. Cohen, # 41 Exhibit A - Cohen expert report (excerpt), # 42 Proposed Order)(Lifland, Charles) (Entered: 07/19/2019) |
| 07/19/2019 | 1923 | **Motion** for summary judgment filed by Defendant HBC Service Company. (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Affidavit Declaration of Joshua A. Kobrin in Support of Motion for Summary Judgment, # 4 Exhibit 1 - Excerpts from Durr Dep. Tr., # 5 Exhibit 2 - Excerpts from Greimel expert report, # 6 Exhibit 3 - Excerpts from Prevoznik Dep. Tr., # 7 Exhibit 4 - Excerpts from Ashley Dep. Tr., # 8 Exhibit 5 - Excerpts from Carlson Dep. Tr., # 9 Exhibit 6 - HBC Operations and Procedures, # 10 Exhibit 7 - Excerpts from Rogos Dep. Tr., # 11 Exhibit 8 - Excerpts from Tsipakis Dep. Tr., # 12 Exhibit 9 - Excerpts from Millward Dep. Tr., # 13 Exhibit 10 - Excerpts from Bencivengo Dep. Tr., # 14 Exhibit 11 - Excerpts from Kinsey Dep. Tr., # 15 Exhibit 12 - Excerpts from Kinsey expert report, # 16 Exhibit 13 - Controlled Substance Dispensing Guideline, # 17 Exhibit 14 - Excerpts from Mollica Dep. Tr., # 18 Exhibit 15 - Pharmacist's Manual, # 19 Exhibit 16 - Excerpts from Chunderlik Dep. Tr., # 20 Exhibit 17 - Excerpts from Heiser Dep. Tr., # 21 Exhibit 18 - Excerpts from |

| | | |
|---|---|---|
| | | McClune Dep. Tr., # [22] Exhibit 19 - Excerpts from Wright Dep. Tr., # [23] Exhibit 20 - Excerpts from Rannazzisi Dep. Tr., # [24] Exhibit 21 - Excerpts from Tommasi Dep. Tr., # [25] Exhibit 22 - Excerpts from McCann expert reports, # [26] Exhibit 23 - Ex. 8 to Harper-Avilla Dep. Tr., # [27] Exhibit 24 - Excerpts from Harper-Avilla Dep. Tr., # [28] Exhibit 25 - Excerpts from McCann Dep. Tr., # [29] Exhibit 26 - Excerpts from Whitelaw expert report, # [30] Exhibit 27 - Declaration of McClune, # [31] Exhibit 28 - Excerpts from Rafalski expert report)(Barnes, Robert) (Entered: 07/19/2019) |
| 07/19/2019 | [1924] | **SEALED Motion** *for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* [1813] , [1792] , [1799] filed by Plaintiff Plaintiffs' Lead Counsel. Related document(s) [1813] , [1792] , [1799] . (Attachments: # [1] Brief in Support, # [2] Summary Sheet)(Hanly, Paul) (Entered: 07/19/2019) |
| 07/19/2019 | [1925] | **Motion** to strike */ Exclude Testimony of Dr. David Egilman* filed by Endo Pharmaceuticals, Inc., McKesson Corporation, Purdue Pharma L.P.. Related document(s) [1787] . (Attachments: # [1] Brief in Support, # [2] Affidavit Sachse Declaration, # [3] Exhibit 1 - Egilman Report, # [4] Exhibit 2 - Ltr., # [5] Exhibit 3 - CO Order, # [6] Exhibit 4 - Egilman Depo Tr., # [7] Proposed Order)(Cheffo, Mark) (Entered: 07/19/2019) |
| 07/19/2019 | [1926] | **Motion** for summary judgment *That Plaintiffs' State-Law Claims are Preempted and Their Federal Claims are Precluded* filed by Defendant Manufacturer Defendants. Related document(s) [1760] . (Attachments: # [1] Brief in Support, # [2] Attorney Declaration, # [3] Exhibit 1 - May 2019 FDA Memo, # [4] Exhibit 2 - Courtwright Expert Report (excerpt), # [5] Exhibit 3 - Lembke Expert Report (excerpt), # [6] Exhibit 4 - Cuyahoga Interrog. Resp., # [7] Exhibit 5 - Summit Interrog. Resp., # [8] Exhibit 6 - Kessler Deposition Transcript (excerpt), # [9] Exhibit 7 - Perri Expert Report (excerpt), # [10] Exhibit 8 - Egilman Expert Report (excerpt), # [11] Exhibit 9 - Kessler Expert Report (excerpt), # [12] Exhibit 10 - Cuyahoga Amended Interrog. Resp., # [13] Exhibit 11 - PROP Petition, # [14] Exhibit 12 - PROP Response, # [15] Exhibit 13 - North Dakota Decision, # [16] Exhibit 14 - Suppl. Resp. to Rogs, # [17] Exhibit 15 - Keller Expert Report (excerpt), # [18] Exhibit 16 - Rafalski Expert Report (excerpt), # [19] Proposed Order)(Stern, Jonathan) (Entered: 07/19/2019) |
| 07/19/2019 | [1927] | **Motion** to strike */ Exclude Testimony of Kessler & Perri* filed by Endo Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., McKesson Corporation, Purdue Pharma L.P.. Related document(s) [1786] . (Attachments: # [1] Brief in Support, # [2] Affidavit - Sachse Declaration, # [3] Exhibit 1 - Kessler Report, # [4] Exhibit 2 - Kessler Depo Tr., # [5] Exhibit 3 - Perri Report, # [6] Exhibit 4 - Perri Depo Tr., # [7] Exhibit 5 - FDA Briefing Book, # [8] Proposed Order)(Cheffo, Mark) (Entered: 07/19/2019) |
| 07/19/2019 | [1928] | **SEALED Motion** *to Strike Testimony of Kessler & Perri* [1813] , [1786] filed by Endo Pharmaceuticals, Inc., McKesson Corporation, Purdue Pharma L.P.. Related document(s) [1813] , [1786] . (Attachments: # [1] Brief in Support Motion, # [2] Affidavit - Sachse Decl., # [3] Exhibit 1 - Kessler Report, # [4] Exhibit 2 - Kessler Depo Tr., # [5] Exhibit 3 - Perri Report, # [6] Exhibit 4 - Perri Depo Tr., # [7] Exhibit 5 - FDA Briefing Book, # [8] Proposed Order)(Cheffo, Mark) (Entered: 07/19/2019) |

| 07/19/2019 | 1929 | **SEALED Motion** *Regarding Sealed Filings Made Pursuant to Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal* 1813 filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Distributor Defendants' Liaison Counsel, Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Manufacturer Defendants' Liaison Counsel, McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Pharmacy Defendants' Liaison Counsel, Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co.. Related document(s) 1813 . (Hobart, Geoffrey) (Entered: 07/19/2019) |
|---|---|---|
| 07/19/2019 | 1930 | **Motion** for summary judgment *on Plaintiffs' RICO, OCPA, and Conspiracy Claims* filed by Allergan Finance LLC, Endo Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Mallinckrodt LLC, Purdue Pharma L.P., Teva Pharmaceuticals USA, Inc.. Related document(s) 1790 . (Attachments: # 1 Brief in Support, # 2 Affidavit - Sachse Decl., # 3 Exhibit 1 - FDA Briefing Book, # 4 Exhibit 2 - Pltf. Ltr., # 5 Exhibit 3 - Portenoy Decl., # 6 Exhibit 4 - Portenoy Dep., # 7 Exhibit 5 - Actiq Label, # 8 Exhibit 6 - Duragesic Label, # 9 Exhibit 7 - OxyContin Label, # 10 Exhibit 8 - PROP Response, # 11 Exhibit 9 - Doc, # 12 Exhibit 10 - Doc, # 13 Exhibit 11 - Becker Dep., # 14 Exhibit 12 - Boyer Dep., # 15 Exhibit 13 - Dorsey Dep., # 16 Exhibit 14 - Neely Dep., # 17 Exhibit 15 - New Dep., # 18 Exhibit 16 - Stevenson Dep., # 19 Exhibit 17 - Tomsky Dep., # 20 Exhibit 18 - Ritchie Dep., # 21 Exhibit 19 - Romaine Dep., # 22 Exhibit 20 - Saper Dep., # 23 Exhibit 21 - Portenoy Decl., # 24 Exhibit 22 - AMA Op., # 25 Exhibit 23 - AMA Code, # 26 Exhibit 24 - AMA Op., # 27 Exhibit 25 - ACCME, # 28 Exhibit 26 - ACCME, # 29 Exhibit 27 - PhRma, # 30 Exhibit 29 - AGS, # 31 Exhibit 30 - FSMB, # 32 Exhibit 31 - APS, # 33 Exhibit 32 - AAPM, # 34 Exhibit 33 - USPF, # 35 Exhibit 34 - Lembke Report, # 36 Exhibit 35 - Egilman Report, # 37 Exhibit 36 - Perri Report, # 38 Exhibit 37 - Kessler Report, # 39 Exhibit 38 - Teva Grant, # 40 Exhibit 39 - Purdue Grant, # 41 Exhibit 40 - Lortie Dep., # 42 Exhibit 41 - Must Dep., # 43 Exhibit 42 - Kitlinski Dep., # 44 Exhibit 43 - Moskowitz Dep., # 45 Exhibit 44 - Rosen Dep., # 46 Exhibit 45 - Munroe Dep., # 47 Exhibit 46 - Adams Dep., # 48 Exhibit 47 - Janssen Exh., # 49 Exhibit 48 - Webster Dep., # 50 Exhibit 49 - Fishman Dep., # 51 Exhibit 50 - McGuire Report) (Cheffo, Mark) (Entered: 07/20/2019) |
| 07/22/2019 | 1931 | **Objection** *By Certain Defendants To The Request By Judge Burlison To Sever and Remand Claims of Jefferson County and Franklin County, Missouri* filed by CVS Pharmacy Inc., Caremark Rx, L.L.C., Caremark, L.L.C., CaremarkPCS Health, L.L.C.. (Delinsky, Eric) (Entered: 07/22/2019) |
| 07/22/2019 | 1932 | Notice of Appearance of Additional Counsel filed by Melissa Ambrosio, Chris and Diane Denson, Erin Doyle, Darren and Elena Flanagan, James and Teri Holland, Shannon Hunt, Bobbi Lou Moore, Derric and Ceonda Rees, Tyler M Roach, Walter and Virginia Salmons, Roxie Whitley, Rachel Wood. (Richthammer, Theresa) Modified text on 7/22/2019 (P,R). (Entered: 07/22/2019) |
| 07/22/2019 | 1933 | Notice of Appearance of Additional Counsel filed by Amanda M. Hanlon. (Richthammer, Theresa) (P,R). (Entered: 07/22/2019) |
| 07/22/2019 | 1934 | Appendix *Exhibits to Plaintiffs' Motion for Partial Summary Adjudication of Their Equitable Claims for Abatement of an Absolute Public Nuisance* filed by Plaintiffs' Lead Counsel. Related document(s) 1890 . (Attachments: # 1 Exhibit 2 Media |

| | | |
|---|---|---|
| | | Release, # 2 Exhibit 3 Report, # 3 Exhibit 4Proclamation, # 4 Exhibit 5 Article, # 5 Exhibit 6 Memo, # 6 Exhibit 7 Memo, # 7 Exhibit 8 Map, # 8 Exhibit 9 Correspondence, # 9 Exhibit 10 Map, # 10 Exhibit 11 Large File Notification, # 11 Exhibit 12 Report, # 12 Exhibit 13 Report, # 13 Exhibit 14 Report, # 14 Exhibit 15 Memo, # 15 Exhibit 16 Article, # 16 Exhibit 17 Article, # 17 Exhibit 18 Public Health, # 18 Exhibit 19 Presentation, # 19 Exhibit 20 October Update, # 20 Exhibit 21 Presentation, # 21 Exhibit 22 Memo, # 22 Exhibit 23 Budget, # 23 Exhibit 24 Report, # 24 Exhibit 25 Correspondence, # 25 Exhibit 26 Memo, # 26 Exhibit 27 Correspondence, # 27 Exhibit 28 Report, # 28 Exhibit 29 Memo, # 29 Exhibit 30 Report, # 30 Exhibit 31 memo, # 31 Exhibit 32 Request, # 32 Exhibit 33 Correspondence, # 33 Exhibit 34 Presentation, # 34 Exhibit 35 Presentation, # 35 Exhibit 36 Presentation, # 36 Exhibit 37 Presentation, # 37 Exhibit 38 Presentation, # 38 Exhibit 39 Presentation, # 39 Exhibit 40 Presentation, # 40 Exhibit 41Tools, # 41 Exhibit 42 Presentation, # 42 Exhibit 43 Presentation, # 43 Exhibit 44 Presentation, # 44 Exhibit 45 Presentation, # 45 Exhibit 46 Presentation, # 46 Exhibit 47 Large File Notification, # 47 Exhibit 48 Advertisement, # 48 Exhibit 49 Presentation, # 49 Exhibit 50 Correspondence, # 50 Exhibit 51 Abstract, # 51 Exhibit 52 Depo Excerpts, # 52 Exhibit 53 Depo Excerpts, # 53 Exhibit 54 Depo Excerpts, # 54 Exhibit 55 Depo Excerpts, # 55 Exhibit 56 Depo Excerpts, # 56 Exhibit 57 Depo Excerpts, # 57 Exhibit 58 Depo Excerpts, # 58 Exhibit 59 Depo Excerpts, # 59 Exhibit 60 Depo Excerpts, # 60 Exhibit 61 Depo Excerpts, # 61 Exhibit 62 Depo Excerpts, # 62 Exhibit 63 Depo Excerpts, # 63 Exhibit 64 Depo Excerpts, # 64 Exhibit 65 Depo Excerpts, # 65 Exhibit 66 Depo Excerpts, # 66 Exhibit 67 Depo Excerpts, # 67 Exhibit 68 Depo Excerpts, # 68 Exhibit 69 Depo Excerpts, # 69 Exhibit 70 Depo Excerpts, # 70 Exhibit 71 Depo Excerpts, # 71 Exhibit 72 Depo Excerpts, # 72 Exhibit 73 Depo Excerpts, # 73 Exhibit 74 Depo Excerpts, # 74 Exhibit 75 Depo Excerpts, # 75 Exhibit 76 Depo Excerpts, # 76 Exhibit 77 Depo Excerpts, # 77 Exhibit 78 Depo Excerpts, # 78 Exhibit 79 Depo Excerpts, # 79 Exhibit 80 Depo Excerpts, # 80 Exhibit 81 Depo Excerpts, # 81 Exhibit 82 Depo Excerpts, # 82 Exhibit 83 Depo Excerpts, # 83 Exhibit 84 Depo Excerpts, # 84 Exhibit 85 Depo Excerpts, # 85 Exhibit 86 Depo Excerpts, # 86 Exhibit 87 Depo Excerpts, # 87 Exhibit 88 Depo Excerpts, # 88 Exhibit 89 Depo Excerpts, # 89 Exhibit 90 Depo Excerpts, # 90 Exhibit 91 Depo Excerpts, # 91 Exhibit 92 Depo Excerpts, # 92 Exhibit 93 Depo Excerpts, # 93 Exhibit 94 Depo Excerpts, # 94 Exhibit 95 Depo Excerpts, # 95 FL-103 Letter 96 Depo Excerpts, # 96 Exhibit 97 Depo Excerpts, # 97 Exhibit 98 Depo Excerpts, # 98 Exhibit 99 Depo Excerpts, # 99 Exhibit 100 Depo Excerpts, # 100 Exhibit 101 Depo Excerpts, # 101 Exhibit 102 Depo Excerpts, # 102 Exhibit 103 Depo Excerpts, # 103 Exhibit 104 Report, # 104 Exhibit 105 report, # 105 Exhibit 106 Report, # 106 Exhibit 107 Report, # 107 Exhibit 108 Depo Excerpts, # 108 Exhibit 109 Depo Excerpts, # 109 Exhibit 110 Depo Excerpts, # 110 Exhibit 111 Presentation, # 111 Exhibit 112 Depo Excerpts, # 112 Exhibit 113 Presentation, # 113 Exhibit 114 Presentation, # 114 Exhibit 115 Presentation, # 115 Exhibit 116 Depo Excerpts)(Hanly, Paul) (Entered: 07/22/2019) |
| 07/22/2019 | 1935 | **SEALED Motion** *DEFENDANTS MOTION TO EXCLUDE MEREDITH ROSENTHALS OPINIONS AND PROPOSED TESTIMONY (Filed Redacted as ECF No. 1913)* 1813 , 1767 , 1913 filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. Related document(s) 1813 , 1767 , 1913 . (Attachments: # 1 Brief in Support OF ECF No. 1913, DEFENDANTS MOTION |

| | | |
|---|---|---|
| | | TO EXCLUDE MEREDITH ROSENTHALS OPINIONS AND PROPOSED TESTIMONY, # 2 Exhibit Index, # 3 Exhibit T. Knapp Declaration, # 4 Exhibit 1, March 25, 2019 Expert Report of Meredith Rosenthal, # 5 Exhibit 2, May 5-6, 2019 Deposition of Meredith Rosenthal, # 6 Exhibit 3, David M. Cutler, et al., The Value of Antihypertensive Drugs: A Perspective on Medical Innovation, Health Affairs 26, no. 1 (2007), # 7 Exhibit 4, April 23, 2019 Deposition of Matthew Perri, # 8 Exhibit 5, April 26th, 2019 Deposition of David Kessler, # 9 Exhibit 6, April 26th, 2019 Deposition of David Cutler, # 10 Exhibit 7, June 6th, 2019 Deposition of Henry Grabowski, # 11 Exhibit 8, Mark Hirschey, Intangible Capital Aspects of Advertising and R&D Expenditures, The Journal of Industrial Economics 30(4) at 375 (1982), # 12 Exhibit 9, June 5th, 2019 Deposition of Margaret Kyle, # 13 Exhibit 10, May 10, 2019 Expert Report of Margaret Kyle, # 14 Exhibit 11, May 10, 2019 Expert Report of Jonathan Ketcham, # 15 Exhibit 12, R. Carter Hill and William E. Griffiths, Principles of Econometrics at 476 (John Wiley & Sons, Inc., 4th ed. 2011), # 16 Exhibit 13, Peter Kennedy, A guide to Econometrics at 139 (6th ed. 2008), # 17 Proposed Order)(Welch, Donna) (Entered: 07/22/2019) |
| 07/22/2019 | 1936 | Notice of Filing Defendants' Redacted Expert Reports Cited in Summary Judgment and Daubert Motions Pursuant to Dkt. 1813 filed by Allergan Finance LLC, AmerisourceBergen Corporation, Endo Pharmaceuticals, Inc., McKesson Corporation, Purdue Pharma L.P.. (Attachments: # 1 Exhibit - Aquino Report, # 2 Exhibit - Bialecki Report, # 3 Exhibit - Brunner Report, # 4 Exhibit - Buskey Report, # 5 Exhibit - Buthusiem Report, # 6 Exhibit - Buzzeo Report, # 7 Exhibit - Chintagunta Report, # 8 Exhibit - Cockburn Report, # 9 Exhibit - Cohen Report, # 10 Exhibit - Colder Report, # 11 Exhibit - Dorfman Report, # 12 Exhibit - Greimel Report, # 13 Exhibit - Hill Report, # 14 Exhibit - Holifield Report, # 15 Exhibit - Jena Report, # 16 Exhibit - Ketcham Report, # 17 Exhibit - Kinsey Report, # 18 Exhibit - Kwon Report, # 19 Exhibit - Kyle Report, # 20 Exhibit - Kyle Supplemental Report, # 21 Exhibit - Lyerla Report, # 22 Exhibit - MacDonald Report, # 23 Exhibit - Macey Report, # 24 Exhibit - Marais Report, # 25 Exhibit - Michna Report, # 26 Exhibit - Murphy Report, # 27 Exhibit - Nicholson Report, # 28 Exhibit - Peck Report, # 29 Exhibit - Rahilly-Tierney Report, # 30 Exhibit - Reise Report, # 31 Exhibit - Rosenblatt Report, # 32 Exhibit - Tongring Report) (Cheffo, Mark) (Entered: 07/22/2019) |
| 07/22/2019 | 1937 | **SEALED Motion** *DEFENDANTS MOTION TO EXCLUDE DAVID CUTLERS OPINIONS AND PROPOSED TESTIMONY (Filed Redacted as ECF No. 1901)* 1813 , 1901 , 1758 filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. Related document(s) 1813 , 1901 , 1758 . (Attachments: # 1 Brief in Support OF ECF No. 1901, DEFENDANTS MOTION TO EXCLUDE DAVID CUTLERS OPINIONS AND PROPOSED TESTIMONY, # 2 Exhibit Index, # 3 Exhibit T. Knapp Declaration, # 4 Exhibit 1, March 25, 2019 Expert Report of David Cutler, # 5 Exhibit 2, April 26, 2019 and April 27, 2019 Depositions of David Cutler, # 6 Exhibit 3, June 21st, 2019 Corrected and Restated Expert Report of Kevin M. Murphy, # 7 Exhibit 4, Anne Case, et al., Mortality and Morbidity in the 21st Century, Brookings Papers on Economic Activity (2017), # 8 Exhibit 5, May 10, 2019 Expert Report of Professor Iain Cockburn, # 9 Exhibit 6, May 10, 2019 Expert Report of Professor Margaret K. Kyle, # 10 Proposed Order) (Welch, Donna) (Entered: 07/22/2019) |

| 07/22/2019 | 1938 | Response *Plaintiffs Jefferson County and Franklin County to Certain Defendants' Objection to the Request by Judge Burlison to Sever and Remand* filed by Franklin County, Jefferson County. Related document(s) 1931 . (Garvey, John) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 1939 | **SEALED Document:***Notice of Filing Defendants' Expert Reports Cited in Summary Judgment and Daubert Motions Pursuant to Dkt. 1813* filed by Allergan Finance LLC, AmerisourceBergen Drug Corporation, McKesson Corporation, Purdue Pharma L.P., Teva Pharmaceuticals USA, Inc.. Related document(s) 1813 , 1936 . (Attachments: # 1 Exhibit - Aquino Report, # 2 Exhibit - Bialecki Report, # 3 Exhibit - Brunner Report, # 4 Exhibit - Buskey Report, # 5 Exhibit - Buthusiem Report, # 6 Exhibit - Buzzeo Report, # 7 Exhibit - Chintagunta Report, # 8 Exhibit - Cockburn Report, # 9 Exhibit - Cohen Report, # 10 Exhibit - Colder Report, # 11 Exhibit - Dorfman Report, # 12 Exhibit - Greimel Report, # 13 Exhibit - Hill Report, # 14 Exhibit - Holifield Report, # 15 Exhibit - Jena Report, # 16 Exhibit - Ketcham Report, # 17 Exhibit - Kinsey Report, # 18 Exhibit - Kwon Report, # 19 Exhibit - Kyle Report, # 20 Exhibit - Kyle Supplemental Report, # 21 Exhibit - Lyerla Report, # 22 Exhibit - MacDonald Report, # 23 Exhibit - Macey Report, # 24 Exhibit - Marais Report, # 25 Exhibit - Michna Report, # 26 Exhibit - Murphy Report, # 27 Exhibit - Nicholson Report, # 28 Exhibit - Peck Report, # 29 Exhibit - Rahilly-Tierney Report, # 30 Exhibit - Reise Report, # 31 Exhibit - Rosenblatt Report, # 32 Exhibit - Tongring Report)(Cheffo, Mark) (Entered: 07/22/2019) |
| 07/22/2019 | 1940 | **SEALED Motion** *ALLERGAN PLC, ALLERGAN FINANCE, LLC, ALLERGAN SALES, LLC, AND ALLERGAN USA, INC.S INDIVIDUAL MOTION FOR SUMMARY JUDGMENT (Filed Redacted as ECF No. 1909)* 1813 , 1909 , 1775 filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. Related document(s) 1813 , 1909 , 1775 . (Attachments: # 1 Brief in Support OF ECF No. 1909, ALLERGAN PLC, ALLERGAN FINANCE, LLC, ALLERGAN SALES, LLC, AND ALLERGAN USA, INC.S INDIVIDUAL MOTION FOR SUMMARY JUDGMENT, # 2 Exhibit Index, # 3 Exhibit D. Welch Declaration, # 4 Exhibit 1, Settlement Agreement and Mutual Releases between Teva Pharmaceutical Industries Ltd. and Allergan plc, dated January 31, 2018, bearing the bates number ALLERGAN_MDL_01396687, # 5 Exhibit 2, true and correct copy of Exhibit 3 from the October 26, 2018 deposition of Stephan Kaufhold, # 6 Exhibit 3, Allergans Fourth Amended Objections and Responses to Plaintiffs Corrected Second Set of Interrogatories, dated March 4, 2019, # 7 Exhibit 4, May 10, 2019 Expert Report of Margaret K. Kyle, # 8 Exhibit 5, May 10, 2019 Expert Report of Carl C. Peck, # 9 Exhibit 6, August 2, 2018 deposition transcript of Jennifer Altier, # 10 Exhibit 7, April 24, 2019 deposition transcript of Matthew Perri, # 11 Exhibit 8, ALLERGAN_MDL_02147111, # 12 Exhibit 9, ALLERGAN_MDL_00400518, # 13 Exhibit 10, January 17, 2019 deposition transcript of Douglas Boothe, # 14 Exhibit 11, TEVA_MDL_JD000066, # 15 Exhibit 12, Master Purchase Agreement between Allergan plc and Teva Pharmaceutical Industries Ltd., dated July 26, 2015, bearing the bates number ALLERGAN_MDL_01470362, # 16 Exhibit 13, Kadian Asset Purchase Agreement, dated December 17, 2008, bearing the bates number ALLERGAN_MDL_00378157, # 17 Exhibit 14, May 10, 2019 Expert Report of Jonathan R. Macey, # 18 Exhibit 15, May 29, 2019 deposition transcript of Jonathan R. Macey, # 19 Exhibit 16, ALLERGAN_MDL_01373716, # 20 Exhibit |

| | | |
|---|---|---|
| | | 17, May 4-5, 2019 deposition transcript of Meredith B. Rosenthal, # 21 Exhibit 18, May 9, 2019 deposition transcript of Craig J. McCann, # 22 Exhibit 19, June 13, 2019 deposition transcript of Lacey R. Keller, # 23 Exhibit 20, June 27, 2019 Supplemental Expert Report of Margaret K. Kyle, # 24 Exhibit 21, ALLERGAN_MDL_01104711, # 25 Proposed Order)(Welch, Donna) (Entered: 07/22/2019) |
| 07/22/2019 | 1941 | **SEALED Motion** *MANUFACTURER DEFENDANTS BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFFS FAILURE TO OFFER PROOF OF CAUSATION (Filed Redacted as ECF No. 1894)* 1813 , 1894 , 1771 filed by *** SELECTION REQUIRED Manufacturer Defendants. Related document(s) 1813 , 1894 , 1771 . (Attachments: # 1 Brief in Support OF ECF No. 1894, MANUFACTURER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFFS' FAILURE TO OFFER PROOF OF CAUSATION, # 2 Exhibit Index, # 3 Exhibit T. Knapp Declaration, # 4 Exhibit 1, March 25, 2019 Expert Report of Meredith Rosenthal, # 5 Exhibit 2, May 4, 2019 Deposition Transcript of Meredith Rosenthal, # 6 Exhibit 3, March 25, 2019 Expert Report of Katherine Keyes, # 7 Exhibit 4, March 25, 2019 Expert Report of Anna Lembke, # 8 Exhibit 5, March 25, 2019 Expert Report of Mark A. Schumacher, # 9 Exhibit 6, April 29, 2019 Deposition Transcript of Katherine Keyes, # 10 Exhibit 7, May 9, 2019 Deposition Transcript of Craig J. McCann, # 11 Exhibit 8, March 25, 2019 Expert Report of Craig J. McCann, # 12 Exhibit 9, April 15, 2019 Expert Report of James E. Rafalski, # 13 Exhibit 10, May 14, 2019 Deposition Transcript of James E. Rafalski, # 14 Exhibit 11, June 13, 2019 Deposition Transcript of Lacey R. Keller, # 15 Exhibit 12, May 17, 2019 Deposition Transcript of Seth B. Whitelaw, # 16 Exhibit 13, March 25, 2019 Expert Report of David Cutler, # 17 Exhibit 14, April 26, 2019 Deposition Transcript of David Cutler, # 18 Exhibit 15, March 25, 2019 Public Nuisance Expert Report of Thomas McGuire, # 19 Proposed Order)(Welch, Donna) (Entered: 07/22/2019) |
| 07/22/2019 | 1942 | **SEALED Motion** *MANUFACTURER DEFENDANTS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS PUBLIC NUISANCE CLAIMS (Filed Redacted as ECF No. 1893)* 1813 , 1761 , 1893 filed by *** SELECTION REQUIRED Manufacturer Defendants. Related document(s) 1813 , 1761 , 1893 . (Attachments: # 1 Brief in Support OF ECF No. 1893, MANUFACTURER DEFENDANTS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS PUBLIC NUISANCE CLAIMS, # 2 Exhibit Index, # 3 Exhibit T. Knapp Declaration, # 4 Exhibit 1, March 25, 2019 Expert Report of David Cutler, # 5 Exhibit 2, March 25, 2019 Expert Report of Meredith Rosenthal, # 6 Exhibit 3, March 25, 2019 Expert Report of Thomas McGuire Regarding Public Nuisance, # 7 Proposed Order) (Welch, Donna) (Entered: 07/22/2019) |
| 07/22/2019 | 1943 | **Motion** for leave filed by Melissa Ambrosio, Chris and Diane Denson, Erin Doyle, Darren and Elena Flanagan, Amanda M. Hanlon, James and Teri Holland, Shannon Hunt, Bobbi Lou Moore, Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel, Derric and Ceonda Rees, Derric and Ceonda Rees, Tyler M Roach, Walter and Virginia Salmons, Roxie Whitley, Rachel Wood, Rachel Wood. (Attachments: # 1 Pleading Motion for, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Brustowicz, Celeste) (Entered: 07/22/2019) |

| 07/22/2019 | 1944 | **SEALED Document:** *Part 1 - EXHIBITS to Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* filed by Plaintiffs' Lead Counsel. Related document(s) 1813 , 1924 . (Attachments: # 1 Exhibit 1 Report, # 2 Exhibit 2 Supplemental Report, # 3 Exhibit 3 Report, # 4 Exhibit 4 Correspondence, # 5 Exhibit 5 Correspondence, # 6 Exhibit 6 Correspondence, # 7 Exhibit 7 Depo Excerpts, # 8 Exhibit 8 Depo Excerpts, # 9 Exhibit 9 Manual, # 10 Exhibit 10 Depo Excerpts, # 11 Exhibit 11 Depo Excerpts, # 12 Exhibit 12 Depo Excerpts, # 13 Exhibit 13 Presentation, # 14 Exhibit 14 Agenda, # 15 Exhibit 15 Presentation, # 16 Exhibit 16 Email, # 17 Exhibit 17 MOA, # 18 Exhibit 18 Appendix A to MOA, # 19 Exhibit 19 Appendix B to MOA, # 20 Exhibit 20 Depo Excerpts, # 21 Exhibit 21 Report, # 22 Exhibit 22 Amended Report, # 23 Exhibit 23 Verdict Form, # 24 Exhibit 24 Indictment, # 25 Exhibit 25 Second Supplemental Report, # 26 Exhibit 26 Press Release, # 27 Exhibit 27 Notice of Decision & Order, # 28 Exhibit 28 Press Release, # 29 Exhibit 29 Press Release, # 30 Exhibit 30 Press Release, # 31 Exhibit 31 MOA, # 32 Exhibit 32 Depo Excerpts, # 33 Exhibit 33 Email, # 34 Exhibit 34 Depo Excerpts, # 35 Exhibit 35 Report, # 36 Exhibit 36 Depo Excerpts, # 37 Exhibit 37 Compliance Procedure, # 38 Exhibit 38 SOMP, # 39 Exhibit 39 Correspondence, # 40 Exhibit 40 Activity Log, # 41 Exhibit 41 Memo, # 42 Exhibit 42 Email, # 43 Exhibit 43 Email, # 44 Exhibit 44 Depo Excerpts, # 45 Exhibit 45 Spreadsheet, # 46 Exhibit 46 Depo Excerpts, # 47 Exhibit 47 Meeting Notes, # 48 Exhibit 48 Email, # 49 Exhibit 49 Email, # 50 Exhibit 50 Email, # 51 Exhibit 51 Email, # 52 Exhibit 52 Email, # 53 Exhibit 53 Email, # 54 Exhibit 54 Email, # 55 Exhibit 55 Email, # 56 Exhibit 56 Email, # 57 Exhibit 57 Email, # 58 Exhibit 58 Email, # 59 Exhibit 59 Email, # 60 Exhibit 60 Email, # 61 Exhibit 61 Depo Excerpts, # 62 Exhibit 62 Depo Excerpts, # 63 Exhibit 63 Email, # 64 Exhibit 64 Summary, # 65 Exhibit 65 Email, # 66 Exhibit 66 Chart, # 67 Exhibit 67 Depo Excerpts, # 68 Exhibit 68 Chargeback Data, # 69 Exhibit 69 Email, # 70 Exhibit 70 Email, # 71 Exhibit 71 Summary, # 72 Exhibit 72 Email, # 73 Exhibit 73 Presentation, # 74 Exhibit 74 Depo Excerpts, # 75 Exhibit 75 Depo Excerpts, # 76 Exhibit 76 SOP, # 77 Exhibit 77 Email, # 78 Exhibit 78 Email, # 79 Exhibit 79 Email, # 80 Exhibit 80 Email, # 81 Exhibit 81 Email, # 82 Exhibit 82 Email, # 83 Exhibit 83 Email, # 84 Exhibit 84 Email, # 85 Exhibit 85 SOP, # 86 Exhibit 86 Agreements, # 87 Exhibit 87 Presentation, # 88 Exhibit 88 SOP, # 89 Exhibit 89 Email, # 90 Exhibit 90 Agreement, # 91 Exhibit 91 Agreement, # 92 Exhibit 92 Depo Excerpts, # 93 Exhibit 93 Depo Excerpts, # 94 Exhibit 94 Report, # 95 Exhibit 95 SOP, # 96 Exhibit 96 Agreements, # 97 Exhibit 97 Depo Excerpts, # 98 Exhibit 98 Report, # 99 Exhibit 99 Presentation, # 100 Exhibit 100 Depo Excerpts, # 101 Exhibit 101 SOM, # 102 Exhibit 102 SOM, # 103 Exhibit 103 SOM, # 104 Exhibit 104 SOM, # 105 Exhibit 105 SOM)(Hanly, Paul) (Entered: 07/22/2019) |
| 07/22/2019 | 1945 | **SEALED Document:** *Part 2 - EXHIBITS to Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* filed by Plaintiffs' Lead Counsel. Related document(s) 1813 , 1924 . (Attachments: # 1 Exhibit 107 SOM, # 2 Exhibit 108 SOM, # 3 Exhibit 109 SOM, # 4 Exhibit 110 SOM, # 5 Exhibit 111 Presentation, # 6 Exhibit 112 Report, # 7 Exhibit 113 Report, # 8 Exhibit 114 Report Analysis, # 9 Exhibit 115 Reports, # 10 Exhibit 116 Responses to Interrogatories, # 11 Exhibit 117 Depo Excerpts, # 12 Exhibit 118 Chart, # 13 Exhibit 119 Depo Excerpts, # 14 Exhibit 120 Depo |

| | | |
|---|---|---|
| | | Excerpts, # 15 Exhibit 121 Email, # 16 Exhibit 122 News Release, # 17 Exhibit 123 Email, # 18 Exhibit 124 Email, # 19 Exhibit 125 Email, # 20 Exhibit 126 Chart, # 21 Exhibit 127 Email, # 22 Exhibit 128 Chart, # 23 Exhibit 129 Depo Excerpts, # 24 Exhibit 130 Management Plan, # 25 Exhibit 131 Action Plan, # 26 Exhibit 132 Presentation, # 27 Exhibit 133 Email, # 28 Exhibit 134 Responses to Program, # 29 Exhibit 135 Email, # 30 Exhibit 136 Email, # 31 Exhibit 137 Email, # 32 Exhibit 138 Presentation, # 33 Exhibit 139 Summary, # 34 Exhibit 140 Correspondence, # 35 Exhibit 141 Summary, # 36 Exhibit 142 Email, # 37 Exhibit 143 Email, # 38 Exhibit 144 Process Flow, # 39 Exhibit 145 Summary, # 40 Exhibit 146 Training, # 41 Exhibit 147 Report, # 42 Exhibit 148 Report, # 43 Exhibit 149 Email, # 44 Exhibit 150 Email, # 45 Exhibit 151 Email, # 46 Exhibit 152 Email, # 47 Exhibit 153 Email, # 48 Exhibit 154 Email, # 49 Exhibit 155 Email, # 50 Exhibit 156 Email, # 51 Exhibit 157 Email, # 52 Exhibit 158 Email, # 53 Exhibit 159 Email, # 54 Exhibit 160 Supplemental Responses to Interrogatories, # 55 Exhibit 161 Email, # 56 Exhibit 162 Email, # 57 Exhibit 163 Email, # 58 Exhibit 164 Email, # 59 Exhibit 165 Email, # 60 Exhibit 166 Correspondence, # 61 Exhibit 167 Correspondence, # 62 Exhibit 168 Email, # 63 Exhibit 169 Email, # 64 Exhibit 170 Email, # 65 Exhibit 171 Email, # 66 Exhibit 172 Email, # 67 Exhibit 173 SOP Form, # 68 Exhibit 174 Depo Excerpts, # 69 Exhibit 175 Email, # 70 Exhibit 176 Presentation, # 71 Exhibit 177 Presentation, # 72 Exhibit 178 Presentation, # 73 Exhibit 179 Email, # 74 Exhibit 180 Work Instruction, # 75 Exhibit 181 Work Instruction, # 76 Exhibit 182 SOP, # 77 Exhibit 183 Work Instruction, # 78 Exhibit 184 Email, # 79 Exhibit 185 SOm Workshop, # 80 Exhibit 186 Depo Excerpts, # 81 Exhibit 187 Questionnaire, # 82 Exhibit 188 Email, # 83 Exhibit 189 Email, # 84 Exhibit 190 Email, # 85 Exhibit 191 Presentation, # 86 Exhibit 192 Email, # 87 Exhibit 193 Evaluation, # 88 Exhibit 194 Email, # 89 Exhibit 195 Meeting Notes, # 90 Exhibit 196 Email, # 91 Exhibit 197 Notes, # 92 Exhibit 198 Email, # 93 Exhibit 199 Spreadsheet, # 94 Exhibit 200 Email, # 95 Exhibit 201 Email, # 96 Exhibit 202 Email, # 97 Exhibit 203 Email, # 98 Exhibit 204 Email, # 99 Exhibit 205 Email, # 100 Exhibit 206 Email, # 101 Exhibit 207 Email, # 102 Exhibit 208 Email, # 103 Exhibit 209 MOA, # 104 Exhibit 210 Email, # 105 Exhibit 211 Presentations)(Hanly, Paul) (Entered: 07/22/2019) |
| 07/22/2019 | 1946 | **SEALED Document:** *Part 3 - EXHIBITS to Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* filed by Plaintiffs' Lead Counsel. Related document(s) 1813 , 1924 . (Attachments: # 1 Exhibit 213 Email, # 2 Exhibit 214 Email, # 3 Exhibit 215 S/R and MOA, # 4 Exhibit 216 Email, # 5 Exhibit 217 Email, # 6 Exhibit 218 Depo Excerpts, # 7 Exhibit 219 Findings and Recommendations, # 8 Exhibit 220 Report, # 9 Exhibit 221 Email, # 10 Exhibit 222 Depo Excerpts, # 11 Exhibit 223 Presentation, # 12 Exhibit 224 Email, # 13 Exhibit 225 Report, # 14 Exhibit 226 Webpage, # 15 Exhibit 227 Presentation, # 16 Exhibit 228 Correspondence, # 17 Exhibit 229 Depo Excerpts, # 18 Exhibit 230 Depo Excerpts, # 19 Exhibit 231 Report, # 20 Exhibit 232 Responses to Notice of Depo, # 21 Exhibit 233 Second Supplemental Responses Notice of Depo, # 22 Exhibit 234 SOP, # 23 Exhibit 235 Email, # 24 Exhibit 236 MOA, # 25 Exhibit 237 Manual, # 26 Exhibit 238 Depo Excerpts, # 27 Exhibit 239 Second Supplemental Responses to Discovery Reqs, # 28 Exhibit 240 Email, # 29 Exhibit 241 Depo Excerpts, # 30 Exhibit 242 Memo, # 31 Exhibit 243 Manual, # 32 Exhibit 244 Presentation, # 33 Exhibit 245 |

| | | |
|---|---|---|
| | | Correspondence, # [34](#) Exhibit 246 Depo Excerpts, # [35](#) Exhibit 247 Email, # [36](#) Exhibit 248 Report, # [37](#) Exhibit 249 S/R and MOA, # [38](#) Exhibit 250 Email, # [39](#) Exhibit 251 Email, # [40](#) Exhibit 252 T/C Form, # [41](#) Exhibit 253 Agreement, # [42](#) Exhibit 254 Email, # [43](#) Exhibit 255 Correspondence, # [44](#) Exhibit 256 Email, # [45](#) Exhibit 257 Email, # [46](#) Exhibit 258 Report, # [47](#) Exhibit 259 Email, # [48](#) Exhibit 260 Email, # [49](#) Exhibit 261 Email, # [50](#) Exhibit 262 Email, # [51](#) Exhibit 263 Email, # [52](#) Exhibit 264 Correspondence, # [53](#) Exhibit 265 Depo Excerpts, # [54](#) Exhibit 266 T/C Form, # [55](#) Exhibit 267 T/C Form, # [56](#) Exhibit 268 Review, # [57](#) Exhibit 269 T/C Form, # [58](#) Exhibit 270 T/C Form, # [59](#) Exhibit 271 T/C Form, # [60](#) Exhibit 272 T/C Form, # [61](#) Exhibit 273 T/C Form, # [62](#) Exhibit 274 T/C Form, # [63](#) Exhibit 275 T/C Form, # [64](#) Exhibit 276 T/C Form, # [65](#) Exhibit 277 Email, # [66](#) Exhibit 278 Email, # [67](#) Exhibit 279 Email, # [68](#) Exhibit 280 Email, # [69](#) Exhibit 281 Spreadsheet, # [70](#) Exhibit 282 Spreadsheet, # [71](#) Exhibit 283 Response, # [72](#) Exhibit 284 CSM Program, # [73](#) Exhibit 285 Email, # [74](#) Exhibit 286 Email, # [75](#) Exhibit 287 Process Flow, # [76](#) Exhibit 288 Procedure, # [77](#) Exhibit 289 Procedure, # [78](#) Exhibit 290 Report, # [79](#) Exhibit 291 Depo Excerpts, # [80](#) Exhibit 292 Regulations, # [81](#) Exhibit 293 Depo Excerpts, # [82](#) Exhibit 294 Depo Excerpts, # [83](#) Exhibit 295 Depo Excerpts, # [84](#) Exhibit 296 D/C Program, # [85](#) Exhibit 297 Order to Show Cause, # [86](#) Exhibit 298 Agreement, # [87](#) Exhibit 299 Report, # [88](#) Exhibit 300 Spreadsheet, # [89](#) Exhibit 301 Email, # [90](#) Exhibit 302 Depo Excerpts, # [91](#) Exhibit 303 Depo Excerpts, # [92](#) Exhibit 304 Depo Excerpts, # [93](#) Exhibit 305 Procedure, # [94](#) Exhibit 306 Depo Excerpts, # [95](#) Exhibit 307 Depo Excerpts, # [96](#) Exhibit 308 Correspondence, # [97](#) Exhibit 309 Response, # [98](#) Exhibit 310 Depo Excerpts, # [99](#) Exhibit 311 Depo Excerpts, # [100](#) Exhibit 313 Report, # [101](#) Exhibit 313 Worksheet, # [102](#) Exhibit 314 Responses to Interrogatory, # [103](#) Exhibit 315 Depo Excerpts, # [104](#) Exhibit 316 Depo Excerpts, # [105](#) Exhibit 317 Emails)(Hanly, Paul) (Entered: 07/22/2019) |
| 07/22/2019 | [1947](#) | **SEALED Document:** *Part 4 - EXHIBITS to Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* filed by Plaintiffs' Lead Counsel. Related document(s) [1813](#) , [1924](#) . (Attachments: # [1](#) Exhibit 319 Emails, # [2](#) Exhibit 320 Manual, # [3](#) Exhibit 321 Summary, # [4](#) Exhibit 322 Chart, # [5](#) Exhibit 323 Policy, # [6](#) Exhibit 324 MOA, # [7](#) Exhibit 325 Depo Excerpts, # [8](#) Exhibit 326 Procedure, # [9](#) Exhibit 327 Correspondence, # [10](#) Exhibit 328 Correspondence, # [11](#) Exhibit 329 Emails, # [12](#) Exhibit 330 Report, # [13](#) Exhibit 331 Supplemental Responses to Discovery Reqs, # [14](#) Exhibit 332 Depo Excerpts, # [15](#) Exhibit 333 Depo Errata, # [16](#) Exhibit 334 MOA, # [17](#) Exhibit 335 Order to Show Cause, # [18](#) Exhibit 336 Subpoena, # [19](#) Exhibit 337 Emails, # [20](#) Exhibit 338 Meeting Notes, # [21](#) Exhibit 339 Correspondence, # [22](#) Exhibit 340 Orders, # [23](#) Exhibit 341 Orders, # [24](#) Exhibit 342 Emails, # [25](#) Exhibit 343 Report, # [26](#) Exhibit 344 Report, # [27](#) Exhibit 345 Email, # [28](#) Exhibit 346 Manual, # [29](#) Exhibit 347 Correspondence, # [30](#) Exhibit 348 Email, # [31](#) Exhibit 349 Email, # [32](#) Exhibit 350 Correspondence, # [33](#) Exhibit 351 Withheld Due to Privilege, # [34](#) Exhibit 352 Procedure, # [35](#) Exhibit 353 Depo Excerpts, # [36](#) Exhibit 354 Depo Excerpts, # [37](#) Exhibit 355 Policy, # [38](#) Exhibit 356 Depo Excerpts, # [39](#) Exhibit 357 Depo Excerpts, # [40](#) Exhibit 358 Update on Plan, # [41](#) Exhibit 359 SOR, # [42](#) Exhibit 360 Emails, # [43](#) Exhibit 361 Review, # [44](#) Exhibit 362 Depo Excerpts, # [45](#) Exhibit 363 Emails, # [46](#) Exhibit 364 Emails, # [47](#) Exhibit 365 Email, # [48](#) Exhibit 366 Email, # [49](#) Exhibit 367 Email, # [50](#) Exhibit 368 Estimate, # [51](#) Exhibit 369 Statistics, # [52](#) Exhibit 370 |

| | | |
|---|---|---|
| | | Depo Excerpts, # 53 Exhibit 371 Second Amended Responses to Interrogatories, # 54 Exhibit 372 Emails, # 55 Exhibit 373 Emails, # 56 Exhibit 374 Spreadsheet, # 57 Exhibit 375 Emails, # 58 Exhibit 376 Emails, # 59 Exhibit 377 Depo Excerpts, # 60 Exhibit 378 Emails, # 61 Exhibit 379 Emails, # 62 Exhibit 380 Emails, # 63 Exhibit 381 Emails, # 64 Exhibit 382 Agreement, # 65 Exhibit 383 Report, # 66 Exhibit 384 Agreement, # 67 Exhibit 385 Depo Excerpts, # 68 Exhibit 386 Depo Exhibit, # 69 Exhibit 387 Depo Excerpts, # 70 Exhibit 388 Orders, # 71 Exhibit 389 Depo Excerpts, # 72 Exhibit 390 Order, # 73 Exhibit 391 OMS, # 74 Exhibit 392 Order, # 75 Exhibit 393 Comments, # 76 Exhibit 394 Depo Excerpts, # 77 Exhibit 395 Depo Excerpts, # 78 Exhibit 396 Draft Summary, # 79 Exhibit 397 Draft Best Practices, # 80 Exhibit 398 Chronology, # 81 Exhibit 399 Chronology, # 82 Exhibit 400 Depo Excerpts, # 83 Exhibit 401 Guidelines, # 84 Exhibit 402 SO, # 85 Exhibit 403 Best Practices, # 86 Exhibit 404 Report, # 87 Exhibit 405 Depo Excerpts, # 88 Exhibit 406 Report, # 89 Exhibit 407 Emails, # 90 Exhibit 408 Questionnaire, # 91 Exhibit 409 Procedure, # 92 Exhibit 410 Chart, # 93 Exhibit 411 Business Idea, # 94 Exhibit 412 Guidelines, # 95 Exhibit 413 OM Program, # 96 Exhibit 414 Responses to Discovery Requests, # 97 Exhibit 415 Depo Excerpts, # 98 Exhibit 416 Depo Excerpts, # 99 Exhibit 417 Depo Excerpts, # 100 Exhibit 418 Depo Excerpts, # 101 Exhibit 419 Emails, # 102 Exhibit 420 Depo Excerpts, # 103 Exhibit 421 T/E List, # 104 Exhibit 422 A/T List, # 105 Exhibit 423 SOM)(Hanly, Paul) (Entered: 07/22/2019) |
| 07/22/2019 | 1948 | **SEALED Document:** *Part 5 - EXHIBITS to Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* filed by Plaintiffs' Lead Counsel. Related document(s) 1813 , 1924 . (Attachments: # 1 Exhibit 425 Emails, # 2 Exhibit 426 Depo Excerpts, # 3 Exhibit 427 Supplemental Answers to Interrogatories, # 4 Exhibit 428 Depo Excerpts, # 5 Exhibit 429 Depo Excerpts, # 6 Exhibit 430 Depo Excerpts, # 7 Exhibit 431 Depo Excerpts, # 8 Exhibit 432 Policy, # 9 Exhibit 433 Depo Excerpts, # 10 Exhibit 434 Depo Excerpts, # 11 Exhibit 435 Depo Excerpts, # 12 Exhibit 436 Depo Excerpts, # 13 Exhibit 437 Email, # 14 Exhibit 438 Email, # 15 Exhibit 439 Email, # 16 Exhibit 440 Depo Excerpts, # 17 Exhibit 441 Emails, # 18 Exhibit 442 Depo Excerpts, # 19 Exhibit 443 Report, # 20 Exhibit 444 Depo Excerpts, # 21 Exhibit 445 Depo Excerpts, # 22 Exhibit 446 Depo Excerpts, # 23 Exhibit 447 Report, # 24 Exhibit 448 Report, # 25 Exhibit 449 Depo Excerpts, # 26 Exhibit 450 Depo Excerpts, # 27 Exhibit 451 Depo Excerpts, # 28 Exhibit 452 Depo Excerpts, # 29 Exhibit 453 Depo Excerpts, # 30 Exhibit 454 Depo Excerpts, # 31 Exhibit 455 Depo Excerpts, # 32 Exhibit 456 Depo Excerpts, # 33 Exhibit 457 Regulation, # 34 Exhibit 458 Depo Excerpts, # 35 Exhibit 459 Depo Excerpts, # 36 Exhibit 460 Depo Excerpts, # 37 Exhibit 461 Depo Excerpts, # 38 Exhibit 462 Depo Excerpts, # 39 Exhibit 463 Depo Excerpts, # 40 Exhibit 464 Depo Excerpts, # 41 Exhibit 465 Depo Excerpts and Data, # 42 Exhibit 466 Depo Excerpts, # 43 Exhibit 467 Depo Excerpts, # 44 Exhibit 468 Depo Excerpts, # 45 Exhibit 469 Depo Excerpts, # 46 Exhibit 470 Depo Excerpts, # 47 Exhibit 471 Depo Excerpts, # 48 Exhibit 472 Depo Excerpts, # 49 Exhibit 473 Depo Excerpts, # 50 Exhibit 474 Depo Excerpts, # 51 Exhibit 475 Email, # 52 Exhibit 476 Depo Excerpts, # 53 Exhibit 477 Email, # 54 Exhibit 478 Depo Excerpts, # 55 Exhibit 479 Depo Excerpts, # 56 Exhibit 480 Press Release, # 57 Exhibit 481 Press Release, # 58 Exhibit 482 Press Release, # 59 Exhibit 483 Depo Exh., # 60 Exhibit 484 Depo Exh., # 61 Exhibit 485 Depo Exh., # 62 Exhibit 486 Depo Exh., # 63 Exhibit 487 Email, # 64 Exhibit |

| | | |
|---|---|---|
| | | 488 Email, # <u>65</u> Exhibit 489 Depo Excerpts, # <u>66</u> Exhibit 490 Depo Exh., # <u>67</u> Exhibit 491 Email, # <u>68</u> Exhibit 492 Depo Exh., # <u>69</u> Exhibit 493 Report, # <u>70</u> Exhibit 494 Depo Exh., # <u>71</u> Exhibit 495 Depo Excerpts, # <u>72</u> Exhibit 496 Briefing, # <u>73</u> Exhibit 497 Depo Excerpts, # <u>74</u> Exhibit 498 Depo Excerpts, # <u>75</u> Exhibit 499 Depo Exh., # <u>76</u> Exhibit 500 Depo Exh., # <u>77</u> Exhibit 501 Report, # <u>78</u> Exhibit 502 Depo Exh., # <u>79</u> Exhibit 503 Email, # <u>80</u> Exhibit 504 Policy, # <u>81</u> Exhibit 505 Policy, # <u>82</u> Exhibit 506 Data Procedure, # <u>83</u> Exhibit 507 Project Status review, # <u>84</u> Exhibit 508 Depo Excerpts, # <u>85</u> Exhibit 509 Depo Exh., # <u>86</u> Exhibit 510 Depo Exh., # <u>87</u> Exhibit 511 Depo Exh., # <u>88</u> Exhibit 512 Proposal, # <u>89</u> Exhibit 513 Presentation, # <u>90</u> Exhibit 514 Depo Excerpts, # <u>91</u> Exhibit 515 Notification Alert, # <u>92</u> Exhibit 516 Report, # <u>93</u> Exhibit 517 Call, # <u>94</u> Exhibit 518 Summary, # <u>95</u> Exhibit 519 Email, # <u>96</u> Exhibit 520 Best Practices)(Hanly, Paul) (Entered: 07/22/2019) |
| 07/23/2019 | <u>1949</u> | **Opposition** to <u>1820</u> Amended **Motion** for class certification *of Rule 23(b)(3) Cities/Counties Negotiation Class* filed by AmerisourceBergen Drug Corporation, CVS Indiana, L.L.C., CVS RX Services, Inc., Cardinal Health, Inc., Discount Drug Mart, Inc., McKesson Corporation, Prescription Supply Inc, Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., Walmart Inc.. (Attachments: # <u>1</u> Exhibit 1 Attorney Declaration, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6)(Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/23/2019 | <u>1950</u> | **Motion** for leave *on behalf of NAS Baby Plaintiffs* filed by Plaintiff Derric and Ceonda Rees. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Pleading Motion to Appoint Scott Bickford, Esq. as NAS Baby Liaison, # <u>3</u> Pleading Memorandum in Support of Motion to Appoint Scott Bickford, Esq. as NAS Baby Liaison, # <u>4</u> Exhibit 1)(Bickford, Scott) (Entered: 07/23/2019) |
| 07/23/2019 | <u>1951</u> | Amicus Letter by Attorneys General Regarding Settlement Negotiation Class (P,R) (Entered: 07/23/2019) |
| 07/23/2019 | <u>1952</u> | **Response** to <u>1820</u> Amended **Motion** for class certification *of Rule 23(b)(3) Cities/Counties Negotiation Class (Manufacturer Defendants)* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Mid Atlantic LLC, Actavis South Atlantic LLC, Actavis Totowa LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Attachments: # <u>1</u> Proposed Order)(Reed, Steven) (Entered: 07/23/2019) |
| 07/23/2019 | <u>1953</u> | **Response** to <u>1820</u> Amended **Motion** for class certification *of Rule 23(b)(3) Cities/Counties Negotiation Class Plaintiff City of Fargo's Response to Amended Motion for Certification of Rule 23(b)(3) Cities/Counties Negotiation Class* filed by City of Fargo, North Dakota. (Anderson, Jennie) (Entered: 07/23/2019) |
| 07/23/2019 | <u>1954</u> | **Motion** for joinder *in the Manufacturer Defendants' Response to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23 (B) (3) Cities/Counties Negotiation Class* filed by Hikma Pharmaceuticals USA Inc., West-Ward Pharmaceutical Corp.. (Essig, Christopher) (Entered: 07/23/2019) |
| 07/23/2019 | <u>1955</u> | Letter by Nevada Attorney General Regarding Settlement Negotiation Class (P,R) (Entered: 07/23/2019) |
| 07/23/2019 | <u>1956</u> | **SEALED Document:***Part 1 of Defendants' Notice of Filing Deposition Transcripts Cited In Motions for Summary Judgment and Daubert Motions Under* |

| | | |
|---|---|---|
| | | *Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Abernathy, Jeff (Walmart) 11-15-2018, # 2 Abreu, Shaun (Henry Schein, Inc.) 12-13-2018, # 3 Adams, John (Mallinckrodt) 01-30-2019, # 4 Alexander, G. Caleb (Plaintiff Expert) 04-26-2019, # 5 Allan, Terrence (Cuyahoga) 12-17-2018, # 6 Altier, Jennifer (Allergan) 08-02-2018, # 7 Ashley, Demetra (DEA) 03-15-2019, # 8 Baeder, Christine (Teva) 01-24-2019, # 9 Baeppler, Matthew (Cuyahoga) 01-17-2019, # 10 Baker, Hylton (Summit) 12-19-2018, # 11 Baker-Stella, Lori (Summit County Sheriff's Office-redacted by DEA) 05-23-2019, # 12 Ball, Kenneth (Akron) 11-07-2018, # 13 Baran, Nancy (Actavis Generics Entitites) 12-11-2018, # 14 Barker, Shane (Summit) 11-28-2018, # 15 Barnes, Julie (Summit) 12-03-2018, # 16 Beam, Gregory (Walmart) 01-15-2019, # 17 Bearer, Deborah (Teva) 01-08-2019-2, # 18 Becker, Steven (Mallinckrodt) 12-19-2018, # 19 Beckhardt, Stacey (Teva) 02-01-2019, # 20 Belli, Christopher (Rite Aid) 12-20-2018)(Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/23/2019 | 1957 | Appendix *Part 1 - EXHIBITS to Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* filed by Plaintiffs' Lead Counsel. Related document(s) 1813 , 1910 . (Attachments: # 1 Exhibit 1 Report, # 2 Exhibit 2 Supplemental Report, # 3 Exhibit 3 Report, # 4 Exhibit 4 Correspondence, # 5 Exhibit 5 Correspondence,, # 6 Exhibit 6 Correspondence,, # 7 Exhibit 7 Depo Excerpts, # 8 Exhibit 8 Depo Excerpts, # 9 Exhibit 9 Manual, # 10 Exhibit 10 Depo Excerpts, # 11 Exhibit 11 Depo Excerpts, # 12 Exhibit 12 Depo Excerpts, # 13 Exhibit 13 Presentation, # 14 Exhibit 14 Agenda, # 15 Exhibit 15 Presentation, # 16 Exhibit 16 Email, # 17 Exhibit 17 MOA, # 18 Exhibit 18 Appendix A to MOA, # 19 Exhibit 19 Appendix B to MOA, # 20 Exhibit 20 Depo Excerpts, # 21 Exhibit 21 Report, # 22 Exhibit 22 Amended Report, # 23 Exhibit 23 Verdict Form, # 24 Exhibit 24 Indictment, # 25 Exhibit 25 Second Supplemental Report, # 26 Exhibit 26 Press Release, # 27 Exhibit 27 Notice of Decision & Order, # 28 Exhibit 28 Press Release, # 29 Exhibit 29 Press Release, # 30 Exhibit 30 Press Release, # 31 Exhibit 31 MOA, # 32 Exhibit 32 Depo Excerpts, # 33 Exhibit 33 Email, # 34 Exhibit 34 Depo Excerpts, # 35 Exhibit 35 Report, # 36 Exhibit 36 Depo Excerpts, # 37 Exhibit 37 Compliance Procedure, # 38 Exhibit 38 SOMP, # 39 Exhibit 39 Correspondence, # 40 Exhibit 40 Activity Log, # 41 Exhibit 41 Memo, # 42 Exhibit 42 Email, # 43 Exhibit 43 Email, # 44 Exhibit 44 Depo Excerpts, # 45 Exhibit 45 Spreadsheet, # 46 Exhibit 46 Depo Excerpts, # 47 Exhibit 47 Meeting Notes, # 48 Exhibit 48 Email, # 49 Exhibit 49 Email, # 50 Exhibit 50 Email, # 51 Exhibit 51 Email, # 52 Exhibit 52 Email, # 53 Exhibit 53 Email, # 54 Exhibit 54 Email, # 55 Exhibit 55 Email, # 56 Exhibit 56 Email, # 57 Exhibit 57 Email, # 58 Exhibit 58 Email, # 59 Exhibit 59 Email, # 60 Exhibit 60 Email, # 61 Exhibit 61 Depo Excerpts, # 62 Exhibit 62 Depo Excerpts, # 63 Exhibit 63 Email, # 64 Exhibit 64 Summary, # 65 Exhibit 65 Email, # 66 Exhibit 66 Chart, # 67 Exhibit 67 Depo Excerpts, # 68 Exhibit 68 Chargeback Data, # 69 Exhibit 69 Email, # 70 Exhibit 70 Email, # 71 Exhibit 71 Summary, # 72 Exhibit 72 Email, # 73 Exhibit 73 Presentation, # 74 Exhibit 74 Depo Excerpts, # 75 Exhibit 75 Depo Excerpts, # 76 Exhibit 76 SOP, # 77 Exhibit 77 Email, # 78 Exhibit 78 Email, # 79 Exhibit 79 Email, # 80 Exhibit 80 Email, # 81 Exhibit 81 Email, # 82 Exhibit 82 Email, # 83 Exhibit 83 Email, # 84 Exhibit 84 Email, # 85 Exhibit 85 SOP, # 86 Exhibit 86 Agreements, # 87 Exhibit 87 Presentation, # 88 Exhibit 88 SOP, # 89 Exhibit 89 Email, # 90 Exhibit |

| | | |
|---|---|---|
| | | 90 Agreement, # 91 Exhibit 91 Agreement, # 92 Exhibit 92 Depo Excerpts, # 93 Exhibit 93 Depo Excerpts, # 94 Exhibit 94 Report, # 95 Exhibit 95 SOP, # 96 Exhibit 96 Agreements, # 97 Exhibit 97 Depo Excerpts, # 98 Exhibit 98 Report, # 99 Exhibit 99 Presentation, # 100 Exhibit 100 Depo Excerpts, # 101 Exhibit 101 SOM, # 102 Exhibit 102 SOM, # 103 Exhibit 103 SOM, # 104 Exhibit 104 SOM, # 105 Exhibit 105 SOM)(Hanly, Paul) (Entered: 07/23/2019) |
| 07/23/2019 | 1958 | **Opposition** to 1820 Amended **Motion** for class certification *of Rule 23(b)(3) Cities/Counties Negotiation Class* filed by City of East Cleveland, Ohio, City of Huron, City of Lyndhurst, City of Mayfield Heights, City of North Royalton, City of Wickliffe. (Ferraro, James) (Entered: 07/23/2019) |
| 07/23/2019 | 1959 | **SEALED Document:***Part 2 of Defendants' Notice of Filing Deposition Transcripts Cited In Motion for Summary Judgment and Daubert Motions Under Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Bencivengo, Fred (HBC; Giant Eagle) 01-22-2019, # 2 Bish, Deborah (Walgreens) 02-01-2019, # 3 Block, Tonya (Summit) 11-14-2018, # 4 Boggs, Gary (McKesson) 01-17-2019, # 5 Boggs, Gary (McKesson) 07-19-2018, # 6 Boothe, Douglas (Actavis Generics Entities and Allergan) 01-17-2019, # 7 Borelli, Victor (Mallinckrodt) 11-29-2018, # 8 Boyer, Andrew (Teva) 01-15-2019, # 9 Bratton, Edward (Walgreens) 11-30-2018, # 10 Bratton, Edward (Walgreens) 12-16-2018, # 11 Briscoe, Jason (Discount Drug Mart) 12-06-2018, # 12 Brown, Robert (Anda) 12-03-2018, # 13 Burtner, Aaron (CVS) 01-17-2019, # 14 Cameron, Todd (Montana AG) 2018-09-26, # 15 Campanelli, Paul (Endo) 03-21-2019, # 16 Caraffi, Vincent (Cuyahoga) 01-23-2019, # 17 Cardetti, Lisa (Mallinckrodt) 01-10-2019, # 18 Carlson, Gregory (HBC; Giant Eagle) 01-08-2019, # 19 Cavacini, Gene (McKesson) 01-25-2019, # 20 Chapman, George (Walmart) 01-09-2019, # 21 Chase, Debra (Rite Aid) 01-04-2019, # 22 Cherveny, Eric (ABDC) 11-09-2018, # 23 Chick, Deanna Stacy (Mallinckrodt) 12-13-2018, # 24 Chunderlik, George (HBC; Giant Eagle) 01-16-2019, # 25 Clarke, Michael (Allergan) 12-07-2018)(Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/23/2019 | 1960 | Appendix *Part 2 - EXHIBITS to Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* filed by Plaintiffs' Lead Counsel. Related document(s) 1813 , 1910 . (Attachments: # 1 Exhibit 107 SOM, # 2 Exhibit 108 SOM, # 3 Exhibit 109 SOM, # 4 Exhibit 110 SOM, # 5 Exhibit 111 Presentation, # 6 Exhibit 112 Report, # 7 Exhibit 113 Report, # 8 Exhibit 114 Report Analysis, # 9 Exhibit 115 Reports, # 10 Exhibit 116 Responses to Interrogatories, # 11 Exhibit 117 Depo Excerpts, # 12 Exhibit 118 Chart, # 13 Exhibit 119 Depo Excerpts, # 14 Exhibit 120 Depo Excerpts, # 15 Exhibit 121 Email, # 16 Exhibit 122 News Release, # 17 Exhibit 123 Email, # 18 Exhibit 124 Email, # 19 Exhibit 125 Email, # 20 Exhibit 126 Chart, # 21 Exhibit 127 Email, # 22 Exhibit 128 Chart, # 23 Exhibit 129 Depo Excerpts, # 24 Exhibit 130 Management Plan, # 25 Exhibit 131 Action Plan, # 26 Exhibit 132 Presentation, # 27 Exhibit 133 Email, # 28 Exhibit 134 Responses to Program, # 29 Exhibit 135 Email, # 30 Exhibit 136 Email, # 31 Exhibit 137 Email, # 32 Exhibit 138 Presentation, # 33 Exhibit 139 Summary, # 34 Exhibit 140 Correspondence, # 35 Exhibit 141 Summary, # 36 Exhibit 142 Email, # 37 Exhibit 143 Email, # 38 Exhibit 144 Process Flow, # 39 Exhibit 145 Summary, # 40 |

|  |  | Exhibit 146 Training, # 41 Exhibit 147 Report, # 42 Exhibit 148 Report, # 43 Exhibit 149 Email, # 44 Exhibit 150 Email, # 45 Exhibit 151 Email, # 46 Exhibit 152 Email, # 47 Exhibit 153 Email, # 48 Exhibit 154 Email, # 49 Exhibit 155 Email, # 50 Exhibit 156 Email, # 51 Exhibit 157 Email, # 52 Exhibit 158 Email, # 53 Exhibit 159 Email, # 54 Exhibit 160 Supplemental Responses to Interrogatories, # 55 Exhibit 161 Email, # 56 Exhibit 162 Email, # 57 Exhibit 163 Email, # 58 Exhibit 164 Email, # 59 Exhibit 165 Email, # 60 Exhibit 166 Correspondence, # 61 Exhibit 167 Correspondence, # 62 Exhibit 168 Email, # 63 Exhibit 169 Email, # 64 Exhibit 170 Email, # 65 Exhibit 171 Email, # 66 Exhibit 172 Email, # 67 Exhibit 173 SOP Form, # 68 Exhibit 174 Depo Excerpts, # 69 Exhibit 175 Email, # 70 Exhibit 176 Presentation, # 71 Exhibit 177 Presentation, # 72 Exhibit 178 Presentation, # 73 Exhibit 179 Email, # 74 Exhibit 180 Work Instruction, # 75 Exhibit 181 Work Instruction, # 76 Exhibit 182 SOP, # 77 Exhibit 183 Work Instruction, # 78 Exhibit 184 Email, # 79 Exhibit 185 SOM Workshop, # 80 Exhibit 186 Depo Excerpts, # 81 Exhibit 187 Questionnaire, # 82 Exhibit 188 Email, # 83 Exhibit 189 Email, # 84 Exhibit 190 Email, # 85 Exhibit 191 Presentation, # 86 Exhibit 192 Email, # 87 Exhibit 193 Evaluation, # 88 Exhibit 194 Email, # 89 Exhibit 195 Meeting Notes, # 90 Exhibit 196 Email, # 91 Exhibit 197 Notes, # 92 Exhibit 198 Email, # 93 Exhibit 199 Spreadsheet, # 94 Exhibit 200 Email, # 95 Exhibit 201 Email, # 96 Exhibit 202 Email, # 97 Exhibit 203 Email, # 98 Exhibit 204 Email, # 99 Exhibit 205 Email, # 100 Exhibit 206 Email, # 101 Exhibit 207 Email, # 102 Exhibit 208 Email, # 103 Exhibit 209 MOA, # 104 Exhibit 210 Email, # 105 Exhibit 211 Presentations)(Hanly, Paul) (Entered: 07/23/2019) |
| 07/23/2019 | 1961 | **SEALED Document:***Part 3 of Defendants' Motion of Filing Deposition Transcripts Cited In Motions for Summary Judgment and Daubert Motions Under Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Cochrane, Michael (Anda) 01-15-2019, # 2 Cochrane, Patrick (Anda) 01-24-2019, # 3 Coleman, JoLynn (Walmart) 12-13-2018, # 4 Collier, Ginger (Mallinckrodt) 1-8-19, # 5 Connelly, Michael (Cleveland) 11-07-2018, # 6 Cox, Erin (Mallinckrodt) 01-17-2019, # 7 Craig, Gerald (Summit) 01-11-2018, # 8 Crowley, Jack (Purdue) 01-10-2019, # 9 Cutler, David (Plaintiff Expert) 04-26-2019, # 10 Cutler, David (Plaintiff Expert) 04-27-2018, # 11 Day, Matthew (Teva) 01-04-2019, # 12 Dempsey, Michele (Janssen) 01-22-2019, # 13 Dempsey, Michele (Janssen) 03-08-2019, # 14 Denihan, William (Cuyahoga) 01-30-2019, # 15 Diebert, Jennifer (Walgreens) 01-24-2019, # 16 Domzalski, Christopher (Walgreens) 01-17-2019, # 17 Dorsey, Michael (Teva) 01-08-2019, # 18 Ducote, Chad (Walmart) 11-16-2018, # 19 Dugger, Terrence (CVS) 01-23-2019, # 20 Durr, Walter Wayne (HBC,Giant Eagle) 01-22-2019, # 21 Dymon, Chris (Walgreens) 01-25-2019, # 22 Egilman, David (Plaintiff Expert) 04-25-2019, # 23 Egilman, David (Plaintiff Expert) 04-26-2019, # 24 Euson, George (H.D. Smith) 11-27-2018, # 25 Fanelli, Richard (Purdue) 12-06-2018, # 26 Fanelli, Richard (Purdue) 12-07-2018)(Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/23/2019 | 1962 | **SEALED Document:***Part 4 of Defendants' Notice of Filing Deposition Transcripts Cited In Motion for Summary Judgment and Daubert Mations Under Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related |

| | | |
|---|---|---|
| | | document(s) [1813] . (Attachments: # [1] Fishman, Scott (Doctor-KOL - OK AG) 02-26-2019, # [2] Fishman, Scott (Doctor-KOL - OK AG) 02-27-2019, # [3] Forkas, Deborah (Cuyahoga) 01-23-2019, # [4] Forst, Christopher (Cardinal) 01-22-2019t, # [5] Fri, Perry (HDA) 05-07-2019, # [6] Ganley, Joseph (McKesson) 07-27-2018, # [7] Garner, Chad (Ohio BOP) 11-14-2018, # [8] Geraci, Mark (Purdue) 04-04-2019, # [9] Gessner, Brad (Summit) 12-03-2018, # [10] Gillies, John (Mallinckrodt) 02-07-2019, # [11] Gilson, Thomas (Cuyahoga) 01-14-2019, # [12] Gordon, Merle (Cleveland) 07-19-2018, # [13] Grabowski, Henry (Endo Par Expert) 06-06-2019, # [14] Griffin, Eric (Ohio BOP) 01-23-2019, # [15] Gruber, Jonathan (Plaintiff Expert) 04-25-2019, # [16] Gutierrez, James (Cuyahoga) 01-31-2019, # [17] Harbauer, Candace (Prescription Supply Inc.) 02-19-2019, # [18] Harbauer, Kirk (Prescription Supply Inc.) 02-27-2019, # [19] Harper, Karen (Mallinckrodt) 1-15-2019, # [20] Harper-Avilla, Stacy (DEA) 04-11-2019, # [21] Hart, Janet (Rite Aid) 01-30-2019, # [22] Hart, Janet (Rite Aid) 01-31-2019, # [23] Hartle, Nate (McKesson) 07-31-2018, # [24] Hartle, Nate (McKesson) 08-01-2018, # [25] Hartman, Mark (Cardinal) 11-15-2018, # [26] Hassler, John (Teva) 11-16-2018, # [27] Heiser, Randy (HBC) 02-19-2019, # [28] Helfrich, Shauna (CVS) 01-10-2019, # [29] Herman, Doron (Teva) 06-20-2019, # [30] Hiland, Susanne (Walmart) 01-22-2019, # [31] Hiland, Susanne (Walmart) 01-23-2019)(Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/23/2019 | [1963] | **SEALED Document:***Part 5 of Defendants' Notice of Filing Deposition Transcripts Cited In Motions for Summary Judgment and Daubert Motions Under Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) [1813] . (Attachments: # [1] Hilliard, Gary (McKesson) 01-10-2019, # [2] Hinkle, Sherri (CVS) 01-25-2019, # [3] Hodges, Debbie (Walmart) 01-11-2019, # [4] Hutzell, Eric (Summit County) 01-08-2019, # [5] Jackson, Cathy (Endo) 01-07-2019, # [6] Jena, Anupam (Rite Aid) 06-06-2019, # [7] Johnson, Greta (Summit County) 01-15-2019, # [8] Johnson, Miranda (Walmart) 12-12-2018, # [9] Kaleta, Ed (Walgreens) 12-18-2018, # [10] Kaspar, Claire (Cuyahoga) 01-15-2019, # [11] Keenan, Maggie (Cuyahoga) 01-18-2018, # [12] Keenan, Maggie (Cuyahoga) 12-12-2018, # [13] Keller, Lacey (Plaintiff Expert) 06-13-2019, # [14] Kelly, Patrick (HDA) 05-10-2019, # [15] Kessler, David (Plaintiff Expert) 04-25-2019, # [16] Kessler, David (Plaintiff Expert) 04-26-2019, # [17] Keyes, Katherine (Plaintiff Expert) 04-29-2019, # [18] Kinsey, Sandra (HBC, Giant Eagle Expert) 06-07-2019, # [19] Kippes, Christopher (Cuyahoga) 01-18-2019, # [20] Kitlinski, Linda (Endo) 01-15-2019, # [21] Kreutzer, Kevin (ABDC) 11-27-2018, # [22] Kyle, Margaret (Allergan Expert) 06-05-2019)(Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/23/2019 | [1964] | Appendix *Part 3 - EXHIBITS to Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* filed by Plaintiffs' Lead Counsel. Related document(s) [1813] , [1910] . (Attachments: # [1] Exhibit 213 Email, # [2] Exhibit 214 Email, # [3] Exhibit 215 S/r and MOA, # [4] Exhibit 216 Email, # [5] Exhibit 217 Email, # [6] Exhibit 218 Depo Excerpts, # [7] Exhibit 219 Findings, # [8] Exhibit 220 Report, # [9] Exhibit 221 Email, # [10] Exhibit 222 Depo Excerpts, # [11] Exhibit 223 Presentation, # [12] Exhibit 224 Email, # [13] Exhibit 225 Report, # [14] Exhibit 226 Webpage, # [15] Exhibit 227 Presentation, # [16] Exhibit 228 Corr., # [17] Exhibit 229 Depo Excerpts, # [18] Exhibit 230 Depo Excerpts, # [19] Exhibit 231 Report, # [20] Exhibit 232 Responses, # [21] Exhibit 233 Responses, # [22] Exhibit 234 SOP, # [23] Exhibit 235 Email, # [24] Exhibit 236 MOA, |

| | | |
|---|---|---|
| | | # 25 Exhibit 237 Manual, # 26 Exhibit 238 Depo Excerpts, # 27 Exhibit 239 Reponses, # 28 Exhibit 240 Email, # 29 Exhibit 241 Depo Excerpts, # 30 Exhibit 242 Memo, # 31 Exhibit 244 Manual, # 32 Exhibit 245 Corr., # 33 Exhibit 246 Corr., # 34 Exhibit 247 Email, # 35 Exhibit 248 Report, # 36 Exhibit 249 S/R, # 37 Exhibit 250 Email, # 38 Exhibit 251 Email, # 39 Exhibit 252 T/C Form, # 40 Exhibit 253, # 41 Exhibit 254 Email, # 42 Exhibit 255, # 43 Exhibit 256 Email, # 44 Exhibit 257 Email, # 45 Exhibit 258, # 46 Exhibit 259 Email, # 47 Exhibit 260 Email, # 48 Exhibit 261 Email, # 49 Exhibit 262 Email, # 50 Exhibit 243, # 51 Exhibit 263 Email, # 52 Exhibit 264, # 53 Exhibit 265 Depo Excerpts, # 54 Exhibit 266 T/C Form, # 55 Exhibit 267 T/C Form, # 56 Exhibit 268 T/C Form, # 57 Exhibit 269 T/C Form, # 58 Exhibit 270 T/C Form, # 59 Exhibit 271 T/C Form, # 60 Exhibit 272 T/C Form, # 61 Exhibit 273 T/C Form, # 62 Exhibit 274 T/C Form, # 63 Exhibit 275 T/C Form, # 64 Exhibit 276 T/C Form, # 65 Exhibit 277 Email, # 66 Exhibit 278 Email, # 67 Exhibit 279 Email, # 68 Exhibit 280 Email, # 69 Exhibit 281, # 70 Exhibit 282, # 71 Exhibit 283, # 72 Exhibit 284, # 73 Exhibit 285 Email, # 74 Exhibit 286 Email, # 75 Exhibit 287 Process, # 76 Exhibit 288 Procedure, # 77 Exhibit 289 Prodecure, # 78 Exhibit 290 Report, # 79 Exhibit 291 Depo Excerpts, # 80 Exhibit 292 Regulations, # 81 Exhibit 293 Depo Excerpts, # 82 Exhibit 294 Depo Excerpts, # 83 Exhibit 295 Depo Excerpts, # 84 Exhibit 296 D/C Program, # 85 Exhibit 297 Order, # 86 Exhibit 298 Agreement, # 87 Exhibit 299 Report, # 88 Exhibit 300 Spreadsheet, # 89 Exhibit 301 Email, # 90 Exhibit 302 Depo Excerpts, # 91 Exhibit 303 Depo Excerpts, # 92 Exhibit 304 Depo Excerpts, # 93 Exhibit 305 Procedure, # 94 Exhibit 306 Depo Excerpts, # 95 Exhibit 307 Depo Excerpts, # 96 Exhibit 308 Corr., # 97 Exhibit 309 Response, # 98 Exhibit 310 Depo Excerpts, # 99 Exhibit 311 Depo Excerpts, # 100 Exhibit 312 Report, # 101 Exhibit 313 Worksheet, # 102 Exhibit 314 Response, # 103 Exhibit 315 Depo Excerpts, # 104 Exhibit 316 Depo Excerpts, # 105 Exhibit 317 Email) (Hanly, Paul) (Attachment 98 replaced on 7/25/2019) (P,R). (Entered: 07/23/2019) |
| 07/23/2019 | 1965 | Appendix *Part 4 - EXHIBITS to Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* filed by Plaintiffs' Lead Counsel. Related document(s) 1813 , 1910 . (Attachments: # 1 Exhibit 319 Emails, # 2 Exhibit 320 Manual, # 3 Exhibit 321 Summary, # 4 Exhibit 322 Chart, # 5 Exhibit 323 Policy, # 6 Exhibit 324 MOA, # 7 Exhibit 325 Depo Excerpts, # 8 Exhibit 326 Procedure, # 9 Exhibit 327 Correspondence, # 10 Exhibit 328 Correspondence, # 11 Exhibit 329 Emails, # 12 Exhibit 330 Report, # 13 Exhibit 331 Supplemental Responses to Discovery Reqs, # 14 Exhibit 332 Depo Excerpts, # 15 Exhibit 333 Depo Errata, # 16 Exhibit 334 MOA, # 17 Exhibit 335 Order to Show Cause, # 18 Exhibit 336 Subpoena, # 19 Exhibit 337 Emails, # 20 Exhibit 338 Meeting Notes, # 21 Exhibit 339 Correspondence, # 22 Exhibit 340 Orders, # 23 Exhibit 341 Orders, # 24 Exhibit 342 Emails, # 25 Exhibit 343 Report, # 26 Exhibit 344 Report, # 27 Exhibit 345 Email, # 28 Exhibit 346 Manual, # 29 Exhibit 347 Correspondence, # 30 Exhibit 348 Email, # 31 Exhibit 349 Email, # 32 Exhibit 350 Correspondence, # 33 Exhibit 351 Withheld Due to Privilege, # 34 Exhibit 352 Procedure, # 35 Exhibit 353 Depo Excerpts, # 36 Exhibit 354 Depo Excerpts, # 37 Exhibit 355 Policy, # 38 Exhibit 356 Depo Excerpts, # 39 Exhibit 357 Depo Excerpts, # 40 Exhibit 358 Update on Plan, # 41 Exhibit 359 SOR, # 42 Exhibit 360 Emails, # 43 Exhibit 361 Review, # 44 Exhibit 362 Depo Excerpts, # 45 Exhibit 363 Emails, # 46 Exhibit 364 Emails, # 47 Exhibit 365 Emails, # 48 Exhibit 366 Emails, # 49 Exhibit 367 Emails, # 50 |

| | | |
|---|---|---|
| | | Exhibit 368 Estimate, # <u>51</u> Exhibit 369 Statistics, # <u>52</u> Exhibit 370 Depo Excerpts, # <u>53</u> Exhibit 371 Second Amended Responses to Interrogatories, # <u>54</u> Exhibit 372 Emails, # <u>55</u> Exhibit 373 Emails, # <u>56</u> Exhibit 374 Spreadsheet, # <u>57</u> Exhibit 375 Emails, # <u>58</u> Exhibit 376 Emails, # <u>59</u> Exhibit 377 Depo Excerpts, # <u>60</u> Exhibit 378 Emails, # <u>61</u> Exhibit 379 Emails, # <u>62</u> Exhibit 380 Emails, # <u>63</u> Exhibit 381 Emails, # <u>64</u> Exhibit 382 Agreement, # <u>65</u> Exhibit 383 Report, # <u>66</u> Exhibit 384 Agreement, # <u>67</u> Exhibit 385 Depo Excerpts, # <u>68</u> Exhibit 386 Depo Exhibit, # <u>69</u> Exhibit 387 Depo Excerpts, # <u>70</u> Exhibit 388 Orders, # <u>71</u> Exhibit 389 Depo Excerpts, # <u>72</u> Exhibit 390 Order, # <u>73</u> Exhibit 391 OMS, # <u>74</u> Exhibit 392 Order, # <u>75</u> Exhibit 393 Comments, # <u>76</u> Exhibit 394 Depo Excerpts, # <u>77</u> Exhibit 395 Depo Excerpts, # <u>78</u> Exhibit 396 Draft Best Summary, # <u>79</u> Exhibit 397 Draft Best Practices, # <u>80</u> Exhibit 398 Chronology, # <u>81</u> Exhibit 399 Chronology, # <u>82</u> Exhibit 400 Depo Excerpts, # <u>83</u> Exhibit 401 Guidelines, # <u>84</u> Exhibit 402 SO, # <u>85</u> Exhibit Exhibit 403 Best Practices, # <u>86</u> Exhibit 404 Report, # <u>87</u> Exhibit 405 Depo Excerpts, # <u>88</u> Exhibit 406 Report, # <u>89</u> Exhibit 407 Emails, # <u>90</u> Exhibit 408 Questionnaire, # <u>91</u> Exhibit 409 Procedure, # <u>92</u> Exhibit 410 Chart, # <u>93</u> Exhibit 411 Business Idea, # <u>94</u> Exhibit 412 Guidelines, # <u>95</u> Exhibit 413 OM Program, # <u>96</u> Exhibit 414 Responses to Discovery Requests, # <u>97</u> Exhibit 415 Depo Excerpts, # <u>98</u> Exhibit 416 Depo Excerpts, # <u>99</u> Exhibit 417 Depo Excerpts, # <u>100</u> Exhibit 418 Depo Excerpts, # <u>101</u> Exhibit 419 Emails, # <u>102</u> Exhibit 420 Depo Excerpts, # <u>103</u> Exhibit 421 T/E List, # <u>104</u> Exhibit 422 A/T List, # <u>105</u> Exhibit 423 SOM)(Hanly, Paul) (Entered: 07/23/2019) |
| 07/23/2019 | <u>1966</u> | **SEALED Document:***Part 6 of Defendants' Notice of Filing Deposition Transcripts Cited In Motions for Summary Judgment and Daubert Motions Under Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) <u>1813</u> . (Attachments: # <u>1</u> Leckler, Molly (Cuyahoga) 11-19-2018, # <u>2</u> Lembke, Anna (Plaintiff Expert) 04-24-2019, # <u>3</u> Leonard, Patrick (City of Akron - DEA provided redactions) 05-23-2019, # <u>4</u> Leppla, Allisyn (Cuyahoga) 01-15-2019, # <u>5</u> Liebman, Jeffrey Ph. D (Plaintiff Expert) 05-03-2019, # <u>6</u> Little, Patsy (Walmart) 12-14-2018, # <u>7</u> Lortie, Brian (Endo) 01-22-2019, # <u>8</u> Lortie, Brian (Endo) 01-23-2019, # <u>9</u> Lortie, Brian (Endo) 03-27-2019, # <u>10</u> Macey, Jonathan (Allergan Expert) 05-29-2019, # <u>11</u> Macrides, Stephen (Endo) 03-15-2019, # <u>12</u> Mahoney, William de Gutierrez (McKesson) 11-28-2018, # <u>13</u> Martin, Barbara (Walgreens) 01-25-2019, # <u>14</u> May, David (ABDC) 08-04-2018, # <u>15</u> Mays, Stephen (ABDC) 10-24-2018, # <u>16</u> McAleer, Trevor (Cuyahoga) 01-10-2019, # <u>17</u> McCann, Craig (Plaintiff Expert) 05-09-2019, # <u>18</u> McClune, Robert (HBC; Giant Eagle) 01-25-2019, # <u>19</u> McCormick, Jinping (Allergan) 01-09-2019, # <u>20</u> McGinn, Colleen (Teva) 12-14-2018, # <u>21</u> McGuire, Thomas (Plaintiff Expert) 04-23-2019, # <u>22</u> McGuire, Thomas (Plaintiff Expert) 04-30-2019)(Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/23/2019 | <u>1967</u> | Appendix *Part 5 - EXHIBITS to Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties Under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* filed by Plaintiffs' Lead Counsel. Related document(s) <u>1813</u> , <u>1910</u> . (Attachments: # <u>1</u> Exhibit 425 Emails, # <u>2</u> Exhibit 426 Depo Excerpts, # <u>3</u> Exhibit 427 Supplemental Answers to Interrogatories, # <u>4</u> Exhibit 428 Depo Excerpts, # <u>5</u> Exhibit 429 Depo Excerpts, # <u>6</u> Exhibit 430 Depo Excerpts, # <u>7</u> Exhibit 431 Depo Excerpts, # <u>8</u> Exhibit 432 Policy, # <u>9</u> Exhibit 433 Depo Excerpts, # <u>10</u> Exhibit 434 Depo |

| | | |
|---|---|---|
| | | Excerpts, # <u>11</u> Exhibit 435 Depo Excerpts, # <u>12</u> Exhibit 436 Depo Excerpts, # <u>13</u> Exhibit 437 Email, # <u>14</u> Exhibit 438 Email, # <u>15</u> Exhibit 439 Email, # <u>16</u> Exhibit 440 Depo Excerpts, # <u>17</u> Exhibit 441 Email, # <u>18</u> Exhibit 442 Depo Excerpts, # <u>19</u> Exhibit 443 Report, # <u>20</u> Exhibit 444 Depo Excerpts, # <u>21</u> Exhibit 445 Depo Excerpts, # <u>22</u> Exhibit 446 Depo Excerpts, # <u>23</u> Exhibit 447 Report, # <u>24</u> Exhibit 448 Report, # <u>25</u> Exhibit 449 Depo Excerpts, # <u>26</u> Exhibit 450 Depo Excerpts, # <u>27</u> Exhibit 451 Depo Excerpts, # <u>28</u> Exhibit 452 Depo Excerpts, # <u>29</u> Exhibit 453 Depo Excerpts, # <u>30</u> Exhibit 454 Depo Excerpts, # <u>31</u> Exhibit 455 Depo Excerpts, # <u>32</u> Exhibit 456 Depo Excerpts, # <u>33</u> Exhibit 457 Regulation, # <u>34</u> Exhibit 458 Depo Excerpts, # <u>35</u> Exhibit 459 Depo Excerpts, # <u>36</u> Exhibit 460 Depo Excerpts, # <u>37</u> Exhibit 461 Depo Excerpts, # <u>38</u> Exhibit 462 Depo Excerpts, # <u>39</u> Exhibit 463 Depo Excerpts, # <u>40</u> Exhibit 464 Depo Excerpts, # <u>41</u> Exhibit 465 Depo Excerpts, # <u>42</u> Exhibit 466 Depo Excerpts, # <u>43</u> Exhibit 467 Depo Excerpts, # <u>44</u> Exhibit 468 Depo Excerpts, # <u>45</u> Exhibit 469 Depo Excerpts, # <u>46</u> Exhibit 470 Depo Excerpts, # <u>47</u> Exhibit 471 Depo Excerpts, # <u>48</u> Exhibit 472 Depo Excerpts, # <u>49</u> Exhibit 473 Depo Excerpts, # <u>50</u> Exhibit 474 Depo Excerpts, # <u>51</u> Exhibit 475 Email, # <u>52</u> Exhibit 476 Depo Excerpts, # <u>53</u> Exhibit 477 Email, # <u>54</u> Exhibit 478 Depo Excerpts, # <u>55</u> Exhibit 479 Depo Excerpts, # <u>56</u> Exhibit 480 Press Release, # <u>57</u> Exhibit 481 Press Release, # <u>58</u> Exhibit 482 Press Release, # <u>59</u> Exhibit 483 Depo Exh., # <u>60</u> Exhibit 484 Depo Exh., # <u>61</u> Exhibit 485 Depo Exh., # <u>62</u> Exhibit 486 Depo Exh., # <u>63</u> Exhibit 487 Email, # <u>64</u> Exhibit 488 Email, # <u>65</u> Exhibit 489 Depo Excerpts, # <u>66</u> Exhibit 490 Depo Exh., # <u>67</u> Exhibit 491 Email, # <u>68</u> Exhibit 492 Depo Exh., # <u>69</u> Exhibit 493 Report, # <u>70</u> Exhibit 494 Depo Exh., # <u>71</u> Exhibit 495 Depo Excerpts, # <u>72</u> Exhibit 496 Briefing, # <u>73</u> Exhibit 497 Depo Excerpts, # <u>74</u> Exhibit 498 Depo Excerpts, # <u>75</u> Exhibit 499 Depo Exh., # <u>76</u> Exhibit 500 Depo Exh., # <u>77</u> Exhibit 501 Report, # <u>78</u> Exhibit 502 Depo Exh., # <u>79</u> Exhibit 503 Email, # <u>80</u> Exhibit 504 Policy, # <u>81</u> Exhibit 505 Policy, # <u>82</u> Exhibit 506 Data Procedure, # <u>83</u> Exhibit 507 Project Status Review, # <u>84</u> Exhibit 508 Depo Excerpts, # <u>85</u> Exhibit 509 Depo Exh., # <u>86</u> Exhibit 510 Depo Exh., # <u>87</u> Exhibit 511 Depo Exh., # <u>88</u> Exhibit 512 Proposal, # <u>89</u> Exhibit 513 Presentation, # <u>90</u> Exhibit 514 Depo Excerpts, # <u>91</u> Exhibit 515 Notification Alert, # <u>92</u> Exhibit 516 Report, # <u>93</u> Exhibit 517 Call, # <u>94</u> Exhibit 518 Summary, # <u>95</u> Errata 519 Email, # <u>96</u> Exhibit 520 Best Practices)(Hanly, Paul) (Entered: 07/23/2019) |
| 07/23/2019 | <u>1968</u> | **SEALED Document:***Part 7 of Defendants' Notice of Filing Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Undear Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) <u>1813</u> . (Attachments: # <u>1</u> Millikin, Gary (CVS) 01-11-2019, # <u>2</u> Mills, Steven (Walgreens) 11-08-2018, # <u>3</u> Millward, Joseph (HBC; Giant Eagle) 12-20-2018, # <u>4</u> Mitchell, Kevin (Rite Aid) 01-16-2019, # <u>5</u> Mollica, Anthony (HBC; Giant Eagle) 01-04-2019, # <u>6</u> Moran, Scott (Cleveland) 03-27-2019, # <u>7</u> Moran, Scott (Cleveland) 12-20-2018, # <u>8</u> Morelli, Art (Mallinckrodt) 01-17-2019, # <u>9</u> Morse, Donald Steven (Cardinal) 12-13-2019, # <u>10</u> Moskovitz, Bruce (Janssen) 01-09-2019, # <u>11</u> Moskovitz, Bruce (Janssen) 11-14-2018, # <u>12</u> Munroe, Brian (Endo) 03-19-2019, # <u>13</u> Must, Alan (Purdue) 03-14-2019, # <u>14</u> Myers, David (Allergan) 12-13-2018, # <u>15</u> Nameth, Tom (Discount Drug Mart) 01-07-2019, # <u>16</u> Napoli, Tom (Allergan) 01-17-2019, # <u>17</u> Neely, Kate (Mallinckrodt) 01-08-2019, # <u>18</u> Nelsen, Brian (Summit) 01-24-2019, # <u>19</u> New, Bonnie (Mallinckrodt) 02-12-2019, # <u>20</u> Norris, Jennifer (Cardinal) 08-07-2018, # <u>21</u> Norton, Tracey (Endo) 01-16-2019, # <u>22</u> Norton, Tracey (Endo) 01-17-2019) |

| | | |
|---|---|---|
| | | (Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/23/2019 | 1969 | **SEALED Document:***Part 8 of Defendants' Notice of Filing Deposition Transcripts Cited in Motions to Summary Judgment and Daubert Motions Under Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Paolino, Matthew (Summit) 12-05-2018, # 2 Papp, Joan (Deposed re experience as doctor in Cuyahoga) 02-05-2019, # 3 Patton, Kimberly (Summit) 01-22-2019, # 4 Peacock, Jeff (Henry Schein, Inc.) 01-30-2019, # 5 Perch, Stephen (Akron) 10-18-2018, # 6 Perfetto, Michael (Allergan) 12-18-2018, # 7 Perri, Matthew (Plaintiff Expert) 04-23-2019, # 8 Perri, Matthew (Plaintiff Expert) 04-24-2019, # 9 Peterson, Douglas (Walgreens) 12-20-2018, # 10 Polster, Natasha (Walgreens) 01-23-2019, # 11 Portenoy, Russell (Doctor-KOL - OK AG) 01-24-2019, # 12 Prevoznik, Thomas (DEA) 04-17-2019, # 13 Prevoznik, Thomas (DEA) 04-18-2019, # 14 Prevoznik, Thomas (DEA) 05-17-2019, # 15 Prince, John (City of Cleveland - DEA provided redactions) 05-23-2019, # 16 Propatier, Amy (CVS) 11-29-2018, # 17 Quintero, GIlberto (Cardinal) 12-06-2018, # 18 Rafalski, James (Plaintiff Expert) 05-13-2019, # 19 Rafalski, James (Plaintiff Expert) 05-14-2019, # 20 Rannazzisi, Joseph (DEA) 04-26-2019, # 21 Rannazzisi, Joseph (DEA) 05-15-2019)(Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/23/2019 | 1970 | **SEALED Document:***Part 9 of Defendants' Notice of Filing Deposition Transcripts Cited in Motions for Summary Judgment and Daubert MotionsUnder Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Ratliff, William (Mallinckrodt) 12-19-2018, # 2 Ratycz, Peter (Discount Drug Mart) 12-21-2018, # 3 Rausch, James (Mallinckrodt) 11-16-2019, # 4 Reardon, Steve (Cardinal) 11-30-2018, # 5 Reed, Roxanne (Walmart) 01-10-2019, # 6 Ringgold, Larry (Rite Aid) 01-24-2019, # 7 Ritchie, Bruce (Janssen) 01-25-2019, # 8 Rogos, Matthew (HBC, Giant Eagle) 02-22-2019, # 9 Romaine, Larry (Endo) 01-10-2019, # 10 Rosen, Burt (Purdue) 01-16-2019, # 11 Rosenthal, Meredith (Plaintiff Expert) 05-04-2019, # 12 Rosenthal, Meredith (Plaintiff Expert) 05-05-2019, # 13 Sackler, Kathe (Purdue) 04-01-2019, # 14 Saffold, George (Mallinckrodt) 02-08-2019, # 15 Saper, Joel (Pain Management Doctor) 01-11-2019, # 16 Schoen, James (Prescription Supply, Inc.) 02-27-2019, # 17 Schoen, Thomas (Prescription Supply, Inc.) 09-05-2018, # 18 Schumacher, Mark (Plantiff Expert) 04-23-2019, # 19 Seid, Stephen (Purdue) 12-12-2018, # 20 Seid, Stephen (Purdue) 12-13-2018, # 21 Shannon, Hugh (Cuyahoga) 01-15-2019, # 22 Siegle, Derek (DEA-Ohio HIDTA) 01-23-2019, # 23 Skoda, Donna (Summit) 08-14-2018, # 24 Smith, Douglas (Summit) 11-16-2018, # 25 Snider, Blaine (McKesson) 11-08-2018)(Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/23/2019 | 1971 | **SEALED Document:***Part 10 of Defendants' Notice of Filing Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Under Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Spaulding, Eileen (Mallinckrodt) 02-05-2019, # 2 Stahmann, Eric (Walgreens) 10-16-2018, # 3 Stevenson, George (Endo) 02-15-2019, # 4 Strait, Matthew (DEA) 05-31-2019, # 5 Strang, Jill (Discount Drug Mart) 01-03-2019, # 6 Strumi, Jeffrey (Akron) 11-15-2018, # 7 |

| | | |
|---|---|---|
| | | Sullins, Ramona (Walmart) 01-04-2019, # 8 Swords, Rex (Walgreens) 12-21-2018, # 9 Tomkiewicz, Joseph (Teva, Former ABDC) 11-28-2018, # 10 Tommasi, Eugene (HBC, Giant Eagle) 12-18-2018, # 11 Tomsky, Scott (Teva) 03-15-2019, # 12 Tsipakis, James (HBC, Giant Eagle) 01-13-2018, # 13 Tucker, Clarence (Akron) 01-10-2019, # 14 Twigg, Charles (Akron) 01-08-2019, # 15 Vernazza, Mark (CVS) 11-20-2018, # 16 Vorderstrasse, Kevin (Mallinckrodt) 12-05-2018, # 17 Vorsanger, Gary (Janssen OK) 01-17-2019, # 18 Vorsanger, Gary (Janssen-Oklahoma) 12-05-2018, # 19 Walker, Donald (McKesson) 01-10-2019, # 20 Walker, Lisa (Endo) 12-04-18)(Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/23/2019 | 1972 | **SEALED Document:**_Part 11 of Defendants' Notice of Filing Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Under Seal Per Order_ filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Walter, Cheri (Ohio Association of County Behavioral Health Authorities) 02-19-2019, # 2 Weber, Celia (ABDC) 01-25-2019, # 3 Webster, Lynn (Oklahoma AG) 02-18-2019, # 4 Wessler, Michael (Mallinckrodt) 01-09-2019, # 5 Wexelblatt, Scott (Plaintiff Expert) 04-24-2019, # 6 Whitelaw, Seth (Plaintiff Expert) 05-16-2019, # 7 Whitelaw, Seth (Plaintiff Expert) 05-17-2019, # 8 Williams, Calvin (Cleveland) 03-29-2019, # 9 Wilson, Ellen (CVS) 01-24-2019, # 10 Wood, Marian (Rite Aid) 01-24-2019, # 11 Woods, Mary (Allergan) 01-10-2019, # 12 Wright, Kyle (DEA) 02-28-2019, # 13 Wright, Kyle (DEA) 03-04-2019, # 14 Young, Nancy (Plaintiff Expert) 05-14-2019, # 15 Zimmerman, Christopher (ABDC) 02-08-2019, # 16 Zimmerman, Christopher (ABDC) 08-03-2018)(Hobart, Geoffrey) (Entered: 07/23/2019) |
| 07/24/2019 | 1973 | Letter by Ohio Attorney General Regarding Settlement Negotiation Class (P,R) (Entered: 07/24/2019) |
| 07/24/2019 | 1974 | Part 1 of Defendant's Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Abernathy, Jeff (Walmart) 11-15-2018 Redacted, # 2 Abreu, Shaun (Henry Schein) 12-13-2018 Redacted, # 3 Adams, John (Mallinckrodt) 01-30-2019 Redacted, # 4 Alexander, G. Caleb (Plaintiff Expert) 04-26-2019, # 5 Allan, Terrence (Cuyahoga) 12-17-2018, # 6 Altier, Jennifer (Allergan) 08-02-2018, # 7 Ashley, Demetra (DEA) 03-15-2019, # 8 Baeder, Christine (Teva) 01-24-2019, # 9 Baeppler, Matthew (Cuyahoga) 01-17-2019, # 10 Baker, Hylton (Summit) 12-19-2018, # 11 Baker-Stella, Lori (Summit County) 05-23-2019 Redacted, # 12 Ball, Kenneth (Akron) 11-07-2018, # 13 Baran, Nancy (Teva) 12-11-2018 Redacted, # 14 Barker, Shane (Summit) 11-28-2018, # 15 Barnes, Julie (Summit) 12-03-2018-2, # 16 Beam, Gregory (Walmart) 01-15-2019 Redacted, # 17 Bearer, Deborah (Teva) 01-18-2019 Redacted, # 18 Becker, Steven (Mallinckrodt) 12-19-2018 Redacted, # 19 Beckhardt, Stacey (Teva) 02-01-2019 Redacted, # 20 Belli, Christopher (Rite Aid) 12-20-2018 Redacted)Related document(s) 1813 .(Hobart, Geoffrey) (Entered: 07/24/2019) |
| 07/24/2019 | 1975 | Part 2 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Bencivengo, |

| | | |
|---|---|---|
| | | Fred (HBC) 01-22-2019 Redacted, # 2 Bish, Deborah (Walgreens) 02-01-2019 Redacted, # 3 Block, Tonya (Summit) 11-14-2018, # 4 Boggs, Gary (McKesson 30b6) 07-19-2018 Redacted, # 5 Boggs, Gary (McKesson) 01-17-2019 Redacted, # 6 Boothe, Douglas (Teva) 01-17-2019 Redacted, # 7 Borelli, Victor (Mallinckrodt) 11-29-2018 Redacted, # 8 Boyer, Andrew (Teva) 01-15-2019 Redacted, # 9 Bratton, Edward (Walgreens 30b6) 12-16-2018 Redacted, # 10 Bratton, Edward (Walgreens) 11-30-2018 Redacted, # 11 Briscoe, Jason (Discount Drug Mart) 12-06-2018, # 12 Brown, Robert (Anda) 12-03-18 Redacted, # 13 Burtner, Aaron (CVS) 01-17-2019 Redacted, # 14 Cameron, Todd (Cardinal) MTAG Investigation 11-26-18 Redacted, # 15 Campanelli, Paul (Endo) 03-21-19 Redacted, # 16 Caraffi, Vincent (Cuyahoga) 01-23-2019, # 17 Cardetti, Lisa (Mallinckrodt) 01-10-19 Redacted, # 18 Carlson, Gregory (HBC) 01-08-19 Redacted, # 19 Cavacini, Gene (McKesson) 01-25-19 Redacted, # 20 Chapman, George (Walmart) 01-09-19 Redacted, # 21 Chase, Debra (Rite Aid) 01-04-19 Redacted, # 22 Cherveny, Eric (ABDC) 11-09-18 Redacted, # 23 Chick, Stacy (Mallinckrodt) 12-13-18 Redacted, # 24 Chunderlick, George (HBC) 01-16-19 Redacted, # 25 Clarke, Michael (Teva) 12-07-18 Redacted)Related document(s) 1813 .(Hobart, Geoffrey) (Entered: 07/24/2019) |
| 07/24/2019 | 1976 | Part 3 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Cochrane, Michael (Anda) 01-15-19 Redacted, # 2 Cochrane, Patrick (Anda) 01-24-19 Redacted, # 3 Coleman, JoLynn (Walmart) 12-13-18 Redacted, # 4 Collier, Ginger (Mallinckrodt) 01-08-19 Redacted, # 5 Connelly, Michael (Cleveland) 11-07-2018, # 6 Cox, Erin (Mallinckrodt) 01-17-19 Redacted, # 7 Craig, Gerald (Summit) 01-11-2018, # 8 Crowley, Jack (Purdue) 01-10-19 Redacted, # 9 Cutler, David (Plaintiff Expert) 04-26-2019, # 10 Cutler, David (Plaintiff Expert) 04-27-2018, # 11 Day, Matthew (Teva) 01-04-2019, # 12 Dempsey, Michele (Janssen) 01-22-2019, # 13 Dempsey, Michele (Janssen) 03-08-2019, # 14 Denihan, William (Cuyahoga) 01-30-2019, # 15 Diebert, Jennifer (Walgreens) 01-24-19 Redacted, # 16 Domzalski, Christopher (Walgreens) 01-17-19 Redacted, # 17 Dorsey, Michael (Teva) 01-08-19 Redacted, # 18 Ducote, Chad (Walmart) 11-16-18 Redacted, # 19 Dugger, Terrence (CVS) 01-23-19 Redacted, # 20 Durr, Walter Wayne (HBC) 01-22-19 Redacted, # 21 Dymon, Chris (Walgreens) 01-25-19 Redacted)Related document(s) 1813 .(Hobart, Geoffrey) (Entered: 07/24/2019) |
| 07/24/2019 | 1977 | Part 4 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Egilman, David (Pltf Expert) 04-25-19 Redacted, # 2 Egilman, David (Pltf Expert) 04-26-19 Redacted, # 3 Euson, George (HD Smith) 30b6 11-27-18 Redacted, # 4 Fanelli, Richard (Purdue) 12-06-18 Redacted, # 5 Fanelli, Richard (Purdue) 12-07-2018, # 6 Fishman, Scott (Doctor-KOL - OK AG) 02-26-2019, # 7 Fishman, Scott (Doctor-KOL - OK AG) 02-27-2019, # 8 Forkas, Deborah (Cuyahoga) 01-23-2019, # 9 Forst, Christopher (Cardinal) 01-22-19 Redacted, # 10 Fri, Perry (HDA) 05-07-2019, # 11 Ganley, Joseph (McKesson) 07-27-18 Redacted, # 12 Garner, Chad (Ohio BOP) 11-14-2018, # 13 Geraci, Mark (Purdue) 04-04-2019, # 14 Gessner, Brad (Summit) 12-03-2018, # 15 Gillies, John (Mallinckrodt) |

| | | |
|---|---|---|
| | | 02-07-19 Redacted, # 16 Gilson, Thomas (Cuyahoga) 01-14-2019, # 17 Gordon, Merle (Cleveland) 07-19-2018, # 18 Gordon, Merle (Cleveland) 07-19-2018, # 19 Griffin, Eric (Ohio BOP) 01-23-2019, # 20 Gruber, Jonathan (Plaintiff Expert) 04-25-2019, # 21 Gutierrez, James (Cuyahoga) 01-31-2019, # 22 Harbauer, Candace (PSI) 02-19-19 Redacted, # 23 Harbauer, Kirk (PSI) 02-27-19 Redacted, # 24Harper-Avilla, Stacy (Mallinckrodt) 01-15-19 Redacted, # 25 Harper, Karen (DEA) 04-11-2019)Related document(s) 1813 .(Hobart, Geoffrey) (Attachment 25 replaced on 8/8/2019) (P,R). (Entered: 07/24/2019) |
| 07/24/2019 | 1978 | Part 5 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Hart, Janet Getzey (Rite Aid) 01-30-19 Redacted, # 2 Hart, Janet Getzey (Rite Aid) 30b6 01-31-19 Redacted, # 3 Hartle, Nate (McKesson) 07-31-18 Redacted, # 4 Hartle, Nate (McKesson) 08-01-18 Redacted, # 5 Hartman, Mark (Cardinal) 11-15-18 Redacted, # 6 Hassler, John (Teva) 11-16-2018 Redacted, # 7 Heiser, Randy (HBC) 02-19-19 Redacted, # 8 Helfrich, Shauna (CVS) 01-10-19 Redacted, # 9 Herman, Doron (Teva) 06-20-2019, # 10 Hiland, Susanne (Walmart 30b6) 01-22-19 Redacted, # 11 Hiland, Susanne (Walmart) 01-23-19 Redacted, # 12 Hilliard, Gary (McKesson) 01-10-19 Redacted, # 13 Hinkle, Sherri (CVS) 01-25-19 Redacted, # 14 Hodges, Debbie (Walmart) 01-11-19 Redacted, # 15 Hutzell, Eric (Summit County) 01-08-2019, # 16 Jackson, Catherine (Mallinckrodt) 01-07-19 Redacted, # 17 Jena, Anumam (Rite Aid Expert) 06-06-19 Redacted, # 18 Johnson, Greta (Summit County) 01-15-2019, # 19 Johnson, Miranda (Walmart) 12-12-18 Redacted)Related document(s) 1813 .(Hobart, Geoffrey) (Entered: 07/24/2019) |
| 07/24/2019 | 1979 | Part 6 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Kaleta, Ed (Walgreens) 12-18-2018 Redacted, # 2 Kaspar, Claire (Cuyahoga) 01-15-2019, # 3 Kaufhold, Stephan (Teva) 10-26-18 Redacted, # 4 Keenan, Maggie (Cuyahoga) 01-18-2018, # 5 Keenan, Maggie (Cuyahoga) 12-12-2018, # 6 Keller, Lacey (Pltf Expert) 06-13-19 Redacted, # 7 Kelly, Patrick (HDA) 05-10-2019, # 8 Kessler, David (Plaintiff Expert) 04-25-2019, # 9 Kessler, David (Pltf Expert) 04-26-19 Redacted, # 10 Keyes, Katherine (Plaintiff Expert) 04-29-2019, # 11 Kinsey, Sandra (HBC Expert) 06-07-19 Redacted, # 12 Kippes, Christopher (Cuyahoga) 01-18-2019, # 13 Kitlinski, Linda (Endo) 01-15-19 Redacted, # 14 Kreutzer, Kevin (ABDC) 11-27-18 Redacted, # 15 Kyle, Margaret (Allergan Expert) 06-05-2019, # 16 Leckler, Molly (Cuyahoga) 11-19-2018, # 17 Lembke, Anna (Plaintiff Expert) 04-24-2019, # 18 Leonard, Patrick (Akron) 05-23-19 Redacted for DEA, # 19 Leppla, Allisyn (Cuyahoga) 01-15-2019, # 20 Liebman, Jeffrey (Plaintiff Expert) 05-03-2019, # 21 Little, Patsy (Walmart) 12-14-18 Redacted)Related document(s) 1813 .(Hobart, Geoffrey) (Entered: 07/24/2019) |
| 07/24/2019 | 1980 | Attorney Appearance by Richard B. Holbrook filed by on behalf of Patient First Corporation. (Holbrook, Richard) (Entered: 07/24/2019) |
| 07/24/2019 | 1981 | Part 7 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by |

| | | |
|---|---|---|
| | | Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Lortie, Brian (Endo) 01-22-19 Redacted, # 2 Lortie, Brian (Endo) 01-23-19 Redacted, # 3 Lortie, Brian (Endo) 03-27-19 Redacted, # 4 Macey, Jonathan (Allergan Expert) 05-29-2019, # 5 Macrides, Stephen (Endo) 03-15-19 Redacted, # 6 Mahoney, William (McKesson) 11-28-18 Redacted, # 7 Martin, Barbara (Walgreens) 01-25-19 Redacted, # 8 May, David (ABDC) 08-04-18 Redacted, # 9 Mays, Stephen (ABDC) 02-08-19 Redacted, # 10 Mays, Stephen (ABDC) 10-24-18 Redacted, # 11 McAleer, Trevor (Cuyahoga) 01-10-2019, # 12 McCann, Craig (Pltf Expert) 05-09-19 Redacted, # 13 McClune, Robert (HBC) 01-25-19 Redacted, # 14 McCormick, Jinping (Teva) 01-09-19 Redacted, # 15 McGinn, Colleen (Teva) 12-14-18 Redacted, # 16 McGuire, Thomas (Plaintiff Expert) 04-23-2019, # 17 McGuire, Thomas (Plaintiff Expert) 04-30-2019, # 18 Millikan, Gary (CVS) 01-11-19 Redacted, # 19 Mills, Steven (Walgreens) 11-08-18 Redacted, # 20 Millward, Joseph (HBC) 12-20-18 Redacted, # 21 Mitchell, Kevin (Rite Aid) 01-16-19 Redacted)Related document(s) 1813 .(Hobart, Geoffrey) (Entered: 07/24/2019) |
| 07/24/2019 | 1982 | Part 8 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Mollica, Anthony (HBC Giant Eagle) 01-04-19 Redacted, # 2 Moran, Scott (Cleveland) 03-27-2019, # 3 Moran, Scott (Cleveland) 12-20-2018, # 4 Morelli, Arthur (Mallinckrodt) 01-17-19 Redacted, # 5 Morse, Donald Steven (Cardinal) 12-13-2019, # 6 Moskovitz, Bruce (Janssen) 01-09-2019, # 7 Moskovitz, Bruce (Janssen) 11-14-2018, # 8 Munroe, Brian (Endo) 03-19-19 Redacted, # 9 Must, Alan (Purdue) 03-14-2019, # 10 Myers, David (Teva) 01-17-19 Redacted, # 11 Nameth, Tom (Discount Drug Mart) 01-07-2019, # 12 Napoli, Thomas (Teva) 01-17-19 Redacted, # 13 Neely, Kate (Mallinckrodt) 01-08-19 Redacted, # 14 Nelsen, Brian (Summit) 01-24-2019, # 15 New, Bonnie (Mallinckrodt) 02-12-19 Redacted, # 16 Norris, Jennifer (Cardinal) 08-07-18 Redacted, # 17 Norton, Tracey (Endo) 01-16-19 Redacted, # 18 Norton, Tracey (Endo) 01-17-19 Redacted, # 19 Paolino, Matthew (Summit) 12-05-2018, # 20 Papp, Joan (Deposed re experience as doctor in Cuyahoga) 02-05-2019, # 21 Patton, Kimberly (Summit) 01-22-2019)Related document(s) 1813 .(Hobart, Geoffrey) (Entered: 07/24/2019) |
| 07/24/2019 | 1983 | Part 9 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Peacock, Jeffrey (Henry Schein) 01-30-19 Redacted, # 2 Perch, Stephen (Akron) 10-18-2018, # 3 Perfetto, Michael (Allergan) 12-18-2018, # 4 Perri, Matthew (Pltf Expert) 04-23-19 Redacted, # 5 Perri, Matthew (Pltf Expert) 04-24-19 Redacted, # 6 Peterson, Douglas (Walgreens) 12-20-18 Redacted, # 7 Polster, Tasha (Walgreens) 1-23-19 Redacted, # 8 Portenoy, Russell (Doctor-KOL - OK AG) 01-24-2019, # 9 Prevoznik, Thomas (DEA) 04-17-2019, # 10 Prevoznik, Thomas (DEA) 04-18-2019, # 11 Prevoznik, Thomas (DEA) 05-17-2019, # 12 Prince, John (Cleveland) 05-23-19 Redacted for DEA, # 13 Propatier, Amy (CVS) 11-29-18 Redacted, # 14 Quintero, Gilberto (Cardinal) 12-06-18 Redacted, # 15 Rafalski, James (Pltf Expert) 05-09-19 Redacted, # 16 Rafalski, James (Pltf Expert) |

| | | |
|---|---|---|
| | | 05-14-19 Redacted, # 17 Rannazzisi, Joseph (DEA) 04-26-2019, # 18 Rannazzisi, Joseph (DEA) 05-15-2019, # 19 Ratliff, William (Mallinckrodt) 12-19-18 Redacted, # 20 Ratycz, Peter (Discount Drug Mart) 12-21-2018, # 21 Rausch, James (Mallinckrodt) 11-16-18 Redacted, # 22 Reardon, Steve (Cardinal) 11-30-2018, # 23 Reed, Roxanne (Walmart) 01-10-19 Redacted, # 24 Ringgold, Larry (Rite Aid) 01-24-19 Redacted, # 25 Ritchie, Bruce (Janssen) 01-25-2019)Related document(s) 1813 .(Hobart, Geoffrey) (Entered: 07/24/2019) |
| 07/24/2019 | 1984 | Part 10 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Rogos, Matthew (HBC) 02-22-19 Redacted, # 2 Romaine, Larry (Endo) 01-10-19 Redacted, # 3 Rosen, Burt (Purdue) 01-16-19 Redacted, # 4 Rosenthal, Meredith (Pltf Expert) 05-04-19 Redacted, # 5 Rosenthal, Meredith (Pltf Expert) 05-05-19 Redacted, # 6 Sackler, Kathe (Purdue) 04-01-19 Redacted, # 7 Saffold, George (Mallinckrodt) 02-08-19 Redacted, # 8 Saper, Joel (Pain Management Doctor) 01-11-2019, # 9 Schoen, James (PSI) 02-27-19 Redacted, # 10 Schoen, Thomas (PSI) 09-05-18 Redacted, # 11 Schumacher, Mark (Plantiff Expert) 04-23-2019, # 12 Seid, Stephen (Purdue) 12-12-2018, # 13 Seid, Stephen (Purdue) 12-13-2018, # 14 Shannon, Hugh (Cuyahoga) 01-15-2019, # 15 Siegle, Derek (DEA-Ohio HIDTA) 01-23-2019, # 16 Skoda, Donna (Summit) 08-14-2018, # 17 Smith, Douglas (Summit) 11-16-2018, # 18 Snider, Blaine (McKesson) 11-08-18 Redacted, # 19 Spaulding, Eileen (Mallinckrodt) 02-05-19 Redacted, # 20 Stahmann, Eric (Walgreens) 10-16-18 Redacted, # 21 Stevenson, George (Endo) 01-15-19 Redacted, # 22 Strait, Matthew (DEA) 05-31-2019, # 23 Strang, Jill (Discount Drug Mart) 01-03-2019, # 24 Strumi, Jeffrey (Akron) 11-15-2018, # 25 Sullins, Ramona (Walmart) 01-04-19 Redacted, # 26 Swords, Rex (Walgreens) 12-21-18 Redacted)Related document(s) 1813 .(Hobart, Geoffrey) (Entered: 07/24/2019) |
| 07/24/2019 | 1985 | Part 11 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Tomkiewicz, Joseph (Teva, Former ABDC) 11-28-2018, # 2 Tommasi, Eugene (HBC) 12-18-18 Redacted, # 3 Tomsky, Scott (Teva) 03-15-19 Redacted, # 4 Tsipakis, James (HBC) 30b6 12-13-18 Redacted, # 5 Tucker, Clarence (Akron) 01-10-2019, # 6 Twigg, Charles (Akron) 01-08-2019, # 7 Vernazza, Mark (CVS) 11-20-18 Redacted, # 8 Vorderstrasse, Kevin (Mallinckrodt) 12-05-2018, # 9 Vorsanger, Gary (Janssen OK) 01-17-2019, # 10 Vorsanger, Gary (Janssen- Oklahoma) 12-05-2018, # 11 Walker, Donald (McKesson) 01-10-19 Redacted, # 12 Walker, Lisa (Endo) 12-04-18 Redacted, # 13 Walter, Cheri (Ohio Association of County Behavioral Health Authorities) 02-19-2019, # 14 Weber, Celia (ABDC) 01-25-19 Redacted, # 15 Webster, Lynn (Oklahoma AG) 02-18-2019, # 16 Wessler, Michael (Mallinckrodt) 01-09-19 Redacted, # 17 Wexelblatt, Scott (Plaintiff Expert) 04-24-2019, # 18 Whitelaw, Seth (Pltf Expert) 05-16-19 Redacted, # 19 Whitelaw, Seth (Pltf Expert) 05-17-19 Redacted, # 20 Williams, Calvin (Cleveland) 03-29-2019, # 21 Wilson, Ellen (CVS) 01-24-19 Redacted, # 22 Wood, Marian (Rite Aid) 01-24-19 Redacted, # 23 Woods, Mary (Allergan) 01-10-2019, # 24 Wright, Kyle (DEA) 02-28-2019, # 25 Wright, Kyle (DEA) 03-04-2019, # 26 |

| | | |
|---|---|---|
| | | Young, Nancy (Plaintiff Expert) 05-14-2019, # <u>27</u> Zimmerman, Christopher (ABDC) 02-08-19 Redacted, # <u>28</u> Zimmerman, Christopher (ABDC) 30b6 08-03-18 Redacted)Related document(s) <u>1813</u> .(Hobart, Geoffrey) (Entered: 07/24/2019) |
| 07/24/2019 | <u>1986</u> | **SEALED Document:***Part 12 of Defendants' Notice of Filing Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Under Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) <u>1813</u> . (Attachments: # <u>1</u> Kaufhold, Stephan (Allergan) 10-26-2018, # <u>2</u> Mays, Stephen (ABDC) 02-08-2019)(Hobart, Geoffrey) (Entered: 07/24/2019) |
| 07/24/2019 | <u>1987</u> | **Order of Severance and Remand** of Plaintiffs Jefferson and Franklin Counties' claims in Case 1:19op45371. Claims remanded to the 22nd Judicial Circuit of Missouri. Judge Dan Aaron Polster on 7/24/19. (P,R) (Entered: 07/24/2019) |
| 07/25/2019 | <u>1988</u> | Joint **Motion** for extension of time filed by Interested Party U.S. Department of Justice, Drug Enforcement Administration. Related document(s) <u>1845</u> . (Bennett, James) (Entered: 07/25/2019) |
| 07/25/2019 | <u>1989</u> | Position Paper on Modified ARCOS Order filed by Plaintiffs. (Weinberger, Peter) (Entered: 07/25/2019) |
| 07/25/2019 | <u>1990</u> | Position Paper Regarding ARCOS and Other Protective, Sealing, or Redaction Orders filed by Defendants. (Hobart, Geoffrey) (Entered: 07/25/2019) |
| 07/25/2019 | <u>1991</u> | **Conditional Transfer Order (CTO 103)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 07/25/2019) |
| 07/25/2019 | <u>1992</u> | Attorney Appearance by James R. Hankle filed by on behalf of Value Drug Company. (Attachments: # <u>1</u> Exhibit Schedule of Actions, # <u>2</u> Exhibit Service List, # <u>3</u> Exhibit Proof of Service)(Hankle, James) (Entered: 07/25/2019) |
| 07/25/2019 | <u>1993</u> | Attorney Appearance by James R. Hankle filed by on behalf of Value Drug Company. (Attachments: # <u>1</u> Exhibit Schedule of Actions, # <u>2</u> Exhibit Service List, # <u>3</u> Exhibit Proof of Service)(Hankle, James) (Entered: 07/25/2019) |
| 07/25/2019 | <u>1994</u> | Joint **Motion** to Approve a Proposed Order Amending Civil Jury Trial Order filed by Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. Related document(s) <u>1598</u> . (Attachments: # <u>1</u> Proposed Order)(Reed, Steven) (Entered: 07/25/2019) |
| 07/25/2019 | <u>1995</u> | Corporate Disclosure Statement filed by Value Drug Company. (Attachments: # <u>1</u> Exhibit Schedule of Actions, # <u>2</u> Exhibit Service List, # <u>3</u> Exhibit Proof of Service)(Hankle, James) (Entered: 07/25/2019) |
| 07/25/2019 | <u>1996</u> | **SEALED Document:***Part 13 of Defendants' Notice of Filing Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Under Seal Per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) <u>1813</u> . (Attachments: # <u>1</u> Rowley-Kilper, Tiffany (Mallinckrodt) 02-09-2019)(Hobart, Geoffrey) (Entered: 07/25/2019) |

| 07/25/2019 | 1997 | Part 12 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Motions for Summary Judgment and Daubert Motions Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Rowley-Kilper, Tiffany (Mallinckrodt) 02-09-2019)Related document(s) 1813 .(Hobart, Geoffrey) (Entered: 07/25/2019) |
|---|---|---|
| 07/25/2019 | 1998 | **Motion** for leave *to File Motion to Appoint NAS Baby Lead Counsel, NAS Baby Liaison Counsel and NAS Baby Steering Committee* filed by R.C., Jodi Shaffer, W.E. Related document(s) 1950 , 1662 , 1829 . (Dann, Marc) (Entered: 07/25/2019) |
| 07/25/2019 | 1999 | Notice of Corrected Filing Plaintiffs Expert Reports *previously filed as Dkt. No. 1899* filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Caleb Alexander, MD, MS Report, # 2 Caleb Alexander, MD, MS Supplement and Errata, # 3 David Courtwright, PhD Report, # 4 David Cutler, PhD Report, # 5 David Egilman, MD, PhD Report, # 6 Jonathan Gruber, PhD Report, # 7 Lacey Keller Report with Errata, # 8 David Kessler, MD Report, # 9 Katherine Keyes Report, # 10 Anna Lembke Report with Supplemental Materials, # 11 Jeffrey Liebman, PhD Report, # 12 Jeffrey Liebman, PhD Supplemental Report and Errata with Revised Appendix B, # 13 Craig McCann Report, # 14 Craig McCann Supplemental Report, # 15 Craig McCann Second Supplemental Report, # 16 Thomas McGuire Report, # 17 Thomas McGuire Report Public Nuisance, # 18 Matthew Perri Report Pages 1-1500, # 19 Matthew Perri Report Pages 1501-2610, # 20 Matthew Perri Report Pages 2611-3719, # 21 James Rafalski Report, # 22 Meredith Rosenthal Report and Errata, # 23 Mark Schumacher, MD Report and Supplemental Materials, # 24 Scott Wexelblatt, PhD Report, # 25 Seth Whitelaw, JD, LLM Report, # 26 Nancy Young, PhD Report)(Cabraser, Elizabeth) (Entered: 07/25/2019) |
| 07/25/2019 | 2000 | **SEALED Document:***Notice of Corrected Filing Plaintiffs Expert Reports previously filed as Dkt. No. 1895* filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Caleb Alexander, MD, MS Report, # 2 Caleb Alexander, MD, MS Supplement and Errata, # 3 David Courtwright, PhD Report, # 4 David Cutler, PhD Report, # 5 David Egilman, MD, PhD Report, # 6 Jonathan Gruber, PhD Report, # 7 Lacey Keller Report with Errata, # 8 David Kessler, MD Report, # 9 Katherine Keyes Report, # 10 Anna Lembke Report with Supplemental Materials, # 11 Jeffrey Liebman, PhD Report, # 12 Jeffrey Liebman, PhD Supplemental Report and Errata with Revised Appendix B, # 13 Jeffrey Liebman PhD Revised Appendix B, Appendix D, and Errata, # 14 Craig McCann Report, # 15 Craig McCann Supplemental Report, # 16 Craig McCann Second Supplemental Report, # 17 Thomas McGuire Report, # 18 Thomas McGuire Report Public Nuisance, # 19 Matthew Perri Report Pages 1-1500, # 20 Matthew Perri Report Pages 1501-2610, # 21 Matthew Perri Report Pages 2611-3719, # 22 James Rafalski Report, # 23 Meredith Rosenthal Report and Errata, # 24 Mark Schumacher, MD Report and Supplemental Materials, # 25 Scott Wexelblatt, PhD Report, # 26 Seth Whitelaw, JD, LLM Report, # 27 Nancy Young, PhD Report)(Cabraser, Elizabeth) (Entered: 07/26/2019) |
| 07/26/2019 | 2001 | **Answer** to Complaint with Jury Demand *Answer of Defendant Rogers Drug Co., Inc. to the First Amended Complaint (Doc. 731) (Trial by Jury Demanded))* filed |

| | | |
|---|---|---|
| | | by Rogers Drug Co., Inc.. (O'Brien, Gregory) (Entered: 07/26/2019) |
| 07/26/2019 | 2002 | *Answer and Affirmative Defenses of Defendant NRF, Inc. d/b/a Couch Pharmacy to Plaintiff's First Amended Complaint* **Answer** to Complaint with Jury Demand filed by Couch Pharmacy on Sheridan. (Papp, Edward) (Entered: 07/26/2019) |
| 07/26/2019 | 2003 | **Answer** *Defendant Associated Pharmacies, Inc.'s Answer to Plaintiff's Corrected First Amended Complaint (Trial by Jury Demanded)* filed by Associated Pharmacies Inc. Related document(s) 1128 . (Dodgen, Walter) (Entered: 07/26/2019) |
| 07/26/2019 | 2004 | **Answer** to Complaint with Jury Demand *to First Amended Complaint of Blackfeet Tribe* filed by Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 07/26/2019) |
| 07/26/2019 | 2005 | **Answer** *Defendant Noramco, Inc.'s Answer to Plaintiff's Corrected First Amended Complaint (Trial by Jury Demanded)* filed by Noramco, Inc.. Related document(s) 1128 . (Hergenrother, Jenny) (Entered: 07/26/2019) |
| 07/26/2019 | 2006 | **Answer** to Complaint with Jury Demand *to First Amended Complaint of Muscogee Creek Nation (Dkt 731)* filed by Cardinal Health 110, LLC, Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 07/26/2019) |
| 07/26/2019 | 2007 | **Answer** to Complaint with Jury Demand *to First Amended Complaint of Muscogee Creek Nation (Dkt 731)* filed by Harvard Drug Group, L.L.C.. (Hardin, Ashley) (Entered: 07/26/2019) |
| 07/26/2019 | 2008 | **Answer** to 731 Amended complaint,,,,,,,,,,,, *and Affirmative Defenses* filed by KVK-Tech, Inc.. (Rice, Thomas) (Entered: 07/26/2019) |
| 07/26/2019 | 2009 | **Answer** to Complaint with Jury Demand *Answer to Complaint in 1:18-op-45749-DAP* filed by Walmart Inc.. (Fumerton, Tara) (Entered: 07/26/2019) |
| 07/26/2019 | 2010 | **Answer** to Complaint with Jury Demand *to Corrected First Amended Complaint of The Blackfeet Tribe of the Blackfeet Indian Reservation* filed by Dakota Drug, Inc.. (Ramm, Brian) (Entered: 07/26/2019) |
| 07/26/2019 | 2011 | **Answer** to Complaint with Jury Demand filed by Anda Pharmaceuticals, Inc., Anda, Inc.. (Matthews, James) (Entered: 07/26/2019) |
| 07/26/2019 | 2012 | **Answer** to Complaint with Jury Demand *Answer to First Amended Complaint in Case No. 1:18-op-45459* filed by Walmart Inc.. (Fumerton, Tara) (Entered: 07/26/2019) |
| 07/26/2019 | 2013 | **Answer** *Defendant McKesson Corporation's Answer and Affirmative Defenses to The Blackfeet Tribe of the Blackfeet Indian Reservation's First Amended Complaint* filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 07/26/2019) |
| 07/26/2019 | 2014 | **Answer** *to Complaint with Jury Demand to Plaintiff's Corrected First Amended Complaint of Blackfeet Tribe* filed by Mallinckrodt LLC, SpecGX LLC. (O'Connor, Brien) (Entered: 07/26/2019) |
| 07/26/2019 | 2015 | **Answer** *Defendant McKesson Corporation's Answer and Affirmative Defenses to The Muscogee (Creek) Nation's First Amended Complaint* filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 07/26/2019) |

| 07/26/2019 | 2016 | **Answer** to Complaint with Jury Demand *to The Blackfeet Tribe of the Blackfeet Indian Reservation's Corrected First Amended Complaint* filed by Anda Pharmaceuticals, Inc.. (Matthews, James) (Entered: 07/26/2019) |
| 07/26/2019 | 2017 | **Answer** to Complaint with Jury Demand *Answer to Plaintiff's Corrected First Amended Complaint of The Blackfeet Tribe of the Blackfeet Indian Reservation* filed by CVS Indiana, L.L.C., CVS Pharmacy Inc.. (Delinsky, Eric) (Entered: 07/26/2019) |
| 07/26/2019 | 2018 | **Answer** to 731 Amended complaint,,,,,,,,,, filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. (Cheffo, Mark) (Entered: 07/26/2019) |
| 07/26/2019 | 2019 | **Answer** to Complaint with Jury Demand *Answer to Plaintiff's First Amended Complaint of The Muscogee (Creek) Nation* filed by CVS Pharmacy Inc., Oklahoma CVS Pharmacy, LLC. (Delinsky, Eric) (Entered: 07/26/2019) |
| 07/26/2019 | 2020 | **Answer** to 731 Amended complaint filed by Walgreen Co. (Stoffelmayr, Kaspar) Modified on 7/26/2019 (P,R). (Entered: 07/26/2019) |
| 07/26/2019 | 2021 | **Answer** *to Plaintiff's Corrected First Amended Complaint* filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. Related document(s) 1128 . (Cheffo, Mark) (Entered: 07/26/2019) |
| 07/26/2019 | 2022 | **Answer** to Complaint *[Corrected First Amended Complaint - Case No. 1:18-op-45749]* filed by Walgreen Co.. (Stoffelmayr, Kaspar) (Entered: 07/26/2019) |
| 07/26/2019 | 2023 | **Answer** to 731 Amended complaint,,,,,,,,,, *with Affirmative Defenses* filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 07/26/2019) |
| 07/26/2019 | 2024 | **Answer** *to 1st Amended Complaint* filed by GCP Pharma LLC. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2025 | **Answer** *to Corrected First Amended Complaint with Affirmative Defenses* filed by AmerisourceBergen Drug Corporation. Related document(s) 1128 . (Nicholas, Robert) (Entered: 07/26/2019) |
| 07/26/2019 | 2026 | **Answer** *to 1st Amended Complaint* filed by Pippenger Pharmacies LLC. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2027 | **Answer** *to 1st Amended Complaint* filed by Economy Discount Pharmacy, Economy Pharmacy Express, Economy Pharmacy, Inc.. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2028 | **Answer** *to 1st Amended Complaint* filed by Freeland Brown Pharmacy. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2029 | **Answer** *to 1st Amended Complaint* filed by Ernie's Pharmacy & Wellness Center, Inc.. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2030 | **Order** Regarding NAS Baby Motions (Related Doc ## 1943 1950 1998 ). Judge Dan Aaron Polster on 7/26/19.(P,R) (Entered: 07/26/2019) |
| 07/26/2019 | 2031 | **Answer** *to 1st Amended Complaint* filed by Carefirst Pharmacy. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |

| 07/26/2019 | 2032 | **Answer** *to 1st Amended Complaint* filed by Med-Econ Drug, Inc.. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |
|---|---|---|
| 07/26/2019 | 2033 | **Answer** to Complaint with Jury Demand filed by Smith's Food & Drug Centers, Inc.. (Harvey, Ronda) (Entered: 07/26/2019) |
| 07/26/2019 | 2034 | **Answer** *to 1st Amended Complaint* filed by M & D Star Drug, Inc.. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2035 | **Answer** *to 1st Amended Complaint* filed by Gaddy Discount Drug, Inc.. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2036 | **Answer** *to 1st Amended Complaint* filed by City Drug Co., City Drug of Coweta, Inc.. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2037 | **Answer** *to 1st Amended Complaint* filed by Spoon Drugs, Inc.. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2038 | **Answer** *to 1st Amended Complaint* filed by Reasor's LLC. Related document(s) 731 . (Simcoe, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2039 | **Answer** to 731 Amended complaint,,,,,,,,,, *Answer to the Muscogee (Creek) Nation's First Amended Complaint* filed by Actavis LLC, Actavis Pharma, Inc., Watson Laboratories, Inc.. (Reed, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2040 | Brief *In Support of Maintaining the Court's Protective Order* filed by U.S. Department of Justice, Drug Enforcement Administration. Related document(s) 1845 . (Attachments: # 1 Exhibit 1- Declaration of Joey Lenseigne, # 2 Exhibit 2- Proposed Agreed Order De-Designating DEA Suspicious Order Reports) (Bennett, James) (Entered: 07/26/2019) |
| 07/26/2019 | 2041 | **Answer** *to First Amended Complaint with Affirmative Defenses* filed by Smith Drug Company. Related document(s) 731 . (Haggerty, John) (Entered: 07/26/2019) |
| 07/26/2019 | 2042 | **Answer** *to 1st Amended Complaint* filed by Albertson's LLC. Related document(s) 731 . (Citera, Francis) (Entered: 07/26/2019) |
| 07/26/2019 | 2043 | **Answer** to 731 Amended complaint,,,,,,,,,, *Answer to the Muscogee (Creek) Nation's First Amended Complaint* filed by Teva Pharmaceuticals USA, Inc.. (Reed, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2044 | **Answer** *to 1st Amended Complaint* filed by Advantage Logistics. Related document(s) 731 . (Citera, Francis) (Entered: 07/26/2019) |
| 07/26/2019 | 2045 | **Answer** to Complaint with Jury Demand *Answer to Plaintiff's Corrected First Amended Complaint of the Blackfeet Tribe of the Blackfeet Indian Reservation* filed by Actavis LLC, Actavis Pharma, Inc., Watson Laboratories, Inc.. (Reed, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2046 | **Answer** to Complaint with Jury Demand *Answer to Plaintiff's Corrected First Amended Complaint of the Blackfeet Tribe of the Blackfeet Indian Reservation* filed by Cephalon, Inc.. (Reed, Steven) (Entered: 07/26/2019) |
| 07/26/2019 | 2047 | **Answer** to Complaint with Jury Demand *Answer to Plaintiff's Corrected First Amended Complaint of the Blackfeet Tribe of the Blackfeet Indian Reservation* filed by Teva Pharmaceuticals USA, Inc.. (Reed, Steven) (Entered: 07/26/2019) |

| 07/26/2019 | 2048 | **Answer** *to the Muscogee Creek Nation's First Amended Complaint* filed by Amneal Pharmaceuticals, LLC. Related document(s) 731 . (Benoit, Sarah) (Entered: 07/26/2019) |
| 07/26/2019 | 2049 | **Answer** *to the Muscogee Creek Nation's First Amended Complaint* filed by Amneal Pharmaceuticals of New York, LLC. Related document(s) 731 . (Benoit, Sarah) (Entered: 07/26/2019) |
| 07/26/2019 | 2050 | Brief filed by HD Media Company, LLC. (Weise, Suzanne) (Entered: 07/26/2019) |
| 07/26/2019 | 2051 | **Answer** *to Plaintiff's First Amended Complaint and Affirmative Defenses* filed by H. D. Smith, LLC. Related document(s) 731 . (Padgett, William) (Entered: 07/26/2019) |
| 07/26/2019 | 2052 | **Answer** *to Plaintiff's First Amended Complaint with Jury Demand* filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.. Related document(s) 731 . (Welch, Donna) (Entered: 07/26/2019) |
| 07/26/2019 | 2053 | **Answer** *to First Amended Complaint* filed by Olympia Pharmacy. Related document(s) 731 . (McGough, Jim) (Entered: 07/26/2019) |
| 07/26/2019 | 2054 | **Answer** *to Plaintiff's Corrected First Amended Complaint with Jury Demand* filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.. Related document(s) 1128 . (Welch, Donna) (Entered: 07/26/2019) |
| 07/26/2019 | 2055 | **Answer** *to First Amended Complaint* filed by Pharmacy Buying Association. Related document(s) 731 . (Fries, Brian) (Entered: 07/26/2019) |
| 07/26/2019 | 2056 | **Answer** to Complaint with Jury Demand filed by Cityplex Pharmacy. (Streza, Ralph) (Entered: 07/26/2019) |
| 07/26/2019 | 2057 | **Motion** for joinder *in the Memorandum of Certain Defendants in Opposition to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23(B)(3) Cities/Counties Negotiation Class* filed by Defendant Publix Supermarkets, Inc.. (Chernack, Gregory) (Entered: 07/26/2019) |
| 07/26/2019 | 2058 | Attorney Appearance by Kimberly Lanae Hall filed by on behalf of Cityplex Pharmacy. (Hall, Kimberly) (Entered: 07/26/2019) |
| 07/26/2019 | 2059 | **Answer** *to Plaintiff's First Amended Complaint (The Muscogee (Creek) Nation)* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. Related document(s) 731 . (Morris, Sean) (Entered: 07/26/2019) |
| 07/26/2019 | 2060 | **Answer** *and Affirmative Defenses to Plaintiffs' Corrected First Amended Complaint and Jury Demand* filed by Johnson & Johnson, Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc.. Related document(s) 1128 . (Lifland, Charles) (Entered: 07/26/2019) |
| 07/26/2019 | 2061 | **Answer** *and Affirmative Defenses to Plaintiffs Corrected First Amended Complaint and Jury Demand (The Blackfeet Tribe of the Blackfeet Indian Reservation)* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. Related document(s) 1128 . (Morris, Sean) (Entered: 07/26/2019) |
| 07/26/2019 | 2062 | **Answer** *and Affirmative Defenses to Plaintiffs Corrected First Amended Complaint and Jury Demand (The Blackfeet Tribe of the Blackfeet Indian Reservation)* filed by Par Pharmaceutical Companies, Inc., Par Pharmaceutical, |

| | | Inc.. Related document(s) 1128 . (Morris, Sean) (Entered: 07/26/2019) |
|---|---|---|
| 07/26/2019 | 2063 | **Opposition** to 1836 **Motion** to strike *(by Special Appearance) the Expert Report of Alec Fahey* filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Declaration of Mark Chalos, # 2 Exhibit 1 - Cuyahoga and Summit ARCOS data, # 3 Exhibit 2 - Mallinckrodt Inc.s Amendment No. 2 to Annual Report, # 4 Exhibit 3 - One Opioid Drugmakers Solution to Billions of Potential Liabilities: Spin Them Out, # 5 Exhibit 4 - Gould Order, # 6 Exhibit 5 - Plaintiffs July 3, 2018 Letter, # 7 Exhibit 6 - Mallinckrodt plcs August 2, 2018 Email, # 8 Exhibit 7 - Plaintiffs October 15, 2018 Letter, # 9 Exhibit 8 - Mallinckrodt plcs October 18, 2018 Letter, # 10 Exhibit 9 - Mallinckrodt plcs January 11, 2019 Email, # 11 Exhibit 10 - Plaintiffs January 25, 2019 Email Propounding Jurisdictional Discovery, # 12 Exhibit 11 - Mallinckrodt plcs March 4, 2019 Letter, # 13 Exhibit 12 - Mallinckrodt plcs Responses and Objections to Plaintiffs First Set of RFPs, # 14 Exhibit 13 - Mallinckrodt plcs March 11, 2019 Letter, # 15 Exhibit 14 - Mallinckrodt plcs April 5, 2019 Letter, # 16 Exhibit 15 - Mallinckrodt plcs May 10, 2019 Letter, # 17 Exhibit 16 - North Carolina State Board of CPA Examiners Public Session Minutes, # 18 Exhibit 17 - 21 NCAC 08G.0406, # 19 Exhibit 18 - Invrs Asset Acquisition Order)(Cabraser, Elizabeth) (Entered: 07/26/2019) |
| 07/27/2019 | 2064 | **Motion** for joinder *in the Memorandum of Certain Plaintiffs in Opposition to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23(B)(3) Cities/Counties Negotiation Class* filed by MDL Notice Only City of Elyria. (Balser, Brian) (Entered: 07/27/2019) |
| 07/27/2019 | 2065 | **Opposition** to 1836 **Motion** to strike *(by Special Appearance) the Expert Report of Alec Fahey corrected version of Dkt. No. 2063* filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Cabraser, Elizabeth) (Entered: 07/27/2019) |
| 07/29/2019 | 2066 | Response *Position Paper Regarding Documents Previously Redacted or Filed Under Seal* filed by Mallinckrodt LLC, Mallinckrodt PLC, SpecGX LLC. Related document(s) 1841 , 1725 . (O'Connor, Brien) (Entered: 07/29/2019) |
| 07/29/2019 | 2067 | Fact Sheet filed by Target Corporation, Target Stores, Inc.. (Wildung, Wendy) (Entered: 07/29/2019) |
| 07/29/2019 | 2068 | **Conditional Transfer Order (CTO 104)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 07/29/2019) |
| 07/29/2019 | 2069 | Pharmacy Defendants' Response To Position Papers Regarding Pleadings Previously Filed With Redactions or Under Seal filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. Related document(s) 1843 , 1841 , 1844 , 1725 . (Delinsky, Eric) (Entered: 07/29/2019) |
| 07/29/2019 | 2070 | Plaintiffs' Response Position Paper Pursuant to the Court's June 24, 2019 Order Regarding ARCOS Data and Documents Previously Filed Under Seal filed by Plaintiffs' Liaison Counsel. Related document(s) 1841 .(Weinberger, Peter) (Entered: 07/29/2019) |
| 07/29/2019 | 2071 | Response *Distributor Defendants' Response to Position Paper Regarding Documents Previously Filed Under Seal* filed by Cardinal Health, Inc.. Related |

| | | |
|---|---|---|
| | | document(s) 1841 . (Hardin, Ashley) (Entered: 07/29/2019) |
| 07/29/2019 | 2072 | **Order** Amending Civil Jury Trial Order 1598 . Judge Dan Aaron Polster on 7/29/19.(P,R) (Entered: 07/29/2019) |
| 07/29/2019 | 2073 | Waiver of Service Returned Executed by City of San Diego. Mallinckrodt PLC waiver sent on 7/25/2019, answer due 9/23/2019 filed on behalf of City of San Diego (Ankcorn, Mark) (Entered: 07/29/2019) |
| 07/29/2019 | 2074 | Waiver of Service Returned Executed by City of San Diego. McKesson Corporation waiver sent on 7/26/2019, answer due 9/24/2019 filed on behalf of City of San Diego (Ankcorn, Mark) (Entered: 07/29/2019) |
| 07/29/2019 | | **Order** [non-document] granting 1954 West-Ward Pharmaceutical Corp's Motion for Joinder in the Manufacturer Defendants' Response to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23 (B) (3) Cities/Counties Negotiation Class 1952 . Judge Dan Aaron Polster on 7/29/19.(P,R) (Entered: 07/29/2019) |
| 07/29/2019 | | **Order** [non-document] granting 2057 Publix Supermarkets Motion for Joinder in the Memorandum of Certain Defendants in Opposition to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23(B)(3) Cities/Counties Negotiation Class 1949 . Judge Dan Aaron Polster on 7/29/19.(P,R) (Entered: 07/29/2019) |
| 07/29/2019 | | **Order** [non-document] granting 2064 City of Elyria's Motion for Joinder in the Memorandum of Certain Plaintiffs in Opposition to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23(B)(3) Cities/Counties Negotiation Class 1958 . Judge Dan Aaron Polster on 7/29/19.(P,R) (Entered: 07/29/2019) |
| 07/29/2019 | 2075 | **Motion** for joinder *to Manufacturer Defendants' Response to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23 (B) (3) Cities/Counties Negotiation Class* filed by Defendant Noramco, Inc.. Related document(s) 1820 , 1952 . (Jarcho, Daniel) (Entered: 07/29/2019) |
| 07/30/2019 | | **Order** [non-document] granting 2075 Noramco's Motion for Joinder to Manufacturer Defendants' Response to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23 (B) (3) Cities/Counties Negotiation Class. Judge Dan Aaron Polster on 7/30/19.(P,R) (Entered: 07/30/2019) |
| 07/30/2019 | 2076 | **Reply** in support of 1820 Amended **Motion** for class certification *of Rule 23(b)(3) Cities/Counties Negotiation Class* filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Cabraser, Elizabeth) (Entered: 07/30/2019) |
| 07/30/2019 | 2077 | **SEALED Document:***Notice regarding redactions to Keller report* filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. Related document(s) 1813 , 1929 . (Attachments: # 1 Exhibit 1 - Letter from Patrick L. Oot)(Lifland, Charles) (Entered: 07/30/2019) |
| 07/30/2019 | 2078 | Corporate Disclosure Statement filed by Publix Supermarkets, Inc.. (Chernack, Gregory) (Entered: 07/30/2019) |
| 07/30/2019 | 2079 | **Reply** in support of 1258 **Motion** to dismiss for lack of jurisdiction filed by Allergan PLC f/k/a Actavis PLC. (Attachments: # 1 Exhibit Ex. 1 D'Arreca Affidavit, # 2 Exhibit Ex. 2 Dep Transcript, # 3 Exhibit Ex. 3 Ruling, # 4 Exhibit |

| | | |
|---|---|---|
| | | Ex. 4 Email, # 5 Exhibit Ex. 5 Email, # 6 Exhibit Ex. 6 Form 10-K, # 7 Exhibit Ex. 7 Form 10-K, # 8 Exhibit Ex. 8 Macey Report, # 9 Exhibit Ex. 9 Affidavit, # 10 Exhibit Ex. 10 Agreement, # 11 Exhibit Ex. 11 Email, # 12 Exhibit Ex. 12 Inventiv Excel, # 13 Exhibit Ex. 13 Org Chart, # 14 Exhibit Ex. 14 2013 8K)(Welch, Donna) (Entered: 07/30/2019) |
| 07/30/2019 | 2080 | **Objection** *to Proposed Order De-Designating DEA Suspicious Order Reports and Media Intervenors' Position Paper* filed by AmerisourceBergen Drug Corporation, Anda, Inc., CVS Indiana, L.L.C., CVS RX Services, Inc., Cardinal Health, Inc., Discount Drug Mart, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, HBC Service Company, Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Prescription Supply Inc, Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., Walmart Inc.. Related document(s) 2040 . (Hobart, Geoffrey) (Entered: 07/30/2019) |
| 07/30/2019 | 2081 | **Reply** in support of 1264 **Motion** to dismiss for lack of jurisdiction filed by Teva Pharmaceutical Industries Ltd.. (Attachments: # 1 Reed Declaration, # 2 Exhibit 1, # 3 Exhibit 2)(Reed, Steven) (Entered: 07/30/2019) |
| 07/30/2019 | 2082 | **Motion** to strike *The Expert Report Of Alec Fahey* filed by Defendant Teva Pharmaceutical Industries Ltd.. Related document(s) 1815 . (Attachments: # 1 Memorandum Of Law, # 2 Reed Declaration, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Proposed Order)(Reed, Steven) (Entered: 07/30/2019) |
| 07/31/2019 | 2083 | Notice of Service of Plaintiffs' Summary Judgment Roadmap filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Index Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2084 | Notice of Service of Plaintiffs' Daubert Roadmap Brief filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Index Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2085 | Notice of Service of Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Dkt #s 1869, 1897, 1941) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2086 | Notice of Service of Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions (Dkt. #1872, 1892) for Partial Summary Judgment on Statute of Limitations Grounds filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2087 | Notice of Service of Defendants' Opposition to Track One Plaintiffs' Motion for Partial Summary Adjudication of Defendants' Duties Under the Controlled Substances Act filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Summary Sheet)Related document(s) 1719 .(Hobart, Geoffrey) (Entered: 07/31/2019) |
| 07/31/2019 | 2088 | Notice of Service of Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Preemption Summary Judgment Motions (Dkt. #s 1754,1760, 1772) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet) |

| | | |
|---|---|---|
| | | (Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2089 | **Response** to 1940 **SEALED Motion** *ALLERGAN PLC, ALLERGAN FINANCE, LLC, ALLERGAN SALES, LLC, AND ALLERGAN USA, INC.S INDIVIDUAL MOTION FOR SUMMARY JUDGMENT (Filed Redacted as ECF No. 1909)* 1813 , 1909 , 1775 filed by Teva Pharmaceutical Industries Ltd.. (Reed, Steven) (Entered: 07/31/2019) |
| 07/31/2019 | 2090 | Notice of Service of Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims (dkt. no. 1692, 1716, 1904, 1930)) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2091 | Notice of Service of Plaintiffs' Memorandum in Opposition to Distributor Defendants' Motion for Summary Judgment on Plaintiffs' Negligence Per Se Claims (Dkt. 1861) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2092 | Notice of Service of Plaintiffs Memorandum in Opposition to Manufacturer Defendants Motion for Summary Judgment on Plaintiffs Public Nuisance Claims (Dkt. 1942) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2093 | Notice of Service of Plaintiffs Memorandum in Opposition to Generic Manufacturers Motion for Partial Summary Judgment (Dkt. 1860) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2094 | Notice of Service of Plaintiffs Memorandum in Opposition to Non-RICO Small Distributors Motion for Summary Judgment Based on their De Minimis Status (Dkt. 1879) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2095 | Notice of Service of PLAINTIFFS OPPOSITION TO ALLERGAN DEFENDANTS MOTION FOR SUMMARY JUDGMENT (Dkt. 1940) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2096 | Notice of Service of Plaintiffs Memorandum in Opposition to Defendants CVS Indiana, LLC and CVS RX Services, Inc.'s Motion for Summary Judgment (Dkt. 1886) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet) (Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2097 | Notice of Service of Manufacturer Defendants' Opposition to Plaintiffs' Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them filed by Manufacturer Defendants. (Attachments: # 1 Exhibit A - Summary Sheet)Related document(s) 1924 .(O'Connor, Brien) (Entered: 07/31/2019) |
| 07/31/2019 | 2098 | Notice of Service of Opp Brief, Decl and Exhibits to Dkt 1880 MSJ (Nuisance) *for Defendants Opposition to Track One Plaintiffs Motion for Partial Summary Adjudication of Their Equitable Claims for Abatement of An Absolute Public Nuisance* filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson |

| | | |
|---|---|---|
| | | Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. (Attachments: # 1 Exhibit A, Summary Sheet)Related document(s) 1719 , 1880 .(Welch, Donna) (Entered: 07/31/2019) |
| 07/31/2019 | 2099 | **Motion** to sever *Defendants*, **Motion** for extension of To Respond to Noramco, Inc.'s Motion for Judgement on the Pleadings or, in the Alternative, Summary Judgement until To Be Agreed Upon filed by Plaintiff Plaintiffs' Executive Committee. (Attachments: # 1 Certificate of Service)(Singer, Linda) (Entered: 07/31/2019) |
| 07/31/2019 | 2100 | Notice of Service of Plaintiffs Memorandum in Opposition to Defendant Discount Drug Mart, Inc.'s Motion for Summary Judgment (Dkt. 1862) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2101 | Notice of Service of Pharmacy Defendants' Response to Plaintiffs' Partial Motion for Summary Judgment on Abatement of an Absolute Public Nuisance filed by Rite Aid of Maryland, Inc.. (Attachments: # 1 Exhibit A - Summary Sheet)(Moore, Kelly) (Entered: 07/31/2019) |
| 07/31/2019 | 2102 | Notice of Service of Plaintiffs' Memorandum in Opposition to Defendant HBC's Motion for Summary Judgment (Dkt. 1912) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2103 | Notice of Service of Plaintiffs' Opposition to Defendant Janssen Pharmaceutical, Inc.'s Motion For Summary Judgment (DKT. #1776) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2104 | Notice of Service of Defendants' Response to Plaintiffs' Motion for Partial Summary Adjudication on Defendants' Compliance With the Controlled Substance Act [CSA Compliance Brief] filed by Walgreen Co., Walgreen Eastern Co.. (Attachments: # 1 Exhibit A - Summary Sheet)Related document(s) 1910 .(Stoffelmayr, Kaspar) (Entered: 07/31/2019) |
| 07/31/2019 | 2105 | Notice of Service of Plaintiffs Memorandum in Opposition to Defendant Mallinckrodt's Motion for Partial Summary Judgment (Dkt. 1898) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2106 | Notice of Service of Plaintiffs' Memorandum in Opposition to Defendant Rite Aid of Maryland's Motion for Summary Judgment (Dkt. 1870) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2107 | Notice of Service of PLAINTIFFS' OPPOSITION TO TEVA AND ACTAVIS GENERIC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Dkt. 1891) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet) (Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2108 | Notice of Service of Plaintiffs' Memorandum in Opposition to Walgreens' Motion for Summary Judgment (Dkt. # 1764) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |

| 07/31/2019 | 2109 | Notice of Service of Plaintiffs' Memorandum in Opposition to Defendant Walmart's Motion for Summary Judgment (Dkt. 1866) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2110 | Notice of Service of Plaintiffs Memorandum in Opposition to Defendants Motion to Exclude Marketing Causation Opinions of Drs. Schumacher, Lembke and Keyes (Dkt. 1868) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2111 | Notice of Service of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Gateway Opinions of Drs. Lembke, Gruber and Keyes (Dkt. 1857) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet) (Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2112 | Notice of Service of Plaintiffs Consolidated Memorandum in Opposition to Defendants Motion to Exclude Craig McCann and James Rafalski (Dkt. 1884, 1903) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet) (Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2113 | Notice of Service of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude Lacey Keller's Opinions and Proposed Testimony (Dkt. 1917) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet) (Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2114 | Notice of Service of Plaintiffs' Opposition to Defendants' Motion to Exclude Seth Whitelaw's Opinions and Proposed Findings (Dkt. 1881) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2115 | Notice of Service of Plaintiffs' Memorandum in Opposition to Motion to Exclude Meredith Rosenthal's Opinions and Proposed Testimony (Dkt. 1935) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2116 | Notice of Service of Plaintiffs' Memorandum in Opposition to Defendants' Daubert Motion to Exclude the Opinions Offered by Jonathan Gruber (Dkt. 1877) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2117 | Notice of Service of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude David Cutler's Opinions and Proposed Testimony (Dkt. 1937) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2118 | Notice of Service of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Thomas McGuire's Testimony Regarding Damages (Dkt. 1911) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2119 | Notice of Service of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Expert Testimony Purporting to Relate to Abatement Costs and Efforts (Dkt. 1865) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |

| 07/31/2019 | 2120 | Notice of Service of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude David Egilman's Opinions and Proposed Testimony (Dkt. 1925) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 07/31/2019) |
| --- | --- | --- |
| 07/31/2019 | 2121 | Notice of Service of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude the Testimony of David Kessler, MD and Matthew Perri (Dkt. 1928) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet) (Weinberger, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2122 | Notice of Service *of Plaintiffs' Memorandum in Opposition to Defendant Rite Aid of Maryland's Motion for Summary Judgment (with correct attachments)* filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)Related document(s) 2106 .(Weinberger, Peter) (Entered: 07/31/2019) |
| 08/01/2019 | | Notice [non-document] - The Court authorizes interested parties to listen in telephonically to the public hearing to be held on August 6, 2019 at 10:00AM. Interested parties should dial 1-888-240-3210, conference code: 5258468, to participate. The dial in number and conference code may be provided to anyone who needs to be on the call. Note that everyone on the call will be muted. The Court will not monitor the conference line and parties on the line will not be able to interact with the Court. They will only be able to hear the live audio. (P,R) (Entered: 08/01/2019) |
| 08/01/2019 | 2123 | Attorney Appearance by Sonya D. Winner filed on behalf of McKesson Corporation. (P,R) (Entered: 08/01/2019) |
| 08/01/2019 | 2124 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 08/01/2019) |
| 08/02/2019 | | **Order** [non-document] re 2099 Plaintiffs' Motion to Sever Defendants and to Extend the Deadline to Respond to Normaco, Inc.'s Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment. Any Defendant opposing Plaintiffs' Motion; Response due 3:00 P.M. on Wednesday, August 7, 2019. Plaintiffs' Reply due 3:00 PM on Friday, August 9, 2019. Judge Dan Aaron Polster on 8/2/19. (P,R) (Entered: 08/02/2019) |
| 08/02/2019 | 2125 | Notice of Filing Corrected Deposition Transcript filed by Distributor Defendants' Liaison Counsel. (Attachments: # 1 Myers, David (Teva) 01-17-19 Redacted)Related document(s) 1982 .(Hobart, Geoffrey) (Entered: 08/02/2019) |
| 08/02/2019 | 2126 | **Reply** in support of 1836 **Motion** to strike *(by Special Appearance) the Expert Report of Alec Fahey* filed by Mallinckrodt PLC. (O'Connor, Brien) (Entered: 08/02/2019) |
| 08/04/2019 | 2127 | Response *to Certain Defendants' Objection to Proposed Order De-Designating DEA Suspicious Order Reports and Media Intervenors' Position Paper* filed by Washington Post Company, LLC. Related document(s) 2080 , 2040 . (Lefton, Karen) (Entered: 08/04/2019) |
| 08/05/2019 | 2128 | Reply filed by HD Media Company, LLC. (Weise, Suzanne) (Entered: 08/05/2019) |
| 08/05/2019 | 2129 | Attorney Appearance by Emily S. Ullman filed on behalf of McKesson Corporation. (P,R) (Entered: 08/05/2019) |

| 08/05/2019 | 2130 | Plaintiffs' Response to Certain Defendants' Objection to the Proposed Order De-Designating Suspicious Order Reports and the Media Intervenors' Position Paper filed by Plaintiffs' Liaison Counsel. Related document(s) 2080 .(Weinberger, Peter) (Entered: 08/05/2019) |
| --- | --- | --- |
| 08/05/2019 | 2131 | **Opinion and Order** - Mallinckrodt plc's Motion to Strike, Doc #: 1836 , and Teva Ltd.'s Motion to Strike, Doc #: 2082 , are GRANTED. Allergan plc's Motion to Dismiss, Doc #: 1258 , Teva Ltd.'s Motion to Dismiss, Doc #: 1264 , and Mallinckrodt plc's Motion to Dismiss, Doc #: 1266 , are DENIED WITHOUT PREJUDICE. Judge Dan Aaron Polster on 8/5/19.(P,R) (Entered: 08/05/2019) |
| 08/05/2019 | 2132 | Notice of Service of Motion for Severance or a Separate Trial filed by Mallinckrodt, Mallinckrodt PLC, SpecGX LLC. (Attachments: # 1 Exhibit A - Summary Sheet)(O'Connor, Brien) (Entered: 08/05/2019) |
| 08/05/2019 | 2133 | **Motion** for extension of time to Defendants' Motion for Additional Trial Time and For Timely Election by Plaintiffs of Claims and Defendants They Seek to Pursue at Trial filed by Actavis LLC, Actavis Pharma, Inc., AmerisourceBergen Drug Corporation, CVS Indiana, L.L.C., CVS RX Services, Inc., Cardinal Health, Inc., Cephalon, Inc., Discount Drug Mart, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, HBC Service Company, Henry Schein Medical Systems, Inc., Henry Schein, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Prescription Supply Inc, Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Rite Aid of Maryland, Inc., SpecGX LLC, Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co., Walmart, Inc., Watson Laboratories, Inc., *** SELECTION REQUIRED Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit 1)(Hobart, Geoffrey) (Entered: 08/05/2019) |
| 08/06/2019 | 2134 | Attorney Appearance by Padraic W. Foran, Joshua D. Burk filed on behalf of Endo Health Solutions Inc., Endo Pharmaceuticals, Inc. (P,R) (Entered: 08/06/2019) |
| 08/06/2019 | 2135 | **Response** to 1820 Amended **Motion** for class certification *of Rule 23(b)(3) Cities/Counties Negotiation Class* filed by City of Manchester New Hampshire. (Attachments: # 1 Exhibit Certificate of Service)(Shkolnik, Hunter) (Entered: 08/06/2019) |
| 08/06/2019 | 2136 | Second Amended Notice of Form of Waiver Request filed by Anda Pharmaceuticals, Inc., Anda, Inc.. (Attachments: # 1 Exhibit A - Form of Waiver Request for Anda, Inc., # 2 Exhibit B - Form of Waiver Request for Anda Pharmaceuticals, Inc.)(Matthews, James) (Entered: 08/06/2019) |
| 08/06/2019 |  | **Minutes of proceedings**[non-document] before Judge Dan Aaron Polster. Motion Hearing held on 8/6/19 re Amended **Motion** for class certification *of Rule 23(b)(3) Cities/Counties Negotiation Class*. Arguments taken under advisement (Court Reporter: Shirle Perkins.)Time: 1 hr 45 min.Related document(s) 1820 . (P,R) (Entered: 08/06/2019) |

| 08/06/2019 | 2137 | Expedited Non-Appeal Transcript Order Form for proceedings held on 8.6.19 before Judge Polster, re Motion Hearing,. Court Reporter: Shirle Perkins. Requested completion date: 8.7.19 filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 08/06/2019) |
|---|---|---|
| 08/06/2019 | 2138 | Notice of Withdrawal *of Attorney Tiffany M. Ikeda* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Morris, Sean) (Entered: 08/06/2019) |
| 08/06/2019 | 2139 | Notice of Withdrawal *of Attorney Tiffany M. Ikeda* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Morris, Sean) (Entered: 08/06/2019) |
| 08/06/2019 | 2140 | **Notice and Order** It has come to the Court's attention that an electronic recording device was used to record the Court's August 6, 2019 Hearing on Plaintiffs' Renewed and Amended Motion for Class Certification of Rule 23(b)(3) Cities/Counties' Negotiation Class. Doc #: 1820 . Such recordings are strictly prohibited pursuant to Paragraph 3 of the Media Guidelines for the U.S. District Court for the Northern District of Ohio's Cleveland Court House. Any such recording, if made, shall be destroyed immediately and may not, in any way, be disseminated or kept for personal use. Pursuant to Paragraph No. 13 of the Guidelines, "[f]ailure to comply with these Guidelines may result in sanctions for a media representative and/or the organization he or she represents. The Court and the U.S. Marshal will enforce the Guidelines."<br><br>The Court notes that it has allowed members of the media and public to attend hearings in this MDL by telephone due to the cost of appearing in person, and has posted the call-in instructions for convenience. Do not interpret the Court's effort to provide access to these hearings as its assent to recording those hearings. Signed by Judge Dan Aaron Polster on 8/6/2019. (K,K) (Entered: 08/06/2019) |
| 08/06/2019 | | **Order** [non-document] Before the Court is the Notice of Service of Motion for Severance or a Separate Trial filed by Mallinckrodt entities, Doc #: 2132 , the Sheet Summarizing Mallinckrodt's position, Doc #: 2132 -1, and the actual Motion package delivered to chambers pursuant to Doc #: 1719 and Special Master Cohen's July 19, 2019 email. Having reviewed and considered these documents, the Court DENIES the Motion. Entered on behalf of Judge Dan Aaron Polster on 8/6/2019. (K,K) (Entered: 08/06/2019) |
| 08/07/2019 | 2141 | **Response** to 2099 **Motion** to sever *Defendants* **Motion** for extension of To Respond to Noramco, Inc.'s Motion for Judgement on the Pleadings or, in the Alternative, Summary Judgement until To Be Agreed Upon filed by Noramco, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Jarcho, Daniel) (Entered: 08/07/2019) |
| 08/07/2019 | 2142 | **Response** to 2099 **Motion** to sever *Defendants* **Motion** for extension of To Respond to Noramco, Inc.'s Motion for Judgement on the Pleadings or, in the Alternative, Summary Judgement until To Be Agreed Upon filed by Walmart Inc.. (Fumerton, Tara) (Entered: 08/07/2019) |
| 08/07/2019 | 2143 | **Opposition** to 2099 **Motion** to sever *Defendants* **Motion** for extension of To Respond to Noramco, Inc.'s Motion for Judgement on the Pleadings or, in the Alternative, Summary Judgement until To Be Agreed Upon *(Certain Defendants' Opposition to Plaintiffs' Motion to Sever)* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Hobart, Geoffrey) |

| | | (Entered: 08/07/2019) |
|---|---|---|
| 08/07/2019 | 2144 | **Opposition** to 2099 **Motion** to sever *Defendants* **Motion** for extension of To Respond to Noramco, Inc.'s Motion for Judgement on the Pleadings or, in the Alternative, Summary Judgement until To Be Agreed Upon filed by Certain Manufacturer Defendants. (Rendon, Carole) (Entered: 08/07/2019) |
| 08/07/2019 | 2145 | **Response** to 2099 **Motion** to sever *Defendants* **Motion** for extension of To Respond to Noramco, Inc.'s Motion for Judgement on the Pleadings or, in the Alternative, Summary Judgement until To Be Agreed Upon filed by Walgreen Co., Walgreen Eastern Co., Inc.. (Stoffelmayr, Kaspar) (Entered: 08/07/2019) |
| 08/07/2019 | 2146 | Notice of Withdrawal of Appearance of Katie DeBoer filed by Medisca, Inc.. (Dobie, W.) (Entered: 08/07/2019) |
| 08/07/2019 | 2147 | Transcript of Motion Hearing held on August 6, 2019 before Judge Dan Aaron Polster. To obtain a bound copy of this transcript please contact court reporter Shirle Perkins at 216-357-7106. [76 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 8/14/2019. Redaction Request due 8/28/2019. Redacted Transcript Deadline set for 9/9/2019. Release of Transcript Restriction set for 11/5/2019. Related document(s) 2137 . (P,Sh) (Entered: 08/07/2019) |
| 08/07/2019 | 2148 | **Motion** to sever *Defendants CVS Indiana, LLC and CVS RX Services, Inc.* filed by County of Cuyahoga, County of Summit, Ohio. (Singer, Linda) (Entered: 08/07/2019) |
| 08/07/2019 | 2149 | **Response** to 1910 **Motion** for partial summary judgment *ADJUDICATION OF DEFENDANTS DUTIES UNDER THE CONTROLLED SUBSTANCES ACT [Corrected][CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Stoffelmayr, Kaspar) (Entered: 08/07/2019) |
| 08/08/2019 | 2150 | Expedited Non-Appeal Transcript Order Form for proceedings held on 08/07/2019 before Judge Polster, Court Reporter: Shirle Perkins. Requested completion date: 08/08/2019 filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Rendon, Carole) (Entered: 08/08/2019) |
| 08/08/2019 | 2151 | Transcript of Motion Hearing held on August 7, 2019 before Judge Dan Aaron Polster. To obtain a bound copy of this transcript please contact court reporter Shirle Perkins at 216-357-7106. [20 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 8/15/2019. Redaction Request due 8/29/2019. Redacted Transcript Deadline set for 9/9/2019. Release of Transcript Restriction set for 11/6/2019. Related document(s) 2150 . (P,Sh) (Entered: 08/08/2019) |
| 08/08/2019 | 2152 | **Motion** to sever *or a Separate Trial (Pursuant to the Directions Regarding Filing of Briefs Under Seal (ECF 1719), Mallinckrodt is filing a fully public version of its* |

| | | |
|---|---|---|
| | | *Motion for Severance or a Separate Trial)* filed by Mallinckrodt LLC, Mallinckrodt PLC, SpecGX LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(O'Connor, Brien) (Entered: 08/08/2019) |
| 08/08/2019 | 2153 | Attorney Appearance by John J. Kenney, Helene R. Hechtkopf, Emily Hogan, Steven M. Silverberg filed on behalf of BR Holdings Associates Inc., BR Holdings Associates L.P., PLP Associates Holdings L.P., Pharmaceutical Research Associates, Inc. (P,R) (Entered: 08/08/2019) |
| 08/08/2019 | 2154 | **Motion** to strike *Expert Report of Marc Steinberg* filed by *** SELECTION REQUIRED Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.. Related document(s) 2095 . (Attachments: # 1 Exhibit 1 Expert Witness Report of M. Steinberg, # 2 Exhibit 2 Plaintiff's Supplemental Disclosure of Expert Witness, # 3 Exhibit 3 Email from D. Cohen)(Welch, Donna) (Entered: 08/08/2019) |
| 08/08/2019 | 2155 | Non-Appeal Transcript Order Form for proceedings held on 8/7/2019 before Judge Polster, Court Reporter: Shirle Perkins. Requested completion date: 8/15/2019 filed by John Doe. (Weston, John) (Entered: 08/08/2019) |
| 08/08/2019 | 2156 | Notice of Service of Plaintiffs' Corrected Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Dkts. 1869, 1897, 1941) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Appendix Summary Sheet)Related document(s) 2085 .(Weinberger, Peter) (Entered: 08/08/2019) |
| 08/09/2019 | 2157 | Notice of Withdrawal *of Robin M. Wilson* filed by County of Cuyahoga. (Wilson, Robin) (Entered: 08/09/2019) |
| 08/09/2019 | 2158 | **Reply** in support of 2099 **Motion** to sever *Defendants* **Motion** for extension of To Respond to Noramco, Inc.'s Motion for Judgement on the Pleadings or, in the Alternative, Summary Judgement until To Be Agreed Upon filed by County of Cuyahoga, County of Summit, Ohio. (Singer, Linda) (Entered: 08/09/2019) |
| 08/09/2019 | 2159 | **Opposition** to 1887 **Motion** for partial summary judgment *ADJUDICATION OF DEFENDANTS DUTIES UNDER THE CONTROLLED SUBSTANCES ACT (related document 2087, Notice of Service)* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Summary Sheet, # 2 Attorney Declaration, # 3 Exhibit 1 to Attorney Declaration, # 4 Exhibit 2 to Attorney Declaration)(Hobart, Geoffrey) (Entered: 08/09/2019) |
| 08/09/2019 | 2160 | **Response** to 2148 **Motion** to sever *Defendants CVS Indiana, LLC and CVS RX Services, Inc.* filed by Walgreen Co., Walgreen Eastern Co.. (Stoffelmayr, Kaspar) (Entered: 08/09/2019) |
| 08/09/2019 | 2161 | Notice of Filing of Corrected Answer *to Muscogee (Creek) Nation's First Amended Complaint* filed by Cardinal Health 110, LLC, Cardinal Health, Inc.. (Attachments: # 1 Corrected Answer to Muscogee (Creek) Nation's First Amended Complaint)Related document(s) 2006 .(Hardin, Ashley) (Entered: 08/09/2019) |

| 08/09/2019 | 2162 | Notice of Filing of Corrected Answer *to Muscogee (Creek) Nation's First Amended Complaint* filed by Harvard Drug Group, L.L.C.. (Attachments: # 1 Corrected Answer to Muscogee (Creek) Nation's First Amended Complaint)Related document(s) 2007 .(Hardin, Ashley) (Entered: 08/09/2019) |
|---|---|---|
| 08/12/2019 | 2163 | **Opposition** to 1890 **Motion** for partial summary judgment *ADJUDICATION OF THEIR EQUITABLE CLAIMS FOR ABATEMENT OF AN ABSOLUTE PUBLIC NUISANCE*, 1880 **SEALED Motion** *OF PLAINTIFFS CUYAHOGA AND SUMMIT COUNTIES FOR PARTIAL SUMMARY ADJUDICATION OF THEIR EQUITABLE CLAIMS FOR ABATEMENT OF AN ABSOLUTE PUBLIC NUISANCE* 1813 *filed in connection with* 2098 *NOTICE OF SERVICE OF DEFENDANTS MEMORANDUM IN OPPOSITION TO TRACK ONE PLAINTIFFS MOTION FOR PARTIAL SUMMARY ADJUDICATION OF THEIR EQUITABLE CLAIMS FOR ABATEMENT OF AN ABSOLUTE PUBLIC NUISANCE* filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. (Attachments: # 1 Exhibit D. Welch Declaration, # 2 Exhibit 1, T. Gilson's 30(b)(6) Deposition Transcript)(Welch, Donna) (Entered: 08/12/2019) |
| 08/12/2019 | 2164 | Brief *Plaintiffs' Daubert Roadmap Brief* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. Related document(s) 2084 , 1773 . (Attachments: # 1 Summary Sheet) (Hanly, Paul) (Entered: 08/12/2019) |
| 08/12/2019 | 2165 | **Opposition** to 1925 **Motion** to strike */ Exclude Testimony of Dr. David Egilman - Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude David Egilman's Opinions and Proposed Testimony (related document 2120, Notice of Service)* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Hanly, Paul) (Entered: 08/12/2019) |
| 08/12/2019 | 2166 | **Opposition** to 1868 **Motion** to strike */Exclude the Marketing Causation Opinions of Mark Schumacher, Anna Lembke, and Katherine Keyes* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1 NASEM (2017), # 2 Exhibit 2 Lembke Drug Dealer MD (excerpt), # 3 Exhibit 3 Cerda Keyes (2013), # 4 Exhibit 4 Manchikanti MD bio, # 5 Exhibit 5 Manchikanti (2018), # 6 Exhibit 6 Okie (2010), # 7 Exhibit 7 Van Zee (2009), # 8 Exhibit 8 Paulozzi (2007), # 9 Exhibit 9 CUYAH_001709667, # 10 Exhibit 10 Fickweiler (2017), # 11 Exhibit 11 DeJong (2016), # 12 Exhibit 12 Paulozzi (2012), # 13 Exhibit 13 DOJ ARCOS, # 14 Exhibit 14 Martins (2010), # 15 Exhibit 15 Crane (2015))(do Amaral, Paulina) (Entered: 08/12/2019) |
| 08/12/2019 | 2167 | **Amended complaint** against Actavis LLC, Actavis PLC, Actavis Pharma, Inc., Actavis, Inc., Allergan PLC, Cephalon, Inc., Endo Health Solutions Inc., Endo International PLC, Endo Pharmaceuticals, Inc., Ilene Sackler Lefcourt, Par Pharmaceutical, Par Pharmaceutical Companies, Inc., Par Pharmaceutical Holdings, Inc., Par Pharmaceutical, Inc., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing, Inc., Beverly Sackler, David Sackler, Johnathan Sackler, Kathe Sackler, Mortimer D.A. Sackler, Richard Sackler, Theresa Sackler, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Watson Pharma, Inc., Watson Pharmaceuticals, Inc.. Filed by |

| | | |
|---|---|---|
| | | Cherokee Nation. (Ortiz, Jessica) (Entered: 08/12/2019) |
| 08/12/2019 | 2168 | Brief *Plaintiffs' Summary Judgment Roadmap* filed by County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Summary Sheet) (Singer, Linda) (Entered: 08/12/2019) |
| 08/12/2019 | 2169 | **SEALED Document:***Defendants' Notice of Filing Deposition Transcripts Cited in Summary Judgment and Daubert Response Briefs Under Seal per Order* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Baker, Kelly (CVS) (2019-01-24) Transcript, # 2 Baker, Laurence (Walgreens) (2019-06-06) Transcript, # 3 Bancroft, Wayne (Walgreens) (2019-01-10) Transcript, # 4 Barnes, Sean (Walgreens) (2018-10-22) Transcript, # 5 Bianco, Michael (HBC) (2019-01-18) Transcript, # 6 Brandt, Bill (HenrySchein) (2019-02-14) Transcript, # 7 Brantley, Eric (Cardinal) (2018-11-27) Transcript, # 8 Buzzeo, Ronald (Mallinckrodt) (2019-06-28) Transcript, # 9 Carney, Raymond (Cardinal) (2018-10-16) Transcript, # 10 Chapman, Rick (RiteAid) (2018-12-18) Transcript, # 11 Daugherty, Patricia (Walgreens) (2018-11-15) Transcript, # 12 Devlin, Frank (CVS) (2019-01-10) Transcript, # 13 DiBello, Michael (HenrySchein) (2019-02-19) Transcript, # 14 Frost, Keith (RiteAid) (2019-01-15) Transcript, # 15 Garcia, Elizabeth (ABDC) (2018-12-14) Transcript, # 16 George, Tomson (Walgreens) (2019-01-14) Transcript, # 17 Gillies, John (Mallinckrodt) (2019-02-08) Transcript, # 18 Hall, Emily (Anda) (2019-01-22) Transcript, # 19 Hazewski, Edward (ABDC) (2018-10-25) Transcript, # 20 Hinkle, Pam (CVS) (2019-01-24) Trasncript, # 21 Justus, Shirlene (Cardinal) (2018-07-13) Transcript, # 22 Kessler, Daniel Ph.D. (Walmart) (2019-05-29) Transcript, # 23 Leonard, Patrick (DEA) (2019-03-27) Transcript, # 24 Link, Ron (CVS) (2018-12-11) Transcript, # 25 Marchione, Carol (Teva) (2019-01-18) Transcript, # 26 Merritello, John (Walgreens) (2019-01-18) Transcript, # 27 Miller, Michael M.D. (ABDC) (2019-06-04) Transcript, # 28 Moffatt, Thomas (CVS) (2019-01-15) Transcript, # 29 Mortelliti, John (CVS) (2019-01-23) Transcript, # 30 Nicastro, Mark (CVS) (2018-12-16) Transcript, # 31 Novack, Sophia (RiteAid) (2019-01-09) Transcript, # 32 Oriente, Michael (McKesson) (2018-07-19) Transcript, # 33 Palmer, Andy (RiteAid) (2019-01-22) Transcript, # 34 Paonessa, Al (Anda) (2019-02-07) Transcript, # 35 Rosenblatt, Melanie (Teva) (2019-05-31) Transcript, # 36 Sackler, Richard (Purdue) (2019-03-07) Transcript, # 37 Sackler, Richard (Purdue) (2019-03-08) Transcript, # 38 Schiavo, Craig (CVS) (2019-01-17) Transcript, # 39 Solis, Sabrina (Anda) (2019-01-10) Transcript, # 40 Steffanie-Oak, Tina (HenrySchein) (2019-03-11) Transcript, # 41 Stewart, Cathy (Mallinckrodt) (2018-12-11) Transcript, # 42 Tejeda, Sergio (HenrySchein) (2019-04-02) Transcript, # 43 Vanelli, Dean (CVS) (2019-01-16) Transcript, # 44 Versosky, William (Anda) (2018-12-07) Transcript, # 45 Williams, Patricia (Anda) (2018-12-13) Transcript, # 46 Zaccaro, Laurie (Walgreens) (2019-01-16) Transcript)(Delinsky, Eric) (Entered: 08/12/2019) |
| 08/12/2019 | 2170 | **Opposition** to 1942 **SEALED Motion** *MANUFACTURER DEFENDANTS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS PUBLIC NUISANCE CLAIMS (Filed Redacted as ECF No. 1893)* 1813 , 1761 , 1893 filed by County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Exhibit A - Dr. Portenoy Declaration, # 2 Exhibit B - Sackler, R. Dep. Excerpt, # 3 Exhibit C - Webb, K. Dep. Excerpt, # 4 Exhibit D - MNK-T1_0000559532, # 5 Exhibit E - JAN-MS_00393295, # 6 Exhibit F - TEVA_MDL_A_01060005)(Singer, Linda) |

| | | |
|---|---|---|
| | | (Entered: 08/12/2019) |
| 08/12/2019 | 2171 | **Opposition** to 1883 **Motion** for summary judgment *on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson*, 1873 **Motion** for partial summary judgment , 1926 **Motion** for summary judgment *That Plaintiffs' State-Law Claims are Preempted and Their Federal Claims are Precluded - Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Preemption Summary Judgment Motions (related documents 1754, 1760, 1772, Notices of Service)* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit 1 - State v. Purdue Pharma. L.P., No. 17-2-25505-0, slip op.)(Hanly, Paul) (Entered: 08/12/2019) |
| 08/12/2019 | 2172 | Notice of Filing Redacted Expert Reports Cited In Oppositions to Motions for Summary Judgment and Daubert Motions Pursuant to Dkt. No 1813 filed by Allergan USA, Inc., Cardinal Health, Inc., Endo Pharmaceuticals, Inc., Mallinckrodt LLC, McKesson Corporation, Purdue Pharma L.P.. (Attachments: # 1 Exhibit Anderson Expert Report, # 2 Exhibit Bell Expert Report, # 3 Exhibit Choi Expert Report, # 4 Exhibit Jambulingam Expert Report, # 5 Exhibit Jolliff Expert Report)(Cheffo, Mark) (Entered: 08/12/2019) |
| 08/12/2019 | 2173 | Part 1 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Summary Judgment and Daubert Response Briefs Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Albanese, Terry (Akron) (2019-01-04) Transcript, # 2 Applegate, Mary (Ohio Medicaid) (2019-03-28) Transcript, # 3 Baker, Kelly (CVS) (2019-01-24) Transcript, # 4 Baker, Laurence (Walgreens) (2019-06-06) Transcript, # 5 Bancroft, Wayne (Walgreens) (2019-01-10) Transcript, # 6 Barnes, Sean (Walgreens) (2018-10-22) Transcript, # 7 Bianco, Michael (HBC) (2019-01-18) Transcript, # 8 Bingol, Demir (Endo) (2019-01-17) Transcript, # 9 Brandt, Bill (HenrySchein) (2019-02-14) Transcript, # 10 Brantley, Eric (Cardinal) (2018-11-27) Transcript, # 11 Burns, Kanitha (Janssen) (2018-11-29) Transcript, # 12 Buzzeo, Ronald (Mallinckrodt) (2019-06-28) Transcript, # 13 Carney, Raymond (Cardinal) (2018-10-16) Transcript, # 14 Cartright, Carla (Janssen) (2019-01-17) Transcript, # 15 Chapman, Richard (RiteAid) (2018-12-18) Transcript, # 16 Daugherty, Patricia (Walgreens) (2018-11-15) Transcript, # 17 Devlin, Frank (CVS) (2019-01-10) Transcript, # 18 DiBello, Michael (Henry Schein) (2019-02-19) Transcript, # 19 Frost, Keith (RiteAid) (2019-01-15) Transcript, # 20 Garcia, Elizabeth (ABDC) (2018-12-14) Transcript, # 21 George, Tomson (Walgreens) (2019-01-14) Transcript, # 22 Gerome, Donald (Cuyahoga) (2018-11-14) Transcript, # 23 Gillies, John (Mallinckrodt) (2019-02-08) Transcript, # 24 Gilson, Thomas 30(b)(6) (Cuyahoga) (2019-01-14) Transcript, # 25 Greimel, Matthew (HBC) (2019-05-29) Transcript, # 26 Guenther, Gary (Summit) (2018-10-16) Transcript, # 27 Hall, Emily (Anda) (2019-01-22) Transcript, # 28 Hall, Gregory M.D. (Cuyahoga) (2018-12-19) Transcript, # 29 Hazewski, Edward (ABDC) (2018-10-25) Transcript, # 30 Hevern, Gerald (Purdue) (2019-06-13) Transcript, # 31 Hinkle, Pam (CVS) (2019-01-24) Transcript, # 32 Hughes, James (McKesson) (2019-06-20) Transcript, # 33 Justus, Shirlene (Cardinal) (2018-07-13) Transcript, # 34 Kaisen, Valerie (Teva) (2019-01-18) Transcript, # 35 Kearns, Darin (2018-12-05) (Summit) Transcript, # 36 Kessler, Daniel Ph.D. (Walmart) (2019-05-29) Transcript, # 37 Leonard, Patrick (DEA) (2019-03-27) Transcript, # 38 Lin, David (Janssen) (2018-12-20) Transcript, # 39 Link, Ron (CVS) |

| | | |
|---|---|---|
| | | (2018-12-11) Transcript, # [40](#) Mapes, Michael (DEA) (2019-07-11) Transcript, # [41](#) Marchione, Carol (Teva) (2019-01-18) Transcript, # [42](#) Merritello, John (Walgreens) (2019-01-18) Transcript, # [43](#) Miller, Michael Ph.D. (ABDC) (2019-06-04) Transcript, # [44](#) Moffatt, Thomas (CVS) (2019-01-15) Transcript, # [45](#) Mortelliti, John (CVS) (2019-01-23) Transcript, # [46](#) Murphy, Kevin (McKesson) (2019-06-06) Transcript, # [47](#) Nicastro, Mark (CVS) (2018-12-16) Transcript, # [48](#) Norton, Rita (ABDC) (2019-01-09) Transcript, # [49](#) Novack, Sophia (RiteAid) (2019-01-09) Transcript, # [50](#) Oriente, Michael (McKesson) (2018-07-19) Transcript, # [51](#) Palmer, Andrew (RiteAid) (2019-01-22) Transcript, # [52](#) Paonessa, Al (Anda) (2019-02-07) Transcript, # [53](#) Rosenblatt, Melanie (Teva) (2019-05-31) Transcript, # [54](#) Sackler, Richard MD (Purdue) (2019-03-07) Transcript)(Delinsky, Eric) (Entered: 08/12/2019) |
| 08/12/2019 | [2174](#) | **SEALED Document:***Defendants' Notice of Filing Expert Reports Cited in Oppositions to Motions for Summary Judgment and Daubert Motions Under Seal Pursuant to Dkt. 1813* filed by Allergan Finance LLC, Cardinal Health, Inc., Endo Pharmaceuticals, Inc., Mallinckrodt LLC, McKesson Corporation, Purdue Pharma L.P., Teva Pharmaceuticals USA, Inc.. Related document(s) [1813](#) . (Attachments: # [1](#) Exhibit Anderson Expert Report, # [2](#) Exhibit Bell Expert Report, # [3](#) Exhibit Choi Expert Report, # [4](#) Exhibit Jambulingam Expert Report, # [5](#) Exhibit Jolliff Expert Report)(Cheffo, Mark) (Entered: 08/12/2019) |
| 08/12/2019 | [2175](#) | **Opposition** to [1865](#) **Motion** To Exclude Expert Testimony Purporting To Relate To Abatement Costs and Efforts filed by Plaintiffs' Executive Committee. (Attachments: # [1](#) Exhibit A (Kearns Deposition Excerpts), # [2](#) Exhibit B (2018 Pitt Article), # [3](#) Exhibit C (GAO Guide Excerpts), # [4](#) Exhibit D (ONDCP Fact Sheet))(Janush, Evan) (Entered: 08/12/2019) |
| 08/12/2019 | [2176](#) | **Opposition** to [1935](#) **SEALED Motion** *DEFENDANTS MOTION TO EXCLUDE MEREDITH ROSENTHALS OPINIONS AND PROPOSED TESTIMONY (Filed Redacted as ECF No. 1913)* [1813](#) , [1767](#) , [1913](#) filed by Plaintiffs' Executive Committee. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2)(do Amaral, Paulina) (Entered: 08/12/2019) |
| 08/12/2019 | [2177](#) | Part 2 of Defendants' Notice of Filing Redacted Deposition Transcripts Cited in Summary Judgment and Daubert Response Briefs Per Order filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # [1](#) Sackler, Richard MD (Purdue) (2019-03-08) Transcript, # [2](#) Schiavo, Craig (CVS) (2019-01-17) Transcript, # [3](#) Shannon, Hugh (Cuyahoga) (2019-01-24) Transcript, # [4](#) Sippial, Laura (Teva) (2019-01-22) Transcript, # [5](#) Snyder, Julie (Allergan) (2018-11-02) Transcript, # [6](#) Solis, Sabrina (Anda) (2019-01-10) Transcript, # [7](#) Steffanie-Oak, Tina (Henry Schein) (2019-03-11) Transcript, # [8](#) Sterbenz, George M.D. (Summit) (2018-10-17) Transcript, # [9](#) Stewart, Cathy (Mallinckrodt) (2018-12-11) Transcript, # [10](#) Tatum, Elizabeth (AAPM) (2018-12-11) Transcript, # [11](#) Tejeda, Sergio (Henry Schein) (2019-04-02) Transcript, # [12](#) Vanelli, Dean (CVS) (2019-01-16) Transcript, # [13](#) Versosky, William (Anda) (2018-12-07) Transcript, # [14](#) Vince, April (Cuyahoga) (2018-12-13) Transcript, # [15](#) Vorsanger, Gary (Janssen) (2018-12-06) Transcript, # [16](#) Webb, Kevin (Mallinckrodt) (2019-01-17) Transcript, # [17](#) Webb, Kevin 30(b)(6) (Mallinckrodt) (2019-01-17) Transcript, # [18](#) Wharton, Donald (Ohio Medicaid) (2018-11-14) Transcript, # [19](#) Williams, Patricia (Anda) (2018-12-13) Transcript, # [20](#) Wright, Curtis (Purdue) |

| | | |
|---|---|---|
| | | (2018-12-19) Transcript, # 21 Zaccaro, Laurie (Walgreens) (2019-01-16) Transcript)(Delinsky, Eric) (Entered: 08/12/2019) |
| 08/12/2019 | 2178 | **Opposition** to 1912 **SEALED Motion** *Defendant HBC Service Company's Motion for Summary Judgment on All of Plaintiffs' Claims* 1813 , 1759 filed by County of Cuyahoga, County of Summit, Ohio. (Singer, Linda) (Entered: 08/12/2019) |
| 08/12/2019 | 2179 | **SEALED Document:***PLAINTIFFS CONSOLIDATED MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTIONS (Dkt. #s 1872, 1892) FOR PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1711 , 2086 , 1896 , 1691 , 1892 . (Attachments: # 1 Notice of Service, # 2 Index of Exhibits, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48, # 51 Exhibit 49, # 52 Exhibit 50, # 53 Exhibit 51, # 54 Exhibit 52, # 55 Exhibit 53, # 56 Exhibit 54, # 57 Exhibit 55, # 58 Exhibit 56, # 59 Exhibit 57, # 60 Exhibit 58, # 61 Appendix A, # 62 Appendix Ex. 1, # 63 Appendix Ex. 2, # 64 Appendix Ex. 3, # 65 Appendix Ex. 4, # 66 Appendix Ex. 5, # 67 Appendix Ex. 6, # 68 Appendix Ex. 7, # 69 Appendix Ex. 8, # 70 Appendix Ex. 9, # 71 Appendix Ex. 10, # 72 Appendix Ex. 11, # 73 Appendix Ex. 12, # 74 Appendix Ex. 13, # 75 Appendix Ex. 14, # 76 Appendix Ex. 15, # 77 Appendix Ex. 16, # 78 Appendix Ex. 17, # 79 Appendix Ex. 18, # 80 Appendix Ex. 19, # 81 Appendix Ex. 20)(Relkin, Ellen) (Entered: 08/12/2019) |
| 08/12/2019 | 2180 | **SEALED Document:***Manufacturer Defendants' Opposition to Plaintiffs' Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them* filed by Manufacturer Defendants. Related document(s) 1813 , 1924 , 2097 . (Attachments: # 1 Declaration of William T. Davison in Support of Manufacturer Defendants' Opposition, # 2 Exhibit 1 to Davison Declaration, # 3 Exhibit 2 to Davison Declaration, # 4 Exhibit 3 to Davison Declaration, # 5 Exhibit 4 to Davison Declaration, # 6 Exhibit 5 to Davison Declaration, # 7 Exhibit 6 to Davison Declaration, # 8 Exhibit 7 to Davison Declaration, # 9 Exhibit 8 to Davison Declaration, # 10 Exhibit 9 to Davison Declaration, # 11 Exhibit 10 to Davison Declaration, # 12 Exhibit 11 to Davison Declaration, # 13 Exhibit 12 to Davison Declaration, # 14 Exhibit 13 to Davison Declaration, # 15 Exhibit 14 to Davison Declaration, # 16 Exhibit 15 to Davison Declaration, # 17 Exhibit 16 to Davison Declaration, # 18 Exhibit 17 to Davison Declaration, # 19 Exhibit 18 to Davison Declaration, # 20 Exhibit 19 to Davison Declaration, # 21 Exhibit 20 to Davison Declaration, # 22 Exhibit 21 to Davison Declaration, # 23 Exhibit 22 to Davison Declaration, # 24 Exhibit 23 to Davison Declaration, # 25 Exhibit 24 to Davison Declaration, # 26 Exhibit 25 to Davison Declaration, # 27 Exhibit 26 to Davison Declaration, # 28 Declaration of Mara Cusker Gonzalez in Support of Manufacturer Defendants' Opposition, # 29 Exhibit 27 to Gonzalez Declaration, # 30 Exhibit 28 to Gonzalez Declaration, # 31 |

| | | |
|---|---|---|
| | | Exhibit 29 to Gonzalez Declaration, # <u>32</u> Exhibit 30 to Gonzalez Declaration, # <u>33</u> Exhibit 31 to Gonzalez Declaration, # <u>34</u> Exhibit 32 to Gonzalez Declaration, # <u>35</u> Exhibit 33 to Gonzalez Declaration, # <u>36</u> Exhibit 34 to Gonzalez Declaration, # <u>37</u> Declaration of Steven A. Reed in Support of Manufacturer Defendants' Opposition, # <u>38</u> Exhibit 35 to Reed Declaration, # <u>39</u> Exhibit 36 to Reed Declaration, # <u>40</u> Exhibit 37 to Reed Declaration, # <u>41</u> Exhibit 38 to Reed Declaration, # <u>42</u> Exhibit 39 to Reed Declaration, # <u>43</u> Declaration of Jennifer D. Cardelus in Support of Manufacturer Defendants' Opposition, # <u>44</u> Exhibit 40 to Cardelus Declaration, # <u>45</u> Exhibit 41 to Cardelus Declaration, # <u>46</u> Exhibit 42 to Cardelus Declaration, # <u>47</u> Exhibit 43 to Cardelus Declaration, # <u>48</u> Exhibit 44 to Cardelus Declaration, # <u>49</u> Exhibit 45 to Cardelus Declaration, # <u>50</u> Exhibit 46 to Cardelus Declaration, # <u>51</u> Exhibit 47 to Cardelus Declaration, # <u>52</u> Exhibit 48 to Cardelus Declaration, # <u>53</u> Exhibit 49 to Cardelus Declaration, # <u>54</u> Declaration of Timothy W. Knapp in Support of Manufacturer Defendants' Opposition, # <u>55</u> Exhibit 50 to Knapp Declaration, # <u>56</u> Exhibit 51 to Knapp Declaration, # <u>57</u> Exhibit 52 to Knapp Declaration, # <u>58</u> Exhibit 53 to Knapp Declaration, # <u>59</u> Exhibit 54 to Knapp Declaration, # <u>60</u> Exhibit 55 to Knapp Declaration, # <u>61</u> Exhibit 56 to Knapp Declaration, # <u>62</u> Exhibit 57 to Knapp Declaration, # <u>63</u> Exhibit 58 to Knapp Declaration, # <u>64</u> Exhibit 59 to Knapp Declaration, # <u>65</u> Exhibit 60 to Knapp Declaration, # <u>66</u> Exhibit 61 to Knapp Declaration, # <u>67</u> Exhibit 62 to Knapp Declaration, # <u>68</u> Exhibit 63 to Knapp Declaration, # <u>69</u> Declaration of Sean Morris in Support of Manufacturer Defendants' Opposition, # <u>70</u> Exhibit 64 to Morris Declaration, # <u>71</u> Exhibit 65 to Morris Declaration, # <u>72</u> Exhibit 66 to Morris Declaration, # <u>73</u> Exhibit 67 to Morris Declaration, # <u>74</u> Exhibit 68 to Morris Declaration, # <u>75</u> Exhibit 69 to Morris Declaration, # <u>76</u> Exhibit 70 to Morris Declaration, # <u>77</u> Exhibit 71 to Morris Declaration, # <u>78</u> Exhibit 72 to Morris Declaration, # <u>79</u> Exhibit 73 to Morris Declaration, # <u>80</u> Exhibit 74 to Morris Declaration, # <u>81</u> Exhibit 75 to Morris Declaration, # <u>82</u> Exhibit 76 to Morris Declaration, # <u>83</u> Exhibit 77 to Morris Declaration, # <u>84</u> Exhibit 78 to Morris Declaration, # <u>85</u> Exhibit 79 to Morris Declaration, # <u>86</u> Exhibit 80 to Morris Declaration, # <u>87</u> Exhibit 81 to Morris Declaration, # <u>88</u> Exhibit 82 to Morris Declaration, # <u>89</u> Exhibit 83 to Morris Declaration, # <u>90</u> Notice of Service and Summary Sheet of Manufacturer Defendants' Opposition)(O'Connor, Brien) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2181</u> | **Opposition** to <u>1910</u> **Motion** for partial summary judgment *ADJUDICATION OF DEFENDANTS DUTIES UNDER THE CONTROLLED SUBSTANCES ACT (Manufacturer Defendants' Opposition to Plaintiffs' Motion for Partial Summary Adjudication that Defendants Did Not Comply with Their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them)* filed by Manufacturer Defendants. (Attachments: # <u>1</u> Declaration of William T. Davison in Support of Manufacturer Defendants' Opposition, # <u>2</u> Exhibit 1 to Davison Declaration, # <u>3</u> Exhibit 2 to Davison Declaration, # <u>4</u> Exhibit 3 to Davison Declaration, # <u>5</u> Exhibit 4 to Davison Declaration, # <u>6</u> Exhibit 5 to Davison Declaration, # <u>7</u> Exhibit 6 to Davison Declaration, # <u>8</u> Exhibit 7 to Davison Declaration, # <u>9</u> Exhibit 8 to Davison Declaration, # <u>10</u> Exhibit 9 to Davison Declaration, # <u>11</u> Exhibit 10 to Davison Declaration, # <u>12</u> Exhibit 11 to Davison Declaration, # <u>13</u> Exhibit 12 to Davison Declaration, # <u>14</u> Exhibit 13 to Davison Declaration, # <u>15</u> Exhibit 14 to Davison Declaration, # <u>16</u> Exhibit 15 to Davison Declaration, # <u>17</u> Exhibit 16 to Davison Declaration, # <u>18</u> Exhibit 17 to Davison Declaration, # <u>19</u> Exhibit 18 to Davison Declaration, # <u>20</u> |

|  |  | Exhibit 19 to Davison Declaration, # [21] Exhibit 20 to Davison Declaration, # [22] Exhibit 21 to Davison Declaration, # [23] Exhibit 22 to Davison Declaration, # [24] Exhibit 23 to Davison Declaration, # [25] Exhibit 24 to Davison Declaration, # [26] Exhibit 25 to Davison Declaration, # [27] Exhibit 26 to Davison Declaration, # [28] Declaration of Mara Cusker Gonzalez in Support of Manufacturer Defendants' Opposition, # [29] Exhibit 27 to Gonzalez Declaration, # [30] Exhibit 28 to Gonzalez Declaration, # [31] Exhibit 29 to Gonzalez Declaration, # [32] Exhibit 30 to Gonzalez Declaration, # [33] Exhibit 31 to Gonzalez Declaration, # [34] Exhibit 32 to Gonzalez Declaration, # [35] Exhibit 33 to Gonzalez Declaration, # [36] Exhibit 34 to Gonzalez Declaration, # [37] Declaration of Steven A. Reed in Support of Manufacturer Defendants' Opposition, # [38] Exhibit 35 to Reed Declaration, # [39] Exhibit 36 to Reed Declaration, # [40] Exhibit 37 to Reed Declaration, # [41] Exhibit 38 to Reed Declaration, # [42] Exhibit 39 to Reed Declaration, # [43] Declaration of Jennifer D. Cardelus in Support of Manufacturer Defendants' Opposition, # [44] Exhibit 40 to Cardelus Declaration, # [45] Exhibit 41 to Cardelus Declaration, # [46] Exhibit 42 to Cardelus Declaration, # [47] Exhibit 43 to Cardelus Declaration, # [48] Exhibit 44 to Cardelus Declaration, # [49] Exhibit 45 to Cardelus Declaration, # [50] Exhibit 46 to Cardelus Declaration, # [51] Exhibit 47 to Cardelus Declaration, # [52] Exhibit 48 to Cardelus Declaration, # [53] Exhibit 49 to Cardelus Declaration, # [54] Declaration of Timothy W. Knapp in Support of Manufacturer Defendants' Opposition, # [55] Exhibit 50 to Knapp Declaration, # [56] Exhibit 51 to Knapp Declaration, # [57] Exhibit 52 to Knapp Declaration, # [58] Exhibit 53 to Knapp Declaration, # [59] Exhibit 54 to Knapp Declaration, # [60] Exhibit 55 to Knapp Declaration, # [61] Exhibit 56 to Knapp Declaration, # [62] Exhibit 57 to Knapp Declaration, # [63] Exhibit 58 to Knapp Declaration, # [64] Exhibit 59 to Knapp Declaration, # [65] Exhibit 60 to Knapp Declaration, # [66] Exhibit 61 to Knapp Declaration, # [67] Exhibit 62 to Knapp Declaration, # [68] Exhibit 63 to Knapp Declaration, # [69] Declaration of Sean Morris in Support of Manufacturer Defendants' Opposition, # [70] Exhibit 64 to Morris Declaration, # [71] Exhibit 65 to Morris Declaration, # [72] Exhibit 66 to Morris Declaration, # [73] Exhibit 67 to Morris Declaration, # [74] Exhibit 68 to Morris Declaration, # [75] Exhibit 69 to Morris Declaration, # [76] Exhibit 70 to Morris Declaration, # [77] Exhibit 71 to Morris Declaration, # [78] Exhibit 72 to Morris Declaration, # [79] Exhibit 73 to Morris Declaration, # [80] Exhibit 74 to Morris Declaration, # [81] Exhibit 75 to Morris Declaration, # [82] Exhibit 76 to Morris Declaration, # [83] Exhibit 77 to Morris Declaration, # [84] Exhibit 78 to Morris Declaration, # [85] Exhibit 79 to Morris Declaration, # [86] Exhibit 80 to Morris Declaration, # [87] Exhibit 81 to Morris Declaration, # [88] Exhibit 82 to Morris Declaration, # [89] Exhibit 83 to Morris Declaration, # [90] Notice of Service and Summary Sheet of Manufacturer Defendants' Opposition) (O'Connor, Brien) (Entered: 08/12/2019) |
|---|---|---|
| 08/12/2019 | [2182] | **Opposition** to [1904] **SEALED Motion** *for Summary Judgment on Plaintiffs' RICO and OCPA Claims* [1813] , [1930] **Motion** for summary judgment *on Plaintiffs' RICO, OCPA, and Conspiracy Claims*, [1716] **SEALED Motion** *of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim* [441] , [1692] **SEALED Motion** *of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* [441] , [1689] filed by Plaintiffs' Executive Committee. (Pifko, Mark) (Entered: 08/12/2019) |
| 08/12/2019 | [2183] | **SEALED Document:***Opposition to [1904] Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims, [1930] Motion for summary judgment on* |

| | | |
|---|---|---|
| | | Plaintiffs' RICO, OCPA, and Conspiracy Claims, <u>1716</u> Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, and <u>1692</u> Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>1904</u> , <u>1930</u> , <u>1716</u> , <u>1692</u> . (Pifko, Mark) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2184</u> | **Opposition** to <u>1870</u> **SEALED Motion** *for Summary Judgment by Rite Aid of Maryland* <u>1813</u> , <u>1779</u> filed by Plaintiffs' Executive Committee. (Attachments: # <u>1</u> Exhibit 1 - Rite Aid Objections and Responses to Plaintiffs' Discovery Requests, # <u>2</u> Exhibit 2 - U.S. v. RDC Criminal Information, # <u>3</u> Exhibit 3 - MCKMDL00632923, # <u>4</u> Exhibit 4 - Rannazzisi Registrant ltr (2007) US-DEA, # <u>5</u> Exhibit 5 - Rite_Aid_OMDL_0014035-0014036, # <u>6</u> Exhibit 6 - K Frost Depo Excerpts, # <u>7</u> Exhibit 7 - DEA Response to Rite Aid Motion to Compel, # <u>8</u> Exhibit 8 - Rite_Aid_OMDL_0029789 (Redacted))(Pifko, Mark) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2185</u> | **SEALED Document:** *Opposition to* <u>1779</u> <u>1870</u> *Motion for Summary Judgment by Rite Aid of Maryland* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>1870</u> , <u>1779</u> . (Attachments: # <u>1</u> Exhibit 1 - Rite Aid Objections and Responses to Plaintiffs' Discovery Requests, # <u>2</u> Exhibit 2 - U.S. v. RDC Criminal Information, # <u>3</u> Exhibit 3 - MCKMDL00632923, # <u>4</u> Exhibit 4 - Rannazzisi Registrant ltr (2007) US-DEA, # <u>5</u> Exhibit 5 - Rite_Aid_OMDL_0014035-0014036, # <u>6</u> Exhibit 6 - K Frost Depo Excerpts, # <u>7</u> Exhibit 7 - DEA Response to Rite Aid Motion to Compel, # <u>8</u> Exhibit 8 - Rite_Aid_OMDL_0029789)(Pifko, Mark) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2186</u> | **SEALED Document:** *Memorandum in Opposition to* <u>1940</u> *Allergan Defendants' Motion for Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>1940</u> . (Baig, Aelish) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2187</u> | **Opposition** to <u>1861</u> **Motion** for summary judgment *on Plaintiffs' Negligence Per Se Claims* filed by Plaintiffs' Executive Committee. (Pifko, Mark) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2188</u> | **SEALED Document:** *Memorandum in Opposition to* <u>1891</u> *Teva and Actavis Generic Defendants' Motion for Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>1891</u> . (Baig, Aelish) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2189</u> | **SEALED Document:** *Memorandum in Opposition to* <u>1881</u> *Defendants' Motion to Exclude Seth Whitelaw's Opinions and Proposed Testimony* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>1881</u> . (Baig, Aelish) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2190</u> | **SEALED Document:** *Plaintiffs' Opposition to Walgreens's Motion for Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>1764</u> . (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30, # <u>31</u> Exhibit 31, # <u>32</u> Exhibit 32, # <u>33</u> Exhibit 33, # <u>34</u> Exhibit 34, # <u>35</u> Exhibit |

| | | |
|---|---|---|
| | | 35, # <u>36</u> Exhibit 36, # <u>37</u> Exhibit 37, # <u>38</u> Exhibit 38, # <u>39</u> Exhibit 39, # <u>40</u> Exhibit 40, # <u>41</u> Exhibit 41, # <u>42</u> Exhibit 42, # <u>43</u> Exhibit 43, # <u>44</u> Exhibit 44, # <u>45</u> Exhibit 45, # <u>46</u> Exhibit 46, # <u>47</u> Exhibit 47, # <u>48</u> Exhibit 48, # <u>49</u> Exhibit 49, # <u>50</u> Exhibit 50, # <u>51</u> Exhibit 51, # <u>52</u> Exhibit 52, # <u>53</u> Exhibit 53, # <u>54</u> Exhibit 54, # <u>55</u> Exhibit 55, # <u>56</u> Exhibit 56, # <u>57</u> Exhibit 57, # <u>58</u> Exhibit 58, # <u>59</u> Exhibit 59, # <u>60</u> Exhibit 60, # <u>61</u> Exhibit 61, # <u>62</u> Exhibit 62)(Badala, Salvatore) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2191</u> | **Opposition** to <u>1911</u> **Motion** Defendants Motion to Exclude Testimony of Thomas McGuire Concerning Damages filed by Plaintiffs' Executive Committee. (Attachments: # <u>1</u> Exhibit 1- E-mail (CUYA_001764533), # <u>2</u> Exhibit 2- Kessler Deposition Excerpts, # <u>3</u> Exhibit 3- Hughes Deposition Excerpts, # <u>4</u> Exhibit 4- Baker Deposition Excerpts, # <u>5</u> Exhibit 5- Bialecki Supplemental Report)(do Amaral, Paulina) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2192</u> | **SEALED Document:***Plaintiffs Memorandum of Law in Opposition to Defendants' Motion to Exclude Lacey Kellers Opinions and Proposed Testimony* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. Related document(s) <u>1813</u> , <u>2113</u> , <u>1917</u> . (Attachments: # <u>1</u> Exhibit A - Keller Report Addendum, # <u>2</u> Exhibit B - Keller Report Corrections, # <u>3</u> Exhibit C - Dec. 27, 2007 DEA Letter, # <u>4</u> Exhibit D - Purdue OMS Presentation, # <u>5</u> Exhibit E - Keller Deposition Excerpt)(Hanly, Paul) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2193</u> | **SEALED Document:***Opposition to <u>1776</u> Defendant Janssen Pharmaceutical Inc.'s Motion for Summary Judgment (Part 1 of 3)* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>1776</u> . (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30)(Janush, Evan) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2194</u> | **SEALED Document:***Opposition to <u>1776</u> Defendant Janssen Pharmaceutical Inc.'s Motion for Summary Judgment (Part 2 of 3)* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2193</u> , <u>1776</u> . (Attachments: # <u>1</u> Exhibit 31, # <u>2</u> Exhibit 32, # <u>3</u> Exhibit 33, # <u>4</u> Exhibit 34, # <u>5</u> Exhibit 35, # <u>6</u> Exhibit 36, # <u>7</u> Exhibit 37, # <u>8</u> Exhibit 38, # <u>9</u> Exhibit 39, # <u>10</u> Exhibit 40, # <u>11</u> Exhibit 41, # <u>12</u> Exhibit 42, # <u>13</u> Exhibit 43, # <u>14</u> Exhibit 44)(Janush, Evan) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2195</u> | **Opposition** to <u>1928</u> **SEALED Motion** *to Strike Testimony of Kessler & Perri* <u>1813</u> , <u>1786</u> filed by Plaintiffs' Executive Committee. (Attachments: # <u>1</u> Exhibit 1 - Kessler Dep. Ex. 27, # <u>2</u> Exhibit 2 - Kessler Dep. Ex. 2)(do Amaral, Paulina) (Entered: 08/12/2019) |
| 08/12/2019 | <u>2196</u> | FILING ERROR - DUPLICATE OF #2183 **SEALED Document:***Plaintiffs Consolidated Memorandum in Opposition to Defendants Motions for Summary Judgment on Plaintiffs Civil Conspiracy, RICO and OCPA Claims* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. Related document(s) <u>1813</u> , <u>1904</u> , <u>1930</u> , <u>1716</u> , <u>1692</u> . (Hanly, Paul) Modified on 8/14/2019 (P,R). (Entered: 08/12/2019) |

| 08/12/2019 | 2197 | **Opposition** to 1857 **SEALED Motion** *to Exclude Expert Testimony on "Gateway Hypothesis"* 1813 , 1780 filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1 - NASEM (2017), # 2 Exhibit 2 - Inciardi (2009), # 3 Exhibit 3 - Lankenau (2012), # 4 Exhibit 4 - Mars (2014), # 5 Exhibit 5 - Siegal (2003), # 6 Exhibit 6 - McCabe (2019), # 7 Exhibit 7 - Boyd (2006), # 8 Exhibit 8 - McCabe (2011), # 9 Exhibit 9 - McCabe (2017), # 10 Exhibit 10 - Edlund (2014), # 11 Exhibit 11 - Compton (2016), # 12 Exhibit 12 - Ref. Manual on Sci. Evid. (3rd ed. 2011), # 13 Exhibit 13 - Boscarino (2015), # 14 Exhibit 14 - Davis (2008), # 15 Exhibit 15 - Ali (2019), # 16 Exhibit 16 - Harbaugh (2018), # 17 Exhibit 17 - Brummett (2017), # 18 Exhibit 18 - Delgado (2018), # 19 Exhibit 19 - Muhuri (2013), # 20 Exhibit 20 - Fentanyl Definition from CDC website, # 21 Exhibit 21 - Jolliff Expert Report Excerpts, # 22 Exhibit 22 - Houry Congressional Testimony, # 23 Exhibit 23 - Schuchat Congressional Testimony, # 24 Exhibit 24 - Drug Dealer MD Excerpts, # 25 Exhibit 25 - Lembke Deposition Excerpts, # 26 Exhibit 26 - Schroeder (2018), # 27 Exhibit 27 - Miech Keyes (2015), # 28 Exhibit 28 - Keyes (2014), # 29 Exhibit 29 - Gilson (2017), # 30 Exhibit 30 - Cover2 Podcast, # 31 Exhibit 31 - Hoffer Task Force (2016), # 32 Exhibit 32 - Gruber Deposition Excerpts)(do Amaral, Paulina) (Entered: 08/12/2019) |
| 08/12/2019 | 2198 | **SEALED Document:***Opposition to 1776 Defendant Janssen Pharmaceutical Inc.'s Motion for Summary Judgment (Part 3 of 3)* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2193 , 1776 , 2194 . (Attachments: # 1 Exhibit 45, # 2 Exhibit 46, # 3 Exhibit 47, # 4 Exhibit 48, # 5 Exhibit 49, # 6 Exhibit 50, # 7 Exhibit 51, # 8 Exhibit 52, # 9 Exhibit 53, # 10 Exhibit 54, # 11 Exhibit 55, # 12 Exhibit 56, # 13 Exhibit 57, # 14 Exhibit 58, # 15 Exhibit 59, # 16 Exhibit 60, # 17 Exhibit 61, # 18 Exhibit 62, # 19 Exhibit 63, # 20 Exhibit 64, # 21 Exhibit 65)(Janush, Evan) (Entered: 08/12/2019) |
| 08/13/2019 | 2199 | **Order** appointing Ankura Consulting Group to assist with MDL. Judge Dan Aaron Polster on 8/13/19. (P,R) (Entered: 08/13/2019) |
| 08/13/2019 | 2200 | **SEALED Document:***Plaintiffs' Memorandum of Law in Opposition to Non-RICO Small Distributors' Motion for Summary Judgment Based on their De Minimis Status* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 1879 , 2094 . (Dolejsi, Holly) (Entered: 08/13/2019) |
| 08/13/2019 | 2201 | **Opposition** to 1879 **SEALED Motion** *Non-RICO Small Distributors' Motion for Summary Judgment Based on Their De Minimis Status* 1813 , 1762 , 1878 **Motion** for summary judgment *Non-RICO Small Distributors' Motion for Summary Judgment Based on Their De Minimis Status (Redacted)* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. (Dolejsi, Holly) (Entered: 08/13/2019) |
| 08/13/2019 | 2202 | **Order** regarding PACER fees and Westlaw access as to Ankura Consulting Group. Judge Dan Aaron Polster on 7/13/19. (P,R) (Entered: 08/13/2019) |
| 08/13/2019 | 2203 | **SEALED Document:***Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 1897 , 1941 , 1869 , 2085 . (Sutton, Tara) (Entered: 08/13/2019) |

| 08/13/2019 | 2204 | **Opposition** to 1897 **SEALED Motion** *for Summary Judgment on Proximate Causation Grounds* 1813 , 1941 **SEALED Motion** *MANUFACTURER DEFENDANTS BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFFS FAILURE TO OFFER PROOF OF CAUSATION (Filed Redacted as ECF No. 1894)* 1813 , 1894 , 1771 , 1869 **SEALED Motion** *by Pharmacy Defendants for Summary Judgment on Causation* 1813 , 1774 (Redacted) filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. (Sutton, Tara) (Entered: 08/13/2019) |
|---|---|---|
| 08/13/2019 | 2205 | **Opposition** to 1871 **SEALED Motion** *for Summary Judgment* 1813 , 1764 *Plaintiffs' Opposition to Walgreens's Motion for Summary Judgment* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62)(Badala, Salvatore) (Entered: 08/13/2019) |
| 08/13/2019 | 2206 | **Opposition** to 1877 **SEALED Motion** *to Exclude the Opinions Offered by Jonathan Gruber (Daubert)* 1813 filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit A (Redacted Data Appendix), # 2 Exhibit B (Daniel Kessler Dep Excerpts))(Ko, David) (Entered: 08/13/2019) |
| 08/13/2019 | 2207 | **Opposition** to 1914 **Motion** to Exclude Lacey Keller's Opinions and Proposed Testimony, 1917 **SEALED Motion** *to Exclude Lacey Keller's Opinions and Proposed Testimony* 1813 , 1782 filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A - Keller Report Addendum, # 2 Exhibit B - Keller Report Corrections, # 3 Exhibit C - Dec. 27, 2007 DEA Letter, # 4 Exhibit D - Purdue OMS Presentation, # 5 Exhibit E - Keller Deposition Excerpt)(Hanly, Paul) (Entered: 08/13/2019) |
| 08/13/2019 | 2208 | **Opposition** to 1889 **Motion** for summary judgment , 1886 **SEALED Motion** *For Summary Judgment* 1813 , 1756 *Plaintiffs' Memorandum in Opposition to Defendants CVS Indiana, L.L.C. and CVS RX Services, Inc.'s Motion for Summary Judgment* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32)(Singer, Linda) (Entered: 08/13/2019) |

| 08/13/2019 | 2209 | **Opposition** to 1937 **SEALED Motion** *DEFENDANTS MOTION TO EXCLUDE DAVID CUTLERS OPINIONS AND PROPOSED TESTIMONY (Filed Redacted as ECF No. 1901)* 1813 , 1901 , 1758 , 1901 **Motion** TO EXCLUDE DAVID CUTLERS OPINIONS AND PROPOSED TESTIMONY filed by Plaintiffs' Executive Committee. (Attachments: # 1 Redacted Declaration David Cutler, # 2 Exhibit A (Murphy Dep Excerpts), # 3 Exhibit B (Daniel Kessler Dep Excerpts), # 4 Exhibit C (Redacted Data Appendix), # 5 Exhibit D (SUMMIT_001146951), # 6 Exhibit E (Email))(Ko, David) (Entered: 08/13/2019) |
|---|---|---|
| 08/13/2019 | 2210 | **SEALED Document:***Plaintiffs Memorandum in Opposition to Defendants Motion to Exclude David Cutlers Opinions and Proposed Testimony* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2117 , 2209 , 1937 , 1901 , 1758 . (Attachments: # 1 Declaration David Cutler, # 2 Exhibit A (Murphy Dep Excerpts), # 3 Exhibit B (Daniel Kessler Dep Excerpts), # 4 Exhibit C (Data Appendix), # 5 Exhibit D (SUMMIT_001146951), # 6 Exhibit E (Email))(Ko, David) (Entered: 08/13/2019) |
| 08/13/2019 | 2211 | **SEALED Document:***Plaintiffs Memorandum in Opposition to Defendants Daubert Motion to Exclude the Opinions Offered by Jonathan Gruber* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1765 , 2116 , 1916 , 2206 , 1877 . (Attachments: # 1 Exhibit A (Data Appendix), # 2 Exhibit B (Daniel Kessler Dep Excerpts))(Ko, David) (Entered: 08/13/2019) |
| 08/13/2019 | 2212 | **Opposition** to 1896 **Motion** for partial summary judgment *Distributors and Manufacturers Motion for Partial Summary Judgment on Statute of Limitations Grounds*, 1691 **SEALED Motion** *Distributors and Manufacturers Motion for Partial Summary Judgment On Statute of Limitations Grounds* 441 , 1689 , 1892 **SEALED Motion** *Distributors and Manufacturers Motion for Partial Summary Judgment on Statute of Limitations Grounds* 1813 , 441 filed by Plaintiffs' Executive Committee. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Exhibit 57, # 59 Exhibit 58, # 60 Appendix A, # 61 Appendix Ex. 1, # 62 Appendix Ex. 2, # 63 Appendix Ex. 3, # 64 Appendix Ex. 4, # 65 Appendix Ex. 5, # 66 Appendix Ex. 6, # 67 Appendix Ex. 7, # 68 Appendix Ex. 8, # 69 Appendix Ex. 9, # 70 Appendix Ex. 10, # 71 Appendix Ex. 11, # 72 Appendix Ex. 12, # 73 Appendix Ex. 13, # 74 Appendix Ex. 14, # 75 Appendix Ex. 15, # 76 Appendix Ex. 16, # 77 Appendix Ex. 17, # 78 Appendix Ex. 18, # 79 Appendix Ex. 19, # 80 Appendix Ex. 20)(Relkin, Ellen) (Entered: 08/13/2019) |
| 08/13/2019 | 2213 | **SEALED Document:***Plaintiffs' Memorandum in Opposition to Defendants CVS Indiana, L.L.C. and CVS RX Servic es, Inc.'s Motion for Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2096 , 1886 . |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1 - CVS-MDLT1-00075299, # 2 Exhibit 2 - Composite, # 3 Exhibit 3 - CVS-MDLT1-000123708, # 4 Exhibit 4 - Hinkle Excerpt, # 5 Exhibit 5 - CVS-MDLT1-00009740, # 6 Exhibit 6 - CVS-MDLT1-000034175, # 7 Exhibit 7 - CVS-MDLT1-000029864, # 8 Exhibit 8 - Mortelliti Excerpts, # 9 Exhibit 9 - CVS-MDLT1-000078060, # 10 Exhibit 10 - CVS-MDLT1-000103327, # 11 Exhibit 11 - CVS-MDLT1-00076114, # 12 Exhibit 12 - CVS-MDLT1-00078116, # 13 Exhibit 13 - CVS-MDLT1-00017246, # 14 Exhibit 14 - CVS-MDLT1-000030176, # 15 Exhibit 15 - CVS-MDLT1-0000103342, # 16 Exhibit 16 - Nicastro Excerpts, # 17 Exhibit 17 - CVS-MDLT1-0000409, # 18 Exhibit 18 - CVS-MDLT1-0000421, # 19 Exhibit 19 - CVS 30b6 Response, # 20 Exhibit 20 - CVS-MDLT1-000008014, # 21 Exhibit 21 - CVS-MDLT1-000022230, # 22 Exhibit 22 - Rannazzisi Declaration, # 23 Exhibit 23 - CVS Settlement Composite, # 24 Exhibit 24 - Order to Show Cause, # 25 Exhibit 25 - CVS-MDLT1-000060796, # 26 Exhibit 26 - Schiavo Excerpt, # 27 Exhibit 27 - Oriente Excerpt, # 28 Exhibit 28 - Link Excerpt, # 29 Exhibit 29 - CVS-MDLT1-000030817, # 30 Exhibit 30 - CVS-MDLT1-00030892, # 31 Exhibit 31 - CVS-MDLT1-00030955, # 32 Exhibit 32 - Morse Ex. 4)(Singer, Linda) (Entered: 08/13/2019) |
| 08/13/2019 | 2214 | **Opposition** to 1862 SEALED Motion *(Defendant Discount Drug Mart, Inc.'s Motion for Summary Judgment Filed Under Seal)* 1813 , 1863 **Motion** for summary judgment *(Defendant Discount Drug Mart, Inc.'s Redacted Motion for Summary Judgment) Plaintiffs' Memorandum in Opposition* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1 - DDM00169025, # 2 Exhibit 2 - DDM00074952)(Singer, Linda) (Entered: 08/13/2019) |
| 08/13/2019 | 2215 | **Motion** by Andrew W. Baldwin, Christine Lichtenfels, Kelly A. Rudd to withdraw as attorney filed by MDL Notice Only Northern Arapaho Tribe. (Abaray, Janet) (Entered: 08/13/2019) |
| 08/13/2019 | 2216 | **SEALED Document:***PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANT DISCOUNT DRUG MART, INC.S MOTION FOR SUMMARY JUDGMENT* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1862 . (Attachments: # 1 Exhibit 1 - DDM00169025, # 2 Exhibit 2 - DDM00074952)(Singer, Linda) (Entered: 08/13/2019) |
| 08/13/2019 | 2217 | **Response** to 1820 Amended **Motion** for class certification *of Rule 23(b)(3) Cities/Counties Negotiation Class Plaintiff City of Fargo's Further Response to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23(b)(3) Cities/Counties Negotiation Class* filed by City of Fargo, North Dakota. (Anderson, Jennie) (Entered: 08/13/2019) |
| 08/13/2019 | 2218 | **Opposition** to 1866 SEALED Motion *for Summary Judgment of Walmart Inc.* 1813 , 441 , 167 *(Redacted Version)* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1 - McCann Deposition Excerpts, # 2 Exhibit 2 - WMT Response to Combined Discovery, # 3 Exhibit 3 - WMT_MDL_000048101, # 4 Exhibit 4 - Walmart PowerPoint (WMT_MDL_000048100), # 5 Exhibit 5 - Plaintiffs Responses to the Amended and Clarified Discovery Ruling, # 6 Exhibit 6 - July 9, 2015 Email (WMT_MDL_000006511), # 7 Exhibit 7 - WMT_MDL_000052997, # 8 Exhibit 8 - Sept. 17, 2014 Email (WMT_MDL_000054651), # 9 Exhibit 9 - Pharmacy Manual (WMT_MDL_000011107-11109), # 10 Exhibit 10 - Walmart Pharmacy Opioids CE (PKY180257493), # 11 Exhibit 11 - Check paid from Purdue to Dr. Strickland |

| | | |
|---|---|---|
| | | for presenting Walmart CE (PKY180512514), # <u>12</u> Exhibit 12 - Purdue Pharma Funding for Walmart CE (PKY180512520), # <u>13</u> Exhibit 13 - PKY180640921, # <u>14</u> Exhibit 14 - Purdue invoice to cover Walmart (PKY180794346), # <u>15</u> Exhibit 15 - Notice of Reaccreditation (WMT_MDL_00007305), # <u>16</u> Exhibit 16 - Request for Extension (WMT_MDL_000016690), # <u>17</u> Exhibit 17 - Pharmacy Update (WMT_MDL_000016632))(do Amaral, Paulina) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2219</u> | **Opposition** to <u>1940</u> **SEALED Motion** *ALLERGAN PLC, ALLERGAN FINANCE, LLC, ALLERGAN SALES, LLC, AND ALLERGAN USA, INC.S INDIVIDUAL MOTION FOR SUMMARY JUDGMENT (Filed Redacted as ECF No. 1909)* <u>1813</u> , <u>1909</u> , <u>1775</u> *(Redacted Version)* filed by Plaintiffs' Executive Committee. (Attachments: # <u>1</u> Declaration of Aelish M. Baig in Support thereof with Exhibit 1 thereto)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2220</u> | **Opposition** to <u>1891</u> **Motion** for summary judgment *of Teva and Actavis Generic Defendants (Redacted Version)* filed by Plaintiffs' Executive Committee. (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2221</u> | **Opposition** to <u>1881</u> **SEALED Motion** *to Exclude the Opinions of Seth B. Whitelaw (Daubert)* <u>1813</u> filed by Plaintiffs' Executive Committee. (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2222</u> | **SEALED Document:** *[Part 1 of 3] Exhibits to Memorandum in Opposition to* <u>1881</u> *Defendants' Motion to Exclude Seth Whitelaw's Opinions and Proposed Testimony; Exhibit 1* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2189</u> . (Attachments: # <u>1</u> Exhibit 2, # <u>2</u> Exhibit 3, # <u>3</u> Exhibit 4, # <u>4</u> Exhibit 5 part 1, # <u>5</u> Exhibit 5 part 2)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2223</u> | **SEALED Document:** *[Part 2 of 3] Exhibits to Memorandum in Opposition to* <u>1881</u> *Defendants' Motion to Exclude Seth Whitelaw's Opinions and Proposed Testimony; Exhibit 6* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2189</u> . (Attachments: # <u>1</u> Exhibit 7, # <u>2</u> Exhibit 8, # <u>3</u> Exhibit 9, # <u>4</u> Exhibit 10, # <u>5</u> Exhibit 11, # <u>6</u> Exhibit 12, # <u>7</u> Exhibit 13, # <u>8</u> Exhibit 14, # <u>9</u> Exhibit 15)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2224</u> | **SEALED Document:** *[Part 3 of 3] Exhibits to Memorandum in Opposition to* <u>1881</u> *Defendants' Motion to Exclude Seth Whitelaw's Opinions and Proposed Testimony; Exhibit 16* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2189</u> . (Attachments: # <u>1</u> Exhibit 17, # <u>2</u> Exhibit 18, # <u>3</u> Exhibit 19, # <u>4</u> Exhibit 20, # <u>5</u> Exhibit 21)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2225</u> | Appendix *[Part 1 of 2] Exhibits (redacted version) to Memorandum in Opposition to* <u>1881</u> *Defendants' Motion to Exclude Seth Whitelaw's Opinions and Proposed Testimony; Exhibit 1* filed by Plaintiffs' Executive Committee. Related document(s) <u>2221</u> . (Attachments: # <u>1</u> Exhibit 2, # <u>2</u> Exhibit 3 (redacted), # <u>3</u> Exhibit 4, # <u>4</u> Exhibit 5 part 1, # <u>5</u> Exhibit 5 part 2, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9 (redacted), # <u>10</u> Exhibit 10)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2226</u> | **SEALED Document:** *Appendix Part 1 - Exhibits in Support of Opposition to* <u>1904</u> *Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims,* <u>1930</u> *Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims,* <u>1716</u> *Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, and* <u>1692</u> *Motion of Distributor Defendants for* |

| | | |
|---|---|---|
| | | *Summary Judgment on Civil Conspiracy Claim* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2183 . (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19, # 19 Exhibit 20, # 20 Exhibit 21A, # 21 Exhibit 21B, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30)(Pifko, Mark) (Entered: 08/13/2019) |
| 08/13/2019 | 2227 | Appendix *[Part 2 of 2] Exhibits (redacted version) to Memorandum in Opposition to 1881 Defendants' Motion to Exclude Seth Whitelaw's Opinions and Proposed Testimony; Exhibit 11* filed by Plaintiffs' Executive Committee. Related document(s) 2221 . (Attachments: # 1 Exhibit 12, # 2 Exhibit 13, # 3 Exhibit 14, # 4 Exhibit 15, # 5 Exhibit 16, # 6 Exhibit 17, # 7 Exhibit 18, # 8 Exhibit 19, # 9 Exhibit 20, # 10 Exhibit 21)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2228 | **SEALED Document:***Appendix Part 2 - Exhibits in Support of 2183 Opposition to 1904 Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims, 1930 Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, and 1692 Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2183 . (Attachments: # 1 Exhibit 32, # 2 Exhibit 33, # 3 Exhibit 34, # 4 Exhibit 35, # 5 Exhibit 36, # 6 Exhibit 37, # 7 Exhibit 38, # 8 Exhibit 39, # 9 Exhibit 40, # 10 Exhibit 41, # 11 Exhibit 42, # 12 Exhibit 43, # 13 Exhibit 44, # 14 Exhibit 45, # 15 Exhibit 46, # 16 Exhibit 47A, # 17 Exhibit 47B, # 18 Exhibit 47C, # 19 Exhibit 47D, # 20 Exhibit 48A, # 21 Exhibit 48B, # 22 Exhibit 48C, # 23 Exhibit 48D, # 24 Exhibit 49, # 25 Exhibit 50)(Pifko, Mark) (Entered: 08/13/2019) |
| 08/13/2019 | 2229 | **SEALED Document:***Appendix Part 3 - Exhibits in Support of 2183 Opposition to 1904 Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims, 1930 Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, and 1692 Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2183 . (Attachments: # 1 Exhibit 52, # 2 Exhibit 53, # 3 Exhibit 54A, # 4 Exhibit 54B, # 5 Exhibit 55, # 6 Exhibit 56, # 7 Exhibit 57A, # 8 Exhibit 57B, # 9 Exhibit 57C, # 10 Exhibit 57D, # 11 Exhibit 57E, # 12 Exhibit 57F, # 13 Exhibit 57G, # 14 Exhibit 57H, # 15 Exhibit 57I, # 16 Exhibit 58, # 17 Exhibit 59, # 18 Exhibit 60, # 19 Exhibit 61, # 20 Exhibit 62, # 21 Exhibit 63, # 22 Exhibit 64, # 23 Exhibit 65, # 24 Exhibit 66, # 25 Exhibit 67, # 26 Exhibit 68, # 27 Exhibit 69, # 28 Exhibit 70)(Pifko, Mark) (Entered: 08/13/2019) |
| 08/13/2019 | 2230 | Appendix *[Part 1] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 1* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5)(Baig, Aelish) (Entered: 08/13/2019) |

| 08/13/2019 | 2231 | Appendix *[Part 2] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 6* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2232 | Appendix *[Part 3] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 7* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2233 | Appendix *[Part 4] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 8 part 1* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2234 | **SEALED Document:***Appendix Part 4 - Exhibits in Support of 2183 Opposition to 1904 Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims, 1930 Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, and 1692 Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2183 . (Attachments: # 1 Exhibit 72, # 2 Exhibit 73, # 3 Exhibit 74, # 4 Exhibit 75, # 5 Exhibit 76, # 6 Exhibit 77, # 7 Exhibit 78, # 8 Exhibit 79, # 9 Exhibit 80A, # 10 Exhibit 80B, # 11 Exhibit 81, # 12 Exhibit 82A, # 13 Exhibit 82B, # 14 Exhibit 83, # 15 Exhibit 84, # 16 Exhibit 85, # 17 Exhibit 86, # 18 Exhibit 87, # 19 Exhibit 88, # 20 Exhibit 89, # 21 Exhibit 90, # 22 Exhibit 91, # 23 Exhibit 92, # 24 Exhibit 93, # 25 Exhibit 94, # 26 Exhibit 95, # 27 Exhibit 96, # 28 Exhibit 97, # 29 Exhibit 98, # 30 Exhibit 99, # 31 Exhibit 100, # 32 Exhibit 101, # 33 Exhibit 102, # 34 Exhibit 103, # 35 Exhibit 104, # 36 Exhibit 105, # 37 Exhibit 106, # 38 Exhibit 107, # 39 Exhibit 108, # 40 Exhibit 109, # 41 Exhibit 110, # 42 Exhibit 111, # 43 Exhibit 112, # 44 Exhibit 113, # 45 Exhibit 114, # 46 Exhibit 115, # 47 Exhibit 116, # 48 Exhibit 117, # 49 Exhibit 118, # 50 Exhibit 119, # 51 Exhibit 120, # 52 Exhibit 121, # 53 Exhibit 122, # 54 Exhibit 123, # 55 Exhibit 124, # 56 Exhibit 125, # 57 Exhibit 126, # 58 Exhibit 127, # 59 Exhibit 128, # 60 Exhibit 129, # 61 Exhibit 130, # 62 Exhibit 131, # 63 Exhibit 132, # 64 Exhibit 133, # 65 Exhibit 134, # 66 Exhibit 135, # 67 Exhibit 136, # 68 Exhibit 137, # 69 Exhibit 138, # 70 Exhibit 139, # 71 Exhibit 140, # 72 Exhibit 141, # 73 Exhibit 142, # 74 Exhibit 143, # 75 Exhibit 144, # 76 Exhibit 145, # 77 Exhibit 146, # 78 Exhibit 147, # 79 Exhibit 148, # 80 Exhibit 149, # 81 Exhibit 150, # 82 Exhibit 151, # 83 Exhibit 152, # 84 Exhibit 153, # 85 Exhibit 154, # 86 Exhibit 155, # 87 Exhibit 156, # 88 Exhibit 157, # 89 Exhibit 158, # 90 Exhibit 159, # 91 Exhibit 160, # 92 Exhibit 161, # 93 Exhibit 162, # 94 Exhibit 163, # 95 Exhibit 164, # 96 Exhibit 165, # 97 Exhibit 166, # 98 Exhibit 167, # 99 Exhibit 168)(Pifko, Mark) (Entered: 08/13/2019) |
| 08/13/2019 | 2235 | Appendix *[Part 5] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 8 part 2* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 9, # 2 Exhibit 10, # 3 Exhibit 11, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 15)(Baig, Aelish) (Entered: 08/13/2019) |

| 08/13/2019 | 2236 | Appendix *[Part 6] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 16* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 17, # 2 Exhibit 18, # 3 Exhibit 19, # 4 Exhibit 20, # 5 Exhibit 21, # 6 Exhibit 22, # 7 Exhibit 23, # 8 Exhibit 24, # 9 Exhibit 25, # 10 Exhibit 26, # 11 Exhibit 27, # 12 Exhibit 28, # 13 Exhibit 29, # 14 Exhibit 30, # 15 Exhibit 31, # 16 Exhibit 32)(Baig, Aelish) (Entered: 08/13/2019) |
|---|---|---|
| 08/13/2019 | 2237 | Appendix *[Part 7] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 33* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 34, # 2 Exhibit 35, # 3 Exhibit 36)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2238 | **SEALED Document:***Appendix Part 5 - Exhibits in Support of 2183 Opposition to 1904 Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims, 1930 Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, and 1692 Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2183 . (Attachments: # 1 Exhibit 169B, # 2 Exhibit 169C, # 3 Exhibit 170, # 4 Exhibit 171, # 5 Exhibit 172, # 6 Exhibit 173, # 7 Exhibit 174, # 8 Exhibit 175, # 9 Exhibit 176, # 10 Exhibit 177, # 11 Exhibit 178, # 12 Exhibit 179, # 13 Exhibit 180, # 14 Exhibit 181, # 15 Exhibit 182, # 16 Exhibit 183, # 17 Exhibit 184, # 18 Exhibit 185, # 19 Exhibit 186, # 20 Exhibit 187, # 21 Exhibit 188, # 22 Exhibit 189, # 23 Exhibit 190, # 24 Exhibit 191, # 25 Exhibit 192, # 26 Exhibit 193, # 27 Exhibit 194, # 28 Exhibit 195, # 29 Exhibit 196, # 30 Exhibit 197, # 31 Exhibit 198, # 32 Exhibit 199, # 33 Exhibit 200A, # 34 Exhibit 200B, # 35 Exhibit 200C, # 36 Exhibit 200D, # 37 Exhibit 200E, # 38 Exhibit 201, # 39 Exhibit 202, # 40 Exhibit 203A, # 41 Exhibit 203B)(Pifko, Mark) (Entered: 08/13/2019) |
| 08/13/2019 | 2239 | Appendix *[Part 8] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 37* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 38, # 2 Errata 39, # 3 Exhibit 40)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2240 | Appendix *[Part 9] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 41* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 42)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2241 | Appendix *[Part 10] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 43* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2242 | **SEALED Document:***Appendix Part 6 - Exhibits in Support of 2183 Opposition to 1904 Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims, 1930 Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, and 1692 Motion of Distributor Defendants for* |

| | | |
|---|---|---|
| | | *Summary Judgment on Civil Conspiracy Claim* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2183 . (Attachments: # 1 Exhibit 205, # 2 Exhibit 206, # 3 Exhibit 207, # 4 Exhibit 208, # 5 Exhibit 209, # 6 Exhibit 210A, # 7 Exhibit 210B, # 8 Exhibit 211, # 9 Exhibit 212A, # 10 Exhibit 212B, # 11 Exhibit 213A, # 12 Exhibit 213B, # 13 Exhibit 213C, # 14 Exhibit 213D, # 15 Exhibit 213E, # 16 Exhibit 214, # 17 Exhibit 215, # 18 Exhibit 216, # 19 Exhibit 217, # 20 Exhibit 218, # 21 Exhibit 219, # 22 Exhibit 220, # 23 Exhibit 221, # 24 Exhibit 222, # 25 Exhibit 223, # 26 Exhibit 224, # 27 Exhibit 225, # 28 Exhibit 226, # 29 Exhibit 227, # 30 Exhibit 228, # 31 Exhibit 229, # 32 Exhibit 230, # 33 Exhibit 231, # 34 Exhibit 232, # 35 Exhibit 233, # 36 Exhibit 234, # 37 Exhibit 235, # 38 Exhibit 236, # 39 Exhibit 237, # 40 Exhibit 238, # 41 Exhibit 239, # 42 Exhibit 240, # 43 Exhibit 241, # 44 Exhibit 242, # 45 Exhibit 243, # 46 Exhibit 244, # 47 Exhibit 245, # 48 Exhibit 246, # 49 Exhibit 247, # 50 Exhibit 248, # 51 Exhibit 249, # 52 Exhibit 250, # 53 Exhibit 251, # 54 Exhibit 252, # 55 Exhibit 253, # 56 Exhibit 254, # 57 Exhibit 255, # 58 Exhibit 256, # 59 Exhibit 257, # 60 Exhibit 258, # 61 Exhibit 259, # 62 Exhibit 260, # 63 Exhibit 261, # 64 Exhibit 262, # 65 Exhibit 263, # 66 Exhibit 264, # 67 Exhibit 265, # 68 Exhibit 266, # 69 Exhibit 267, # 70 Exhibit 268, # 71 Exhibit 269, # 72 Exhibit 270, # 73 Exhibit 271, # 74 Exhibit 272, # 75 Exhibit 273, # 76 Exhibit 274, # 77 Exhibit 275, # 78 Exhibit 276, # 79 Exhibit 277, # 80 Exhibit 278, # 81 Exhibit 279, # 82 Exhibit 280, # 83 Exhibit 281, # 84 Exhibit 282, # 85 Exhibit 283, # 86 Exhibit 284, # 87 Exhibit 285, # 88 Exhibit 286, # 89 Exhibit 287, # 90 Exhibit 288, # 91 Exhibit 289, # 92 Exhibit 290, # 93 Exhibit 291, # 94 Exhibit 292, # 95 Exhibit 293, # 96 Exhibit 294, # 97 Exhibit 295, # 98 Exhibit 296, # 99 Exhibit 297, # 100 Exhibit 298, # 101 Exhibit 299, # 102 Exhibit 300)(Pifko, Mark) (Entered: 08/13/2019) |
| 08/13/2019 | 2243 | Appendix *[Part 11] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 44* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 45, # 2 Exhibit 46, # 3 Exhibit 47, # 4 Exhibit 48, # 5 Exhibit 49, # 6 Exhibit 50, # 7 Exhibit 51, # 8 Exhibit 52, # 9 Exhibit 53, # 10 Exhibit 54)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2244 | Appendix *[Part 12] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 55* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 56, # 2 Exhibit 57, # 3 Exhibit 58, # 4 Exhibit 59, # 5 Exhibit 60, # 6 Exhibit 61, # 7 Exhibit 62, # 8 Exhibit 63, # 9 Exhibit 64)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2245 | **SEALED Document:***Appendix Part 7 - Exhibits in Support of 2183 Opposition to 1904 Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims, 1930 Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, and 1692 Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2183 . (Attachments: # 1 Exhibit 302, # 2 Exhibit 303, # 3 Exhibit 304, # 4 Exhibit 305, # 5 Exhibit 306, # 6 Exhibit 307, # 7 Exhibit 308, # 8 Exhibit 309, # 9 Exhibit 310, # 10 Exhibit 311, # 11 Exhibit 312, # 12 Exhibit 313, # 13 Exhibit 314, # 14 Exhibit 315, # 15 Exhibit 316, # 16 Exhibit 317, # 17 Exhibit 318, # 18 Exhibit 319, # 19 Exhibit 320, # 20 Exhibit 321, # 21 Exhibit 322, # 22 Exhibit 323, # 23 Exhibit 324, # 24 Exhibit 325, # 25 |

| | | |
|---|---|---|
| | | Exhibit 326, # 26 Exhibit 327, # 27 Exhibit 328, # 28 Exhibit 329, # 29 Exhibit 330, # 30 Exhibit 331, # 31 Exhibit 332, # 32 Exhibit 333, # 33 Exhibit 334, # 34 Exhibit 335A, # 35 Exhibit 335B, # 36 Exhibit 336, # 37 Exhibit 337, # 38 Exhibit 338, # 39 Exhibit 339A, # 40 Exhibit 339B, # 41 Exhibit 339C, # 42 Exhibit 339D, # 43 Exhibit 339E, # 44 Exhibit 340, # 45 Exhibit 341, # 46 Exhibit 342, # 47 Exhibit 343, # 48 Exhibit 344, # 49 Exhibit 345, # 50 Exhibit 346, # 51 Exhibit 347, # 52 Exhibit 348, # 53 Exhibit 349, # 54 Exhibit 350, # 55 Exhibit 351, # 56 Exhibit 352, # 57 Exhibit 353, # 58 Exhibit 354, # 59 Exhibit 355, # 60 Exhibit 356, # 61 Exhibit 357, # 62 Exhibit 358, # 63 Exhibit 359, # 64 Exhibit 360, # 65 Exhibit 361, # 66 Exhibit 362, # 67 Exhibit 363, # 68 Exhibit 364, # 69 Exhibit 365, # 70 Exhibit 366, # 71 Exhibit 367, # 72 Exhibit 368, # 73 Exhibit 369, # 74 Exhibit 370, # 75 Exhibit 371, # 76 Exhibit 372, # 77 Exhibit 373, # 78 Exhibit 374, # 79 Exhibit 375, # 80 Exhibit 376, # 81 Exhibit 377, # 82 Exhibit 378, # 83 Exhibit 379, # 84 Exhibit 380, # 85 Exhibit 381, # 86 Exhibit 382, # 87 Exhibit 383, # 88 Exhibit 384, # 89 Exhibit 385, # 90 Exhibit 386, # 91 Exhibit 387, # 92 Exhibit 388, # 93 Exhibit 389, # 94 Exhibit 390)(Pifko, Mark) (Entered: 08/13/2019) |
| 08/13/2019 | 2246 | Appendix *[Part 13] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 65* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 66, # 2 Exhibit 67, # 3 Exhibit 68, # 4 Exhibit 69, # 5 Exhibit 70, # 6 Exhibit 71, # 7 Exhibit 72, # 8 Exhibit 73, # 9 Exhibit 74, # 10 Exhibit 75, # 11 Exhibit 76, # 12 Exhibit 77, # 13 Exhibit 78)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2247 | Appendix *[Part 14] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 79* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 80, # 2 Exhibit 81, # 3 Exhibit 82)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2248 | Appendix *[Part 15] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 83 part 1* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2249 | **SEALED Document:***Appendix Part 8 - Exhibits in Support of 2183 Opposition to 1904 Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims, 1930 Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, and 1692 Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2183 . (Attachments: # 1 Exhibit 392, # 2 Exhibit 393, # 3 Exhibit 394, # 4 Exhibit 395, # 5 Exhibit 396, # 6 Exhibit 397, # 7 Exhibit 398, # 8 Exhibit 399, # 9 Exhibit 400, # 10 Exhibit 401, # 11 Exhibit 402, # 12 Exhibit 403, # 13 Exhibit 404, # 14 Exhibit 405, # 15 Exhibit 406, # 16 Exhibit 407, # 17 Exhibit 408, # 18 Exhibit 409, # 19 Exhibit 410, # 20 Exhibit 411, # 21 Exhibit 412, # 22 Exhibit 413, # 23 Exhibit 414, # 24 Exhibit 415, # 25 Exhibit 416, # 26 Exhibit 417, # 27 Exhibit 418, # 28 Exhibit 419, # 29 Exhibit 420, # 30 Exhibit 421, # 31 Exhibit 422, # 32 Exhibit 423, # 33 Exhibit 424, # 34 Exhibit 425, # 35 Exhibit 426, # 36 Exhibit 427, # 37 Exhibit 428, # 38 Exhibit |

| | | |
|---|---|---|
| | | 429, # 39 Exhibit 430, # 40 Exhibit 431, # 41 Exhibit 432, # 42 Exhibit 433, # 43 Exhibit 434, # 44 Exhibit 435, # 45 Exhibit 436, # 46 Exhibit 437, # 47 Exhibit 438, # 48 Exhibit 439, # 49 Exhibit 440, # 50 Exhibit 441, # 51 Exhibit 442, # 52 Exhibit 443, # 53 Exhibit 444, # 54 Exhibit 445, # 55 Exhibit 446, # 56 Exhibit 447, # 57 Exhibit 448, # 58 Exhibit 449, # 59 Exhibit 450A, # 60 Exhibit 450B, # 61 Exhibit 451, # 62 Exhibit 452, # 63 Exhibit 453, # 64 Exhibit 454, # 65 Exhibit 455, # 66 Exhibit 456A, # 67 Exhibit 456B, # 68 Exhibit 457, # 69 Exhibit 458, # 70 Exhibit 459, # 71 Exhibit 460, # 72 Exhibit 461, # 73 Exhibit 462, # 74 Exhibit 463, # 75 Exhibit 464, # 76 Exhibit 465, # 77 Exhibit 466, # 78 Exhibit 467, # 79 Exhibit 468, # 80 Exhibit 469, # 81 Exhibit 470, # 82 Exhibit 471, # 83 Exhibit 472, # 84 Exhibit 473, # 85 Exhibit 474, # 86 Exhibit 475, # 87 Exhibit 476, # 88 Exhibit 477, # 89 Exhibit 478, # 90 Exhibit 479, # 91 Exhibit 480, # 92 Exhibit 481A, # 93 Exhibit 481B, # 94 Exhibit 482, # 95 Exhibit 483, # 96 Exhibit 484, # 97 Exhibit 485, # 98 Exhibit 486, # 99 Exhibit 487, # 100 Exhibit 488, # 101 Exhibit 489, # 102 Exhibit 490, # 103 Exhibit 491, # 104 Exhibit 492, # 105 Exhibit 493, # 106 Exhibit 494, # 107 Exhibit 495, # 108 Exhibit 496, # 109 Exhibit 497, # 110 Exhibit 498, # 111 Exhibit 499, # 112 Exhibit 500)(Pifko, Mark) (Entered: 08/13/2019) |
| 08/13/2019 | 2250 | Appendix *[Part 16] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 83 part 2* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2251 | **Opposition** to 1860 **Motion** for partial summary judgment *(Redacted Version)* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1 - FDA Analysis of Long-Term Trends in Prescription Opioid Analgesic Products, # 2 Exhibit 2 - MNK-T1_0005574545, # 3 Exhibit 3 - ENDO_DATA-OPIOID_MDL-00000035, # 4 Exhibit 4 - MNK-T1_0002183040, # 5 Exhibit 5 - MNK-T1_0002159713, # 6 Exhibit 6 - MNK-T1_0001531484, # 7 Exhibit 7 - Williams Dep. Ex. 21, # 8 Exhibit 8 - Convention & Trade Show Standard Marketing Material Order (MNK-T1_0002699252), # 9 Exhibit 9 - Standard Marketing Material Order (MNK-T1_0000972885), # 10 Exhibit 10 - July 14, 2011 Email (MNK-T1_0006632298), # 11 Exhibit 11 - Harvard Drug Group Trade Partner Expo 2012 List (MNK-T1_0004841670), # 12 Exhibit 12 - May 28, 2014 Email (MNK-T1_0004826101-102), # 13 Exhibit 13 - July 20, 2015 Email (MNK-T1_0004862918-919), # 14 Exhibit 14 - Sept. 29, 2016 Email, # 15 Exhibit 15 - MNK-T1_0001193724, # 16 Exhibit 16 - MNK-T1_0004602837, # 17 Exhibit 17 - MNK-T1_0003284656, # 18 Exhibit 18 - Pain Management Traineeship for Pharmacists (MNK-T1_0000905348), # 19 Exhibit 19 - MNK-T1_0000905350, # 20 Exhibit 20 - The Pharmacists Role in Management of Chronic Pain: Focus on Opioids (MNK-T1_0001308076), # 21 Exhibit 21 - C.A.R.E.S. Alliance Opioid Clinical Management Guide (MNK-T1_0001758643), # 22 Exhibit 22 - C.A.R.E.S. Alliance Safe Use and Handling Guide (MNK-T1_0003416495), # 23 Exhibit 23 - MNK-T1_0000098099, # 24 Exhibit 24 - C.A.R.E.S. Alliance Catalog (MNK-T1_0001493093), # 25 Exhibit 25 - Defeat Chronic Pain Now!, # 26 Exhibit 26 - Pain Pocketguide (MNK-T1_0002248919), # 27 Exhibit 27 - MNK-T1_0001786865, # 28 Exhibit 28 - Endo Holdings Inc. 2001 10-K, # 29 Exhibit 29 - Endo Powerpoint (ENDO-OPIOID_MDL-01139611), # 30 Exhibit 30 - ENDO-OPIOID_MDL-04814925, # 31 Exhibit 31 - ENDO-OPIOID_MDL-02002513, # 32 Exhibit 32 - Risk Management Presentation (ENDO-OPIOID_MDL- |

| | | |
|---|---|---|
| | | 04095507), # [33] Exhibit 33 - CD&E The Critical Connection for Success in 2000 and Beyond (ENDO-OPIOID_MDL-02344002), # [34] Exhibit 34 - The 7 Essentials: The Endo Pharmaceuticals Story Video (Lodged), # [35] Exhibit 35 - END00152457, # [36] Exhibit 36 - MDL_KP360_000000002, # [37] Exhibit 37 - ENDO-OPIOID_MDL-02261843, # [38] Exhibit 38 - Pain Management Today Vol. 8 # 1 (KP360_OHIOMDL_000011082), # [39] Exhibit 39 - Slides Advances in Opioid Analgesia Presentation (KP360_OHIOMDL_000002116), # [40] Exhibit 40 - Chronic Opioid Therapy Presentation (KP360_OHIOMDL_000121628), # [41] Exhibit 41 - Pain Opioid Therapy Brochure (ENDO-OPIOID_MDL-00481936), # [42] Exhibit 42 - NIPC Executive Summary (MDL_KP360_000000021), # [43] Exhibit 43 - ENDO-OPIOID_MDL-01928285, # [44] Exhibit 44 - ENDO-OPIOID_MDL-0623389, # [45] Exhibit 45 - ENDO-Campanelli-210, # [46] Exhibit 46 - 2001 Letter from APF to Endo (ENDO-OPIOID_MDL-06234029), # [47] Exhibit 47 - Pain Action Guide (2000 edition) (CHI_000435580), # [48] Exhibit 48 - Pain Action Guide (2003 edition) (CHI_000432477), # [49] Exhibit 49 - Endo 2010 Funding Disclosure (ENDO-OR-CID-00754369), # [50] Exhibit 50 - APF 2010 Annual Report (CHI_000430305), # [51] Exhibit 51 - Taking a Long-Acting Opioid Brochure (ENDO-CHI_LIT-00024520), # [52] Exhibit 52 - Understanding Your Pain Brochure (ENDO-CHI_LIT-00084049), # [53] Exhibit 53 - ENDO-OPIOID_MDL-02150882, # [54] Exhibit 54 - ENDO-OPIOID_MDL-04930147, # [55] Exhibit 55 - Altier Dep. Ex. 17, # [56] Exhibit 56 - McCormick Dep. Ex. 4, # [57] Exhibit 57 - McCormick Dep. Ex. 22, # [58] Exhibit 58 - Altier Dep. Ex. 3, # [59] Exhibit 59 - Myers Dep. Ex. 16, # [60] Exhibit 60 - McCormick Dep. Ex. 12, # [61] Exhibit 61 - McCormick Dep. Ex. 6, # [62] Exhibit 62 - Boothe Dep. Ex. 14 (ACTAVIS0506794-814), # [63] Exhibit 63 - McCormick Dep. Ex. 20 (ACTAVIS0346651), # [64] Exhibit 64 - Allergan_MDL_02053309-16, # [65] Exhibit 65 - Boothe Dep. Ex. 10, # [66] Exhibit 66 - McCormick Dep. Ex. 17, # [67] Exhibit 67 - McCormick Dep. Ex. 21, # [68] Exhibit 68 - McCormick Dep. Ex. 8, # [69] Exhibit 69 - Cuyahoga and Summit ARCOS summaries, # [70] Exhibit 70 - Teva Website Pages, # [71] Exhibit 71 - Herman Dep. Ex. 42, # [72] Exhibit 72 - TEVA_MDL_A_00499645, # [73] Exhibit 73 - TEVA_MDL_A_00499646, # [74] Exhibit 74 - TEVA_MDL_A_01207131, # [75] Exhibit 75 - TEVA_MDL_A_02965173, # [76] Exhibit 76 - TEVA_MDL_A_01088080, # [77] Exhibit 77 - TEVA_MDL_A_03437093 Excerpt, # [78] Exhibit 78 - TEVA_MDL_A_01136278, # [79] Exhibit 79 - TEVA_MDL_A_01090493, # [80] Exhibit 80 - TEVA_MDL_A_ 01207133, # [81] Exhibit 81 - TEVA_MDL_A_00765944, # [82] Exhibit 82 - TEVA_MDL_A_08657218, # [83] Exhibit 83 - Day Dep. Ex. 5, # [84] Exhibit 84 - Day Dep. Ex. 26, # [85] Exhibit 85 - Teva Pain Matters (TEVA_MDL_A_08652504), # [86] Exhibit 86 - TEVA_MDL_A_09545105, # [87] Exhibit 87 - TEVA_MDL_A_00907192, # [88] Exhibit 88 - TEVA_MDL_A_02401119, # [89] Exhibit 89 - TEVA_MDL_A_00877813, # [90] Exhibit 90 - TEVA_MDL_A_02214252, # [91] Exhibit 91 - TEVA_MDL_A_03413816, # [92] Exhibit 92 - TEVA_MDL_A_01108894, # [93] Exhibit 93 - TEVA_MDL_A_00565051, # [94] Exhibit 94 - Persistent and Breakthrough Pain (TEVA_MDL_A_00844073), # [95] Exhibit 95 - Pain Week Marketing Activities Deck, # [96] Exhibit 96 - Breakthrough Pain Brochure (TEVA_MDL_A_01402424))(Chalos, Mark) (Entered: 08/13/2019) |
| 08/13/2019 | [2252] | Appendix *[Part 17] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 84 part 1* filed by Plaintiffs' Executive Committee. Related document(s) |

| | | |
|---|---|---|
| | | 2220 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2253 | **SEALED Document:***[Part 1] Plaintiffs Consolidated Memorandum in Opposition to Defendants Motion to Exclude Craig McCann and James Rafalski* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1785 , 1884 , 1903 , 1783 , 2112 , 1900 . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | 2254 | **SEALED Document:***[Part 2, Exhibits 8-14] Plaintiffs Consolidated Memorandum in Opposition to Defendants Motion to Exclude Craig McCann and James Rafalski* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1785 , 1884 , 1903 , 1783 , 2112 , 1900 . (Attachments: # 1 Exhibit 9, # 2 Exhibit 10, # 3 Exhibit 11, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | 2255 | Appendix *[Part 18] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 84 part 2* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 85, # 2 Exhibit 86, # 3 Exhibit 87, # 4 Exhibit 88, # 5 Exhibit 89, # 6 Errata 90, # 7 Exhibit 91, # 8 Exhibit 92, # 9 Exhibit 93, # 10 Exhibit 94, # 11 Exhibit 95, # 12 Exhibit 96, # 13 Exhibit 97, # 14 Exhibit 98, # 15 Exhibit 99, # 16 Exhibit 100, # 17 Exhibit 101)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2256 | **SEALED Document:***[Part 3, Exhibit 15] Plaintiffs Consolidated Memorandum in Opposition to Defendants Motion to Exclude Craig McCann and James Rafalski* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1785 , 1884 , 1903 , 1783 , 2112 , 1900 . (Attachments: # 1 Exhibit 15, part 2, # 2 Exhibit 15, part 3, # 3 Exhibit 15, part 4)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | 2257 | Appendix *[Part 19] Exhibits (redacted version) to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 102* filed by Plaintiffs' Executive Committee. Related document(s) 2220 . (Attachments: # 1 Exhibit 103, # 2 Exhibit 104, # 3 Exhibit 105, # 4 Exhibit 106, # 5 Exhibit 107, # 6 Exhibit 108, # 7 Exhibit 109, # 8 Exhibit 110, # 9 Exhibit 111, # 10 Exhibit 112, # 11 Exhibit 113, # 12 Exhibit 114, # 13 Exhibit 115, # 14 Exhibit 116, # 15 Exhibit 117, # 16 Exhibit 118, # 17 Exhibit 119, # 18 Exhibit 120, # 19 Exhibit 121, # 20 Exhibit 122, # 21 Exhibit 123)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2258 | **SEALED Document:***[Part 4, Exhibits 16-17] Plaintiffs Consolidated Memorandum in Opposition to Defendants Motion to Exclude Craig McCann and James Rafalski* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1785 , 1884 , 1903 , 1783 , 2112 , 1900 . (Attachments: # 1 Exhibit 17)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | 2259 | **SEALED Document:***Appendix Part 9 - Exhibits in Support of 2183 Opposition to 1904 Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims, 1930 Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, and 1692 Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* filed by Plaintiffs' Executive |

| | | |
|---|---|---|
| | | Committee. Related document(s) 1813 , 2183 . (Attachments: # 1 Exhibit 502, # 2 Exhibit 503, # 3 Exhibit 504, # 4 Exhibit 505, # 5 Exhibit 506, # 6 Exhibit 507, # 7 Exhibit 508, # 8 Exhibit 509, # 9 Exhibit 510, # 10 Exhibit 511, # 11 Exhibit 512, # 12 Exhibit 513, # 13 Exhibit 514, # 14 Exhibit 515, # 15 Exhibit 516, # 16 Exhibit 517, # 17 Exhibit 518, # 18 Exhibit 519, # 19 Exhibit 520, # 20 Exhibit 521, # 21 Exhibit 522, # 22 Exhibit 523, # 23 Exhibit 524, # 24 Exhibit 525, # 25 Exhibit 526, # 26 Exhibit 527, # 27 Exhibit 528, # 28 Exhibit 529, # 29 Exhibit 530, # 30 Exhibit 531, # 31 Exhibit 532, # 32 Exhibit 533, # 33 Exhibit 534, # 34 Exhibit 535, # 35 Exhibit 536, # 36 Exhibit 537, # 37 Exhibit 538, # 38 Exhibit 539A, # 39 Exhibit 539B, # 40 Exhibit 540, # 41 Exhibit 541, # 42 Exhibit 542, # 43 Exhibit 543, # 44 Exhibit 544, # 45 Exhibit 545, # 46 Exhibit 546, # 47 Exhibit 547, # 48 Exhibit 548, # 49 Exhibit 549, # 50 Exhibit 550, # 51 Exhibit 551, # 52 Exhibit 552, # 53 Exhibit 553, # 54 Exhibit 554, # 55 Exhibit 555, # 56 Exhibit 556, # 57 Exhibit 557, # 58 Exhibit 558, # 59 Exhibit 559, # 60 Exhibit 560, # 61 Exhibit 561A, # 62 Exhibit 561B, # 63 Exhibit 562, # 64 Exhibit 563, # 65 Exhibit 564, # 66 Exhibit 565, # 67 Exhibit 566, # 68 Exhibit 567, # 69 Exhibit 568, # 70 Exhibit 569, # 71 Exhibit 570, # 72 Exhibit 571, # 73 Exhibit 572, # 74 Exhibit 573, # 75 Exhibit 574, # 76 Exhibit 575, # 77 Exhibit 576A, # 78 Exhibit 576B, # 79 Exhibit 577A, # 80 Exhibit 577B, # 81 Exhibit 578, # 82 Exhibit 579, # 83 Exhibit 580, # 84 Exhibit 581, # 85 Exhibit 582, # 86 Exhibit 583, # 87 Exhibit 584, # 88 Exhibit 585, # 89 Exhibit 586, # 90 Exhibit 587, # 91 Exhibit 588, # 92 Exhibit 589, # 93 Exhibit 590, # 94 Exhibit 591, # 95 Exhibit 592, # 96 Exhibit 593, # 97 Exhibit 594, # 98 Exhibit 595, # 99 Exhibit 596, # 100 Exhibit 597, # 101 Exhibit 598, # 102 Exhibit 599, # 103 Exhibit 600)(Pifko, Mark) (Entered: 08/13/2019) |
| 08/13/2019 | 2260 | **Opposition** to 1884 SEALED Motion *Defendants' Daubert Motion to Exclude the Opinions Offered by James Rafalski* 1813 , 1785 , 1903 **SEALED Motion** *for Order* 1813 , 441 , 1900 **Motion** to strike */Defendants' Daubert Motion to Exclude the Opinions Offered by James Rafalski [Part 1] (Redacted) Plaintiffs Consolidated Memorandum in Opposition to Defendants Motion to Exclude Craig McCann and James Rafalski* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 Redacted, # 5 Exhibit 5 Sealed, # 6 Exhibit 6, # 7 Exhibit 7)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | 2261 | **SEALED Document:***Appendix Part 10 - Exhibits in Support of 2183 Opposition to 1904 Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims, 1930 Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, and 1692 Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2183 . (Attachments: # 1 Exhibit 602, # 2 Exhibit 603, # 3 Exhibit 604, # 4 Exhibit 605, # 5 Exhibit 606, # 6 Exhibit 607, # 7 Exhibit 608, # 8 Exhibit 609, # 9 Exhibit 610, # 10 Exhibit 611, # 11 Exhibit 612, # 12 Exhibit 613, # 13 Exhibit 614, # 14 Exhibit 615, # 15 Exhibit 616, # 16 Exhibit 617, # 17 Exhibit 618, # 18 Exhibit 619, # 19 Exhibit 620, # 20 Exhibit 621, # 21 Exhibit 622, # 22 Exhibit 623, # 23 Exhibit 624, # 24 Exhibit 625, # 25 Exhibit 627, # 26 Exhibit 628, # 27 Exhibit 629, # 28 Exhibit 630, # 29 Exhibit 631, # 30 Exhibit 632, # 31 Exhibit 633, # 32 Exhibit 634, # 33 Exhibit 635, # 34 Exhibit 636, # 35 Exhibit 637, # 36 Exhibit 638, # 37 Exhibit 639, # 38 Exhibit 640, # 39 Exhibit 641, # 40 Exhibit 642, # 41 Exhibit 643, # 42 Exhibit 644, # 43 |

| | | |
|---|---|---|
| | | Exhibit 645, # [44](#) Exhibit 646, # [45](#) Exhibit 647, # [46](#) Exhibit 648, # [47](#) Exhibit 649, # [48](#) Exhibit 650, # [49](#) Exhibit 651, # [50](#) Exhibit 652, # [51](#) Exhibit 653, # [52](#) Exhibit 654, # [53](#) Exhibit 655, # [54](#) Exhibit 656, # [55](#) Exhibit 657, # [56](#) Exhibit 658, # [57](#) Exhibit 659, # [58](#) Exhibit 660, # [59](#) Exhibit 661, # [60](#) Exhibit 662, # [61](#) Exhibit 663, # [62](#) Exhibit 664, # [63](#) Exhibit 665, # [64](#) Exhibit 666, # [65](#) Exhibit 667A, # [66](#) Exhibit 667B, # [67](#) Exhibit 667C, # [68](#) Exhibit 668, # [69](#) Exhibit 669, # [70](#) Exhibit 670, # [71](#) Exhibit 671, # [72](#) Exhibit 672, # [73](#) Exhibit 673, # [74](#) Exhibit 674A, # [75](#) Exhibit 674B, # [76](#) Exhibit 674C, # [77](#) Exhibit 674D, # [78](#) Exhibit 674E, # [79](#) Exhibit 674F, # [80](#) Exhibit 674G, # [81](#) Exhibit 674H, # [82](#) Exhibit 674I, # [83](#) Exhibit 675, # [84](#) Exhibit 676, # [85](#) Exhibit 677, # [86](#) Exhibit 678, # [87](#) Exhibit 679, # [88](#) Exhibit 680, # [89](#) Exhibit 682, # [90](#) Exhibit 683, # [91](#) Exhibit 684, # [92](#) Exhibit 685, # [93](#) Exhibit 686, # [94](#) Exhibit 687, # [95](#) Exhibit 688, # [96](#) Exhibit 689, # [97](#) Exhibit 690, # [98](#) Exhibit 691, # [99](#) Exhibit 692, # [100](#) Exhibit 693)(Pifko, Mark) (Entered: 08/13/2019) |
| 08/13/2019 | [2262](#) | Appendix *[Part 2, Exhibits 8-14] (Redacted) Plaintiffs Consolidated Memorandum in Opposition to Defendants Motion to Exclude Craig McCann and James Rafalski* filed by Plaintiffs' Executive Committee. Related document(s) [1785](#) , [1884](#) , [1903](#) , [2260](#) , [1783](#) , [2112](#) , [1900](#) . (Attachments: # [1](#) Exhibit 9, # [2](#) Exhibit 10, # [3](#) Exhibit 11, # [4](#) Exhibit 12 Redacted, # [5](#) Exhibit 13 Redacted, # [6](#) Exhibit 14)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | [2263](#) | Appendix *[Part 3, Exhibit 15] (Redacted) Plaintiffs Consolidated Memorandum in Opposition to Defendants Motion to Exclude Craig McCann and James Rafalski* filed by Plaintiffs' Executive Committee. Related document(s) [1785](#) , [1884](#) , [1903](#) , [2260](#) , [1783](#) , [2112](#) , [1900](#) . (Attachments: # [1](#) Exhibit 15, part 2, redacted, # [2](#) Exhibit 15, part 3, redacted, # [3](#) Exhibit 15, part 4, redacted)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | [2264](#) | Appendix *[Part 4, Exhibits 16-17] (Redacted) Plaintiffs Consolidated Memorandum in Opposition to Defendants Motion to Exclude Craig McCann and James Rafalski* filed by Plaintiffs' Executive Committee. Related document(s) [1785](#) , [1884](#) , [1900](#) , [1903](#) , [2260](#) , [1783](#) , [2112](#) . (Attachments: # [1](#) Exhibit 17)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | [2265](#) | Appendix *[Part 1] Exhibits to Memorandum in Opposition to [1940](#) Allergan Defendants' Motion for Summary Judgment; Exhibit 1* filed by Plaintiffs' Executive Committee. Related document(s) [2219](#) . (Attachments: # [1](#) Exhibit 2, # [2](#) Exhibit 3, # [3](#) Exhibit 4, # [4](#) Exhibit 5, # [5](#) Exhibit 6)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | [2266](#) | Appendix *[Part 2] Exhibits to Memorandum in Opposition to [1940](#) Allergan Defendants' Motion for Summary Judgment; Exhibit 7 part 1* filed by Plaintiffs' Executive Committee. Related document(s) [2219](#) . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | [2267](#) | Appendix *[Part 3] Exhibits to Memorandum in Opposition to [1940](#) Allergan Defendants' Motion for Summary Judgment; Exhibit 7 part 2* filed by Plaintiffs' Executive Committee. Related document(s) [2219](#) . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | [2268](#) | Appendix *[Part 4] Exhibits to Memorandum in Opposition to [1940](#) Allergan Defendants' Motion for Summary Judgment; Exhibit 7 part 3* filed by Plaintiffs' |

| | | |
|---|---|---|
| | | Executive Committee. Related document(s) 2219 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2269 | Appendix *[Part 5] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 7 part 4* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2270 | Appendix *[Part 6] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 8* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Attachments: # 1 Exhibit 9, # 2 Exhibit 10)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2271 | **SEALED Document:***[Part 1] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1778 , 1898 , 2105 , 1907 . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | 2272 | Appendix *[Part 7] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 11 part 1* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2273 | Appendix *[Part 8] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 11 part 2* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2274 | **SEALED Document:***[Part 2, Exhibits 7-23] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1778 , 1898 , 2105 , 1907 . (Attachments: # 1 Exhibit 8, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11, # 5 Exhibit 12, # 6 Exhibit 13, # 7 Exhibit 14, # 8 Exhibit 15, # 9 Exhibit 16, # 10 Exhibit 17, # 11 Exhibit 18, # 12 Exhibit 19, # 13 Exhibit 20, # 14 Exhibit 21, # 15 Exhibit 22, # 16 Exhibit 23)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | 2275 | Appendix *[Part 9] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 11 part 3* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Attachments: # 1 Exhibit 12)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2276 | Appendix *[Part 10] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 13 part 1* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2277 | **SEALED Document:***[Part 3, Exhibits 24-28] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1778 , 1898 , 2105 , 1907 . (Attachments: # 1 Exhibit 25, # 2 Exhibit 26, # 3 Exhibit 27, # 4 Exhibit 28)(Kawamoto, Dean) (Entered: 08/13/2019) |

| 08/13/2019 | 2278 | Appendix *[Part 11] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 13 part 2* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Baig, Aelish) (Entered: 08/13/2019) |
|---|---|---|
| 08/13/2019 | 2279 | Appendix *[Part 12] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 14 part 1* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2280 | **SEALED Document:***[Part 4, Exhibit 29] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1778 , 1898 , 2105 , 1907 . (Attachments: # 1 Exhibit 29, part 2)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | 2281 | Appendix *[Part 13] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 14 part 2* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Attachments: # 1 Exhibit 15, # 2 Exhibit 16, # 3 Exhibit 17, # 4 Exhibit 18, # 5 Exhibit 19, # 6 Exhibit 20, # 7 Exhibit 21)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2282 | **SEALED Document:***[Part 5, Exhibits 30-31] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1778 , 1898 , 2105 , 1907 . (Attachments: # 1 Exhibit 31)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | 2283 | Appendix *[Part 14] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 22 part 1* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2284 | Appendix *[Part 15] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 22 part 2* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2285 | **SEALED Document:***[Part 6, Exhibit 32] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1778 , 1898 , 2105 , 1907 . (Attachments: # 1 Exhibit 32, part 2, # 2 Exhibit 32, part 3)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | 2286 | Appendix *[Part 16] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 23* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Attachments: # 1 Exhibit 24, # 2 Exhibit 25, # 3 Exhibit 26, # 4 Exhibit 27, # 5 Exhibit 28, # 6 Exhibit 29, # 7 Exhibit 30)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | 2287 | Appendix *[Part 17] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 31a* filed by Plaintiffs' Executive Committee. Related document(s) 2219 . (Attachments: # 1 Exhibit 31b, # 2 Exhibit 32, # 3 Exhibit 33, # 4 Exhibit 34, # 5 Exhibit 35, # 6 Exhibit 36, # 7 |

| | | |
|---|---|---|
| | | Exhibit 37, # <u>8</u> Exhibit 38, # <u>9</u> Exhibit 39, # <u>10</u> Exhibit 40, # <u>11</u> Exhibit 41, # <u>12</u> Exhibit 42, # <u>13</u> Exhibit 43, # <u>14</u> Exhibit 44, # <u>15</u> Exhibit 45, # <u>16</u> Exhibit 46, # <u>17</u> Exhibit 47, # <u>18</u> Exhibit 48, # <u>19</u> Exhibit 49, # <u>20</u> Exhibit 50, # <u>21</u> Exhibit 51, # <u>22</u> Exhibit 52, # <u>23</u> Exhibit 53, # <u>24</u> Exhibit 54, # <u>25</u> Exhibit 55, # <u>26</u> Exhibit 56, # <u>27</u> Exhibit 57)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2288</u> | **SEALED Document:***[Part 7, Exhibits 33-48] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>1778</u> , <u>1898</u> , <u>2105</u> , <u>1907</u> . (Attachments: # <u>1</u> Exhibit 34, # <u>2</u> Exhibit 35, # <u>3</u> Exhibit 36, # <u>4</u> Exhibit 37, # <u>5</u> Exhibit 38, # <u>6</u> Exhibit 39, # <u>7</u> Exhibit 40, # <u>8</u> Exhibit 41, # <u>9</u> Exhibit 42, # <u>10</u> Exhibit 43, # <u>11</u> Exhibit 44, # <u>12</u> Exhibit 45, # <u>13</u> Exhibit 46, # <u>14</u> Exhibit 47, # <u>15</u> Exhibit 48)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2289</u> | Appendix *[Part 18] Exhibits to Memorandum in Opposition to <u>1940</u> Allergan Defendants' Motion for Summary Judgment; Exhibit 58* filed by Plaintiffs' Executive Committee. Related document(s) <u>2219</u> . (Attachments: # <u>1</u> Exhibit 59, # <u>2</u> Exhibit 60, # <u>3</u> Exhibit 61, # <u>4</u> Exhibit 62, # <u>5</u> Exhibit 63, # <u>6</u> Exhibit 64, # <u>7</u> Exhibit 65, # <u>8</u> Exhibit 66)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2290</u> | Appendix *[Part 19] Exhibits to Memorandum in Opposition to <u>1940</u> Allergan Defendants' Motion for Summary Judgment; Exhibit 67* filed by Plaintiffs' Executive Committee. Related document(s) <u>2219</u> . (Attachments: # <u>1</u> Exhibit 68, # <u>2</u> Exhibit 69, # <u>3</u> Exhibit 70, # <u>4</u> Exhibit 71, # <u>5</u> Exhibit 72, # <u>6</u> Exhibit 73, # <u>7</u> Exhibit 74, # <u>8</u> Exhibit 75, # <u>9</u> Exhibit 76, # <u>10</u> Exhibit 77)(Baig, Aelish) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2291</u> | **SEALED Document:***[Part 8, Exhibits 49-84] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>1778</u> , <u>1898</u> , <u>2105</u> , <u>1907</u> . (Attachments: # <u>1</u> Exhibit 50, # <u>2</u> Exhibit 51, # <u>3</u> Exhibit 52, # <u>4</u> Exhibit 53, # <u>5</u> Exhibit 54, # <u>6</u> Exhibit 55, # <u>7</u> Exhibit 56, # <u>8</u> Exhibit 57, # <u>9</u> Exhibit 58, # <u>10</u> Exhibit 59, # <u>11</u> Exhibit 60, # <u>12</u> Exhibit 61, # <u>13</u> Exhibit 62, # <u>14</u> Exhibit 63, # <u>15</u> Exhibit 64, # <u>16</u> Exhibit 65, # <u>17</u> Exhibit 66, # <u>18</u> Exhibit 67, # <u>19</u> Exhibit 68, # <u>20</u> Exhibit 69, # <u>21</u> Exhibit 70, # <u>22</u> Exhibit 71, # <u>23</u> Exhibit 72, # <u>24</u> Exhibit 73, # <u>25</u> Exhibit 74, # <u>26</u> Exhibit 75, # <u>27</u> Exhibit 76, # <u>28</u> Exhibit 77, # <u>29</u> Exhibit 78, # <u>30</u> Exhibit 79, # <u>31</u> Exhibit 80, # <u>32</u> Exhibit 81, # <u>33</u> Exhibit 82, # <u>34</u> Exhibit 83, # <u>35</u> Exhibit 84)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2292</u> | **SEALED Document:***[Part 9, Exhibits 85-106] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>1778</u> , <u>1898</u> , <u>2105</u> , <u>1907</u> . (Attachments: # <u>1</u> Exhibit 86, # <u>2</u> Exhibit 87, # <u>3</u> Exhibit 88, # <u>4</u> Exhibit 89, # <u>5</u> Exhibit 90, # <u>6</u> Exhibit 91, # <u>7</u> Exhibit 92, # <u>8</u> Exhibit 93, # <u>9</u> Exhibit 94, # <u>10</u> Exhibit 95, # <u>11</u> Exhibit 96, # <u>12</u> Exhibit 97, # <u>13</u> Exhibit 98, # <u>14</u> Exhibit 99, # <u>15</u> Exhibit 100, # <u>16</u> Exhibit 101, # <u>17</u> Exhibit 102, # <u>18</u> Exhibit 103, # <u>19</u> Exhibit 104, # <u>20</u> Exhibit 105, # <u>21</u> Exhibit 106)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2293</u> | **Opposition** to <u>1898</u> **SEALED Motion** *for Partial Summary Judgment* <u>1813</u> , <u>1778</u> , <u>1907</u> **Motion** for partial summary judgment *[Part 1] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit |

| | | |
|---|---|---|
| | | 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/13/2019 | <u>2294</u> | Appendix *[Part 2, Exhibits 7-23] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1778</u> , <u>1898</u> , <u>2293</u> , <u>1813</u> , <u>2105</u> , <u>1907</u> . (Attachments: # <u>1</u> Exhibit 8, # <u>2</u> Exhibit 9, # <u>3</u> Exhibit 10, # <u>4</u> Exhibit 11, # <u>5</u> Exhibit 12, # <u>6</u> Exhibit 13, # <u>7</u> Exhibit 14, # <u>8</u> Exhibit 15, # <u>9</u> Exhibit 16, # <u>10</u> Exhibit 17, # <u>11</u> Exhibit 18, # <u>12</u> Exhibit 19, # <u>13</u> Exhibit 20, # <u>14</u> Exhibit 21, # <u>15</u> Exhibit 22, # <u>16</u> Exhibit 23)(Kawamoto, Dean) (Entered: 08/13/2019) |
| 08/14/2019 | <u>2295</u> | Appendix *[Part 3, Exhibits 24-28] (Redacted) Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1778</u> , <u>1898</u> , <u>2293</u> , <u>1813</u> , <u>2105</u> , <u>1907</u> . (Attachments: # <u>1</u> Exhibit 25, Redacted, # <u>2</u> Exhibit 26, # <u>3</u> Exhibit 27, # <u>4</u> Exhibit 28)(Kawamoto, Dean) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2296</u> | Appendix *[Part 4, Exhibit 29] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1778</u> , <u>1898</u> , <u>2293</u> , <u>1813</u> , <u>1907</u> , <u>2105</u> . (Attachments: # <u>1</u> Exhibit 29, part 2)(Kawamoto, Dean) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2297</u> | Appendix *[Part 5, Exhibits 30-31] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1778</u> , <u>1898</u> , <u>2293</u> , <u>1813</u> , <u>1907</u> , <u>2105</u> . (Attachments: # <u>1</u> Exhibit 31)(Kawamoto, Dean) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2298</u> | Appendix *[Part 6, Exhibit 32] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1778</u> , <u>1898</u> , <u>2293</u> , <u>1813</u> , <u>2105</u> , <u>1907</u> . (Attachments: # <u>1</u> Exhibit 32, part 2, # <u>2</u> Exhibit 32, part 3)(Kawamoto, Dean) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2299</u> | Appendix *[Part 7, Exhibits 33-48] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1778</u> , <u>1898</u> , <u>2293</u> , <u>1813</u> , <u>2105</u> , <u>1907</u> . (Attachments: # <u>1</u> Exhibit 34, # <u>2</u> Exhibit 35, # <u>3</u> Exhibit 36, # <u>4</u> Exhibit 37, # <u>5</u> Exhibit 38, # <u>6</u> Exhibit 39, # <u>7</u> Exhibit 40, # <u>8</u> Exhibit 41, # <u>9</u> Exhibit 42, # <u>10</u> Exhibit 43, # <u>11</u> Exhibit 44, # <u>12</u> Exhibit 45, # <u>13</u> Exhibit 46, # <u>14</u> Exhibit 47, # <u>15</u> Exhibit 48)(Kawamoto, Dean) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2300</u> | Appendix *[Part 8, Exhibits 49-84] Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>1778</u> , <u>1898</u> , <u>2293</u> , <u>2105</u> , <u>1907</u> . (Attachments: # <u>1</u> Exhibit 50, # <u>2</u> Exhibit 51, # <u>3</u> Exhibit 52, # <u>4</u> Exhibit 53, # <u>5</u> Exhibit 54, # <u>6</u> Exhibit 55, # <u>7</u> Exhibit 56, # <u>8</u> Exhibit 57, # <u>9</u> Exhibit 58, # <u>10</u> Exhibit 59, # <u>11</u> Exhibit 60, # <u>12</u> Exhibit 61, # <u>13</u> Exhibit 62, # <u>14</u> Exhibit 63, # <u>15</u> Exhibit 64, # <u>16</u> Exhibit 65, # <u>17</u> Exhibit 66, # <u>18</u> Exhibit 67, # <u>19</u> Exhibit 68, # <u>20</u> Exhibit 69, # <u>21</u> Exhibit 70, # <u>22</u> Exhibit 71, # <u>23</u> Exhibit 72, # <u>24</u> Exhibit 73, # <u>25</u> Exhibit 74, # <u>26</u> Exhibit 75, # <u>27</u> Exhibit 76, # <u>28</u> Exhibit 77, # <u>29</u> Exhibit 78, # <u>30</u> Exhibit 79, # <u>31</u> Exhibit 80, # <u>32</u> Exhibit 81, # <u>33</u> Exhibit 82, # <u>34</u> Exhibit 83, # <u>35</u> Exhibit 84)(Kawamoto, Dean) (Entered: 08/14/2019) |

| | | |
|---|---|---|
| 08/14/2019 | 2301 | Appendix *[Part 9, Exhibits 85-106] (Redacted) Plaintiffs Memorandum in Opposition to Defendant Mallinckrodts Motion for Partial Summary Judgment* filed by Plaintiffs' Executive Committee. Related document(s) 1778 , 1898 , 2293 , 1813 , 2105 , 1907 . (Attachments: # 1 Exhibit 86, # 2 Exhibit 87, # 3 Exhibit 88, # 4 Exhibit 89, # 5 Exhibit 90, # 6 Exhibit 91, # 7 Exhibit 92, Redacted, # 8 Exhibit 93, Redacted, # 9 Exhibit 94, # 10 Exhibit 95, # 11 Exhibit 96, # 12 Exhibit 97, # 13 Exhibit 98, # 14 Exhibit 99, # 15 Exhibit 100, # 16 Exhibit 101, # 17 Exhibit 102, # 18 Exhibit 103, # 19 Exhibit 104, # 20 Exhibit 105, # 21 Exhibit 106)(Kawamoto, Dean) (Entered: 08/14/2019) |
| 08/14/2019 | | **Order** [non-document] - During the monthly status teleconference held on August 13, 2019, it was brought to the Court's attention that there is an issue regarding whether the parties in the October 2019 trial should stipulate to the admission and authenticity of the ARCOS data and the analytical summaries and charts created therefrom. Following discussion, the Court directed the parties to stipulate to the admission and authenticity of the ARCOS data, but would not direct the parties to stipulate to the charts or summaries - a subject that is addressed in Rule 1006 of the Federal Rules of Evidence. Judge Dan Aaron Polster on 8/14/19. (P,R) (Entered: 08/14/2019) |
| 08/14/2019 | 2302 | **SEALED Document:***[Part 1] Exhibits to Plaintiffs' Memorandum of Law in Opposition to Non-RICO Small Distributors' Motion for Summary Judgment Based on their De Minimis Status; Exhibit 1* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2200 . (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19, # 19 Exhibit 20, # 20 Exhibit 21, # 21 Exhibit 22, # 22 Exhibit 23, # 23 Exhibit 24, # 24 Exhibit 25, # 25 Exhibit 26, # 26 Exhibit 27, # 27 Exhibit 28, # 28 Exhibit 29, # 29 Exhibit 30, # 30 Exhibit 31, # 31 Exhibit 32, # 32 Exhibit 33, # 33 Exhibit 34, # 34 Exhibit 35, # 35 Exhibit 36, # 36 Exhibit 37, # 37 Exhibit 38, # 38 Exhibit 39, # 39 Exhibit 40)(Dolejsi, Holly) (Entered: 08/14/2019) |
| 08/14/2019 | 2303 | **SEALED Document:***[Part 2] Exhibits to Plaintiffs' Memorandum of Law in Opposition to Non-RICO Small Distributors' Motion for Summary Judgment Based on their De Minimis Status; Exhibit 41* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2200 . (Attachments: # 1 Exhibit 42, # 2 Exhibit 43, # 3 Exhibit 44, # 4 Exhibit 45, # 5 Exhibit 46, # 6 Exhibit 47, # 7 Exhibit 48, # 8 Exhibit 49, # 9 Exhibit 50, # 10 Exhibit 51, # 11 Exhibit 52, # 12 Exhibit 53, # 13 Exhibit 54, # 14 Exhibit 55)(Dolejsi, Holly) (Entered: 08/14/2019) |
| 08/14/2019 | 2304 | **Response** to 1890 **Motion** for partial summary judgment *ADJUDICATION OF THEIR EQUITABLE CLAIMS FOR ABATEMENT OF AN ABSOLUTE PUBLIC NUISANCE,* 1880 **SEALED Motion** *OF PLAINTIFFS CUYAHOGA AND SUMMIT COUNTIES FOR PARTIAL SUMMARY ADJUDICATION OF THEIR EQUITABLE CLAIMS FOR ABATEMENT OF AN ABSOLUTE PUBLIC NUISANCE* 1813 *by Pharmacy Defendants* filed by Rite Aid of Maryland, Inc.. (Moore, Kelly) (Entered: 08/14/2019) |

| 08/14/2019 | 2305 | **SEALED Document:** *[Part 3] Exhibits to Plaintiffs' Memorandum of Law in Opposition to Non-RICO Small Distributors' Motion for Summary Judgment Based on their De Minimis Status; Exhibit 56 (Part 1)* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2200 . (Attachments: # 1 Exhibit 56 (Part 2), # 2 Exhibit 57)(Dolejsi, Holly) (Entered: 08/14/2019) |
|---|---|---|
| 08/14/2019 | 2306 | Appendix *(Part 1) Exhibits to Plaintiffs' Memorandum of Law in Opposition to Non-RICO Small Distributors' Motion for Summary Judgment Based on their De Minimis Status (Redacted Version); Exhibit 1* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2201 . (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19, # 19 Exhibit 20, # 20 Exhibit 21, # 21 Exhibit 22, # 22 Exhibit 23, # 23 Exhibit 24, # 24 Exhibit 25, # 25 Exhibit 26, # 26 Exhibit 27, # 27 Exhibit 28, # 28 Exhibit 29)(Dolejsi, Holly) (Entered: 08/14/2019) |
| 08/14/2019 | 2307 | Appendix *(Part 2) Exhibits to Plaintiffs' Memorandum of Law in Opposition to Non-RICO Small Distributors' Motion for Summary Judgment Based on their De Minimis Status (Redacted Version); Exhibit 30* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2201 . (Attachments: # 1 Exhibit 31, # 2 Exhibit 32, # 3 Exhibit 33, # 4 Exhibit 34, # 5 Exhibit 35, # 6 Exhibit 36, # 7 Exhibit 37, # 8 Exhibit 38, # 9 Exhibit 39, # 10 Exhibit 40, # 11 Exhibit 41, # 12 Exhibit 42, # 13 Exhibit 43, # 14 Exhibit 44, # 15 Exhibit 45, # 16 Exhibit 46, # 17 Exhibit 47, # 18 Exhibit 48, # 19 Exhibit 49, # 20 Exhibit 50, # 21 Exhibit 51, # 22 Exhibit 52, # 23 Exhibit 53, # 24 Exhibit 54, # 25 Exhibit 55, # 26 Exhibit 56, # 27 Exhibit 57)(Dolejsi, Holly) (Entered: 08/14/2019) |
| 08/14/2019 | 2308 | **SEALED Document:** *[Part 1] Exhibits to Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 , 2149 . (Attachments: # 1 Appendix A, # 2 Affidavit Swift Declaration, # 3 Exhibit Swift Decl. Ex. 1, # 4 Exhibit Swift Decl. Ex. 2, # 5 Exhibit Swift Decl. Ex. 3, # 6 Exhibit Swift Decl. Ex. 4, # 7 Exhibit Swift Decl. Ex. 5, # 8 Exhibit Swift Decl. Ex. 6, # 9 Exhibit Swift Decl. Ex. 7, # 10 Exhibit Swift Decl. Ex. 8, # 11 Exhibit Swift Decl. Ex. 9, # 12 Exhibit Swift Decl. Ex. 10, # 13 Exhibit Swift Decl. Ex. 11, # 14 Exhibit Swift Decl. Ex. 12, # 15 Exhibit Swift Decl. Ex. 13, # 16 Exhibit Swift Decl. Ex. 14, # 17 Exhibit Swift Decl. Ex. 15, # 18 Exhibit Swift Decl. Ex. 16, # 19 Exhibit Swift Decl. Ex. 17, # 20 Exhibit Swift Decl. Ex. 18, # 21 Exhibit Swift Decl. Ex. 19, # 22 Exhibit Swift Decl. Ex. 20, # 23 Exhibit Swift Decl. Ex. 21, # 24 Exhibit Swift Decl. Ex. 22, # 25 Exhibit Swift Decl. Ex. 23, # 26 Exhibit Swift Decl. Ex. 24, # 27 Exhibit Swift Decl. Ex. 25)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | 2309 | **SEALED Document:** *[Part 2] Exhibits to Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related |

| | | |
|---|---|---|
| | | document(s) 1813 , 2149 . (Attachments: # 1 Exhibit Swift Decl. Ex. 26, # 2 Exhibit Swift Decl. Ex. 27, # 3 Exhibit Swift Decl. Ex. 28, # 4 Exhibit Swift Decl. Ex. 29, # 5 Exhibit Swift Decl. Ex. 30, # 6 Exhibit Swift Decl. Ex. 31, # 7 Exhibit Swift Decl. Ex. 32, # 8 Exhibit Swift Decl. Ex. 33, # 9 Exhibit Swift Decl. Ex. 34, # 10 Exhibit Swift Decl. Ex. 35, # 11 Exhibit Swift Decl. Ex. 36, # 12 Exhibit Swift Decl. Ex. 37, # 13 Exhibit Swift Decl. Ex. 38, # 14 Exhibit Swift Decl. Ex. 39, # 15 Exhibit Swift Decl. Ex. 40, # 16 Exhibit Swift Decl. Ex. 41, # 17 Exhibit Swift Decl. Ex. 42, # 18 Exhibit Swift Decl. Ex. 43, # 19 Exhibit Swift Decl. Ex. 44, # 20 Exhibit Swift Decl. Ex. 45, # 21 Exhibit Swift Decl. Ex. 46, # 22 Exhibit Swift Decl. Ex. 47, # 23 Exhibit Swift Decl. Ex. 48, # 24 Exhibit Swift Decl. Ex. 49, # 25 Exhibit Swift Decl. Ex. 50)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | 2310 | **SEALED Document:***[Part 3] Exhibits to Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 , 2149 . (Attachments: # 1 Exhibit Swift Decl. Ex. 51, # 2 Exhibit Swift Decl. Ex. 52, # 3 Exhibit Swift Decl. Ex. 53, # 4 Exhibit Swift Decl. Ex. 54, # 5 Exhibit Swift Decl. Ex. 55, # 6 Exhibit Swift Decl. Ex. 56, # 7 Exhibit Swift Decl. Ex. 57, # 8 Exhibit Swift Decl. Ex. 58, # 9 Exhibit Swift Decl. Ex. 59, # 10 Exhibit Swift Decl. Ex. 60, # 11 Exhibit Swift Decl. Ex. 61, # 12 Exhibit Swift Decl. Ex. 62, # 13 Exhibit Swift Decl. Ex. 63, # 14 Exhibit Swift Decl. Ex. 64, # 15 Exhibit Swift Decl. Ex. 65, # 16 Exhibit Swift Decl. Ex. 66, # 17 Exhibit Swift Decl. Ex. 67, # 18 Exhibit Swift Decl. Ex. 68, # 19 Exhibit Swift Decl. Ex. 69, # 20 Exhibit Swift Decl. Ex. 70, # 21 Exhibit Swift Decl. Ex. 71, # 22 Exhibit Swift Decl. Ex. 72, # 23 Exhibit Swift Decl. Ex. 73, # 24 Exhibit Swift Decl. Ex. 74, # 25 Exhibit Swift Decl. Ex. 75, # 26 Exhibit Swift Decl. Ex. 76, # 27 Exhibit Swift Decl. Ex. 77, # 28 Exhibit Swift Decl. Ex. 78, # 29 Exhibit Swift Decl. Ex. 79, # 30 Exhibit Swift Decl. Ex. 80, # 31 Exhibit Swift Decl. Ex. 81, # 32 Exhibit Swift Decl. Ex. 82, # 33 Exhibit Swift Decl. Ex. 83, # 34 Exhibit Swift Decl. Ex. 84, # 35 Exhibit Swift Decl. Ex. 85, # 36 Exhibit Swift Decl. Ex. 86, # 37 Exhibit Swift Decl. Ex. 87, # 38 Exhibit Swift Decl. Ex. 88, # 39 Exhibit Swift Decl. Ex. 89, # 40 Exhibit Swift Decl. Ex. 90, # 41 Exhibit Swift Decl. Ex. 91, # 42 Exhibit Swift Decl. Ex. 92, # 43 Exhibit Swift Decl. Ex. 93, # 44 Exhibit Swift Decl. Ex. 94, # 45 Exhibit Swift Decl. Ex. 95, # 46 Exhibit Swift Decl. Ex. 96, # 47 Exhibit Swift Decl. Ex. 97, # 48 Exhibit Swift Decl. Ex. 98, # 49 Exhibit Swift Decl. Ex. 99, # 50 Exhibit Swift Decl. Ex. 100)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | 2311 | Appendix *Appendix Part 1 - Redacted Exhibits in Support of 2182 Opposition to 1904 SEALED Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims 1813 , 1930 Motion for summary judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 SEALED Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim 441 , 1692 SEALED Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim 441 , 1689* filed by Plaintiffs' Executive Committee. Related document(s) 2182 . (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19, # 19 Exhibit 20, # 20 Exhibit 21A, # 21 Exhibit 21B, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, |

| | | |
|---|---|---|
| | | # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47A, # 48 Exhibit 47B, # 49 Exhibit 47C, # 50 Exhibit 47D, # 51 Exhibit 48A, # 52 Exhibit 48B, # 53 Exhibit 48C, # 54 Exhibit 48D, # 55 Exhibit 49, # 56 Exhibit 50, # 57 Exhibit 51, # 58 Exhibit 52, # 59 Exhibit 53, # 60 Exhibit 54A, # 61 Exhibit 54B, # 62 Exhibit 55, # 63 Exhibit 56, # 64 Exhibit 57A, # 65 Exhibit 57B, # 66 Exhibit 57C)(Pifko, Mark) (Entered: 08/14/2019) |
| 08/14/2019 | 2312 | **SEALED Document:**[Part 4] Exhibits to Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief] filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 , 2149 . (Attachments: # 1 Exhibit Swift Decl. Ex. 101, # 2 Exhibit Swift Decl. Ex. 102, # 3 Exhibit Swift Decl. Ex. 103, # 4 Exhibit Swift Decl. Ex. 104, # 5 Exhibit Swift Decl. Ex. 105, # 6 Exhibit Swift Decl. Ex. 106, # 7 Exhibit Swift Decl. Ex. 107, # 8 Exhibit Swift Decl. Ex. 108, # 9 Exhibit Swift Decl. Ex. 109, # 10 Exhibit Swift Decl. Ex. 110, # 11 Exhibit Swift Decl. Ex. 111, # 12 Exhibit Swift Decl. Ex. 112, # 13 Exhibit Swift Decl. Ex. 113, # 14 Exhibit Swift Decl. Ex. 114, # 15 Exhibit Swift Decl. Ex. 115, # 16 Exhibit Swift Decl. Ex. 116, # 17 Exhibit Swift Decl. Ex. 117, # 18 Exhibit Swift Decl. Ex. 118, # 19 Exhibit Swift Decl. Ex. 119, # 20 Exhibit Swift Decl. Ex. 120, # 21 Exhibit Swift Decl. Ex. 121, # 22 Exhibit Swift Decl. Ex. 122, # 23 Exhibit Swift Decl. Ex. 123, # 24 Exhibit Swift Decl. Ex. 124, # 25 Exhibit Swift Decl. Ex. 125, # 26 Exhibit Swift Decl. Ex. 126, # 27 Exhibit Swift Decl. Ex. 127, # 28 Exhibit Swift Decl. Ex. 128, # 29 Exhibit Swift Decl. Ex. 129, # 30 Exhibit Swift Decl. Ex. 130, # 31 Exhibit Swift Decl. Ex. 131, # 32 Exhibit Swift Decl. Ex. 132, # 33 Exhibit Swift Decl. Ex. 133, # 34 Exhibit Swift Decl. Ex. 134, # 35 Exhibit Swift Decl. Ex. 135, # 36 Exhibit Swift Decl. Ex. 136, # 37 Exhibit Swift Decl. Ex. 137, # 38 Exhibit Swift Decl. Ex. 138, # 39 Exhibit Swift Decl. Ex. 139, # 40 Exhibit Swift Decl. Ex. 140, # 41 Exhibit Swift Decl. Ex. 141, # 42 Exhibit Swift Decl. Ex. 142, # 43 Exhibit Swift Decl. Ex. 143, # 44 Exhibit Swift Decl. Ex. 144, # 45 Exhibit Swift Decl. Ex. 145, # 46 Exhibit Swift Decl. Ex. 146, # 47 Exhibit Swift Decl. Ex. 147, # 48 Exhibit Swift Decl. Ex. 148, # 49 Exhibit Swift Decl. Ex. 149, # 50 Exhibit Swift Decl. Ex. 150)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | 2313 | Appendix Part 2 - Redacted Exhibits in Support of 2182 Opposition to 1904 SEALED Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims 1813 , 1930 Motion for summary judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 SEALED Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim 441 , 1692 SEALED Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim 441 , 1689 filed by Plaintiffs' Executive Committee. Related document(s) 2182 . (Attachments: # 1 Exhibit 57E, # 2 Exhibit 57F, # 3 Exhibit 57G, # 4 Exhibit 57H, # 5 Exhibit 57I, # 6 Exhibit 58, # 7 Exhibit 59, # 8 Exhibit 60, # 9 Exhibit 61, # 10 Exhibit 62, # 11 Exhibit 63, # 12 Exhibit 64, # 13 Exhibit 65, # 14 Exhibit 66, # 15 Exhibit 67, # 16 Exhibit 68, # 17 Exhibit 69, # 18 Exhibit 70, # 19 Exhibit 71, # 20 Exhibit 72, # 21 Exhibit 73, # 22 Exhibit 74, # 23 Exhibit 75, # 24 Exhibit 76, # 25 Exhibit 77, # 26 Exhibit 78, # 27 Exhibit 79, # 28 Exhibit 80A, # 29 Exhibit 80B, # 30 Exhibit 81, # 31 Exhibit 82A, # 32 Exhibit 82B, # 33 Exhibit 83, # 34 Exhibit |

| | | |
|---|---|---|
| | | 84, # <u>35</u> Exhibit 85, # <u>36</u> Exhibit 86, # <u>37</u> Exhibit 87, # <u>38</u> Exhibit 88, # <u>39</u> Exhibit 89, # <u>40</u> Exhibit 90, # <u>41</u> Exhibit 91, # <u>42</u> Exhibit 92, # <u>43</u> Exhibit 93, # <u>44</u> Exhibit 94, # <u>45</u> Exhibit 95, # <u>46</u> Exhibit 96, # <u>47</u> Exhibit 97, # <u>48</u> Exhibit 98, # <u>49</u> Exhibit 99, # <u>50</u> Exhibit 100, # <u>51</u> Exhibit 101, # <u>52</u> Exhibit 102, # <u>53</u> Exhibit 103, # <u>54</u> Exhibit 104, # <u>55</u> Exhibit 105, # <u>56</u> Exhibit 106, # <u>57</u> Exhibit 107, # <u>58</u> Exhibit 108, # <u>59</u> Exhibit 109, # <u>60</u> Exhibit 110, # <u>61</u> Exhibit 111, # <u>62</u> Exhibit 112, # <u>63</u> Exhibit 113, # <u>64</u> Exhibit 114, # <u>65</u> Exhibit 115, # <u>66</u> Exhibit 116, # <u>67</u> Exhibit 117, # <u>68</u> Exhibit 118, # <u>69</u> Exhibit 119, # <u>70</u> Exhibit 120, # <u>71</u> Exhibit 121, # <u>72</u> Exhibit 122, # <u>73</u> Exhibit 123, # <u>74</u> Exhibit 124, # <u>75</u> Exhibit 125, # <u>76</u> Exhibit 126, # <u>77</u> Exhibit 127, # <u>78</u> Exhibit 128, # <u>79</u> Exhibit 129, # <u>80</u> Exhibit 130, # <u>81</u> Exhibit 131, # <u>82</u> Exhibit 132, # <u>83</u> Exhibit 133, # <u>84</u> Exhibit 134, # <u>85</u> Exhibit 135, # <u>86</u> Exhibit 136, # <u>87</u> Exhibit 137, # <u>88</u> Exhibit 138, # <u>89</u> Exhibit 139, # <u>90</u> Exhibit 140, # <u>91</u> Exhibit 141, # <u>92</u> Exhibit 142, # <u>93</u> Exhibit 143, # <u>94</u> Exhibit 144, # <u>95</u> Exhibit 145, # <u>96</u> Exhibit 146, # <u>97</u> Exhibit 147, # <u>98</u> Exhibit 148, # <u>99</u> Exhibit 149, # <u>100</u> Exhibit 150, # <u>101</u> Exhibit 151, # <u>102</u> Exhibit 152, # <u>103</u> Exhibit 153, # <u>104</u> Exhibit 154, # <u>105</u> Exhibit 155, # <u>106</u> Exhibit 156, # <u>107</u> Exhibit 157)(Pifko, Mark) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2314</u> | **SEALED Document:**_[Part 1] Exhibits to Memorandum in Opposition to <u>1891</u> Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 1_ filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2188</u> . (Attachments: # <u>1</u> Exhibit 2, # <u>2</u> Exhibit 3, # <u>3</u> Exhibit 4, # <u>4</u> Exhibit 5)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2315</u> | **SEALED Document:**_[Part 2] Exhibits to Memorandum in Opposition to <u>1891</u> Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 6_ filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2188</u> . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2316</u> | **SEALED Document:**_[Part 3] Exhibits to Memorandum in Opposition to <u>1891</u> Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 7_ filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2188</u> . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2317</u> | **SEALED Document:**_[Part 4] Exhibits to Memorandum in Opposition to <u>1891</u> Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 8 part 1_ filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2188</u> . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2318</u> | **SEALED Document:**_[Part 5] Exhibits to Memorandum in Opposition to <u>1891</u> Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 8 part 2_ filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2188</u> . (Attachments: # <u>1</u> Exhibit 9, # <u>2</u> Exhibit 10, # <u>3</u> Exhibit 11, # <u>4</u> Exhibit 12, # <u>5</u> Exhibit 13, # <u>6</u> Exhibit 14, # <u>7</u> Exhibit 15)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2319</u> | **SEALED Document:**_[Part 6] Exhibits to Memorandum in Opposition to <u>1891</u> Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 16_ filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2188</u> . (Attachments: # <u>1</u> Exhibit 17, # <u>2</u> Exhibit 18, # <u>3</u> Exhibit 19, # <u>4</u> Exhibit 20, # <u>5</u> Exhibit 21, # <u>6</u> Exhibit 22, # <u>7</u> Exhibit 23, # <u>8</u> Exhibit 24, # <u>9</u> Exhibit 25, # <u>10</u> Exhibit 26, # <u>11</u> Exhibit 27, # <u>12</u> Exhibit 28, # <u>13</u> Exhibit 29, # <u>14</u> Exhibit 30, # <u>15</u> Exhibit 31, # <u>16</u> Exhibit 32)(Baig, Aelish) (Entered: 08/14/2019) |

| 08/14/2019 | 2320 | **SEALED Document:***[Part 7] Exhibits to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 33* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2188 . (Attachments: # 1 Exhibit 34, # 2 Exhibit 35, # 3 Exhibit 36)(Baig, Aelish) (Entered: 08/14/2019) |
|---|---|---|
| 08/14/2019 | 2321 | **SEALED Document:***[Part 5] Exhibits to Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 , 2149 . (Attachments: # 1 Exhibit Swift Decl. Ex. 151, # 2 Exhibit Swift Decl. Ex. 152, # 3 Exhibit Swift Decl. Ex. 153, # 4 Exhibit Swift Decl. Ex. 154, # 5 Exhibit Swift Decl. Ex. 155, # 6 Exhibit Swift Decl. Ex. 156, # 7 Exhibit Swift Decl. Ex. 157, # 8 Exhibit Swift Decl. Ex. 158, # 9 Exhibit Swift Decl. Ex. 159, # 10 Exhibit Swift Decl. Ex. 160, # 11 Exhibit Swift Decl. Ex. 161, # 12 Exhibit Swift Decl. Ex. 162, # 13 Exhibit Swift Decl. Ex. 163, # 14 Exhibit Swift Decl. Ex. 164, # 15 Exhibit Swift Decl. Ex. 165, # 16 Exhibit Swift Decl. Ex. 166, # 17 Exhibit Swift Decl. Ex. 167, # 18 Exhibit Swift Decl. Ex. 168, # 19 Exhibit Swift Decl. Ex. 169, # 20 Exhibit Swift Decl. Ex. 170, # 21 Exhibit Swift Decl. Ex. 171, # 22 Exhibit Swift Decl. Ex. 172, # 23 Exhibit Swift Decl. Ex. 173, # 24 Exhibit Swift Decl. Ex. 174, # 25 Exhibit Swift Decl. Ex. 175)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | 2322 | **SEALED Document:***(Part 1) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 1* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | 2323 | **SEALED Document:***[Part 8] Exhibits to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 37* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2188 . (Attachments: # 1 Exhibit 38, # 2 Exhibit 39, # 3 Exhibit 40)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2324 | **SEALED Document:***[Part 9] Exhibits to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 41* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2188 . (Attachments: # 1 Exhibit 42)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2325 | **SEALED Document:***(Part 2) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 7* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 8, # 2 Exhibit 9 (Part 1))(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | 2326 | **SEALED Document:***[Part 6] Exhibits to Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 , 2149 . (Attachments: # 1 Exhibit Swift Decl. Ex. 176, # 2 Exhibit Swift Decl. Ex. 177, # 3 Exhibit Swift Decl. Ex. 178, # 4 Exhibit Swift |

| | | |
|---|---|---|
| | | Decl. Ex. 179, # [5](#) Exhibit Swift Decl. Ex. 180, # [6](#) Exhibit Swift Decl. Ex. 181, # [7](#) Exhibit Swift Decl. Ex. 182, # [8](#) Exhibit Swift Decl. Ex. 183, # [9](#) Exhibit Swift Decl. Ex. 184, # [10](#) Exhibit Swift Decl. Ex. 185, # [11](#) Exhibit Swift Decl. Ex. 186, # [12](#) Exhibit Swift Decl. Ex. 187, # [13](#) Exhibit Swift Decl. Ex. 188, # [14](#) Exhibit Swift Decl. Ex. 189, # [15](#) Exhibit Swift Decl. Ex. 190, # [16](#) Exhibit Swift Decl. Ex. 191, # [17](#) Exhibit Swift Decl. Ex. 192, # [18](#) Exhibit Swift Decl. Ex. 193, # [19](#) Exhibit Swift Decl. Ex. 194, # [20](#) Exhibit Swift Decl. Ex. 195, # [21](#) Exhibit Swift Decl. Ex. 196, # [22](#) Exhibit Swift Decl. Ex. 197, # [23](#) Exhibit Swift Decl. Ex. 198, # [24](#) Exhibit Swift Decl. Ex. 199, # [25](#) Exhibit Swift Decl. Ex. 200, # [26](#) Exhibit Swift Decl. Ex. 201)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | [2327](#) | **SEALED Document:***[Part 10] Exhibits to Memorandum in Opposition to [1891](#) Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 43* filed by Plaintiffs' Executive Committee. Related document(s) [1813](#) , [2188](#) . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | [2328](#) | **SEALED Document:***(Part 3) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 9 (Part 2)* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) [1813](#) , [2203](#) . (Attachments: # [1](#) Exhibit 9 (Part 3))(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | [2329](#) | **SEALED Document:***[Part 11] Exhibits to Memorandum in Opposition to [1891](#) Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 44* filed by Plaintiffs' Executive Committee. Related document(s) [1813](#) , [2188](#) . (Attachments: # [1](#) Exhibit 45, # [2](#) Exhibit 46, # [3](#) Exhibit 47, # [4](#) Exhibit 48, # [5](#) Exhibit 49, # [6](#) Exhibit 50, # [7](#) Exhibit 51, # [8](#) Exhibit 52, # [9](#) Exhibit 53, # [10](#) Exhibit 54)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | [2330](#) | **SEALED Document:***(Part 4) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 10* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) [1813](#) , [2203](#) . (Attachments: # [1](#) Exhibit 11, # [2](#) Exhibit 12, # [3](#) Exhibit 13)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | [2331](#) | **SEALED Document:***[Part 12] Exhibits to Memorandum in Opposition to [1891](#) Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 55* filed by Plaintiffs' Executive Committee. Related document(s) [1813](#) , [2188](#) . (Attachments: # [1](#) Exhibit 56, # [2](#) Exhibit 57, # [3](#) Exhibit 58, # [4](#) Exhibit 59, # [5](#) Exhibit 60, # [6](#) Exhibit 61, # [7](#) Exhibit 62, # [8](#) Exhibit 63, # [9](#) Exhibit 64)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | [2332](#) | **SEALED Document:***(Part 5) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 14* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) [1813](#) , [2203](#) . (Attachments: # [1](#) Exhibit 15, # [2](#) Exhibit 16, # [3](#) Exhibit 17, # [4](#) Exhibit 18, # [5](#) Exhibit 19)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | [2333](#) | **SEALED Document:***[Part 13] Exhibits to Memorandum in Opposition to [1891](#) Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 65* filed by Plaintiffs' Executive Committee. Related document(s) [1813](#) , [2188](#) . (Attachments: # [1](#) Exhibit 66, # [2](#) Exhibit 67, # [3](#) Exhibit 68, # [4](#) Exhibit 69, # [5](#) |

| | | Exhibit 70, # <u>6</u> Exhibit 71, # <u>7</u> Exhibit 72, # <u>8</u> Exhibit 73, # <u>9</u> Exhibit 74, # <u>10</u> Exhibit 75, # <u>11</u> Exhibit 76, # <u>12</u> Exhibit 77, # <u>13</u> Exhibit 78)(Baig, Aelish) (Entered: 08/14/2019) |
|---|---|---|
| 08/14/2019 | <u>2334</u> | **SEALED Document:**(*Part 6*) *Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 20* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2203</u> . (Attachments: # <u>1</u> Exhibit 21, # <u>2</u> Exhibit 22, # <u>3</u> Exhibit 23, # <u>4</u> Exhibit 24, # <u>5</u> Exhibit 25, # <u>6</u> Exhibit 26, # <u>7</u> Exhibit 27)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2335</u> | **SEALED Document:**[*Part 14*] *Exhibits to Memorandum in Opposition to <u>1891</u> Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 79* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2188</u> . (Attachments: # <u>1</u> Exhibit 80, # <u>2</u> Exhibit 81, # <u>3</u> Exhibit 82)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2336</u> | **SEALED Document:**[*Part 15*] *Exhibits to Memorandum in Opposition to <u>1891</u> Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 83 part 1* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2188</u> . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2337</u> | **SEALED Document:**(*Part 7*) *Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 28* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2203</u> . (Attachments: # <u>1</u> Exhibit 29 (Part 1))(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2338</u> | **SEALED Document:**[*Part 16*] *Exhibits to Memorandum in Opposition to <u>1891</u> Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 83 part 2* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2188</u> . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2339</u> | **SEALED Document:**(*Part 8*) *Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 29 (Part 2)* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2203</u> . (Attachments: # <u>1</u> Exhibit 29 (Part 3))(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2340</u> | **SEALED Document:**[*Part 17*] *Exhibits to Memorandum in Opposition to <u>1891</u> Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 84 part 1* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2188</u> . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2341</u> | **SEALED Document:**(*Part 9*) *Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 30* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2203</u> . (Attachments: # <u>1</u> Exhibit 32)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2342</u> | **SEALED Document:**(*Part 10*) *Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 33* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2203</u> . (Sutton, Tara) |

| | | |
|---|---|---|
| | | (Entered: 08/14/2019) |
| 08/14/2019 | 2343 | **SEALED Document:** *[Part 18] Exhibits to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 84 part 2* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2188 . (Attachments: # 1 Exhibit 85, # 2 Exhibit 86, # 3 Exhibit 87, # 4 Exhibit 88, # 5 Exhibit 89, # 6 Exhibit 90, # 7 Exhibit 91, # 8 Exhibit 92, # 9 Exhibit 93, # 10 Exhibit 94, # 11 Exhibit 95, # 12 Exhibit 96, # 13 Exhibit 97, # 14 Exhibit 98, # 15 Exhibit 99, # 16 Exhibit 100, # 17 Exhibit 101)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2344 | **SEALED Document:** *Notice re Redactions to M. Rosenthal and K. Keyes Reports* filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan Sales, LLC, Allergan USA, Inc.. Related document(s) 1813 , 1929 . (Attachments: # 1 Exhibit 1, Letter from Patrick Oot)(Welch, Donna) (Entered: 08/14/2019) |
| 08/14/2019 | 2345 | **SEALED Document:** *(Part 11) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 34* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 35, # 2 Exhibit 36, # 3 Exhibit 37, # 4 Exhibit 38, # 5 Exhibit 39, # 6 Exhibit 40, # 7 Exhibit 41, # 8 Exhibit 42)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | 2346 | **SEALED Document:** *[Part 19] Exhibits to Memorandum in Opposition to 1891 Teva and Actavis Generic Defendants' Motion for Summary Judgment; Exhibit 102* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2188 . (Attachments: # 1 Exhibit 103, # 2 Exhibit 104, # 3 Exhibit 105, # 4 Exhibit 106, # 5 Exhibit 107, # 6 Exhibit 108, # 7 Exhibit 109, # 8 Exhibit 110, # 9 Exhibit 111, # 10 Exhibit 112, # 11 Exhibit 113, # 12 Exhibit 114, # 13 Exhibit 115, # 14 Exhibit 116, # 15 Exhibit 117, # 16 Exhibit 118, # 17 Exhibit 119, # 18 Exhibit 120, # 19 Exhibit 121, # 20 Exhibit 122, # 21 Exhibit 123)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2347 | Appendix *Part 3 - Redacted Exhibits in Support of 2182 Opposition to 1904 SEALED Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims 1813 , 1930 Motion for summary judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 SEALED Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim 441 , 1692 SEALED Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim 441 , 1689* filed by Plaintiffs' Executive Committee. Related document(s) 2182 . (Attachments: # 1 Exhibit 159, # 2 Exhibit 160, # 3 Exhibit 161, # 4 Exhibit 162, # 5 Exhibit 163, # 6 Exhibit 164, # 7 Exhibit 165, # 8 Exhibit 166, # 9 Exhibit 167, # 10 Exhibit 168, # 11 Exhibit 169A, # 12 Exhibit 169B, # 13 Exhibit 169C, # 14 Exhibit 170, # 15 Exhibit 171, # 16 Exhibit 172, # 17 Exhibit 173, # 18 Exhibit 174, # 19 Exhibit 175, # 20 Exhibit 176, # 21 Exhibit 177, # 22 Exhibit 178, # 23 Exhibit 179, # 24 Exhibit 180, # 25 Exhibit 181, # 26 Exhibit 182, # 27 Exhibit 183, # 28 Exhibit 184, # 29 Exhibit 185, # 30 Exhibit 186, # 31 Exhibit 187, # 32 Exhibit 188, # 33 Exhibit 189, # 34 Exhibit 190, # 35 Exhibit 191, # 36 Exhibit 192, # 37 Exhibit 193, # 38 Exhibit 194, # 39 Exhibit 195, # 40 Exhibit 196, # 41 Exhibit 197, # 42 Exhibit 198, # 43 Exhibit 199, # 44 Exhibit 200A, # 45 Exhibit 200B, # 46 Exhibit 200C, # 47 Exhibit 200D, # 48 Exhibit 200E, # 49 Exhibit 201, # 50 Exhibit 202, # 51 Exhibit 203A, # 52 Exhibit 203B, # 53 Exhibit 204, # 54 |

| | | |
|---|---|---|
| | | Exhibit 205, # 55 Exhibit 206, # 56 Exhibit 207, # 57 Exhibit 208, # 58 Exhibit 209, # 59 Exhibit 210A, # 60 Exhibit 210B, # 61 Exhibit 211)(Pifko, Mark) (Entered: 08/14/2019) |
| 08/14/2019 | 2348 | **SEALED Document:***(Part 12) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 43* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 44, # 2 Exhibit 45)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | 2349 | **SEALED Document:***(Part 13) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Casuation; Exhibit 46* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 47, # 2 Exhibit 48, # 3 Exhibit 49, # 4 Exhibit 50, # 5 Exhibit 51)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | 2350 | Appendix *Part 4 - Redacted Exhibits in Support of 2182 Opposition to 1904 SEALED Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims 1813 , 1930 Motion for summary judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 SEALED Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim 441 , 1692 SEALED Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim 441 , 1689* filed by Plaintiffs' Executive Committee. Related document(s) 2182 . (Attachments: # 1 Exhibit 212B, # 2 Exhibit 213A, # 3 Exhibit 213B, # 4 Exhibit 213C, # 5 Exhibit 213D, # 6 Exhibit 213E, # 7 Exhibit 214, # 8 Exhibit 215, # 9 Exhibit 216, # 10 Exhibit 217, # 11 Exhibit 218, # 12 Exhibit 219, # 13 Exhibit 220, # 14 Exhibit 221, # 15 Exhibit 222, # 16 Exhibit 223, # 17 Exhibit 224, # 18 Exhibit 225, # 19 Exhibit 226, # 20 Exhibit 227, # 21 Exhibit 228, # 22 Exhibit 229, # 23 Exhibit 230, # 24 Exhibit 231, # 25 Exhibit 232, # 26 Exhibit 233, # 27 Exhibit 234, # 28 Exhibit 235, # 29 Exhibit 236, # 30 Exhibit 237, # 31 Exhibit 238, # 32 Exhibit 239, # 33 Exhibit 240, # 34 Exhibit 241, # 35 Exhibit 242, # 36 Exhibit 243, # 37 Exhibit 244, # 38 Exhibit 245, # 39 Exhibit 246, # 40 Exhibit 247, # 41 Exhibit 248, # 42 Exhibit 249, # 43 Exhibit 250, # 44 Exhibit 251, # 45 Exhibit 252, # 46 Exhibit 253, # 47 Exhibit 254, # 48 Exhibit 255, # 49 Exhibit 256, # 50 Exhibit 257, # 51 Exhibit 258, # 52 Exhibit 259, # 53 Exhibit 260, # 54 Exhibit 261, # 55 Exhibit 262, # 56 Exhibit 263, # 57 Exhibit 264, # 58 Exhibit 265, # 59 Exhibit 266, # 60 Exhibit 267, # 61 Exhibit 268, # 62 Exhibit 269, # 63 Exhibit 270, # 64 Exhibit 271, # 65 Exhibit 272, # 66 Exhibit 273, # 67 Exhibit 274, # 68 Exhibit 275, # 69 Exhibit 276, # 70 Exhibit 277, # 71 Exhibit 278, # 72 Exhibit 279, # 73 Exhibit 280, # 74 Exhibit 281, # 75 Exhibit 282, # 76 Exhibit 283, # 77 Exhibit 284, # 78 Exhibit 285, # 79 Exhibit 286, # 80 Exhibit 287, # 81 Exhibit 288, # 82 Exhibit 289, # 83 Exhibit 290, # 84 Exhibit 291, # 85 Exhibit 292, # 86 Exhibit 293, # 87 Exhibit 294, # 88 Exhibit 295, # 89 Exhibit 296, # 90 Exhibit 297, # 91 Exhibit 298, # 92 Exhibit 299, # 93 Exhibit 300, # 94 Exhibit 301, # 95 Exhibit 302, # 96 Exhibit 303, # 97 Exhibit 304, # 98 Exhibit 305, # 99 Exhibit 306, # 100 Exhibit 307, # 101 Exhibit 308, # 102 Exhibit 309, # 103 Exhibit 310, # 104 Exhibit 311, # 105 Exhibit 312, # 106 Exhibit 313, # 107 Exhibit 314, # 108 Exhibit 315, # 109 Exhibit 316, # 110 Exhibit 317, # 111 Exhibit 318, # 112 Exhibit 319, # 113 Exhibit 320, # 114 Exhibit 321, # 115 Exhibit 322, # 116 Exhibit 323, # 117 Exhibit 324, # 118 Exhibit 325, # 119 Exhibit 326, # 120 Exhibit 327, # 121 Exhibit 328, # 122 Exhibit 329, # 123 |

| | | |
|---|---|---|
| | | Exhibit 330, # 124 Exhibit 331, # 125 Exhibit 332, # 126 Exhibit 333, # 127 Exhibit 334, # 128 Exhibit 335, # 129 Exhibit 336, # 130 Exhibit 337, # 131 Exhibit 338)(Pifko, Mark) (Entered: 08/14/2019) |
| 08/14/2019 | 2351 | **SEALED Document:***(Part 14) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 52* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 53, # 2 Exhibit 54, # 3 Exhibit 55, # 4 Exhibit 56, # 5 Exhibit 57, # 6 Exhibit 58)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | 2352 | **SEALED Document:***(Part 15) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 59* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 60, # 2 Exhibit 61, # 3 Exhibit 62, # 4 Exhibit 63, # 5 Exhibit 64, # 6 Exhibit 65, # 7 Exhibit 66, # 8 Exhibit 67, # 9 Exhibit 68, # 10 Exhibit 69, # 11 Exhibit 70, # 12 Exhibit 71, # 13 Exhibit 72, # 14 Exhibit 73, # 15 Exhibit 74, # 16 Exhibit 75, # 17 Exhibit 76, # 18 Exhibit 77, # 19 Exhibit 78, # 20 Exhibit 79)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | 2353 | **SEALED Document:***(Part 16) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 80* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 81, # 2 Exhibit 82, # 3 Exhibit 83, # 4 Exhibit 84, # 5 Exhibit 85, # 6 Exhibit 86, # 7 Exhibit 87)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | 2354 | **SEALED Document:***Declaration of Aelish M. Baig in Support of Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment with Exhibit 1 thereto* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2355 | **SEALED Document:***(Part 17) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 88* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 89, # 2 Exhibit 90, # 3 Exhibit 91, # 4 Exhibit 92, # 5 Exhibit 93, # 6 Exhibit 94, # 7 Exhibit 95, # 8 Exhibit 96)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | 2356 | **SEALED Document:***[Part 1] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 1* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2357 | Appendix *Part 5 - Redacted Exhibits in Support of 2182 Opposition to 1904 SEALED Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims 1813 , 1930 Motion for summary judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 SEALED Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim 441 , 1692 SEALED Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim 441 , 1689* filed by Plaintiffs' Executive Committee. Related document(s) 2182 . |

(Attachments: # 1 Exhibit 339B, # 2 Exhibit 339C, # 3 Exhibit 339D, # 4 Exhibit 339E, # 5 Exhibit 340, # 6 Exhibit 341, # 7 Exhibit 342, # 8 Exhibit 343, # 9 Exhibit 344, # 10 Exhibit 345, # 11 Exhibit 346, # 12 Exhibit 347, # 13 Exhibit 348, # 14 Exhibit 349, # 15 Exhibit 350, # 16 Exhibit 351, # 17 Exhibit 352, # 18 Exhibit 353, # 19 Exhibit 354, # 20 Exhibit 355, # 21 Exhibit 356, # 22 Exhibit 357, # 23 Exhibit 358, # 24 Exhibit 359, # 25 Exhibit 360, # 26 Exhibit 361, # 27 Exhibit 362, # 28 Exhibit 363, # 29 Exhibit 364, # 30 Exhibit 365, # 31 Exhibit 366, # 32 Exhibit 367, # 33 Exhibit 368, # 34 Exhibit 369, # 35 Exhibit 370, # 36 Exhibit 371, # 37 Exhibit 372, # 38 Exhibit 373, # 39 Exhibit 374, # 40 Exhibit 375, # 41 Exhibit 376, # 42 Exhibit 377, # 43 Exhibit 378, # 44 Exhibit 379, # 45 Exhibit 380, # 46 Exhibit 381, # 47 Exhibit 382, # 48 Exhibit 383, # 49 Exhibit 384, # 50 Exhibit 385, # 51 Exhibit 386, # 52 Exhibit 387, # 53 Exhibit 388, # 54 Exhibit 389, # 55 Exhibit 390, # 56 Exhibit 391, # 57 Exhibit 392, # 58 Exhibit 393, # 59 Exhibit 394, # 60 Exhibit 395, # 61 Exhibit 396, # 62 Exhibit 397, # 63 Exhibit 398, # 64 Exhibit 399, # 65 Exhibit 400, # 66 Exhibit 401, # 67 Exhibit 402, # 68 Exhibit 403, # 69 Exhibit 404, # 70 Exhibit 405, # 71 Exhibit 406, # 72 Exhibit 407, # 73 Exhibit 408, # 74 Exhibit 409, # 75 Exhibit 410, # 76 Exhibit 411, # 77 Exhibit 412, # 78 Exhibit 413, # 79 Exhibit 414, # 80 Exhibit 415, # 81 Exhibit 416, # 82 Exhibit 417, # 83 Exhibit 418, # 84 Exhibit 419, # 85 Exhibit 420, # 86 Exhibit 421, # 87 Exhibit 422, # 88 Exhibit 423, # 89 Exhibit 424, # 90 Exhibit 425, # 91 Exhibit 426, # 92 Exhibit 427, # 93 Exhibit 428, # 94 Exhibit 429, # 95 Exhibit 430, # 96 Exhibit 431, # 97 Exhibit 432, # 98 Exhibit 433, # 99 Exhibit 434, # 100 Exhibit 435, # 101 Exhibit 436, # 102 Exhibit 437, # 103 Exhibit 438, # 104 Exhibit 439, # 105 Exhibit 440, # 106 Exhibit 441, # 107 Exhibit 442, # 108 Exhibit 443, # 109 Exhibit 444, # 110 Exhibit 445, # 111 Exhibit 446, # 112 Exhibit 447)(Pifko, Mark) (Entered: 08/14/2019)

| 08/14/2019 | 2358 | **SEALED Document:**_[Part 2] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 7 part 1_ filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2359 | **SEALED Document:**_(Part 18) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 97_ filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 98, # 2 Exhibit 99)(Sutton, Tara) (Entered: 08/14/2019) |
| 08/14/2019 | 2360 | **SEALED Document:**_[Part 3] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 7 part 2_ filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2361 | **SEALED Document:**_[Part 4] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 7 part 3_ filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2362 | Appendix _[Part 1] Exhibits in Support of Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]_ filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 2143 . (Attachments: # 1 Appendix A, # 2 Affidavit Declaration of |

| | | Katherine M. Swift, # 3 Exhibit Swift Decl. Ex. 1, # 4 Exhibit Swift Decl. Ex. 2, # 5 Exhibit Swift Decl. Ex. 3, # 6 Exhibit Swift Decl. Ex. 4, # 7 Exhibit Swift Decl. Ex. 5, # 8 Exhibit Swift Decl. Ex. 6, # 9 Exhibit Swift Decl. Ex. 7, # 10 Exhibit Swift Decl. Ex. 8, # 11 Exhibit Swift Decl. Ex. 9, # 12 Exhibit Swift Decl. Ex. 10, # 13 Exhibit Swift Decl. Ex. 11, # 14 Exhibit Swift Decl. Ex. 12, # 15 Exhibit Swift Decl. Ex. 13, # 16 Exhibit Swift Decl. Ex. 14, # 17 Exhibit Swift Decl. Ex. 15, # 18 Exhibit Swift Decl. Ex. 16, # 19 Exhibit Swift Decl. Ex. 17, # 20 Exhibit Swift Decl. Ex. 18, # 21 Exhibit Swift Decl. Ex. 19, # 22 Exhibit Swift Decl. Ex. 20, # 23 Exhibit Swift Decl. Ex. 21, # 24 Exhibit Swift Decl. Ex. 22, # 25 Exhibit Swift Decl. Ex. 23, # 26 Exhibit Swift Decl. Ex. 24, # 27 Exhibit Swift Decl. Ex. 25)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
|---|---|---|
| 08/14/2019 | 2363 | **SEALED Document:**_[Part 5] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 7 part 4_ filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2364 | Appendix _Part 6 - Redacted Exhibits in Support of 2182 Opposition to 1904 SEALED Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims 1813 , 1930 Motion for summary judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 SEALED Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim 441 , 1692 SEALED Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim 441 , 1689_ filed by Plaintiffs' Executive Committee. Related document(s) 2182 . (Attachments: # 1 Exhibit 449, # 2 Exhibit 450A, # 3 Exhibit 450B, # 4 Exhibit 451, # 5 Exhibit 452, # 6 Exhibit 453, # 7 Exhibit 454, # 8 Exhibit 455, # 9 Exhibit 456A, # 10 Exhibit 456B, # 11 Exhibit 457, # 12 Exhibit 458, # 13 Exhibit 459, # 14 Exhibit 460, # 15 Exhibit 461, # 16 Exhibit 462, # 17 Exhibit 463, # 18 Exhibit 464, # 19 Exhibit 465, # 20 Exhibit 466, # 21 Exhibit 467, # 22 Exhibit 468, # 23 Exhibit 469, # 24 Exhibit 470, # 25 Exhibit 471, # 26 Exhibit 472, # 27 Exhibit 473, # 28 Exhibit 474, # 29 Exhibit 475, # 30 Exhibit 476, # 31 Exhibit 477, # 32 Exhibit 478, # 33 Exhibit 479, # 34 Exhibit 480, # 35 Exhibit 481A, # 36 Exhibit 481B, # 37 Exhibit 482, # 38 Exhibit 483, # 39 Exhibit 484, # 40 Exhibit 485, # 41 Exhibit 486, # 42 Exhibit 487, # 43 Exhibit 488, # 44 Exhibit 489, # 45 Exhibit 490, # 46 Exhibit 491, # 47 Exhibit 492, # 48 Exhibit 493, # 49 Exhibit 494, # 50 Exhibit 495, # 51 Exhibit 496, # 52 Exhibit 497, # 53 Exhibit 498, # 54 Exhibit 499, # 55 Exhibit 500, # 56 Exhibit 501, # 57 Exhibit 502, # 58 Exhibit 503, # 59 Exhibit 504, # 60 Exhibit 505, # 61 Exhibit 506, # 62 Exhibit 507, # 63 Exhibit 508, # 64 Exhibit 509, # 65 Exhibit 510, # 66 Exhibit 511, # 67 Exhibit 512, # 68 Exhibit 513, # 69 Exhibit 514, # 70 Exhibit 515, # 71 Exhibit 516, # 72 Exhibit 517, # 73 Exhibit 518, # 74 Exhibit 519, # 75 Exhibit 520, # 76 Exhibit 521, # 77 Exhibit 522, # 78 Exhibit 523, # 79 Exhibit 524, # 80 Exhibit 525, # 81 Exhibit 526, # 82 Exhibit 527, # 83 Exhibit 528, # 84 Exhibit 529, # 85 Exhibit 530, # 86 Exhibit 531, # 87 Exhibit 532, # 88 Exhibit 533, # 89 Exhibit 534, # 90 Exhibit 535, # 91 Exhibit 536, # 92 Exhibit 537, # 93 Exhibit 538, # 94 Exhibit 539A, # 95 Exhibit 539B, # 96 Exhibit 540, # 97 Exhibit 541, # 98 Exhibit 542, # 99 Exhibit 543, # 100 Exhibit 544, # 101 Exhibit 545)(Pifko, Mark) (Entered: 08/14/2019) |
| 08/14/2019 | 2365 | **SEALED Document:**_[Part 6] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 8_ filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Attachments: # 1 Exhibit 9, # 2 Exhibit 10)(Baig, Aelish) (Entered: 08/14/2019) |

| 08/14/2019 | 2366 | **SEALED Document:***[Part 7] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 11 part 1* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Baig, Aelish) (Entered: 08/14/2019) |
|---|---|---|
| 08/14/2019 | 2367 | **SEALED Document:***[Part 8] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 11 part 2* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2368 | **SEALED Document:***[Part 9] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 11 part 3* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Attachments: # 1 Exhibit 12)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2369 | **SEALED Document:***[Part 10] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 13 part 1* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2370 | **SEALED Document:***[Part 11] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 13 part 2* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2371 | Appendix *Part 7 - Redacted Exhibits in Support of 2182 Opposition to 1904 SEALED Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims 1813 , 1930 Motion for summary judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, 1716 SEALED Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim 441 , 1692 SEALED Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim 441 , 1689* filed by Plaintiffs' Executive Committee. Related document(s) 2182 . (Attachments: # 1 Exhibit 547, # 2 Exhibit 548, # 3 Exhibit 549, # 4 Exhibit 549, # 5 Exhibit 550, # 6 Exhibit 551, # 7 Exhibit 552, # 8 Exhibit 553, # 9 Exhibit 554, # 10 Exhibit 555, # 11 Exhibit 556, # 12 Exhibit 557, # 13 Exhibit 558, # 14 Exhibit 559, # 15 Exhibit 560, # 16 Exhibit 561A, # 17 Exhibit 561B, # 18 Exhibit 562, # 19 Exhibit 563, # 20 Exhibit 564, # 21 Exhibit 565, # 22 Exhibit 566, # 23 Exhibit 567, # 24 Exhibit 568, # 25 Exhibit 569, # 26 Exhibit 570, # 27 Exhibit 571, # 28 Exhibit 572, # 29 Exhibit 573, # 30 Exhibit 574, # 31 Exhibit 575, # 32 Exhibit 576, # 33 Exhibit 577, # 34 Exhibit 578, # 35 Exhibit 579, # 36 Exhibit 580, # 37 Exhibit 581, # 38 Exhibit 582, # 39 Exhibit 583, # 40 Exhibit 584, # 41 Exhibit 585, # 42 Exhibit 586, # 43 Exhibit 587, # 44 Exhibit 588, # 45 Exhibit 589, # 46 Exhibit 590, # 47 Exhibit 591, # 48 Exhibit 593, # 49 Exhibit 593, # 50 Exhibit 594, # 51 Exhibit 595, # 52 Exhibit 596, # 53 Exhibit 597, # 54 Exhibit 598, # 55 Exhibit 599, # 56 Exhibit 600, # 57 Exhibit 601, # 58 Exhibit 602, # 59 Exhibit 603, # 60 Exhibit 604, # 61 Exhibit 605, # 62 Exhibit 606, # 63 Exhibit 607, # 64 Exhibit 608, # 65 Exhibit 609, # 66 Exhibit 610, # 67 Exhibit 611, # 68 Exhibit 612, # 69 Exhibit 613, # 70 Exhibit 614, # 71 Exhibit 615, # 72 Exhibit 616, # 73 Exhibit 617, # 74 Exhibit 618, # 75 Exhibit 619, # 76 Exhibit 620, # 77 Exhibit 621, # 78 Exhibit 622, # 79 Exhibit 623, # 80 Exhibit 624, # 81 Exhibit 625, # 82 Exhibit 626, # 83 Exhibit 627, # 84 Exhibit 628, # 85 Exhibit 629, # 86 Exhibit 630, # 87 Exhibit 631, # 88 Exhibit 632, # 89 Exhibit 633, # 90 Exhibit 634, # 91 |

| | | |
|---|---|---|
| | | Exhibit 635, # <u>92</u> Exhibit 636, # <u>93</u> Exhibit 637, # <u>94</u> Exhibit 638, # <u>95</u> Exhibit 639, # <u>96</u> Exhibit 640, # <u>97</u> Exhibit 641, # <u>98</u> Exhibit 642, # <u>99</u> Exhibit 643, # <u>100</u> Exhibit 644, # <u>101</u> Exhibit 645, # <u>102</u> Exhibit 646, # <u>103</u> Exhibit 647, # <u>104</u> Exhibit 648, # <u>105</u> Exhibit 649, # <u>106</u> Exhibit 650, # <u>107</u> Exhibit 651, # <u>108</u> Exhibit 652, # <u>109</u> Exhibit 653, # <u>110</u> Exhibit 654, # <u>111</u> Exhibit 655, # <u>112</u> Exhibit 656, # <u>113</u> Exhibit 657, # <u>114</u> Exhibit 658, # <u>115</u> Exhibit 659, # <u>116</u> Exhibit 660, # <u>117</u> Exhibit 661, # <u>118</u> Exhibit 662, # <u>119</u> Exhibit 663, # <u>120</u> Exhibit 664, # <u>121</u> Exhibit 665, # <u>122</u> Exhibit 666, # <u>123</u> Exhibit 667A, # <u>124</u> Exhibit 667B, # <u>125</u> Exhibit 668, # <u>126</u> Exhibit 669, # <u>127</u> Exhibit 670, # <u>128</u> Exhibit 671, # <u>129</u> Exhibit 672, # <u>130</u> Exhibit 673)(Pifko, Mark) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2372</u> | **SEALED Document:***[Part 12] Exhibits to Memorandum in Opposition to <u>1940</u> Allergan Defendants' Motion for Summary Judgment; Exhibit 14 part 1* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2186</u> . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2373</u> | Appendix *Appendix [Part 2] Exhibits in Support of Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) <u>2149</u> . (Attachments: # <u>1</u> Exhibit Swift Decl. Ex. 26, # <u>2</u> Exhibit Swift Decl. Ex. 27, # <u>3</u> Exhibit Swift Decl. Ex. 28, # <u>4</u> Exhibit Swift Decl. Ex. 29, # <u>5</u> Exhibit Swift Decl. Ex. 30, # <u>6</u> Exhibit Swift Decl. Ex. 31, # <u>7</u> Exhibit Swift Decl. Ex. 32, # <u>8</u> Exhibit Swift Decl. Ex. 33, # <u>9</u> Exhibit Swift Decl. Ex. 34, # <u>10</u> Exhibit Swift Decl. Ex. 35, # <u>11</u> Exhibit Swift Decl. Ex. 36, # <u>12</u> Exhibit Swift Decl. Ex. 37 (under seal), # <u>13</u> Exhibit Swift Decl. Ex. 38, # <u>14</u> Exhibit Swift Decl. Ex. 39, # <u>15</u> Exhibit Swift Decl. Ex. 40, # <u>16</u> Exhibit Swift Decl. Ex. 41, # <u>17</u> Exhibit Swift Decl. Ex. 42, # <u>18</u> Exhibit Swift Decl. Ex. 43 (redacted), # <u>19</u> Exhibit Swift Decl. Ex. 44, # <u>20</u> Exhibit Swift Decl. Ex. 45, # <u>21</u> Exhibit Swift Decl. Ex. 46, # <u>22</u> Exhibit Swift Decl. Ex. 47, # <u>23</u> Exhibit Swift Decl. Ex. 48, # <u>24</u> Exhibit Swift Decl. Ex. 49, # <u>25</u> Exhibit Swift Decl. Ex. 50)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2374</u> | **SEALED Document:***[Part 13] Exhibits to Memorandum in Opposition to <u>1940</u> Allergan Defendants' Motion for Summary Judgment; Exhibit 14 part 2* filed by Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2186</u> . (Attachments: # <u>1</u> Exhibit 15, # <u>2</u> Exhibit 16, # <u>3</u> Exhibit 17, # <u>4</u> Exhibit 18, # <u>5</u> Exhibit 19, # <u>6</u> Exhibit 20, # <u>7</u> Exhibit 21)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | <u>2375</u> | Appendix *Part 8 - Redacted Exhibits in Support of <u>2182</u> Opposition to <u>1904</u> SEALED Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims <u>1813</u> , <u>1930</u> Motion for summary judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, <u>1716</u> SEALED Motion of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim <u>441</u> , <u>1692</u> SEALED Motion of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim <u>441</u> , <u>1689</u>* filed by Plaintiffs' Executive Committee. Related document(s) <u>2182</u> . (Attachments: # <u>1</u> Exhibit 674B, # <u>2</u> Exhibit 674C, # <u>3</u> Exhibit 674D, # <u>4</u> Exhibit 674E, # <u>5</u> Exhibit 674F, # <u>6</u> Exhibit 674G, # <u>7</u> Exhibit 674H, # <u>8</u> Exhibit 674I, # <u>9</u> Exhibit 675, # <u>10</u> Exhibit 676, # <u>11</u> Exhibit 677, # <u>12</u> Exhibit 678, # <u>13</u> Exhibit 679, # <u>14</u> Exhibit 680, # <u>15</u> Exhibit 682, # <u>16</u> Exhibit 683, # <u>17</u> Exhibit 684, # <u>18</u> Exhibit 685, # <u>19</u> Exhibit 686, # <u>20</u> Exhibit 687, # <u>21</u> Exhibit 688, # <u>22</u> Exhibit |

| | | |
|---|---|---|
| | | 689, # 23 Exhibit 690, # 24 Exhibit 691, # 25 Exhibit 692, # 26 Exhibit 693)(Pifko, Mark) (Entered: 08/14/2019) |
| 08/14/2019 | 2376 | **SEALED Document:***[Part 14] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 22 part 1* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2377 | **SEALED Document:***[Part 15] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 22 part 2* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2378 | **SEALED Document:***[Part 16] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 23* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Attachments: # 1 Exhibit 24, # 2 Exhibit 25, # 3 Exhibit 26, # 4 Exhibit 27, # 5 Exhibit 28, # 6 Exhibit 29, # 7 Exhibit 30)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2379 | Appendix *Appendix [Part 3] Exhibits in Support of Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 2149 . (Attachments: # 1 Exhibit Swift Decl. Ex. 51, # 2 Exhibit Swift Decl. Ex. 52, # 3 Exhibit Swift Decl. Ex. 53, # 4 Exhibit Swift Decl. Ex. 54, # 5 Exhibit Swift Decl. Ex. 55 (redacted), # 6 Exhibit Swift Decl. Ex. 56, # 7 Exhibit Swift Decl. Ex. 57, # 8 Exhibit Swift Decl. Ex. 58, # 9 Exhibit Swift Decl. Ex. 59, # 10 Exhibit Swift Decl. Ex. 60, # 11 Exhibit Swift Decl. Ex. 61 (filed under seal), # 12 Exhibit Swift Decl. Ex. 62, # 13 Exhibit Swift Decl. Ex. 63, # 14 Exhibit Swift Decl. Ex. 64 (redacted), # 15 Exhibit Swift Decl. Ex. 65 (filed under seal), # 16 Exhibit Swift Decl. Ex. 66, # 17 Exhibit Swift Decl. Ex. 67, # 18 Exhibit Swift Decl. Ex. 68, # 19 Exhibit Swift Decl. Ex. 69, # 20 Exhibit Swift Decl. Ex. 70, # 21 Exhibit Swift Decl. Ex. 71, # 22 Exhibit Swift Decl. Ex. 72, # 23 Exhibit Swift Decl. Ex. 73, # 24 Exhibit Swift Decl. Ex. 74, # 25 Exhibit Swift Decl. Ex. 75 (redacted)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | 2380 | **SEALED Document:***[Part 17] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 31a* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Attachments: # 1 Exhibit 31b, # 2 Exhibit 32, # 3 Exhibit 33, # 4 Exhibit 34, # 5 Exhibit 35, # 6 Exhibit 36, # 7 Exhibit 37, # 8 Exhibit 38, # 9 Exhibit 39, # 10 Exhibit 40, # 11 Exhibit 41, # 12 Exhibit 42, # 13 Exhibit 43, # 14 Exhibit 44, # 15 Exhibit 45, # 16 Exhibit 46, # 17 Exhibit 47, # 18 Exhibit 48, # 19 Exhibit 49, # 20 Exhibit 50, # 21 Exhibit 51, # 22 Exhibit 52, # 23 Exhibit 53, # 24 Exhibit 54, # 25 Exhibit 55, # 26 Exhibit 56, # 27 Exhibit 57)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2381 | Appendix *Appendix [Part 4] Exhibits in Support of Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 2149 . (Attachments: # 1 Exhibit Swift Decl. Ex. 76, # 2 Exhibit Swift Decl. Ex. 77 (redacted), # 3 Exhibit Swift Decl. Ex. 78 (filed under seal), # 4 Exhibit Swift Decl. Ex. 79 (filed under seal), # 5 Exhibit Swift Decl. Ex. |

| | | |
|---|---|---|
| | | 80 (filed under seal), # 6 Exhibit Swift Decl. Ex. 81 (filed under seal), # 7 Exhibit Swift Decl. Ex. 82 (filed under seal), # 8 Exhibit Swift Decl. Ex. 83, # 9 Exhibit Swift Decl. Ex. 84, # 10 Exhibit Swift Decl. Ex. 85, # 11 Exhibit Swift Decl. Ex. 86, # 12 Exhibit Swift Decl. Ex. 87, # 13 Exhibit Swift Decl. Ex. 88, # 14 Exhibit Swift Decl. Ex. 89, # 15 Exhibit Swift Decl. Ex. 90 (redacted), # 16 Exhibit Swift Decl. Ex. 91 (redacted), # 17 Exhibit Swift Decl. Ex. 92 (redacted), # 18 Exhibit Swift Decl. Ex. 93 (redacted), # 19 Exhibit Swift Decl. Ex. 94, # 20 Exhibit Swift Decl. Ex. 95 (redacted), # 21 Exhibit Swift Decl. Ex. 96, # 22 Exhibit Swift Decl. Ex. 97 (redacted), # 23 Exhibit Swift Decl. Ex. 98 (redacted), # 24 Exhibit Swift Decl. Ex. 99, # 25 Exhibit Swift Decl. Ex. 100)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | 2382 | **SEALED Document:**[Part 18] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 58 filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Attachments: # 1 Exhibit 59, # 2 Exhibit 60, # 3 Exhibit 61, # 4 Exhibit 62, # 5 Exhibit 63, # 6 Exhibit 64, # 7 Exhibit 65, # 8 Exhibit 66)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2383 | **SEALED Document:**[Part 19] Exhibits to Memorandum in Opposition to 1940 Allergan Defendants' Motion for Summary Judgment; Exhibit 67 filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2186 . (Attachments: # 1 Exhibit 68, # 2 Exhibit 69, # 3 Exhibit 70, # 4 Exhibit 71, # 5 Exhibit 72, # 6 Exhibit 73, # 7 Exhibit 74, # 8 Exhibit 75, # 9 Exhibit 76, # 10 Exhibit 77)(Baig, Aelish) (Entered: 08/14/2019) |
| 08/14/2019 | 2384 | Appendix *Appendix [Part 5] Exhibits in Support of Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 2149 . (Attachments: # 1 Exhibit Swift Decl. Ex. 101, # 2 Exhibit Swift Decl. Ex. 102, # 3 Exhibit Swift Decl. Ex. 103 (redacted), # 4 Exhibit Swift Decl. Ex. 104 (redacted), # 5 Exhibit Swift Decl. Ex. 105, # 6 Exhibit Swift Decl. Ex. 106 (redacted), # 7 Exhibit Swift Decl. Ex. 107, # 8 Exhibit Swift Decl. Ex. 108, # 9 Exhibit Swift Decl. Ex. 109 (redacted), # 10 Exhibit Swift Decl. Ex. 110, # 11 Exhibit Swift Decl. Ex. 111, # 12 Exhibit Swift Decl. Ex. 112 (redacted), # 13 Exhibit Swift Decl. Ex. 113 (redacted), # 14 Exhibit Swift Decl. Ex. 114 (redacted), # 15 Exhibit Swift Decl. Ex. 115, # 16 Exhibit Swift Decl. Ex. 116, # 17 Exhibit Swift Decl. Ex. 117, # 18 Exhibit Swift Decl. Ex. 118, # 19 Exhibit Swift Decl. Ex. 119, # 20 Exhibit Swift Decl. Ex. 120, # 21 Exhibit Swift Decl. Ex. 121, # 22 Exhibit Swift Decl. Ex. 122, # 23 Exhibit Swift Decl. Ex. 123, # 24 Exhibit Swift Decl. Ex. 124, # 25 Exhibit Swift Decl. Ex. 125)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | 2385 | Appendix *Appendix [Part 6] Exhibits in Support of Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 2149 . (Attachments: # 1 Exhibit Swift Decl. Ex. 126, # 2 Exhibit Swift Decl. Ex. 127, # 3 Exhibit Swift Decl. Ex. 128, # 4 Exhibit Swift Decl. Ex. 129, # 5 Exhibit Swift Decl. Ex. 130, # 6 Exhibit Swift Decl. Ex. 131, # 7 Exhibit Swift Decl. Ex. 132, # 8 Exhibit Swift Decl. Ex. 133, # 9 Exhibit Swift Decl. Ex. 134, # 10 Exhibit Swift Decl. Ex. 135, # 11 Exhibit Swift Decl. Ex. 136, |

| | | |
|---|---|---|
| | | # 12 Exhibit Swift Decl. Ex. 137, # 13 Exhibit Swift Decl. Ex. 138, # 14 Exhibit Swift Decl. Ex. 139, # 15 Exhibit Swift Decl. Ex. 140, # 16 Exhibit Swift Decl. Ex. 141, # 17 Exhibit Swift Decl. Ex. 142, # 18 Exhibit Swift Decl. Ex. 143, # 19 Exhibit Swift Decl. Ex. 144, # 20 Exhibit Swift Decl. Ex. 145, # 21 Exhibit Swift Decl. Ex. 146, # 22 Exhibit Swift Decl. Ex. 147, # 23 Exhibit Swift Decl. Ex. 148, # 24 Exhibit Swift Decl. Ex. 149, # 25 Exhibit Swift Decl. Ex. 150)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | 2386 | Appendix *Appendix [Part 7] Exhibits in Support of Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 2149 . (Attachments: # 1 Exhibit Swift Decl. Ex. 151, # 2 Exhibit Swift Decl. Ex. 152, # 3 Exhibit Swift Decl. Ex. 153, # 4 Exhibit Swift Decl. Ex. 154, # 5 Exhibit Swift Decl. Ex. 155, # 6 Exhibit Swift Decl. Ex. 156, # 7 Exhibit Swift Decl. Ex. 157, # 8 Exhibit Swift Decl. Ex. 158, # 9 Exhibit Swift Decl. Ex. 159, # 10 Exhibit Swift Decl. Ex. 160 (redacted), # 11 Exhibit Swift Decl. Ex. 161 (redacted), # 12 Exhibit Swift Decl. Ex. 162 (redacted), # 13 Exhibit Swift Decl. Ex. 163 (redacted), # 14 Exhibit Swift Decl. Ex. 164, # 15 Exhibit Swift Decl. Ex. 165, # 16 Exhibit Swift Decl. Ex. 166, # 17 Exhibit Swift Decl. Ex. 167 (redacted), # 18 Exhibit Swift Decl. Ex. 168, # 19 Exhibit Swift Decl. Ex. 169, # 20 Exhibit Swift Decl. Ex. 170 (redacted), # 21 Exhibit Swift Decl. Ex. 171, # 22 Exhibit Swift Decl. Ex. 172, # 23 Exhibit Swift Decl. Ex. 173, # 24 Exhibit Swift Decl. Ex. 174, # 25 Exhibit Swift Decl. Ex. 175)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | 2387 | Appendix *[Part 8] Exhibits in Support of Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment Adjudication on Defendants' Compliance With the Controlled Substances Act [CSA Compliance Brief]* filed by Distributor Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 2149 . (Attachments: # 1 Exhibit Swift Decl. Ex. 176, # 2 Exhibit Swift Decl. Ex. 177, # 3 Exhibit Swift Decl. Ex. 178 (redacted), # 4 Exhibit Swift Decl. Ex. 179, # 5 Exhibit Swift Decl. Ex. 180, # 6 Exhibit Swift Decl. Ex. 181, # 7 Exhibit Swift Decl. Ex. 182, # 8 Exhibit Swift Decl. Ex. 183, # 9 Exhibit Swift Decl. Ex. 184, # 10 Exhibit Swift Decl. Ex. 185 (redacted), # 11 Exhibit Swift Decl. Ex. 186, # 12 Exhibit Swift Decl. Ex. 187 (redacted), # 13 Exhibit Swift Decl. Ex. 188, # 14 Exhibit Swift Decl. Ex. 189 (redacted), # 15 Exhibit Swift Decl. Ex. 190, # 16 Exhibit Swift Decl. Ex. 191, # 17 Exhibit Swift Decl. Ex. 192, # 18 Exhibit Swift Decl. Ex. 193, # 19 Exhibit Swift Decl. Ex. 194, # 20 Exhibit Swift Decl. Ex. 195, # 21 Exhibit Swift Decl. Ex. 196, # 22 Exhibit Swift Decl. Ex. 197, # 23 Exhibit Swift Decl. Ex. 198, # 24 Exhibit Swift Decl. Ex. 199, # 25 Exhibit Swift Decl. Ex. 200, # 26 Exhibit Swift Decl. Ex. 201)(Stoffelmayr, Kaspar) (Entered: 08/14/2019) |
| 08/14/2019 | 2388 | **Opposition** to 1919 **Motion** for summary judgment *filed by Janssen Pharmaceuticals, Inc.* filed by Plaintiffs' Executive Committee. (Janush, Evan) (Entered: 08/14/2019) |
| 08/14/2019 | 2389 | First Appendix *In Support of Plaintiffs' Response to Janssen Pharmaceutical Inc.'s Motion for Summary Judgment [Part 1 of 3]* filed by Plaintiffs' Executive Committee. Related document(s) 2388 , 1919 . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # |

| | | |
|---|---|---|
| | | 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30)(Janush, Evan) (Entered: 08/14/2019) |
| 08/14/2019 | 2390 | Second Appendix *In Support of Plaintiffs' Response to Janssen Pharmaceutical Inc.'s Motion for Summary Judgment [Part 2 of 3]* filed by Plaintiffs' Executive Committee. Related document(s) 2388 , 2389 , 1919 . (Attachments: # 1 Exhibit 31, # 2 Exhibit 32, # 3 Exhibit 33, # 4 Exhibit 34, # 5 Exhibit 35, # 6 Exhibit 36, # 7 Exhibit 37, # 8 Exhibit 38, # 9 Exhibit 39, # 10 Exhibit 40, # 11 Exhibit 41, # 12 Exhibit 42, # 13 Exhibit 43, # 14 Exhibit 44)(Janush, Evan) (Entered: 08/15/2019) |
| 08/15/2019 | 2391 | Third Appendix *In Support of Plaintiffs' Response to Janssen Pharmaceutical Inc.'s Motion for Summary Judgment [Part 3 of 3]* filed by Plaintiffs' Executive Committee. Related document(s) 2390 , 2388 , 2389 , 1919 . (Attachments: # 1 Exhibit 45, # 2 Exhibit 46, # 3 Exhibit 47, # 4 Exhibit 48, # 5 Exhibit 49, # 6 Exhibit 50, # 7 Exhibit 51, # 8 Exhibit 52, # 9 Exhibit 53, # 10 Exhibit 54, # 11 Exhibit 55, # 12 Exhibit 56, # 13 Exhibit 57, # 14 Exhibit 58, # 15 Exhibit 59, # 16 Exhibit 60, # 17 Exhibit 61, # 18 Exhibit 62, # 19 Exhibit 63, # 20 Exhibit 64, # 21 Exhibit 65)(Janush, Evan) (Entered: 08/15/2019) |
| 08/15/2019 | 2392 | **SEALED Document:**(*Part 19) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 100* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 101, # 2 Exhibit 103, # 3 Exhibit 104, # 4 Exhibit 105, # 5 Exhibit 106, # 6 Exhibit 107)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2393 | **SEALED Document:**(*Part 20) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 108* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 109, # 2 Exhibit 111, # 3 Exhibit 112, # 4 Exhibit 113, # 5 Exhibit 114)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2394 | **SEALED Document:**(*Part 21) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 115* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 116, # 2 Exhibit 117)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2395 | **SEALED Document:**(*Part 22) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 118* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: # 1 Exhibit 119, # 2 Exhibit 120, # 3 Exhibit 121, # 4 Exhibit 122, # 5 Exhibit 123, # 6 Exhibit 124, # 7 Exhibit 125)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2396 | **SEALED Document:**(*Part 23) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 126* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 1813 , 2203 . (Attachments: |

| | | |
|---|---|---|
| | | # <u>1</u> Exhibit 127, # <u>2</u> Exhibit 128, # <u>3</u> Exhibit 129, # <u>4</u> Exhibit 130, # <u>5</u> Exhibit 131, # <u>6</u> Exhibit 132)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | <u>2397</u> | **SEALED Document:***(Part 24) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 133* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2203</u> . (Attachments: # <u>1</u> Exhibit 134, # <u>2</u> Exhibit 135, # <u>3</u> Exhibit 136, # <u>4</u> Exhibit 137, # <u>5</u> Exhibit 138, # <u>6</u> Exhibit 139, # <u>7</u> Exhibit 140, # <u>8</u> Exhibit 141, # <u>9</u> Exhibit 142, # <u>10</u> Exhibit 143, # <u>11</u> Exhibit 144)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | <u>2398</u> | **SEALED Document:***(Part 25) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 145* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2203</u> . (Attachments: # <u>1</u> Exhibit 146, # <u>2</u> Exhibit 147, # <u>3</u> Exhibit 148)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | <u>2399</u> | **Opinion and Order** - Track One Plaintiffs' Motion to Sever Defendants and to Extend the Deadline to Respond to Noramco, Inc.s Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment, Doc. #: <u>2099</u> , is GRANTED with respect to severance of the Severed Defendants and DENIED AS MOOT with respect to extending the deadline to respond to Noramcos MSJ. Plaintiffs' Motion to Sever Defendants CVS Indiana, L.L.C. and CVS RX Services, Inc. <u>2148</u> is GRANTED. Noramco's Motion for Judgment on the Pleadings, etc., Doc. #: <u>1902</u> , is DENIED AS MOOT. Judge Dan Aaron Polster on 8/14/19.(P,R) (Entered: 08/15/2019) |
| 08/15/2019 | <u>2400</u> | **SEALED Document:***(Part 26) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 149* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2203</u> . (Attachments: # <u>1</u> Exhibit 150, # <u>2</u> Exhibit 151, # <u>3</u> Exhibit 152, # <u>4</u> Exhibit 153, # <u>5</u> Exhibit 156, # <u>6</u> Exhibit 164)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | <u>2401</u> | **SEALED Document:***(Part 27) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 165* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2203</u> . (Attachments: # <u>1</u> Exhibit 166, # <u>2</u> Exhibit 167, # <u>3</u> Exhibit 168, # <u>4</u> Exhibit 169)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | <u>2402</u> | **SEALED Document:***(Part 28) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation; Exhibit 170* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) <u>1813</u> , <u>2203</u> . (Attachments: # <u>1</u> Exhibit 171)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | <u>2403</u> | Appendix *(Part 1) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 1* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) <u>2204</u> . (Attachments: # <u>1</u> Exhibit 2, # <u>2</u> Exhibit 3, # <u>3</u> Exhibit 4, # <u>4</u> Exhibit 5, # <u>5</u> Exhibit 6)(Sutton, Tara) |

| | | |
|---|---|---|
| | | (Entered: 08/15/2019) |
| 08/15/2019 | 2404 | Appendix *(Part 2) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 7* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 8, # 2 Exhibit 9 (Part 1))(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2405 | Appendix *(Part 3) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 9 (Part 2)* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 9 (Part 3))(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2406 | Appendix *(Part 4) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 10* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2407 | Appendix *(Part 5) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 14* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 15, # 2 Exhibit 16, # 3 Exhibit 17, # 4 Exhibit 18, # 5 Exhibit 19)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2408 | Appendix *(Part 6) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 20* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 21, # 2 Exhibit 22, # 3 Exhibit 23, # 4 Exhibit 24, # 5 Exhibit 25, # 6 Exhibit 26, # 7 Exhibit 27)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2409 | Appendix *(Part 7) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 28* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 29 (Part 1))(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2410 | *Amended* **Answer** to Complaint with Jury Demand *Amended Answer to Plaintiff's First Amended Complaint of The Muscogee (Creek) Nation* filed by CVS Pharmacy Inc., Oklahoma CVS Pharmacy, LLC, Omnicare Distribution Center LLC. (Delinsky, Eric) (Entered: 08/15/2019) |
| 08/15/2019 | 2411 | Appendix *(Part 8) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 29 (Part 2)* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 29 (Part 3))(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2412 | Appendix *(Part 9) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 30* filed by County of Cuyahoga, County of Summit, Ohio, |

| | | |
|---|---|---|
| | | Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 32)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2413 | Appendix *(Part 10) Exhibit to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 33* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2414 | Appendix *(Part 11) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 34* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 35, # 2 Exhibit 36, # 3 Exhibit 37, # 4 Exhibit 38, # 5 Exhibit 39, # 6 Exhibit 40, # 7 Exhibit 41, # 8 Exhibit 42)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2415 | Appendix *(Part 12) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 43* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 44, # 2 Exhibit 45)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2416 | Appendix *(Part 13) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 46* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 47, # 2 Exhibit 48, # 3 Exhibit 49, # 4 Exhibit 50, # 5 Exhibit 51)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2417 | Appendix *(Part 14) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 52* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 53, # 2 Exhibit 54, # 3 Exhibit 55)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2418 | Appendix *(Part 15) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 56* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 57, # 2 Exhibit 58, # 3 Exhibit 59, # 4 Exhibit 60, # 5 Exhibit 61, # 6 Exhibit 62, # 7 Exhibit 63, # 8 Exhibit 64, # 9 Exhibit 65, # 10 Exhibit 66, # 11 Exhibit 67, # 12 Exhibit 68, # 13 Exhibit 69, # 14 Exhibit 70, # 15 Exhibit 71, # 16 Exhibit 72, # 17 Exhibit 73, # 18 Exhibit 74, # 19 Exhibit 75, # 20 Exhibit 76, # 21 Exhibit 77, # 22 Exhibit 78)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2419 | Appendix *(Part 16) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 79* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 80, # 2 Exhibit 81, # 3 Exhibit 82, # 4 Exhibit 83, # 5 Exhibit 84, # 6 Exhibit 85, # 7 Exhibit 86, # 8 Exhibit 87)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2420 | **SEALED Document:***Plaintiffs' Memorandum in Opposition to Defendant Walmart's Motion for Summary Judgment 1866* filed by Plaintiffs' Executive |

| | | |
|---|---|---|
| | | Committee. Related document(s) 1813 , 1866 . (Attachments: # 1 Exhibit 1 - McCann Deposition Excerpts, # 2 Exhibit 2 - WMT Response to Combined Discovery, # 3 Exhibit 3 - WMT_MDL_000048101, # 4 Exhibit 4 - Walmart PowerPoint (WMT_MDL_000048100), # 5 Exhibit 5 - Plaintiffs' Responses to the Amended and Clarified Discovery Ruling 12 Supplemental Interrogatory Issued to Plaintiffs, # 6 Exhibit 6 - July 9, 2015 Email (WMT_MDL_000006511), # 7 Exhibit 7 - WMT_MDL_000052997, # 8 Exhibit 8 - Sept. 17, 2014 Email (WMT_MDL_000054651), # 9 Exhibit 9 - Pharmacy Manual (WMT_MDL_000011107-11109), # 10 Exhibit 10 - Walmart Pharmacy Opioids CE (PKY180257493), # 11 Exhibit 11 - Check paid from Purdue to Dr. Strickland for presenting Walmart CE (PKY180512514), # 12 Exhibit 12 - Purdue Pharma Funding for Walmart CE (PKY180512520), # 13 Exhibit 13 - PKY180640921, # 14 Exhibit 14 - Purdue invoice to cover Walmart (PKY180794346), # 15 Exhibit 15 - Notice of Reaccredidation (WMT_MDL_00007305), # 16 Exhibit 16 - Request for Extension (WMT_MDL_000016690), # 17 Exhibit 17 - Pharmacy Update (WMT_MDL_000016632))(do Amaral, Paulina) (Entered: 08/15/2019) |
| 08/15/2019 | 2421 | Appendix *(Part 17) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 88* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 89, # 2 Exhibit 90, # 3 Exhibit 91, # 4 Exhibit 92, # 5 Exhibit 93, # 6 Exhibit 94, # 7 Exhibit 95, # 8 Exhibit 96)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2422 | Appendix *(Part 18) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 97* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 98, # 2 Exhibit 99)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2423 | Appendix *(Part 19) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 100* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 101, # 2 Exhibit 103, # 3 Exhibit 104, # 4 Exhibit 105, # 5 Exhibit 106)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2424 | Appendix *(Part 20) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 107* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 108, # 2 Exhibit 109, # 3 Exhibit 111, # 4 Exhibit 112, # 5 Exhibit 113, # 6 Exhibit 114)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2425 | **Opposition** to 1861 **Motion** for summary judgment *on Plaintiffs' Negligence Per Se Claims* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1 - SUMMIT_000830645, # 2 Exhibit 2 - SUMMIT_000830451, # 3 Exhibit 3 - SUMMIT_001843287 (redacted), # 4 Exhibit 4 - SUMMIT_001839815 (redacted), # 5 Exhibit 5 - SUMMIT_000023798, # 6 Exhibit 6 - SUMMIT_000023567, # 7 Exhibit 7 - Gerome depo)(Pifko, Mark) (Entered: 08/15/2019) |

| 08/15/2019 | 2426 | Appendix *(Part 21) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 115* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 116, # 2 Exhibit 117, # 3 Exhibit 118, # 4 Exhibit 119)(Sutton, Tara) (Entered: 08/15/2019) |
|---|---|---|
| 08/15/2019 | 2427 | Appendix *(Part 22) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 120* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 121, # 2 Exhibit 122, # 3 Exhibit 123, # 4 Exhibit 124, # 5 Exhibit 125, # 6 Exhibit 126, # 7 Exhibit 127, # 8 Exhibit 128)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2428 | Appendix *(Part 23) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 129* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 130, # 2 Exhibit 131, # 3 Exhibit 132, # 4 Exhibit 133, # 5 Exhibit 134, # 6 Exhibit 135, # 7 Exhibit 136, # 8 Exhibit 137, # 9 Exhibit 138, # 10 Exhibit 139, # 11 Exhibit 140, # 12 Exhibit 141)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2429 | Appeal Order from USCA for the Sixth Circuit: Grant the motion for leave to file reply in support of Emergency Motion for Writ of Mandamus but Deny the Emergency Petition for Writ of Mandamus re 1855 (USCA# 19-3682). Circuit Judges: Guy, Clay, and Griffin. Date issued by USCA 8/15/19 (H,SP) (Entered: 08/15/2019) |
| 08/15/2019 | 2430 | **SEALED Document:***Plaintiffs Memorandum in Opposition to Distributor Defendants Motion for Summary Judgment on Plaintiffs Negligence Per Se Claims (PSJ6)* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1861 . (Attachments: # 1 Exhibit 1 - SUMMIT_000830646, # 2 Exhibit 2 - SUMMIT_000830451, # 3 Exhibit 3 - SUMMIT_001843287, # 4 Exhibit 4 - SUMMIT_001839815, # 5 Exhibit 5 - SUMMIT_000023798, # 6 Exhibit 6 - SUMMIT_000023567, # 7 Exhibit 7 - Gerome depo)(Pifko, Mark) (Entered: 08/15/2019) |
| 08/15/2019 | 2431 | Appendix *(Part 24) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 142* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 143, # 2 Exhibit 144, # 3 Exhibit 145, # 4 Exhibit 146)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2432 | Appendix *(Part 25) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 147* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 148, # 2 Exhibit 149, # 3 Exhibit 150, # 4 Exhibit 151, # 5 Exhibit 152, # 6 Exhibit 153, # 7 Exhibit 156)(Sutton, Tara) (Entered: 08/15/2019) |

| 08/15/2019 | 2433 | Appendix *(Part 26) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 164* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 165, # 2 Exhibit 166, # 3 Exhibit 167, # 4 Exhibit 168, # 5 Exhibit 169)(Sutton, Tara) (Entered: 08/15/2019) |
|---|---|---|
| 08/15/2019 | 2434 | *First Amended* **Answer** to Complaint with Jury Demand *and Affirmative Defenses* filed by KVK-Tech, Inc.. (Rice, Thomas) (Entered: 08/15/2019) |
| 08/15/2019 | 2435 | Appendix *(Part 27) Exhibits to Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (Redacted Version); Exhibit 170* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Executive Committee. Related document(s) 2204 . (Attachments: # 1 Exhibit 171)(Sutton, Tara) (Entered: 08/15/2019) |
| 08/15/2019 | 2436 | **SEALED Document:***Plaintiffs' Memorandum of Law in Opposition to "Generic Manufacturers'" Motion for Partial Summary Judgment 1860* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 1860 . (Attachments: # 1 Exhibit 1 - FDA Analysis of Long-Term Trends in Prescription Opioid Analgesic Products, # 2 Exhibit 2 - MNK-T1_0005574545, # 3 Exhibit 3 - ENDO_DATA-OPIOID_MDL-00000035, # 4 Exhibit 4 - MNK-T1_0002183040, # 5 Exhibit 5 - MNK-T1_0002159713, # 6 Exhibit 6 - MNK-T1_0001531484, # 7 Exhibit 7 - Williams Dep. Ex. 21, # 8 Exhibit 8 - Convention & Trade Show Standard Marketing Material Order (MNK-T1_0002699252), # 9 Exhibit 9 - Standard Marketing Material Order (MNK-T1_0000972885), # 10 Exhibit 10 - July 14, 2011 Email (MNK-T1_0006632298), # 11 Exhibit 11 - Harvard Drug Group Trade Partner Expo 2012 List (MNK-T1_0004841670), # 12 Exhibit 12 - May 28, 2014 Email (MNK-T1_0004826101-102), # 13 Exhibit 13 - July 20, 2015 Email (MNK-T1_0004862918-919), # 14 Exhibit 14 - Sept. 29, 2016 Email, # 15 Exhibit 15 - MNK-T1_0001193724, # 16 Exhibit 16 - MNK-T1_0004602837, # 17 Exhibit 17 - MNK-T1_0003284656, # 18 Exhibit 18 - Pain Management Traineeship for Pharmacists (MNK-T1_0000905348), # 19 Exhibit 19 - MNK-T1_0000905350, # 20 Exhibit 20 - The Pharmacists Role in Management of Chronic Pain: Focus on Opioids (MNK-T1_0001308076), # 21 Exhibit 21 - C.A.R.E.S. Alliance Opioid Clinical Management Guide (MNK-T1_0001758643), # 22 Exhibit 22 - C.A.R.E.S. Alliance Safe Use and Handling Guide (MNK- T1_0003416495), # 23 Exhibit 23 - MNK-T1_0000098099, # 24 Exhibit 24 - C.A.R.E.S. Alliance Catalog (MNK-T1_0001493093), # 25 Exhibit 25 - Defeat Chronic Pain Now!, # 26 Exhibit 26 - Pain Pocketguide (MNK-T1_0002248919), # 27 Exhibit 27 - MNK-T1_0001786865, # 28 Exhibit 28 - Endo Holdings Inc. 2001 10-K, # 29 Exhibit 29 - Endo Powerpoint (ENDO-OPIOID_MDL-01139611), # 30 Exhibit 30 - ENDO-OPIOID_MDL-04814925, # 31 Exhibit 31 - ENDO-OPIOID_MDL-02002513, # 32 Exhibit 32 - Risk Management Presentation (ENDO-OPIOID_MDL-04095507), # 33 Exhibit 33 - CD&E The Critical Connection for Success in 2000 and Beyond (ENDO-OPIOID_MDL-02344002), # 34 Exhibit 34 - The 7 Essentials: The Endo Pharmaceuticals Story Video (Lodged), # 35 Exhibit 35 - END00152457, # 36 Exhibit 36 - MDL_KP360_000000002, # 37 Exhibit 37 - ENDO-OPIOID_MDL-02261843, # 38 Exhibit 38 - Pain Management Today Vol. 8 # 1 (KP360_OHIOMDL_000011082), # 39 Exhibit 39 - Slides Advances in Opioid Analgesia Presentation (KP360_OHIOMDL_000002116), # 40 Exhibit 40 - Chronic Opioid Therapy Presentation (KP360_OHIOMDL_000121628), # 41 |

| | | |
|---|---|---|
| | | Exhibit 41 - Pain Opioid Therapy Brochure (ENDO-OPIOID_MDL-00481936), # 42 Exhibit 42 - NIPC Executive Summary (MDL_KP360_000000021), # 43 Exhibit 43 - ENDO-OPIOID_MDL-01928285, # 44 Exhibit 44 - ENDO-OPIOID_MDL-0623389, # 45 Exhibit 45 - ENDO-Campanelli-210, # 46 Exhibit 46 - 2001 Letter from APF to Endo (ENDO-OPIOID_MDL-06234029), # 47 Exhibit 47 - Pain Action Guide (2000 edition) (CHI_000435580), # 48 Exhibit 48 - Pain Action Guide (2003 edition) (CHI_000432477), # 49 Exhibit 49 - Endo 2010 Funding Disclosure (ENDO-OR-CID-00754369), # 50 Exhibit 50 - APF 2010 Annual Report (CHI_000430305), # 51 Exhibit 51 - Taking a Long-Acting Opioid Brochure (ENDO-CHI_LIT-00024520), # 52 Exhibit 52 - Understanding Your Pain Brochure (ENDO-CHI_LIT-00084049), # 53 Exhibit 53 - ENDO-OPIOID_MDL-02150882, # 54 Exhibit 54 - ENDO-OPIOID_MDL-04930147, # 55 Exhibit 55 - Altier Dep. Ex. 17, # 56 Exhibit 56 - McCormick Dep. Ex. 4, # 57 Exhibit 57 - McCormick Dep. Ex. 22, # 58 Exhibit 58 - Altier Dep. Ex. 3, # 59 Exhibit 59 - Myers Dep. Ex. 16, # 60 Exhibit 60 - McCormick Dep. Ex. 12, # 61 Exhibit 61 - McCormick Dep. Ex. 6, # 62 Exhibit 62 - Boothe Dep. Ex. 14 (ACTAVIS0506794-814), # 63 Exhibit 63 - McCormick Dep. Ex. 20 (ACTAVIS0346651), # 64 Exhibit 64 - Allergan_MDL_02053309-16, # 65 Exhibit 65 - Boothe Dep. Ex. 10, # 66 Exhibit 66 - McCormick Dep. Ex. 17, # 67 Exhibit 67 - McCormick Dep. Ex. 21, # 68 Exhibit 68 - McCormick Dep. Ex. 8, # 69 Exhibit 69 - Cuyahoga and Summit ARCOS summaries, # 70 Exhibit 70 - Teva Website Pages, # 71 Exhibit 71 - Herman Dep. Ex. 42, # 72 Exhibit 72 - TEVA_MDL_A_00499645, # 73 Exhibit 73 - TEVA_MDL_A_00499646, # 74 Exhibit 74 - TEVA_MDL_A_01207131, # 75 Exhibit 75 - TEVA_MDL_A_02965173, # 76 Exhibit 76 - TEVA_MDL_A_01088080, # 77 Exhibit 77 - TEVA_MDL_A_03437093 Excerpt, # 78 Exhibit 78 - TEVA_MDL_A_01136278, # 79 Exhibit 79 - TEVA_MDL_A_01090493, # 80 Exhibit 80 - TEVA_MDL_A_ 01207133, # 81 Exhibit 81 - TEVA_MDL_A_00765944, # 82 Exhibit 82 - TEVA_MDL_A_08657218, # 83 Exhibit 83 - Day Dep. Ex. 5, # 84 Exhibit 84 - Day Dep. Ex. 26, # 85 Exhibit 85 - Teva Pain Matters (TEVA_MDL_A_08652504), # 86 Exhibit 86 - TEVA_MDL_A_09545105, # 87 Exhibit 87 - TEVA_MDL_A_00907192, # 88 Exhibit 88 - TEVA_MDL_A_02401119, # 89 Exhibit 89 - TEVA_MDL_A_00877813, # 90 Exhibit 90 - TEVA_MDL_A_02214252, # 91 Exhibit 91 - TEVA_MDL_A_03413816, # 92 Exhibit 92 - TEVA_MDL_A_01108894, # 93 Exhibit 93 - TEVA_MDL_A_00565051, # 94 Exhibit 94 - Persistent and Breakthrough Pain (TEVA_MDL_A_00844073), # 95 Exhibit 95 - Pain Week Marketing Activities Deck, # 96 Exhibit 96 - Breakthrough Pain Brochure (TEVA_MDL_A_01402424))(Chalos, Mark) (Entered: 08/15/2019) |
| 08/15/2019 | 2437 | **SEALED Motion** *Regarding Sealed Filings Made Pursuant To Order Amending Procedures Regarding Redactions And Filing of Briefs Under Seal* 1813 *filed by* Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Exhibits To Motion)(Delinsky, Eric) (Entered: 08/15/2019) |
| 08/15/2019 | 2438 | **Nunc Pro Tunc Opinion and Order** - Track One Plaintiffs' Motion to Sever Defendants and to Extend the Deadline to Respond to Noramco, Inc's Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment, Doc. #: 2099 , is GRANTED with respect to severance of the Severed Defendants and DENIED AS MOOT with respect to extending the deadline to respond to |

| | | |
|---|---|---|
| | | Noramco's MSJ. Plaintiffs' Motion to Sever Defendants CVS Indiana, L.L.C. and CVS RX Services, Inc. 2148 is GRANTED. Noramco's Motion for Judgment on the Pleadings, etc., Doc. #: 1902 , is DENIED AS MOOT. Judge Dan Aaron Polster on 8/14/19.(P,R) (Entered: 08/15/2019). Judge Dan Aaron Polster on 8/15/19. (P,R) (Entered: 08/15/2019) |
| 08/16/2019 | 2439 | Notice of Service of Reply in Support of Defendants' Motion to Exclude Testimony of Thomas McGuire Concerning Damages filed by Cardinal Health, Inc.. (Attachments: # 1 Exhibit A - Summary Sheet)Related document(s) 2191 , 1911 .(Hardin, Ashley) (Entered: 08/16/2019) |
| 08/16/2019 | 2440 | Notice of Service of Plaintiffs' Reply in Support of Motion of Plaintiffs Cuyahoga and Summit Counties for Partial Summary Adjudication of Their Equitable Claims for Abatement of an Absolute Public Nuisance (dkt #1890) filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)Related document(s) 1890 .(Weinberger, Peter) (Entered: 08/16/2019) |
| 08/16/2019 | 2441 | Notice of Service of Reply in Support of Distributor Defendants' Motion for Summary Judgment on Plaintiffs' Negligence Per Se Claims filed by AmerisourceBergen Drug Corporation, Anda, Inc., Cardinal Health, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Prescription Supply Inc. (Attachments: # 1 Exhibit A)Related document(s) 1861 , 2187 .(Nicholas, Robert) (Entered: 08/16/2019) |
| 08/16/2019 | 2442 | Notice of Service of Reply in Support of Defendants' Motion to Exclude the Opinions of Craig McCann filed by Cardinal Health, Inc.. (Attachments: # 1 Exhibit A Summary Sheet)Related document(s) 1903 , 2253 , 1906 , 2260 .(Hardin, Ashley) (Entered: 08/16/2019) |
| 08/16/2019 | 2443 | Notice of Service of Defendants' Reply in Support of Motion to Exclude Expert Testimony Purporting to Relate to Abatement Costs and Efforts filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co., Walgreen Eastern Co.. (Attachments: # 1 Exhibit A)Related document(s) 1865 , 2175 .(Nicholas, Robert) (Entered: 08/16/2019) |
| 08/16/2019 | 2444 | Notice of Service of Reply ISO Distributors' Motions to Dismiss Conspiracy, RICO, OCPA Claims filed by Cardinal Health, Inc.. (Attachments: # 1 A - Summary Sheet)Related document(s) 1904 , 2183 , 1921 , 1908 , 2182 .(Hardin, Ashley) (Entered: 08/16/2019) |
| 08/16/2019 | 2445 | **Reply** in support of 1893 **Motion** for summary judgment *ON PLAINTIFFS PUBLIC NUISANCE CLAIMS* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit Summary Sheet)(Rendon, Carole) (Entered: 08/16/2019) |
| 08/16/2019 | 2446 | Notice of Service of of Defendants' Reply In Support of Their Motion to Exclude Expert Testimony of Katherine Keyes, Anna Lembke & Jonathan Gruber RE the "Gateway Hypothesis" of Causation filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Summary Sheet)Related document(s) 2197 |

| | | |
|---|---|---|
| | | .(Hobart, Geoffrey) (Entered: 08/16/2019) |
| 08/16/2019 | 2447 | **Reply** in support of 1860 **Motion** for partial summary judgment filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Mallinckrodt LLC, Noramco, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Attachments: # 1 Supplement Summary Sheet, # 2 Affidavit Declaration of Steven A. Reed, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(Reed, Steven) (Entered: 08/16/2019) |
| 08/16/2019 | 2448 | Notice of Service of Reply To Plaintiffs' Opposition To Motion For Summary Judgment *By CVS Indiana, L.L.C. and CVS Rx Services, Inc.* filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. (Attachments: # 1 Summary Sheet)Related document(s) 2213 , 1886 , 1889 , 2208 .(Delinsky, Eric) (Entered: 08/16/2019) |
| 08/16/2019 | 2449 | Notice of Service of Pharmacy Defendants' Reply In Support Of Their Motion For Summary Judgment Based On The Statute Of Limitations filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. (Attachments: # 1 Summary Sheet)Related document(s) 2212 , 1872 , 2179 , 1703 , 1874 .(Delinsky, Eric) (Entered: 08/16/2019) |
| 08/16/2019 | 2450 | Notice of Service of Distributors' and Manufacturers' Reply in Support of Motion for Partial Summary Judgment on Statute of Limitations Grounds filed by Cardinal Health, Inc.. (Attachments: # 1 Exhibit A Summary Sheet)Related document(s) 1892 .(Hardin, Ashley) (Entered: 08/16/2019) |
| 08/16/2019 | 2451 | **Reply** in support of 1868 **Motion** to strike */Exclude the Marketing Causation Opinions of Mark Schumacher, Anna Lembke, and Katherine Keyes* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Supplement Summary Sheet) (Reed, Steven) (Entered: 08/16/2019) |
| 08/16/2019 | 2452 | Notice of Service *of Defendant Discount Drug Mart, Inc.'s Reply in Support of its Motion for Summary Judgment* filed by Discount Drug Mart, Inc.. (Attachments: # 1 Exhibit Exhibit One - Summary Sheet for Discount Drug Mart, Inc.'s Reply in Support of its Motion for Summary Judgment)Related document(s) 1862 , 1863 , 2216 .(Johnson, Timothy) (Entered: 08/16/2019) |
| 08/16/2019 | 2453 | **Notice of Service** of reply in support of 1875 **Motion** for summary judgment *of Pharmacy Defendants on Civil Conspiracy Claim* filed by Walmart Inc.. (Attachments: # 1 Summary Sheet)(Fumerton, Tara) Modified on 8/16/2019 (W,Jo). (Entered: 08/16/2019) |
| 08/16/2019 | 2454 | Notice of Service of Distributor Defendants' Reply Memorandum in Further Support of Motion for Summary Judgment on Proximate Causation Grounds filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Prescription Supply Inc. (Attachments: # 1 Summary Sheet)(Hobart, Geoffrey) (Entered: 08/16/2019) |

| 08/16/2019 | 2455 | Notice of Service of Manufacturer Defendants' Reply Brief in Support of MSJ that Plaintiffs' State-Law Claims are Preempted filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit Summary Sheet)Related document(s) 1926 .(Rendon, Carole) (Entered: 08/16/2019) |
| --- | --- | --- |
| 08/16/2019 | 2456 | Notice of Service of Reply In Support of Defendants' Daubert Motion to Exclude the Opinions of Seth B. Whitelaw filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Summary Sheet)Related document(s) 2189 , 2221 .(Hobart, Geoffrey) (Entered: 08/16/2019) |
| 08/16/2019 | 2457 | Notice of Service of MANUFACTURER DEFENDANTS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFFS FAILURE TO OFFER PROOF OF CAUSATION and Supporting Materials filed by Manufacturer Defendants. (Attachments: # 1 Exhibit A, SUMMARY SHEET FOR MANUFACTURER DEFENDANTS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFFS FAILURE TO OFFER PROOF OF CAUSATION)Related document(s) 2203 , 1894 , 1941 , 2204 .(Welch, Donna) (Entered: 08/16/2019) |
| 08/16/2019 | 2458 | Notice of Service of Reply Brief in Support of HBC Service Company's Motion for Summary Judgment filed by HBC Service Company. (Attachments: # 1 Exhibit A - Summary Sheet)Related document(s) 1923 , 1912 .(Barnes, Robert) (Entered: 08/16/2019) |
| 08/16/2019 | 2459 | Notice of Service of Reply in Support of Motion for Summary Judgment filed by Walmart Inc.. (Attachments: # 1 Summary Sheet)Related document(s) 1864 .(Fumerton, Tara) (Entered: 08/16/2019) |
| 08/16/2019 | 2460 | Notice of Service of REPLY IN SUPPORT OF DEFENDANTS MOTION TO EXCLUDE DAVID CUTLERS OPINIONS AND PROPOSED TESTIMONY and Supporting Materials filed by Manufacturer Defendants. (Attachments: # 1 Exhibit A, SUMMARY SHEET FOR REPLY IN SUPPORT OF DEFENDANTS MOTION TO EXCLUDE DAVID CUTLERS OPINIONS AND PROPOSED TESTIMONY)Related document(s) 2209 , 1937 , 1901 , 2210 .(Welch, Donna) (Entered: 08/16/2019) |
| 08/16/2019 | 2461 | Notice of Service of REPLY IN SUPPORT OF DEFENDANTS MOTION TO EXCLUDE MEREDITH ROSENTHALS OPINIONS AND PROPOSED TESTIMONY and Supporting Materials filed by Manufacturer Defendants. (Attachments: # 1 Exhibit A, SUMMARY SHEET FOR REPLY IN SUPPORT OF DEFENDANTS MOTION TO EXCLUDE MEREDITH ROSENTHALS OPINIONS AND PROPOSED TESTIMONY)Related document(s) 2176 , 1913 , 1935 .(Welch, Donna) (Entered: 08/16/2019) |
| 08/16/2019 | 2462 | Notice of Service of Reply in Support of Non-RICO Small Distributors Motion for Summary Judgment Based on Their De Minimis Status filed by Anda, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., Prescription Supply Inc.. (Attachments: # 1 Exhibit A to Notice of Service)Related document(s) 1762 .(Haggerty, John) (Entered: 08/16/2019) |

| 08/16/2019 | 2463 | Notice of Service of Defendant Mallinckrodt's Reply Memorandum in Support of Its Motion for Partial Summary Judgment filed by Mallinckrodt LLC, Mallinckrodt PLC, SpecGX LLC. (Attachments: # 1 Exhibit A, Summary Sheet)Related document(s) 2271 , 1898 , 2293 , 1907 .(O'Connor, Brien) (Entered: 08/16/2019) |
|---|---|---|
| 08/16/2019 | 2464 | Notice of Service of Reply Brief in Further Support of Defendants' Daubert Motion to Exclude the Opinions of Jonathan Gruber filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Summary Sheet) (Hobart, Geoffrey) (Entered: 08/16/2019) |
| 08/16/2019 | 2465 | Notice of Service of Non-Rico Small Distributors' Reply Memorandum in Support of Their Motion for Partial Summary Judgment on Plaintiffs' "Failure to Report" and "Fraud on the DEA" Claims filed by Anda, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., Prescription Supply Inc. (Attachments: # 1 Exhibit A)Related document(s) 2171 , 1873 .(Padgett, William) (Entered: 08/16/2019) |
| 08/16/2019 | 2466 | Notice of Service of Consolidated Reply Memorandum in Further Support of Plaintiffs' Motions for Partial Summary Adjudication with Respect to the Controlled Substances Act (Dkts. #1910-1 and 1924-1 filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet, # 2 Exhibit List)Related document(s) 1924 , 1910 .(Weinberger, Peter) (Entered: 08/16/2019) |
| 08/16/2019 | 2467 | Notice of Service of Reply in Support of Motion for Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal Health, and McKesson filed by Rite Aid of Maryland, Inc.. (Attachments: # 1 Exhibit A - Summary Sheet)Related document(s) 1867 , 2171 , 1883 .(Moore, Kelly) (Entered: 08/16/2019) |
| 08/16/2019 | 2468 | Notice of Service of Defendants' Daubert Reply Road Map Brief filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit Summary Sheet, # 2 Exhibit Reply Brief)Related document(s) 1773 .(Rendon, Carole) (Entered: 08/16/2019) |
| 08/16/2019 | 2469 | Notice of Service of Reply in Support of Pharmacy Defendants' Motion for Summary Judgment on Causation filed by Rite Aid of Maryland, Inc.. (Attachments: # 1 Exhibit A - Summary Sheet)Related document(s) 2203 , 1869 , 2204 , 1885 .(Moore, Kelly) (Entered: 08/16/2019) |
| 08/16/2019 | 2470 | Notice of Service of Reply in Support of Rite Aid of Maryland's Motion for Summary Judgment filed by Rite Aid of Maryland, Inc.. (Attachments: # 1 Exhibit A - Summary Sheet)Related document(s) 1870 , 2185 , 2184 , 1888 .(Moore, Kelly) (Entered: 08/16/2019) |
| 08/16/2019 | 2471 | Notice of Service of DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE LACEY KELLER'S OPINIONS AND PROPOSED TESTIMONY filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Attachments: # 1 Summary Sheet)Related document(s) 1782 .(Lifland, Charles) (Entered: 08/16/2019) |

| 08/16/2019 | 2472 | Notice of Service of Reply in Support of Defendants' Motion to Strike the Testimony of Kessler & Perry filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Exhibit A - Summary Sheet)Related document(s) 2195 , 1928 , 1927 .(Cheffo, Mark) (Entered: 08/16/2019) |
|---|---|---|
| 08/16/2019 | 2473 | Notice of Service of DEFENDANTS' SUMMARY JUDGMENT ROADMAP BRIEF filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Attachments: # 1 Summary Sheet)(Lifland, Charles) (Entered: 08/16/2019) |
| 08/16/2019 | 2474 | Notice of Service of Manufacturer Defendants' Reply in Support of Summary Judgment on Plaintiffs RICO, OCPA, and Civil Conspiracy Claims filed by Manufacturer Defendants. (Attachments: # 1 Exhibit A - Summary Sheet)Related document(s) 1930 , 2183 , 2182 .(Cheffo, Mark) (Entered: 08/16/2019) |
| 08/16/2019 | 2475 | Notice of Service of DEFENDANTS JANSSEN PHARMACEUTICALS, INC. AND JOHNSON & JOHNSON'S REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Attachments: # 1 Summary Sheet)Related document(s) 1776 .(Lifland, Charles) (Entered: 08/16/2019) |
| 08/16/2019 | 2476 | **Reply** in support of 1891 **Motion** for summary judgment *of Teva and Actavis Generic Defendants* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Teva Pharmaceutical Industries Ltd., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Attachments: # 1 Supplement Summary Sheet, # 2 Affidavit Declaration of Steven A. Reed, # 3 Appendix A - Publications, # 4 Exhibit 1- Baldassano Excerpts, # 5 Exhibit 2- 2011 Inst of Medicine Rpt, # 6 Exhibit 3 -Fishbain Article, # 7 Exhibit 4 - Grant Agreement, # 8 Exhibit 5 - Policy Funding)(Reed, Steven) (Entered: 08/16/2019) |
| 08/16/2019 | 2477 | Notice of Service of Walgreens' Reply in Support of Its Motion for Summary Judgment filed by Walgreen Co., Walgreen Eastern Co.. (Attachments: # 1 Exhibit A - Summary Sheet)Related document(s) 1876 , 2205 , 2190 , 1871 .(Stoffelmayr, Kaspar) (Entered: 08/16/2019) |
| 08/16/2019 | 2478 | Notice of Service of Reply in Support of Defendants' Motion to Exclude Opinions Offered by James Rafalski filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Exhibit A - Summary Sheet)Related document(s) 1884 , 2260 , 1900 , 2253 .(Stoffelmayr, Kaspar) (Entered: 08/16/2019) |
| 08/16/2019 | 2479 | **Reply** in support of 1868 **Motion** to strike */Exclude the Marketing Causation Opinions of Mark Schumacher, Anna Lembke, and Katherine Keyes (Corrected)* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Supplement Summary Sheet)(Reed, Steven) (Entered: 08/16/2019) |
| 08/16/2019 | 2480 | *First Amended* **Answer** to Complaint with Jury Demand *and Affirmative Defenses* filed by Amneal Pharmaceuticals of New York, LLC. (Benoit, Sarah) (Entered: 08/16/2019) |

| | | |
|---|---|---|
| 08/16/2019 | 2481 | **Reply** in support of 1868 **Motion** to strike */Exclude the Marketing Causation Opinions of Mark Schumacher, Anna Lembke, and Katherine Keyes (Corrected)* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Supplement Summary Sheet)(Reed, Steven) (Entered: 08/16/2019) |
| 08/16/2019 | 2482 | *First Amended* **Answer** to Complaint with Jury Demand *and Affirmative Defenses* filed by Amneal Pharmaceuticals, LLC. (Benoit, Sarah) (Entered: 08/16/2019) |
| 08/19/2019 | 2483 | **Opinion and Order** Regarding Plaintiffs' Summary Judgment Motions Addressing The Controlled Substances Act (Related Doc ## 1887 1910 ). Judge Dan Aaron Polster on 8/19/19.(P,R) (Entered: 08/19/2019) |
| 08/19/2019 | 2484 | **Conditional Transfer Order (CTO 105)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 08/19/2019) |
| 08/19/2019 | 2485 | **Conditional Transfer Order (CTO 106)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio.(P,R) (Entered: 08/19/2019) |
| 08/19/2019 | 2486 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of CTO 104 and transferring listed case to the Northern District of Ohio.(P,R) (Entered: 08/19/2019) |
| 08/19/2019 | 2487 | Notice Dismissing Certain Causes of Action filed by County of Cuyahoga, County of Summit, Ohio. (Badala, Salvatore) (Entered: 08/19/2019) |
| 08/19/2019 | 2488 | NOTICE REGARDING WAIVER OF SERVICE filed by BR Holdings Associates Inc., BR Holdings Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., Pharmaceutical Research Associates, Inc.. (Attachments: # 1 Exhibit Exhibit A Waiver of Service)(Hogan, Emily) (Entered: 08/19/2019) |
| 08/19/2019 | 2489 | Status Report *by Certain "NAS Baby" Plaintiffs in Response to this Court's Bench Order of August 7, 2019* filed by Derric and Ceonda Rees. (Attachments: # 1 Exhibit 1 (Ltr. S. Bickford to D. Cohen), # 2 Exhibit 2 (Ltr. J. Rice to S. Bickford et al))(Bickford, Scott) (Entered: 08/19/2019) |
| 08/19/2019 | 2490 | **Order** Appointing Interim Class Counsel. Judge Dan Aaron Polster on 8/19/19. (P,R) (Entered: 08/19/2019) |
| 08/19/2019 | 2491 | Amended Notice Regarding Service filed by Associated Pharmacies Inc. (Attachments: # 1 Exhibit Waiver of the Service of Summons Form)(Alvis, Stewart) (Entered: 08/19/2019) |
| 08/20/2019 | 2492 | **Opinion and Order** denying Defendants' Motion to Exclude Lacey Keller's Opinions and Proposed Testimony (Related Doc # 1914 ). Judge Dan Aaron Polster on 8/20/19.(P,R) (Entered: 08/20/2019) |
| 08/20/2019 | 2493 | **Statement** Clarifying Order Appointing Interim Counsel. Judge Dan Aaron Polster on 8/20/19. (P,R) (Entered: 08/20/2019) |
| 08/20/2019 | 2494 | **Opinion and Order** Regarding Defendants' Motions to Exclude Opinions of James Rafalski and Craig McCann. (Related Doc ## 1900 1906 ). Judge Dan Aaron Polster on 8/20/19.(P,R) (Entered: 08/20/2019) |

| 08/20/2019 | 2495 | **Opinion and Order** Denying Defendants' Motion to Exclude Opinions and Proposed Testimony of Meredith Rosenthal (Related Doc # 1913 ). Judge Dan Aaron Polster on 8/20/19.(P,R) (Entered: 08/20/2019) |
| 08/20/2019 | 2496 | Joint **Motion** to dismiss party *H. D. Smith Holding Company and H. D. Smith Holdings, LLC* filed by MDL Notice Only County of Cuyahoga, H. D. Smith Holding Company, H. D. Smith Holdings, LLC. Related document(s) 1015 . (Attachments: # 1 Proposed Order)(Padgett, William) (Entered: 08/20/2019) |
| 08/20/2019 | 2497 | **Motion** for leave *to file Sur-Reply to Distributors' Consolidated Reply in Support of Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims* filed by Plaintiff Plaintiffs' Executive Committee. Related document(s) 1904 , 2183 . (Attachments: # 1 Exhibit A - Plaintiffs' Sur-reply, # 2 Proposed Order)(Pifko, Mark) (Entered: 08/20/2019) |
| 08/20/2019 | 2498 | Notice of Service of Plaintiff City of Fargo's Further Response to Plaintiffs' Renewed and Amended Motion for Class Certification of Rule 23(b)(3) filed by City of Fargo, North Dakota. (Attachments: # 1 Exhibit A - Docket 2217)Related document(s) 2217 .(Anderson, Jennie) (Entered: 08/20/2019) |
| 08/21/2019 | | **Order** [non-document] granting Joint Motion to dismiss H.D. Smith Holding Company and Smith Holdings, LLC (1:17op45004 County of Cuyahoga v. Purdue Pharma, et al) (Related Doc # 2496 ). Judge Dan Aaron Polster on 8/21/19.(P,R) (Entered: 08/21/2019) |
| 08/21/2019 | 2499 | **Order** granting 2497 Plaintiffs' Motion for Leave to File Sur-Reply to Distributors' Consolidated Reply in Support of Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, Rico and OCPA Claims (Doc ## 1904 , 2183 ). Judge Dan Aaron Polster on 8/21/19.(P,R) (Entered: 08/21/2019) |
| 08/21/2019 | 2500 | **Sur-Reply** to *Distributors' Consolidated Reply in Support of Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims* 1904 **SEALED Motion** *for Summary Judgment on Plaintiffs' RICO and OCPA Claims* 1813 *[1904, 2183]* filed by Plaintiffs' Executive Committee. (Pifko, Mark) (Entered: 08/21/2019) |
| 08/21/2019 | 2501 | **Motion** for Leave to File Brief Amicus Curiae by Christopher Stegawski. (P,R) (Entered: 08/21/2019) |
| 08/22/2019 | | **Order** [non-document] - The Court construes NAS Baby Plaintiffs' Status Report, Doc #: 2489 , as (1) a motion asking the Court for an extension of time to September 16, 2019 to move for leave to file amended complaints in the 4 cases subject to Doc #: 1829 , and (2) a motion giving NAS Baby Plaintiffs time until September 23, 2019 to confer with Defendants and propose an agreed scheduling order that will permit the Court to hold a class certification hearing by the end of the year. The Court grants NAS Baby Plaintiffs an extension of time to September 16, 2019 to file a motion for leave to file amended complaints. The Court directs Defendants and NAS Baby Plaintiffs to confer and file an agreed scheduling order, no later than 12:00 noon on Monday, September 23, 2019, that will permit the Court to review a fully briefed class certification motion by the end of this year. Judge Dan Aaron Polster on 8/22/19. (P,R) (Entered: 08/22/2019) |
| 08/22/2019 | 2502 | **Conditional Transfer Order (CTO 107)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) |

| | | |
|---|---|---|
| | | (Entered: 08/22/2019) |
| 08/22/2019 | 2503 | **Reply** in support of 1867 **SEALED Motion** *For Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson* 1813 , 1772 , 1883 **Motion** for summary judgment *on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson* filed by Rite Aid of Maryland, Inc.. (Moore, Kelly) (Entered: 08/22/2019) |
| 08/22/2019 | 2504 | **Reply** in support of 1885 **Motion** for summary judgment *by Pharmacy Defendants on Causation*, 1869 **SEALED Motion** *by Pharmacy Defendants for Summary Judgment on Causation* 1813 , 1774 filed by Rite Aid of Maryland, Inc.. (Moore, Kelly) (Entered: 08/22/2019) |
| 08/22/2019 | 2505 | **Reply** in support of 1870 **SEALED Motion** *for Summary Judgment by Rite Aid of Maryland* 1813 , 1779 , 1888 **Motion** for summary judgment filed by Rite Aid of Maryland, Inc.. (Moore, Kelly) (Entered: 08/22/2019) |
| 08/22/2019 | 2506 | **Reply** in support of 1876 **Motion** for summary judgment , 1871 **SEALED Motion** *for Summary Judgment* 1813 , 1764 filed by Walgreen Co., Walgreen Eastern Co.. (Stoffelmayr, Kaspar) (Entered: 08/22/2019) |
| 08/22/2019 | 2507 | **Reply** in support of 1884 **SEALED Motion** *Defendants' Daubert Motion to Exclude the Opinions Offered by James Rafalski* 1813 , 1785 , 1900 **Motion** to strike */Defendants' Daubert Motion to Exclude the Opinions Offered by James Rafalski* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Affidavit Declaration of Katherine Swift, # 2 Exhibit 1 - Letter) (Stoffelmayr, Kaspar) (Entered: 08/22/2019) |
| 08/23/2019 | 2508 | Reply *(Defendant Discount Drug Mart, Inc.'s Reply in Support of Motion for Summary Judgment)* filed by Discount Drug Mart, Inc.. Related document(s) 1862 , 1863 , 2216 . (Johnson, Timothy) (Entered: 08/23/2019) |
| 08/23/2019 | 2509 | **Motion** for extension of time until 11/01/2019 to answer *to file a responsive pleading to complaint* filed by Michael P. Dipre, Mark Weinreb. (Vaulding, Lori) (Entered: 08/23/2019) |
| 08/23/2019 | 2510 | **Reply** in support of 1923 **Motion** for summary judgment , 1912 **SEALED Motion** *Defendant HBC Service Company's Motion for Summary Judgment on All of Plaintiffs' Claims* 1813 , 1759 filed by HBC Service Company. (Barnes, Robert) (Entered: 08/23/2019) |
| 08/23/2019 | 2511 | **SEALED Document:***Reply in Support of Motion for Summary Judgment* filed by HBC Service Company. Related document(s) 1813 , 1759 . (Barnes, Robert) (Entered: 08/23/2019) |
| 08/23/2019 | 2512 | **Reply** in support of 1866 **SEALED Motion** *for Summary Judgment of Walmart Inc.* 1813 , 441 , 167 , 1864 **Motion** for summary judgment *of Walmart Inc.* filed by Walmart Inc.. (Fumerton, Tara) (Entered: 08/23/2019) |
| 08/23/2019 | 2513 | **Reply** in support of 1716 **SEALED Motion** *of Pharmacy Defendants for Summary Judgment on Plaintiffs' Civil Conspiracy Claim* 441 , 1875 **Motion** for summary judgment *of Pharmacy Defendants on Civil Conspiracy Claim* filed by Walmart Inc.. (Fumerton, Tara) (Entered: 08/23/2019) |

| 08/23/2019 | 2514 | **Reply** in support of 1920 **Motion** for summary judgment *on Proximate Causation Grounds* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Prescription Supply Inc. (Attachments: # 1 Summary Sheet)(Hobart, Geoffrey) (Entered: 08/23/2019) |
|---|---|---|
| 08/23/2019 | 2515 | **Reply** in support of 1858 **Motion** Order Excluding Expert Testimony on "Gateway Hypothesis" *of Causation (Regarding the Testimony of Katherine Keyes, Anna Lembke, and Jonathan Gruber)* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Summary Sheet, # 2 Attorney Declaration, # 3 Exhibit 1 to Attorney Declaration)(Hobart, Geoffrey) (Entered: 08/23/2019) |
| 08/23/2019 | 2516 | **Reply** in support of 1916 **Motion** to strike *the Opinions Offered by Jonathan Gruber (Daubert)* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Hobart, Geoffrey) (Entered: 08/23/2019) |
| 08/23/2019 | 2517 | **Reply** in support of 1918 **Motion** to strike *the Opinions of Seth B. Whitelaw (Daubert)* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Hobart, Geoffrey) (Entered: 08/23/2019) |
| 08/26/2019 | 2518 | **Order** denying Defendants' Motion to Exclude Expert Testimony of Katherine Keyes, Anna Lembke and Jonathan Gruber (Related Doc # 1858 ). Judge Dan Aaron Polster on 8/26/19.(P,R) (Entered: 08/26/2019) |
| 08/26/2019 | 2519 | **Order** denying Defendants' Motion to Exclude Expert Testimony Purporting to Relate to Abatement Costs and Efforts (Related Doc # 1865 ). Judge Dan Aaron Polster on 8/26/19.(P,R) (Entered: 08/26/2019) |
| 08/26/2019 | 2520 | **Reply** in support of 1898 **SEALED Motion** *for Partial Summary Judgment* 1813 , 1778 , 1907 **Motion** for partial summary judgment *(public opening brief)* filed by Mallinckrodt, Mallinckrodt PLC, SpecGX LLC. (Attachments: # 1 Declaration of William T. Davison in Support of Mallinckrodt's Reply Memorandum in Support of Its Motion for Partial Summary Judgment, # 2 Exhibit 1 to Davison Declaration, # 3 Exhibit 2 to Davison Declaration, # 4 Notice of Service of Defendant Mallinckrodt's Reply Memorandum in Support of Its Motion for Partial Summary Judgment)(O'Connor, Brien) (Entered: 08/26/2019) |
| 08/26/2019 | 2521 | **Order** by the Judicial Panel on Multidistrict Litigation Lifting Stay of CTO 105 and transferring listed cases to the Northern District of Ohio.(P,R) (Entered: 08/26/2019) |
| 08/26/2019 | 2522 | **Reply** in support of 1937 **SEALED Motion** *DEFENDANTS MOTION TO EXCLUDE DAVID CUTLERS OPINIONS AND PROPOSED TESTIMONY (Filed Redacted as ECF No. 1901)* 1813 , 1901 , 1758 , 1901 **Motion** TO EXCLUDE DAVID CUTLERS OPINIONS AND PROPOSED TESTIMONY filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. (Welch, Donna) (Entered: 08/26/2019) |

| 08/26/2019 | 2523 | **Reply** in support of 1873 **Motion** for partial summary judgment *on Plaintiffs' Failure to Report and Fraud on the DEA Claims* filed by Anda, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Prescription Supply Inc. (Padgett, William) (Entered: 08/26/2019) |
|---|---|---|
| 08/26/2019 | 2524 | **Reply** in support of 1935 **SEALED Motion** *DEFENDANTS MOTION TO EXCLUDE MEREDITH ROSENTHALS OPINIONS AND PROPOSED TESTIMONY (Filed Redacted as ECF No. 1913)* 1813 , 1767 , 1913 , 1913 **Motion** TO EXCLUDE MEREDITH ROSENTHALS OPINIONS AND PROPOSED TESTIMONY filed by Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, Allergan USA, Inc.. (Welch, Donna) (Entered: 08/26/2019) |
| 08/26/2019 | 2525 | **Reply** in support of 1926 **Motion** for summary judgment *That Plaintiffs' State-Law Claims are Preempted and Their Federal Claims are Precluded* filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Rendon, Carole) (Entered: 08/26/2019) |
| 08/26/2019 | 2526 | **Reply** in support of 1872 **SEALED Motion** *by the Pharmacy Defendants for Summary Judgment Based on the Statutes of Limitations* 1813 , 1703 , 1703 **SEALED Motion** *by the Pharmacy Defendants for Summary Judgment Based on the Statutes of Limitations* 441 , 1702 , 1874 **Motion** for summary judgment *by the Pharmacy Defendants Based on the Statutes of Limitations* filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. (Attachments: # 1 Exhibit)(Delinsky, Eric) (Entered: 08/26/2019) |
| 08/26/2019 | 2527 | **SEALED Document:***Reply to Plaintiffs' Opposition to Motion for Summary Judgment* filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. Related document(s) 1813 , 1886 , 1889 , 2208 . (Delinsky, Eric) (Entered: 08/26/2019) |
| 08/26/2019 | 2528 | **Reply** in support of 1894 **Motion** for summary judgment *FOR PLAINTIFFS FAILURE TO OFFER PROOF OF CAUSATION*, 1941 **SEALED Motion** *MANUFACTURER DEFENDANTS BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFFS FAILURE TO OFFER PROOF OF CAUSATION (Filed Redacted as ECF No. 1894)* 1813 , 1894 , 1771 filed by Manufacturer Defendants. (Attachments: # 1 Exhibit T. Knapp Declaration, # 2 Exhibit 1, Excerpt of Plaintiffs Supplemental Amended Responses and Objections to the Manufacturer Defendants First Set of Interrogatories)(Welch, Donna) (Entered: 08/26/2019) |
| 08/26/2019 | 2529 | **Order** Directing Special Master Yanni to Assess Fairness of Allocation and Voting Proposals to Non-Litigating Entities. Judge Dan Aaron Polster on 8/26/19. (P,R) (Entered: 08/26/2019) |
| 08/26/2019 | 2530 | **Reply** in support of 1886 **SEALED Motion** *For Summary Judgment* 1813 , 1756 , 1889 **Motion** for summary judgment filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. (Delinsky, Eric) (Entered: 08/26/2019) |
| 08/26/2019 | 2531 | **Order** Denying Defendants' Motion to Exclude the Opinions Offered by Jonathan Gruber. (Related Doc # 1916 ). Judge Dan Aaron Polster on 8/26/19.(P,R) (Entered: 08/26/2019) |

| | | |
|---|---|---|
| 08/26/2019 | 2532 | **Reply** in support of 1911 **Motion** Defendants Motion to Exclude Testimony of Thomas McGuire Concerning Damages filed by Cardinal Health, Inc.. (Attachments: # 1 Summary Sheet)(Hardin, Ashley) (Entered: 08/26/2019) |
| 08/26/2019 | 2533 | **Reply** in support of 1930 **Motion** for summary judgment *on Plaintiffs' RICO, OCPA, and Conspiracy Claims* filed by Manufacturer Defendants. (Cheffo, Mark) (Entered: 08/26/2019) |
| 08/26/2019 | 2534 | **Reply** in support of 1903 **SEALED Motion** *for Order* 1813 , 441 , 1906 **Motion** order *Reply in Support of Defendants' Motion to Exclude the Opinions and Testimony of Craig McCann* filed by Cardinal Health, Inc.. (Attachments: # 1 Summary Sheet)(Hardin, Ashley) (Entered: 08/26/2019) |
| 08/26/2019 | 2535 | **Reply** in support of 1865 **Motion** To Exclude Expert Testimony Purporting To Relate To Abatement Costs and Efforts filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., McKesson Corporation, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P., Walgreen Co., Walgreen Eastern Co.. (Nicholas, Robert) (Entered: 08/26/2019) |
| 08/26/2019 | 2536 | **Reply** in support of 1927 **Motion** to strike */ Exclude Testimony of Kessler & Perri* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Cheffo, Mark) (Entered: 08/26/2019) |
| 08/26/2019 | 2537 | **Reply** in support of 1892 **SEALED Motion** *Distributors and Manufacturers Motion for Partial Summary Judgment on Statute of Limitations Grounds* 1813 , 441 , 1896 **Motion** for partial summary judgment *Distributors and Manufacturers Motion for Partial Summary Judgment on Statute of Limitations Grounds*, 1691 **SEALED Motion** *Distributors and Manufacturers Motion for Partial Summary Judgment On Statute of Limitations Grounds* 441 , 1689 filed by Cardinal Health, Inc.. (Attachments: # 1 Summary Sheet, # 2 Declaration of A. Hardin, # 3 Exhibit 173 - Ltr from H. Shkolnik to SM Cohen, # 4 Exhibit 174 - Ltr from A. Kearse to P. Boehm)(Hardin, Ashley) (Entered: 08/26/2019) |
| 08/26/2019 | 2538 | **Reply** in support of 1861 **Motion** for summary judgment *on Plaintiffs' Negligence Per Se Claims* filed by AmerisourceBergen Drug Corporation, Anda, Inc., Cardinal Health, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Prescription Supply Inc. (Nicholas, Robert) (Entered: 08/26/2019) |
| 08/26/2019 | 2539 | **Motion** by Robert M. Stonestreet to withdraw as attorney filed by Defendant Miami-Luken, Inc.. (Attachments: # 1 Exhibit A - email between counsel advising we may withdraw, # 2 Proposed Order Proposed Order Granting Motion to Withdraw as Counsel)(Stonestreet, Robert) (Entered: 08/26/2019) |
| 08/26/2019 | | **Withdrawn by Court** Order [non-document] - For the same reasons as those expressed by the Court in its August 5, 2019 Opinion and Order Granting Mallinckrodt's and Teva's Motions to Strike the Expert Report Alec Fahey (Doc #: 2131 ), the Court hereby GRANTS Allergan's Motion to Strike the Expert Report of Marc Steinberg. The Court notes that Plaintiffs have not filed an opposition brief in response to Allergan's Motion. (Related Doc # 2154 ). Judge Dan Aaron Polster on 8/26/19.(P,R) Modified on 9/3/2019 (P,R). (Entered: 08/26/2019) |

| | | |
|---|---|---|
| 08/26/2019 | | **Order** [non-document] granting Motion to withdraw as attorney, attorneys Kelly A. Rudd, Andrew W. Baldwin and Christine Lichtenfels removed from case. (Related Doc # 2215 ). Judge Dan Aaron Polster on 8/26/19.(P,R) (Entered: 08/26/2019) |
| 08/26/2019 | 2540 | **Reply** in support of 1890 **Motion** for partial summary judgment *ADJUDICATION OF THEIR EQUITABLE CLAIMS FOR ABATEMENT OF AN ABSOLUTE PUBLIC NUISANCE* filed by Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet)(Weinberger, Peter) (Entered: 08/26/2019) |
| 08/26/2019 | | **Order** [non-document] denying Christopher Stegawski's Motion for Leave to File Brief Amicus Curiae (Related Doc # 2501 ). Judge Dan Aaron Polster on 8/26/19.(P,R) (Entered: 08/26/2019) |
| 08/26/2019 | 2541 | **SEALED Document:***REPLY IN SUPPORT OF NON-RICO SMALL DISTRIBUTORS MOTION FOR SUMMARY JUDGMENT BASED ON THEIR DE MINIMIS STATUS* filed by Anda, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., Prescription Supply Inc. Related document(s) 1813 , 1878 , 2462 , 1879 , 1762 . (Attachments: # 1 Declaration of Stephan A. Cornell, Esquire, # 2 Exhibit 1 - McCann Output File, # 3 Exhibit 2 - Schein Transaction Data, # 4 Exhibit 3 - Supplemental Report of Robert Maness, # 5 Exhibit 4 - Sentencing Memo. (U.S. v. Adolph Harper), # 6 Exhibit 5 - OMB License Lookup for Dr. Brian Heim, # 7 Exhibit 6 - HSI-MDL-00001198-HSI-MDL-0001210, # 8 Exhibit 7 - Information (U.S. v. Brian Heim), # 9 Exhibit 8 - McCann Supplemental File (Anda, Inc.))(Haggerty, John) (Entered: 08/26/2019) |
| 08/26/2019 | | **Order** [non-document] - Pursuant to the Court's moratorium on substantive filings (Doc #: 70 ), Defendant Dipre's and Weinreb's Motion to Extend Time to File Responsive Pleading (Doc #: 2509) is DENIED as MOOT. Judge Dan Aaron Polster on 8/26/19.(P,R) (Entered: 08/26/2019) |
| 08/26/2019 | 2542 | **Order** denying Defendants' Motion to Exclude David Cutlers Opinions and ProposedTestimony (Related Doc # 1901 ). Judge Dan Aaron Polster on 8/26/19.(P,R) (Entered: 08/26/2019) |
| 08/26/2019 | 2543 | **Reply** in support of 1878 **Motion** for summary judgment *Non-RICO Small Distributors' Motion for Summary Judgment Based on Their De Minimis Status*, 1879 **SEALED Motion** *Non-RICO Small Distributors' Motion for Summary Judgment Based on Their De Minimis Status* 1813 , 1762 filed by Anda, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., Prescription Supply Inc. (Attachments: # 1 Declaration of Stephan A. Cornell, Esquire, # 2 Exhibit 1 - McCann Output File, # 3 Exhibit 2 - Schein Transaction Data, # 4 Exhibit 3 - Supplemental Report of Robert Maness, # 5 Exhibit 4 - Sentencing Memo. (U.S. v. Adolph Harper), # 6 Exhibit 5 - OMB License Lookup for Dr. Brian Heim, # 7 Exhibit 6 - HSI-MDL-00001198-HSI-MDL-0001210, # 8 Exhibit 7 - Information (U.S. v. Brian Heim), # 9 Exhibit 8 - McCann Supplemental File (Anda, Inc.)) (Haggerty, John) (Entered: 08/26/2019) |
| 08/26/2019 | 2544 | **SEALED Document:***Defendants' Notice of Filing Expert Reports Cited in Motions for Summary Judgment and Daubert Motions Under Seal Pursuant to Order Amending Procedures Regarding Redactions and Filing of Briefs Under* |

| | | |
|---|---|---|
| | | *Seal* filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. Related document(s) 1813 . (Attachments: # 1 Exhibit 1 Cantor Expert Report, # 2 Exhibit 2 Grabowski Expert Report)(Hobart, Geoffrey) (Entered: 08/26/2019) |
| 08/26/2019 | 2545 | **Reply** in support of 1887 **Motion** for partial summary judgment *ADJUDICATION OF DEFENDANTS DUTIES UNDER THE CONTROLLED SUBSTANCES ACT*, 1910 **Motion** for partial summary judgment *ADJUDICATION OF DEFENDANTS DUTIES UNDER THE CONTROLLED SUBSTANCES ACT* filed by Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Attachments: # 1 Summary Sheet) (Weinberger, Peter) (Entered: 08/26/2019) |
| 08/26/2019 | 2546 | Defendants' Notice of Filing Redacted Expert Reports Cited in Motions for Summary Judgment and Daubert Motions Pursuant to Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal filed by Distributor Defendants' Liaison Counsel, Manufacturer Defendants' Liaison Counsel, Pharmacy Defendants' Liaison Counsel. (Attachments: # 1 Exhibit 1 Cantor Expert Report - Redacted, # 2 Exhibit 2 Grabowski Expert Report - Redacted)Related document(s) 1813 .(Hobart, Geoffrey) (Entered: 08/26/2019) |
| 08/26/2019 | 2547 | **Reply** in support of 1908 **Motion** for summary judgment *of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim*, 1905 **SEALED Motion** *of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* 1813 , 441 , 1692 **SEALED Motion** *of Distributor Defendants for Summary Judgment on Civil Conspiracy Claim* 441 , 1689 , 1921 **Motion** for summary judgment *on Plaintiffs&, 1904 in 1:17-md-02804-DAP039; RICO and OCPA Claims* filed by Cardinal Health, Inc.. (Attachments: # 1 Summary Sheet, # 2 Declaration of A. Hardin, # 3 Exhibit 1 - Ltr from W. Goggin to J. Gray, # 4 Exhibit 2 - Pls.' Supp. Resp. to Distributor Defs.' Interrogs. 24, 25, 26, & 27)(Hardin, Ashley) (Entered: 08/26/2019) |
| 08/27/2019 | 2548 | Attorney Appearance by Richard H. Blake filed by on behalf of North Carolina Wholesale Drug Company. (Blake, Richard) (Entered: 08/27/2019) |
| 08/28/2019 | 2549 | **Opinion and Order** Granting in Part Defendants' Motion to Exclude the Marketing Causation Opinions of Mark Schumacher, Anna Lembke, and Katherine Keyes (Related Doc # 1868 ). Judge Dan Aaron Polster on 8/27/19.(P,R) (Entered: 08/28/2019) |
| 08/28/2019 | 2550 | **Conditional Transfer Order (CTO 108)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 08/28/2019) |
| 08/28/2019 | | **Order** [non-document] granting Motion to withdraw as attorney, attorney Robert M. Stonestreet removed from case. (Related Doc # 2539 ). Judge Dan Aaron Polster on 8/28/19.(P,R) (Entered: 08/28/2019) |
| 08/29/2019 | 2551 | **Opinion and Order** granting Defendants' Motion to strike the Opinions of Seth B. Whitelaw (Related Doc # 1918 ). Judge Dan Aaron Polster on 8/29/19.(P,R) (Entered: 08/29/2019) |
| 08/29/2019 | 2552 | **SEALED Document:***Motion for Leave to File Rosenthal Daubert Exhibits Under Seal* filed by Allergan Finance LLC, Allergan PLC, Allergan Sales, LLC, Allergan USA, Inc.. Related document(s) 1813 , 1913 , 1935 , 2524 , 2461 . (Attachments: # |

| | | |
|---|---|---|
| | | 1 Exhibit Ex. A - Proposed Redaction Correspondence (Part 1), # 2 Exhibit Ex. A - Proposed Redaction Correspondence (Part 2), # 3 Exhibit SEALED VERSION - T. Knapp Exhibit Declaration, # 4 Exhibit SEALED VERSION - Ex. 1 Qi article, The Impact of Advertising Regulation on Industry, # 5 Exhibit SEALED VERSION - Ex. 2 Cantor Expert Report, # 6 Exhibit SEALED VERSION - Ex. 3 Grabowski Expert Report, # 7 Exhibit SEALED VERSION - Ex. 4 Conti article, Generic prescription drug price increases, # 8 Exhibit SEALED VERSION - Ex. 5 Meara article, State and Federal approaches to health reform, # 9 Exhibit SEALED VERSION - Ex. 6 Pandya article, Cost-effectiveness of Financial Incentives for Patients and Physicians, # 10 Exhibit SEALED VERSION - Ex. 7 Murray book chapter, Econometrics A Modern Introduction, # 11 Exhibit SEALED VERSION - Ex. 8 Angrist article, Instrumental Variables and the Search for Identification, # 12 Proposed Order)(Welch, Donna) (Entered: 08/29/2019) |
| 08/29/2019 | 2553 | Appendix *Public Version of Exhibits to Defendants Motion To Exclude Meredith Rosenthals Opinions and Proposed Testimony* filed by Allergan Finance LLC, Allergan PLC, Allergan Sales, LLC, Allergan USA, Inc.. Related document(s) 1913 , 2552 , 1935 , 2524 , 2461 . (Attachments: # 1 Exhibit 1, Qi article, The Impact of Advertising Regulation on Industry, # 2 Exhibit 2, Cantor Expert Report (Redacted), # 3 Exhibit 3, Grabowski Expert Report, # 4 Exhibit 4, Conti article, Generic prescription drug price increases, # 5 Exhibit 5, Meara article, State and Federal approaches to health reform, # 6 Exhibit 6, Pandya article, Cost-effectiveness of Financial Incentives for Patients and Physicians, # 7 Exhibit 7, Murray book chapter, Econometrics A Modern Introduction, # 8 Exhibit 8, Angrist article, Instrumental Variables and the Search for Identification)(Welch, Donna) (Entered: 08/29/2019) |
| 08/29/2019 | 2554 | **Notice** by David R. Beasley of withdrawal as attorney filed by Defendant Associated Pharmacies Inc. (Beasley, David) Modified on 8/30/2019 (P,R). (Entered: 08/29/2019) |
| 08/29/2019 | 2555 | **SEALED Motion** *re Sealed Filings Made Pursuant to Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal* 1813 filed by Defendant McKesson Corporation. Related document(s) 1813 . (Hobart, Geoffrey) (Entered: 08/29/2019) |
| 08/30/2019 | 2556 | **Order** Regarding Allergan Settlement. Judge Dan Aaron Polster on 8/30/19. (P,R) (Entered: 08/30/2019) |
| 08/30/2019 | 2557 | Appendix filed by Plaintiffs' Executive Committee. Related document(s) 1924 , 2466 , 1910 . (Attachments: # 1 Exhibit 521, # 2 Exhibit 522, # 3 Exhibit 523, # 4 Exhibit 524, # 5 Exhibit 525, # 6 Exhibit 526, # 7 Exhibit 527, # 8 Exhibit 528, # 9 Exhibit 529, # 10 Exhibit 530, # 11 Exhibit 531, # 12 Exhibit 532, # 13 Exhibit 533, # 14 Exhibit 534, # 15 Exhibit 535, # 16 Exhibit 536, # 17 Exhibit 537, # 18 Exhibit 538, # 19 Exhibit 539, # 20 Exhibit 540, # 21 Exhibit 541, # 22 Exhibit 542, # 23 Exhibit 543, # 24 Exhibit 544, # 25 Exhibit 545, # 26 Exhibit 546, # 27 Exhibit 547, # 28 Exhibit 548, # 29 Exhibit 549, # 30 Exhibit 550, # 31 Exhibit 551, # 32 Exhibit 552, # 33 Exhibit 553, # 34 Exhibit 554, # 35 Exhibit 555, # 36 Exhibit 556, # 37 Exhibit 557, # 38 Exhibit 558, # 39 Exhibit 559, # 40 Exhibit 560, # 41 Exhibit 561, # 42 Exhibit 562, # 43 Exhibit 563, # 44 Exhibit 564, # 45 Exhibit 565, # 46 Exhibit 566, # 47 Exhibit 567, # 48 Exhibit 568, # 49 Exhibit 569, # 50 Exhibit 570, # 51 Exhibit 571, # 52 Exhibit 572, # 53 Exhibit 573, # 54 Exhibit 574, # 55 Exhibit 575, # 56 Exhibit 576, # 57 Exhibit 577, # 58 Exhibit |

| | | |
|---|---|---|
| | | 578, # 59 Exhibit 579, # 60 Exhibit 580, # 61 Exhibit 581, # 62 Exhibit 582, # 63 Exhibit 583, # 64 Exhibit 584, # 65 Exhibit 585, # 66 Exhibit 586, # 67 Exhibit 587, # 68 Exhibit 588, # 69 Exhibit 589, # 70 Exhibit 590, # 71 Exhibit 591, # 72 Exhibit 592, # 73 Exhibit 593, # 74 Exhibit 594, # 75 Exhibit 595, # 76 Exhibit 596, # 77 Exhibit 597, # 78 Exhibit 598, # 79 Exhibit 599, # 80 Exhibit 600, # 81 Exhibit 601, # 82 Exhibit 602, # 83 Exhibit 603, # 84 Exhibit 604, # 85 Exhibit 605, # 86 Exhibit 606)(Irpino, Anthony) (Entered: 08/30/2019) |
| 09/03/2019 | 2558 | **Opinion and Order** granting in part and denying in part Defendants' Motion to Exclude the Testimony of David A. Kessler and Mathew Perri(Related Doc # 1927 ). Judge Dan Aaron Polster on 9/3/19.(P,R) (Entered: 09/03/2019) |
| 09/03/2019 | 2559 | **Order** denying Non-RICO Small Distributors' Motion for summary judgment (Related Doc # 1878 ). Judge Dan Aaron Polster on 9/3/19.(P,R) (Entered: 09/03/2019) |
| 09/03/2019 | 2560 | **Order** by the Judicial Panel on Multidistrict Litigation Lifting Stay of CTO 106 and transferring listed case to the Northern District of Ohio. (P,R) (Entered: 09/03/2019) |
| 09/03/2019 | 2561 | **Opinion and Order** Regarding Defendants' Motions for Summary Judgment on Causation (Related Doc ## 1885 1894 1920 ). Judge Dan Aaron Polster on 9/3/19.(P,R) (Entered: 09/03/2019) |
| 09/03/2019 | 2562 | **Order** Regarding Defendants' Motions for Summary Judgment on Civil Conspiracy Claims (Related Doc ## 1875 1908 1930 ). Judge Dan Aaron Polster on 9/3/19.(P,R) (Entered: 09/03/2019) |
| 09/03/2019 | 2563 | **Opinion and Order** Regarding Mallinckrodt's Motion for Partial Summary Judgment (Related Doc # 1907 ). Judge Dan Aaron Polster on 9/3/19.(P,R) (Entered: 09/03/2019) |
| 09/03/2019 | | **Order** [non-document] - The Court hereby withdraws its August 26, 2019 non-document Order Striking Steinbergs Report. The Court was unaware that the response date for plaintiffs opposition had been extended by agreement of the parties and, in light of the settlement reached between Allergan and the CT1 plaintiffs, the issues raised in the original motion are now moot. Judge Dan Aaron Polster on 9/3/19. (P,R) (Entered: 09/03/2019) |
| 09/03/2019 | | **Order** [non-document] - This Order makes clear that the Courts order excluding Whitelaw (docket no. 2551 ) applies to all defendants and not only those defendants listed in footnote 1 of that Order. Judge Dan Aaron Polster on 9/3/19. (P,R) (Entered: 09/03/2019) |
| 09/03/2019 | 2564 | **Opinion and Order** denying Teva and Actavis Generic Defendants' Motion for Summary Judgment (Related Doc # 1891 ). Judge Dan Aaron Polster on 9/3/19.(P,R) (Entered: 09/03/2019) |
| 09/03/2019 | 2565 | **Opinion and Order** denying Defendants' Motions for Summary Judgment Regarding Preemption (Related Doc # 1860 1873 1883 1926 ). Judge Dan Aaron Polster on 9/3/19.(P,R) (Entered: 09/03/2019) |
| 09/03/2019 | 2566 | Appeal Remark from USCA for the Sixth Circuit: A petition for writ of mandamus has been filed (USCA# 19-3827) (H,SP) (Entered: 09/03/2019) |

| 09/03/2019 | | Notice: Please be advised that a 9/5/19 Daubert and dispositive motion hearing, contemplated by CMO 8 1306 , has not been scheduled. (P,R) (Entered: 09/03/2019) |
|---|---|---|
| 09/04/2019 | 2567 | **Opinion and Order** denying Janssen Pharmaceuticals, Inc. and Johnson and Johnson's Motion for Summary Judgment (Related Doc # 1919 ). Judge Dan Aaron Polster on 9/4/19.(P,R) (Entered: 09/04/2019) |
| 09/04/2019 | 2568 | **Opinion and Order** denying Defendants' Motions for Summary Judgment Based on Statutes of Limitations (Related Doc ## 1874 1896 ). Judge Dan Aaron Polster on 9/4/19.(P,R) (Entered: 09/04/2019) |
| 09/04/2019 | 2569 | **Order** denying Walgreens Motion for Summary Judgment (Related Doc # 1876 ). Judge Dan Aaron Polster on 9/4/19.(P,R) (Entered: 09/04/2019) |
| 09/04/2019 | 2570 | Attorney Appearance by Stuart G. Parsell filed by on behalf of Beacon Company, Rosebay Medical Company L.P., Rosebay Medical Company, Inc.. (Parsell, Stuart) (Entered: 09/04/2019) |
| 09/04/2019 | 2571 | Attorney Appearance by Ariel A. Brough filed by on behalf of Beacon Company, Rosebay Medical Company L.P., Rosebay Medical Company, Inc.. (Brough, Ariel) (Entered: 09/04/2019) |
| 09/04/2019 | 2572 | **Opinion and Order** denying Plaintiffs Cuyahoga and Summit Counties Motion for Partial Summary Adjudication of their Equitable Claims for Abatement of an Absolute Public Nuisance (Related Doc # 1890 ). Judge Dan Aaron Polster on 9/4/19.(P,R) (Entered: 09/04/2019) |
| 09/05/2019 | 2573 | **Conditional Transfer Order (CTO 109)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 09/05/2019) |
| 09/05/2019 | 2574 | **Order** Dismissing Endo Pharmaceutical Inc., Endo Health Solutions Inc, Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. With Prejudice Pursuant to Rule 41(a)(2) (1:17op45004 County of Cuyahoga v. Purdue Pharma and 1:18op45090 County of Summit v. Purdue Pharma). Judge Dan Aaron Polster on 9/5/19. (P,R) (Entered: 09/05/2019) |
| 09/05/2019 | 2575 | Appeal Remark from USCA for the Sixth Circuit: A petition for writ of mandamus filed by TEVA Pharmaceutical Industries (USCA# 19-3835) (H,SP) (Entered: 09/05/2019) |
| 09/06/2019 | 2576 | Report of Special Master *Discovery Ruling No. 22 Regarding Track Two Discovery* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 09/06/2019) |
| 09/09/2019 | 2577 | **Opinion and Order** denying Defendants' Motion to Exclude the Testimony of Thomas G. McGuire (Related Doc # 1911 ). Judge Dan Aaron Polster on 9/9/19.(P,R) (Entered: 09/09/2019) |
| 09/09/2019 | 2578 | **Opinion and Order** denying Manufacturer Defendants' Motion for Summary Judgment on Plaintiffs' Public Nuisance Claims (Related Doc # 1893 ). Judge Dan Aaron Polster on 9/9/19.(P,R) (Entered: 09/09/2019) |
| 09/10/2019 | 2579 | Report of Special Master Cathy Yanni Assessing Fairness of Allocation and Voting Proposals to Non-Litigating Entities. (P,R) (Entered: 09/10/2019) |

| 09/10/2019 | 2580 | **Opinion and Order** Regarding Defendants' Summary Judgment Motions on RICO and OCPA (Related Doc # 1921 1930 ). Judge Dan Aaron Polster on 9/10/19.(P,R) (Entered: 09/10/2019) |
| 09/10/2019 | 2581 | True copy of mandate from the USCA for the Sixth Circuit: Vacating the District Court's Protective Order and any orders permitting the parties to file pleadings under seal or with redactions, and Remand to permit the District Court to consider entering new orders re Notice of Appeals 902 and 970 (USCA# 18-3839 & 18-3860). Date issued as mandate 9/6/19, Costs: None (H,SP) (Entered: 09/10/2019) |
| 09/10/2019 | 2582 | Third **Amended complaint** against All Defendants. Filed by Plaintiffs' Lead Counsel. (Farrell, Paul) (Entered: 09/10/2019) |
| 09/10/2019 |  | **Order** [non-document] - Pursuant to Plaintiffs' Notice of Dismissal of Certain Causes of Action (Doc. No. 2487 ), Defendants' Motion for Summary Judgment on Plaintiffs' Negligence Per Se Claims (Doc. No. 1861 ) is DENIED AS MOOT. Judge Dan Aaron Polster on 9/10/19.(P,R) (Entered: 09/10/2019) |
| 09/10/2019 | 2583 | Supplement to Amended **Motion** for class certification *of Rule 23(b)(3) Cities/Counties Negotiation Class* - INTERIM CO-LEAD CLASS COUNSEL'S AMENDMENT AND SUPPLEMENT TO RENEWED AND AMENDED MOTION FOR CERTIFICATION OF RULE 23(b)(3) CITIES/COUNTIES NEGOTIATION CLASS, filed by Interim Co-Lead Class Counsel for the Proposed Negotiation Class. Related document(s) 1820 . (Attachments: # 1 Exhibit A - Proposed Class Action Notice & FAQs, # 2 Exhibit B - Exclusion Request Form, # 3 Exhibit C - Cert of Service)(Seeger, Christopher) (Entered: 09/10/2019) |
| 09/11/2019 | 2584 | Appeal Order from USCA for the Sixth Circuit: Denying the mandamus petition re 1617 . The motion to dismiss is Denied as moot (USCA# 19-3415). Circuit Judges: Guy, Moore, and McKeague. Date issued by USCA 9/10/19 (H,SP) (Entered: 09/11/2019) |
| 09/11/2019 | 2585 | Attorney Appearance by James W. Matthews filed by on behalf of Apotex Corp.. (Matthews, James) (Entered: 09/11/2019) |
| 09/11/2019 | 2586 | Attorney Appearance by Katy E. Koski filed by on behalf of Apotex Corp.. (Koski, Katy) (Entered: 09/11/2019) |
| 09/11/2019 | 2587 | Attorney Appearance by Ana M. Francisco filed by on behalf of Apotex Corp.. (Francisco, Ana) (Entered: 09/11/2019) |
| 09/11/2019 | 2588 | Corporate Disclosure Statement filed by Apotex Corp.. (Attachments: # 1 Certificate of Service)(Matthews, James) (Entered: 09/11/2019) |
| 09/11/2019 | 2589 | Notice of Form of Waiver Request filed by Apotex Corp.. (Attachments: # 1 Exhibit Waiver of Service Form)(Matthews, James) (Entered: 09/11/2019) |
| 09/11/2019 | 2590 | **Memorandum Opinion** Certifying Negotiation Class (Related Doc # 1820 ). Judge Dan Aaron Polster on 9/11/19.(P,R) (K,K). (Entered: 09/11/2019) |
| 09/11/2019 | 2591 | **Order** Certifying Negotiation Class and Approving Notice. Judge Dan Aaron Polster on 9/11/19. (P,R) (K,K). (Entered: 09/11/2019) |

| 09/12/2019 | 2592 | Amicus Attorney Appearance by Jennifer D. Oliva filed by on behalf of American Medicine and Public Health Historians and Organization of American Historians. (Oliva, Jennifer) (Entered: 09/12/2019) |
|---|---|---|
| 09/12/2019 | 2593 | **Motion** for leave *to file Amici Curie Brief* filed by Amicus Curiae American Medicine and Public Health Historians and Organization of American Historians. (Attachments: # 1 Brief in Support of American Medicine and Public Health Historians and Organization of American Historians)(Oliva, Jennifer) (Entered: 09/12/2019) |
| 09/12/2019 | 2594 | **Order** Regarding Trial Matters. Judge Dan Aaron Polster on 9/12/19. (P,R) (Entered: 09/12/2019) |
| 09/12/2019 | 2595 | Third **Amended complaint** against All Defendants. Filed by Plaintiffs' Lead Counsel. (Farrell, Paul) (Entered: 09/12/2019) |
| 09/13/2019 | 2596 | GCP Pharma, LLC's Notice Regarding Requests for Waiver of Service of Summons filed by GCP Pharma LLC. (Attachments: # 1 Exhibit A-Waiver Form)(Simcoe, Steven) (Entered: 09/13/2019) |
| 09/13/2019 | | **Order** [non-document] granting Motion for leave to file Amici Curie Brief filed by Amicus Curiae American Medicine and Public Health Historians and Organization of American Historians (Related Doc # 2593 ). Judge Dan Aaron Polster on 9/13/19.(P,R) (Entered: 09/13/2019) |
| 09/13/2019 | 2597 | Janssen Defendants' Position On Public Nuisance Jury-Trial Issues filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 09/13/2019) |
| 09/13/2019 | 2598 | Plaintiffs' Position Statement Regarding a Jury Trial on the Public Nuisance Claim filed by Plaintiffs' Lead Counsel. (Weinberger, Peter) (Entered: 09/13/2019) |
| 09/13/2019 | 2599 | Position Paper of Certain Defendants Regarding Right to Jury Trial on Plaintiffs' Nuisance Claims filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, SpecGX LLC, Walgreen Co.. (Hobart, Geoffrey) (Entered: 09/13/2019) |
| 09/13/2019 | 2600 | **Motion** for joinder *in Position Paper of Certain Defendants Regarding Right to Jury Trial on Plaintiffs' Nuisance Claims. filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. (Cheffo, Mark) (P,R). (Entered: 09/13/2019)* |
| 09/13/2019 | 2601 | Corrected Position Statement Regarding a Jury Trial on the Public Nuisance Claim filed by Plaintiffs' Lead Counsel. Related document(s) 2598 .(Weinberger, Peter) (Entered: 09/13/2019) |
| 09/13/2019 | 2602 | Position Statement Regarding The Right To A Trial By Jury On Plaintiffs' Statutory And Common Law Nuisance Claims filed by Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc. (Reed, Steven) . (Entered: 09/13/2019) |

| | | |
|---|---|---|
| 09/13/2019 | | **Order** [non-document] granting 2600 Purdue's Motion for Joinder in Position Paper of Certain Defendants Regarding Right to Jury Trial on Plaintiffs' Nuisance Claims. Judge Dan Aaron Polster on 9/13/19.(P,R) (Entered: 09/13/2019) |
| 09/14/2019 | 2603 | **Motion** to disqualify Judge *Pursuant to 28 U.S.C. § 455(a)* filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, CVS Indiana, L.L.C., CVS Pharmacy Inc., CVS RX Services, Inc., CVS Tennessee Distribution, LLC, Cardinal Health, Inc., Caremark Rx, L.L.C., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., Walmart Inc., West Virginia CVS Pharmacy, L.L.C.. (Attachments: # 1 Brief in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(Hobart, Geoffrey) (Entered: 09/14/2019) |
| 09/14/2019 | 2604 | Amicus Brief *in Support of a Settlement Agreement Including Broad Transparency Provisions in the Interest of Future Research* filed by American Medicine and Public Health Historians and Organization of American Historians. (Oliva, Jennifer) (Entered: 09/14/2019) |
| 09/14/2019 | 2605 | **Motion** for leave *to file Plaintiffs' Motion to Extend Time to File Amended Class Action Complaints* filed by Ceonda Rees, Deric Rees. (Attachments: # 1 Pleading, # 2 Exhibit 1)(Bickford, Scott) (Entered: 09/14/2019) |
| 09/15/2019 | 2606 | Request for Proceedings to be on the Record filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 09/15/2019) |
| 09/16/2019 | 2607 | **Response** to 2603 **Motion** to disqualify Judge *Pursuant to 28 U.S.C. § 455(a)* filed by Plaintiffs' Lead Counsel. (Weinberger, Peter) (Entered: 09/16/2019) |
| 09/16/2019 | 2608 | Stipulation and (Proposed) Order Severing Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc. filed by Plaintiffs' Lead Counsel. (Weinberger, Peter) (Entered: 09/16/2019) |
| 09/16/2019 | 2609 | Notice of Filing Bankruptcy filed by Purdue Frederick Company, Purdue Pharma Inc., Purdue Pharma L.P.. (Attachments: # 1 Exhibit Exhibit A)(Cheffo, Mark) (Entered: 09/16/2019) |
| 09/16/2019 | 2610 | **Conditional Transfer Order (CTO-110)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 09/16/2019) |
| 09/16/2019 | 2611 | Notice - NAS Baby Litigation *filed by all Plaintiffs listed in caption* filed by Ceonda Rees, Deric Rees. (Bickford, Scott) (Entered: 09/16/2019) |
| 09/16/2019 | 2612 | **Stipulation & Order** Severing Defendants Purdue Pharma L.P., Purdue Pharma, Inc., and The Purdue Frederick Company Inc. Judge Dan Aaron Polster on 9/16/19. (P,R) (Entered: 09/16/2019) |
| 09/16/2019 | 2613 | Third **Amended complaint** *(Joint - Cabell County Commission and City of Huntington, West Virgina)* against All Defendants. Filed by Plaintiffs. (Farrell, Paul) (Entered: 09/16/2019) |

| 09/17/2019 | | **Order** [non-document] denying as moot pursuant to doc. # 1677 Motions to dismiss as to the State of Alabama v. Purdue Pharma (Related Doc ## 689 690 ). Judge Dan Aaron Polster on 9/17/19.(P,R) (Entered: 09/17/2019) |
|---|---|---|
| 09/17/2019 | | **Order** [non-document] - Plaintiffs' Motion to Extend Time to File Amended NAS Baby Class Action Complaints (Doc. #: 2605 ) is GRANTED-IN-PART. The Court grants NAS Baby Plaintiffs an extension of time to 12:00 PM, October 7, 2019, to file amended class action complaints pursuant to the Court's July 11, 2019 Order (Doc. #: 1829 ). The Court also grants NAS Baby Plaintiffs an extension of time to 12:00 PM, September 30, 2019, to confer with Defendants and file an agreed upon scheduling order that will permit the Court to review a fully briefed class certification motion by the end of the year.The Court is cognizant of Plaintiffs' issues with reviewing the incredible volume of discovery produced in this MDL, however, due to the impending Track One trial, no further extensions of time will be granted on this issue. Judge Dan Aaron Polster on 9/17/19.(P,R) (Entered: 09/17/2019) |
| 09/17/2019 | | **Minutes of proceedings** [non-document] before Judge Dan Aaron Polster. On September 16, 2109, the Court held a teleconference with Track One trial counsel to discuss various trial issues. The Court directed the parties to file short, concise trial briefs of no more than 10 pages that describe how the parties intend to prove or defend their case. The Court also addressed which portions, if any, of Plaintiffs' claims must be tried to a jury and which must be decided by the Judge. After discussion with trial counsel, the Court stated its intention, absent a showing of undue prejudice to any party or controlling Sixth Circuit or Supreme Court precedent to the contrary, to let a jury decide the issue of liability for creating a public nuisance. The Court believes there will be significant overlap in the evidence between Plaintiffs' RICO, OCPA, and civil conspiracy claims and the evidence necessary to determine liability for the creation of a public nuisance. However, the Court does not intend to allow the jury to hear any evidence regarding abatement. In the event that the jury finds one or more defendant(s) liable for public nuisance, then the Court intends to retain its equitable jurisdiction to determine through a subsequent hearing whether such nuisance can be abated, and if so, to craft an equitable abatement remedy. The Court directs the parties to file a short memorandum by 12:00 PM on Thursday, September 19, 2019, if they are aware of any controlling precedent that would prevent the Court from separating the issues as described above, or if they believe, and can describe in what specific way, they would be unduly prejudiced by so separating these issues. Time: 30 min. Court Reporter: George Staiduhar (P,R) (Entered: 09/17/2019) |
| 09/17/2019 | 2614 | Attorney Appearance by Timothy E. Hudson filed by on behalf of Navitus Health Solutions, LLC, Navitus Holdings, LLC. (Hudson, Timothy) (Entered: 09/17/2019) |
| 09/17/2019 | 2615 | Notice to Withdraw Appearance filed by Cedardale Distributors LLC. (Stickman, William) (Entered: 09/17/2019) |
| 09/17/2019 | 2616 | **Reply** in support of 2603 **Motion** to disqualify Judge *Pursuant to 28 U.S.C. § 455(a)* filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, CVS Indiana, L.L.C., CVS Pharmacy Inc., CVS RX Services, Inc., CVS Tennessee Distribution, LLC, Cardinal Health, Inc., Caremark Rx, L.L.C., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, |

| | | |
|---|---|---|
| | | Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., Walmart Inc., West Virginia CVS Pharmacy, L.L.C.. (Hobart, Geoffrey) (Entered: 09/17/2019) |
| 09/18/2019 | 2617 | Attorney Appearance by Ronald J. Clark filed by on behalf of Kaiser Foundation Health Plan, Kaiser Foundation Health Plan of the Northwest, Kaiser Foundation Hospitals. (Clark, Ronald) (Entered: 09/18/2019) |
| 09/19/2019 | 2618 | Notice of Supplemental Authority Regarding Hospital Claims filed by Appalachian Regional Healthcare, Inc., Baptist Health Madisonville, Inc., Baptist Healthcare System, Inc., Baptist Hospital, Inc., Bowling Green Warren County Community Hospital Corporation, Highlands Hospital Corporation, Infirmary Health Hospitals, Inc., Medical Center at Clinton County, Inc., Medical Center at Franklin, Inc., Monroe County Healthcare Authority, Rosary Hall, Saint Claire Medical Center, Inc, Saint Elizabeth Medical Center, Inc., Southwest Mississippi Regional Medical Center, St. Vincent Charity Medical Center, West Boca Medical Center, Inc.. (Attachments: # 1 Exhibit 1 - Order re MTD (Tucson Medical Center, et al. v. Purdue Pharma, LP, et al.)(Barrett, John) (Entered: 09/19/2019) |
| 09/19/2019 | 2619 | Janssen Defendants' Supplemental Memorandum On Public Nuisance Jury-Trial Issues filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 09/19/2019) |
| 09/19/2019 | 2620 | Memorandum of Certain Defendants Regarding Right to Jury Trial on Plaintiffs' Nuisance Claims filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Walgreen Co.. (Hobart, Geoffrey) (Entered: 09/19/2019) |
| 09/19/2019 | 2621 | **Conditional Transfer Order (CTO 111)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District Ohio. (P,R) (Entered: 09/19/2019) |
| 09/19/2019 | 2622 | Notice of Filing Bankruptcy filed by Fred's Stores of Tennessee, Inc.. (Kavanagh, Julia) (Entered: 09/19/2019) |
| 09/20/2019 | 2623 | **Motion** (Defendants' Motion For Access To Jury Selection Records And Information) filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 09/20/2019) |
| 09/23/2019 | 2624 | **Order** by the Judicial Panel on Multidistrict Litigation Lifting Stay of CTO 109 and transferring listed cases to the Northern District of Ohio. (P,R) (Entered: 09/23/2019) |
| 09/23/2019 | 2625 | Proposed Order *Dismissing Allergan Finance, LLC, Allergan PLC, Allergan Sales, LLC, and Allergan USA, Inc.* filed by County of Cuyahoga, County of Summit, Ohio. (Badala, Salvatore) (Entered: 09/23/2019) |
| 09/23/2019 | 2626 | **Order Regarding Pending Motions** granting in part and denying in part Pharmacy Buying Association's Motion to dismiss (Related Doc # 977 ); granting in part and denying in part GCP Pharma's Motion to dismiss (Related Doc # 998 ); denying as moot H.D. Smith's Motion to dismiss (Related Doc # 1015 ); granting in part and denying in part Olympia Pharmacy's Motion to dismiss (Related Doc # 1038 ). Judge Dan Aaron Polster on 9/23/19.(P,R) (Entered: 09/23/2019) |

| | | |
|---|---|---|
| 09/23/2019 | 2627 | **Motion** for admission pro hac vice filed by Sarasota County Public Hospital District. (Wallace, David) Modified on 9/23/2019 (P,R). (Entered: 09/23/2019) |
| 09/24/2019 | 2628 | **Order** Dismissing Allergan Finance, LLC, Allergan PLC, Allergan Sales, LLC and Allergan USA, Inc. (County of Cuyahoga v. Purdue Pharma L.P and County of Summit v. Purdue Pharma L.P.). Judge Dan Aaron Polster on 9/24/19. (P,R) (Entered: 09/24/2019) |
| 09/24/2019 | | **Order** [non-document] finding moot Sarasota County Public Hospital District's Motion for admission pro hac vice. Per the 12/14/17 order (Doc. # 4 ), the Court is not requiring pro hac vice motions. (Related Doc # 2627 ). Judge Dan Aaron Polster on 9/24/19.(P,R) (Entered: 09/24/2019) |
| 09/24/2019 | 2629 | **Opinion and Order** Regarding Adjudication of Plaintiffs' Public Nuisance Claims. Judge Dan Aaron Polster on 9/24/19. (P,R) (Entered: 09/24/2019) |
| 09/24/2019 | | **Order** [non-document] - Pursuant to Track One Trial Counsel's verbal request to Special Master Cohen to extend the deadline for filing jury instructions, verdict forms, and objections thereto, from Wednesday, September 25 to Friday, October 4, the Court hereby grants the verbal motion as follows. The deadline for filing jury instructions, verdict forms and objections thereto is extended to 4 p.m. on Friday, October 4, 2019. **This extension applies only to jury instructions, verdict forms and objections thereto**. The deadline for all other trial documents remains Wednesday, September 25, 2019. If significant objections to the jury instructions and/or verdict forms still exist after granting this extension, Track One Trial Counsel shall come to Courtroom 18B at **9:00 a.m. on Monday, October 7, 2019** and work together with opposing counsel until the objections are resolved. Judge Dan Aaron Polster on 9/24/19. (P,R) (Entered: 09/24/2019) |
| 09/25/2019 | 2630 | Witness List filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 09/25/2019) |
| 09/25/2019 | 2631 | **Conditional Transfer Order (CTO 112)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 09/25/2019) |
| 09/25/2019 | 2632 | Exhibit List filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 09/25/2019) |
| 09/25/2019 | 2633 | Trial Brief filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 09/25/2019) |
| 09/25/2019 | 2634 | Omnibus **Motion** in limine filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Attachments: # 1 Declaration of Jennifer D. Cardelus In Support, # 2 Exhibit 1, # 3 Exhibit 2)(Lifland, Charles) (Entered: 09/25/2019) |
| 09/25/2019 | 2635 | Trial Brief filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 09/25/2019) |
| 09/25/2019 | 2636 | Witness List filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 09/25/2019) |

| 09/25/2019 | 2637 | Exhibit List filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 09/25/2019) |
|---|---|---|
| 09/25/2019 | 2638 | Witness List filed by Walgreen Co., Walgreen Eastern Co.. (Stoffelmayr, Kaspar) (Entered: 09/25/2019) |
| 09/25/2019 | 2639 | Witness List filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 09/25/2019) |
| 09/25/2019 | 2640 | Joint Exhibit List filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 09/25/2019) |
| 09/25/2019 | 2641 | Exhibit List filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 09/25/2019) |
| 09/25/2019 | 2642 | Witness List *(Joint Defendant)* filed by Actavis LLC, Actavis Pharma, Inc., AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, McKesson Corporation, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co., Watson Laboratories, Inc.. (Hobart, Geoffrey) (Entered: 09/25/2019) |
| 09/25/2019 | 2643 | Trial Brief filed by Walgreen Co., Walgreen Eastern Co.. (Stoffelmayr, Kaspar) (Entered: 09/25/2019) |
| 09/25/2019 | 2644 | Witness List *(Joint Distributor)* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Walgreen Co., Walgreen Eastern Co.. (Hobart, Geoffrey) (Entered: 09/25/2019) |
| 09/25/2019 | 2645 | **Motion** in limine filed by Henry Schein Medical Systems, Inc., Henry Schein, Inc.. (Jones, C.) (Entered: 09/25/2019) |
| 09/25/2019 | 2646 | Witness List filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Feinstein, Wendy) (Entered: 09/25/2019) |
| 09/25/2019 | 2647 | **Motion** in limine - Evidentiary Stipulations - filed by Plaintiff Plaintiffs' Lead Counsel. (Weinberger, Peter) (Entered: 09/25/2019) |
| 09/25/2019 | 2648 | **Motion** in limine filed by Walgreen Co., Walgreen Eastern Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Stoffelmayr, Kaspar) (Entered: 09/25/2019) |
| 09/25/2019 | 2649 | Trial Brief filed by Henry Schein Medical Systems, Inc., Henry Schein, Inc.. (Jones, C.) (Entered: 09/25/2019) |
| 09/25/2019 | 2650 | Exhibit List filed by Walgreen Co., Walgreen Eastern Co.. (Stoffelmayr, Kaspar) (Entered: 09/25/2019) |
| 09/25/2019 | 2651 | Exhibit List filed by Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 09/25/2019) |

| 09/25/2019 | 2652 | Omnibus **Motion** in limine *and Memorandum in Support* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Hanly, Paul) (Entered: 09/25/2019) |
|---|---|---|
| 09/25/2019 | 2653 | **Motion** in limine filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Brief in Support, # 2 Exhibit 1 Ltr to DEA, # 3 Exhibit 2 Rafalski Dep Excerpt, # 4 Exhibit 3 Emai, # 5 Exhibit 4 De Gutierrez-Mahoney Dep Excerpt, # 6 Exhibit 5 Rafalski Rpt Excerpt, # 7 Exhibit 6 McCann Dep Excerpt, # 8 Exhibit 7 MacDonald Rpt Excerpt, # 9 Exhibit 8 McCann Rpt Excerpt)(Heard, Frank) (Entered: 09/25/2019) |
| 09/25/2019 | 2654 | Witness List filed by Henry Schein Medical Systems, Inc., Henry Schein, Inc.. (Jones, C.) (Entered: 09/25/2019) |
| 09/25/2019 | 2655 | Witness List *(Plaintiffs' Designated Live Stream Witnesses)* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Hanly, Paul) (Entered: 09/25/2019) |
| 09/25/2019 | 2656 | Plaintiffs' Submission of Judge's Voir Dire Questions filed by Plaintiffs' Lead Counsel. (Weinberger, Peter) (Entered: 09/25/2019) |
| 09/25/2019 | 2657 | Witness List filed by Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 09/25/2019) |
| 09/25/2019 | 2658 | Proposed Voir Dire *and Request for Clarification of Voir Dire Process* filed by All Defendants. (Feinstein, Wendy) (Entered: 09/25/2019) |
| 09/25/2019 | 2659 | Trial Brief filed by Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 09/25/2019) |
| 09/25/2019 | 2660 | Trial Brief filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Hanly, Paul) (Entered: 09/25/2019) |
| 09/25/2019 | 2661 | **Motion** in limine Ominbus Memorandum of Law In Support of All Track One Bellwether Trial Defendants' Motions in Liminie filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, McKesson Corporation, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Hobart, Geoffrey) (Entered: 09/25/2019) |
| 09/25/2019 | 2662 | Exhibit List filed by Henry Schein Medical Systems, Inc., Henry Schein, Inc.. (Jones, C.) (Entered: 09/25/2019) |
| 09/25/2019 | 2663 | **Motion** in limine to Exclude Certain Evidence and Agrument filed by Defendant McKesson Corporation. (Attachments: # 1 Brief in Support, # 2 Proposed Order, # 3 Pleading Attorney Declaration, # 4 Exhibit 1, # 5 Exhibit 2)(Hobart, Geoffrey) (Entered: 09/25/2019) |

| 09/25/2019 | 2664 | Amended Exhibit List filed by Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. Related document(s) 2632 . (Lifland, Charles) (Entered: 09/25/2019) |
| --- | --- | --- |
| 09/25/2019 | 2665 | Exhibit List filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Feinstein, Wendy) (Entered: 09/25/2019) |
| 09/25/2019 | 2666 | Omnibus **Motion** in limine filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation. (Nicholas, Robert) (Entered: 09/25/2019) |
| 09/25/2019 | 2667 | Trial Brief filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 09/25/2019) |
| 09/25/2019 | 2668 | **Motion** in limine to Exclude *Certain References* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Attachments: # 1 Brief in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Reed, Steven) (Entered: 09/25/2019) |
| 09/25/2019 | 2669 | Trial Brief filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Reed, Steven) (Entered: 09/25/2019) |
| 09/25/2019 | 2670 | Plaintiff's Response in Opposition to Motion for Access to Jury Selection Records and Information filed by County of Cuyahoga, County of Summit, Ohio. Related document(s) 2623 . (Singer, Linda) (Entered: 09/25/2019) |
| 09/25/2019 | 2671 | Appeal Order from USCA for the Sixth Circuit: Denying the petition for writ of mandamus filed by Teva Pharmaceutical Industries Ltd re 2575 (USCA# 19-3835). Circuit Judges: Clay, Donald, and Larsen. Date issued by USCA 9/20/19 (H,SP) (Entered: 09/25/2019) |
| 09/25/2019 | 2672 | Witness List filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Hanly, Paul) (Entered: 09/25/2019) |
| 09/25/2019 | 2673 | **Order** Regarding Motion to Dismiss for Lack of Personal Jurisdiction as to Teva Ltd. Judge Dan Aaron Polster on 9/25/19. (P,R) (Entered: 09/25/2019) |
| 09/25/2019 | 2674 | Notice of Filing of Petition for Permission to Appeal in the Sixth Circuit Court of Appeals as to 2591 Order, 2590 Order on Motion for class certification filed by City of East Cleveland, Ohio, City of Huron, City of Lyndhurst, City of Mayfield Heights, City of North Royalton, City of Wickliffe. (Filing fee $ 505 receipt |

| | | |
|---|---|---|
| | | number 0647-9542644.). (Attachments: # 1 23(f) Petition for Permission to Appeal to the Sixth Circuit) (Ferraro, James). Modified on 10/2/2019, wrong event docketed, document is not a Notice of Appeal (H,SP). (Entered: 09/25/2019) |
| 09/25/2019 | 2675 | Statement of Facts *Combined* filed by County of Cuyahoga, County of Summit, Ohio. (Hanly, Paul) (Entered: 09/25/2019) |
| 09/26/2019 | 2676 | **Opinion and Order** denying Defendants' Motion to Disqualify Judge (Related Doc # 2603 ). Judge Dan Aaron Polster on 9/26/19.(P,R) (Entered: 09/26/2019) |
| 09/26/2019 | 2677 | Exhibit List filed by County of Cuyahoga, County of Summit, Ohio. (Hanly, Paul) (Entered: 09/26/2019) |
| 09/26/2019 | 2678 | Notice of Substitution of Counsel removing attorneys Helene R. Hechtkopf and John J. Kenney and adding attorney John Dougherty, Katherine Galle, David Zwally, Keelan F. Diana filed by BR Holdings Associates Inc., BR Holdings Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., Pharmaceutical Research Associates, Inc. (P,R) (Entered: 09/26/2019) |
| 09/26/2019 | 2679 | Notice Regarding Waiver of Service filed by BR Holdings Associates Inc., BR Holdings Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., Pharmaceutical Research Associates, Inc. (P,R) (Entered: 09/26/2019) |
| 09/26/2019 | 2680 | Attorney Appearance *Laura Fitzpatrick* by Paul J. Hanly, Jr filed by on behalf of Mark Garber. (Hanly, Paul) (Entered: 09/26/2019) |
| 09/27/2019 | 2681 | Response to Notice of Supplemental Authority Regarding Hospital Claims filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. Related document(s) 2618 . (Hardin, Ashley) (Entered: 09/27/2019) |
| 09/27/2019 | 2682 | **Objection** *to Court's Order Regarding Trial Matters* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, McKesson Corporation, Ortho-McNeil-Janssen Pharmaceuticals, Inc., Teva Pharmaceutical Industries Ltd., Walgreen Co., Walgreen Eastern Co., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. Related document(s) 2594 . (Hobart, Geoffrey) (Entered: 09/27/2019) |
| 09/27/2019 | 2683 | Appeal Order from USCA for the Sixth Circuit: The Cuyahoga and Summit Counties file either joint or separate answers and that the MDL judge address this mandamus petition within seven (7) days of the date this order is entered. See Fed. R. App. P. 21(b)(4). The motions for leave to file amici briefs will be held in abeyance pending our ruling on the mandamus petition re 2566 (USCA# 19-3827). Date issued by USCA 9/25/19 (H,SP) (Entered: 09/27/2019) |
| 09/27/2019 | 2684 | **Opinion and Order** granting in part and denying in part Defendants' Motion for Access to Jury Selection Records and Information (Related Doc # 2623 ). Judge Dan Aaron Polster on 9/27/19. (Attachments: # 1 Exhibit A - Extreme Hardship Form)(P,R) (Entered: 09/27/2019) |
| 09/27/2019 | 2685 | Supplement to Notice of Appeal, - Notice of Filing Corrected 23(f) Petition for Permission to Appeal to the Sixth Circuit, filed by City of East Cleveland, Ohio, |

| | | |
|---|---|---|
| | | City of Huron, City of Lyndhurst, City of Mayfield Heights, City of North Royalton, City of Wickliffe. Related document(s) 2674 . (Attachments: # 1 Supplement 23(f) Petition for Permission to Appeal to the Sixth Circuit (Revised (COC))(Ferraro, James) (Entered: 09/27/2019) |
| 09/29/2019 | 2686 | Report of Special Master *Amending CMO2 Section IX re Inadvertent Production* filed by David Rosenblum Cohen. Related document(s) 441 . (Cohen, David) (Entered: 09/29/2019) |
| 09/29/2019 | 2687 | Report of Special Master *Amending CMO2 Section IX re Inadvertent Production (Full Order)* filed by David Rosenblum Cohen. Related document(s) 2686 , 441 . (Cohen, David) (Entered: 09/29/2019) |
| 09/29/2019 | 2688 | Report of Special Master *Amending CMO2 Various Paragraphs re Confidentiality and Protective Order Issues* filed by David Rosenblum Cohen. Related document(s) 441 . (Cohen, David) (Entered: 09/29/2019) |
| 09/30/2019 | | **Order** [non-document] - Regarding the Court's Order at Doc No. 2684 , the Court orders that Track One Plaintiffs be given the same access to the same juror records and under the same conditions as was allowed for Track One Moving Defendants, Doc No. 2623 . Judge Dan Aaron Polster on 9/30/19. (P,R) (Entered: 09/30/2019) |
| 09/30/2019 | 2689 | **Order** Re: 2682 Objections to 2594 Order Regarding Trial Matters. Signed by Judge Dan Aaron Polster on 9/30/2019. (K,K) (Entered: 09/30/2019) |
| 09/30/2019 | 2690 | Proposed Order *Joint Proposed Scheduling Order and Positions on Scheduling filed by all Plaintiffs listed in caption* filed by Ceonda Rees, Deric Rees. Related document(s) 1829 . (Bickford, Scott) (Entered: 09/30/2019) |
| 09/30/2019 | 2691 | Proposed Order *Amended Joint Propsed Scheduling Order and Positions on Scheduling* filed by McKesson Corporation. (Attachments: # 1 Exhibit A (NAS Draft Plaintiff Fact Sheet))(Ullman, Emily) (Entered: 09/30/2019) |
| 09/30/2019 | 2692 | Supplement to **Motion** for extension of time to Defendants' Motion for Additional Trial Time and For Timely Election by Plaintiffs of Claims and Defendants They Seek to Pursue at Trial - Supplement, filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co., Warner Chilcott Company, LLC, Watson Laboratories, Inc., Watson Pharma, Inc.. Related document(s) 2133 . (Reed, Steven) (Entered: 09/30/2019) |
| 10/01/2019 | 2693 | Proposed Order *Dismissing Mallinckrodt LLC, Mallinckrodt PLC, and SpecGX LLC With Prejudice* filed by County of Cuyahoga, County of Summit, Ohio. (Badala, Salvatore) (Entered: 10/01/2019) |
| 10/01/2019 | | **Order** [non-document] - In their Amended Joint Proposed Scheduling Order (Doc. #: 2691 ), both parties expressed concern about the feasibility of taking sufficient discovery and providing the Court with adequate briefing on certification of a class of NAS Baby Plaintiffs within the Court's directed time frame. The Court thus construes the parties' position statements as a joint request for an extension of time, and GRANTS the parties an extension of NOT MORE THAN 4 months |

| | | |
|---|---|---|
| | | beyond their current jointly proposed schedule. The parties are directed to file a new jointly agreed upon proposed scheduling order by 12:00PM on Monday, October 7, 2019. Judge Dan Aaron Polster on 10/1/19. (P,R) (Entered: 10/01/2019) |
| 10/01/2019 | 2694 | **Order** Dismissing Mallinckrodt LLC, Mallinckrodt PLC, and SpecGX LLC With Prejudice (County of Cuyahoga v. Purdue Pharma, et al and County of Summit v. Purdue Pharma, et al). Judge Dan Aaron Polster on 10/1/19. (P,R) (Entered: 10/01/2019) |
| 10/01/2019 | 2695 | Report of Special Master *Order Regarding Exhibit and Witness Lists* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 10/01/2019) |
| 10/01/2019 | 2696 | **Motion** to stay *District Court Proceedings Until Final Resolution of the Mandamus Petitions Currently Pending Before the Court of Appeals (Expedited)* filed by Actavis LLC, Actavis Pharma, Inc., AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co., Watson Laboratories, Inc.. (Attachments: # 1 Brief in Support)(Hobart, Geoffrey) (Entered: 10/01/2019) |
| 10/02/2019 | 2697 | Attorney Appearance by Terry Matthew Henry filed by on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Watson Pharma, Inc.. (Henry, Terry) (Entered: 10/02/2019) |
| 10/02/2019 | 2698 | Deposition of Certain Defendants' Objections to Plaintiffs' Deposition Designations filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co.. (Attachments: # 1 Exhibit A (Defendants' Objections), # 2 Exhibit B (Defendants' Objections to Plaintiff's Counter Designations))(Hobart, Geoffrey) (Entered: 10/02/2019) |
| 10/02/2019 | 2699 | **Objection** *to Plaintiffs' Deposition Designations* filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation. (Attachments: # 1 Exhibit A - List of Defendants' Objections to Plaintiffs' Deposition Designations) (Nicholas, Robert) (Entered: 10/02/2019) |
| 10/02/2019 | 2700 | Deposition of McKesson Corporation's Objections to Plaintiffs Deposition Designations filed by McKesson Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hobart, Geoffrey) (Entered: 10/02/2019) |
| 10/02/2019 | 2701 | **Objection** *to Plaintiffs' Deposition Designations* filed by Walgreen Co., Walgreen Eastern Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Stoffelmayr, Kaspar) (Entered: 10/02/2019) |
| 10/02/2019 | 2702 | **Order** denying Defendants' Motion to stay District Court Proceedings Until Final Resolution of the Mandamus Petitions Currently Pending Before the Court of Appeals (Related Doc # 2696 ). Judge Dan Aaron Polster on 10/2/19.(P,R) (Entered: 10/02/2019) |

| 10/02/2019 | 2703 | **Objection** *to Plaintiffs' Deposition Designations* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. (Attachments: # 1 Exhibit A (Objections to Plaintiffs' Designations), # 2 Exhibit B (Objections to Plaintiffs' Counter Designations), # 3 Exhibit C (Objections to Dorsey Deposition Designations)) (Reed, Steven) (Entered: 10/02/2019) |
|---|---|---|
| 10/02/2019 | 2704 | **Objection** *to Plaintiffs' Deposition Designations* filed by Cardinal Health, Inc.. (Attachments: # 1 Exhibit Exhibit A: Objections to Reardon Designations, # 2 Exhibit Exhibit B: Objections to Norris Designations) (Hardin, Ashley) (Entered: 10/02/2019) |
| 10/03/2019 | 2705 | Reply of Hospital Plaintiffs to "Defendants Amerisource Bergen Drug Corp., Cardinal Health, Inc., and McKesson Corp.'s Response to Notice of Supplemental Authority Regarding Hospital Claims" filed by Baptist Health Madisonville, Inc., Baptist Healthcare System, Inc., Baptist Hospital, Inc., Bowling Green Warren County Community Hospital Corporation, Highlands Hospital Corporation, Infirmary Health Hospitals, Inc., Medical Center at Clinton County, Inc., Medical Center at Franklin, Inc., Monroe County Healthcare Authority, Rosary Hall, Saint Claire Medical Center, Inc, Saint Elizabeth Medical Center, Inc., Southwest Mississippi Regional Medical Center, St. Vincent Charity Medical Center, West Boca Medical Center, Inc.. Related document(s) 2681 , 2618 . (Barrett, John) (Entered: 10/03/2019) |
| 10/03/2019 | 2706 | Notice of Withdrawal filed by MRNB, Inc.. (Reynolds, William) (Entered: 10/03/2019) |
| 10/03/2019 | 2707 | Notice of Withdrawal filed by A+ Pharmacy & Home Medical Equipment. (Reynolds, William) (Entered: 10/03/2019) |
| 10/03/2019 | 2708 | Sarasota County Public Hospital District's Joinder in Petition for Permission to Appeal filed by Sarasota County Public Hospital District. Related document(s) 2674 .(Wallace, David) (Entered: 10/03/2019) |
| 10/03/2019 | 2709 | **Order** Regarding Public and Media Logistics. Judge Dan Aaron Polster on 10/3/19. (P,R) (Entered: 10/03/2019) |
| 10/03/2019 | 2710 | Plaintiffs' Statement of Interest in Response to Proposed Class Counsel's Amended Joint Proposed Scheduling Order and Positions on Scheduling filed by County of Cuyahoga, County of Summit, Ohio. Related document(s) 2691 .(Singer, Linda) (Entered: 10/03/2019) |
| 10/03/2019 | 2711 | **Objection** *Plaintiffs Objections to Defendants Deposition Designations* filed by County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Exhibit 1, Deposition Designations) (Hanly, Paul) (Entered: 10/03/2019) |
| 10/03/2019 | 2712 | Report of Special Master *Amendment to Discovery Ruling No. 22* filed by David Rosenblum Cohen. Related document(s) 2576 . (Cohen, David) (Entered: 10/03/2019) |
| 10/04/2019 | 2713 | **Order** Clarifying Negotiation Class Certification Order. Judge Dan Aaron Polster on 10/4/19. (P,R) (Entered: 10/04/2019) |

| 10/04/2019 | 2714 | **Objection** *[Defendants']* to *Special Master's Order on the Parties' Trial Exhibit and Witness Lists* filed by Walgreen Co., Walgreen Eastern Co.. Related document(s) 2695 . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Stoffelmayr, Kaspar) (Entered: 10/04/2019) |
|---|---|---|
| 10/04/2019 | 2715 | Joint Proposed Jury Instructions *Submission Regarding Jury Instructions and Verdict Forms* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Nicholas, Robert) (Entered: 10/04/2019) |
| 10/04/2019 | 2716 | Attorney Appearance by Melanie S. Carter filed by on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Watson Pharma, Inc.. (Carter, Melanie) (Entered: 10/04/2019) |
| 10/04/2019 | 2717 | **Order** - Lawyers who have final authority to reach agreement on proposed jury instructions, verdict forms and interrogatories ordered to appear at 9:00 a.m. on Monday, October 7, 2019. Judge Dan Aaron Polster on 10/4/19. (P,R) (Entered: 10/04/2019) |
| 10/04/2019 | 2718 | **Motion** for extension of Amended Complaints and Completed signed Fact Sheet until October 8, 2019 filed by Melissa Ambrosio, City of Fargo, North Dakota, Erin Doyle, Darren and Elena Flanagan, Amanda M. Hanlon, James and Teri Holland, Shannon Hunt, Interim Co-Lead Class Counsel for the Proposed Negotiation Class, Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel, Derric and Ceonda Rees, Derric and Ceonda Rees, Tyler M Roach, Walter and Virginia Salmons, Rachel Wood, Rachel Wood. Related document(s) 2691 . (Dann, Marc) (Entered: 10/04/2019) |
| 10/04/2019 | 2719 | Supplement to **Motion** for extension of Amended Complaints and Completed signed Fact Sheet until October 8, 2019 - Supplement to Motion for Extension of Time, filed by All Plaintiffs. Related document(s) 2718 . (Dann, Marc) (Entered: 10/04/2019) |
| 10/05/2019 | 2720 | Witness List *Plaintiffs' Trial Designated Life Stream Witnesses* filed by County of Cuyahoga, County of Summit, Ohio. (Hanly, Paul) (Entered: 10/05/2019) |
| 10/05/2019 | 2721 | Witness List *Plaintiffs' October 5, 2019 Witness List* filed by County of Cuyahoga, County of Summit, Ohio. (Hanly, Paul) (Entered: 10/05/2019) |
| 10/07/2019 | 2722 | Amended Witness List *of Cardinal Health, Inc.* filed by Cardinal Health, Inc.. (Pyser, Steven) (Entered: 10/07/2019) |
| 10/07/2019 | 2723 | Witness List *(Revised)* filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 10/07/2019) |

| | | |
|---|---|---|
| 10/07/2019 | 2724 | **Motion** in limine Evidentiary Stipulations *[JOINT]* filed by Walgreen Co., Walgreen Eastern Co.. (Stoffelmayr, Kaspar) (Entered: 10/07/2019) |
| 10/07/2019 | 2725 | **Opposition** to 2652 Omnibus **Motion** in limine *and Memorandum in Support* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Hobart, Geoffrey) (Entered: 10/07/2019) |
| 10/07/2019 | 2726 | Proposed Order *Second Amended Joint Proposed Scheduling Order* filed by McKesson Corporation. (Ullman, Emily) (Entered: 10/07/2019) |
| 10/07/2019 | 2727 | **SEALED Document:***Plaintiffs' Omnibus Response to Defendants' Motions In Limine (Dkts. 2645, 2648, 2653, 2661, 2663, 2666, 2668) and Memorandum In Support* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2668 , 2666 , 2653 , 2663 , 2661 , 2645 , 2648 . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Weinberger, Peter) (Entered: 10/07/2019) |
| 10/07/2019 | 2728 | **Objection** *to Plaintiffs' October 5, 2019 Witness and Exhibit Lists* filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Nicholas, Robert) (Entered: 10/07/2019) |
| 10/07/2019 | 2729 | **SEALED Document:***Exhibits 11-20 of Plaintiffs' Omnibus Response to Defendants' Motions in Limine (dockets 2645, 2648, 2653, 2661, 2663, 2666, 2668) and Memorandum in Support* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2727 . (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15, # 6 Exhibit 16, # 7 Exhibit 17, # 8 Exhibit 18, # 9 Exhibit 19, # 10 Exhibit 20)(Weinberger, Peter) (Entered: 10/07/2019) |
| 10/07/2019 | 2730 | **SEALED Document:***Exhibits 21-30 of Plaintiffs' Omnibus Response to Defendants' Motions in Limine (Dockets 2645, 2648, 2653, 2661, 2663, 2666, 2668) and Memorandum in Support* filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2729 , 2727 . (Attachments: # 1 Exhibit 21, # 2 Exhibit 22, # 3 Exhibit 23, # 4 Exhibit 24, # 5 Exhibit 25, # 6 Exhibit 26, # 7 Exhibit 27, # 8 Exhibit 28, # 9 Exhibit 29, # 10 Exhibit 30)(Weinberger, Peter) (Entered: 10/07/2019) |
| 10/07/2019 | 2731 | **Order** Regarding Trial Exhibits. Judge Dan Aaron Polster on 10/7/19. (P,R) (Entered: 10/07/2019) |

| 10/07/2019 | 2732 | **Minutes and Order** Re Jury Questionnaires. Objections to Court directive due by 4:00 p.m. on 10/7/19. Judge Dan Aaron Polster on 10/7/19. (P,R) (Entered: 10/07/2019) |
| 10/07/2019 | 2733 | **Order** Regarding Trial Transcripts. Judge Dan Aaron Polster on 10/7/19. (P,R) (Entered: 10/07/2019) |
| 10/07/2019 | 2734 | **SEALED Document:**_Exhibits 31-35 of Plaintiffs' Omnibus Response to Defendants' Motions in Limine (dockets 2645, 2648, 2653, 2661, 2663, 2666, 2668) and Memorandum in Support_ filed by Plaintiffs' Executive Committee. Related document(s) 1813 , 2729 , 2727 , 2730 . (Attachments: # 1 Exhibit 31, # 2 Exhibit 32, # 3 Exhibit 33, # 4 Exhibit 34, # 5 Exhibit 35)(Weinberger, Peter) (Entered: 10/07/2019) |
| 10/07/2019 | 2735 | Notice of Service of Plaintiffs' Omnibus Response to Defendants' Motions in Limine (dkts 2645, 2648, 2653, 2661, 2663, 2666, 2668) and Memorandum in Support filed by Plaintiffs' Executive Committee. (Weinberger, Peter) (Entered: 10/07/2019) |
| 10/07/2019 | 2736 | Amended Witness List filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Reed, Steven) (Entered: 10/07/2019) |
| 10/07/2019 | 2737 | Proposed Order _(Joinder in Second Amended Joint Proposed Scheduling Order)_ filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, H.D. Smith Wholesale Drug Co., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. Related document(s) 2726 . (Nicholas, Robert) (Entered: 10/07/2019) |
| 10/07/2019 | 2738 | **Scheduling Order** Re NAS Baby Cases. Judge Dan Aaron Polster on 10/7/19.(P,R) (Entered: 10/07/2019) |
| 10/07/2019 | 2739 | **Motion** for extension of time until 5:00 pm Eastern Tuesday, October 8, 2019 to File Witness Objections filed by Plaintiff Plaintiffs' Executive Committee. (Weinberger, Peter) (Entered: 10/07/2019) |
| 10/07/2019 | 2740 | Amended Exhibit List filed by Henry Schein Medical Systems, Inc., Henry Schein, Inc.. Related document(s) 2662 . (Attachments: # 1 Exhibit A)(Montminy, Brandan) (Entered: 10/07/2019) |
| 10/07/2019 | 2741 | Amended Witness List _of Joint Distributors_ filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Walgreen Co., Walgreen Eastern Co.. (Hobart, Geoffrey) (Entered: 10/07/2019) |
| 10/07/2019 | 2742 | Amended Witness List _of Joint Defendants'_ filed by Actavis LLC, Actavis Pharma, Inc., AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co., Watson |

| | | |
|---|---|---|
| | | Laboratories, Inc.. (Hobart, Geoffrey) (Entered: 10/07/2019) |
| 10/07/2019 | 2743 | Amended Witness List filed by Walgreen Co., Walgreen Eastern Co.. (Stoffelmayr, Kaspar) (Entered: 10/07/2019) |
| 10/07/2019 | 2744 | Amended Exhibit List filed by Walgreen Co., Walgreen Eastern Co.. (Stoffelmayr, Kaspar) (Entered: 10/07/2019) |
| 10/08/2019 | 2745 | Second **Amended complaint** *(Class Action)* against All Defendants and adding new party plaintiff(s) Michelle Frost and Stephanie Howell. Filed by Erin Doyle, Michelle Frost, Stephanie Howell. (Dann, Marc) (Entered: 10/08/2019) |
| 10/08/2019 | 2746 | Third **Amended complaint** *(Class Action)* against All Defendants and adding new party plaintiff(s) Anthony Anderson and Haden Travis Blankenship. Filed by Anthony Anderson, Haden Travis Blankenship, Virginia Salmons, Walter Salmons, Walter and Virginia Salmons. (Dann, Marc) (Entered: 10/08/2019) |
| 10/08/2019 | 2747 | Second **Amended complaint** *(Class Action)* against All Defendants and adding new party plaintiff(s) Melissa Barnwell, Roman Ramirez and Jacqueline Ramirez. Filed by Jennifer Artz, Melissa Barnwell, Jacqueline Ramirez, Roman Ramirez. (Dann, Marc) (Entered: 10/08/2019) |
| 10/08/2019 | | **Order** [non-document] granting 2739 Plaintiffs' Motion for Extension of Time until 5:00 pm Eastern Tuesday, October 8, 2019 to File Witness Objections. Judge Dan Aaron Polster on 10/8/19.(P,R) (Entered: 10/08/2019) |
| 10/08/2019 | 2748 | Second **Amended complaint** *(Class Action)* against All Defendants and adding new party plaintiff(s) Sharon A. Walker and David S. Walker. Filed by Darren Flanagan, Darren and Elena Flanagan, Elena Flanagan, David S. Walker, Sharon A. Walker. (Dann, Marc) (Entered: 10/08/2019) |
| 10/08/2019 | 2749 | **Objection** *to Defendants' Witness Lists* filed by County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Exhibit Exhibit A - Plaintiffs October 7th letter to Special Master, # 2 Exhibit Exhibit B - July 9th, 2018 Email from Jeff Gaddy, # 3 Exhibit Exhibit C - July 30th, 2018 letter from Kate Swift) (Singer, Linda) (Entered: 10/08/2019) |
| 10/08/2019 | 2750 | Attorney Appearance by Alexander Macia filed by on behalf of Highland Behavioral Health Services, Inc.. (Macia, Alexander) (Entered: 10/08/2019) |
| 10/08/2019 | 2751 | Joint Proposed Stipulation *Regarding Actavis, Walgreens, Amerisourcebergen and Schein Defendants* filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 10/08/2019) |
| 10/09/2019 | 2752 | **Order** Regarding Objections to Special Master's Ruling on Witness and Exhibit Lists. Judge Dan Aaron Polster on 10/8/19. (P,R) (Entered: 10/09/2019) |
| 10/09/2019 | 2753 | Witness List *Plaintiffs' Second Amended Designated Live Stream Witnesses* filed by County of Cuyahoga, County of Summit, Ohio. (Hanly, Paul) (Entered: 10/09/2019) |
| 10/09/2019 | 2754 | **Marginal Order** approving Joint Stipulation Regarding Actavis, Walgreens, AmerisourceBergen, and Schein Defendants. Signed by Judge Dan Aaron Polster on 10/9/2019. (K,K) (Entered: 10/09/2019) |

| 10/09/2019 | 2755 | **Order** Clarifying Order Re: Public and Media Logistics. Signed by Judge Dan Aaron Polster on 10/9/2019. (K,K) (Entered: 10/09/2019) |
|---|---|---|
| 10/09/2019 | 2756 | Plaintiffs' Responses to Defendants' Witness Objections filed by County of Cuyahoga, County of Summit, Ohio. (Singer, Linda) (Entered: 10/09/2019) |
| 10/09/2019 | 2757 | Request for Proceedings to be on the Record filed by Actavis LLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co.. (Hobart, Geoffrey) (Entered: 10/09/2019) |
| 10/10/2019 | 2758 | Non-Appeal Transcript Order for proceedings held on 10//21/19 through end of trial before Judge Dan Polster, Court Reporter: Donnalee Cotone. Requested completion date: 14-days after each trial day filed by City of Jacksonville, City of Paterson, City of Portsmouth. (Kaswan, Beth) (Entered: 10/10/2019) |
| 10/10/2019 | 2759 | Expedited Non-Appeal Transcript Order Form for proceedings held on start of trial - 10/21/19 before Judge Dan Aaron Polster, Court Reporter: Donnalee Cotone. Requested completion date: End of Trial filed by AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 10/10/2019) |
| 10/10/2019 | 2760 | Non-Appeal Transcript Order Form for proceedings held on 10/21/2019 through end of trial before Judge Dan Aaron Polster, Court Reporter: Donnalee Cotone. Requested completion date: 14 days after each trial day filed by Associated Pharmacies Inc. (Alvis, Stewart) (Entered: 10/10/2019) |
| 10/10/2019 | 2761 | Henry Schein, Inc.'s Affirmative Deposition Designations filed by Henry Schein, Inc.. (Attachments: # 1 Exhibit A)Related document(s) 1598 .(Montminy, Brandan) (Entered: 10/10/2019) |
| 10/10/2019 | 2762 | Non-Appeal Transcript Order Form for proceedings held on 10/21/2019 through the end of trial before Judge Dan Polster, Court Reporter: Donnalee Cotone. Requested completion date: 3 days after each trial day filed by Purdue Pharma L.P.. (Cheffo, Mark) (Entered: 10/10/2019) |
| 10/10/2019 | 2763 | Affirmative Deposition Designations, Responses to Plaintiffs' Objections, and Objections to Plaintiffs' Counter-Designations filed by Actavis LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc.. (Attachments: # 1 Exhibit A (List of Affirmative Designations, Responses to Plaintiffs' Objections and Objections to Plaintiffs' Counter-Designations))(Reed, Steven) (Entered: 10/10/2019) |
| 10/10/2019 | 2764 | **Objection** *to Plaintiffs' Second Amended Designated Stream Witnesses* filed by Actavis LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc.. Related document(s) 2753 . (Reed, Steven) (Entered: 10/10/2019) |
| 10/10/2019 | 2765 | Expedited Non-Appeal Transcript Order Form for proceedings held on October 21, 2019 through December 13, 2019 before Judge Polster, Court Reporter: Donnalee Cotone. filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 10/10/2019) |
| 10/10/2019 | 2766 | **Motion** For Pro Rata Trial Time filed by Defendant Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 10/10/2019) |
| 10/10/2019 | 2767 | Non-Appeal Transcript Order Form for proceedings held on 10/21/19 - End of Trial before Judge Polster, re 2733 Order. Court Reporter: Donnalee Cotone. filed |

| | | |
|---|---|---|
| | | by Henry Schein, Inc.. Related document(s) 2733 . (Montminy, Brandan) (Entered: 10/10/2019) |
| 10/10/2019 | 2768 | Hourly and Realtime Non-Appeal Transcript Order Form for proceedings held on 10/21/2019 - End before Judge Judge Polster, Court Reporter: Donnalee Cotone. filed by Actavis LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc.. (Attachments: # 1 Exhibit (Realtime/Draft Unedited Transcript Disclaimer)) (Feinstein, Wendy) (Entered: 10/10/2019) |
| 10/10/2019 | 2769 | Final Affirmative Deposition Designations for Elizabeth Garcia filed by AmerisourceBergen Drug Corporation. (Attachments: # 1 Exhibit A - Deposition Designations)(Nicholas, Robert) (Entered: 10/10/2019) |
| 10/10/2019 | 2770 | Non-Appeal Transcript Order Form for proceedings held on 10/11/2019 and Trial before Judge Aaron Polster, Court Reporter: Donnalee Cotone. Requested completion date: Daily filed by Janssen Pharmaceuticals, Inc.. (Lifland, Charles) (Entered: 10/10/2019) |
| 10/10/2019 | 2771 | Witness List *Plaintiffs' Affirmative Deposition Designations* filed by County of Cuyahoga, County of Summit, Ohio. (Hanly, Paul) (Entered: 10/10/2019) |
| 10/10/2019 | 2772 | Walgreens' Response to Plaintiffs' Witness Objections filed by Walgreen Co.. Related document(s) 2749 . (Attachments: # 1 Exhibit 1 (Plts' Responses to Amended DR12 Supp. Rogs), # 2 Exhibit 2 (Walgreens' 2nd Amended Objections and Responses to Plts' 1st Rogs), # 3 Exhibit 3 (Shkolnik 10/9/19 letter to SM Cohen), # 4 Exhibit 4 (Plts' 10/7/19 RFP)) (Stoffelmayr, Kaspar) (Entered: 10/10/2019) |
| 10/10/2019 | 2773 | Witness List *Cardinal Health's Final Affirmative Deposition Testimony Designations* filed by Cardinal Health, Inc.. (Attachments: # 1 Exhibit 1 -- Eric Brantley, # 2 Exhibit 2 -- Steven Reardon)(Hardin, Ashley) (Entered: 10/10/2019) |
| 10/10/2019 | 2774 | Proposed Order *Dismissing Johnson & Johnson* filed by County of Cuyahoga, County of Summit, Ohio. (Badala, Salvatore) (Entered: 10/10/2019) |
| 10/10/2019 | 2775 | Deposition of McKesson's Final Affirmative Deposition Designations filed by McKesson Corporation. (Attachments: # 1 Exhibit A)(Hobart, Geoffrey) (Entered: 10/10/2019) |
| 10/10/2019 | 2776 | Certain Defendants' Affirmative Deposition Designations and Partial Response to Plaintiffs' Witness List Objections filed by Walgreen Co.. Related document(s) 2749 . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Stoffelmayr, Kaspar) (Entered: 10/10/2019) |
| 10/10/2019 | 2777 | Expedited Non-Appeal Transcript Order Form for proceedings held on October 15, 2019 to end of trial before Judge Polster, Court Reporter: Donnalee Cotone. Requested completion date: Expedited filed by Cardinal Health, Inc.. (Pyser, Steven) (Entered: 10/10/2019) |
| 10/10/2019 | 2778 | Non-Appeal Transcript Order Form for proceedings held on 10/11/2019 and Trial before Judge Dan Aaron Polster, Court Reporter: Donnalee Cotone. Requested completion date: Daily filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc.. (Morris, Sean) (Entered: 10/10/2019) |

| 10/10/2019 | 2779 | Deposition of Walgreen's Affirmative Deposition Designations filed by Walgreen Co.. (Attachments: # 1 Exhibit A - Deborah Bish)(Stoffelmayr, Kaspar) (Entered: 10/10/2019) |
|---|---|---|
| 10/10/2019 | 2780 | Teva Defendants' Supplemental Affirmative Deposition Designations filed by Actavis LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc.. (Attachments: # 1 Exhibit A (Supplemental Affirmative Designations))(Reed, Steven) (Entered: 10/10/2019) |
| 10/10/2019 | 2781 | Witness List *Plaintiffs' Opposition to Teva, Cephalon and Actavis Objections to Plaintiffs Live Stream Witnesses* filed by County of Cuyahoga, County of Summit, Ohio. (Hanly, Paul) (Entered: 10/10/2019) |
| 10/10/2019 | 2782 | Deposition of Defendants Final Affirmative Designations filed by Actavis LLC and other defendants (Attachments: # 1 Exhibit Demetra Designations, # 2 Exhibit Carr Designations, # 3 Exhibit Garner Designations, # 4 Exhibit Gilson Designations, # 5 Exhibit Griffin Designations, # 6 Exhibit Gutierrez Designations, # 7 Exhibit Harper-Avilla Designations, # 8 Exhibit Howard Designations, # 9 Exhibit Johnson Designations, # 10 Exhibit Kennan Designations, # 11 Exhibit Mapes Designations, # 12 Exhibit Martin Designations, # 13 Exhibit Nelsen Designations, # 14 Exhibit Prevoznik Designations, # 15 Exhibit Rannazzisi Designations, # 16 Exhibit Rideout Designations, # 17 Exhibit Saros Designations, # 18 Exhibit Shannon Designations, # 19 Exhibit Strait Designations, # 20 Exhibit Woods Designations, # 21 Exhibit Wright Designations)(Hobart, Geoffrey) (Entered: 10/10/2019) |
| 10/10/2019 | 2783 | Deposition of Certain Defendants' Final Affirmative Deposition Designations filed by Walgreen Co. and other defendants. (Attachments: # 1 Exhibit A - Wright Designations)(Hobart, Geoffrey) (Entered: 10/10/2019) |
| 10/10/2019 | 2784 | Expedited Non-Appeal Transcript Order Form for proceedings held on 10/16/2019 - 12/13/2019 before Judge Polster, Court Reporter: Donnalee Cotone. Requested completion date: Daily filed by Walgreen Co.. (Stoffelmayr, Kaspar) (Entered: 10/10/2019) |
| 10/11/2019 | 2785 | Response *to Plaintiffs' Witness Objections* filed by Actavis LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc.. Related document(s) 2749 . (Reed, Steven) (Entered: 10/11/2019) |
| 10/11/2019 | 2786 | **Order** Dismissing Johnson & Johnson With Prejudice (County of Cuyahoga v. Purdue Pharma and County of Summit v. Purdue Pharma). Judge Dan Aaron Polster on 10/11/19. (P,R) (Entered: 10/11/2019) |
| 10/11/2019 | 2787 | Expedited Non-Appeal Transcript Order Form for proceedings held on 10/11/19 before Judge Dan Aaron Polster, Court Reporter: Donnalee Cotone. Requested completion date: 10/11/2019 (hourly) filed by AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 10/11/2019) |
| 10/11/2019 | 2788 | **Motion** to sever *or for a Separate Trial and Memorandum in Support* filed by Actavis LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc.. (Reed, Steven) (Entered: 10/11/2019) |
| 10/11/2019 | 2789 | Notice of Withdrawal *of Counsel* filed by SAJ Distributors. (Harvey, Ronda) (Entered: 10/11/2019) |

| | | |
|---|---|---|
| 10/11/2019 | 2790 | Non-Appeal Transcript Order Form for proceedings held on 10/11/2019 (Trial) before Judge Dan Aaron Polster, Court Reporter: Donnalee Cotone. Requested completion date: Daily filed by Mallinckrodt LLC, SpecGX LLC. (O'Connor, Andrew) (Entered: 10/11/2019) |
| 10/11/2019 | 2791 | **Objection** *to Order Regarding Adjudication of Plaintiffs' Public Nuisance Claims* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Henry Schein, Inc., McKesson Corporation, Walgreen Co.. Related document(s) 2629 . (Hobart, Geoffrey) (Entered: 10/11/2019) |
| 10/11/2019 | | **Order** [non-document] - The Court and the parties have long been preparing for trial with facts and legal issues that pertain to several manufacturers and several distributors. Teva now asserts that, with only one manufacturer defendant instead of five, the trial will be too complicated. This logic fails. The Court is confident the parties will be able to present their case to the jury in an intelligible way. Accordingly, Teva's Motion to Sever (Doc. #: 2788 ) is DENIED. Judge Dan Aaron Polster on 10/11/19.(P,R) (Entered: 10/11/2019) |
| 10/11/2019 | 2792 | Non-Appeal Transcript Order Form for proceedings held on 10/11/2019 to end of trial before Judge Dan Aaron Polster, Court Reporter: Donnalee Cotone. Requested completion date: Daily filed by Walmart, Inc.. (Fumerton, Tara) (Entered: 10/11/2019) |
| 10/11/2019 | 2793 | Response *to Plaintiffs' Witness Objections* filed by AmerisourceBergen Drug Corporation. Related document(s) 2749 . (Attachments: # 1 Exhibit A) (Nicholas, Robert) (Entered: 10/11/2019) |
| 10/11/2019 | 2794 | **Response** to 2766 **Motion** For Pro Rata Trial Time filed by AmerisourceBergen Drug Corporation, Henry Schein, Inc., McKesson Corporation, Walgreen Co.. (Hobart, Geoffrey) (Entered: 10/11/2019) |
| 10/11/2019 | 2795 | First **Motion** to quash *Subpoena* filed by David B. Gustin, David B. Gustin. (Attachments: # 1 Exhibit Indictment of David Gustin, # 2 Exhibit Order Denying Bill of Particulars, # 3 Proposed Order Proposed Order)(Butler, Brian) (Entered: 10/11/2019) |
| 10/11/2019 | 2797 | **Motion** Certain Defendants' Motion to Overrule Plaintiffs' Objection to Testimony From Their Own Expert Witnesses And For Other Fair and Equitable Relief filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Exhibit 1 - Lembke Deposition Transcript Excerpt, # 2 Exhibit 2 - Rosenthal Deposition Day 1 Transcript Excerpt, # 3 Exhibit 3 - Rosenthal Deposition Day 2 Transcript Excerpt, # 4 Exhibit 4 - Kessler Deposition Day 1 Transcript Excerpt, # 5 Exhibit 5 - Kessler Deposition Day 2 Transcript Excerpt, # 6 Exhibit 6 - September 11 Joint Defense Witness List)(Hardin, Ashley) (Entered: 10/11/2019) |
| 10/12/2019 | 2798 | Non-Appeal Transcript Order Form for proceedings held on 10/11/2019 and 10/15/2019-12/13/2019 before Judge Dan Aaron Polster, Court Reporter: Donnalee Cotone. filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 10/12/2019) |
| 10/13/2019 | 2799 | Report of Special Master *Ruling Regarding Plaintiffs' "Errata"* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 10/13/2019) |

| | | |
|---|---|---|
| 10/14/2019 | 2800 | Track One Bellwether Trail Defendants' Reply to Plaintiffs' Opposition to Defendants' Joint Motions in Limine filed by Actavis LLC, AmerisourceBergen Drug Corporation, Amerisourcebergen Services Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Hobart, Geoffrey) (Entered: 10/14/2019) |
| 10/14/2019 | 2801 | **Reply** in support of 2648 **Motion** in limine filed by Walgreen Co.. (Stoffelmayr, Kaspar) (Entered: 10/14/2019) |
| 10/14/2019 | 2802 | **Reply** in support of 2663 **Motion** in limine to Exclude Certain Evidence and Agrument filed by McKesson Corporation. (Attachments: # 1 Pleading Declaration of Christian J. Pistilli, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Hobart, Geoffrey) (Entered: 10/14/2019) |
| 10/14/2019 | 2803 | **Reply** in support of 2653 **Motion** in limine filed by Cardinal Health, Inc.. (Hardin, Ashley) (Entered: 10/14/2019) |
| 10/14/2019 | 2804 | **Reply** in support of 2666 Omnibus **Motion** in limine filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Henry Schein, Inc., McKesson Corporation. (Attachments: # 1 Exhibit A - Ofifce of Inspector General)(Nicholas, Robert) (Entered: 10/14/2019) |
| 10/14/2019 | 2805 | **Reply** in support of 2652 Omnibus **Motion** in limine *and Memorandum in Support* filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 10/14/2019) |
| 10/14/2019 | 2806 | Exhibit List filed by AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 10/14/2019) |
| 10/14/2019 | 2807 | **Motion** to quash *Trial Subpoena to Jennifer Norris, Esq.* filed by Defendant Cardinal Health, Inc.. (Attachments: # 1 Exhibit 1)(Hardin, Ashley) (Entered: 10/14/2019) |
| 10/14/2019 | 2808 | **Reply** in support of 2668 **Motion** in limine to Exclude *Certain References* filed by Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.. (Reed, Steven) (Entered: 10/14/2019) |
| 10/14/2019 | 2809 | Amended Exhibit List filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 10/14/2019) |
| 10/14/2019 | 2810 | **Opposition** to 2766 **Motion** For Pro Rata Trial Time filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 10/14/2019) |
| 10/14/2019 | 2811 | **Opposition** to 2795 First **Motion** to quash *Subpoena to Non-Party David Gustin* filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 10/14/2019) |
| 10/14/2019 | 2812 | **Motion** Preclude Attorneys and Witnesses' Extrajudicial Statements filed by Actavis LLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co.. (Nicholas, Robert) (Entered: 10/14/2019) |
| 10/14/2019 | 2813 | Notice of Substitution of Counsel removing attorney *Laura J. Baughman* and adding attorney J. Burton LeBlanc, IV filed by on behalf of Belmont County Board of County Commissioners, Boone County Commission, Brown County Board of County Commissioners, Cabell County Commission, City of Cincinnati, |

| | | |
|---|---|---|
| | | City of Nanticoke, Pennsylvania, City of Portsmouth, City of Wilkes Barre, Pennsylvania, Clermont County Board of County Commissioners, County of Calaveras, County of Inyo, County of Madera, County of Mariposa, County of Merced, Fairview Township, Pennsylvania, Fayette County Commission, Gallia County Board of Commissioners, Greenbrier County Commission, Hocking County Board of Commissioners, Jackson County Board of County Commissioners, Kanawha County Commission, Lawrence County Board of Commissioners, Logan County Commission, Louisville/Jefferson County Metro Government, Nye County, Nevada, People of the State of Illinois, Pike County Board of County Commissioners, Plains Township, Pennsylvania, Ross County Board of County Commissioners, Scioto County Board of County Commissioners, Vinton County Board of County Commissioners, Wayne County Commission, Wyoming County, Pennsylvania. (Attachments: # 1 Exhibit A - Case List)(LeBlanc, J.) (Entered: 10/14/2019) |
| 10/14/2019 | 2814 | NOTICE OF EXPERTS UPON WHOM NAS PLAINTIFFS WILL OFFER AS PER DOCKET NUMBER 2738 IN SUPPORT OF CLASS CERTIFICATION filed by Jennifer Artz, Darren and Elena Flanagan, Michelle Frost, Walter and Virginia Salmons. (Attachments: # 1 Exhibit CV - Howard, # 2 Exhibit CV - Werntz, # 3 Exhibit CV - Rosen)(Brustowicz, Celeste) (Entered: 10/14/2019) |
| 10/14/2019 | 2815 | **Response** to 2668 **Motion** in limine to Exclude *Certain References*, 2666 Omnibus **Motion** in limine , 2653 **Motion** in limine , 2663 **Motion** in limine to Exclude Certain Evidence and Agrument , 2661 **Motion** in limine Ominbus Memorandum of Law In Support of All Track One Bellwether Trial Defendants' Motions in Liminie , 2645 **Motion** in limine , 2648 **Motion** in limine - *filed as sealed document at #2727* - filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Weinberger, Peter) (Entered: 10/14/2019) |
| 10/14/2019 | 2816 | **Response** to 2668 **Motion** in limine to Exclude *Certain References*, 2666 Omnibus **Motion** in limine , 2653 **Motion** in limine , 2663 **Motion** in limine to Exclude Certain Evidence and Agrument , 2661 **Motion** in limine Ominbus Memorandum of Law In Support of All Track One Bellwether Trial Defendants' Motions in Liminie , 2645 **Motion** in limine , 2648 **Motion** in limine - *filed as sealed document at #2729* - filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14 (redacted), # 5 Exhibit 15, # 6 Exhibit 16, # 7 Exhibit 17, # 8 Exhibit 18, # 9 Exhibit 19, # 10 Exhibit 20)(Weinberger, Peter) (Entered: 10/14/2019) |
| 10/14/2019 | 2817 | **Response** to 2668 **Motion** in limine to Exclude *Certain References*, 2666 Omnibus **Motion** in limine , 2653 **Motion** in limine , 2663 **Motion** in limine to Exclude Certain Evidence and Agrument , 2661 **Motion** in limine Ominbus Memorandum of Law In Support of All Track One Bellwether Trial Defendants' Motions in Liminie , 2645 **Motion** in limine , 2648 **Motion** in limine - *filed as sealed document at #2730* - filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 21, # 2 Exhibit 22, # 3 Exhibit 23, # 4 Exhibit 24, # 5 Exhibit 25 (redacted), # 6 Exhibit 26, # 7 Exhibit 27, # 8 Exhibit 28, # 9 Exhibit 29, # 10 Exhibit 30)(Weinberger, Peter) (Entered: 10/14/2019) |

| | | |
|---|---|---|
| 10/14/2019 | 2818 | **Response** to 2668 **Motion** in limine to Exclude *Certain References*, 2666 Omnibus **Motion** in limine , 2653 **Motion** in limine , 2663 **Motion** in limine to Exclude Certain Evidence and Agrument , 2661 **Motion** in limine Ominbus Memorandum of Law In Support of All Track One Bellwether Trial Defendants' Motions in Liminie , 2645 **Motion** in limine , 2648 **Motion** in limine - *filed as sealed document at #2734* - filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit 31, # 2 Exhibit 32, # 3 Exhibit 33 (redacted), # 4 Exhibit 34, # 5 Exhibit 35)(Weinberger, Peter) (Entered: 10/14/2019) |
| 10/15/2019 | 2819 | Transcript of Teleconference Proceedings held on September 16th, 2019, before Judge Dan A. Polster. To obtain a bound copy of this transcript please contact court reporter George J. Staiduhar at (216) 357-7128. [26 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 10/22/2019. Redaction Request due 11/5/2019. Redacted Transcript Deadline set for 11/15/2019. Release of Transcript Restriction set for 1/13/2020. (S,G) (Entered: 10/15/2019) |
| 10/15/2019 | 2820 | **Objection** *Distributor Defendants' Objection to October 13, 2019 Discovery Ruling Permitting New Expert Opinions Incorrectly Labeled as "Errata"* filed by Cardinal Health, Inc.. Related document(s) 2799 . (Attachments: # 1 Exhibit 1 - Aug. 13, 2019 Special Master Ruling, # 2 Exhibit 2 - Oct. 10, 2019 Special Master Ruling, # 3 Exhibit 3 - McGuire Errata, # 4 Exhibit 4 - Cutler Errata) (Hardin, Ashley) (Entered: 10/15/2019) |
| 10/15/2019 | 2821 | **Conditional Transfer Order (CTO 114)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 10/15/2019) |
| 10/15/2019 | 2822 | **Motion** Objecting to Plaintiffs' Listing Pyfer as Live Stream Witness filed by Movant Paul Andrew Pyfer. (Attachments: # 1 Exhibit A - Emails, # 2 Exhibit B - Transcript, # 3 Exhibit C - Declaration of Paul Andrew Pyfer, # 4 Proposed Order)(P,R) (Entered: 10/15/2019) |
| 10/15/2019 | 2823 | Attorney Appearance by Christopher R. Hall filed by on behalf of Paul Andrew Pyfer. (Hall, Christopher) (Entered: 10/15/2019) |
| 10/15/2019 | 2824 | **SEALED Motion** *Regarding Sealed Filings Made Pursuant to Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal* 1813 filed by AmerisourceBergen Drug Corporation, McKesson Corporation. Related document(s) 1813 . (Attachments: # 1 Pleading June 5, 2019 Order from Judge Polster)(Hobart, Geoffrey) (Entered: 10/15/2019) |
| 10/15/2019 | 2825 | Expedited Non-Appeal Transcript Order Form for proceedings held on 10/15/19 before Judge Polster, Court Reporter: Donnalee Cotone. Requested completion date: 10/15/19 filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 10/15/2019) |
| 10/15/2019 | 2826 | Expedited Non-Appeal Transcript Order Form for proceedings held on 10/15/2019 before Judge Judge Polster, Court Reporter: Donnalee Cotone. Requested completion date: 10/15/2019 (hourly) filed by AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 10/15/2019) |

| 10/15/2019 | 2827 | Transcript of Final Pretrial (a.m. session) held on 10/15/2019 before Special Master David R. Cohen. To obtain a copy of this transcript please contact court reporter Donnalee Cotone at donnalee_cotone@ohnd.uscourts.gov. [41 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 10/22/2019. Redaction Request due 11/5/2019. Redacted Transcript Deadline set for 11/15/2019. Release of Transcript Restriction set for 1/13/2020. Related document(s) 2765 . (C,Do) (Entered: 10/15/2019) |
| --- | --- | --- |
| 10/15/2019 | 2828 | Transcript of Final Pretrial (p.m. session) held on 10/15/2019 before Judge Dan Aaron Polster. To obtain a copy of this transcript please contact court reporter Donnalee Cotone at donnalee_cotone@ohnd.uscourts.gov. [55 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 10/22/2019. Redaction Request due 11/5/2019. Redacted Transcript Deadline set for 11/15/2019. Release of Transcript Restriction set for 1/13/2020. Related document(s) 2765 . (C,Do) (Entered: 10/15/2019) |
| 10/15/2019 | 2829 | Attorney Appearance *Kathryn Rachel Lanier* by M. Michelle Carreras filed by on behalf of County of Cuyahoga. (Carreras, M.) (Entered: 10/15/2019) |
| 10/15/2019 | 2830 | Attorney Appearance *Mildred S. Conroy* by M. Michelle Carreras filed by on behalf of County of Cuyahoga. (Carreras, M.) (Entered: 10/15/2019) |
| 10/15/2019 | 2836 | **Minutes of proceedings** before Judge Dan Aaron Polster. Final Pretrial Conference held on 10/15/19. Trial issued discussed, rulings on motions in limine (Court Reporter: D. Cotone.)Time: 1 hr 30 min. (P,R) (Entered: 10/17/2019) |
| 10/16/2019 | 2831 | **Opposition** to 2797 **Motion** Certain Defendants' Motion to Overrule Plaintiffs' Objection to Testimony From Their Own Expert Witnesses And For Other Fair and Equitable Relief filed by Plaintiffs' Executive Committee. (Weinberger, Peter) (Entered: 10/16/2019) |
| 10/16/2019 | 2832 | **SEALED Motion** *to Postpone Trial Due to Eve-of-Trial Prejudicial Publicity* 441 filed by Actavis LLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co.. Related document(s) 441 . (Hardin, Ashley) (Entered: 10/16/2019) |
| 10/16/2019 | 2833 | Attorney Appearance by Evan K. Jacobs filed on behalf of Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc.(P,R) (Entered: 10/16/2019) |
| 10/16/2019 | 2834 | **Response** to 2822 **Motion** Objecting to Plaintiffs' Listing as Live Stream Witness filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit A)(Weinberger, Peter) (Entered: 10/16/2019) |
| 10/16/2019 | 2837 | **Minutes of proceedings** before Judge Dan Aaron Polster. Voir Dire began on 10/16/19, to resume 10/17/19 at 9:00 a.m. (Court Reporter: D. Cotone.)Time: 8 hrs. (P,R) (Entered: 10/17/2019) |

| 10/17/2019 | 2835 | **Motion** to quash *Trial Subpoena to Walgreens Employee Deborah Bish* filed by Defendant Walgreen Co.. (Attachments: # 1 Affidavit Declaration of Deborah Bish in Support of Motion to Quash, # 2 Exhibit 1, # 3 Exhibit 2)(Stoffelmayr, Kaspar) (Entered: 10/17/2019) |
|---|---|---|
| 10/17/2019 | 2838 | **Minutes of proceedings** before Judge Dan Aaron Polster. Voir Dire held and concluded on 10/17/19. Trial to begin 10/21/19 at 9:00 a.m. (Court Reporter: D. Cotone.)Time: 2 hrs. (P,R) (Entered: 10/17/2019) |
| 10/17/2019 | 2839 | **SEALED Motion** *Joining the Motion of Defendants AmerisourceBergen Drug Corporation and McKesson Corporation Regarding Sealed Filings Made Pursuant to Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal* 1813 , 2824 filed by Defendant Discount Drug Mart, Inc.. Related document(s) 1813 , 2824 . (Johnson, Timothy) (Entered: 10/17/2019) |
| 10/17/2019 | 2840 | Joint Proposed Jury Instructions *Defendants' Submission Regarding the Court's Proposed Preliminary Jury Charge* filed by Actavis LLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co.. (Attachments: # 1 Exhibit A - Preliminary Jury Charge)(Stoffelmayr, Kaspar) (Entered: 10/17/2019) |
| 10/17/2019 | 2841 | Notice and Filing of Unredacted and Less Redacted Pleading Exhibits filed by Plaintiffs' Lead Counsel. (Attachments: # 1 Index Chart, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit, # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Exhibit, # 53 Exhibit, # 54 Exhibit, # 55 Exhibit, # 56 Exhibit, # 57 Exhibit, # 58 Exhibit, # 59 Exhibit, # 60 Exhibit, # 61 Exhibit, # 62 Exhibit, # 63 Exhibit, # 64 Exhibit, # 65 Exhibit, # 66 Exhibit, # 67 Exhibit, # 68 Exhibit, # 69 Exhibit, # 70 Exhibit, # 71 Exhibit, # 72 Exhibit, # 73 Exhibit, # 74 Exhibit, # 75 Exhibit, # 76 Exhibit, # 77 Exhibit, # 78 Exhibit, # 79 Exhibit)Related document(s) 2212 , 2545 , 1908 , 1890 , 2182 , 2204 , 2260 , 1921 , 1910 .(Farrell, Paul) (Entered: 10/17/2019) |
| 10/17/2019 | 2842 | Witness List *Plaintiffs' Trial Witness Disclosure - Week One* filed by County of Cuyahoga, County of Summit, Ohio. (Hanly, Paul) (Entered: 10/18/2019) |
| 10/18/2019 | 2843 | Witness List *Plaintiffs' Trial Witnesses Disclosure for October 22, 2019* filed by County of Cuyahoga, County of Summit, Ohio. (Hanly, Paul) (Entered: 10/18/2019) |
| 10/18/2019 | 2844 | **Response** to 2835 **Motion** to quash *Trial Subpoena to Walgreens Employee Deborah Bish* filed by County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Exhibit A)(Hanly, Paul) (Entered: 10/18/2019) |
| 10/18/2019 | 2845 | Witness List *Plaintiffs' Objection to Special Master's October 15, 2019 Ruling Permitting Defendants to Designate Certain Pharmacists As Trial Witnesses* filed by County of Cuyahoga, County of Summit, Ohio. (Attachments: # 1 Exhibit A, # |

| | | |
|---|---|---|
| | | **2** Exhibit B, # **3** Exhibit C, # **4** Exhibit D, # **5** Exhibit E)(Hanly, Paul) (Entered: 10/18/2019) |
| 10/18/2019 | 2846 | **Reply** in support of 2797 **Motion** Certain Defendants' Motion to Overrule Plaintiffs' Objection to Testimony From Their Own Expert Witnesses And For Other Fair and Equitable Relief filed by Cardinal Health, Inc.. (Attachments: # **1** Exhibit 1 - Kessler Report, # **2** Exhibit 2 - Rosenthal Report, # **3** Exhibit 3 - Apr. 6, 2019 Email)(Hardin, Ashley) (Entered: 10/18/2019) |
| 10/18/2019 | 2847 | Notice of Filing Bankruptcy filed by Beverly Sackler, David Sackler, Johnathan Sackler, Kathe Sackler, Mortimer D.A. Sackler, Richard Sackler, Theresa Sackler, Trust for the Benefit of Members of the Raymond Sackler Family. (Attachments: # **1** Exhibit Exhibit 1, # **2** Exhibit Exhibit 2)(Parsell, Stuart) (Entered: 10/18/2019) |
| 10/18/2019 | 2848 | TEVA AND ACTAVIS GENERIC DEFENDANTS' NOTICE OF NON-PARTY FAULT filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Reed, Steven) (Entered: 10/18/2019) |
| 10/18/2019 | 2849 | Transcript of Voir Dire held on 10/16/2019 before District Judge Dan Aaron Polster. To obtain a copy of this transcript please contact court reporter Donnalee Cotone at Donnalee_Cotone@ohnd.uscourts.gov. [83 pages] (Entered: 10/18/2019) |
| 10/18/2019 | 2850 | **Motion** to quash *(Non-Party) Trial Subpoena of Kenneth Mills* filed by Movant Kenneth Mills. (Spellacy, Kevin) (Entered: 10/18/2019) |
| 10/18/2019 | 2851 | Transcript of Continued Voir Dire held on 10/17/2019 before District Judge Dan Aaron Polster. To obtain a copy of this transcript please contact court reporter Donnalee Cotone at Donnalee_Cotone@ohnd.uscourts.gov. [30 pages] (Entered: 10/18/2019) |
| 10/18/2019 | 2852 | **Motion** for reconsideration *of the Court's Ruling on Distributor Motion in Limine No. 3 and McKesson Motion in Limine No. 2* filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Henry Schein, Inc., McKesson Corporation, Walgreen Co.. Related document(s) 2663 , 2666 . (Nicholas, Robert) (Entered: 10/18/2019) |
| 10/18/2019 | 2853 | **Reply** in support of 2835 **Motion** to quash *Trial Subpoena to Walgreens Employee Deborah Bish* filed by Walgreen Co.. (Attachments: # **1** Exhibit 1)(Stoffelmayr, Kaspar) (Entered: 10/18/2019) |
| 10/18/2019 | 2854 | **Objection** *Plaintiffs' Oppositon to Distributor Defendants' Objection to October 13, 2019 Discovery Ruling* filed by County of Cuyahoga, County of Summit, Ohio, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. Related document(s) 2820 . (Attachments: # **1** Exhibit 1 - Plaintiffs' Oppositon to Motion to Strike, # **2** Exhibit 2 - Declaration of David Cutler, # **3** Exhibit 3 - Declaration of Thomas McGuire) (Hanly, Paul) (Entered: 10/18/2019) |
| 10/20/2019 | 2855 | Response *Walgreens Response to Plaintiffs Objection to Special Masters October 15, 2019 Ruling Permitting Defendants to Designate Certain Pharmacists as Trial Witnesses* filed by Walgreen Co.. Related document(s) 2845 . (Attachments: # **1** Exhibit 1, # **2** Exhibit 2) (Stoffelmayr, Kaspar) (Entered: 10/20/2019) |

| | | |
|---|---|---|
| 10/20/2019 | 2856 | Response *Cardinal Health's Response to Plaintiffs' Objection to Special Masters October 15, 2019 Ruling Permitting Defendants to Call Certain Pharmacists as Trial Witnesses* filed by Cardinal Health, Inc.. Related document(s) 2855 , 2845 . (Pyser, Steven) (Entered: 10/20/2019) |
| 10/20/2019 | 2857 | **Motion** in limine to Preclude Certain Prejudicial Statements and Testimony filed by Actavis LLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hobart, Geoffrey) (Entered: 10/20/2019) |
| 10/20/2019 | 2858 | Amended Exhibit List filed by Actavis Elizabeth LLC, Actavis Kadian LLC, Actavis LLC, Actavis Laboratories FL, Inc., Actavis Laboratories UT, Inc., Actavis Mid Atlantic LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Totowa LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Warner Chilcott Company, LLC, Watson Laboratories, Inc.. (Feinstein, Wendy) (Entered: 10/20/2019) |
| 10/20/2019 | 2859 | **Response** to 2857 **Motion** in limine to Preclude Certain Prejudicial Statements and Testimony filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel. (Cabraser, Elizabeth) (Entered: 10/20/2019) |
| 10/20/2019 | 2860 | Joint Proposed Jury Instructions *Defendants' Objections to Plaintiff's Submission Regarding the Court's Proposed Preliminary Jury Charge* filed by Actavis LLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Henry Schein, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co.. (Attachments: # 1 Exhibit A - Proposed Changes)(Stoffelmayr, Kaspar) (Entered: 10/20/2019) |
| 10/20/2019 | 2861 | **Objection** *to Preliminary Jury Charge* filed by Actavis LLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., McKesson Corporation, Teva Pharmaceuticals USA, Inc., Walgreen Co.. (Attachments: # 1 Exhibit A) (Hobart, Geoffrey) (Entered: 10/20/2019) |
| 10/20/2019 | 2862 | Amended Exhibit List filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 10/20/2019) |
| 10/21/2019 | 2863 | Transcript of Proceedings held on 10/21/2019 before District Judge Dan Aaron Polster. To obtain a copy of this transcript please contact court reporter Donnalee Cotone at Donnalee_Cotone@ohnd.uscourts.gov. [8 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 10/28/2019. Redaction Request due 11/12/2019. Redacted Transcript Deadline set for 11/21/2019. Release of Transcript Restriction set for 1/21/2020. (N,SE) (Entered: 10/21/2019) |
| 10/21/2019 | 2864 | Attorney Appearance by Martha Leibell, Monica C. Pedroza filed on behalf of Actavis LLC, Cephalon, Inc., Teva Pharmaceuticals USA, Inc. (P,R) (Entered: 10/21/2019) |
| 10/21/2019 | 2865 | Attorney Appearance by Erik W. Nielsen filed by on behalf of West Bend Mutual Insurance Company. (Nielsen, Erik) (Entered: 10/21/2019) |

| 10/21/2019 | 2866 | Attorney Appearance by Adam M. Moskowitz filed by on behalf of Miccosukee Tribe of Indians of Florida, Seminole Tribe of Florida. (Moskowitz, Adam) (Entered: 10/21/2019) |
|---|---|---|
| 10/21/2019 | 2867 | **Motion** for leave *to file motion for entry of case management order, setting of case status conference for tribal track cases, and appointment of William Scherer and Adam Moskowitz to tribal leadership committee* filed by Miccosukee Tribe of Indians of Florida, Seminole Tribe of Florida. (Attachments: # 1 Affidavit, # 2 Proposed Order)(Moskowitz, Adam) . (Entered: 10/21/2019) |
| 10/21/2019 | 2868 | **Stipulated Dismissal Order**. Cuyahoga County's and Summit County's claims against Defendants McKesson, Cardinal Health, AmerisourceBergen, Teva, Actavis and Cephalon are Dismissed With Prejudice. Judge Dan Aaron Polster on 10/21/19. (P,R) (Entered: 10/21/2019) |
| 10/22/2019 | 2869 | Notice of Substitution of Counsel removing attorney Ronald J. Clark and adding attorney Bryce J.Q. Adams for Kaiser Foundation Health Plan, Kaiser Foundation Health Plan of the Northwest, Kaiser Foundation Hospitals. (P,R) (Entered: 10/22/2019) |
| 10/22/2019 | 2870 | **Housekeeping Order** denying as moot various Track One trial-related motions and objections. Judge Dan Aaron Polster on 10/22/19. (P,R) (Entered: 10/22/2019) |
| 10/22/2019 | 2871 | Attorney Appearance by Curtis Osceola filed by on behalf of Miccosukee Tribe of Indians of Florida, Seminole Tribe of Florida. (Osceola, Curtis) (Entered: 10/22/2019) |
| 10/23/2019 | 2872 | **Conditional Transfer Order (CTO 116)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 10/23/2019) |
| 10/23/2019 | 2873 | NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE *to File Motion for Entry of Case Management Order, Setting of Case Status Conference For Tribal Track Cases, and Appointment of William Scherer and Adam Moskowitz to Tribal Leadership Committee* filed by Miccosukee Tribe of Indians of Florida, Seminole Tribe of Florida. Related document(s) 2867 .(Moskowitz, Adam) (Entered: 10/23/2019) |
| 10/24/2019 | | **Order** [non-document] denying as moot 2133 Defendants' Motion for Additional Trial Time and For Timely Election by Plaintiffs of Claims and Defendants They Seek to Pursue at Trial. Judge Dan Aaron Polster on 10/24/19.(P,R) (Entered: 10/24/2019) |
| 10/24/2019 | 2874 | Attorney Appearance by Howard M. Bushman filed by on behalf of Miccosukee Tribe of Indians of Florida, Seminole Tribe of Florida. (Bushman, Howard) (Entered: 10/24/2019) |
| 10/25/2019 | 2875 | Attorney Appearance by William Scherer filed by on behalf of Seminole Tribe of Florida. (Scherer, William) (Entered: 10/25/2019) |
| 10/25/2019 | 2876 | **Motion** for extension of NAS Plaintiffs Motion to Compel until 11/1/2019 filed by Anthony Anderson, Melissa Barnwell, Haden Travis Blankenship, Erin Doyle, Darren and Elena Flanagan, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez, Walter and Virginia Salmons, David S. Walker, Sharon A. Walker, Jennifer Artz, Jennifer Artz, Erin Doyle, Darren Flanagan, Elena |

| | | Flanagan, Virginia Salmons, Walter Salmons, Darren and Elena Flanagan, Walter and Virginia Salmons. (Dann, Marc) (Entered: 10/25/2019) |
|---|---|---|
| 10/25/2019 | 2877 | Notice of Substitution of Counsel removing attorney *Ronald J. Clark* and adding attorney Bryce J.Q. Adams filed by on behalf of Kaiser Foundation Health Plan, Kaiser Foundation Health Plan of the Northwest, Kaiser Foundation Hospitals. (Adams, Bryce) (Entered: 10/25/2019) |
| 10/25/2019 | | **Order** [non-document] Defendant Smiths Food & Drug Centers, Inc. seeks to join the Pharmacies Motion to Dismiss the Blackfeet Tribe Complaint (Doc. 927 ); a motion on which the Court has already ruled (See Docs. 1500 ; 1680 ). Defendant Smiths Food & Drug Centers, Inc.s Motion for Leave to File Joinder in Motion to Dismiss First Amended Complaint (Doc. 1561 ) is GRANTED. Additionally, joinder per Smiths attached joinder motion (Doc. 1561 -1) is also GRANTED and Smiths need not refile that motion. Smiths remains subject to the Courts rulings to the same extent as was indicated in those rulings. Judge Dan Aaron Polster on 10/25/19.(P,R) (Entered: 10/25/2019) |
| 10/25/2019 | | **Order** [non-document] Defendants have moved for oral argument on several issues presented in their pending motions to dismiss various bellwether cases designated in paragraph 2 of CMO-1 (Docs. 829 ; 830 ; 831 ; 833 ; 888 ). The Court has discretion regarding whether to grant oral argument. In the cases identified in these motions, the Court feels that the parties positions are adequately briefed and that no oral argument will be necessary for the Court to make determinations. The Court can, and may at a later date, direct additional briefing should the need arise. Therefore, the above referenced Motions for Oral Argument are DENIED. Judge Dan Aaron Polster on 10/25/19.(P,R) (Entered: 10/25/2019) |
| 10/25/2019 | | **Order** [non-document] Janssen's Motion to Compel Timely Production of Discovery by the Ohio Department of Health (Doc. 1288 ) is DENIED AS MOOT due to resolution reached by the parties. Judge Dan Aaron Polster on 10/25/19.(P,R) (Entered: 10/25/2019) |
| 10/25/2019 | | **Order** [non-document] NAS Baby Plaintiffs' Motion for Extension of Time (Doc. 2876 ) is GRANTED. If the parties cannot reach agreement regarding served discovery, NAS Baby Plaintiffs shall file a motion to compel by 12:00 PM on Friday, November 1, 2019. Judge Dan Aaron Polster on 10/25/19.(P,R) (Entered: 10/25/2019) |
| 10/28/2019 | 2878 | Proposed Order - *Stipulated Order Dismissing Henry Schein, Inc. with Prejudice* filed by Henry Schein, Inc.. (Montminy, Brandan) (Entered: 10/28/2019) |
| 10/28/2019 | 2879 | Notice of Filing Bankruptcy filed by Rhodes Pharmaceuticals, Inc., Rhodes Pharmaceuticals, L.P., Rhodes Technologies, Inc., Rhodes Technologies. (Attachments: # 1 Exhibit A Voluntary Petitions, # 2 Exhibit B Amended Order) (Napolitano, Steven) (Entered: 10/28/2019) |
| 10/29/2019 | 2880 | **Motion** for leave *to Amend* filed by MDL Notice Only County of Summit, Ohio. (Singer, Linda) (Entered: 10/29/2019) |
| 10/29/2019 | 2881 | **Motion** for leave *to File Amendment Under Seal* filed by MDL Notice Only County of Summit, Ohio. Related document(s) 2880 . (Attachments: # 1 Proposed Order Granting Plaintiffs' Motion for Leave to File Amendment Under Seal)(Singer, Linda) (Entered: 10/29/2019) |

| | | |
|---|---|---|
| 10/29/2019 | 2882 | Report of Special Master *Agreed Order Regarding Privilege* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 10/29/2019) |
| 10/31/2019 | 2883 | **Conditional Transfer Order (CTO 117)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. Judge Dan Aaron Polster on 10/31/19. (P,R) (Entered: 10/31/2019) |
| 10/31/2019 | 2884 | Request For Proceedings To Be On The Record filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. (Delinsky, Eric) (Entered: 10/31/2019) |
| 10/31/2019 | 2885 | **Conditional Transfer Order (CTO 115)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 10/31/2019) |
| 10/31/2019 | | **Order** [non-document] denying 2884 Defendants' Request for Proceedings to be on the Record. Judge Dan Aaron Polster on 10/31/19. (P,R) (Entered: 10/31/2019) |
| 10/31/2019 | 2886 | Attorney Appearance by Gregory E. Hull filed by on behalf of Axiscare Health Logistics, Inc.. (Hull, Gregory) (Entered: 10/31/2019) |
| 10/31/2019 | 2887 | Attorney Appearance by David Zwally filed by on behalf of BR Holdings Associates Inc., BR Holdings Associates L.P., P.F. Laboratories, Inc., PLP Associates Holdings Inc., PLP Associates Holdings L.P., Pharmaceutical Research Associates L.P., Pharmaceutical Research Associates, Inc.. (Zwally, David) (Entered: 10/31/2019) |
| 10/31/2019 | 2888 | Attorney Appearance *of Keelan Diana filed* by David Zwally filed by on behalf of BR Holdings Associates Inc., BR Holdings Associates L.P., P.F. Laboratories, Inc., PLP Associates Holdings Inc., PLP Associates Holdings L.P., Pharmaceutical Research Associates L.P., Pharmaceutical Research Associates, Inc.. (Zwally, David) (Entered: 10/31/2019) |
| 10/31/2019 | 2889 | Attorney Appearance *of John Dougherty filed* by David Zwally filed by on behalf of BR Holdings Associates Inc., BR Holdings Associates L.P., P.F. Laboratories, Inc., PLP Associates Holdings Inc., PLP Associates Holdings L.P., Pharmaceutical Research Associates L.P., Pharmaceutical Research Associates, Inc.. (Zwally, David) (Entered: 10/31/2019) |
| 11/01/2019 | 2890 | **Motion** to compel discovery filed by Anthony Anderson, Melissa Barnwell, Haden Travis Blankenship, Erin Doyle, Darren and Elena Flanagan, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez, Walter and Virginia Salmons, David S. Walker, Sharon A. Walker, Jennifer Artz, Jennifer Artz, Erin Doyle, Darren Flanagan, Elena Flanagan, Virginia Salmons, Walter Salmons, Darren and Elena Flanagan, Walter and Virginia Salmons. (Attachments: # 1 Affidavit Declaration of Marc E. Dann, # 2 Exhibit A-to Declaration, # 3 Exhibit B-to Declaration, # 4 Exhibit C-to Declaration, # 5 Exhibit D-to Declaration, # 6 Exhibit E-to Declaration, # 7 Exhibit F-to Declaration, # 8 Exhibit G-to Declaration, # 9 Exhibit H-to Declaration)(Dann, Marc) (Entered: 11/01/2019) |
| 11/01/2019 | 2891 | Attorney Appearance by Joseph A. Farchione, Jr. filed on behalf of Maryland Healing Waters, LLC, Physical Medicine and Pain Management Associates, P.C., William Tham, MD, Lawrence Vidaver, MD. (P,R) (Entered: 11/01/2019) |

| 11/01/2019 | 2892 | Letter *regarding the Court's October 25, 2019 Ruling* filed by West Boca Medical Center, Inc.. (Barrett, John) (Entered: 11/01/2019) |
| 11/01/2019 | 2893 | Notice of Supplemental Authority filed by Track II Plaintiffs. (Attachments: # 1 Exhibit Exhibit A - Order Denying Cardinal Health, Inc's MTD, # 2 Exhibit Exhibit B - WVSCT ORDER Denying Cardinal Health's Writ, # 3 Exhibit Exhibit C - WV MLP Hearing Transcript, # 4 Exhibit Exhibit D - Order Denying Manufacturer Defendants' Joint MTD, # 5 Exhibit Exhibit E - Order Denying Distributors' MTD, # 6 Exhibit Exhibit F - Order Denying Pharmacy Defendants' MTD, # 7 Exhibit Exhibit G - WVSC ORDER Denying Distributor Def's Peition, # 8 Exhibit Exhibit H - WVSCT ORDER Denying Mfg Def's Writ, # 9 Exhibit Exhibit I - WVSCT ORDER Denying Pharmacy Defendants' Writ)Related document(s) 727 , 728 .(Majestro, Anthony) (Entered: 11/01/2019) |
| 11/01/2019 | 2894 | **Motion** to amend complaint *(unredacted)* filed by MDL Notice Only County of Summit, Ohio. Related document(s) 2880 . (Attachments: # 1 Exhibit A (Summit County Proposed Amendment by Interlineation), # 2 Exhibit B (Cuyahoga County Proposed Amendment by Interlineation))(Singer, Linda) (Entered: 11/01/2019) |
| 11/02/2019 | 2895 | Attorney Appearance by James W. Matthews filed by on behalf of Lupin Pharmaceuticals, Inc.. (Matthews, James) (Entered: 11/02/2019) |
| 11/02/2019 | 2896 | Notice of Form of Waiver Request filed by Lupin Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A)(Matthews, James) (Entered: 11/02/2019) |
| 11/02/2019 | 2897 | Attorney Appearance by Katy E. Koski filed by on behalf of Lupin Pharmaceuticals, Inc.. (Koski, Katy) (Entered: 11/02/2019) |
| 11/04/2019 | 2898 | **Order** Ruling on NAS Plaintiffs' Motion to compel discovery (Related Doc # 2890 ). Judge Dan Aaron Polster on 11/4/19.(P,R) (Entered: 11/04/2019) |
| 11/04/2019 | 2899 | Letter *to Judge Polster* filed by Seminole Tribe of Florida. (Moskowitz, Adam) (Entered: 11/04/2019) |
| 11/04/2019 | 2900 | Attorney Appearance by Marc E. Dann *for NAS Plaintiffs* filed by on behalf of Anthony Anderson, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Darren and Elena Flanagan, Elena Flanagan, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, Walter and Virginia Salmons, David S. Walker, Sharon A. Walker. (Dann, Marc) (Entered: 11/04/2019) |
| 11/04/2019 | 2901 | Notice of Withdrawal of Counsel removing attorney Justin Tresnowski for City of Chicago. (P,R) (Entered: 11/04/2019) |
| 11/04/2019 | 2902 | Attorney Appearance by Emily C. White *for NAS Plaintiffs* filed by on behalf of Anthony Anderson, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Darren and Elena Flanagan, Elena Flanagan, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, Walter and Virginia Salmons, David S. Walker, Sharon A. Walker. (White, Emily) (Entered: 11/04/2019) |
| 11/04/2019 | 2903 | **Motion** by P. Matthew Luka to withdraw as attorney *and Notice of Substitution of Counsel* filed by Defendant Michael Babich. (Luka, Philip) (Entered: 11/04/2019) |

| 11/05/2019 | 2904 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of CTO 115 and transferring listed cases to the Northern District of Ohio. (P,R) (Entered: 11/05/2019) |
|---|---|---|
| 11/05/2019 | 2905 | **Motion** for reconsideration *of Court's Denial of Request for November 6 Proceedings to be on the Record*, **Motion** for Order to Submit Selective Remand Proposals on the Public Docket filed by Actavis LLC, Allergan PLC, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Endo Pharmaceuticals, Inc., H. D. Smith, LLC, Johnson & Johnson, Mallinckrodt LLC, McKesson Corporation, Teva Pharmaceuticals USA, Inc.. (Pyser, Steven) (Entered: 11/05/2019) |
| 11/05/2019 | | **Order** [non-document] denying County of Summit's Motion for leave to File Amendment Under Seal (Related Doc # 2881 ). No redactions are necessary or appropriate. Judge Dan Aaron Polster on 11/5/19.(P,R) (Entered: 11/05/2019) |
| 11/05/2019 | | **Order** [non-document] - Upon careful review of Defendants Motion for Reconsideration (Doc. #: 2905 ), the Court concludes that Defendants points are well-taken. Defendants Motion is GRANTED. Accordingly, the Parties are hereby directed to file the selective remand proposals, previously submitted to the Court, on the public docket. Further, the November 6, 2019 MDL conference with counsel will be on the record, but will not be open to the public or the media. Judge Dan Aaron Polster on 11/5/19.(P,R) (Entered: 11/05/2019) |
| 11/05/2019 | 2906 | Position Paper Regarding Continuing Litigation filed by Plaintiffs' Lead Counsel. (Weinberger, Peter) (Entered: 11/05/2019) |
| 11/05/2019 | 2907 | Position Statement for the November 6, 2019, Status Conference filed by Pharmacy Defendants. (Stoffelmayr, Kaspar) (Entered: 11/05/2019) |
| 11/05/2019 | 2908 | Position Statement of Certain Defendants Regarding Selective Remand To Transferor Courts filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc.. (Rendon, Carole) (Entered: 11/05/2019) |
| 11/05/2019 | 2909 | Report of Special Master *Order Regarding Sealing and Redacting of Documents* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 11/05/2019) |
| 11/06/2019 | 2910 | **Conditional Transfer Order (CTO 118)** by the Judicial Panel on Multidistrict Litigiation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 11/06/2019) |
| 11/06/2019 | 2911 | FILING ERROR - MUST BE FILED AS NEW MEMBER CASE **Complaint** with jury demand against Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc.. Filing fee paid $ 400, Receipt number 0647-9614861. **Plaintiff has indicated that case may be related to pending civil action 17-md-2804**. Filed by Cherokee Nation. (Attachments: # 1 Civil Cover Sheet) (Ortiz, Jessica) Modified on 11/7/2019 (P,R). (Entered: 11/06/2019) |
| 11/07/2019 | 2912 | Expedited Non-Appeal Transcript Order Form for proceedings held on November 6, 2019 before Judge Polster, Court Reporter: Heidi Geizer. Requested completion date: November 7, 2019 filed by Plaintiffs' Liaison Counsel. (Weinberger, Peter) (Entered: 11/07/2019) |

| 11/07/2019 | 2913 | Transcript of Status Conference held on 11/6/2019 before District Judge Dan Aaron Polster. To obtain a copy of this transcript please contact court reporter Heidi Blueskye Geizer at Heidi_Geizer@ohnd.uscourts.gov., 216-357-7092. [47 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 11/14/2019. Redaction Request due 11/29/2019. Redacted Transcript Deadline set for 12/9/2019. Release of Transcript Restriction set for 2/5/2020. (G,He) (Entered: 11/07/2019) |
|---|---|---|
| 11/07/2019 | 2914 | Response to Plaintiffs' Position Statement Regarding Continuing Litigation, and Renewed Motion for Exception or Amendment to Case Management Order One filed by City of Lakewood. Related document(s) 2906 , 232 .(Lowe, James) (Entered: 11/07/2019) |
| 11/08/2019 | 2915 | Notice of Second Amended Bankruptcy Court Order Extending Injunction Against Continuation of These Proceedings as to Related Parties to Debtor Purdue Pharma L.P. and Affiliated Debtors filed by Beacon Company, Ilene Sackler Lefcourt, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., David Sackler, Johnathan Sackler, Kathe Sackler, Mortimer D.A. Sackler, Richard Sackler, Theresa Sackler. (Attachments: # 1 Exhibit Exhibit 1)(Parsell, Stuart) (Entered: 11/08/2019) |
| 11/08/2019 | 2916 | Non-Appeal Transcript Order Form for proceedings held on November 6, 2019 before Judge Judge Dan Polster, Court Reporter: Heidi Geizer. Requested completion date: November 12, 2019 filed by Seminole Tribe of Florida. (Moskowitz, Adam) (Entered: 11/08/2019) |
| 11/08/2019 | 2922 | **APPEAL ORDER** from the Sixth Circuit Court of Appeals: Granting the petition for permission to appeal the class certification decision re 2591 . Granting the motions for leave to file a reply and an amicus brief (USCA# 19-0305). Filed as to AmerisourceBergen Drug Corporation, CVS Indiana, L.L.C., CVS Pharmacy Inc., CVS RX Services, Inc., Cardinal Health, Inc., Discount Drug Mart, Inc., McKesson Corporation, Prescription Supply Inc, Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., Inc., Walmart, Inc.. Circuit Judges: Guy, Griffin, and Kethledge. Date issued by USCA 11/8/19 (H,SP) (Entered: 11/12/2019) |
| 11/08/2019 | 2923 | **APPEAL ORDER** from the Sixth Circuit Court of Appeals: Granting the petition for permission to appeal the class certification decision re 2591 . Granting the motions for leave to file a reply and an amicus brief (USCA# 19-0306). Filed as to City of East Cleveland, Ohio, City of Huron, City of Lyndhurst, City of Mayfield Heights, City of North Royalton, City of Wickliffe. Circuit Judges: Guy, Griffin, and Kethledge. Date issued by USCA 11/8/19 (H,SP) (Entered: 11/12/2019) |
| 11/11/2019 | 2917 | Notice of Substitution of Counsel removing attorney *Alicia M. Stefanski* and adding attorney H. Toby Schisler, II filed by on behalf of Linden Care LLC. (Schisler, H.) (Entered: 11/11/2019) |
| 11/11/2019 | 2918 | Errata filed by Anthony Anderson, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Stephanie Howell, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. |

| | | |
|---|---|---|
| | | Walker. Related document(s) 2814 . (Attachments: # 1 Exhibit Declaration of Dr. Anand Doc 32-8, # 2 Exhibit Declaration of Dr. Anand Doc 6-10, # 3 Exhibit Declaration of Dr. Anand Doc 1797-4, # 4 Exhibit Anand CV, # 5 Exhibit Busby CV, # 6 Exhibit Saunders CV)(Brustowicz, Celeste) (Entered: 11/11/2019) |
| 11/11/2019 | 2919 | Notice of Bankruptcy Court Second Amended Order Extending Preliminary Injunction filed by Rhodes Pharmaceuticals, Inc., Rhodes Pharmaceuticals, L.P., Rhodes Technologies, Rhodes Technologies, Inc.. (Attachments: # 1 Exhibit A - Bankruptcy Court's 11-6-19 Second Amended Order on Preliminary Injunction) (Napolitano, Steven) (Entered: 11/11/2019) |
| 11/12/2019 | 2920 | **Conditional Transfer Order (CTO 119)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 11/12/2019) |
| 11/12/2019 | 2921 | Supplemental Submission Regarding Continuing Litigation filed by Plaintiffs' Lead Counsel. Related document(s) 2906 .(Weinberger, Peter) (Entered: 11/12/2019) |
| 11/12/2019 | | Acknowledgment from the USCA for Sixth Circuit of receipt of 2922 Notice of Appeal (USCA# 19-4097). Date filed in USCA 11/8/19. (H,SP) (Entered: 11/12/2019) |
| 11/12/2019 | | Acknowledgment from the USCA for Sixth Circuit of receipt of 2923 Notice of Appeal (USCA# 19-4099). Date filed in USCA 11/8/19. (H,SP) (Entered: 11/12/2019) |
| 11/12/2019 | 2924 | **Opposition** to 2880 **Motion** for leave *to Amend* filed by Rite Aid of Maryland, Inc.. (Moore, Kelly) (Entered: 11/12/2019) |
| 11/12/2019 | 2925 | Affidavit/Declaration *of Kelly A. Moore in Support of Pharmacy Defendants' Opposition to Plaintiffs' Motion for Leave to Amend* filed by Rite Aid of Maryland, Inc.. Related document(s) 2924 . (Attachments: # 1 Exhibit A - Drug Enforcement Administration's Order, # 2 Exhibit B - Excerpts of a Letter from Paul Hanley to Special Master, # 3 Exhibit C - Plaintiffs' (First) Combined Discovery Request to Dispensers)(Moore, Kelly) (Entered: 11/12/2019) |
| 11/13/2019 | 2926 | Attorney Appearance *of Pamela J. Ferrell* by Ronda L. Harvey filed by on behalf of Kroger Co., Kroger Limited Partnership II. (Harvey, Ronda) (Entered: 11/13/2019) |
| 11/13/2019 | 2927 | **Objection** *to Further Participation in Track 1B* filed by Discount Drug Mart, Inc.. (Johnson, Timothy) (Entered: 11/13/2019) |
| 11/13/2019 | 2928 | Submission Regarding Selection of a Manufacturer Case for Remand to Transferor Court filed by Manufacturer Defendants. (Rendon, Carole) (Entered: 11/13/2019) |
| 11/13/2019 | 2929 | Position Statement re: Case Management Conference Agenda *Generic Manufacturers' Position Statement Regarding Selective Remand to Transferor Courts* filed by Amneal Pharmaceuticals of New York, LLC, Amneal Pharmaceuticals, LLC, KVK-Tech, Inc.. (Cosgrove, Paul) (Entered: 11/13/2019) |
| 11/13/2019 | 2930 | Letter filed by Seminole Tribe of Florida. (Moskowitz, Adam) (Entered: 11/13/2019) |

| 11/13/2019 | 2931 | Notice of Objection to Severence *Instead of Dismissal in Proposed Remand Cases* filed by Anda, Inc., H. D. Smith, LLC, Henry Schein Medical Systems, Inc., Henry Schein, Inc., Prescription Supply Inc. (Padgett, William) (Entered: 11/13/2019) |
| --- | --- | --- |
| 11/13/2019 | 2932 | Notice of Substitution of Counsel removing attorney *Joseph Boatright IV* and adding attorney Jerad J. Zibritosky filed by on behalf of County of Cuyahoga. (Zibritosky, Jerad) (Entered: 11/13/2019) |
| 11/13/2019 | 2933 | Follow-Up Position Paper by Pharmacy Defendants on Case Selection filed by CVS Indiana, L.L.C., CVS Pharmacy Inc., CVS RX Services, Inc.. (Delinsky, Eric) (Entered: 11/13/2019) |
| 11/13/2019 | 2934 | Proposal by Distributor Defendants Regarding Selective Remand and Opposition to Plaintiffs' Proposal filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Attachments: # 1 Exhibit 1 - Email from J. Rice to E. Mainigi)(Hardin, Ashley) (Entered: 11/13/2019) |
| 11/13/2019 | 2935 | Revised Position Statement Regarding Continuing Litigation filed by Plaintiffs' Lead Counsel. (Weinberger, Peter) (Entered: 11/13/2019) |
| 11/13/2019 | 2936 | Submission Regarding MDL Case Management filed by Express Scripts Holding Company, Express Scripts Inc.. (Attachments: # 1 Exhibit Sept. 27 Correspondence Regarding Discovery, # 2 Exhibit Nov. 5 Correspondence Regarding Discovery)(Riviere-Badell, Adriana) (Entered: 11/13/2019) |
| 11/14/2019 | 2937 | **Reply** in support of 2880 **Motion** for leave *to Amend* filed by Plaintiffs' Lead Counsel. (Attachments: # 1 Exhibit A)(Weinberger, Peter) (Entered: 11/14/2019) |
| 11/15/2019 | 2938 | **Motion** for leave *to File Surreply in Opposition to Track One Plaintiffs' Motion To Amend* filed by CVS Indiana, L.L.C., CVS RX Services, Inc., Discount Drug Mart, Inc., HBC Service Company, Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., Walmart, Inc.. (Attachments: # 1 Exhibit Pharmacy Defendants' Surreply in Opposition to Track One Plaintiffs' Motion To Amend)(Delinsky, Eric) (Entered: 11/15/2019) |
| 11/15/2019 | | **Order** [non-document] granting Pharmacies' Motion for leave to file a surreply (Related Doc # 2938 ). Judge Dan Aaron Polster on 11/15/19.(P,R) (Entered: 11/15/2019) |
| 11/15/2019 | 2939 | **Sur-Reply** to *Track One Plaintiffs'* 2894 **Motion** to amend complaint *(unredacted)*, 2880 **Motion** for leave *to Amend* filed by CVS Indiana, L.L.C., CVS RX Services, Inc., Discount Drug Mart, Inc., HBC Service Company, Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., Walmart, Inc.. (Delinsky, Eric) (Entered: 11/15/2019) |
| 11/19/2019 | | USCA Appeal Fees of $505 received, receipt number 14660119095 re 2922 Notice of Appeal (USCA# 19-4097) (H,SP) (Entered: 11/19/2019) |
| 11/19/2019 | 2940 | **Track One-B Case Management Order** - Jury Trial set for 10/13/2020 at 9:00 AM, Final Pretrial Conference set for 10/5/2020 at 1:30 PM in Courtroom 18B before Judge Dan Aaron Polster. Judge Dan Aaron Polster on 11/19/19. (P,R) (Entered: 11/19/2019) |

| 11/19/2019 | 2941 | **Suggestions of Remand**. Judge Dan Aaron Polster on 11/19/19. (P,R) (Entered: 11/19/2019) |
|---|---|---|
| 11/20/2019 | 2942 | Cardinal Health, Inc.'s Withdrawal of Motion to Dismiss on Res Judicata Grounds filed by Cardinal Health, Inc.. Related document(s) 579 .(Hardin, Ashley) (Entered: 11/20/2019) |
| 11/20/2019 | 2943 | Amendment to **Amended complaint** *by Interlineation* against CVS Health Corporation, CVS Indiana, L.L.C., CVS Pharmacy Inc., CVS RX Services, Inc., Giant Eagle, Inc., HBC Service Company, Ohio CVS Stores, LLC, Ohio CVS Stores, LLC, Rite Aid Corporation, Rite Aid Headquarters Corporation, Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc., Wal-Mart Stores East, Inc., Walgreen Co., Walgreen Eastern Co., Inc., Walmart, Inc.. Filed by County of Summit, Ohio. (Singer, Linda) (Entered: 11/20/2019) |
| 11/20/2019 | 2944 | Amendment to **Amended complaint** *by Interlineation* against CVS Health Corporation, CVS Indiana, L.L.C., CVS Pharmacy Inc., CVS RX Services, Inc., Giant Eagle, Inc., HBC Service Company, Ohio CVS Stores, LLC, Rite Aid Corporation, Rite Aid Headquarters Corporation, Rite Aid of Ohio, Inc., Rite Aid of Maryland, Inc., Wal-Mart Stores East, Inc., Walgreen Co., Walgreen Eastern Co., Inc., Walmart, Inc.. Filed by County of Cuyahoga. (Badala, Salvatore) (Entered: 11/20/2019) |
| 11/20/2019 | 2945 | **Conditional Transfer Order (CTO 120)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 11/20/2019) |
| 11/20/2019 | 2946 | Withdrawal of Pending Motions to Dismiss filed by AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation. (Hobart, Geoffrey) (Entered: 11/20/2019) |
| 11/20/2019 | 2947 | Attorney Appearance by Neil Merkl filed by on behalf of Morton Grove Pharmaceuticals, Inc.. (Merkl, Neil) (Entered: 11/20/2019) |
| 11/20/2019 | 2948 | Attorney Appearance by Clifford Katz filed by on behalf of Morton Grove Pharmaceuticals, Inc.. (Katz, Clifford) (Entered: 11/20/2019) |
| 11/20/2019 | 2949 | Attorney Appearance by Damon W. Suden filed by on behalf of Morton Grove Pharmaceuticals, Inc.. (Suden, Damon) (Entered: 11/20/2019) |
| 11/21/2019 | | **Order** [non-document] - Pursuant to the Special Master's November 5, 2019, Order Regarding Redacting and Sealing of Documents 2909 , the five pending motions regarding sealed filings (1929; 2437; 2555; 2824; 2839) are DENIED without prejudice. The Court is aware that the parties have reached an agreement on a process by which they will address all of their sealed filings. The parties are directed to follow their agreed upon process and the direction outlined in the Special Masters Order and submit to the Special Master any conflicts that cannot be resolved. Judge Dan Aaron Polster on 11/21/19.(P,R) (Entered: 11/21/2019) |
| 11/22/2019 | 2950 | **Order** Regarding Track Two Cases. Judge Dan Aaron Polster on 11/22/19. (P,R) (Entered: 11/22/2019) |
| 11/22/2019 | 2951 | Defendant H. D. Smith, LLC's Withdrawal of Pending Motion to Dismiss filed by H. D. Smith, LLC. (Padgett, William) (Entered: 11/22/2019) |

| 11/25/2019 | 2952 | **Motion** for conference/hearing *For Track One-B Case Management Conference* filed by CVS Indiana, L.L.C., CVS Pharmacy Inc., CVS RX Services, Inc., Discount Drug Mart, Inc., HBC Service Company, Ohio CVS Stores, LLC, Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co.. (Delinsky, Eric) (Entered: 11/25/2019) |
|---|---|---|
| 11/26/2019 | 2953 | **Conditional Transfer Order (CTO 121)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 11/26/2019) |
| 11/26/2019 | 2954 | Attorney Appearance by Alexandra R. Beeler filed by on behalf of County of Cuyahoga. (Beeler, Alexandra) (Entered: 11/26/2019) |
| 11/26/2019 | | **Order** [non-document] - Track One-B Pharmacy Defendants' Motion for a Case Management Conference (Doc. #: 2952 ) is GRANTED. Case Management Conference to be held on 12/4/2019 at 2:30 PM in Courtroom 18B before Judge Dan Aaron Polster. Party lead counsel shall be in attendance. Party clients are welcome but not required to be in attendance. The Parties shall meet and confer and submit a joint status report regarding the current state of discovery and anticipated amount of additional discovery and other case management matters referred to in Pharmacies' motion. The joint status report should be filed and emailed to Chambers (Polster_Chambers@ohnd.uscourts.gov) no later than 12:00 PM on 12/3/19. Judge Dan Aaron Polster on 11/26/19.(P,R) (Entered: 11/26/2019) |
| 11/27/2019 | 2955 | **Motion** for extension of time until 12/2/19 to Submit Class Notice Report filed by Plaintiff Interim Co-Lead Class Counsel for the Proposed Negotiation Class. Related document(s) 2591 . (Seeger, Christopher) (Entered: 11/27/2019) |
| 12/02/2019 | | **Order** [non-document] granting 2955 Plaintiffs' Motion for Extension of Time until 12/2/19 to Submit Class Notice Report. Judge Dan Aaron Polster on 12/2/19.(P,R) (Entered: 12/02/2019) |
| 12/02/2019 | 2956 | Consent **Motion** for extension of time until December 9, 2019 to Disclose one of its Expert Reports pursuant to Courts Scheduling Order dated October 7, 2019 [Dkt. 2738] filed by Anthony Anderson, Jennifer Artz, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. Walker. Related document(s) 2738 . (Dann, Marc) (Entered: 12/02/2019) |
| 12/02/2019 | 2957 | **Conditional Remand Order** by the Judicial Panel on Multidistrict remanding case to the Northern District of Illinois. (P,R) (Entered: 12/02/2019) |
| 12/02/2019 | 2958 | Notice of Partial Compliance filed by Anthony Anderson, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. Walker. (Dann, Marc) (Entered: 12/02/2019) |
| 12/02/2019 | 2959 | Status Report *on Negotiation Class* filed by Interim Co-Lead Class Counsel for the Proposed Negotiation Class. (Attachments: # 1 Exhibit Declaration of Cameron R. Azari (With Exhibits))Related document(s) 2591 .(Seeger, Christopher) (Entered: 12/02/2019) |

| 12/03/2019 | | **Order** [non-document] granting 2956 NAS Plaintiffs' Motion for Extension of Time until December 9, 2019 to Disclose one of its Expert Reports. Judge Dan Aaron Polster on 12/3/19.(P,R) (Entered: 12/03/2019) |
|---|---|---|
| 12/03/2019 | 2960 | **Conditional Transfer Order (CTO 122)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 12/03/2019) |
| 12/03/2019 | 2961 | **Order** by the Judicial Panel on Multidistrict Litigation lifting stay of CTO 119 and transferring listed case to the Northern District of Ohio. (P,R) (Entered: 12/03/2019) |
| 12/03/2019 | 2962 | Joint Status Report filed by Plaintiffs' Liaison Counsel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Weinberger, Peter) (Entered: 12/03/2019) |
| 12/03/2019 | 2963 | **Motion** For Order Prohibiting Ex Parte Communications filed by CVS Indiana, L.L.C., CVS Pharmacy Inc., CVS RX Services, Inc., Discount Drug Mart, Inc., Giant Eagle, Inc., HBC Service Company, Kroger Co., Ohio CVS Stores, LLC, Rite Aid of Maryland, Inc., Rite Aid of Ohio, Inc., Walgreen Co., Walgreen Eastern Co., Walmart, Inc.. (Attachments: # 1 Proposed Order)(Delinsky, Eric) (Entered: 12/03/2019) |
| 12/03/2019 | 2964 | Request for Proceedings to be on the Record *[Certain Defendants]* filed by Walgreen Co., Walgreen Eastern Co.. (Stoffelmayr, Kaspar) (Entered: 12/03/2019) |
| 12/05/2019 | | **Minutes of proceedings** [non-document] before Judge Dan Aaron Polster. Case Management Conference held on 12/4/19. Case management issues discussed regarding Track 1B cases. Time: 2 hrs. (P,R) (Entered: 12/05/2019) |
| 12/05/2019 | | **Order** [non-document] - The Court has always been and will continue to be mindful of its ethical obligations as set forth in the Code of Conduct for United States Judges. Regarding settlement discussions, the Court may, "with the consent of the parties, confer separately with the parties and their counsel in an effort to mediate or settle pending matters." Canon 3(A)(4)(d). Per the Canon, neither the Court, nor its Special Masters, will engage in any settlement discussions with the CT1B parties regarding CT1B unless and until all parties agree and ask the Court to do so. Accordingly, CT1B Pharmacy Defendants' Motion for Order Prohibiting Ex Parte Communications 2963 is DENIED AS MOOT. Judge Dan Aaron Polster on 12/5/19.(P,R) (Entered: 12/05/2019) |
| 12/05/2019 | 2965 | **Conditional Transfer Order (CTO 123)** by the Judicial Panel on Mutidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 12/05/2019) |
| 12/07/2019 | 2968 | Report of Special Master *Discovery Ruling no. 14, Part 10 Regarding H.D. Smith Privilege Claims* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 12/07/2019) |
| 12/09/2019 | 2969 | Notice of Compliance *of NAS Opioid Plaintiffs* filed by Anthony Anderson, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. Walker. (Dann, Marc) (Entered: 12/09/2019) |

| 12/09/2019 | 2970 | Attorney Appearance by Kathryn Snapka filed by on behalf of County of Duval. (Snapka, Kathryn) (Entered: 12/09/2019) |
|---|---|---|
| 12/09/2019 | 2971 | Attorney Appearance by Jack E. Urquhart filed by on behalf of County of Duval. (Urquhart, Jack) (Entered: 12/09/2019) |
| 12/09/2019 | 2972 | Unopposed **Motion** to dismiss party *Walgreens Boots Alliance, Inc. and Add Walgreen Co. and Walgreen Eastern Co. as Defendants* filed by Cleveland Bakers and Teamsters Health & Welfare Fund, Local Union No. 120 Pipe Fitters Insurance Fund. (Baig, Aelish) (Entered: 12/09/2019) |
| 12/09/2019 | 2973 | Unopposed **Motion** to dismiss party *CVS Health Corporation and Add CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS TN Distribution, LLC and CVS Pharmacy Inc. as Defendants* filed by Cleveland Bakers and Teamsters Health & Welfare Fund, Local Union No. 120 Pipe Fitters Insurance Fund. (Baig, Aelish) (Entered: 12/09/2019) |
| 12/10/2019 | 2974 | **Marginal Entry Order** granting Cleveland Bakers and Teamsters Motion to dismiss Walgreens Boots Alliance, Inc. and Add Walgreen Co. and Walgreen Eastern Co. as Defendants in 1:18op45432, and rendering moot 772 Walgreens Boots Alliance's Motion to dismiss for lack of jurisdiction. (Related Doc # 2972 ). Judge Dan Aaron Polster on 12/10/19.(P,R) (Entered: 12/10/2019) |
| 12/10/2019 | 2975 | **Marginal Entry Order** granting Cleveland Bakers and Teamsters Motion to dismiss CVS Health Corp. and Add CVS Indiana LLC, CVS RX Services, Inc., CVS TN Distribution, LLC and CVS Pharmacy Inc. as Defendants in 1:18op45158, and rendering moot 771 CVS Health Corp's Motion to dismiss for lack of jurisdiction. (Related Doc # 2973 ). Judge Dan Aaron Polster on 12/10/19.(P,R) (Entered: 12/10/2019) |
| 12/10/2019 | 2976 | **Order** Regarding Scope of Track One-B. Judge Dan Aaron Polster on 12/10/19. (P,R) (Entered: 12/10/2019) |
| 12/11/2019 | 2977 | **Motion** for leave *to File Documents Under Seal* filed by Defendant H. D. Smith, LLC. Related document(s) 2968 . (Padgett, William) (Entered: 12/11/2019) |
| 12/11/2019 | 2978 | **Marginal Entry Order** granting H.D. Smith's Motion for leave to file documents under seal (Related Doc # 2977 ). Judge Dan Aaron Polster on 12/11/19.(P,R) (Entered: 12/11/2019) |
| 12/11/2019 | 2979 | Report of Special Master *Discovery Ruling no. 14, Part 11 Regarding Cardinal Privilege Claims on Deloitte Documents* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 12/11/2019) |
| 12/11/2019 | 2980 | **Order** Regarding Track One Settlement Funds. Judge Dan Aaron Polster on 12/11/19. (P,R) (Entered: 12/11/2019) |
| 12/11/2019 | 2981 | **Objection** *to Discovery Ruling No. 14 Part 10 Regarding H. D. Smith Privilege Claims* filed by H. D. Smith, LLC. Related document(s) 2968 . (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit F, # 4 Exhibit G, # 5 Exhibit H) (Padgett, William) (Entered: 12/11/2019) |
| 12/11/2019 | 2982 | **SEALED Document:** filed by H. D. Smith, LLC. Related document(s) 2978 , 2981 . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit E)(Padgett, William) (Entered: 12/11/2019) |

| 12/12/2019 | 2983 | **Conditional Transfer Order (CTO 124)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 12/12/2019) |
| --- | --- | --- |
| 12/12/2019 | 2984 | Report of Special Master *Order Removing Partial Sealing of Transcript* filed by David Rosenblum Cohen. Related document(s) 1314 . (Cohen, David) (Entered: 12/12/2019) |
| 12/12/2019 | 2985 | Unredacted West Boca Medical Center, Inc. Complaint filed by West Boca Medical Center, Inc.. Related document(s) 760 , 385 .(Barrett, John) (Entered: 12/12/2019) |
| 12/13/2019 | 2986 | **Motion** for leave *to file Fourth Amended Class Action Complaint* filed by Anthony Anderson, Jennifer Artz, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. Walker. (Attachments: # 1 Exhibit A-Fourth Amended Class Action Complaint)(Dann, Marc) (Entered: 12/13/2019) |
| 12/13/2019 | 2987 | Report of Special Master *Protective Order Regarding Disclosure by Plaintiffs of Confidential Medical Records in the Track Two Cases* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 12/13/2019) |
| 12/13/2019 | 2988 | Supplement to **Motion** for leave *to file Fourth Amended Class Action Complaint* - Certificate of Service of Motion for Leave to File Fourth Amended Complaint, filed by Anthony Anderson, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. Walker. Related document(s) 2986 . (Dann, Marc) (Entered: 12/13/2019) |
| 12/13/2019 | 2989 | **Motion** to sever filed by Cabell County Commission, City of Huntington. (Farrell, Paul) (Entered: 12/13/2019) |
| 12/16/2019 | 2990 | **Marginal Entry Order** granting 2989 Plaintiffs Cabell County Commission and City of Huntington, WV's Motion to Sever. Judge Dan Aaron Polster on 12/16/19.(P,R) (Entered: 12/16/2019) |
| 12/16/2019 | 2991 | NAS Opioids Plaintiffs' Notice of Filing of Corrected Exhibit A in Support of Motion for Leave to File Fourth Amended Class Action Complaint filed by Anthony Anderson, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. Walker. (Attachments: # 1 Exhibit A-Fourth Amended Class Action Complaint)Related document(s) 2986 .(Dann, Marc) (Entered: 12/16/2019) |
| 12/17/2019 | 2992 | **Motion** for Joinder of Party filed by Movant Robert K. Decker. (P,R) (Entered: 12/17/2019) |
| 12/17/2019 | 2993 | **Marginal Entry Order** denying 2992 Robert K. Decker's Motion for Joinder as Party. Judge Dan Aaron Polster on 12/17/19. (Order mailed to Movant at FCI Terre Haute)(P,R) (Entered: 12/17/2019) |
| 12/17/2019 | 2994 | Notice of Filing Unredacted Versions of Previously Under Seal Documents filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' |

| | | |
|---|---|---|
| | | Unredacted Resp. to Walgreens' Obj. Disc. Ruling No. 9, # 2 Exhibit Ex. A - Plaintiffs' Letter, # 3 Exhibit Ex. B - Plaintiffs' Letter, # 4 Exhibit Ex. C - Defendants' Letter, # 5 Exhibit Ex. D - Emails between Plaintiffs and Defendants)Related document(s) 1151 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 2995 | Notice of Filing Unredacted Versions of Previously Under Seal Documents filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Reply to Cardinal's Obj. to Amendment to Discovery Ruling 14, P. 1, # 2 Exhibit A - PEC Ltr to SM Cohen, # 3 Exhibit B - 2008 MOA between Cardinal and DEA, # 4 Exhibit C - Deposition Excerpt - Jennifer Norris, # 5 Exhibit D - Cardinal's Written Suppl. Response re Norris Testimony, # 6 Exhibit E - Cardinal's 1-15-2019 Answer and Affirmative Defenses, # 7 Exhibit F - Cardinal Health Claw-back Log)Related document(s) 1413 , 1407 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 2996 | Notice of Filing Unredacted Versions of Previously Under Seal Documents filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Reply to Cardinal's Obj. to Discovery Ruling 14, P. 5, # 2 Exhibit 1 - Email from Dendrite to Cardinal Health re SOM Review, # 3 Exhibit 2 - Cardinal Health Email regarding training, # 4 Exhibit 3 - Email regarding Dendrite audit of Cardinal SOM program, # 5 Exhibit 4 - Cardinal Memo re Cegedim retention, # 6 Exhibit 5 - Cegedim PowerPoint, # 7 Exhibit 6 - Cardinal Health's Supp. Discovery Responses, # 8 Exhibit 7 - Cardinal Health's Answers and Affirmative Defenses, # 9 Exhibit 8 - Cardinal Correspondence with DEA, # 10 Exhibit 9 - Dendrite Invoice, # 11 Exhibit 10 - Cardinal Email re Diversion Matter Expenses, # 12 Exhibit 10a - Cardinal QRA & Anti-Diversion Update, # 13 Exhibit 11 - Letter and attachments from Cardinal to DEA)Related document(s) 1547 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 2997 | Notice of Filing Unredacted and/or Less Redacted Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motion to Exclude McCann and Rafalski and Related Exhibits filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Unredacted Consolidated Memorandum in Opp. to Defendants' Motion to Exclude McCann and Rafalski, # 2 Exhibit PD4 Ex. 4 Deposition Excerpt of S. Justus, # 3 Exhibit PD4 Ex. 12 DEA Compliance Procedure Mallinckrodt CSOMP, # 4 Exhibit PD4 Ex. 13 Mallinckrodt Global Controlled Substance Compliance Procedure, # 5 Exhibit PD4 Ex. 15 (excerpt) Cardinal DEA Compliance Manual)Related document(s) 2260 , 2262 , 2263 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 2998 | Notice of Filing Unredacted Exhibit Attached to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Lacey Keller filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Lacey Keller, # 2 Exhibit PD5 - Keller Opp. Exh A - Keller Report Addendum)Related document(s) 2207 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 2999 | Notice of Filing Unredacted Exhibit Attached to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Seth Whitelaw's Opinions and Proposed Testimony filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Opposition to Defendants' Motion to Exclude Seth Whitelaw, # 2 Exhibit PD6 - Ex. 3 Overview of McKesson's Controlled Substance Monitoring Program)Related document(s) 2221 , 2225 .(Irpino, Anthony) (Entered: 12/17/2019) |

| 12/17/2019 | 3000 | Notice of Filing Unredacted Exhibit Attached to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Jonathan Gruber filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Opposition to Defendants' Motion to Exclude Jonathan Gruber, # 2 Exhibit PD8 - Ex. A Gruber Data Appendix)Related document(s) 2206 .(Irpino, Anthony) (Entered: 12/17/2019) |
|---|---|---|
| 12/17/2019 | 3001 | Notice of Filing Unredacted and/or Less Redacted Plaintiffs' Memorandum in Opposition to Defendants' Daubert Motion to Exclude David Cutler filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Opposition to Defendants' Motion to Exclude David Cutler, # 2 Exhibit David Cutler Declaration, # 3 Exhibit PD9 - Ex. C - Data Appendix)Related document(s) 2209 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 3002 | Notice of Filing Unredacted and/or Less Redacted Plaintiffs' Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation and Related Exhibits filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Summary Judgment on Proof of Causation (unredacted), # 2 Exhibit PSJ2 Ex. 121 Cardinal Audit Committee Meeting, # 3 Exhibit PSJ2 Ex. 140 McKesson Controlled Substance Monitoring Program Investigative Report)Related document(s) 2428 , 2427 , 2204 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 3003 | Notice of Filing Unredacted and/or Less Redacted Plaintiffs' Memorandum in Opposition to Defendants' Motions for Summary Judgment on Plaintiffs' Civil Conspiracy, RICO and OCPA Claims and Related Exhibits filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Consolidated Memorandum in Opposition to Defendants' MSJ on Plaintiffs' Civil Conspiracy, RICO, and OCPA Claims (less redacted), # 2 Exhibit PSJ3 Ex. 26 Draft Speech, # 3 Exhibit PSJ3 Ex. 298 Mallinckrodt Memorandum re Controlled Substance Compliance Procedure, # 4 Exhibit PSJ3 Ex. 317 Email between McKesson and Mallinckrodt, # 5 Exhibit PSJ3 Ex. 330 Cardinal Health and Endo Agreement, # 6 Exhibit PSJ3 Ex. 335 HDMA PowerPoint, # 7 Exhibit PSJ3 Ex. 393 HDMA Staff Performance Review, # 8 Exhibit PSJ3 Ex. 499 HDMA Meeting Packet, # 9 Exhibit PSJ3 Ex. 570 Cardinal Employee Email, # 10 Exhibit PSJ3 Ex. 576 Cardinal and CVS Wholesale Agreement, # 11 Exhibit PSJ3 Ex. 577 Cardinal and CVS Wholesale Agreement, # 12 Exhibit PSJ3 Ex. 578 Evaluation of CVS Monitoring System, # 13 Exhibit PSJ3 Ex. 580 Cardinal Letter to CVS, # 14 Exhibit PSJ3 Ex. 600 Amerisource Email, # 15 Exhibit PSJ3 Ex. 601 Amerisource document re Walgreens' Orders, # 16 Exhibit PSJ3 Ex. 617 McKesson email, # 17 Exhibit PSJ3 Ex. 631 Rite Aid Suspicious Order Monitoring Document, # 18 Exhibit PSJ3 Ex. 639 Buzzeo Letter, # 19 Exhibit PSJ3 Ex. 667B Walmart Direct Sales Folder)Related document(s) 2371 , 2350 , 2357 , 2364 , 2182 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 3004 | Notice of Filing Unredacted and/or Less Redacted Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Partial Summary Judgment on Statute of Limitations Grounds and Related Exhibits filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Consolidated Memorandum in Opposition to Defendants' Motions for Partial Summary Judgment on Statute of Limitations Grounds, # 2 Exhibit PSJ4 Ex. 32 McKesson |

| | | |
|---|---|---|
| | | email re Controlled Substances, # 3 Exhibit PSJ4 Ex. 34 McKesson Controlled Substance Monitoring Program Report, # 4 Exhibit PSJ4 Ex. 38 Cardinal Operating Procedure, # 5 Exhibit PSJ4 Ex. 39 Cardinal Notes re SOMS ppt, # 6 PSJ4 Ex. 40 Cardinal employee emails re ppt, # 7 PSJ4 Ex. 41 Cardinal email re SOM processes)Related document(s) 2212 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 3005 | Notice of Filing Unredacted Exhibit Attached to Plaintiffs' Consolidated Memorandum in Opposition to Generic Manufacturers' Motion for Partial Summary Judgment filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Consolidated Memorandum in Opposition to Generic Manufacturers' Motion for Partial Summary Judgment, # 2 Exhibit PSJ8 - Ex. 69 Chart of ARCOS Data Cuyahoga and Summit Counties)Related document(s) 2251 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 3006 | Notice of Filing Unredacted and/or Less Redacted Plaintiffs' Memorandum in Opposition to Non-RICO Small Distributors' Motion for Summary Judgment Based on Their De Minimis Status and Exhibits filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Opposition to Non-RICO Defendants' Motion for Summary Judgment Based on their De Minimis Status, # 2 Exhibit PSJ9 Ex 1 - Appx 9 of Craig McCann Expert Report, # 3 Exhibit PSJ9 Ex 3 - Appx 10 of Craig McCann Expert Report, # 4 Exhibit PSJ9 Ex 10 - Internal Notes Anda SOMs, # 5 Exhibit PSJ9 Ex 12 - Anda 2012 Business Overview, # 6 Exhibit PSJ9 Ex 15 - Pltfs' Resp. to Discovery Ruling 12, # 7 Exhibit PSJ9 Ex 16 - Deposition Transcript of W. Versoky, # 8 Exhibit PSJ9 Ex 27 - Anda Email re product launch, # 9 Exhibit PSJ9 Ex 28 - Depo Excerpt M. DiBello, # 10 Exhibit PSJ9 Ex 30 - Depo Excerpt S. Tejada, # 11 Exhibit PSJ9 Ex 31 - Depo Excerpt T. Steffanie-Oak, # 12 Exhibit PSJ9 Ex 35 - HD Smith SOP for Order Monitoring, # 13 Exhibit PSJ9 Ex 36 - HD Smith email, # 14 Exhibit PSJ9 Ex 37 - HD Smith email re customer, # 15 Exhibit PSJ9 Ex 38 - HD Smith Meeting Minutes, # 16 Exhibit PSJ9 Ex 39 - HD Smith email re customer accounts, # 17 Exhibit PSJ9 Ex 40 - HD Smith email re pharmacy, # 18 Exhibit PSJ9 Ex 41 - HD Smith SOM fixes, # 19 Exhibit PSJ9 Ex 42 - HD Smith Reporting Form, # 20 Exhibit PSJ9 Ex 43 - HD Smith email re WebEx, # 21 Exhibit PSJ9 Ex 46 - HD Smith email re controlled substances, # 22 Exhibit PSJ9 Ex 47 - HD Smith email re SOMs, # 23 Exhibit PSJ9 Ex 48 - HD Smith Compliance Document, # 24 Exhibit PSJ9 Ex 49 - HD Smith email re Audit report, # 25 Exhibit PSJ9 Ex 50 - HD Smith email re CSOMP Problem, # 26 Exhibit PSJ9 Ex 52 - HD Smith email re customer pharmacy, # 27 Exhibit PSJ 9 Ex 53 - HD Smith email re order limits, # 28 Exhibit PSJ9 Ex 54 - HD Smith email re customer issue, # 29 Exhibit PSJ9 Ex 55 - PSI Controlled Substances Policy)Related document(s) 2307 , 2201 , 2306 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 3007 | Notice of Filing Unredacted and/or Less Redacted Plaintiff Expert Reports filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Caleb Alexander, MD, MS Report, # 2 Exhibit Caleb Alexander, MD, MS Supplement and Errata, # 3 Exhibit David Courtwright, PhD Report, # 4 Exhibit David Cutler, PhD Report, # 5 Exhibit David Egilman, MD, PhD Report, # 6 Exhibit Jonathan Gruber, PhD Report, # 7 Exhibit Lacey Keller Report with Errata, # 8 Exhibit David Kessler, MD Report, # 9 Exhibit Katherine Keyes Report, # 10 Exhibit Anna Lembke Report with Supplemental Materials, # 11 Exhibit Jeffrey Liebman, PhD Report, # 12 Exhibit Jeffrey Liebman, PhD Supplemental Report and Errata with Revised |

| | | |
|---|---|---|
| | | Appendix B, # 13 Exhibit Craig McCann Report, # 14 Exhibit Craig McCann Supplemental Report, # 15 Exhibit Craig McCann Second Supplemental Report, # 16 Exhibit Thomas McGuire Report, # 17 Exhibit Thomas McGuire Report Public Nuisance, # 18 Exhibit Matthew Perri Report Pages 1-1500, # 19 Exhibit Matthew Perri Report Pages 1501-2610, # 20 Exhibit Matthew Perri Report Pages 2611-3719, # 21 Exhibit James Rafalski Report, # 22 Exhibit Meredith Rosenthal Report and Errata, # 23 Exhibit Mark Schumacher, MD Report and Supplemental Materials, # 24 Exhibit Scott Wexelblatt, PhD Report, # 25 Exhibit Seth Whitelaw, JD, LLM Report, # 26 Exhibit Nancy Young, PhD Report)Related document(s) 1999 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 3008 | Notice of Filing Unredacted Plaintiffs' Memorandum in Opposition to Defendants CVS Indiana, LLC and CVS Rx Services, Inc.'s Motions for Summary Judgment and Related Exhibits filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Memorandum in Opposition to CVS' Motion for Summary Judgment, # 2 Exhibit PSJ11 Ex 2 - Chart of Data, # 3 Exhibit PSJ11 Ex 3 - Chart of Data, # 4 Exhibit PSJ11 Ex 13 - CVS Email re Nightly Front Store Order Files, # 5 Exhibit PSJ11 Ex 17 - CVS email with attachments, # 6 Exhibit PSJ11 Ex 21 - Email re DEA Closing Audit, # 7 Exhibit PSJ11 Ex 29 - Wholesale Supply Agreement, # 8 Exhibit PSJ11 Ex 30 - Wholesale Supply Agreement, # 9 Exhibit PSJ11 Ex 31 - Wholesale Supply Agreement)Related document(s) 2208 .(Irpino, Anthony) (Entered: 12/17/2019) |
| 12/17/2019 | 3009 | Notice of Filing Plaintiffs Memorandum in Opposition to Defendant HBCs Motion for Summary Judgment and Related Exhibits filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs' Opposition to HBC's Motion for Summary Judgment, # 2 Exhibit PSJ13 Ex 1 - HBC Service Company's Supplemental Answers to Plaintiffs' First Set of Interrogatories to HBC Service Company, # 3 Exhibit PSJ13 Ex 2 -Spreadsheet of Data, # 4 Exhibit PSJ13 Ex 3 -Spreadsheet of Data, # 5 Exhibit PSJ13 Ex 4 -Email re Controls at HBC, # 6 Exhibit PSJ13 Ex 5 -Email re Giant Eagle BuzzeoPDMA SOM Services Proposal, # 7 Exhibit PSJ13 Ex 6 -HBC Service Company's Amended Responses to Plaintiffs' (First) Set of Combined Discovery Requests, # 8 Exhibit PSJ13 Ex 7 -Email re DSCSA Documents, # 9 Exhibit PSJ13 Ex 8 - Chart of Data, # 10 Exhibit PSJ13 Ex 9 - Chart of Data, # 11 Exhibit PSJ13 Ex 10 - Minutes of the Ohio State Board of Pharmacy Meeting)Related document(s) 2178 .(Irpino, Anthony) (Entered: 12/18/2019) |
| 12/18/2019 | 3010 | Notice of Filing Unredacted and/or Less Redacted Plaintiffs Memorandum in Opposition to Walgreenss Motion for Summary Judgment and Related Exhibits filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs Memorandum in Opposition to Walgreenss Motion for Summary Judgment, # 2 Exhibit PSJ18 Ex 39 - Email re Walgreens State Controls Summaries, with attachment, # 3 Exhibit PSJ18 Ex 40 - Chart of Rx Data, # 4 Exhibit PSJ18 Ex 41 - Map of Walgreens Stores, # 5 Exhibit PSJ18 Ex 57 - Email re OMP, # 6 Exhibit PSJ18 Ex 58 - Email re Walgreens Orders Held, # 7 Exhibit PSJ18 Ex 61 - Expert Report of Craig McCann)Related document(s) 2205 .(Irpino, Anthony) (Entered: 12/18/2019) |
| 12/18/2019 | 3011 | Notice of Filing Less Redacted Exhibit Attached to Plaintiffs Opposition to Walmarts Motion for Summary Judgment filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs Opposition to Walmarts Motion for Summary |

| | | |
|---|---|---|
| | | Judgment, # 2 Exhibit PSJ19 Ex 5 - Plaintiffs Responses to the Amended and Clarified Discovery Ruling 12 Supplemental Interrogatory Issued to Plaintiffs)Related document(s) 2218 .(Irpino, Anthony) (Entered: 12/18/2019) |
| 12/18/2019 | 3012 | Notice of Filing Unredacted and/or Less Redacted Exhibits Attached to Plaintiffs Motion for Partial Summary Adjudication of their Equitable Claims for Abatement of an Absolute Public Nuisance filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs Motion for Partial Summary Adjudication of their Equitable Claims for Abatement of an Absolute Public Nuisance, # 2 Exhibit 39 - Prescription Drug Diversion Fundamentals, # 3 Exhibit 46 - Controlled Substance Monitoring PowerPoint, # 4 Exhibit 66 - Nate Hartles July 31, 2018 deposition (excerpt), # 5 Exhibit 67 - Nate Hartles August 1, 2018 deposition (excerpt), # 6 Exhibit 68 - Gary Boggs January 17, 2019 deposition (excerpt), # 7 Exhibit 69 - Jennifer Norris deposition (excerpt), # 8 Exhibit 71 - Shawn Abreus deposition (excerpt), # 9 Exhibit 72 - Jeff Peacocks deposition (excerpt), # 10 Exhibit 73 - Susan Hilands 30(b)(6) deposition (excerpt), # 11 Exhibit 74 - Jeff Abernathys deposition (excerpt), # 12 Exhibit 75 - Miranda Johnsons deposition (excerpt), # 13 Exhibit 76 - Jolynn Colemans deposition (excerpt), # 14 Exhibit 77 - Ramona Sullinss deposition (excerpt), # 15 Exhibit 78 - George Chapmans deposition (excerpt), # 16 Exhibit 79 - Roxanne Reeds deposition (excerpt), # 17 Exhibit 80 - Debbie Hodges deposition (excerpt), # 18 Exhibit 92 - Eileen Spauldings deposition (full), # 19 Exhibit 100 - Paul Campanellis deposition (excerpt), # 20 Exhibit 109 - Edward Brattons fact deposition (excerpt), # 21 Exhibit 110 - Rex Swords deposition (full), # 22 Exhibit 112 - Christopher Dymons fact deposition (excerpt), # 23 Exhibit 116 - Eric Stahmanns fact deposition (excerpt))Related document(s) 1890 , 1934 .(Irpino, Anthony) (Entered: 12/18/2019) |
| 12/18/2019 | 3013 | Notice of Filing Unredacted and/or Less Redacted Plaintiffs Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (corrected) and Related Exhibits *Part One* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (corrected) (SOMSB), # 2 Exhibit SOMSB Ex 1 Rafalski Expert Report, # 3 Exhibit SOMSB Ex 2 McCann Suppl Expert Report, # 4 Exhibit SOMSB Ex 3 Keller Expert Report, # 5 Exhibit SOMSB Ex 11 Depo Transcript J. Norris, # 6 Exhibit SOMSB Ex 12 Depo Transcript N. Hartle, # 7 Exhibit SOMSB Ex 15 DEA Diversion Control Agenda, # 8 Exhibit SOMSB Ex 20 Depo Transcript T. Schoen, # 9 Exhibit SOMSB Ex 21 Whitelaw Expert Report, # 10 Exhibit SOMSB Ex 25 McCann Second Supp. Expert Report, # 11 Exhibit SOMSB Ex 32 Depo Transcript J. Gillies, # 12 Exhibit SOMSB Ex 34 Depo Transcript K Harper, # 13 Exhibit SOMSB Ex 36 Depo Transcript J. Rausch, # 14 Exhibit SOMSB Ex 38 - Mallinckrodt SOM Program, # 15 Exhibit SOMSB Ex 40 - SOM Team Activity Log, # 16 Exhibit SOMSB Ex 41 - Suspicious Order Monitoring Program Memorandum, # 17 Exhibit SOMSB Ex 50 - Email re Clearing Orders, # 18 Exhibit SOMSB Ex 100 - Depo excerpt K. Kreutzer, # 19 Exhibit SOMSB Ex 112 - DEA and SOM Internal Audit Report, # 20 Exhibit SOMSB Ex 119 - Depo Excerpt S. Macrides, # 21 Exhibit SOMSB Ex 120 - Depo Excerpt L. Walker, # 22 |

| | | |
|---|---|---|
| | | Exhibit SOMSB Ex 124 - Email re Opana ER, # [23] Exhibit SOMSB Ex 126 - Endo Sales Data Chart, # [24] Exhibit SOMSB Ex 128 - Par Sales Profit Chart, # [25] Exhibit SOMSB Ex 129 - Depo Excerpt T. Norton, # [26] Exhibit SOMSB Ex 130 - Risk Management Plan, # [27] Exhibit SOMSB Ex 134 - Par and Endo Responses re SOMS, # [28] Exhibit SOMSB Ex 135 - Email re SOMS Policy, # [29] Exhibit SOMSB Ex 138 - Par SOMS Program Update Presentation, # [30] Exhibit SOMSB Ex 139 - Notes, # [31] Exhibit SOMSB Ex 140 - Par Correspondence with UPS, # [32] Exhibit SOMSB Ex 144 - SOMS Process Flow, # [33] Exhibit SOMSB Ex 145 - Summary of SOM Program, Process Flow, # [34] Exhibit SOMSB Ex 149 - Email re Deficiency Letter, # [35] Exhibit SOMSB Ex 150 - Email re SOMS Violations, # [36] Exhibit SOMSB Ex 151 - Email re DEA Deficiency Letter, # [37] Exhibit SOMSB Ex 152 - Email re Manufacturers Briefing with Qualitest, # [38] Exhibit SOMSB Ex 155 - Email re Qualitest Questionnaire, # [39] Exhibit SOMSB Ex 156 - Email re SOPs and SOMs, # [40] Exhibit SOMSB Ex 159 - Site Report, # [41] Exhibit SOMSB Ex 160 - Par Inc's Suppl. Obj. and Resp. to Plaintiffs' Interrogatories, # [42] Exhibit SOMSB Ex 162 - Email, # [43] Exhibit SOMSB Ex 167 - Correspondence between DEA and Par, # [44] Exhibit SOMSB Ex 169 - Email re Buzzeo Audit, # [45] Exhibit SOMSB Ex 171 - Email and Attachment from Buzzeo, # [46] Exhibit SOMSB Ex 199 - Excel spreadsheet regarding ordering pattern, # [47] Exhibit SOMSB Ex 209 - MOA with Cardinal and DEA)Related document(s) [1957] , [1960] , [1910] .(Irpino, Anthony) (Attachment 25 replaced on 12/26/2019) (P,R). (Entered: 12/18/2019) |
| 12/18/2019 | | Notice: The Court has identified and hired a new emergency MDL law clerk for a one-year term to begin February 2020. The law clerk notified the Court that her current law firm is not appearing in the MDL, but advises a party to the MDL in connection with the State Attorneys General multistate investigation. The Court then requested has and received written confirmation from the new MDL clerks current firm that: (1) the law clerk has not worked in any capacity on any matter related to the MDL; (2) until the law clerks departure from her firm, she will be ethically walled off from any contact with any matter related to the MDL or any attorney working on such a matter; and (3) should the law clerk elect to return to her firm after her clerkship, she will continue to be ethically walled off from any contact with any matter related to the MDL. (P,R) (Entered: 12/18/2019) |
| 12/18/2019 | [3014] | **Conditional Transfer Order (CTO 125)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 12/18/2019) |
| 12/18/2019 | [3015] | Notice of Filing Unredacted and/or Less Redacted Plaintiffs Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (corrected) and Related Exhibits *Part Two* filed by Plaintiffs' Executive Committee. (Attachments: # [1] Exhibit Plaintiffs Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (corrected), # [2] Exhibit SOMSB Ex 220 - Cardinal Board of Directors Report, # [3] Exhibit SOMSB Ex 227 - DBA Baltimore District Office Presentation on Cardinal Health Swedesboro Distribution Center, # [4] Exhibit SOMSB Ex 229 - Depo Excerpt T. Cameron, # [5] Exhibit SOMSB Ex 231 - Brian Reise Expert Report, # [6] Exhibit SOMSB Ex 237 - McKesson Drug Operations Manual, # [7] Exhibit SOMSB Ex 238 - Deposition of Gary Hilliard, # [8] Exhibit SOMSB Ex 241 |

| | | |
|---|---|---|
| | | - Deposition of Blaine Snider, # [9] Exhibit SOMSB Ex 243 - McKesson Operations Manual for Pharma Distribution, # [10] Exhibit SOMSB Ex 245 - McKesson letter to DEA, # [11] Exhibit SOMSB Ex 246 - Deposition Transcript of W. de Gutierrez-Mahoney, # [12] Exhibit SOMSB Ex 257 - McKesson email re thresholds, # [13] Exhibit SOMSB Ex 258 - McKesson's CSMP Oxycodone Threshold Reduction Report, # [14] Exhibit SOMSB Ex 259 - Internal Email re Threshold Report, # [15] Exhibit SOMSB Ex 263 - Webex Invite, # [16] Exhibit SOMSB Ex 265 - Deposition of Don Walker, # [17] Exhibit SOMSB Ex 278 - McKesson email, # [18] Exhibit SOMSB Ex 279 - Email re Trackers, # [19] Exhibit SOMSB Ex 280 - Email Re Customer CSCP Threshold Report, # [20] Exhibit SOMSB Ex 285 - Email re Opioid Reductions, # [21] Exhibit SOMSB Ex 290 - Carlos Aquino Expert Report, # [22] Exhibit SOMSB Ex 291 - Deposition of Chris Zimmerman, # [23] Exhibit SOMSB Ex 293 - Deposition Excerpt of Eric Cherveny, # [24] Exhibit SOMSB Ex 294 - Deposition Transcript of Stephen Mays, Vol. I, # [25] Exhibit SOMSB Ex 295 - Deposition Transcript of Stephen Mays, Vol. II, # [26] Exhibit SOMSB Ex 299 - OHIO Summit County Customers from 2007-2013, # [27] Exhibit SOMSB Ex 300 - Opioid Items for All Summit County Customers from 2008 to 2012, # [28] Exhibit SOMSB Ex 302 - Deposition of David May, # [29] Exhibit SOMSB Ex 305 - Prescription Supply, Inc. Controlled Substances Policy, # [30] Exhibit SOMSB Ex 306 - Deposition of James Schoen, # [31] Exhibit SOMSB Ex 307 - Deposition of Kirk Harbauer)Related document(s) [1964] , [1910] .(Irpino, Anthony) (Entered: 12/18/2019) |
| 12/18/2019 | [3016] | Notice of Filing Unredacted and/or Less Redacted Plaintiffs Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (corrected) and Related Exhibits *Part Three [of three]* filed by Plaintiffs' Executive Committee. (Attachments: # [1] Exhibit Plaintiffs Memorandum of Law in Support of Motion for Partial Summary Adjudication that Defendants did not Comply with their Duties under the Federal Controlled Substances Act to Report Suspicious Opioid Orders and Not Ship Them (corrected), # [2] Exhibit SOMSB Ex 309 - State of Ohio Board of Pharmacy Written Response to Prescription Supply, Inc, # [3] Exhibit SOMSB Ex 310 - Deposition Excerpt of Jeff Abernathy, # [4] Exhibit SOMSB Ex 311 - Deposition Excerpt of Susanne Hiland, # [5] Exhibit SOMSB Ex 314 - Plaintiffs' Responses to the Amended and Clarified Discovery Ruling 12 Supplemental Interrogatory Issued to Plaintiffs, # [6] Exhibit SOMSB Ex 315 - Deposition excerpt Walmart 30(b)(6), # [7] Exhibit SOMSB Ex 316 - Deposition of Ramona Sullins, # [8] Exhibit SOMSB Ex 325 - Deposition Excerpt of Edward Bratton, # [9] Exhibit SOMSB Ex 332 - Deposition Excerpt of Eric Stahmann, # [10] Exhibit SOMSB Ex 347 - Walgreens Distribution Center follow up letter to March 2006 regulatory investigation, # [11] Exhibit SOMSB Ex 353 - Deposition Excerpt D. Peterson, # [12] Exhibit SOMSB Ex 354 - Deposition Excerpt of Christopher Domzalski, # [13] Exhibit SOMSB Ex 356 - Deposition excerpt Bish, # [14] Exhibit SOMSB Ex 362 - Deposition Excerpt of Tasha Polster, # [15] Exhibit SOMSB Ex 370 - Deposition of Barbara Martin, # [16] Exhibit SOMSB Ex 383 - Expert Report of Craig J. McCann, # [17] Exhibit SOMSB Ex 385 - Deposition excerpt of Mark Vernazza, # [18] Exhibit SOMSB Ex 387 - Deposition excerpt of Amy Propatier, # [19] Exhibit SOMSB Ex 389 - Deposition Transcript Excerpts of Ellen Wilson, # [20] Exhibit SOMSB Ex 392 - Deposition of Sherri Hinkle, # [21] Exhibit SOMSB Ex 394 - Deposition of Aaron Burtner, # [22] Exhibit SOMSB Ex 395 - Terrence Dugger, # [23] Exhibit |

| | | |
|---|---|---|
| | | SOMSB Ex 400 - Deposition of Gary Millikan, # 24 Exhibit SOMSB Ex 405 - Deposition of Shauna Helfrich, # 25 Exhibit SOM SB Ex 407 - Emails re: SOM Presentation, # 26 Exhibit SOMSB Ex 411 - Business Idea Description, # 27 Exhibit SOMSB Ex 412 - Rite Aid Regl. Guidelines, # 28 Exhibit SOMSB Ex 413 - Rite Aid Order Monitoring Program, # 29 Exhibit SOMSB Ex 415 - Deposition Excerpt of Janet Getzey Hart, # 30 Exhibit SOMSB Ex 416 - Deposition of Marian Wood, # 31 Exhibit SOMSB Ex 417 - Deposition of Christopher Belli, # 32 Exhibit SOMSB Ex 418 - Deposition Excerpt of Janet Getzey Hart, # 33 Exhibit SOMSB Ex 419 - Email from Rite Aid to McKesson re 2011 CSMP, # 34 Exhibit SOMSB Ex 420 - Deposition of Debra Chase, # 35 Exhibit SOMSB Ex 421 - Threshold Exception List, # 36 Exhibit SOMSB Ex 423 - Project Suspicious Order Monitoring, # 37 Exhibit SOMSB Ex 425 - DSCSA Documents with attachments, # 38 Exhibit SOMSB Ex 448 - Excerpt from Report of Craig McCann, Appendix 9, # 39 Exhibit SOMSB Ex 516 - Buskey Expert Report)Related document(s) 1964 , 1967 , 1965 , 1910 .(Irpino, Anthony) (Entered: 12/18/2019) |
| 12/18/2019 | 3017 | Notice of Filing Unredacted and/or Less Redacted Exhibits attached to Plaintiffs' Consolidated Reply Memorandum in Further Support of Plaintiffs Motions for Partial Summary Adjudication with Respect to the Controlled Substances Act filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs Consolidated Reply Memorandum in Further Support of Plaintiffs Motions for Partial Summary Adjudication with Respect to the Controlled Substances Act, # 2 Exhibit 522 - McKesson MOA with DEA, # 3 Exhibit 527 - Mallinckrodt Email re Order Monitoring, # 4 Exhibit 529 - Mallinckrodt SOM Memorandum, # 5 Exhibit 544 - Par Email re SOMs, # 6 Exhibit 546 - Cegedim PowerPoint, # 7 Exhibit 547 - HD Smith Email, # 8 Exhibit 557 - Spreadsheet of Orders to Ohio Pharmacies, # 9 Exhibit 558 - Spreadsheet of Orders to Ohio Pharmacies, # 10 Exhibit 559 - Spreadsheet of Orders to Ohio Pharmacies, # 11 Exhibit 575 - Email re Walgreens' Control Summaries)Related document(s) 2557 , 2545 .(Irpino, Anthony) (Entered: 12/18/2019) |
| 12/18/2019 | 3018 | Notice of Filing Less Redacted Exhibits Attached to Plaintiffs Omnibus Response to Defendants Motions In Limine filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Plaintiffs Omnibus Response to Defendants Motions In Limine, # 2 Exhibit 25 - AmerisourceBergen Corporation Letter to Committee on Energy and Commerce re WV operations, # 3 Exhibit 33 - Controlled Substance Monitoring DDM, McKesson RNA PowerPoint)Related document(s) 2815 , 2818 , 2817 .(Irpino, Anthony) (Entered: 12/18/2019) |
| 12/18/2019 | 3019 | **Transfer Order** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 12/18/2019) |
| 12/19/2019 | 3020 | Unredacted Third Amended Complaint and Jury Demand filed by County of Summit, Ohio. Related document(s) 1465 .(Singer, Linda) (Entered: 12/19/2019) |
| 12/19/2019 | 3021 | Unredacted Third Amended Complaint and Jury Demand filed by County of Cuyahoga, Ohio filed by County of Cuyahoga. Related document(s) 1630 .(Badala, Salvatore) (Entered: 12/19/2019) |
| 12/19/2019 | 3022 | **Answer** to 2613 Amended complaint *with Affirmative Defenses* filed by AmerisourceBergen Drug Corporation. (Nicholas, Robert) (Entered: 12/19/2019) |

| 12/19/2019 | 3023 | Unredacted Fourth Amended Complaint filed by City of Chicago. Related document(s) 512 , 511 , 304 .(Weinberger, Peter) (Entered: 12/19/2019) |
| --- | --- | --- |
| 12/19/2019 | 3024 | Notice of Dismissal Under FRCP 41(a)(1) claims against AmerisourceBergen, Cardinal and McKesson filed by Cabell County Commission, City of Huntington. (Farrell, Paul) (Entered: 12/19/2019) |
| 12/19/2019 | 3025 | Notice of Filing Unredacted and/or Less Redacted Deposition Transcripts *Part One* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Abernathy, Jeff, # 2 Exhibit Abreu, Shaun, # 3 Exhibit Ayers-Chick, Stacy, # 4 Exhibit Baker, Kelly, # 5 Exhibit Baker, Laurence, # 6 Exhibit Bancroft, Wayne, # 7 Exhibit Barnes, Shaun, # 8 Exhibit Beam, Gregory, # 9 Exhibit Belli, Christopher, # 10 Exhibit Bencivengo, Fred, # 11 Exhibit Bianco, Michael, # 12 Exhibit Bish, Deborah, # 13 Exhibit Boggs, Gary, # 14 Exhibit Boggs, Gary 30(b)(6), # 15 Exhibit Brandt, Bill, # 16 Exhibit Brantley, Eric, # 17 Exhibit Bratton, Edward, # 18 Exhibit Bratton, Edward 30(b)(6), # 19 Exhibit Brown, Robert, # 20 Exhibit Burtner, Aaron, # 21 Exhibit Cameron, Todd, # 22 Exhibit Campanelli, Paul, # 23 Exhibit Carlson, Gregory, # 24 Exhibit Carney, Raymond, # 25 Exhibit Cavacini, Eugene, # 26 Exhibit Chapman, George, # 27 Exhibit Chapman, Richard, # 28 Exhibit Chase, Debra, # 29 Exhibit Cherveny, Eric, # 30 Exhibit Chunderlik, George, # 31 Exhibit Cochrane, Michael, # 32 Exhibit Cochrane, Patrick, # 33 Exhibit Coleman, Jolynn, # 34 Exhibit Daugherty, Patricia, # 35 Exhibit De Gutierrez-Mahoney, William, # 36 Exhibit Devlin, Frank, # 37 Exhibit DiBello, Michael, # 38 Exhibit Diebert, Jennifer, # 39 Exhibit Domzalski, Christopher, # 40 Exhibit Ducote, Chad, # 41 Exhibit Dugger, Terrence, # 42 Exhibit Durr, Walter, # 43 Exhibit Dymon, Chris, # 44 Exhibit Egilman, David Vol. I (expert), # 45 Exhibit Egilman, David Vol. II (expert), # 46 Exhibit Euson, George, # 47 Exhibit Forst, Christopher, # 48 Exhibit Frost, Keith, # 49 Exhibit Ganley, Joseph, # 50 Exhibit Garcia, Elizabeth, # 51 Exhibit George, Tomson, # 52 Exhibit Gerome, Donald, # 53 Exhibit Getzey-Hart, Janet, # 54 Exhibit Getzey-Hart, Janet 30(b)(6), # 55 Exhibit Gillies, John Vol. I, # 56 Exhibit Gillies, John Vol. II, # 57 Exhibit Gilson, Thomas 30(b)(6), # 58 Exhibit Greimel, Matthew (expert))Related document(s) 1975 , 1981 , 1978 , 1977 , 1976 , 1974 , 2173 .(Irpino, Anthony) (Entered: 12/19/2019) |
| 12/19/2019 | 3026 | Notice of Filing Unredacted and/or Less Redacted Deposition Transcripts *Part Two* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Hall, Emily, # 2 Exhibit Harbauer, Candace, # 3 Exhibit Harbauer, Kirk, # 4 Exhibit Harper, Karen, # 5 Exhibit Hartle, Nathan, # 6 Exhibit Hartle, Nathan 30(b)(6), # 7 Exhibit Hartman, Mark, # 8 Exhibit Hazewski, Edward, # 9 Exhibit Heiser, Randy, # 10 Exhibit Helfrich, Shauna, # 11 Exhibit Hiland, Susan, # 12 Exhibit Hiland, Susan 30(b)(6), # 13 Exhibit Hilliard, Gary, # 14 Exhibit Hinkle, Pamela, # 15 Exhibit Hinkle, Sherri, # 16 Exhibit Hodges, Debbie, # 17 Exhibit Jena, Anupam (expert), # 18 Exhibit Johnson, Miranda, # 19 Exhibit Justus, Shirlene, # 20 Exhibit Kaleta, Edward, # 21 Exhibit Keller, Lacey (expert), # 22 Exhibit Kessler, David Vol. II (expert), # 23 Exhibit Kinsey, Sandra (expert), # 24 Exhibit Kitlinski, Linda, # 25 Exhibit Kreutzer, Kevin, # 26 Exhibit Link, Ronald, # 27 Exhibit Little, Patsy, # 28 Exhibit Lortie, Brian 30(b)(6), # 29 Exhibit Lortie, Brian, # 30 Exhibit Macrides, Stephen, # 31 Exhibit Martin, Barbara, # 32 Exhibit May, David, # 33 Exhibit Mays, Stephen Vol. I, # 34 Exhibit Mays, Stephen Vol. II, # 35 Exhibit McCann, Craig (expert), # 36 Exhibit McClune, Robert, # 37 Exhibit Merritello, John, # 38 Exhibit Miller, Michael, # 39 Exhibit Millikan, Gary, # 40 |

|  |  |  |
|---|---|---|
|  |  | Exhibit Mills, Steven, # 41 Exhibit Millward, Joseph, # 42 Exhibit Mitchell, Kevin, # 43 Exhibit Moffatt, Thomas, # 44 Exhibit Mollica, Anthony, # 45 Exhibit Mortelliti, Henry John, # 46 Exhibit Munroe, Brian, # 47 Exhibit Nicastro, Mark, # 48 Exhibit Norris, Jennifer, # 49 Exhibit Norton, Tracey Vol. I, # 50 Exhibit Norton, Tracey Vol. II, # 51 Exhibit Novack, Sophia, # 52 Exhibit Oriente, Michael)Related document(s) 1981 , 1978 , 1982 , 1977 , 1979 , 2173 .(Irpino, Anthony) (Entered: 12/19/2019) |
| 12/19/2019 | 3027 | Notice of Filing Unredacted and/or Less Redacted Deposition Transcripts *Part Three [of three]* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Exhibit Palmer, Andrew, # 2 Exhibit Paonessa, Al, # 3 Exhibit Peacock, Jeffrey, # 4 Exhibit Perri, Matthew Vol. I (expert), # 5 Exhibit Perri, Matthew Vol. II (expert), # 6 Exhibit Peterson, Douglas, # 7 Exhibit Polster, Tasha, # 8 Exhibit Propatier, Amy, # 9 Exhibit Quintero, Gilberto, # 10 Exhibit Rafalski, James Vol. I (expert), # 11 Exhibit Rafalski, James Vol. II (expert), # 12 Exhibit Reed, Roxanne, # 13 Exhibit Ringgold, Larry, # 14 Exhibit Rogas, Matthew, # 15 Exhibit Romaine, Larry, # 16 Exhibit Rosenthal, Meredith Vol. I (expert), # 17 Exhibit Rosenthal, Meredith Vol. II (expert), # 18 Exhibit Schiavo, Craig, # 19 Exhibit Schoen, James, # 20 Exhibit Schoen, Thomas, # 21 Exhibit Snider, Blaine, # 22 Exhibit Solis, Sabrina, # 23 Exhibit Stahmann, Eric, # 24 Exhibit Steffanie-Oak, Tina, # 25 Exhibit Stevenson, George, # 26 Exhibit Stewart, Cathy, # 27 Exhibit Sullins, Ramona, # 28 Exhibit Swords, Rex, # 29 Exhibit Tejeda, Sergio, # 30 Exhibit Tomkiewicz, Joseph, # 31 Exhibit Tommasi, Eugene, # 32 Exhibit Tsipakis, James 30(b)(6), # 33 Exhibit Vanelli, Dean, # 34 Exhibit Vernazza, Mark, # 35 Exhibit Versosky, William, # 36 Exhibit Walker, Donald, # 37 Exhibit Walker, Lisa, # 38 Exhibit Whitelaw, Seth Vol. I (expert), # 39 Exhibit Whitelaw, Seth Vol. II (expert), # 40 Exhibit Williams, Patricia, # 41 Exhibit Wilson, Ellen, # 42 Exhibit Wood, Marian, # 43 Exhibit Zaccaro, Laurie, # 44 Exhibit Zimmerman, Christopher 30(b)(6), # 45 Exhibit Zimmerman, Christopher)Related document(s) 1983 , 1985 , 2177 , 1984 .(Irpino, Anthony) (Entered: 12/19/2019) |
| 12/20/2019 | 3028 | Unredacted Second Amended Corrected Complaint filed by City of Cleveland. Related document(s) 296 , 509 , 475 , 508 .(Weinberger, Peter) (Entered: 12/20/2019) |
| 12/20/2019 | 3029 | **Motion** for reconsideration *of the Court's Order Regarding Scope of Track One-B* filed by Pharmacy Defendants. Related document(s) 2976 . (Attachments: # 1 Exhibit Ex. 1 - E-mail from Special Master David R. Cohen to Counsel (Dec. 9, 2019), # 2 Exhibit Ex. 2 - Declaration of William F. Boyd, # 3 Exhibit Ex. 3 - Declaration of David Teague, # 4 Exhibit Ex. 4 - Declaration of Jon Arends, # 5 Exhibit Ex. 5 - Declaration of James Tsipakis, # 6 Exhibit Ex. 6 - Declaration of Keith Miller, # 7 Exhibit Ex. 7 - Declaration of Derek Jones)(Fumerton, Tara) (Entered: 12/20/2019) |
| 12/20/2019 | 3030 | **Answer** *and Statement of Defenses to the Corrected Joint and Third Amended Complaint filed by Cabell County Commission and the City of Huntington* filed by McKesson Corporation. (Hobart, Geoffrey) (Entered: 12/20/2019) |
| 12/20/2019 | 3031 | Corrected Unredacted Amended Complaint filed by Cleveland Bakers and Teamsters Health & Welfare Fund, Local Union No. 120 Pipe Fitters Insurance Fund. Related document(s) 635 .(Baig, Aelish) (Entered: 12/20/2019) |

| 12/20/2019 | 3032 | Corrected Unredacted Second Amended Complaint filed by County of Monroe. Related document(s) 298 , 522 , 519 .(Baig, Aelish) (Entered: 12/20/2019) |
|---|---|---|
| 12/23/2019 | 3033 | **Conditional Transfer Order (CTO 126)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 12/23/2019) |
| 12/23/2019 | 3034 | **Opposition** to 2986 **Motion** for leave *to file Fourth Amended Class Action Complaint (Defendants' Opposition To Plaintiffs' Motion To Further Amend Third Amended Complaint)* filed by Actavis LLC, Actavis Pharma, Inc., Allergan Finance LLC, Allergan PLC, AmerisourceBergen Drug Corporation, Anda, Inc., CVS Health Corporation, Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, H.D. Smith Wholesale Drug Co., Indivior, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Rite Aid Corporation, Rite Aid of Maryland, Inc., SpecGX LLC, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Walgreen Co., Walgreen Eastern Co., Inc., Walgreens Boots Alliance Inc., Walmart, Inc., Watson Laboratories, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Morris, Sean) (Entered: 12/23/2019) |
| 12/23/2019 | 3035 | **Motion** to dismiss filed by CVS Indiana, L.L.C., CVS RX Services, Inc., Giant Eagle, Inc., HBC Service Company, Rite Aid Headquarters Corporation, Rite Aid of Maryland, Inc., Rite Aid of Ohio, Inc., Walgreen Co., Walgreen Eastern Co., Inc., Walmart, Inc.. Related document(s) 2943 . (Attachments: # 1 Brief in Support, # 2 Exhibit A)(Delinsky, Eric) (Entered: 12/23/2019) |
| 12/23/2019 | 3036 | **Motion** to dismiss filed by CVS Indiana, L.L.C., CVS RX Services, Inc., Giant Eagle, Inc., HBC Service Company, Rite Aid Headquarters Corporation, Rite Aid of Maryland, Inc., Rite Aid of Ohio, Inc., Walgreen Co., Walgreen Eastern Co., Inc., Walmart, Inc.. Related document(s) 2944 . (Attachments: # 1 Brief in Support, # 2 Exhibit A)(Delinsky, Eric) (Entered: 12/23/2019) |
| 12/23/2019 | 3037 | **Answer** to 2943 Amended complaint, filed by CVS Indiana, L.L.C., CVS RX Services, Inc.. (Delinsky, Eric) (Entered: 12/23/2019) |
| 12/23/2019 | 3038 | **Answer** to 2944 Amended complaint, filed by CVS Indiana, L.L.C., CVS Pharmacy Inc., CVS RX Services, Inc., Ohio CVS Stores, LLC. (Delinsky, Eric) (Entered: 12/23/2019) |
| 12/23/2019 | 3039 | **Answer** to 2943 Amended complaint, filed by Walmart, Inc.. (Fumerton, Tara) (Entered: 12/23/2019) |
| 12/23/2019 | 3040 | **Answer** to 2944 Amended complaint, filed by Walmart, Inc.. (Fumerton, Tara) (Entered: 12/23/2019) |
| 12/23/2019 | 3041 | *Defendant HBC Service Company's* **Answer** to 2944 Amended complaint, filed by HBC Service Company. (Barnes, Robert) (Entered: 12/23/2019) |
| 12/23/2019 | 3042 | **Motion** to dismiss for lack of jurisdiction filed by Defendant Rite Aid Corporation. Related document(s) 2943 , 2944 . (Attachments: # 1 Brief in Support Rite Aid Corporation's Memorandum ISO Motion to Dismiss (Personal |

| | | |
|---|---|---|
| | | Jurisdiction) (Track 1B), # 2 Affidavit Declaration of Ron S. Chima ISO Motion to Dismiss)(Moore, Kelly) (Entered: 12/23/2019) |
| 12/23/2019 | 3043 | *Defendant HBC Service Company's* **Answer** to 2943 Amended complaint, filed by HBC Service Company. (Barnes, Robert) (Entered: 12/23/2019) |
| 12/23/2019 | 3044 | **Answer** to 2944 Amended complaint, *by Interlineation (Cuyahoga)* filed by Rite Aid of Maryland, Inc.. (Moore, Kelly) (Entered: 12/23/2019) |
| 12/23/2019 | 3045 | **Answer** to 2943 Amended complaint, *by Interlineation (Summit)* filed by Rite Aid of Maryland, Inc.. (Moore, Kelly) (Entered: 12/23/2019) |
| 12/23/2019 | 3046 | **Answer** to Complaint *by Interlineation* filed by Discount Drug Mart, Inc.. (Johnson, Timothy) (Entered: 12/23/2019) |
| 12/23/2019 | 3047 | **Answer** to 2944 Amended complaint, *by Interlineation* filed by Walgreen Co., Walgreen Eastern Co., Inc.. (Stoffelmayr, Kaspar) (Entered: 12/23/2019) |
| 12/23/2019 | 3048 | **Answer** to 2943 Amended complaint, *by Interlineation* filed by Walgreen Co., Walgreen Eastern Co., Inc.. (Stoffelmayr, Kaspar) (Entered: 12/23/2019) |
| 12/24/2019 | 3049 | **Motion** to clarify *Order Granting Plaintiffs' Motion to Sever* filed by CVS Indiana, L.L.C., CVS Pharmacy Inc., CVS RX Services, Inc., CVS Tennessee Distribution, LLC, Kroger Limited Partnership I, Kroger Limited Partnership II, Rite Aid of Maryland, Inc., Rite Aid of West Virginia, Inc., Walgreen Co., Walgreen Eastern Co., Inc., Walgreens Boots Alliance Inc., Walmart, Inc., West Virginia CVS Pharmacy, L.L.C.. Related document(s) 2990 . (Moore, Kelly) (Entered: 12/24/2019) |
| 12/24/2019 | 3050 | **Opposition** to 3029 **Motion** for reconsideration *of the Court's Order Regarding Scope of Track One-B [Plaintiffs' Opposition to the Pharmacy Defendants' Motion for Reconsideration of the Court's December 10, 2019 Order]* filed by Plaintiffs' Executive Committee. (Baig, Aelish) (Entered: 12/24/2019) |
| 12/24/2019 | 3051 | Joint Joint Stipulation of Designation of Remand Record filed by City of Chicago. (Attachments: # 1 Exhibit)(Singer, Linda) (Entered: 12/24/2019) |
| 12/26/2019 | 3052 | **Evidentiary Order** regarding Motions in Limine filed in the Track One cases. Judge Dan Aaron Polster on 12/26/2019. (W,CM) (Entered: 12/26/2019) |
| 12/26/2019 | 3053 | **Marginal Entry Order** denying Defendants CVS, HBC/Giant Eagle, Rite Aid, Walgreens, and Walmart Motion to Dismiss Third Amended Complaint and Amendment by Interlineation (Related Doc # 3035 ). Judge Dan Aaron Polster on 12/26/2019.(W,CM) (Entered: 12/26/2019) |
| 12/26/2019 | 3054 | **Marginal Entry Order** denying Defendants CVS, Discount Drug Mart, HBC/Giant Eagle, Rite Aid, Walgreens, and Walmart Motion to Dismiss Third Amended Complaint and Amendment by Interlineation (Related Doc # 3036 ). Judge Dan Aaron Polster on 12/26/2019. (W,CM) (Entered: 12/26/2019) |
| 12/27/2019 | 3055 | **Order** on Reconsideration Regarding Scope of Discovery in Track One-B. Related Doc # 3029 . Judge Dan Aaron Polster on 12/27/19.(P,R) (Entered: 12/27/2019) |
| 01/02/2020 | 3056 | **Reply** in support of 2986 **Motion** for leave *to file Fourth Amended Class Action Complaint* filed by Anthony Anderson, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Stephanie |

| | | |
|---|---|---|
| | | Howell, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. Walker. (Dann, Marc) (Entered: 01/02/2020) |
| 01/02/2020 | 3057 | Notice of Correction to Exhibit filed by R.C., Jodi Shaffer, W.E.. Related document(s) 1998 .(Stag, Michael) (Entered: 01/02/2020) |
| 01/02/2020 | | **Order** [non-document] - NAS Plaintiffs Motion for Leave to File Fourth Amended Class Action Complaint (Doc. #: 2986 ) is DENIED. In its September 17, 2019 non-document Order, the Court granted NAS Plaintiffs an extension of time to 12:00 PM, October 7, 2019, to file amended class action complaints. The Court further made it very clear that no further extensions of time will be granted on this issue. Thus, there is no doubt that NAS Plaintiffs request is untimely. NAS Plaintiffs do not even attempt to assert that there is good cause for their failure to make these amendments by the Courts deadline, and despite their assertions to the contrary, the Court agrees with Defendants Opposition (Doc. #: 3034 ) that the proposed amendments would prejudice Defendants. Judge Dan Aaron Polster on 1/2/20.(P,R) (Entered: 01/02/2020) |
| 01/03/2020 | | **Order** [non-document] - Pharmacy Defendants' Motion for Clarification (Doc. #: 3049 ) is GRANTED. Plaintiffs may not proceed in the Track 2 cases with discovery against any severed defendants. As stated in other orders (e.g. Doc. ##: 2976 and 3055 ), global discovery against the Pharmacy Defendants, including discovery of transactional data involving West Virginia, will proceed before this Court in Track 1B. Judge Dan Aaron Polster on 1/3/20.(P,R) (Entered: 01/03/2020) |
| 01/03/2020 | 3058 | **Nunc Pro Tunc Evidentiary Order**. (Related Doc. No. 3052 ) Judge Dan Aaron Polster on 1/3/20. (P,R) (Entered: 01/03/2020) |
| 01/06/2020 | 3059 | **Suggestions of Remand**. Judge Dan Aaron Polster on 1/6/20. (P,R) (Entered: 01/06/2020) |
| 01/06/2020 | 3060 | **Conditional Transfer Order (CTO 127)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R). (Entered: 01/06/2020) |
| 01/06/2020 | 3061 | **Conditional Transfer Order (CTO 128)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 01/06/2020) |
| 01/06/2020 | 3062 | Consent **Motion** for leave to exceed page limitations *of Plaintiffs NAS Opioids Memorandum in Support of Motion for Class Certification* filed by Anthony Anderson, Jennifer Artz, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. Walker. (Dann, Marc) (Entered: 01/06/2020) |
| 01/06/2020 | 3063 | Consent **Motion** for leave to exceed page limitations */Corrected Motion for leave to exceed page limitations of Plaintiffs NAS Opioids Memorandum in Support of Motion for Class Certification* filed by Anthony Anderson, Jennifer Artz, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. Walker. (Dann, Marc) (Entered: 01/06/2020) |

| 01/06/2020 | 3064 | **Third party complaint** against John and Jane Does. Filed by CVS Pharmacy Inc., Giant Eagle, Inc., HBC Service Company, Ohio CVS Stores, LLC, Rite Aid of Ohio, Inc., Walgreen Co., Inc., Walgreen Eastern Co., Inc., Walmart, Inc.. (Stoffelmayr, Kaspar) (Entered: 01/06/2020) |
|---|---|---|
| 01/06/2020 | 3065 | **Third party complaint** against John and Jane Does. Filed by CVS Pharmacy Inc., Discount Drug Mart, Inc., Giant Eagle, Inc., HBC Service Company, Ohio CVS Stores, LLC, Rite Aid of Ohio, Inc., Walgreen Co., Walgreen Eastern Co., Inc., Walmart, Inc.. (Stoffelmayr, Kaspar) (Entered: 01/06/2020) |
| 01/07/2020 | | **Order** [non-document] denying as moot NAS Plaintiffs' consent Motion to exceed page limitations (Related Doc # 3062 ); granting NAS Plaintiffs' Consent Motion to exceed page limitations (Related Doc # 3063 ). Memorandum shall not exceed 70 pages. Judge Dan Aaron Polster on 1/7/20.(P,R) (Entered: 01/07/2020) |
| 01/07/2020 | 3066 | **Motion** for class certification filed by Anthony Anderson, Jennifer Artz, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. Walker. (Attachments: # 1 Brief in Support, # 2 Appendix A, # 3 Proposed Order)(Dann, Marc) (Entered: 01/07/2020) |
| 01/07/2020 | 3067 | Affidavit/Declaration *of Marc E. Dann in Support of NAS Guardians Consolidated Motion for Class Certification* filed by Anthony Anderson, Jennifer Artz, Melissa Barnwell, Haden Travis Blankenship, Darren Flanagan, Elena Flanagan, Michelle Frost, Jacqueline Ramirez, Roman Ramirez, Virginia Salmons, Walter Salmons, David S. Walker, Sharon A. Walker. Related document(s) 3066 . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Dann, Marc) (Entered: 01/07/2020) |
| 01/07/2020 | 3068 | **SEALED Document:***Declaration of Marc E. Dann* filed by Melissa Barnwell, Michelle Frost, Stephanie Howell, Jacqueline Ramirez, Roman Ramirez. Related document(s) 441 , 3066 . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Dann, Marc) (Entered: 01/07/2020) |
| 01/07/2020 | 3069 | Second Amended Notice of Proper Waiver of Service Request and Designated Recipient(s) filed by Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Generics Bidco I, LLC, Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc.. (Attachments: # 1 Exhibit A)Related document(s) 311 .(Morris, Sean) (Entered: 01/07/2020) |
| 01/08/2020 | 3070 | **Motion** to compel discovery *re: Limited Additional Data from the Ohio Board of Pharmacy's OARRS Database* filed by Defendant Walgreen Co.. (Stoffelmayr, Kaspar) (Entered: 01/08/2020) |
| 01/08/2020 | 3071 | Report of Special Master *REVISED Discovery Ruling no. 14, Part 10 Regarding H.D. Smith Privilege Claims* filed by David Rosenblum Cohen. Related document(s) 2981 , 2968 . (Cohen, David) (Entered: 01/08/2020) |
| 01/10/2020 | 3072 | **Notice** by Courtney L. Stidham to withdraw as attorney filed by MAO-MSO Recovery II, LLC, MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC. (Stidham, Courtney) Modified on 1/15/2020 (P,R). (Entered: 01/10/2020) |

| | | |
|---|---|---|
| 01/10/2020 | 3073 | Request for Entry of Proposed Rule 23(c)(1)(B) Negotiation Class Membership Order filed by Interim Co-Lead Class Counsel for the Proposed Negotiation Class. (Attachments: # 1 Exhibit Supplemental Declaration of Cameron R. Azari, # 2 Exhibit A - No Exclusions Requested, # 3 Exhibit B - Rescission List, # 4 Exhibit C - Exclusion Requested as of 11/22/2019, # 5 Exhibit D - Exclusion Requested after 11/22/2019, # 6 Proposed Order)Related document(s) 2959 .(Seeger, Christopher) (Entered: 01/10/2020) |
| 01/13/2020 | 3074 | **Motion** to strike *or Sever Pharmacy Defendants' Third Party Complaint* filed by Plaintiff Plaintiffs' Lead Counsel. Related document(s) 3064 , 3065 . (Weinberger, Peter) (Entered: 01/13/2020) |
| 01/13/2020 | 3075 | NOTICE OF FILING CORRECTED PROPOSED RULE 23(c)(1)(B) NEGOTIATION CLASS MEMBERSHIP ORDER filed by Interim Co-Lead Class Counsel for the Proposed Negotiation Class. (Attachments: # 1 Proposed Order CORRECTED PROPOSED ORDER)Related document(s) 3073 .(Seeger, Christopher) (Entered: 01/13/2020) |
| 01/13/2020 | 3076 | *First Amended* **Answer** to Complaint *2943 Amended complaint, by Interlineation (Summit)* filed by Rite Aid of Maryland, Inc.. (Moore, Kelly) (Entered: 01/13/2020) |
| 01/13/2020 | 3077 | *First Amended* **Answer** to Complaint *2944 Amended complaint, by Interlineation (Cuyahoga)* filed by Rite Aid of Maryland, Inc.. (Moore, Kelly) (Entered: 01/13/2020) |
| 01/14/2020 | 3078 | **Conditional Transfer Order (CTO 129)** by the Judicial Panel on Multidistrict Litigation transferring the listed cases to the Northern District of Ohio. (P,R) (Entered: 01/14/2020) |
| 01/14/2020 | 3079 | **Conditional Remand Order** by the Judicial Panel on Multidistrict Litigation remanding cases to the Southern District of West Virginia. (P,R) (Entered: 01/14/2020) |
| 01/14/2020 | 3080 | Report of Special Master *Order Regarding 2013-14 ARCOS Data* filed by David Rosenblum Cohen. (Cohen, David) (Entered: 01/14/2020) |
| 01/15/2020 | 3081 | Attorney Appearance by Matthew R. McCarley filed by on behalf of Howard County, Maryland. (McCarley, Matthew) (Entered: 01/15/2020) |
| 01/16/2020 | 3082 | Proposed Order *(Amended Stipulated Dismissal)* filed by Cuyahoga County and Summit County. (Gallucci, Frank) (P,R). (Entered: 01/16/2020) |
| 01/16/2020 | 3083 | Proposed Order *(Amended Stipulated Dismissal)* filed by Cuyahoga County and Summit County. (Gallucci, Frank) (P,R). (Entered: 01/16/2020) |
| 01/17/2020 | 3084 | **Motion** to stay *Certain Discovery Until Final Resolution of Pharmacy Defendants' Mandamus Petition (Expedited)* filed by Defendant Walmart, Inc.. Related document(s) 2976 , 3055 . (Attachments: # 1 Exhibit Ex. 1 - Petition for Writ of Mandamus)(Fumerton, Tara) (Entered: 01/17/2020) |
| 01/17/2020 | 3085 | Notice of Fifth Amended Bankruptcy Court Order *Regarding Injunction Against Continuation Of These Proceedings As To Related Parties To Debtor Purdue Pharma L.P. And Affiliated Debtors* filed by Beacon Company, Ilene Sackler Lefcourt, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., |

| | | |
|---|---|---|
| | | David Sackler, Johnathan Sackler, Kathe Sackler, Mortimer D.A. Sackler, Richard Sackler, Theresa Sackler. (Attachments: # 1 Exhibit)(Parsell, Stuart) (Entered: 01/17/2020) |
| 01/17/2020 | 3086 | **Order** Amending 10/21/19 Dismissal Order. Judge Dan Aaron Polster on 1/17/20. (P,R) (Entered: 01/17/2020) |
| 01/17/2020 | 3087 | **Amended Stipulated Dismissal Order** as to Anda, Inc. Teva, Actavis and Cephalon defendants. Judge Dan Aaron Polster on 1/17/20. (P,R) (Entered: 01/17/2020) |
| 01/17/2020 | 3088 | Amended Notice of Fifth Amended Bankruptcy Court Order *Granting Injunction Against Continuation of Proceedings As To Related Parties To Debtor Purdue Pharma L.P. And Affiliated Debtors* filed by Beacon Company, Ilene Sackler Lefcourt, Rosebay Medical Company L.P., Rosebay Medical Company, Inc., David Sackler, Johnathan Sackler, Kathe Sackler, Mortimer D.A. Sackler, Richard Sackler, Theresa Sackler. (Attachments: # 1 Exhibit)(Parsell, Stuart) (Entered: 01/17/2020) |
| 01/21/2020 | 3089 | **Order** denying Pharmacy Defendants' Motion to Stay (Related Doc # 3084 ). Judge Dan Aaron Polster on 1/21/20.(P,R) (Entered: 01/21/2020) |
| 01/21/2020 | 3090 | Joint **Motion** for Entry of Consent Order to Address Privilege Issues Relating to Certain CVS Documents filed by Plaintiff Plaintiffs' Executive Committee. (Attachments: # 1 Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Irpino, Anthony) (Entered: 01/21/2020) |
| 01/22/2020 | 3091 | **Order** granting Joint Motion for Entry of Consent Order to Address Privilege Issues Relating to Certain CVS Documents (Related Doc # 3090 ). Judge Dan Aaron Polster on 1/22/20. (Attachments: # 1 Exhibit A - AGI Documents Chart, # 2 Exhibit B - AGI Documents Chart, # 3 Exhibit C - AGI Documents Chart, # 4 Exhibit D - AGI Documents Chart)(P,R) (Entered: 01/22/2020) |