

**Transferred case has been opened**
ohndecf   to: InterdistrictTransfer_WVSD                       12/13/2017 02:31 PM

From:   ohndecf@ohnd.uscourts.gov
To:     InterdistrictTransfer_WVSD@wvsd.uscourts.gov

```
CASE: 3:17-cv-01362

DETAILS: Case transferred from West Virginia Southern
has been opened in Northern District of Ohio
as case 1:17-oe-45054, filed 12/13/2017.
```