

**Transferred case has been opened**
ohndecf   to: InterdistrictTransfer_WVSD                               12/13/2017 02:41 PM

```
CASE: 3:17-cv-01362

DETAILS: Case transferred from West Virginia Southern
has been opened in Northern District of Ohio
as case 1:17-op-45054, filed 12/13/2017.
```