**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

Southern District of West Virginia

## Notice of Electronic Filing

The following transaction was entered on 12/13/2017 at 3:09 PM EST and filed on 12/13/2017
**Case Name:** The City of Huntington v. AmerisourceBergen Drug Corporation et al
**Case Number:**   3:17-cv-01362
**Filer:**
**WARNING: CASE CLOSED on 12/12/2017**
**Document Number:** 47

**Docket Text:**
**CORRECTED CONFIRMATION from Northern District of Ohio that the case has been opened in that district as 1:17-op-45054, filed 12/13/2017. (kp)**


**3:17-cv-01362 Notice has been electronically mailed to:**

A. L. Emch    aemch@jacksonkelly.com, BBowling@jacksonkelly.com, lcolston@jacksonkelly.com

Adam J. Schwendeman    aschwendeman@jacksonkelly.com, lcolston@jacksonkelly.com

Charles R. Webb    rusty@rustywebb.com, lisastaup@rustywebb.com

Enu Mainigi    emainigi@wc.com

Eric W. Sitarchuk    esitarchuk@morganlewis.com

F. Lane Heard , III    lheard@wc.com, LMullins@wc.com

Geoffrey Edward Hobart    ghobart@cov.com

Jason L. Holliday    jholliday@flahertylegal.com, sspringsteen@flahertylegal.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com, sspringsteen@flahertylegal.com

Matthew Michael Benov     mbenov@cov.com

Meredith S. Auten     meredith.auten@morganlewis.com, adina.bingham@morganlewis.com, barbara.robinson@morganlewis.com, lauren.cordrey@morganlewis.com, phcalendardepartment@morganlewis.com

Robert H. Akers     rakers@tcspllc.com, bmaxwell@tcspllc.com

Shannon E. McClure     smcclure@reedsmith.com, srocchino@reedsmith.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com, epistilli@wc.com

Susan M. Robinson     srobinson@tcspllc.com, bmaxwell@tcspllc.com

**3:17-cv-01362 Notice has been delivered by other means to:**

Joseph F. Rice
NELSON MOTLEY LOADHOLT RICHARDSON & POOLE
P. O. Box 365
Barnwell, SC 29812-0325

Robert A. Nicholas
REED SMTIH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=12/13/2017] [FileNumber=7652283-0] [35e79501cf9b8c2aad6d00120ee61cdf745fd1edb8b5c676be52eb7c21815c82ff 3ecd89fa714077a6c3a3f0743030dc5837b1f24f9843f72ff03679e6d1c80b]]