**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

Southern District of West Virginia

## Notice of Electronic Filing

The following transaction was entered on 1/14/2020 at 10:46 AM EST and filed on 1/14/2020
**Case Name:**         The City of Huntington v. AmerisourceBergen Drug Corporation et al
**Case Number:**       3:17-cv-01362
**Filer:**
**WARNING: CASE CLOSED on 12/12/2017**
**Document Number:** 48

**Docket Text:**
**CONDITIONAL REMAND ORDER, JUDICIAL PANEL ON MDL: coordinated or consolidated pretrial proceedings in this action on this conditional remand order have been completed and remand to the transferor court, as provided in 28 U.S.C. � 1407(a), is appropriate; this action is remanded to the transferor court; the parties are directed to furnish the Clerk of the SDWV with a stipulation or designation of the contents of the record to be remanded. (kew) (cc: attys)**

**3:17-cv-01362 Notice has been electronically mailed to:**

A. L. Emch     aemch@jacksonkelly.com, BBowling@jacksonkelly.com, lcolston@jacksonkelly.com

Adam J. Schwendeman     schwendeman@theisenbrock.com, beckett@theisenbrock.com

Charles R. Webb     rusty@rustywebb.com, lisastaup@rustywebb.com

Enu Mainigi     emainigi@wc.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

F. Lane Heard , III     lheard@wc.com, LMullins@wc.com

Geoffrey Edward Hobart     ghobart@cov.com

Jason L. Holliday    jholliday@flahertylegal.com, sspringsteen@flahertylegal.com

Jeffrey M. Wakefield    jwakefield@fsblaw.com, sspringsteen@flahertylegal.com

Matthew Michael Benov    mbenov@cov.com

Meredith S. Auten    meredith.auten@morganlewis.com, adina.bingham@morganlewis.com, barbara.robinson@morganlewis.com, lauren.cordrey@morganlewis.com, phcalendardepartment@morganlewis.com

Robert H. Akers    rakers@tcspllc.com, bmaxwell@tcspllc.com

Shannon E. McClure    smcclure@reedsmith.com, srocchino@reedsmith.com

Steven M. Pyser    spyser@wc.com, emurphy@wc.com, epistilli@wc.com

Susan M. Robinson    srobinson@tcspllc.com, bmaxwell@tcspllc.com, rdavis@tcspllc.com, snelson@tcspllc.com, vwolfe@tcspllc.com

**3:17-cv-01362 Notice has been delivered by other means to:**

Joseph F. Rice
NELSON MOTLEY LOADHOLT RICHARDSON & POOLE
P. O. Box 365
Barnwell, SC 29812-0325

Robert A. Nicholas
REED SMTIH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/14/2020] [FileNumber=9698008-0
] [2d437bbe3b6e6c8cf75e0126ccbf8d55c2946ac8b1a046ec4396dd7a0fff7c73278
85c646ffa01dc80d4baa23e4976f54d843cd54fddf6de0d99c4682a357944]]