```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                              CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                                CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

## ORDER

On January 14, 2020, a Conditional Remand Order was filed herein indicating that these cases were remanded to this court from the Northern District of Ohio, MDL 2804.

On or before January 29, 2020, the parties are hereby **ORDERED** to confer and to file in these cases all documents from MDL 2804 that the parties jointly deem relevant to constitute an appropriate record for these cases.  When filing the documents from MDL 2804, the parties are directed to use the CM/ECF event entitled "*Reference OHND MDL 1:17-md-02804*" (available under

*Civil > Court Events > OHND MDL 1:17-md-02804*). The main document for each entry shall be the Joint Designation for the entry from the Ohio Northern District MDL and the "Attachment" should be each individual document for that docket entry. The description for each Attachment should closely match the description from the Ohio Northern District MDL docket.

The parties are advised that while the dockets of the individual cases will transfer to the Southern District of West Virginia, all pending motions have been terminated. Any motions requiring a ruling by this court should be filed anew.

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 15th day of January, 2020.

ENTER:

David A. Faber
Senior United States District Judge