**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### Southern District of West Virginia

### Notice of Electronic Filing

The following transaction was entered by Kearse, Anne on 1/22/2020 at 11:25 AM EST and filed on 1/22/2020

**Case Name:**        The City of Huntington v. AmerisourceBergen Drug Corporation et al
**Case Number:**      [3:17-cv-01362](#)
**Filer:**            The City of Huntington
**WARNING: CASE CLOSED on 12/12/2017**
**Document Number:** [51](#)

**Docket Text:**
**MOTION by The City of Huntington Plaintiffs' Request for NonJury Trial (Kearse, Anne)**

**3:17-cv-01362 Notice has been electronically mailed to:**

A. L. Emch     aemch@jacksonkelly.com, BBowling@jacksonkelly.com, lcolston@jacksonkelly.com

Adam J. Schwendeman     schwendeman@theisenbrock.com, beckett@theisenbrock.com

Anne McGinness Kearse     akearse@motleyrice.com

Charles R. Webb     rusty@rustywebb.com, lisastaup@rustywebb.com

Enu Mainigi     emainigi@wc.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

F. Lane Heard , III     lheard@wc.com, LMullins@wc.com

Geoffrey Edward Hobart     ghobart@cov.com

Jason L. Holliday     jholliday@flahertylegal.com, sspringsteen@flahertylegal.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com, sspringsteen@flahertylegal.com

Matthew Michael Benov     mbenov@cov.com

Meredith S. Auten     meredith.auten@morganlewis.com, adina.bingham@morganlewis.com, barbara.robinson@morganlewis.com, lauren.cordrey@morganlewis.com, phcalendardepartment@morganlewis.com

Robert H. Akers     rakers@tcspllc.com, bmaxwell@tcspllc.com

Shannon E. McClure     smcclure@reedsmith.com, srocchino@reedsmith.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com, epistilli@wc.com

Susan M. Robinson     srobinson@tcspllc.com, bmaxwell@tcspllc.com, rdavis@tcspllc.com, snelson@tcspllc.com, vwolfe@tcspllc.com

**3:17-cv-01362 Notice has been delivered by other means to:**

Joseph F. Rice
NELSON MOTLEY LOADHOLT RICHARDSON & POOLE
P. O. Box 365
Barnwell, SC 29812-0325

Robert A. Nicholas
REED SMTIH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/22/2020] [FileNumber=9703714-0
] [3eefda21a8d8aa32ab3ba4b449926d74af57b4130e8486be612f7472551560cdb14
43ba405ccdd120ea90cf2b323db36af644f29d5de2d4270dd8ce31fe16588]]