**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

Southern District of West Virginia

### Notice of Electronic Filing

The following transaction was entered by Callas, Gretchen on 1/23/2020 at 4:31 PM EST and filed on 1/23/2020

**Case Name:**     The City of Huntington v. AmerisourceBergen Drug Corporation et al
**Case Number:**   3:17-cv-01362
**Filer:**         AmerisourceBergen Drug Corporation
**WARNING: CASE CLOSED on 12/12/2017**
**Document Number:** 52

**Docket Text:**
**NOTICE OF CHANGE OF ATTORNEY INFORMATION by Gretchen M. Callas substituting within-firm representation for Adam J. Schwendeman on behalf of AmerisourceBergen Drug Corporation. (Callas, Gretchen)**

**3:17-cv-01362 Notice has been electronically mailed to:**

A. L. Emch     aemch@jacksonkelly.com, BBowling@jacksonkelly.com, lcolston@jacksonkelly.com

Adam J. Schwendeman     schwendeman@theisenbrock.com, beckett@theisenbrock.com

Anne McGinness Kearse     akearse@motleyrice.com

Charles R. Webb     rusty@rustywebb.com, lisastaup@rustywebb.com

Enu Mainigi     emainigi@wc.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

F. Lane Heard , III     lheard@wc.com, LMullins@wc.com

Geoffrey Edward Hobart    ghobart@cov.com

Gretchen M. Callas    gcallas@jacksonkelly.com, bbowling@jacksonkelly.com, brenda.flesher@jacksonkelly.com, lcolston@jacksonkelly.com

Jason L. Holliday    jholliday@flahertylegal.com, sspringsteen@flahertylegal.com

Jeffrey M. Wakefield    jwakefield@fsblaw.com, sspringsteen@flahertylegal.com

Matthew Michael Benov    mbenov@cov.com

Meredith S. Auten    meredith.auten@morganlewis.com, adina.bingham@morganlewis.com, barbara.robinson@morganlewis.com, lauren.cordrey@morganlewis.com, phcalendardepartment@morganlewis.com

Robert H. Akers    rakers@tcspllc.com, bmaxwell@tcspllc.com

Shannon E. McClure    smcclure@reedsmith.com, srocchino@reedsmith.com

Steven M. Pyser    spyser@wc.com, emurphy@wc.com, epistilli@wc.com

Susan M. Robinson    srobinson@tcspllc.com, bmaxwell@tcspllc.com, rdavis@tcspllc.com, snelson@tcspllc.com, vwolfe@tcspllc.com

**3:17-cv-01362 Notice has been delivered by other means to:**

Joseph F. Rice
NELSON MOTLEY LOADHOLT RICHARDSON & POOLE
P. O. Box 365
Barnwell, SC 29812-0325

Robert A. Nicholas
REED SMTIH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/23/2020] [FileNumber=9705280-0
] [a419c4d1f7675f0d4713a660a770251bc69bc8728d1f975a73dd54fbf20de68e9d7
ba5ae91c647979b9931b7ae7d2d68e7b242305d64f5829f04bc5da2455e86]]