**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### Southern District of West Virginia

### Notice of Electronic Filing

The following transaction was entered by Kearse, Anne on 1/24/2020 at 9:22 AM EST and filed on 1/24/2020

**Case Name:**        The City of Huntington v. AmerisourceBergen Drug Corporation et al
**Case Number:**      3:17-cv-01362
**Filer:**            The City of Huntington
**WARNING: CASE CLOSED on 12/12/2017**
**Document Number:** 54

**Docket Text:**
**MOTION by The City of Huntington to Compel Cardinal Health to identify custodians, provide dates for depositions, and respond in full to plaintiffs' combined discovery requests, MOTION by The City of Huntington for Discovery (Attachments: # (1) Plts' MTC_Ex. A_2019.12.02 MFuller (Plts) to CAH re CT2 Custodians Deponents, DR22 Status, # (2) Plts' MTC_Ex. B_2019.12.13 NWadhwani (CAH) to Plts_Resp. re CT2 discovery and DR22 productions, # (3) Plts' MTC_Ex. C_2019.11.20 CAH objs & resps to CT2 Plts' first comb discovery requests, # (4) Plts' MTC_Ex. D_2019.12.06 MFuller to CAH_CT2 Response Deficiencies, # (5) Plts' MTC_Ex. E_2019.12.08 PFarrell to Big 3 re Deficient Responses to 1st Comb Disc Reqs)(Kearse, Anne)**

**3:17-cv-01362 Notice has been electronically mailed to:**

A. L. Emch     aemch@jacksonkelly.com, BBowling@jacksonkelly.com, lcolston@jacksonkelly.com

Adam J. Schwendeman     schwendeman@theisenbrock.com, beckett@theisenbrock.com

Anne McGinness Kearse     akearse@motleyrice.com

Charles R. Webb     rusty@rustywebb.com, lisastaup@rustywebb.com

Enu Mainigi     emainigi@wc.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

F. Lane Heard , III     lheard@wc.com, LMullins@wc.com

Geoffrey Edward Hobart     ghobart@cov.com

Gretchen M. Callas     gcallas@jacksonkelly.com, bbowling@jacksonkelly.com, brenda.flesher@jacksonkelly.com, lcolston@jacksonkelly.com

Jason L. Holliday     jholliday@flahertylegal.com, sspringsteen@flahertylegal.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com, sspringsteen@flahertylegal.com

Matthew Michael Benov     mbenov@cov.com

Meredith S. Auten     meredith.auten@morganlewis.com, adina.bingham@morganlewis.com, barbara.robinson@morganlewis.com, lauren.cordrey@morganlewis.com, phcalendardepartment@morganlewis.com

Robert H. Akers     rakers@tcspllc.com, bmaxwell@tcspllc.com

Shannon E. McClure     smcclure@reedsmith.com, srocchino@reedsmith.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com, epistilli@wc.com

Susan M. Robinson     srobinson@tcspllc.com, bmaxwell@tcspllc.com, rdavis@tcspllc.com, snelson@tcspllc.com, vwolfe@tcspllc.com

**3:17-cv-01362 Notice has been delivered by other means to:**

Joseph F. Rice
NELSON MOTLEY LOADHOLT RICHARDSON & POOLE
P. O. Box 365
Barnwell, SC 29812-0325

Robert A. Nicholas
REED SMTIH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/24/2020] [FileNumber=9705482-0
] [17b5fa8c1e7eda0b516354f4184e558e8ff3ec206b0507bbc3261b09ab2d1960c03
b038dd5d2171483f19ced6e8999e76f8244ca6ecbf08193c3ec35c64ae859]]
**Document description:** Plts' MTC_Ex. A_2019.12.02 MFuller (Plts) to CAH re CT2 Custodians Deponents, DR22 Status
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/24/2020] [FileNumber=9705482-1
] [1e15192a82adf67dc62d6f53cc4e37e3812317ba9a28e45b11bb3695be88b4d24e2
a5500b246dc4c016fd2de55da98834614f03c945ed5c75ea0a7bff34bc65c]]
**Document description:** Plts' MTC_Ex. B_2019.12.13 NWadhwani (CAH) to Plts_Resp. re CT2 discovery and DR22 productions
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/24/2020] [FileNumber=9705482-2
] [0f454e422432376aa288fd58ddaa831e2e2c414b96a8ceb919d8e5d85782181c46b
13c8bc78b81e77ebbacbf9b204d27c1131697ebaba552430ed983f6872dc2]]
**Document description:** Plts' MTC_Ex. C_2019.11.20 CAH objs & resps to CT2 Plts' first comb discovery requests

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/24/2020] [FileNumber=9705482-3
] [4b8c6a67e2086700aedd60d192e59f674a2043f4b1891030db10389dcf1f17ad542
b31c29b968f20697789945dda4b2041f7b332de7fc6f51dac159490409ce1]]
**Document description:** Plts' MTC_Ex. D_2019.12.06 MFuller to CAH_CT2 Response Deficiencies
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/24/2020] [FileNumber=9705482-4
] [ade27b6543aec1dd9c28459652f244c6fda32555ea5b589602e520ca77252c4a085
ff63e9a5e19e5ab5a39e0778d8ae0e158a4460c62711c84f93eea31fe701a]]
**Document description:** Plts' MTC_Ex. E_2019.12.08 PFarrell to Big 3 re Deficient Responses to 1st Comb Disc Reqs
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/24/2020] [FileNumber=9705482-5
] [5c1753153c35a0c5fd9c6cfc6602cae9b1b79c62cfa03735bfef56e09d9a6317dd8
9ca5e4d5b56a94c86d8105c6aa1a5b5362b56ca8b6ca9203e1cf08aa9d6fd]]