**From:** The West Virginia State Bar <support@wvbar.org>
**Sent:** Friday, January 24, 2020 1:16 PM
**To:** Flahive Wu, Laura <lflahivewu@cov.com>
**Subject:** Receipt - Pro Hac Vice - Case Payment -

[EXTERNAL]



Thank you for submitting your information. Please save a copy of this message as your receipt.
You will be contacted if further information is needed.

Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted.

The West Virginia State Bar is in receipt of your motion to admit counsel pro hac vice.

The West Virginia State Bar's Unlawful Practice of Law Committee wants to ensure that the sponsoring attorney is aware of the requirements and responsibilities that he or she has when serving in this capacity. At the request of that Committee, I have attached a copy of Rule 8.0 of the Rules for Admission to the Practice of Law and a copy of the Unlawful Practice of Law Committee's Advisory Opinion 2010-001, which provides the Committee's directives to both the local attorney and the attorney seeking admission pro hac vice regarding the obligations that each of those attorneys have in their respective capacities. Please review these requirements. The Committee also directs that you provide this information to visiting counsel, and ensure that he or she is familiar with the requirements contained therein.

Please find additional info in these 2 files:
https://www.mywvbar.org/sites/default/files/emails/Rule8.pdf
https://www.mywvbar.org/sites/default/files/emails/AO%202010-001.pdf

For more information please contact PHV@wvbar.org

To view your submission status go to: https://www.mywvbar.org/phv-

[case-list](case-list)

Please print this confirmation for your records.

| Payment Information | | | |
|---|---|---|---|
| Item | Qty | Each | Total |
| Number of Out-Of-State Lawyers | 2 | $ 358.00 | $ 716.00 |

Total Amount: $ 716.00

Date: January 24th, 2020 1:16 PM

Transaction #: 62151620008

**Name:**

**WVBar ID:**

**PHV Case Information**

Civil Action Number: 3:17-cv-1362

Email: lflahivewu@cov.com

**Billing Name and Address**

Jeffrey M. Wakefield
Jeffrey M. Wakefield
1803 Rosewood Rd.
Charleston, WV 25314

lflahivewu@cov.com

**Credit Card Information**

MasterCard
************9361
Expires: August 2020