**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**Southern District of West Virginia**

**Notice of Electronic Filing**

The following transaction was entered by Wakefield, Jeffrey on 1/24/2020 at 1:48 PM EST and filed on 1/24/2020

**Case Name:**   The City of Huntington v. AmerisourceBergen Drug Corporation et al
**Case Number:**   3:17-cv-01362
**Filer:**   McKesson Corporation
**WARNING: CASE CLOSED on 12/12/2017**
**Document Number:** 55

**Docket Text:**
**STATEMENT OF VISITING ATTORNEY from Laura Flahive Wu on behalf of McKesson Corporation. Local counsel: Jeffrey M. Wakefield. Fee $50.00. Receipt # AWVSDC-7523110. (Attachments: # (1) Exhibit Receipt from WV State Bar)(Wakefield, Jeffrey)**


**3:17-cv-01362 Notice has been electronically mailed to:**

A. L. Emch     aemch@jacksonkelly.com, BBowling@jacksonkelly.com, lcolston@jacksonkelly.com

Anne McGinness Kearse     akearse@motleyrice.com

Charles R. Webb     rusty@rustywebb.com, lisastaup@rustywebb.com

Enu Mainigi     emainigi@wc.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

F. Lane Heard , III     lheard@wc.com, LMullins@wc.com

Geoffrey Edward Hobart     ghobart@cov.com

Gretchen M. Callas     gcallas@jacksonkelly.com, bbowling@jacksonkelly.com, brenda.flesher@jacksonkelly.com, lcolston@jacksonkelly.com

Jason L. Holliday     jholliday@flahertylegal.com, sspringsteen@flahertylegal.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com, sspringsteen@flahertylegal.com

Matthew Michael Benov     mbenov@cov.com

Meredith S. Auten     meredith.auten@morganlewis.com, adina.bingham@morganlewis.com, barbara.robinson@morganlewis.com, lauren.cordrey@morganlewis.com, phcalendardepartment@morganlewis.com

Robert H. Akers     rakers@tcspllc.com, bmaxwell@tcspllc.com

Shannon E. McClure     smcclure@reedsmith.com, srocchino@reedsmith.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com, epistilli@wc.com

Susan M. Robinson     srobinson@tcspllc.com, bmaxwell@tcspllc.com, rdavis@tcspllc.com, snelson@tcspllc.com, vwolfe@tcspllc.com

**3:17-cv-01362 Notice has been delivered by other means to:**

Joseph F. Rice
NELSON MOTLEY LOADHOLT RICHARDSON & POOLE
P. O. Box 365
Barnwell, SC 29812-0325

Robert A. Nicholas
REED SMTIH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/24/2020] [FileNumber=9706081-0
] [58a0647655560f747d50de4e501d8ae5967e9363ac72b2d8339cf8a4bf0561d4983
7890add84c9b7bab589ce2e6c4840db3a277fd17a357ae57ce54f2c74f3ca]]
**Document description:**Exhibit Receipt from WV State Bar
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/24/2020] [FileNumber=9706081-1
] [361673b69243e11f2e097e820b46073de35370dad2a9503e3feaf0b16f3ec310be4
76b9b41c8ed54918bfcf06e0e04f086dc9239ad7c25c13c223b54ec1c99b1]]