**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**Southern District of West Virginia**

### Notice of Electronic Filing

The following transaction was entered by Wakefield, Jeffrey on 1/24/2020 at 1:52 PM EST and filed on 1/24/2020

**Case Name:**   The City of Huntington v. AmerisourceBergen Drug Corporation et al
**Case Number:**   3:17-cv-01362
**Filer:**   McKesson Corporation
**WARNING: CASE CLOSED on 12/12/2017**
**Document Number:** 56

**Docket Text:**
**STATEMENT OF VISITING ATTORNEY from Mark H. Lynch on behalf of McKesson Corporation. Local counsel: Jeffrey M. Wakefield. Fee $50.00. Receipt # AWVSDC-7523141. (Attachments: # (1) Exhibit Receipt from WV State Bar)(Wakefield, Jeffrey)**

**3:17-cv-01362 Notice has been electronically mailed to:**

A. L. Emch     aemch@jacksonkelly.com, BBowling@jacksonkelly.com, lcolston@jacksonkelly.com

Anne McGinness Kearse     akearse@motleyrice.com

Charles R. Webb     rusty@rustywebb.com, lisastaup@rustywebb.com

Enu Mainigi     emainigi@wc.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

F. Lane Heard , III     lheard@wc.com, LMullins@wc.com

Geoffrey Edward Hobart     ghobart@cov.com

Gretchen M. Callas     gcallas@jacksonkelly.com, bbowling@jacksonkelly.com, brenda.flesher@jacksonkelly.com, lcolston@jacksonkelly.com

Jason L. Holliday     jholliday@flahertylegal.com, sspringsteen@flahertylegal.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com, sspringsteen@flahertylegal.com

Matthew Michael Benov     mbenov@cov.com

Meredith S. Auten     meredith.auten@morganlewis.com, adina.bingham@morganlewis.com, barbara.robinson@morganlewis.com, lauren.cordrey@morganlewis.com, phcalendardepartment@morganlewis.com

Robert H. Akers     rakers@tcspllc.com, bmaxwell@tcspllc.com

Shannon E. McClure     smcclure@reedsmith.com, srocchino@reedsmith.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com, epistilli@wc.com

Susan M. Robinson     srobinson@tcspllc.com, bmaxwell@tcspllc.com, rdavis@tcspllc.com, snelson@tcspllc.com, vwolfe@tcspllc.com

**3:17-cv-01362 Notice has been delivered by other means to:**

Joseph F. Rice
NELSON MOTLEY LOADHOLT RICHARDSON & POOLE
P. O. Box 365
Barnwell, SC 29812-0325

Robert A. Nicholas
REED SMTIH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/24/2020] [FileNumber=9706087-0
] [4bb2474dd250e6d5fd976a3d19d5fc424fb8004020fb053625beef8efa41a64db5f
af5d59a817ada119b9afd44fb492d951c9aa91795a6c04a41159fa52c6657]]
**Document description:**Exhibit Receipt from WV State Bar
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=1/24/2020] [FileNumber=9706087-1
] [16dc80a7b051c55711a00c090a7b0e857ab246664dec27e5d6c7660bbfe632da550
555affa82e30e20170149f04f251118c6e31c6253e4ab85ef289ebe433e97]]