# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 1/27/2020                                                                   Case Number 3:17-cv-01362
Case Style: The City of Huntington vs. AmerisourceBergen Drug Corporation
Type of hearing Status Conference
Before the honorable: 2512-Faber
Court Reporter Catherine Schutte-Stant                                            Courtroom Deputy Cindy Lilly
Attorney(s) for the Plaintiff or Government Charles Webb*


Attorney(s) for the Defendant(s) Enu Mainigi*


Law Clerk Allison Skinner                                                         Probation Officer

## Trial Time


## Non-Trial Time

Other non-evidentiary hearing. Type: Status Conference


## Court Time

2:34 pm    to 3:19 pm
3:29 pm    to 3:35 pm
Total Court Time: 0 Hours 51 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

*Paul T. Farrell, Jr., Anthony J. Majestro, Michael A. Woelfel, Charles R. Webb, Anne McGinness Kearse, Enu Mainigi, Robert A. Nicholas, Steven R. Ruby, Jeffrey M. Wakefield, Mark H. Lynch, Gretchen M. Callas, Suzanne Salgado, Joseph J. Mahady

2:34 p.m.
Court in session for status conference

3:19 p.m.
Recess

3:29 p.m.
In session

3:35 p.m.
Recess