```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                            CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

    **Defendants.**
_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                            CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

    **Defendants.**
_____

<u>**ORDER**</u>

A status conference in these cases was held on January 27, 2020.  This Order memorializes certain aspects of that hearing and addresses other issues not touched upon at the hearing.

    1)    The parties expressed a desire to file briefs concerning defendants' right to a jury trial in this case.  Those briefs are due on or before **February 6, 2020.**

2) The parties were further directed to confer and attempt to tender a proposed Case Management Order to the court within two weeks of the hearing (**February 10, 2020**).

3) By Order entered January 15, 2020, the parties were "**ORDERED** to confer and to file in these cases all documents from MDL 2804 that the parties jointly deem relevant to constitute an appropriate record for these cases" by January 29, 2020. That deadline is extended to **February 12, 2020.**[*]

4) Absent objection by the parties, the court intends to consolidate these cases for administrative purposes. Any objection to consolidation should be filed no later than **February 4, 2020.**

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 28th day of January, 2020.

ENTER:

David A. Faber
Senior United States District Judge

---

[*]Representatives of both plaintiffs and defendants approached the court's law clerk after the hearing to request additional time.