United States District Court

Southern District of West Virginia

**Notice of Electronic Filing**

The following transaction was entered on 12/13/2017 at 2:35 PM EST and filed on 12/12/2017
**Case Name:**       The City of Huntington v. AmerisourceBergen Drug Corporation et al
**Case Number:**     3:17-cv-01362
**Filer:**
**WARNING: CASE CLOSED on 12/12/2017**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*MOTIONS TERMINATED pursuant to the [45] Order: [13] MOTION by AmerisourceBergen Drug Corporation to Dismiss Complaint, [15] MOTION by Cardinal Health, Inc. to Dismiss Complaint and Amended Complaint, [40] MOTION by Meredith S. Auten to Withdraw Appearance on behalf of AmerisourceBergen Drug Corporation, [39] MOTION by Eric Sitarchuk to Withdraw Appearance on behalf of AmerisourceBergen Drug Corporation, and [20] MOTION by McKesson Corporation for Judgment on the Pleadings. (kp)**

**No public notice (electronic or otherwise) sent because the entry is private**