IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                   CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                     CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

<u>**ORDER**</u>

    A status conference in these cases is hereby **SCHEDULED** for March 5, 2020, at 10:00 a.m., in Charleston.

    The Clerk is directed to send copies of this Order to all counsel of record.

    **IT IS SO ORDERED** this 31st day of January, 2020.

                                          ENTER: *David A. Faber*
                                                         David A. Faber
                                                         Senior United States District Judge