

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**Anne McGinness Kearse**
*Licensed in DC, SC, WV*
direct: 843.216.9140
akearse@motleyrice.com

December 17, 2019

## VIA ELECTRONIC MAIL

*Via email to lflahivewu@cov.com*
Laura Flahive Wu
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001

RE: Follow-up from December 13, 2019 Meet and Confer

Dear Laura:

Per our discussion during the meet and confer on Friday, December 13, 2019, please find below an update of documents that the City of Huntington is collecting/reviewing.

| Department | Employees | Document Type and Status |
|---|---|---|
| Mayor's Office | Steve Williams – Mayor<br>Bryan Chambers- Communications Director<br>Angie Bracey- Executive Assistant to the Mayor<br>Cathy Burns – Former City Manager | E- mails – in process of review<br><br>Hard Copy Documents- collection in procress |
| Finance Division | Kathy Moore- Director | E- mails – in process of review<br><br>Hard Copy Documents – Some Hardy Copy Documents have been produced. Collection in process for the remaining documents.<br><br>New World Software Database – Reviewing for responsive Information |
| Legal Department | Scott Damron- City Attorney | |



December 17, 2019
Page 2

| | | |
|---|---|---|
| Police Department | Hank Dial – Police Chief<br>Captain Dan Underwood – Administrative Bureau<br>Captain Rocky Johnson - Special Investigations Bureau<br>Captain Ray Cornwell - Patrol Bureau<br>Jim Johnson – Former Director of Mayor's Office of Drug Control Policy | E- mails – in process of review<br><br>Zuercher Database – 2015-present - in process of review<br><br>2006-2015 Hard Copy Incident and Arrest records. Collection almost complete and review in process. |
| Fire Department | Jan Rader- Fire Chief | E- mails – in process of review<br><br>NFIRS Database- in process of review |
| Human Resources | Sherry Lewis – Director | E- mails – in process of review<br><br>Hard Copy Documents – Produced |
| Planning and Development | Scott Lemley – Director<br>Breanna Shell – Planning Director | E- mails – in process of review<br><br>Documents Collected, in process of review |
| Information Technology | Kohson Perkins – Director<br>Brandon White – Former IT Director | |
| Purchasing Department | Kim Bailey – Director | E- mails – in process of review<br><br>Documents Produced |
| Public Works Department | Jim Insco – Director | Assessing files for responsiveness |

Please do not hesitate to contact me if you have any questions or concerns.

Respectfully yours,

Anne McGinness Kearse