USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6   Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

THE CITY OF HUNTINGTON

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

V.

AMERISOURCEBERGEN DRUG CORPORATION, et al.

CIVIL ACTION NUMBER 3:17-cv-01362

Steven J. Boranian, Reed Smith LLP | 174183
---|---
*Name of Visiting Attorney and firm name* | *Bar ID number*

AmerisourceBergen Drug Corporation
_____
*Name of party represented*

The State of California
180 Howard Street
San Francisco, CA 94105
_____
*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
_____
*Visiting Attorney's office address*

415-543-8700 | 415-391-8269 | sboranian@reedsmith.com
---|---|---
*Visiting Attorney's office telephone number* | *Office fax number* | *Email address*

Gretchen M. Callas
Jackson Kelly PLLC | WV  7136
---|---
*Name of Sponsoring Attorney and firm name* | *WV Bar ID number*

P.O. Box 553
Charleston, WV  25322
_____
*Sponsoring Attorney's office address*

304-340-1000 | 304-340-1050 | gcallas@jacksonkelly.com
---|---|---
*Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address*

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| February 6, 2020 | /s/ Steven J. Boranian |
|---|---|
| Date | Signature of Visiting Attorney |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| February 6, 20202 | /s/ Steven J. Boranian |
|---|---|
| Date | Signature of Sponsoring Attorney |

**  ELECTRONIC FILING REQUIREMENT  **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative  Procedures  for Electronic Case Filing in  the  SDWV** for guidance. Specific  requirements regarding logins and passwords and the registration process may be found at **Section 6.  Login and Password; Registration**.