IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | |
| Defendants. | |
| _____ | |
| CABELL COUNTY COMMISSION, | |
| Plaintiff, | |
| v. | |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | Civil Action No. 3:17-01665 |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 11th day of February, 2020, the foregoing **"McKesson Corporation's Notice of Service of Third-Party Subpoenas"** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and that copies of the subpoenas were also served via e-mail.

                                                */s/ Jeffrey M. Wakefield*
                                                Jeffrey M. Wakefield (WVSB #3894)