| | |
|---|---|
| **From:** | Boranian, Steven J. <SBoranian@ReedSmith.com> |
| **Sent:** | Tuesday, February 4, 2020 12:01 PM |
| **To:** | Kearse, Anne; BBogle; Leyimu, Temitope "Tope"; Farrell, Paul; Fuller, Mike; Deyneka, Natalie |
| **Cc:** | Flahive Wu, Laura; Winner, Sonya; ZZ-Keyes, Andy; ZZ-Salgado, Suzanne; Gary, Brent R.; Porter, Luke S.; Mincer, Jonathan; Callas, Gretchen; Mahady, Joseph J; McClure, Shannon E. |
| **Subject:** | RE: Huntington/Cabell - Telecon re Document Custodians |
| **Attachments:** | 02.04.2020 Cabell Huntington Custodian Chart.pdf |

[EXTERNAL]

Dear Counsel,

Thank you for last week's conversation regarding document custodians for Cabell County and City of Huntington. Although we have made progress, there remain a number of custodians still under discussion. As we discussed, attached is a chart that lists all document custodians whom defendants have requested along with our best effort to accurately capture the status of our discussions for each. For many, we have noted that defendants have deferred their requests, and for others we have noted they are third parties for whom neither plaintiff has accepted responsibility. If you believe we have made any notation in error, please let us know or amend the chart in a fashion that shows your revisions. If there are party custodians for whom you object to producing custodial files, please note that on the chart. An example of this is prosecutors, which we have already noted.

There are a few additional notes. Where we have identified third-party custodians, please indicated whether you represent any of them so we can avoid unnecessary disputes and, if not, who represents them, if you know. With respect to the Cabell-Huntington Health Department, please confirm that Cabell County will complete custodial productions for the ten files you previously partially produced (as noted in the chart). For the other Cabell-Huntington Health Department custodians, you invited meet and confer, and we have indicated which custodians we have deferred and which we are still seeking. Brandon Bogle said he would look into it; please advise on progress.

There are a number of custodians for whom Cabell or Huntington has already produced documents. It is our understanding from our conference that you will complete custodial production for each custodian from whom either plaintiff has already produced. We also expect that this would be true for all custodians for whom documents have already been produced, whether on the chart or not.

Huntington has taken the position that City Council members' documents are not within the City's custody or control. Please explain this position. For example, do Council members have City email accounts?

Finally, we have noted Cabell's objection to producing documents from the prosecutor's office. The prosecutor documents we requested are highly relevant (including, but not limited to, prosecution memoranda). Unless we hear otherwise promptly, we consider us at an impasse on this issue.

Thank you for your attention to these issues. We look forward to hearing from you.

Steven J. Boranian
sboranian@reedsmith.com
+1 415 659 5980

Reed Smith LLP
101 Second Street

Suite 1800
San Francisco, CA 94105-3659
T:  +1 415 543 8700
F:  +1 415 391 8269
https://protect-us.mimecast.com/s/DRsHCpY9Q6inMNOGHDPo6H

-----Original Message-----
From: Boranian, Steven J.
Sent: Friday, January 31, 2020 4:52 PM
To: 'Kearse, Anne' <akearse@motleyrice.com>
Cc: BBogle <BBogle@levinlaw.com>; Leyimu, Temitope "Tope" <tleyimu@motleyrice.com>; ZZ-Wu, Laura Flahive <lflahivewu@cov.com>; ZZ-Winner, Sonya <swinner@cov.com>; ZZ-Keyes, Andy <akeyes@wc.com>; ZZ-Salgado, Suzanne <ssalgado@wc.com>; Gary, Brent R. <BGary@ReedSmith.com>; Porter, Luke S. <LPorter@reedsmith.com>; ZZ-Mincer, Jonathan <jmincer@cov.com>; Farrell, Paul <Paul@Greeneketchum.com>; Fuller, Mike <mike@mchughfuller.com>; Deyneka, Natalie <nDeyneka@motleyrice.com>
Subject: RE: Huntington/Cabell - Telecon re Document Custodians

Thanks Anne.  We have the chart prepared and are reviewing it to ensure that it accurately reflects current status.  We will forward it when that process is complete.

Steven J. Boranian
sboranian@reedsmith.com
+1 415 659 5980

Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
T:  +1 415 543 8700
F:  +1 415 391 8269
https://protect-us.mimecast.com/s/DRsHCpY9Q6inMNOGHDPo6H

-----Original Message-----
From: Kearse, Anne <akearse@motleyrice.com>
Sent: Friday, January 31, 2020 3:26 PM
To: Boranian, Steven J. <SBoranian@ReedSmith.com>
Cc: BBogle <BBogle@levinlaw.com>; Leyimu, Temitope "Tope" <tleyimu@motleyrice.com>; ZZ-Wu, Laura Flahive <lflahivewu@cov.com>; ZZ-Winner, Sonya <swinner@cov.com>; ZZ-Keyes, Andy <akeyes@wc.com>; ZZ-Salgado, Suzanne <ssalgado@wc.com>; Gary, Brent R. <BGary@ReedSmith.com>; Porter, Luke S. <LPorter@reedsmith.com>; ZZ-Mincer, Jonathan <jmincer@cov.com>; Farrell, Paul <Paul@Greeneketchum.com>; Fuller, Mike <mike@mchughfuller.com>; Deyneka, Natalie <nDeyneka@motleyrice.com>
Subject: Re: Huntington/Cabell - Telecon re Document Custodians


EXTERNAL E-MAIL - From akearse@motleyrice.com

Steve,  Plaintiffs were expecting to receive defendants proposed custodian chart today as we discussed during our conference  call on Wednesday.    We would like to finalize any custodial issues as soon as possible.   Thanks, Anne

Anne McGinness Kearse
Attorney at Law
Motley Rice LLC
28 Bridgeside Blvd.

Mt. Pleasant, SC 29464
843-216-9140


> On Jan 27, 2020, at 12:25 AM, Boranian, Steven J. <SBoranian@reedsmith.com> wrote:
>
>
> <Huntington_Cabell - Telecon re Document Custodians>


Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above.  If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication



* * *


This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.


Disclaimer Version RS.US.201.407.01