UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

 Plaintiff,

v.                Civil Action No. 3:17-cv-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

 Defendants.

_____

CABELL COUNTY COMMISSION,

 Plaintiff,

v.                Civil Action No. 3:17-cv-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

 Defendants.

## PLAINTIFFS' RESPONSE TO NOTICE

Plaintiffs, CABELL COUNTY COMMISSION and CITY OF HUNTINGTON, file this Response to the Notice filed by Judge Omar Aboulhosn, dated February 7, 2020 (Doc 154).

The Plaintiffs consent to the proposal set forth by Magistrate Judge Omar J. Aboulhosn whereby the Court would appoint Special Master David R. Cohen to hear discovery disputes in this matter and appoint Magistrate Judge Aboulhosn, pursuant to 28 U.S.C. § 636(c)(1), to hear all appeals from any rulings made by the special master. This procedure would maximize judicial resources by permitting

Judge Faber to concentrate on resolving pretrial issues while Special Master Cohen and Magistrate Judge Aboulhosn supervise discovery.

Dated February 14, 2020                                   Respectfully submitted,

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* <br> Anne McGinness Kearse (WVSB No. 12547) <br> Joseph F. Rice <br> **MOTLEY RICE LLC** <br> 28 Bridgeside Blvd. <br> Mount Pleasant, SC 29464 <br> Tel:  843-216-9000 <br> Fax:  843-216-9450 <br> akearse@motleyrice.com <br> jrice@motleyrice.com <br><br> Charles R. "Rusty" Webb (WVSB No. 4782) <br> **THE WEBB LAW CENTRE, PLLC** <br> 716 Lee Street, East <br> Charleston, West Virginia  25301 <br> Telephone: (304) 344-9322 <br> Facsimile: (304) 344-1157 <br> rusty@rustywebb.com | /s/ *Anthony J. Majestro* <br> Anthony J. Majestro (WVSB No. 5165) <br> **POWELL & MAJESTRO, PLLC** <br> 405 Capitol Street, Suite P-1200 <br> Charleston, WV 25301 <br> Tel.: 304-346-2889 <br> Fax: 304-346-2895 <br> amajestro@powellmajestro.com <br><br> Paul T. Farrell, Jr. (WVSB Bar No. 7443) <br> **FARRELL LAW** <br> P.O. Box 1180 <br> Huntington, West Virginia 2514-1180 <br> Tel.: 304-654-8281 <br> paul@farrell.law <br><br> Michael A. Woelfel (W.Va. Bar ID 4106) <br> **WOELFEL AND WOELFEL, LLP** <br> 801 Eighth Street <br> Huntington, West Virginia 25701 <br> Tel.  304.522.6249 <br> Fax. 304.522.9282 <br> mikewoelfel3@gmail.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2020, a copy of the foregoing PLAINTIFFS' RESPONSE TO NOTICE has been filed electronically using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their email-addresses on file with the Court.

s/ Anthony J. Majestro  
Anthony J. Majestro (WVSB 5165)