UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

     Plaintiff,

v.                                      Civil Action No. 3:17-cv-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

     Defendants.

_____

CABELL COUNTY COMMISSION,

     Plaintiff,

v.                                      Civil Action No. 3:17-cv-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

     Defendants.

**PLAINTIFFS' NOTICE OF FILING
JOINT STIPULATION OF DESIGNATION OF REMAND RECORD**

COME NOW Plaintiffs Cabell County Commission and City of Huntington,

by and through undersigned counsel, and give **Notice of Filing of Joint**

**Stipulation of Designation of Remand Record,** attached as Exhibit 1, pursuant

to the Court's Order of January 28, 2020 (Doc 145).

Pursuant to Local Rule of Civil Procedure 7.1(a)(5), a paper copy was mailed

to the chambers.

Dated:          February 18, 2020                    Respectfully submitted,

**THE CITY OF HUNTINGTON**                           **CABELL COUNTY COMMISSION**
By Counsel                                           By Counsel

/s/ *Anne McGinness Kearse*                          */s/ Paul T. Farrell, Jr.*
Anne McGinness Kearse (WVSB No. 12547)               Paul T. Farrell, Jr. (WVSB Bar No. 7443)
Joseph F. Rice                                       **FARRELL LAW**
**MOTLEY RICE LLC**                                  P.O. Box 1180
28 Bridgeside Blvd.                                  Huntington, West Virginia 2514-1180
Mount Pleasant, SC 29464                             Tel.: 304-654-8281
Tel:  843-216-9000                                   paul@farrell.law
Fax:  843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com
                                                     */s/ Anthony J. Majestro*
                                                     Anthony J. Majestro (WVSB No. 5165)
Charles R. "Rusty" Webb (WVSB No. 4782)              **POWELL & MAJESTRO, PLLC**
**THE WEBB LAW CENTRE, PLLC**                        405 Capitol Street, Suite P-1200
716 Lee Street, East                                 Charleston, WV 25301
Charleston, West Virginia  25301                     Tel.: 304-346-2889
Telephone: (304) 344-9322                            Fax: 304-346-2895
Facsimile: (304) 344-1157                            amajestro@powellmajestro.com
rusty@rustywebb.com


                                                     Michael A. Woelfel (W.Va. Bar ID 4106)
                                                     **WOELFEL AND WOELFEL, LLP**
                                                     801 Eighth Street
                                                     Huntington, West Virginia 25701
                                                     Tel.  304.522.6249
                                                     Fax. 304.522.9282
                                                     mikewoelfel3@gmail.com

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2020, a copy of the foregoing **PLAINTIFFS'**
**NOTICE OF FILING JOINT RECORD DESIGNATION** was filed electronically.  Notice
of this filing will be sent to all parties by operation of the Court's electronic filing system.
Parties may access this filing through the Court's system.  A paper courtesy copy of the
same was mailed to Judge David A. Faber this same date.


s/Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)