IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon David A. Faber |

**CORRECTED**
**PLAINTIFFS' MOTION TO COMPEL AMERISOURCEBERGEN TO WITHDRAW PRIVILEGE CLAIMS AND FOR *IN CAMERA* REVIEW OF PRIVILEGE CLAIMS**

Pursuant to Rules 33, 34, and 37 of the Federal Rules of Civil Procedure, Plaintiffs THE CITY OF HUNTINGTON, and CABELL COUNTY COMMISSION (collectively, "Plaintiffs"), through their undersigned counsel, hereby move for an order compelling Defendant AmerisourceBergen Drug Corporation ("ABDC") to: a) withdraw privilege claims over documents and/or types of documents which have been previously determined not to be privileged (either by ABDC itself or by the MDL 2804 Court), and b) to produce for *in camera* review the underlying documents relating to other ABDC privilege claims previously challenged but not

1

responded to by ABDC.  Plaintiffs' motion should be granted for the reasons given in the accompanying memorandum of law, which is incorporated herein.  Pursuant to LR Civ P 7.1(a), copies of all documents and other such materials or exhibits referenced in the accompanying memorandum, and upon which this motion relies, are attached to this motion.  Plaintiffs further certify that they have conferred with counsel for ABDC in an effort to resolve the discovery dispute without court intervention.

Dated: February 24, 2020

                                                Respectfully Submitted,

                                                */s/  Paul T. Farrell, Jr.*

**Paul T. Farrell, Jr., Esq. (WV Bar # 7443)**
FARRELL LAW
422 Ninth Street, 3rd Floor (25701)
P.O. Box 1180
Huntington, WV 25714-1180
Phone: 304.654.8281
Email: paul@farrell.law
*Counsel for Plaintiffs*

Anthony D. Irpino (La. Bar #24727)
Pearl A. Robertson (La. Bar #34060)
IRPINO AVIN HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Phone: 504-525-1500
Email: airpino@irpinolaw.com
Email: probertson@irpinolaw.com
*Pro hac vice anticipated*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 24th day of February, the foregoing "**Corrected Plaintiffs' Motion to Compel AmerisourceBergen to Withdraw Privilege Claims and for *In Camera* Review of Privilege Claims**" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr. (W.Va. Bar # 7443)