# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants.<br>_____<br><br>CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | **Civil Action No. 3:17-01362**<br><br><br><br><br><br><br><br>**Civil Action No. 3:17-01665** |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this the 24th day of February, 2020, the foregoing **McKesson Corporation's Notice of Service of Third-Party Subpoena** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Jeffrey M. Wakefield*
                                        Jeffrey M. Wakefield (WVSB #3894)

Jason L. Holliday (WVSB #12749)
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
jwakefield@flahertylegal.com

3

jholliday@flahertylegal.com

4

Case 3:17-cv-01362   Document 175   Filed 02/24/20   Page 2 of 2 PageID #: 1670