

Monique Alycia Christenson
Log out

# Thank You for Your Payment

Thank you for submitting your Pro Hac Vice annual fee.

Your transaction has been processed successfully. Please print this page for your records.
An email receipt has also been sent to mchristenson@motleyrice.com

## Membership Fee

| Item | Fee |
|---|---|
| Annual Fee – Pro Hac Vice - Credit Card | $ 358.00 |

**Membership Fee Total: $ 358.00**

Date: February 20th, 2020 1:57 PM

## Billing Name and Address

Monique Alycia Christenson

## Your Email

mchristenson@motleyrice.com

## Credit Card Information

Visa
************
Expires:

All Contents Copyright © 2020, The WV State Bar. All Rights Reserved.
The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231
Toll Free: 866-989-8227| Phone: 304-553-7220