# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                                                Civil Action No. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                                               Civil Action No. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    **Defendants.**

## CERTIFICATE OF SERVICE

    The undersigned counsel hereby certifies that on this 25th day of February, 2020, the foregoing ***Defendants' Notice of Service of Third-Party Subpoenas*** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                              */s/ Gretchen M. Callas*
                                                               Gretchen M. Callas (WVSB #7136)