IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON and
CABELL COUNTY COMMISSION,**

    Plaintiffs,

v.                                      CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    Defendants.

### NOTICE OF APPEARANCE

The Court and parties hereto will take notice that Natalie Deyneka of Motley Rice, LLC, 28 Bridgeside Blvd., Mount Pleasant, SC, telephone: 843-216-9343, hereby enters her appearance as additional counsel of record for Plaintiff the City of Huntington. It is respectfully requested that service of all further pleadings, notices, and filings be made upon the undersigned as additional counsel of record for the City of Huntington.

Dated: February 27, 2020                                Respectfully submitted,

/s/ *Natalie Deyneka*
Natalie Deyneka (WVSB No. 12978)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
ndeyneka@motleyrice.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 27, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

               Respectfully Submitted,

               */s/ Natalie Deyneka*
               Natalie Deyneka
               **MOTLEY RICE LLC**
               28 Bridgeside Blvd.
               Mount Pleasant, SC 29464
               Tel: 843-216-9000
               Fax: 843-216-9450
               ndeyneka@motleyrice.com