

Jonathan Y. Mincer
Log out

# Thank You for Your Payment



Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status click here

Your transaction has been processed successfully. Please print this page for your records.
An email receipt has also been sent to jmincer@cov.com

## Payment Information

| Item | Qty | Unit Price | Total Price |
| --- | --- | --- | --- |
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |

**Payment Total: $ 358.00**

Date: February 20th, 2020 3:14 PM
Transaction #: 62202439081

## PHV Case Information

Civil Action Number: 3:17-cv-01362

Email: jmincer@cov.com

## Billing Name and Address

William Ackerman

850 10TH ST NW
WASHINGTON, DC 20001

## Your Email

jmincer@cov.com

## Credit Card Information

Visa

************4733

Expires: July 2022

---

All Contents Copyright © 2020, The WV State Bar. All Rights Reserved.

The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231

Toll Free: 866-989-8227| Phone: 304-553-7220

[Click here for assistance if you are having technical difficulties or have questions.](#)