IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                                    Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.
_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                                    Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

## **NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE of the appearance of Michael W. Carey and the law firm of Carey, Scott, Douglas & Kessler, PLLC, whose address is 901 Chase Tower, 707 Virginia Street East, Post Office Box 913, Charleston, West Virginia 25323, as counsel for Defendant Cardinal Health, Inc., in the above-styled proceeding. It is requested that copies of all pleadings, discovery and all other matters filed in this action be served upon the undersigned.

    Dated this 2nd day March, 2020.

                                                                  /s/ Michael W. Carey
                                                 Michael W. Carey (WVSB No. 635)
                                                 David R. Pogue (WWVSB No. 10806)
                                                 Carey, Scott, Douglas & Kessler, PLLC
                                                 901 Chase Tower, 707 Virginia Street, East
                                                 P.O. Box 913
                                                 Charleston, WV 25323
                                                 Telephone: (304) 345-1234
                                                 mwcarey@csdlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

       Plaintiff,

v.                                                                                                  Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

_____

CABELL COUNTY COMMISSION,

       Plaintiff,

v.                                                                                                  Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of March, 2020, the foregoing "Notice of Appearance" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                           /s/ Michael W. Carey
                                                           Michael W. Carey (WVSB No. 635)