IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

        Plaintiff,

v.                                    Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

        Defendants.

_____

CABELL COUNTY COMMISSION,

        Plaintiff,

v.                                    Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

        Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of David R. Pogue and the law firm of Carey, Scott, Douglas & Kessler, PLLC, whose address is 901 Chase Tower, 707 Virginia Street East, Post Office Box 913, Charleston, West Virginia 25323, as counsel for Defendant Cardinal Health, Inc., in the above-styled proceeding.  It is requested that copies of all pleadings, discovery and all other matters filed in this action be served upon the undersigned.

Dated this 2nd day March, 2020.

                               /s/ David R. Pogue
                              Michael W. Carey (WVSB No. 635)
                              David R. Pogue (WWVSB No. 10806)
                              Carey, Scott, Douglas & Kessler, PLLC
                              901 Chase Tower, 707 Virginia Street, East
                              P.O. Box 913
                              Charleston, WV 25323
                              Telephone: (304) 345-1234
                              drpogue@csdlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

       Plaintiff,

v.                                                                  Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

_____

CABELL COUNTY COMMISSION,

       Plaintiff,

v.                                                                  Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 2nd day of March, 2020, the foregoing "Notice of Appearance" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                              /s/ David R. Pogue            

                                        David R. Pogue (WVSB No. 10806)