IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

THE CITY OF HUNTINGTON,

    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

    Defendants.

Civil Action No. 3:17-cv-01362
(Judge David A. Faber)

---

CABELL COUNTY COMMISSION,

    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

    Defendants.

(CONSOLIDATED WITH)
Civil Action No. 3:17-cv-01665
(Judge David A. Faber)

## NOTICE OF WITHDRAWAL AND TERMINATION OF REPRESENTATION

COMES NOW, the undersigned, Susan M. Robinson and Robert H. Akers, and Thomas Combs & Spann, PLLC, and provides notice of withdrawal and termination of representation of Defendant, Cardinal Health, Inc., in the above-referenced matters, pursuant to Local Rule of Civil Procedure 83.4. The undersigned represent that the client has been notified and consented to the withdrawal and termination of representation, multiple attorneys have appeared on behalf of the client and at least one of those attorneys will still be the party's counsel of record after the withdrawal of the undersigned namely:

    Michael W. Carey (WVSB #635)
    David R. Pogue (WVSB #10806)
    Carey Scott Douglas & Kessler, PLLC
    901 Chase Tower, 707 Virginia Street, East
    P.O. Box 913
    Charleston, WV  25323
    Tel:  304.345.1234
    Fax:  304.342.1105
    Email:  mwcarey@csdlawfirm.com
           drpogue@csdlawfirm.com

- and –

Enu Mainigi (*pro hac vice*)
F. Lane Heard (*pro hac vice*)
Steven M. Pyser (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel: 202.434.5000
Fax: 202.434.5029
E-Mail:  emainigi@wc.com
               lheard@wc.com
               spyser@wc.com

The withdrawal and termination of representation is effective upon filing, and the Plaintiffs will be so notified.

Dated this the 3rd day of March, 2020.

Respectfully submitted,

**CARDINAL HEALTH, INC.**

**By Counsel,**

/s/Susan M. Robinson
Susan M. Robinson (WVSB #5169)
Robert H. Akers (WVSB #9622)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV  25301
Tel:  304.414.1800
Fax: 304.414.1801
E-Mail: srobinson@tcspllc.cm
rakers@tcspllc.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 3rd day of March, 2020, the foregoing *NOTICE OF WITHDRAWAL AND TERMINATION OF REPRESENTATION* was served upon counsel of record using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Susan M. Robinson
Susan M. Robinson (WVSB #5169)
Robert H. Akers (WVSB #9622)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV  25301
Tel:  304.414.1800
Fax: 304.414.1801
E-Mail: srobinson@tcspllc.cm
rakers@tcspllc.com