IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

        Plaintiff,

v.                                                         Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

        Defendants.

---

CABELL COUNTY COMMISSION,

        Plaintiff,

v.                                                          Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

        Defendants.

## NOTICE OF INTENT TO SERVE SUBPOENA *DUCES TECUM*

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Cardinal Health, Inc. intends to serve a subpoena *duces tecum*, in the form attached hereto, on the Governor's Council on Substance Abuse Prevention and Treatment, c/o WV Department of Health & Human Resources. The documents sought are more fully described in the subpoena attached hereto as Exhibit A. The documents are to be produced on or before Wednesday, March 18, 2020, unless the records custodian reasonably requires and requests more time for compliance.

Dated this 3rd day March, 2020.

                                                                  /s/ David R. Pogue
                                                                   Michael W. Carey (WVSB No. 635)
                                                                   David R. Pogue (WWVSB No. 10806)
                                                                   Carey, Scott, Douglas & Kessler, PLLC
                                                                   901 Chase Tower, 707 Virginia Street, East
                                                                   P.O. Box 913
                                                                   Charleston, WV 25323
                                                                   Telephone: (304) 345-1234
                                                                   drpogue@csdlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                                            Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

---

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                                            Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of March, 2020, the foregoing "Notice of Intent to Serve Subpoena *Duces Tecum*" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                   /s/ David R. Pogue
                                                                  David R. Pogue (WVSB No. 10806)