UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    Plaintiff,

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    Defendants.

CIVIL ACTION NO. 3:17-01362

**CABELL COUNTY COMMISSION,**
    Plaintiff,

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    Defendants.

CIVIL ACTION NO. 3:17-01665

### PLAINTIFFS' MOTION TO ADOPT MULTIDISTRICT LITIGATION COURT'S ORDER ON DEFENDANTS' CONTROLLED SUBSTANCES ACT DUTIES

Plaintiffs The City of Huntington and Cabell County Commission (collectively, "Plaintiffs") submit this motion for the Court to adopt the August 19, 2019 ruling of the multidistrict litigation court – the U.S. District Court for the Northern District of Ohio, Hon. Dan A. Polster, U.S.D.J. (the "MDL Court") -- with regard to Defendants' duties under the federal Controlled Substances Act 21 U.S.C. §§ 801 *et seq.*, ("CSA"), in these remanded actions.

The motion is based on the attached exhibits and the contemporaneously filed Memorandum of Law. The Plaintiffs respectfully request that the Court grant this motion and adopt the MDL Court's Order on Defendants' CSA duties.

Dated: March 3, 2020                                        Respectfully submitted,

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse (WVSB No. 12547) | Paul T. Farrell, Jr. (WVSB Bar No. 7443) |
| Joseph F. Rice | **FARRELL LAW** |
| **MOTLEY RICE LLC** | 422 Ninth Street, 3rd Floor (25701) |
| 28 Bridgeside Blvd. | PO Box 1180 |
| Mount Pleasant, SC 29464 | Huntington, West Virginia 25714-1180 |
| Tel: 843-216-9000 | Mobile: 304-654-8281 |
| Fax: 843-216-9450 | paul@farrell.law |
| akearse@motleyrice.com | |
| jrice@motleyrice.com | /s/ *Anthony J. Majestro* |
| | Anthony J. Majestro (WVSB No. 5165) |
| Linda Singer | **POWELL & MAJESTRO, PLLC** |
| David I. Ackerman | 405 Capitol Street, Suite P-1200 |
| **MOTLEY RICE LLC** | Charleston, WV 25301 |
| 401 9th Street NW, Suite 1001 | 304-346-2889 / 304-346-2895 (f) |
| Washington, DC 20004 | amajestro@powellmajestro.com |
| Tel:  202-232-5504 | |
| Fax:  202-386-9622 | Michael A. Woelfel (WVSB No. 4106) |
| lsinger@motleyrice.com | **WOELFEL AND WOELFEL, LLP** |
| dackerman@motleyrice.com | 801 Eighth Street |
| | Huntington, West Virginia 25701 |
| Charles R. "Rusty" Webb (WVSB No. 4782) | Tel. 304.522.6249 |
| **THE WEBB LAW CENTRE, PLLC** | Fax. 304.522.9282 |
| 716 Lee Street, East | mikewoelfel3@gmail.com |
| Charleston, West Virginia 25301 | |
| Telephone: (304) 344-9322 | |
| Facsimile: (304) 344-1157 | |
| rusty@rustywebb.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2020, a copy of the foregoing **PLAINTIFFS' MOTION TO ADOPT MULTIDISTRICT LITIGATION COURT'S ORDER ON DEFENDANTS' CONTROLLED SUBSTANCES ACT DUTIES** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                            s/Anthony J. Majestro
                                                            Anthony J. Majestro (WVSB 5165)