## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, | |
|     Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | |
|     Defendants. | |
| _____ | |
| CABELL COUNTY COMMISSION, | |
|     Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | |
|     Defendants. | |

## DEFENDANTS' NOTICE
## OF CONSENT TO A BENCH TRIAL

At the January 27, 2020 status conference, Plaintiffs proposed that they would dismiss their claims for punitive damages and that these actions would be tried by the Court rather than by a jury. Defendants responded that they were not prepared to waive their jury trial right at that time but would continue to consider the issue. Plaintiffs subsequently memorialized, in a letter to defense counsel, their offer to dismiss their punitive damages claims with prejudice if

Defendants would consent to a bench trial. Dkt. No. 267-1 (Letter from Paul Farrell, Jr., to defense counsel (Feb. 4, 2020)).[1]

For the reasons set forth in defendants' memorandum in support of a jury trial (Dkt. No. 152), Defendants have a Seventh Amendment right to a jury trial.  After further consideration, however, Defendants now consent to waive their right to a jury trial and accept Plaintiffs' proposal that Plaintiffs' punitive damages claims be dismissed with prejudice and that the remaining claims be tried by the Court.[2] Defendants' consent in this regard does not alter the time that will be required for discovery, motions practice, and other matters that must be completed before trial, as explained in Defendants' proposed case management order and the memorandum in support thereof (Dkt. Nos. 157–58).

Dated:  March 4, 2020

Respectfully submitted,


*/s/ Michael W. Carey*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
**Counsel for Cardinal Health, Inc. in The City of Huntington action**

---

[1] ECF document numbers used herein refer to the *City of Huntington* action, which has been administratively designated the lead action in this litigation, with the exception of the citation to Mr. Farrell's letter. The letter was filed in the *Cabell County Commission* action, where it is ECF document 267-1, but does not appear to have been filed in the *City of Huntington* action.

[2]  The remaining claim is public nuisance, along with civil conspiracy, which is a theory of liability associated with the public nuisance claim rather than a distinct cause of action. Defendants contest that joint liability is a cause of action.

4816-4533-7014.v1

*/s/ Steven R. Ruby*
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile:  (304) 342-1110
bglasser@baileyglasser.com
sruby@baileyglasser.com
rfranks@baileyglasser.com
**Counsel for Cardinal Health, Inc. in Cabell County action**

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com

*/s/ Gretchen M. Callas*
A. L. Emch (WVSB #1125)
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
P. O. Box 553
Charleston, WV 25322
Telephone: (304) 340-1000
Email: aemch@jacksonkelly.com
Email: gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
Email: rnicholas@reedsmith.com
Email: smcclure@reedsmith.com
**Counsel for AmerisourceBergen Drug Corporation**


*/s/ Jeffrey M. Wakefield*

Jeffrey M. Wakefield (WVSB #3894)
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
Facsimile:  (304) 345-0260
Email: jwakefield@fsblaw.com


*/s/ Mark H. Lynch*

Mark H. Lynch
Laura Flahive Wu
Megan A. Crowley
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5281
Email: mlynch@cov.com
Email: lflahivewu@cov.com
Email: mcrowley@cov.com
**Counsel for McKesson Corporation**

4816-4533-7014.v1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

     Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

     Defendants.

Civil Action No. 3:17-01362

_____

CABELL COUNTY COMMISSION,

     Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

     Defendants.

Civil Action No. 3:17-01665

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this  4th day of March, the foregoing

**"Defendants' Notice of Consent to a Bench Trial"** was served using the Court's CM/ECF

system, which will send notification of such filing to all counsel of record.

                           */s/ Michael W. Carey*_____
                           Michael W. Carey (WVSB #635)

4816-4533-7014.v1