L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6  Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

The City of Huntington and
Cabell County Commission

**V.**

AmerisourceBergen Drug Corporation, et al.

**STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL**

**CIVIL ACTION NUMBER** 3:17-01362

---

Jennifer Gourley Wicht, Williams Connolly

472541

*Name of Visiting Attorney and firm name*  |  *State Bar ID number*

Cardinal Health, Inc.

*Name of party represented*

District of Columbia Bar, 901 4th St., NW, Washington, DC 20001
Massachusetts, 20 West St., Boston, MA 02111

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

725 12th St., NW, Washington, DC 20005

*Visiting Attorney's office address*

202-434-5331  |  202-434-5029  |  JWicht@wc.com

*Visiting Attorney's office telephone number*  |  *Office fax number*  |  *Email address*

Michael W. Carey, Carey, Scott, Douglas & Kessler, PLLC

WV 635

*Name of Sponsoring Attorney and firm name*  |  *WV Bar ID number*

901 Chase Tower, 707 Virginia Street, East, Charleston, WV 25301

*Sponsoring Attorney's office address*

(304) 345-1234  |  (304) 342-1105  |  mwcarey@csdlawfirm.com

*Sponsoring Attorney's office telephone number*  |  *Office fax number*  |  *Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 03/04/2020 | /s/ Jennifer Gourley Wicht |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| 03/04/2020 | /s/ Michael W. Carey |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.



Jennifer Gourley Wicht
Log out

# Thank You for Your Payment



Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status *click here*

Your transaction has been processed successfully. Please print this page for your records.
An email receipt has also been sent to pwilson@baileyglasser.com

## Payment Information

| Item | Qty | Unit Price | Total Price |
|---|---|---|---|
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |

**Payment Total: $ 358.00**

Date: March 4th, 2020 9:14 AM
Transaction #: 62228248763

## PHV Case Information

| | |
|---|---|
| Civil Action Number | 3:17-01362 |
| Email | jwicht@wc.com |

### Billing Name and Address

Katherine Charonko

209 Capitol Street
Charleston, WV 25301

### Your Email

pwilson@baileyglasser.com

### Credit Card Information

Visa

************7144

Expires: December 2021

Case 3:17-cv-01362   Document 192   Filed 03/04/20   Page 5 of 5 PageID #: 1801

All Contents Copyright © 2020, The WV State Bar. All Rights Reserved.

The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231

Toll Free: 866-989-8227| Phone: 304-553-7220

Click here for assistance if you are having technical difficulties or have questions.