# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington

Date: 3/5/2020                                                    Case Number 3:17-cv-01362

Case Style: The City of Huntington vs. AmerisourceBergen Drug Corporation

Type of hearing Status Conference

Before the honorable: 2512-Faber

Court Reporter Lisa Cook                                          Courtroom Deputy Cindy Lilly

Attorney(s) for the Plaintiff or Government Paul Farrell*


Attorney(s) for the Defendant(s) Enu Mainigi*


Law Clerk Allison Skinner                                        Probation Officer

Trial Time


## Non-Trial Time

Other non-evidentiary hearing. Type: Status Conference


## Court Time

10:00 am   to 11:00 am

Total Court Time: 1 Hours 0 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

*Paul T. Farrell, Jr., Anthony J. Majestro, Peter J. Mougey, Anne McGinness Kearse, Enu Mainigi, Steven R. Ruby, Jeffrey M. Wakefield, Mark H. Lynch, Gretchen M. Callas, Suzanne Salgado, Michael Carey, Megan Crowley,

Scheduled: 10:00 a.m.
Actual Start: 10:00 a.m.
Court session for status conference
Court Adjourned: 11:00 a.m.