<u>Affidavit of Christopher C. Wilkes</u>
<u>Tendered Pursuant to Fed. R. Civ. P. 53</u>

STATE OF WEST VIRGINIA)
                              )SS.                    AFFIDAVIT
COUNTY OF BERKELEY   )

Christopher C. Wilkes, being first duly sworn according to law, states the following:

1. I am a member of the West Virginia State Bar, admitted January 11, 1983.
   I am on inactive status and remain a Senior Status Judge.

2. I have familiarized myself with the issues and persons involved in the case captioned *City of Huntington, West Virginia et al v. AmerisourceBergen Drug Corporation et al,* case no. 3:17-cv-01665 (S.D.W. Va.). As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed grounds for disqualification under 28 U.S.C. §455 that would prevent me from serving as Special Master in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT

_____
Christopher C. Wilkes

Sworn to before me and subscribed in my presence this <u>5th</u> day of <u>March</u>, 2020.

_____
Notary Public

Official Seal
Notary Public, State Of West Virginia
Carol A Miller
Berkeley County Judicial Center
380 W South Street Suite 4400
Martinsburg WV 25401
My commission expires February 13, 2023