```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                    CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                    CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

## ORDER

In order to expedite the work of Special Master Wilkes, it is hereby **ORDERED**:

    Any party who has a pending discovery motion should compile a hard copy of all materials related to that motion to include: a) the motion itself (including exhibits); b) any memorandum filed in support of the motion; c) any response filed in opposition to the motion (including exhibits); d) any reply (including exhibits); and e) any ruling from MDL 2804 which might bear on the issues presented.  The proponent of the motion is responsible for transmitting these materials, by no later than close of business on March 10, 2020, directly to Special Master Wilkes via overnight carrier.  The cover letter accompanying this submission should indicate whether the motion is ripe for decision

and, if not, when it should be.  A copy of the materials submitted to Special Master Wilkes should also be provided to opposing counsel.

The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS SO ORDERED** this 9th day of March, 2020.

                ENTER:

*David A. Faber* (signature)
David A. Faber
Senior United States District Judge