## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2020, the foregoing was sent by electronic mail to Counsel for the Plaintiffs and Defendants as follows:   mdl2804discovery@motleyrice.com; xALLDEFENDANTS-MDL2804-Service@arnoldporter.com.

*/s/ Gretchen M. Callas*
A.L. Emch (WVSB #1125)
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
P. O. Box 553 Charleston, WV 25322
Telephone: (304) 340-1000
Email: aemch@jacksonkelly.com
Email: gcallas@jacksonkelly.com

- 4 -