IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **THE CITY OF HUNTINGTON,**  Plaintiff,  v.  **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*  Defendants. | **Civil Action No. 3:17-01362** |
| **CABELL COUNTY COMMISSION,**  Plaintiff,  v.  **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*  Defendants. | **Civil Action No. 3:17-01665** |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this the 11th day of March, 2020, the foregoing "**Defendants' Notice of Subpoenas for Testimony and Production of Documents to the Huntington Violent Crime & Drug Task Force**" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)