AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:17-01362; 3:17-01665

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* WV Division of Justice and Community Services on *(date)* 02/11/2020.

☒ I served the subpoena by delivering a copy to the named individual as follows: Amber Massey, an agent authorized to accept service on its behalf, at 1124 Smith St., Ste 3100, Charleston, WV  on *(date)* 02/11/2020 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/11/2020

_____
Server's signature

J.F. Pauley, Private Investigator
Printed name and title

P.O. Box 6222
Charleston, WV 25362
Server's address

Additional information regarding attempted service, etc.: