AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:17-01362; 3:17-01665

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __WV Division of Justice and Community Services__ on *(date)* __02/11/2020__.

☑ I served the subpoena by delivering a copy to the named person as follows: __Amber Massey, an agent authorized to accept service on its behalf, at 1124 Smith St., Ste 3100, Charleston, WV__ on *(date)* __02/11/2020__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __02/11/2020__

_____
Server's signature

__J.F. Pauley, Private Investigator__
Printed name and title

__P.O. Box 6222__
__Charleston, WV 25362__
Server's address

Additional information regarding attempted service, etc.: