AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:17-01362; 3:17-01665

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Cabell County Drug Court** on *(date)* **02/25/20**.

☒ I served the subpoena by delivering a copy to the named person as follows: **Marie Puhar, 750 Fifth Avenue, Huntington, Cabell County, West Virginia** on *(date)* **02/25/20**   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **02/25/20**

_Karen A. Pauley_
Server's signature

**Karen A. Pauley, Process Server**
Printed name and title

**P.O. Box 6222
Charleston, WV 25362-6222**
Server's address

Additional information regarding attempted service, etc.: