AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:17-01362; 3:17-01665

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Cabell County Drug Court
on *(date)* 02/25/20 .

☑ I served the subpoena by delivering a copy to the named person as follows: Marie Puhar, 750 Fifth Avenue, Huntington, Cabell County, West Virginia on *(date)* 02/25/20 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/25/20

*Karen A. Pauley*
Server's signature

Karen A. Pauley, Process Server
Printed name and title

P.O. Box 6222
Charleston, WV 25362-6222
Server's address

Additional information regarding attempted service, etc.: