**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**THE CITY OF HUNTINGTON,**

      **Plaintiff,**

**v.**                                       **Civil Action No. 3:17-01362**

**AMERISOURCEBERGEN DRUG
CORPORATION,** *et al.*

      **Defendants.**

---

**CABELL COUNTY COMMISSION,**

      **Plaintiff,**

**v.**                                       **Civil Action No. 3:17-01665**

**AMERISOURCEBERGEN DRUG
CORPORATION,** *et al.*

      **Defendants.**

## DEFENDANTS' RETURNS OF SERVICE ON SUBPOENAS FOR TESTIMONY AND PRODUCTION OF DOCUMENTS ON THE APPALACHIA HIGH INTENSITY DRUG TRAFFICKING AREA

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants have served the attached subpoenas commanding testimony and the production of documents on (1) the Appalachia High Intensity Drug Trafficking Area and (2) Karen Manning, Financial Manager, Appalachia High Intensity Drug Trafficking Area as evidenced by the attached Proofs of Service.

                                              **McKesson Corporation
By Counsel**

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WV Bar #3894)
Jason L. Holliday (WV Bar #12749)
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843

Charleston, WV 25338-3843
Telephone: (304) 345-0200
jwakefield@flahertylegal.com
jholliday@flahertylegal.com

Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com
*Counsel for McKesson Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **THE CITY OF HUNTINGTON,** | |
|      **Plaintiff,** | |
| **v.** | **Civil Action No. 3:17-01362** |
| **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.* | |
|      **Defendants.** | |
| | |
| **CABELL COUNTY COMMISSION,** | |
|      **Plaintiff,** | |
| **v.** | **Civil Action No. 3:17-01665** |
| **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.* | |
|      **Defendants.** | |

## <u>CERTIFICATE OF SERVICE</u>

     The undersigned counsel hereby certifies that on this the 12th day of March, 2020, the foregoing "**Defendants' Returns of Service on Subpoenas for Testimony and Production of Documents on the Appalachia High Intensity Drug Trafficking Area**" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)
