Civil Action No.  3:17-01362; 3:17-01665

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _Karen Manning_

on *(date)* _03/06/2020_.

☑ I served the subpoena by delivering a copy to the named individual as follows: _Karen Manning,_
_400 South Main Street, 3rd Floor, London, KY_

on *(date)* _03/09/2020_ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _03/09/2020_

_____
Server's signature

_J.F. Pauley, Private Investigator_
Printed name and title

_P.O. Box 6222_
_Charleston, WV 25362_
Server's address

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   3:17-01362; 3:17-01665

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   *Karen Manning*

on *(date)*   03/06/2020

☑ I served the subpoena by delivering a copy to the named person as follows:   *Karen Manning,*
*400 South Main Street, 3rd Floor, London, KY*
on *(date)*   03/09/2020   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  03/09/2020

_____
*Server's signature*

*J.F. Pawley, Private Investigator*
*Printed name and title*

*P.O. Box 6222*
*Charleston, WV 25362*
*Server's address*

Additional information regarding attempted service, etc.: