AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:17-01362; 3:17-01665

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* West Virginia State Police on *(date)* 02/11/2020.

☑ I served the subpoena by delivering a copy to the named individual as follows: Captain Findley, West Virginia State Police, 725 Jefferson Road, South Charleston, WV on *(date)* 02/12/2020; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/12/2020

*Server's signature*

J. F. Pauley, Private Investigator
*Printed name and title*

P.O. Box 6222
Charleston, WV 25362
*Server's address*

Additional information regarding attempted service, etc.: