AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.   3:17-01362; 3:17-01665

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Jeff Sandy, Secretary, WV
on *(date)* 02/11/2020. Dept. of Military Affairs & Public Safety

☑ I served the subpoena by delivering a copy to the named individual as follows: Suzanne
Summers, an agent authorized to accept service on
behalf of Jeff Sandy _____ on *(date)* 02/12/202; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  02/12/2020          Karen A Pauley
                              *Server's signature*

                           Karen A. Pauley, Process Server
                              *Printed name and title*

                           P.O. Box 6222
                           Charleston, WV 25362
                              *Server's address*

Additional information regarding attempted service, etc.: