# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 3:17-01362<br><br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 3:17-01665<br><br>Hon David A. Faber |

**MOTION FOR SUMMARY JUDGMENT:
RES JUDICATA AND RELEASE OF CLAIMS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum, Cardinal Health, Inc. moves for summary judgment on the grounds that Plaintiffs' remaining public nuisance claim is barred by the *res judicata* doctrine and has been released by the State of West Virginia.

Respectfully submitted,

**CARDINAL HEALTH, INC.**

/s/ David R. Pogue
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
CAREY, SCOTT, DOUGLAS & KESSLER, PLLC
901 Chase Tower
707 Virginia, East
Charleston, West Virginia 25301
Phone: (304) 345-1234
Fax:    (304) 342-1102
*Counsel for Cardinal Health, Inc., in City of Huntington action*

/s/ Steven R. Ruby
Brian A. Glasser (WVSB #6597)
bglasser@baileyglasser.com
Steven R. Ruby (WVSB #10752)
sruby@baileyglasser.com
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
*Counsel for Cardinal Health, Inc., in Cabell County action*

Enu Mainigi
emainigi@wc.com
F. Lane Heard III
lheard@wc.com
Ashley W. Hardin
ahardin@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*Counsel for Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I, David R. Pogue, counsel for Defendant Cardinal Health, do hereby certify that service of the foregoing **MOTION FOR SUMMARY JUDGMENT: RES JUDICATA AND RELEASE OF CLAIMS** was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system.

Dated:   March 13, 2020

      /s/ David R. Pogue
      David R. Pogue