# Exhibit 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to: *Track Two Cases*<br><br>*Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:17-op-45053<br><br>*City of Huntington, W.Va. v. Amerisource Bergen Drug Corp., et al.*<br>Case No. 17-OP-45054 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**PLAINTIFFS CABELL COUNTY COMMISSION and**
**CITY OF HUNTINGTON'S MOTION TO SEVER**

COME NOW Plaintiffs, CABELL COUNTY COMMISSION and CITY OF HUNTINGTON, by counsel, and comply with the *Order Regarding Track Two Cases* (Doc #: 2950) by requesting the Court sever all but the following defendants[1] from this civil action:

1. AmerisourceBergen Drug Corporation;

2. Cardinal Health, Inc.; and

3. McKesson Corporation.

Following severance, Plaintiffs intend to voluntarily dismiss all causes of action against the aforementioned defendants ("the Big 3") other than common law public nuisance (Count I)

---

[1] Plaintiffs preserve their claims and causes of action against the severed defendants and seek to proceed against the same in a parallel track to CT1b.

(Doc. #2595). Plaintiffs intend to invoke the legal doctrine of civil conspiracy[2] which imposes statutory joint liability[3]. Plaintiffs intend to seek ***only*** money damages for the "elimination of hazards to public health and safety and to abate or cause to be abated … a public nuisance." W. Va. Code § 7-1-3kk; W. Va. Code § 8-12-5(23). Plaintiffs intend to seek punitive damages.[4] W. Va. Code § 55-7-29. Plaintiffs intend to resolve all pending discovery disputes and then seek immediate remand for a bifurcated bench trial as soon as possible.

Dated:  December 13, 2019

Respectfully submitted,

THE CITY OF HUNTINGTON

CABELL COUNTY COMMISSION

/s/ *Anne McGinness Kearse*
Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9000
Fax:  843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

*/s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr. (WVSB Bar No. 7443)
**GREENE, KETCHUM, FARRELL, BAILEY & TWEEL, LLP**
419 - 11th Street (25701)/ P.O. Box 2389
Huntington, West Virginia 25724-2389
Tel.: 800-479-0053 or 304-525-9115
Fax: 304-529-3284
paul@greeneketchum.com

---

[2]     A civil conspiracy is not a per se, stand-alone cause of action; it is instead a legal doctrine under which liability for a tort may be imposed on people who did not actually commit a tort themselves but who shared a common plan for its commission with the actual perpetrator(s). *Dunn v. Rockwell*, 225 W. Va. 43, 689 S.E.2d 255, Syl. Pt. 9 (2009).

[3]     Joint liability may be imposed on two or more defendants who "consciously conspire and deliberately pursue a common plan or design to commit a tortious act or omission." W. Va. Code § 55-7-13c.

[4]     An award of punitive damages may only occur in a civil action against a defendant if a plaintiff establishes by clear and convincing evidence that the damages suffered were the result of the conduct that was carried out by the defendant with actual malice toward the plaintiff or a conscious, reckless and outrageous indifference to the health, safety and welfare of others. W. Va. Code § 55-7-29.

Linda Singer
David I. Ackerman
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel: 202-232-5504
Fax: 202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com

Charles R. "Rusty" Webb (WVSB No. 4782)
**THE WEBB LAW CENTRE, PLLC**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

Michael A. Woelfel (W.Va. Bar ID 4106)
**WOELFEL AND WOELFEL, LLP**
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

Anthony J. Majestro
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Tel.: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 13, 2019, a copy of the foregoing **PLAINTIFFS CABELL COUNTY COMMISSION and CITY OF HUNTINGTON'S MOTION TO SEVER** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr.