IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                                                         Civil Action No. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                                                         Civil Action No. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    **Defendants.**

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this 13th day of March, 2020, the foregoing ***AmerisourceBergen Drug Corporation's Notice of Service of Third-Party Subpoena*** was served upon counsel of record electronically.

                                                  */s/ Gretchen M. Callas*
                                                 Gretchen M. Callas (WVSB #7136)