# EXHIBIT C

# IN THE CIRCUIT COURT OF BOONE COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA, ex rel.,
PATRICK MORRISEY, Attorney General, et al.,

Plaintiffs,

v.

Civil Action No. 16-C-1
Judge William S. Thompson

McKESSON CORPORATION,

Defendant.

## NOTICE AND ORDER OF DISMISSAL WITH PREJUDICE

This day came Plaintiffs, by counsel, and Defendant, by counsel, pursuant to W. Va. R. Civ. P. 41(a)(1)(A)(ii), and represented to the Court that all claims and controversies between them have been compromised and settled, and that a Settlement Agreement and Release has been executed by all Parties and provided to the Court.

Pursuant to Section 3 of the Parties' Settlement Agreement and Release, the Court directs Defendant to make the periodic payments composing the Total Settlement Payment described in Section 4.1 according to the schedule set forth in Section 4.2, and the Court directs Plaintiffs to distribute the monies as set forth in Section 4.3.

Hearing no objection and perceiving of none, upon the Parties' representations and joint notice, it is accordingly **ORDERED** that this action be, and is hereby, **DISMISSED WITH PREJUDICE** as to all claims and all parties, and this action shall be stricken from the Court's docket.

The Clerk of the Court is directed to transmit a certified copy of this Order to all counsel of record identified below.

ENTERED this 2nd day of May, 2019.

*William S. Thompson*
William S. Thompson, Circuit Court Judge

Prepared and Approved by:

STATE OF WEST VIRGINIA, *ex rel.*,
PATRICK MORRISEY, Attorney General,
JEFF S. SANDY, in his capacity as
the Secretary of the WEST VIRGINIA
DEPARTMENT OF MILITARY
AFFAIRS AND PUBLIC SAFETY,
an agency of the State of West Virginia, and
BILL J. CROUCH, in his capacity as
the secretary of the WEST VIRGINIA
DEPARTMENT OF HEALTH AND
HUMAN RESOURCES, an agency of
the State of West Virginia

By Counsel

L. Lee Javins II (W. Va. Bar No. 6613)
Taylor M. Norman (W. Va. Bar No. 13026)
Special Assistant Attorney General
**BAILEY JAVINS & CARTER LC**
213 Hale Street
Charleston, WV 25301
Telephone: (304) 345-0346
Facsimile: (304) 345-0375

And

Vaughn T. Sizemore (W. Va. Bar No. 8231)
Deputy Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
State Capitol / Building 1 / Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Facsimile: (304) 558-0140

*Counsel for Plaintiffs*

And

McKESSON CORPORATION

**By Counsel**

_____
Russell D. Jessee (W. Va. Bar No. 10020)
John J. Meadows (W. Va. Bar No. 9442)
**STEPTOE & JOHNSON PLLC**
Post Office Box 1588
Charleston, WV 25326-1588
Telephone: (304) 353-8000
Facsimile: (304) 353-8180

And

Geoffrey Hobart (*Pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

*Counsel for McKesson Corporation*

4