UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    Plaintiff,

v.                                                       CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**
    Defendants.

---

**CABELL COUNTY COMMISSION,**
    Plaintiff,

v.                                                         CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**
    Defendants.

**PLAINTIFFS' MOTION TO STRIKE DEFENDANTS'
NOTICES OF NON-PARTY FAULT**

Plaintiffs City of Huntington and Cabell County Commission (collectively, "Plaintiffs") move to strike the Defendants' Notices of Non-Party Fault. For the reasons stated in Plaintiffs' contemporaneously filed Memorandum of Law, Plaintiffs seek an order striking the Notices of Non-Party Fault filed by the Defendants.

Dated: March 13, 2020                                       Respectfully submitted,

**THE CITY OF HUNTINGTON**                     **CABELL COUNTY COMMISSION**

/s/ *Anne McGinness Kearse*                             /s/ *Paul T. Farrell, Jr.*
Anne McGinness Kearse (WVSB No. 12547)     Paul T. Farrell, Jr. (WVSB Bar No. 7443)
Joseph F. Rice                                                  **FARRELL LAW**
**MOTLEY RICE LLC**                                     422 Ninth Street, 3rd Floor (25701)
28 Bridgeside Blvd.                                           PO Box 1180
Mount Pleasant, SC 29464                                Huntington, West Virginia 25714-1180
Tel: 843-216-9000                                             Mobile: 304-654-8281
Fax: 843-216-9450                                            paul@farrell.law
akearse@motleyrice.com
jrice@motleyrice.com                                        /s/ *Anthony J. Majestro*
                                                                        Anthony J. Majestro (WVSB No. 5165)
Linda Singer                                                    **POWELL & MAJESTRO, PLLC**
David I. Ackerman                                            405 Capitol Street, Suite P-1200
**MOTLEY RICE LLC**                                     Charleston, WV 25301
401 9th Street NW, Suite 1001                          304-346-2889 / 304-346-2895 (f)
Washington, DC 20004                                     amajestro@powellmajestro.com
Tel:  202-232-5504
Fax:  202-386-9622                                           Michael A. Woelfel (WVSB No. 4106)
lsinger@motleyrice.com                                   **WOELFEL AND WOELFEL, LLP**
dackerman@motleyrice.com                            801 Eighth Street
                                                                        Huntington, West Virginia 25701
Charles R. "Rusty" Webb (WVSB No. 4782)     Tel. 304.522.6249
**THE WEBB LAW CENTRE, PLLC**                Fax. 304.522.9282
716 Lee Street, East                                           mikewoelfel3@gmail.com
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, a copy of the foregoing **PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' NOTICES OF NON-PARTY FAULT** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)