IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, | |
| Plaintiff, | CIVIL ACTION NO. 3:17-01362 |
| vs. | |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, | |
| Defendants. | |
| CABELL COUNTY COMMISSION, | |
| Plaintiff, | CIVIL ACTION NO. 3:17-01665 |
| vs. | |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Bryant J. Spann, Robert H. Akers, and the law firm of Thomas Combs & Spann, PPLC, whose address is 300 Summers Street, Suite 1380, Charleston, West Virginia, 25301, as counsel for Defendants Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc., in the above-styled proceeding.  It is requested that copies of all pleadings, discovery and all other matters filed in this action be served upon the undersigned.

Dated:  March 16, 2020                    Respectfully submitted,

                                                  /s/ *Robert H. Akers*
Bryant S. Spann (WVSB #8628
Robert H. Akers (WVSB #9622)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV  25301
Tel:  304.414.1800
Fax: 304.414.1801
E-Mail: rakers@tcspllc.com
        bspann@tcspllc.com
*Counsel for Defendants Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this 16th day of March, 2020, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

s/ *Robert H. Akers*
Bryant S. Spann (WVSB #8628
Robert H. Akers (WVSB #9622)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
Charleston, WV  25301
Tel:  304.414.1800
Fax: 304.414.1801
E-Mail: rakers@tcspllc.com
         bspann@tcspllc.com
*Counsel for Defendants Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*