UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**CITY OF HUNTINGTON, WEST VIRGINIA,**

    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.**

    **Defendants.**

**CASE NO. 3:17-CV-01362**

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.**

    **Defendants.**

**CASE NO. 3:17-CV-01665**

## CERTIFICATE OF SERVICE

I, Jeffrey M. Wakefield, hereby certify that on March 17, 2020, **DEFENDANT MCKESSON CORPORATION'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST COMBINED DISCOVERY REQUESTS TO DISTRIBUTORS** was served on counsel for plaintiffs and defendants pursuant to the agreement regarding service on plaintiffs, directed to the email addresses listed below.

    For Plaintiffs:   mdl2804discovery@motleyrice.com
    For Defendants:  xALLDEFENDANTS-MDL2804-Service@arnoldporter.com

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

| Attorney Name | E-Mail Address for Service |
|---|---|
| Peter H. Weinberger | pweinberger@spanglaw.com |
| Steven J. Skikos | sskikos@skikoscrawford.com |
| Troy A. Rafferty | trafferty@levinlaw.com |
| Brandon Bogle | bbogle@levinlaw.com |
| Paul Farrell | paul@greeneketchum.com |
| Eric Kennedy | ekennedy@weismanlaw.com |
| William Hawal | whawal@spanglaw.com |

                                                      */s/  Jeffrey M Wakefield*
                                                      Jeffrey M. Wakefield (WVSB #3894)