IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **THE CITY OF HUNTINGTON,**<br><br>     Plaintiff,<br><br>v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*<br><br>     Defendants.<br>_____<br><br>**CABELL COUNTY COMMISSION,**<br><br>     Plaintiff,<br><br>v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*<br><br>     Defendants. | Civil Action No. 3:17-01362<br><br><br><br><br><br><br><br>Civil Action No. 3:17-01665 |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 17th day of March, 2020, the foregoing **"McKesson Corporation's Notice of Service of Third-Party Subpoenas"** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                                    */s/ Jeffrey M. Wakefield*
                                                                                    Jeffrey M. Wakefield (WVSB #3894)

1