# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon David A. Faber |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT:  STANDING

Defendants AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc., by counsel, move pursuant to Federal Rule of Civil Procedure 56(a) for summary judgment on the nuisance claims alleged by Plaintiffs The City of Huntington and Cabell County Commission.  The evidence before the Court discloses that there is no genuine dispute as to any material fact bearing on this motion, in that no per se nuisance has been shown and Defendants have violated no ordinance of general applicability.  In the absence of a per se nuisance or of any predicate violation, Plaintiffs have no standing to sue for nuisance and Defendants are entitled to judgment as a matter of law.

WHEREFORE, Defendants respectfully request that the Court: (i) grant this motion; (2) issue a conforming Order directing the entry of summary judgment to Defendants on all of Plaintiffs' claims; and (3) accord Defendants such other and further relief as may be deemed just.

1

DATED:        March 20, 2020

By:   */s/ Gretchen M. Callas*
     Gretchen M. Callas (WVSB #7136)
     gcallas@jacksonkelly.com

        JACKSON KELLY PLLC
        Post Office Box 553
        Charleston, West Virginia 25322
        Telephone: (304) 340-1000
        Facsimile: (304) 340-1050

Robert A. Nicholas
rnicholas@reedsmith.com
Shannon E. McClure
smcclure@reedsmith.com

        REED SMITH LLP
        Three Logan Square
        1717 Arch Street, Suite 3100
        Philadelphia, PA 19103
        Tel: (215) 851-8100
        Fax: (215) 851-1420

*Counsel for AmerisourceBergen Drug Corporation*

Respectfully submitted,
**CARDINAL HEALTH, INC.**

By:   */s/ Steven R. Ruby*
     Brian A. Glasser (WVSB #6597)
     bglasser@baileyglasser.com
     Steven R. Ruby (WVSB #10752)
     sruby@baileyglasser.com

        BAILEY & GLASSER, LLP
        209 Capitol Street
        Charleston, WV 25301
        Telephone: (304) 345-6555
        Facsimile: (304) 342-1110

*Counsel for Cardinal Health, Inc., in Cabell County Commission action*

*/s/ David R. Pogue*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com

        CAREY, SCOTT, DOUGLAS & KESSLER, PLLC
        901 Chase Tower
        707 Virginia, East
        Charleston, West Virginia 25301
        Phone: (304) 345-1234
        Fax: (304) 342-1102

*Counsel for Cardinal Health, Inc., in City of Huntington action*

By: */s/ Jeffrey M Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com

    FLAHERTY SENSABAUGH
    BONASSO PLLC
    P.O. Box 3843
    Charleston, WV 25338-3843
    Telephone:  (304) 345-0200

Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
Megan A. Crowey

    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street NW
    Washington, DC 20001
    Telephone (202) 662-6000

*Counsel for McKesson Corporation*

Enu Mainigi
emainigi@wc.com
F. Lane Heard III
lheard@wc.com
Ashley W. Hardin
ahardin@wc.com

    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 434-5000
    Facsimile: (202) 434-5029

*Counsel for Defendant Cardinal Health, Inc.*

4

## CERTIFICATE OF SERVICE

I, Steven R. Ruby, counsel for Defendant Cardinal Health, do hereby certify that service of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT:  STANDING** was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system.

Dated:  March 20, 2020

 */s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)