IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, <br>       Plaintiff, <br> v. <br> AMERISOURCEBERGEN DRUG CORPORATION, et al., <br>       Defendants. | Civil Action No. 3:17-01362 <br> Hon. David A. Faber |
| CABELL COUNTY COMMISSION, <br>       Plaintiff, <br> v. <br> AMERISOURCEBERGEN DRUG CORPORATION, et al., <br>       Defendants. | Civil Action No. 3:17-01665 <br> Hon David A. Faber |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT:
<u>STATUTE OF LIMITATIONS</u>**

  Defendants AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc., by counsel, move pursuant to Federal Rule of Civil Procedure 56(a) for summary judgment on the nuisance claims alleged by Plaintiffs The City of Huntington and Cabell County Commission. The evidence before the Court discloses that there is no genuine dispute as to any material fact bearing on this motion, in that Plaintiffs' claims accrued more than one year prior to the filing of their respective actions. Because neither the continuing tort doctrine nor the fraudulent concealment doctrine may be applied to render timely Plaintiffs' dilatory filings, Defendants are entitled to judgment as a matter of law.

  WHEREFORE, Defendants respectfully request that the Court: (i) grant this motion; (2) issue a conforming Order directing the entry of summary judgment to Defendants on all of Plaintiffs' claims; and (3) accord Defendants such other and further relief as may be deemed just.

Dated: March 20, 2020

Respectfully submitted,

**CARDINAL HEALTH, INC.**

By: */s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
gcallas@jacksonkelly.com

JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Telephone: (304) 340-1000
Facsimile: (304) 340-1050

Robert A. Nicholas
rnicholas@reedsmith.com
Shannon E. McClure
smcclure@reedsmith.com

REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420

*Counsel for AmerisourceBergen Drug Corporation*

By: */s/ Steven R. Ruby*
Brian A. Glasser (WVSB #6597)
bglasser@baileyglasser.com
Steven R. Ruby (WVSB #10752)
sruby@baileyglasser.com

BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110

*Counsel for Cardinal Health, Inc., in Cabell County Commission action*

By: */s/ David R. Pogue*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com

CAREY, SCOTT, DOUGLAS & KESSLER, PLLC
901 Chase Tower
707 Virginia, East
Charleston, West Virginia 25301
Phone: (304) 345-1234
Fax: (304) 342-1102

*Counsel for Cardinal Health, Inc., in City of Huntington action*

By: */s/ Jeffrey M Wakefield*
    Jeffrey M. Wakefield (WVSB #3894)
    jwakefield@flahertylegal.com

        FLAHERTY SENSABAUGH
        BONASSO PLLC
        P.O. Box 3843
        Charleston, WV 25338-3843
        Telephone:  (304) 345-0200

Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
Megan A. Crowey

        COVINGTON & BURLING LLP
        One CityCenter
        850 Tenth Street NW
        Washington, DC 20001
        Telephone (202) 662-6000

*Counsel for McKesson Corporation*

Enu Mainigi
emainigi@wc.com
F. Lane Heard III
lheard@wc.com
Ashley W. Hardin
ahardin@wc.com

        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, DC 20005
        Telephone: (202) 434-5000
        Facsimile: (202) 434-5029

*Counsel for Defendant Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I, Steven R. Ruby, counsel for Defendant Cardinal Health, do hereby certify that service of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: STATUTE OF LIMITATIONS** was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system.

Dated:  March 20, 2020

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)