# EXHIBIT 23

Audio Transcription
Boone County Commission Regular Session
08/21/2012

Submitted on DVD