# EXHIBIT 24

Audio Transcription - Clip
Boone County Commission Regular Session
08/21/2012

Submitted on DVD