# EXHIBIT 34

Video Kanawha County Commission
Regular Session
02/07/2013

Submitted on DVD