# EXHIBIT 35

Video Clip Kanawha County Commission
Regular Session
02/07/2013

Submitted on DVD