# Exhibit A

CASE  12-C-140                    BOONE                                                        PAGE  1

STATE OF WV, EX REL DARRELL MC vs. CARDINAL HEALTH, INC.

| LINE | DATE | ACTION |
|---|---|---|
| 1 | 06/26/12 | CIVIL CASE INFORMATION STATEMENT |
| 2 | 06/26/12 | COMPLAINT REC & FILED BY: FRANCES A HUGHES, BLD., RM 26-E, |
| 3 | | STATE CAPITOL, CHARLESTON WV  PH# 558-2021 |
| 4 | 06/26/12 | SUMMONS ISSUED TO: ATTORNEY FOR SERVICE........ |
| 5 | 07/05/12 | INTERROGATORIES, REQUEST FOR PRODUCTION, SUMMONS & COMPLAINT |
| 6 | | SERVED ON SEC. OF STATE ON BEHALF OF CARDINAL HEALTH, INC. SER- |
| 7 | | VED ON 06-28-12. |
| 8 | 07/31/12 | DEFENDANT CARDINAL HEALTH, INC.'S NOTICE OF FILING NOTICE OF |
| 9 | | REMOVAL. CERT. OF SERV. EXHIBIT 1. |
| 10 | 03/29/13 | UNITED STATES DISTRICT COURT OF SOUTHERN WV CIVIL DOCKET REF- |
| 11 | | ERENCING THIS CASE IS PENDING IN WV DIST. COURT. |
| 12 | 04/17/13 | NOTICE OF SCHEDULING CONFERENCE SET FOR 05-13-13 @ 9:30 AM. |
| 13 | | CERT. OF SERV. |
| 14 | 04/22/13 | ORDER AUTHORIZING ADMISSION PRO HAC VICE OF JAMES R. WOOLEY, |
| 15 | | ESQ. & IS PARTICIPATING AS COUNSEL FOR DEFENDANT CARDINAL |
| 16 | | HEALTH, INC. ENTERED. |
| 17 | 04/22/13 | ORDER SUBSTITUTING COUNSEL OF RECORD FOR CARDINAL HEALTH, INC. |
| 18 | | W. HENRY JERNIGAN, ESQ. & MARK A. CARTER, ESQ OF THE LAW FIRM |
| 19 | | DINSMORE & SHOHL LLP BE SUBSTITUTED IN PLACE OF CARTE P. |
| 20 | | GOODWIN, ESQ., JOHNNY M. KNISELY, II & JOSEPH M. WARD, ESQ. |
| 21 | | OF THE LAW FIRM OF GOODWIN & GOODWIN, PLLC AS COUNSEL OF REC- |
| 22 | | ORD FOR CARDINAL HEALTH, INC. ENTERED. |
| 23 | 04/22/13 | ORDER AUTHORIZING ADMISSION PRO HAC VICE OF CHAD A READLER. |
| 24 | | ENTERED. |
| 25 | 04/23/13 | CARTE GOODWIN, ESQUIRE REMOVED FROM CASE REPRESENTING CARDINAL |
| 26 | | HEALTH. |
| 27 | 04/19/13 | MOTION FOR ADMISSION PRO HAC VICE OF JAMES R. WOOLEY, ESQ. |
| 28 | | VERIFIED STATEMENT OF APPLICATION OF JAMES R. WOOLEY FOR PRO |
| 29 | | HAC VICE ADMISSION. |
| 30 | | ORDER AUTHORIZING ADMISSION PRO HAC VICE OF JAMES R. WOOLEY |
| 31 | | (UNSIGNED BY JUDGE THOMPSON). CERT. OF SERV. EXHIBIT 1. |
| 32 | 04/19/13 | MOTION FOR ADMISSION PRO HAC VICE OF CHAD A READLER, ESQ. |
| 33 | | VERIFIED STATEMENT OF APPLICATION OF CHAD A READLER FOR PRO |
| 34 | | HAC VICE ADMISSION. |
| 35 | | ORDER AUTHORIZING ADMISSION PRO HAC VICE OF CHAD A READLER |
| 36 | | (UNSIGNED BY JUDGE THOMPSON). CERT. OF SERV. EXHIBIT 1. |
| 37 | 04/19/13 | NOTICE & STIPULATION OF SUBSTITUTION OF COUNSEL. DEFENDANT |
| 38 | | CARDINAL HEALTH, INC. ADVISES THAT W. HENRY JERNIGAN, JR., |
| 39 | | MARK A. CARTER & THE LAW FIRM OF DINSMORE & SHOHL, LLP HAVE |
| 40 | | BEEN RETAINED IN SUBSTITUTION OF CARTE P. GOODWIN, JOHNNY M. |
| 41 | | KNISELY, II, JOSEPH M. WARD & THE LAW FIRM OF GOODWIN & GOOD- |
| 42 | | WIN, PLLC. |
| 43 | 04/19/13 | ORDER SUBSTITUTING COUNSEL OF RECORD FOR CARDINAL HEALTH, INC. |
| 44 | | (UNSIGNED BY JUDGE THOMPSON). CERT. OF SERV. |
| 45 | 04/26/13 | NOTICE OF APPEARANCE OF JEFFREY J. BRESCH, ESQ. OF JONES DAY, |
| 46 | | 500 GRANT STREET, STE. 4500, PITTSBURGH, PA 15219-2514 AS |
| 47 | | COUNSEL ON BEHALF OF DEFENDANT CARDINAL HEALTH, INC. CERT. OF |
| 48 | | SERV. |
| 49 | 04/22/13 | ORDER AUTHORIZING ADMISSION PRO HAC VICE OF JAMES R. WOOLEY, ESQ |
| 50 | | ENTERED. |
| 51 | 04/22/13 | ORDER SUBSTITUTING COUNSEL OF RECORD FOR CARDINAL HEALTH, INC. |
| 52 | | IS NOW W. HENRY JERNIGAN, ESQ. & MARK A. CARTER, ESQ. OF DINS- |
| 53 | | MORE & SHOHL, LLP IN PLACE OF CARTE P. GOODWIN, ESQ., JOHNNY |
| 54 | | M. KNISELY, II, ESQ., & JOSEPH M. WARD, ESQ. OF GOODWIN & |

CASE  12-C-140          BOONE                                              PAGE  2

STATE OF WV, EX REL DARRELL MC vs. CARDINAL HEALTH, INC.

| LINE | DATE | ACTION |
|---|---|---|
| 55 | 04/22/13 | GOODWIN. ENTERED.                                                166/460 |
| 56 | | ORDER AUTHORIZING ADMISSION PRO HAC VICE OF CHAD A. READLER- |
| 57 | | ENTERED.                                                         166/462 |
| 58 | 05/10/13 | MOTION OF PLAINTIFF TO CONTINUE SCHEDULING CONFERENCE. CERT. OF |
| 59 | | SERV. |
| 60 | 05/13/13 | CERT. OF SERV. FOR "MEMORANDUM RESPONDING TO MOTION TO CONTINUE |
| 61 | | SCHEDULING CONFERENCE". |
| 62 | 07/02/13 | NOTICE OF SCHEDULING CONFERENCE SET FOR 09-09-13 @ 9:30 AM. |
| 63 | 07/29/13 | CERT. OF SERV. FOR "PLAINTIFF'S 1ST SET OF INTERROGATORIES & RE- |
| 64 | | QUEST FOR PRODUCTION OF DOCUMENTS". |
| 65 | 09/09/13 | LETTER RET'D BACK FROM US DIS. COUT OF SOUTHERN DIST. OF WV WITH |
| 66 | | REGARDS TO THIS CASE AS WELL AS 12-C-141. DEA 12-PG LIST OF |
| 67 | | "CONTROLLED SUBSTANCES" SCHEDULES 1 THROUGH V. |
| 68 | 09/18/13 | SCHEDULING ORDER. PRETRIAL CONFERENCE IS SET FOR 10-06-14 @ 9:30 |
| 69 | | AM. TRIAL SET FOR 10-21-13 @ 9:30 AM. ENTERED.                   167/697 |
| 70 | 10/18/13 | AGREED AGENDA FOR OCTOBER 24, 2013 STATUS CONFERENCE SET FOR |
| 71 | | 10-24-13 @ 1:00 PM. CERT. OF SERV. |
| 72 | 11/21/13 | ORDER ENTERED.                                                   168/242 |
| 73 | 11/21/13 | AGREED AGENDA FOR NOVEMBER 26, 2013 STATUS CONFERENCE SET FOR |
| 74 | | 9:30 AM.                                                         168/379 |
| 75 | 12/18/13 | PROTECTIVE ORDER - EXHIBIT A. ENTERED. |
| 76 | 12/26/13 | MODIFIED AGREED AGENDA FOR DECEMBER 23, 2013 STATUS CONFERENCE. |
| 77 | 01/08/14 | STIPULATION. |
| 78 | 01/09/14 | AMENDED COMPLAINT. CERT. OF SERV. |
| 79 | 02/04/14 | LETTER REC'D BY MARK A. CARTER, ESQ. OF DINSMORE & SHOHL, LLP |
| 80 | | REGARDING A REQUESTED EXTENSION FOR 02-14-14 STATING PLAINTIFFS |
| 81 | | AGREEING TO THE EXTENSION. |
| 82 | 02/10/14 | MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON BEHALF OF CARDINAL |
| 83 | | HEALTH, INC. ORDER GRANTING LEAVE TO FILE SUPPORTING LEGAL MEM- |
| 84 | | ORANDUM IN EXCESS OF TWENTY PAGES (UNSIGNED BY JUDGE THOMPSON). |
| 85 | | CERT. OF SERV. |
| 86 | 02/12/14 | ORDER DENYING MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON BEHALF |
| 87 | | OF CARDINAL HEALTH, INC. ENTERED.                                169/22 |
| 88 | 02/11/14 | MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON BEHALF OF CARDINAL |
| 89 | | HEALTH, INC. CERT. OF SERV. |
| 90 | 02/14/14 | NOTICE OF HEARING SET FOR 03-25-14 @ 1:30 PM. MAILED TO ALL |
| 91 | | ATTORNEYS IN THIS MATTER. |
| 92 | 02/18/14 | CARDINAL HEALTH, INC.'S MOTION TO DISMISS. |
| 93 | 02/18/14 | MEMORANDUM IN SUPPORT OF CARDINAL HEALTH, INC.'S MOTION TO DIS- |
| 94 | | MISS. CERT. OF SERV. |
| 95 | 02/18/14 | ATTACHMENTS INCLUDED (TOO LARGE TO SCAN). |
| 96 | 02/24/14 | MOTION TO RECONSIDER OR IN THE ALTERNATIVE FOR LEAVE TO FILE A |
| 97 | | MEMORANDUM IN SUPPORT OF MOTION TO DISMISS. CERT. OF SERV. |
| 98 | 02/25/14 | ORDER ON DEFENDANT'S MOTION TO RECONSIDER OPR IN THE ALTERNATIVE |
| 99 | | FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF MOTION TO DISMISS. |
| 100 | | ENTERED.                                                         169/82 |
| 101 | 03/04/14 | MEMORANDUM IN SUPPORT CARDINAL HEALTH, INC.'S MOTION TO DISMISS. |
| 102 | | TABLE OF CONTENTS. TABLE OF AUTHORITIES. INTRODUCTION. CERT. |
| 103 | | OF SERV. EXHIBITS INCLUDED (TOO LARGE TO SCAN). |
| 104 | 03/10/14 | DEFENDANT'S NOTICE OF HEARING SET FOR 03-25-14 @ 1:30 PM. CERT. |
| 105 | | OF SERV. |
| 106 | 03/19/14 | AGREED AGENDA FOR MARCH 25, 2014 STATUS CONFERENCE WHICH IS SET |
| 107 | | @ 1:30 PM. |
| 108 | 03/19/14 | WITHDRAWAL OF DEFENDANT'S NOTICE OF HEARING FOR 03-25-14. CERT. |

CASE 12-C-140                    BOONE                              PAGE 3

STATE OF WV, EX REL DARRELL MC vs. CARDINAL HEALTH, INC.

| LINE | DATE | ACTION |
|---|---|---|
| 109 | | OF SERV. |
| 110 | 04/16/14 | AGREED ORDER FOR CIVIL ACTION 12-C-140 & CIVIL ACTION 12-C-141 |
| 111 | | REGARDING JOINT STATUS CONFERENCE OF MARCH 25, 2014. CERT. OF |
| 112 | | SERV (UNSIGNED BY JUDGE THOMPSON). |
| 113 | 04/17/14 | AGREE ORDER FOR CIVIL ACTION 12-C-140 & CIVIL ACTION 12-C-141 |
| 114 | | REGARDING JOINT STATUS CONFERENCE OF MARCH 25, 2014.      169/272 |
| 115 | | ENTERED. |
| 116 | | |
| 117 | | |
| 118 | 05/08/14 | THE STATE OF WEST VIRGINIA'S RESPONSE TO CARDINAL HEALTH'S MO- |
| 119 | | TION TO DISMISS, TABLE OF CONTENTS, EXHIBIT 1. CERT. OF SERV. |
| 120 | 05/23/14 | REPLY IN SUPPORT OF CARDINAL HEALTH, INC.'S MOTION TO DISMISS. |
| 121 | | CERT. OF SERV. EXHIBITS 1-25 (NOT SCANNED). |
| 122 | 06/23/14 | NOTICE OF FILING THE STATE'S PROPOSED ORDER DENYING MOTION TO |
| 123 | | DISMISS. CERT. OF SERV. |
| 124 | 06/23/14 | ORDER DENYING MOTION TO DISMISS (UNSIGNED BY JUDGE THOMPSON). |
| 125 | 07/03/14 | LETTER TO JUDGE THOMPSON FROM ROBERT O. PASSMORE CONCERNING |
| 126 | | EXTENSION OF TIME. |
| 127 | 07/09/14 | CARDINAL HEALTH INC.'S RESPONSE TO PLAINTIFFS' PROPOSED ORDER |
| 128 | | DENYING MOTION TO DISMISS. CERT. OF SERV. |
| 129 | 07/10/14 | AGREED PROTECTIVE ORDER (UNSIGNED BY JUDGE THOMPSON). |
| 130 | 07/11/14 | LETTER TO JUDGE THOMPSON REGARDING THIS CASE. |
| 131 | 08/19/14 | ORDER, ENTERED. |
| 132 | 09/05/14 | ORDER CONTINUING PRE-TRIAL & TRIAL DATES. PRE-TRIAL SET FOR |
| 133 | | 10-06-14 @ 9:30 AM. TRIAL SET FOR 10-21-14 @ 9:30 AM. ENTERED. |
| 134 | 10/01/14 | THE STATE'S CONFIDENTIAL MEDIATION STATEMENT PURSUANT TO JUDGE |
| 135 | | THOMPSON'S ORDER OF 08-19-14 FILED UNDER SEAL........ |
| 136 | 10/15/14 | KEYSOURCE MEDICAL INC.'S CONFIDENTIAL MEDIATION STATEMENT...... |
| 137 | | ..........FILED UNDER SEAL........ |
| 138 | 10/22/14 | NOTICE FO SUPPLEMENTAL AUTHORITIES. CERT. OF SERV. EXHIBITS A & |
| 139 | | B. |
| 140 | 01/16/15 | MOTION TO SCHEDULE A CONFERENCE & ENTER A SCHEDULING ORDER. |
| 141 | | CERT. OF SERV. |
| 142 | 01/20/15 | NOTICE OF MEDIATION SET FOR 02-11-15 @ 10:00 AM. CERT. OF SERV. |
| 143 | 01/22/15 | CARDINAL HEALTH INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO |
| 144 | | SCHEDULE A CONFERENCE & ENTER A SCHEDULING ORDER. CERT. OF |
| 145 | | SERV. |
| 146 | 01/26/15 | NOTICE OF HEARING SET FOR 02-02-15 @ 9:30 AM. |
| 147 | | MOTION TO SCHEDULE A CONFERENCE & ENTER A SCHEDULING ORDER. CERT |
| 148 | | OF SERV. |
| 149 | 02/06/15 | NOTICE OF HEARING SET FOR 03-03-15 @ 9:00 AM. CERT. OF SERV. |
| 150 | 02/24/15 | CARDINAL HEALTH, INC.'S MOTION FOR CONSOLIDATION FOR PRETRIAL |
| 151 | | PROCEEDINGS. |
| 152 | | MEMORANDUM IN SUPPORT OF CARDINAL HEALTH, INC.'S MOTION FOR CON- |
| 153 | | SOLIDATION FOR PRETRIAL PROCEEDINGS. CONCLUSION. |
| 154 | | DEFENDANT'S NOTICE OF HEARING SET FOR 03-03-15 @ 9:00 AM. CERT. |
| 155 | | OF SERV. |
| 156 | 03/13/15 | ORDER GRANTING CORDINAL HEALTH'S MOTION TO CONSOLIDATE (UNSIGN- |
| 157 | | ED BY JUDGMENT THOMPSON). |
| 158 | 03/16/15 | RESPONSE TO DEFENDANTS MOTION FOR CONSOLIDATION OF PRETRIAL PRO- |
| 159 | | CEEDINGS. CERT. OF SERV |
| 160 | | ORDER DENYING CARDINAL HEALTH INC.'S MOTION FOR CONSOLIDATION |
| 161 | | (UNSIGNED BY JUDGE THOMPSON). |
| 162 | 04/01/15 | ORIGINAL TRANSCRIPT FROM PROCEEDINGS HELD ON 03-03-15 BEFORE |

CASE 12-C-140                    BOONE                                   PAGE    4

STATE OF WV, EX REL DARRELL MC vs. CARDINAL HEALTH, INC.

| LINE | DATE | ACTION |
|---|---|---|
| 163 |  | JUDGE THOMPSON. TRANSCRIPT REC'D BY MISSY L. YOUNG, C.C.R. |
| 164 | 04/15/15 | ORDER DENYING CARDINAL HEALTH'S MOTION TO CONSOLIDATE. ENTERED. |
| 165 | 04/17/15 | ORDER DENYING MOTION TO DISMISS. ENTERED. |
| 166 | 05/19/15 | AGREED ORDER ALLOWING FILING OF 2ND AMENDED COMPLAINT & EXTEN- |
| 167 |  | SION OF TIME TO ANSWER OF OTHERWISE RESPOND. ENTERED. |
| 168 | 05/26/15 | MAIL RET'D FOR CHAD A. READLER, ESQ. "INSUFFICIENT ADDRESS" CON- |
| 169 |  | TAINING AGREED ORDER ALLOWING FILING OF 2ND AMENDED COMPLAINT. |
| 170 | 06/17/15 | MAIL RET'D FOR CHAD A. READLER, ESQ. "UNABLE TO FORWARD" CON- |
| 171 |  | TAINING ORDER DENYING MOTION TO DISMISS. |
| 172 | 08/12/15 | SECOND AMENDED COMPLAINT..............FILED UNDER SEAL........... |
| 173 | 08/13/15 | ORDER. |
| 174 | 09/10/15 | CARDINAL HEALTH, INC.'S MOTION TO DISMISS 2ND AMENDED COMPLAINT. |
| 175 |  | MEMORANDUM IN SUPPORT OF CARDINAL HEALTH, INC.'S MOTION TO DIS- |
| 176 |  | MISS PLAINTIFFS' 2ND AMENDED COMPLAINT. |
| 177 |  | CERT. OF SERV. |
| 178 |  | ATTACHMENTS. |
| 179 | 09/24/15 | EMAIL SENT TO KATIE REGARDING THIS CASE & 12-C-141. |
| 180 | 09/24/15 | SIGN-IN SHEET OF ALL ATTORNEYS SHOWING UP FOR HEARING ON THIS |
| 181 |  | CASE & 12-C-141. |
| 182 | 10/08/15 | ORDER (UNSIGNED BY JUDGE THOMPSON). |
| 183 | 10/09/15 | ORDER. |
| 184 | 10/16/15 | THE STATE'S RESPONSE TO CARDINAL'S 2ND MOTION TO DISMISS. |
| 185 |  | CERT. OF SERV. |
| 186 | 10/30/15 | MEDIATION TO BE CONDUCETED AT GLADE SPRINGS RESORT FOR BOTH |
| 187 |  | THIS CASE & 12-C-141 SET NOW FOR APRIL 7 & APRIL 8, 2016. |
| 188 | 10/30/15 | SCHEDULING ORDER REC'D FROM SUPREME COURT OF APPEALS. |
| 189 | 10/30/15 | REPLY IN SUPPORT OF CARDINAL HEALTH, INC.'S MOTION TO DISMISS. |
| 190 |  | TABLE OF CONTENTS. |
| 191 |  | INTRODUCTION. |
| 192 |  | CERT. OF SERV. |
| 193 | 11/13/15 | CERT. OF SERV. FOR "CARDINAL HEALTH, INC.'S 1ST SET OF INTERROG- |
| 194 |  | ATORIES TO PLAINTIFFS". |
| 195 |  | CERT. OF SERV. FOR "CARDINAL HEALTH, INC.'S 1ST SET OF REQUEST |
| 196 |  | FOR PRODUCTION TO PLAINTIFFS". |
| 197 |  | AGREED ORDER (UNSIGNED). |
| 198 | 11/16/15 | AGREED ORDER. |
| 199 | 12/03/15 | ORDER GRANTING CARDINAL HEALTH, INC.'S MOTION TO DISMISS PLAIN- |
| 200 |  | TIFFS' 2ND AMENDED COMPLAINT (UNSIGNED). CERT. OF SERV. |
| 201 | 12/14/15 | CERT. OF SERV. FOR "DEF.'S RESPONSES & OBJECTIONS TO PLAINTIFFS' |
| 202 |  | 2ND SET OF INTERROGATORIES & REQUESTS FOR PRODUCTION OF DOCU- |
| 203 |  | MENTS & REQUESTS FOR ADMISSION". |
| 204 | 01/12/16 | CERT. OF SERV. FOR "CARDINAL HEALTH, INC.'S 1SST SET OF REQUESTS |
| 205 |  | FOR ADMISSION TO PLAINTIFFS". |
| 206 | 01/19/16 | NOTICE OF HEARING SET FOR 02-24-16 @ 2:00 PM. |
| 207 | 02/16/16 | CERT. OF SERV. FOR "PLAINTIFF'S RESPONSES TO THE 1ST SET OF RE- |
| 208 |  | QUESTS FOR ADMISSIONS". |
| 209 | 02/19/16 | ORDER DENYING CARDINAL HEALTH, INC.'S MOTION TO DISMISS THE 2ND |
| 210 |  | AMENDED COMPLAINT. |
| 211 | 04/07/16 | NOTICE OF CONFERENCE PURSUANT TO THE COURT'S ORDER FROM 24 FEB. |
| 212 |  | 2016 STATUS CONFERENCE. CERT. OF SERV. |
| 213 | 04/21/16 | CARDINAL HEALTH 110, LLC'S ANSWER TO SECOND AMENDED COMPLAINT. |
| 214 |  | CERT. OF SERV. |
| 215 | 04/22/16 | ORDER (UNSIGNED BY JUDGE THOMPSON). |
| 216 | 05/13/16 | CERT. OF SERV. FOR "CARDINAL HEALTH'S 1ST SET OF REQUESTS FOR |

CASE  12-C-140                    BOONE                    PAGE   5

STATE OF WV, EX REL DARRELL MC vs, CARDINAL HEALTH, INC.

| LINE | DATE | ACTION |
|------|------|--------|
| 217 | | PRODUCTION TO PLAINTIFF THE WV DEPT. OF HEALTH & HUMAN SERVIC- |
| 218 | | ES". |
| 219 | 05/31/16 | NOTICE OF PHYSICAL ADDRESS CHANGE FOR DINSMORE & SHOHL, LLP, |
| 220 | | WHICK IS NOW 707 VIRGINIA STREET, EAST, SUITE 1300, CHARLESTON, |
| 221 | | WV 25301 & PO BOX 11887, CHARLESTON, WV 25339-1887. CERT. OF |
| 222 | | SERV. |
| 223 | 06/09/16 | CERT. OF SERV. FOR "CARDINAL HEALTH'S 1ST SET OF REQUESTS FOR |
| 224 | | PRODUCTION TO PLAINTIF THE WV DEPT. OF MILITARY AFFAIRS & PUB- |
| 225 | | LIC SAFETY". |
| 226 | 10/07/16 | MEMORANDUM OF LAW IN SUPPORT OF GAZETTE-MAIL MOTION TO INTER- |
| 227 | | VENE FOR THE LMTD PURPOSE OF SEEKING REVIEW OF THE COURT'S |
| 228 | | ORDER SEALING COURT RECORDS & IN SUPPORT OF ITS MOTION TO UN- |
| 229 | | SEAL PLAINTIFFS' 2ND AMENDED COMPLAINT. CERT. OF SERV. |
| 230 | 10/07/16 | MOTION ON BEHALF OF THE CHARLESTON GAZETTE-MAIL TO INTERVENE |
| 231 | | FOR THE LMTD PURPOSE OF MOVING THE CIRCUIT COURT TO UNSEAL |
| 232 | | THE PLAINTIFF'S 2ND AMENDED COMPLAINT. |
| 233 | 10/17/16 | AGREED ORDER STAYING DISCOVERY. |
| 234 | 10/21/16 | NOTICE OF HEARING SET FOR 11-02-16 @ 11:00 AM. MAILED TO ALL |
| 235 | | PARTIES. |
| 236 | 10/31/16 | CARDINAL HEALTH'S OPPOSITION TO THE MOTION ON BEHALF OF THE |
| 237 | | CHARLESTON GAZETTE-MAIL TO INTERVENE FROM THE LMTD PURPOSE OF |
| 238 | | MOVING THE CIRCUIT COURT TO UNSEAL THE PLAINTIFF'S 2ND AMEND- |
| 239 | | ED COMPLAINT. CERT. OF SERV. (REC'D BY FAX). |
| 240 | | REC'D THE SAME AS ABOVE IN HARD COPY FORM. |
| 241 | 11/04/16 | ORDER WITH RESPECT TO THE CHARLESTON GAZETTE-MAIL'S MOTION TO |
| 242 | | INTERVENE & TO UNSEAL PLAINTIFFS' 2ND AMENDED COMPLAINT. |
| 243 | 12/27/16 | ORDER ENTERED. |
| 244 | 01/09/17 | ORDER OF DISMISSAL WITH PREJUDICE. |
| 245 | 01/10/17 | SETTLEMENT AGREEMENT & RELEASE. |
| 246 | 06/19/14 | ORDER GRANTING CARDINAL HEALTH, INC.'S MOTION TO DISMISS (UN- |
| 247 | | SIGNED BY JUDGE THOMPSON). |
| 248 | 01/09/17 | FINAL ORDER ENTERED. |