IN THE CIRCUIT COURT OF
KANAWHA COUNTY, WEST VIRGINIA

IN RE: OPIOID LITIGATION                       Civil Action No. 19-C-9000

THIS DOCUMENT APPLIES TO ALL CASES

\*\*\*\*\*

LIST OF PARTIES, CASES AND COUNSEL

| PLAINTIFFS | | |
|---|---|---|
| Plaintiff Group #1 | | |
| **Counties** | **Original Court and Civil Action Number of Case Filed** | **MLP or MDL** |
| Barbour County | Marshall County Circuit Court No. 19-C-5 | MLP |
| Clay County | Clay County Circuit Court No. 18-C-2 | MDL |
| Grant County | To Be Filed – In Marshall County Circuit Court | MLP |
| Hardy County | Marshall County Circuit Court No. 20-C-18 | MLP |
| Lincoln County | Lincoln County Circuit Court No. 17-C-46 | MDL |
| Mason County | Marshall County Circuit Court No. 19-C-4 | MLP |
| McDowell County | McDowell County Circuit Court No. 16-C-137 | MDL |
| Mercer County | Mercer County Circuit Court No. 17-C-236 | MDL |
| Mineral County | To Be Filed – In Marshall County Circuit Court | MLP |
| Mingo County | Mingo County Circuit Court No. 18-C-2 | MDL |
| Monroe County | To Be Filed – In Marshall County Circuit Court | MLP |
| Preston County | Marshall County Circuit Court No. 20-C-22 | MLP |
| Taylor County | Marshall County Circuit Court No. 19-C-7 | MLP |
| Tucker County | Marshall County Circuit Court No. 20-C-17 | MLP |
| Webster County | Marshall County Circuit Court No. 19-C-8 | MLP |
| **Cities** | | |
| Town of Addison | Marshall County Circuit Court No. 19-C-9 | MLP |
| Village of Barboursville | Marshall County Circuit Court No. 19-C-6 | MLP |
| Town of Belington | Marshall County Circuit Court No. 20-C-23 | MLP |

| | | |
|---|---|---|
| Town of Chapmanville | Logan County Circuit Court No. 17-C-168 | MDL |
| Town of Delbarton | Marshall County Circuit Court No. 20-C-16 | MLP |
| Town of Gilbert | Mingo County Circuit Court No. 17-C-94 | MDL |
| City of Grafton | Marshall County Circuit Court No. 19-C-151 | MLP |
| Town of Hamlin | Lincoln County Circuit Court No. 18-C-9 | MDL |
| Town of Junior | Marshall County Circuit Court No. 20-C-25 | MLP |
| Town of Kermit | Mingo County Circuit Court No. 17-C-13 | MDL |
| Town of Matewan | Marshall County Circuit Court No. 20-C-19 | MLP |
| City of Moundsville | Marshall County Circuit Court No. 20-C-26 | MLP |
| City of Mullens | Marshall County Circuit Court No. 20-C-20 | MLP |
| Town of Oceana | Marshall County Circuit Court No. 20-C-21 | MLP |
| City of Philippi | Marshall County Circuit Court No. 19-C-152 | MLP |
| City of Point Pleasant | Marshall County Circuit Court No. 20-C-24 | MLP |
| City of Welch | McDowell County Circuit Court No. 17-C-18 | MDL |
| City of Weirton | Marshall County Circuit Court No. 20-C-27 | MLP |
| Town of West Hamlin | Lincoln County Circuit Court No. 18-C-8 | MDL |
| City of Williamson | Mingo County Circuit Court No. 17-C-99 | MDL |
| **Lawyers Representing Plaintiff Group #1** | H. Truman Chafin, Esq.<br>The Chafin Law Firm, PLLC<br>Truman@thechafinlawfirm.com | |
| | Letitia Neese Chafin, Esq.<br>The Chafin Law Firm, PLLC<br>Tish@thechafinlawfirm.com | |
| | Mark Troy, Esq.<br>The Troy Law Firm, PLLC<br>Mark@troylawwv.com | |
| | Harry Bell, Esq.<br>Stewart Bell, PLLC<br>hfbell@belllaw.com | |
| | Hunter Mullens, Esq.<br>Mullen & Mullens, PLLC<br>Hmullens@mullensandmullens.com | |
| | James Young, Esq.<br>Morgan & Morgan<br>Jyoung@forthepeople.com | |
| | Juan Martinez, Esq.<br>Morgan & Morgan<br>Juanmartinez@forthepeople.com | |

| | | |
|---|---|---|
| | John S. Hrko, Esq.<br>Hrko Mediation & Law<br>Jjhrko@aol.com | (counsel for Mullens and Oceana) |
| | G. Todd Houck, Esq.<br>Attorney at Law<br>gthouck@aol.com | (counsel for Mullens and Oceana) |
| | Michelle L. Marinacci, Esq.<br>Gold, Khourey & Turak<br>mlm@gkt.com | (counsel for Moundsville and Weirton) |
| | Jonathan E. Turak, Esq.<br>Gold, Khourey & Turak<br>jet@gkt.com | (counsel for Moundsville and Weirton) |

### Plaintiff Group #2

| Counties | Original Court and Civil Action Number of Case Filed | MLP or MDL |
|---|---|---|
| Brooke County | Marshall County, West Virginia Civil Action No. 17-C-248 through 17-C-255 | MLP |
| Doddridge County | Marshall County, West Virginia Civil Action No. 18-C-222 and 18-C-233 through 18-C-236 | MLP |
| Hancock County | Marshall County, West Virginia Civil Action No. 17-C-248 through 17-C-255 | MLP |
| Harrison County | Marshall County, West Virginia Civil Action No. 17-C-248 through 17-C-255 | MLP |
| Lewis County | Marshall County, West Virginia Civil Action No. 17-C-248 through 17-C-255 | MLP |
| Marion County | Marshall County, West Virginia Civil Action No. 18-C-222 and 18-C-233 through 18-C-236 | MLP |
| Marshall County | Marshall County, West Virginia Civil Action No. 17-C-248 through 17-C-255 | MLP |
| Monongalia County | Marshall County, West Virginia Civil Action No. 18-C-222 and 18-C-233 through 18-C-236 | MLP |
| Ohio County | Marshall County, West Virginia Civil Action No. 17-C-248 through 17-C-255 | MLP |
| Randolph County | Marshall County, West Virginia Civil Action No. 18-C-222 and 18-C-233 through 18-C-236 | MLP |
| Tyler County | Marshall County, West Virginia Civil Action No. 17-C-248 through 17-C-255 | MLP |
| Upshur County | Marshall County, West Virginia Civil Action No. 18-C-222 and 18-C-233 through 18-C-236 | MLP |

| | | |
|---|---|---|
| Wetzel County | Marshall County, West Virginia Civil Action No. 17-C-248 through 17-C-255 | MLP |
| **Lawyers Representing Plaintiff Group #2** | Robert P. Fitzsimmons, Esq.<br>Fitzsimmons Law Firm, PLLC<br>Bob@fitzsimmonsfirm.com | |
| | Clayton J. Fitzsimmons, Esq.<br>Fitzsimmons Law Firm, PLLC<br>Clayton@fitzsimmonsfirm.com | |
| | Mark Colantonio, Esq.<br>Fitzsimmons Law Firm, PLLC<br>Mark@fitzsimmonsfirm.com | |
| | Hunter Shkolnik, Esq.<br>Napoli Shkolnik<br>Hunter@Napolilaw.com | |
| | Paul Napoli, Esq.<br>Napoli Shkolnik<br>PNapoli@NSPRLaw.com | |
| | Shayna Sacks, Esq.<br>Napoli Shkolnik<br>ssacks@napolilaw.com | |
| | Joseph Ciacco, Esq.<br>Napoli Shkolnik<br>jciacco@Napolilaw.com | |
| | Salvatore Badala, Esq.<br>Napoli Shkolnik<br>SBadala@Napolilaw.com | |

### Plaintiff Group #3

| Counties | Original Court and Civil Action Number of Case Filed | MLP or MDL |
|---|---|---|
| Jackson County | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| Pleasants County | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| Ritchie County | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |

| | | |
|---|---|---|
| Roane County | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| Wirt County | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| Wood County | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| **Cities** | | |
| Town of Elizabeth | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| Town of Harrisville | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| Town of Ravenswood | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| City of Ripley | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| Town of Spencer | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| City of St. Mary's | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| Town of Williamstown | Marshall County, West Virginia Civil Action No. 19-C-98 through 19-C-108 | MLP |
| **Lawyers Representing Plaintiff Group #3** | Eric Holmes, Esq.<br>Law Offices of Harris & Holmes, PLLC<br>Ericholmes@suddenlinkmail.com | |
| | Kevin C. Harris, Esq.<br>Law Offices of Harris & Holmes, PLLC<br>Kevinharris2@suddenlinkmail.com | |
| | Lisa Ford, Esq.<br>The Ford Law Office<br>WVlawyer@gmail.com | |
| | Marc J. Bern, Esq.<br>Marc J. Bern & Partners LLP<br>mbern@bernllp.com | |
| | Joseph J. Cappelli, Esq.<br>Marc J. Bern & Partners LLP<br>Jcappelli@bernllp.com | |
| | Robert L. White, Esq.<br>rlwhite@suddenlink.net | |

|  |  |  |
|---|---|---|
|  | Thomas Joyce, Esq.<br>Marc J. Bern & Partners LLP |  |
|  | Carmen DeGisi, Esq.<br>Marc J. Bern & Partners LLP |  |
| **Plaintiff Group #4** | | |
| **Counties** | **Original Court and Civil Action Number of Case Filed** | **MLP or MDL** |
| Braxton County | Southern District of West Virginia, Case No. 2:18-cv-00419 | MDL |
| Calhoun County | Southern District of West Virginia, Case No. 2:18-cv-00407 | MDL |
| Gilmer County | Southern District of West Virginia, Case No. 2:18-cv-01290 | MDL |
| Nicholas County | Southern District of West Virginia, Case No. 2:18-cv-00421 | MDL |
| **Cities** | | |
| Town of Belle | Circuit Court of Marshall County, West Virginia, Civil Action No. 19-C-264H | MLP |
| City of Bluefield | Southern District of West Virginia, Case No. 1:18-cv-00930 | MDL |
| City of Buckhannon | Southern District of West Virginia, Case No. 2:18-cv-01263 | MDL |
| Town of Ceredo | Circuit Court of Marshall County, West Virginia, Civil Action No. 19-C-265H | MLP |
| City of Charleston | Southern District of West Virginia, Case No. 2:18-cv-00251 | MDL |
| Town of Chesapeake | Circuit Court of Marshall County, West Virginia, Civil Action No. 19-C-266H | MLP |
| City of Clarksburg | Circuit Court of Marshall County, West Virginia, Civil Action No. 19-C-259H | MLP |
| Town of Clendenin | Southern District of West Virginia, Case No. 2:18-cv-01284 | MDL |
| City of Dunbar | Southern District of West Virginia, Case No. 2:18-cv-00597 | MDL |
| Town of Eleanor | Southern District of West Virginia, Case No. 3:18-cv-00456 | MDL |
| Town of Fort Gay | Southern District of West Virginia, Case No. 3:18-cv-00280 | MDL |
| Town of Gauley Bridge | Southern District of West Virginia, Case No. 2:18-cv-01392 | MDL |
| Town of Glenville | Southern District of West Virginia, Case No. 2:18-cv-00448 | MDL |
| Town of Granville | Southern District of West Virginia, Case No. 2:18-cv-00443 | MDL |
| City of Huntington | Circuit Court of Cabell County, West Virginia, Civil No. 17-C-38 | MDL |
| City of Hurricane | Southern District of West Virginia, Case No. 3:18-cv-00401 | MDL |
| City of Kenova | Southern District of West Virginia, Case No. 2:18-cv-01472 | MDL |
| City of Logan | Southern District of West Virginia, Case No. 2:18-cv-00434 | MDL |

| | | |
|---|---|---|
| Town of Madison | Circuit Court of Marshall County, West Virginia, Civil Action No. 20-C-031H | MLP |
| City of Milton | Southern District of West Virginia, Case No. 3:18-cv-00435 | MDL |
| City of Montgomery | Southern District of West Virginia, Case No. 2:18-cv-01285 | MDL |
| City of Nitro | Circuit Court of Marshall County, West Virginia, Civil Action No. 19-C-260H | MLP |
| City of Parkersburg | Southern District of West Virginia, Case No. 2:18-cv-00423 | MDL |
| City of Princeton | Southern District of West Virginia, Case No. 1:18-cv-01242 | MDL |
| Town of Quinwood | Southern District of West Virginia, Case No. 5:18-cv-00427 | MDL |
| Town of Rainelle | Southern District of West Virginia, Case No. 5:18-cv-00425 | MDL |
| City of Richwood | Circuit Court of Marshall County, West Virginia, Civil Action No. 19-C-261H | MLP |
| Town of Rupert | Southern District of West Virginia, Case No. 5:18-cv-00426 | MDL |
| City of Saint Albans | Southern District of West Virginia, Case No. 2:18-cv-00370 | MDL |
| City of Smithers | Southern District of West Virginia, Case No. 2:18-cv-00441 | MDL |
| Town of Sophia | Southern District of West Virginia, Case No. 2:18-cv-01286 | MDL |
| City of South Charleston | Circuit Court of Marshall County, West Virginia, Civil Action No. 19-C-262H | MLP |
| City of Summersville | Southern District of West Virginia, Case No. 2:18-cv-00431 | MDL |
| Town of Sutton | Southern District of West Virginia, Case No. 2:18-cv-00440 | MDL |
| City of White Sulphur Springs | Circuit Court of Marshall County, West Virginia, Civil Action No. 19-C-263H | MLP |
| Town of Whitesville | Southern District of West Virginia, Case No. 2:18-cv-01287 | MDL |
| City of Winfield | Southern District of West Virginia, Case No. 3:18-cv-00400 | MDL |
| **Lawyers Representing Plaintiff Group #4** | Charles "Rusty" Webb, Esq.<br>The Webb Law Centre, PLLC<br>Rusty@rustywebb.com | |
| | Anne McGinness Kearse, Esq.<br>Motley Rice LLC<br>Akearse@motleyrice.com | |
| | Joseph F. Rice, Esq.<br>Motley Rice LLC<br>Jrice@motleyrice.com | |
| | Natalie Deyneka, Esq.<br>Motley Rice LLC<br>NDeyneka@motleyrice.com | |
| | Monique Christenson, Esq.<br>Motley Rice LLC<br>MChristenson@motleyrice.com | |

| | Plaintiff Group #5 | |
|---|---|---|
| **Counties** | **Original Court and Civil Action Number of Case Filed** | **MLP or MDL** |
| Boone County | Southern District of West Virginia, Case No. 2:17-cv-02028 | MDL |
| Cabell County | Southern District of West Virginia, Case No. 3:17-cv-01665 | MDL |
| Fayette County | Southern District of West Virginia, Case No. 2:17-cv-01957 | MDL |
| Greenbrier County | Southern District of West Virginia, Case No. 5:19-cv-00084 | MDL |
| Kanawha County | Southern District of West Virginia, Case No. 2:17-cv-01666 | MDL |
| Logan County | Southern District of West Virginia, Case No. 2:17-cv-02296 | MDL |
| Wayne County | Southern District of West Virginia, Case No. 3:17-cv-01962 | MDL |
| **Cities** | | |
| City of Beckley | Circuit Court of Marshall County, West Virginia, Civil Action No. 20-C-34 | MLP |
| City of Vienna | Southern District of West Virginia, Case No. 2:19-cv-00052 | MDL |
| **Lawyers Representing Plaintiff Group #5** | Paul T. Farrell, Jr., Esq.<br>Farrell Law<br>Paul@farrell.law | |
| | Anthony J. Majestro, Esq.<br>Powell & Majestro, PLLC<br>Amajestro@powellmajestro.com | |
| | James C. Peterson, Esq.        (counsel for all but Kanawha County)<br>Hill, Peterson, Carper, Bee & Deitzler, PLLC<br>Jcpeterson@hpcbd.com<br><br>Shawn P. George, Esq.        (Counsel for City of Beckley only)<br>George & Lorensen, PLLC<br>sgeorge@gandllaw.com<br><br>J. Michael Benninger, Esq.        (Counsel for City of Beckley only)<br>Benninger Law PLLC<br>mike@benningerlaw.com | |
| | Plaintiff Group #6 | |
| **Counties** | **Original Court and Civil Action Number of Case Filed** | **MLP or MDL** |
| Berkeley County | U.S. District Court Northern District of WV – 3:17-cv-143 | MDL |
| Jefferson County | U.S. District Court Northern District of WV – 3:17-cv-144 | MDL |

| Morgan County | U.S. District Court Northern District of WV – 3:18-cv-044 | MDL |
|---|---|---|
| Pocahontas County | U.S. District Court Northern District of WV – 2:18-cv-034 | MDL |
| **Cities** | | |
| City of Charles Town | U.S. District Court of Northern District of WV – 3:19-cv-040 | MDL |
| **Lawyers Representing Plaintiff Group #6** | Stephen Skinner, Esq.<br>Skinner Law Firm<br>sskinner@skinnerfirm.com | |

| **Plaintiff Group #7** |||
|---|---|---|
| **Counties** | **Original Court and Civil Action Number of Case Filed** | **MLP or MDL** |
| Wyoming County | | |
| **Lawyers Representing Plaintiff Group #7** | Warren R. McGraw, II, Esq.<br>McGraw Law Office<br>McGrawlaw1@aol.com | |

| **Plaintiff Group #8** |||
|---|---|---|
| **Counties** | **Original Court and Civil Action Number of Case Filed** | **MLP or MDL** |
| Putnam County | | |
| **Lawyers Representing Plaintiff Group #8** | Joseph H. Spano, Jr., Esq.<br>Pritt & Spano, PLLC<br>Jspano@yourwvlawfirm.com | |
| | Alan Pritt, Esq.<br>Pritt & Spano, PLLC<br>Apritt@yourwvlawfirm.com | |
| | Robert "Bobby" Warner, Esq.<br>Warner Law Offices, PLLC<br>bwarner@wvpersonalinjury.com | |
| | Aimee Wagstaff, Esq.<br>Andrus Wagstaff<br>Aimee.wagstaff@andruswagstaff.com | |

| Plaintiff Group #9 | | |
|---|---|---|
| Hospital | Original Court and Civil Action Number of Case Filed | MLP or MDL |
| Appalachian Regional Healthcare, Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Bluefield Hospital Company, LLC | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Braxton County Memorial Hospital, Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Broaddus Hospital Association | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Camden-Clark Memorial Hospital Corporation | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Charleston Area Medical Center, Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| The Charles Town General Hospital | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| City Hospital, Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Community Health Association d/b/a Jackson General Hospital | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Davis Memorial Hospital | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Grafton City Hospital, Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Grant Memorial Hospital | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Greenbrier VMC, LLC | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Monongalia County General Hospital Company | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |

| | | |
|---|---|---|
| Oak Hill Hospital Corporation d/b/a Plateau Medical Center | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Potomac Valley Hospital of W.Va., Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Preston Memorial Hospital Corporation | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Princeton Community Hospital Association, Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Reynolds Memorial Hospital Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| St. Joseph's Hospital of Buckhannon, Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Stonewall Jackson Memorial Hospital Company | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| United Hospital Center, Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Webster County Memorial Hospital, Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Wetzel County Hospital Association | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| West Virginia University Hospitals Inc. | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| Williamson Memorial Hospital, LLC | Marshall County, West Virginia Civil Action No. 19-C-69 through 19-C-88, 19-C-134 through 19-C-139, and 19-C-215 through 19-C-239 | MLP |
| **Lawyers Representing Plaintiff Group #9** | John W. ("Don") Barrett, Esq.<br>Barrett Law Group, P.A.<br>donbarrettpa@gmail.com | |
| | Steve Martino, Esq.<br>Taylor Martino, P.C.<br>stevemartino@taylormartino.com | |
| | Stephen B. Farmer, Esq. | |

|  | Farmer, Cline & Campbell, PLLC<br>SBFarmer@fcclaw.net |
|---|---|
|  | Timothy R. Linkous, Esq.<br>Linkous Law, PLLC<br>Tim@linkouslawpllc.com |
|  | Frank Gallucci, II, Esq.<br>Plevin & Gallucci<br>FGallucci@pglawyer.com |
|  | Richard Barrett, Esq.<br>Barrett Law Group, P.A.<br>rrb@rrblawfirm.net |
|  | Warren T. Buns, Esq.<br>Burns Charest, LLP<br>wburns@burnscharest.com |
|  | Dan Goetz, Esq.<br>Weisman, Kenney & Berris Company<br>dgoetz@weismanlaw.com |
|  | Jon Cuneo, Esq.<br>Cuneo, Gilbert & LaDuca, LLP<br>jonc@cuneolaw.com |

| Plaintiff Group #10 |||
|---|---|---|
| **Party** | **Original Court and Civil Action Number of Case Filed** | **MLP or MDL** |
| West Virginia Attorney General |  |  |
| **Lawyers Representing Plaintiff Group #10** | Patrick Morrisey, Esq.<br>WVAG<br>pm@wvago.gov |  |
|  | Vaughn T. Sizemore, Esq. |  |

|  |  |  |
|---|---|---|
|  | WVAG Office<br>Vaughan.t.sizemore@wvago.gov |  |
|  | Abby Cunningham, Esq.<br>WVAG Office<br>Abby.G.Cunningham@wvago.gov |  |
|  | Doug Buffington, Esq.<br>WVAG Office |  |
|  | Elizabeth D. Grant<br>WVAG Office<br>Elizabeth.D.Grant@wvago.gov |  |
|  | Ann Haight, Esq.<br>WVAG Office<br>Ann.I.haight@wvago.gov |  |
|  | Michelle Bradley, Esq.<br>WVAG Office<br>Michelle.L.Bradley@wvago.gov |  |
|  | Joseph F. Rice, Esq.<br>Motley Rice, LLC<br>Jrice@motleyrice.com |  |
|  | Elizabeth Smith, Esq.<br>Motley Rice LLC<br>esmith@motleyrice.com |  |
|  | Linda Singer, Esq.<br>Motley Rice, LLC<br>lsinger@motleyrice.com |  |
|  | Charles "Rusty" Webb, Esq.<br>The Webb Law Centre, PLLC<br>Rusty@rustywebb.com |  |

Page **13** of **13**