IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                                                                           Civil Action No. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    Defendants.

_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                                                                           Civil Action No. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 23th day of March, 2020, the foregoing *Notice of Service of Third-Party Subpoenas* was served upon counsel of record electronically.

                                                        */s/ Gretchen M. Callas*
                                                        Gretchen M. Callas (WVSB #7136)