## Order Information

| | |
|---|---|
| Description: | Online Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 47886028a3b4ed40c12c |
| Customer ID | 40784 |

## Billing Information

Amy Jackson
400 West Market Street, Suite 1800
Louisville, KY 40202
US
rmcgrew@stites.com

## Shipping Information

**Total: $358.00 (USD)**

## Payment Information

| | |
|---|---|
| Date/Time: | 24-Mar-2020 8:20:19 PDT |
| Transaction ID: | 62268837901 |
| Payment Method: | American Express xxxx1123 |
| Transaction Type: | Purchase |
| Auth Code: | 260142 |

## Merchant Contact Information

The West Virginia State Bar
Charleston, WV 25311
US
halls@wvbar.org

Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.