

Jeffrey M. Wakefield
Log out

## Thank You for Your Payment

Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status click here

Your transaction has been processed successfully. Please print this page for your records.
An email receipt has also been sent to jwakefield@flahertylegal.com

### Payment Information

| Item | Qty | Unit Price | Total Price |
|---|---|---|---|
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |

**Payment Total: $ 358.00**

Date: March 24th, 2020 1:00 PM
Transaction #: 62268998155

### PHV Case Information

| | |
|---|---|
| Civil Action Number | 3:17-cv-1362 |
| Email | jwakefield@flahertylegal.com |

### Billing Name and Address

Jeffrey M. Wakefield

1803 ROSEWOOD RD
CHARLESTON, WV 25314

### Your Email

jwakefield@flahertylegal.com

### Credit Card Information

MasterCard