**BAILEY GLASSER LLP**

209 Capitol Street
Charleston, WV 25301
Tel: 304.345.6555
Toll Free: 877.852.0342  Fax: 304.342.1110

sruby@baileyglasser.com

FILED
MAR 23 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

March 23, 2020

**Via Hand Delivery**

Rory L. Perry II, Clerk
United States District Court
Southern District WV
Robert C. Byrd United States Courthouse
300 Virginia Street, East, Suite 3400
Charleston, WV 25301

Re:   *The City of Huntington v. AmerisourceBergen Drug Corporation, et al.* and *Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*
Civil Action Nos. 3:17-cv-01362 and 3:17-cv-01665 (consolidated)
(USDC Southern District of West Virginia at Charleston)

Dear Clerk Perry:

Enclosed please find for filing a DVD containing video/audio exhibits identified as Exhibits 23, 24, 34 and 35 respectively in connection with **"Defendants' Motion for Summary Judgment Re Statute of Limitations"** which was filed on March 20, 2020, through the Court's CM/ECF system. Please mark the DVD as filed and place it in the appropriate court file.

Thank you for your assistance. If you have any questions, please do not hesitate to give me a call.

Sincerely,

Steven R. Ruby

SRR/paw
Enclosure

cc:   USDC Clerk's Office, Bluefield Division (via Federal Express)
Counsel (w/enclosures)

SCANNED

