**From:** Romeo, Riley J <Riley.J.Romeo@wv.gov>
**Sent:** Friday, March 20, 2020 2:17 PM
**To:** Wakefield, Jeff <JWakefield@flahertylegal.com>
**Subject:** subpoenas

Jeff, this email will confirm our telephone call in which you granted a 30-day extension to my client to respond to the subpoena you issued.  As we discussed, bureau employees are teleworking as per the recommendation of the Governor.  Additionally, all agency resources are currently focused on dealing with the Covid-19 pandemic and its impact on the state.  We will keep in touch as time goes by to let you know the status of our responses to the subpoenas.

Thank you for your cooperation in this regard,

*Riley J. Romeo, Jr., Esq.*

General Counsel
*Bureau for Medical Services, Legal Division, WV CHIP*
350 Capitol Street, Room 251
Charleston, WV 25301
304-558-1700



**WV DHHR - Bureau for Medical Services**

**IMPORTANT NOTICE: This email is confidential, may be legally privileged, and is for the intended recipient only. Access, disclosure, copying, distribution, or reliance on any of it by anyone else is prohibited and may be a criminal of offense. Please delete if obtained in error and email confirmation to the sender.**