**From:** Campbell, Allen B <Allen.B.Campbell@wv.gov>
**Sent:** Thursday, March 26, 2020 1:16 PM
**To:** David Pogue <drpogue@csdlawfirm.com>
**Cc:** Stuchell, Nicholas R <Nicholas.R.Stuchell@wv.gov>; Robertson, April L <April.L.Robertson@wv.gov>; Steven R. Compton <Steven.R.Compton@wvago.gov>
**Subject:** Huntington v. AmerisourceBergen, et. al. subpoena

David,

The subpoenas in the above-referenced litigation have been assigned to me to coordinate.  ODCP will not be able to comply with the subpoena deadline tomorrow due to the public health crisis created by the COVID 19 virus.  Unfortunately, due to the Governor's Stay At Home Order, the majority of DHHR's employees are working from home with limited capabilities and limited access to information.  Additionally, it has hampered my ability to meet with Agency staff and gather the requested documentation.  Please consider this email a request for an extension in which to answer and/or object to the documents requested.  I had a conference call this morning with some of your co-counsel from Reed Smith regarding subpoenas served on other DHHR Bureaus.  I realize from this morning's conversation that the discovery cut off in this case is quickly approaching.  I believe we can comply with this request by April 17, 2020.  Please do not hesitate to contact me if you have any questions.

B. Allen Campbell
Senior Assistant Attorney General

The information contained in this electronic message may be legally privileged and confidential under applicable law and is intended only for the use of the individual or entity named above.  If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please notify the West Virginia Office of the Attorney General, (304) 356-4797, and purge this communication immediately without making any copy or distribution.