**From:** Ryan Q Ashworth <rqa@bcyon.com>
**Sent:** Thursday, March 19, 2020 5:21:48 PM
**To:** Callas, Gretchen <GCALLAS@jacksonkelly.com>
**Subject:** Cabell Huntington Hospital Subpoena

**EXTERNAL MESSAGE**

Gretchen,

Thank you again for speaking with me! For preservation, I represent Cabell Huntington Hospital in reference to a subpoena you recently executed. The subpoena issued from the Southern District of West Virginia in litigation entitled City of Huntington; Cabell County Commission v. AmerisourceBergen Drug Corp., et al, 3:17-01362. The current command production date is 03/26/2020. On behalf of the Hospital, I requested that the command production date be extended until at least 04/02/2020. All dedicated assets are focused on compliance with COVID-19 national emergency declarations. They are extremely busy right now getting ready for a good fight! You and I will discuss the subpoena at your convenience on Monday or Tuesday of next week. You have my cell phone. If you need anything in the interim, please feel free to contact me.





Ryan Q. Ashworth, Esquire
BAILES, CRAIG, YON & SELLARDS PLLC
401 Tenth Street, Suite 500
Huntington, WV 25701
(304) 697-4700 (phone)
(304) 634-8523 (cell)

Admitted in West Virginia and Ohio

**ATTORNEY-CLIENT PRIVILEGE, WORK PRODUCT DOCTRINE AND CONFIDENTIALITY NOTICE:**

This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents, files, or previous e-mail messages enclosed within and/or attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.

**IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY REPLY E-MAIL OR BY TELEPHONE AT 304-697-4700 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING IN ANY MANNER.**

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.