

Paul B. Hynes, Jr.
PARTNER
Zuckerman Spaeder LLP
phynes@zuckerman.com
+1.202.778.1890

September 2, 2019

**VIA E-MAIL**

Counsel for Plaintiffs and Defendants

    Re:    <u>In re: National Prescription Opiate Litigation</u>, MDL No. 2804

Dear Counsel:

    CVS is posting the following document production from IQVIA to the Ricoh secure FTP site:

> **Production Volume:  IQVIA-CVS002**
> **Bates Ranges:  IQVIA-CVS-000001434 - IQVIA-CVS-000001959**

    This document production consists of IQVIA's "Bucket 2" documents related to CVS. The redactions in black were made by IQVIA.  The privilege redactions were made by CVS.

    The password to download this production is **Q9{_W%L<j)zH!~f9**.  This production contains documents that have been designated as Confidential or Highly Confidential under Case Management Order No. 2 (Dkt. No. 441).

    Sincerely,

    */s/ Paul B. Hynes, Jr.*

    Paul B. Hynes, Jr.

cc:    Daniel P. Goetz, Weisman Kennedy & Berris