# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON,**

    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et. al,**

    **Defendants.**

**AND**

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et. al,**

    **Defendants.**

Civil Action No. 3:17-01362

Civil Action No. 3:17-01665

## [PROPOSED] ORDER

Upon considering Non-Party West Virginia Offices of the Insurance Commissioner's Motion to Quash Defendant McKesson Corporation's Motion to Quash Subpoena to Produce Documents and Subpoena to Testify at a Deposition in a Civil Action, IT IS ORDERED that WVOIC's Motion be, and is hereby, GRANTED.

IT IS FURTHER ORDERED that Defendant McKesson Corporation's March 17, 2020 subpoena for documents and March 17, 2020 subpoena for a deposition is hereby QUASHED.

So ordered.

Dated:

                                                                                                    Honorable David A. Faber
                                                                                                    Senior Judge