UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                     Civil Action No. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et. al,**

    **Defendants.**

**AND**

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                     Civil Action No. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et. al,**

    **Defendants.**

### **ORDER**

Upon considering West Virginia Public Employees Insurance Agency's ("PEIA") Motion to Quash two subpoenas served upon it, IT IS ORDERED that PEIA's Motion be, and is hereby, GRANTED.

IT IS FURTHER ORDERED that Defendant McKesson's Corporation's March 17, 2020 subpoena for documents and March 17, 2020 subpoena for a deposition are hereby quashed. The Court additionally STAYS the deposition of PEIA. So ordered.

Dated:

                                                                         _____
                                                                        Honorable David A. Faber
                                                                        Senior Judge