**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

THE CITY OF HUNTINGTON,
        Plaintiff,

v.                                                    CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
        Defendants.

CABELL COUNTY COMMISSION,
        Plaintiff,

v.                                                    CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
        Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2020, AmerisourceBergen Drug Corporation's

Objections and Responses to Plaintiffs' Second Set of Combined Discovery Requests was sent by

electronic mail to Counsel for the Plaintiffs and Defendants as follows:

mdl2804discovery@motleyrice.com;        xALLDEFENDANTS-MDL2804-MDL2804-

Service@arnoldporter.com.

/s/ Gretchen M. Callas
A.L. Emch (WVSB #1125)
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
P. O. Box 553 Charleston, WV 25322
Telephone: (304) 340-1000
Email: aemch@jacksonkelly.com
Email: gcallas@jacksonkelly.com