IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **THE CITY OF HUNTINGTON,**<br><br>    Plaintiff,<br><br>v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*<br><br>    Defendants. | **Civil Action No. 3:17-01362** |
| **CABELL COUNTY COMMISSION,**<br><br>    Plaintiff,<br><br>v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*<br><br>    Defendants. | **Civil Action No. 3:17-01665** |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this the 30th day of March, 2020, the foregoing **"DEFENDANT MCKESSON CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION TO MCKESSON CORPORATION"** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)