IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

**DEFENDANTS' RESPONSE TO STATE OF WEST VIRGINIA'S
COMBINED MOTION FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE*
IN SUPPORT OF PLAINTIFFS AND LEAVE TO EXCEED PAGE LIMIT**

Defendants submit this response to the motion by the Attorney General of the State of West Virginia ("Attorney General") to file an *amicus* brief in support of Plaintiffs' opposition to Defendants' motions regarding *res judicata* and release. *See* Dkt. No. 257.

The Attorney General filed his request for leave, accompanied by a copy of his proposed *amicus* brief, on March 27. As the Court is aware, Defendants were required to file—and did file—reply briefs in support of their motions *two days earlier*, on March 25. Accordingly, Defendants did not have an opportunity to respond in their reply briefs to either the legal arguments or the unsworn factual averments regarding Defendants' separate settlement negotiations with the State set forth in the Attorney General's proposed *amicus* brief.

1

Where, as here, a putative *amicus* seeks to file a brief *after* the close of briefing by the parties, courts routinely and appropriately deny motions for leave to file amicus briefs. *See, e.g.*, 4 Am. Jur. 2d Amicus Curiae § 3 ("A court will deny a motion for leave to submit an amicus curiae brief that is filed after the normal briefing cycle set for the party to be supported, where the amici fail to show the requisite extraordinary cause for leave to file their brief.").

Notwithstanding the fact that the Attorney General's request is untimely and the absence of any "extraordinary cause" for the late filing, Defendants do not oppose the filing of the Attorney General's proposed amicus brief—provided that (1) Defendants be permitted to submit a joint response (of no more than 15 pages) to the Attorney's General's brief on or before Monday, April 6, and (2) neither the Attorney General nor Plaintiffs be permitted any further reply or sur-reply, since briefing has already closed. Defendants respectfully submit that it would be unfair and prejudicial to allow the Attorney General to file an *amicus* brief without giving Defendants the opportunity to respond to the statements and arguments made in that brief.

Dated: March 31, 2020

Respectfully submitted,

*/s/ Jeffrey M Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
**FLAHERTY SENSABAUGH BONASSO PLLC**
P.O. Box 3843
Charleston, WV 25338-3843
(304) 345-0200
jwakefield@flahertylegal.com

Timothy C. Hester
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000

*Counsel for McKesson Corporation*

2

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

**Counsel for AmerisourceBergen Drug Corporation**

*/s/ Steven R. Ruby*
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
Counsel in Cabell County action

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com

**Counsel for Cardinal Health, Inc**