```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                              CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                              CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

## ORDER

Pending before the court is a motion by the State of West Virginia to file a brief as *amicus curiae* in this case. (ECF No. 257. The State also asks that the court allow it to exceed a page limit of ten pages. Defendants have filed a response indicating that they do not oppose the filing of amicus brief provided they are permitted to respond and, after they do so, the court accept no further briefs. (ECF No. 265).

The State of West Virginia's motion is **GRANTED**. On or before April 6, 2020, defendants are allowed to file a response

to the State of West Virginia's brief. Said response should be no more than 15 pages in length. Furthermore, absent <u>exceptional</u> circumstances, no further briefs will be permitted.

The Clerk is directed to send copies of this Order to all counsel of record and interested parties.

**IT IS SO ORDERED** this 31st day of March, 2020.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge