# **EXHIBIT D**

## MDL 2804 McKESSON DOCUMENT PRODUCTIONS

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00395526<br>MCKMDL006 | MCKMDL00395526 | None | DEA Requests re Landover Distribution Center – July 2011 Production | 06/25/2018 |
| MCKMDL00395527<br>MCKMDL006 | MCKMDL00395878 | MCK000001 – MCK000351 | DEA Cyclic Inspection Subpoena re Omaha Distribution Center-2013 | 06/25/2018 |
| MCKMDL00395879<br>MCKMDL006 | MCKMDL00395880 | None | DEA 2011 Subpoena re Oklahoma City Distribution Center | 06/25/2018 |
| MCKMDL00395881<br>MCKMDL006 | MCKMDL00395881 | None | DEA Cyclic Inspection Subpoena re Omaha Distribution Center-2013 | 06/25/2018 |
| MCKMDL00395882<br>MCKMDL006 | MCKMDL00395890 | None | DEA 2014 Subpoena re LaCrosse Distribution Center | 06/25/2018 |
| MCKMDL00395891<br>MCKMDL006 | MCKMDL00395903 | MCK_BUF_000001 – MCK_BUF_000012 | DEA 2014 Subpoena re Buffalo Distribution Center | 06/25/2018 |
| MCKMDL00395904<br>MCKMDL006 | MCKMDL00396011 | MCKSAC000027 – MCKSAC000134 | DEA Cyclic Inspection Subpoena re Sacramento Distribution Center-2013 | 06/25/2018 |
| MCKMDL00395912<br>MCKMDL006 | MCKMDL00396061 | MCK_SLC000013 – MCK_SLC000056 | DEA Cyclic Inspection Subpoena re Salt Lake City Distribution Center-2015 | 06/25/2018 |
| MCKMDL00396068<br>MCKMDL007 | MCKMDL00397860 | MCK-WVAG-006-0000001 – MCK-WVAG-006-0001793<br>MCK-WVAG-006 | West Virginia Attorney General action: documents produced after 06/11/2018<br>(Tim Ashworth Custodial Files) | 07/03/2018 |
| MCKMDL00397861<br>MCKMDL008 | MCKMDL00402444 | Not applicable | Diligence files for Cuyahoga & Summit County Customers-R: Drive | 07/03/2018 |
| MCKMDL00402445<br>MCKMDL009 | MDLMDL00403402 | Not applicable | West Virginia Attorney General action: deposition transcripts and exhibits for Gary Boggs, Eugene Cavacini, Ashley Clayborne, Matt Collett, Joe Ganley, Kirsti Lawson, Erin McKinney, and Jennifer Towsley | 07/09/2018 |
| MCKMDL00403403<br>MCKMDL010 | MCKMDL00409043 | Not applicable | Documents from the custodial files of Michael Oriente | 07/13/2018 |

McKesson Confidential