# **<u>EXHIBIT E</u>**

Page 1

IN THE CIRCUIT COURT OF BOONE COUNTY
WEST VIRGINIA

STATE OF WEST VIRGINIA, ex rel.,
PATRICK MORRISEY, Attorney General, et al.,

        Plaintiffs,

vs.              Civil Action No. 16-C-1

McKESSON CORPORATION, a Delaware
corporation doing business in the State of
West Virginia,

        Defendant.


VIDEOTAPED DEPOSITION OF TIM ASHWORTH
_____

The videotaped deposition of Tim Ashworth was taken on June 26, 2018, at 9:35 a.m., at 707 Virginia Street, East, Charleston, West Virginia.
_____


ELITE COURT REPORTING, LLC
5010 Dempsey Drive
Cross Lanes, West Virginia  25313
(304) 415-1122

Martha Fourney, CSR

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 22

1      would be coming out of the Virginia DC.

2          Q.    Ruther Glen?

3          A.    Uh-huh.

4          Q.    Counties east and north of Monroe?

5      Because that --

6          A.    That's -- it's east and --

7          Q.    Well, there's no --

8          A.    It's north of Monroe.

9          Q.    Greenbrier County, is that yours?

10         A.    Yes.

11         Q.    That's right above Monroe, is it not?

12         A.    Yes.  I said north.

13         Q.    Okay.  So after Greenbrier -- how about

14     Pocahontas County, is that yours?

15         A.    Yes.

16         Q.    Raleigh County?

17         A.    Yes.

18         Q.    McDowell County?

19         A.    Yes.

20         Q.    Mingo County?

21         A.    Yes.

22         Q.    Wayne County?

23         A.    Yes.

24         Q.    Cabell County?

Elite Court Reporting, LLC
TIM ASHWORTH, 6/26/2018

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                           MCKMDL00662377

Page 23

1   A.   Yes.

2   Q.   Lincoln County?

3   A.   Yes.

4   Q.   Boone County?

5   A.   Yes.

6   Q.   Fayette County?

7   A.   Yes.

8   Q.   Putnam County?

9   A.   Yes.

10   Q.   Did I say Raleigh County?

11   A.   Yes.

12   Q.   Wyoming County?

13   A.   Yes.

14   Q.   Summers County?

15   A.   Yes.

16   Q.   All right.  John Kasinsky, do you know

17   what his West Virginia territory consists of?

18   A.   I can't answer that question.  I know

19   he has some accounts in West Virginia.  But I

20   don't know the geographic outline of it.

21   Q.   Do you understand Mr. Kasinsky to

22   report to a sales manager affiliated with some

23   other distribution center?

24   A.   Yes.

Elite Court Reporting, LLC
TIM ASHWORTH, 6/26/2018

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    MCKMDL00662378