**Highly Confidential Pursuant to Protective Order**

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Master Docket No. 1:17-MD-02804-DAP MDL No. 2804 |
| This Document Relates to: ALL CASES | Hon. Dan A. Polster |

### CARDINAL HEALTH, INC.'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST COMBINED DISCOVERY REQUESTS

Defendant Cardinal Health, Inc. ("Cardinal Health") serves these Third Supplemental Objections and Responses to Plaintiffs' First Combined Discovery Requests (the "Requests").

### <u>RESERVATION OF RIGHTS</u>

1.      Cardinal Health's investigation and discovery are ongoing as to all matters referred to in these Objections and Responses to Plaintiffs' Requests.  Cardinal Health's Objections and Responses reflect its investigation to date.  Cardinal Health reserves the right to modify and supplement its Objections and Responses as appropriate.

2.      These Objections and Responses are made without in any way waiving or intending to waive: (i) any objections as to the competency, relevancy, materiality, privilege, or admissibility as evidence, for any purpose, of information or documents produced in response to these Requests; (ii) the right to object on any ground to the use of the information or documents produced in response to the Requests at any hearings or at trial; (iii) the right to object on any ground at any time to a request for further responses to the Requests; or (iv) the right at any time to revise, correct, add to, supplement, or clarify any of the objections and responses contained herein.

1

Highly Confidential Pursuant to Protective Order

3.      The information and documents provided in response to these Requests are for use in this litigation and for no other purpose.  Any production of documents is subject to the Protective Order (Dkt. No. 441).

## GENERAL OBJECTIONS

The following Objections apply to each Request whether or not specifically referred to or incorporated in each response:

1.      Cardinal Health incorporates by reference any and all of its Objections to Plaintiffs' prior discovery requests, including Plaintiffs' prior Requests for Production of Documents and Plaintiffs' Interrogatories, as applicable, to the below requests.

2.      Cardinal Health objects to the Preamble to the Requests as mischaracterizing Cardinal Health's responses to Plaintiffs' prior discovery requests.  Cardinal Health's responses to prior written discovery responses were both appropriate and in conformance with the Federal Rules.

3.      Cardinal Health objects to the Preamble to the extent Plaintiffs suggest that Discovery Ruling No. 2 applies to these Requests.  Cardinal Health will comply with Discovery Ruling No. 3, which was entered by Special Master Cohen on July 17, 2018.

4.      Cardinal Health objects to each Request on the grounds that it exceeds the number of written Requests that Plaintiffs are allowed under CMO No. 1, Dkt. No. 232.

5.      Cardinal Health objects to the Requests to the extent that they purport to impose burdens on Cardinal Health that are inconsistent with, more onerous than, or not otherwise authorized by, the Federal Rules of Civil Procedure, the Local Rules of the Northern District of Ohio, Case Management Orders 1-3, and Discovery Ruling No. 3.

**Highly Confidential Pursuant to Protective Order**

6.     Cardinal Health objects to the Requests to the extent they call for the production of information that is unreasonably cumulative or duplicative of Plaintiffs' prior written discovery requests, that is already in the possession, custody, or control of Plaintiffs or Plaintiffs' counsel, that is publicly available, or is available through less burdensome means.

7.     Cardinal Health objects to the Requests to the extent they seek "All Documents" when it would be unduly burdensome and not proportional to search for or produce each responsive document.

8.     Cardinal Health objects to these Requests to the extent they call for the production of information or documents that are protected from disclosure by the attorney-client privilege or the work product doctrine, or prepared in anticipation of litigation or for trial, or any other applicable privilege, protection, or immunity.  Cardinal Health does not agree to produce such information or documents.  In accordance with the Protective Order (Dkt. No. 441) and Federal Rule of Evidence 502(d), in the event any such protected information or documents are produced in response to these Requests, the production is inadvertent and does not waive Cardinal Health's right to assert the applicability of any privilege, protection, or immunity to information or documents, and any such documents shall be returned to counsel for Cardinal Health immediately upon discovery thereof.

9.     Cardinal Health objects to the Requests to the extent that they assume any fact, event, or legal conclusion is true or that any characterization is accurate.  No response is an admission of any factual characterization or legal contention contained in any individual Request.

**Highly Confidential Pursuant to Protective Order**

## OBJECTIONS & RESPONSES TO DISCOVERY REQUESTS

**Request No. 1:**

Please produce all *transactional data* related to Opioids and/or Opioid Products for January 1, 1996 to the present; please identify the Bates stamp range for each related to *Case Track One*.

### Objection and Response to Request No. 1 (July 31, 2018):

Cardinal Health objects to this Request on the grounds that it exceeds the number of Requests allowed each party by CMO No. 1, Dkt. No. 232. Cardinal Health objects to the Request to the extent that it purports to impose burdens on Cardinal Health that are inconsistent with, more onerous than, or not otherwise authorized by, the Federal Rules of Civil Procedure, the Local Rules of the Northern District of Ohio, Case Management Orders 1-3, and Discovery Ruling No. 3. Cardinal Health further objects to the Request to the extent it calls for the production of information that is unreasonably cumulative or duplicative of Plaintiffs' prior written discovery requests, and to the extent it is already in the possession, custody, or control of Plaintiffs or Plaintiffs' counsel. Cardinal Health objects to the extent this information is not relevant to Plaintiffs' requests.

Subject to and without waiving its Objections, Cardinal Health states that it has produced this data. *See* CAH_MDL2804_00000012, CAH_MDL2804_00135241, and CAH_MDL2804_00000014.

### Supplemental Response and Objection to Request No. 1 (November 30, 2018):

Subject to and without waiving its Objections, Cardinal Health states that it has produced line-by-line transactional data related to distributions of opioid medications dating back to January 1, 1996. *See also* CAH_MDL2804_00617320. Cardinal Health produced this data on June 15, July 27, and August 7, 2018.

Highly Confidential Pursuant to Protective Order

**Request No. 2:**

Please produce each of your ***Suspicious Order Monitoring System (SOMS)*** policies and procedures since January 1, 2006 and identify the Bates stamp range for each; please identify the effective date(s) each was in force and effect.

### Objection and Response to Request No. 2 (July 31, 2018):

Cardinal Health objects to this Request on the grounds that it exceeds the number of Requests allowed each party by CMO No. 1, Dkt. No. 232. Cardinal Health objects to the Request to the extent that it purports to impose burdens on Cardinal Health that are inconsistent with, more onerous than, or not otherwise authorized by, the Federal Rules of Civil Procedure, the Local Rules of the Northern District of Ohio, Case Management Orders 1-3, and Discovery Ruling No. 3. Cardinal Health further objects to the Request to the extent it calls for the production of information that is unreasonably cumulative or duplicative of Plaintiffs' prior written discovery requests, and to the extent it is already in the possession, custody, or control of Plaintiffs or Plaintiffs' counsel.

Subject to and without waiving its Objections, Cardinal Health states that it has produced documents responsive to this Request. *See* CAH_MDL2804_00059048–00059300; CAH_MDL2804_00124800–00124924; CAH_MDL_PRIORPROD_AG_0000001–0015503; CAH_MDL_PRIORPROD_DEA07_00000001–01174970; CAH_MDL_PRIORPROD_DEA08_0000001–0000284; and CAH_MDL_PRIORPROD_DEA12_00000001–00015258. To the extent Cardinal identifies additional documents responsive to this Request after a reasonable search, Cardinal will produce those documents to Plaintiffs.

Highly Confidential Pursuant to Protective Order

**Supplemental Response and Objection to Request No. 2 (November 30, 2018)**:

Subject to and without waiving its Objections, Cardinal Health states that it has produced numerous copies of its policy and procedure documents relating to its monitoring of controlled substances. Cardinal Health produced the first set of such documents on May 31, 2018, and has continued to produce additional relevant documents on a rolling basis, some of which were copies of documents that had been previously produced to Plaintiffs. In addition to the documents identified above, Cardinal Health has also produced the following policies and procedures: CAH_MDL_PRIORPROD_HOUSE_0002197, CAH_MDL_PRIORPROD_HOUSE_0002201, CAH_MDL_PRIORPROD_HOUSE_0002207, CAH_MDL_PRIORPROD_AG_0028688– CAH_MDL_PRIORPROD_AG_0029955, CAH_MDL_PRIORPROD_DEA07_01181142, CAH_MDL_PRIORPROD_DEA07_01188070–01188720, CAH_MDL_PRIORPROD_DEA07_01383136, CAH_MDL_PRIORPROD_DEA07_01383814, CAH_MDL_PRIORPROD_DEA07_01383895, CAH_MDL2804_02098431–02098560, CAH_MDL2804_02879959–02881151, and CAH_MDL2804_02903953–02905699. Cardinal Health made its production of these documents on the following dates:

May 31, 2018: CAH_MDL_PRIORPROD_HOUSE

June 22, 2018: CAH_MDL_PRIORPROD_AG

June 29, 2018: CAH_MDL_PRIORPROD_DEA07

October 12, 2018: CAH_MDL2804_02098431

November 2, 2018: CAH_MDL2804_02879959

November 21, 2018: CAH_MDL2804_02903953

Highly Confidential Pursuant to Protective Order

**Supplemental Response and Objection to Request No. 2 (January 22, 2019)**:

Cardinal Health submitted Ingredient Limit Reports to the DEA from at least 1995 through late 2007.  Ingredient Limit Reports reflected purchases by Cardinal Health customers that exceeded predetermined monthly limits.  *See, e.g.,* CAH_MDL_PRIORPROD_DEA07_ 01383940-R; Deposition of Steve Reardon (Nov. 30, 2018); Deposition of Eric Brantley (Nov. 27, 2018).  Based on a reasonable investigation, Cardinal Health states that the predetermined limits were based on industry-standard system developed by the National Wholesale Druggists' Association in conjunction with the DEA.  *See* CAH_MDL2804_01465724; CAH_MDL_PRIORPROD_DEA07_01383895-R.

Ingredient Limit Reports were created on a monthly basis for each of the following customer classifications:  hospitals/managed care, retail customers, and Other.  *See* CAH_MDL_PRIORPROD_DEA07_01384165-R.  For each customer classification, Cardinal Health calculated the total grams of each controlled substance in schedules II–V purchased in the last twelve months.  Cardinal Health then calculated the monthly average grams purchased by customers in each classification.  *See* CAH_MDL2804_01465726.  Cardinal Health then multiplied the resulting averages by factors approved by the DEA, which resulted in the maximum amount of those substances that customers could purchase or receive in a month without their orders being included in the Ingredient Limit Report.  The factors as they were applied by Cardinal Health were included on the face of the reports provided to DEA.  *See* Deposition of Steve Reardon at 446:12–21 (Nov. 30, 2018) (explaining that Ingredient Limit Reports were "developed and approved by the DEA" and that Reardon "didn't determine the factors").  *See also* CAH_MDL_PRIORPROD_DEA07_01384157-R (factor of 2 used in an Ingredient Limit Report from 1995); CAH_MDL_PRIORPROD_DEA07_01120515-R (factor of

7

**Highly Confidential Pursuant to Protective Order**

4 used for ARCOS-reportable controlled substances and a factor of 8 used for non-ARCOS-reportable controlled substances in an Ingredient Limit Report from 2007).

On a monthly basis, an Ingredient Limit Report was created by customer classification showing all orders for customers that exceeded the parameters set forth above for that particular month. Although DEA guidance provided that customers need only be included in the Ingredient Limit Report if their "purchase quantities exceed the parameters [in] any (2) consecutive months or in three (3) of any moving six (6) month period," Cardinal Health took a more conservative approach and reported customers that exceeded the parameters in any single month. *See* CAH_MDL_PRIORPROD_DEA07_01384165-R.

According to the DEA, the format developed by the National Wholesale Druggists' Association "provides an excellent framework for distributor registrants to '. . . design and operate a system to disclose to the registrant suspicious orders of controlled substances.'" CAH_MDL2804_01465732. The DEA further stated that the system "will meet the reporting requirements of 21 CFR 1301.74(b)." *See* CAH_MDL2804_01465732. Further assurance of the acceptance by DEA of Cardinal Health's system is the fact that these reports with the "factor" used clearly enumerated for every customer were accepted by the DEA for many years.

This response has attempted to identify the relevant policies and procedures over a thirteen year period. Cardinal Health's policies were regularly updated to remain current and provide the best guidance for anti-diversion and compliance with DEA guidance. Additional policies and procedures may appear in Cardinal Health's production and Cardinal Health reserves the right to identify such policies and procedures through expert reports or witness testimony.

Highly Confidential Pursuant to Protective Order

**Request No. 3**

Please identify and describe each ***suspicious order*** your Suspicious Order Monitoring System (SOMS) identified since January 1, 2006 and produce all documents related thereto; please identify the Bates stamp ranges for each related to *Case Track One*.

**Objection and Response to Request No. 3 (July 31, 2018):**

Cardinal Health objects to this Request on the grounds that it exceeds the number of written Requests that Plaintiffs are allowed under CMO No. 1, Dkt. No. 232.  Cardinal Health objects to the Request to the extent that it purports to impose burdens on Cardinal Health that are inconsistent with, more onerous than, or not otherwise authorized by, the Federal Rules of Civil Procedure, the Local Rules of the Northern District of Ohio, Case Management Orders 1-3, and Discovery Ruling No. 3.  Cardinal Health objects to this Request on the grounds that it is overly broad and unduly burdensome, calling for "All" documents.  Cardinal Health objects to the Request to the extent it calls for the production of information that is unreasonably cumulative or duplicative of Plaintiffs' prior written discovery requests, and to the extent it is already in the possession, custody, or control of Plaintiffs or Plaintiffs' counsel.

Subject to and without waiving its Objections, Pursuant to Federal Rule of Civil Procedure 33(d) and in accordance with Discovery Ruling No. 3, Cardinal Health has previously produced centralized records of orders placed by Cardinal Health customers in the City of Cleveland, Cuyahoga County, and Summit County that the company reported to the DEA and state regulators from January 1, 2013 to May 29, 2018.  These records can be found at CAH_MDL2804_00000013.  Based on a reasonable investigation to date, Cardinal Health has determined it does not have centralized records of orders for opioids placed by Cardinal Health customers in the City of Cleveland, Cuyahoga County, and Summit County that the company reported to the DEA and state regulators before January 1, 2013.   To the extent that additional

**Highly Confidential Pursuant to Protective Order**

responsive documents can be located after a reasonable search, Cardinal Health will produce such documents.

**Supplemental Response and Objection to Request No. 3 (November 30, 2018)**:

Cardinal Health further objects to this Request because it does not, in fact, seek a description from Cardinal Health of the operation and evolution of its suspicious order monitoring program, even though Plaintiffs represented to Judge Polster on November 20, 2018 that it did. Cardinal Health further objects to this Request insofar as the purported basis for Plaintiffs' complaint to Judge Polster was that they allegedly did not have information concerning the operation and evolution of Cardinal Health's program. They plainly did, as Cardinal Health first began producing documents in this case on May 31, 2018, and has continued to do so on a rolling basis. As of October 25, 2018, Cardinal Health had produced over 2.9 million pages of documents to Plaintiffs, a substantial number of which describe the operation and evolution of Cardinal Health's anti-diversion and suspicious order monitoring programs. In addition, Plaintiffs deposed Cardinal Health's corporate representative, Jennifer Norris, on August 7, 2018, and other witnesses with knowledge of Cardinal Health's suspicious order monitoring program on or before November 30, 2018. Plaintiffs asked some questions related to Cardinal Health's suspicious order monitoring program and had ample opportunity to ask many more, but did not.

Subject to and without waiving its Objections, Cardinal Health responds as follows:

Cardinal Health has always intended and believed it was acting in compliance with the relevant statutes, regulations, and guidance that DEA provided about what it expected distributors to do in order to be in compliance with same. Cardinal Health's anti-diversion program has evolved over time to reflect DEA's guidance and changing expectations. Cardinal

10

**Highly Confidential Pursuant to Protective Order**

Health's program strives at all times to balance the requirements for effective controls against diversion with access for patients with legitimate medical need to these FDA-approved medications from DEA-licensed doctors and pharmacies.

Federal regulations require Cardinal Health to report to the DEA "suspicious orders" of controlled substances, which are defined as "orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."[1]  To meet that responsibility, Cardinal Health has operated and continues to operate a controlled substance monitoring program. Through time, Cardinal Health has enhanced and evolved its system to ensure that it remains state-of-the-art, continues to comply with DEA guidance as that guidance has changed over time, and to adjust to other factors impacting the distribution of controlled substances.

Cardinal Health's anti-diversion and pharmaceutical distribution regulatory compliance teams consist of trained individuals, including investigators, statistical auditors and data analysts, former law enforcement, pharmacists, and compliance officers deployed on-site at our pharmaceutical distribution centers, in the field, and at corporate headquarters.  Over the years, these efforts have resulted in the identification of thousands orders which were not filled and which were reported to DEA as suspicious because they did not meet Cardinal Health's conservative criteria.  Our anti-diversion efforts have also led us to terminate distributions of controlled substances, or refuse to establish accounts, to hundreds of pharmacies.  Cardinal Health's controlled substance monitoring program and scrutiny of its pharmacy customers meets or exceeds all DEA requirements.

---

[1] 21 C.F.R. § 1301.74(b).

**Highly Confidential Pursuant to Protective Order**

Cardinal Health has always monitored and reported a variety of information to the DEA. Cardinal Health reports to DEA distribution data related to controlled substances in the form of ARCOS data, which tracks distributions of controlled substances; submits order forms for controlled substances along with information on drug thefts and losses; and verifies that its customers possessed valid DEA registrations. Cardinal Health has also conducted (and continues to conduct) investigations of pharmacies. For example, over the years, Cardinal Health has investigated pharmacies believed to be engaged in internet sales, pharmacies that serviced pain clinics, and other pharmacies generally, to obtain information regarding their potential risk for diversion of regulated pharmaceuticals. Cardinal Health has cut off distributions of controlled substances to pharmacies based on those investigations. Further, Cardinal Health has engaged regularly in communications and meetings with the DEA dating back to at least the early 1990s regarding developments in the industry and diversion practices, as well as Cardinal Health's anti-diversion practices and procedures. These discussions have informed Cardinal Health's anti-diversion program.

From at least 1995 through late 2007, Cardinal Health understood DEA to want suspicious orders reported to the Administration in the form of ingredient limit reports.[2] Based on guidance from the DEA, *see, e.g.,* CAH_MDL_PRIORPROD_HOUSE_0002207, Cardinal Health understood DEA to want orders for opioids reported that exceeded a calculation endorsed

---

[2] Cardinal Health has produced ingredient limit reports and excessive order reports to Plaintiffs. *See, e.g.,* CAH_MDL_PRIORPROD_DEA07_02784240; CAH_MDL_PRIORPROD_DEA07_02784237; CAH_MDL_PRIORPROD_DEA07_00837724; CAH_MDL_PRIORPROD_DEA07_01330206. We also understand that such reports may exist in custodial file documents that have been produced to Plaintiffs. Cardinal Health has conducted an investigation and does not believe it currently retains centralized records of the ingredient limit reports it made for customers in the Track One jurisdictions.

**Highly Confidential Pursuant to Protective Order**

by DEA or that a wholesale distributor otherwise identified as unusual in size, pattern, or

frequency.  *Id.*[3]  Cardinal Health reported such orders. *See, e.g.,*

CAH_MDL_PRIORPROD_DEA07_01383895, CAH_MDL_PRIORPROD_DEA07_01188323.

Cardinal Health used the published calculation to identify the orders it reported on the ingredient

limit reports.

Distribution centers also reported "excessive" orders to the DEA.[4]  Cardinal Health's

policies instructed cage and vault personnel to monitor and identify individual orders that

appeared excessive in relation to other customers' purchases and/or that customer's purchase

history.  To assist staff in identifying excessive orders, Cardinal Health developed a Dosage

Limits Chart which listed products that were regularly audited by DEA and which had high

potential for diversion.  Distribution center employees were advised to report these excessive

orders to DEA and copies of such orders were to be maintained in the facility's suspicious order

file.  In some instances, DEA advised Cardinal Health to release and ship those orders.  In other

---

[3] The documents cited throughout Cardinal Health's Responses to Request No. 3 are merely examples of the millions of pages of documents Cardinal Health has produced reflecting its controlled substances anti-diversion and suspicious order monitoring programs over the years. By providing these examples, Cardinal Health is not suggesting that it has not produced or does not intend to rely in this litigation on any of the other documents it (or any other party or third party) has produced reflecting these programs. To the contrary, Cardinal Health specifically reserves all rights to make use in these proceedings of any produced or publicly available document.

[4] Cardinal Health has produced excessive order reports to Plaintiffs. *See, e.g.,* CAH_MDL_PRIORPROD_DEA07_01190057; CAH_MDL_PRIORPROD_DEA07_01190055; CAH_MDL_PRIORPROD_DEA07_01191265; CAH_MDL_PRIORPROD_DEA07_01190943; CAH_MDL_PRIORPROD_DEA07_01191199.  We also understand that such reports may exist in custodial file documents that have been produced to Plaintiffs.  Cardinal Health has conducted an investigation and does not believe it currently retains centralized records of the excessive order reports it made for customers in the Track One jurisdictions.

**Highly Confidential Pursuant to Protective Order**

cases, it instructed Cardinal Health not to ship those orders.  In yet other instances, Cardinal Health made the determination not to ship such orders.  *See. e.g., id., supra* note 5.

In 2006 and 2007, Cardinal Health received additional guidance from DEA, including guidance from certain "Dear Registrant" letters and from a conference in September 2007.  *See, e.g.*, CAH_MDL_PRIORPROD_DEA07_00832705.  After this additional guidance, Cardinal Health understood DEA now to want orders that were unusual in size, pattern, or frequency in a way that Cardinal Health believed posed an unreasonable risk of diversion to be both reported **and**, for the first time, not shipped.  Based on DEA's guidance, Cardinal Health reported and cut orders that rose to that level, as well as reported customers it cut off entirely due to diversion concerns.  Orders exceeding a customer's threshold were not shipped unless an anti-diversion professional determined under the totality of the circumstances that the order for opioids was not likely to be diverted.  Cardinal Health established threshold limits for its customers through a methodology that included – at a high level and among other things – differentiating customers through segmentation, evaluating historical controlled substance sales data per drug family, per month for each segment, applying the DEA's multiplier per drug base code, and incorporating information gained through the "Know Your Customer" processes.[5]  *See, e.g.,* Deposition of Jennifer Norris (Aug. 7, 2018); Deposition of Nicholas Rausch (Nov. 16, 2018).

DEA did not require that all orders exceeding a customer's threshold or otherwise flagged for further review by Cardinal Health be reported to the Agency.  Instead, it specified that orders exceeding threshold should be reviewed by Cardinal Health to determine whether

---

[5] Cardinal Health has produced numerous policy documents related to its thresholds and its methodologies during the time period of 2008–2012.  *See, e.g.,* CAH_MDL_PRIORPROD_HOUSE_0001135; CAH_MDL_PRIORPROD_AG_0029504; CAH_MDL_PRIORPROD_AG_0029446; CAH_MDL_PRIORPROD_AG_0029417.

**Highly Confidential Pursuant to Protective Order**

they were actually suspicious.  If Cardinal Health concluded they were, those orders were to be reported to DEA and not shipped.  In contrast, if Cardinal Health determined that an order was for a legitimate purpose and not likely to be diverted, or was not actually suspicious, no reporting requirement existed.  *See, e.g.,* CAH_MDL_PRIORPROD_HOUSE_0004009; CAH_MDL_PRIORPROD_AG_0029446 and other documents cited in Cardinal Health's response to Request No. 2, *supra*.

In 2007–2008, Cardinal Health began working on developing a centralized electronic monitoring system.  Throughout the development of this system and its enhancements, the company has engaged a number of consultants to help with data collection and analytics.  The Company has also engaged consultants to assist Cardinal Health in enhancing the Company's Controlled Substance Anti-Diversion Program.  The consultants include:

- *Deloitte*.  Cardinal Health retained Deloitte at various times between 2007 and 2012.  Part of Deloitte's work was to assist in a project management capacity with business and technology enhancements to Cardinal Health's Controlled Substance Anti-Diversion program.

- *IBM Watson*.  In approximately 2009, Cardinal Health engaged IBM Watson to develop a customized, sophisticated case management system for use in monitoring and evaluating customer orders of controlled substances.  This database was launched in 2010 and is referred to within Cardinal Health as Anti-Diversion Centralization, or ADC.

- *Ohio State University*.  Cardinal Health engaged Dr. Julia Higle, Chair of Ohio State University's Integrated Systems Engineering department, to develop a methodology based on historic customer data to assist Cardinal Health in proactively identifying customers who warranted additional scrutiny.

- *Dendrite/Cegedim/Buzzeo PDMA*.  BuzzeoPDMA and Dendrite were both acquired by Cegedim, which is now part of IQVIA (formerly IMSQuintiles). Cardinal Health engaged Dendrite in 2007 to consult on Cardinal Health's on-site investigations program, and used Dendrite to assist with on-site pharmacy investigations.  Cardinal Health continues to use investigators from Buzzeo/Cegedim to assist with on-site pharmacy investigations.

Highly Confidential Pursuant to Protective Order

- *Pharmacy Compliance Group (PCG)*.  Cardinal Health has engaged PCG in the past to assist with on-site pharmacy investigations.

- *Avantha Business Solutions*.  Cardinal Health has sporadically engaged Avantha to assist with on-site pharmacy investigations.

- *Healthcare Advising*.  Cardinal Health engaged Healthcare Advising to assist Cardinal Health in validating its threshold methodology.

Cardinal Health explained its anti-diversion program, policies, procedures, and processes to DEA personnel in January 2009.  The Agency did not indicate that the Company's anti-diversion program was not in compliance with the law or DEA guidance, nor suggest any changes to it.

Based on guidance from the DEA in 2012, Cardinal Health has since reported to the DEA orders of opioids by customers in Track One jurisdictions that exceed that customer's threshold for that opioid product.[6]  Cardinal Health enhanced its threshold methodology to determine the threshold for each customer based on the customer's prescription volume and purchasing history from Cardinal Health.  Individual customer's prescription counts serve as the foundation of Cardinal Health's enhanced threshold-setting methodology.  To determine an individual customer's threshold,  Cardinal Health takes into account the individual customer's total prescription volume (for all medications), national dispensing averages for similarly sized stores, and a set of objective criteria that includes, *inter alia*, the percentage of prescription drug dosages that consists of controlled substances; the percentage of oxycodone and hydrocodone

---

[6] Cardinal Health has produced multiple policy documents related to thresholds and its methodologies and procedures regarding same between 2012 and 2018.  *See, e.g*., CAH_MDL_PRIORPROD_HOUSE_0000485; CAH_MDL_PRIORPROD_HOUSE_0001004; CAH_MDL_PRIORPROD_HOUSE_0001038; CAH_MDL_PRIORPROD_HOUSE_0001069; CAH_MDL_PRIORPROD_HOUSE_0000640; CAH_MDL_PRIORPROD_HOUSE_0001097; CAH_MDL_PRIORPROD_HOUSE_0001113; CAH_MDL_PRIORPROD_HOUSE_0000348; CAH_MDL2804_00063466-468; CAH_MDL2804_00124800–00124924.

**Highly Confidential Pursuant to Protective Order**

that consist of certain, commonly prescribed dosages; and the percentage of all prescription drug

dosage units that consists of opioids. Cardinal Health has continued to enhance this

methodology.

Cardinal Health understood DEA in 2012 to want, as a general matter, orders for opioids

reported and not shipped when they were determined to be unusual in size, frequency, or pattern

based on Cardinal's conservative methodology, regardless of whether or not, under the totality of

the circumstances, Cardinal Health believes the order is indicative of diversion.  There are

limited circumstances in which an anti-diversion professional determines that an order that

exceeded the customer's threshold is not suspicious and therefore may be shipped and need not

be reported; for example, when a hospital exceeds a threshold during an emergency situation or

when a customer inadvertently ordered the wrong amount (e.g., by mistyping the order

quantities).

Cardinal Health further responds that, in addition to the documents cited in its initial

response, it has produced other documents in response to this request.  *See*

CAH_MDL2804_01287526–01287713.  Further, pursuant to Fed. R. Civ. Pro. 33(d), Cardinal

Health states that orders identified and reported as suspicious by Cardinal Health and documents

reflecting the operation and enhancements to Cardinal Health's anti-diversion and suspicious

order monitoring programs may also be contained in its prior productions as well as the files of

the custodians Cardinal Health has agreed to produce.  By October 25, 2018, Cardinal Health had

produced over 2.9 million pages of custodial file documents and prior productions.  Cardinal

Health will also produce additional documents in accordance with the parties' agreements.  The

burden of deriving or ascertaining the answer from these documents will be substantially the

same for Plaintiffs and Cardinal Health.  Cardinal Health has provided Plaintiffs with the

**Highly Confidential Pursuant to Protective Order**

opportunity to examine these records and to make copies, compilations, abstracts, or summaries by producing these documents to them.  In addition, Cardinal Health has produced a significant amount of metadata.

Cardinal Health further responds that in the ordinary course of business, records are retained by Cardinal Health under its Records Management Policy for the prescribed period.  *See* CAH_MDL_PRIORPROD_AG_0002507–2562.  Retention periods of documents may be extended if subject to a legal instrument or hold.  Documents that are no longer subject to retention pursuant to the policy, law and/or regulation, or a litigation hold may (but will not necessarily) be discarded.  Based on a reasonable investigation, Cardinal Health has determined it does not have centralized records of orders for opioids placed by Cardinal Health customers in the City of Cleveland, Cuyahoga County, and Summit County that the company reported to the DEA and state regulators before January 1, 2013.  (During earlier time periods, suspicious order reports were submitted to the DEA manually and not stored in a centralized location.)

**Supplemental Response and Objection to Request No. 3 (January 22, 2019)**:

Cardinal Health further objects to this Request because it is impossible to identify all documents related to each suspicious order identified since January 1, 2006, which would include any email, note, or other related correspondence from the numerous teams of people responsible for anti-diversion.  Nor is it possible to identify or describe all phone calls that may have been made between various employees of Cardinal Health and DEA concerning suspicious orders or customers.  Importantly, documents have been produced from agreed-upon custodians pursuant to agreed-upon search terms and parameters, as well as non-custodial sources.  Almost all of these custodians have had significant day-to-day responsibilities for overseeing and/or carrying out Cardinal Health's controlled substance monitoring program at various points during

**Highly Confidential Pursuant to Protective Order**

the relevant timeframe.  Cardinal Health has endeavored to provide as much information as possible to explain the working of its suspicious order monitoring system as it evolved over time and to identify and describe suspicious orders identified and related documents.

Subject to and without waiving its Objections, Cardinal Health responds as follows:

From at least 1995 through late 2007, Cardinal Health reported suspicious orders to the DEA on Ingredient Limit Reports.  *See, e.g.,* Deposition of Jennifer Norris (Aug. 7, 2018), Deposition of Steve Reardon (Nov. 30, 2018); Deposition of Eric Brantley (Nov. 27, 2018).  DEA was aware that this was the method used by Cardinal Health for more than ten years without any indication that this process was not an acceptable means to fulfill the regulatory requirements.  As previously described, Cardinal Health's Ingredient Limit Reports were calculated based on an industry-standard system developed by National Wholesale Druggists' Association in conjunction with the DEA.  *See* Response to Request No. 2.

Pursuant to Special Master Cohen's January 2, 2019 ruling, Cardinal Health states that it has conducted reasonable searches of its document productions in this matter and has identified 922 documents reflecting Ingredient Limit Reports.  *See* Appendix A.  Within that collection, Cardinal Health identified 49 documents reflecting Ingredient Limit Reports that include DEA numbers of customers in Track One jurisdictions.  *See* Appendix B.

Cardinal Health searched its production for Ingredient Limit Reports by running a text search for "ingredient* w/10 limit" within the universe of produced documents, including the DEA documents that were clawed back.  Cardinal Health then reviewed the results and isolated the documents reflecting Ingredient Limit Reports.  To locate Ingredient Limit Reports that are related to customers in Track One jurisdictions, Cardinal Health searched within the identified collection of 922 documents for those that hit on electronic searches for the DEA numbers of

**Highly Confidential Pursuant to Protective Order**

Cardinal Health customers in Track One jurisdictions from 1996 – 2018.[7]  Plaintiffs have had these DEA numbers in their possession since at least July 27, 2018, when Cardinal Health produced distribution data going back to 1996.

Because some of the produced Ingredient Limit Reports are scans of hardcopy documents, the DEA numbers of customers and other information contained in those reports may not have been accurately processed by optical character recognition software.  Consequently, some of the Ingredient Limit Reports produced by Cardinal Health, including those for customers in Track One jurisdictions, may not have hit on the electronic searches and therefore are not included in Appendix B.[8]

Cardinal Health further responds that the Wheeling Distribution Center, which distributed 94% of the opioid medications shipped by Cardinal Health to Track One jurisdictions from 1996 – 2018,  no longer maintains Ingredient Limit Reports.  The industry-standard retention policy for Ingredient Limit Reports was two years, *see* CAH_MDL2804_01465727, which is consistent with federal regulations, *see* 21 CFR § 1305.27.  Thus it is neither surprising nor unexpected that Cardinal Health no longer possesses these reports in the ordinary course of business.

Cardinal Health further states that 15.5% of the opioid medications distributed by Cardinal Health to Track One jurisdictions from 1996 – 2001 were shipped from the Findlay

---

[7] Cardinal Health identified 4,123 documents, including document families, in its production that hit on the search term "Ingredient Limit Report," the results of which are reflected in Appendix C.  Cardinal Health identified 9,405 documents, including document families, in its production that hit on the search term "ILR," the results of which are reflected in Appendix D.  In order to respond to Special Master Cohen's ruling as expeditiously as possible, Cardinal Health has not undertaken a document-by-document review of the documents identified in Appendices C and D. Because of the size of the files, Appendices C and D are included as Excel files.

[8] To search manually, attorneys for Cardinal Health would have to look for over five hundred DEA numbers, one number at a time, in documents that are often hundreds of pages long.  Both plaintiffs and defendants would bear an equal burden to undertake this extraordinary task.

**Highly Confidential Pursuant to Protective Order**

Distribution Center, after which that Distribution Center no longer shipped opioid medications to customers in the Track 1 jurisdictions.  After the Findlay Distribution Center closed in early 2011, the physical records from that facility were sent to Cardinal Health's Aurora Distribution Center.  In October 2018, Cardinal Health confirmed with the Aurora Distribution Center that, consistent with both Cardinal Health and DEA document retention requirements, Cardinal Health no longer possesses any Ingredient Limit Reports from the Findlay Distribution Center.

On December 20, 2018, Special Master Cohen ordered Cardinal Health to "ensure it has produced all documents relating to the results of the analysis it conducted pursuant to the 2008 MOA, and shall supplement its responses to Plaintiffs' Combined Discovery Requests by identifying this information."  While maintaining its original objections and in an abundance of caution, Cardinal Health further supplements its response to this Request by identifying the following documents: CAH_MDL2804_02103237; CAH_MDL2804_00284503; CAH_MDL2804_00637436; CAH_MDL2804_00637438; CAH_MDL2804_00637435; CAH_MDL2804_00637437; CAH_MDL2804_00637434; CAH_MDL2804_00637430; CAH_MDL2804_00637428; CAH_MDL2804_03195201–CAH_MDL2804_03195214.

**Supplemental Response and Objection to Request No. 3 (March 4, 2019)**:

Subject to and without waiving its Objections, Cardinal Health's response is as follows. Additional documents relating to Cardinal Health's distribution of opioids, its controlled substance anti-diversion program, and customer diligence have been produced from the files of multiple Cardinal Health custodians, in productions from non-custodial sources, and in the prior productions that Cardinal Health produced in response to paragraph 9.k.ii of Case Management Order No. 1 (Docket No. 232) (referred to as "prior productions"). Appendix C contains a list of documents broken down by primary custodian.  Appendix D is a log of Cardinal Health's

**Highly Confidential Pursuant to Protective Order**

productions to date that includes a description of each production along with production number ranges.

**Request No. 4**

Please identify each suspicious order you ***reported*** to the DEA since January 1, 1996 and produce all documents related thereto; please identify the Bates stamp range for each related to *Case Track One*.

### Objection and Response to Request No. 4 (July 31, 2018):

Subject to and without waiving its Objections, Cardinal Health refers to its Objections and Response to Request No. 3.

### Supplemental Objection and Response to Request No. 4 (November 30, 2018):

Subject to and without waiving its Objections, Cardinal Health refers to and incorporates here by reference its Supplemental Objections and Response to Request No. 3, which describes how Cardinal Health has identified and reported suspicious orders to the DEA since at least 1995. Cardinal Health further states that it has produced additional documents in response to this request. *See* CAH_MDL2804_00000013, CAH_MDL2804_01287526–01287713.

### Supplemental Objection and Response to Request No. 4 (January 22, 2019):

Subject to and without waiving its Objections, Cardinal sates that it has produced additional documents in response to this request. *See* Appendix B.

### Supplemental Response and Objection to Request No. 4 (March 4, 2019):

Subject to and without waiving its Objections, Cardinal Health's response is as follows. Additional documents relating to Cardinal Health's distribution of opioids, its controlled substance anti-diversion program, and customer diligence have been produced from the files of multiple Cardinal Health custodians, in productions from non-custodial sources, and in the prior productions that Cardinal Health produced in response to paragraph 9.k.ii of Case Management

**Highly Confidential Pursuant to Protective Order**

Order No. 1 (Docket No. 232) (referred to as "prior productions"). Appendix C contains a list of documents broken down by primary custodian.  Appendix D is a log of Cardinal Health's productions to date that includes a description of each production along with production number ranges.

## Request No. 5

For each suspicious order you identified but did not report to the DEA since January 1, 2006, please describe in as much detail as possible the reasons and produce all documents related thereto; please identify the Bates stamp range for each related to *Case Track One*.

### Objection and Response to Request No. 5 (July 31, 2018):

Cardinal Health objects to this Request on the grounds that it exceeds the number of written Requests that Plaintiffs are allowed under CMO No. 1, Dkt. No. 232.  Cardinal Health objects to the Request to the extent that it purports to impose burdens on Cardinal Health that are inconsistent with, more onerous than, or not otherwise authorized by, the Federal Rules of Civil Procedure, the Local Rules of the Northern District of Ohio, Case Management Orders 1-3, and Discovery Ruling No. 3.  Cardinal Health objects to this Request on the grounds that it is overly broad and unduly burdensome, calling for "All" documents.  Cardinal Health further objects to this Request to the extent it implies orders flagged by Cardinal Health's controlled substance anti-diversion system are "suspicious orders."   An order reported to the DEA or state regulator is not necessarily indicative of diversion.  Cardinal Health uses data-driven and customer-specific metrics for establishing thresholds in its order monitoring system that serve to limit distributions, and Cardinal Health reports to regulators above-threshold orders that it refuses to fill.

Subject to and without waiving its objections, Cardinal Health will produce information to reflect actions taken in response to threshold events from January 1, 2006 for the Track One jurisdictions, to the extent such information can be identified after a reasonable search.

Highly Confidential Pursuant to Protective Order

### Supplemental Objection and Response to Request No. 5 (November 30, 2018):

Subject to and without waiving its Objections, Cardinal Health states that it has not identified an order as suspicious and decided not to report it to DEA.  Cardinal Health has identified four orders from customers in the Track 1 jurisdictions which were entered into Cardinal Health's automated system for reporting to DEA that inadvertently failed to transmit to DEA due to IT malfunctions.  These orders primarily date from 2012-2015.  None of these orders were shipped.

Cardinal Health further states that it has produced documents in response to this request. *See* CAH_MDL2804_135242; CAH_MDL2804_02101802; CAH_MDL2804_02101800; CAH_MDL2804_02101803.[9]

Cardinal Health also refers to and incorporates here by reference its Supplemental Objections and Response to Request No. 3.

### Supplemental Response and Objection to Request No. 5 (March 4, 2019):

Subject to and without waiving its Objections, Cardinal Health's response is as follows. Additional documents relating to Cardinal Health's distribution of opioids, its controlled substance anti-diversion program, and customer diligence have been produced from the files of multiple Cardinal Health custodians, in productions from non-custodial sources, and in the prior productions that Cardinal Health produced in response to paragraph 9.k.ii of Case Management Order No. 1 (Docket No. 232) (referred to as "prior productions"). Appendix C contains a list of documents broken down by primary custodian.   Appendix D is a log of Cardinal Health's

---

[9] Supplemental Objection and Response to Request No. 5 (January 22, 2019):  As previously identified to Plaintiffs, due to an IT glitch, Cardinal Health learned that certain orders identified as "suspicious" inadvertently were not reported.  Those orders were not shipped.  Cardinal Health worked to identify these orders and disclosed all information gathered to the DEA.  *See* CAH_MDL2804_02101802; CAH_MDL2804_02101800; CAH_MDL2804_02101803.

**Highly Confidential Pursuant to Protective Order**

productions to date that includes a description of each production along with production number ranges.

**Request No. 6**

For each suspicious order you reported to the DEA since January 1, 2006, please identify whether you *declined* the order or *shipped* the order and produce all documents related thereto; please identify the Bates stamp range for each related to *Case Track One*.

**Objection and Response to Request No. 6 (July 31, 2018):**

Cardinal Health objects to this Request on the grounds that it exceeds the number of written Requests that Plaintiffs are allowed under CMO No. 1, Dkt. No. 232. Cardinal Health objects to the Request to the extent that it purports to impose burdens on Cardinal Health that are inconsistent with, more onerous than, or not otherwise authorized by, the Federal Rules of Civil Procedure, the Local Rules of the Northern District of Ohio, Case Management Orders 1-3, and Discovery Ruling No. 3. Cardinal Health objects to this Request on the grounds that it is overly broad and unduly burdensome, calling for "All" documents.

Subject to and without waiving its objections, Cardinal Health will produce information sufficient to show the actions it took with regard to orders it reported as suspicious to the DEA.

**Supplemental Objection and Response to Request No. 6 (November 30, 2018):**

Subject to and without waiving its Objections, Cardinal Health states that it has produced documents in response to this request. *See, e.g.*, CAH_MDL2804_00135242,

CAH_MDL_PRIORPROD_AG_0000001–0015503,

CAH_MDL_PRIORPROD_DEA07_01188323,

CAH_MDL_PRIORPROD_DEA07_01188147–182, and CAH_MDL2804_00124800–

00124924. Cardinal Health also refers to and incorporates here by reference its Supplemental

**Highly Confidential Pursuant to Protective Order**

Objections and Response to Request No. 3 and the documents identified in its Objections and Response and Supplemental Objections and Response to Request No. 2, *supra*.

### Supplemental Response and Objection to Request No. 6 (March 4, 2019):

Subject to and without waiving its Objections, Cardinal Health's response is as follows. Additional documents relating to Cardinal Health's distribution of opioids, its controlled substance anti-diversion program, and customer diligence have been produced from the files of multiple Cardinal Health custodians, in productions from non-custodial sources, and in the prior productions that Cardinal Health produced in response to paragraph 9.k.ii of Case Management Order No. 1 (Docket No. 232) (referred to as "prior productions"). Appendix C contains a list of documents broken down by primary custodian.  Appendix D is a log of Cardinal Health's productions to date that includes a description of each production along with production number ranges.

### Request No. 7

For each suspicious order you reported and then shipped since January 1, 2006, please produce all documents related to your "***due diligence***" for each; please identify the Bates stamp range for each related to *Case Track One*.

### Objection and Response to Request No. 7 (July 31, 2018):

Cardinal Health refers to its Objections and Response to Discovery Request No. 6. Subject to and without waiving its objections, Cardinal Health also directs Plaintiffs to the diligence files for customers in the Track One jurisdictions, which have been produced at CAH_MDL2804_00000015 - CAH_MDL2804_00001851.

### Supplemental Response and Objection to Request No.7 (November 30, 2018):

Subject to and without waiving its objections, Cardinal Health states that over the years it has conducted diligence and gathered information related to its customers and their orders for

**Highly Confidential Pursuant to Protective Order**

controlled substances in a variety of ways, including but not limited to, through regular customer questionnaires; surveillance and/or site visits; investigation of orders that are excessive or exceed a threshold; review and analyses of Cardinal Health's distribution data and other information known to Cardinal Health about its customers; and internet searches.  Cardinal Health also uses internal and external data to evaluate customer-ordering patterns and to set appropriate thresholds for customers.

Cardinal Health's due diligence efforts are described, in part, in Cardinal Health's policy and procedure documents, as referenced in its Responses and Supplemental Responses to Request Nos. 2 and 3.

Cardinal Health further responds that it has also produced additional documents in response to this request.  *See* CAH_MDL2804_00094067–00094604, CAH_MDL2804_00135242, CAH_MDL2804_00619125, CAH_MDL2804_01287246–01287525; CAH_MDL2804_02098561, CAH_MDL2804_02101808, and CAH_MDL2804_02879401–02879958.  Additional documents relating to or reflecting due diligence may also be in prior productions and custodial files productions.  For example, CAH_MDL2804_00834232 reflects a memo about a customer in a Track One jurisdiction that was produced in the custodial file of Michael Moné.  Pursuant to Fed. R. Civ. Pro. 33(d), Cardinal Health has provided Plaintiffs with the opportunity to examine these records and to make copies, compilations, abstracts, or summaries by producing these documents to them.  Cardinal Health will also produce additional documents in accordance with the parties' agreements.  In addition, Cardinal Health has produced a significant amount of metadata.

**Highly Confidential Pursuant to Protective Order**

**Supplemental Response and Objection to Request No. 7 (January 22, 2019):**

Subject to and without waiving its objections, Cardinal Health states that its anti-diversion program, including its due diligence efforts, has evolved over time to reflect DEA's guidance and changing expectations.  Cardinal Health has continually enhanced and evolved its system to ensure that it remains state-of-the-art, continues to comply with DEA guidance as that guidance has changed over time, and to adjust to other factors impacting the distribution of controlled substances.

From at least 2000 through late 2007, Cardinal Health maintained a two-step process for monitoring its customers' orders.  CAH_MDL_PRIORPROD_DEA07_01383940.  First, Cardinal Health submitted to DEA on a monthly basis Ingredient Limit Reports based on a computer program which compared customer purchases to predetermined averages or limits.  When a customer's purchase quantities exceeded those limits, the customer's activity was printed on the report.  That report was also reviewed by a Cardinal Health employee.  Second, cage and vault personnel were able to identify individual orders that appeared excessive in relation to that customer's purchase history as well as the purchase history of other customers.

In 2006 and 2007, Cardinal Health submitted ingredient limit reports to DEA.  Members of the anti-diversion team also received copies of the ingredient limit reports.  Reviewing those reports, QRA staff identified pharmacy customers to investigate further.  In 2006 and 2007, pursuant to DEA guidance, Cardinal Health's anti-diversion team was principally concerned with identifying pharmacies that were engaged in the dispensing of controlled substances via the internet, a practice DEA had identified as potentially illegitimate in 2005.  CAH_MDL2804_01457737.  Cardinal Health investigated suspected internet pharmacies throughout 2006 and 2007, periodically reporting the results of its investigation to DEA.

**Highly Confidential Pursuant to Protective Order**

CAH_MDL2804_02102142.  The investigation would include a review of available data and could include a physical site visit to the pharmacy itself.  Brantley Deposition.  *See e.g.*, November 27, 2018 Deposition of Eric Brantley at 65:14-20; 69:8-14.

In response to additional guidance from DEA in 2007 and 2008, Cardinal Health continually improved its electronic monitoring system.  When a customer's order(s) in a given month for a particular drug family exceeded its threshold, the order was automatically held by the electronic monitoring system pending review by a member of the QRA anti-diversion team.  When a customer experienced a threshold event, the customer's sales representative would contact their customer and request that they fill out a threshold event survey providing the rationale for the order.  *See, e.g.*, CAH_MDL_PRIORPROD_AG_0029938.  QRA Pharmacists received daily notifications of all threshold events and reviewed each held order and the rationale provided by the customer to determine whether, based on the totality of the information available, the order appeared reasonable and was not likely to be diverted.  *See, e.g.*, CAH_MDL_PRIORPROD_AG_0029498; CAH_MDL_PRIORPROD_AG_0029446.

The information available may have included, for example, the customer's profile, the customer's business type, information about whether Cardinal Health was the primary or secondary distributor, the drug family that triggered the threshold event, the customer's total number of threshold events (in general and for the specific drug family), and the customer's monthly drug family limit.  In determining whether an order was reasonable, QRA Pharmacists took into account a number of factors, including seasonal and natural events, regional prescribing habits, the location of the pharmacy or facility in relation to health care providers, the timing of the order, whether there was a shortage of other products, or whether the customer's monthly limit was incorrect.  Based on this review, the QRA Pharmacist made a determination about

**Highly Confidential Pursuant to Protective Order**

whether to release or cancel the order, or whether to hold the order for further investigation.

Where a QRA Pharmacist determined that additional information was called for, a site visit

could be requested.  During a site visit, a QRA Investigator would visit the customer and

document any observable red flags.  The Investigator would also obtain a drug utilization report

reflecting the customer's dispensing.  Based on information learned during the site visit, the

QRA Investigator would prepare a report evaluating the customer's potential risk for diversion.

When a threshold event involving a chain pharmacy store occurred, the customer's account

manager would contact the chain's corporate office to request information regarding the order at

issue, and then provide that information to the anti-diversion group for review.  QRA would

review the data and explanation provided by the corporate office and request additional

information where needed. April 13, 2012 Declaration of Michael Mone at ¶ 38.

Based on further guidance from DEA, Cardinal Health's controlled substance anti-

diversion program continued to evolve in 2012.  Orders that exceed a threshold continue to be

automatically held in Cardinal Health's electronic monitoring system.  These orders are reviewed

by QRA personnel who, based on a review of available information about a customer, make a

determination of whether the order should be cancelled and reported as suspicious.  As part of

this review, QRA Personnel look at the available, relevant information regarding that customer,

which may include the customer's purchase history, Know Your Customer ("KYC")

documentation, recent site visit reports, and proactive communication from sales, internet

searches using terms identified by QRA, or other steps determined relevant for this customer.

The level of review depends on the unique facts and circumstances of each order, including the

customer's historical purchasing patterns and the context of that order.  *See, e.g.*,

**Highly Confidential Pursuant to Protective Order**

CAH_PRIORPROD_HOUSE_0000485; CAH_MDL_PRIORPROD_AG_0000168;

CAH_MDL2804_00009845.

      As requested, Cardinal Health had searched for and produced documents in its

possession, custody, or control related to due diligence for Case Track One and has identified the

Bates stamp ranges provided above.  Cardinal Health provided the narrative above because due

diligence was performed above and beyond the Bates Ranges listed above.  Witnesses may

describe additional due diligence and indications of Cardinal Health's due diligence efforts may

also be present in documents that Cardinal Health has not been able to identify in this response,

but are available in its production to plaintiffs.

      <u>**Supplemental Response and Objection to Request No. 7 (March 4, 2019)**</u>:

      Subject to and without waiving its Objections, Cardinal Health's response is as follows.

Additional documents relating to Cardinal Health's distribution of opioids, its controlled

substance anti-diversion program, and customer diligence have been produced from the files of

multiple Cardinal Health custodians, in productions from non-custodial sources, and in the prior

productions that Cardinal Health produced in response to paragraph 9.k.ii of Case Management

Order No. 1 (Docket No. 232) (referred to as "prior productions"). Appendix C contains a list of

documents broken down by primary custodian.  Appendix D is a log of Cardinal Health's

productions to date that includes a description of each production along with production number

ranges.

<u>**Request No. 8**</u>

      Please produce and identify the Bates stamp range for all communications to and/or from
the DEA since January 1, 2006, related to Opioids and/or Opioid Products (including the
2006/2007 "***Rannazzisi letters***").

Highly Confidential Pursuant to Protective Order

### Objection and Response to Request No. 8 (July 31, 2018):

Cardinal Health objects to this Request on the grounds that it exceeds the number of written Requests that Plaintiffs are allowed under CMO No. 1, Dkt. No. 232. Cardinal Health objects to the Request to the extent that it purports to impose burdens on Cardinal Health that are inconsistent with, more onerous than, or not otherwise authorized by, the Federal Rules of Civil Procedure, the Local Rules of the Northern District of Ohio, Case Management Orders 1-3, and Discovery Ruling No. 3. Cardinal Health objects to this Request on the grounds that it is overly broad and unduly burdensome, calling for "All" communications. Cardinal Health further objects to the Request to the extent it calls for the production of information that is unreasonably cumulative or duplicative of Plaintiffs' prior written discovery requests, and to the extent it is already in the possession, custody, or control of Plaintiffs or Plaintiffs' counsel.

Subject to and without waiving its objections, Cardinal Health will produce communications with the DEA pursuant to its responses to Plaintiffs' prior Requests. Cardinal Health also directs Plaintiffs to documents produced to the Drug Enforcement Administration at CAH_MDL_PRIORPROD_DEA07_00000001–01174970; CAH_MDL_PRIORPROD_DEA08_0000001–0000284; and CAH_MDL_PRIORPROD_DEA12_00000001–00015258.

### Supplemental Response and Objection to Request No. 8 (November 30, 208):

Subject to and without waiving its objections, Cardinal Health responds that it has produced copies of the 2006 and 2007 "Dear Registrant" letters in multiple places, including, for example, CAH_MDL_PRIORPROD_DEA12_00000001–00006133, CAH_MDL_PRIORPROD_DEA12_00000001–00010980 and CAH_MDL2804_01454402 – 405. Cardinal Health further responds that it has had numerous communications with DEA

**Highly Confidential Pursuant to Protective Order**

related to controlled substances, including via electronic mail between Cardinal Health personnel and DEA. Documents reflecting communications with the DEA related to controlled substances are contained in Cardinal Health's prior productions, as well as its production of custodial files. Pursuant to Fed. R. Civ. Pro. 33(d), Cardinal Health has provided Plaintiffs with the opportunity to examine these records and to make copies, compilations, abstracts, or summaries by producing these documents to them. Cardinal Health will also produce additional documents in accordance with the parties' agreements. In addition, Cardinal Health has produced a significant amount of metadata.

**Supplemental Response and Objection to Request No. 8 (March 4, 2019)**:

Subject to and without waiving its Objections, Cardinal Health's response is as follows. Additional documents relating to Cardinal Health's distribution of opioids, its controlled substance anti-diversion program, and customer diligence have been produced from the files of multiple Cardinal Health custodians, in productions from non-custodial sources, and in the prior productions that Cardinal Health produced in response to paragraph 9.k.ii of Case Management Order No. 1 (Docket No. 232) (referred to as "prior productions"). Appendix C contains a list of documents broken down by primary custodian. Appendix D is a log of Cardinal Health's productions to date that includes a description of each production along with production number ranges.

**Highly Confidential Pursuant to Protective Order**

By:                                    /s/ Enu Mainigi
                                        Enu Mainigi (DC Bar No. 454012)
                                        WILLIAMS & CONNOLLY LLP
                                        725 Twelfth Street, N.W.
                                        Washington, DC 20005
                                        Telephone: (202) 434-5000
                                        Facsimile: (202) 434-5029
                                        emainigi@wc.com

                                        *Counsel for Defendant Cardinal Health, Inc.*
Dated: March 4, 2019

**Highly Confidential Pursuant to Protective Order**

## Appendix A:  Documents Reflecting Ingredient Limit Reports

| | |
|---|---|
| CAH_MDL_PRIORPROD_DEA07_01178076-R | CAH_MDL2804_02118864 |
| CAH_MDL_PRIORPROD_DEA07_01178108-R | CAH_MDL2804_02119145 |
| CAH_MDL_PRIORPROD_DEA07_01179352-R | CAH_MDL2804_02119321 |
| CAH_MDL_PRIORPROD_DEA07_01184826-R | CAH_MDL2804_00681338 |
| CAH_MDL_PRIORPROD_DEA07_01330206-R | CAH_MDL2804_02123855 |
| CAH_MDL_PRIORPROD_DEA07_01330240-R | CAH_MDL2804_00683913 |
| CAH_MDL_PRIORPROD_DEA07_01330241-R | CAH_MDL2804_00689290 |
| CAH_MDL_PRIORPROD_DEA07_01345728-R | CAH_MDL2804_00689291 |
| CAH_MDL_PRIORPROD_DEA07_01346086-R | CAH_MDL2804_00689780 |
| CAH_MDL_PRIORPROD_DEA07_01346375-R | CAH_MDL2804_00689781 |
| CAH_MDL_PRIORPROD_DEA07_01346774-R | CAH_MDL2804_00690146 |
| CAH_MDL_PRIORPROD_DEA07_01346803-R | CAH_MDL2804_00690148 |
| CAH_MDL_PRIORPROD_DEA07_01347034-R | CAH_MDL2804_00690149 |
| CAH_MDL_PRIORPROD_DEA07_01347318-R | CAH_MDL2804_00690489 |
| CAH_MDL_PRIORPROD_DEA07_01347513-R | CAH_MDL2804_00690685 |
| CAH_MDL_PRIORPROD_DEA07_01347741-R | CAH_MDL2804_00690982 |
| CAH_MDL_PRIORPROD_DEA07_01347973-R | CAH_MDL2804_00691154 |
| CAH_MDL_PRIORPROD_DEA07_01348161-R | CAH_MDL2804_00691653 |
| CAH_MDL_PRIORPROD_DEA07_01348395-R | CAH_MDL2804_00691896 |
| CAH_MDL_PRIORPROD_DEA07_01348625-R | CAH_MDL2804_00691995 |
| CAH_MDL_PRIORPROD_DEA07_01348848-R | CAH_MDL2804_00692137 |
| CAH_MDL_PRIORPROD_DEA07_01349042-R | CAH_MDL2804_00692409 |
| CAH_MDL_PRIORPROD_DEA07_01349319-R | CAH_MDL2804_00692769 |
| CAH_MDL_PRIORPROD_DEA07_01349507-R | CAH_MDL2804_00692966 |
| CAH_MDL_PRIORPROD_DEA07_01349754-R | CAH_MDL2804_00693346 |
| CAH_MDL_PRIORPROD_DEA07_01349999-R | CAH_MDL2804_02125213 |
| CAH_MDL_PRIORPROD_DEA07_01350224-R | CAH_MDL2804_00718278 |
| CAH_MDL_PRIORPROD_DEA07_01350487-R | CAH_MDL2804_00718279 |
| CAH_MDL_PRIORPROD_DEA07_01350704-R | CAH_MDL2804_00718280 |
| CAH_MDL_PRIORPROD_DEA07_01350956-R | CAH_MDL2804_00718281 |
| CAH_MDL_PRIORPROD_DEA07_01351163-R | CAH_MDL2804_00718282 |
| CAH_MDL_PRIORPROD_DEA07_01351383-R | CAH_MDL2804_00718283 |
| CAH_MDL_PRIORPROD_DEA07_01351642-R | CAH_MDL2804_00613015 |
| CAH_MDL_PRIORPROD_DEA07_01351894-R | CAH_MDL2804_00613605 |
| CAH_MDL_PRIORPROD_DEA07_01352126-R | CAH_MDL2804_00614240 |
| CAH_MDL_PRIORPROD_DEA07_01360162-R | CAH_MDL2804_00615074 |
| CAH_MDL_PRIORPROD_DEA07_01385515-R | CAH_MDL2804_00615974 |
| CAH_MDL2804_02967390 | CAH_MDL2804_00616366 |
| CAH_MDL2804_03057251 | CAH_MDL2804_00718639 |
| CAH_MDL2804_03057877 | CAH_MDL2804_00718961 |
| CAH_MDL2804_02900102 | CAH_MDL2804_00719378 |
| CAH_MDL2804_02298168 | CAH_MDL2804_00719824 |
| CAH_MDL2804_02298482 | CAH_MDL2804_00719825 |
| CAH_MDL2804_02320156 | CAH_MDL2804_00720227 |
| CAH_MDL2804_02321591 | CAH_MDL2804_00720228 |
| CAH_MDL2804_02331357 | CAH_MDL2804_00720229 |
| CAH_MDL2804_02157010 | CAH_MDL2804_02134491 |
| CAH_MDL2804_00853667 | CAH_MDL2804_02134621 |
| CAH_MDL2804_02173259 | CAH_MDL2804_02135882 |
| CAH_MDL2804_02220624 | CAH_MDL2804_02759511 |
| CAH_MDL2804_00898774 | CAH_MDL2804_02948905 |
| CAH_MDL2804_00903851 | CAH_MDL2804_02067966 |
| CAH_MDL2804_00667472 | CAH_MDL2804_02867613 |

**Highly Confidential Pursuant to Protective Order**

CAH_MDL2804_02868003
CAH_MDL2804_02705275
CAH_MDL2804_02769367
CAH_MDL2804_02722947
CAH_MDL2804_01763639
CAH_MDL2804_01778908
CAH_MDL2804_02416161
CAH_MDL2804_02419240
CAH_MDL2804_02419955
CAH_MDL2804_01420977
CAH_MDL2804_01421499
CAH_MDL2804_02577045
CAH_MDL2804_02595318
CAH_MDL2804_02621236
CAH_MDL2804_02385918
CAH_MDL2804_01345459
CAH_MDL2804_01349438
CAH_MDL2804_02000740
CAH_MDL2804_02800867
CAH_MDL2804_02803057
CAH_MDL2804_02025136
CAH_MDL2804_01575918
CAH_MDL2804_02818678
CAH_MDL2804_02819683
CAH_MDL2804_02820624
CAH_MDL2804_02673988
CAH_MDL2804_02675132
CAH_MDL2804_02675969
CAH_MDL2804_02928318
CAH_MDL2804_02685370
CAH_MDL2804_01681520
CAH_MDL2804_02694077
CAH_MDL_PRIORPROD_DEA07_00837724-R
CAH_MDL_PRIORPROD_DEA07_00837957-R
CAH_MDL_PRIORPROD_DEA07_00838190-R
CAH_MDL_PRIORPROD_DEA07_00860495-R
CAH_MDL_PRIORPROD_DEA07_00904111-R
CAH_MDL_PRIORPROD_DEA07_00905203-R
CAH_MDL_PRIORPROD_DEA07_00982465-R
CAH_MDL_PRIORPROD_DEA07_00982471-R
CAH_MDL_PRIORPROD_DEA07_00995688-R
CAH_MDL_PRIORPROD_DEA07_00995691-R
CAH_MDL_PRIORPROD_DEA07_01036093-R
CAH_MDL_PRIORPROD_DEA07_01036094-R
CAH_MDL_PRIORPROD_DEA07_01036095-R
CAH_MDL_PRIORPROD_DEA07_01036096-R
CAH_MDL_PRIORPROD_DEA07_01045806-R
CAH_MDL_PRIORPROD_DEA07_01045807-R
CAH_MDL_PRIORPROD_DEA07_01045808-R
CAH_MDL_PRIORPROD_DEA07_01045809-R
CAH_MDL_PRIORPROD_DEA07_01052063-R
CAH_MDL_PRIORPROD_DEA07_01052064-R
CAH_MDL_PRIORPROD_DEA07_01052065-R
CAH_MDL_PRIORPROD_DEA07_01052066-R
CAH_MDL_PRIORPROD_DEA07_01058069-R
CAH_MDL_PRIORPROD_DEA07_01058109-R

CAH_MDL_PRIORPROD_DEA07_01058148-R
CAH_MDL_PRIORPROD_DEA07_01061022-R
CAH_MDL_PRIORPROD_DEA07_01061023-R
CAH_MDL_PRIORPROD_DEA07_01061024-R
CAH_MDL_PRIORPROD_DEA07_01061025-R
CAH_MDL_PRIORPROD_DEA07_01064817-R
CAH_MDL_PRIORPROD_DEA07_01064820-R
CAH_MDL_PRIORPROD_DEA07_01064822-R
CAH_MDL_PRIORPROD_DEA07_01065134-R
CAH_MDL_PRIORPROD_DEA07_01065135-R
CAH_MDL_PRIORPROD_DEA07_01065136-R
CAH_MDL_PRIORPROD_DEA07_01065137-R
CAH_MDL_PRIORPROD_DEA07_01065144-R
CAH_MDL_PRIORPROD_DEA07_01065145-R
CAH_MDL_PRIORPROD_DEA07_01104620-R
CAH_MDL_PRIORPROD_DEA07_01104656-R
CAH_MDL_PRIORPROD_DEA07_01104691-R
CAH_MDL_PRIORPROD_DEA07_01104701-R
CAH_MDL_PRIORPROD_DEA07_01104720-R
CAH_MDL_PRIORPROD_DEA07_01104731-R
CAH_MDL_PRIORPROD_DEA07_01104842-R
CAH_MDL_PRIORPROD_DEA07_01104855-R
CAH_MDL_PRIORPROD_DEA07_01106747-R
CAH_MDL_PRIORPROD_DEA07_01107008-R
CAH_MDL_PRIORPROD_DEA07_01107302-R
CAH_MDL_PRIORPROD_DEA07_01107550-R
CAH_MDL_PRIORPROD_DEA07_01107700-R
CAH_MDL_PRIORPROD_DEA07_01107989-R
CAH_MDL_PRIORPROD_DEA07_01107990-R
CAH_MDL_PRIORPROD_DEA07_01107992-R
CAH_MDL_PRIORPROD_DEA07_01107993-R
CAH_MDL_PRIORPROD_DEA07_01107996-R
CAH_MDL_PRIORPROD_DEA07_01107997-R
CAH_MDL_PRIORPROD_DEA07_01109520-R
CAH_MDL_PRIORPROD_DEA07_01109771-R
CAH_MDL_PRIORPROD_DEA07_01110732-R
CAH_MDL_PRIORPROD_DEA07_01110817-R
CAH_MDL_PRIORPROD_DEA07_01110818-R
CAH_MDL_PRIORPROD_DEA07_01111585-R
CAH_MDL_PRIORPROD_DEA07_01111890-R
CAH_MDL_PRIORPROD_DEA07_01116672-R
CAH_MDL_PRIORPROD_DEA07_01117631-R
CAH_MDL_PRIORPROD_DEA07_01118176-R
CAH_MDL_PRIORPROD_DEA07_01118409-R
CAH_MDL_PRIORPROD_DEA07_01118841-R
CAH_MDL_PRIORPROD_DEA07_01119091-R
CAH_MDL_PRIORPROD_DEA07_01119681-R
CAH_MDL_PRIORPROD_DEA07_01120515-R
CAH_MDL_PRIORPROD_DEA07_01121150-R
CAH_MDL_PRIORPROD_DEA07_01121650-R
CAH_MDL_PRIORPROD_DEA07_01121949-R
CAH_MDL_PRIORPROD_DEA07_01122849-R
CAH_MDL_PRIORPROD_DEA07_01123803-R
CAH_MDL_PRIORPROD_DEA07_01161130-R
CAH_MDL_PRIORPROD_DEA07_02718583-R
CAH_MDL_PRIORPROD_DEA07_02718888-R

**Highly Confidential Pursuant to Protective Order**

CAH_MDL_PRIORPROD_DEA07_02719128-R
CAH_MDL_PRIORPROD_DEA07_02719129-R
CAH_MDL_PRIORPROD_DEA07_02720762-R
CAH_MDL_PRIORPROD_DEA07_02720763-R
CAH_MDL_PRIORPROD_DEA07_02720769-R
CAH_MDL_PRIORPROD_DEA07_02720770-R
CAH_MDL_PRIORPROD_DEA07_02720772-R
CAH_MDL_PRIORPROD_DEA07_02720773-R
CAH_MDL_PRIORPROD_DEA07_02720909-R
CAH_MDL_PRIORPROD_DEA07_02721247-R
CAH_MDL_PRIORPROD_DEA07_02721286-R
CAH_MDL_PRIORPROD_DEA07_02721322-R
CAH_MDL_PRIORPROD_DEA07_02722207-R
CAH_MDL_PRIORPROD_DEA07_02722362-R
CAH_MDL_PRIORPROD_DEA07_02722525-R
CAH_MDL_PRIORPROD_DEA07_02722781-R
CAH_MDL_PRIORPROD_DEA07_02724562-R
CAH_MDL_PRIORPROD_DEA07_02725649-R
CAH_MDL_PRIORPROD_DEA07_02725662-R
CAH_MDL_PRIORPROD_DEA07_02725687-R
CAH_MDL_PRIORPROD_DEA07_02726470-R
CAH_MDL_PRIORPROD_DEA07_02726498-R
CAH_MDL_PRIORPROD_DEA07_02727544-R
CAH_MDL_PRIORPROD_DEA07_02727624-R
CAH_MDL_PRIORPROD_DEA07_02727732-R
CAH_MDL_PRIORPROD_DEA07_02728684-R
CAH_MDL_PRIORPROD_DEA07_02728917-R
CAH_MDL_PRIORPROD_DEA07_02729349-R
CAH_MDL_PRIORPROD_DEA07_02729599-R
CAH_MDL_PRIORPROD_DEA07_02730189-R
CAH_MDL_PRIORPROD_DEA07_02731023-R
CAH_MDL_PRIORPROD_DEA07_02731658-R
CAH_MDL_PRIORPROD_DEA07_02732158-R
CAH_MDL_PRIORPROD_DEA07_02732457-R
CAH_MDL_PRIORPROD_DEA07_02733357-R
CAH_MDL_PRIORPROD_DEA07_02734311-R
CAH_MDL_PRIORPROD_DEA07_02734918-R
CAH_MDL_PRIORPROD_DEA07_02769065-R
CAH_MDL_PRIORPROD_DEA07_02773539-R
CAH_MDL_PRIORPROD_DEA07_02773792-R
CAH_MDL_PRIORPROD_DEA07_02784237-R
CAH_MDL_PRIORPROD_DEA07_02784240-R
CAH_MDL_PRIORPROD_DEA07_02801215-R
CAH_MDL2804_00266005
CAH_MDL2804_00266626
CAH_MDL2804_00282070
CAH_MDL2804_00283170
CAH_MDL2804_00283432
CAH_MDL2804_00533492
CAH_MDL2804_00539267
CAH_MDL2804_00540588
CAH_MDL2804_00556104
CAH_MDL2804_01278064
CAH_MDL2804_00565603
CAH_MDL2804_00570034
CAH_MDL2804_00570998

CAH_MDL2804_00578658
CAH_MDL2804_00578877
CAH_MDL2804_00581475
CAH_MDL2804_00581915
CAH_MDL2804_00582445
CAH_MDL2804_00583221
CAH_MDL2804_01278821
CAH_MDL2804_00584755
CAH_MDL2804_00584981
CAH_MDL2804_00585661
CAH_MDL2804_00586003
CAH_MDL2804_00589761
CAH_MDL2804_01228267
CAH_MDL2804_02096373
CAH_MDL2804_02745475
CAH_MDL2804_02747090
CAH_MDL2804_01813104
CAH_MDL_PRIORPROD_DEA07_01435633-R
CAH_MDL_PRIORPROD_DEA07_01435669-R
CAH_MDL_PRIORPROD_DEA07_01435704-R
CAH_MDL_PRIORPROD_DEA07_01435723-R
CAH_MDL_PRIORPROD_DEA07_01435734-R
CAH_MDL_PRIORPROD_DEA07_01437989-R
CAH_MDL_PRIORPROD_DEA07_01438247-R
CAH_MDL_PRIORPROD_DEA07_01438387-R
CAH_MDL_PRIORPROD_DEA07_01438528-R
CAH_MDL_PRIORPROD_DEA07_01438803-R
CAH_MDL_PRIORPROD_DEA07_01439040-R
CAH_MDL_PRIORPROD_DEA07_01439041-R
CAH_MDL_PRIORPROD_DEA07_01439042-R
CAH_MDL_PRIORPROD_DEA07_01439043-R
CAH_MDL_PRIORPROD_DEA07_01439047-R
CAH_MDL_PRIORPROD_DEA07_01439048-R
CAH_MDL_PRIORPROD_DEA07_01442391-R
CAH_MDL_PRIORPROD_DEA07_01448829-R
CAH_MDL_PRIORPROD_DEA07_01457031-R
CAH_MDL_PRIORPROD_DEA07_01465435-R
CAH_MDL_PRIORPROD_DEA07_01475709-R
CAH_MDL_PRIORPROD_DEA07_01488350-R
CAH_MDL_PRIORPROD_DEA07_01494042-R
CAH_MDL_PRIORPROD_DEA07_01494043-R
CAH_MDL_PRIORPROD_DEA07_01495939-R
CAH_MDL_PRIORPROD_DEA07_01496224-R
CAH_MDL_PRIORPROD_DEA07_01506288-R
CAH_MDL_PRIORPROD_DEA07_01515965-R
CAH_MDL_PRIORPROD_DEA07_01525200-R
CAH_MDL_PRIORPROD_DEA07_01538085-R
CAH_MDL_PRIORPROD_DEA07_01542290-R
CAH_MDL_PRIORPROD_DEA07_01543379-R
CAH_MDL_PRIORPROD_DEA07_01544958-R
CAH_MDL_PRIORPROD_DEA07_01546013-R
CAH_MDL_PRIORPROD_DEA07_01546208-R
CAH_MDL_PRIORPROD_DEA07_01547386-R
CAH_MDL_PRIORPROD_DEA07_01548059-R
CAH_MDL_PRIORPROD_DEA07_01549679-R
CAH_MDL_PRIORPROD_DEA07_01551536-R

**Highly Confidential Pursuant to Protective Order**

CAH_MDL_PRIORPROD_DEA07_01552147-R
CAH_MDL_PRIORPROD_DEA07_01552647-R
CAH_MDL_PRIORPROD_DEA07_01553661-R
CAH_MDL_PRIORPROD_DEA07_01554009-R
CAH_MDL_PRIORPROD_DEA07_01563313-R
CAH_MDL_PRIORPROD_DEA07_01565446-R
CAH_MDL_PRIORPROD_DEA07_01567789-R
CAH_MDL_PRIORPROD_DEA07_01567802-R
CAH_MDL_PRIORPROD_DEA07_01573797-R
CAH_MDL_PRIORPROD_DEA07_01590839-R
CAH_MDL_PRIORPROD_DEA07_01593668-R
CAH_MDL_PRIORPROD_DEA07_01594098-R
CAH_MDL_PRIORPROD_DEA07_01601686-R
CAH_MDL_PRIORPROD_DEA07_01611135-R
CAH_MDL_PRIORPROD_DEA07_01613833-R
CAH_MDL_PRIORPROD_DEA07_01620843-R
CAH_MDL_PRIORPROD_DEA07_01631459-R
CAH_MDL_PRIORPROD_DEA07_01640601-R
CAH_MDL_PRIORPROD_DEA07_01641019-R
CAH_MDL_PRIORPROD_DEA07_01641502-R
CAH_MDL_PRIORPROD_DEA07_01641899-R
CAH_MDL_PRIORPROD_DEA07_01642478-R
CAH_MDL_PRIORPROD_DEA07_01642639-R
CAH_MDL_PRIORPROD_DEA07_01643390-R
CAH_MDL_PRIORPROD_DEA07_01643917-R
CAH_MDL_PRIORPROD_DEA07_01644317-R
CAH_MDL_PRIORPROD_DEA07_01644393-R
CAH_MDL_PRIORPROD_DEA07_01645044-R
CAH_MDL_PRIORPROD_DEA07_01645143-R
CAH_MDL_PRIORPROD_DEA07_01645347-R
CAH_MDL_PRIORPROD_DEA07_01645573-R
CAH_MDL_PRIORPROD_DEA07_01645822-R
CAH_MDL_PRIORPROD_DEA07_01645887-R
CAH_MDL_PRIORPROD_DEA07_01646263-R
CAH_MDL_PRIORPROD_DEA07_01646370-R
CAH_MDL_PRIORPROD_DEA07_01646549-R
CAH_MDL_PRIORPROD_DEA07_01646742-R
CAH_MDL_PRIORPROD_DEA07_01647670-R
CAH_MDL_PRIORPROD_DEA07_01647851-R
CAH_MDL_PRIORPROD_DEA07_01648369-R
CAH_MDL_PRIORPROD_DEA07_01648986-R
CAH_MDL_PRIORPROD_DEA07_01649530-R
CAH_MDL_PRIORPROD_DEA07_01649763-R
CAH_MDL_PRIORPROD_DEA07_01650340-R
CAH_MDL_PRIORPROD_DEA07_01650463-R
CAH_MDL_PRIORPROD_DEA07_01650718-R
CAH_MDL_PRIORPROD_DEA07_01651358-R
CAH_MDL_PRIORPROD_DEA07_01652399-R
CAH_MDL_PRIORPROD_DEA07_01652558-R
CAH_MDL_PRIORPROD_DEA07_01652655-R
CAH_MDL_PRIORPROD_DEA07_01653344-R
CAH_MDL_PRIORPROD_DEA07_01653425-R
CAH_MDL_PRIORPROD_DEA07_01653848-R
CAH_MDL_PRIORPROD_DEA07_01653962-R
CAH_MDL_PRIORPROD_DEA07_01654410-R
CAH_MDL_PRIORPROD_DEA07_01654477-R

CAH_MDL_PRIORPROD_DEA07_01654744-R
CAH_MDL_PRIORPROD_DEA07_01655151-R
CAH_MDL_PRIORPROD_DEA07_01655196-R
CAH_MDL_PRIORPROD_DEA07_01655324-R
CAH_MDL_PRIORPROD_DEA07_01655872-R
CAH_MDL_PRIORPROD_DEA07_01656359-R
CAH_MDL_PRIORPROD_DEA07_01656916-R
CAH_MDL_PRIORPROD_DEA07_01657485-R
CAH_MDL_PRIORPROD_DEA07_01658177-R
CAH_MDL_PRIORPROD_DEA07_01658801-R
CAH_MDL_PRIORPROD_DEA07_01659434-R
CAH_MDL_PRIORPROD_DEA07_01659616-R
CAH_MDL_PRIORPROD_DEA07_01660571-R
CAH_MDL_PRIORPROD_DEA07_01660982-R
CAH_MDL_PRIORPROD_DEA07_01661450-R
CAH_MDL_PRIORPROD_DEA07_01661618-R
CAH_MDL_PRIORPROD_DEA07_01661714-R
CAH_MDL_PRIORPROD_DEA07_01661835-R
CAH_MDL_PRIORPROD_DEA07_01662334-R
CAH_MDL_PRIORPROD_DEA07_01662942-R
CAH_MDL_PRIORPROD_DEA07_01663064-R
CAH_MDL_PRIORPROD_DEA07_01663849-R
CAH_MDL_PRIORPROD_DEA07_01663924-R
CAH_MDL_PRIORPROD_DEA07_01664059-R
CAH_MDL_PRIORPROD_DEA07_01664199-R
CAH_MDL_PRIORPROD_DEA07_01664231-R
CAH_MDL_PRIORPROD_DEA07_01664268-R
CAH_MDL_PRIORPROD_DEA07_01665181-R
CAH_MDL_PRIORPROD_DEA07_01665567-R
CAH_MDL_PRIORPROD_DEA07_01665846-R
CAH_MDL_PRIORPROD_DEA07_01666711-R
CAH_MDL_PRIORPROD_DEA07_01667412-R
CAH_MDL_PRIORPROD_DEA07_01667865-R
CAH_MDL_PRIORPROD_DEA07_01668648-R
CAH_MDL_PRIORPROD_DEA07_01668803-R
CAH_MDL_PRIORPROD_DEA07_01669702-R
CAH_MDL_PRIORPROD_DEA07_01670632-R
CAH_MDL_PRIORPROD_DEA07_01670812-R
CAH_MDL_PRIORPROD_DEA07_01671130-R
CAH_MDL_PRIORPROD_DEA07_01671453-R
CAH_MDL_PRIORPROD_DEA07_01671850-R
CAH_MDL_PRIORPROD_DEA07_01672763-R
CAH_MDL_PRIORPROD_DEA07_01672908-R
CAH_MDL_PRIORPROD_DEA07_01673059-R
CAH_MDL_PRIORPROD_DEA07_01673135-R
CAH_MDL_PRIORPROD_DEA07_01673762-R
CAH_MDL_PRIORPROD_DEA07_01673899-R
CAH_MDL_PRIORPROD_DEA07_01673947-R
CAH_MDL_PRIORPROD_DEA07_01674580-R
CAH_MDL_PRIORPROD_DEA07_01675236-R
CAH_MDL_PRIORPROD_DEA07_01675877-R
CAH_MDL_PRIORPROD_DEA07_01676164-R
CAH_MDL_PRIORPROD_DEA07_01676386-R
CAH_MDL_PRIORPROD_DEA07_01677662-R
CAH_MDL_PRIORPROD_DEA07_01679058-R
CAH_MDL_PRIORPROD_DEA07_01680264-R

**Highly Confidential Pursuant to Protective Order**

CAH_MDL_PRIORPROD_DEA07_01681265-R
CAH_MDL_PRIORPROD_DEA07_01682122-R
CAH_MDL_PRIORPROD_DEA07_01683803-R
CAH_MDL_PRIORPROD_DEA07_01685103-R
CAH_MDL_PRIORPROD_DEA07_01685574-R
CAH_MDL_PRIORPROD_DEA07_01686546-R
CAH_MDL_PRIORPROD_DEA07_01687453-R
CAH_MDL_PRIORPROD_DEA07_01687702-R
CAH_MDL_PRIORPROD_DEA07_01689363-R
CAH_MDL_PRIORPROD_DEA07_01690015-R
CAH_MDL_PRIORPROD_DEA07_01690470-R
CAH_MDL_PRIORPROD_DEA07_01691102-R
CAH_MDL_PRIORPROD_DEA07_01691706-R
CAH_MDL_PRIORPROD_DEA07_01692189-R
CAH_MDL_PRIORPROD_DEA07_01692899-R
CAH_MDL_PRIORPROD_DEA07_01694928-R
CAH_MDL_PRIORPROD_DEA07_01695505-R
CAH_MDL_PRIORPROD_DEA07_01696166-R
CAH_MDL_PRIORPROD_DEA07_01697201-R
CAH_MDL_PRIORPROD_DEA07_01697460-R
CAH_MDL_PRIORPROD_DEA07_01698986-R
CAH_MDL_PRIORPROD_DEA07_01699239-R
CAH_MDL_PRIORPROD_DEA07_01699449-R
CAH_MDL_PRIORPROD_DEA07_01699665-R
CAH_MDL_PRIORPROD_DEA07_01700945-R
CAH_MDL_PRIORPROD_DEA07_01701388-R
CAH_MDL_PRIORPROD_DEA07_01701932-R
CAH_MDL_PRIORPROD_DEA07_01702046-R
CAH_MDL_PRIORPROD_DEA07_01702165-R
CAH_MDL_PRIORPROD_DEA07_01702495-R
CAH_MDL_PRIORPROD_DEA07_01703251-R
CAH_MDL_PRIORPROD_DEA07_01703375-R
CAH_MDL_PRIORPROD_DEA07_01703742-R
CAH_MDL_PRIORPROD_DEA07_01703831-R
CAH_MDL_PRIORPROD_DEA07_01704761-R
CAH_MDL_PRIORPROD_DEA07_01704902-R
CAH_MDL_PRIORPROD_DEA07_01704946-R
CAH_MDL_PRIORPROD_DEA07_01705002-R
CAH_MDL_PRIORPROD_DEA07_01705166-R
CAH_MDL_PRIORPROD_DEA07_01705884-R
CAH_MDL_PRIORPROD_DEA07_01706422-R
CAH_MDL_PRIORPROD_DEA07_01707291-R
CAH_MDL_PRIORPROD_DEA07_01707498-R
CAH_MDL_PRIORPROD_DEA07_01708184-R
CAH_MDL_PRIORPROD_DEA07_01708766-R
CAH_MDL_PRIORPROD_DEA07_01709816-R
CAH_MDL_PRIORPROD_DEA07_01709962-R
CAH_MDL_PRIORPROD_DEA07_01710327-R
CAH_MDL_PRIORPROD_DEA07_01711319-R
CAH_MDL_PRIORPROD_DEA07_01711468-R
CAH_MDL_PRIORPROD_DEA07_01712224-R
CAH_MDL_PRIORPROD_DEA07_01712420-R
CAH_MDL_PRIORPROD_DEA07_01712511-R
CAH_MDL_PRIORPROD_DEA07_01712807-R
CAH_MDL_PRIORPROD_DEA07_01713171-R
CAH_MDL_PRIORPROD_DEA07_01713654-R

CAH_MDL_PRIORPROD_DEA07_01713715-R
CAH_MDL_PRIORPROD_DEA07_01713871-R
CAH_MDL_PRIORPROD_DEA07_01713984-R
CAH_MDL_PRIORPROD_DEA07_01714261-R
CAH_MDL_PRIORPROD_DEA07_01714298-R
CAH_MDL_PRIORPROD_DEA07_01714417-R
CAH_MDL_PRIORPROD_DEA07_01715167-R
CAH_MDL_PRIORPROD_DEA07_01715822-R
CAH_MDL_PRIORPROD_DEA07_01716114-R
CAH_MDL_PRIORPROD_DEA07_01717148-R
CAH_MDL_PRIORPROD_DEA07_01718249-R
CAH_MDL_PRIORPROD_DEA07_01719010-R
CAH_MDL_PRIORPROD_DEA07_01719708-R
CAH_MDL_PRIORPROD_DEA07_01721043-R
CAH_MDL_PRIORPROD_DEA07_01721142-R
CAH_MDL_PRIORPROD_DEA07_01722682-R
CAH_MDL_PRIORPROD_DEA07_01722953-R
CAH_MDL_PRIORPROD_DEA07_01723108-R
CAH_MDL_PRIORPROD_DEA07_01723340-R
CAH_MDL_PRIORPROD_DEA07_01723958-R
CAH_MDL_PRIORPROD_DEA07_01724530-R
CAH_MDL_PRIORPROD_DEA07_01725476-R
CAH_MDL_PRIORPROD_DEA07_01725857-R
CAH_MDL_PRIORPROD_DEA07_01726282-R
CAH_MDL_PRIORPROD_DEA07_01726423-R
CAH_MDL_PRIORPROD_DEA07_01727040-R
CAH_MDL_PRIORPROD_DEA07_01727577-R
CAH_MDL_PRIORPROD_DEA07_01727934-R
CAH_MDL_PRIORPROD_DEA07_01727965-R
CAH_MDL_PRIORPROD_DEA07_01728183-R
CAH_MDL_PRIORPROD_DEA07_01729108-R
CAH_MDL_PRIORPROD_DEA07_01730134-R
CAH_MDL_PRIORPROD_DEA07_01730759-R
CAH_MDL_PRIORPROD_DEA07_01731023-R
CAH_MDL_PRIORPROD_DEA07_01731777-R
CAH_MDL_PRIORPROD_DEA07_01731956-R
CAH_MDL_PRIORPROD_DEA07_01732113-R
CAH_MDL_PRIORPROD_DEA07_01732427-R
CAH_MDL_PRIORPROD_DEA07_01732873-R
CAH_MDL_PRIORPROD_DEA07_01733607-R
CAH_MDL_PRIORPROD_DEA07_01733750-R
CAH_MDL_PRIORPROD_DEA07_01733832-R
CAH_MDL_PRIORPROD_DEA07_01734169-R
CAH_MDL_PRIORPROD_DEA07_01734254-R
CAH_MDL_PRIORPROD_DEA07_01735194-R
CAH_MDL_PRIORPROD_DEA07_01735287-R
CAH_MDL_PRIORPROD_DEA07_01735406-R
CAH_MDL_PRIORPROD_DEA07_01735480-R
CAH_MDL_PRIORPROD_DEA07_01736288-R
CAH_MDL_PRIORPROD_DEA07_01736387-R
CAH_MDL_PRIORPROD_DEA07_01736413-R
CAH_MDL_PRIORPROD_DEA07_01736459-R
CAH_MDL_PRIORPROD_DEA07_01736596-R
CAH_MDL_PRIORPROD_DEA07_01736892-R
CAH_MDL_PRIORPROD_DEA07_01737394-R
CAH_MDL_PRIORPROD_DEA07_01737827-R

**Highly Confidential Pursuant to Protective Order**

CAH_MDL_PRIORPROD_DEA07_01738327-R
CAH_MDL_PRIORPROD_DEA07_01738760-R
CAH_MDL_PRIORPROD_DEA07_01739495-R
CAH_MDL_PRIORPROD_DEA07_01739692-R
CAH_MDL_PRIORPROD_DEA07_01739821-R
CAH_MDL_PRIORPROD_DEA07_01740637-R
CAH_MDL_PRIORPROD_DEA07_01741423-R
CAH_MDL_PRIORPROD_DEA07_01741573-R
CAH_MDL_PRIORPROD_DEA07_01741853-R
CAH_MDL_PRIORPROD_DEA07_01742143-R
CAH_MDL_PRIORPROD_DEA07_01742501-R
CAH_MDL_PRIORPROD_DEA07_01742749-R
CAH_MDL_PRIORPROD_DEA07_01743435-R
CAH_MDL_PRIORPROD_DEA07_01743558-R
CAH_MDL_PRIORPROD_DEA07_01743616-R
CAH_MDL_PRIORPROD_DEA07_01743755-R
CAH_MDL_PRIORPROD_DEA07_01743848-R
CAH_MDL_PRIORPROD_DEA07_01744326-R
CAH_MDL_PRIORPROD_DEA07_01744439-R
CAH_MDL_PRIORPROD_DEA07_01744693-R
CAH_MDL_PRIORPROD_DEA07_01745392-R
CAH_MDL_PRIORPROD_DEA07_01745974-R
CAH_MDL_PRIORPROD_DEA07_01746212-R
CAH_MDL_PRIORPROD_DEA07_01746932-R
CAH_MDL_PRIORPROD_DEA07_01747160-R
CAH_MDL_PRIORPROD_DEA07_01747496-R
CAH_MDL_PRIORPROD_DEA07_01747955-R
CAH_MDL_PRIORPROD_DEA07_01748135-R
CAH_MDL_PRIORPROD_DEA07_01749159-R
CAH_MDL_PRIORPROD_DEA07_01750101-R
CAH_MDL_PRIORPROD_DEA07_01750262-R
CAH_MDL_PRIORPROD_DEA07_01750355-R
CAH_MDL_PRIORPROD_DEA07_01750469-R
CAH_MDL_PRIORPROD_DEA07_01750798-R
CAH_MDL_PRIORPROD_DEA07_01751444-R
CAH_MDL_PRIORPROD_DEA07_01751542-R
CAH_MDL_PRIORPROD_DEA07_01751789-R
CAH_MDL_PRIORPROD_DEA07_01752198-R
CAH_MDL_PRIORPROD_DEA07_01752342-R
CAH_MDL_PRIORPROD_DEA07_01752460-R
CAH_MDL_PRIORPROD_DEA07_01752659-R
CAH_MDL_PRIORPROD_DEA07_01752708-R
CAH_MDL_PRIORPROD_DEA07_01753049-R
CAH_MDL_PRIORPROD_DEA07_01753840-R
CAH_MDL_PRIORPROD_DEA07_01754322-R
CAH_MDL_PRIORPROD_DEA07_01755013-R
CAH_MDL_PRIORPROD_DEA07_01755625-R
CAH_MDL_PRIORPROD_DEA07_01756326-R
CAH_MDL_PRIORPROD_DEA07_01756598-R
CAH_MDL_PRIORPROD_DEA07_01756883-R
CAH_MDL_PRIORPROD_DEA07_01757071-R
CAH_MDL_PRIORPROD_DEA07_01757497-R
CAH_MDL_PRIORPROD_DEA07_01758013-R
CAH_MDL_PRIORPROD_DEA07_01758183-R
CAH_MDL_PRIORPROD_DEA07_01758307-R
CAH_MDL_PRIORPROD_DEA07_01758523-R

CAH_MDL_PRIORPROD_DEA07_01758636-R
CAH_MDL_PRIORPROD_DEA07_01758986-R
CAH_MDL_PRIORPROD_DEA07_01759133-R
CAH_MDL_PRIORPROD_DEA07_01759288-R
CAH_MDL_PRIORPROD_DEA07_01759378-R
CAH_MDL_PRIORPROD_DEA07_01759554-R
CAH_MDL_PRIORPROD_DEA07_01759679-R
CAH_MDL_PRIORPROD_DEA07_01759729-R
CAH_MDL_PRIORPROD_DEA07_01759881-R
CAH_MDL_PRIORPROD_DEA07_01760252-R
CAH_MDL_PRIORPROD_DEA07_01760574-R
CAH_MDL_PRIORPROD_DEA07_01760894-R
CAH_MDL_PRIORPROD_DEA07_01761100-R
CAH_MDL_PRIORPROD_DEA07_01761369-R
CAH_MDL_PRIORPROD_DEA07_01761578-R
CAH_MDL_PRIORPROD_DEA07_01761750-R
CAH_MDL_PRIORPROD_DEA07_01761851-R
CAH_MDL_PRIORPROD_DEA07_01762210-R
CAH_MDL_PRIORPROD_DEA07_01762547-R
CAH_MDL_PRIORPROD_DEA07_01762663-R
CAH_MDL_PRIORPROD_DEA07_01762744-R
CAH_MDL_PRIORPROD_DEA07_01762906-R
CAH_MDL_PRIORPROD_DEA07_01762986-R
CAH_MDL_PRIORPROD_DEA07_01763215-R
CAH_MDL_PRIORPROD_DEA07_01763317-R
CAH_MDL_PRIORPROD_DEA07_01763421-R
CAH_MDL_PRIORPROD_DEA07_01763482-R
CAH_MDL_PRIORPROD_DEA07_01763643-R
CAH_MDL_PRIORPROD_DEA07_01763759-R
CAH_MDL_PRIORPROD_DEA07_01763795-R
CAH_MDL_PRIORPROD_DEA07_01763797-R
CAH_MDL_PRIORPROD_DEA07_01763954-R
CAH_MDL_PRIORPROD_DEA07_01764256-R
CAH_MDL_PRIORPROD_DEA07_01764472-R
CAH_MDL_PRIORPROD_DEA07_01764696-R
CAH_MDL_PRIORPROD_DEA07_01765361-R
CAH_MDL_PRIORPROD_DEA07_01765682-R
CAH_MDL_PRIORPROD_DEA07_01765898-R
CAH_MDL_PRIORPROD_DEA07_01766199-R
CAH_MDL_PRIORPROD_DEA07_01766415-R
CAH_MDL_PRIORPROD_DEA07_01766603-R
CAH_MDL_PRIORPROD_DEA07_01766989-R
CAH_MDL_PRIORPROD_DEA07_01767754-R
CAH_MDL_PRIORPROD_DEA07_01768338-R
CAH_MDL_PRIORPROD_DEA07_01768893-R
CAH_MDL_PRIORPROD_DEA07_01769189-R
CAH_MDL_PRIORPROD_DEA07_01769514-R
CAH_MDL_PRIORPROD_DEA07_01769810-R
CAH_MDL_PRIORPROD_DEA07_01770025-R
CAH_MDL_PRIORPROD_DEA07_01770203-R
CAH_MDL_PRIORPROD_DEA07_01770601-R
CAH_MDL_PRIORPROD_DEA07_01771013-R
CAH_MDL_PRIORPROD_DEA07_01771182-R
CAH_MDL_PRIORPROD_DEA07_01771320-R
CAH_MDL_PRIORPROD_DEA07_01771502-R
CAH_MDL_PRIORPROD_DEA07_01771601-R

**Highly Confidential Pursuant to Protective Order**

CAH_MDL_PRIORPROD_DEA07_01771906-R
CAH_MDL_PRIORPROD_DEA07_01772050-R
CAH_MDL_PRIORPROD_DEA07_01772178-R
CAH_MDL_PRIORPROD_DEA07_01772262-R
CAH_MDL_PRIORPROD_DEA07_01772449-R
CAH_MDL_PRIORPROD_DEA07_01772587-R
CAH_MDL_PRIORPROD_DEA07_01772643-R
CAH_MDL_PRIORPROD_DEA07_01772842-R
CAH_MDL_PRIORPROD_DEA07_01773252-R
CAH_MDL_PRIORPROD_DEA07_01773522-R
CAH_MDL_PRIORPROD_DEA07_01773824-R
CAH_MDL_PRIORPROD_DEA07_01774069-R
CAH_MDL_PRIORPROD_DEA07_01774365-R
CAH_MDL_PRIORPROD_DEA07_01774630-R
CAH_MDL_PRIORPROD_DEA07_01774865-R
CAH_MDL_PRIORPROD_DEA07_01775007-R
CAH_MDL_PRIORPROD_DEA07_01775408-R
CAH_MDL_PRIORPROD_DEA07_01775836-R
CAH_MDL_PRIORPROD_DEA07_01776017-R
CAH_MDL_PRIORPROD_DEA07_01776132-R
CAH_MDL_PRIORPROD_DEA07_01776306-R
CAH_MDL_PRIORPROD_DEA07_01776391-R
CAH_MDL_PRIORPROD_DEA07_01776649-R
CAH_MDL_PRIORPROD_DEA07_01776797-R
CAH_MDL_PRIORPROD_DEA07_01776866-R
CAH_MDL_PRIORPROD_DEA07_01777039-R
CAH_MDL_PRIORPROD_DEA07_01777168-R
CAH_MDL_PRIORPROD_DEA07_01777232-R
CAH_MDL_PRIORPROD_DEA07_01777400-R
CAH_MDL_PRIORPROD_DEA07_01777718-R
CAH_MDL_PRIORPROD_DEA07_01777973-R
CAH_MDL_PRIORPROD_DEA07_01778223-R
CAH_MDL_PRIORPROD_DEA07_01778618-R
CAH_MDL_PRIORPROD_DEA07_01778922-R
CAH_MDL_PRIORPROD_DEA07_01779164-R
CAH_MDL_PRIORPROD_DEA07_01779408-R
CAH_MDL_PRIORPROD_DEA07_01779867-R
CAH_MDL_PRIORPROD_DEA07_01780355-R
CAH_MDL_PRIORPROD_DEA07_01780539-R
CAH_MDL_PRIORPROD_DEA07_01780653-R
CAH_MDL_PRIORPROD_DEA07_01780832-R
CAH_MDL_PRIORPROD_DEA07_01780961-R
CAH_MDL_PRIORPROD_DEA07_01781350-R
CAH_MDL_PRIORPROD_DEA07_01781496-R
CAH_MDL_PRIORPROD_DEA07_01783983-R
CAH_MDL_PRIORPROD_DEA07_01784245-R
CAH_MDL_PRIORPROD_DEA07_01788800-R
CAH_MDL_PRIORPROD_DEA07_01789059-R
CAH_MDL_PRIORPROD_DEA07_01789282-R
CAH_MDL_PRIORPROD_DEA07_01793193-R
CAH_MDL_PRIORPROD_DEA07_01793846-R
CAH_MDL_PRIORPROD_DEA07_01798013-R
CAH_MDL_PRIORPROD_DEA07_01798617-R
CAH_MDL_PRIORPROD_DEA07_01802717-R
CAH_MDL_PRIORPROD_DEA07_01803669-R
CAH_MDL_PRIORPROD_DEA07_01810370-R

CAH_MDL_PRIORPROD_DEA07_01810924-R
CAH_MDL_PRIORPROD_DEA07_01814474-R
CAH_MDL_PRIORPROD_DEA07_01815068-R
CAH_MDL_PRIORPROD_DEA07_01819082-R
CAH_MDL_PRIORPROD_DEA07_01820263-R
CAH_MDL_PRIORPROD_DEA07_01828508-R
CAH_MDL_PRIORPROD_DEA07_01828740-R
CAH_MDL_PRIORPROD_DEA07_01829063-R
CAH_MDL_PRIORPROD_DEA07_01829321-R
CAH_MDL_PRIORPROD_DEA07_01829501-R
CAH_MDL_PRIORPROD_DEA07_01829743-R
CAH_MDL_PRIORPROD_DEA07_01830103-R
CAH_MDL_PRIORPROD_DEA07_01830461-R
CAH_MDL_PRIORPROD_DEA07_01830615-R
CAH_MDL_PRIORPROD_DEA07_01830700-R
CAH_MDL_PRIORPROD_DEA07_01830818-R
CAH_MDL_PRIORPROD_DEA07_01830916-R
CAH_MDL_PRIORPROD_DEA07_01831198-R
CAH_MDL_PRIORPROD_DEA07_01831301-R
CAH_MDL_PRIORPROD_DEA07_01831415-R
CAH_MDL_PRIORPROD_DEA07_01831493-R
CAH_MDL_PRIORPROD_DEA07_01831636-R
CAH_MDL_PRIORPROD_DEA07_01831761-R
CAH_MDL_PRIORPROD_DEA07_01831792-R
CAH_MDL_PRIORPROD_DEA07_01831832-R
CAH_MDL_PRIORPROD_DEA07_01831963-R
CAH_MDL_PRIORPROD_DEA07_01832326-R
CAH_MDL_PRIORPROD_DEA07_01832583-R
CAH_MDL_PRIORPROD_DEA07_01832905-R
CAH_MDL_PRIORPROD_DEA07_01833101-R
CAH_MDL_PRIORPROD_DEA07_01833389-R
CAH_MDL_PRIORPROD_DEA07_01833606-R
CAH_MDL_PRIORPROD_DEA07_01833785-R
CAH_MDL_PRIORPROD_DEA07_01833912-R
CAH_MDL_PRIORPROD_DEA07_01834271-R
CAH_MDL_PRIORPROD_DEA07_01834684-R
CAH_MDL_PRIORPROD_DEA07_01834826-R
CAH_MDL_PRIORPROD_DEA07_01834896-R
CAH_MDL_PRIORPROD_DEA07_01835063-R
CAH_MDL_PRIORPROD_DEA07_01835160-R
CAH_MDL_PRIORPROD_DEA07_01835408-R
CAH_MDL_PRIORPROD_DEA07_01835518-R
CAH_MDL_PRIORPROD_DEA07_01835636-R
CAH_MDL_PRIORPROD_DEA07_01835699-R
CAH_MDL_PRIORPROD_DEA07_01835850-R
CAH_MDL_PRIORPROD_DEA07_01835949-R
CAH_MDL_PRIORPROD_DEA07_01835990-R
CAH_MDL_PRIORPROD_DEA07_01836109-R
CAH_MDL_PRIORPROD_DEA07_01836459-R
CAH_MDL_PRIORPROD_DEA07_01836685-R
CAH_MDL_PRIORPROD_DEA07_01836947-R
CAH_MDL_PRIORPROD_DEA07_01837338-R
CAH_MDL_PRIORPROD_DEA07_01837849-R
CAH_MDL_PRIORPROD_DEA07_01838259-R
CAH_MDL_PRIORPROD_DEA07_01838630-R
CAH_MDL_PRIORPROD_DEA07_01838846-R

**Highly Confidential Pursuant to Protective Order**

CAH_MDL_PRIORPROD_DEA07_01839466-R
CAH_MDL_PRIORPROD_DEA07_01840105-R
CAH_MDL_PRIORPROD_DEA07_01840390-R
CAH_MDL_PRIORPROD_DEA07_01840553-R
CAH_MDL_PRIORPROD_DEA07_01840847-R
CAH_MDL_PRIORPROD_DEA07_01841010-R
CAH_MDL_PRIORPROD_DEA07_01841521-R
CAH_MDL_PRIORPROD_DEA07_01841762-R
CAH_MDL_PRIORPROD_DEA07_01841966-R
CAH_MDL_PRIORPROD_DEA07_01842105-R
CAH_MDL_PRIORPROD_DEA07_01842405-R
CAH_MDL_PRIORPROD_DEA07_01842650-R
CAH_MDL_PRIORPROD_DEA07_01842764-R
CAH_MDL_PRIORPROD_DEA07_01843018-R
CAH_MDL_PRIORPROD_DEA07_01843560-R
CAH_MDL_PRIORPROD_DEA07_01843962-R
CAH_MDL_PRIORPROD_DEA07_01844395-R
CAH_MDL_PRIORPROD_DEA07_01844699-R
CAH_MDL_PRIORPROD_DEA07_01845055-R
CAH_MDL_PRIORPROD_DEA07_01845365-R
CAH_MDL_PRIORPROD_DEA07_01845619-R
CAH_MDL_PRIORPROD_DEA07_01845785-R
CAH_MDL_PRIORPROD_DEA07_01846229-R
CAH_MDL_PRIORPROD_DEA07_01846740-R
CAH_MDL_PRIORPROD_DEA07_01846938-R
CAH_MDL_PRIORPROD_DEA07_01847050-R
CAH_MDL_PRIORPROD_DEA07_01847264-R
CAH_MDL_PRIORPROD_DEA07_01847373-R
CAH_MDL_PRIORPROD_DEA07_01847687-R
CAH_MDL_PRIORPROD_DEA07_01847842-R
CAH_MDL_PRIORPROD_DEA07_01848006-R
CAH_MDL_PRIORPROD_DEA07_01848094-R
CAH_MDL_PRIORPROD_DEA07_01848272-R
CAH_MDL_PRIORPROD_DEA07_01848399-R
CAH_MDL_PRIORPROD_DEA07_01848460-R
CAH_MDL_PRIORPROD_DEA07_01848628-R
CAH_MDL_PRIORPROD_DEA07_01848989-R
CAH_MDL_PRIORPROD_DEA07_01849289-R
CAH_MDL_PRIORPROD_DEA07_02321001-R
CAH_MDL_PRIORPROD_DEA07_02321384-R
CAH_MDL_PRIORPROD_DEA07_02321400-R
CAH_MDL_PRIORPROD_DEA07_02321692-R
CAH_MDL_PRIORPROD_DEA07_02321700-R
CAH_MDL_PRIORPROD_DEA07_02322061-R
CAH_MDL_PRIORPROD_DEA07_02322064-R
CAH_MDL_PRIORPROD_DEA07_02322450-R
CAH_MDL_PRIORPROD_DEA07_02322869-R
CAH_MDL_PRIORPROD_DEA07_02323616-R
CAH_MDL_PRIORPROD_DEA07_02324010-R
CAH_MDL_PRIORPROD_DEA07_02324306-R
CAH_MDL_PRIORPROD_DEA07_02324732-R
CAH_MDL_PRIORPROD_DEA07_02325039-R
CAH_MDL_PRIORPROD_DEA07_02325298-R
CAH_MDL_PRIORPROD_DEA07_02325839-R
CAH_MDL_PRIORPROD_DEA07_02326228-R
CAH_MDL_PRIORPROD_DEA07_02326599-R

CAH_MDL_PRIORPROD_DEA07_02326603-R
CAH_MDL_PRIORPROD_DEA07_02326893-R
CAH_MDL_PRIORPROD_DEA07_02327661-R
CAH_MDL_PRIORPROD_DEA07_02328112-R
CAH_MDL_PRIORPROD_DEA07_02329719-R
CAH_MDL_PRIORPROD_DEA07_02330040-R
CAH_MDL_PRIORPROD_DEA07_02330619-R
CAH_MDL_PRIORPROD_DEA07_02331074-R
CAH_MDL_PRIORPROD_DEA07_02331423-R
CAH_MDL_PRIORPROD_DEA07_02331864-R
CAH_MDL_PRIORPROD_DEA07_02333069-R
CAH_MDL_PRIORPROD_DEA07_02333478-R
CAH_MDL_PRIORPROD_DEA07_02333793-R
CAH_MDL_PRIORPROD_DEA07_02334341-R
CAH_MDL_PRIORPROD_DEA07_02334687-R
CAH_MDL_PRIORPROD_DEA07_02335024-R
CAH_MDL_PRIORPROD_DEA07_02335757-R
CAH_MDL_PRIORPROD_DEA07_02336127-R
CAH_MDL_PRIORPROD_DEA07_02336481-R
CAH_MDL_PRIORPROD_DEA07_02426812-R
CAH_MDL_PRIORPROD_DEA07_02447147-R
CAH_MDL_PRIORPROD_DEA07_02447367-R
CAH_MDL_PRIORPROD_DEA07_02451354-R
CAH_MDL_PRIORPROD_DEA07_02463155-R
CAH_MDL_PRIORPROD_DEA07_02476333-R
CAH_MDL_PRIORPROD_DEA07_02485726-R
CAH_MDL_PRIORPROD_DEA07_02493003-R
CAH_MDL_PRIORPROD_DEA07_02500306-R
CAH_MDL_PRIORPROD_DEA07_02500820-R
CAH_MDL_PRIORPROD_DEA07_02508097-R
CAH_MDL_PRIORPROD_DEA07_02514658-R
CAH_MDL_PRIORPROD_DEA07_02524458-R
CAH_MDL_PRIORPROD_DEA07_02558784-R
CAH_MDL_PRIORPROD_DEA07_02558785-R
CAH_MDL_PRIORPROD_DEA07_02572081-R
CAH_MDL_PRIORPROD_DEA07_02575000-R
CAH_MDL_PRIORPROD_DEA07_02581005-R
CAH_MDL_PRIORPROD_DEA07_02586733-R
CAH_MDL_PRIORPROD_DEA07_02589325-R
CAH_MDL_PRIORPROD_DEA07_02594684-R
CAH_MDL_PRIORPROD_DEA07_02600850-R
CAH_MDL_PRIORPROD_DEA07_02607021-R
CAH_MDL_PRIORPROD_DEA07_02607468-R
CAH_MDL_PRIORPROD_DEA07_02613627-R
CAH_MDL_PRIORPROD_DEA07_02619185-R
CAH_MDL_PRIORPROD_DEA07_00160746-R
CAH_MDL_PRIORPROD_DEA07_00160747-R
CAH_MDL_PRIORPROD_DEA07_00160748-R
CAH_MDL_PRIORPROD_DEA07_00160749-R
CAH_MDL_PRIORPROD_DEA07_00172869-R
CAH_MDL_PRIORPROD_DEA07_00172870-R
CAH_MDL_PRIORPROD_DEA07_00172871-R
CAH_MDL_PRIORPROD_DEA07_00172872-R
CAH_MDL_PRIORPROD_DEA07_00219577-R
CAH_MDL_PRIORPROD_DEA07_00219616-R
CAH_MDL_PRIORPROD_DEA07_00219620-R

**Highly Confidential Pursuant to Protective Order**

CAH_MDL_PRIORPROD_DEA07_00222982-R
CAH_MDL_PRIORPROD_DEA07_00222983-R
CAH_MDL_PRIORPROD_DEA07_00222984-R
CAH_MDL_PRIORPROD_DEA07_00222985-R
CAH_MDL_PRIORPROD_DEA07_00237269-R
CAH_MDL_PRIORPROD_DEA07_00237270-R
CAH_MDL_PRIORPROD_DEA07_00237477-R
CAH_MDL_PRIORPROD_DEA07_00237492-R
CAH_MDL_PRIORPROD_DEA07_00237493-R
CAH_MDL_PRIORPROD_DEA07_00237494-R
CAH_MDL_PRIORPROD_DEA07_00237495-R
CAH_MDL_PRIORPROD_DEA07_00237499-R
CAH_MDL_PRIORPROD_DEA07_00237500-R
CAH_MDL_PRIORPROD_DEA07_00317748-R
CAH_MDL_PRIORPROD_DEA07_00320010-R
CAH_MDL_PRIORPROD_DEA07_00334818-R

CAH_MDL_PRIORPROD_DEA07_00334819-R
CAH_MDL_PRIORPROD_DEA07_00334820-R
CAH_MDL_PRIORPROD_DEA07_00334821-R
CAH_MDL_PRIORPROD_DEA07_02702381-R
CAH_MDL2804_02876974
CAH_MDL2804_02877020
CAH_MDL2804_02877061
CAH_MDL2804_02877565
CAH_MDL2804_02877625
CAH_MDL2804_02877931
CAH_MDL2804_02878156
CAH_MDL2804_02878329
CAH_MDL2804_02878367
CAH_MDL2804_02878759
CAH_MDL2804_02102811
CAH_MDL2804_02876263

**Highly Confidential Pursuant to Protective Order**

### Appendix B:  Documents Reflecting Ingredient Limit Reports for Track One Customers

CAH_MDL2804_00689780
CAH_MDL2804_00718279
CAH_MDL2804_00613605
CAH_MDL2804_00719378
CAH_MDL_PRIORPROD_DEA07_01120515-R
CAH_MDL_PRIORPROD_DEA07_02731023-R
CAH_MDL_PRIORPROD_DEA07_01544958-R
CAH_MDL_PRIORPROD_DEA07_01641502-R
CAH_MDL_PRIORPROD_DEA07_01647670-R
CAH_MDL_PRIORPROD_DEA07_01649530-R
CAH_MDL_PRIORPROD_DEA07_01655872-R
CAH_MDL_PRIORPROD_DEA07_01658177-R
CAH_MDL_PRIORPROD_DEA07_01667412-R
CAH_MDL_PRIORPROD_DEA07_01675236-R
CAH_MDL_PRIORPROD_DEA07_01679058-R
CAH_MDL_PRIORPROD_DEA07_01694928-R
CAH_MDL_PRIORPROD_DEA07_01698986-R
CAH_MDL_PRIORPROD_DEA07_01708184-R
CAH_MDL_PRIORPROD_DEA07_01715167-R
CAH_MDL_PRIORPROD_DEA07_01718249-R
CAH_MDL_PRIORPROD_DEA07_01728183-R
CAH_MDL_PRIORPROD_DEA07_01731023-R
CAH_MDL_PRIORPROD_DEA07_01736892-R
CAH_MDL_PRIORPROD_DEA07_01738760-R
CAH_MDL_PRIORPROD_DEA07_01746932-R
CAH_MDL_PRIORPROD_DEA07_01753840-R
CAH_MDL_PRIORPROD_DEA07_01756326-R
CAH_MDL_PRIORPROD_DEA07_01760252-R
CAH_MDL_PRIORPROD_DEA07_01761369-R
CAH_MDL_PRIORPROD_DEA07_01764256-R
CAH_MDL_PRIORPROD_DEA07_01767754-R
CAH_MDL_PRIORPROD_DEA07_01769514-R
CAH_MDL_PRIORPROD_DEA07_01773252-R
CAH_MDL_PRIORPROD_DEA07_01774365-R
CAH_MDL_PRIORPROD_DEA07_01778618-R
CAH_MDL_PRIORPROD_DEA07_01783983-R
CAH_MDL_PRIORPROD_DEA07_01788800-R
CAH_MDL_PRIORPROD_DEA07_01793846-R
CAH_MDL_PRIORPROD_DEA07_01798617-R
CAH_MDL_PRIORPROD_DEA07_01803669-R
CAH_MDL_PRIORPROD_DEA07_01810924-R
CAH_MDL_PRIORPROD_DEA07_01815068-R
CAH_MDL_PRIORPROD_DEA07_01820263-R
CAH_MDL_PRIORPROD_DEA07_01829063-R
CAH_MDL_PRIORPROD_DEA07_01833389-R
CAH_MDL_PRIORPROD_DEA07_01836459-R
CAH_MDL_PRIORPROD_DEA07_01837849-R
CAH_MDL_PRIORPROD_DEA07_01845055-R
CAH_MDL_PRIORPROD_DEA07_01848989-R

**Highly Confidential Pursuant to Protective Order**

## Appendix C: Documents By Primary Custodian

| Primary Custodian | Bates Beg | Bates End |
|---|---|---|
| Anna-Soisson, Kimberly | CAH_MDL2804_00001909 | CAH_MDL2804_00058317 |
| Anna-Soisson, Kimberly | CAH_MDL2804_00224869 | CAH_MDL2804_00224898 |
| Anna-Soisson, Kimberly | CAH_MDL2804_01117400 | CAH_MDL2804_01117406 |
| Anna-Soisson, Kimberly | CAH_MDL2804_01230101 | CAH_MDL2804_01271934 |
| Anna-Soisson, Kimberly | CAH_MDL2804_02348099 | CAH_MDL2804_02352879 |
| Anna-Soisson, Kimberly | CAH_MDL2804_02908071 | CAH_MDL2804_02909176 |
| Anna-Soisson, Kimberly | CAH_MDL2804_03195310 | CAH_MDL2804_03195362 |
| Anna-Soisson, Kimberly | CAH_MDL2804_03212432 | CAH_MDL2804_03212460 |
| Anna-Soisson, Kimberly | CAH_MDL2804_03213924 | CAH_MDL2804_03213942 |
| Anna-Soisson, Kimberly | CAH_MDL2804_03240089 | CAH_MDL2804_03240092 |
| Anna-Soisson, Kimberly | CAH_MDL2804_03241413 | CAH_MDL2804_03241577 |
| Baranski, Craig | CAH_MDL2804_00128085 | CAH_MDL2804_00131582 |
| Baranski, Craig | CAH_MDL2804_02098227 | CAH_MDL2804_02098399 |
| Baranski, Craig | CAH_MDL2804_02873802 | CAH_MDL2804_02874777 |
| Baranski, Craig | CAH_MDL2804_02878352 | CAH_MDL2804_02878567 |
| Barber, Linden | CAH_MDL2804_01116798 | CAH_MDL2804_01116809 |
| Barber, Linden | CAH_MDL2804_01368768 | CAH_MDL2804_01375983 |
| Barber, Linden | CAH_MDL2804_02404228 | CAH_MDL2804_02410054 |
| Barber, Linden | CAH_MDL2804_02906815 | CAH_MDL2804_02906881 |
| Barber, Linden | CAH_MDL2804_03192284 | CAH_MDL2804_03195628 |
| Barber, Linden | CAH_MDL2804_03213943 | CAH_MDL2804_03213977 |
| Barber, Linden | CAH_MDL2804_03247434 | CAH_MDL2804_03247451 |

**Highly Confidential Pursuant to Protective Order**

| | | |
|---|---|---|
| Barber, Linden | CAH_MDL2804_03249420 | CAH_MDL2804_03249633 |
| Barrett, George | CAH_MDL2804_03159379 | CAH_MDL2804_03191400 |
| Bean, Christina | CAH_MDL2804_01281184 | CAH_MDL2804_01282282 |
| Bean, Christina | CAH_MDL2804_02098561 | CAH_MDL2804_02098764 |
| Bean, Christina | CAH_MDL2804_02374802 | CAH_MDL2804_02374878 |
| Brantley, Eric | CAH_MDL2804_02881840 | CAH_MDL2804_02883851 |
| Cameron, Todd | CAH_MDL2804_00058325 | CAH_MDL2804_00058325 |
| Cameron, Todd | CAH_MDL2804_00094920 | CAH_MDL2804_00094939 |
| Cameron, Todd | CAH_MDL2804_01572151 | CAH_MDL2804_01572151 |
| Cameron, Todd | CAH_MDL2804_01717312 | CAH_MDL2804_01717333 |
| Cameron, Todd | CAH_MDL2804_01904743 | CAH_MDL2804_01904746 |
| Cameron, Todd | CAH_MDL2804_01944404 | CAH_MDL2804_01944415 |
| Cameron, Todd | CAH_MDL2804_02831417 | CAH_MDL2804_02873801 |
| Cameron, Todd | CAH_MDL2804_02909177 | CAH_MDL2804_02912037 |
| Cameron, Todd | CAH_MDL2804_03191496 | CAH_MDL2804_03191507 |
| Cameron, Todd | CAH_MDL2804_03192609 | CAH_MDL2804_03193644 |
| Cameron, Todd | CAH_MDL2804_03195629 | CAH_MDL2804_03195970 |
| Cameron, Todd | CAH_MDL2804_03213978 | CAH_MDL2804_03214646 |
| Cameron, Todd | CAH_MDL2804_03226646 | CAH_MDL2804_03226652 |
| Cameron, Todd | CAH_MDL2804_03240093 | CAH_MDL2804_03240110 |
| Cameron, Todd | CAH_MDL2804_03241630 | CAH_MDL2804_03242297 |
| Cameron, Todd | CAH_MDL2804_03248578 | CAH_MDL2804_03249104 |
| Cameron, Todd | CAH_MDL2804_03253429 | CAH_MDL2804_03253438 |
| Cameron, Todd | CAH_MDL2804_02046471 | CAH_MDL2804_02098226 |
| Carney, Ray | CAH_MDL2804_00095044 | CAH_MDL2804_00102147 |

**Highly Confidential Pursuant to Protective Order**

| | | |
|---|---|---|
| Carney, Ray | CAH_MDL2804_00121247 | CAH_MDL2804_00124799 |
| Carney, Ray | CAH_MDL2804_00124925 | CAH_MDL2804_00126426 |
| Carney, Ray | CAH_MDL2804_00619127 | CAH_MDL2804_00619636 |
| Carney, Ray | CAH_MDL2804_00747716 | CAH_MDL2804_00747798 |
| Carney, Ray | CAH_MDL2804_02960110 | CAH_MDL2804_02960119 |
| Carney, Ray | CAH_MDL2804_00617321 | CAH_MDL2804_00617630 |
| Convery, Thomas | CAH_MDL2804_03210265 | CAH_MDL2804_03210386 |
| Dudley, Patrick | CAH_MDL2804_0000001 | CAH_MDL2804_0000004 |
| Dudley, Patrick | CAH_MDL2804_00058318 | CAH_MDL2804_00058324 |
| Dudley, Patrick | CAH_MDL2804_00059302 | CAH_MDL2804_00093877 |
| Dudley, Patrick | CAH_MDL2804_00224899 | CAH_MDL2804_00225011 |
| Dudley, Patrick | CAH_MDL2804_01122175 | CAH_MDL2804_01204422 |
| Dudley, Patrick | CAH_MDL2804_01204500 | CAH_MDL2804_01230100 |
| Dudley, Patrick | CAH_MDL2804_01289317 | CAH_MDL2804_01289855 |
| Dudley, Patrick | CAH_MDL2804_02339348 | CAH_MDL2804_02348098 |
| Dudley, Patrick | CAH_MDL2804_02912038 | CAH_MDL2804_02914049 |
| Dudley, Patrick | CAH_MDL2804_03193645 | CAH_MDL2804_03193651 |
| Dudley, Patrick | CAH_MDL2804_03195971 | CAH_MDL2804_03196042 |
| Dudley, Patrick | CAH_MDL2804_03214647 | CAH_MDL2804_03214666 |
| Dudley, Patrick | CAH_MDL2804_03240111 | CAH_MDL2804_03240305 |
| Dudley, Patrick | CAH_MDL2804_03241578 | CAH_MDL2804_03241629 |
| Dudley, Patrick | CAH_MDL2804_03248570 | CAH_MDL2804_03248577 |
| Emma, Doug | CAH_MDL2804_03195215 | CAH_MDL2804_03195231 |
| Fidler, Kristine | CAH_MDL2804_00131583 | CAH_MDL2804_00135202 |
| Fidler, Kristine | CAH_MDL2804_02098400 | CAH_MDL2804_02098430 |

**Highly Confidential Pursuant to Protective Order**

| | | |
|---|---|---|
| Fidler, Kristine | CAH_MDL2804_02099948 | CAH_MDL2804_02101746 |
| Fidler, Kristine | CAH_MDL2804_02874778 | CAH_MDL2804_02874926 |
| Fidler, Kristine | CAH_MDL2804_02878568 | CAH_MDL2804_02879400 |
| Fidler, Kristine | CAH_MDL2804_03214667 | CAH_MDL2804_03214670 |
| Forst, Christopher | CAH_MDL2804_02961069 | CAH_MDL2804_03159292 |
| Forst, Christopher | CAH_MDL2804_03195258 | CAH_MDL2804_03195309 |
| Forst, Christopher | CAH_MDL2804_03214671 | CAH_MDL2804_03214673 |
| Forst, Christopher | CAH_MDL2804_03240306 | CAH_MDL2804_03240316 |
| Forst, Christopher | CAH_MDL2804_03247075 | CAH_MDL2804_03247077 |
| Giacalone, Robert | CAH_MDL2804_00058338 | CAH_MDL2804_00059047 |
| Giacalone, Robert | CAH_MDL2804_00093931 | CAH_MDL2804_00095043 |
| Giacalone, Robert | CAH_MDL2804_00126428 | CAH_MDL2804_00126437 |
| Giacalone, Robert | CAH_MDL2804_00135243 | CAH_MDL2804_00135363 |
| Giacalone, Robert | CAH_MDL2804_00225012 | CAH_MDL2804_00226135 |
| Giacalone, Robert | CAH_MDL2804_00617631 | CAH_MDL2804_00617661 |
| Giacalone, Robert | CAH_MDL2804_00619671 | CAH_MDL2804_00619672 |
| Giacalone, Robert | CAH_MDL2804_00747704 | CAH_MDL2804_00747710 |
| Giacalone, Robert | CAH_MDL2804_00952838 | CAH_MDL2804_00953703 |
| Giacalone, Robert | CAH_MDL2804_01085282 | CAH_MDL2804_01085399 |
| Giacalone, Robert | CAH_MDL2804_01116810 | CAH_MDL2804_01117399 |
| Giacalone, Robert | CAH_MDL2804_01204467 | CAH_MDL2804_01204485 |
| Giacalone, Robert | CAH_MDL2804_01303796 | CAH_MDL2804_01303851 |
| Giacalone, Robert | CAH_MDL2804_01376003 | CAH_MDL2804_01572149 |
| Giacalone, Robert | CAH_MDL2804_02410055 | CAH_MDL2804_02432256 |
| Giacalone, Robert | CAH_MDL2804_02432259 | CAH_MDL2804_02524635 |

**Highly Confidential Pursuant to Protective Order**

| | | |
|---|---|---|
| Giacalone, Robert | CAH_MDL2804_02524649 | CAH_MDL2804_02640232 |
| Giacalone, Robert | CAH_MDL2804_02906105 | CAH_MDL2804_02906244 |
| Giacalone, Robert | CAH_MDL2804_02908050 | CAH_MDL2804_02908070 |
| Giacalone, Robert | CAH_MDL2804_02914050 | CAH_MDL2804_02925447 |
| Giacalone, Robert | CAH_MDL2804_03159293 | CAH_MDL2804_03159378 |
| Giacalone, Robert | CAH_MDL2804_03191508 | CAH_MDL2804_03191810 |
| Giacalone, Robert | CAH_MDL2804_03193652 | CAH_MDL2804_03194859 |
| Giacalone, Robert | CAH_MDL2804_03196043 | CAH_MDL2804_03199401 |
| Giacalone, Robert | CAH_MDL2804_03210387 | CAH_MDL2804_03212431 |
| Giacalone, Robert | CAH_MDL2804_03214674 | CAH_MDL2804_03217120 |
| Giacalone, Robert | CAH_MDL2804_03226653 | CAH_MDL2804_03227478 |
| Giacalone, Robert | CAH_MDL2804_03240317 | CAH_MDL2804_03240357 |
| Giacalone, Robert | CAH_MDL2804_03242420 | CAH_MDL2804_03246998 |
| Giacalone, Robert | CAH_MDL2804_03247452 | CAH_MDL2804_03248222 |
| Giacalone, Robert | CAH_MDL2804_03249634 | CAH_MDL2804_03252966 |
| Giacalone, Robert | CAH_MDL2804_03253439 | CAH_MDL2804_03253536 |
| Hartman, Mark | CAH_MDL2804_02881814 | CAH_MDL2804_02881839 |
| Howenstein, Kim | CAH_MDL2804_00226136 | CAH_MDL2804_00227037 |
| Howenstein, Kim | CAH_MDL2804_01582584 | CAH_MDL2804_01717311 |
| Howenstein, Kim | CAH_MDL2804_02099903 | CAH_MDL2804_02099947 |
| Howenstein, Kim | CAH_MDL2804_02640233 | CAH_MDL2804_02698240 |
| Howenstein, Kim | CAH_MDL2804_02875393 | CAH_MDL2804_02877038 |
| Howenstein, Kim | CAH_MDL2804_02925448 | CAH_MDL2804_02930353 |
| Howenstein, Kim | CAH_MDL2804_03191401 | CAH_MDL2804_03191495 |
| Howenstein, Kim | CAH_MDL2804_03199402 | CAH_MDL2804_03200081 |

**Highly Confidential Pursuant to Protective Order**

| | | |
|---|---|---|
| Howenstein, Kim | CAH_MDL2804_03217121 | CAH_MDL2804_03217127 |
| Howenstein, Kim | CAH_MDL2804_03253330 | CAH_MDL2804_03253427 |
| Justus, Shirlene | CAH_MDL2804_00135364 | CAH_MDL2804_00224853 |
| Justus, Shirlene | CAH_MDL2804_00227038 | CAH_MDL2804_00611665 |
| Justus, Shirlene | CAH_MDL2804_01204486 | CAH_MDL2804_01204499 |
| Justus, Shirlene | CAH_MDL2804_01271935 | CAH_MDL2804_01281183 |
| Justus, Shirlene | CAH_MDL2804_02352880 | CAH_MDL2804_02374801 |
| Justus, Shirlene | CAH_MDL2804_02906882 | CAH_MDL2804_02906942 |
| Justus, Shirlene | CAH_MDL2804_03200082 | CAH_MDL2804_03200233 |
| Justus, Shirlene | CAH_MDL2804_03217132 | CAH_MDL2804_03218391 |
| Justus, Shirlene | CAH_MDL2804_03240358 | CAH_MDL2804_03240666 |
| Justus, Shirlene | CAH_MDL2804_03248261 | CAH_MDL2804_03248263 |
| Justus, Shirlene | CAH_MDL2804_03253428 | CAH_MDL2804_03253428 |
| Lanctot, Chris | CAH_MDL2804_00102148 | CAH_MDL2804_00121246 |
| Lanctot, Chris | CAH_MDL2804_00126438 | CAH_MDL2804_00128084 |
| Lanctot, Chris | CAH_MDL2804_00135239 | CAH_MDL2804_00135240 |
| Lanctot, Chris | CAH_MDL2804_00617662 | CAH_MDL2804_00617995 |
| Lanctot, Chris | CAH_MDL2804_00619673 | CAH_MDL2804_00620597 |
| Lanctot, Chris | CAH_MDL2804_02960120 | CAH_MDL2804_02960137 |
| Lawrence, Steve | CAH_MDL2804_02960810 | CAH_MDL2804_02960907 |
| Mayeski, Ullrich | CAH_MDL2804_00058326 | CAH_MDL2804_00058337 |
| Mayeski, Ullrich | CAH_MDL2804_00093878 | CAH_MDL2804_00093881 |
| Mayeski, Ullrich | CAH_MDL2804_00611666 | CAH_MDL2804_00611926 |
| Mayeski, Ullrich | CAH_MDL2804_00747700 | CAH_MDL2804_00747703 |
| Mayeski, Ullrich | CAH_MDL2804_01204423 | CAH_MDL2804_01204450 |

**Highly Confidential Pursuant to Protective Order**

| | | |
|---|---|---|
| Mayeski, Ullrich | CAH_MDL2804_01303784 | CAH_MDL2804_01303795 |
| Mayeski, Ullrich | CAH_MDL2804_01375984 | CAH_MDL2804_01376002 |
| Mayeski, Ullrich | CAH_MDL2804_01572152 | CAH_MDL2804_01572318 |
| Mayeski, Ullrich | CAH_MDL2804_01717334 | CAH_MDL2804_01755988 |
| Mayeski, Ullrich | CAH_MDL2804_01755991 | CAH_MDL2804_01824923 |
| Mayeski, Ullrich | CAH_MDL2804_02698241 | CAH_MDL2804_02749607 |
| Mayeski, Ullrich | CAH_MDL2804_02930354 | CAH_MDL2804_02933441 |
| Mayeski, Ullrich | CAH_MDL2804_03194860 | CAH_MDL2804_03194887 |
| Mayeski, Ullrich | CAH_MDL2804_03200234 | CAH_MDL2804_03201591 |
| Mayeski, Ullrich | CAH_MDL2804_03218392 | CAH_MDL2804_03219372 |
| Mayeski, Ullrich | CAH_MDL2804_03227479 | CAH_MDL2804_03227504 |
| Mayeski, Ullrich | CAH_MDL2804_03242298 | CAH_MDL2804_03242419 |
| Mayeski, Ullrich | CAH_MDL2804_03247078 | CAH_MDL2804_03247286 |
| Mayeski, Ullrich | CAH_MDL2804_03249105 | CAH_MDL2804_03249419 |
| Mone, Michael | CAH_MDL2804_01287714 | CAH_MDL2804_01288516 |
| Mone, Michael | CAH_MDL2804_02136864 | CAH_MDL2804_02269061 |
| Mone, Michael | CAH_MDL2804_02933442 | CAH_MDL2804_02947978 |
| Mone, Michael | CAH_MDL2804_03191811 | CAH_MDL2804_03191846 |
| Mone, Michael | CAH_MDL2804_03219373 | CAH_MDL2804_03219889 |
| Mone, Michael | CAH_MDL2804_03227505 | CAH_MDL2804_03235392 |
| Mone, Michael | CAH_MDL2804_03240909 | CAH_MDL2804_03241112 |
| Mone, Michael | CAH_MDL2804_03248297 | CAH_MDL2804_03248517 |
| Mone, Michael | CAH_MDL2804_00619637 | CAH_MDL2804_00619639 |
| Mone, Michael | CAH_MDL2804_00620598 | CAH_MDL2804_00620602 |
| Mone, Michael | CAH_MDL2804_00800025 | CAH_MDL2804_00952837 |

**Highly Confidential Pursuant to Protective Order**

| Mone, Michael | CAH_MDL2804_00953704 | CAH_MDL2804_00980947 |
|---|---|---|
| Mone, Michael | CAH_MDL2804_03194888 | CAH_MDL2804_03195086 |
| Mone, Michael | CAH_MDL2804_03201592 | CAH_MDL2804_03206824 |
| Mone, Michael | CAH_MDL2804_03212461 | CAH_MDL2804_03212549 |
| Morford, Craig | CAH_MDL2804_02960908 | CAH_MDL2804_02961068 |
| Morse, Steve | CAH_MDL2804_00619640 | CAH_MDL2804_00619670 |
| Morse, Steve | CAH_MDL2804_00620603 | CAH_MDL2804_00620645 |
| Morse, Steve | CAH_MDL2804_00980960 | CAH_MDL2804_01085281 |
| Morse, Steve | CAH_MDL2804_02269062 | CAH_MDL2804_02284591 |
| Morse, Steve | CAH_MDL2804_02906953 | CAH_MDL2804_02908049 |
| Morse, Steve | CAH_MDL2804_02960030 | CAH_MDL2804_02960087 |
| Morse, Steve | CAH_MDL2804_03191847 | CAH_MDL2804_03191880 |
| Morse, Steve | CAH_MDL2804_03195087 | CAH_MDL2804_03195088 |
| Morse, Steve | CAH_MDL2804_03206825 | CAH_MDL2804_03206851 |
| Morse, Steve | CAH_MDL2804_03219890 | CAH_MDL2804_03219938 |
| Morse, Steve | CAH_MDL2804_03241113 | CAH_MDL2804_03241128 |
| Quintero, Gilberto | CAH_MDL2804_00094605 | CAH_MDL2804_00094919 |
| Quintero, Gilberto | CAH_MDL2804_00611927 | CAH_MDL2804_00611932 |
| Quintero, Gilberto | CAH_MDL2804_00800021 | CAH_MDL2804_00800024 |
| Quintero, Gilberto | CAH_MDL2804_00980948 | CAH_MDL2804_00980959 |
| Quintero, Gilberto | CAH_MDL2804_01085400 | CAH_MDL2804_01116797 |
| Quintero, Gilberto | CAH_MDL2804_01117407 | CAH_MDL2804_01122174 |
| Quintero, Gilberto | CAH_MDL2804_01288517 | CAH_MDL2804_01289316 |
| Quintero, Gilberto | CAH_MDL2804_02284592 | CAH_MDL2804_02339347 |
| Quintero, Gilberto | CAH_MDL2804_02875271 | CAH_MDL2804_02875392 |

**Highly Confidential Pursuant to Protective Order**

| | | |
|---|---|---|
| Quintero, Gilberto | CAH_MDL2804_02899223 | CAH_MDL2804_02903952 |
| Quintero, Gilberto | CAH_MDL2804_02905715 | CAH_MDL2804_02906104 |
| Quintero, Gilberto | CAH_MDL2804_02953299 | CAH_MDL2804_02953368 |
| Quintero, Gilberto | CAH_MDL2804_03191881 | CAH_MDL2804_03191888 |
| Quintero, Gilberto | CAH_MDL2804_03195089 | CAH_MDL2804_03195188 |
| Quintero, Gilberto | CAH_MDL2804_03206852 | CAH_MDL2804_03207555 |
| Quintero, Gilberto | CAH_MDL2804_03219939 | CAH_MDL2804_03220394 |
| Quintero, Gilberto | CAH_MDL2804_03240737 | CAH_MDL2804_03240908 |
| Quintero, Gilberto | CAH_MDL2804_03248264 | CAH_MDL2804_03248296 |
| Rausch, Nicholas | CAH_MDL2804_00001908 | CAH_MDL2804_00001908 |
| Rausch, Nicholas | CAH_MDL2804_00611933 | CAH_MDL2804_00617319 |
| Rausch, Nicholas | CAH_MDL2804_02103117 | CAH_MDL2804_02136863 |
| Rausch, Nicholas | CAH_MDL2804_02874951 | CAH_MDL2804_02875270 |
| Rausch, Nicholas | CAH_MDL2804_02883852 | CAH_MDL2804_02888318 |
| Rausch, Nicholas | CAH_MDL2804_03191889 | CAH_MDL2804_03191973 |
| Rausch, Nicholas | CAH_MDL2804_03235393 | CAH_MDL2804_03235422 |
| Rausch, Nicholas | CAH_MDL2804_00620646 | CAH_MDL2804_00747699 |
| Rausch, Nicholas | CAH_MDL2804_00747711 | CAH_MDL2804_00747715 |
| Rausch, Nicholas | CAH_MDL2804_00747799 | CAH_MDL2804_00800020 |
| Rausch, Nicholas | CAH_MDL2804_03195189 | CAH_MDL2804_03195214 |
| Rausch, Nicholas | CAH_MDL2804_03207556 | CAH_MDL2804_03207665 |
| Rausch, Nicholas | CAH_MDL2804_03213888 | CAH_MDL2804_03213923 |
| Rausch, Nicholas | CAH_MDL2804_03220395 | CAH_MDL2804_03222278 |
| Rausch, Nicholas | CAH_MDL2804_03240667 | CAH_MDL2804_03240725 |
| Rausch, Nicholas | CAH_MDL2804_03241129 | CAH_MDL2804_03241251 |

**Highly Confidential Pursuant to Protective Order**

| | | |
|---|---|---|
| Rausch, Nicholas | CAH_MDL2804_03248518 | CAH_MDL2804_03248555 |
| Reardon, Steve | CAH_MDL2804_01303852 | CAH_MDL2804_01368764 |
| Reardon, Steve | CAH_MDL2804_02099503 | CAH_MDL2804_02099902 |
| Reardon, Steve | CAH_MDL2804_02101809 | CAH_MDL2804_02103116 |
| Reardon, Steve | CAH_MDL2804_02382500 | CAH_MDL2804_02404227 |
| Reardon, Steve | CAH_MDL2804_02898703 | CAH_MDL2804_02899222 |
| Reardon, Steve | CAH_MDL2804_03191974 | CAH_MDL2804_03192008 |
| Reardon, Steve | CAH_MDL2804_03207666 | CAH_MDL2804_03208473 |
| Reardon, Steve | CAH_MDL2804_03222279 | CAH_MDL2804_03222570 |
| Reardon, Steve | CAH_MDL2804_03235423 | CAH_MDL2804_03236010 |
| Reardon, Steve | CAH_MDL2804_03240726 | CAH_MDL2804_03240736 |
| Reardon, Steve | CAH_MDL2804_03246999 | CAH_MDL2804_03247051 |
| Reardon, Steve | CAH_MDL2804_03248223 | CAH_MDL2804_03248260 |
| Reardon, Steve | CAH_MDL2804_03252967 | CAH_MDL2804_03253322 |
| Reardon, Steve | CAH_MDL2804_03253537 | CAH_MDL2804_03253599 |
| Roberts, Danielle | CAH_MDL2804_00093882 | CAH_MDL2804_00093930 |
| Roberts, Danielle | CAH_MDL2804_00126427 | CAH_MDL2804_00126427 |
| Roberts, Danielle | CAH_MDL2804_00224854 | CAH_MDL2804_00224868 |
| Roberts, Danielle | CAH_MDL2804_01204451 | CAH_MDL2804_01204466 |
| Roberts, Danielle | CAH_MDL2804_02749608 | CAH_MDL2804_02778653 |
| Roberts, Danielle | CAH_MDL2804_02877039 | CAH_MDL2804_02878351 |
| Roberts, Danielle | CAH_MDL2804_02947979 | CAH_MDL2804_02952740 |
| Roberts, Danielle | CAH_MDL2804_03208474 | CAH_MDL2804_03208638 |
| Roberts, Danielle | CAH_MDL2804_03222571 | CAH_MDL2804_03223588 |
| Roberts, Danielle | CAH_MDL2804_03241252 | CAH_MDL2804_03241412 |

**Highly Confidential Pursuant to Protective Order**

| | | |
|---|---|---|
| Roberts, Danielle | CAH_MDL2804_01572150 | CAH_MDL2804_01572150 |
| Roberts, Danielle | CAH_MDL2804_01572319 | CAH_MDL2804_01572373 |
| Roberts, Danielle | CAH_MDL2804_01755989 | CAH_MDL2804_01755990 |
| Roberts, Danielle | CAH_MDL2804_01824924 | CAH_MDL2804_01904742 |
| Roberts, Danielle | CAH_MDL2804_01904747 | CAH_MDL2804_01938922 |
| Roberts, Danielle | CAH_MDL2804_01938960 | CAH_MDL2804_01944403 |
| Roberts, Danielle | CAH_MDL2804_03247287 | CAH_MDL2804_03247433 |
| Roberts, Danielle | CAH_MDL2804_03248556 | CAH_MDL2804_03248569 |
| Ryu, Rich | CAH_MDL2804_01368765 | CAH_MDL2804_01368767 |
| Ryu, Rich | CAH_MDL2804_01572374 | CAH_MDL2804_01582583 |
| Ryu, Rich | CAH_MDL2804_01938923 | CAH_MDL2804_01938959 |
| Ryu, Rich | CAH_MDL2804_01944416 | CAH_MDL2804_02046470 |
| Ryu, Rich | CAH_MDL2804_02778654 | CAH_MDL2804_02831416 |
| Ryu, Rich | CAH_MDL2804_02906245 | CAH_MDL2804_02906814 |
| Ryu, Rich | CAH_MDL2804_03195232 | CAH_MDL2804_03195257 |
| Ryu, Rich | CAH_MDL2804_03208639 | CAH_MDL2804_03208658 |
| Ryu, Rich | CAH_MDL2804_03223589 | CAH_MDL2804_03224539 |
| Sands, Shayna | CAH_MDL2804_01282283 | CAH_MDL2804_01286471 |
| Sands, Shayna | CAH_MDL2804_02374879 | CAH_MDL2804_02375435 |
| Sands, Shayna | CAH_MDL2804_03224627 | CAH_MDL2804_03224632 |
| Scott, Jim | CAH_MDL2804_01289856 | CAH_MDL2804_01303783 |
| Scott, Jim | CAH_MDL2804_02098765 | CAH_MDL2804_02099502 |
| Scott, Jim | CAH_MDL2804_02375436 | CAH_MDL2804_02382499 |
| Scott, Jim | CAH_MDL2804_02906943 | CAH_MDL2804_02906952 |
| Scott, Jim | CAH_MDL2804_03192009 | CAH_MDL2804_03192141 |

**Highly Confidential Pursuant to Protective Order**

| | | |
|---|---|---|
| Scott, Jim | CAH_MDL2804_03208659 | CAH_MDL2804_03210264 |
| Scott, Jim | CAH_MDL2804_03224540 | CAH_MDL2804_03224626 |
| Scott, Jim | CAH_MDL2804_03253323 | CAH_MDL2804_03253329 |

Highly Confidential Pursuant to Protective Order

**Appendix D:  Cardinal Health Productions in In re National Prescription Opiate Litigation, MDL No. 2804**

| | Description | MDL Bates Range |
|---|---|---|
| 1. | Documents produced in connection with *Ballengee v. CBS Broadcasting, Inc., et al.*, Case No. 17-cv-212 (S.D. W.Va.). | CAH_MDL_PRIORPROD_ACTION_0000001 – CAH_MDL_PRIORPROD_ACTION_0000008 |
| 2. | Documents produced to various state Attorneys General in 2017 and 2018. | CAH_MDL_PRIORPROD_AG_0000001 – CAH_MDL_PRIORPROD_AG_0015503 |
| 3. | Documents produced to the West Virginia Attorney General in 2013. | CAH_MDL_PRIORPROD_AG_0015504 – CAH_MDL_PRIORPROD_AG_0028687 |
| 4. | Documents produced to the Oklahoma Attorney General in 2009 and the New Jersey Attorney General's Office in 2018. | CAH_MDL_PRIORPROD_AG_0028688 – CAH_MDL_PRIORPROD_AG_0030153 |
| 5. | Documents produced to the California and Mississippi Boards of Pharmacy in 2018. | CAH_MDL_PRIORPROD_BOP_0000001 – CAH_MDL_PRIORPROD_BOP_0000029 |
| 6. | Documents produced to the California Board of Pharmacy in 2018. | CAH_MDL_PRIORPROD_BOP_0000030 – CAH_MDL_PRIORPROD_BOP_0000038 |
| 7. | Documents produced to the Oklahoma State Board of Pharmacy in 2008 and 2009, and the California Board of Pharmacy in 2012. | CAH_MDL_PRIORPROD_BOP_0000039 – CAH_MDL_PRIORPROD_BOP_0000935 |
| 8. | Documents produced to Lake County, Illinois in 2017. | CAH_MDL_PRIORPROD_CNTY_0000001 – CAH_MDL_PRIORPROD_CNTY_0000833 |
| 9. | Documents produced to the Drug Enforcement Administration in 2008. | CAH_MDL_PRIORPROD_DEA08_0000001– CAH_MDL_PRIORPROD_DEA08_0000284 |
| 10. | Documents produced to the Drug Enforcement Administration in 2012. | CAH_MDL_PRIORPROD_DEA12_00000001 – CAH_MDL_PRIORPROD_DEA12_00015258 |
| 11. | Documents produced to the Committee on Energy and Commerce of the United States House of Representatives in 2017 and 2018. | CAH_MDL_PRIORPROD_HOUSE_0000001– CAH_MDL_PRIORPROD_HOUSE_0004085 |
| 12. | Documents produced to the Committee on Homeland Security and Government Affairs of the United States Senate in 2018. | CAH_MDL_PRIORPROD_SENATE_0000001 CAH_MDL_PRIORPROD_SENATE_0000002 |
| 13. | Documents produced to the United States Attorney's Office for the District of Maryland in 2012. | CAH_MDL_PRIORPROD_USAO_0000001 – CAH_MDL_PRIORPROD_USAO_0001034 |
| 14. | Insurance agreements and insurance coverage charts. | CAH_MDL_INS_0000001 – CAH_MDL_INS_0003870 |
| 15. | Organizational chart for Cardinal Health's anti-diversion group. | CAH_MDL2804_00000001 – CAH_MDL2804_00000011 |

**Highly Confidential Pursuant to Protective Order**

| | Description | MDL Bates Range |
|---|---|---|
| 16. | Distributions of opioid medications to customers in the City of Cleveland, Cuyahoga County, and Summit County from 1/1/2013–5/29/2018. | CAH_MDL2804_00000012, CAH_MDL2804_00000014 |
| 17. | Records of suspicious order reports for customers in the City of Cleveland, Cuyahoga County, and Summit County from 1/1/2013–5/29/2018. | CAH_MDL2804_00000013 |
| 18. | Diligence files for customers in the City of Cleveland, Cuyahoga County, and Summit County. | CAH_MDL2804_00000015 – CAH_MDL2804_00001851 |
| 19. | Information reflecting services for pharmacy customers. | CAH_MDL2804_00001852 – CAH_MDL2804_00001907 |
| 20. | Documents from the custodial file of Kimberly Anna-Soisson. | CAH_MDL2804_00001908 – CAH_MDL2804_00059047 |
| 21. | Policies and procedures related to order processing. | CAH_MDL2804_00059048 – CAH_MDL2804_00059300 |
| 22. | Distributions of non-opioid medications to customers in the City of Cleveland, Cuyahoga County, and Summit County from 1/1/2013–12/31/2017. | CAH_MDL2804_00059301 |
| 23. | Documents from the custodial file of Patrick Dudley. | CAH_MDL2804_00059302 – CAH_MDL2804_00094066 |
| 24. | Diligence files for additional Cardinal Health customers in the City of Cleveland, Cuyahoga County, and Summit County. | CAH_MDL2804_00094067 – CAH_MDL2804_00094604 |
| 25. | Documents from the custodial files of Chris Lanctot and Ray Carney. | CAH_MDL2804_00094605 – CAH_MDL2804_00124799 |
| 26. | Working guidelines related to Cardinal Health's controlled substance anti-diversion program. | CAH_MDL2804_00124800 – CAH_MDL2804_00124924 |
| 27. | Documents from the custodial file of Ray Carney. | CAH_MDL2804_00124925 – CAH_MDL2804_00126426 |
| 28. | Documents from the custodial file of Chris Lanctot. | CAH_MDL2804_00126427 – CAH_MDL2804_00128084, CAH_MDL2804_00135239 – CAH_MDL2804_00135240 |
| 29. | Documents from the custodial file of Craig Baranski. | CAH_MDL2804_00128085 – CAH_MDL2804_00131582 |

**Highly Confidential Pursuant to Protective Order**

|  | Description | MDL Bates Range |
|---|---|---|
| 30. | Documents from the custodial file of Kristine Fidler. | CAH_MDL2804_00131583 – CAH_MDL2804_00135202 |
| 31. | Settlement agreements with the DEA and West Virginia. | CAH_MDL2804_00135203 – CAH_MDL2804_00135238 |
| 32. | Distributions of opioid medications to customers in the City of Cleveland, Cuyahoga County, and Summit County from 1/1/1996–12/31/2012. | CAH_MDL2804_ 00135241 |
| 33. | Records of orders placed by customers in the City of Cleveland, Cuyahoga County, and Summit County that were held by Cardinal Health's anti-diversion system. | CAH_MDL2804_00135242 |
| 34. | Documents from the custodial file of Shirlene Justus. | CAH_MDL2804_00135243 – CAH_MDL2804_00617319 |
| 35. | Distributions of opioid medications to additional customers in the City of Cleveland, Cuyahoga County, and Summit County. | CAH_MDL2804_00617320 |
| 36. | Documents from the custodial file of Ray Carney. | CAH_MDL2804_00617321 – CAH_MDL2804_00617630 |
| 37. | Documents from the custodial file of Chris Lanctot. | CAH_MDL2804_00617631 – CAH_MDL2804_00617995 |
| 38. | Distributions of non-opioid medications to customers in the City of Cleveland, Cuyahoga County, and Summit County from January 1, 1996. | CAH_MDL2804_00617996 – CAH_MDL2804_00618000 |
| 39. | Anti-diversion training materials. | CAH_MDL2804_00618001 – CAH_MDL2804_ 00618610 |
| 40. | Additional distributions of non-opioid medications to customers in the City of Cleveland, Cuyahoga County, and Summit County. | CAH_MDL2804_ 00618611 |
| 41. | Chargeback data for opioid medications that were distributed to customers in the City of Cleveland, Cuyahoga County, and Summit County. | CAH_MDL2804_ 00618612 |
| 42. | Additional anti-diversion training materials. | CAH_MDL2804_00618613 – CAH_MDL2804_00619124 |
| 43. | Additional information about Cardinal Health customers in the City of Cleveland, Cuyahoga County, and Summit County, including threshold information. | CAH_MDL2804_00619125 – CAH_MDL2804_00619126 |

**Highly Confidential Pursuant to Protective Order**

| | Description | MDL Bates Range |
|---|---|---|
| 44. | Documents from the custodial file of Ray Carney. | CAH_MDL2804_00619127 – CAH_MDL2804_00619636, CAH_MDL2804_00747716 – CAH_MDL2804_00747798 |
| 45. | Documents from the custodial file of Chris Lanctot. | CAH_MDL2804_00619637 – CAH_MDL2804_00620597 |
| 46. | Documents from the custodial file of Nick Rausch. | CAH_MDL2804_00620598 – CAH_MDL2804_00747715 |
| 47. | Suspicious order reports for customers in the City of Cleveland, Cuyahoga County, and Summit County from 1/1/2013–5/29/2018. | CAH_MDL2804_01287526 – CAH_MDL2804_01287713 |
| 48. | Additional materials about customers in the City of Cleveland, Cuyahoga County, and Summit County. | CAH_MDL2804_01286472 – CAH_MDL2804_01287240, CAH_MDL2804_01287246 – CAH_MDL2804_01287525 |
| 49. | Compensation procedure. | CAH_MDL2804_01287241 – CAH_MDL2804_01287245 |
| 50. | Documents from the custodial file of Nick Rausch. | CAH_MDL2804_00747799 – CAH_MDL2804_00800020 |
| 51. | Documents from the custodial file of Michael Moné. | CAH_MDL2804_00800021 – CAH_MDL2804_00980947; CAH_MDL2804_01287714 – CAH_MDL2804_01288516 |
| 52. | Documents from the custodial file of Steve Morse. | CAH_MDL2804_00980948 – CAH_MDL2804_01085399 |
| 53. | Documents from the custodial file of Gilberto Quintero. | CAH_MDL2804_01085400 – CAH_MDL2804_01122174; CAH_MDL2804_01288517 – CAH_MDL2804_01289316 |

**Highly Confidential Pursuant to Protective Order**

| | Description | MDL Bates Range |
|---|---|---|
| 54. | Documents from the custodial file of Patrick Dudley. | CAH_MDL2804_01122175 – CAH_MDL2804_01230100; CAH_MDL2804_01289317 – CAH_MDL2804_01289855 |
| 55. | Documents from the custodial file of Kimberly Anna-Soisson. | CAH_MDL2804_01230101 – CAH_MDL2804_01271934 |
| 56. | Documents from the custodial file of Shirlene Justus. | CAH_MDL2804_01271935 – CAH_MDL2804_01281183 |
| 57. | Documents from the custodial file of Christina Bean. | CAH_MDL2804_01281184 – CAH_MDL2804_01282282 |
| 58. | Documents from the custodial file of Shanya Sands. | CAH_MDL2804_01282283 – CAH_MDL2804_01286471 |
| 59. | Policies and procedures related to ARCOS reporting. | CAH_MDL2804_02098431 – CAH_MDL2804_02098560 |
| 60. | Additional threshold information about customers in the City of Cleveland, Cuyahoga County, and Summit County | CAH_MDL2804_02098561 |
| 61. | Documents from the custodial file of Jim Scott. | CAH_MDL2804_01289856 – CAH_MDL2804_01303783; CAH_MDL2804_02098765 – CAH_MDL2804_02099502 |
| 62. | Documents from the custodial file of Steve Reardon. | CAH_MDL2804_01303784 – CAH_MDL2804_01368767; CAH_MDL2804_02099503 – CAH_MDL2804_02099902; CAH_MDL2804_02101809 – CAH_MDL2804_02103116 |
| 63. | Documents from the custodial file of Linden Barber. | CAH_MDL2804_01368768 – CAH_MDL2804_01375983 |
| 64. | Documents from the custodial file of Robert Giacalone. | CAH_MDL2804_01375984 – CAH_MDL2804_01572149 |

**Highly Confidential Pursuant to Protective Order**

| | Description | MDL Bates Range |
|---|---|---|
| 65. | Documents from the custodial file of Kim Howenstein. | CAH_MDL2804_01572150 – CAH_MDL2804_01717311; CAH_MDL2804_02099903 – CAH_MDL2804_02099947 |
| 66. | Documents from the custodial file of Ullrich Mayeski. | CAH_MDL2804_01717312 – CAH_MDL2804_01824923 |
| 67. | Documents from the custodial file of Danielle Roberts. | CAH_MDL2804_01824924 – CAH_MDL2804_01944403 |
| 68. | Documents from the custodial file of Rich Ryu. | CAH_MDL2804_01944404 – CAH_MDL2804_02046470 |
| 69. | Documents from the custodial file of Todd Cameron | CAH_MDL2804_02046471 – CAH_MDL2804_02098226 |
| 70. | Documents from the custodial file of Craig Baranski | CAH_MDL2804_02098227 – CAH_MDL2804_02098399 |
| 71. | Documents from the custodial file of Kristine Fidler | CAH_MDL2804_02098400 – CAH_MDL2804_02098430; CAH_MDL2804_02099948 – CAH_MDL2804_02101746 |
| 72. | Documents from the custodial file of Christina Bean. | CAH_MDL2804_02098561 – CAH_MDL2804_02098764 |
| 73. | Contracts with third parties. | CAH_MDL2804_02101747 – CAH_MDL2804_0210179 |
| 74. | Communications with the DEA. | CAH_MDL2804_02101800 – CAH_MDL2804_02101807 |
| 75. | Additional information about customers in the City of Cleveland, Cuyahoga County, and Summit County. | CAH_MDL2804_02101808 |
| 76. | Documents produced in prior litigation. | CAH_MDL_PRIORPROD_ACTION_0000009 – CAH_MDL_PRIORPROD_ACTION_0000647. |

**Highly Confidential Pursuant to Protective Order**

| | Description | MDL Bates Range |
|---|---|---|
| 77. | Documents from the custodial file of Nick Rausch. | CAH_MDL2804_02103117 – CAH_MDL2804_02136863 |
| 78. | Documents from the custodial file of Michael Moné. | CAH_MDL2804_02136864 – CAH_MDL2804_02269061 |
| 79. | Documents from the custodial file of Steve Morse. | CAH_MDL2804_02269062 – CAH_MDL2804_02284591 |
| 80. | Documents from the custodial file of Gilberto Quintero. | CAH_MDL2804_02284592 – CAH_MDL2804_02339347 |
| 81. | Documents from the custodial file of Patrick Dudley. | CAH_MDL2804_02339348 – CAH_MDL2804_02348098 |
| 82. | Documents from the custodial file of Kimberly Anna-Soisson. | CAH_MDL2804_02348099 – CAH_MDL2804_02352879 |
| 83. | Documents from the custodial file of Shirlene Justus. | CAH_MDL2804_02352880 – CAH_MDL2804_02374801 |
| 84. | Documents from the custodial file of Christina Bean. | CAH_MDL2804_02374802 – CAH_MDL2804_02374878 |
| 85. | Documents from the custodial file of Shanya Sands. | CAH_MDL2804_02374879 – CAH_MDL2804_02375435 |
| 86. | Documents from the custodial file of Jim Scott. | CAH_MDL2804_02375436 – CAH_MDL2804_02382499 |
| 87. | Documents from the custodial file of Steve Reardon. | CAH_MDL2804_02382500 – CAH_MDL2804_02404227; |
| 88. | Documents from the custodial file of Nick Rausch. | CAH_MDL2804_02874951 – CAH_MDL2804_02879400 |
| 89. | Documents from the custodial file of Linden Barber. | CAH_MDL2804_02404228 – CAH_MDL2804_02410054 |
| 90. | Documents from the custodial file of Robert Giacalone. | CAH_MDL2804_02410055 – CAH_MDL2804_02640232 |

**Highly Confidential Pursuant to Protective Order**

| | Description | MDL Bates Range |
|---|---|---|
| 91. | Documents from the custodial file of Kim Howenstein. | CAH_MDL2804_02640233 – CAH_MDL2804_02698240 |
| 92. | Documents from the custodial file of Ullrich Mayeski. | CAH_MDL2804_02698241 – CAH_MDL2804_02749607 |
| 93. | Documents from the custodial file of Danielle Roberts. | CAH_MDL2804_02749608 – CAH_MDL2804_02778653 |
| 94. | Documents from the custodial file of Rich Ryu. | CAH_MDL2804_02778654 – CAH_MDL2804_02831416 |
| 95. | Documents from the custodial file of Todd Cameron. | CAH_MDL2804_02831417 – CAH_MDL2804_02873801 |
| 96. | Documents from the custodial file of Craig Baranski. | CAH_MDL2804_02873802 – CAH_MDL2804_02874777 |
| 97. | Documents from the custodial file of Kristine Fidler. | CAH_MDL2804_02874778 – CAH_MDL2804_02874926 |
| 98. | Additional information about thresholds for customers in the City of Cleveland, Cuyahoga County, and Summit County. | CAH_MDL2804_02879401 – CAH_MDL2804_02879402 |
| 99. | Additional information about customers in the City of Cleveland, Cuyahoga County, and Summit County. | CAH_MDL2804_ 02879403 – CAH_MDL2804_ 02879958 |
| 100. | Documents relating to DEA registrations, registration applications, and standard operating procedures related to controlled substances. | CAH_MDL2804_02879959 – CAH_MDL2804_02881287 |
| 101. | Documents from the Wheeling West Virginia Distribution Center. | CAH_MDL2804_02881288 – CAH_MDL2804_02881813 |
| 102. | Documents from the custodial file of Mark Hartman. | CAH_MDL2804_02881814 – CAH_MDL2804_02881839 |
| 103. | Documents from the custodial file of Eric Brantley. | CAH_MDL2804_02881840 – CAH_MDL2804_02883851 |

Highly Confidential Pursuant to Protective Order

| | Description | MDL Bates Range |
|---|---|---|
| 104. | Documents from the custodial file of Nick Rausch. | CAH_MDL2804_02107571 – CAH_MDL2804_02107580; CAH_MDL2804_02883852 – CAH_MDL2804_02888318 |
| 105. | Compensation policies and procedures. | CAH_MDL2804_02888319 – CAH_MDL2804_02889116 |
| 106. | Data sent to manufactures about customers in the City of Cleveland, Cuyahoga County, and Summit County. | CAH_MDL2804_02889117 |
| 107. | Contracts between Cardinal Health and manufacturers. | CAH_MDL2804_02889118 – CAH_MDL2804_02898702 |
| 108. | Documents from the custodial file of Steve Reardon. | CAH_MDL2804_02898703 – CAH_MDL2804_02899222; (particular documents in this range) CAH_MDL2804_ 02101822 – CAH_MDL2804_ 02102710 |
| 109. | Documents from the custodial file of Gilberto Quintero. | CAH_MDL2804_01088749 – CAH_MDL2804_02903952 (particular documents in this range); CAH_MDL2804_02329498 – CAH_MDL2804_02906104 |
| 110. | Documents from the custodial file of Robert Giacalone. | CAH_MDL2804_02906105 – CAH_MDL2804_02906244 |
| 111. | Documents from the custodial file of Richard Ryu. | CAH_MDL2804_02906245 – CAH_MDL2804_02906814 |
| 112. | Documents from the custodial file of Linden Barber. | CAH_MDL2804_02906815 – CAH_MDL2804_02906881 |
| 113. | Documents from the custodial file of Shirlene Justus. | CAH_MDL2804_02906882 – CAH_MDL2804_02906942 |
| 114. | Documents from the custodial file of Jim Scott. | CAH_MDL2804_02906943 – CAH_MDL2804_02906952 |

**Highly Confidential Pursuant to Protective Order**

|  | Description | MDL Bates Range |
|---|---|---|
| 115. | Additional anti-diversion training material and standard operating procedures. | CAH_MDL2804_02903953 – CAH_MDL2804_02905699 |
| 116. | Internal audit reports. | CAH_MDL2804_02905700 – CAH_MDL2804_02905714 |
| 117. | Documents from the custodial file of Steve Morse. | CAH_MDL2804_02906953 – CAH_MDL2804_02908070 |
| 118. | Documents from the custodial file of Kimberly Anna-Soisson. | CAH_MDL2804_02350291 – CAH_MDL2804_02350292; CAH_MDL2804_02908071 – CAH_MDL2804_02909176 |
| 119. | Documents from the custodial file of Linden Barber. | CAH_MDL2804_01371784 – CAH_MDL2804_01372140 |
| 120. | Documents from the custodial file of Todd Cameron. | CAH_MDL2804_02046588 – CAH_MDL2804_02046588_005; CAH_MDL2804_02047351 – CAH_MDL2804_02047369; CAH_MDL2804_02048430 – CAH_MDL2804_02048434; CAH_MDL2804_02909177 – CAH_MDL2804_02912037 |
| 121. | Documents from the custodial file of Robert Giacalone. | CAH_MDL2804_01503409 – CAH_MDL2804_01503411_017; CAH_MDL2804_02601436; CAH_MDL2804_02603640 – CAH_MDL2804_02603641; CAH_MDL2804_02603647 – CAH_MDL2804_02603648; CAH_MDL2804_02914050 – CAH_MDL2804_02925447 |

66

Highly Confidential Pursuant to Protective Order

| | Description | MDL Bates Range |
|---|---|---|
| 122. | Documents from the custodial file of Ullrich Mayeski. | CAH_MDL2804_02700342 – CAH_MDL2804_02700343; CAH_MDL2804_02930354 – CAH_MDL2804_02933441 |
| 123. | Documents from the custodial file of Michael Moné. | CAH_MDL2804_00837707 – CAH_MDL2804_00837714; CAH_MDL2804_00884222 – CAH_MDL2804_00884229; CAH_MDL2804_02933442 – CAH_MDL2804_02947978 |
| 124. | Documents from the custodial file of Gilberto Quintero. | CAH_MDL2804_01102739 – CAH_MDL2804_01102746 |
| 125. | Documents from the custodial file of Steve Reardon. | CAH_MDL2804_01368258 – CAH_MDL2804_01368260 |
| 126. | Documents from the custodial file of Patrick Dudley. | CAH_MDL2804_02912038 – CAH_MDL2804_02914049 |
| 127. | Documents from the custodial file of Kim Howenstein. | CAH_MDL2804_02925448 – CAH_MDL2804_02930353 |
| 128. | Documents from the custodial file of Danielle Roberts. | CAH_MDL2804_02947979 – CAH_MDL2804_02952740 |
| 129. | Additional anti-diversion materials, including presentations, reports, communications, and contracts. | CAH_MDL2804_02952741 – CAH_MDL2804_02953240 |
| 130. | Additional information about customers in the City of Cleveland, Cuyahoga County, and Summit County. | CAH_MDL2804_02953241 – CAH_MDL2804_02953297 |
| 131. | Report reflecting additional orders placed by customers in the City of Cleveland, Cuyahoga County, and Summit County that were held by Cardinal Health's anti-diversion system. | CAH_MDL2804_02953298 |
| 132. | Personnel file of Gilberto Quintero. | CAH_MDL2804_02953299 – CAH_MDL2804_02953368 |

**Highly Confidential Pursuant to Protective Order**

| | Description | MDL Bates Range |
|---|---|---|
| 133. | Transcript of testimony provided by Todd Cameron pursuant to an investigative subpoena from the Montana Attorney General. | CAH_MDL2804_02953369 – CAH_MDL2804_02954285 |
| 134. | Materials related to manufacturer marketing services. | CAH_MDL2804_02954286 – CAH_MDL2804_02960029 |
| 135. | Tableau files. | Cardinal – Tableau – 000001 through Cardinal – Tableau – 000520 |
| 136. | Personnel file of Steve Morse. | CAH_MDL2804_02960030 – CAH_MDL2804_02960087 |
| 137. | Agreed-upon privilege downgrades. | CAH_MDL2804_02960093 – CAH_MDL2804_02960137; CAH_MDL2804_00620589 – CAH_MDL2804_00620593; CAH_MDL2804_02102394 – CAH_MDL2804_02102927 |
| 138. | Data received from Symphony Health. | CAH_MDL2804_02960088 – CAH_MDL2804_02960092 |
| 139. | Additional documents related to manufacturer marketing services. | CAH_MDL2804_02960138 – CAH_MDL2804_02960760 |
| 140. | Data received from IQVIA/IMS. | CAH_MDL2804_02960761 |
| 141. | Agreed-upon privilege downgrades. | CAH_MDL2804_02960762 – CAH_MDL2804_02960809 |
| 142. | Documents produced to the Drug Enforcement Administration in 2007 and 2008. | CAH_MDL_PRIORPROD_DEA08_0000283-R – 0000284-R, CAH_MDL_PRIORPROD_DEA07_00813895-R – 01174924-R and CAH_MDL_PRIORPROD_DEA07_01174971-R – 02634858-R |

**Highly Confidential Pursuant to Protective Order**

| | Description | MDL Bates Range |
|---|---|---|
| 143. | Documents from the custodial file of George Barrett. | CAH_MDL2804_03159379 – CAH_MDL2804_03188059; CAH_MDL2804_03188060 – CAH_MDL2804_03191400 |
| 144. | Documents from the custodial file of Chris Forst. | CAH_MDL2804_02961069 – CAH_MDL2804_03159378 |
| 145. | Additional documents related to Mark Hartman. | CAH_MDL2804_02960908 – CAH_MDL2804_02961068 |
| 146. | Personnel file of Steve Lawrence. | CAH_MDL2804_02960810 – CAH_MDL2804_02960907 |
| 147. | Personnel file of Kimberly Howenstein. | CAH_MDL2804_03191401 – CAH_MDL2804_03191495 |
| 148. | Agreed-upon privilege downgrades. | CAH_MDL2804_02103745 – CAH_MDL2804_02843200; CAH_MDL2804_03191496 – CAH_MDL2804_03192141; CAH_MDL2804_03192284 – CAH_MDL2804_03195200 |
| 149. | Contract between Cardinal Health and BuzzeoPDMA LLC. | CAH_MDL2804_03192142 – CAH_MDL2804_03192158 |
| 150. | Contracts between Cardinal Health and IMS/IQVIA or affiliated entities. These documents were provided to Cardinal Health by IMS/IQVIA. | CAH_MDL2804_03192159 – CAH_MDL2804_03192283 |
| 151. | Results from analysis related to the 2008 Memorandum of Agreement between Cardinal Health and the DEA. | CAH_MDL2804_03195201 – CAH_MDL2804_03195214 |
| 152. | Personnel files of Doug Emma and Rich Ryu. | CAH_MDL2804_03195215 – CAH_MDL2804_03195257 |

Highly Confidential Pursuant to Protective Order

| | Description | MDL Bates Range |
|---|---|---|
| 153. | Privilege downgrades and additional documents from the custodial files of Kimberly Anna-Soisson, Linden Barber, Todd Cameron, Michael Mone, Steve Morse, Gilberto Quintero, Nicholas Rausch, Steve Reardon, Rich Ryu, Kimberly Howenstein, Shirlene Justus, Patrick Dudley, Robert Giacalone, Ullrich Mayeski, Danielle Roberts, and Jim Scott. | CAH_MDL2804_03195310 – CAH_MDL2804_03210264 |
| 154. | Agreed-upon privilege downgrades. | CAH_MDL2804_03210387 – CAH_MDL2804_03212431 |
| 155. | Documents reflecting ingredient limit reports. | CAH_MDL_PRIORPROD_DEA07_00160746-R – CAH_MDL_PRIORPROD_DEA07_02801217-R (particular documents in this range) |
| 156. | Personnel file of Chris Forst. | CAH_MDL2804_03195258 – CAH_MDL2804_03195309 |
| 157. | Privilege downgrades and additional custodial file documents. | CAH_MDL2804_02845136 – CAH_MDL2804_02873251_001 |
| 158. | Personnel file of Tom Convery. | CAH_MDL2804_03210265 – CAH_MDL2804_03210386 |
| 159. | Family members of agreed-upon privilege downgrades. | CAH_MDL2804_02102422 – CAH_MDL2804_02102444 |
| 160. | Personnel file of Kimberly Anna-Soisson. | CAH_MDL2804_03212432 – CAH_MDL2804_03212460 |
| 161. | Tableau files for Cardinal Health customers in the City of Cleveland, Cuyahoga County, and Summit County. | Cardinal – Tableau – 000521 – Cardinal – Tableau – 000527; CAH_MDL2804_03212550 – CAH_MDL2804_03212556 |
| 162. | Contracts between Cardinal Health and its customers. | CAH_MDL2804_03212557 – CAH_MDL2804_03213887 |
| 163. | Additional privilege downgrades. | CAH_MDL2804_02168589 – CAH_MDL2804_02900302 |

**Highly Confidential Pursuant to Protective Order**

| | Description | MDL Bates Range |
|---|---|---|
| 164. | Additional documents determined to be responsive during internal production audits, including documents from the custodial files of Kimberly Anna-Soisson, Linden Barber, Todd Cameron, Patrick Dudley, Kristine Fidler, Christopher Forst, Robert Giacalone, Kim Howenstein, Shirlene Justus, Ullrich Mayeski, Michael Mone, Steve Morse, Gilberto Quintero, Nicholas Rausch, Steve Reardon, Danielle Roberts, Rich Ryu, Shayna Sands, and Jim Scott. | CAH_MDL2804_03213924 – CAH_MDL2804_03224632 |
| 165. | Hard copies of GenerationRX materials. | CAH_MDL2804_03224633 – CAH_MDL2804_03225599 |
| 166. | Electronic GenerationRX materials. | CAH_MDL2804_03225600 – CAH_MDL2804_03226645 |
| 167. | GenerationRX materials and documents. | CAH_MDL2804_03226646 – CAH_MDL2804_03240087 |
| 168. | Corrected images for previously produced documents. | CAH_MDL2804_02382555 – CAH_MDL2804_02382558_009 |
| 169. | Additional information about Cardinal Health customers in Summit County, Cuyahoga County, City of Akron and City of Cleveland. | CAH_MDL2804_03240088 – CAH_MDL2804_03240088 |
| 170. | Documents related to a logistic regression model. | CAH_MDL2804_03213888 – CAH_MDL2804_03213923 |
| 171. | Microsoft Access databases. | CAH_MDL2804_03240089 – CAH_MDL2804_03240736 |
| 172. | Documents produced to the Drug Enforcement Administration in 2007 and 2008. | CAH_MDL_PRIORPROD_DEA07_00813966-R – CAH_MDL_PRIORPROD_DEA07_02163930-R |
| 173. | Additional privilege downgrades. | CAH_MDL2804_03240737 – CAH_MDL2804_03247051 |
| 174. | Additional privilege downgrades and corrected images for previously produced documents. | CAH_MDL2804_02161948 – CAH_MDL2804_03207545 |

**Highly Confidential Pursuant to Protective Order**

| | Description | MDL Bates Range |
|---|---|---|
| 175. | Contracts between Cardinal Health and IMS/IQVIA or affiliated entities. These documents were provided to Cardinal Health by IMS/IQVIA | CAH_MDL2804_03247052 – CAH_MDL2804_03247074 |
| 176. | Additional privilege downgrades | CAH_MDL2804_03247075 – CAH_MDL2804_03248263 |
| 177. | Additional privilege downgrades | CAH_MDL2804_02323483 – CAH_MDL2804_02323509 |
| 178. | Michael Mone's personnel file | CAH_MDL2804_03212461 – CAH_MDL2804_03212549 |
| 179. | Additional privilege downgrades | CAH_MDL2804_03248264 – CAH_MDL2804_03253428 |
| 180. | Additional privilege downgrades | CAH_MDL2804_03253429 – CAH_MDL2804_03253599 |
| 181. | Additional privilege downgrades | CAH_MDL2804_02144228 – CAH_MDL2804_02862007 |
| 182. | Additional privilege downgrades | CAH_MDL2804_02107158 - CAH_MDL2804_03247048 |
| 183. | Additional privilege downgrades | CAH_MDL2804_02384310 - CAH_MDL2804_02631485_011 |
| 184. | Documents related to the Ohio Board of Pharmacy | CAH_MDL2804_03253600 - CAH_MDL2804_03253611 |
| 185. | Documents related to the Audit Committee. | CAH_MDL2804_03253612 - CAH_MDL2804_03263592 |
| 186. | Documents produced to the Drug Enforcement Administration in 2007 and 2008 | CAH_MDL_PRIORPROD_DEA07_00000001-R - CAH_MDL_PRIORPROD_DEA07_00813894-R |
| 187. | Documents produced to the Drug Enforcement Administration in 2007 and 2008 | CAH_MDL_PRIORPROD_DEA07_00009242-R - CAH_MDL_PRIORPROD_DEA07_00803485-R |
| 188. | Documents produced to the Drug Enforcement Administration in 2007 and 2008 | CAH_MDL_PRIORPROD_DEA07_01174677.1 - CAH_MDL_PRIORPROD_DEA07_01174894.1 |

**Highly Confidential Pursuant to Protective Order**

| | Description | MDL Bates Range |
|---|---|---|
| 189. | Documents produced to the Drug Enforcement Administration in 2007 and 2008 | CAH_MDL_PRIORPROD_DEA07_01174925-R – CAH_MDL_PRIORPROD_DEA07_01174970-R |
| 190. | Documents produced to the Drug Enforcement Administration in 2007 and 2008 | CAH_MDL_PRIORPROD_DEA07_01435049-R – CAH_MDL_PRIORPROD_DEA07_02715883-R |
| 191. | Documents produced to the Drug Enforcement Administration in 2007 and 2008 | CAH_MDL_PRIORPROD_DEA07_01439062-R – CAH_MDL_PRIORPROD_DEA07_02681268-R |
| 192. | Documents produced to the Drug Enforcement Administration in 2007 and 2008 | CAH_MDL_PRIORPROD_DEA07_02715884-R - CAH_MDL_PRIORPROD_DEA07_02806264-R |
| 193. | Documents produced to the Drug Enforcement Administration in 2007 and 2008 | CAH_MDL_PRIORPROD_DEA07_02716122-R - CAH_MDL_PRIORPROD_DEA07_02806254-R |
| 194. | Documents produced to the Drug Enforcement Administration in 2007 and 2008 | CAH_MDL_PRIORPROD_DEA08_0000001-R- CAH_MDL_PRIORPROD_DEA08_0000282-R |

**Highly Confidential Pursuant to Protective Order**

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew Monahan, counsel for Cardinal Health, Inc., certify that on March 4, 2019, I caused the foregoing to be served via electronic mail on the agreed-upon listservs established pursuant to the Order on Service in Track One Cases, Dkt. No. 983 (Sept. 17, 2018).


*/s/ Matthew C. Monahan*
Matthew C. Monahan