# EXHIBIT B

| | |
|---|---|
| **From:** | Wakefield, Jeff |
| **To:** | Andrew L. Ellis |
| **Cc:** | Han, Anna; Dove, Ronald; Mincer, Jonathan; Flahive Wu, Laura; Katherine A. Schultz; Cassandra L. Means |
| **Subject:** | Re: PEIA Subpoenas - SDWV cases: 3:17-01362; 3:17-01665 |
| **Date:** | Friday, March 27, 2020 9:28:16 AM |

**[EXTERNAL]**

Drew,

In follow up to our call this morning, please be advised that McKesson agrees to extend the return date for the subpoenas served upon the PEIA to April 18, 2020. As I explained, the original dates set forth in the subpoenas were placeholder dates with the expectation that alternate return dates would be set following dialogue with the served parties after service of the subpoenas.

Jeff

### Jeffrey Wakefield
Member

### Flaherty
304.347.4231

> On Mar 27, 2020, at 10:56 AM, Andrew L. Ellis <Andrew.L.Ellis@wvago.gov> wrote:
>
> Got it, thanks!
>
> Sent via iPhone
>
> Andrew L. Ellis
>
>> On Mar 27, 2020, at 10:26 AM, Wakefield, Jeff <JWakefield@flahertylegal.com> wrote:
>>
>> Call in number
>>
>> 1-800-969-3546
>> 427572
>>
>> ### Jeffrey M. Wakefield
>> Member
>>
>> ### Flaherty
>> 304.347.4231

> On Mar 27, 2020, at 9:15 AM, Andrew L. Ellis <Andrew.L.Ellis@wvago.gov> wrote:
>
> Jeff:
>
> Sounds good. We will await call instructions, and look forward to speaking with everyone today at 11:30 a.m.
>
> Drew
>
> Sent via iPhone
>
> Andrew L. Ellis
>
>> On Mar 26, 2020, at 8:00 PM, Wakefield, Jeff <JWakefield@flahertylegal.com> wrote:
>>
>> Let's talk at 11:30. I'll circulate a call in number.
>>
>> **Jeffrey Wakefield**
>> Member
>>
>> **Flaherty**
>> 304.347.4231
>>
>>> On Mar 26, 2020, at 7:34 PM, Andrew L. Ellis <Andrew.L.Ellis@wvago.gov> wrote:
>>>
>>> Jeff:
>>>
>>> That is odd, I did not receive a voicemail from you. What number did you call and leave a voicemail on?
>>>
>>> At any rate, for a conference call tomorrow, 10:00 a.m. - 1:00 p.m.

works, and we would prefer 4:00 p.m. -  5:00 p.m.

Let us know your preference, and please circulate dial-instructions.

Thanks,

Drew

Andrew L. Ellis
Assistant Attorney General
Office of the Attorney General
State Capitol Complex
Building 1, Room W435
Charleston, West Virginia 25305
(304) 558-2522
Andrew.L.Ellis@wvago.gov

---

**From:** Wakefield, Jeff <JWakefield@flahertylegal.com>
**Sent:** Thursday, March 26, 2020 6:15 PM
**To:** Andrew L. Ellis <Andrew.L.Ellis@wvago.gov>
**Cc:** Anna Han <AHan@cov.com>; Ronald Dove <rdove@cov.com>; Jonathan Mincer <JMincer@cov.com>; Laura Flahive Wu <lflahivewu@cov.com>
**Subject:** Re: PEIA Subpoenas - SDWV cases: 3:17-01362; 3:17-01665

Drew,

I left a voicemail this afternoon at the number I thought was left on my voicemail.

I'd like to set up a call tomorrow to discuss the subpoenas and the

constant of your e-mail. I would like to include my colleagues from Covington & Burling. Can you give me some times that work for you?

Jeff

**Jeffrey Wakefield**
Member

**Flaherty**
304.347.4231

> On Mar 26, 2020, at 6:05 PM, Andrew L. Ellis <Andrew.L.Ellis@wvago.gov> wrote:
>
> Jeff:
>
> I hope you are doing well.  Following up on the voicemail I left you yesterday at approximately 2:40 p.m., the function of this correspondence is to apprise you that our Office is representing PEIA with respect to the above-referenced Subpoenas, and that it is not possible for PEIA to provide deposition testimony or the documents requested within the extremely short timeframe set forth in the Subpoenas.  In addition, PEIA has multiple objections

to the aforementioned discovery requests.

I anticipate that we will file a Motion to Quash on behalf of PEIA unless we hear from you and can reach a mutually agreeable solution to the issues set forth above.

Should you have any questions, please feel free to call me.

Thanks,

Drew

Andrew L. Ellis
Assistant Attorney General
Office of the Attorney General
State Capitol Complex
Building 1, Room W435
Charleston, West Virginia 25305
(304) 558-2522
Andrew.L.Ellis@wvago.gov

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy

from your system. Thank you
for your cooperation.

This e-mail and any attachments are
confidential and may be protected by legal
privilege. If you are not the intended
recipient, be aware that any disclosure,
copying, distribution or use of this e-mail or
any attachment is prohibited. If you have
received this e-mail in error, please notify us
immediately by returning it to the sender
and delete this copy from your system.
Thank you for your cooperation.

This e-mail and any attachments are confidential and may be
protected by legal privilege. If you are not the intended recipient, be
aware that any disclosure, copying, distribution or use of this e-mail
or any attachment is prohibited. If you have received this e-mail in
error, please notify us immediately by returning it to the sender and
delete this copy from your system. Thank you for your cooperation.

This e-mail and any attachments are confidential and may be protected by legal privilege. If
you are not the intended recipient, be aware that any disclosure, copying, distribution or use of
this e-mail or any attachment is prohibited. If you have received this e-mail in error, please
notify us immediately by returning it to the sender and delete this copy from your system.
Thank you for your cooperation.