# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon David A. Faber |

## **DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES**

Pursuant to Rules 33, 34, and 37 of the Federal Rules of Civil Procedure, Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Defendants"), by counsel, hereby move for an order compelling Plaintiffs City of Huntington and Cabell County Commission to produce promptly certain custodial records so that Defendants can propound fact discovery needed to defend themselves in this matter. Defendants' motion should be granted for the reasons set forth in the accompanying memorandum of law, which is incorporated herein. Pursuant to LR Civ P 7.1(a), copies of all documents, affidavits, and other such materials or exhibits referenced in the memorandum and upon which this motion relies are attached to the supporting memorandum incorporated herein.

Defendants further certify that they have conferred with counsel for the Plaintiffs in an effort to resolve the subject discovery dispute without court intervention.

| | |
|---|---|
| April 6, 2020 | **DEFENDANTS** |
| | **AmerisourceBergen Drug Corporation**<br>By Counsel: |
| | */s/ Gretchen M. Callas*<br>Gretchen M. Callas (WVSB #7136)<br>JACKSON KELLY PLLC<br>Post Office Box 553<br>Charleston, West Virginia 25322<br>Tel: (304) 340-1000<br>Fax: (304) 340-1050<br>gcallas@jacksonkelly.com |
| | */s/ Robert S. Nicholas*<br>Robert A. Nicholas<br>Shannon E. McClure<br>REED SMITH, LLP<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>Tel: (215) 851-8100<br>Fax: (215) 851-1420<br>rnicholas@reedsmith.com<br>smcclure@reedsmith.com |
| | **Cardinal Health, Inc.**<br>By Counsel: |
| | */s/ Steven R. Ruby*<br>Brian A. Glasser (WVSB #6597)<br>Steven R. Ruby (WVSB #10752)<br>Raymond S. Franks II (WVSB #6523)<br>BAILEY GLASSER LLP<br>209 Capitol Street<br>Charleston, West Virginia 25301<br>Tel: (304) 345-6555<br>Fax: (304) 342-1110<br>*Counsel in Cabell County action* |

/s/ Enu Mainigi
Enu Mainigi
F. Lane Heard
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
emainigi@wc.com
lheard@wc.com
ahardin@wc.com

**McKesson Corporation**
By Counsel:

/s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

/s/ Timothy C. Hester
Timothy C. Hester t
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

*/s/ Carol Dan Browning*
Carol Dan Browning
Stites & Harbison, PLLC
400 West Market Street
Suite 1800
Louisville, Kentucky  40202
Tel:  (502) 587-3400
Fax:  (502) 587-6391
cbrowning@stites.com

*Counsel for McKesson Corporation*

- 4 -

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 6th day of April, 2020, the foregoing "Defendants' Motion to Compel Discovery Responses" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)