# EXHIBIT 12

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

~~~~~~~~~~~~~~~~~~~~

IN RE: NATIONAL PRESCRIPTION   MDL No. 2804
OPIATE LITIGATION
                                           Case No. 17-md-2804
                                           Judge Dan Aaron
This document relates to:   Polster

The County of Cuyahoga v. Purdue
Pharma L.P., et al.

Case No. 18-OP-45004

~~~~~~~~~~~~~~~~~~~~

Videotaped deposition of
JAMES A. GUTIERREZ, ESQ.

January 31, 2019
9:48 a.m.

Taken at:
Kelley & Ferraro
950 Main Avenue, Suite 1300
Cleveland, Ohio


Renee L. Pellegrino, RPR, CLR

```
 1   APPEARANCES:
 2   On behalf of Cuyahoga County:
        Thasher, Dinsmore & Dolan
 3      LEO. M. SPELLACY, JR., ESQ.
        1111 Superior Avenue
 4      Suite 412
        Cleveland, Ohio  44114
 5      (216) 255-5434
        lspellacy@tddlaw.com
 6         - and -
        (Via Telephone)
 7      Napoli Shkolnik PLLC
        SALVATORE BADALA, ESQ.
 8      JOSEPH L. CIACCIO, ESQ.
        360 Lexington Avenue
 9      New York, New York  10017
        (844) 230-7676
10      sbadala@napolilaw.com
        jciaccio@napolilaw.com
11
     On behalf of Walmart, Inc.:
12      (Via Telephone)
        Jones Day
13      LISA GATES, ESQ.
        901 Lakeside Avenue East
14      Cleveland, Ohio  44114
        (216) 586-3939
15      lgates@jonesday.com
16   On behalf of CVS Indiana, LLC and CVS Rx Services,
     LLC:
17      Zuckerman Spaeder LLP
        R. MILES CLARK, ESQ.
18      1800 M Street NW
        Suite 1000
19      Washington, D.C.  20036-5807
        (202) 778-1800
20      mclark@zuckerman.com
21
                     ~ ~ ~ ~ ~
22
23
24
25
```

```
 1   APPEARANCES, CONT'D:
 2   On behalf of AmerisourceBergen Drug Corporation:
        Jackson Kelly PLLC
 3      SANDRA K. ZERRUSEN, ESQ.
        50 South Main Street
 4      Suite 201
        Akron, Ohio  44308
 5      (330) 252-9060
        skzerussen@jacksonkelly.com
 6
     On behalf of Endo Pharmaceuticals, Inc., Endo
 7   Health Solutions, Inc., Par Pharmaceuticals,
     Inc. and Par Pharmaceutical Companies, Inc.:
 8      Baker & Hostetler
        DOUGLAS L. SHIVELY, ESQ.
 9      127 Public Square, Suite 2000
        Cleveland, Ohio  44114-1214
10      (216) 621-0200
        dshively@bakerlaw.com
11
     On behalf of Johnson & Johnson and Janssen
12   Pharmaceuticals, Inc.:
        Tucker Ellis LLP
13      JEFFREY M. WHITESELL, ESQ.
        950 Main Avenue, Suite 1100
14      Cleveland, Ohio  44113-7213
        (216) 592-5000
15      jeffrey.whitesell@tuckerellis.com
16
                    ~ ~ ~ ~ ~
17
18
19
20
21
22
23
24
25
```

```
                                                        Page 4
 1   APPEARANCES, CONT'D:
 2   On behalf of McKesson Corporation:
         Covington & Burling
 3       RAE WOODS, ESQ.
         One CityCenter
 4       850 Tenth Street, NW
         Washington, D.C.  20001-4956
 5       (202) 662-6000
         rwoods@cov.com
 6          - and -
         Covington & Burling LLP
 7       ASEEM PADUKONE, ESQ.
         One Front Street
 8       San Francisco, California  94111-5356
         (415) 591-6000
 9       apadukone@cov.com
10
     ALSO PRESENT:   Joe VanDetta, Videographer
11
                        ~ ~ ~ ~ ~
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1             TRANSCRIPT INDEX

2

3    APPEARANCES .......................................2

4    INDEX OF EXHIBITS .................................6

5    INDEX OF OBJECTIONS ...............................9

6

7    EXAMINATION OF JAMES A. GUTIERREZ, ESQ.:

8    BY MS. WOODS ....................................15

9

10   AFTERNOON SESSION ..............................135

11

12   REPORTER'S CERTIFICATE .........................321

13

14   EXHIBIT CUSTODY - RETAINED BY COURT REPORTER

15

16

17

18

19

20

21

22

23

24

25

Page 50

1  A. Exactly. I don't know if it's the
2  top one.
3  Q. And no one in your office has
4  communicated to you the top drug priorities?
5  MR. SPELLACY: Objection.
6  A. No.
7  Q. At any point during your tenure at
8  the office?
9  A. No.
10  MR. SPELLACY: Someone on the phone
11  is making some noise, so if you could mute your
12  phone, please. Thank you.
13  Q. As far as you know, when was the
14  first time that someone overdosed on opioids in
15  Cuyahoga County?
16  A. I don't know the answer to that
17  question.
18  Q. Do you know the first time when
19  someone overdosed on prescription opioids
20  specifically?
21  MR. SPELLACY: Objection.
22  A. I don't know the answer to that
23  question.
24  Q. When was the first time your office
25  considered filing charges in an opiate-related

```
                                                    Page 51
 1   prosecution?
 2              MR. SPELLACY:  Objection.
 3        A.    I don't know the answer to that
 4   question.  I don't know anybody who would.
 5        Q.    And when was the first time your
 6   office considered filing charges in a
 7   prescription opioid case?
 8              MR. SPELLACY:  Objection.
 9        A.    Again, all I can tell you is what I
10   have -- what my experience was since basically
11   1989, when I started doing practitioners.
12        Q.    When was the first time you filed a
13   prosecution related to prescription opioids?
14        A.    Early '90s.
15        Q.    Were prescription opioids a problem
16   in the early '90s?
17              MR. SPELLACY:  Objection.
18        A.    Absolutely.
19        Q.    And what kind of problem were they
20   posing in the 1990s in Cuyahoga County?
21        A.    When OxyContin came out, it was --
22   it was like a jailbreak.  It just exploded.
23        Q.    And when did that occur?
24        A.    The late '90s, when OxyContin first
25   went on the market.  It was unbelievable what
```

```
                                                      Page 52
 1   was happening out in the streets.
 2        Q.    Can you describe in more detail what
 3   was happening on the streets in the late '90s?
 4             MR. SPELLACY:  Objection.
 5        A.    Oh, OxyContin was just -- forget
 6   about heroin and fentanyl.  Well, fentanyl
 7   wasn't even around.  But that was the drug to
 8   get, especially, I believe, with the 80
 9   milligram.  It was going for a dollar a
10   milligram.  So one pill was going for 80 bucks,
11   and that was causing all sorts of issues.
12        Q.    And how do you know this?  What's
13   the basis?
14             MR. SPELLACY:  Objection.
15        A.    From my personal experience from
16   prosecuting those cases.
17        Q.    Would you say that OxyContin then
18   was the drug of choice in the late 1990s in
19   Cuyahoga County?
20        A.    Absolutely.
21             MR. SPELLACY:  Objection.
22        A.    And you got to understand something.
23   There is a subset of individuals out there that
24   just want the prescription drugs.  So yes, that
25   was the choice of drug for that subsection of
```