# EXHIBIT 6

*West Virginia*

# Department of Health & Human Resources

## DHHR Awards $1 Million in Ryan Brown Funding to Thomas Health

2/7/2019

The West Virginia Department of Health and Human Resources (DHHR) has awarded $1 million to Thomas Health to expand substance use disorder (SUD) residential treatment and recovery services in Clay, Fayette, Kanawha, Nicholas and Roane counties. The funding is supported by the Ryan Brown Addiction Prevention and Recovery Fund as part of a comprehensive statewide plan to combat the opioid epidemic.

The Ryan Brown Addiction Prevention and Recovery Fund mandates that DHHR identify need and allocate additional treatment beds in the state. These beds are intended to provide SUD treatment services in existing or newly constructed facilities.

"DHHR is proud to partner with organizations dedicated to fighting the opioid epidemic within communities," said DHHR Cabinet Secretary Bill J. Crouch. "Continuing the mission set forth by Governor Jim Justice, we believe this funding will provide more opportunities for citizens to achieve recovery and health."

In December 2017, DHHR awarded Ryan Brown funding to SUD programs in six regions. As a result of legislative action, Region Seven was added comprising of Clay, Fayette, Kanawha, Nicholas and Roane counties.

"This amazing grant awarded to the Addiction Healing Center at Saint Francis Hospital will allow us to reach out further to those in need of recovery to help them get back on their feet and into our workforce," stated Dan Lauffer, President and CEO of Thomas Health.

## Contact Information

Media contact: DHHRCommunications@wv.gov or (304) 558-7899