AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:17-01362; 3:17-01665

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Darren B. Cox
on *(date)* 04/03/2020 .

☑ I served the subpoena by delivering a copy to the named person as follows: By serving Darren B. Cox, personally

on *(date)* 04/03/2020 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/07/2020

*Server's signature*

Abel Emiru, Private Process Server

*Printed name and title*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:17-01362; 3-17-01665

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____Darren B. Cox_____

on *(date)* __04/03/2020__ .

☑ I served the subpoena by delivering a copy to the named individual as follows: __By serving__

__Darren B. Cox, personally__

on *(date)* __04/03/2020__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __04/07/2020__

*Server's signature*

Abel Emiru, Private Process Server
*Printed name and title*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Server's address*

Additional information regarding attempted service, etc.:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **THE CITY OF HUNTINGTON,**<br><br>     Plaintiff,<br><br>v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*<br><br>     Defendants. | **Civil Action No. 3:17-01362** |
| **CABELL COUNTY COMMISSION,**<br><br>     Plaintiff,<br><br>v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*<br><br>     Defendants. | **Civil Action No. 3:17-01665** |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 7th day of April, 2020, the foregoing **"Returns of Service of Third-Party Subpoenas on Darren Cox"** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                              */s/ Jeffrey M. Wakefield*
                              Jeffrey M. Wakefield (WVSB #3894)

1