IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 3:17-01665 |

**STIPULATION AND [PROPOSED] ORDER REGARDING PARTY DISCOVERY DISPUTES**

Plaintiffs the City of Huntington and Cabell County Commission (collectively "Plaintiffs") and Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, the "Parties") agree to the following terms and conditions of this Stipulation to be filed and approved by the Court:

1. The Parties hereby agree that the following procedures shall apply to all party discovery disputes in this matter:

1

    a. Following a good faith effort to resolve a discovery dispute with opposing counsel through at least one meet and confer, the moving party may submit a motion to Judge Wilkes.

    b. Absent an order of the Court setting an alternative schedule:

        i. Any written opposition to such motion shall be filed no later than **7 business days** after submission of the motion.

        ii. Any written reply in further support of the motion shall be filed no later than **4 business days** after submission of the written opposition to the motion.

    c. All papers shall be submitted to Judge Wilkes and served by e-mail on all counsel. Upon completion of the expedited briefing schedule set out above, the moving party shall provide hard copies of all submissions to Judge Wilkes by Overnight mail or courier.

    d. Judge Wilkes shall notify the parties if he would like argument on any motion. In such case, the moving party shall arrange for a court reporter or for any telephonic hearing to be recorded and later transcribed.

WHEREFORE, the Parties respectfully request that the Court approve this Stipulation.

Dated: April 8, 2020                              Respectfully submitted,

| *City of Huntington* <br> By Counsel: <br><br> */s/ Anne McGinness Kearse* <br> Anne McGinness Kearse (WVSB No. 12547) <br> Joseph F. Rice <br> MOTLEY RICE LLC <br> 28 Bridgeside Blvd. <br> Mount Pleasant, South Carolina 29464 <br> Tel.: (843) 216-9000 | *McKesson Corporation* <br> By Counsel: <br><br> */s/ Jeffrey M. Wakefield* <br> Jeffrey M. Wakefield (WVSB No. 3894) <br> Jason L. Holliday (WVSB No. 12749) <br> FLAHERTY SENSABAUGH BONASSO PLLC <br> P.O. Box 3843 <br> Charleston, West Virginia 25338-3843 |
|---|---|

| | |
|---|---|
| Fax: (843) 216-9450<br>akearse@motleyrice.com<br>jrice@motleyrice.com<br><br>Charles R. "Rusty" Webb (WVSB No. 4782)<br>THE WEBB LAW CENTRE, PLLC<br>716 Lee Street, East<br>Charleston, West Virginia 25301<br>Tel.: (304) 344-9322<br>Fax: (304) 344-1157<br>rusty@rustywebb.com<br><br>***Cabell County Commission***<br>By Counsel:<br><br>*/s/ Anthony J. Majestro*<br>Anthony J. Majestro (WVSB No. 5165)<br>POWELL & MAJESTRO, PLLC<br>405 Capitol Street, P-1200<br>Charleston, West Virginia 25301<br>Tel.: (304) 346-2889<br>Fax: (304) 346-2895<br>amajestro@powellmajestro.com<br><br>*/s/ Paul T. Farrell, Jr.*<br>Paul T. Farrell, Jr. (WVSB No. 7443)<br>FARRELL LAW<br>422 Ninth Street, 3rd Floor<br>Huntington, West Virginia 25701<br>Tel.: (304) 654-8281<br>paul@farrell.law<br><br>Michael A. Woelfel (WVSB No. 4106)<br>WOELFEL AND WOELFEL, LLP<br>801 Eighth Street<br>Huntington, West Virginia 25701<br>Tel.: (304) 522-6249<br>Fax: (304) 522-9282<br>mikewoelfel3@gmail.com<br><br>***Counsel for Plaintiff City of Huntington*** | Tel.: (304) 345-0200<br>jwakefield@flahertylegal.com<br>jholliday@flahertylegal.com<br><br><br>*/s/ Carol Dan Browning*<br>Carol Dan Browning<br>Stites & Harbison, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>Tel: (502) 587-3400<br>Fax: (502) 587-6391<br>cbrowning@stites.com<br><br>*/s/ Timothy C. Hester*<br>Timothy C. Hester<br>Mark H. Lynch<br>Christian J. Pistilli<br>Laura Flahive Wu<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001<br>Tel: (202) 662-5324<br>thester@cov.com<br>mlynch@cov.com<br>cpistilli@cov.com<br>lflahivewu@cov.com<br><br>***AmerisourceBergen Drug Corporation***<br>By Counsel:<br><br>*/s/ Gretchen M. Callas*<br>Gretchen M. Callas (WVSB #7136)<br>JACKSON KELLY PLLC<br>Post Office Box 553<br>Charleston, West Virginia 25322<br>Tel: (304) 340-1000<br>Fax: (304) 340-1050<br>gcallas@jacksonkelly.com<br><br>*/s/ Robert A. Nicholas*<br>Robert A. Nicholas<br>Shannon E. McClure<br>REED SMITH LLP<br>Three Logan Square<br>1717 Arch Street, Suite 3100 |

3

| | |
|---|---|
| | Philadelphia, PA 19103<br>Tel: (215) 851-8100<br>Fax: (215) 851-1420<br>rnicholas@reedsmith.com<br>smcclure@reedsmith.com<br><br>***Cardinal Health, Inc.***<br>By Counsel:<br><br>*/s/ Brian A. Glasser*<br>Brian A. Glasser (WVSB #6597)<br>Steven R. Ruby (WVSB #10752)<br>Raymond S. Franks II (WVSB #6523)<br>BAILEY GLASSER LLP<br>209 Capitol Street<br>Charleston, West Virginia 25301<br>Tel.: (304) 345-6555<br>Fax: (304) 342-1110<br>*Counsel in Cabell County action*<br><br>*/s/ Enu Mainigi*<br>Enu Mainigi<br>F. Lane Heard III<br>Ashley W. Hardin<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street NW<br>Washington, DC 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>emainigi@wc.com<br>lheard @wc.com<br>ahardin@wc.com |

**Date:**                          **STIPULATION APPROVED:**

                                                      _____
                                                      **DAVID A. FABER**
                                                      **UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of April, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*/s/Jeffrey M. Wakefield*
Jeffrey M. Wakefield