IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                    CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
    DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                    CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
    DRUG CORPORATION, et al.,
    Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2020, AmerisourceBergen Drug Corporation's Objections and Responses to Plaintiffs' Third Set of Combined Discovery Requests was sent by electronic mail to Counsel for the Plaintiffs and Defendants as follows:

mdl2804discovery@motleyrice.com;          xALLDEFENDANTS-MDL2804-Service@arnoldporter.com.

                                        */s/ Gretchen M. Callas*
                                        A.L. Emch (WVSB #1125)
                                        Gretchen M. Callas (WVSB #7136)
                                        JACKSON KELLY PLLC
                                        P. O. Box 553 Charleston, WV 25322
                                        Telephone: (304) 340-1000
                                        Email: aemch@jacksonkelly.com
                                        Email: gcallas@jacksonkelly.com