# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **THE CITY OF HUNTINGTON,** | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.* | |
| Defendants. | |
| | |
| **CABELL COUNTY COMMISSION,** | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.* | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this the 9th day of April, 2020, the foregoing **McKesson Corporation's Amended Notice of Service of Third-Party Subpoena** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)