AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:17-01362; 3:17-01665

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Cabell County Drug Court
on *(date)* 04/08/2020.

☑ I served the subpoena by delivering a copy to the named individual as follows: Matt Meadows, Cabell County Drug Court, 750 Fifth Avenue, Huntington, WV 25701
on *(date)* 04/09/2020; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/09/2020

*Server's signature*

J.F. Pauley, Private Investigator
*Printed name and title*

P.O. Box 6222
Charleston, WV 25362-6222
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:17-01362; 3:17-01665

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Cabell County Drug Court on *(date)* 04/08/2020.

☑ I served the subpoena by delivering a copy to the named person as follows: Matt Meadows, Cabell County Drug Court, 750 Fifth Avenue, Huntington, WV 25701 on *(date)* 04/09/2020 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/09/2020

*Server's signature*

J.F. Pauley, Private Investigator
*Printed name and title*

P.O. Box 6222
Charleston, WV 25362-6222
*Server's address*

Additional information regarding attempted service, etc.:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, <br><br>    Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br>    Defendants. <br> _____ <br><br> CABELL COUNTY COMMISSION, <br><br>    Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br>    Defendants. | Civil Action No. 3:17-01362 <br><br><br><br><br><br><br><br><br> Civil Action No. 3:17-01665 |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 9th day of April, 2020, the foregoing **"Returns of Service of Third-Party Subpoenas on Cabell County Drug Court"** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

> */s/ Jeffrey M. Wakefield*
> Jeffrey M. Wakefield (WVSB #3894)

1