**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

THE CITY OF HUNTINGTON,

      Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

       Defendants.

_____

CABELL COUNTY COMMISSION,

      Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

       Defendants.

Civil Action No. 3:17-01362

Civil Action No. 3:17-01665

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
TO COMPEL DEFENDANTS' COMMUNICATIONS WITH THE DEA (Dkt. No. 269)**

Plaintiffs have filed a Motion to Compel Defendants' Communications with the DEA,

seeking an order requiring Defendants to produce "all correspondence with DEA related to the

approval or request for approval of Defendants' [suspicious order monitoring systems] from

1980 to present." Dkt. No. 269 at 5. Five months ago, Defendants offered to conduct a

reasonable search for communications they had with DEA on the subject of suspicious order

monitoring dating back to 1996, more than 20 years before Plaintiffs filed suit. Ex. 1

(Defendants' Submission re: Temporal Scope of Track 2 Discovery, Nov. 5, 2019). Plaintiffs

did not need to file a motion to obtain that relief; they only needed to accept Defendants' offer.

Plaintiffs' motion now extends the time period for which these documents are requested all the way back to 1980.  A request for documents stretching back 40 years makes no sense, even for this limited category of documents, and Plaintiffs have made no showing to justify a search reaching this far back in time.  Notwithstanding that Plaintiffs made this request in an improper and needless motion to the Court, Defendants will conduct a reasonable search for and produce any communications with DEA related to the approval or request for approval of Defendants' SOM systems they are able to locate for that time period as well.  Accordingly, Defendants respectfully suggest that Plaintiffs' Motion be denied as moot.

In agreeing to make this production, Defendants do not waive and expressly preserve all arguments that the appropriate time period for discovery in this litigation does not span 40 years.[1]

Dated: April 9, 2020

Respectfully Submitted,

*/s/ Steven R. Ruby*
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
bglasser@baileyglasser.com
sruby@baileyglasser.com
rfranks@baileyglasser.com
**Counsel for Cardinal Health, Inc. in Cabell County action**

---

[1] Plaintiffs have disclaimed past and future damages.  They assert that they are seeking only prospective "abatement" of an ongoing nuisance.  As set forth in Distributors' briefing on statute of limitations grounds, Dkt. No. 240, Plaintiffs may recover, whether damages or equitable relief, only for conduct occurring within the statutory period, or back to January 2016, at the latest.  Evidence from 36 years prior to that relevant time period is not relevant to Plaintiffs' claims.  It certainly is not relevant to Plaintiffs' ability to establish an ongoing nuisance in 2020, which they seek to "abate."

*/s/ David R. Pogue*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone:  (304)  345-1234
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
**Counsel for Cardinal Health, Inc. in The City of Huntington action**

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
**Counsel for Cardinal Health, Inc.**

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
Jason L. Holliday (WVSB #12749)
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
jwakefield@flahertylegal.com
jholliday@flahertylegal.com

*/s/ Timothy C. Hester*
Timothy C. Hester
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
thester@cov.com
mlynch@cov.com

cpistilli@cov.com
lflahivewu@cov.com
***Counsel for McKesson Corporation***


*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
***AmerisourceBergen Drug Corporation***

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel hereby certifies that on this 9th day of April, the foregoing **"DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' COMMUNICATIONS WITH THE DEA (Dkt. No. 269)"** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                    */s/ Steven R. Ruby*
                                    Steven R. Ruby