**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| CITY OF HUNTINGTON; | **:** | |
| CABELL COUNTY COMMISSION, | | |
| | **:** | **Civil Action No. 3:17-01362** |
| Plaintiffs, | | **Civil Action No. 3:17-01665** |
| | **:** | *(Consolidated)* |
| v. | | |
| | **:** | |
| | | |
| AMERISOURCEBERGEN DRUG | **:** | |
| CORPORATION, *et al.,* | | |
| | **:** | |
| Defendants. | | |
| | **:** | |

**CABELL HUNTINGTON HOSPITAL'S**
**PETITION AND MOTION TO QUASH SUBPOENA**

Cabell Huntington Hospital ("Cabell"), a non-party to this litigation, respectfully submits to the Court its *Petition and Motion to Quash the Subpoena of AmerisourceBergen Drug Corporation* ("AmerisourceBergen") pursuant to Fed. R. Civ. P. 45(d)(3)(A)(i) because it fails to allow a reasonable time for Cabell to comply with said Subpoena. AmerisourceBergen's Subpoena to Produce Documents, Information or Objects is attached hereto as *Exhibit A*. Cabell submits its *Memorandum of Law in Support of its Petition and Motion to Quash Subpoena* contemporaneous herewith and respectfully reserves its right to supplement this Petition and Motion as investigation continues.

Wherefore, non-party Cabell Huntington Hospital respectfully requests that such Petition and Motion be granted as well as requests any and all such further relief as the court deems fair and equitable under the present circumstances.

Respectfully submitted,

CABELL HUNTINGTON HOSPITAL, INC.


/s/  Ryan Q. Ashworth_____
 Of Counsel


Thomas L. Craig, Esquire (WV 859)
Ryan Q. Ashworth, Esquire (WV 10451)
BAILES, CRAIG, YON & SELLARDS, PLLC
Post Office Box 1926
Huntington, West Virginia 25720-1926
(304) 697-4700 - Telephone
(304) 697-4714 – Facsimile
tlc@bcyon.com
rqa@bcyon.com

**Counsel Cabell Huntington Hospital, Inc.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

CITY OF HUNTINGTON;                    :
CABELL COUNTY COMMISSION,
                                       :        Civil Action No. 3:17-01362
              Plaintiffs,                       Civil Action No. 3:17-01665
                                       :        *(Consolidated)*
v.
                                       :

AMERISOURCEBERGEN DRUG                 :
CORPORATION, *et al.,*
                                       :
              Defendants.
                                       :

### CERTIFICATE OF SERVICE

The undersigned, counsel for Cabell Huntington Hospital, Inc., do hereby certify

that the foregoing **"CABELL HUNTINGTON HOSPITAL'S PETITION AND MOTION**

**TO QUASH SUBPOENA"** has this _9_ th day of April, been duly served upon counsel of record

by electronic transmission.


/s/   *Ryan Q. Ashworth*
Thomas L. Craig, Esquire (WV 859)
Ryan Q. Ashworth, Esquire (WV 10451)
BAILES, CRAIG, YON & SELLARDS, PLLC
401 Tenth Street, Suite 500
Post Office Box 1926
Huntington, West Virginia 25720-1926
(304) 697-4700 (telephone)
(304) 697-4714 (facsimile)
tlc@bcyon.com
rqa@bcyon.com
*Counsel for Cabell Huntington Hospital, Inc.*