IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

       Plaintiff,

v.                                   Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.
_____

CABELL COUNTY COMMISSION,

       Plaintiff,

v.                                   Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 9, 2020, Cardinal Health, Inc.'s First Set of Requests for Admission to City of Huntington were sent by electronic mail to Counsel for the Plaintiffs and Defendants as follows:      mdl2804discovery@motleyrice.com; xALLDEFENDANTS-MDL2804-Service@arnoldporter.com.

*/s/ Michael W. Carey*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone:  (304)  345-1234
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
**Counsel for Cardinal Health, Inc. in The City of Huntington action**

/s/ Steven R. Ruby
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752) Raymond
S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
bglasser@baileyglasser.com
sruby@baileyglasser.com
rfranks@baileyglasser.com
*Counsel for Cardinal Health, Inc. in Cabell County action*

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
*Counsel for Cardinal Health, Inc.*