# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                                    CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
    DRUG CORPORATION, et al.,
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                                    CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
    DRUG CORPORATION, et al.,
    Defendants.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 9, 2020, AmerisourceBergen Drug Corporation's First Set of Requests for Admission to Cabell County were sent by electronic mail to Counsel for the Plaintiffs and Defendants as follows: mdl2804discovery@motleyrice.com; xALLDEFENDANTS-MDL2804-MDL2804-Service@arnoldporter.com.

                                                   */s/ Gretchen M. Callas*
                                                   Gretchen M. Callas
                                                   JACKSON KELLY PLLC
                                                   P.O. Box 553
                                                   Charleston, WV 25322
                                                   (304) 340-1000
                                                   gcallas@jacksonkelly.com

                                                   Robert A. Nicholas
                                                   Shannon E. McClure
                                                   Three Logan Square
                                                   1717 Arch Street, Suite 3100
                                                   Philadelphia, PA 19103
                                                   rnicholas@reedsmith.com
                                                   smcclure@reedsmith.com