# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                                      CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
    DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                                      CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
    DRUG CORPORATION, et al.,
    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, AmerisourceBergen Drug Corporation's First Set of Requests for Admission to City of Huntington were sent by electronic mail to Counsel for the Plaintiffs and Defendants as follows: mdl2804discovery@motleyrice.com;

xALLDEFENDANTS-MDL2804-MDL2804-Service@arnoldporter.com.

                                               */s/ Gretchen M. Callas*
                                               Gretchen M. Callas
                                               JACKSON KELLY PLLC
                                               P.O. Box 553
                                               Charleston, WV 25322
                                               (304) 340-1000
                                               gcallas@jacksonkelly.com

                                               Robert A. Nicholas
                                               Shannon E. McClure
                                               Three Logan Square
                                               1717 Arch Street, Suite 3100
                                               Philadelphia, PA 19103
                                               rnicholas@reedsmith.com
                                               smcclure@reedsmith.com