## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                      **Civil Action No. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                        **Civil Action No. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    **Defendants.**

## AMERISOURCEBERGEN DRUG CORPORATION'S
## NOTICE OF SERVICE OF THIRD-PARTY SUBPOENAS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), AmerisourceBergen Drug Corporation will serve subpoenas commanding the production of documents on:

    1.    St. Mary's Medical Center, Inc.;

    2.    Marshall Health; and

    3.    Marshall University.

Accompanying this Notice, please find a copy of the aforementioned subpoenas, together

with their respective Attachments.

Dated: April 10, 2020

Respectfully submitted,

***AmerisourceBergen Drug Corporation***

By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

      **Plaintiff,**

**v.**                                **Civil Action No. 3:17-01362**

**AMERISOURCEBERGEN DRUG
CORPORATION,** *et al.*

      **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

      **Plaintiff,**

**v.**                                **Civil Action No. 3:17-01665**

**AMERISOURCEBERGEN DRUG
CORPORATION,** *et al.*

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 10th day of April, 2020, the foregoing ***AmerisourceBergen Drug Corporation's Notice of Service of Third-Party Subpoenas*** was served upon counsel of record electronically.

                                         */s/ Gretchen M. Callas*
                                         Gretchen M. Callas (WVSB #7136)