# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **THE CITY OF HUNTINGTON,**<br><br>     Plaintiff,<br><br>v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*<br><br>     Defendants. | Civil Action No. 3:17-01362 |
| **CABELL COUNTY COMMISSION,**<br><br>     Plaintiff,<br><br>v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*<br><br>     Defendants. | Civil Action No. 3:17-01665 |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this the 13th day of April, 2020, the foregoing "**MCKESSON CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' THIRD SET OF COMBINED DISCOVERY REQUESTS**" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)