```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                             CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                             CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

## ORDER

Pending before the court is plaintiffs' motion to file their motion to compel under seal. (ECF No. 322). For good cause shown, that motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel of record and Special Master Wilkes.

**IT IS SO ORDERED** this 15th day of April, 2020.

                          ENTER:

                          */s/ David A. Faber*
                          David A. Faber
                          Senior United States District Judge