# **EXHIBIT B**

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**

President Judge Administrative Order
No. 29 of 2020
In re:  Civil litigation during the Covid-19 crisis

**ORDER**

**AND NOW**, this 8th day of April, 2020 whereas Pennsylvania courts are physically closed to the public due to the health crisis created by COVID-19, much can be done to advance civil litigation in a safe manner consistent with appropriate social distancing practices.  During the period of the Judicial Emergency declared by the Supreme Court of Pennsylvania, and consistent with the Supreme Court's Supplemental Order issued April 1, 2020 (Nos. 531 and 532 Judicial Administration docket), the Court hereby **DIRECTS** as follows:

1. The electronic filing system is open for the filing and docketing of all legal papers.

2. To the extent practicable parties shall engage in discovery consistent with governing scheduling orders.  This includes all forms of discovery practice including depositions.  No party shall use the current health crisis for advantage in the discovery process.

3. To the extent practicable, depositions should be conducted remotely through telephone, videoconference, or similar technology.  Court reporters need not be present in the same location as witnesses and/or counsel, consistent with Governor Wolf's Order dated March 21, 2020.

   Depositions of and required appearances for doctors, nurses, or other healthcare professionals who are substantially involved in responding to the COVID-19 public health emergency are suspended.

> **BY THE COURT:**
> /s/ *Idee C. Fox*
> _____
> **Idee C. Fox, President Judge**
> **Court of Common Pleas and**
> **Chair Administrative Governing Board**
> **First Judicial District**