# **EXHIBIT E**



# Supreme Court of Appeals
# State of West Virginia



Administrative Office
1900 Kanawha Blvd., East
Bldg. 1, Room, E-316
Charleston, West Virginia 25305
(304) 340-2305 Jennifer Bundy
(304) 340-2306 April Harless
(304) 558-1212 FAX
Web Site: www.courtswv.gov
Facebook: wvjudiciary
Twitter: WVcourts
SmugMug: https://wvcourts.smugmug.com
Email: Jennifer.Bundy@courtwv.gov
Email: April.Harless@courtswv.gov

## Supreme Court to Hear Arguments Remotely

For immediate release Wednesday, April 8, 2020

CHARLESTON, W.Va.  – The Supreme Court of Appeals of West Virginia will proceed with the Spring Oral Argument Docket next week and hear select oral arguments using remote technology on Tuesday, April 14.

The Court is hearing only cases in time-sensitive abuse and neglect and criminal matters.  Other cases are being rescheduled.

"The health of our fellow West Virginians is a top priority at this challenging time. The Supreme Court is joining courts throughout our state in holding time-sensitive hearings by telephone and video technology," said Chief Justice Tim Armstead.

Arguments will be webcast, as usual, on YouTube using a link on the West Virginia Judiciary website: www.courtswv.gov.

Justices and attorneys will participate remotely.

The docket is available on the Calendar and Docket section of the West Virginia Judiciary website: http://www.courtswv.gov/supreme-court/calendar/2020/Dockets/apr-14-20ad.html.

##