# **EXHIBIT F**

| |
|---|
| Services for News Media |
| Press Releases |
| Media Advisories |
| Press Credentials |
| Speeches |
| A Reporter's Guide to Applications |
| Chief Justice's Year-End Reports on the Federal Judiciary |

<u>For Immediate Release</u>   For Further Information Contact:
April 13, 2020   Kathleen Arberg (202) 479-3211

The Court will hear oral arguments by telephone conference on May 4, 5, 6, 11, 12 and 13 in a limited number of previously postponed cases. The following cases will be assigned argument dates after the Clerk's Office has confirmed the availability of counsel:

18-9526, *McGirt v. Oklahoma*
19-46, *United States Patent and Trademark Office v. Booking.com B.V.*
19-177, *Agency for International Development v. Alliance for Open Society International, Inc.*
19-267, *Our Lady of Guadalupe School v. Morrissey-Berru*, and 19-348, *St. James School v. Biel*
19-431, *Little Sisters of the Poor Saints Peter and Paul Home v. Pennsylvania*, and 19-454, *Trump v. Pennsylvania*
19-465, *Chiafalo v. Washington*
19-518, *Colorado Department of State v. Baca*
19-631, *Barr v. American Association of Political Consultants, Inc.*
19-635, *Trump v. Vance*
19-715, *Trump v. Mazars USA, LLP*, and 19-760, *Trump v. Deutsche Bank AG*

In keeping with public health guidance in response to COVID-19, the Justices and counsel will all participate remotely. The Court anticipates providing a live audio feed of these arguments to news media. Details will be shared as they become available.

The Court Building remains open for official business, but most Court personnel are teleworking. The Court Building remains closed to the public until further notice.