

Tina M Tabacchi
Log out

# Thank You for Your Payment



Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status click here

Your transaction has been processed successfully. Please print this page for your records.
An email receipt has also been sent to tmtabacchi@jonesday.com

## Payment Information

| Item | Qty | Unit Price | Total Price |
| --- | --- | --- | --- |
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |

**Payment Total: $ 358.00**

Date: April 17th, 2020 2:06 PM
Transaction #: 62311225092

## PHV Case Information

| | |
| --- | --- |
| Civil Action Number | 3:17-cv-01362 |
| Email | tmtabacchi@jonesday.com |

## Billing Name and Address

Shirlethia V Franklin

1327 Childress Street NE
Washington, DC 20002

## Your Email

tmtabacchi@jonesday.com

## Credit Card Information

Amex

***********2000

Expires: October 2024

---

All Contents Copyright © 2020, The WV State Bar. All Rights Reserved.

The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231

Toll Free: 866-989-8227| Phone: 304-553-7220

[Click here for assistance if you are having technical difficulties or have questions.](#)