IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                                Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.
_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                                Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

## NOTICE OF INTENT TO SERVE SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Cardinal Health, Inc., by and through undersigned counsel, will cause the attached subpoena to be duly served on Michael Goff, Executive Director of the West Virginia Board of Pharmacy, as soon as practicable. Accompanying this Notice, please find a copy of the aforementioned subpoena, together with Attachment A.

Dated this 17th day April, 2020.

                                                                     /s/ David R. Pogue
                                                      Michael W. Carey (WVSB No. 635)
                                                      David R. Pogue (WWVSB No. 10806)
                                                      Carey, Scott, Douglas & Kessler, PLLC
                                                      901 Chase Tower, 707 Virginia Street, East
                                                      P.O. Box 913
                                                      Charleston, WV 25323
                                                      Telephone: (304) 345-1234
                                                      drpogue@csdlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

       Plaintiff,

v.                                       Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.
_____

CABELL COUNTY COMMISSION,

       Plaintiff,

v.                                         Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 17th day of April, 2020, the foregoing "Notice of Intent to Serve Subpoena" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                        /s/ David R. Pogue
                                                    David R. Pogue (WVSB No. 10806)