UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,
WEST VIRGINIA,** *et al.,*

    **Plaintiffs,**

v.                                                                                  **Civil Action No. 3:17-cv-01362**
                                                                         **Hon. David A. Faber**

**AMERISOURCEBERGEN DRUG
CORPORATION,** *et al.,*

    **Defendants,**

## CERTIFICATE OF SERVICE

I, Webster J. Arceneaux, III, certify that, on April 17, 2020, I caused the foregoing **RITE AID OF WEST VIRGINIA, INC.'S RESPONSES AND OBJECTIONS TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to be served on counsel of record for plaintiffs and defendants via e-mail at the following addresses:

    For Plaintiffs:        mdl2804discovery@motleyrice.com

    For Defendants:     xALLDEFENDANTS-MDL2804-Service@arnoldporter.com

                                                      */s/ Webster J. Arceneaux, III*
                                                        Webster J. Arceneaux, III