**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

**CITY OF HUNTINGTON, WEST**
**VIRGINIA,**

       **Plaintiff,**

**v.**                         **CASE NO. 3:17-cv-01362**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

       **Defendants,**
_____

**CABELL COUNTY COMMISSION,**

       **Plaintiff,**

**v.**                         **CASE NO. 3:17-cv-01665**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

       **Defendants,**
_____

**<u>CERTIFICATE OF SERVICE</u>**

      I, Ronda L. Harvey, hereby certify that certify that, on April 17, 2020, I served **Kroger Limited Partnership I's Objections to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated April 7, 2020**, to be served on counsel of record for plaintiffs and defendants via e-mail at the following addresses:

      For Plaintiffs:       mdl2804discovery@motleyrice.com

      For Defendants:     xALLDEFENDANTS-MDL2804-Service@arnoldporter.com

                                 */s/ Ronda L. Harvey*
                                 Ronda L. Harvey (WV State Bar #6326)

7
