# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.

AMERISOURCEBERGEN DRUG CORPORATION, et al.,

    Defendants.

CASE NO. 3:17-cv-01362
Hon. David A. Faber

CABELL COUNTY COMMISSION,

    Plaintiff,

v.

AMERISOURCEBERGEN DRUG CORPORATION, et al.,

    Defendants.

CASE NO. 3:17-cv-01665
Hon. David A. Faber

## CERTIFICATE OF SERVICE

I, Neva G. Lusk, certify that, on April 17, 2020, I caused Walmart Inc.'s Objections to the Subpoena Served by Plaintiffs City of Huntington and Cabell County Commission to be served via electronic mail on counsel of record in this case via the following list serves:

xALLDEFENDANTS-MDL2804-Service@arnoldporter.com and

mdl2804discovery@motleyrice.com.

                                  /s/ *Neva G. Lusk*
                                  Neva G. Lusk

                                  *Counsel for Walmart Inc.*