# EXHIBIT 1

**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Laura Flahive Wu

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5982
lflahivewu@cov.com

**Via Electronic Mail**                                                                                   March 27, 2020

Anne McGinness Kearse
Temitope O. Leyimu
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

Paul Farrell
Farrell Law
422 Ninth Street, 3rd Floor
Huntington, WV 25701

Brandon Bogle
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 South Baylen Street
Pensacola, FL 32502

All Plaintiffs' Counsel
mdl2804discovery@motleyrice.com
ct2_opioid_team-ml@mail-list.com

      Re:  **Request for Complete Custodial and Departmental File Production Dates for Priority Deponents**

Dear Counsel:

      Thank you for your recent updates regarding the status of your productions of custodial files.  This letter seeks some additional information regarding those productions, as well as about productions of departmental files, for certain priority deponents of Defendants.  We will need complete productions of both custodial and departmental files to be ready for depositions.

      We fully acknowledge that the ongoing COVID-19 pandemic will make it difficult to move forward with depositions in the near future.  However, we still face a compressed case schedule that the Court provided in the March 5, 2020 status conference, with written document discovery closing on April 30, 2020 and fact discovery closing on June 15, 2020.  In an effort to move the process forward efficiently, we set forth below certain priority deponents and request additional information on document productions relevant to them.

**COVINGTON**

Anne McGinness Kearse
Temitope O. Leyimu
Paul Farrell
Brandon Bogle
March 27, 2020
Page 2

### Cabell County

1. Charles "Chuck" Zerkle, Jr. – Sheriff, Cabell County Sheriff's Office
2. Doug Adams – Chief Deputy, Cabell County Sheriff's Office
3. Gordon Merry III – Director, Cabell County Emergency Medical Services

Cabell County's March 21, 2020 letter states that the productions of custodial files for Mr. Zerkle, Mr. Adams, and Mr. Merry are partially complete. Please let us know when these custodial files will be produced in their entirety. Also, we have received some departmental files from the Sheriff's Office and from Cabell County EMS, but please let us know when you will complete production of departmental files relating to Mr. Zerkle and Mr. Adams's activities within the Cabell County Sheriff's Office and Mr. Merry's duties within Cabell County EMS.

4. Tom McComas – Former Sheriff, Cabell County Sheriff's Office
5. Kim Wolfe – Former Sheriff, Cabell County Sheriff's Office; Former Mayor, Huntington

According to Cabell County's March 21, 2020 letter, it has been unable to locate custodial files for former Sheriffs Tom McComas and Kim Wolfe. The letter does indicate, however, that custodial files are available for the current sheriff, Mr. Zerkle. Please explain the reason for this discrepancy, such as whether sheriffs before Mr. Zerkle did not maintain documents or there has been a change in how files are kept by the Sheriff's Office. Please also explain how Cabell County searched for Mr. McComas's and Mr. Wolfe's custodial files, and whether there is another party that might have more information about where their files can be found. Finally, as noted above, we have received some departmental files from the Sheriff's Office, but please let us know when you will complete production of departmental files relating to Mr. McComas's and Mr. Wolfe's activities within the Sheriff's Office.

6. Doug Ferguson – Former Chief Deputy, Cabell County Sheriff's Office

The Cabell County Commission's March 21, 2020 letter states that the production of Mr. Ferguson's custodial file is "substantially complete." As of this writing, however, only 21 documents have been produced from his custodial files, comprising newsletters and other immaterial correspondence.[1] Please take meaningful steps to correctly identify, collect, and produce *all* relevant materials in Mr. Ferguson's custodial file or explain in detail why no other custodial materials can be produced.

---

[1] Mr. Ferguson's 21 custodial files can be found in Volume 4 of the Cabell County Sheriff's production issued on March 9, 2020 (CCWVPD_0001875 - CCWVPD_0001960).

COVINGTON

Anne McGinness Kearse
Temitope O. Leyimu
Paul Farrell
Brandon Bogle
March 27, 2020
Page 3

    Please also let us know when to expect supplemental productions of Mr. Ferguson's custodial file and when his custodial file will be produced in its entirety.[2] Finally, although we have received some departmental files from the Sheriff's Office, please let us know when you will complete production of departmental files relating to Mr. Ferguson's activities within the Sheriff's Office.

7. <u>Nancy Cartmill – Cabell County Commissioner</u>

    The Cabell County Commission's March 21, 2020 letter states that the production of Ms. Cartmill's custodial file is "substantially complete." Ms. Cartmill has served as a Cabell County Commissioner from 2006 to the present, but as of this writing, only 253 documents have been produced from her custodial files, comprising newsletters and other immaterial correspondence.[3] Please take meaningful steps to correctly identify, collect, and produce *all* relevant materials in Ms. Cartmill's custodial file or explain in detail why no other custodial materials can be produced. Please also let us know when to expect supplemental productions of Ms. Cartmill's custodial file and when her custodial file will be produced in its entirety. Finally, please let us know when you will complete production of departmental files relating to the Cabell County Commission.

8. <u>Bob Bailey – Former Cabell County Commissioner</u>

    The Cabell County Commission's March 21, 2020 letter states that the production of Mr. Bailey's custodial file is "substantially complete." Mr. Bailey served as a Cabell County Commissioner from 1994 to 2008, but as of this writing, only 582 documents have been produced from his custodial files, comprising newsletters and other immaterial correspondence.[4] Please take meaningful steps to correctly identify, collect, and produce *all* relevant materials in Mr. Bailey's custodial file or explain in detail why no other custodial materials can be produced. Please also let us know when to expect supplemental productions of Mr. Bailey's custodial file and when his

---

[2] Certain employees of the Cabell County Prosecuting Attorney's Office are also priority deponents of Defendants, but we understand from Cabell County's correspondence that motion practice will be required before documents from that office will be produced.

[3] Ms. Cartmill's custodial files can be found at CCCOMM_0001214 - CCCOMM_0001374; CCCOMM_0025290 - CCCOMM_0025547; CCCOMM_0030710 - CCCOMM_0031053; and CCCOMM_0037598 - CCCOMM_0037877.

[4] Mr. Bailey's custodial files can be found at CCCOMM_0001180 - CCCOMM_0001211; CCCOMM_0005456 - CCCOMM_0006672; CCCOMM_0022496 - CCCOMM_0022682; CCCOMM_0024934 - CCCOMM_0025282; CCCOMM_0030622 - CCCOMM_0030707; CCCOMM_0037278 - CCCOMM_0037593; and CCCOMM_0046939 - CCCOMM_0046964.

**COVINGTON**

Anne McGinness Kearse
Temitope O. Leyimu
Paul Farrell
Brandon Bogle
March 27, 2020
Page 4

custodial file will be produced in its entirety.  Finally, please let us know when you will complete production of departmental files relating to the Cabell County Commission.

## City of Huntington

1. Hank Dial – Chief, Huntington Police Department
2. Rocky Johnson – Captain, Huntington Police Department
3. Paul Hunter – Sergeant, Huntington Police Department; Drug and Violent Crimes Task Force

Huntington's March 23, 2020 letter states that the productions of custodial files for Mr. Dial, Mr. Johnson, and Mr. Hunter are partially complete and will be completed by the end of the week.  In addition to completing their custodial files, we also expect Plaintiffs to produce relevant departmental files relating to the activities of Mr. Dial, Mr. Johnson, and Mr. Hunter within the Huntington Police Department and, in Mr. Hunter's case, the Huntington Drug and Violent Crimes Task Force.

4. Skip Holbrook – Former Chief, Huntington Police Department

According to Huntington's March 23, 2020 letter, the production of Mr. Holbrook's custodial file is substantially complete.  As a senior local law enforcement official, there are likely departmental files, including emails and other materials, relating to Mr. Holbrook's activities at the Huntington Police Department. To that end, in Mr. Holbrook's custodial file or explain in detail why no other custodial materials can be produced.  While we have received some departmental files from the Huntington Police Department, please take meaningful steps to identify, collect, and provide materials concerning Mr. Holbrook and let us know when you will complete production of them.

5. Jan Rader – Chief, Huntington Fire Department
6. Ray Canafax – Deputy Chief, Huntington Fire Department

The productions of Ms. Rader and Mr. Canafax's custodial files are listed as "substantially complete" in Huntington's March 23, 2020 letter.  Given Ms. Rader's and Mr. Canafax's extensive careers and their role as senior local government officials, there are likely to be departmental files, including emails and other materials, relating to their activities within the Huntington Fire Department.  To date, Defendants have not received any departmental files from the Huntington Fire Department.  We ask that Plaintiffs make every effort to search for, identify, and provide departmental files relating to the duties of Ms. Rader and Mr. Canafax, and let us know when you will produce them.

COVINGTON

Anne McGinness Kearse
Temitope O. Leyimu
Paul Farrell
Brandon Bogle
March 27, 2020
Page 5

7. <u>Carl Eastham – Former Chief, Huntington Fire Department</u>

Huntington's March 23, 2020 letter states, without explanation, that it was "unable to locate" a custodial file for Mr. Eastham, a former chief of the Huntington Fire Department. However, a custodial file is available for Ms. Rader, the current Chief of the Huntington Fire Department. Please explain this discrepancy, including whether chiefs before Ms. Rader did not maintain documents or if there have been changes to how files are kept at the Fire Department. Please also explain how the Huntington searched for Mr. Eastham's custodial file and whether another party may have information about where his files can be found. Finally, please let us know when you will complete production of departmental files relating to Mr. Eastham's activities at the Huntington Fire Department.

9. <u>Steve Williams – Mayor, Huntington</u>

Huntington's March 23, 2020 letter states that the production of custodial files for Mr. Williams is partially complete and will be completed by the end of the week. In addition to completing his custodial files, we also expect Plaintiffs to produce relevant departmental files related to Mr. Williams' activities within the Mayor's Office.

10. <u>Kim Wolfe – Former Sheriff, Cabell County Sheriff's Office; Former Mayor, Huntington</u>

In addition to his role as a former Cabell County Sheriff, Mr. Wolfe is the former Mayor of Huntington and an agreed-upon Huntington custodian. According to Huntington's March 23, 2020 letter, Mr. Wolfe's Huntington custodial file is substantially complete, but, as of this writing, only 4 documents have been produced from his Huntington custodial file.[5] Please take meaningful steps to correctly identify, collect, and produce *all* relevant materials in Mr. Wolfe's custodial file or explain in detail why no other custodial materials can be produced. Please also let us know when to expect supplemental productions of Mr. Wolfe custodial file and when his custodial file will be produced in its entirety. Finally, please let us know when you will complete production of departmental files relating to Mr. Wolfe's activities within the Mayor's Office.

11. <u>Deron Runyon – Former Huntington Finance Director</u>

Huntington's March 23, 2020 letter states that the production of custodial files for Mr. Runyon is partially complete and will be completed by the end of the week. In addition to completing his custodial files, we also expect Plaintiffs to produce

---

[5] Mr. Wolfe's custodial files can be found at HUNT_00639181 - HUNT_00639199.

**COVINGTON**

Anne McGinness Kearse
Temitope O. Leyimu
Paul Farrell
Brandon Bogle
March 27, 2020
Page 6

relevant departmental files related to Mr. Runyon's activities within the Finance Division.  Please let us know when you will complete production of departmental files relating to Mr. Runyon's activities within the Finance Division.

12. <u>Pamela Chandler – Former Huntington Finance Director</u>

The productions of Ms. Chandler's custodial files are listed as "substantially complete" in Huntington's March 23, 2020 letter.  As with Mr. Deron Runyon, in addition to completing Ms. Chandler's custodial files, we also expect Plaintiffs to produce relevant departmental files related to Ms. Chandler's activities within the Finance Division.  Please let us know when you will complete this production.

13. <u>Darla Bentley – Former Huntington Budget Director</u>

The productions of Ms. Bentley's custodial files are listed as "substantially complete" in Huntington's March 23, 2020 letter.  In addition to completing Ms. Darla Bentley's custodial files, we also expect Plaintiffs to produce relevant departmental files related to Ms. Chandler's activities.  Please let us know when you will complete this production.

Given the pressing discovery deadlines, we would appreciate and look forward to your prompt response.

Sincerely,

*/s/ Laura Flahive Wu*

Laura Flahive Wu



KIMBERLY LAMBERT ADAMS
KATHRYN L. AVILA
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
W. TROY BOUK
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
JEFF GADDY
RACHAEL R. GILMER
BRENTON J. GOODMAN
JOSHUA R. HARRIS

FREDRIC G. LEVIN
MARTIN H. LEVIN
D. PATRICK LEWIS
(LICENSED ONLY IN WASHINGTON, D.C.)
ROBERT M. LOEHR
STEPHEN A. LUONGO
M. JUSTIN LUSKO
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN

MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS
MADELINE E. PENDLEY
A. RENEE PRESTON
ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
THOMAS A. TAYLOR
REBECCA K. TIMMONS
BRETT VIGODSKY

OF COUNSEL:
WILLIAM F. CASH III
LAURA S. DUNNING
(LICENSED ONLY IN ALABAMA)
BEN W. GORDON, JR.
ARCHIE C. LAMB, JR.
PAGE A. POERSCHKE
(LICENSED ONLY IN ALABAMA)
CHRISTOPHER V. TISI
(LICENSED ONLY IN WASHINGTON, D.C. AND MARYLAND)

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

March 21, 2020

*Via Electronic Mail*

Steven J. Boranian
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659

**RE: In Re National Prescription Opiate Litigation, No. 17-md-2804** *Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*, Case No. 1:17-op-45053 (S.D. W. Va.)

Steven,

I write in response to your March 6th and March 19th letters.

First, I can confirm that Cabell County is collecting custodial files, where available, for the 48 unique custodians outlined in your letter.[1]  However, we do note that you have misspelled the name of three custodians on your list.  JR Van Ottingham should be JR Vanootegham.  Additionally, Dan Ennix is actually Dale Enochs.  Also, Chuck Zirkle, Jr. should be Chuck Zerkle, Jr.  With those clarifications, we have agreed to collect custodial files for those listed individuals to the extent custodial files are available for collection.

Second, as we have indicated on multiple prior occasions, we object to the collection or production of custodial files for the custodians you have requested from the Prosecutor's Office.  Our position will not change on those custodians.

Third, while we were initially permitted to collect some documents for some Cabell-Huntington Health Department custodians, the Cabell-Huntington Health Department has since made it clear we are no longer authorized to make further collections or productions of their

---

[1] We believe the proper number of custodians is 48, rather than the 50 custodians you reference because Dan Marcum appears on your list twice and Joe and Joseph Whitt is the same person.

documents. As noted previously, you should direct any additional document requests to Cabell-Huntington Health Department directly.

Fourth, I write to provide the following production status updates for various Cabell County custodians. Consistent with Rule 34, to the extent their data is within Cabell County's possession, custody, or control, production for the following custodians is substantially complete:

    Bailey, Bob
    Bates, Betty
    Bates, Clayton
    Blankenship, Margy
    Cartmill, Nancy
    Cole, Ryan
    Cox, Larresca
    Davis, Mike
    Davis, Sandy
    Enochs, Dale
    Ferguson, Doug
    Frye, Suzanne
    Hood, Jeff
    Marcum, Dan
    McComas, Natalie
    McComas, Tracey
    McCoy, Janet
    Morgan, Jim
    Murray, Stephen
    Priddy, Connie
    Ross-Woodrum, Rose
    Saunders, April
    Shoemaker, Greg
    Smith, Phyllis
    Sobonya, Kelli
    Tatum, Chris
    Tatum, Mike
    Vanooteghem, J.R.
    Vititoe, Steve
    Webb, Brenda
    Whitt, Joe
    Yon, Ann

Production for the following custodians is partially complete:

Adams, Doug
Allen, Faye
Childers, Samantha
Johnson, Irv
Merry, Gordon
Thompson, Beth
Wright, David
Zerkle, Chuck

Finally, for the following custodians, despite a diligent search, Cabell County has been unable to locate a custodial file and believes in good faith that a custodial file does not exist in Cabell County's custody, possession, or control:

Adkins, Ottie
Bias, Scott
Chandler, Adele
McComas, Tom
Sheidler, James
Steele, MaryBeth
Wolfe, Kim
Zoeller, Stephen

Sincerely,

Brandon L. Bogle
Counsel for Plaintiff

3