# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                              CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                                CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

**DEFENDANTS' PROPOSED EXTENSION OF CASE MANAGEMENT DEADLINES**

Pursuant to the March 5, 2020 status conference in which the Court set case management deadlines and Defendants' Motion to Extend Court Deadlines requesting a three-month extension of all deadlines,[1] the new case management schedule would be as follows:

1. **Written and Document Discovery Complete:** July 30, 2020

2. **Fact Witness Depositions Complete:** September 15, 2020

3. **Plaintiffs' Expert Reports Due:** September 22, 2020

4. **Defendants' Expert Reports Due:** October 1, 2020

---

[1] Defendants reserve all rights to seek further extensions if needed.

- 3 -

5. **Expert Witness Depositions Complete:**  November 2, 2020

6. *Daubert* **Motions Due:**  November 9, 2020

7. **Motions in Limine Due:**  November 9, 2020

8. **Oppositions to Motions in Limine Due:**  November 16, 2020

9. **Oppositions to** *Daubert* **Motions Due:**  November 23, 2020

10. **Bench Trial:**  December 1, 2020