**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                              **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

    **Defendants.**
_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                              **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

    **Defendants.**
_____

**ORDER**

Pending before the court is plaintiffs' motion to file their motion to compel under seal. (ECF No. 331). For good cause shown, that motion is **GRANTED.**

The Clerk is directed to send copies of this Order to counsel of record and Special Master Wilkes.

      **IT IS SO ORDERED** this 20th day of April, 2020.

           ENTER:

                                 _____
                                 David A. Faber
                                 Senior United States District Judge