IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

       Plaintiff,

v.                                                    Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

_____

CABELL COUNTY COMMISSION,

       Plaintiff,

v.                                                    Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

## **<u>NOTICE OF INTENT TO SERVE SUBPOENA</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Cardinal Health, Inc., by and through undersigned counsel, will cause the attached subpoena to be duly served on Robert H. Hansen, as soon as practicable.  Accompanying this Notice, please find a copy of the aforementioned subpoena, together with Attachment A.

Dated this 20th day April, 2020.

      /s/ David R. Pogue
      Michael W. Carey (WVSB No. 635)
      David R. Pogue (WWVSB No. 10806)
      Carey, Scott, Douglas & Kessler, PLLC
      901 Chase Tower, 707 Virginia Street, East
      P.O. Box 913
      Charleston, WV 25323
      Telephone: (304) 345-1234
      drpogue@csdlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

       Plaintiff,

v.                                     Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.
_____

CABELL COUNTY COMMISSION,

       Plaintiff,

v.                                       Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 20th day of April, 2020, the foregoing "Notice of Intent to Serve Subpoena" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                             /s/ David R. Pogue
                                         David R. Pogue (WVSB No. 10806)