# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>    Plaintiff, | |
| v. | CIVIL ACTION NO. 3:17-01362 |
| AMERISOURCEBERGEN<br>DRUG CORPORATION, et al.,<br>    Defendants. | |
| | |
| CABELL COUNTY COMMISSION,<br>    Plaintiff, | |
| v. | CIVIL ACTION NO. 3:17-01665 |
| AMERISOURCEBERGEN<br>DRUG CORPORATION, et al.,<br>    Defendants. | |

## AMERISOURCEBERGEN DRUG
## CORPORATION'S NOTICE OF FILING IN MDL

Defendant AmerisourceBergen Drug Corporation ("ABDC") submits this Notice to advise the Court of its filing of a Notice Regarding DEA's Motion for Clarification and the Court's Response Thereto in the national opiate MDL litigation, *In Re: National Prescription Opiate Litigation,* MDL No. 2804 (N.D. Ohio) (the "MDL"), attached hereto as Exhibit A.  ABDC submits this Notice in response to the Notice of Decision submitted by Plaintiffs on April 20, 2020 (ECF No. # 351).

Dated:  April 23, 2020

Respectfully submitted,

***AmerisourceBergen Drug Corporation***

By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 23, 2020 the foregoing Notice of Filing in MDL was served on all counsel of record via the CM/ECF system and on counsel for DEA via electronic mail.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com