IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants.<br>_____<br><br>CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362<br><br><br><br><br><br><br><br>Civil Action No. 3:17-01665 |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this the 24th day of April, 2020, the foregoing **McKesson Corporation's Notice of Service of Third-Party Subpoena** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                       */s/ Jeffrey M. Wakefield*
                                                       Jeffrey M. Wakefield (WVSB #3894)