```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                                   **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                                   **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

## ORDER

Pending before the court is defendant Cardinal Health's motion to file their opposition to plaintiffs' motion to compel under seal. (ECF No. 367). For good cause shown, that motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel of record and Special Master Wilkes.

**IT IS SO ORDERED** this 29th day of April, 2020.

ENTER:    *David A. Faber*
                        David A. Faber
                        Senior United States District Judge