## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
     Plaintiff,

v.                                           CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
    DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
     Plaintiff,

v.                                           CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
    DRUG CORPORATION, et al.,
    Defendants.

## CERTIFICATE OF SERVICE

       I hereby certify that on April 29, 2020, AmerisourceBergen Drug Corporation's Second

Set of Requests for Production to Plaintiffs were sent by electronic mail to Counsel for the

Plaintiffs and Defendants as follows: mdl2804discovery@motleyrice.com;

track2opioiddefendants@reedsmith.com.

                                           */s/ Gretchen M. Callas*
                                           Gretchen M. Callas
                                           JACKSON KELLY PLLC
                                           P.O. Box 553
                                           Charleston, WV 25322
                                           (304) 340-1000
                                           gcallas@jacksonkelly.com

                                           Robert A. Nicholas
                                           Shannon E. McClure
                                           Three Logan Square
                                           1717 Arch Street, Suite 3100
                                           Philadelphia, PA 19103
                                           rnicholas@reedsmith.com
                                           smcclure@reedsmith.com