**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

THE CITY OF HUNTINGTON,
     Plaintiff,

v.                                  CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
     DRUG CORPORATION, et al.,
     Defendants.

---

CABELL COUNTY COMMISSION,
     Plaintiff,

v.                                  CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
     DRUG CORPORATION, et al.,
     Defendants.

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on April 29, 2020, AmerisourceBergen Drug Corporation's Second Set of Interrogatories to Plaintiffs were sent by electronic mail to Counsel for the Plaintiffs and Defendants as follows: mdl2804discovery@motleyrice.com;

track2opioiddefendants@reedsmith.com.

<u>*/s/ Gretchen M. Callas*</u>
Gretchen M. Callas
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322
(304) 340-1000
gcallas@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
rnicholas@reedsmith.com
smcclure@reedsmith.com

4820-1927-5195.v1