UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CITY OF HUNTINGTON,

    Plaintiff,

v.

                                                Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et. al,

    Defendants.

AND

CABELL COUNTY COMMISSION,

    Plaintiff,

                                                Civil Action No. 3:17-01665

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et. al,

    Defendants.

## CERTIFICATE OF SERVICE

    I, Cassandra L. Means, hereby certify that certify that, on April 30, 2020, I served Non-Party West Virginia Offices of Insurance Commissioner's Document Production to be served on counsel of record for defendants via e-mail at the following address:

                      JWakefield@flahertylegal.com

                                        /s/ Cassandra L. Means
                                        **CASSANDRA L. MEANS (WVSB# 10522)**
                                        **ASSISTANT ATTORNEY GENERAL**
                                        West Virginia Attorney General's Office
                                        Building 1, Room W-435
                                        Charleston, West Virginia 25305