# **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2020 a copy of the foregoing was served via email to the following, pursuant to the Order Concerning Service of Discovery in Track One Cases (MDL Dkt. 983):

All defendants listserv: Track2OpioidDefendants@reedsmith.com

All plaintiffs listserv:   mdl2804discovery@motleyrice.com

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr., Esq. (W.Va. Bar No. 7443)
**FARRELL LAW**