IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                                        Civil Action No. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    Defendants.

_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                                        Civil Action No. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    Defendants.

## **NOTICE OF SERVICE OF THIRD-PARTY SUBPOENAS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Defendants") will serve subpoenas commanding the production of documents on:

    1.    West Virginia Department of Health & Human Resources, Bureau for Behavioral Health;

    2.    West Virginia Department of Health & Human Resources, Bureau for Child Support Enforcement;

  3.  West Virginia Health Statistic Center; and

  4.  West Virginia Department of Health & Human Resources, Bureau for Public Health.

Notice of subpoenas for Testimony and Production of Documents to:

  1.  Catherine Slemp, Commissioner of the West Virginia Bureau for Public Health;

  2.  Christina Mullins, Commissioner of the Bureau for Behavioral Health; and

  3.  Linda Watts, Commissioner of the Bureau for Children and Families.

Notice of Subpoena for 30(b)(6) Deposition on:

  1. West Virginia Department of Health & Human Resources, Bureau for Public Health.

Accompanying this Notice, please find a copy of the aforementioned subpoenas, together with their respective Attachments.

Dated: April 30, 2020       Respectfully submitted,

               ***AmerisourceBergen Drug Corporation***
               By Counsel:

               */s/ Gretchen M. Callas*
               Gretchen M. Callas (WVSB #7136)
               JACKSON KELLY PLLC
               Post Office Box 553
               Charleston, West Virginia 25322
               Tel: (304) 340-1000
               Fax: (304) 340-1050
               gcallas@jacksonkelly.com

               Robert A. Nicholas
               Shannon E. McClure
               REED SMITH LLP
               Three Logan Square
               1717 Arch Street, Suite 3100
               Philadelphia, PA 19103
               Tel: (215) 851-8100
               Fax: (215) 851-1420
               rnicholas@reedsmith.com
               smcclure@reedsmith.com

*Cardinal Health, Inc.*
By Counsel:

*/s/ Steven R. Ruby*
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
*Counsel in Cabell County action*

*/s/ Michael W. Carey*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
*Counsel in the City of Huntington action*

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com

- 3 -

- 4 -

*McKesson Corporation*
By Counsel:

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

- 4 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

v.                                                                                                  Civil Action No. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

v.                                                                                                  Civil Action No. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 30th day of April, 2020, the foregoing *Notice of Service of Third-Party Subpoenas* was served upon counsel of record electronically.

                                                       */s/ Gretchen M. Callas*
                                                       Gretchen M. Callas (WVSB #7136)