## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2020, the foregoing *Plaintiff City of Huntington, West Virginia's Supplemental Responses and Objections to Distributor Defendants' First Set of Interrogatories* was served via email only to defense counsel at track2opioiddefendants@reedsmith.com and to plaintiffs counsel at mdl2804discovery@motleyrice.com.

>   */s/ Moniqúe Christenson*
>   Moniqúe Christenson (SC Bar No. 104063)
>   **MOTLEY RICE LLC**
>   28 Bridgeside Blvd.
>   Mount Pleasant, SC 29464
>   Tel:  843-216-9000
>   Fax:  843-216-9450
>   mchristenson@motleyrice.com