## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2020, the foregoing *Plaintiff City of Huntington, West Virginia's Supplemental Responses and Objections to Distributor Defendants' First Set of Interrogatories* and corresponding *Appendix A.1* and *Corrected Appendix B* was served via email only to defense counsel at track2opioiddefendants@reedsmith.com and to plaintiffs counsel at mdl2804discovery@motleyrice.com.

                                                                                       */s/ Moniqúe Christenson*
                                                                                       Moniqúe Christenson (SC Bar No. 104063)
                                                                                       **MOTLEY RICE LLC**
                                                                                       28 Bridgeside Blvd.
                                                                                       Mount Pleasant, SC 29464
                                                                                       Tel:  843-216-9000
                                                                                       Fax:  843-216-9450
                                                                                       mchristenson@motleyrice.com