# CABELL COUNTY CUSTODIANS

| Custodian | Title | Department | Dates Position Held |
|---|---|---|---|
| Adams, Doug | Chief Deputy | Cabell County Sheriff's Department | 2017-present (previously worked as a deputy) |
| Adkins, Ottie | Assessor | Cabell County Assessor's Office | 2006-2016 |
| Allen, Faye | Office Manager | Cabell County Circuit Clerks Office | 2006-2016 |
| Bailey, Bob | Commissioner | Cabell County Commission Office | 2006-2015 |
| Bates, Betty | Chief Tax Deputy | Sheriff's Office – Tax | 2006-2019 |
| Bates, Clayton | IT | Cabell County Commission Office | 2015-2017 |
| Bias, Scott | Commissioner | Cabell County Commission Office | 2006-2012 |
| Blankenship, Margy | Administrative Secretary | Cabell Co EMS | 2006-Present |
| Cartmill, Nancy | Commissioner | Cabell County Commission Office | 2012-Present |
| Chandler, Adele | Circuit Clerk | Cabell County Circuit Clerks Office | 2006-2016 |
| Childers, Samantha | Chief Tax Deputy | Sheriff's Office – Tax | 2019-Present |
| Cole, Ryan | Assistant Administrator | Cabell County Commission Office | 2011-2015 |
| Cox, Larresca | Paramedic | Cabell Co EMS | 2013-Present |
| Davis, Mike | Director | Cabell Co 911 | |
| Davis, Sandy | Purchasing Agent | Cabell County Commission Office | 2015-Present |

**Exhibit A**

| Name | Title | Department | Dates |
|---|---|---|---|
| Enochs, Dale | Deputy Sheriff | Cabell County Sheriff's Department | |
| Ferguson, Doug | Chief Deputy | Cabell County Sheriff's Department | 2009-2017 |
| Frye, Suzanne | Accounts Payable | Cabell Co EMS | 2018-Present |
| Hood, Jeff | Circuit Clerk | Cabell County Circuit Clerk's Office | 2016-Present |
| Johnson, Irv | Assessor | Cabell County Assessor's Office | 2016-Present |
| Marcum, Dan | IT | Cabell Co 911 | 2016-Present |
| McComas, Natalie | Shift Supervisor | Cabell Co 911 | 2006-Present |
| McComas, Tom | Sheriff | Cabell County Sheriff's Department | 2008-2017 |
| McComas, Tracey | Billing Manager | Cabell Co EMS | 2008-2017 |
| McCoy, Janet | Deputy Circuit Clerk | Cabell County Circuit Clerks Office | 2016-Present |
| Merry, Gordon | Director, EMS | Cabell Co EMS | 2006-Present |
| Morgan, Jim | Commissioner | Cabell County Commission Office | 2017-Present |
| Murray, Stephen | Assistant Director | Cabell Co EMS | 2006-Present |
| Priddy, Connie | QRT Coordinator | Cabell Co EMS | 2011-Present |
| Ross-Woodrum, Rose | Medical Billing Manager | Cabell Co EMS | 2017-Present |
| Saunders, April | Assistant County Administrator | Cabell County Commission Office | 2015-Present |
| Sheidler, James | Deputy Sheriff | Cabell County Sheriff's Department | 2006-2009 |
| Shoemaker, Greg | Cabell IT Director | Cabell County Commission Office | 2017-2020 |
| Smith, Phyllis | County Clerk | Cabell County Clerk's Office | 2016-Present |
| Sobonya, Kelli | Commissioner | Cabell County Commission Office | 2019-Present |

| | | | |
|---|---|---|---|
| Steele, MaryBeth | Accounts Payable | Cabell Co EMS | 2010-2018 |
| Tatum, Chris | Administrator | Cabell County Commission Office | 2012-2015 |
| Tatum, Mike | Assistant Director | Cabell Co 911 | 2006-Present |
| Thompson, Beth | Cabell County Administrator | Cabell County Commission Office | 2015-Present |
| Vanooteghem, J.R. | IT | Cabell Co 911 | 2006-2016 |
| Vititoe, Steve | Logistics/Paramedic | Cabell Co EMS | 2006-Present |
| Webb, Brenda | Cabell EMS IT Director | Cabell Co EMS | 2011-Present |
| Whitt, Joe | Cabell IT Director | Cabell County Commission Office | 2009-2011 |
| Wolfe, Kim | Sheriff | Cabell County Sheriff's Department | 2006-2009 |
| Wright, David | Chief Medical Director | Cabell Co EMS | |
| Yon, Ann | Commissioner | Cabell County Commission Office | 2012-2017 |
| Zerkle, Chuck | Sheriff | Cabell County Sheriff's Department | 2017-Present |
| Zoeller, Stephen | Cabell County Administrator | Cabell County Commission Office | 2007-2012 |