# CITY OF HUNTINGTON CUSTODIANS

| Custodian | Title | Date |
|---|---|---|
| Arthur, Scott | Budget Director | 2017-Present |
| Bailey, Kim | City of Huntington Purchasing Director | 2016-Present |
| Bates, Mark | City Council, Council Member | 2008-Present |
| Bentley, Darla | Former Budget Director | 2003-2016 |
| Bills, Shane | Police Detective | 2005- Present |
| Blackburn, Ernie | HPD Special Emphasis Unit, Sergeant | 1993, on and off – Present |
| Burns, Cathy | Former City Manager | 2016-2019 |
| Canafax, Ray | Huntington Fire Department, Deputy Chief | 1999-Present, Deputy Chief since 2018 |
| Carol Polan | City Council, Council Member | 2016-Present |
| Chambers, Bryan | City of Huntington Communications Director | 2014- Present |
| Ciccarelli, Joseph | Police Chief | 2014 – 2018 |
| Cornwell, Ray | Police Captain; Chief | 1996-Present (Chief of Police, 2020) |
| Krishawna Harless | Wellness and LEAD Coordinator, Huntington Police Department | 2018-2019 |
| Deron Runyon | Former Finance Director | 2009-2015 |
| Dial, Hank | City Manager<br><br>Former Police Chief | 2019-Present<br><br>2018-2019 |
| Ferguson, Teresa | Huntington Municipal Court, Clerk | 1991- Present |
| Howe, Rebecca | City Council, Council Member | 2008-Present |
| Hunter, Paul | Huntington Police Department<br>FBI Violent Crimes Drug Task Force, | 1996- Present |

**Exhibit E**

| | | |
|---|---|---|
| | Sergeant; Drug Task Force, Supervisor; Head of Drug Unit | |
| Insco, Jim | Public Works Director | 2013- Present |
| Johnson, Jim | Former Interim Police Chief; Director of Mayor's Office of Drug Control Policy | Police Chief (April-Sept. 2014); MODCP Director (2014-2017) |
| Johnson, Rocky | Former Head of Drug Unit | 2011-2019 |
| Kim Wolfe | Former Mayor | 2009-2013 |
| Layne, Margaret | Former City Manager | 2014-2015 |
| Lemley, Scott | Planning and Development, Director; former member of the MODCP | Planning and Development, Director (TBD-Present); former member of the MODCP (2014-2017) |
| Lewis, Sherry | City of Huntington Human Resources, Director | 2001-Present |
| McComas, Charles | City Council, Council Member | 2016-Present |
| Miller, Barbara | City Clerk | 2001- Present |
| Minigh, Paul | Police Sergeant | 1999-Present |
| Moore, Kathy | Finance Division, Finance Director | 2017-Present |
| Page, Tonia Kay | City Council, Council Member | 2016-Present |
| Pam Chandler | Finance Division, Finance Director | 2015-2017 |
| Preece, Craig | Police Detective | 1998- Present |
| Radar, Jan | Huntington Fire Department, Chief (1994-Present, Chief since 2017); MODCP, Member (2014-2017) | Huntington Fire Department, Chief (1994-Present, Chief since 2017); MODCP, Member (2014-2017) |

| | | |
|---|---|---|
| Shell, Breanna | City of Huntington Planning Director | 2012- Present |
| Shockley, Mike | City Council, Council Member | 2016-Present |
| Holbrook, Skip | Former Police Chief | 2007-2014 |
| Kluemper, Ted | City Council Member | 2019 |
| Underwood, Dan | Police Captain, Administrative Bureau | 1994 – Present |
| Vence, Alex | City Council, Council Member | 2016-Present |
| Wheeler, Jennifer | City Council, Council Member | 2016-Present |
| Williams, Steve | Mayor | 2014-Present |
| Jones, Brandi Jacob | City Manager/Director of Administration and Finance | 2007-2014 |
| Moore, C. Creig | Huntington Fire Department, Chief | 2009-2011 |
| Eastham, Carl | Huntington Fire Department, Chief | 2013-2016 |
| Felinton, David | Former Mayor | 2001 to 2008 |
| Bracey, Angie | Executive Assistant to the Mayor | 2012-Present |
| Antle, Justin | Deputy Chief, Huntington Fire Department | Huntington Firefighter 1998- Present, Deputy Chief, 2018- Present |
| Ellis, John | Huntington Police Department, Captain | 1995- Present |
| Baumgardner, Gene | Former Police Chief | 2004-2007 |
| Wilhelm, Robert | Former Finance Director | 2001 to 2008 |
| Fuller, Greg | Former Fire Chief | 1999 to 2009 |