

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o.  843.216.9000   f. 843.216.9450

**Temitope O. Leyimu**
*Licensed in SC*
direct:  842.216.9107
tleyimu@motleyrice.com

April 20, 2020

*Via email to* xALLDEFENDANTS-MDL2804-Service@arnoldporter.com
All Defense Counsel

*Via email to* BGary@ReedSmith.com
Brent R. Gary
Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, Virginia 22102

*Via email to* sboranian@reedsmith.com
Steven J. Boranian
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

*Via email to* lflahivewu@cov.com
Laura Flahive Wu
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

**RE:    Production of Custodial Files for: Angie Bracey, John Ellis, Justin Antle, Greg Fuller, Robert Wilhelm, Gene Baumgardner**

Dear Counsel,

    On 4/6/2020, Defendants filed a Motion to Compel (Document 283) and Memorandum in Support (Document 284), requesting 6 additional custodial files. In response, Plaintiffs filed a Memorandum in Opposition on 4/15/2020 (Document 326).  We write to update the status of these custodial files.  In an effort to keep on track, Plaintiffs will withdraw their objections to producing custodial files for the below requested individuals:

MT. PLEASANT, SC | MORGANTOWN, WV | CHARLESTON, WV | PROVIDENCE, RI | WASHINGTON, DC | CHERRY HILL, NJ
PHILADELPHIA, PA | HARTFORD, CT | NEW ORLEANS, LA | KANSAS CITY, MO | NEW YORK, NY

Exhibit F



April 20, 2020
Page 2

1. Angie Bracey, Executive Assistant to Mayor Steve Williams
2. John Ellis, Huntington Police Captain
3. Justin Antle, Huntington Deputy Fire Chief
4. Greg Fuller, Huntington Former Fire Chief
5. Robert Wilhelm, Huntington Former Finance Director
6. Gene Baumgardner, Huntington Former Police Chief

The City of Huntington has searched for, identified, collected and subsequently produced responsive documents for the above requested custodians. The City of Huntington has been unable to locate responsive documents to produce for Robert Wilhelm and Gene Baumgardner. The particulars of this production will be outlined in the production letter for Volume 39 to follow. Accordingly, the Motion to Compel with regard to these 6 additional requested Huntington custodians should be considered moot.

Thank you,

Tope Leyimu
Counsel for Plaintiff, City of Huntington

cc: Anne Kearse, akearse@motleyrice.com
Paul T. Farrell, Jr., paul@farrell.law