| | |
|---|---|
| **Subject:** | Huntington & Cabell County - Production of McKesson Custodial Files |
| **Date:** | Tuesday, April 28, 2020 at 1:24:54 PM Eastern Daylight Time |
| **From:** | Rice, Dale |
| **To:** | Brandon Bogle |
| **CC:** | Troy Rafferty, Eric Kennedy (EKennedy@weismanlaw.com) (EKennedy@weismanlaw.com), William Hawal (whawal@spanglaw.com) (whawal@spanglaw.com), MCKDefensiveDisco |
| **Attachments:** | image001.jpg, image002.jpg, image003.jpg, image004.jpg |

**CAUTION:** This email message is **EXTERNAL.**

Brandon,

Our targeted substantial completion dates depend on when custodians were requested and added to the queue. Here is a status report:

- Kevin Meunier is substantially complete.
- Tim Ashworth is expected to be substantially complete by April 30.
- Elaine Thomet is expected to be substantially complete by May 6.
- Karen Lewis is expected to be substantially complete by May 11.
- Tom Terry is expected to be substantially complete by May 13.
- Mike Brown is expected to be substantially complete by May 15.

We will let you know if any of these target dates slip, but my team does a very good job keeping productions on track. Please note that we have bumped these custodians up in the production queue to meet these target dates.

As in Track One of the MDL, as McKesson prepares its privilege log, McKesson will be reviewing documents flagged as potentially privileged and expects there may be downgrades, including both unredacted documents and documents with redactions that will be produced following downgrades. We also will continue to QC the production process to ensure that no documents were inadvertently omitted. This rarely happens, but our vendor is handling very large volumes of documents and it is always worth a second look. To the extent we are able to do so, we will try to expedite the downgrade and QC process for these custodians.

Best regards,

Dale

---

**From:** Brandon Bogle <bbogle@levinlaw.com>
**Sent:** Monday, April 27, 2020 12:57 PM
**To:** Rice, Dale <drice@cov.com>
**Cc:** Troy Rafferty <trafferty@levinlaw.com>; Eric Kennedy <EKennedy@weismanlaw.com> (EKennedy@weismanlaw.com) (EKennedy@weismanlaw.com) <EKennedy@weismanlaw.com>; William Hawal (whawal@spanglaw.com) (whawal@spanglaw.com) <whawal@spanglaw.com>
**Subject:** RE: CT2 Custodial Files

[EXTERNAL]
Dale,

I'm following up on my email below.

Exhibit G

Will you have the productions for Tom Terry, Mike Brown, Tim Ashworth, Kevin Meunier, Karen Lewis, and Elaine Thomet substantially completed by 4/30? For any that you do not expect to have substantially completed by that date, please indicate when you think they will be substantially complete.

---

**From:** Brandon Bogle
**Sent:** Friday, April 17, 2020 1:30 PM
**To:** Rice, Dale (drice@cov.com) <drice@cov.com>
**Cc:** Troy Rafferty <trafferty@levinlaw.com>; Eric Kennedy <EKennedy@weismanlaw.com> (EKennedy@weismanlaw.com) (EKennedy@weismanlaw.com) <EKennedy@weismanlaw.com>; William Hawal (whawal@spanglaw.com) (whawal@spanglaw.com) <whawal@spanglaw.com>
**Subject:** CT2 Custodial Files

Dale,

I'm seeking a status update as to the custodial files we have requested in CT2 in light of the upcoming April 30th deadline for these productions to be completed.

I'm showing we have requested custodial files for the following people using the "All States" terms: Tom Terry, Mike Brown, Tim Ashworth, Kevin Meunier, Karen Lewis, and Elaine Thomet (I have excluded John Hammergren here since discussions related to him are still ongoing).

From the production logs, you have made productions for Ashworth, Meunier, and Thomet? Are the productions complete for those three at this point. If not, will productions for those custodians be completed by 4/30?

I'm not showing any custodial productions made to date for Terry, Brown, or Lewis. Can we expect those productions to be completed by 4/30?

**Brandon Bogle, Attorney**
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7042 (office)
850.436.6042 (fax)
bbogle@levinlaw.com

   

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.