## DEFENDANTS' THIRD-PARTY SUBPOENAS

**Organizations**

American Medical Association (AMA)

American Osteopathic Association (AOA)

Appalachia High Intensity Drug Trafficking Area (AHIDTA)

Appalachian Regional Prescription Opioid Strike Force (ARPO

Cabell County Drug Court

Cabell Huntington Hospital (CHH)

Cabell-Huntington Health Department

Coalition for Responsible Chronic Pain Management

Drug Enforcement Agency (DEA)

Federation of State Medical Boards (FSMB)

Governor's Council on Substance Abuse Prevention and Treatment (SAP&T)

Healthy Connections

Huntington Violent Crime & Drug Task Force (HVCD)

Marshall Health

Marshall University

National Board of Medical Examiners (NBOME)

Office of Drug Control Policy (ODCP)

PROACT, Inc. (Providers Response Organization for Addiction Care and Treatment)

Quality Insights

St. Mary's Medical Center

Valley Health Systems

WV Board of Dentistry

**Exhibit H**

WV Board of Examiners for Licensed Practical Nurses (RN Board)

WV Board of Medicine

WV Board of Osteopathic Medicine

WV Board of Pharmacy (BOP)

WV Bureau for Medical Services (BMS)

WV Department of Health & Human Resources (DHHR)

WV Department of Health & Human Resources (DHHR), Bureau for Children and Families

WV Department of Military Affairs and Public Safety

WV Division of Corrections & Rehabilitation

WV Division of Justice & Community Services

WV Office of Chief Medical Examiner

WV Office of the Insurance Commissioner (OIC)

WV Osteopathic Medical Association (WV OMA)

WV Public Employees Insurance Agency (PEIA)

WV State Medical Association (SMA)

WV State Police


**Individuals**

Bill J. Crouch, Cabinet Secretary, WV Department of Health and Human Resources (WV DHHR)

Brian A. Gallagher, R.PH, JD, Chairman of Governor's Council on Substance Abuse Prevention and Treatment; Chief of Government Affairs and Health Care Policy, Marshall University Schools of Medicine and Pharmacy and Marshall Health Systems

Cynthia "Cindy" Beane, MSW, LCSW, Commissioner, West Virginia Bureau for Medical Services (WV BMS)

Darren Cox, FBI agent, head of DOJ Huntington Violent Crime & Drug Task Force ("Task Force").

David Potters, Assistant City Attorney, Charleston City Attorney's Office, Charleston WV

Karen Bowling, President and Chief Executive Officer, Summersville Regional Medical Center

Karen Manning, Financial Manager, Appalachia High Intensity Drug Trafficking Area (AHIDTA)

Michael L. Goff, Executive Director and Controlled Substance Monitoring Program (CSMP) Administrator, WV Board of Pharmacy (BOP)

Rahul Gupta, MD, Commissioner and State Health Officer, West Virginia Department of Health and Human Resources (WV DHHR) (former); Senior Vice President and Chief Medical and Health Officer, March of Dimes

Robert "Bob" H. Hansen, Director of Addiction Services, Marshall University School of Medicine and Marshall Health Systems; Executive Director, WV Office of Drug Control Policy

Stephen M. Petrany, MD, Professor and Department Chair, Family Medicine Department, Marshall Health

Vicki M. Cunningham, Director, Office of Pharmacy Services, West Virginia Department of Health and Human Resources (WV DHHR), Bureau for Medical Services (WV BMS), Division of Plan Management and Integrity