1          UNITED STATES DISTRICT COURT

        FOR THE NORTHERN DISTRICT OF OHIO

2              EASTERN DIVISION

3

    IN RE: NATIONAL          )

4   PRESCRIPTION             )   MDL No. 2804

    OPIATE LITIGATION        )

5   _____ )   Case No.

                             )   1:17-MD-2804

6                            )

    THIS DOCUMENT RELATES )   Hon. Dan A.

7   TO ALL CASES             )   Polster

8

            FRIDAY, JULY 13, 2018

9

    HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

10          CONFIDENTIALITY REVIEW

11                - - -

12          Videotaped deposition of Shirlene

13   Justus, held at the offices of BakerHostetler

14   LLP, 200 South Civic Center Drive, Columbus,

15   Ohio, commencing at 9:05 a.m., on the above

16   date, before Carrie A. Campbell, Registered

17   Diplomate Reporter and Certified Realtime

18   Reporter.

19

20

21                - - -

22

        GOLKOW LITIGATION SERVICES

23   877.370.3377 ph | 917.591.5672 fax

            deps@golkow.com

24

25

Highly Confidential - Subject to Further Confidentiality Review

```
1              that it should not happen.

2                   MR. FULLER:  Evan, let's go to

3         macro number 2.

4    QUESTIONS BY MR. FULLER:

5         Q.    This is the suspicious order

6    reporting but this time for a Skilled Cared

7    Pharmacy.

8                   Do you see that?

9         A.    I do.

10        Q.    And then the order is for the

11   Skilled Care Pharmacy, same address, same

12   customer DEA number, right?

13        A.    Yes, I agree.  Yes.

14                  MR. FULLER:  If you move to the

15        right for me.

16   QUESTIONS BY MR. FULLER:

17        Q.    And the date of the suspicious

18   order report or overage is February 14th, and

19   then product from the same drug family was

20   shipped on the 18th and 22nd.

21                  Do you see that?

22        A.    I do.

23        Q.    Now, you would expect to see

24   some sort of explanation again in the

25   diligence file; is that right?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                 MS. WICHT:  Object to the form

 2        of the question and no foundation.

 3                 THE WITNESS:  It should be

 4        there.

 5   QUESTIONS BY MR. FULLER:

 6        Q.    Okay.  And was that your

 7   standard practice?

 8                 If you were going to change a

 9   threshold or if you were going to clear

10   something or allow future shipments to go

11   through, you would have documented your

12   reasoning behind that, why you were doing

13   that?

14                 MS. WICHT:  Object to the form

15        of the question.

16   QUESTIONS BY MR. FULLER:

17        Q.    Correct?

18        A.    I should have, yes.

19        Q.    That was your normal procedure?

20        A.    Yes, that would have been what

21   I should have done, yes.

22        Q.    Okay.  And you -- sitting here

23   today, you don't know whether you did or

24   didn't?

25        A.    I have no idea whether I did or
```