Highly Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE NORTHERN DISTRICT OF OHIO

 3                          EASTERN DIVISION

 4

 5

 6     *****************************

 7     IN RE:

 8     NATIONAL PRESCRIPTION OPIATE      MDL NO. 2804
       LITIGATION
 9
       This document relates to:      Case No. 17-MD-2804
10
       All cases                       Hon. Dan A. Polster
11
       *****************************
12

13             HIGHLY CONFIDENTIAL - SUBJECT TO

14               FURTHER CONFIDENTIALITY REVIEW

15                 VIDEOTAPED DEPOSITION OF:

16                      STEVE REARDON

17                    ALOFT BOSTON SEAPORT

18                     401-403 D Street

19                   Boston, Massachusetts

20              November 30, 2018      9:03 a.m.

21

22                    Darlene M. Coppola

23                  Registered Merit Reporter

24                  Certified Realtime Reporter
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   hydrochloride limit, those numbers are changing,

 2   right --

 3        A.   Yes.

 4        Q.   -- at least according to the PowerPoint,

 5   correct?

 6        A.   Yes.

 7        Q.   Okay.  But the fact that you have a

 8   limiter that's a multiple of the average and then

 9   you have customers exceeding it by 200 percent,

10   that doesn't cause you some concern as a

11   regulator --

12                MR. PYSER:  Object to form.

13   BY MR. FULLER:

14        Q.   -- at least, hey, why are we exceeding it

15   by 200 percent, right?

16                MR. PYSER:  Object to form.

17        A.   Makes sense.

18   BY MR. FULLER:

19        Q.   And certainly, like you mentioned earlier,

20   you can go do some due diligence, but you would

21   want to see that due diligence documented to

22   justify why we're still shipping such an excessive

23   number to these particularly this pharmacy,

24   correct?
```

Highly Confidential - Subject to Further Confidentiality Review

1    A.   Correct.

2    Q.   Okay.  So let's go to the next one.

3    Overholt's Champion Pharmacy in Warren.  I'll tell

4    you Warren is just outside of Cuyahoga and Summit

5    County.  It's not in Cuyahoga and Summit County,

6    but this pharmacy -- again, we see the same

7    limiters because we're dealing with the same

8    months, and then we see the number of opium that

9    they've ordered, correct?

10   A.   Yes.

11            MR. PYSER:  Object to form.

12   BY MR. FULLER:

13   Q.   855, 930, 769.  Then let's go to the next

14   column, which is 635 percent for the first one in

15   July.  The next one is 528 percent, and then 363

16   percent, over the multiplied average.

17            Let's go to the final one.  This one, New

18   Choice Pharmacy, Cuyahoga Falls.  This is in

19   Summit County, okay.  Again, we see the same

20   limiter amounts because we're looking at the same

21   months, 786, 1,089, 1,254.  And the percentage

22   overages are 576 for the first one in July, then

23   in October we're at 635 percent, then finally 655

24   percent in December.