Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

RORY L. PERRY II
Sidney L. Christie Federal Bldg.
845 Fifth Avenue, Room 101
Huntington, WV 25701



FILED
RECEIVED
MAY - 6 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**Control Number:** 256974

**Defendant:** West Virginia Department of Health & Human Resources, Bureau for Public Health
350 Capitol Street
Suite 702
Charleston, WV 25301 US

**County:** Federal
**Civil Action:** 3:17-01362
**Certified Number:** 92148901125134100002704756
**Service Date:** 5/4/2020

I am enclosing:

**1 subpoena**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* **not to the Secretary of State's office.**

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| City of Huntington and Cabell County Commission<br>_Plaintiff_<br>v.<br>AmerisourceBergen Drug Corporation, et al.<br>_Defendant_ | )<br>)<br>)  Civil Action No. 3:17-01362; 3:17-01665<br>)<br>)<br>) |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: West Virginia Department of Health & Human Resources, Bureau for Public Health
350 Capitol Street, Suite 702, Charleston, WV 25301

_(Name of person to whom this subpoena is directed)_

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:
All topics identified and described in Attachment A. to this Subpoena.

| Place: Jackson Kelly PLLC, 500 Lee Street, East, Charleston, WV 25301 | Date and Time:<br>06/04/2020 9:00 am |
|---|---|

The deposition will be recorded by this method: stenography and video

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/30/2020

_CLERK OF COURT_

OR

/s/ Gretchen M. Callas

_Signature of Clerk or Deputy Clerk_    _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ AmerisourceBergen Drug Corporation , who issues or requests this subpoena, are:

Gretchen M. Callas, Jackson Kelly PLLC, 500 Lee Street East, Charleston, WV 25301 gcallas@jacksonkelly.com
304-340-1000

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:17-01362; 3:17-01665

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                                                                          *Server's signature*

                                                                          *Printed name and title*

                                                                          *Server's address*

Additional information regarding attempted service, etc.: