IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>  Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>  Defendants. | Civil Action No. 3:17-01362<br><br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>  Defendants. | Civil Action No. 3:17-01665<br><br>Hon. David A. Faber |

**NOTICE OF ERROR IN PLAINTIFFS' THIRD JOINT DISCOVERY STATUS REPORT REGARDING DATE THAT THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION (DEA) MUST RESPOND TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM DEA**

Plaintiffs have stated in their Third Joint Discovery Status Report that they filed a motion to compel discovery responses from the DEA on April 30, 2020, and that the DEA's response to that motion is due on May 11, 2020.  *See* ECF No. 390 at p. 3.  This statement is incorrect.  As shown by the Court's ECF docketing record, Plaintiffs filed their motion to compel discovery from the DEA on May 1, 2020, not April 30, 2020.  *See* ECF No. 385.  The Court stated in its Order Regarding Third-Party Discovery Disputes that "A written response in opposition to the motion shall be filed **no later than 7 business days** after submission of the motion…"  ECF No. 365 at p. 2 (emphasis in original).  Based on the Court's

order and the actual date that plaintiffs filed their motion to compel discovery from the DEA, the correct due date for the DEA to file its response is May 12, 2020, not May 11, 2020, as stated in Plaintiffs' Third Joint Discovery Status Report.

        Respectfully submitted,

        **JOSEPH H. HUNT**
        Assistant Attorney General

        **MICHAEL B. STUART**
        United States Attorney
        Attorney for the United States
        Acting Under Authority Conferred by 28 U.S.C. § 515

By:   **/s/Fred B. Westfall, Jr.**
        Fred B. Westfall, Jr. (W.Va. Bar No. 3992)
        Assistant U.S. Attorney, Civil Chief
        300 Virginia Street East, Room 4000
        Charleston, WV 25301
        (304) 345-2200
        (304) 347-5443 (facsimile)
        E-mail: fred.westfall@usdoj.gov

        MICHAEL D. GRANSTON
        ANDY J. MAO
        NATALIE A. WAITES
        JONATHAN K. HOERNER
        J. ANDREW JACO
        KELLY E. PHIPPS
        DAVID M. SOBOTKIN
        United States Department of Justice
        Civil Division/Fraud Section
        175 N Street, N.E., Room 10.222
        Washington, D.C. 20002
        (202) 616-2964
        Natalie.A.Waites@usdoj.gov

        Attorneys for U.S. Department of Justice
        Drug Enforcement Administration

## CERTIFICATE OF SERVICE

I, Fred B. Westfall, Jr., Assistant United States Attorney, hereby certify that that on May 6, 2020, the foregoing **NOTICE OF ERROR IN PLAINTIFFS' THIRD JOINT DISCOVERY STATUS REPORT REGARDING DATE THAT THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION (DEA) MUST RESPOND TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM DEA** was served using the Court's CM/ECF system, which will send a copy thereof by email to all counsel of record and will also send notification by email of such filing to all counsel of record.

**/s/Fred B. Westfall, Jr.**
Fred B. Westfall, Jr. (W.Va. Bar No. 3992)
Assistant U.S. Attorney, Civil Chief
300 Virginia Street East, Room 4000
Charleston, WV 25301
(304) 345-2200
(304) 347-5443 (facsimile)
E-mail:  fred.westfall@usdoj.gov