## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **Plaintiff,**
**v.**                                             **CIVIL ACTION NO. 3:17-01362**
**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
    **Defendants.**

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**
**v.**                                             **CIVIL ACTION NO. 3:17-01665**
**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
    **Defendants.**

## AMENDED
## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2020, a copy of the **SUPPLEMENTAL AMENDED ANSWERS OF PLAINTIFF CABELL COUNTY COMMISSION TO DISTRIBUTOR DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFFS** was served *via* email only to the following:

        Defense counsel:    track2opioiddefendants@reedsmith.com and

        Plaintiffs' counsel:    mdl2804discovery@motleyrice.com

                                                    /s/ *Paul T. Farrell, Jr.*
                                                    Paul T. Farrell, Jr., Esq. (W.Va. Bar No. 7443)
                                                    **FARRELL LAW**
                                                    P.O. Box 1180
                                                    Huntington, WV 25714-1180
                                                    422 Ninth Street, 3rd Floor
                                                    Huntington, West Virginia 25701
                                                    office:  304.523.7285
                                                    cell:    304.654.8281
                                                    email: paul@farrell.law