**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| THE CITY OF HUNTINGTON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| AMERISOURCEBERGEN DRUG<br>CORPORATION, et al., | |
| Defendants. | |
| CABELL COUNTY COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01665<br>Hon David A. Faber |
| AMERISOURCEBERGEN DRUG<br>CORPORATION, et al., | |
| Defendants. | |

## <u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Defendants respectfully submit the Rhode Island Superior Court's decision in *State v. Purdue Pharma L.P. et al.*, No. PC-2018-4555 (R.I. Super. May 5, 2020) (Exhibit A), as supplemental authority relevant to Defendants' Opposition to Plaintiffs' Motion to Adopt the MDL Court's August 19, 2019 Order Regarding the Federal Controlled Substances Act that was Entered in Different Cases (Dkt. No. 235).

Just as the Plaintiffs have argued in this case, the State of Rhode Island sought a partial summary judgment ruling that Defendants have legal "duties" under the federal CSA to: (1) "maintain effective controls against diversion"; (2) "identify suspicious orders"; (3) "report suspicious orders to [DEA]"; and (4) "decline to ship suspicious orders unless due diligence ensures that the order is not likely to be diverted." *See* Ex. A at 4. The Rhode Island Superior

Court denied the State's motion, holding that because "the State does not seek a judgment that the Defendants violated any of th[ose] duties," its motion "is not a proper basis for partial summary judgment and is more akin to an advisory opinion from this Court." *Id.* at 5–6.  The court further concluded that the State had failed to prove the existence of an alleged "no shipping" duty, noting:

> The State claims that the federal and state CSAs create an explicit duty for the Defendants to refrain from shipping suspicious orders until due diligence ensures that they will not be diverted to illegal channels. ***This requirement does not appear in the text of the CSAs or the associated regulations***.

*Id.* at 6–7 (emphasis added).

The Rhode Island Superior Court's decision provides additional support for Defendants' argument that the MDL court's August 19, 2019 ruling was clearly erroneous and should not be adopted here.  *See* Dkt. No. 235 at 12–20.  Whereas the Rhode Island Superior Court—which was fully aware of the MDL court's ruling—correctly held that the State's motion was procedurally improper, the MDL court exceeded its authority by offering an advisory opinion on an abstract question of law untethered to any claims at issue in that case.  *Id.* at 13–14.  Further, in contrast to the erroneous holding of the MDL court, the Rhode Island Superior Court correctly held that the purported "no-shipping" duty does not exist in the text of the federal CSA or its implementing regulations.  *Id.* at 17–20.

2

Dated: May 8, 2020                          Respectfully submitted,


                                            */s/  Jeffrey M Wakefield*
                                            Jeffrey M. Wakefield (WVSB #3894)
                                            Jason L. Holliday (WVSB #12749)
                                            FLAHERTY SENSABAUGH BONASSO PLLC
                                            P.O. Box 3843
                                            Charleston, WV 25338-3843
                                            Tel: (304) 345-0200
                                            jwakefield@flahertylegal.com
                                            jholliday@flahertylegal.com

                                            */s/  Carol Dan Browning*
                                            Carol Dan Browning
                                            STITES & HARBISON, PLLC
                                            400 West Market Street, Suite 1800
                                            Louisville, Kentucky 40202
                                            Tel: (502) 587-3400
                                            Fax: (502) 587-6391
                                            cbrowning@stites.com

                                            */s/  Timothy C. Hester*
                                            Timothy C. Hester
                                            Mark H. Lynch
                                            Christian J. Pistilli
                                            Laura Flahive Wu
                                            COVINGTON & BURLING LLP
                                            One CityCenter
                                            850 Tenth Street NW
                                            Washington, DC 20001
                                            Tel: (202) 662-5324
                                            thester@cov.com
                                            mlynch@cov.com
                                            cpistilli@cov.com
                                            lflahivewu@cov.com

                                            **Counsel for McKesson Corporation**

                                            */s/ Gretchen M. Callas*
                                            Gretchen M. Callas (WVSB #7136)
                                            JACKSON KELLY PLLC
                                            Post Office Box 553
                                            Charleston, West Virginia 25322
                                            Tel: (304) 340-1000

3

Fax: (304) 340-1050
gcallas@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

**Counsel for AmerisourceBergen
Drug Corporation**

_/s/ Steven R. Ruby_
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
Counsel in Cabell County action

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com

**Counsel for Cardinal Health, Inc.**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this 8th day of May, the foregoing

"**Defendants' Notice Of Supplemental Authority**" was served using the Court's CM/ECF

system, which will send notification of such filing to all counsel of record.

*/s/  Jeffrey M Wakefield*
Jeffrey M. Wakefield (WVSB #3894)