IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **Plaintiff,**
**v.**                                                                                      **CIVIL ACTION NO. 3:17-01362**
**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
    **Defendants.**

---

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**
**v.**                                                                                      **CIVIL ACTION NO. 3:17-01665**
**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
    **Defendants.**

### *FIRST* NOTICE OF DEPOSITION OF AMERISOURCEBERGEN DRUG CORPORATION

Please take notice that the Plaintiffs hereby notice the deposition of AmerisourceBergen Drug Corporation in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure on the following subject matters:

1. Validation and authentication of your CT2 transactional data and CT2 ARCOS data, including CT2_ARCOS_0000001 and CT2_ARCOS_0000002;

2. The operation of your suspicious order monitoring system (SOMS) regarding orders of prescription opioids arising out of the CT2 jurisdictions, including the setting of thresholds;

3. Each suspicious order your SOMS detected arising out of the CT2 jurisdictions;

4. Each suspicious order you reported to the DEA arising out of the CT2 jurisdictions;

5. Each suspicious order you reduced and/or cut to a lower amount and thereafter distributed into the CT2 jurisdictions;

6. Each order arising out of the CT2 jurisdictions that you cancelled and/or blocked as suspicious, including whether you reported the same to the DEA as suspicious;

7. Each order arising out of the CT2 jurisdictions that you identified as an order of interest and/or a suspicious order that you filled;

8. Each order that exceeded the thresholds in your SOMS that you filled;

9. Validation and authentication of the complete due diligence file for each of your customers you sold prescription opioids to in the CT2 jurisdictions; and

10. Any audit, investigation and/or review related to the sale of prescription opioids into the CT2 jurisdictions.

**This deposition shall take place at a location and on a date mutually agreeable by the parties but no later than the close of fact discovery.  If you object to producing a witness, or object to the specificity of the subject matters, please do so immediately to avoid delay.**  In lieu of producing a witness for deposition, Plaintiffs will accept a binding stipulation that you will produce a live witness(es) on these subject matters at trial.

                                                          **Respectfully submitted,**

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse (WVSB No. 12547) | Paul T. Farrell, Jr. (WVSB No. 7443) |
| Joseph F. Rice | **FARRELL LAW** |
| **MOTLEY RICE LLC** | 422 Ninth Street, 3rd Floor (25701) |
| 28 Bridgeside Blvd. | P.O. Box 1180 |
| Mount Pleasant, SC 29464 | Huntington, WV 25714-1180 |
| Tel:  843-216-9000 | Office:  304.523.7285 |
| Fax:  843-216-9450 | phone:  304.654.8281 |
| akearse@motleyrice.com | email:  paul@farrell.law |
| jrice@motleyrice.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2020, a copy of the **FIRST NOTICE OF DEPOSITION OF AMERISOURCEBERGEN DRUG CORPORATION** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr., Esq. (W.Va. Bar No. 7443)
**FARRELL LAW**
P.O. Box 1180
Huntington, WV 25714-1180
422 Ninth Street, 3rd Floor
Huntington, West Virginia 25701
office:  304.523.7285
cell:     304.654.8281
email: paul@farrell.law