IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **Plaintiff,**
**v.**                                                  **CIVIL ACTION NO. 3:17-01362**
**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
    **Defendants.**

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**
**v.**                                                  **CIVIL ACTION NO. 3:17-01665**
**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
    **Defendants.**

*FIRST* **NOTICE OF DEPOSITION OF**
**McKESSON CORPORATION**

Please take notice that the Plaintiffs hereby notice the deposition of McKesson Corporation in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure on the following subject matters:

1. Validation and authentication of your CT2 transactional data and CT2 ARCOS data, including CT2_ARCOS_0000001 and CT2_ARCOS_0000002;

2. The operation of your suspicious order monitoring system (SOMS) regarding orders of prescription opioids arising out of the CT2 jurisdictions, including the setting of thresholds;

3. Each suspicious order your SOMS detected arising out of the CT2 jurisdictions;

4. Each suspicious order you reported to the DEA arising out of the CT2 jurisdictions;

5. Each suspicious order you reduced and/or cut to a lower amount and thereafter distributed into the CT2 jurisdictions;

6. Each order arising out of the CT2 jurisdictions that you cancelled and/or blocked as suspicious, including whether you reported the same to the DEA as suspicious;

7. Each order arising out of the CT2 jurisdictions that you identified as an order of interest and/or a suspicious order that you filled;

8. Each order that exceeded the thresholds in your SOMS that you filled;

9. Validation and authentication of the complete due diligence file for each of your customers you sold prescription opioids to in the CT2 jurisdictions; and

10. Any audit, investigation and/or review related to the sale of prescription opioids into the CT2 jurisdictions.

**This deposition shall take place at a location and on a date mutually agreeable by the parties but no later than the close of fact discovery.  If you object to producing a witness, or object to the specificity of the subject matters, please do so immediately to avoid delay.**  In lieu of producing a witness for deposition, Plaintiffs will accept a binding stipulation that you will produce a live witness(es) on these subject matters at trial.

**Respectfully submitted,**

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse (WVSB No. 12547) | Paul T. Farrell, Jr. (WVSB No. 7443) |
| Joseph F. Rice | **FARRELL LAW** |
| **MOTLEY RICE LLC** | 422 Ninth Street, 3rd Floor (25701) |
| 28 Bridgeside Blvd. | P.O. Box 1180 |
| Mount Pleasant, SC 29464 | Huntington, WV 25714-1180 |
| Tel:  843-216-9000 | Office:  304.523.7285 |
| Fax:  843-216-9450 | phone:  304.654.8281 |
| akearse@motleyrice.com | email:  paul@farrell.law |
| jrice@motleyrice.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2020, a copy of the **FIRST NOTICE OF DEPOSITION OF McKESSON CORPORATION** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr., Esq. (W.Va. Bar No. 7443)
**FARRELL LAW**
P.O. Box 1180
Huntington, WV 25714-1180
422 Ninth Street, 3rd Floor
Huntington, West Virginia 25701
office:  304.523.7285
cell:     304.654.8281
email: paul@farrell.law