IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, a copy of the **FIRST AMENDED SUPPLEMENTAL AMENDED ANSWERS OF PLAINTIFF CABELL COUNTY COMMISSION TO DISTRIBUTOR DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFFS** was served *via* email only to the following:

    Defense counsel:    track2opioiddefendants@reedsmith.com and

    Plaintiffs' counsel:    mdl2804discovery@motleyrice.com

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr., Esq. (W.Va. Bar No. 7443)
**FARRELL LAW**
P.O. Box 1180
Huntington, WV 25714-1180
422 Ninth Street, 3rd Floor
Huntington, West Virginia 25701
office:  304.523.7285
cell:    304.654.8281
email:  paul@farrell.law