## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>    Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br>    Defendants. | |
| CABELL COUNTY COMMISSION,<br>    Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br>    Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2020, THE CITY OF HUNTINGTON AND CABELL COUNTY COMMISSION'S JOINT OBJECTIONS AND RESPONSES TO DEFENDANT AMERISOURCEBERGEN DRUG CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION was served on all counsel via email only to plaintiffs' listserv at mdl2804discovery@motleyrice.com and to defendants' listserv at track2opioiddefendants@reedsmith.com.

    /s/ *Monique Christenson*
    Monique Christenson (SC Bar No. 104063)
    **MOTLEY RICE LLC**
    28 Bridgeside Blvd.
    Mount Pleasant, SC 29464
    Tel: 843-216-9000
    Fax: 843-216-9450
    mchristenson@motleyrice.com