UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>　　　Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al.*<br>　　　Defendants. | |
| CABELL COUNTY COMMISSION,<br>　　　Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al.*<br>　　　Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2020, THE CITY OF HUNTINGTON AND CABELL COUNTY COMMISSION'S JOINT OBJECTIONS AND RESPONSES TO DEFENDANT CARDINAL HEALTH CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION was served on all counsel via email only to plaintiffs' listserv at mdl2804discovery@motleyrice.com and to defendants' listserv at track2opioiddefendants@reedsmith.com.

　　　　　　　　　　　　　　　　　　　　　/s/ *Monique Christenson*
　　　　　　　　　　　　　　　　　　　　　Monique Christenson (SC Bar No. 104063)
　　　　　　　　　　　　　　　　　　　　　**MOTLEY RICE LLC**
　　　　　　　　　　　　　　　　　　　　　28 Bridgeside Blvd.
　　　　　　　　　　　　　　　　　　　　　Mount Pleasant, SC 29464
　　　　　　　　　　　　　　　　　　　　　Tel:  843-216-9000
　　　　　　　　　　　　　　　　　　　　　Fax:  843-216-9450
　　　　　　　　　　　　　　　　　　　　　mchristenson@motleyrice.com