## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                              Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                              Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, THE CITY OF HUNTINGTON AND CABELL COUNTY COMMISSION'S JOINT OBJECTIONS AND RESPONSES TO DEFENDANT MCKESSON CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION was served on all counsel via email only to plaintiffs' listserv at mdl2804discovery@motleyrice.com and to defendants' listserv at track2opioiddefendants@reedsmith.com.

                                      /s/ *Monique Christenson*
                                      Monique Christenson (SC Bar No. 104063)
                                      **MOTLEY RICE LLC**
                                      28 Bridgeside Blvd.
                                      Mount Pleasant, SC 29464
                                      Tel:  843-216-9000
                                      Fax:  843-216-9450
                                      mchristenson@motleyrice.com