# Thomas, Sean

| | |
|---|---|
| **From:** | Thomas, Sean |
| **Sent:** | Monday, April 27, 2020 12:00 PM |
| **To:** | michelle.l.mayhew@wv.gov; LPN.BOARD@WV.GOV |
| **Cc:** | Callas, Gretchen; Zerrusen, Sandra K. |
| **Subject:** | Board of Examiners for Licensed Practical Nurses' Response to AmerisourceBergen's subpoena in relation to City of Huntington et al. v. AmerisourceBergen Drug Corporation et al., 3:17-CV-1362 |

Ms. Mayhew,

I am looking to touch base regarding the West Virginia Board of Examiners for Licensed Practical Nurses' response to our subpoena that was served on March 13, 2020. The Board's response was due March 27, 2020. On April 8, 2020, we sent you a letter regarding the Board's production of documents. To date, we have not received a response from you—either to the subpoena or our letter. This case remains on a tight schedule and deadlines are quickly approaching. If possible, please update us on the Board's efforts as well as let us know if there is anything we can do to facilitate the production of responsive documents.

Please don't hesitate to give me a call if you have any questions.

Best,

**Sean D. Thomas** | Associate | **Jackson Kelly PLLC**
500 Lee Street East, Suite 1600 | Charleston, WV 25301-3202 | www.JacksonKelly.com
(304) 340-1192 | Mobile: (484) 883-3282 | Fax: (304) 340-1130 | sean.thomas@JacksonKelly.com | V-card

**JACKSONKELLY**PLLC

CONFIDENTIALITY NOTE: This email message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.