

## Welcome

The Office of the Chief Medical Examiner was established under West Virginia Code §**61**-12-3 *et seq.*

The primary functions of the Office of the Chief Medical Examiner are to perform death investigations, establish cause and manner of death, formulate conclusions, opinions or testimony in judicial proceedings, and to be available for consultations as necessary.

---



### Document Requests

Request an autopsy report, a toxicology report or a cremation permit

**See More**



### About Us

Contact us

**See More**

**West Virginia**
**Chief Medical Examiner**

619 Virginia Street West
Charleston, WV 25302

**Ph:** (304) 558-6920
**Hours:** M-F 8:00 am to 5:00 pm

**Contact Us** | **View Map**