IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                           CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                           CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

## DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES FROM THE WEST VIRGINIA BUREAU FOR CHILDREN AND FAMILIES

Pursuant to Rule 45 of the Federal Rules of Civil Procedure and this Court's Order Regarding Third-Party Discovery Disputes (ECF No. 365), Defendant AmerisourceBergen Drug Corporation ("Defendant"), by counsel, hereby moves the Court for an order compelling the West Virginia Bureau for Children and Families ("BCF") to produce documents in response to a certain subpoena which Defendant previously served upon BCF. Defendant's motion should be granted for the reasons set forth in the accompanying memorandum of law, which is incorporated herein. Pursuant to LR Civ P 7.1(a), copies of all documents, affidavits, and other such materials or exhibits referenced in the memorandum and upon which this motion relies are attached to this

- 2 -

motion.  Defendant further certifies that it has conferred with counsel for BCF in an effort to resolve the discovery dispute without court intervention.

Dated:  May 15, 2020

Respectfully submitted,

***AmerisourceBergen Drug Corporation***
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.          CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
    DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.          CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
    DRUG CORPORATION, et al.,
    Defendants.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 15, 2020 the Defendant's Motion to Compel Discovery Responses from the West Virginia Bureau for Children and Families was sent to Counsel for the Plaintiffs and Defendants using the Court's CM/ECF system, which will send notification of such filing to all counsel of record. Notice of Defendant's Memotion as well as copies of the Motion and its exhibits have been sent to Counsel for the West Virginia Bureau for Children and Families, Allen Campbell, by electronic mail to the following e-mail address: Allen.B.Campbell@wv.gov.

                                                */s/ Gretchen M. Callas*
                                                Gretchen M. Callas (WVSB # 7136)