# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

**DEFENDANTS' MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION**

Pursuant to Rules 26, 34, 37, and 45 of the Federal Rules of Civil Procedure, Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation, by counsel, hereby move for an order compelling the *in camera* review of documents underlying the challenged privilege claims described in Defendants' Memorandum of Law. Defendant's Motion should be granted for the reasons set forth in the accompanying memorandum of law, which is incorporated here.

Dated: May 15, 2020

Respectfully submitted,

By Counsel:

*/s/ Steven R. Ruby*
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
bglasser@baileyglasser.com
sruby@baileyglasser.com
rfranks@baileyglasser.com
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
***Counsel for Cardinal Health in Cabell County action***

*/s/ David R. Pogue*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
CAREY, SCOTT, DOUGLAS &
KESSLER, PLLC
901 Chase Tower
707 Virginia, East
Charleston, West Virginia 25301
Telephone: (304) 345-1234
Facsimile: (304) 342-1102
***Counsel for Cardinal Health in The City of Huntington action***

*/s/ Enu Mainigi*
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
***Counsel for Cardinal Health, Inc.***

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
gcallas@jacksonkelly.com
Telephone: (304) 340-1000
Facsimile: (304) 340-1050

*/s/ Robert A. Nicholas*
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
rnicholas@reedsmith.com
smcclure@reedsmith.com
Tel: (215) 851-8100
Fax: (215) 851-1420
***Counsel for AmerisourceBergen Drug Corporation***

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box 3843
Charleston, WV 25338-3843
jwakefield@flahertylegal.com
Telephone: (304) 345-0200

*/s/ Timothy C. Hester*
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone (202) 662-5324
thester@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com
***Counsel for McKesson Corporation***

**CERTIFICATE OF SERVICE**

      I, Steven R. Ruby, counsel for Defendant Cardinal Health, Inc. do hereby certify that on this 15th day of May, the foregoing **DEFENDANTS' MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION** was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system.

                                                */s/ Steven R. Ruby*
                                                Steven R. Ruby