### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, | |
|     Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | |
|     Defendants. | |
| _____ | |
| CABELL COUNTY COMMISSION, | |
|     Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | |
|     Defendants. | |

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants move the Court to grant them leave to exceed the 20-page limit for their Motion and accompanying Memorandum of Law in Support of their Motion to Compel Third-Party Discovery.  In support of their motion, Defendants state as follows:

1.      Because documents potentially relevant to Defendants' defenses are held by a wide variety of state agencies, employees, licensing boards, and other entities, Defendants have sought documents from a significant number of third parties.  Due to the COVID-19 pandemic, many of these third parties have not yet completed their productions.

2.      Under the Court's May 11 Order, today is the deadline for all motions regarding outstanding discovery.  *See* ECF 410 at 3.  Defendants must therefore bring this motion to

compel to preserve their right to compel third parties to produce documents requested by their

subpoenas.  Each of those third parties must be listed and addressed by the motion, requiring

additional pages beyond the 20-page limit.

3.       Defendants seek leave to file a five-page motion and a memorandum of law that is

27 pages.

WHEREFORE, Defendants ask that the Court grant their motion and permit them to

exceed the 20-page limit for their Motion and accompanying Memorandum of Law in Support of

their Motion to Compel Third-Party Discovery.


Dated:  May 15, 2020                          Respectfully Submitted,


                                              *McKesson Corporation*
                                              By Counsel:

                                              */s/ Jeffrey M. Wakefield*
                                              Jeffrey M. Wakefield (WVSB #3894)
                                              jwakefield@flahertylegal.com
                                              Jason L. Holliday (WVSB #12749)
                                              jholliday@flahertylegal.com
                                              FLAHERTY SENSABAUGH BONASSO PLLC
                                              P.O. Box. 3843
                                              Charleston, WV 25338-3843
                                              Telephone: (304) 345-0200


                                              */s/ Carol Dan Browning*
                                              Carol Dan Browning
                                              Stites & Harbison, PLLC
                                              400 West Market Street
                                              Suite 1800
                                              Louisville, Kentucky  40202
                                              Telephone:  (502) 587-3400
                                              Facsimile:  (502) 587-6391
                                              cbrowning@stites.com


                                              */s/ Timothy C. Hester*
                                              Timothy C. Hester

Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

***AmerisourceBergen Drug Corporation***
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

***Cardinal Health, Inc.***
By Counsel:

*/s/ Brian A. Glasser*
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street

Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
*Counsel in Cabell County action*


*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 15th day May, the foregoing

**"Defendants' Motion for Leave to Exceed Page Limit"** was served using the Court's

CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)