# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants.<br>_____<br><br>CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362<br><br><br><br><br><br><br><br>Civil Action No. 3:17-01665 |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

On the 15th day of May, 2020, came the Defendants, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Defendants") and moved the Court to grant them leave to exceed the 20-page limit for their Motion and accompanying Memorandum of Law in Support of their Motion to Compel Third-Party Discovery.

Finding that the Defendants have demonstrated good cause, the Court hereby GRANTS Defendants' motion and permits them leave to exceed the 20-page limit for their Motion and accompanying Memorandum of Law in Support of their Motion to Compel Third-Party Discovery.

ENTERED this _____ day of May, 2020.

_____
District Judge David A. Faber