## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

     Plaintiff,

v.                                                          Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

     Defendants.

_____

CABELL COUNTY COMMISSION,

     Plaintiff,
                                                            Civil Action No. 3:17-01665
v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

     Defendants.

## DEFENDANTS' MOTION TO COMPEL THIRD-PARTY DISCOVERY

Pursuant to Rules 26, 37, and 45 of the Federal Rules of Civil Procedure and the Court's Memorandum Opinion and Order of May 11, 2020, ECF 410, Defendants hereby move for an order compelling the third parties listed in the chart below to produce documents responsive to Defendants' subpoenas, also listed in the chart below, so that Defendants have a meaningful opportunity to take the fact depositions needed to defend themselves in this matter.

| Subpoena Recipient | Parent Agency / Employer | Date of Service | Any Productions Made? |
|---|---|---|---|
| W. Va. Department of Military Affairs and Public Safety (DMAPS) | N/A | 2/11/2020 | No |
| W. Va. State Police | DMAPS | 2/11/2020 | No |
| W. Va. Division of Corrections and Rehabilitation | DMAPS | 2/11/2020 | No |
| W. Va. Division of Justice and Community Service | DMAPS | 2/11/2020 | No |
| | | | |
| Darren Cox, FBI Agent and former head of the Huntington Drug and Violent Crime Task Force | FBI | 4/3/2020 | No |
| | | | |
| W. Va. Department of Health and Human Resources (DHHR) | N/A | 3/17/2020 | No |
| Karen Bowling, Former DHHR Secretary | DHHR | 4/17/2020 | No |
| Bill J. Crouch, DHHR Secretary | DHHR | 4/17/2020 | No |
| Robert H. Hansen, Director of DHHR Office of Drug Control Policy | DHHR | 4/20/2020 | No |
| W. Va. Bureau for Medical Services (BMS) | DHHR | 3/17/2020 | No |
| Cynthia Beane, BMS Commissioner | DHHR | 4/23/2020 | No |
| Vicki Cunningham, former BMS Director of Pharmacy Services | DHHR | 4/23/2020 | No |
| Linda Watts, Commissioner of the BCF | DHHR | 5/4/2020 | No |
| W. Va. Bureau for Behavioral Health (BBH) | DHHR | 5/4/2020 | No |
| Christina Mullins, Commissioner of the BBH | DHHR | 5/4/2020 | No |
| W. Va. Bureau for Child Support Enforcement | DHHR | 5/4/2020 | No |
| W. Va. Health Statistics Center | DHHR | 5/4/2020 | No |
| W. Va. Bureau for Public Health (BPH) | DHHR | 5/4/2020 | No |
| Catherine Slemp, Commissioner of the BPH | DHHR | 5/4/2020 | No |
| Governor's Council on Substance Abuse Prevention and Treatment (c/o DHHR) | DHHR | 3/3/2020 | Yes; 7 documents. |
| Brian Gallagher, Marshall University Pharmacy Professor and Chair of Governor's Council | DHHR | 4/20/2020 | No |

| | | | |
|---|---|---|---|
| Stephen Petrany, M.D., Marshall Health Professor and Member of Governor's Council | DHHR | 4/20/2020 | No |
| Rahul Gupta, M.D., W. Va. Chief Health Officer and Commissioner | DHHR | 4/17/2020 | No |
| W. Va. Board of Pharmacy | N/A | 3/3/2020 | Yes; being processed. |
| W. Va. Board of Medicine | N/A | 2/21/2020 | Yes |
| W. Va. Board of Osteopathic Medicine | N/A | 2/25/2020 | Yes |
| W. Va. Board of Dentistry | N/A | 3/12/2020 | Yes |
| W. Va. Board of Registered Professional Nurses | N/A | 3/12/2020 | Yes |
| W. Va. State Medical Association | N/A | 4/29/2020 | No |
| W. Va. Osteopathic Medical Association | N/A | 4/29/2020 | No |
| American Medical Association | N/A | 4/29/2020 | No |
| American Osteopathic Association | N/A | 4/29/2020 | No |
| Coalition for Responsible Chronic Pain Management (c/o W. Va. Legislature Joint Committee on Government and Finance) | N/A | 3/3/2020 | Yes; 21 documents. |
| Cabell-Huntington Health Department | N/A | 3/5/2020 | Yes |
| Cabell Huntington Hospital and Saint Mary's | N/A | 3/12/2020 (Cabell Huntington) | No |

|  |  | 4/15/2020 (Saint Mary's) |  |
|---|---|---|---|
| Marshall University | N/A | 4/15/2020 | Yes |
| Marshall Health | Marshall University | 4/15/2020 | Yes |
| Quality Insights | N/A | 3/25/2020 | No |
| Valley Health | N/A | 3/25/2020 | No |
| Healthy Connections | N/A | 3/23/2020 | No |
| PROACT, Inc. | N/A | 3/31/2020 | Yes |
| W. Va. Public Employees Insurance Agency ("PEIA") | N/A | 3/17/2020 | No |

Defendants' motion should be granted for the reasons set forth in the accompanying memorandum of law, which is incorporated here.  Pursuant to LR Civ P 7.1(a), copies of all documents, affidavits, and other such materials or exhibits referenced in the memorandum and upon which this motion relies are attached to this motion.

Defendants further certify that they have conferred with counsel for these non-parties in an effort to resolve the subject discovery dispute without court intervention.  Subpoena negotiations with these non-parties are proceeding in good faith, and Defendants expect that these non-parties will meet the June 12, 2020 deadline for document discovery.  Defendants file this motion to comply with the Court's May 11, 2020 Memorandum Opinion and Order and to preserve their rights.  But Defendants respectfully request that this motion be held in abeyance

pending their subpoena negotiations with these non-parties, and that no non-party be required to respond to this motion at this time.

Dated:  May 15, 2020                                    Respectfully Submitted,

                                                        **McKesson Corporation**
                                                        By Counsel:

                                                        /s/ Jeffrey M. Wakefield
                                                        Jeffrey M. Wakefield (WVSB #3894)
                                                        jwakefield@flahertylegal.com
                                                        Jason L. Holliday (WVSB #12749)
                                                        jholliday@flahertylegal.com
                                                        FLAHERTY SENSABAUGH BONASSO PLLC
                                                        P.O. Box. 3843
                                                        Charleston, WV 25338-3843
                                                        Telephone: (304) 345-0200

                                                        /s/ Carol Dan Browning
                                                        Carol Dan Browning
                                                        Stites & Harbison, PLLC
                                                        400 West Market Street
                                                        Suite 1800
                                                        Louisville, Kentucky  40202
                                                        Telephone:  (502) 587-3400
                                                        Facsimile:  (502) 587-6391
                                                        cbrowning@stites.com

                                                        /s/ Timothy C. Hester
                                                        Timothy C. Hester
                                                        Mark H. Lynch
                                                        Christian J. Pistilli
                                                        Laura Flahive Wu
                                                        COVINGTON & BURLING LLP
                                                        One CityCenter
                                                        850 Tenth Street NW
                                                        Washington, DC 20001
                                                        Tel: (202) 662-5324
                                                        thester@cov.com
                                                        mlynch@cov.com
                                                        cpistilli@cov.com
                                                        lflahivewu@cov.com

*AmerisourceBergen Drug Corporation*
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Cardinal Health, Inc.*
By Counsel:

*/s/ Brian A. Glasser*
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
*Counsel in Cabell County action*

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005

6

Tel:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on this 15th day May, the foregoing

**"Defendants' Motion to Compel Third-Party Discovery"** was served using the Court's

CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
