# EXHIBIT 5

# Thomas, Sean

| | |
|---|---|
| **From:** | Callas, Gretchen |
| **Sent:** | Wednesday, May 6, 2020 1:14 PM |
| **To:** | Zerrusen, Sandra K.; Thomas, Sean |
| **Subject:** | Fwd: Teleconference re AmerisourceBergen Subpoena |

██

████████████████████████████

███████

---

**From:** Holcomb, Chase O <Chase.O.Holcomb@wv.gov>
**Sent:** Wednesday, May 6, 2020 12:13:42 PM
**To:** Callas, Gretchen <GCALLAS@jacksonkelly.com>
**Subject:** RE: Teleconference re AmerisourceBergen Subpoena

That time works for us. Looking forward to speaking with you.

Chase

**From:** Callas, Gretchen [mailto:GCALLAS@jacksonkelly.com]
**Sent:** Wednesday, May 6, 2020 8:26 AM
**To:** Holcomb, Chase O <Chase.O.Holcomb@wv.gov>
**Subject:** Re: Teleconference re AmerisourceBergen Subpoena

Hi Chase,

Thanks for reaching out.  I hope you are doing well during this difficult time.

How about 10:00 on Friday May 22?  If that works I'll send an appointment and call in number.

Gretchen

Get [Outlook for iOS](#)

---

**From:** Holcomb, Chase O <Chase.O.Holcomb@wv.gov>
**Sent:** Tuesday, May 5, 2020 4:24:15 PM
**To:** Callas, Gretchen <GCALLAS@jacksonkelly.com>
**Subject:** Teleconference re AmerisourceBergen Subpoena

**EXTERNAL MESSAGE**

Good afternoon, Gretchen,

1

I hope you are well. As you suggested in your letter, Jonathan and I would like to schedule a call to discuss the Board of Osteopathic Medicine's responses/objections to the subpoena in the Cabell County and City of Huntington opioid litigation. We would propose any day after May 20, as we have a number of board meetings and other important matters to address in the coming weeks. Please let me know how you would like to proceed.

Take care,

## Chase O. Holcomb, Esq.
*Legal Counsel*
West Virginia Board of Osteopathic Medicine
405 Capitol Street, Suite 402
Charleston, West Virginia 25301
Telephone:   304-558-6098
Facsimile:     304-558-6096



*The information contained in this electronic message is legally privileged and confidential under applicable law and is intended only for the use of the individual or entity named above.  If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please notify the West Virginia Board of Osteopathic Medicine, (304) 558-6095, and purge this communication immediately without making any copy or distribution.*