# EXHIBIT 6

# Thomas, Sean

| | |
|---|---|
| **From:** | Callas, Gretchen |
| **Sent:** | Tuesday, March 24, 2020 2:55 PM |
| **To:** | Thomas, Sean |
| **Subject:** | Fwd: Subpoena to WV Board of Dentistry |

[redacted]

**From:** Keith D. Fisher <Keith.D.Fisher@wvago.gov>
**Sent:** Tuesday, March 24, 2020 11:34:58 AM
**To:** Callas, Gretchen <GCALLAS@jacksonkelly.com>
**Subject:** Subpoena to WV Board of Dentistry

**EXTERNAL MESSAGE**

Ms. Callas,

I am writing to confirm our telephone conversation of March 23, 2020. Your subpoena directed to the West Virginia Board of Dentistry was received in their office on March 19, 2020, and sets forth a response deadline of March 26, 2020. Pursuant to the Governor's recent orders issued in response to the coronavirus pandemic, the Board's staff are currently working remotely and, therefore, are unable to search for information and documents that may be responsive to the subpoena, or to meet with me to review the same. As we discussed, the Board requires additional time, beyond the stated deadline, to respond to the subpoena. Once the Board is able to resume normal business operations, I will contact you to discuss setting a timeframe for the Board to respond to the subpoena. The Board appreciates your patience and understanding in this regard. Should you need to contact me, please note my full contact info listed below.

Regards,

**Keith D. Fisher**
**Assistant Attorney General**
**Office of the West Virginia Attorney General**
**812 Quarrier Street, Second Floor**
**Charleston, WV 25301**
**(304) 558-8989 (phone)**
**(304) 558-4509 (fax)**
**Keith.D.Fisher@wvago.gov**

1

NOTICE: The information contained in this electronic message is legally privileged and confidential under applicable law and is intended solely for the use of the individuals or entities named above. If the recipient of this message is not the above-named recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the Office of the Attorney General at 304.558.8989, and purge this email immediately without making any copy or distribution.