# EXHIBIT 7



State of West Virginia
Office of the Attorney General
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

Patrick Morrisey
Attorney General

(304) 558-8989
Fax (304) 558-4509

March 17, 2020

Gretchen M. Callas, Esq.
Jackson Kelly
500 Lee Street, East
P.O. Box 553, Suite 1600
Charleston, WV 25301-3202

Re: *Subpoena Duces Tecum*
*City of Huntington, et al. v. Amerisource Bergen Drug Corp., et al.*
*3:17-01362 (consolidated), SDWV*

Dear Ms. Callas:

I represent the West Virginia Board of Examiners for Registered Professional Nurses. Yesterday, the Board received your subpoena duces tecum in the above-referenced matter. Although the Board is working diligently and as quickly as possible to process the requests and compile responsive documents, I do not anticipate that a response will be ready by the March 26 return date. Given the breadth of the subpoena, and that it commanded production in less than 10 days from the Board's receipt, additional time is necessary.

Alice Faucett, the Board's General Counsel, is coordinating with Board staff to compile the response. Once I have a timeframe for the response, either Ms. Faucett or I will contact you.

In the meantime, please do not hesitate to contact Ms. Faucett or me if you have any questions.

Sincerely,

Anthony D. Eates II
Deputy Attorney General

cc.   Alice Faucett, Esq.

RECEIVED
MAR 18 2020

Scanned with CamScanner