# EXHIBIT 10

## Thomas, Sean

| | |
|---|---|
| **From:** | Callas, Gretchen |
| **Sent:** | Wednesday, April 15, 2020 5:39 PM |
| **To:** | Thomas, Sean |
| **Subject:** | Fwd: AmerisourceBergen Subpoena to ProAct |

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Get Outlook for iOS

---

**From:** Ryan Q Ashworth <rqa@bcyon.com>
**Sent:** Wednesday, April 15, 2020 1:07:42 PM
**To:** Callas, Gretchen <GCALLAS@jacksonkelly.com>
**Cc:** Melissa Eakle Leasure <mel@bcyon.com>
**Subject:** RE: AmerisourceBergen Subpoena to ProAct

Understood.  Thank you.  I'll touch base next week to let you know how it is progressing.

---

**From:** Callas, Gretchen <GCALLAS@jacksonkelly.com>
**Sent:** Wednesday, April 15, 2020 1:06 PM
**To:** Ryan Q Ashworth <rqa@bcyon.com>
**Cc:** Melissa Eakle Leasure <mel@bcyon.com>
**Subject:** Re: AmerisourceBergen Subpoena to ProAct

Hi Ryan and Melissa,

We are happy to work with you and extend the deadline to April 28.  We are still on a very tight schedule so let me know if this extension ends up being a problem.

Gretchen Callas
Jackson Kelly PLLC
▬▬▬▬▬

Get Outlook for iOS

---

**From:** Ryan Q Ashworth <rqa@bcyon.com>
**Sent:** Wednesday, April 15, 2020 11:17:52 AM
**To:** Callas, Gretchen <GCALLAS@jacksonkelly.com>
**Cc:** Melissa Eakle Leasure <mel@bcyon.com>
**Subject:** AmerisourceBergen Subpoena to ProAct

**EXTERNAL MESSAGE**

Gretchen,

1

Mellissa Leasure will be spearheading the production related to the ProAct Subpoena and I've included her on this email. I'm optimistic that we can respond, at least in part, to this subpoena in a shorter timeframe when compared to the Cabell subpoena. The current production date on the subpoena is tomorrow. We need to speak with one more individual before responding. Once that occurs, I think we'll be able to put together a production relatively quickly. May we have until April 28th to respond to this subpoena?

Ryan Q. Ashworth, Esquire
BAILES, CRAIG, YON & SELLARDS PLLC
401 Tenth Street, Suite 500
Huntington, WV 25701
(304) 697-4700 (phone)
(304) 634-8523 (cell)





Admitted in West Virginia and Ohio

**ATTORNEY-CLIENT PRIVILEGE, WORK PRODUCT DOCTRINE AND CONFIDENTIALITY NOTICE:**

This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents, files, or previous e-mail messages enclosed within and/or attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.

**IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY REPLY E-MAIL OR BY TELEPHONE AT 304-697-4700 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING IN ANY MANNER.**

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.