# Exhibit A

# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 6000

**By Electronic Mail**                                              May 6, 2020

Brandon Bogle, Esq.
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
bbogle@levinlaw.com

All Plaintiffs' Counsel
mdl2804discovery@motleyrice.com

> **Re: Cabell County Privilege Log, Vol. 1, Deficiencies, *City of Huntington v. AmerisourceBergen Drug Corp. et al.*, 3:17-cv-01362 (S.D.W. Va.); *Cabell County Commission v. AmerisourceBergen Drug Corp. et al.*, 3:17-cv-01665 (S.D.W. Va.)**

Dear Mr. Bogle:

I am writing regarding the first volume of Cabell County's privilege log, which you sent to Defendants on April 14, 2020. Based on your descriptions of documents in the log, we have identified several groups of documents that appear to have been improperly withheld or logged. The contested documents are listed in Appendices A through F.

First, you withheld as "Attorney Work Product" 66 documents that appear to be intake forms related to child welfare or child custody disputes handled by Child Protective Services ("CPS"). *See* Appendix A. For a document to be withheld as work product, the document must have been prepared "in anticipation of litigation." *Westfield Ins. Co. v. Carpenter Reclamation, Inc.*, 301 F.R.D. 235, 249 (S.D.W. Va. 2014). Documents created in the regular course of business are generally not attorney work product. *Id.* at 249-250. These 66 documents were created by non-attorney CPS staff members and have document titles indicating that they are routine intake forms for CPS cases. *See, e.g.*, PRVCTRL0000270. If the County nonetheless maintains that these documents are protected by the attorney work-product doctrine, please confirm in writing the identities of the attorneys that provide the basis for that contention. Additionally, please advise how these intake forms were prepared "in anticipation of litigation."

Second, you claim attorney client privilege over documents where neither the metadata nor the privilege entry specify an attorney involved. *See* Appendix B. Please explain the basis for the privilege claim for these documents, including the identities of the attorneys that provide the basis for the claim.

**COVINGTON**

May 6, 2020
Page 2

Third, you claim common interest privilege over a number of documents, but it is unclear what the basis of the common interest is or who the parties to the privilege claim are. *See* Appendix C.  The burden is on the party asserting the privilege claim to establish that a common interest exists.  *Cf. State ex rel. United Hosp. Ctr, Inc. v. Bedell*, 484 S.E.2d 199, 208 (W. Va. 1997).  The County has not met this burden with regard to the documents cited in Appendix C.

Fourth, and related to the issue identified in the preceding paragraph, you withheld as "Attorney Client," "Attorney Work Product" and/or "Common Interest" numerous documents that appear to have been disclosed to third parties, which waives any claim of privilege.  *See* Appendix D.  For example, PRVCTRL0000004 through PRVCTRL0000007 are emails between counsel and persons employed by Marshall University, St. Mary's Hospital, and/or Huntington-Cabell Hospital, which are not parties to this litigation.  The disclosure of purportedly privileged information to an individual not embraced by that privilege waives the privilege as to the specific information revealed, as well as to the subject matter disclosed.  *State ex rel. McCormick v. Zakaib*, 430 S.E.2d 316, 319 (W. Va. 1993); *Hawkins v. Stables*, 148 F.3d 379, 383-84 (4th Cir. 1998).  If the County nonetheless maintains that these documents are privileged, please explain the basis for your contention.

Fifth, you have designated certain documents as "Attachments" in your privilege descriptions, but fail to provide Bates numbers for those documents.  *See* Appendix E.  Non-privileged parent emails of attachments withheld on the basis of privilege must be produced.  Please provide the Bates numbers for these attachments to allow identification of the relevant parent emails in your production.

Sixth, the privilege log reflects a number of documents withheld as privileged because they were forwarded from outside counsel; however, outside counsel is not included in the metadata and the document does not have an attachment.  *See* Appendix F.  For example, PRVCTRL0000062 is described as follows: "Email forwarding materials from outside counsel (Levin Papantonio) regarding litigation updates related to current litigation."  It is not clear how material from Mr. Papantonio was transmitted in an email that he did not send, where there is no attachment, and where the document is not a chain forwarding an earlier email from Mr. Papantonio.  Please provide additional explanation regarding these entries.

Finally, you have classified document PRVCTRL0000161 as "Not Privileged."  It appears that this document was mistakenly placed on the privilege log and must be produced.

In summary, without further support for the County's privilege claims as to the contested documents, they must be produced.  Please provide such explanations in writing, or produce the contested documents no later than May 13, 2020.  Thank you for your attention to this matter.

Sincerely,

*/s/ Laura Flahive Wu*
Laura Flahive Wu

*Counsel for Defendant*
*McKesson Corporation*

**COVINGTON**

May 6, 2020
Page 3

## <u>**Appendix A**</u>

- PRVCTRL0000270

- PRVCTRL0000272

- PRVCTRL0000274

- PRVCTRL0000280

- PRVCTRL0000281

- PRVCTRL0000282

- PRVCTRL0000283

- PRVCTRL0000285

- PRVCTRL0000286

- PRVCTRL0000287

- PRVCTRL0000289

- PRVCTRL0000290

- PRVCTRL0000291

- PRVCTRL0000292

- PRVCTRL0000293

- PRVCTRL0000294

- PRVCTRL0000300

- PRVCTRL0000302

- PRVCTRL0000303

- PRVCTRL0000304

- PRVCTRL0000308

- PRVCTRL0000311

- PRVCTRL0000313

**COVINGTON**

May 6, 2020
Page 4

- PRVCTRL0000314

- PRVCTRL0000315

- PRVCTRL0000317

- PRVCTRL0000319

- PRVCTRL0000320

- PRVCTRL0000321

- PRVCTRL0000322

- PRVCTRL0000323

- PRVCTRL0000324

- PRVCTRL0000325

- PRVCTRL0000328

- PRVCTRL0000329

- PRVCTRL0000330

- PRVCTRL0000331

- PRVCTRL0000332

- PRVCTRL0000333

- PRVCTRL0000334

- PRVCTRL0000335

- PRVCTRL0000336

- PRVCTRL0000337

- PRVCTRL0000340

- PRVCTRL0000341

- PRVCTRL0000342

- PRVCTRL0000343

**COVINGTON**

May 6, 2020
Page 5

- PRVCTRL0000345

- PRVCTRL0000346

- PRVCTRL0000347

- PRVCTRL0000348

- PRVCTRL0000350

- PRVCTRL0000351

- PRVCTRL0000352

- PRVCTRL0000353

- PRVCTRL0000354

- PRVCTRL0000356

- PRVCTRL0000357

- PRVCTRL0000358

- PRVCTRL0000359

- PRVCTRL0000360

- PRVCTRL0000361

- PRVCTRL0000362

- PRVCTRL0000363

- PRVCTRL0000364

- PRVCTRL0000365

**COVINGTON**

May 6, 2020
Page 6

## **Appendix B**

- PRVCTRL0000001

- PRVCTRL0000044

- PRVCTRL0000045

- PRVCTRL0000091

- PRVCTRL0000120

- PRVCTRL0000124

- PRVCTRL0000128

- PRVCTRL0000131

- PRVCTRL0000133

- PRVCTRL0000135

- PRVCTRL0000137

- PRVCTRL0000142

- PRVCTRL0000153

- PRVCTRL0000155

- PRVCTRL0000157

- PRVCTRL0000163

- PRVCTRL0000168

- PRVCTRL0000173

- PRVCTRL0000243

- PRVCTRL0000284

- PRVCTRL0000305

- PRVCTRL0000307

- PRVCTRL0000327

**COVINGTON**

May 6, 2020
Page 7

- PRVCTRL0000339

- PRVCTRL0000400

- PRVCTRL0000409

- PRVCTRL0000411

- PRVCTRL0000418

- PRVCTRL0000419

- PRVCTRL0000420

- PRVCTRL0000426

- PRVCTRL0000435

- PRVCTRL0000439

- PRVCTRL0000442

- PRVCTRL0000444

- PRVCTRL0000452

- PRVCTRL0000457

- PRVCTRL0000459

- PRVCTRL0000460

- PRVCTRL0000490

- PRVCTRL0000501

**COVINGTON**

May 6, 2020
Page 8

## **Appendix C**

- PRVCTRL0000173

- PRVCTRL0000097

- PRVCTRL0000005

- PRVCTRL0000006

- PRVCTRL0000007

- PRVCTRL0000027

- PRVCTRL0000028

- PRVCTRL0000029

- PRVCTRL0000030

- PRVCTRL0000031

- PRVCTRL0000032

- PRVCTRL0000041

- PRVCTRL0000054

- PRVCTRL0000058

- PRVCTRL0000062

- PRVCTRL0000065

- PRVCTRL0000071

- PRVCTRL0000072

- PRVCTRL0000073

- PRVCTRL0000077

- PRVCTRL0000078

- PRVCTRL0000093

- PRVCTRL0000094

**COVINGTON**

May 6, 2020
Page 9

- PRVCTRL0000095

- PRVCTRL0000096

- PRVCTRL0000180

- PRVCTRL0000181

- PRVCTRL0000182

- PRVCTRL0000183

- PRVCTRL0000184

- PRVCTRL0000185

- PRVCTRL0000186

- PRVCTRL0000187

- PRVCTRL0000222

- PRVCTRL0000223

- PRVCTRL0000224

- PRVCTRL0000225

- PRVCTRL0000226

- PRVCTRL0000229

- PRVCTRL0000233

- PRVCTRL0000241

- PRVCTRL0000247

- PRVCTRL0000248

- PRVCTRL0000249

- PRVCTRL0000250

- PRVCTRL0000251

- PRVCTRL0000098

**COVINGTON**

May 6, 2020
Page 10

- PRVCTRL0000100

- PRVCTRL0000101

- PRVCTRL0000114

- PRVCTRL0000127

- PRVCTRL0000327

- PRVCTRL0000411

- PRVCTRL0000426

- PRVCTRL0000444

- PRVCTRL0000176

- PRVCTRL0000178

- PRVCTRL0000179

- PRVCTRL0000188

- PRVCTRL0000191

- PRVCTRL0000192

- PRVCTRL0000193

- PRVCTRL0000194

- PRVCTRL0000195

- PRVCTRL0000457

- PRVCTRL0000326

- PRVCTRL0000355

- PRVCTRL0000377

- PRVCTRL0000410

- PRVCTRL0000415

- PRVCTRL0000417

**COVINGTON**

May 6, 2020
Page 11

- PRVCTRL0000422

- PRVCTRL0000425

- PRVCTRL0000431

- PRVCTRL0000434

- PRVCTRL0000448

- PRVCTRL0000451

- PRVCTRL0000453

- PRVCTRL0000454

- PRVCTRL0000456

- PRVCTRL0000037

- PRVCTRL0000039

- PRVCTRL0000060

- PRVCTRL0000237

- PRVCTRL0000238

- PRVCTRL0000239

- PRVCTRL0000243

- PRVCTRL0000044

- PRVCTRL0000169

- PRVCTRL0000170

- PRVCTRL0000171

- PRVCTRL0000172

- PRVCTRL0000174

- PRVCTRL0000175

- PRVCTRL0000253

**COVINGTON**

May 6, 2020
Page 12

- PRVCTRL0000309

- PRVCTRL0000418

- PRVCTRL0000419

- PRVCTRL0000372

- PRVCTRL0000379

- PRVCTRL0000382

- PRVCTRL0000383

- PRVCTRL0000388

- PRVCTRL0000395

- PRVCTRL0000420

- PRVCTRL0000401

- PRVCTRL0000403

- PRVCTRL0000435

- PRVCTRL0000452

- PRVCTRL0000501

- PRVCTRL0000446

- PRVCTRL0000462

- PRVCTRL0000463

- PRVCTRL0000478

- PRVCTRL0000479

- PRVCTRL0000480

- PRVCTRL0000481

- PRVCTRL0000482

- PRVCTRL0000483

**COVINGTON**

May 6, 2020
Page 13

- PRVCTRL0000484

- PRVCTRL0000485

- PRVCTRL0000486

- PRVCTRL0000487

- PRVCTRL0000488

- PRVCTRL0000500

- PRVCTRL0000128

**COVINGTON**

May 6, 2020
Page 14

<u>**Appendix D**</u>

- PRVCTRL0000002

- PRVCTRL0000004

- PRVCTRL0000005

- PRVCTRL0000006

- PRVCTRL0000007

- PRVCTRL0000027

- PRVCTRL0000028

- PRVCTRL0000029

- PRVCTRL0000030

- PRVCTRL0000031

- PRVCTRL0000032

- PRVCTRL0000072

- PRVCTRL0000073

- PRVCTRL0000074

- PRVCTRL0000078

- PRVCTRL0000098

- PRVCTRL0000099

- PRVCTRL0000100

- PRVCTRL0000101

- PRVCTRL0000184

- PRVCTRL0000187

- PRVCTRL0000209

- PRVCTRL0000215

**COVINGTON**

May 6, 2020
Page 15

- PRVCTRL0000216

- PRVCTRL0000217

- PRVCTRL0000218

- PRVCTRL0000222

- PRVCTRL0000223

- PRVCTRL0000233

- PRVCTRL0000247

- PRVCTRL0000248

- PRVCTRL0000249

- PRVCTRL0000250

- PRVCTRL0000251

**COVINGTON**

May 6, 2020
Page 16

## **Appendix E**

- PRVCTRL0000095

- PRVCTRL0000284

- PRVCTRL0000305

- PRVCTRL0000327

- PRVCTRL0000339

- PRVCTRL0000161

- PRVCTRL0000411

- PRVCTRL0000426

- PRVCTRL0000444

- PRVCTRL0000457

- PRVCTRL0000429

- PRVCTRL0000039

**COVINGTON**

May 6, 2020
Page 17

## <u>Appendix F</u>

- PRVCTRL0000062

- PRVCTRL0000063

- PRVCTRL0000064

- PRVCTRL0000065

- PRVCTRL0000067

- PRVCTRL0000068

- PRVCTRL0000060

- PRVCTRL0000061

- PRVCTRL0000075

# Exhibit B



| KIMBERLY LAMBERT ADAMS | FREDRIC G. LEVIN | MIKE PAPANTONIO | OF COUNSEL: |
|---|---|---|---|
| KATHRYN L. AVILA | MARTIN H. LEVIN | CHRISTOPHER G. PAULOS | WILLIAM F. CASH III |
| BRIAN H. BARR | D. PATRICK LEWIS | EMMIE J. PAULOS | LAURA S. DUNNING |
| MICHAEL C. BIXBY | *(LICENSED ONLY IN* | MADELINE E. PENDLEY | *(LICENSED ONLY IN ALABAMA)* |
| M. ROBERT BLANCHARD | *WASHINGTON, D.C.)* | A. RENEE PRESTON | BEN W. GORDON, JR. |
| BRANDON L. BOGLE | ROBERT M. LOEHR | ROBERT E. PRICE | ARCHIE C. LAMB, JR. |
| W. TROY BOUK | STEPHEN A. LUONGO | MARK J. PROCTOR | PAGE A. POERSCHKE |
| WESLEY A. BOWDEN | M. JUSTIN LUSKO | TROY A. RAFFERTY | *(LICENSED ONLY IN ALABAMA)* |
| VIRGINIA M. BUCHANAN | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | CHRISTOPHER V. TISI |
| JEFF GADDY | CLAY MITCHELL | W. CAMERON STEPHENSON | *(LICENSED ONLY IN WASHINGTON, D.C.* |
| RACHAEL R. GILMER | PETER J. MOUGEY | THOMAS A. TAYLOR | *AND MARYLAND)* |
| BRENTON J. GOODMAN | DANIEL A. NIGH | REBECCA K. TIMMONS | |
| JOSHUA R. HARRIS | TIMOTHY M. O'BRIEN | BRETT VIGODSKY | LEFFERTS L. MABIE, JR. (1925-1996) |
| | | | D.L. MIDDLEBROOKS (1926-1997) |
| | | | DAVID H. LEVIN (1928-2002) |
| | | | STANLEY B. LEVIN (1938-2009) |

May 11, 2020

**By Electronic Mail**

Laura Flahive Wu
Covington & Burlington LLP
850 Tenth Street, NW
Washington D.C. 20001-4956

> Re:   **Cabell County Response to Defendants' May 6, 2020 Letter Regarding Privilege Log, Vol. 1,** *City of Huntington v. AmerisourceBergen Drug Corp. et al.*, **3:17-cv-01362 (S.D.W. Va.);** *Cabell County Commission v. AmerisourceBergen Drug Corp. et al.*, **3:17-cv-01665 (S.D.W. Va.)**

Dear Counsel,

Please consider the below responses to your May 6, 2020 letter.

As an initial matter, many of the logged documents relate to child custody hearings and/or protective investigations conducted by the Cabell County Prosecutor's Office.  These documents were reviewed and logged prior to the Court's ruling regarding Prosecutor documents. Nonetheless, Plaintiffs logged the documents in good faith to comply with discovery requirements.  That said, Plaintiffs respond to each of Defendants' complaints in turn:

1. Appendix A.  You raised concerns about 66 documents that were withheld for Attorney Work Product, listed on Appendix A.[1]  The metadata does provide that the document title for these entries includes the phrase "intake info"; however, the titles of the documents are not reflective of the substance of the actual documents.  The full title (the title atop each page) is "Cabell County Prosecuting Attorney's Office Information for Abuse and

---

[1] Plaintiffs review of the log finds 68 documents on the log that likely fit Defendants' classification. Attached hereto is a tabbed spreadsheet of all entries that relate to Defendants' Complaints.  The spreadsheet is tabbed according to Defendants' Appendices.  Appendix A lists all entries Plaintiffs believe relate to this category, with the correlative privilege ID numbers of Defendants' identified entries highlighted in peach (the two additional entries identified by plaintiffs are not highlighted; PRVCTRL0000307 and 339).

Neglect Petition."  Thus, as is clearly stated in column "K" of the log, the documents are in fact draft petitions prepared for review by counsel.  Should Defendants still require additional information regarding these entries and their attendant documents, we are open to meeting and conferring, though we maintain the documents are (1) not subject to production given the Court's rulings; and (2) privileged as they are draft litigation documents.

2.  Appendix B. Consistent with the operative CMO, the documents logged show the top email metadata, which may not reveal the attorney involved.  Consequently, Plaintiffs provided the subject/document title that clearly shows these materials relate to either petitions or litigation updates and the basis for privilege describes the same.  Nonetheless, Plaintiffs provide Defendants with enhanced descriptions for these documents. *See* Tab "Appendix B."

3.  Appendix C.  All entries that assert common interest clearly disclose counsel within the County Commission, employees of the County Commission, and/or outside counsel (including MDL counsel), and the subject/document titles indicate that the entries are related to current litigation.  All such entries provide enough information and support for the privilege asserted (these entries are not tabbed on the enclosed in the interest of brevity and efficiency).

4.  Appendix D.   These documents clearly relate to the current litigation and are communications in furtherance of the litigation.  The third parties are encompassed by the County Commission's representation of the County and/or in the County's litigation strategies.  Also, clarification on the List of Names is needed regarding "Bob Hansen" and "Robert Hansen." Bob and Robert are the same person, however, in addition to working as the director of Addiction Services for Marshall Health, he is also the executive director of the office of Drug Control Policy for the West Virginia Department of Health and Human Resources.  Mr. Hansen assumed that post in December 2018, thus, his communications may be privileged when he is working in his capacity as the executive director within DHHR.

5.  Appendix E.  See enclosed attachment at Appendix E.

6.  Appendix F. The reference to Levin Papantonio refers to the listserv provided in the list of names at row 139, namely, opioidlitigation@levinlaw.com^, identified as the law firm, LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, PA, not Mr. Papantonio personally.  Moreover, the entries fully provide that the document shared by Beth Thompson is a litigation hold letter.  As previously discussed, because the CMO requires only the top email be logged, Plaintiffs provided the privilege nexus in the description as is appropriate.

7.  PRVCTRL0000161 is privileged.  The log erroneously claims it is not privileged.  The entry logged shows that the document is an email to an attorney related to a draft petition.

Moreover, this is a document that is not required to be produced pursuant to court order and will not be produced here.

Should the above and enclosed not fully answer all questions related to Cabell County's privilege log we are available to meet and confer prior to May 15th.


Sincerely,


Brandon L. Bogle

3

# Exhibit C

**All Challenged Documents**

- PRVCTRL0000270

- PRVCTRL0000272

- PRVCTRL0000274

- PRVCTRL0000280

- PRVCTRL0000281

- PRVCTRL0000282

- PRVCTRL0000283

- PRVCTRL0000285

- PRVCTRL0000286

- PRVCTRL0000287

- PRVCTRL0000289

- PRVCTRL0000290

- PRVCTRL0000291

- PRVCTRL0000292

- PRVCTRL0000293

- PRVCTRL0000294

- PRVCTRL0000300

- PRVCTRL0000302

- PRVCTRL0000303

- PRVCTRL0000304

- PRVCTRL0000308

- PRVCTRL0000311

- PRVCTRL0000313
- PRVCTRL0000314
- PRVCTRL0000315
- PRVCTRL0000317
- PRVCTRL0000319
- PRVCTRL0000320
- PRVCTRL0000321
- PRVCTRL0000322
- PRVCTRL0000323
- PRVCTRL0000324
- PRVCTRL0000325
- PRVCTRL0000328
- PRVCTRL0000329
- PRVCTRL0000330
- PRVCTRL0000331
- PRVCTRL0000332
- PRVCTRL0000333
- PRVCTRL0000334
- PRVCTRL0000335
- PRVCTRL0000336
- PRVCTRL0000337
- PRVCTRL0000340
- PRVCTRL0000341

- PRVCTRL0000342

- PRVCTRL0000343

- PRVCTRL0000345

- PRVCTRL0000346

- PRVCTRL0000347

- PRVCTRL0000348

- PRVCTRL0000350

- PRVCTRL0000351

- PRVCTRL0000352

- PRVCTRL0000353

- PRVCTRL0000354

- PRVCTRL0000356

- PRVCTRL0000357

- PRVCTRL0000358

- PRVCTRL0000359

- PRVCTRL0000360

- PRVCTRL0000361

- PRVCTRL0000362

- PRVCTRL0000363

- PRVCTRL0000364

- PRVCTRL0000365

- PRVCTRL0000173

- PRVCTRL0000097

- PRVCTRL0000005
- PRVCTRL0000006
- PRVCTRL0000007
- PRVCTRL0000027
- PRVCTRL0000028
- PRVCTRL0000029
- PRVCTRL0000030
- PRVCTRL0000031
- PRVCTRL0000032
- PRVCTRL0000041
- PRVCTRL0000054
- PRVCTRL0000058
- PRVCTRL0000062
- PRVCTRL0000065
- PRVCTRL0000071
- PRVCTRL0000072
- PRVCTRL0000073
- PRVCTRL0000077
- PRVCTRL0000078
- PRVCTRL0000093
- PRVCTRL0000094
- PRVCTRL0000095
- PRVCTRL0000096

- PRVCTRL0000180
- PRVCTRL0000181
- PRVCTRL0000182
- PRVCTRL0000183
- PRVCTRL0000184
- PRVCTRL0000185
- PRVCTRL0000186
- PRVCTRL0000187
- PRVCTRL0000222
- PRVCTRL0000223
- PRVCTRL0000224
- PRVCTRL0000225
- PRVCTRL0000226
- PRVCTRL0000229
- PRVCTRL0000233
- PRVCTRL0000241
- PRVCTRL0000247
- PRVCTRL0000248
- PRVCTRL0000249
- PRVCTRL0000250
- PRVCTRL0000251
- PRVCTRL0000098
- PRVCTRL0000100

- PRVCTRL0000101

- PRVCTRL0000114

- PRVCTRL0000127

- PRVCTRL0000327

- PRVCTRL0000411

- PRVCTRL0000426

- PRVCTRL0000444

- PRVCTRL0000176

- PRVCTRL0000178

- PRVCTRL0000179

- PRVCTRL0000188

- PRVCTRL0000191

- PRVCTRL0000192

- PRVCTRL0000193

- PRVCTRL0000194

- PRVCTRL0000195

- PRVCTRL0000457

- PRVCTRL0000326

- PRVCTRL0000355

- PRVCTRL0000377

- PRVCTRL0000410

- PRVCTRL0000415

- PRVCTRL0000417

- PRVCTRL0000422
- PRVCTRL0000425
- PRVCTRL0000431
- PRVCTRL0000434
- PRVCTRL0000448
- PRVCTRL0000451
- PRVCTRL0000453
- PRVCTRL0000454
- PRVCTRL0000456
- PRVCTRL0000037
- PRVCTRL0000039
- PRVCTRL0000060
- PRVCTRL0000237
- PRVCTRL0000238
- PRVCTRL0000239
- PRVCTRL0000243
- PRVCTRL0000044
- PRVCTRL0000169
- PRVCTRL0000170
- PRVCTRL0000171
- PRVCTRL0000172
- PRVCTRL0000174
- PRVCTRL0000175

- PRVCTRL0000253
- PRVCTRL0000309
- PRVCTRL0000418
- PRVCTRL0000419
- PRVCTRL0000372
- PRVCTRL0000379
- PRVCTRL0000382
- PRVCTRL0000383
- PRVCTRL0000388
- PRVCTRL0000395
- PRVCTRL0000420
- PRVCTRL0000401
- PRVCTRL0000403
- PRVCTRL0000435
- PRVCTRL0000452
- PRVCTRL0000501
- PRVCTRL0000446
- PRVCTRL0000462
- PRVCTRL0000463
- PRVCTRL0000478
- PRVCTRL0000479
- PRVCTRL0000480
- PRVCTRL0000481

- PRVCTRL0000482

- PRVCTRL0000483

- PRVCTRL0000484

- PRVCTRL0000485

- PRVCTRL0000486

- PRVCTRL0000487

- PRVCTRL0000488

- PRVCTRL0000500

- PRVCTRL0000128

- PRVCTRL0000002

- PRVCTRL0000004

- PRVCTRL0000005

- PRVCTRL0000006

- PRVCTRL0000007

- PRVCTRL0000027

- PRVCTRL0000028

- PRVCTRL0000029

- PRVCTRL0000030

- PRVCTRL0000031

- PRVCTRL0000032

- PRVCTRL0000072

- PRVCTRL0000073

- PRVCTRL0000074

- PRVCTRL0000078

- PRVCTRL0000098

- PRVCTRL0000099

- PRVCTRL0000100

- PRVCTRL0000101

- PRVCTRL0000184

- PRVCTRL0000187

- PRVCTRL0000209

- PRVCTRL0000215

- PRVCTRL0000216

- PRVCTRL0000217

- PRVCTRL0000218

- PRVCTRL0000222

- PRVCTRL0000223

- PRVCTRL0000233

- PRVCTRL0000247

- PRVCTRL0000248

- PRVCTRL0000249

- PRVCTRL0000250

- PRVCTRL0000251

- PRVCTRL0000307

- PRVCTRL0000309

**<u>Intake Form Challenges</u>**[1]

- PRVCTRL0000270

- PRVCTRL0000272

- PRVCTRL0000274

- PRVCTRL0000280

- PRVCTRL0000281

- PRVCTRL0000282

- PRVCTRL0000283

- PRVCTRL0000285

- PRVCTRL0000286

- PRVCTRL0000287

- PRVCTRL0000289

- PRVCTRL0000290

- PRVCTRL0000291

- PRVCTRL0000292

- PRVCTRL0000293

- PRVCTRL0000294

- PRVCTRL0000300

- PRVCTRL0000302

- PRVCTRL0000303

- PRVCTRL0000304

---

[1] The list of "Intake Form Challenges" is a subset of the preceding list of "All Challenged Documents."  It is largely identical to Appendix A of Ex. A (5/6/20 Ltr. from Wu to Bogle) except for the last two documents listed here, which are not included in Ex. A.

- PRVCTRL0000308

- PRVCTRL0000311

- PRVCTRL0000313

- PRVCTRL0000314

- PRVCTRL0000315

- PRVCTRL0000317

- PRVCTRL0000319

- PRVCTRL0000320

- PRVCTRL0000321

- PRVCTRL0000322

- PRVCTRL0000323

- PRVCTRL0000324

- PRVCTRL0000325

- PRVCTRL0000328

- PRVCTRL0000329

- PRVCTRL0000330

- PRVCTRL0000331

- PRVCTRL0000332

- PRVCTRL0000333

- PRVCTRL0000334

- PRVCTRL0000335

- PRVCTRL0000336

- PRVCTRL0000337

- PRVCTRL0000340

- PRVCTRL0000341

- PRVCTRL0000342

- PRVCTRL0000343

- PRVCTRL0000345

- PRVCTRL0000346

- PRVCTRL0000347

- PRVCTRL0000348

- PRVCTRL0000350

- PRVCTRL0000351

- PRVCTRL0000352

- PRVCTRL0000353

- PRVCTRL0000354

- PRVCTRL0000356

- PRVCTRL0000357

- PRVCTRL0000358

- PRVCTRL0000359

- PRVCTRL0000360

- PRVCTRL0000361

- PRVCTRL0000362

- PRVCTRL0000363

- PRVCTRL0000364

- PRVCTRL0000365

- PRVCTRL0000307

- PRVCTRL0000309

**Common Interest Challenges[2]**

- PRVCTRL0000173
- PRVCTRL0000097
- PRVCTRL0000005
- PRVCTRL0000006
- PRVCTRL0000007
- PRVCTRL0000027
- PRVCTRL0000028
- PRVCTRL0000029
- PRVCTRL0000030
- PRVCTRL0000031
- PRVCTRL0000032
- PRVCTRL0000041
- PRVCTRL0000054
- PRVCTRL0000058
- PRVCTRL0000062
- PRVCTRL0000065
- PRVCTRL0000071
- PRVCTRL0000072
- PRVCTRL0000073
- PRVCTRL0000077
- PRVCTRL0000078

---

[2] The list of "Common Interest Challenges" is a subset of the preceding list of "All Challenged Documents." It is identical to Appendix C of Ex. A (5/6/20 Ltr. from Wu to Bogle)

- PRVCTRL0000093
- PRVCTRL0000094
- PRVCTRL0000095
- PRVCTRL0000096
- PRVCTRL0000180
- PRVCTRL0000181
- PRVCTRL0000182
- PRVCTRL0000183
- PRVCTRL0000184
- PRVCTRL0000185
- PRVCTRL0000186
- PRVCTRL0000187
- PRVCTRL0000222
- PRVCTRL0000223
- PRVCTRL0000224
- PRVCTRL0000225
- PRVCTRL0000226
- PRVCTRL0000229
- PRVCTRL0000233
- PRVCTRL0000241
- PRVCTRL0000247
- PRVCTRL0000248
- PRVCTRL0000249

- PRVCTRL0000250
- PRVCTRL0000251
- PRVCTRL0000098
- PRVCTRL0000100
- PRVCTRL0000101
- PRVCTRL0000114
- PRVCTRL0000127
- PRVCTRL0000327
- PRVCTRL0000411
- PRVCTRL0000426
- PRVCTRL0000444
- PRVCTRL0000176
- PRVCTRL0000178
- PRVCTRL0000179
- PRVCTRL0000188
- PRVCTRL0000191
- PRVCTRL0000192
- PRVCTRL0000193
- PRVCTRL0000194
- PRVCTRL0000195
- PRVCTRL0000457
- PRVCTRL0000326
- PRVCTRL0000355

- PRVCTRL0000377
- PRVCTRL0000410
- PRVCTRL0000415
- PRVCTRL0000417
- PRVCTRL0000422
- PRVCTRL0000425
- PRVCTRL0000431
- PRVCTRL0000434
- PRVCTRL0000448
- PRVCTRL0000451
- PRVCTRL0000453
- PRVCTRL0000454
- PRVCTRL0000456
- PRVCTRL0000037
- PRVCTRL0000039
- PRVCTRL0000060
- PRVCTRL0000237
- PRVCTRL0000238
- PRVCTRL0000239
- PRVCTRL0000243
- PRVCTRL0000044
- PRVCTRL0000169
- PRVCTRL0000170

- PRVCTRL0000171

- PRVCTRL0000172

- PRVCTRL0000174

- PRVCTRL0000175

- PRVCTRL0000253

- PRVCTRL0000309

- PRVCTRL0000418

- PRVCTRL0000419

- PRVCTRL0000372

- PRVCTRL0000379

- PRVCTRL0000382

- PRVCTRL0000383

- PRVCTRL0000388

- PRVCTRL0000395

- PRVCTRL0000420

- PRVCTRL0000401

- PRVCTRL0000403

- PRVCTRL0000435

- PRVCTRL0000452

- PRVCTRL0000501

- PRVCTRL0000446

- PRVCTRL0000462

- PRVCTRL0000463

- PRVCTRL0000478

- PRVCTRL0000479

- PRVCTRL0000480

- PRVCTRL0000481

- PRVCTRL0000482

- PRVCTRL0000483

- PRVCTRL0000484

- PRVCTRL0000485

- PRVCTRL0000486

- PRVCTRL0000487

- PRVCTRL0000488

- PRVCTRL0000500

- PRVCTRL0000128

**<u>Third Party Challenges[3]</u>**

- PRVCTRL0000002

- PRVCTRL0000004

- PRVCTRL0000005

- PRVCTRL0000006

- PRVCTRL0000007

- PRVCTRL0000027

- PRVCTRL0000028

- PRVCTRL0000029

- PRVCTRL0000030

- PRVCTRL0000031

- PRVCTRL0000032

- PRVCTRL0000072

- PRVCTRL0000073

- PRVCTRL0000074

- PRVCTRL0000078

- PRVCTRL0000098

- PRVCTRL0000099

- PRVCTRL0000100

- PRVCTRL0000101

- PRVCTRL0000184

- PRVCTRL0000187

---

[3] The list of "Third Party Challenges" is a subset of the preceding list of "All Challenged Documents."  It is identical to Appendix D of Ex. A (5/6/20 Ltr. from Wu to Bogle).

- PRVCTRL0000209

- PRVCTRL0000215

- PRVCTRL0000216

- PRVCTRL0000217

- PRVCTRL0000218

- PRVCTRL0000222

- PRVCTRL0000223

- PRVCTRL0000233

- PRVCTRL0000247

- PRVCTRL0000248

- PRVCTRL0000249

- PRVCTRL0000250

- PRVCTRL0000251

# EXHIBIT D

| Privilege ID Number | Bates No. (Redacted Document) | Document Date | Custodian | Document Type | Author | Recipient | cc | Subject/ Document Title | Privilege Asserted | Factual Basis of Privilege | Document Relates to Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000001 | CC911_0013404 | 5/15/2018 19:29 | Marcum, Dan | msg | Mike Davis | Nancy Cartmill, Jim Morgan, Bob Bailey | Beth Thompson, Mike Davis, Mike Tatum, Dan Marcum | 911 Center Fire Responses | Attorney Client Communication | Communication internally disseminating legal advice received on behalf of the County | |
| PRVCTRL0000002 | | 6/8/2017 18:09 | Murray, Steve | msg | Lora Chafin^ | Bob Hansen, Gordon Merry, Jeff Leaberry, Jerry Gilbert, Joe Shapiro, Joe Werthammer, Kevin Fowler, Kevin Yingling, Michael Kilkenny, Tim Hazelett | | OPIOIDS - Cabell County Health Care Committee meeting | AC and AWP | Email between client and outside counsel regarding request for and/or provision of legal advice regarding current litigation. | |
| PRVCTRL0000003 | | 6/14/2017 19:21 | Murray, Steve | msg | Gordon Merry | | Paul Farrell^, Patty Peckham^ | OPIOIDS - Cabell County Health Care Committee meeting | AC and AWP | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | |
| PRVCTRL0000004 | | 6/26/2017 14:55 | Murray, Steve | msg | Patty Peckham^ | Bob Hansen, Gordon Merry, Jeff Leaberry, Jerry Gilbert, Joe Shapiro, Joe Werthammer, Kevin Fowler, Kevin Yingling, Michael Kilkenny, Tim Hazelett, Brandi K. Alexander, Cora Pyles, Jamie Falls, Margy Blankenship, Selena Johe, Tammy Fletcher, Mike Woelfel^, Lora Chafin^, Patty Peckham^, Paul Farrell^ | | OPIOIDS Cabell County Health Care Committee meeting | AC and AWP | Email between client and outside counsel regarding request for and/or provision of legal advice regarding current litigation. | |
| PRVCTRL0000005 | | 6/30/2017 20:29 | Murray, Steve | msg | Gallagher, Brian A. | Paul Farrell^ | Peter Mougey^, Lora Chafin^ | Cabell Opioid Litigation | AC and AWP; Common Interest | Communication from counsel providing legal advice and containing mental impressions regarding current litigation. | |
| PRVCTRL0000006 | | 6/30/2017 20:18 | Murray, Steve | msg | Shapiro, Joseph I. | Paul Farrell^ | Robert H. Hansen, Brian A. Gallagher, Connie Priddy, Gordon Merry, Jeff Leaberry, Jerome Gilbert, Joseph W. Werthammer, Kevin Fowler, Kevin W. Yingling, Michael Kilkenny, Tim Hazelett, Peter Mougey^, Lora Chafin^ | Cabell Opioid Litigation | AC and AWP; Common Interest | Email chain and attachment between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | |
| PRVCTRL0000007 | | 6/30/2017 20:07 | Murray, Steve | msg | Paul Farrell^ | Bob Hansen, Brian Gallagher, Connie Priddy, Gordon Merry, Jeff Leaberry, Jerry Gilbert, Joe Shapiro, Joe Werthammer, Kevin Fowler, Kevin Yingling, Michael Kilkenny, Tim Hazelett | Peter Mougey^, Lora Chafin^ | Cabell Opioid Litigation | AC and AWP; Common Interest | Email and attachments between client and outside counsel regarding request for and/or provision of legal advice, as well as mental impressions, related to current litigation. | |
| PRVCTRL0000008 | | 8/10/2017 20:12 | Murray, Steve | msg | Beth Thompson | Gordon Merry, Steve Murray | Lora Chafin^, Greg Shoemaker, Brenda Webb | Cabell - Litigation Hold Letter | AC and AWP | Email chain and attachment between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | |
| PRVCTRL0000009 | | 11/6/2017 15:29 | Murray, Steve | msg | Steve Murray | Steven L. Snyder^, Steve Wellman^ | Gordon Merry, Connie Priddy | HIPAA Inquiry | Attorney Client Communication | Email and attachment between client and outside counsel regarding request for and/or provision of legal advice, as well as mental impressions, regarding regulations. | |
| PRVCTRL0000010 | | 11/6/2017 15:44 | Murray, Steve | msg | Steven L. Snyder^ | Steve Murray | Gordon Merry, Connie Priddy, Steve Wellman^, Charlotte H. Norris^ | RE: HIPAA Inquiry | Attorney Client Communication | Email between client and outside counsel soliciting/providing legal advice regarding regulations. | |
| PRVCTRL0000011 | | 11/6/2017 22:15 | Murray, Steve | msg | Charlotte H. Norris^ | Steven L. Snyder^, Steve Murray | Gordon Merry, Connie Priddy, Steve Wellman^ | RE: HIPAA Inquiry | AC and AWP | Email between client and outside counsel soliciting/providing legal advice regarding regulations. | |
| PRVCTRL0000012 | | 11/17/2017 21:11 | Murray, Steve | msg | Steve Murray | Charlotte H. Norris^ | Gordon Merry, Connie Priddy | Follow up | Attorney Client Communication | Email between client and outside counsel soliciting/providing legal advice regarding regulations. | |
| PRVCTRL0000013 | | 11/20/2017 15:11 | Murray, Steve | msg | Charlotte H. Norris^ | Steve Murray | Gordon Merry, Connie Priddy | RE: Follow up | AC and AWP | Email between client and outside counsel soliciting/providing legal advice regarding regulations. | |
| PRVCTRL0000014 | | 11/20/2017 22:47 | Murray, Steve | msg | Charlotte H. Norris^ | Steve Murray | Gordon Merry, Connie Priddy | RE: Follow up | AC and AWP | Email between client and outside counsel soliciting/providing legal advice regarding regulations. | |
| PRVCTRL0000015 | | 11/21/2017 16:11 | Murray, Steve | msg | Steve Murray | Charlotte H. Norris^ | Gordon Merry, Connie Priddy | RE: Follow up | Attorney Client Communication | Email and attachment between client and outside counsel soliciting/providing legal advice regarding regulations. | |
| PRVCTRL0000016 | | 11/21/2017 18:50 | Murray, Steve | msg | Charlotte H. Norris^ | Steve Murray | Gordon Merry, Connie Priddy | DRAFT Privacy and Security Agreement-- QRT Project | Attorney Client Communication | Email chain and attachment between client and outside counsel (Jenkins Fenstermaker) seeking/providing legal advice regarding contractual matter. | |
| PRVCTRL0000017 | | 11/21/2017 19:35 | Murray, Steve | msg | Steve Murray | Gordon Merry | | FW: DRAFT Privacy and Security Agreement-- QRT Project | Attorney Client Communication | Email chain and attachment between client and outside counsel (Jenkins Fenstermaker) seeking/providing legal advice regarding contractual matter. | |
| PRVCTRL0000018 | | 11/21/2017 19:35 | Murray, Steve | msg | Charlotte H. Norris^ | Gordon Merry, Connie Priddy | | RE: DRAFT Privacy and Security Agreement - QRT Project | Attorney Client Communication | Email chain and attachment between client and outside counsel seeking/providing legal advice regarding contractual matter. | |
| PRVCTRL0000019 | | 11/21/2017 19:39 | Murray, Steve | msg | Charlotte H. Norris^ | Steve Murray | Gordon Merry, Connie Priddy | RE: DRAFT Privacy and Security Agreement- QRT Project | Attorney Client Communication | Email chain between client and outside counsel providing legal advice regarding draft privacy and security agreement and providing draft agreement. | |
| PRVCTRL0000020 | | 11/28/2017 18:08 | Murray, Steve | msg | Steve Murray | Connie Priddy, Gordon Merry | | QRT Project Business Associate Agreement | Attorney Client Communication | Email chain and attachment between client and outside counsel seeking/providing legal advice regarding contractual matter. | |
| PRVCTRL0000021 | | 11/28/2017 14:40 | Murray, Steve | msg | Steve Murray | Charlotte H. Norris^ | Connie Priddy, Gordon Merry | Strike out corrections of QRT HIPAA BAA | Attorney Client Communication | Email and attachment between client and outside counsel providing legal advice regarding draft contract and providing draft contract. | |
| PRVCTRL0000022 | | 12/7/2017 18:39 | Murray, Steve | msg | Connie Priddy | Steve Murray | Gordon Merry | RE: Business Agreement | AC and AWP | Email chain between client and outside counsel seeking and providing legal advice regarding draft contract. | |
| PRVCTRL0000023 | | 2/23/2017 0:00 | Thompson, Beth | msg | Lora Chafin^ | Beth Thompson | Paul Farrell^ | CABELL COUNTY COMMISSION Meeting - Thurs. 3/9/17 @ 10 am | AC and AWP | Email between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000024 | | 2/24/2017 0:00 | Thompson, Beth | msg | Nancy Cartmill | Beth Thompson | | RE: FW: CABELL COUNTY COMMISSION Meeting - Thurs. 3/9/17 @ 10 am | AC and AWP | Email chain between client and outside counsel (Greene Ketchum) regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000025 | | 4/7/2017 0:00 | Thompson, Beth | msg | Lora Chafin^ | Beth Thompson | Paul Farrell^ | FW: FOIA request | AC and AWP | Email chain and attachment between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000026 | | 4/12/2017 0:00 | Thompson, Beth | msg | Lora Chafin^ | Beth Thompson | Paul Farrell^ | Response to Tosse's FOIA Request - Cabell County | AC and AWP | Email and attachment between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000027 | | 4/29/2017 0:00 | Thompson, Beth | msg | Paul Farrell^ | Henry Shores, Ben Salango, Logan County Commission | Tony Majestro^, Bert Ketchum^, Patty Peckham^, Mike Woelfel^, Todd Houck, Randolph McGraw, J.R. Rogers, Stephanie Ojeda, Justin Marcum^, Paul Farrell^ | County Commission Opioid Cases | AC and AWP; Common Interest | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000028 | | 4/28/2017 0:00 | Thompson, Beth | msg | Paul Farrell^ | Pam White, Beth Thompson, Deborah A. Berry, Henry Shores, James Boggs, Jason Mullins, Jennifer Elkins, Jennifer Herrald, Andrew Gunnoe, Jennifer Elkins, Leslie Koepsel, Logan County Commission, Rosco 'Rocky' Adkins, Sheila A. Cochran, Bob Pauley, Kenneth Adkins, Dave Pennington, James Boggs, Kristy Watts, Silas Mullins Jr., Jason Mullins, Mike Cochrane | Tony Majestro^, Bert Ketchum^, Lora Chafin^, Patty Peckham^, Mike Woelfel^, Todd Houck, Randolph McGraw, J.R. Rogers, Stephanie Ojeda, Justin Marcum^, Paul Farrell^ | County Commission Opioid Cases | AC and AWP; Common Interest | Email between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000029 | | 5/4/2017 0:00 | Thompson, Beth | msg | Paul Farrell^ | Andrew Gunnoe, Ben Salango, Beth Thompson, Bob Bailey, Bob Pauley, Dave Pennington, Deborah A. Berry, Henry Shores, James Boggs, Jason Mullins, Jennifer Elkins, Jennifer Herrald, Jim Morgan, Kenneth Adkins, Kristy Watts, Leslie Koepsel, Logan County Commission, Mike Cochrane, Nancy Cartmill, Pam White, Rosco 'Rocky' Adkins, Sheila A. Cochran, Silas Mullins Jr., W. Kent Carper | Bert Ketchum^, J.R. Rogers, Justin Marcum^, Lora Chafin^, Mike Woelfel^, Patty Peckham^, Paul Farrell^ | OPIOID UPDATE - FOIA requests and Status Conference on 5/2/17 | AC and AWP; Common Interest | Email chain and attachments between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000030 | | 5/8/2017 0:00 | Thompson, Beth | msg | Paul Farrell^ | Andrew Gunnoe, Ben Salango, Beth Thompson, Bob Bailey, Bob Pauley, Dave Pennington, Deborah A. Berry, Henry Shores, James Boggs, Jason Mullins, Jennifer Elkins, Jennifer Herrald, Jim Morgan, Kenneth Adkins, Kristy Watts, Leslie Koepsel, Logan County Commission, Mike Cochrane, Nancy Cartmill, Pam White, Rosco 'Rocky' Adkins, Sheila A. Cochran, Silas Mullins Jr., W. Kent Carper | Bert Ketchum^, J.R. Rogers, Justin Marcum^, Lora Chafin^, Mike Woelfel^, Patty Peckham^, Paul Farrell^ | Status Conference Update | AC and AWP; Common Interest | Email and attachments from counsel providing legal advice and containing mental impressions regarding current litigation. | X |

| ID | Date | Custodian | Type | From | To | CC | Subject | Privilege | Description | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000031 | 5/9/2017 0:00 | Thompson, Beth | msg | Paul Farrell^ | Andrew Gunnoe, Ben Salango, Beth Thompson, Bob Bailey, Bob Pasley, Dave Pennington, Deborah A. Berry Berry, Henry Shores, James Boggs, Jason Mullins, Jennifer Elkins, Jennifer Herrald, Jim Morgan, Kenneth Adkins, Kristy Watts, Leslie Koepsel, Logan County Commission, Mike Cochrane, Nancy Cartmell, Pam White, Rosco 'Rocky' Adkins, Silas Chafin^, Silas Mullins Jr., W. Kent Carper | Bert Ketchum^, J.R. Rogers, Justin Marcum^, Lora Chafin^, Mike Woelfel^, Patty Peckham^, Paul Farrell^ | Master Pharmaceutical v. DEA | AC and AWP;Common Interest | Email and attachments between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000032 | 6/30/2017 0:00 | Thompson, Beth | msg | Paul Farrell^ | Andrew Gunnoe, Ben Salango, Beth Thompson, Bob Bailey, Bob Pasley, Dave Pennington, Deborah A. Berry, Denise Scalph, Henry Shores, Jason Mullins, Jennifer Elkins, Jennifer Herrald, Jim Morgan, Jenny Boggs, John G. Bronenen, Kenneth R. Adkins, Kent Carper, Kristy Watts, Leslie Koepsel, Matthew D. Wender, Mike Cochrane, Nancy Cartmell, Pam White, Rosco 'Rocky' Adkins, II, Sheila A. Cochran, Silas Mullins Jr. | Lora Chafin^, Bert Ketchum^, J.R. Rogers, Justin J. Marcum^, Mike Woelfel^, Paul Farrell^ | UPDATE OPIOD LITIGATION | AC and AWP;Common Interest | Email between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000033 | 7/28/2017 0:00 | Thompson, Beth | msg | Lora Chafin^ | Beth Thompson | Paul Farrell^ | OPIOD PROJECT CALL | AC and AWP | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000034 | 7/28/2017 0:00 | Thompson, Beth | msg | Katie Mayo^ | Beth Thompson | Jeff Gaddy^ | OPIOD PROJECT CALL | AC and AWP | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000035 | 8/10/2017 0:00 | Thompson, Beth | msg | Lora Chafin^ | Beth Thompson | Paul Farrell^ | CABELL - LITIGATION HOLD LETTER | AC and AWP | Email and attachment between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000036 | 8/10/2017 0:00 | Thompson, Beth | msg | Tim D. Hazelett | Beth Thompson | Lora Chafin^, Greg Shoemaker | Cabell - Litigation Hold Letter | AC and AWP | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000037 | 9/7/2017 0:00 | Thompson, Beth | msg | opiodlitigation@levinlaw.com^ | Beth Thompson | | Litigation Hold Confidential Attorney Client | AC and AWP; Common Interest | Email between outside counsel and client regarding legal hold letter. | X |
| PRVCTRL0000038 | 9/20/2017 0:00 | Thompson, Beth | msg | Hilary Dunsford^ | Beth Thompson | Peter Mougey^, Page Poerschke^, Laura Dunning^, Jeff Gaddy^ | Opioid Litigation Update | AC and AWP; Common Interest | Email and attachment between outside counsel and client regarding legal hold letter. | X |
| PRVCTRL0000039 | 9/20/2017 0:00 | Thompson, Beth | pdf | Peter Mougey^ | Beth Thompson | Greene, Ketchum, Farrell, Bailey & Tweel, LLP^, Baron & Budd, P.C.^, Hill, Peterson, Carper Bee & Deitzler, PLLC^, McHugh Fuller Law Group, PLLC^ | Confidential Attorney Privileged | AC and AWP;Common Interest | Attachment to email between outside counsel and client regarding legal hold letter. | X |
| PRVCTRL0000040 | 10/7/2017 0:00 | Thompson, Beth | msg | opiodlitigation@levinlaw.com^ | Beth Thompson | | Litigation Hold Opioid Cabell County | AC and AWP | Email between client and outside counsel regarding legal hold letter. | X |
| PRVCTRL0000041 | 10/16/2017 0:00 | Thompson, Beth | msg | opiodlitigation@levinlaw.com^ | Beth Thompson | | Opioid Litigation update | AC and AWP;Common Interest | Email between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000042 | 10/13/2017 0:00 | Thompson, Beth | msg | opiodlitigation@levinlaw.com^ | Beth Thompson | | Opioid Litigation | AC and AWP | Email between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000043 | 11/4/2017 0:00 | Thompson, Beth | msg | opiodlitigation@levinlaw.com^ | Beth Thompson | | Opioid Litigation Cabell County | AC and AWP;Common Interest | Email chain from outside counsel to client regarding litigation update. | X |
| PRVCTRL0000044 | 11/8/2017 0:00 | Thompson, Beth | msg | Jim Morgan | Beth Thompson | | Opioid Litigation update | AC and AWP; Common Interest | Email chain from outside counsel to client regarding litigation update. | X |
| PRVCTRL0000045 | 3/23/2018 0:00 | Thompson, Beth | msg | Chad Nelson | Beth Thompson | | FW: Innovative Prosecution RFP | AC and AWP | Email chain and attachment between client and counsel sending draft documents at request of counsel for review/legal advice. | X |
| PRVCTRL0000046 | 4/24/2018 0:00 | Thompson, Beth | msg | Madeline Pearson^ | Beth Thompson | | FW: Pieces of the grant | Attorney Client Communication | Email chain and attachments between client and counsel regarding contractual matters. | X |
| PRVCTRL0000047 | 1/9/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Ancil Ramey^ | | Partial Payment Statement 41161c8e April 2016 | Attorney Client Communication;Attorney Work Product | Email and attachment between client and outside counsel seeking for and/or provision of legal advice regarding contractual matters. | |
| PRVCTRL0000048 | 2/23/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Nancy Cartmill | | Cabell County Commission Meeting - Thurs 3/9/17 @ 10 am | AC and AWP | Email chain between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000049 | 3/4/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Lora Chafin^ | | Cabell County Commission Meeting - Thurs 3/9/17 @ 10 am | AC and AWP | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000050 | 3/20/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Ancil Ramey^ | | Handbooks and info. | Attorney Client Communication | Email and attachments to/from outside counsel regarding employee handbook and employee policies. | |
| PRVCTRL0000051 | 4/7/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Lora Chafin^ | | FOIA request | AC and AWP | Email and attachment between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000052 | 4/13/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Nancy Cartmill | | FW: Response to Tissue's FOIA Request - Cabell County | AC and AWP | Email chain and attachment between client and counsel (Greene Ketchum) regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000053 | 4/13/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Nancy Cartmill | | FW: FOIA request | AC and AWP | Email chain and attachment between client and counsel (Greene Ketchum) regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000054 | 5/1/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Paul Farrell^ | | County Commission Opioid cases | AC and AWP; Common Interest | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000055 | 7/28/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Lora Chafin^ | | Opioid Project Call | AC and AWP | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000056 | 7/28/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Lora Chafin^ | | Opioid Project Call | AC and AWP | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000057 | 7/28/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Katie Mayo^ | Jeff Gaddy^ | Opioid Project Call | AC and AWP | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000058 | 8/10/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Gordon Merry, Steve Murray | Lora Chafin^, Greg Shoemaker, Brenda Webb | CABELL - LITIGATION HOLD LETTER | AC and AWP; Common Interest | Email chain and attachment between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000059 | 8/10/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Tim D. Hazelett | Lora Chafin^, Greg Shoemaker | FW: CABELL - LITIGATION HOLD LETTER | AC and AWP; Common Interest | Email chain and attachment between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000060 | 8/11/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Tim D. Hazelett | | CABELL - LITIGATION HOLD LETTER | AC and AWP; Common Interest | Email forwarding materials from outside counsel (Greene Ketchum) regarding request for and/or provision of legal advice related to litigation hold letter. | X |
| PRVCTRL0000061 | 9/7/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Greg Shoemaker | | Your Opioid Litigation Hold Responsibilities CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION | AC and AWP | Email forwarding materials from outside counsel (Greene Ketchum) regarding request for and/or provision of legal advice related to litigation hold letter. | X |
| PRVCTRL0000062 | 10/18/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Nancy Cartmill | | Opioid Litigation Update- October 16th, 2017 | AC and AWP; Common Interest | Email forwarding materials from outside counsel (Levin Papantonio) regarding litigation updates related to current litigation. | X |
| PRVCTRL0000063 | 10/18/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Jim Morgan | | Opioid Litigation Update- October 16th, 2017 | AC and AWP; Common Interest | Email forwarding materials from outside counsel (Levin Papantonio) regarding litigation updates related to current litigation. | X |
| PRVCTRL0000064 | 10/18/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Bob Bailey | | Opioid Litigation Update- October 16th, 2017 | AC and AWP; Common Interest | Email forwarding materials from outside counsel (Levin Papantonio) regarding litigation updates related to current litigation. | X |
| PRVCTRL0000065 | 10/19/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Beth Thompson | | Opioid Litigation Update- October 13th, 2017 | AC and AWP; Common Interest | Email forwarding materials from outside counsel (Levin Papantonio) regarding litigation updates related to current litigation. | X |
| PRVCTRL0000066 | 10/23/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Lora Chafin^ | | Opioid Litigation Update- October 23th, 2017 | AC and AWP | Email forwarding materials from outside counsel (Levin Papantonio) regarding litigation updates related to current litigation. | X |
| PRVCTRL0000067 | 10/23/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Jim Morgan | | Opioid Litigation Update- October 23th, 2017 | AC and AWP | Email forwarding materials from outside counsel (Levin Papantonio) regarding litigation updates related to current litigation. | X |
| PRVCTRL0000068 | 10/23/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Bob Bailey | | Opioid Litigation Update- October 23th, 2017 | AC and AWP | Email forwarding materials from outside counsel (Levin Papantonio) regarding litigation updates related to current litigation. | X |
| PRVCTRL0000069 | 11/20/2018 0:00 | Thompson, Beth | msg | Beth Thompson | William T. Watson^ | | Fw: Services Agreement-Marshall Health and City Mission | Attorney Client Communication | Email and attachments from outside counsel (Campbell Woods) regarding contract negotiations. | |

| Bates | Date | Custodian | Type | From | To | CC | Subject | Privilege | Description | Redact |
|---|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000070 | 11/29/2018 0:00 | Thompson, Beth | msg | Beth Thompson | Bob Bailey, Nancy Cartmill, Jim Morgan, Kellt Sobonya | William T. Watson^ | FW: Statement Request | Attorney Client Communication | Email and attachment from counsel regarding documents for review from the Health Department. | |
| PRVCTRL0000071 | 8/2/2017 0:00 | Thompson, Beth | msg | Katie Mayo^ | Jeff Gaddy^ | | (1100am EST) Opioids WV Counties Call | AC and AWP; Common Interest | Email and attachment between client and outside counsel regarding request for and/or provision of legal advice regarding current litigation. | X |
| PRVCTRL0000072 | 7/31/2017 0:00 | Thompson, Beth | msg | Katie Mayo^ | Roscoe Adkins, Deborah Berry, Jimmy Boggs, Jill Callihan, Lora Chafin^, Paul Farrell^, Jennifer Herrald, Page Poersckke^, Beth Thompson, Pam White | Jeff Gaddy^ | Opioid Project Call Dates/Times | AC and AWP; Common Interest | Email and attachment between client and outside counsel providing litigation updates related to current litigation. | |
| PRVCTRL0000073 | 5/31/2017 0:00 | Thompson, Beth | msg | Paul Farrell^ | Andrew Gunnoe, Ben Salango, Beth Thompson, Bob Bailey, Bob Pauley, Dave Pennington, Deborah A. Berry Berry, Henry Shores, James Boggs, Jason Mullins, Jennifer Elkins, Jennifer Herrald, Jim Morgan, Kenneth Adkins, Kristy Watts, Leslie Koepsel, Mike Cochrane, Nancy Cartmill, Pam White, Rosoe Adkins, Sheila A. Cochran, Silas Mullins Jr., W. Kent Carper | Bert Ketchum^, Helen Ivy^, J.R. Rogers, James S. Nelson^, Justin J. Marcum^, Lora Chafin^, Matthew J. Woelfel^, Mike Woelfel^, Patty Peckham^, Paul Farrell^ | UPDATE: Opioid litigation | AC and AWP;Common Interest | Email and attachments between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000074 | 7/31/2017 0:00 | Thompson, Beth | msg | Katie Mayo^ | Roscoe Adkins, Deborah Berry, Jill Callihan, Lora Chafin^, Paul Farrell^, Jennifer Herrald, Page Poersckke^, Beth Thompson, Pam White | Jeff Gaddy^ | Opioid Project Call Dates/Times | AC and AWP | Email between client and outside counsel (Greene Ketcham) regarding request for and/or provision of legal advice related to current litigation. | |
| PRVCTRL0000075 | 8/11/2017 0:00 | Thompson, Beth | msg | Tim D. Hazzlett | Beth Thompson | | RE: CABELL - LITIGATION HOLD LETTER | AC and AWP | Email forwarding materials from outside counsel (Greene Ketcham) regarding request for and/or provision of legal advice related to litigation hold letter. | X |
| PRVCTRL0000076 | 10/23/2017 0:00 | Thompson, Beth | msg | opioidlitigation@levinlaw.com^ | Beth Thompson | | Opioid Litigation Update- October 23th, 2017 | AC and AWP | Email chain and attached memorandum from outside counsel to client regarding litigation update related to current litigation. | X |
| PRVCTRL0000077 | 8/2/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Katie Mayo^ | | RE: Opioid Project Call Dates/Times | AC and AWP; Common Interest | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | |
| PRVCTRL0000078 | 7/31/2017 0:00 | Thompson, Beth | msg | Katie Mayo^ | Roscoe Adkins, Deborah Berry, James Boggs, Jill Callihan, Lora Chafin^, Paul Farrell^, Jennifer Herrald, Page Poersckke^, Beth Thompson, Pam White | Jeff Gaddy^ | Opioid Project Call Dates/Times | AC and AWP; Common Interest | Calendar invite and attachment discussing legal advice from outside counsel regarding current litigation. | X |
| PRVCTRL0000079 | 8/2/2017 0:00 | Thompson, Beth | msg | Beth Thompson | Jeff Gaddy^ | | Meeting Forward Notification: (1100am EST) Opioids WV Counties Call | AC and AWP | Calendar invite related between client and counsel regarding current litigation. | X |
| PRVCTRL0000080 | 7/27/2017 0:00 | Thompson, Beth | msg | Katie Mayo^ | Beth Thompson | Jeff Gaddy^ | Opioid Project Call | AC and AWP | Email between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000081 | 8/2/2017 0:00 | Thompson, Beth | msg | Katie Mayo^ | Beth Thompson | | RE: Opioid Project Call Dates/Times | AC and AWP | Calendar invite between client and counsel regarding current litigation; attaching meeting agenda. | X |
| PRVCTRL0000082 | 3/6/2017 0:00 | Shoemaker, Greg | eml | Sharon Frazier^ | Adrienne Lusher^ | | Troy Locke | AC and AWP | Email and attachment seeking/providing legal advice regarding draft pleading (child custody case). | |
| PRVCTRL0000083 | 6/26/2017 0:00 | Shoemaker, Greg | eml | Sharon Frazier^ | Madeline Pearson^, Sean K Hammers^ | Lauren Plymale^, Adrienne Lusher^ | Information Pleas with Deferred Adjudication Agreements | AC and AWP | Email and attachments seeking/providing legal advice regarding draft agreements and case documents related to criminal matter. | |
| PRVCTRL0000084 | 12/1/2016 0:00 | Shoemaker, Greg | eml | Madeline Pearson^ | Angela Godby, Brecht Peoples, Dawn Drown, Courtney Cremeans^, Joe Fincham^, Jara Howard, Jeremy Bailey^, Jason Spears, Kellie Neal^, Kent Bryson^, Kim Vincent, Lauren Plymale Esq., Lindsay Roberts^, Peggy Brown^, Sean Hammers^, Sharon Frazier^, Steve Kern, Tim Murphy | | Memo regarding Plea Agreements | Attorney Client Communication;Attorney Work Product | Email and attachment created by counsel regarding strategy for criminal case. | |
| PRVCTRL0000085 | 11/30/2016 0:00 | Shoemaker, Greg | eml | Madeline Pearson^ | Angela Godby, Brecht Peoples, Dawn Drown, Courtney Cremeans^, Joe Fincham^, Jara Howard, Jeremy Bailey^ | | Memo Regarding Plea Agreements | Attorney Client Communication;Attorney Work Product | Email and attachment created by counsel regarding strategy for criminal case. | |
| PRVCTRL0000086 | 7/23/2015 0:00 | Shoemaker, Greg | eml | Angela Godby | Kent Bryson^, Sarah Dixon^ | | Stewart ER Petition Due today | AC and AWP | Email and attachment between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000087 | 8/31/2015 0:00 | Shoemaker, Greg | eml | Theresa R. Blevins | Sarah Dixon^ | Julie E. Spence, Harper A. Thacker, Angela D. Seay, Kent Bryson^ | Re: Brenda Long | AC and AWP | Email chain between client and counsel providing information including status, strategy, and mental impressions of counsel regarding active litigation. | |
| PRVCTRL0000088 | 8/31/2015 0:00 | Shoemaker, Greg | eml | Sarah Dixon^ | Theresa R. Blevins, Alyssa H. Imboden | Julie E. Spence, Harper A. Thacker, Angela D. Seay, Kent Bryson^ | Re: Brenda Long | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000089 | 7/23/2015 0:00 | Shoemaker, Greg | eml | Sarah Dixon^ | Jason Evans, Harper A. Thacker, Julie E. Spence | Angela Godby, Kent Bryson^ | RE: Stewart, Stewart, Richards | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000090 | 5/28/2015 0:00 | Shoemaker, Greg | eml | Sharon Frazier^ | Jara Howard, Joe Fincham^, Kellie Neal^, Kent Bryson^ | | PV Revocation Hearing on June 4 | Attorney Work Product | Email and attachments created by counsel regarding strategy for active criminal case. | X |
| PRVCTRL0000091 | 2/26/2016 0:00 | Shoemaker, Greg | eml | Jeffrey Sansom | Angela Godby | | Re: Brandon Crabtree | Attorney Client Communication; Attorney Work Product | Email regarding strategy for active criminal case (prosecutor's office). | |
| PRVCTRL0000092 | 8/12/2015 0:00 | Shoemaker, Greg | eml | Madeline Pearson^ | Alicia Bolyard | | Jermon Webb Order on Motion to Suppress | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000093 | 8/10/2017 0:00 | Shoemaker, Greg | eml | Mike Davis | | Mike Tatum, Lora Chafin^, Greg Shoemaker | FW: CABELL - LITIGATION HOLD LETTER | AC and AWP;Common Interest | Email chain and attachment between client and outside counsel regarding request for and/or provision of legal advice, and mental impressions, related to current litigation. | |
| PRVCTRL0000094 | 8/2/2017 0:00 | Shoemaker, Greg | eml | Beth Thompson | Greg Shoemaker | | FW: (1100am EST) Opioids WV Counties Call | AC and AWP;Common Interest | Email and attachment regarding request for and legal advice from outside counsel (Levin Papantonio) regarding current litigation. | X |
| PRVCTRL0000095 | 7/31/2017 0:00 | Shoemaker, Greg | msg | Katie Mayo^ | Roscoe Adkins, Deborah Berry, James Boggs, Jill Callihan, Lora Chafin^, Paul Farrell^, Jennifer Herrald, Page Poersckke^, Beth Thompson, Pam White | Jeff Gaddy^ | Opioid Project Call Dates/Times | AC and AWP;Common Interest | Attachment to email regarding request for and legal advice from outside counsel regarding current litigation. | X |
| PRVCTRL0000096 | 8/2/2017 0:00 | Shoemaker, Greg | eml | Jeff Gaddy^ | Greg Shoemaker | | (1100am EST) Opioids WV Counties Call | AC and AWP;Common Interest | Email between client and outside counsel regarding request for and/or provision of legal advice regarding current litigation. | X |
| PRVCTRL0000097 | 8/2/2017 0:00 | Shoemaker, Greg | eml | Sharon Frazier^ | Lauren Plymale^ | | Fwd: Smith AKA "Tank" DEA controlled buy | Attorney Work Product;Common Interest | DEA/DOJ document; Email chain and attachment between counsel and law enforcement regarding strategy for criminal case. | |
| PRVCTRL0000098 | 8/1/2017 0:00 | Shoemaker, Greg | eml | Nathan R. Deshaies | Sharon Frazier^ | | Smith AKA "Tank" DEA controlled buy | Common Interest | DEA/DOJ document; Email and attachment regarding strategy for criminal case. | |
| PRVCTRL0000099 | 8/3/2017 0:00 | Shoemaker, Greg | eml | Bart Copley | Sharon Frazier^ | | Re: Kevin Smith vehicle forfeiture | AC and AWP | Communication sent at the direction of counsel for preparation of filing. | |
| PRVCTRL0000100 | 8/10/2017 0:00 | Shoemaker, Greg | eml | Nathan R. Deshaies | Sharon Frazier^ | | Re: Donald Smith | Attorney Work Product;Common Interest | DEA/DOJ document Email chain between counsel and law enforcement regarding strategy for criminal case. | |
| PRVCTRL0000101 | 8/2/2017 0:00 | Shoemaker, Greg | eml | Nathan R. Deshaies | Sharon Frazier^ | | Re: Smith AKA "Tank" DEA controlled buy | Attorney Work Product;Common Interest | DEA/DOJ document Email chain between counsel and law enforcement regarding strategy for criminal case. | |
| PRVCTRL0000102 | 6/26/2015 0:00 | Shoemaker, Greg | eml | Lindsay Roberts^ | Sarah Dixon^ | | ER Petition for Review/Filing | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000103 | 5/27/2015 0:00 | Shoemaker, Greg | eml | Lindsay Roberts^ | Kent Bryson^ | | KNIGHT PETITION FOR REVIEW | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000104 | 5/26/2015 0:00 | Shoemaker, Greg | eml | Lindsay Roberts^ | Sarah Dixon^ | | ER Petition for Review (Bethanna Coyner) | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000105 | 5/27/2015 0:00 | Shoemaker, Greg | eml | Lindsay Roberts^ | Kent Bryson^ | | KNIGHT PETITION - Draft for Review | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |

| Control No. | Date / Custodian | Type | From | To | CC | Subject | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000106 | 6/26/2015 0:00 Shoemaker, Greg | eml | Lindsay Roberts^ | Sarah Dixon^ | | Shell, Parsons - ER Petition for Review Filing | AC and AWP | Email and attachments from client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000107 | 3/27/2017 0:00 Shoemaker, Greg | eml | Kent Bryson^ | Melanie Gue, Lindsay Roberts^ | | Ferguson Notes | Attorney Client Communication,AC and AWP | Email and attachments from attorney to client regarding case preparation. |
| PRVCTRL0000108 | 5/3/2017 0:00 Shoemaker, Greg | eml | Matthew T. Clark | Lindsay Roberts^ | | Petition | AC and AWP | Email and attachment(s) seeking/providing legal advice regarding draft petition for other (minor child) litigation. Email and attachments from counsel sending draft petition. |
| PRVCTRL0000109 | 2/1/2017 0:00 Shoemaker, Greg | eml | Seana M. Harrison | Blair Gardner^, Lindsay Roberts^ | Kent Bryson^, Peggy Brown^, Eric W. Davis | Emailing - Client_contact_Report [1].pdf | AC and AWP | Email and attachment(s) seeking/providing legal advice regarding draft petition for other (minor child) litigation. Email and attachments from counsel sending draft petition. |
| PRVCTRL0000110 | 6/22/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Blair Gardner^, Kent Bryson^, Peggy Brown^ | Tasha R. Willis, Harper A. Thacker | Mills NON ER Petition | Attorney Client Communication,Attorney Work Product | Email and attachment(s) seeking/providing legal advice regarding draft petition for other (minor child) litigation. |
| PRVCTRL0000111 | 1/24/2017 0:00 Shoemaker, Greg | eml | Blair Gardner^ | Toya Moore, Harper Thacker | Peggy Brown^, Kent Bryson^, Lindsay Roberts^ | Petition for Webb | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. Draft document attached to communication from/to counsel. |
| PRVCTRL0000112 | 6/20/2017 0:00 Shoemaker, Greg | eml | Kent Bryson^ | Lindsay Roberts^ | | FW: Danielle and Joshua Smith | AC and AWP | Email chain and attachment seeking legal review regarding child custody case. |
| PRVCTRL0000113 | 3/10/2017 0:00 Shoemaker, Greg | eml | Seana M. Harrison | Blair Gardner^, Eric W. Davis, Lindsay Roberts^ | Peggy Brown^, Kent Bryson^ | RE: Patton draft petition.docx | AC and AWP | Email chain and attachments between client and counsel sending draft documents at request of counsel for review/legal advice. |
| PRVCTRL0000114 | 3/10/2017 0:00 Shoemaker, Greg | eml | Lindsay Casto. Esq. | Seana M. Harrison, Lindsay Roberts^, Blair Gardner^ | Kent Bryson^, Peggy Brown^, Eric W. Davis | ER Petition (draft) | AC and AWP,Common Interest | Email chain between client and counsel seeking/providing legal advice regarding draft pleading. |
| PRVCTRL0000115 | 1/24/2017 0:00 Shoemaker, Greg | eml | Blair Gardner^ | Lorren E Apgar, Julie E. Spence | Lindsay Roberts^, Peggy Brown^, Kent Bryson^ | Petition for Curry | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000116 | 1/24/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Kent Bryson Esq., Peggy Brown^ | Lorren E. Apgar | Price ER petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000117 | 5/30/2017 0:00 Shoemaker, Greg | eml | Kent Bryson^ | Lindsay Roberts^ | | Fwd: Price | AC and AWP | Email and attachments between client and counsel seeking/providing legal advice on draft petition involving other (minor child) litigation. Email and attachment seeking legal review related to child custody case. |
| PRVCTRL0000118 | 4/4/2017 0:00 Shoemaker, Greg | eml | Lorren E. Apgar | Blair Gardner^, Lindsay Roberts^ | Kent Bryson^, Peggy Brown^, Julie E. Spence | Smith Petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000119 | 3/29/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Blair Gardner^, Kent Bryson^, Peggy Brown^ | Lorren E. Apgar | Small ER Petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000120 | 3/29/2017 0:00 Shoemaker, Greg | msg | Julie E. Spence | | | Taylor ER Petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000121 | 1/29/2017 0:00 Shoemaker, Greg | eml | Eric W. Davis | Blair Gardner^ | Seana M. Harrison, Lindsay Roberts^, Peggy Brown^, Kent Bryson^ | RE: Petition for Barr | AC and AWP | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. |
| PRVCTRL0000122 | 2/7/2017 0:00 Shoemaker, Greg | eml | Peggy Brown^ | Lindsay Casto^ | | Patrick/Wolford | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000123 | 4/18/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Blair Gardner^, Kent Bryson^, Peggy Brown^ | Cara J. Roach | Hammonds Petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000124 | 4/18/2017 0:00 Shoemaker, Greg | msg | Julie E. Spence | | | Hammonds Petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000125 | 6/27/2017 0:00 Shoemaker, Greg | eml | Justice, Roger D | Lindsay Casto^ Peggy Brown^, Blair Gardner^ Eric W. Davis | | Bowsher Petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000126 | 1/30/2017 0:00 Shoemaker, Greg | eml | Blair Gardner^ | Lindsay Roberts^ | | FW: Petition for Barr | AC and AWP | Email and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. |
| PRVCTRL0000127 | 3/30/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Blair Gardner^, Peggy Brown^, Kent Bryson^ | Lauren R. Schiefer | Sullivan ER petition | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading. |
| PRVCTRL0000128 | 3/30/2017 0:00 Shoemaker, Greg | msg | Julie E. Spence | | | Sullivan ER petition | AC and AWP; Common Interest | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000129 | 5/9/2017 0:00 Shoemaker, Greg | eml | Lindsay Casto^ | Julie E. Spence, Blair Gardner^ | Kent Bryson^, Peggy Brown^ | RE: Collins | AC and AWP | Email chain and attachments between client and counsel regarding draft documents at request of counsel for review/legal advice. |
| PRVCTRL0000130 | 3/15/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Blair Gardner^, Peggy Brown^, Kent Bryson, Esq. | Lorren E. Apgar | Meadows non-ER petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000131 | 3/15/2017 0:00 Shoemaker, Greg | msg | Julie E. Spence | | | Meadows non-ER petition | Attorney Client Communication | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000132 | 4/21/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Kent Bryson^, Blair Gardner^, Peggy Brown^ | Lorren E. Apgar | Bartrum Petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000133 | 4/21/2017 0:00 Shoemaker, Greg | msg | Julie E. Spence | | | Bartrum Petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000134 | 1/26/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Kent Bryson^, Peggy Brown^ | Cara J. Roach, Angela D. Seay | Napier Petition | AC and AWP | Email chain and attachments between client and counsel sending draft documents at request of counsel for review/legal advice. |
| PRVCTRL0000135 | 1/26/2017 0:00 Shoemaker, Greg | msg | Julie E. Spence | | | Napier Petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000136 | 3/31/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Blair Gardner^, Peggy Brown^, Kent Bryson^ | Lorren E. Apgar | Ball ER petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000137 | 3/31/2017 0:00 Shoemaker, Greg | msg | Julie E. Spence | | | Ball ER petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000138 | 2/17/2017 0:00 Shoemaker, Greg | eml | Blair Gardner^ | Julie E. Spence | | RE: Patrick/Wolford case 17-2A-32-33 | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000139 | 3/10/2017 0:00 Shoemaker, Greg | eml | Seana M. Harrison | Lindsay Roberts^, Blair Gardner^ | Kent Bryson^, Peggy Brown^, Eric W. Davis | Childers Sarah ER Petition (draft) | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000140 | 5/16/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Blair Gardner^, Peggy Brown^ | Cara J. Roach | Bays Petition.docx | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000141 | 5/1/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Blair Gardner^, Kent Bryson^, Peggy Brown^ | Lorren E. Apgar | Slater petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000142 | 5/1/2017 0:00 Shoemaker, Greg | msg | Julie E. Spence | | | Slater petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000143 | 5/30/2017 0:00 Shoemaker, Greg | eml | Harper A. Thacker | Lindsay Roberts^, Blair Gardner^ | Kent Bryson^, Peggy Brown^, Cara J. Roach, Julie E. Spence | NON ER PETITION: Donald and Tracy Moore | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000144 | 2/8/2017 0:00 Shoemaker, Greg | eml | Thomas, Morgan K | Blair Gardner^, Lindsay Roberts^ | Eric W. Davis, Peggy Brown^ | A. Smith Petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000145 | 5/16/2017 0:00 Shoemaker, Greg | eml | Roger D. Justice | Lindsay Casto^ | | FW: | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on other (minor child) litigation. |
| PRVCTRL0000146 | 6/1/2017 0:00 Shoemaker, Greg | eml | Harper A. Thacker | Lindsay Roberts^, Blair Gardner^ | Kent Bryson^, Peggy Brown^, Cara J. Roach, Julie E. Spence | ER PETITION: McClanahan | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000147 | 7/3/2017 0:00 Shoemaker, Greg | eml | Harper A. Thacker | Lindsay Roberts^, Blair Gardner^ | Peggy Brown^, Kent Bryson^, Tasha R. Willis | NON ER PETITION: Jennie Adams | AC and AWP | Email and attachment(s) seeking/providing legal advice regarding draft petition for other (minor child) litigation. |
| PRVCTRL0000148 | 4/14/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Blair Gardner^, Kent Bryson^, Peggy Brown^ | Tasha R. Willis, Harper A. Thacker | petition (2) | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000149 | 2/10/2017 0:00 Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts^, Kent Bryson^, Peggy Brown^ | Lauren R. Schiefer | Canul ER petition | AC and AWP | Email and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. |
| PRVCTRL0000150 | 5/18/2017 0:00 Shoemaker, Greg | eml | Matthew T. Clark | Lindsay Roberts^, Blair Gardner^, Peggy Brown^ | | Here is the Petition | AC and AWP | Email and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. |

| Bates | Date | Custodian | Type | From | To | CC | Subject | Privilege | Redacted |
|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000151 | 4/11/2017 0:00 | Shoemaker, Greg | eml | Harper A. Thacker | Blair Gardner*, Lindsay Roberts* | Kent Bryson*, Peggy Brown*, Katherine G. Kiger | RE: ER Petition Tilghman | AC and AWP | Email and attachment(s) seeking/providing legal advice regarding draft petition for other (minor child) litigation. |
| PRVCTRL0000152 | 2/12/2017 0:00 | Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts*, Kent Bryson*, Peggy Brown* | Maeghan N. Hunter | Adkins-Bartrum petition | AC and AWP | Email chain and attachment(s) between client and counsel seeking providing legal advice for draft pleading in other (minor child) litigation. |
| PRVCTRL0000153 | 2/12/2017 0:00 | Shoemaker, Greg | msg | Julie E. Spence | | | Adkins-Bartrum petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000154 | 6/16/2017 0:00 | Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts*, Blair Gardner*, Kent Bryson*, Peggy Brown* | Lorren E. Apgar | Sothen ER Petition.docs | AC and AWP | Email and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. |
| PRVCTRL0000155 | 6/16/2017 0:00 | Shoemaker, Greg | msg | Julie E. Spence | | | Sothen ER Petition.docs | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000156 | 4/4/2017 0:00 | Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts*, Blair Gardner*, Kent Bryson*, Peggy Brown* | Lorren E. Apgar | Small ER petition | AC and AWP | Email and attachment(s) seeking/providing legal advice regarding draft petition for other (minor child) litigation. |
| PRVCTRL0000157 | 4/4/2017 0:00 | Shoemaker, Greg | eml | Julie E. Spence | | | Small ER petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000158 | 5/15/2017 0:00 | Shoemaker, Greg | eml | Harper A. Thacker | Blair Gardner*, Lindsay Roberts* | Peggy Brown*, Kent Bryson*, Tasha R. Willis | ER PETITION: Brittany Spry | AC and AWP | Email and attachment between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000159 | 5/25/2017 0:00 | Shoemaker, Greg | eml | Harper A. Thacker | Blair Gardner*, Lindsay Roberts* | Peggy Brown*, Kent Bryson*, Cara J. Roach, Julie E. Spence | ER PETITION | AC and AWP | Email and attachment(s) seeking/providing legal advice for draft petition for other (minor child) litigation. |
| PRVCTRL0000160 | 5/19/2017 0:00 | Shoemaker, Greg | eml | Harper A. Thacker | Blair Gardner*, Lindsay Roberts* | Kent Bryson*, Peggy Brown* Miranda L. Cobb, Julie E. Spence | NON ER PETITION: | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000161 | 1/31/2017 0:00 | Shoemaker, Greg | eml | Tarley, Jessica | Lindsay Roberts* | | FW: New ER petition filed | Not Privileged | Attachment to email discussing draft pleading. |
| PRVCTRL0000162 | 3/7/2017 0:00 | Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts*, Blair Gardner*, Kent Bryson*, Peggy Brown* | Maeghan N. Hunter | Kassandra Mitchell ER petition | AC and AWP | Email and attachment(s) seeking/providing legal advice for draft petition for other (minor child) litigation. |
| PRVCTRL0000163 | 3/7/2017 0:00 | Shoemaker, Greg | msg | Julie E. Spence | | | ER petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000164 | 1/24/2017 0:00 | Shoemaker, Greg | eml | Blair Gardner* | Peggy Brown*, Lindsay Roberts* | | RE: Court tomorrow | Attorney Work Product | Email and attachment from attorney requesting documents for case preparation. |
| PRVCTRL0000165 | 2/2/2017 0:00 | Shoemaker, Greg | eml | Seann M. Harrison | Blair Gardner*, Lindsay Roberts* | Peggy Brown*, Kent Bryson*, Eric W. Davis | FW: Yapp petition.docx | AC and AWP | Email and attachment(s) seeking/providing legal advice regarding draft petition for other (minor child) litigation. |
| PRVCTRL0000166 | 2/2/2017 0:00 | Shoemaker, Greg | eml | Hope D. Walters | Chris Chiles | Peggy Brown*, Alicia Bolyard, Lindsay Casto*, Blair Gardner*, Brittany Smith | Adkins Court Summary and Discovery | Attorney Client Communication; Attorney Work Product | Email and attachments related to child custody case discovery. |
| PRVCTRL0000167 | 1/20/2017 0:00 | Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts*, Kent Bryson*, Peggy Brown* | | Veronica Keener | AC and AWP | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. |
| PRVCTRL0000168 | 1/20/2017 0:00 | Shoemaker, Greg | msg | Julie E. Spence | | | Veronica Keener | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000169 | 1/17/2017 0:00 | Shoemaker, Greg | eml | Hope D. Walters | Peggy Brown* | Lindsay Casto* | Alisa Jenkins petition information | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice for draft petition for other (minor child) litigation. |
| PRVCTRL0000170 | 1/20/2017 0:00 | Shoemaker, Greg | eml | Blair Gardner* | Lorren E. Apgar, Julie E. Spence | Lindsay Roberts*, Peggy Brown*, Kent Bryson* | FW: Petition for | AC and AWP; Common Interest | Email and attachments between client and counsel seeking/providing legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000171 | 1/20/2017 0:00 | Shoemaker, Greg | eml | Blair Gardner* | Jason Evans | Lindsay Roberts*, Peggy Brown*, Kent Bryson* | Petition for Walker | AC and AWP; Common Interest | Email and attachment between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000172 | 1/20/2017 0:00 | Shoemaker, Greg | eml | Julie E. Spence | Lindsay Roberts*, Kent Bryson*, Peggy Brown* | | Veronica Keene referrals | AC and AWP; Common Interest | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. |
| PRVCTRL0000173 | 1/20/2017 0:00 | Shoemaker, Greg | msg | Julie E. Spence | | | Veronica Keene referrals | AC and AWP; Common Interest | Draft email and attachment from attorney to client regarding case preparation/ petition. |
| PRVCTRL0000174 | 1/20/2017 0:00 | Shoemaker, Greg | eml | Blair Gardner* | Lorren E. Apgar, Julie E. Spence | Lindsay Roberts*, Peggy Brown*, Kent Bryson* | Petition for Callihan | AC and AWP; Common Interest | Email and attachments between client and counsel seeking/providing legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000175 | 1/20/2017 0:00 | Shoemaker, Greg | eml | Blair Gardner* | Seann Harrison | Lindsay Roberts*, Peggy Brown*, Kent Bryson* | Petition Frush | AC and AWP; Common Interest | Email and attachments between client and counsel seeking/providing legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000176 | 1/20/2017 0:00 | Shoemaker, Greg | eml | Blair Gardner* | Lorren E. Apgar, Julie E. Spence | Peggy Brown*, Lindsay Roberts*, Kent Bryson* | Petition for Walker | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading |
| PRVCTRL0000177 | 1/17/2017 0:00 | Shoemaker, Greg | eml | Hope D. Walters | Lindsay Casto* | Kent Bryson*, Peggy Brown* | FW: Petition Information | AC and AWP; Common Interest | Email and attachment between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. |
| PRVCTRL0000178 | 1/20/2017 0:00 | Shoemaker, Greg | eml | Blair Gardner* | Jason Evans, Harper Thacker | Lindsay Roberts*, Peggy Brown*, Kent Bryson* | Petition for Carter | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading |
| PRVCTRL0000179 | 1/20/2017 0:00 | Shoemaker, Greg | eml | Blair Gardner* | Lorren E. Apgar, Julie E. Spence | Lindsay Roberts*, Peggy Brown*, Kent Bryson* | Petition for Riddell | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading |
| PRVCTRL0000180 | 8/1/2017 0:00 | Thompson, Beth | eml | Beth Thompson | Katie Mayo* | | Re: Opioid Project Call Dates/Times | AC and AWP; Common Interest | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000181 | 7/27/2017 0:00 | Thompson, Beth | eml | Katie Mayo* | Beth Thompson | Jeff Gaddy* | Opioid Project Call | AC and AWP; Common Interest | Email between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000182 | 8/10/2017 0:00 | Thompson, Beth | eml | Lora Chafin* | Beth Thompson | Paul Farrell* | CABELL - LITIGATION HOLD LETTER | AC and AWP; Common Interest | Email and attachment between client and outside counsel regarding legal advice related to current litigation. | X |
| PRVCTRL0000183 | 8/2/2017 0:00 | Thompson, Beth | eml | Jeff Gaddy* | Beth Thompson | | (1100am EST) Opioids WV Counties Call | AC and AWP; Common Interest | Email and attachment between client and outside counsel regarding request for and/or provision of legal advice regarding current litigation. | X |
| PRVCTRL0000184 | 7/31/2017 0:00 | Thompson, Beth | msg | Katie Mayo* | Roscoe Adkins, Deborah Berry, James Boggs, Jill Callihan, Lora Chafin*, Paul Farrell, Jr. Esq., Jennifer Herrald, Page Poerschke*, Beth Thompson, Pam White | Jeff Gaddy* | Opioid Project Call Dates/Times | AC and AWP; Common Interest | Attachment to email between client and outside counsel regarding request for and/or provision of legal advice regarding current litigation. | X |
| PRVCTRL0000185 | 7/28/2017 0:00 | Thompson, Beth | eml | Lora Chafin* | Beth Thompson | Paul Farrell* | Opioid Project Call | AC and AWP; Common Interest | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000186 | 7/28/2017 0:00 | Thompson, Beth | eml | Katie Mayo* | Beth Thompson | Jeff Gaddy* | Opioid Project Call | AC and AWP; Common Interest | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000187 | 7/31/2017 0:00 | Thompson, Beth | eml | Katie Mayo* | Roscoe Adkins, Deborah Berry, James Boggs, Jill Callihan, Lora Chafin*, Paul Farrell*, Jennifer Herrald, Page Poerschke*, Beth Thompson, Pam White | Jeff Gaddy* | Opioid Project Call Dates/Times | AC and AWP; Common Interest | Email between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000188 | 7/24/2017 0:00 | Thompson, Beth | eml | Blair Gardner* | Amanda Fain, Julie E. Spence | | Petition for 17-JA-175 | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading |
| PRVCTRL0000189 | 8/2/2017 0:00 | Shoemaker, Greg | eml | Lindsay Casto* | Blair Gardner* | Kent Bryson*, Peggy Brown*, | [No Subject] Email - Juvenile Abuse and Neglect Paralegal | Attorney Client Communication;Attorney Work Product | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading |
| PRVCTRL0000190 | 5/22/2017 0:00 | Shoemaker, Greg | msg | Cara J. Roach | Blair Gardner*, Kent Bryson*, Peggy Brown*, Lindsay Casto* | Julie E. Spence | Bays Petition | AC and AWP | Attachment to email and mental impressions regarding draft pleading |

| Control No. | Date | Author | Type | From | To | CC | Subject | Privilege | Description | Red. |
|---|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000191 | 7/27/2017 0:00 | Shoemaker, Greg | eml | Theresa R. Blevins | Peggy Brown^; Blair Gardner^; Kent Bryson^ | | ER Petition for Ambera Roberts | AC and AWP;Common Interest | Email and attachment(s) between client and outside counsel seeking/providing legal advice and mental impressions regarding draft pleading | X |
| PRVCTRL0000192 | 8/9/2017 0:00 | Shoemaker, Greg | eml | Harper A. Thacker | Blair Gardner^ | Kent Bryson^; Peggy Brown^; Jason A. Evans | Non ER Petition: Allyssa Crawford/ Joshua Bryan | AC and AWP;Common Interest | Email and attachment(s) between client and outside counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000193 | 8/4/2017 0:00 | Shoemaker, Greg | eml | Julie E. Spence | Blair Gardner^; Kent Bryson^; Peggy Brown^ | Miranda L. Cobb | ER Petition Stanley | AC and AWP;Common Interest | Email and attachment(s) between client and outside counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000194 | 8/3/2017 0:00 | Shoemaker, Greg | eml | Julie E. Spence | Blair Gardner^; Peggy Brown^; Kent Bryson^ | Lauren R. Schiefer | Eldred Non ER Petition.docx | AC and AWP;Common Interest | Email and attachment(s) between client and outside counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000195 | 7/5/2017 0:00 | Shoemaker, Greg | eml | Demetria M. Russell | Lindsay Casto^; Blair Gardner^ | Kent Bryson^; Harper A. Thacker; Julie E. Spence | Petition | AC and AWP;Common Interest | Email and attachment(s) between client and outside counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000196 | 11/30/2017 14:27 | Blankenship, Margey | msg | Charlotte H. Norris^ | Steve Murray | | RE: Confidentiality Form—CONFIDENTIAL AND PRIVILEGED: ATTORNEY WORK PRODUCT/ATTORNEY CLIENT COMMUNICATION | AC and AWP | Email chain between client and outside counsel seeking legal advice regarding regulations. | |
| PRVCTRL0000197 | 12/1/2017 16:53 | Blankenship, Margey | msg | Charlotte H. Norris^ | Steve Murray | Jonda L. Whaley^ | QRT Acknowledgment (DRAFT)—CONFIDENTIAL AND PRIVILEGED:ATTY WORK PROD/ATTY CLIENT COMMUNICATION | Attorney Client Communication | Email chain and attachment between client and outside counsel seeking and providing legal advice regarding HIPAA and contractual matters. | |
| PRVCTRL0000198 | 12/1/2017 17:23 | Blankenship, Margey | msg | Charlotte H. Norris^ | Steve Murray | Jonda L. Whaley^ | RE: QRT Acknowledgment (DRAFT)—CONFIDENTIAL AND PRIVILEGED:ATTY WORK PROD/ATTY CLIENT COMMUNICATION | Attorney Client Communication | Email chain between client and outside counsel regarding draft documents for review. | |
| PRVCTRL0000199 | 11/17/2017 21:11 | Blankenship, Margey | msg | Steve Murray | Charlotte H. Norris^ | Gordon Merry, Connie Priddy | Follow up | Attorney Client Communication | Email with outside counsel regarding request for legal advice regarding HIPAA related matters. | |
| PRVCTRL0000200 | 11/20/2017 16:00 | Blankenship, Margey | msg | Steve Murray | Rose Ross | | FW: Follow Up | Attorney Client Communication | Forwarded email chain between client and outside counsel (Jenkins Fenstermaker) seeking and providing legal advice regarding HIPAA and contractual matters. | |
| PRVCTRL0000201 | 11/21/2017 16:11 | Blankenship, Margey | msg | Steve Murray | Charlotte H. Norris^ | Gordon Merry, Connie Priddy | RE: Follow Up | Attorney Client Communication | Email chain between client and outside counsel seeking and providing legal advice regarding HIPAA and contractual matters. | |
| PRVCTRL0000202 | 11/21/2017 19:35 | Blankenship, Margey | msg | Steve Murray | Charlotte H. Norris^ | Gordon Merry, Connie Priddy | RE: Draft Privacy and Security Agreement - QRT Project | Attorney Client Communication | Email chain between client and outside counsel requesting and providing legal advice regarding HIPAA and contractual matters. | X |
| PRVCTRL0000203 | 11/21/2017 19:35 | Blankenship, Margey | msg | Steve Murray | Gordon Merry | | FW: Draft Privacy and Security Agreement - QRT Project | Attorney Client Communication | Email and attachments regarding legal advice from outside counsel (Jenkins Fenstermaker) draft privacy and security agreement. | |
| PRVCTRL0000204 | 11/28/2017 14:40 | Blankenship, Margey | msg | Charlotte H. Norris^ | Steve Murray | Connie Priddy, Gordon Merry | Strike out corrections of QRT HIPAA BA | Attorney Client Communication | Email and attachment between client and outside counsel requesting legal advice regarding HIPAA and contractual matters. | |
| PRVCTRL0000205 | 11/28/2017 18:29 | Blankenship, Margey | msg | Steve Murray | MaryBeth Steele | | Fwd: QRT Project Business Associate Agreement | Attorney Client Communication | Email chain and attachments between client and outside counsel (Jenkins Fenstermaker) seeking and providing legal advice regarding HIPAA and contractual matters. | |
| PRVCTRL0000206 | 11/29/2017 17:34 | Blankenship, Margey | msg | Steve Murray | Charlotte H. Norris^ | | Invoice | Attorney Client Communication | Email between client and outside counsel soliciting/providing legal advice regarding regulations. | |
| PRVCTRL0000207 | 11/29/2017 17:38 | Blankenship, Margey | msg | Steve Murray | Charlotte H. Norris^ | | FW: [of QRT email] | Attorney Client Communication | Email chain between client and outside counsel seeking legal advice regarding HIPAA and contractual matters. | |
| PRVCTRL0000208 | 12/1/2017 17:12 | Blankenship, Margey | msg | Steve Murray | Charlotte H. Norris^ | | RE: QRT Acknowledgement (DRAFT) | Attorney Client Communication | Email chain between client and outside counsel seeking legal advice regarding HIPAA and contractual matters. | |
| PRVCTRL0000209 | 2/7/2019 20:33 | Priddy, Connie | msg | Connie Priddy | Roy "Cliff" Murray | Kim Bailey | RE: Inquiry | Attorney Client Communication | Email chain disclosing mental impressions from outside counsel (Jenkins Fenstermaker) regarding County agreements. | |
| PRVCTRL0000210 | 11/30/2017 21:34 | Murray, Steve | msg | Connie Priddy | Steve Murray, Gordon Merry | | FW: QRT Project Business Associate Agreement | Attorney Client Communication | Email and attachments regarding legal advice from outside counsel (Jenkins Fenstermaker) draft privacy and security agreement. | |
| PRVCTRL0000211 | 12/4/2017 20:31 | Murray, Steve | msg | Charlotte H. Norris^ | Steve Murray | Gordon Merry, Connie Priddy | RE: Invoice | Attorney Client Communication | Email between client and outside counsel discussing invoice for legal services. | |
| PRVCTRL0000212 | 12/5/2017 16:56 | Murray, Steve | msg | Charlotte H. Norris^ | Steve Murray | Gordon Merry, Connie Priddy | RE: Invoice | Attorney Client Communication | Email between client and outside counsel discussing invoice for legal services. | |
| PRVCTRL0000213 | 12/5/2017 16:54 | Murray, Steve | msg | Steve Murray | Charlotte H. Norris^ | Gordon Merry, Connie Priddy | Re; Invoice | Attorney Client Communication | Email between client and outside counsel discussing invoice for legal services. | |
| PRVCTRL0000214 | 12/5/2017 16:27 | Murray, Steve | msg | Charlotte H. Norris^ | Steve Murray | Gordon Merry, Connie Priddy | RE: Invoice | Attorney Client Communication | Email between client and outside counsel discussing invoice for legal services. | |
| PRVCTRL0000215 | 8/8/2019 13:30 | Merry, Gordon | msg | Hansen, Robert H | Gordon Merry | | GOOD MORNING | Attorney Client Communication | Email from WV Department of Health and Human Resources seeking opinion of outside counsel (Jenkins Fenstermaker) regarding EMS agencies. | |
| PRVCTRL0000216 | 8/14/2019 15:29 | Merry, Gordon | msg | Hansen, Robert H | Gordon Merry | | FWD: GOOD MORNING | Attorney Client Communication | Email from WV Department of Health and Human Resources seeking opinion of outside counsel (Jenkins Fenstermaker) regarding EMS agencies. | |
| PRVCTRL0000217 | 8/14/2019 20:55 | Merry, Gordon | msg | Gordon Merry | Hansen, Robert H | | RE: GOOD MORNING | Attorney Client Communication | Email from WV Department of Health and Human Resources seeking opinion of outside counsel (Jenkins Fenstermaker) regarding EMS agencies. | |
| PRVCTRL0000218 | 7/13/2016 0:00 | Thompson, Beth | msg | Cindy Whetsell | ccenv-listserv@ccenv.org | | Disputed Jail Bills--Questions and Issues | Attorney Client Communication | Email chain discussing legal advice from outside counsel Steve Sluss regarding invoices. | |
| PRVCTRL0000219 | 1/9/2017 0:00 | Thompson, Beth | msg | Bert Ketchum^ | Beth Thompson | | Re: Resolution re: Pain Pills and Greene Ketchum | AC and AWP | Email chain and attachment between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | |
| PRVCTRL0000220 | 10/23/2017 0:00 | Thompson, Beth | eml | opioidlitigation@levinlaw.com^ | Beth Thompson | | Opioid Litigation Update- October 23th, 2017 | AC and AWP | Email chain from outside counsel re client regarding litigation update. | X |
| PRVCTRL0000221 | 8/11/2017 0:00 | Thompson, Beth | eml | Tim D. Hazelett^ | Beth Thompson | | RE: CABELL - LITIGATION HOLD LETTER | AC and AWP | Email chain discussing and including communication from outside counsel (Greene Ketchum) regarding legal hold letter. | X |
| PRVCTRL0000222 | 5/31/2017 0:00 | Thompson, Beth | eml | Paul Farrell^ | Andrew Gunnoe, Ben Salango, Ben Thompson, Bob Bailey, Bob Pauley, Dave Pennington, Deborah A. Berry, Henry Shores, James Boggs, Jason Mullins, Jennifer Elkins, Jennifer Herrald, Jim Morgan, Kenneth Adkins, Kristy Watts, Leslie Koepsel, Mike Cochrane, Nancy Cartmill, Pam White, Rosco 'Rocky' Nelson^, Justin J. Marcum^, Lora Chafin^, Adkins, Sheila A. Cochran, Silas Mullins Jr., W. Kent Carper | Bert Ketchum^, Helen, J.R. Rogers, James S. Nelson^, Justin J. Marcum^, Lora Chafin^, Matthew Woelfel^, Mike Woelfel^, Patty Peckham^, Paul Farrell^ | UPDATE: Opioid litigation | AC and AWP;Common Interest | Email and attachments between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000223 | 7/31/2017 0:00 | Thompson, Beth | eml | Katie Mayo^ | Roscoe Adkins, Deborah Berry, James Boggs, Jill Callihan, Lora Chafin^, Paul Farrell^, Jennifer Herrald, Page Poerschke^, Beth Thompson, Pam White | Jeff Gaddy^ | Opioid Project Call Dates/Times | AC and AWP;Common Interest | Email between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000224 | 5/30/2017 0:00 | Thompson, Beth | eml | Lora Chafin^ | Beth Thompson | April Tooley, Paul Farrell^ | RE: Request for Resolution | AC and AWP;Common Interest | Email between client and outside counsel seeking/providing legal advice regarding current litigation. | |
| PRVCTRL0000225 | 11/8/2017 0:00 | Thompson, Beth | eml | Beth Thompson | Jim Morgan | | Re: Opioid Litigation Update- November 7, 2017 | AC and AWP; Common Interest | Email chain discussing and including communication from outside counsel (Levin Papantonio) regarding current litigation update. | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000226 | 11/8/2017 0:00 | Thompson, Beth | eml | Beth Thompson | Jim Morgan | | Fwd: Opioid Litigation Update- November 7, 2017 | AC and AWP; Common Interest | Email chain discussing and including communication from outside counsel (Levin Papantonio) regarding current litigation update. | X |
| PRVCTRL0000227 | 8/1/2017 0:00 | Thompson, Beth | eml | Beth Thompson | Katie Mayo° | | Re: Opioid Project Call Dates/Times | AC and AWP | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000228 | 11/8/2017 0:00 | Thompson, Beth | eml | Beth Thompson | Jim Morgan | | Opioid Litigation Update | AC and AWP; Common Interest | Email chain discussing and including communication from outside counsel (Levin Papantonio) regarding current litigation update. | X |
| PRVCTRL0000229 | 11/8/2017 0:00 | Thompson, Beth | eml | Beth Thompson | Jim Morgan | | Opioid Litigation Update | AC and AWP; Common Interest | Email chain discussing and including communication from outside counsel (Levin Papantonio) regarding current litigation update. | X |
| PRVCTRL0000230 | 1/9/2017 0:00 | Thompson, Beth | eml | Ancil Ramey° | Beth Thompson | | RE: Partial Payment Statement# 41161s/he April 2016 | Attorney Client Communication | Email chain and attachment between client and outside counsel regarding request for and/or provision of legal advice regarding contractual matters. | X |
| PRVCTRL0000231 | 1/9/2017 0:00 | Thompson, Beth | eml | Bert Ketchum° | Beth Thompson | Susan Black | Resolution re: Pain Pills and Greene Ketchum | AC and AWP | Email and attachment between client and outside counsel regarding request for and/or provision of legal advice regarding current litigation. | X |
| PRVCTRL0000232 | 3/1/2017 0:00 | Thompson, Beth | eml | Wendy E. Greve° | Beth Thompson | | Cabell County Drug Testing Issue | Attorney Client Communication | Email between client and outside counsel soliciting/providing legal advice regarding regulations. | |
| PRVCTRL0000233 | 6/30/2017 0:00 | Thompson, Beth | eml | Paul Farrell° | Andrew Gunnoe, Ben Salango, Beth Thompson, Bob Bailey, Bob Pauley, Dave Pennington, Deborah A. Berry, Denise Scalph, Henry Shores, Jason Mullins, Jennifer Elkins, Jennifer Herald, Jim Morgan, Jimmy Boggs, John G. Breneman, Kenneth R. Adkins, Kent Carper, Kristy Watts, Leslie Koepsel, Matthew D. Wender, Mike Cochrane, Nancy Cartmill, Pam White, Rosco 'Rocky' Adkins, II, Sheila A. Cochran, Silas Mullins Jr. | Lora Chafin°, Bert Ketchum°, J.R. Rogers, Justin J. Marcum°, Mike Woelfel°, Paul Farrell° | UPDATE Opioid Litigation | AC and AWP; Common Interest | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. Attachment to email between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000234 | 7/28/2017 0:00 | Thompson, Beth | eml | Lora Chafin° | Beth Thompson | Paul Farrell° | RE: Opioid Project Call | AC and AWP | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000235 | 7/28/2017 0:00 | Thompson, Beth | eml | Katie Mayo° | Beth Thompson | Jeff Gaddy° | RE: Opioid Project Call | AC and AWP | Email chain between client and outside counsel seeking/providing legal advice regarding current litigation. | X |
| PRVCTRL0000236 | 8/10/2017 0:00 | Thompson, Beth | eml | Lora Chafin° | Beth Thompson | Paul Farrell° | CABELL - LITIGATION HOLD LETTER | AC and AWP | Email chain and attachment between client and outside counsel regarding request for and/or provision of legal advice related to litigation hold letter. | |
| PRVCTRL0000237 | 8/10/2017 0:00 | Thompson, Beth | eml | Tim D. Hazelett | Beth Thompson | Lora Chafin°, Greg Shoemaker | RE: CABELL - LITIGATION HOLD LETTER | AC and AWP; Common Interest | Email chain including communication from outside counsel (Greene Ketchum) regarding legal hold letter. | X |
| PRVCTRL0000238 | 9/7/2017 0:00 | Thompson, Beth | eml | opioidlitigation@levinlaw.com° | Beth Thompson | | Your Opioid Litigation Hold Responsibilities!* CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION | AC and AWP; Common Interest | Email between outside counsel and client regarding legal hold letter. | X |
| PRVCTRL0000239 | 9/20/2017 0:00 | Thompson, Beth | eml | Hilary Dunsford° | Beth Thompson | Peter Mougey°, Page Poerschke°, Laura Dunning°, Jeff Gaddy° | Opioid Litigation Update | AC and AWP; Common Interest | Email and attachment between outside counsel and client regarding legal hold letter. | |
| PRVCTRL0000240 | 10/7/2017 0:00 | Thompson, Beth | eml | opioidlitigation@levinlaw.com° | Beth Thompson | | Reminder: Litigation Hold Notice - Opioid Litigation/Cabell County CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION | AC and AWP; Common Interest | Email between client and outside counsel regarding request for and/or provision of legal advice to current litigation. | X |
| PRVCTRL0000241 | 10/16/2017 0:00 | Thompson, Beth | eml | opioidlitigation@levinlaw.com° | Beth Thompson | | Opioid Litigation Update- October 16th, 2017 | AC and AWP; Common Interest | Email between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000242 | 11/4/2017 0:00 | Thompson, Beth | eml | opioidlitigation@levinlaw.com° | Beth Thompson | | Litigation Hold Notice - Opioid Litigation/Cabell County* CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION | AC and AWP; Common Interest | Email chain from outside counsel to client regarding litigation update. | X |
| PRVCTRL0000243 | 11/8/2017 0:00 | Thompson, Beth | eml | Jim Morgan | Beth Thompson | | Re: Opioid Litigation Update- November 7, 2017 | AC and AWP; Common Interest | Email providing update from outside counsel regarding litigation update. | X |
| PRVCTRL0000244 | 3/1/2017 0:00 | Thompson, Beth | eml | Wendy E. Greve° | Beth Thompson | | Cabell County Drug Testing Issue | Attorney Client Communication | Email chain and attachment between client and outside counsel regarding employment policies. | |
| PRVCTRL0000245 | 4/7/2017 0:00 | Thompson, Beth | eml | Lora Chafin° | Beth Thompson | Paul Farrell° | FW: FOIA request | AC and AWP | Email chain and attachment between client and outside counsel regarding request for and/or provision of legal advice regarding current litigation. | X |
| PRVCTRL0000246 | 4/12/2017 0:00 | Thompson, Beth | eml | Lora Chafin° | Beth Thompson | Paul Farrell° | Response to Tissue's FOIA Request - Cabell County | AC and AWP | Email and attachment between client and outside counsel regarding request for and/or provision of legal advice regarding current litigation. | X |
| PRVCTRL0000247 | 4/29/2017 0:00 | Thompson, Beth | eml | Paul Farrell° | Henry Shores, Ben Salango, Logan County Commission | Tony Majestro°, Bert Ketchum°, Patty Peckham°, Mike Woelfel°, Todd Houck, Randolph McGraw, J.R. Rogers, Stephanie Ojeda, Justin Marcum°, Paul Farrell° | RE: County Commission Opioid cases | AC and AWP;Common Interest | Email between client and outside counsel seeking/providing legal advice regarding current litigation. | |
| PRVCTRL0000248 | 4/28/2017 0:00 | Thompson, Beth | eml | Paul Farrell° | Pam White, Beth Thompson, Berry, Deborah A, W. Kent Carper, Jennifer Herald, Gunnoe, Andrew, Jennifer Elkins, Leslie Koepsel, Logan County Commission, Rosco 'Rocky' Adkins, Sheila A. Cochran, Bob Pauley, Kenneth Adkins, Dave Pennington, James Boggs, Kristy Watts, Silas Mullins Jr., Jason Mullins, Mike Cochrane | Tony Majestro°, Bert Ketchum°, Lora Chafin°, Patty Peckham°, Mike Woelfel°, Todd Houck, Randolph McGraw, J.R. Rogers, Stephanie Ojeda, Justin Marcum°, Paul Farrell° | County Commission Opioid cases | AC and AWP;Common Interest | Email between client and outside counsel regarding request for and/or provision of legal advice to current litigation. | X |
| PRVCTRL0000249 | 5/4/2017 0:00 | Thompson, Beth | eml | Paul Farrell° | Andrew Gunnoe, Ben Salango, Beth Thompson, Bob Bailey, Bob Pauley, Dave Pennington, Deborah A. Berry, Henry Shores, James Boggs, Jason Mullins, Jennifer Elkins, Jennifer Herald, Jim Morgan, Kenneth Adkins, Kristy Watts, Leslie Koepsel, Logan County Commission, Mike Cochrane, Nancy Cartmill, Pam White, Rosco 'Rocky' Adkins, Sheila A. Cochran, Silas Mullins Jr., W. Kent Carper | Bert Ketchum°, J.R. Rogers, Justin Marcum°, Lora Chafin°, Mike Woelfel°, Patty Peckham°, Paul Farrell° | Email Re: Opioid Litigation - FOIA requests and Status Conference | AC and AWP; Common Interest | Email chain and attachments between client and outside counsel regarding request for and/or provision of legal advice regarding current litigation. | X |
| PRVCTRL0000250 | 5/8/2017 0:00 | Thompson, Beth | eml | Paul Farrell° | Andrew Gunnoe, Ben Salango, Beth Thompson, Bob Bailey, Bob Pauley, Dave Pennington, Deborah A. Berry, Henry Shores, James Boggs, Jason Mullins, Jennifer Elkins, Jennifer Herald, Jim Morgan, Kenneth Adkins, Kristy Watts, Leslie Koepsel, Logan County Commission, Mike Cochrane, Nancy Cartmill, Pam White, Rosco 'Rocky' Adkins, Sheila A. Cochran, Silas Mullins Jr., W. Kent Carper | Bert Ketchum°, J.R. Rogers, Justin Marcum°, Lora Chafin°, Mike Woelfel°, Todd Houck, Patty Peckham°, Paul Farrell° | Status Conference Update | AC and AWP; Common Interest | Email and attachments between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000251 | 5/9/2017 0:00 | Thompson, Beth | eml | Paul Farrell° | Andrew Gunnoe, Ben Salango, Beth Thompson, Bob Bailey, Bob Pauley, Dave Pennington, Deborah A. Berry, Henry Shores, James Boggs, Jason Mullins, Jennifer Elkins, Jennifer Herald, Jim Morgan, Kenneth Adkins, Kristy Watts, Leslie Koepsel, Logan County Commission, Mike Cochrane, Nancy Cartmill, Pam White, Rosco 'Rocky' Adkins, Sheila A. Cochran, Silas Mullins Jr., W. Kent Carper | Bert Ketchum°, J.R. Rogers, Justin Marcum°, Lora Chafin°, Mike Woelfel°, Patty Peckham°, Paul Farrell° | Masters Pharmaceutical v. DEA | AC and AWP; Common Interest | Email and attachments between client and outside counsel regarding request for and/or provision of legal advice related to current litigation. | X |
| PRVCTRL0000252 | 5/15/2017 0:00 | Zerkle, Chuck | eml | Beth Thompson | Chuck Zerkle | | Fwd: 911 Investigation | AC and AWP | Email forwarding chain and attachments from outside counsel (Ancil Ramey) regarding request for and/or provision of legal advice, and mental impressions, related to potential litigation. | |
| PRVCTRL0000253 | 11/22/2013 0:00 | Network Data / Cabell County Commission Office | doc | Tonya Moore | Peggy Brown° | | Bureau for Children and Families Non-Emergency Petition | AC and AWP; Common Interest | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000254 | 8/5/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Roberts 7.16.14 Draft Hearing Notes | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000255 | 8/13/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Salmons Allegations | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000256 | 8/13/2014 0:00 | Network Data / Cabell County Commission Office | doc | Demetria Kosh | | | Cabell County Prosecuting Attorney's Office Information for Abuse and Neglect Petition | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000257 | 10/6/2014 0:00 | Network Data / Cabell County Commission Office | docx | Seana Harrison | | | Cabell County Prosecuting Attorney's Office Information for Abuse and Neglect Petition | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000258 | 10/6/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Schroder Allegations | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000259 | 11/3/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Spencer 10.20.14 Draft Hearing Notes | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000260 | 10/15/2014 0:00 | Network Data / Cabell County Commission Office | doc | Roger Justice | | | Cabell County Prosecuting Attorney's Office Information for Abuse and Neglect Petition | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000261 | 8/5/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Stamper 7.16.14 Draft Hearing Notes | Attorney Work Product | Draft pleading for review legal advice from counsel | |
| PRVCTRL0000262 | 9/19/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Rose Wilson 9.15.14 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000263 | 7/2/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Yarian, Ellena - Allegations (Peggy's Notes).docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000264 | 7/2/2014 0:00 | Network Data / Cabell County Commission Office | docx | Debbie Pigman | | | Yarian, Ellena - Info. for Petition.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000265 | 5/29/2014 0:00 | Network Data / Cabell County Commission Office | docx | Debbie Pigman | | | ballenger DHHR Petition.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000266 | 12/5/2014 0:00 | Network Data / Cabell County Commission Office | docx | Melia Adkins | | | Ballenger 11.12.14 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000267 | 10/7/2014 0:00 | Network Data / Cabell County Commission Office | docx | Melia Adkins | | | Boggs 9.24.14 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000268 | 8/13/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Burgess Sorrels Allegations | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000269 | 9/15/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Burgess Sorrells 9.10.14.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000270 | 8/13/2014 0:00 | Network Data / Cabell County Commission Office | docx | Roger Justice | | | Burgess, Jessica - Intake Info .docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000271 | 10/14/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Cole Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000272 | 9/22/2014 0:00 | Network Data / Cabell County Commission Office | docx | Seana Harrison | | | Cole Intake Form.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000273 | 10/7/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Coulter - Hearing Notes - 9.24.14.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000274 | 7/8/2014 0:00 | Network Data / Cabell County Commission Office | doc | Hope D. Walters | | | COULTER, Wanda - Intake Form From CPS.doc | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000275 | 7/9/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Cullum Allegations | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000276 | 7/8/2014 0:00 | Network Data / Cabell County Commission Office | docx | Thomas Horton | | | Cullum Info From CPS.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000277 | 9/26/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Gray, Alyssa - Hearing Notes - 9.24.14.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000278 | 5/20/2014 0:00 | Network Data / Cabell County Commission Office | docx | Sophie Voelkel | | | Gray Petition DHHR.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000279 | 9/12/2014 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Handley - Hearing Notes - 9.8.14.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000280 | 8/7/2014 0:00 | Network Data / Cabell County Commission Office | docx | Katherine Kiger | | | Handley - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000281 | 4/13/2015 0:00 | Network Data / Cabell County Commission Office | doc | Demetria Russell | | | Adkins, Amanda - Intake Info..doc | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000282 | 3/11/2015 0:00 | Network Data / Cabell County Commission Office | docx | Seana Harrison | | | Clark - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000283 | 9/28/2015 0:00 | Network Data / Cabell County Commission Office | docx | Toya D. Moore | | | Hanna, David - Intake Info .docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000284 | 9/28/2015 0:00 | Network Data / Cabell County Commission Office | docx | Toya D. Moore | | | Information for petition.docx | Attorney Client Communication; Attorney Work Product | Attachment to email between client and counsel seeking providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000285 | 5/13/2015 0:00 | Network Data / Cabell County Commission Office | doc | Brandon Williams | | | Johnson, Rebecca - Intake Info .doc | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000286 | 3/12/2015 0:00 | Network Data / Cabell County Commission Office | docx | Seana Harrison | | | Justice, Amber - Intake Info .docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000287 | 9/11/2015 0:00 | Network Data / Cabell County Commission Office | doc | Brandon Williams | | | Keffer, Amanda - Intake Info .doc | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000288 | 9/11/2015 0:00 | Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts^, Sarah Dixon^ | | Emailing - Family%20Functioning%20Assessment[1].pdf | Attorney Client Communication; Attorney Work Product | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft petition involving other (minor child) litigation. | |
| PRVCTRL0000289 | 6/12/2015 0:00 | Network Data / Cabell County Commission Office | doc | Brandon Williams | | | Kyle, Ashley - Intake Info .doc | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000290 | 8/3/2015 0:00 | Network Data / Cabell County Commission Office | docx | Toya D. Moore | | | Lawrence, Jacqueline - intake info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000291 | 5/23/2015 0:00 | Network Data / Cabell County Commission Office | docx | Lauren Schiefer | | | Lemkon - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000292 | 2/24/2015 0:00 | Network Data / Cabell County Commission Office | docx | Wendy Billups | | | Lovejoy - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000293 | 4/14/2015 0:00 | Network Data / Cabell County Commission Office | docx | Lauren Schiefer | | | Beach - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000294 | 3/11/2015 0:00 | Network Data / Cabell County Commission Office | docx | Toya D. Moore | | | Bird - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000295 | 3/11/2015 0:00 | Network Data / Cabell County Commission Office | docx | Margaret Phipps | | | Blohoer, Kayla - Hearing Ntoetes - 2.25.15.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000296 | 11/5/2015 0:00 | Network Data / Cabell County Commission Office | docx | Margaret Phipps | | | Bosserman, Frances - Hearing Notes - 11.4.15.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000297 | 10/21/2015 0:00 | Network Data / Cabell County Commission Office | msg | Toya D. Moore | Lindsay Caute^ | | Petition for Bosserman | AC and AWP | Email and attachments between client and counsel regarding review/legal advice of draft petition involving other (minor child) litigation. | |
| PRVCTRL0000298 | 7/27/2015 0:00 | Network Data / Cabell County Commission Office | docx | Emily Beach | | | Cassell-Allanen DHHR information.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000299 | 11/5/2015 0:00 | Network Data / Cabell County Commission Office | docx | Margaret Phipps | | | Griffin, Jennifer - Hearing Notes - 11.4.15.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000300 | 10/28/2015 0:00 | Network Data / Cabell County Commission Office | docx | Loren Apgar | | | Griffin, jennifer - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |

| Control # | Date | Location | Type | From | To | CC | Document | Privilege Type | Description | X |
|---|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000301 | 10/27/2015 0:00 | Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts°, Kent Bryson° | Lorren E. Apgar, Angela D. Seay, Roger D. Justice, Melanie L. Gue | Griffin Petition | Attorney Client Communication; Product; AC and AWP | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000302 | 5/4/2015 0:00 | Network Data / Cabell County Commission Office | docx | Jason Evans | | | Hammonds - Intake Info.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000303 | 2/24/2015 0:00 | Network Data / Cabell County Commission Office | docx | Katherine Kiger | | | Hardesty - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000304 | 3/12/2015 0:00 | Network Data / Cabell County Commission Office | docx | Seana Harrison | | | Henson & Holland - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000305 | 9/14/2015 0:00 | Network Data / Cabell County Commission Office | doc | Brandon Williams | | | Ward Petition.doc | AC and AWP | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000306 | 3/19/2015 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown° | | | Landis allegations 3.19.15.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000307 | 9/11/2015 0:00 | Network Data / Cabell County Commission Office | docx | Thomas Horton | | | Maynard, LaDawn - Intake Info..docx | Attorney Client Communication; Attorney Work Product | Draft pleading for review/legal advice from counsel | X |
| PRVCTRL0000308 | 8/12/2015 0:00 | Network Data / Cabell County Commission Office | docx | Kelli Hively-Jett | | | Napier, Gordon - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000309 | 5/26/2015 0:00 | Network Data / Cabell County Commission Office | docx | Crystal D. Brumfield | Lindsay Roberts°, Dede D. Ferguson, Hope Smith | | PETITION DOCUMENTS FOR RIFE | AC and AWP; Common Interest | Email and attachment/s between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | X |
| PRVCTRL0000310 | 7/24/2015 0:00 | Network Data / Cabell County Commission Office | docx | Roger Justice | | | DHHR Petition | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000311 | 1/30/2015 0:00 | Network Data / Cabell County Commission Office | docx | Katherine Kiger | | | Spears - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000312 | 3/11/2015 0:00 | Network Data / Cabell County Commission Office | docx | Margaret Phipps | | | Spears, Diantria - Hearing Notes - 2.6.15.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000313 | 11/25/2014 0:00 | Network Data / Cabell County Commission Office | docx | Maeghan Hunter | | | Swanigan - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000314 | 2/9/2015 0:00 | Network Data / Cabell County Commission Office | docx | Gretchen Robezgz | | | Turner, Tara - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000315 | 6/26/2015 0:00 | Network Data / Cabell County Commission Office | docx | Maeghan Hunter | | | Berry, Tonya - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000316 | 7/31/2015 0:00 | Network Data / Cabell County Commission Office | docx | Perrace Hughes | | | Bird petition Edited.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000317 | 3/27/2015 0:00 | Network Data / Cabell County Commission Office | docx | Katherine Kiger | | | Cromeans, Gary - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000318 | 1/23/2015 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown° | | | Davis - ALLEGATIONS.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000319 | 12/16/2014 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | Davis, Morgan - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000320 | 8/17/2015 0:00 | Network Data / Cabell County Commission Office | docx | Lorren Apgar | | | Deming, Lindsey - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000321 | 5/28/2015 0:00 | Network Data / Cabell County Commission Office | docx | Lauren Schiefer | | | Dorton - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000322 | 5/14/2015 0:00 | Network Data / Cabell County Commission Office | doc | Demitria Russell | | | Edwards, Mindy - Intake Info..doc | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000323 | 4/14/2015 0:00 | Network Data / Cabell County Commission Office | docx | Jillian Doull | | | Farris, Cassie - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000324 | 1/16/2015 0:00 | Network Data / Cabell County Commission Office | docx | Katherine Kiger | | | Garrett - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000325 | 8/31/2015 0:00 | Network Data / Cabell County Commission Office | docx | Lorren Apgar | | | Holland, Mary - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000326 | 8/28/2015 0:00 | Network Data / Cabell County Commission Office | msg | Julie E. Spence | Sarah Dixon° | Angela D. Seay, Lorren E. Apgar | Holland Petition | Attorney Client Communication; Attorney Work Product; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X |
| PRVCTRL0000327 | 8/28/2015 0:00 | Network Data / Cabell County Commission Office | docx | Lorren Apgar | | | Holland Petition.docx | AC and AWP; Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000328 | 5/11/2015 0:00 | Network Data / Cabell County Commission Office | docx | Roger Justice | | | Hughes, Natasha - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000329 | 1/9/2015 0:00 | Network Data / Cabell County Commission Office | docx | Toya D. Moore | | | Johnson, Sarah - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000330 | 2/19/2015 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | Parsons, Derek - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000331 | 3/30/2015 0:00 | Network Data / Cabell County Commission Office | docx | Toya D. Moore | | | Perkins - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000332 | 1/2/2015 0:00 | Network Data / Cabell County Commission Office | doc | Hope D. Walters | | | RUNYON, Dara - Intake Info..doc | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000333 | 5/28/2015 0:00 | Network Data / Cabell County Commission Office | docx | Thomas Horton | | | Stewart, Katie - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000334 | 7/1/2015 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | Thompson, Jessica - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000335 | 7/1/2015 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | Thompson, Jessica - Revised Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000336 | 8/26/2015 0:00 | Network Data / Cabell County Commission Office | docx | Thomas Horton | | | Thompson, Meagan - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000337 | 10/14/2015 0:00 | Network Data / Cabell County Commission Office | docx | Morgan Brumfield | | | Watson, Amanda - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000338 | 10/14/2015 0:00 | Network Data / Cabell County Commission Office | msg | Morgan Brumfield | Lindsay Roberts° | Natalie B. Murphy | Watson Petition | Attorney Client Communication; Attorney Work Product | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000339 | 10/14/2015 0:00 | Network Data / Cabell County Commission Office | docx | Morgan Brumfield | | | Watson, Amanda - Intake Info..docx | Attorney Client Communication; Attorney Work Product | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X |
| PRVCTRL0000340 | 3/10/2015 0:00 | Network Data / Cabell County Commission Office | docx | Matthew Clark | | | Birch - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000341 | 5/14/2015 0:00 | Network Data / Cabell County Commission Office | doc | Demitria Russell | | | Blake, April - Intake Info..doc | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | X |
| PRVCTRL0000342 | 4/14/2015 0:00 | Network Data / Cabell County Commission Office | docx | Roger Justice | | | Blake, Leigh Ann - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000343 | 8/20/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sophie Voelkel | | | Chinn, Darrim - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel | |
| PRVCTRL0000344 | 9/3/2015 0:00 | Network Data / Cabell County Commission Office | msg | Sophie Voelkel | Lindsay Casto° | | ER Petition for Review - Chinn | Attorney Client Communication; Attorney Work Product | Communication sent at the direction of counsel for preparation of filing. | |

| Control No. | Date | Source | Type | Author | To | CC | Additional | Subject / Filename | Privilege | Description | Withheld |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000345 | 1/29/2015 0:00 | Network Data / Cabell County Commission Office | docx | Toya D. Moore | | | | Dailey, Jason - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000346 | 7/6/2015 0:00 | Network Data / Cabell County Commission Office | docx | Toya D. Moore | | | | Davis - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000347 | 7/17/2015 0:00 | Network Data / Cabell County Commission Office | docx | Thomas Horton | | | | Davis, Jason - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000348 | 5/21/2015 0:00 | Network Data / Cabell County Commission Office | docx | Thomas Horton | | | | Davis, John - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000349 | 10/27/2015 0:00 | Network Data / Cabell County Commission Office | docx | Lindsay Caster^ | | | | Frye Allegations | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000350 | 3/26/2015 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | | Hackworth, Danielle - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000351 | 4/10/2015 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | | Harrington, Amanda - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000352 | 6/24/2015 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | | Hayes, Kristen - Intake Info. (Non ER).docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000353 | 1/22/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sophie Voelkel | | | | Holland - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000354 | 10/16/2015 0:00 | Network Data / Cabell County Commission Office | docx | Kevin Wilson | | | | Hoskinson, Tamara - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000355 | 8/5/2015 0:00 | Network Data / Cabell County Commission Office | msg | Harper A. Thacker | Lindsay Roberts^ | Kent Bryson^, Sarah Dixon^ | | ER Petition: Gary and Margaret Kennedy | Attorney Client Communication;Attorney Work Product;Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and email impressions regarding draft pleading | |
| PRVCTRL0000356 | 9/16/2015 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | | Morales, Eleazer - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000357 | 4/20/2015 0:00 | Network Data / Cabell County Commission Office | docx | Toya D. Moore | | | | Pennington, Melissa - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000358 | 12/3/2014 0:00 | Network Data / Cabell County Commission Office | docx | Lauren Schiefer | | | | Prince - Intake info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000359 | 1/8/2015 0:00 | Network Data / Cabell County Commission Office | docx | Katherine Kiger | | | | Prince, Sheena - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000360 | 7/17/2015 0:00 | Network Data / Cabell County Commission Office | docx | Lauren Schiefer | | | | Sipple, Brandi - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000361 | 8/5/2015 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | | Stark, Deborah - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000362 | 6/24/2015 0:00 | Network Data / Cabell County Commission Office | docx | Seana Harrison | | | | Steinmeyer, Tricia - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000363 | 1/9/2015 0:00 | Network Data / Cabell County Commission Office | doc | Demetria Russell | | | | Sylvester -Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000364 | 6/17/2015 0:00 | Network Data / Cabell County Commission Office | docx | Perrace Hughes | | | | Tanner, Khadijah - Intake Info..doc | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000365 | 5/11/2015 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | | Tomblin, Mary - Intake Info..docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000366 | 4/8/2016 0:00 | Network Data / Cabell County Commission Office | docx | Roger Justice | | | | Bailey, Amanda - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000367 | 4/8/2016 0:00 | Network Data / Cabell County Commission Office | msg | Justice, Roger D | Lindsay Caster^ | | | Bailey Petition | AC and AWP | Email and attachment(s) between client and counsel seeking/providing legal advice and email impressions regarding draft pleading | |
| PRVCTRL0000368 | 12/16/2016 0:00 | Network Data / Cabell County Commission Office | docx | Toya D. Moore | | | | Bewley, Susan - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000369 | 3/11/2016 0:00 | Network Data / Cabell County Commission Office | docx | Loren Apgar | | | | Brumfield, Angie - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. Minor family information and details | |
| PRVCTRL0000370 | 2/17/2016 0:00 | Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts^,Kent Bryson^ | Loren E. Apgar, Angela D. Seay | | Brumfield Non ER Petition | Attorney Client Communication; Attorney Work Product | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000371 | 9/27/2016 0:00 | Network Data / Cabell County Commission Office | docx | Loren E. Apgar | | | | Cain, Randy - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000372 | 9/27/2016 0:00 | Network Data / Cabell County Commission Office | msg | Loren E. Apgar | Lindsay Roberts^, Kent Bryson^, Peggy Brown^ | Julie E. Spence | | Cain Petition | AC and AWP; Common Interest | Email and attachments between client and counsel seeking/providing legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000373 | 2/17/2016 0:00 | Network Data / Cabell County Commission Office | doc | Demetria Russell | | | | Childers, Amy - CPS Allegations.doc | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000374 | 2/17/2016 0:00 | Network Data / Cabell County Commission Office | msg | Russell, Demetria M | Lindsay Caster^ | Harper A. Thacker | | Childers Petition 16-JA-41-42 | AC and AWP | Email and attachments between client and counsel involving other (minor child) litigation. | |
| PRVCTRL0000375 | 9/23/2016 0:00 | Network Data / Cabell County Commission Office | docx | Kelli Hively | | | | Chukwuemeka, Krystal - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000376 | 4/25/2016 0:00 | Network Data / Cabell County Commission Office | docx | Emily Beach | | | | Elder, Kimberly - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000377 | 4/27/2016 0:00 | Network Data / Cabell County Commission Office | msg | Kent Bryson^ | Lindsay Roberts^ | | | Kim Elder Non-ER Petition | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and email impressions regarding draft pleading | |
| PRVCTRL0000378 | 4/19/2016 0:00 | Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts^, Kent Bryson^ | Emily R. Beach, Angela D. Seay | | Kim Elder Non-ER Petition | AC and AWP | Email and attachment(s) between client and counsel seeking/providing legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000379 | 10/5/2016 0:00 | Network Data / Cabell County Commission Office | msg | Harper A. Thacker | Lindsay Roberts^ | Kent Bryson^, Peggy Brown^, Jason A. Evans | | ER PETITION: James Felcan | AC and AWP; Common Interest | Email and attachments between client and counsel seeking/providing legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000380 | 8/29/2016 0:00 | Network Data / Cabell County Commission Office | docx | Meaghan Hunter | | | | Gray, Jessica - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000381 | 9/8/2016 0:00 | Network Data / Cabell County Commission Office | docx | Lauren Schiefer | | | | Lawhon, Joshua - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000382 | 9/8/2016 0:00 | Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts^, Kent Bryson^, Peggy Brown^ | Loren E. Apgar | | Petition Lawhon | AC and AWP; Common Interest | Email and attachments between client and counsel seeking/providing legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000383 | 6/9/2016 0:00 | Network Data / Cabell County Commission Office | msg | Harper A. Thacker | Lindsay Roberts^ | Peggy Brown^, Kent Bryson^, Kelli L. Hively Jett | | ER Petition: Hillary Hodges | AC and AWP; Common Interest | Email and attachments between client and counsel seeking/providing legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000384 | 2/12/2016 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | | Hunt, Whitney - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000385 | 1/27/2016 0:00 | Network Data / Cabell County Commission Office | docx | Kelli Hively | | | | Hughes, Nicole - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000386 | 1/27/2016 0:00 | Network Data / Cabell County Commission Office | msg | Harper A. Thacker | Lindsay Roberts^ | Peggy Brown^, Kent Bryson^ | | Petition: Non ER Hunt | Attorney Client Communication; Attorney Work Product; AC and AWP | Email and attachments between client and counsel regarding review/legal advice involving other (minor child) litigation. | |
| PRVCTRL0000387 | 8/19/2016 0:00 | Network Data / Cabell County Commission Office | docx | Tasha Willis | | | | Hutchinson, Chasity - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000388 | 8/19/2016 0:00 | Network Data / Cabell County Commission Office | msg | Harper A. Thacker | Lindsay Roberts^ | Kent Bryson^, Peggy Brown^, Tasha R. Willis, Angela D. Seay | | ER PETITION: Hutchinson, Chasity | AC and AWP; Common Interest | Email and attachment(s) seeking/providing legal advice regarding draft petition for other (minor child) litigation. | |
| PRVCTRL0000389 | 4/12/2016 0:00 | Network Data / Cabell County Commission Office | docx | Jason Evans | | | | Kidd, Briana - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000390 | 4/12/2016 0:00 | Network Data / Cabell County Commission Office | msg | Harper A. Thacker | Lindsay Roberts^ | Kent Bryson^, Peggy Brown^, Jason A. Evans, Cara C. Harvey, Natalie B. Murphy | | NON ER PETITION | AC and AWP | Email chain and attachment(s) between client and counsel seeking/providing legal advice on draft pleading in other (minor child) litigation. | |

| Bates | Bates2 | Date / Source | Type | From | To | CC | Other | File Name | Privilege | Description | X |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000391 | | 5/12/2016 0:00 Network Data / Cabell County Commission Office | docx | Loren E. Apgar | | | | Melton, Jessica - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000392 | | 5/11/2016 0:00 Network Data / Cabell County Commission Office | msg | Loren E. Apgar | Lindsay Roberts^ | | | Melton Petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000393 | | 2/25/2016 0:00 Network Data / Cabell County Commission Office | docx | Natalie Murphy | | | | Pennington, Eldonna - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000394 | | 6/28/2016 0:00 Network Data / Cabell County Commission Office | docx | Kelli Hively-Jett | | | | Rife, Kathryn - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000395 | | 6/27/2016 0:00 Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts^, Kent Bryson^, Peggy Brown^ | Kelli L. Hively Jett, Harper A. Thacker | | Rife petition | AC and AWP; Common Interest | Email and attachments between client and counsel seeking/providing legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000396 | | 10/14/2016 0:00 Network Data / Cabell County Commission Office | docx | Lindsay Casto^ | | Kiara L. Hively Jett, Harper A. Thacker | | Kiara Robinson Petition Base.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000397 | | 10/20/2016 0:00 Network Data / Cabell County Commission Office | docx | Olivia C. McCormack | | | | Robinson, Kiara - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000398 | | 9/8/2016 0:00 Network Data / Cabell County Commission Office | docx | Loren Apgar | | | | Rucker, Crystal - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000399 | | 8/15/2016 0:00 Network Data / Cabell County Commission Office | docx | Mikhaela Young | | | | Slayton, Bethany - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000400 | | 8/15/2016 0:00 Network Data / Cabell County Commission Office | docx | Mikhaela Young | | | | slaytonpetition.docx | AC and AWP | Email and attachment(s) seeking/providing legal advice regarding draft petition for other (minor child) litigation. | X |
| PRVCTRL0000401 | | 9/28/2016 0:00 Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts^ | Loren E. Apgar, Kelli L. Hively, Harper A. Thacker, Angela D. Scay | | Smith ER petition | Attorney Client Communication;Attorney Work Product;Common Interest | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000402 | | 8/3/2016 0:00 Network Data / Cabell County Commission Office | msg | Katherine G. Kiger | Peggy Brown^, Kent Bryson^, Lindsay Casto^ | | | Smith-Dupuis 16-JA-223-224 | AC and AWP; Common Interest | Email and attachments between client and counsel seeking/providing legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000403 | | 7/12/2016 0:00 Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts^, Kent Bryson^, Peggy Brown^ | Lauren R. Shiefer | | Jones ER Petition | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000404 | | 3/30/2016 0:00 Network Data / Cabell County Commission Office | docx | Seana Harrison | | | | Wilson, Jennifer - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000405 | | 3/30/2016 0:00 Network Data / Cabell County Commission Office | docx | Melanie L. Gue | Lindsay Casto^ | Kent Bryson^ | | FW: Wilson Wolfe 2016 | Attorney Client Communication;Attorney Work Product | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000406 | | 8/24/2016 0:00 Network Data / Cabell County Commission Office | docx | Loren E. Apgar | | | | Carpenter, Terri - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000407 | | 5/13/2016 0:00 Network Data / Cabell County Commission Office | docx | Seana Harrison | | | | Wilson Wolfe 2016.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000408 | | 5/12/2016 0:00 Network Data / Cabell County Commission Office | msg | Loren E. Apgar | Lindsay Roberts^ | | | Carpenter Petition | AC and AWP | Email chain and attachments between client and counsel sending draft documents at request of counsel for review/legal advice. | |
| PRVCTRL0000409 | CCCOMM_0069735 - CCCOMM_0069741 | 4/25/2016 0:00 Network Data / Cabell County Commission Office | pdf | | | | | Bureau for Children and Families Client Contact Report | Attorney Client Communication | Report containing legal advice regarding child custody case | |
| PRVCTRL0000410 | | 2/17/2016 0:00 Network Data / Cabell County Commission Office | msg | Harper A. Thacker | Lindsay Roberts^ | Kent Bryson^, Peggy Brown^, Seana M. Harrison | | ER PETITION: Misty and Jeremy Friend | Attorney Client Communication;Attorney Work Product; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X |
| PRVCTRL0000411 | | 2/17/2016 0:00 Network Data / Cabell County Commission Office | docx | Harper A. Thacker | | | | Friend Petition.docx | Attorney Client Communication;Attorney Work Product;Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X |
| PRVCTRL0000412 | | 2/12/2016 0:00 Network Data / Cabell County Commission Office | docx | Roger Justice | | | | Mason, Amy - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000413 | | 4/1/2016 0:00 Network Data / Cabell County Commission Office | docx | Kelli Hively-Jett | | | | Nelson, Jennifer - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000414 | | 4/1/2016 0:00 Network Data / Cabell County Commission Office | msg | Kelli L. Hively Jett | Lindsay Casto^ | | | FW: Nelson ER petition | Attorney Client Communication; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000415 | | 2/26/2016 0:00 Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts^, Kent Bryson^ | Loren E. Apgar | | Sims Parsons ER petition | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000416 | | 3/1/2016 0:00 Network Data / Cabell County Commission Office | docx | Natalie Murphy | | | | Pennington, Iola - CPS Violations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000417 | | 2/25/2016 0:00 Network Data / Cabell County Commission Office | msg | Toya D. Moore | Lindsay Casto^, Kent Bryson^, Brown, Peggy^ | Harper A. Thacker | | Viola Pennington 16-JA-52 | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | |
| PRVCTRL0000418 | | 4/25/2016 0:00 Network Data / Cabell County Commission Office | docx | Harper A. Thacker | | | | Starr-Bailey Petition.docx | AC and AWP; Common Interest | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | X |
| PRVCTRL0000419 | | 4/25/2016 0:00 Network Data / Cabell County Commission Office | pdf | Cabell County CPS | | | | Starr-Bailey FFA.pdf | Attorney Client Communication;Attorney Work Product; Common Interest | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | X |
| PRVCTRL0000420 | | 4/25/2016 0:00 Network Data / Cabell County Commission Office | pdf | Cabell County CPS | | | | Starr-Bailey contacts.pdf | AC and AWP; Common Interest | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | |
| PRVCTRL0000421 | | 11/17/2015 0:00 Network Data / Cabell County Commission Office | docx | Lauren Schiefer | | | | Walker, Carrie - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000422 | | 4/28/2016 0:00 Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts^, Kent Bryson^ | Emily R. Beach | | ER Petition | AC and AWP;Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | |
| PRVCTRL0000423 | | 4/12/2016 0:00 Network Data / Cabell County Commission Office | docx | Loren Apgar | | | | Counts Petition.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000424 | | 3/15/2016 0:00 Network Data / Cabell County Commission Office | docx | Lauren Schiefer | | | | Hamrick, Kasey - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000425 | | 3/15/2016 0:00 Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts^, Kent Bryson^ | Lauren R. Schiefer | | Hamrick petition | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000426 | | 3/15/2016 0:00 Network Data / Cabell County Commission Office | docx | WVOT | | | | Hamrick petition.docx | AC and AWP;Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000427 | | 3/30/2016 0:00 Network Data / Cabell County Commission Office | docx | Kevin Wilson | | | | Harper, Shayanna - Allegations by Kent.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000428 | | 3/30/2016 0:00 Network Data / Cabell County Commission Office | docx | Kevin Wilson | | | | Harper, Shayanna - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000429 | | 3/29/2016 0:00 Network Data / Cabell County Commission Office | docx | Kevin Wilson | | | | Shayanna Harper Petition Draft.docx | Attorney Work Product | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000430 | | 2/11/2016 0:00 Network Data / Cabell County Commission Office | docx | Seana Harrison | | | | Henderson, Mitchell - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000431 | | 2/10/2016 0:00 Network Data / Cabell County Commission Office | msg | Harper A. Thacker | Lindsay Roberts^, Kent Bryson^, Peggy Brown^, Angela Godby | Toya D. Moore, Seana M. Harrison | | Non ER Petition: Jennifer Savage; Mitchell Henderson | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |

| Control ID | Control ID 2 | Date | Source | Type | From | To | CC | Filename | Privilege | Description | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000432 | | 4/8/2016 0:00 | Network Data / Cabell County Commission Office | docx | Harper A. Thacker | | | hendersonpetition.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000433 | | 2/24/2016 0:00 | Network Data / Cabell County Commission Office | docx | Ashley Hensley | | | Hensley, Ashley - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000434 | | 2/25/2016 0:00 | Network Data / Cabell County Commission Office | msg | Olivia C. McCormack | Lindsay Roberts^ | Natalie B. Murphy, Lorren E. Apgar, Julie E. Spence | Hicks Petition Draft | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000435 | | 5/9/2016 0:00 | Network Data / Cabell County Commission Office | doc | Demetria Russell | | | Judd, Chrystina - CPS Allegations.doc | Attorney Client Communication;Attorney Work Product;Common Interest | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000436 | | 2/29/2016 0:00 | Network Data / Cabell County Commission Office | pdf | Lorren Apgar | | | McQuaid, Lori - CPS Allegations.pdf | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000437 | | 1/29/2016 0:00 | Network Data / Cabell County Commission Office | msg | Julie E. Spence | Kent Bryson^, Lindsay Roberts^ | | Emailing: McQuaid Petition | Attorney Client Communication; Attorney Work Product | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000438 | | 2/29/2016 0:00 | Network Data / Cabell County Commission Office | pdf | Lorren Apgar | | | Miller, Erica - CPS Allegations.pdf | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000439 | | 2/11/2016 0:00 | Network Data / Cabell County Commission Office | docx | Lorren Apgar | | | Miller Petition.docx | AC and AWP | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000440 | | 3/22/2016 0:00 | Network Data / Cabell County Commission Office | docx | Roger Justice | | | Monk, Shelby - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000441 | | 3/22/2016 0:00 | Network Data / Cabell County Commission Office | msg | Roger D. Justice | Lindsay Casto^ | | Monk/Holley Petition | AC and AWP | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000442 | | 2/8/2016 0:00 | Network Data / Cabell County Commission Office | docx | Roger D. Justice | | | Pendleton Petition.docx | Attorney Client Communication; Attorney Work Product | Draft pleading regarding other (minor child) litigation. | |
| PRVCTRL0000443 | | 2/29/2016 0:00 | Network Data / Cabell County Commission Office | pdf | Kelli Hively-Jett | | | Vaught, Luthena - CPS Allegations.pdf | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000444 | | 2/8/2016 0:00 | Network Data / Cabell County Commission Office | docx | Kelli Hively-Jett | | | Vaught petition.docx | AC and AWP; Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000445 | | 4/7/2016 0:00 | Network Data / Cabell County Commission Office | docx | Katherine Kiger | | | Tiffany Black Non ER Petition.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000446 | | 5/24/2016 0:00 | Network Data / Cabell County Commission Office | msg | Teya D. Moore | Lindsay Roberts^, Kent Bryson^, Peggy Brown^ | Harper A. Thacker | Coffee Petition | AC and AWP; Common Interest | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | |
| PRVCTRL0000447 | | 2/8/2016 0:00 | Network Data / Cabell County Commission Office | docx | Perrace Hughes | | | Davis-Leaman Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000448 | | 2/8/2016 0:00 | Network Data / Cabell County Commission Office | msg | Perrace M. Hughes | Kent Bryson^, Lindsay Roberts^ | Melanie L. Gue, Natalie B. Murphy | Davis-Leaman petition | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X |
| PRVCTRL0000449 | | 3/30/2016 0:00 | Network Data / Cabell County Commission Office | docx | Emily Beach | | | Falvo - Allegations by Kent.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000450 | | 3/28/2016 0:00 | Network Data / Cabell County Commission Office | docx | Emily Beach | | | Olivia Falvo ER Petition Allegation (kent).docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000451 | | 5/23/2016 0:00 | Network Data / Cabell County Commission Office | msg | Maeghan N. Hunter | Lindsay Roberts^ | Kent Bryson^ | McCaffrey Nature element continued | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000452 | | 5/23/2016 0:00 | Network Data / Cabell County Commission Office | docx | WVOT | | | Collateral Contact Report | AC and AWP; Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | |
| PRVCTRL0000453 | | 5/20/2016 0:00 | Network Data / Cabell County Commission Office | msg | Maeghan N. Hunter | Lindsay Roberts^, Kent Bryson^ | Julie E. Spence | McCaffrey petition | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000454 | | 2/24/2016 0:00 | Network Data / Cabell County Commission Office | msg | Olivia C. McCormack | Kent Bryson^, Lindsay Roberts^ | Natalie B. Murphy, Theresa R. Blevins | Petition Draft for Prince Ratification Done on 2-23-16 | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | |
| PRVCTRL0000455 | | 4/19/2016 0:00 | Network Data / Cabell County Commission Office | msg | Seana M. Harrison | Lindsay Casto^, Melanie L. Gue, Angela D. Seay | Kent Bryson^ | ER Petition for Ross | AC and AWP | Email chain and attachment(s) between counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | |
| PRVCTRL0000456 | | 4/7/2016 0:00 | Network Data / Cabell County Commission Office | msg | Demetria M. Russell | Harper A. Thacker, Lindsay Casto^, Julie E. Spence, Theresa R. Blevins, Natalie B. Murphy, Melanie L. Gue | Kent Bryson^, Peggy Brown^ | ER Petition 16-JA-110 | AC and AWP; Common Interest | Email and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | X |
| PRVCTRL0000457 | | 4/7/2016 0:00 | Network Data / Cabell County Commission Office | doc | Demetria Kosh | | | WattsPetition.doc | AC and AWP; Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X |
| PRVCTRL0000458 | | 4/25/2016 0:00 | Network Data / Cabell County Commission Office | msg | Jason Evans | | | carter petition.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000459 | CCCOMM_0075180-CCCOMM_0075188 | 4/10/2017 0:00 | Network Data / Cabell County Commission Office | pdf | | | | Client Contact Report | Attorney Client Communication | Report containing legal advice regarding child custody case | |
| PRVCTRL0000460 | CCCOMM_0080446-CCCOMM_0080453 | 2/24/2015 0:00 | Network Data / Cabell County Commission Office | pdf | | | | Client Contact Report | Attorney Client Communication | Report containing legal advice regarding child custody case | |
| PRVCTRL0000461 | | 3/8/2017 0:00 | Network Data / Cabell County Commission Office | docx | Maeghan Hunter | | | Yapp, Bobbie - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000462 | | 3/7/2017 0:00 | Network Data / Cabell County Commission Office | msg | Julie E. Spence | Lindsay Roberts^, Blair Gardner^, Kent Bryson^, Peggy Brown^ | Maeghan N. Hunter | Yapp ER Petition | AC and AWP;Common Interest | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | |
| PRVCTRL0000463 | | 3/7/2017 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Yapp ER petition.docx | AC and AWP;Common Interest | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | |
| PRVCTRL0000464 | | 5/18/2017 0:00 | Network Data / Cabell County Commission Office | docx | Cara Roach | | | Bays, Kristy - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000465 | | 6/12/2017 0:00 | Network Data / Cabell County Commission Office | docx | Cara Roach | | | Moore, Tracey - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000466 | | 6/6/2017 0:00 | Network Data / Cabell County Commission Office | docx | Cara Roach | | | Watkins, Alicia - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000467 | | 6/29/2017 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Fudge Akers 6.29.2017 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000468 | | 6/29/2017 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Bostrom Davidson 6.29.2017 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000469 | | 5/9/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Justice Easterling 3.7.16 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000470 | | 5/9/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Justice Easterling 3.7.16 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000471 | | 5/10/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Pennington Wells 3.7.16 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000472 | | 5/10/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Childers Truitt Sexton 3.7.15 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000473 | | 5/10/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Swann Laino 3.7.16 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000474 | | 5/17/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Dement Spitler 3.21.16 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000475 | | 3/14/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | | Adkins 2.1.16 | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |

| Bates | Date | Source | Type | Author | | Title | Privilege | Description | X |
|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000476 | 3/14/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | Shull Parsons 2.1.16.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000477 | 5/17/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | Spitler Case Notes | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000478 | 6/23/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sara Dixon^ | | Farrell - 6-23-15.docx | Attorney Work Product;AC and AWP;Common Interest | Notes regarding status, strategy, and/or mental impressions regarding other (minor child related) litigation | X |
| PRVCTRL0000479 | 6/24/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sara Dixon^ | | Farrell - 6-24-15.docx | Attorney Client Communication;Attorney Work Product;Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | X |
| PRVCTRL0000480 | 6/29/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sara Dixon^ | | Farrell - 6-29-15.docx | Attorney Client Communication;Attorney Work Product;Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | X |
| PRVCTRL0000481 | 7/1/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sara Dixon^ | | Farrell - 7-1-15.docx | Attorney Client Communication;Attorney Work Product;Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | |
| PRVCTRL0000482 | 7/27/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sara Dixon^ | | Farrell - 7-27-15.docx | Attorney Client Communication;Attorney Work Product;Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | |
| PRVCTRL0000483 | 7/29/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sara Dixon^ | | Farrell - 7-29-15.docx | Attorney Client Communication;Attorney Work Product;Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | X |
| PRVCTRL0000484 | 7/8/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sara Dixon^ | | Farrell - 7-8-15.docx | Attorney Client Communication;Attorney Work Product;Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | X |
| PRVCTRL0000485 | 8/19/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sara Dixon^ | | Farrell - 8-19-15.docx | Attorney Client Communication;Attorney Work Product;Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | X |
| PRVCTRL0000486 | 11/2/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sara Dixon^ | | Prosecutor's Status Notes for filing petitions for child removal | Attorney Client Communication;Attorney Work Product;Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | X |
| PRVCTRL0000487 | 9/23/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sara Dixon^ | | Prosecutor's Status Notes on Recommendation to Dismiss | Attorney Client Communication;Attorney Work Product;Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | |
| PRVCTRL0000488 | 10/8/2015 0:00 | Network Data / Cabell County Commission Office | docx | Sara Dixon^ | | Prosecutor Status Notes Concerning Termination of Parental Rights | Attorney Client Communication;Attorney Work Product;Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | X |
| PRVCTRL0000489 | 5/20/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | Brumfield 3.28.16.Draft Hearing Notes | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000490 | 9/16/2016 0:00 | Network Data / Cabell County Commission Office | docx | Loren Apgar | | attorney notes | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000491 | 12/18/2015 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | Back Williams 12.18.15.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000492 | 11/9/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | McComas Order 9.28.16.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000493 | 7/14/2017 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | petition allegations - Stiltner Moore Meacham.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000494 | 3/14/2016 0:00 | Network Data / Cabell County Commission Office | docx | Cara Casto | | Shull Parsons 2.1.16.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000495 | 4/4/2016 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | Swann Laino 3.7.16.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000496 | 3/8/2017 0:00 | Network Data / Cabell County Commission Office | docx | Roger Justice | | McFeeley, Melissa - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | |
| PRVCTRL0000497 | 5/9/2017 0:00 | Network Data / Cabell County Commission Office | docx | Peggy Brown^ | | Loadman McArthur 1.25.2017.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000498 | 8/16/2017 0:00 | Network Data / Cabell County Commission Office | docx | Tonya Moore | | Turner Susan - CPS Allegations.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000499 | 8/15/2019 0:00 | Network Data / Cabell County Commission Office | docx | Cabell County CPS | | Examples.docx | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X |
| PRVCTRL0000500 | 5/28/2019 0:00 | Network Data / Cabell County Commission Office | docx | Lakisha Adkins^ | | flynn petition.docx | AC and AWP; Common Interest | Notes regarding status, strategy, and/or mental impressions regarding other (minor child related) litigation | |
| PRVCTRL0000501 | 7/3/2019 0:00 | Network Data / Cabell County Commission Office | docx | Cabell County CPS | | Denver Toppings Toppings Petition 1.docx | AC and AWP; Common Interest | Notes regarding status, strategy, and/or mental impressions regarding other (minor child related) litigation | X |

| Full Name | Company/ Employer |
|---|---|
| Adrienne Lusher^ | Cabell County Prosecuting Attorney's Office |
| Alicia Bolyard | West Virginia Judiciary |
| Alyssa H. Inboden | Cabell County CPS |
| Amanda Fain | Cabell County CPS |
| Ancil Ramey^ | STEPTOE & JOHNSON PLLC |
| Andrew Gunnoe | Kanawha County Commission |
| Angela D. Seay | Cabell County CPS |
| Angela Godby | Cabell County Prosecuting Attorney's Office |
| April Tooley | Cabell County Commission |
| Ashley Hensley | Cabell County CPS |
| Bart Copley | Barboursville Police Department |
| Ben Salango | Kanawha County Commission |
| Bert Ketchum^ | GREENE KETCHUM FARRELL BAILEY & TWEEL LL |
| Beth Thompson | Cabell County Commission |
| Blair Gardner^ | Cabell County Prosecuting Attorney's Office |
| Bob Bailey | Cabell County Commission |
| Bob Hansen | Marshall University |
| Bob Pasley | Wayne County Commission |
| Brandi K. Alexander | Marshall University |
| Brandon Williams | Cabell County CPS |
| Brecht Peoples | Cabell County Prosecuting Attorney's Office |
| Brenda Webb | Cabell County EMS |
| Brian A. Gallagher | Marshall University |
| Brittany Smith | Cabell County CASA |
| Cabell County CPS | Cabell County CPS |
| Cara C. Harvey | Cabell County CPS |
| Cara Casto | Cabell County CPS |
| Cara J. Roach | Cabell County CPS |
| ccawv-listserv@ccawv.org | County Commissioner's Association of West Virginia |
| Chad Nelson | Cabell County Commission |
| Charlotte H. Norris^ | JENKINS FENSTERMAKER, PLLC |
| Chris Chiles | Cabell County Sixth Circuit Court Judge, Cabell County Prosecuting Attorney's Office |
| Chuck Zerkle | Cabell County Sherriff's Department |
| Cindy Whetsell | Lewis County Administrator |
| Connie Priddy | Cabell County EMS |
| Cora Pyles | Marshall University |
| Courtney Cremeans^ | Cabell County Prosecuting Attorney's Office |
| Crystal D. Brumfield | Wayne County DHHR Child Protective Services |
| Dan Marcum | Cabell County 911 |
| Dave Pennington | Wayne County Commission |
| Dawn Drown | Cabell County Prosecuting Attorney's Office |
| Debbie Pigman | Cabell County CPS |
| Deborah A. Berry | Fayette County Commission |
| Dede D. Ferguson | Wayne County DHHR |
| Demetria Kosh | Cabell County CPS |

| | |
|---|---|
| Demetria M. Russell | Cabell County CPS |
| Denise Scalph | Fayette County Commission |
| Emily R. Beach | Cabell County CPS |
| Eric W. Davis | Cabell County CPS |
| Gordon Merry | Cabell County EMS |
| Greg Shoemaker | Cabell County Commission |
| Gretchen Roberge | Cabell County CPS |
| Harper A. Thacker | Cabell County CPS |
| Helen Ivy^ | POWELL & MAJESTRO, PLLC |
| Henry Shores | Kanawha County Commission |
| Hilary Dunsford^ | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, PA |
| Hope D. Walters | Cabell County CPS |
| Hope Smith | West Virginia Department of Health and Human Resources |
| J.R. Rogers | Law Offices of J. Robert Rogers |
| James Boggs | Wayne County Commission |
| James S. Nelson^ | POWELL & MAJESTRO, PLLC |
| Jamie Falls | Cabell-Huntington Hospital |
| Jara Howard | Cabell County Sixth Family Court Circuit, Cabell County Prosecuting Attorney's Office |
| Jason A. Evans | Cabell County CPS |
| Jason Mullins | Wyoming County Commission |
| Jason Spears | Cabell County Prosecuting Attorney's Office |
| Jeff Gaddy^ | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, PA |
| Jeff Leaberry | St. Mary's Medical Center |
| Jeffrey Sansom | Cabell County Sherriff's Department |
| Jennifer Elkins | Kanawha County Commission |
| Jennifer Herrad | Kanawha County Commission |
| Jennifer Herrald | Kanawha County Commission |
| Jeremy Bailey^ | Cabell County Prosecuting Attorney's Office |
| Jerome Gilbert | Marshall University |
| Jerry Gilbert | Marshall University |
| Jessica Turley | West Virginia Judiciary |
| Jill Callihan | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, PA |
| Jillian Doull | Cabell County CPS |
| Jim Morgan | Cabell County Commission |
| Jimmy Boggs | Wayne County Commission |
| Joe Fincham^ | Cabell County Prosecuting Attorney's Office |
| Joe Shapiro | Marshall University |
| Joe Werthammer | Marshall University |
| John G. Brenemen | Fayette County Commission |
| Jonda L. Whaley^ | JENKINS FENSTERMAKER, PLLC |
| Joseph I. Shapiro | Marshall University |
| Joseph W. Werthammer | Marshall University |
| Julie E. Spence | Cabell County CPS |

| | |
|---|---|
| Justin J. Marcum^ | Marcum Law Office, PLLC |
| Katherine G. Kiger | Cabell County CPS |
| Katie Mayo^ | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, PA |
| Kelli L. Hively | Cabell County CPS |
| Kelli L. Hively-Jett | Cabell County CPS |
| Kelli Sobonya | Cabell County Commission |
| Kellie Neal^ | Cabell County Prosecuting Attorney's Office |
| Kenneth R. Adkins | Wayne County Commission |
| Kent Bryson^ | Cabell County Prosecuting Attorney's Office |
| Kent Carper | Kanawha County Commission |
| Kevin Fowler | Cabell-Huntington Hospital |
| Kevin W. Yingling | Marshall University |
| Kevin Wilson | Cabell County CPS |
| Kim Bailey | City of Huntington |
| Kim Vincent | Cabell County Prosecuting Attorney's Office |
| Kristy Watts | Wayne County Commission |
| Lakisha Adkins^ | Cabell County Prosecuting Attorney's Office |
| Laura Dunning^ | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, PA |
| Lauren Plymale^ | Cabell County Prosecuting Attorney's Office |
| Lauren R. Shiefer | Cabell County CPS |
| Leslie Koepsel | Kanawha County Commission |
| Lindsay Casto^ | Cabell County Prosecuting Attorney's Office |
| Lindsay Roberts^ | Cabell County Prosecuting Attorney's Office |
| Logan County Commission | Logan County Commission |
| Lora Chafin^ | GREENE KETCHUM FARRELL BAILEY & TWEEL LL |
| Lorren E. Apgar | Cabell County CPS |
| Madeline Pearson^ | Cabell County Prosecuting Attorney's Office |
| Maeghan N. Hunter | Cabell County CPS |
| Margaret Phipps | Cabell County Prosecuting Attorney's Office |
| Margy Blankenship | Cabell County EMS |
| MaryBeth Steele | Cabell County EMS |
| Matthew D. Wender | Fayette County Commission |
| Matthew J. Woelfel^ | Woelfel & Woelfel |
| Matthew T. Clark | Cabell County CPS |
| Melanie L. Gue | Cabell County CPS |
| Melia Adkins | Cabell County Prosecuting Attorney's Office |
| Michael Kilkenny | Cabell County Health Department |
| Mike Cochrane | Wyoming County Prosecuting Attorney's Office |
| Mike Davis | Cabell County 911 |
| Mike Tatum | Cabell County 911 |
| Mike Woelfel^ | Woelfel & Woelfel |
| Mikhaela Young | Cabell County CPS |
| Miranda L. Cobb | Cabell County CPS |
| Morgan Brumfield | Cabell County CPS |
| Morgan K. Thoman | Cabell County CPS |

| | |
|---|---|
| Nancy Cartmill | Cabell County Commission |
| Natalie B. Murphy | Cabell County CPS |
| Nathan R. Deshaies | Department of Justice Drug Enforcement Agency |
| Olivia C. McCormack | Cabell County CPS |
| opioidlitigation@levinlaw.com^ | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, PA |
| Page Poerschke^ | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, PA |
| Pam White | Boone County Commission |
| Patty Peckham^ | GREENE KETCHUM FARRELL BAILEY & TWEEL LL |
| Paul Farrell^ | GREENE KETCHUM FARRELL BAILEY & TWEEL LL |
| Peggy Brown^ | Cabell County Prosecuting Attorney's Office |
| Perrace M. Hughes | Cabell County CPS |
| Peter Mougey^ | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, PA |
| Randolph McGraw | Warren McGraw Law Firm |
| Robert H. Hansen | Marshall University |
| Roger D. Justice | Cabell County CPS |
| Rosco \Rocky\ Adkins | Logan County Commission |
| Rose Ross | Cabell County EMS |
| Roy Cliff Massey | Fayette County Health Department |
| Sarah Dixon^ | Cabell County Prosecuting Attorney's Office |
| Sean K Hammers^ | Cabell County Prosecuting Attorney's Office |
| Seana M. Harrison | Cabell County CPS |
| Selena Johe | Marshall University |
| Sharon Frazier^ | Cabell County Prosecuting Attorney's Office |
| Sheila A. Cochran | Logan County Commission |
| Silas Mullins Jr. | Wyoming County Commission |
| Sophie Voelkel | Cabell County CPS |
| Stephanie Ojeda | Hendrickson & Long, PLLC |
| Steve Kern | Cabell County Prosecuting Attorney's Office |
| Steve Murray | Cabell County EMS |
| Steve Wellman^ | JENKINS FENSTERMAKER, PLLC |
| Steven L. Snyder^ | JENKINS FENSTERMAKER, PLLC |
| Susan Black | GREENE KETCHUM FARRELL BAILEY & TWEEL LL |
| Tammy Fletcher | Marshall University |
| Tasha R. Willis | Cabell County CPS |
| Theresa R. Blevins | Cabell County CPS |
| Thomas Horton | Cabell County CPS |
| Tim D. Hazelett | Cabell County Health Department |
| Tim Murphy | Cabell County Commission |
| Todd Houck | Wyoming County Prosecuting Attorney's Office |
| Anthony Majestro^ | POWELL & MAJESTRO, PLLC |
| Toya D. Moore | Cabell County CPS |
| W. Kent Carper | Kanawha County Commission |
| Wendy Billups | Cabell County CPS |
| Wendy E. Greve^ | PULLIN FOWLER FLANAGAN, BROWN & POE, PLLC |

| William T. Watson^ | WILLIAM T. WATSON, ESQ. |
| WVOT | West Virginia Office of Technology |