## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                     **Civil Action No. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et. al,**

    **Defendants.**

**AND**

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                     **Civil Action No. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et. al,**

    **Defendants.**

## [PROPOSED] ORDER

ON A PREVIOUS DAY CAME Non-Party West Virginia Department of Health & Human Resources, Bureau for Behavioral Health ("BBH") and submitted *Non-Party West Virginia Department of Health & Human Resources, Bureau for Behavioral Health's Motion to Quash Defendant AmerisourceBergen Drug Corporation's Subpoena to Produce Documents and Subpoena to Testify at a Deposition in a Civil Action*. Based upon the law and arguments of council, IT IS ORDERED that BBH's Motion be, and is hereby, GRANTED.

IT IS FURTHER ORDERED that Defendant AmerisourceBergen Drug Corporation's April 30, 2020 subpoena for documents and April 30, 2020 subpoena for a deposition are hereby QUASHED.

So ordered.

DATED:

_____
Honorable David A. Faber
Senior Judge