IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                                              Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.
_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                                              Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

**<u>SECOND AMENDED NOTICE OF INTENT TO SERVE SUBPOENA</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Cardinal Health, Inc., by and through undersigned counsel, will cause the attached subpoena to be duly served on the National Board of Medical Examiners, as soon as practicable. Accompanying this Notice, please find a copy of the aforementioned subpoena, together with Attachment A.

Dated this 19th day of May, 2020.

                                                /s/ David R. Pogue
                                             Michael W. Carey (WVSB No. 635)
                                             David R. Pogue (WWVSB No. 10806)
                                             Carey, Scott, Douglas & Kessler, PLLC
                                             901 Chase Tower, 707 Virginia Street, East
                                             P.O. Box 913
                                             Charleston, WV 25323
                                             Telephone: (304) 345-1234
                                             drpogue@csdlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

       Plaintiff,

v.                                                    Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

_____

CABELL COUNTY COMMISSION,

       Plaintiff,

v.                                                      Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of May, 2020, the foregoing "Second Amended Notice of Intent to Serve Subpoena" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                          /s/ David R. Pogue
                                                   David R. Pogue (WVSB No. 10806)