

Christopher Keith Eppich

Log out



# Thank You for Your Payment

Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status click here

Your transaction has been processed successfully. Please print this page for your records.
An email receipt has also been sent to ceppich@cov.com

## Payment Information

| Item | Qty | Unit Price | Total Price |
| --- | --- | --- | --- |
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |

**Payment Total: $ 358.00**

Date: May 14th, 2020 2:29 PM
Transaction #: 62354104596

## PHV Case Information

| | |
| --- | --- |
| Civil Action Number | 3:17-cv-01362 |
| Email | ceppich@cov.com |

## Billing Name and Address

Marta Gajewski

1999 AVENUE OF THE STARS
LOS ANGELES, CA 90067

Thank You for Your Payment | The West Virginia State Bar Membership Portal

**Your Email**

ceppich@cov.com

**Credit Card Information**

Visa

************8473

Expires: July 2021

All Contents Copyright © 2020, The WV State Bar. All Rights Reserved.

The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231

Toll Free: 866-989-8227| Phone: 304-553-7220

Click here for assistance if you are having technical difficulties or have questions.