| | |
|---|---|
| **From:** | The West Virginia State Bar |
| **To:** | Kelly, Kevin |
| **Subject:** | Receipt - Out of State Lawyer Annual Fee - Pro Hac Vice - PHV-35635 |
| **Date:** | Tuesday, May 19, 2020 11:06:12 AM |

**[EXTERNAL]**



**Receipt : Out of State Lawyer Annual Fee - Pro Hac Vice**

Thank you for paying the Pro Hac Vice annual fee.

Please print this confirmation for your records.

| **Membership Fee** | | |
|---|---|---|
| **Item Qty** | **Each** | **Total** |
| 1 | $ 358.00 | $ 358.00 |
| Total Amount | $ 358.00 | |
| Date: May 19th, 2020 11:06 AM | | |
| Transaction #: 62361918932 | | |
| **Name: Kevin Kelly** | | |
| **WVBar ID: PHV-35635** | | |
| **Billing Name and Address: Kevin M Kelly** <br> **Kevin M Kelly** <br> **3481 Holmead Pl NW** <br> **Washington, DC 20010** <br><br> **kkelly@cov.com** | | |
| **Name Kevin Kelly** | | |
| **WVBar ID: PHV-35635** | | |