IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    Plaintiff,
v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    Defendants.

CIVIL ACTION NO. 3:17-01362

---

**CABELL COUNTY COMMISSION,**
    Plaintiff,
v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    Defendants.

CIVIL ACTION NO. 3:17-01665

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2020, a copy of the **PLAINTIFF CABELL COUNTY COMMISSION'S SUPPLEMENTAL RESPONSES TO INTERROGATORY NO. 10 AND REQUEST FOR PRODUCTION NO. 15, PURSUANT TO DISCOVERY RULING NO. 1** was served *via* email to the following:

    Defense counsel:    track2opioiddefendants@reedsmith.com    and

    Plaintiffs' counsel:    mdl2804discovery@motleyrice.com

    /s/ *Paul T. Farrell, Jr.*
    Paul T. Farrell, Jr., Esq. (W.Va. Bar No. 7443)
    **FARRELL LAW**
    P.O. Box 1180
    Huntington, WV 25714-1180
    422 Ninth Street, 3rd Floor
    Huntington, West Virginia 25701
    office:  304.523.7285
    cell:    304.654.8281
    email: paul@farrell.law