# ATTACHMENT C

| | |
|---|---|
| **From:** | Flahive Wu, Laura |
| **To:** | Hsiao, Lisa K.; Westfall, Fred (USAWVS) |
| **Cc:** | Chaput, Isaac; Mincer, Jonathan; Jeffrey Wakefield - Flaherty Sensabaugh Bonasso PLLC (jwakefield@flahertylegal.com) |
| **Subject:** | RE: Huntington v. AmerisourceBergen Drug Corp., et al. |
| **Date:** | Monday, May 11, 2020 3:28:07 PM |

Thank you, Lisa.

## Laura Flahive Wu

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5982 | lflahivewu@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

---

**From:** Hsiao, Lisa K. <Lisa.K.Hsiao@usdoj.gov>
**Sent:** Monday, May 11, 2020 2:59 PM
**To:** Flahive Wu, Laura <lflahivewu@cov.com>; Westfall, Fred (USAWVS) <Fred.Westfall@usdoj.gov>
**Cc:** Chaput, Isaac <IChaput@cov.com>; Mincer, Jonathan <JMincer@cov.com>; Jeffrey Wakefield - Flaherty Sensabaugh Bonasso PLLC (jwakefield@flahertylegal.com) <jwakefield@flahertylegal.com>
**Subject:** RE: Huntington v. AmerisourceBergen Drug Corp., et al.

**[EXTERNAL]**
Laura,

Thank you for reaching out.  I will confer with the client and get back to you as soon before Friday as is practicable.

Regards,
Lisa Hsiao

**Lisa K. Hsiao**

Senior Litigation Counsel

U.S. Department of Justice

Consumer Protection Branch

450 5th Street, N.W. Suite 6400-South

Washington, D.C. 20001

(202) 532-4892 (direct)

(202) 532-5114 (cell)

Lisa.K.Hsiao@usdoj.gov

**From:** Flahive Wu, Laura <lflahivewu@cov.com>
**Sent:** Monday, May 11, 2020 12:57 PM
**To:** Hsiao, Lisa K. <LHsiao@civ.usdoj.gov>; Westfall, Fred (USAWVS) <FWestfall@usa.doj.gov>
**Cc:** Chaput, Isaac <IChaput@cov.com>; Mincer, Jonathan <JMincer@cov.com>; Jeffrey Wakefield - Flaherty Sensabaugh Bonasso PLLC (jwakefield@flahertylegal.com) <jwakefield@flahertylegal.com>
**Subject:** RE: Huntington v. AmerisourceBergen Drug Corp., et al.

(I am resending due to an error in Fred's email address.)

**From:** Flahive Wu, Laura
**Sent:** Monday, May 11, 2020 12:56 PM
**To:** 'Fred.Westfall@usa.doj.gov' <Fred.Westfall@usa.doj.gov>; 'Lisa.K.Hsiao@usdoj.gov' <Lisa.K.Hsiao@usdoj.gov>
**Cc:** Chaput, Isaac <IChaput@cov.com>; Mincer, Jonathan <JMincer@cov.com>; Jeffrey Wakefield - Flaherty Sensabaugh Bonasso PLLC (jwakefield@flahertylegal.com) <jwakefield@flahertylegal.com>
**Subject:** Huntington v. AmerisourceBergen Drug Corp., et al.

Fred and Lisa,

Thank you for our productive conversation on April 22 about the subpoenas we served on Darren Cox regarding his role on the Huntington Violent Crime & Drug Task Force in City of Huntington v. AmerisourceBergen Drug Corp., et al.  As we mentioned on our call, we have sought relief from the demanding case deadlines in the case.  Today, the Court granted us partial relief, extending the deadline for document productions from April 30 to June 12.  (See attached.)

The Court also set a deadline of this Friday, May 15, for the parties to file motions regarding outstanding discovery disputes, including those involving third parties.  We therefore may need to file a motion by this Friday to preserve our rights, depending on where we are with subpoena responses.

We look forward to hearing from you with any updates.

Best regards,

Laura

**Laura Flahive Wu**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5982 | lflahivewu@cov.com
www.cov.com

**COVINGTON**

**This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the**

intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.