**Alley, Jamie S**

| | |
|---|---|
| **From:** | Alley, Jamie S |
| **Sent:** | Friday, May 15, 2020 11:03 AM |
| **To:** | 'Thomas, Sean'; Foster, Greg S |
| **Cc:** | Callas, Gretchen; Zerrusen, Sandra K. |
| **Subject:** | RE: [External]  Subpoena to the West Virginia Board of Medicine - City of Huntington, et al. v. AmerisourceBergen Drug Corporation, et al. |

Good morning Sean,

Thank you for the information about the motion you plan to file.  In light of that, and the Board's May 1, 2020 and May 8, 2020 correspondence,  I also write to provide you with a status update regarding the Board's efforts regarding the matters discussed on April 24, 2020.  While the BOM stands by its original objection response, and reasserts and incorporates all such objections herein, please be advised that to date, we have not identified any documents related to participation by the BOM  in DEA Task Forces or the Governor's Council on Substance Abuse Prevention and Treatment.  We will, however, continue to research this issue.
Likewise, the Board continues to explore issues related to the searchability of BOM disciplinary orders.

As we have previously discussed, the Board of Medicine is still operating under the COVID-19 State of Emergency, which has substantially affected onsite work time for Board staff, and much of that time has necessarily been devoted to provider surge and workforce maintenance.  While we had hoped to be in a better position to respond today, we now believe that Monday, May 25, 2020 is a better target date.  The Board also reminds you that all Board disciplinary action remains publicly available on the Board's website in the interim.   I write to share this target date so that you have the information prior to filing whatever motion you determine to file relative to the subpoena issued to the Board.

*Jamie S. Alley*
*Deputy Director/General Counsel*
West Virginia Board of Medicine
101 Dee Drive, Suite 103
Charleston, West Virginia 25311
Telephone:   (304) 558-2921 Ext. 49864
Facsimile:     (304) 558-2084



*The information contained in this electronic message is legally privileged and confidential under applicable law and is intended only for the use of the individual or entity named above.  If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please notify the West Virginia Board of Medicine, (304) 558-2921, and purge this communication immediately without making any copy or distribution.*