# Foster, Greg S

| | |
|---|---|
| **From:** | Thomas, Sean <sean.thomas@jacksonkelly.com> |
| **Sent:** | Thursday, May 14, 2020 6:21 PM |
| **To:** | Alley, Jamie S; Foster, Greg S |
| **Cc:** | Callas, Gretchen; Zerrusen, Sandra K. |
| **Subject:** | [External]  Subpoena to the West Virginia Board of Medicine - City of Huntington, et al. v. AmerisourceBergen Drug Corporation, et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

CAUTION: External email. Do not click links or open attachments unless you verify sender.

Ms. Alley and Mr. Foster,

This week the Court ordered the parties to file all motions to compel (including those against third parties) by May 15th.  Because we have been working amicably with you and the West Virginia Board of Medicine ("BOM") up to this point, our motion with regard to the BOM will not request an order compelling production but instead will explain briefly (i.e., 2-4 paragraphs) that the BOM is in the process of collecting responsive information/documents and that the parties are continuing to work together. We are hopeful that our Motion will not trigger an obligation for the BOM to respond but cannot guarantee as much.  We will, of course, send you a courtesy copy of the Motion and will keep you posted.

In the meantime, please let me know if you would like to discuss this further. Thank you.

Best,

**Sean D. Thomas** | Associate | **Jackson Kelly PLLC**
500 Lee Street East, Suite 1600 | Charleston, WV 25301-3202 | www.jacksonkelly.com
Office: (304) 340-1192 | Mobile: (484) 883-3282 | Fax: (304) 340-1130 | sean.thomas@jacksonkelly.com | V-card

JACKSONKELLY PLLC

CONFIDENTIALITY NOTE: This email message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.