**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**By Electronic Mail**                                          May 22, 2020

Anne McGinness Kearse
Temitope O. Leyimu
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

All Plaintiffs' Counsel
mdl2804discovery@motleyrice.com

   Re:  Deposition Requests

Dear Counsel:

   We write on behalf of all defendants concerning depositions of the City of Huntington witnesses.  Defendants request deposition dates for the following party fact witnesses:

   1. Scott Arthur, Budget Director, Huntington

   2. Mark A. Bates, Council Member, City Council

   3. Darla Bentley, Former Budget Director, Huntington

   4. Ray Canafax, Deputy Chief, Huntington Fire Department

   5. Pamela Chandler, Former Finance Director, Huntington

   6. Hank Dial, Chief, Huntington Police Department

   7. Carl Eastham, Former Chief, Huntington Fire Department

   8. Rebecca Howe, Council Member, City Council

   9. Paul Hunter, Sergeant, Huntington Police Department; Drug and Violent Crimes Task Force; Head of City Law Enforcement Narcotics Unit

   10. Jim Johnson, Former Police Chief, Huntington Police Department; Director, Mayor's Office of Drug Control Policy

   11. Rocky Johnson, Captain, Huntington Police Department, former Head of City Law Enforcement Narcotics Unit

COVINGTON

Anne McGinness Kearse
All Plaintiffs' Counsel
May 22, 2020
Page 2

12. Scott Lemley, Director, Huntington Planning and Development; Former Member, Mayor's Office of Drug Control Policy

13. Paul Matovich, Corporal, Huntington Police Department; Huntington Violent Crime and Drug / FBI Task Force; DEA Heroin Task Force

14. Craig Preece, Detective, Huntington Police Department; DEA Heroin Task Force

15. Jan Rader, Fire Chief, Huntington Fire Department

16. Deron Runyon, Former Finance Director, Huntington

17. Dan Underwood, Captain, Huntington Police Department

18. Steve Williams, Mayor, City of Huntington

19. Kim Wolfe, Former Mayor, City of Huntington; Former Sheriff, Cabell County Sheriff's Office[1]

In the case that the City of Huntington takes the position that any of the foregoing witnesses is not under Huntington's control for purposes of depositions, please advise defendants by Wednesday, May 27.

Defendants request that Huntington prioritize the production of any remaining custodial files (and any other department or other noncustodial files that will be relevant to a particular deposition) for the individuals requested for deposition. Such documents should be produced at least 14 calendar days before each witness's deposition, and deposition dates should be set with that in mind. Defendants reserve the right to request additional party fact witnesses as identified based on further discovery.

We would appreciate and look forward to your prompt response.

Sincerely,

*/s/ Laura Flahive Wu*

Laura Flahive Wu

cc: All Defendants' Counsel

---

[1] Kim Wolfe is also a witness for Cabell County.