L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

THE CITY OF HUNTINGTON

v.

AMERISOURCEBERGEN DRUG CORPORATION, et al.

## STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL

CIVIL ACTION NUMBER 3:17-cv-01362

Sandra K. Zerrusen, Jackson Kelly PLLC
***Name of Visiting Attorney and firm name***

0070883
***State Bar ID number***

AmerisourceBergen Drug Corporation
***Name of party represented***

Office of Bar Admissions
Supreme Court of Ohio
65 South Front Street, 5th Floor, Columbus, OH 43215-3431
***Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing***

Jackson Kelly PLLC
50 South Main Street, Suite 201
Akron, Ohio 44308
***Visiting Attorney's office address***

330-252-9060
***Visiting Attorney's office telephone number***

330-252-9078
***Office fax number***

skzerrusen@jacksonkelly.com
***Email address***

Gretchen M. Callas
Jackson Kelly PLLC
***Name of Sponsoring Attorney and firm name***

WV 7136
***WV Bar ID number***

P.O. Box 553
Charleston, WV 25322
***Sponsoring Attorney's office address***

304-340-1169
***Sponsoring Attorney's office telephone number***

304-340-1050
***Office fax number***

gcallas@jacksonkelly.com
***Email address***

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

**May 29, 2020** — *Date*

**/s/ Sandra K. Zerrusen** — *Signature of Visiting Attorney*

SIGN HERE

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

**May 29, 2020** — *Date*

**/s/ Gretchen M. Callas** — *Signature of Sponsoring Attorney*

SIGN HERE

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.