IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **CITY OF HUNTINGTON;** **CABELL COUNTY COMMISSION,** | : | |
| | : | **Civil Action No. 3:17-01362** |
| Plaintiffs, | | **Civil Action No. 3:17-01665** |
| | : | *(Consolidated)* |
| v. | | |
| | : | |
| **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.,* | : | |
| | : | |
| Defendants. | | |
| | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Melissa E. Leasure, Esquire, John H. Zickefoose, Esquire, of Bailes, Craig, Yon & Sellards, PLLC, as counsel of record for Movant, PROACT, Inc.  Additionally, please include Melissa E. Leasure, Esquire and John H. Zickefoose, Esquire, of Bailes, Craig, Yon & Sellards, PLLC, and/or mel@bcyon.com and jhz@bcyon.com on any pleadings, correspondences, discovery and motions.

                                                    **PROACT, INC.**

                                                    /s/ John H. Zickefoose
                                                          Of Counsel

Melissa E. Leasure, Esquire (WV 10327)
John H. Zickefoose, Esquire (WV 12584)
BAILES, CRAIG, YON & SELLARDS, PLLC
Post Office Box 1926
Huntington, West Virginia 25720-1926
(304) 697-4700 - Telephone
(304) 697-4714 – Facsimile
mel@bcyon.com
jhz@bcyon.com

**COUNSEL FOR MOVANT,**
**PROACT, INC.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **CITY OF HUNTINGTON;** <br> **CABELL COUNTY COMMISSION,** | : | |
| | : | **Civil Action No. 3:17-01362** |
| Plaintiffs, | | **Civil Action No. 3:17-01665** |
| | : | *(Consolidated)* |
| v. | | |
| | : | |
| **AMERISOURCEBERGEN DRUG** <br> **CORPORATION,** *et al.,* | : | |
| | : | |
| Defendants. | | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned, counsel for PROACT, Inc. does hereby certify that the foregoing *"Notice of Appearance"* has this 29th day of May, been duly served upon counsel of record by electronic transmission.

                                                    **PROACT, INC.**

                                        /s/ John H. Zickefoose
                                              Of Counsel

Melissa E. Leasure, Esquire (WV 10327)
John H. Zickefoose, Esquire (WV 12584)
BAILES, CRAIG, YON & SELLARDS, PLLC
Post Office Box 1926
Huntington, West Virginia 25720-1926
(304) 697-4700 - Telephone
(304) 697-4714 – Facsimile
mel@bcyon.com
jhz@bcyon.com