IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                               Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                               Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on **May 29, 2020**, a copy of the **"Plaintiffs The City of Huntington and The Cabell County Commission's Joint Responses and Objections To AmerisourceBergen Drug Corporation's Second Set of Interrogatories to Plaintiffs"** was served on counsel *via* email only to plaintiffs' listserv at mdl2804discovery@motleyrice.com and to defendants' listserv at track2opioiddefendants@reedsmith.com.

                                                                 /s/ *Monique Christenson*
                                                                 Monique Christenson (SC Bar No. 104063)
                                                                 **MOTLEY RICE LLC**
                                                                 28 Bridgeside Blvd.
                                                                 Mount Pleasant, SC 29464
                                                                 Tel: 843-216-9000
                                                                 Fax: 843-216-9450
                                                                 mchristenson@motleyrice.com