IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                                                  Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                                                  Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on **May 29, 2020**, a copy of the **"Plaintiffs The City of Huntington and The Cabell County Commission's Joint Responses and Objections to AmerisourceBergen Drug Corporation's Second Set of Requests for Production to Plaintiffs"** was served on counsel *via* email only to plaintiffs' listserv at mdl2804discovery@motleyrice.com and to defendants' listserv at track2opioiddefendants@reedsmith.com.

/s/ *Monique Christenson*
Monique Christenson (SC Bar No. 104063)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
mchristenson@motleyrice.com