IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA


THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                         CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.


CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                         CIVIL ACTION NO. 3:17-01665
N
AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.


**JOINT ORDER
REGARDING PLAINTIFFS' MOTION TO COMPEL DEFENDANTS'
COMMUNICATIONS WITH THE DEA (Dkt. No. 269)**

1. On March 31, 2020, Plaintiffs filed a Motion to Compel Defendants' Communications with the DEA. Dkt. No. 269. Defendants' filed their Opposition on April 9, 2020, Dkt. No. 306, and Plaintiffs filed a Reply on May 12, 2020, Dkt. No. 416.

2. As agreed between the parties, Cardinal Health will conduct a reasonable search for and produce any communications with DEA related to Defendants' SOM systems they are able to locate, dating back to 1980.[1]

3. Accordingly, Plaintiffs' Motion (Dkt. 269) is denied as moot.

Respectfully submitted,

<u>Christopher Wilkes</u>
Special Master

---

[1] Notwithstanding this agreement, Defendants stated that they expressly reserve all arguments that the appropriate time period for discovery in this litigation does not extend back to 1980. Dkt. No. 306.