IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                                        Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

    Defendants.

_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                                          Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

    Defendants.

### NOTICE OF SERVICE OF THIRD-PARTY SUBPOENAS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Defendants") will serve subpoenas for Deposition upon:

    1.    Federal Rule 30(b)(6) deposition of West Virginia Department of Health & Human Resources, Bureau for Children and Families;

    2.    Linda Watts, Commissioner, West Virginia Department of Health & Human Resources, Bureau for Children and Families;

3. Federal Rule 30(b)(6) deposition of West Virginia Department of Health & Human Resources, Bureau for Behavioral Health;

4. Christina Mullins, Commissioner, West Virginia Department of Health & Human Resources, Bureau for Behavioral Health;

5. Federal Rule 30(b)(6) deposition of Marshall Health System;

6. Federal Rule 30(b)(6) deposition of Marshall University;

7. Lyn O'Connell, PhD, Associate Director of Addiction Services, Marshall Health System/Marshall University;

8. Federal Rule 30(b)(6) deposition of Valley Health Systems, Inc.;

9. Federal Rule 30(b)(6) deposition of Quality Insights; and

10. Federal Rule 30(b)(6) deposition of West Virginia Department of Health & Human Resources, Bureau for Child Support Enforcement.

Accompanying this Notice, please find a copy of the aforementioned subpoenas, together with their respective Attachments.

Dated: June 1, 2020  Respectfully submitted,

***AmerisourceBergen Drug Corporation***
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square

1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

**Cardinal Health, Inc.**
By Counsel:

/s/ Steven R. Ruby
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
*Counsel in Cabell County action*

/s/ Michael W. Carey
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
*Counsel in the City of Huntington action*

/s/ Enu Mainigi
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com

***McKesson Corporation***
By Counsel:

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

- 4 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                                     Civil Action No. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                                    Civil Action No. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    **Defendants.**

## CERTIFICATE OF SERVICE

    The undersigned counsel hereby certifies that on this 1st day of June, 2020, the foregoing *Notice of Service of Third-Party Subpoenas* was served upon counsel of record electronically.

                                                    */s/ Gretchen M. Callas*
                                                    Gretchen M. Callas (WVSB #7136)