IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                             CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                             CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

**NOTICE OF SERVICE OF THIRD-PARTY SUBPOENAS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Defendants") will serve subpoenas for Deposition upon:

    1.    Mark Spangler, Executive Director, West Virginia Board of Medicine;

    2.    Robert Knittle, (former) Executive Director, West Virginia Board of Medicine;

    3.    Jonathan Osborne, Executive Director, West Virginia Board of Osteopathic Medicine;

2

4. Diana Shepard, (former) Executive Director, West Virginia Board of Osteopathic Medicine;

5. Susan Combs, Executive Director, West Virginia Board of Dentistry;

6. Sue Ann Painter, Executive Director, Board of Registered Professional Nurses;

7. Michelle Mayhew, Executive Director, West Virginia Board of Licensed Practical Nurses;

8. Allen Mock, Chief Medical Examiner, Office of the Chief Medical Examiner;

9. James Kraner, (former) Chief Toxicologist, Office of the Chief Medical Examiner;

10. Hoyt Burdick, Chief Medical Officer, Cabell Huntington Hospital;

11. Amy Shultz, Directory of Pharmacy Services, Cabell Huntington Hospital;

12. Aaron Blevins, Director of Pharmacy and Drug Information, St. Mary's Medical Center;

13. Melissa Arthur, Pharmacy Operations Coordinator, St. Mary's Medical Center;

14. Federal Rule 30(b)(6) deposition of the West Virginia Board of Medicine;

15. Federal Rule 30(b)(6) deposition of the West Virginia Board of Osteopathic Medicine;

16. Federal Rule 30(b)(6) deposition of the Office of the Chief Medical Examiner;

17. Federal Rule 30(b)(6) deposition of Cabell Huntington Hospital;

18. Federal Rule 30(b)(6) deposition of St. Mary's Medical Center; and

19. Federal Rule 30(b)(6) deposition of Cabell-Huntington Health Department.

Accompanying this Notice, please find a copy of the aforementioned subpoenas, together with their respective attachments.

Dated: June 1, 2020

Respectfully submitted,

*AmerisourceBergen Drug Corporation*
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Cardinal Health, Inc.*
By Counsel:

*/s/ Steven R. Ruby*
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
*Counsel in Cabell County action*

*/s/ Michael W. Carey*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323

Telephone: (304) 345-1234
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
*Counsel in the City of Huntington action*

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com

***McKesson Corporation***
By Counsel:

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                                                    Civil Action No. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    Defendants.

_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                                                    Civil Action No. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 1st day of June, 2020, the foregoing *Notice of Service of Third-Party Subpoenas* was served upon counsel of record electronically.

                                              */s/ Gretchen M. Callas*
                                              Gretchen M. Callas (WVSB #7136)