```
1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO
2                          EASTERN DIVISION

3     - - - - - - - - - - - - - -

4     IN RE:                            Case No. 1:17-md-2804
                                        Cleveland, Ohio
5     NATIONAL PRESCRIPTION
      OPIATE LITIGATION                 TUESDAY, OCTOBER 23, 2018
6
      - - - - - - - - - - - - - -
7

8          TRANSCRIPT OF DISCOVERY CONFERENCE PROCEEDINGS
                     BEFORE SPECIAL MASTERS
9                   DAVID ROSENBLUM COHEN
                             and
10                    CATHERINE A. YANNI

11
      APPEARANCES:
12
      Special Masters:        David Rosenblum Cohen, Esquire
13                            Law Office of David R. Cohen
                              24400 Chagrin Boulevard
14                            Suite 300
                              Cleveland, Ohio 44122
15                            (216) 831-0001
                              david@davidrcohen.com
16
                              Catherine A. Yanni, Esquire
17                            2 Embarcadero Center
                              Suite 1500
18                            San Francisco, California 94111
                              (415) 215-6572
19                            Cathy@cathyyanni.com

20
      Chief Court Reporter:   Sarah E. Nageotte, RDR, CRR, CRC
21                            United States District Court
                              801 West Superior Avenue
22                            Court Reporters 7-189
                              Cleveland, Ohio 44113
23                            (216) 357-7186
                              sarah_nageotte@ohnd.uscourts.gov
24

25    Proceedings recorded by mechanical stenography, transcript
             produced by computer-aided transcription.
```

Case: 1:17-md-02804-DAP Doc #: 1059 Filed: 10/24/18 101 of 200. PageID #: 26601
Case 3:17-cv-01362 Document 494-1 Filed 06/02/20 Page 2 of 6. PageID #: 10649

101

| | |
|---|---|
| 1 | of those individuals. |
| 2 | I'll continue. We also have the county council |
| 3 | resolutions regarding the specific items and how the county |
| 4 | has adopted resolutions or rejected resolutions, as well as |
| 15:26:07 5 | the annualized MetroHealth reports, audited financials with |
| 6 | respect to each one of those items. |
| 7 | We can continue. They've also gone into the county |
| 8 | medical examiners, as well as all of the cost bases, as well |
| 9 | as all of the costs associated with that office with respect |
| 15:26:25 10 | to the deaths and the overdoses as a result of this |
| 11 | epidemic. |
| 12 | To suggest we have not given them the factual basis |
| 13 | for the damages loss in this case is really just |
| 14 | unreasonable. Can we give the ultimate conclusion? What is |
| 15:26:39 15 | the total numbers that our experts are going to say? We |
| 16 | cannot do that right now. |
| 17 | We are working with our experts. We will supplement |
| 18 | with the -- with the final numbers. But we have given them |
| 19 | the factual basis over and over and over again. And that's |
| 15:26:55 20 | only just to touch on some of the damages -- sorry -- the |
| 21 | dollar amounts associated with the epidemic. |
| 22 | MS. WU: Special Master Cohen, interrogatory |
| 23 | number 18, distributors' interrogatory number 18 exactly |
| 24 | tracks the requirements for initial disclosures in a federal |
| 15:27:14 25 | case under Rule 26(a). |

Case 3:17-cv-01362 Document #: 494-1 Filed: 06/02/20 Page 3 of 6. PageID #: 10650
Case: 1:17-md-02804-DAP Doc #: 1059 Filed: 10/24/18 102 of 200. PageID #: 26602

102

1       SPECIAL MASTER COHEN: Yeah. I read your
2  letter.
3       MS. WU: And that requires a computation of
4  damages. To date, no plaintiff has provided any computation
5  of damages in response to interrogatory number 18.
6       I appreciate the list of materials that Mr. Shkolnik
7  identified for us today, and it's true, there's been a lot
8  of paper exchanged in this case. But, to date, no one has
9  been able to identify any line item in the budgets Mr.
10 Shkolnik referenced that relates to opioids directly.
11      In addition, I'd like to just provide an antidote from
12 a recent deposition. The Akron chief EMS officer was
13 deposed, Mr. Natko, last week. During his deposition,
14 defendants inquired about the expenses related to Narcan,
15 which is one of the damages categories that Akron has
16 identified in this litigation. Mr. Natko testified that, in
17 fact, Akron does not pay anything out-of-pocket, does not
18 make any expenditure in order to purchase Narcan, which
19 leaves the defendants puzzling, what is the damages
20 computation for Akron's alleged damages associated with the
21 purchase of Narcan?
22      This is the exact reason that defendants need this
23 discovery now so that we have the opportunity in fact
24 discovery to explore the damages calculations that
25 plaintiffs intend to put forward.

Case: 2:17-cv-01362-Document#494-1 Filed: 06/02/20 Page 4 of 6. PageID #:19651
Case: 1:17-md-02804-DAP Doc #: 1059 Filed: 10/24/18 103 of 200. PageID #: 26003
103

```
 1          And on that point, the law is clear in the Sixth
 2     Circuit and across the country that there -- that the expert
 3     discovery is no replacement for fact discovery overall and
 4     specifically with regard to damages.
 5          Plaintiffs come forward saying that it's too
 6     burdensome and impossible for them to provide damages
 7     calculations now.  This interrogatory simply asks plaintiffs
 8     to do what every plaintiff in a federal case is obligated to
 9     do under Rule 26 at the outset of a litigation and that's to
10     provide damages calculations.
11                SPECIAL MASTER COHEN:  All right.  Let me go
12     back to where we started.
13          I'm going to order that Ms. Barrett's custodial file
14     be produced.  I'm not going to order anybody else's
15     custodial file be produced.  That's without prejudice to
16     coming back to me later.
17          In the meantime, I want to see what the plaintiffs do
18     with -- with regard to interrogatory 18.  I think that
19     defendants have a very good argument on that point.
20     You've -- you've said that you're going to amend your
21     responses.  I think that that's appropriate that you amend
22     your responses, and I think that the Federal Rules of Civil
23     Procedure do require you to give much more than you have.
24          It's my hope that after that, I won't need -- I won't
25     hear from defendants that they need some of these custodians
```

Case: 1:17-md-02804-DAP Doc #: 1059 Filed: 10/24/18 104 of 200. PageID #: 26604
Case 3:17-cv-01362 Document 494-1 Filed 06/02/20 Page 5 of 6 PageID #: 10652

104

|       |                                                                                   |
|-------|-----------------------------------------------------------------------------------|
| 1     | who at this time I am not ordering production.                                    |
| 2     | Okay?                                                                             |
| 3     | MS. WU: Special Master, could we ask that we                                      |
| 4     | receive those amended responses within a week? We have very                       |
| 15:30:16 5 | important depositions on the calendar upcoming and will need                 |
| 6     | those written amended responses to evaluate the state of the                      |
| 7     | damages case.                                                                     |
| 8     | MR. SHKOLNIK: Would it be possible to have                                        |
| 9     | two weeks on that, Special Master Cohen?                                          |
| 15:30:38 10 | SPECIAL MASTER COHEN: What kind of depos do                                 |
| 11    | you have?                                                                         |
| 12    | MS. WU: I --                                                                      |
| 13    | SPECIAL MASTER COHEN: And when are they?                                          |
| 14    | MR. SHKOLNIK: I don't think as to Cuyahoga                                        |
| 15:30:47 15 | there's anyone that's really going to be jeopardized, but I                 |
| 16    | could be wrong on that.                                                           |
| 17    | MR. BOEHM: I don't -- I'm stepping up, but                                        |
| 18    | not because I know the schedule by heart. I do know that                          |
| 19    | there's at least one finance director, I believe it's for                         |
| 15:31:05 20 | Summit County, who's going to be deposed on November 6th.                   |
| 21    | So that's the earliest I can think of just off the top of my                      |
| 22    | head.                                                                             |
| 23    | SPECIAL MASTER COHEN: Can you do it by                                            |
| 24    | November 5th?                                                                     |
| 15:31:18 25 | MR. SHKOLNIK: Yes, Special Master.                                          |

Case: 1:17-md-02804-DAP Doc #: 1059 Filed: 10/24/18 105 of 200. PageID #: 26005
Case 3:17-cv-01362 Document 494-1 Filed 06/02/20 Page 6 of 6 PageID #: 10653
105

```
 1                SPECIAL MASTER COHEN:  All right.
 2                MR. ACKERMAN:  Yeah.
 3                SPECIAL MASTER COHEN:  Thank you, all.
 4                MS. WU:  Thank you.
 5                SPECIAL MASTER COHEN:  All right.  I think we
 6   are all the way back now to where Peter Weinberger stood up.
 7                MR. BOEHM:  Not yet, Special Master Cohen.
 8        Actually, there's agenda item number 4 which we would
 9   be skipping over if we -- we went to where Peter was going,
10   I believe.
11                SPECIAL MASTER COHEN:  I thought we touched on
12   this?
13                MR. BOEHM:  Not quite.  Not today.
14                SPECIAL MASTER COHEN:  Go ahead.
15                MR. BOEHM:  I think last week we had hoped
16   that we would be able to work this out completely and
17   wouldn't have it on the agenda at all.  The good news is we
18   have worked this out 99 percent of the way.
19        So we had the 14 --
20                SPECIAL MASTER COHEN:  Better than we have
21   done anything else.
22                MR. BOEHM:  I agree, it is.
23        We had a list of people for whom we wanted earlier
24   depositions, and I know you're familiar with that, that
25   issue.
```