**From:** Paul Farrell <paul@farrell.law>
**Sent:** Tuesday, May 26, 2020 6:53 PM
**To:** Flahive Wu, Laura <lflahivewu@cov.com>; zz-Track 2 Opioid Defendants (S) <Track2OpioidDefendants@reedsmith.com>
**Cc:** 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; MDL 2804 <MDL2804@motleyrice.com>
**Subject:** RE: EXTERNAL-Huntington/Cabell -- Ltr. Re. Cabell County Response/DR 1

[EXTERNAL]
EXTERNAL E-MAIL - From paul@farrell.law

Attorney Wu,

No thank you.  We will file a response to the MTC tomorrow.

**Paul T. Farrell, Jr., Esq.**
FARRELL LAW
P.O. Box 1180
Huntington, WV 25714-1180

422 Ninth Street, 3rd Floor
Huntington, West Virginia 25701
phone: 304.654.8281
email: paul@farrell.law

*"Facts are stubborn things."*
          -John Adams
           President of the United States.
           Trial lawyer


**From:** 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>
**Sent:** Tuesday, May 26, 2020 5:41 PM
**To:** MDL 2804 <MDL2804@motleyrice.com>
**Subject:** FW: EXTERNAL-Huntington/Cabell -- Ltr. Re. Cabell County Response/DR 1

**From:** Flahive Wu, Laura <lflahivewu@cov.com>
**Sent:** Tuesday, May 26, 2020 9:35:42 PM
**To:** Track2OpioidDefendants@reedsmith.com <Track2OpioidDefendants@reedsmith.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>
**Subject:** EXTERNAL-Huntington/Cabell -- Ltr. Re. Cabell County Response/DR 1

Counsel,

Please see the attached correspondence concerning Cabell County's discovery responses pursuant to Discovery Ruling No. 1.

Regards,

Laura

**Laura Flahive Wu**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5982 | lflahivewu@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Office 365 Groups

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.