IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br> Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br> Defendants.<br>_____<br><br>CABELL COUNTY COMMISSION,<br><br> Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br> Defendants. | Civil Action No. 3:17-01362<br><br><br><br><br><br><br><br>Civil Action No. 3:17-01665 |

### [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES ON OPIOID-RELATED EXPENDITURES

1. On May 15, 2020, Defendants filed a Motion to Compel Discovery Responses on Opioid-Related Expenditures.  Dkt. 422.  Plaintiffs filed their Opposition on May 27, 2020, Dkt. 475, and Defendants filed their Reply on June 2, 2020, Dkt. ____.

2. Defendants' Motion to Compel Discovery Responses on Opioid-Related Expenditures is granted.

3. Plaintiffs must fully supplement their discovery responses on their opioid-related actions and expenditures and their sought remedy of abatement damages, and identify the responsiveness of produced documents by Bates ranges, by June 12, 2020.

4. If Plaintiffs lack information responsive to Paragraph 3 of this Order, Plaintiffs must submit sworn declaration stating that they lack such information by June 12, 2020.

Respectfully submitted,

_____
Christopher Wilkes
Special Master