IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES**

1. On May 15, 2020, Defendants filed a Motion to Compel Discovery Responses. Dkt. 425. Plaintiffs filed their Opposition on May 27, 2020, Dkt. 476, and Defendants filed their Reply on June 2, 2020, Dkt. [x].

2. Defendants' Motion to Compel Discovery Responses is granted.

3. Plaintiffs must attend a meet and confer supervised by Special Master Wilkes in which Plaintiffs must explain all identified deficiencies in Plaintiffs' productions, by June 12, 2020.

4. Plaintiff the City of Huntington must produce the custodial files for the following persons, by June 12, 2020:

    a.  Stephen Maniskas, Police Corporal, Huntington Police Department

    b.  Adrian Rosario, Detective, Huntington Police Department

    c.  Greg Moore, Sergeant, Huntington Police Department

    d.  Sid Hinchman, Former Private First Class, Huntington Police Department

    e.  Charles Shaw, Huntington City Council Member

    f.  Ralph Rider, Former Deputy Fire Chief

    Respectfully submitted,

    _____
    Christopher Wilkes
    Special Master