UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON,**

      Plaintiff,

v.                                                                                  Civil Action No. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et. al,**

      Defendants.

**AND**

**CABELL COUNTY COMMISSION,**

      Plaintiff,

v.                                                                                  Civil Action No. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et. al,**

      Defendants.

**NON-PARTY GOVERNOR'S COUNCIL ON SUBSTANCE ABUSE PREVENTION AND TREATMENT'S MOTION TO QUASH DEFENDANT CARDINAL HEALTH'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

COMES NOW Non-Party Governor's Council On Substance Abuse Prevention and Treatment (GC)[1] by counsel, Steven R. Compton, Deputy Attorney General, and B Allen Campbell, Senior Assistant Attorney General, and hereby files this Motion to Quash a subpoena served upon it via email on May 19, 2020 by counsel for defendant Cardinal Health Inc. GC specifically moves to quash a "Subpoena to Testify at a Deposition in a Civil Action," attached hereto as **Exhibit A**. Exhibit A further commands the production

---

[1] n December of 2018, Governor Jim Justice announced the formation of the Governor's Council on Substance Abuse Prevention and Treatment. The Office of Drug Control Policy (ODCP) is tasked with providing administrative support and resources to the Council.

of documents. The return date on Exhibit A is June 25, 2020. Counsel for GC and defendants conferred on June 2, 2020 to attempt to resolve their differences. Although progress was made and parties have agreed to continue discussions, a resolution was not reached during that conversation and GC files this motion to preserve its objections.

GC seeks to quash Defendant Cardinal Health Inc.'s subpoena because it does not allow GC a reasonable time to comply. See Fed. R. Civ. P. 45(c)(3)(i). Additionally, the broad scope of the subpoenas would render compliance unduly burdensome. As it pertains to the subpoena for a deposition, GC additionally moves for a stay of the June 25, 2020 Rule 30(b)(6) deposition for the reasons stated above in addition to social distancing and public health concerns related to the COVID-19 pandemic.

In the alternative, GC moves this Court to modify the subpoenas in a manner that will expand the time for compliance to a period when the unprecedented pandemic-related office closures have ended. GC further requests modification that would limit the overly burdensome scope of the subpoenas.

Therefore, GC respectfully requests that its Motion to Quash the subpoena served upon it by Cardinal Health Inc. be granted. A proposed Order is attached.

DATED: June 2, 2020

Respectfully submitted,

**GOVERNOR'S COUNCIL ON SUBSTANCE ABUSE PREVENTION AND TREATMENT**

By Counsel,

PATRICK MORRISEY
ATTORNEY GENERAL

/S/Steven R. Compton_____
STEVEN R COMPTON
DEPUTY ATTORNEY GENERAL
W. VA. Bar ID # 6562
B. ALLEN CAMPBELL
SENIOR ASSISTANT ATTORNEY GENERAL
W. VA. Bar ID # 6557
812 Quarrier Street. 2nd Floor
Charleston, West Virginia 25301
(304) 558-2131 (phone)
(304) 558-0430 (fax)
Steven.R.Compton@wvago.gov
b.allen.campbell@wv.gov

**CERTIFICATE OF SERVICE**

      I, Steven R. Compton, Deputy Attorney General, do hereby certify that on June 2, 2020 the foregoing *"**NON-PARTY** **GOVERNOR'S COUNCIL ON SUBSTANCE ABUSE PREVENTION AND TREATMENT'S** MOTION TO QUASH DEFENDANT CARDINAL HEALTH'S SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION"* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

David R. Pogue, Esq.
Carey, Scott, Douglas & Kessler, PLLC

                /S/Steven R. Compton_____
                STEVEN R. COMPTON
                DEPUTY ATTORNEY GENERAL