# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.   Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG CORPORATION, *et al.*
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.   Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG CORPORATION, *et al.*
    Defendants.

## NOTICE OF PLAINTIFFS' PRELIMINARY WITNESS LIST

Plaintiffs have identified the following individuals likely to be called as witnesses at trial:

1. Stephen T. "Steve" Williams
2. Jan Rader
3. Scott Lemley
4. William H. "Skip" Holbrook
5. Hank Dial
6. Jim Johnson
7. Bryan Chambers
8. Paul Hunter
9. Rocky Johnson
10. Gordon Merry
11. Charles "Chuck" Zerkle, Jr.
12. Ryan S. Saxe, Ed.S.
13. Beth Thompson
14. Kevin Yingling, RPh, MD, FACP
15. Stephen "Steve" M. Petrany, MD
16. Lyn O'Connell, Ph.D., LFMT
17. Todd Davies, PhD
18. Sean Loudin, MD

19. David G. Chaffin, Jr., MD, FACOG
20. Zach Hansen, MD
21. Robert "Bob" H. Hansen, M.S.
22. Rahul Gupta, MD, MPH, MBA, FACP
23. Michael E. Kilkenny, MD, MS
24. Rebecca Stanley Crowder

Dated:  June 3, 2020

Respectfully submitted,

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse (WVSB No. 12547) | Paul T. Farrell, Jr., Esq. (WVSB No. 7443) |
| **MOTLEY RICE LLC** | **FARRELL LAW** |
| 28 Bridgeside Blvd. | P.O. Box 1180 |
| Mount Pleasant, SC 29464 | Huntington, WV 25714-1180 |
| Tel: 843-216-9000 | 422 Ninth Street, 3rd Floor |
| Fax: 843-216-9450 | Huntington, West Virginia 25701 |
| akearse@motleyrice.com | Office: 304.523.7285 |
| | cell:     304.654.8281 |
| | email: paul@farrell.law |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2020, PLAINTIFFS' PRELIMINARY WITNESS LIST was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system.

/s/ Monique Christenson
Monique Christenson (SC Bar No. 104063)