# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon David A. Faber |

### [PROPOSED] ORDER GRANTING CARDINAL HEALTH'S MOTION FOR RECONSIDERATION TO THE SPECIAL MASTER REGARDING DISCOVERY RULING NO. 4

Cardinal Health's Motion for Reconsideration to the Special Master Regarding Discovery Ruling No. 4 (Dkt. 464) is hereby **GRANTED**. Discovery Ruling No. 4 (Dkt. 418) shall be modified as follows:

    1.    The sentence on page 2 stating, "Upon review and consideration, the Special Master finds the Defendant, Cardinal Health, shall be required to identify, by Bates number, any of the documents it intends to rely upon at trial as evidence of any due diligence it exercised in reporting suspicious orders," shall be stricken. Cardinal Health shall not be required to disclose any portion of its trial exhibit list until the deadline for pre-trial disclosures set by the Court.

2. The sentence on page 4 stating that "the discovery of the identity of the PBC's for the CT2 geographical business area shall be produced back to the year 2000" shall be modified to say 2006 instead of 2000. The following sentence ("It appears Cardinal Health has partially provided this information; therefore, the Special Master considers the burden to identify the PBC's back to 2000 would not be overly burdensome.") shall be stricken.

**IT IS SO ORDERED** this _____ day of June, 2020.

ENTER:

_____
Christopher C. Wilkes
Special Master