# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                                               CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                                               CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 3, 2020, AmerisourceBergen Drug Corporation's Objections and Responses to Plaintiffs' First Notice of Deposition Pursuant to Rule 30(b)(6) was sent by electronic mail to Counsel for the Plaintiffs and Defendants as follows: mdl2804discovery@motleyrice.com; Track2OpioidDefendants@ReedSmith.com.

                                                                          */s/ Gretchen M. Callas*
                                                                          Gretchen M. Callas (WVSB #7136)
                                                                          JACKSON KELLY PLLC
                                                                          Post Office Box 553
                                                                          Charleston, West Virginia 25322
                                                                          Tel: (304) 340-1000
                                                                          Fax: (304) 340-1050
                                                                          gcallas@jacksonkelly.com