**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

| | |
|---|---|
| **CITY OF HUNTINGTON, WEST VIRGINIA,** | |
| **Plaintiff,** | **CASE NO. 3:17-CV-01362** |
| **v.** | |
| **AMERISOURCEBERGEN DRUG CORPORATION, et al.** | |
| **Defendants.** | |

| | |
|---|---|
| **CABELL COUNTY COMMISSION,** | |
| **Plaintiff,** | **CASE NO. 3:17-CV-01665** |
| **v.** | |
| **AMERISOURCEBERGEN DRUG CORPORATION, et al.** | |
| **Defendants.** | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this the 3rd day of June, 2020, the foregoing "McKesson Corporation's Objections and Responses to Plaintiffs' First Notice of 30(b)(6) Deposition of McKesson Corporation" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)