# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

## CARDINAL HEALTH, INC.'S RESPONSE TO PLAINTIFFS' NOTICE OF "SUPPLEMENTAL AUTHORITY"

Plaintiffs "Notice of Supplemental Authority" (Dkt. 495-1) is not notice of any "authority" at all. It is a 2017 e-mail chain between employees of a different company, AmerisourceBergen Drug Corporation ("ABDC"), discussing newly filed lawsuits against ABDC. That e-mail has nothing to do with Cardinal Health and is not relevant to Cardinal Health's motion for summary judgment on *res judicata* grounds (Dkt. 216, 220, 252, 285). It certainly is not legal authority bearing on Cardinal Health's motion. The Court therefore should disregard Plaintiffs' submission.

Dated: June 4, 2020

Respectfully submitted,


*/s/ Steven R. Ruby*
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
bglasser@baileyglasser.com
sruby@baileyglasser.com
rfranks@baileyglasser.com
*Counsel for Cardinal Health, Inc. in Cabell County action*


*/s/ Michael W. Carey*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
*Counsel for Cardinal Health, Inc. in The City of Huntington action*

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW Washington,
DC  20005
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
*Counsel for Cardinal Health, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this <u>4th</u> day of June, 2020, the foregoing "**CARDINAL HEALTH, INC.'S RESPONSE TO PLAINTIFFS' NOTICE OF "SUPPLEMENTAL AUTHORITY"**" was filed electronically via the Court's CM/ECF electronic filing system which will send notification to all counsel registered in the system.

                                                */s/ Steven R. Ruby*
                                                Steven R. Ruby