UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

CIVIL ACTION NO. 3:17-01362

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

CIVIL ACTION NO. 3:17-01665

### NOTICE OF DEPOSITION TO DEFENDANT AMERISOURCEBERGEN CORPORATION

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Plaintiffs, by and through undersigned counsel, will take the deposition of a Steven H. Collis upon oral examination via video conference at the location, date, and time shown below:

**Deponent:** Steven H. Collis
**Date & Time: DATE TBD** at 9:00 a.m. (ET)
**Location:** Golkow Litigation Services
One Liberty Place
Suite 5150
Philadelphia, PA 19103

**PLEASE TAKE FURTHER NOTICE** that we reserve the right to conduct this deposition utilizing **video teleconferencing/teleconferencing** services offered by Golkow. Golkow will provide remote access for all parties wishing to participate via video conference or telephone. Also note that the court reporter and videographer will be appearing via **video conferencing/teleconferencing** and will not be in the presence of the deponent. A stipulation will be made on the stenographic record by all parties that the witness is to be sworn in remotely by the reporter.  You are invited to attend and participate in this deposition.

Dated:  June 4, 2020                                             Respectfully submitted,

THE CITY OF HUNTINGTON                         CABELL COUNTY COMMISSION

/s/ *Anne McGinness Kearse*                              /s/ *Paul T. Farrell, Jr.*
Anne McGinness Kearse (WVSB No. 12547)
**MOTLEY RICE LLC**                                        Paul T. Farrell, Jr., Esq. (WVSB No. 7443)
28 Bridgeside Blvd.                                              **FARRELL LAW**
Mount Pleasant, SC 29464                                   P.O. Box 1180
Tel:  843-216-9000                                              Huntington, WV 25714-1180
Fax:  843-216-9450                                             422 Ninth Street, 3rd Floor
akearse@motleyrice.com                                    Huntington, West Virginia 25701
                                                                           office:  304.523.7285
                                                                           cell:     304.654.8281
                                                                           email:  paul@farrell.law

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, the foregoing NOTICE OF DEPOSITION TO DEFENDANT AMERISOURCEBERGEN CORPORATION was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system.

/s/ Monique Christenson
Monique Christenson (SC Bar No. 104063)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9366
Fax:  843-216-9450
mchristenson@motleyrice.com