UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
 Plaintiff,

v.

           **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
 Defendants.

———————————————

**CABELL COUNTY COMMISSION,**
 Plaintiff,

v.

           **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
 Defendants.

## NOTICE OF DEPOSITION TO DEFENDANT MCKESSON CORPORATION d/b/a MCKESSION DRUG COMPANY

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Plaintiffs, by and through undersigned counsel, will take the deposition of John Hammergren upon oral examination via video conference at the location, date, and time shown below:

**Deponent:** John Hammergren
**Date & Time: DATE TBD** at 9:00 a.m. (ET)
**Location:** Golkow Litigation Services
One Liberty Place
Suite 5150
Philadelphia, PA 19103

**PLEASE TAKE FURTHER NOTICE** that we reserve the right to conduct this deposition utilizing **video teleconferencing/teleconferencing** services offered by Golkow. Golkow will provide remote access for all parties wishing to participate via video conference or telephone. Also note that the court reporter and videographer will be appearing via **video conferencing/teleconferencing** and will not be in the presence of the deponent. A stipulation will be made on the stenographic record by all parties that the witness is to be sworn in remotely by the reporter. You are invited to attend and participate in this deposition.

Dated: June 4, 2020                                                  Respectfully submitted,

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse (WVSB No. 12547) | Paul T. Farrell, Jr., Esq. (WVSB No. 7443) |
| **MOTLEY RICE LLC** | **FARRELL LAW** |
| 28 Bridgeside Blvd. | P.O. Box 1180 |
| Mount Pleasant, SC 29464 | Huntington, WV 25714-1180 |
| Tel: 843-216-9000 | 422 Ninth Street, 3rd Floor |
| Fax: 843-216-9450 | Huntington, West Virginia 25701 |
| akearse@motleyrice.com | office: 304.523.7285 |
|  | cell:   304.654.8281 |
|  | email: paul@farrell.law |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2020, the foregoing NOTICE OF DEPOSITION TO DEFENDANT MCKESSON CORPORATION d/b/a MCKESSION DRUG COMPANY was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system.

/s/ Monique Christenson
Monique Christenson (SC Bar No. 104063)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9366
Fax:  843-216-9450
mchristenson@motleyrice.com