| Privilege ID Number | Author | Recipient | cc. | Subject/ Document Title | Privilege Asserted | Factual Basis of Privilege | Document Relates to Damages | Enhanced Description |
|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000001 | Mike Davis | Nancy Cartmill, Jim Morgan, Bob Bailey | Beth Thompson, Mike Davis, Mike Tatum, Dan Marcum | 911 Center Fire Responses | Attorney Client Communication | Communication internally disseminating legal advice received on behalf of the County | | |
| PRVCTRL0000044 | Jim Morgan | Beth Thompson | | Opioid Litigation update | AC and AWP; Common Interest | Email chain from outside counsel to client regarding litigation update. | X | Beth Thompson forwarding Opioid Litigation Update that is logged at PRVCTRL0000041, 0000042, 0000043 to Jim Morgan. |
| PRVCTRL0000045 | Chad Nelson | Beth Thompson | | FW: Innovative Prosecution RFP | AC and AWP | Email chain and attachment between client and counsel sending draft documents at request of counsel for review/legal advice. | | Initiating email is from Margaret Phipps Brown (assistant prosecuting attorney) seeking information from the County. |
| PRVCTRL0000091 | Jeffrey Sansom | Angela Godby | | Re: Brandon Crabtree | Attorney Client Communication; Attorney Work Product | Email regarding strategy for active criminal case (prosecutor's office). | | Angela Godby is the office Manager of Cabell County Prosecutor's Office, this email is written in her capacity as an agent of the prosecutor's office. |
| PRVCTRL0000120 | Julie E. Spence | | | Taylor ER Petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000119. |
| PRVCTRL0000124 | Julie E. Spence | | | Hammonds Petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000123. |
| PRVCTRL0000128 | Julie E. Spence | | | Sullivan ER petition | AC and AWP; Common Interest | Draft email and attachment from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000127. |
| PRVCTRL0000131 | Julie E. Spence | | | Meadows non-ER petition | Attorney Client Communication | Draft email and attachment from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000130. |
| PRVCTRL0000133 | Julie E. Spence | | | Bartram Petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000132. |
| PRVCTRL0000135 | Julie E. Spence | | | Napier Petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000134. |
| PRVCTRL0000137 | Julie E. Spence | | | Ball ER petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000136. |
| PRVCTRL0000142 | Julie E. Spence | | | Slater petition | AC and AWP | Email and attachments between client and counsel regarding review/legal advice on draft petition involving other (minor child) litigation. | | This entry is a draft of PRVCTRL0000141. |
| PRVCTRL0000153 | Julie E. Spence | | | Adkins-Bartram petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000152. |
| PRVCTRL0000155 | Julie E. Spence | | | Sothen ER Petition.docx | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000154. |
| PRVCTRL0000157 | Julie E. Spence | | | Small ER petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000156. |
| PRVCTRL0000163 | Julie E. Spence | | | ER petition | AC and AWP | Draft email and attachment from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000162. |
| PRVCTRL0000168 | Julie E. Spence | | | Veronica Keesee | AC and AWP | Draft email and attachments from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000167. |

| Bates | Author | Recipient | CC | Subject/Filename | Privilege | Description | Redacted | Notes |
|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000173 | Julie E. Spence | | | Veronica Kesee referrals | AC and AWP; Common Interest | Draft email and attachments from attorney to client regarding case preparation/ petition. | | This entry is a draft of PRVCTRL0000172. |
| PRVCTRL0000243 | Jim Morgan | Beth Thompson | | Re: Opioid Litigation Update- November 7, 2017 | AC and AWP; Common Interest | Email providing update from outside counsel regarding litigation update. | X | Jim Morgan confirming receipt of Beth Morgan's forwarded message re Opioid Litigation Update that is logged at PRVCTRL0000242 |
| PRVCTRL0000284 | Toya D. Moore | | | Information for petition.docx | Attorney Client Communication; Attorney Work Product | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | | The metadata does not provide an attorney, though like many of the other similar documents logged, this document is clearly (watermarked) a draft petition for filing by the prosecutor's office. |
| PRVCTRL0000305 | Brandon Williams | | | Ward Petition.doc | AC and AWP | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | | The metadata does not provide an attorney, though like many of the other similar documents logged, this document is clearly (watermarked) a draft petition for filing by the prosecutor's office. |
| PRVCTRL0000307 | Thomas Horton | | | Maynard, Lafawn - Intake Info..doc | Attorney Client Communication; Attorney Work Product | Draft pleading for review/legal advice from counsel | X | Based on the native file "e-athor" this draft petition is authored by Peggy Brown, an attorney. |
| PRVCTRL0000327 | Lorren Apgar | | | Holland Petition.docx | AC and AWP; Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | | This entry is a draft of PRVCTRL0000326. |
| PRVCTRL0000339 | Morgan Brumfield | | | Watson, Amanda - Intake Info..docx | Attorney Client Communication; Attorney Work Product | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X | This entry is a draft of PRVCTRL0000338. |
| PRVCTRL0000400 | Mikhaela Young | | | slaytonpetition.docx | AC and AWP | Email and attachment(s) seeking/providing legal advice regarding draft petition for other (minor child) litigation. | X | This entry is related to PRVCTRL0000399, and includes the county's prosecutor's office and work product. |
| PRVCTRL0000409 | | | | Bureau for Children and Families Client Contact Report | Attorney Client Communication | Report containing legal advice regarding child custody case | | The redaction covers notes from the case worker related to a call to Prosecuting Attorney Peggy Brown. |
| PRVCTRL0000411 | Harper A. Thacker | | | Friend Petition.docx | Attorney Client Communication;Attorney Work Product;Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X | This entry is a draft of PRVCTRL0000411. |
| PRVCTRL0000418 | Harper A. Thacker | | | Starr-Bailey Petition.docx | AC and AWP; Common Interest | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | X | Documents are collected and shared by Lindsay Casto, Cabell County Prosecuting Attorney's Office Paralegal. |

| Bates | Custodian | | | Filename | Privilege | Description | X | Notes |
|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000419 | Cabell County CPS | | | Starr-Bailey FFA.pdf | Attorney Client Communication; Attorney Work Product; Common Interest | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | X | Documents are collected and shared by Lindsay Casto, Cabell County Prosecuting Attorney's Office Paralegal. |
| PRVCTRL0000420 | Cabell County CPS | | | Starr-Bailey contacts.pdf | AC and AWP; Common Interest | Email chain and attachment(s) between client and counsel seeking/providing legal advice for draft pleading in other (minor child) litigation. | X | Documents are collected and shared by Lindsay Casto, Cabell County Prosecuting Attorney's Office Paralegal. |
| PRVCTRL0000426 | WVOT | | | Hamrick petition.docx | AC and AWP; Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X | This entry is a draft of PRVCTRL0000425. |
| PRVCTRL0000435 | Demetria Russell | | | Judd, Chrystina - CPS Allegations.doc | Attorney Client Communication;Attorney Work Product;Common Interest | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | | Based on the native file "e-author" this draft petition is authored by Peggy Brown, an attorney. |
| PRVCTRL0000439 | Lorren Agpar | | | Miller Petition.docx | AC and AWP | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X | Based on the native file "e-author" this draft petition is authored by Peggy Brown, an attorney. |
| PRVCTRL0000442 | Roger D. Justice | | | Pendleton Petition.docx | Attorney Client Communication; Attorney Work Product | Draft pleading regarding other (minor child) litigation. | | Based on the native file "e-author" this draft petition is authored by Peggy Brown, an attorney. |
| PRVCTRL0000444 | Kelli Hively-Jett | | | Vaught petition.docx | AC and AWP; Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X | Pdf document that does not provide electronic metadata. Physical title of the document is "Cabell County Prosecuting Attorney's Office Information for Abuse and Neglect Petition." The document is marked "draft." |
| PRVCTRL0000452 | WVOT | | | Collateral Contact Report | AC and AWP; Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | | This entry is a draft of PRVCTRL0000451. |
| PRVCTRL0000457 | Demetria Kosh | | | WattsPetition.doc | AC and AWP; Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X | This entry is a draft of PRVCTRL0000456. |
| PRVCTRL0000459 | | | | Client Contact Report | Attorney Client Communication | Report containing legal advice regarding child custody case | | Document is redacted and available at BegBates CABELL_ESI_000533983. Redaction covers case worker notes regarding call to County Prosecutor. |
| PRVCTRL0000460 | | | | Client Contact Report | Attorney Client Communication | Report containing legal advice regarding child custody case | | Document is redacted and available at BegBates CABELL_ESI_000542182. Redaction covers case worker notes regarding call to County Prosecutor. |

| Bates | Author | | | File Name | Privilege | Description | Priv | Notes |
|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000490 | Lorren Apgar | | | attorney notes | Attorney Work Product | Draft pleading involving other (minor child) litigation for review, legal advice and/or finalizing by counsel. | X | Based on the native file "e-author" this draft petition is authored by Peggy Brown, an attorney. |
| PRVCTRL0000501 | Cabell County CPS | | | Denver Toppings Toppings Petition 1.docx | AC and AWP; Common Interest | Notes regarding status, strategy, and/or mental impressions by/for counsel regarding other (minor child related) litigation | X | The metadata does not provide an attorney, though like many of the other similar documents logged, this document is clearly (watermarked) a draft petition for filing by the prosecutor's office. |

| Privilege ID Number | Bates No. (Redacted Document) | Document Date | Custodian | Document Type | Author | Recipient | cc. | Subject/ Document Title | Privilege Asserted | Factual Basis of Privilege | Document Relates to Damages | Enhanced Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRVCTRL0000039 | | 9/20/2017 0:00 | Thompson, Beth | pdf | Peter Mougey^ | Beth Thompson | Greene, Ketchum, Farrell, Bailey & Tweet, LLP^, Baron & Budd, P.C.^, Hill, Peterson, Carper Bee & Deitzler, PLLC^, McHugh Fuller Law Group, PLLC^ | Confidential Attorney Privileged | AC and AWP;Common Interest | Attachment to email between outside counsel and client regarding legal hold letter. | X | Descprition erroneously identifies the entry as an attachment only, but the metadata clearly describes a privileged email. |
| PRVCTRL0000095 | | 7/31/2017 0:00 | Shoemaker, Greg | msg | Katie Mayo^ | Roscoe Adkins, Deborah Berry, James Boggs, Jill Callihan, Lora Chafin^, Paul Farrell^, Jennifer Herrad, Page Poerschke^, Beth Thompson, Pam White | Jeff Gaddy^ | Opioid Project Call Dates/Times | AC and AWP;Common Interest | Attachment to email regarding request for and legal advice from outside counsel regarding current litigation. | X | Descprition erroneously identifies the entry as an attachment only, but the metadata clearly describes a privileged email. |
| PRVCTRL0000161 | | 1/31/2017 0:00 | Shoemaker, Greg | eml | Turley, Jessica | Lindsay Roberts^ | | FW: New ER petition filed | Not Privileged | Attachment to email discussing draft pleading. | | Descprition erroneously identifies the entry as an attachment only, but the metadata clearly describes a privileged email. |
| PRVCTRL0000284 | | 9/28/2015 0:00 | Network Data / Cabell County Commission Office | docx | Toya D. Moore | | | Information for petition.docx | Attorney Client Communication; Attorney Work Product | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | | The document is a loose document that is part of a family that does not incldue an email. There is no email associated with this document. Moreover, the document is privielged as identified on the tab titled "Appendix B" |
| PRVCTRL0000305 | | 9/14/2015 0:00 | Network Data / Cabell County Commission Office | doc | Brandon Williams | | | Ward Petition.doc | AC and AWP | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | | The document is a loose document that is part of a family that does not incldue an email. There is no email associated with this document. Moreover, the document is privielged as identified on the tab titled "Appendix B" |
| PRVCTRL0000327 | | 8/28/2015 0:00 | Network Data / Cabell County Commission Office | docx | Lorren Apgar | | | Holland Petition.docx | AC and AWP;Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | | The document is a loose document that is part of a family that does not incldue an email. There is no email associated with this document. Moreover, the document is privielged as identified on the tab titled "Appendix B" |
| PRVCTRL0000339 | | 10/14/2015 0:00 | Network Data / Cabell County Commission Office | docx | Morgan Brumfield | | | Watson, Amanda - Intake Info..docx | Attorney Client Communication;Attorney Work Product | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X | The document is a loose document that is part of a family that does not incldue an email. There is no email associated with this document. Moreover, the document is privielged as identified on the tab titled "Appendix B" |
| PRVCTRL0000411 | | 2/17/2016 0:00 | Network Data / Cabell County Commission Office | docx | Harper A. Thacker | | | Friend Petition.docx | Attorney Client Communication;Attorney Work Product;Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X | The document is a loose document that is part of a family that does not incldue an email. There is no email associated with this document. Moreover, the document is privielged as identified on the tab titled "Appendix B" |
| PRVCTRL0000426 | | 3/15/2016 0:00 | Network Data / Cabell County Commission Office | docx | WVOT | | | Hamrick petition.docx | AC and AWP;Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X | The document is a loose document that is part of a family that does not incldue an email. There is no email associated with this document. Moreover, the document is privielged as identified on the tab titled "Appendix B" |
| PRVCTRL0000429 | | 3/29/2016 0:00 | Network Data / Cabell County Commission Office | docx | Kevin Wilson | | | Shayanna Harper Petition Draft.docx | Attorney Work Product | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | | Privilege description is incorrect. The document is a case summary authored by Lindsay Casto (paralegal). The metadata field states "email", but there is no email to this document. |
| PRVCTRL0000457 | | 4/7/2016 0:00 | Network Data / Cabell County Commission Office | doc | Demetria Kosh | | | WattsPetition.doc | AC and AWP; Common Interest | Attachment to email between client and counsel seeking/providing legal advice and mental impressions regarding draft pleading | X | The document is a loose document that is part of a family that does not incldue an email. There is no email associated with this document. Moreover, the document is privielged as identified on the tab titled "Appendix B" |