IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 3:17-01665<br>Hon David A. Faber |

**AMERISOURCEBERGEN DRUG CORPORATION'S MOTION TO COMPEL DISCOVERY RESPONSES FROM CABELL HUNTINGTON HOSPITAL AND ST. MARY'S MEDICAL CENTER**

Pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure, AmerisourceBergen Drug Corporation ("ABDC"), by counsel and on behalf of all Defendants, hereby moves for an order compelling Cabell Huntington Hospital and St. Mary's Medical Center (collectively, the "Hospitals") to produce documents and communications responsive to ABDC's Subpoenas to Produce Documents, Information, or Objections, which were served on March 12, 2020 and April 10, 2020. Specifically, ABDC respectfully requests the Court enter an order compelling production of these documents on or before June 26, 2020 so that depositions may proceed by the July 27, 2020 fact deposition deadline.

ABDC's motion should be granted for the reasons set forth in the accompanying memorandum of law, which is incorporated here.  Pursuant to LR Civ. P 7.1(a), copies of all documents, affidavits, and other such materials or exhibits referenced in the memorandum and upon which this motion relies are attached to this motion.  As specifically outlined in the accompanying memorandum of law, ABDC certifies that it has in good faith conferred with the Hospital in effort to obtain it without court action.

Dated: June 8, 2020

                                                            Respectfully submitted,

*AmerisourceBergen Drug Corporation*
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, the forgoing *AmerisourceBergen Drug Corporation's Motion to Compel Discovery Responses from Cabell Huntington Hospital and St. Mary's Medical Center* was sent to Counsel for the Plaintiffs and Defendants using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB # 7136)