# Thomas, Sean

| | |
|---|---|
| **From:** | Ryan Q Ashworth <rqa@bcyon.com> |
| **Sent:** | Tuesday, April 14, 2020 1:58 PM |
| **To:** | Christopher Wilkes |
| **Cc:** | Tom L. Craig; Track2OpioidDefendants@reedsmith.com |
| **Subject:** | RE: 3:17-cv-01362 - City of Huntington et al v. AmerisourceBergen Drug Corp., et al |

**EXTERNAL MESSAGE**

EXTERNAL E-MAIL - From rqa@bcyon.com

My pleasure.  Thank you.  I'll contact Gretchen with an interim update on April 28th and with a final update on May 14th.  After the final update, I'll provide the court with a status update as well.  In the interim, if you need anything from me, please feel free to reach out.

**From:** Christopher Wilkes <cwilkesllc@gmail.com>
**Sent:** Tuesday, April 14, 2020 1:43 PM
**To:** Ryan Q Ashworth <rqa@bcyon.com>
**Cc:** Tom L. Craig <tlc@bcyon.com>; Track2OpioidDefendants@reedsmith.com
**Subject:** Re: 3:17-cv-01362 - City of Huntington et al v. AmerisourceBergen Drug Corp., et al

Mr. Ashworth,

Thank you for your email. If counsel agree, I think it best that I hold-off any further review of the issue until I am advised it needs my attention. I appreciate you bringing me up to date on the status. Therefore I will hold the motion in abeyance until I hear from counsel that it has been resolved or what, if any, issues need my attention. Thank you.

Christopher Wilkes
cwilkesllc@gmail.com

> On Apr 14, 2020, at 12:40 PM, Ryan Q Ashworth <rqa@bcyon.com> wrote:
>
> Judge,

Thank you for the email.  We'll submit any additional filings in the manner you've set forth.  However, we may be able to avoid the need for you to intervene.  Counsel for AmerisourceBergen, the proponent of the subpoena, and I have agreed to revisit these issues in thirty (30) days.  By that time, I think we will be in a much better position to meaningfully discuss a time frame for compliance and a plan for handling any disputes.  As such, would the court rather hold my motion in abeyance and wait for an update at the end of the thirty days before proceeding?

<image002.jpg>
**ATTORNEY-CLIENT PRIVILEGE, WORK PRODUCT DOCTRINE AND CONFIDENTIALITY NOTICE:**

This e-mail may contain confidential information that is legally privileged.  Do not read this e-mail if you are not the intended recipient.  This e-mail transmission, and any documents, files, or previous e-mail messages enclosed within and/or attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.

**IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY REPLY E-MAIL OR BY TELEPHONE AT 304-697-4700 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING IN ANY MANNER.**

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Christopher Wilkes <cwilkesllc@gmail.com>
**Sent:** Tuesday, April 14, 2020 10:42 AM
**To:** Tom L. Craig <tlc@bcyon.com>; Ryan Q Ashworth <rqa@bcyon.com>; Track2OpioidDefendants@reedsmith.com
**Subject:** RE: 3:17-cv-01362 - City of Huntington et al v. AmerisourceBergen Drug Corp., et al

Counsel,

In regard to the recently filed and referred Motion to Quash Subpoena by Cabell Huntington Hospital please have any desired reply briefs filed by April 20, 2020. Once the briefs are filed I request movants to email and overnight  deliver copies of the Motion, Memorandum and any replies to ▌▌▌▌▌▌▌▌ ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌.

Thank you.
Christopher Wilkes
cwilkesllc@gmail.com
▌▌▌▌▌▌▌▌