## Thomas, Sean

| | |
|---|---|
| **From:** | Callas, Gretchen |
| **Sent:** | Tuesday, April 28, 2020 7:55 AM |
| **To:** | Zerrusen, Sandra K.; Thomas, Sean; |
| **Subject:** | Fwd: AmerisourceBergen Subpoenas |

---

**From:** Ryan Q Ashworth <rqa@bcyon.com>
**Sent:** Monday, April 27, 2020 10:38 PM
**To:** Callas, Gretchen
**Subject:** AmerisourceBergen Subpoenas

**EXTERNAL MESSAGE**

Gretchen,

Your SMMC subpoena just found it's way to me. It has a due date for today. Because St. Mary's is a member of Cabell Huntington Hospital, (the facilities are sometimes referenced together as Mountain Health Network but in reality Cabell is the managing member and principal of all the other member facilities), I can proceed on this subpoena in tandem with the Cabell subpoena. And I'm getting some movement on those issues. So can we treat this one the same as the Cabell subpoena, with an informal update on 4/28 and a formal plan for response by 5/14? I'm sorry for the late email.

Ryan Q. Ashworth, Esquire
BAILES, CRAIG, YON & SELLARDS PLLC
401 Tenth Street, Suite 500
Huntington, WV 25701
(304) 697-4700 (phone)
(304) 634-8523 (cell)





Admitted in West Virginia and Ohio

**ATTORNEY-CLIENT PRIVILEGE, WORK PRODUCT DOCTRINE AND CONFIDENTIALITY NOTICE:**

This e-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents, files, or previous e-mail messages enclosed within and/or attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.

**IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY REPLY E-MAIL OR BY TELEPHONE AT 304-697-4700 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING IN ANY MANNER.**

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.