From: Flahive Wu, Laura <lflahivewu@cov.com>
Sent: Tuesday, June 2, 2020 4:17 PM
To: Kearse, Anne <akearse@motleyrice.com>; CT2 Listserv <Track2OpioidDefendants@reedsmith.com>
Cc: Leyimu, Temitope "Tope" <tleyimu@motleyrice.com>; Farrell, Paul <paul@farrell.law>; BBogle <BBogle@levinlaw.com>; ct2_opioid_team@mail-list com <ct2_opioid_team@mail-list.com>
Subject: RE: Huntington and Cabbel Depositions

EXTERNAL E-MAIL - From lflahivewu@cov.com

Anne,

Following up on our call this afternoon, attached please find the proposed deposition protocols we discussed.  Please let us know if plaintiffs are available for a follow up conversation on Thursday at 3 or 4 pm ET.

Best,

Laura

Laura Flahive Wu

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5982 | lflahivewu@cov.com
https://protect-us.mimecast.com/s/ZJJKCyPprOUrlR8xhZfCJx

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

-----Original Message-----
From: Flahive Wu, Laura
Sent: Monday, June 01, 2020 9:04 PM
To: 'Kearse, Anne' <akearse@motleyrice.com>; CT2 Listserv <Track2OpioidDefendants@reedsmith.com>
Cc: Leyimu, Temitope "Tope" <tleyimu@motleyrice.com>; Farrell, Paul <paul@farrell.law>; BBogle <BBogle@levinlaw.com>; ct2_opioid_team@mail-list com <ct2_opioid_team@mail-list.com>
Subject: RE: Huntington and Cabbel Depositions

Anne,

We can be available for a call tomorrow at 3 pm ET.

Best,

Laura

Laura Flahive Wu

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5982 | lflahivewu@cov.com
https://protect-us.mimecast.com/s/ZJJKCyPprOUrlR8xhZfCJx

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

-----Original Message-----
From: Kearse, Anne <akearse@motleyrice.com>
Sent: Monday, June 01, 2020 5:06 PM
To: Flahive Wu, Laura <lflahivewu@cov.com>; CT2 Listserv <Track2OpioidDefendants@reedsmith.com>
Cc: Leyimu, Temitope "Tope" <tleyimu@motleyrice.com>; Farrell, Paul <paul@farrell.law>; BBogle <BBogle@levinlaw.com>; ct2_opioid_team@mail-list com <ct2_opioid_team@mail-list.com>
Subject: Huntington and Cabbel Depositions

[EXTERNAL]

Laura,   In regards to your letter of May 22, 2020,   We will provide you with deposition dates for a good number of witnesses by EOB tomorrow.   We anticipate offering witnesses beginning the week of June 15.   We need to discuss logistics.    Is there a time we can discuss tomorrow afternoon?    Anne

Anne McGinness Kearse
Attorney at Law
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
843-216-9140


Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above.  If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies-- electronic, paper or otherwise--which you may have of this communication