**From:** Kearse, Anne <akearse@motleyrice.com>
**Sent:** Friday, June 5, 2020 3:52 PM
**To:** Flahive Wu, Laura <lflahivewu@cov.com>; Leyimu, Temitope "Tope" <tleyimu@motleyrice.com>; xALLDEFENDANTS-MDL2804-Service@arnoldporter.com; Farrell, Paul <paul@farrell.law>; Quezon, Amy <amy@mchughfuller.com>
**Cc:** track2opioiddefendants@reedsmith.com; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; ct2_opioid_team@mail-list com <ct2_opioid_team@mail-list.com>
**Subject:** RE: EXTERNAL-RE: City of Huntington Deposition Dates

**[EXTERNAL]**
EXTERNAL E-MAIL - From akearse@motleyrice.com

Laura,  Shortly after you sent around a proposal, Special Master Cohen circulated a draft Deposition Protocol.   We have included some edits to his draft.    We think this is comprehensive and what is needed for depositions to begin in CT2.    Talk soon,  Anne

**Anne McGinness Kearse** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9140 | f. 843.216.9655 | akearse@motleyrice.com

**From:** Flahive Wu, Laura <lflahivewu@cov.com>
**Sent:** Thursday, June 4, 2020 5:11 PM
**To:** Leyimu, Temitope "Tope" <tleyimu@motleyrice.com>; xALLDEFENDANTS-MDL2804-Service@arnoldporter.com
**Cc:** track2opioiddefendants@reedsmith.com; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; Kearse, Anne <akearse@motleyrice.com>
**Subject:** EXTERNAL-RE: City of Huntington Deposition Dates

Counsel for Huntington,

Defendants accept the following deposition dates:

- Ray Canafax- Monday, June 15, 2020
- Jan Rader- Wednesday, June 17, 2020
- Hank Dial- Thursday, June 25, 2020
- Rocky Johnson- Friday, June 26, 2020

Defendants reserve the right to reschedule or reopen depositions to the extent relevant materials, including the witness's complete custodial file, are not produced reasonably in advance of the deposition.

We will get back to you shortly on the other dates offered.

Best regards,

Laura

**Laura Flahive Wu**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5982 | lflahivewu@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Leyimu, Temitope "Tope" <tleyimu@motleyrice.com>
**Sent:** Wednesday, June 03, 2020 9:52 AM
**To:** Flahive Wu, Laura <lflahivewu@cov.com>; xALLDEFENDANTS-MDL2804-Service@arnoldporter.com
**Cc:** track2opioiddefendants@reedsmith.com; ct2_opioid_team@mail-list.com; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; Kearse, Anne <akearse@motleyrice.com>
**Subject:** City of Huntington Deposition Dates

[EXTERNAL]

Counsel, please see the attached correspondence regarding City of Huntington Deposition dates.

Thank you,

**Temitope "Tope" Leyimu** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9107 | f. 843.216.9450 | tleyimu@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.