```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                    **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                    **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**

_____

<u>**ORDER**</u>

The Order of Appointment entered in these cases on March 9, 2020, set forth a 7-day deadline for filing objections to any ruling by Special Master Wilkes.  <u>See</u> ECF No. 200.  The Order of Appointment did not set forth a procedure for the filing of responses and/or replies to any objections that might be filed.  Therefore, deeming it proper to do so, the court hereby **ORDERS** as follows:

    1)    Responses to Objections are not required.  However, should a party wish to file a response in opposition to

      written objections, the response must be filed within five (5) days of the filing of the objections.

2)    Should the party objecting to the Special Master's ruling wish to file a reply to any response in opposition to the those objections, it must do so within three (3) days of the filing of the response in opposition.

The Clerk is directed to send copies of this Order to counsel of record, interested parties, and Special Master Wilkes.

**IT IS SO ORDERED** this 9th day of June, 2020.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge