UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                                        Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                                         Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

## STIPULATED ORDER TO FILE UNDER SEAL

The undersigned has received parties' stipulation to file under seal and hereby orders that the Plaintiffs' ***Motion to Compel Defendants McKesson Corporation and Cardinal Health, Inc. to Produce Documents from Their Salesforce Databases, Memorandum of Law, and Exhibits thereto*** shall be filed under seal.

Dated:  June 11,  2020                                    Respectfully submitted,

                                                                             /s/ Christopher C. Wilkes
                                                                              Special Master