UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                                                   **Civil Action No. 3:17-01362**

**AMERISOURCEBERGEN DRUG
CORPORATION, et. al,**

    **Defendants.**

**AND**

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                                                   **Civil Action No. 3:17-01665**

**AMERISOURCEBERGEN DRUG
CORPORATION, et. al,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Andrew L. Ellis, hereby certify that on June 12, 2020, I served Non-Party West Virginia Public Employees Insurance Agency's Document Production to be served on counsel of record for defendants via e-mail at the following address:

    JWakefield@flahertylegal.com

                                            /s/Andrew L. Ellis
                                    **ANDREW L. ELLIS (WVSB# 10618)**
                                    **ASSISTANT ATTORNEY GENERAL**
                                    West Virginia Attorney General's Office
                                    Building 1, Room W-435
                                    Charleston, West Virginia  25305
                                    Email: Andrew.L.Ellis@wvago.gov