IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **CITY OF HUNTINGTON;** **CABELL COUNTY COMMISSION,** | : | |
| | : | Civil Action No. 3:17-01362 |
| Plaintiffs, | | Civil Action No. 3:17-01665 |
| | : | *(Consolidated)* |
| v. | | |
| | : | |
| **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.,* | : | |
| | : | |
| Defendants. | | |
| | : | |

### DEFENDANT, PROACT, INC.'S NOTICE OF PRODUCTION

**NOW COMES** the Defendant, PROACT, Inc., ("PROACT"), by counsel, Melissa E. Leasure, Esq., John H. Zickefoose, Esq., and the law firm of Bailes Craig Yon & Sellards, PLLC, pursuant to the Subpoena dated March 31, 2020 has produced the documents requested via the Subpoena. Defendant reserves the right to supplement.

Respectfully submitted,

**PROACT, INC.**

/s/ John H. Zickefoose
Of Counsel

Melissa E. Leasure, Esquire (WV 10327)
John H. Zickefoose, Esquire (WV 12584)
BAILES, CRAIG, YON & SELLARDS, PLLC
Post Office Box 1926
Huntington, West Virginia 25720-1926
(304) 697-4700 - Telephone
(304) 697-4714 – Facsimile
mel@bcyon.com
jhz@bcyon.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **CITY OF HUNTINGTON;** <br> **CABELL COUNTY COMMISSION,** | : | |
| | : | Civil Action No. 3:17-01362 |
| Plaintiffs, | | Civil Action No. 3:17-01665 |
| | : | *(Consolidated)* |
| v. | | |
| | : | |
| **AMERISOURCEBERGEN DRUG** <br> **CORPORATION,** *et al.,* | : | |
| | : | |
| Defendants. | | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned, counsel for PROACT, Inc. does hereby certify that the foregoing ***"Defendant, PROACT, Inc.'s Notice of Production"*** has this 12th day of June, been duly served upon counsel of record by electronic transmission.


/s/ John H. Zickefoose