IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                     CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                     CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF
REPLY TO PLAINTIFF CABELL COUNTY COMMISSION'S OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION**

Since Defendants filed their motion to compel *in camera* review and production on May 15, the parties have engaged in productive negotiations to address Defendants' objections to Cabell County's privilege claims. After receiving additional information from Plaintiff about the nature of the documents it withheld, Defendants agreed to withdraw many of their challenges, and Plaintiff agreed to produce some of the documents listed on its privilege log. All parties concur that Defendants' challenges have been resolved. *See* Ex. A (6/10/20 Ltr. from B. Bogle to S.Salgado) ("Plaintiff . . . does not understand that any [challenges] would remain based upon our responses and the information provided to date").

The parties have reached agreement on all of the privilege claims that Defendants challenged. As a result, Defendants withdraw their motion to compel *in camera* review and production.

Dated: June 12, 2020

Respectfully Submitted,

*/s/ Steven R. Ruby*
Brian A. Glasser (WVSB #6597)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
bglasser@baileyglasser.com
sruby@baileyglasser.com
rfranks@baileyglasser.com
**Counsel for Cardinal Health in Cabell County action**

*/s/ David R. Pogue*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
CAREY, SCOTT, DOUGLAS &
KESSLER, PLLC
901 Chase Tower
707 Virginia, East
Charleston, West Virginia 25301
Telephone: (304) 345-1234
Facsimile: (304) 342-1102
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
**Counsel for Cardinal Health in The City of Huntington action**

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
**Counsel for Cardinal Health, Inc.**

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Telephone: (304) 340-1000
Facsimile: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
**Counsel for AmerisourceBergen Drug Corporation**

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
jwakefield@flahertylegal.com

*/s/ Timothy C. Hester*
Timothy C. Hester
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone (202) 662-5324
thester@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com
***Counsel for McKesson Corporation***

Case 3:17-cv-01362   Document 576   Filed 06/12/20   Page 5 of 5 PageID #: 12599

## CERTIFICATE OF SERVICE

I, Steven R. Ruby, hereby certify that a copy of the foregoing "**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF REPLY TO PLAINTIFF CABELL COUNTY COMMISSION'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL *IN CAMERA* REVIEW AND PRODUCTION"**  was electronically filed on June 12, 2020, via the Court's CM/ECF System, which will send notification of such filing to counsel of record.

                                                     */s/ Steven R. Ruby*
                                                   Steven R. Ruby