# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                          CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                          CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, AmerisourceBergen Drug Corporation's Supplemental Objections and Responses to Plaintiffs' Third Set of Combined Discovery Requests was sent by electronic mail to Counsel for the Plaintiffs and Defendants as follows: mdl2804discovery@motleyrice.com; xALLDEFENDANTS-MDL2804-Service@arnoldporter.com.

                                      */s/ Gretchen M. Callas*
                                      A.L. Emch (WVSB #1125)
                                      Gretchen M. Callas (WVSB #7136)
                                      JACKSON KELLY PLLC
                                      P. O. Box 553 Charleston, WV 25322
                                      Telephone: (304) 340-1000
                                      Email: aemch@jacksonkelly.com
                                      Email: gcallas@jacksonkelly.com