# Exhibit B

| | |
|---|---|
| **From:** | Rice, Dale |
| **To:** | Paul Farrell |
| **Cc:** | Track2OpioidDefendants (Track2OpioidDefendants@reedsmith.com); ct2_opioid_team@mail-list.com; Kearse, Anne; bbogle@levinlaw.com |
| **Subject:** | Huntington-Cabell County - Plaintiffs" Request for Deposition of John Hammergren |
| **Date:** | Tuesday, April 14, 2020 10:19:12 AM |

EXTERNAL E-MAIL - From drice@cov.com

Paul,

We write on behalf of McKesson in connection with Plaintiffs' request to depose John Hammergren, the former CEO of McKesson Corporation. McKesson does not believe that Plaintiffs have a basis for deposing Mr. Hammergren. If Plaintiffs nonetheless intend to seek Mr. Hammergren's testimony, you will need to contact counsel for Mr. Hammergren:

>John W. Spiegel
>Munger, Tolles & Olson LLP
>350 South Grand Avenue, 50th Floor
>Los Angeles, CA 90071
>Telephone:  213 683 9152
>Email:  John.Spiegel@mto.com

Best regards,

Dale

---

**From:** Paul Farrell <paul@farrell.law>
**Sent:** Thursday, April 09, 2020 2:56 PM
**To:** Nicholas, Robert A. <RNicholas@reedsmith.com>
**Cc:** zz-Track 2 Opioid Defendants (S) <Track2OpioidDefendants@reedsmith.com>; ct2_opioid_team@mail-list.com; Kearse, Anne <akearse@motleyrice.com>
**Subject:** Re: CT2: Depositions of Collis, Hammergren and Barrett

[EXTERNAL]
EXTERNAL E-MAIL - From paul@farrell.law

Bob,

Thanks for the email. I see the testimony different from the document production. I realize the Big3 will continue to oppose apex depositions. We need to address the issue eventually. Do you have any

recommendations on how to proceed?

The "easy out" is to promise to bring them live to the bench trial.

**Paul T. Farrell, Jr., Esq.**
Farrell Law
422 Ninth Street, 3rd Floor
Huntington, WV 25701
phone:    304.654.8281
email:      paul@farrell.law
*"Facts are stubborn things."*
         -John Adams
           President of the United States.
           Trial lawyer.

On Apr 9, 2020, at 5:17 PM, Nicholas, Robert A. <RNicholas@reedsmith.com> wrote:

Paul,
We are receiving mixed signals from your side.   Yesterday we had a meet and confer with Baron and Budd about whether the parties could explore a compromise regarding the production of limited portions of Steve Collis' custodial file.  We have a follow up call scheduled with them for next Tuesday.  We do not believe there is any basis for requiring Mr. Collis' deposition and  certainly a motion to compel at this stage would be premature. I believe McKesson and Cardinal feel the same way.
Bob

**From:** Paul Farrell <paul@farrell.law>
**Sent:** Thursday, April 9, 2020 12:52 PM
**To:** zz-Track 2 Opioid Defendants (S) <Track2OpioidDefendants@ReedSmith.com>
**Cc:** ct2_opioid_team@mail-list.com; Kearse, Anne <akearse@motleyrice.com>
**Subject:** RE: CT2: Depositions of Collis, Hammergren and Barrett

EXTERNAL E-MAIL - From paul@farrell.law

Dear Big3,

Having received no response, we declare an impasse and will file a motion to compel.

**Paul T. Farrell, Jr., Esq.**
FARRELL LAW
P.O. Box 1180
Huntington, WV 25714-1180

422 Ninth Street, 3rd Floor
Huntington, West Virginia 25701
phone: 304.654.8281
email: paul@farrell.law

*"Facts are stubborn things."*
     -John Adams
      President of the United States.
      Trial lawyer

---

**From:** Paul Farrell
**Sent:** Monday, March 30, 2020 10:12 PM
**To:** 'Track2OpioidDefendants@reedsmith.com' <Track2OpioidDefendants@reedsmith.com>
**Cc:** 'ct2_opioid_team@mail-list.com' <ct2_opioid_team@mail-list.com>; Kearse, Anne <akearse@motleyrice.com>
**Subject:** CT2: Depositions of Collis, Hammergren and Barrett

Dear Counsel,

Please provide deposition dates for the following individuals:

        **Mr. Steven Collis**, President and CEO
          AmerisourceBergen Corporation

        **Mr. John Hammergren**, Chairman, President and CEO
          McKesson Corporation

        **Mr. George Barrett**, Executive Chairman of the Board
          Cardinal Health Inc.

The subject matter includes each of their prior testimony (oral and written responses) before the Subcommittee on Oversight and Investigations of the Committee on Energy and Commerce of the United States House of Representatives arising out of the hearing *COMBATING THE OPIOID EPIDEMIC: Examining Concerns About Distribution And Diversion* held on MAY 8, 2018.  See *In re C. R. Bard, Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, No. MDL 2187, 2014 WL 12703776, at *4 (S.D.W. Va. June 30, 2014) ("The prerequisites to an apex deposition are simple. The executive must have unique personal knowledge of relevant facts, and the information known to the executive must not be obtainable by an easier, less intrusive method of discovery than taking his or her deposition.").

We will agree to forego a discovery deposition in exchange for a written stipulation that each witness will appear live during the bench trial currently scheduled for August 31, 2020.

**Paul T. Farrell, Jr., Esq.**
FARRELL LAW
P.O. Box 1180
Huntington, WV 25714-1180

422 Ninth Street, 3rd Floor
Huntington, West Virginia 25701
phone: 304.654.8281
email: paul@farrell.law

*"Facts are stubborn things."*
    -John Adams
     President of the United States.
     Trial lawyer

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01