# Exhibit F

Page 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
- - - - - - - - - -- - - - - - - - - - -x
IN RE OPIOID LITIGATION,

                                  INDEX NO. 400000/2017

_____
This document relates to:
The County of Nassau, New York v.
Purdue Pharma L.P.,
Case No. 400001/2017
The County of Suffolk, New York v.
Purdue Pharma L.P.,
Case No. 400008/2017
The People of the State of New York
Purdue Pharma L.P.,
Case No. 400016/2018
- - - - - - - - - - - - - - - - - - - -x

            VIDEOTAPED DEPOSITION OF
                DONALD WALKER
              JANUARY 30, 2020
                  9:30 A.M.
             FRESNO, CALIFORNIA

Magna Legal Services
866-624-6221
www.MagnaLS.com

Reported by Vanessa Harskamp, RPR, CRC, CRR, CSR 5679



Page 130

```
 1   dispensing prescription medications, does McKesson
 2   determine the level of prescription medications they
 3   dispense?
 4        A.   No.
 5        Q.   What is that driven by?
 6        A.   That is fundamentally driven by physician
 7   prescriptions.
 8        Q.   Now, I'm going to focus most of my questions
 9   on prescription opioids.  But this role you have been
10   talking about that McKesson fills in making sure a
11   pharmacy has a medicine when somebody goes in to pick up
12   a prescription, does that apply to all prescription
13   medicines?
14        A.   Yes.
15        Q.   Do you have a general sense of, among all the
16   prescription medicines that McKesson distributes a
17   percentage of that that is prescription opioids?
18             Just ballpark?
19        A.   Ballpark, my recollection is probably, you
20   know, 4 percent or less.
21        Q.   A substantial minority?
22        A.   Yes.
23        Q.   Was it a substantial minority?
24        A.   Yes, it was.
25        Q.   Let's talk for a moment drilling down about
```

