# Exhibit G



# McKesson Corporation

# U.S. Pharmaceutical Controlled Substance Monitoring Program

Presentation to DEA, the Department of Justice and U.S. Attorneys' Offices

December 17, 2014



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              MCKMDL00456036

**McKESSON**

# CSMP Regulatory Affairs Team Structure

**Sr. Director, Regulatory Affairs**
Manages CSMP for Region
- Manages and understands the CSMP profile of Region (top purchasers, customer base and diversion trends)
- Specific customer decisions within Sr. Director authority

**Director, Regulatory Affairs (DRA)**
Manages CSMP for assigned DCs
- Manages and understands CSMP profile of assigned DCs (top purchasers, customer base and diversion trends)
- Specific customer decisions within Director authority

**Regulatory Affairs Manager (RAM)**
Investigative Support for DRAs
- Conducts site visits/questionnaires and other investigative support at direction of Director
- Understands customer base, pharmacy business models and diversion trends in area

**Regulatory Affairs Admin**
Administrative Support
- Provides administrative support for CSMP
- Primary point of administrative contact for Sales / Operations

CONFIDENTIAL; EXEMPT FROM FOIA; FOR SETTLEMENT PURPOSES ONLY / SUBJECT TO FRE 408 & 410

8

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                      MCKMDL00456043

# U.S. Pharma Regulatory Affairs



- Krista Peck — SVP
  - Gary Boggs — Sr. Director (East)
    - DRAs (7)
      - RAMs (4)
    - Reg. Affairs Admin (1)
  - Lisa Young — Sr. Director (West)
    - DRAs (7)
      - RAMs (8)
    - Reg. Affairs Admin (2)
  - Nate Hartle — Sr. Director Retail National Accounts
    - DRA (1)
      - RAMs (8)
    - RAM (1)
      - Reg. Affairs Admin (1)
  - Bernard Martin — Sr. Director (Statistics & Analytics)
    - Analysts (2)
  - Gary Hilliard — DRA
    - Licensing (1)

CONFIDENTIAL; EXEMPT FROM FOIA; FOR SETTLEMENT PURPOSES ONLY / SUBJECT TO FRE 408 & 410

9

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          MCKMDL00456044

# Regulatory Affairs Team

- More than 196 years in cumulative DEA enforcement experience

- Hired 26 full time employees in last year

- Diverse range of experience:
    - Federal and state diversion investigators
    - Retail pharmacy
    - Pharmaceutical manufacturers
    - Pharmacists
    - McKesson sales and operations
    - Data analytics
    - Legal and regulatory professionals