# Exhibit I

GREG WALDEN, OREGON
CHAIRMAN

FRANK PALLONE, JR., NEW JERSEY
RANKING MEMBER

ONE HUNDRED FIFTEENTH CONGRESS

# Congress of the United States
## House of Representatives
### COMMITTEE ON ENERGY AND COMMERCE
2125 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6115

Majority (202) 225–2927
Minority (202) 225–3641

May 1, 2018

Mr. John H. Hammergren
Chairman, President, and CEO
McKesson Corporation
One Post Street,
San Francisco, CA, 94104

Dear Mr. Hammergren:

    Thank you for agreeing to testify at the Subcommittee on Oversight and Investigations hearing on Tuesday, May 8, 2018, at 10:00 a.m. in 2123 Rayburn House Office Building. The hearing is entitled "Combating the Opioid Epidemic: Examining Concerns About Distribution and Diversion."

    The attached documents provide important details concerning the preparation and presentation of your testimony.

- The first attachment describes the form your testimony must take.

- The second attachment provides you with Electronic Format Guidelines that detail how to file testimony electronically.

- The third attachment provides you the Rules for the Committee on Energy and Commerce.

- The fourth attachment provides you with a Truth-in-Testimony Disclosure form and a Truth-in-Testimony instruction sheet.

    Please be aware that, in accordance with the Committee's usual practice:

1) Witnesses will be required to provide sworn testimony;

Mr. John H. Hammergren
Page 2

2) Witnesses have a right to be represented by counsel, who may advise the witnesses on their Constitutional rights, but cannot testify. If appearing as a witness, the counsel will be sworn in; and,

3) Hearings are open to audio, video, and photographic coverage by accredited press representatives only.

If you have any questions concerning any aspect of your testimony, please contact Alan Slobodin or Christopher Santini of the Energy and Commerce Committee staff at (202) 225-2927.

Sincerely,

*Gregg Harper*

Gregg Harper
Chairman
Subcommittee on Oversight and Investigations

Enclosures:   (1) Form of Testimony
(2) Electronic Format Guidelines
(3) Rules for the Committee on Energy and Commerce
(4) Truth-in-Testimony Disclosure form