# Exhibit J

| | |
|---|---|
| **From:** | David R. Cohen |
| **To:** | xALLDEFENDANTS-MDL2804-Service@arnoldporter.com; mdl2804discovery@motleyrice.com |
| **Subject:** | Agenda Item 146 |
| **Date:** | Friday, January 18, 2019 5:24:09 AM |

As I stated in an email ruling dated 12/6/18 (subject line "Agenda Item One"), "there will be no identification of any witness for any reason after 12/31." Plaintiffs did not identify Mr. Hammergren as a potential witness before this cut-off. Accordingly, the request to depose him in connection with the Track One cases is denied.

-David

===========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
**www.SpecialMaster.law**

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com