

Monika Isaia Jasiewicz
Log out

## Thank You for Your Payment



Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status *click here*

Your transaction has been processed successfully. Please print this page for your records.
An email receipt has also been sent to pwilson@baileyglasser.com

**Payment Information**

| Item | Qty | Unit Price | Total Price |
| --- | --- | --- | --- |
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |

**Payment Total: $ 358.00**

Date: June 15th, 2020 2:49 PM
Transaction #: 62407275365

**PHV Case Information**

| | |
| --- | --- |
| Civil Action Number | 13:17-01362 |
| Email | ijasiewicz@wc.com |

**Billing Name and Address**

Katherine Charonko
209 Capitol Street
Charleston, WV 25301

**Your Email**

pwilson@baileyglasser.com

**Credit Card Information**

Visa

************7144

Expires: December 2021

---

All Contents Copyright © 2020, The WV State Bar. All Rights Reserved.

The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231

Toll Free: 866-989-8227| Phone: 304-553-7220

Click here for assistance if you are having technical difficulties or have questions.