# EXHIBIT A

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                       - - -
 5

    IN RE:  NATIONAL          :   HON. DAN A.
 6  PRESCRIPTION OPIATE       :   POLSTER
    LITIGATION                :
 7                            :
    APPLIES TO ALL CASES      :   NO.
 8                            :   1:17-MD-2804
                              :
 9
                - HIGHLY CONFIDENTIAL -
10
        SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                         - - -
12
                    January 17, 2019
13
                         - - -
14
15           Videotaped deposition of
    GABRIEL WEISSMAN, taken pursuant to
16  notice, was held at the law offices of
    Reed Smith, LLP, 1717 Arch Street,
17  Philadelphia, Pennsylvania, beginning at
    10:00 a.m., on the above date, before
18  Michelle L. Gray, a Registered
    Professional Reporter, Certified
19  Shorthand Reporter, Certified Realtime
    Reporter, and Notary Public.
20
                         - - -
21
           GOLKOW LITIGATION SERVICES
22     877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
23
24
```

Golkow Litigation Services                              Page 1 (1)

Highly Confidential - Subject to Further Confidentiality Review

Page 82

1 form.
2     THE WITNESS: I'm not sure.
3 BY MS. HUGHES:
4     Q. Why would you have put it in
5 there?
6     A. I'm not sure why I would
7 have written that when drafting this.
8     Q. Did you --
9     MS. McCLURE: Are you
10     finished with that document?
11     MS. HUGHES: Yes.
12     MS. McCLURE: Okay. Is
13     there a time when we can take a
14     break?
15     MS. HUGHES: Yeah. Let me
16     just ask a couple more questions,
17     and we'll take a break.
18 BY MS. HUGHES:
19     Q. All right. You can put that
20 document to the side.
21     Did you draft other press
22 releases for Bob Mauch's signature in the
23 context of the opioid crisis?
24     A. I don't believe I drafted

Page 83

1 press releases for Bob Mauch's signature.
2     Q. What about opinion pieces?
3     A. I'm not sure if I've drafted
4 other ones.
5     Q. Have you drafted opinion
6 pieces for other AmerisourceBergen
7 executives or associates related to the
8 opioid crisis?
9     A. I've participated in the
10 drafting of opinion pieces.
11     Q. Do you remember what those
12 are?
13     A. Yes. I remember -- I
14 remember some, yeah.
15     Q. What are those?
16     A. I participated in the
17 drafting of an opinion piece under my own
18 byline, and I participated in the
19 drafting of an opinion piece under Steve
20 Collis' byline as well.
21     Q. Do you remember what the
22 names of those opinion pieces were?
23     A. I don't remember the names
24 off the top of my head.

Page 84

1     Q. Were they both related to
2 opioids?
3     A. The pieces that I'm thinking
4 about right now were, yes.
5     Q. Do you remember the
6 substantive -- the substance of those
7 pieces?
8     A. I don't remember the full
9 substance off the top of my head.
10     MS. HUGHES: All right. We
11     can take a break.
12     THE VIDEOGRAPHER: Going off
13     the record at 11:11 a.m.
14     (Short break.)
15     THE VIDEOGRAPHER: We are
16     back on the record at 11:34.
17 BY MS. HUGHES:
18     Q. Mr. Weissman, I know we took
19 a quick break. Do you still understand
20 that you're under oath?
21     A. I do.
22     Q. So we had been previously
23 talking about, you said that you had done
24 an op-ed piece for your own byline,

Page 85

1 right? Is that the correct terminology?
2     A. Yes.
3     Q. Did that piece run in the
4 Cincinnati Inquirer? Do you know?
5     A. I believe it did.
6     (Document marked for
7     identification as Exhibit
8     ABDC-Weissman-3.)
9 BY MS. HUGHES:
10     Q. All right. Mr. Weissman,
11 I'm handing you what's being marked as
12 Exhibit 3, the Bates stamp is
13 HDA_MDL_000013885. This is a document
14 that we got permission for from HDA
15 counsel.
16     A. Thank you.
17     Q. If you'll just let me know
18 when you're done reviewing that.
19     A. Thanks.
20     Okay. Thank you.
21     Q. Mr. Weissman, if you'll look
22 at Page 2 of this e-mail, last Bates
23 numbers are 86. You'll see two-thirds of
24 the way through on August 22nd, 2017,