# EXHIBIT B

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF OHIO
 3                 EASTERN DIVISION
 4                     -  -  -
 5   IN RE:  NATIONAL     :  MDL NO. 2804
     PRESCRIPTION OPIATE  :
 6   LITIGATION           :
     ------------------------------------------
 7                        :  CASE NO.
     THIS DOCUMENT        :  1:17-MD-2804
 8   RELATES TO ALL CASES:
                          :  Hon. Dan A.
 9                        :  Polster
10                     -  -  -
             Friday, August 3, 2018
11                     -  -  -
12   HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
               CONFIDENTIALITY REVIEW
13                     -  -  -
14            Videotaped deposition of
     CHRISTOPHER ZIMMERMAN, taken pursuant to
15   notice, was held at the law offices of
     Reed Smith, LLP, Three Logan Square, 1717
16   Arch Street, Suite 3100, Philadelphia,
     Pennsylvania 19103, beginning at 9:00
17   a.m., on the above date, before Amanda
     Dee Maslynsky-Miller, a Certified
18   Realtime Reporter.
19                     -  -  -
20
21
22
            GOLKOW LITIGATION SERVICES
23      877.370.3377 ph| 917.591.5672 fax
               deps@golkow.com
24
```

Page 178

1 controlled substances?
2     MR. NICHOLAS: Object to the
3     form.
4     THE WITNESS: It appears
5     that it lists the different
6     elements under that section and
7     states the relating Code of
8     Federal Regulation's section and
9     how companies may -- again, I
10    don't know who this was to,
11    whether it was internally, to
12    distributors. I'm not sure who
13    the customer was of the
14    presentation.
15        But it's just reiterating
16    items that fall underneath each of
17    the CFR sections.
18 BY MR. PIFKO:
19    Q. Do you believe -- or do you
20 have an understanding that
21 AmerisourceBergen has a responsibility to
22 comply with the CFR sections identified
23 here?
24        MR. NICHOLAS: Object to the

Page 179

1     form.
2         THE WITNESS: These are
3     sections that we -- that fall
4     under the distributor
5     requirements, yes.
6 BY MR. PIFKO:
7     Q. And do you believe that they
8 apply to AmerisourceBergen?
9     A. Yes.
10    Q. Under CFR1301.74 -- do you
11 see that at the bottom?
12    A. Yes.
13    Q. It says -- for all the other
14 ones above, it says a statement of the
15 regulation with a short summary, and it
16 says, No problem.
17        Do you see that?
18    A. I'm sorry, where?
19    Q. If you look at each
20 regulation, it's got a number, a bold
21 heading, a subject of that, and then it
22 has a brief summary of it.
23        Do you see that?
24    A. Yes.

Page 180

1     Q. And afterwards it says, No
2 problem.
3        Let's look at the first one.
4     A. Yes.
5     Q. Physical security controls.
6 No problem.
7        Do you see that?
8     A. Yes, I see that.
9     Q. Records and reports of
10 registrants. No problem.
11        Do you see that?
12    A. Yes.
13    Q. Orders for filling -- for
14 Schedule I and II controlled substances.
15 No problem.
16        Do you see that?
17    A. Yes.
18    Q. Other security controls-make
19 a good faith inquiry; report suspicious
20 orders; report significant losses. Gray
21 area.
22        Do you see that?
23    A. Yes.
24    Q. Do you have an understanding

Page 181

1 about what it means by "gray area"?
2     A. I think what they're
3 referring to, under these regulations,
4 are -- say 1301.72, physical security
5 controls, that the DEA has been very
6 specific.
7        So vaults need to have
8 poured-in-place concrete, 8 inches thick,
9 half-inch rebar, 6 inches on center. And
10 cages have to be developed of 10-gauge
11 steel. Openings can't be more than 2.5
12 inch diameter across. The structure has
13 to be built on 6-inch -- 1-inch posts
14 with 6 inches apart. They're very
15 specific.
16        With regards to reports, it
17 explains exactly how often you have to do
18 inventories, how to annotate it. It's
19 black-and-white.
20        And then also with the
21 schedule order 222 forms, it states that
22 you can't complete a line that has any
23 alterations. It's very black-and-white.
24        And when it gets to

Page 182

1 reporting suspicious orders, it's very --
2 a gray area, because it's not
3 black-and-white.  It doesn't say over
4 five or less than four.  And with
5 significant losses, there's no
6 definition.  Is it a thousand?  Is it
7 one?  Is it five?  Is it 10,000?
8         So that's, I believe, I
9 don't want to speak for Steve Mays, but I
10 believe that's the inference, is that DEA
11 has been very diligent about laying out
12 responsibilities, black-and-white,
13 through all these requirements, and then
14 this one area is -- they're not very
15 specific at all.  It's very open-ended.
16         If that makes sense.
17     Q.   Let's go to the next page.
18         It's got another CFR section
19 here -- well, actually, the one we were
20 just talking about, part of it.
21         Do you see that?
22     A.   Yes.
23     Q.   It says, The registrant
24 shall design and operate a system to

Page 183

1 disclose to the registrant suspicious
2 orders of controlled substances.  The
3 registrant shall inform field diversion
4 office of the administration in his area
5 of suspicious orders when covered by the
6 registrant.
7         Do you see that?
8     A.   Yes.
9     Q.   Do you agree that that's a
10 regulatory responsibility that
11 AmerisourceBergen has?
12         MR. NICHOLAS:  Object to the
13     form.
14         But go ahead.
15         THE WITNESS:  Yes.
16 BY MR. PIFKO:
17     Q.   Let's go to the next page.
18         Are we there?
19     A.   Yes.
20     Q.   Okay.  Again, it says,
21 Regulatory responsibility.  It's got
22 three bullet points.
23         The first one says,
24 Reporting suspicious orders to DEA does

Page 184

1 not relieve the distributor of the
2 responsibility to maintain effective
3 controls to prevent diversion.
4         Do you see that?
5     A.   Yes.
6     Q.   Do you have an understanding
7 about what that means?
8         MR. NICHOLAS:  Object to the
9     form.
10         THE WITNESS:  That you can't
11     just have a system that has --
12     that reports suspicious orders and
13     not have -- not have effective
14     controls in all the other areas we
15     just mentioned.  It doesn't
16     relieve your responsibility to
17     maintain effective controls.
18 BY MR. PIFKO:
19     Q.   Right.  So just reporting a
20 suspicious order doesn't discharge your
21 responsibility under The Controlled
22 Substances Act, correct?
23     A.   For recordkeeping, all those
24 other ones we kind of just went through.

Page 185

1 They are all grouped under the same
2 section, effective controls to prevent
3 diversion, 1301.  All of these are in
4 1301.
5         So just doing one of 1301,
6 74, doesn't relieve you of all the other
7 items under 1301.71.
8     Q.   The next bullet point says,
9 DEA cannot/will not tell a distributor if
10 an order is or is not legitimate; and/or
11 if the distributor should or should not
12 ship an order.
13         Do you see that?
14     A.   Yes.
15     Q.   Is that consistent with your
16 understanding of the DEA's position?
17     A.   Yes.  At the time of this
18 presentation, yes.
19     Q.   Then it says, Distributor
20 must make a business decision whether or
21 not to ship the order.
22         Do you see that?
23     A.   Yes.
24     Q.   What does that mean?