# EXHIBIT D



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

IN RE OPIOID LITIGATION

Index No. 400000/2017

**DECISION AND ORDER CONCERNING SERVICE OF TRIAL SUBPOENAS UPON CEO AND GENERAL COUNSEL OF ABDC**

The application of AmerisourceBergen Drug Corporation ("ABDC") (NYSCEF No. 4255) dated March 2, 2020 to quash trial subpoenas directed to Steven Collis, the Company's CEO, and John Chou, the Company's General Counsel, is granted. With regard to Plaintiffs' opposition (NYSCEF No. 5362) to the motion to quash, the Court adds that its granting of the motion to quash is without prejudice to an offer of proof from Plaintiffs at trial, after the other 20 ABDC subpoenaed witnesses have testified, as to why the testimony is needed and not cumulative, and with respect to the General Counsel, that it is not privileged.

Dated: March 9, 2020

ENTER,

_____
HON. JERRY GARGUILO, J.S.C

7071014.1