```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                    CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**
_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                    CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**
_____

<u>**ORDER**</u>

    Pending before the court are the following motions:

    1) Plaintiffs' motion to file their motion to compel under seal.  (ECF No. 438);

    2) A motion for leave to file under seal a Notice of Supplemental Authority filed by plaintiffs and amici.  (ECF No. 495);

    3) Cardinal Health's motion to file their opposition to plaintiffs' motion to compel under seal.  (ECF No. 523); and

4) Amerisourcebergen's motion to file under seal its response to plaintiffs' notice of supplemental authority. (ECF No. 528).

For good cause shown, those motions are **GRANTED**.

The Clerk is directed to send copies of this Order to counsel of record and Special Master Wilkes.

**IT IS SO ORDERED** this 16th day of June, 2020.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge