## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **The City of Huntington,**<br>            **Plaintiff,**<br>**v.**<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>                         **Defendants.** | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| **Cabell County Commission,**<br>            **Plaintiff,**<br>**v.**<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>                         **Defendants.** | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

### NOTICE OF IN-PERSON VIDEOTAPED DEPOSITION OF GORDON MERRY

**PLEASE TAKE NOTICE** that, pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Defendants, by and through undersigned counsel, will take the in-person, oral videotaped deposition of **GORDON MERRY**, on **June 29, 2020**, beginning at **9:00 a.m. Eastern Standard Time** at **Mountain Health Arena, One Civic Center Plaza, Huntington, WV 25701**.

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.  The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered by the Court.  Court reporting services and video recording services will be provided by Veritext Legal Solutions. Parties may dial into the deposition using conference call number 646-658-7788 and access code 7801962271.

Dated:  June 18, 2020                            Respectfully submitted,

                                               */s/ Jeffrey M. Wakefield*
                                               Jeffrey M. Wakefield (WVSB #3894)
                                               jwakefield@flahertylegal.com
                                               Jason L. Holliday (WVSB #12749)
                                               jholliday@flahertylegal.com
                                               FLAHERTY SENSABAUGH BONASSO PLLC
                                               P.O. Box. 3843
                                               Charleston, WV 25338-3843
                                               Telephone: (304) 345-0200

                                               */s/ Geoffrey E. Hobart*
                                               Geoffrey E. Hobart
                                               Mark H. Lynch
                                               Christian J. Pistilli
                                               Laura Flahive Wu
                                               COVINGTON & BURLING LLP
                                               One CityCenter
                                               850 Tenth Street NW Washington, DC 20001
                                               Tel: (202) 662-5281
                                               ghobart@cov.com
                                               mlynch@cov.com
                                               cpistilli@cov.com
                                               lflahivewu@cov.com

                                               *Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on 18th day of June, 2020, the forgoing was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail at mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com


Dated:  June 18, 2020                          */s/ Jeffrey M. Wakefield*
                                               Jeffrey M. Wakefield (WVSB #3894)