IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                                      Civil Action No. 3:17-01362
                                                      Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.
_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                                      Civil Action No. 3:17-01665
                                                      Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

## NOTICE OF IN-PERSON DEPOSITION OF STEVE WILLIAMS

PLEASE TAKE NOTICE that, pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Defendants, by and through undersigned counsel, will take the in-person, oral videotaped deposition of **STEVE WILLIAMS, on June 30, 2020**, beginning at **9:00 a.m. Eastern Time at Mountain Health Arena, One Civic Center Plaza, Huntington, West Virginia 25701.**

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.  The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and the Deposition Protocol.  Court reporting services and video recording services will be provided by Veritext Legal Solutions.

Dated:   June 22, 2020

Respectfully submitted,

  /s/ David R. Pogue
Michael W. Carey (WVSB No. 635)
David R. Pogue (WWVSB No. 10806)
CAREY, SCOTT, DOUGLAS & KESSLER, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
*Counsel for Cardinal Health, Inc. in*
*The City of Huntington action*

  /s/ Steven R. Ruby
Brian A. Glasser (WVSB No. 6597)
Steven R. Ruby (WVSB No. 10752)
Raymond S. Franks II (WVSB No. 6523)
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
bglasser@baileyglasser.com
sruby@baileyglasser.com
rfranks@baileyglasser.com
*Counsel for Cardinal Health, Inc. in*
*Cabell County action*

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
*Counsel for Cardinal Health, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of June, 2020, the foregoing "Notice of In-Person Deposition of Steve Williams" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail to mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com.

Dated:   June 22, 2020

  /s/ David R. Pogue
David R. Pogue (WVSB No. 10806)