# EXHIBIT A



                                                                       Reed Smith LLP
                                                                      Three Logan Square
                                                                      Suite 3100
                                                                   1717 Arch Street
                                                           Philadelphia, PA 19103

**Robert A. Nicholas**
Direct Phone:  +1 215 851 8252
Email:  rnicholas@reedsmith.com

                                                                 +1 215 851 8100
                                                         Fax +1 215 851 1420
                                                                          reedsmith.com

**May 10, 2019**

**Via Email**

Counsel for Plaintiffs and Defendants

**Re:**     **In re National Prescription Opiate Litigation**
          **MDL No. 2804**

Dear Counsel:

      AmerisourceBergen Drug Corporation ("ABDC") is posting the following documents to the Ricoh secure FTP site:

      1.      ABDCMDL_VOL174

      These documents bear Bates stamps ABDCMDL00451013 to ABDCMDL00451030.  ABDC has consistently maintained that it will produce non-privileged documents created up to but not after the date of its original response to Plaintiffs' First Requests for Production of Documents (May 29, 2018). Without waiving that objection, and in the spirit of compromise, ABDCMDL_VOL174 contains a letter sent by Congress to ABDC on May 31, 2018 and ABDC's written response.

      The password to access the documents is @B(mD<P!t@.  Please note that ABDCMDL_VOL174 contains documents which have been designated Confidential or Highly Confidential under Case Management Order No. 2.  ABDC is also attaching an updated copy of its MDL production log.

Very truly yours,

*/s/ Robert A. Nicholas*

Robert A. Nicholas

cc:     Mark Pifko, Esq., Baron & Budd, P.C.
         Scott Simmer, Esq., Baron & Budd, P.C.
         Sterling Cluff, Esq., Baron & Budd, P.C.
         mdl2804discovery@motleyrice.com
         xALLDEFENDANTS-MDL2804-Service@arnoldporter.com