## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
     **Plaintiff,**

**v.**

**AMERISOURCEBERGEN DRUG**           **CIVIL ACTION NO. 3:17-01362**
**CORPORATION, et al.,**
     **Defendants.**
_____

**CABELL COUNTY COMMISSION,**
     **Plaintiff,**

**v.**

**AMERISOURCEBERGEN DRUG**           **CIVIL ACTION NO. 3:17-01665**
**CORPORATION, et al.,**
     **Defendants.**

### PLAINTIFFS' OPPOSITION TO DEFENDANT AMERISOURCEBERGEN'S MOTION TO STRIKE AND RESPONSE TO AMERISOURCEBERGEN'S MOTION FOR LEAVE TO FILE A SUR-REPLY

Plaintiffs, the City of Huntington and the Cabell County Commission, hereby respond to Defendant AmerisourceBergen Drug Corporation's ("ABDC's") Motion to Strike Plaintiffs' Reply in Support of Motion to Compel Deposition of Steven H. Collis (ABDC CEO) or for Leave to File a Sur-Reply in Opposition.

ABDC's motion concerns a single, non-substantive representation in Plaintiffs' 12-page Reply. Although Plaintiffs stand by the factual representations set forth in their Reply, (ECF 606), Plaintiffs' motion to compel the deposition of Mr. Collis is not premised upon any argument relating to discovery misconduct, and the document itself still reinforces the numerous reasons

why Plaintiffs are entitled to depose Mr. Collis based upon his unique knowledge of material subject matter.

ABDC's motion to strike Plaintiffs' entire Reply is wholly unwarranted and should be denied.  Plaintiffs respectfully request that the Court consider Plaintiffs' motion on the basis of the legal arguments set forth in Plaintiffs' Motion to Compel and Reply, without consideration of the dispute arising out of the late disclosure of Congressional records (ABDC-WVFED_PROD023) (06.12.2020), which will be re-directed to the presiding judge in MDL2804.

Finally, although Plaintiffs struggle to understand how the issues raised in ABDC's Motion warrant a sur-reply, Plaintiffs will not oppose Defendant's Motion for Leave to File a Sur-Reply.

Dated: June 23, 2020                                              Respectfully submitted,

**THE CITY OF HUNTINGTON**                    **CABELL COUNTY COMMISSION**

/s/ *Anne McGinness Kearse*                          /s/ *Paul T. Farrell, Jr.*
Anne McGinness Kearse (WVSB No. 12547)      Paul T. Farrell, Jr. (WVSB Bar No. 7443)
Joseph F. Rice                                                **FARRELL LAW**
**MOTLEY RICE LLC**                                   422 Ninth Street, 3rd Floor (25701)
28 Bridgeside Blvd.                                         PO Box 1180
Mount Pleasant, SC 29464                              Huntington, West Virginia 25714-1180
Tel: 843-216-9000                                          Mobile: 304-654-8281
Fax: 843-216-9450                                         paul@farrell.law
akearse@motleyrice.com
jrice@motleyrice.com                                     /s/ *Anthony J. Majestro*
                                                                   Anthony J. Majestro (WVSB No. 5165)
Linda Singer                                                 **POWELL & MAJESTRO, PLLC**
David I. Ackerman                                         405 Capitol Street, Suite P-1200
**MOTLEY RICE LLC**                                  Charleston, West Virginia 25301
401 9th Street NW, Suite 1001                        304-346-2889 / 304-346-2895 (f)
Washington, DC 20004                                   amajestro@powellmajestro.com
Tel: 202-232-5504
Fax: 202-386-9622                                        Michael A. Woelfel (WVSB No. 4106)
lsinger@motleyrice.com                                 **WOELFEL AND WOELFEL, LLP**
dackerman@motleyrice.com                           801 Eighth Street
                                                                   Huntington, West Virginia 25701

Charles R. "Rusty" Webb (WVSB No. 4782)          Tel. 304.522.6249
**THE WEBB LAW CENTRE, PLLC**                     Fax. 304.522.9282
716 Lee Street, East                              mikewoelfel3@gmail.com
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 23rd day of June, 2020, the foregoing was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and served on all counsel via email to plaintiffs' listserv at mdl2804discovery@motleyrice.com and to defendants' listserv at track2opioiddefendants@reedsmith.com.

/s/ Monique Christenson
Monique Christenson (SC Bar No. 104063)
**MOTLEY RICE LLC**