IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this the 25th day of June, 2020, the foregoing "Defendant McKesson Corporation's Opposition to Plaintiffs' Motion to Compel McKesson to Produce Documents from its Saleforce Platform" and supporting declarations and exhibits were served on counsel of record via email and this Certificate of Service was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                            /s/ Jeffrey M. Wakefield
                                            Jeffrey M. Wakefield (WVSB #3894)