# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                    Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                    Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 25th day of June, 2020, the foregoing *Cardinal Health's Opposition to Plaintiffs' Motion to Compel Defendants McKesson Corporation and Cardinal Health, Inc., to Produce Documents from their Salesforce Databases*, together with exhibits and/or attachments thereto, were served on counsel of record by electronic mail, and that this Certificate of Service was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  June 25, 2020

                                                              */s/ Raymond S. Franks II*
                                                              Raymond S. Franks II (WVSB #6523)