UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

## STIPULATED ORDER TO FILE UNDER SEAL

The undersigned has been informed of the parties' stipulation to file under seal, and in accordance therewith, hereby orders that Defendants McKesson Corporation's and Cardinal Health, Inc.'s respective ***Oppositions to Plaintiffs' Motion to Compel Defendants McKesson Corporation and Cardinal Health, Inc., to Produce Documents from Their Salesforce Databases, Memorandum of Law, and Exhibits thereto*** shall each be filed under seal.

Dated:  June 26,  2020                       Respectfully submitted,

                                                        */s/* Christopher Wilkes
                                                            Special Master