


# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

## DISCOVERY RULING 10
## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL RESPONSES FROM CARDINAL HEALTH TO PLAINTIFFS' FIRST AND SIXTH COMBINED DISCOVERY REQUESTS

    The Special Master has reviewed the Plaintiffs' Motion, Defendant Cardinal Health's Response in Opposition and Plaintiffs' Reply in Support along with email correspondence narrowing the requested relief to Plaintiff's First Combined Request No. 3, Sixth Combined Request No. 4 and Sixth Combined Request No. 9. After review and consideration, the Special Master is of the opinion that Cardinal Health has sufficiently answered these specific requests and therefore denies the relief requested and the Motion is DENIED.

Respectfully submitted,
Enter: June 29th, 2020

                                                                              <u>Christopher Wilkes</u>
                                                                              Special Master