## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                                                CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                                                CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

### **NOTICE OF REMOTE DEPOSITION OF ELIZABETH ADKINS**

Defendant AmerisourceBergen Drug Corporation, by and through counsel, hereby give notice that the remote, oral videotaped deposition of Elizabeth Adkins, Director of Health & Wellness and Public Information Officer of the Cabell-Huntington Health Department will take place on July 2, 2020, beginning at 9:00 a.m. Eastern Time. The deposition shall be videotaped and recorded stenographically and will be conducted before a notary public or other person authorized to administer oaths. Court reporting services and video recording services will be provided by Veritext Legal Solutions (216-523-1313; opioid@veritext.com), who will provide remote access for all parties wishing to participate via video conference or telephone.

PLEASE TAKE FURTHER NOTICE that the Deponent must have access to a laptop, computer, or tablet with web camera capability. Deponent may not use a cell phone to provide testimony. Deponent must also have the capability to view documents electronically. To the extent Deponent is not in possession of the required technology, documents shall be provided to the Deponent in hardcopy and/or Deponent's counsel shall provide the required technology. Recommended Specifications are below:

    i. Computer

    ii. Web Camera

    iii. Internet Browser (Google Chrome Preferred)

    iv. Minimum 10 mb/s wired, secure internet connection

At minimum, Deponent must have sufficient internet connectivity and bandwidth to support a video deposition. Such capacity shall be sufficient to ensure that when used with the system selected for the deposition, there shall be (a) high-quality video upload (from Deponent) and download (to other Participants), (b) no material time discrepancy between audio and video, and (c) consistent connectivity, with no material disruptions.

Dated: June 29, 2020

                          Respectfully submitted,

                          *AmerisourceBergen Drug Corporation*
                          By Counsel:

                          */s/ Gretchen M. Callas*
                          Gretchen M. Callas (WVSB #7136)
                          JACKSON KELLY PLLC
                          Post Office Box 553
                          Charleston, West Virginia 25322
                          Tel: (304) 340-1000
                          Fax: (304) 340-1050
                          gcallas@jacksonkelly.com

        Robert A. Nicholas
        Shannon E. McClure
        REED SMITH LLP
        Three Logan Square
        1717 Arch Street, Suite 3100
        Philadelphia, PA 19103
        Tel: (215) 851-8100
        Fax: (215) 851-1420
        rnicholas@reedsmith.com
        smcclure@reedsmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, the foregoing ***Notice of Remote Deposition of Elizabeth Adkins*** was sent to Counsel for the Plaintiffs and Defendants using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

<i><u>/s/ Gretchen M. Callas</u></i><br>
Gretchen M. Callas (WVSB # 7136)