## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG<br>CORPORATION, et al.,<br><br>　　　　Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG<br>CORPORATION, et al.,<br><br>　　　　Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

　　　　Please take notice Steven R. Ruby, Raymond S. Franks II and the law firm of Cary Douglas Kessler & Ruby PLLC, 901 Chase Tower, 707 Virginia Street, East, Charleston, West Virginia 25301, have assumed responsibility for the defense of Defendant Cardinal Health, Inc., in the place and stead of Brian A. Glasser and the law firm of Bailey & Glasser LLP in the above-captioned civil action. All correspondence and legal documents should be forwarded to Steven R. Ruby and Raymond Franks at the address above.

**CARDINAL HEALTH, INC.**

By Counsel.

*/s/ Brian A. Glasser*
Brian A. Glasser (WVSB #6597)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile:  (304) 342-1110
Email: bglasser@baileyglasser.com

## CERTIFICATE OF SERVICE

    The undersigned counsel hereby certifies that on this 30th day of June, 2020, the foregoing **"NOTICE OF SUBSTITUTION OF COUNSEL"** was filed electronically via the Court's CM/ECF electronic filing system which will send notification to all counsel registered in the system.

                                                      */s/ Brian A. Glasser*
                                                      Brian A. Glasser