IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                                    Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.
_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                                    Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

## NOTICE OF INTENT TO SERVE SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Cardinal Health, Inc., by and through undersigned counsel, will cause the attached subpoena to be duly served on Robert L. Bailey, as soon as practicable.

Dated this 1st day July, 2020.

                                                                  /s/ Steven R. Ruby
                                                     Michael W. Carey (WVSB No. 635)
                                                     Steven R. Ruby (WVSB No. 10752)
                                                     David R. Pogue (WVSB No. 10806)
                                                     Raymond S. Franks, II (WVSB No. 6523)
                                                     Carey Douglas Kessler & Ruby, PLLC
                                                     901 Chase Tower, 707 Virginia Street, East
                                                     P.O. Box 913
                                                     Charleston, WV 25323
                                                     Telephone: (304) 345-1234
                                                     sruby@cdkrlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                    Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                    Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of July, 2020, the foregoing "Notice of Intent to Serve Subpoena" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                            /s/ Steven R. Ruby
                                          Steven R. Ruby (WVSB No. 10752)