UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>    Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al.*<br>    Defendants. | |
| CABELL COUNTY COMMISSION,<br>    Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al.*<br>    Defendants. | |

## STIPULATED ORDER TO FILE UNDER SEAL

The undersigned has received parties' stipulation to file under seal and hereby orders that *Plaintiffs' Reply Memorandum in Support of Motion to Compel Defendant Cardinal Health, Inc. to Produce Documents from Its Salesforce Database* and *Plaintiffs' Reply Memorandum in Support of Motion to Compel Defendant McKesson Corporation to Produce Documents from Its Salesforce Database* shall be filed under seal.

Dated:  July 1,  2020                                           Respectfully submitted,


                                                                                      Christopher Wilkes
                                                                                      Special Master