IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                                                          CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                                                           CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

### AMENDED NOTICE OF SERVICE OF THIRD-PARTY SUBPOENAS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Defendants") will serve a Subpoena to Testify at a Deposition in a Civil Action upon the following individuals:

1. Kathleen Napier, Director of Nursing, Cabell-Huntington Health Department;
2. Michelle Perdue, Harm Reduction Program Coordinator, Cabell-Huntington Health Department; and
3. Timothy Hazelett, Administrator, Cabell-Huntington Health Department.

Accompanying this Notice, please find a copy of the aforementioned subpoenas.

1

Dated: July 2, 2020

        Respectfully submitted,

        *AmerisourceBergen Drug Corporation*
        By Counsel:

        */s/ Gretchen M. Callas*
        Gretchen M. Callas (WVSB #7136)
        JACKSON KELLY PLLC
        Post Office Box 553
        Charleston, West Virginia 25322
        Tel: (304) 340-1000
        Fax: (304) 340-1050
        gcallas@jacksonkelly.com

        Robert A. Nicholas
        Shannon E. McClure
        REED SMITH LLP
        Three Logan Square
        1717 Arch Street, Suite 3100
        Philadelphia, PA 19103
        Tel: (215) 851-8100
        Fax: (215) 851-1420
        rnicholas@reedsmith.com
        smcclure@reedsmith.com

        *Cardinal Health, Inc.*
        By Counsel:

        */s/ Michael W. Carey*
        Michael W. Carey (WVSB #635)
        David R. Pogue (WVSB #10806)
        Steven R. Ruby (WVSB #10752)
        Raymond S. Franks II (WVSB #6523)
        Carey, Douglas, Kessler & Ruby, PLLC
        901 Chase Tower, 707 Virginia Street, East
        P.O. Box 913
        Charleston, WV 25323
        Telephone: (304) 345-1234
        mwcarey@csdlawfirm.com
        drpogue@csdlawfirm.com
        sruby@cdkrlaw.com
        rfranks@cdkrlaw.com

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com

***McKesson Corporation***
By Counsel:

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200


*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this 2nd day of July, 2020, the foregoing *Amended Notice of Service of Third-Party Subpoenas* was served upon counsel of record electronically.

>/s/ Gretchen M. Callas
>Gretchen M. Callas (WVSB #7136)