IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                      CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                      CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

## AMENDED NOTICE OF SERVICE OF THIRD-PARTY SUBPOENA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), AmerisourceBergen Drug Corporation will serve a Subpoena to Testify at a Deposition in a Civil Action upon James Kraner, (former) Chief Toxicologist, Office of the Chief Medical Examiner.

Accompanying this Notice, please find a copy of the aforementioned subpoena.

Dated: July 6, 2020.

                                                    Respectfully submitted,

*AmerisourceBergen Drug Corporation*
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this 6th day of July, 2020, the foregoing *Amended Notice of Service of Third-Party Subpoena* was served upon counsel of record electronically.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)