**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **The City of Huntington,**<br>                    **Plaintiff,**<br>**v.**<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>                                        **Defendants.** | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| **Cabell County Commission,**<br>                        **Plaintiff,**<br>**v.**<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>                                        **Defendants.** | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

<u>**NOTICE OF IN-PERSON VIDEOTAPED DEPOSITION OF CONNIE PRIDDY**</u>

**PLEASE TAKE NOTICE** that, pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Defendants, by and through undersigned counsel, will take the in-person, oral videotaped deposition of **Connie Priddy**, on **July 13, 2020**, beginning at **9:00 a.m. Eastern Standard Time** at **Mountain Health Arena, One Civic Center Plaza, Huntington, WV 25701**.

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.  The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered by the Court.  Court reporting services and video recording services will be provided by Veritext Legal Solutions. Parties may dial into the deposition using conference call number **646-568-7788** and access code **7801962271**.

Dated:  July 7, 2020                    Respectfully submitted,

                                        */s/ Jeffrey M. Wakefield*
                                        Jeffrey M. Wakefield (WVSB #3894)
                                        jwakefield@flahertylegal.com
                                        Jason L. Holliday (WVSB #12749)
                                        jholliday@flahertylegal.com
                                        FLAHERTY SENSABAUGH BONASSO PLLC
                                        P.O. Box. 3843
                                        Charleston, WV 25338-3843
                                        Telephone: (304) 345-0200

                                        */s/ Geoffrey E. Hobart*
                                        Geoffrey E. Hobart
                                        Mark H. Lynch
                                        Christian J. Pistilli
                                        Laura Flahive Wu
                                        COVINGTON & BURLING LLP
                                        One CityCenter
                                        850 Tenth Street NW Washington, DC 20001
                                        Tel: (202) 662-5281
                                        ghobart@cov.com
                                        mlynch@cov.com
                                        cpistilli@cov.com
                                        lflahivewu@cov.com

                                        *Counsel for McKesson Corporation*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on 7th day of July, 2020, the forgoing was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail at mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com

Dated: July 7, 2020                    /s/ Jeffrey M. Wakefield
                                       Jeffrey M. Wakefield (WVSB #3894)