# Ann Bradshaw

| | |
|---|---|
| **From:** | Auto-Receipt [noreply@mail.authorize.net] |
| **Sent:** | Tuesday, July 07, 2020 3:16 PM |
| **To:** | Podoll, A. Joshua |
| **Subject:** | Transaction Receipt from The West Virginia State Bar for $358.00 (USD) |

### Order Information

| | |
|---|---|
| Description: | Online Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 84b2b6e26b668484f788 |
| Customer ID | 41545 |

**Billing Information**
David Pogue
707 Virginia Street East
Charleston, WV 25301
US
apodoll@wc.com

**Shipping Information**

**Total: $358.00 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 7-Jul-2020 12:14:24 PDT |
| Transaction ID: | 62442838399 |
| Payment Method: | Visa xxxx1935 |
| Transaction Type: | Purchase |
| Auth Code: | 02740G |

### Merchant Contact Information

The West Virginia State Bar
Charleston, WV 25311
US
halls@wvbar.org
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.