# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**


THE CITY OF HUNTINGTON,
     Plaintiff,

v.                                CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
     Defendants.
_____


CABELL COUNTY COMMISSION,

     Plaintiff,

v.                                CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
     Defendants.
_____


**AMERISOURCEBERGEN DRUG CORPORATION'S
THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS'
(FIRST) COMBINED DISCOVERY REQUESTS TO DISTRIBUTORS**

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, Defendant AmerisourceBergen Drug Corporation ("ABDC"), by and through its undersigned counsel, hereby supplements its responses to Plaintiffs' (First) Combined Discovery Requests to Distributors ("Combined Requests").  ABDC reserves its right to further supplement these responses and objections as appropriate.

## GENERAL OBJECTIONS AND RESERVATION OF RIGHTS

1.      ABDC incorporates by reference its General Objections and Reservation of Rights from its Objections and Responses to Plaintiffs' (First) Combined Discovery Requests to Distributors served on November 29, 2019.

## COMBINED DISCOVERY REQUESTS re: DISTRIBUTION

**Combined Request No. 1.**   Please produce all transactional data related to the distribution of prescription opioids arising out of CT2 from January 1, 1996, to the present.

**RESPONSE:**

ABDC incorporates its General Objections, and limits its response to the time period and geographic scope established by Discovery Ruling Nos. 2 and 3.  ABDC further objects to the proposed time frame on the grounds that the specified twenty-three year time period is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of information or documents relevant to any claim or defense in this action.

Subject to and without waiving its objections, ABDC will produce Opioid-related transactional data for Cabell County and the City of Huntington from June 3, 2002 to May 29, 2018 in a format consistent with how the transactional data is maintained by ABDC in the ordinary course of business.  ABDC does not have transactional data prior to June 3, 2002 in its possession, custody, or control.

**Combined Request No. 2.**   Please identify in chronological order the title of each Suspicious Order Monitoring System (SOMS) policy in force from January 1, 1996, to the present and produce a copy of the same. After each entry, please identify the Bates range which corresponds to each policy to enable a jury to correlate each policy in your written answer to each document produced.

**RESPONSE:**

 ABDC incorporates herein by reference its General Objections.  ABDC further objects to the proposed time frame on the grounds that the specified twenty-three year time period is

overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of information or documents relevant to any claim or defense in this action.  ABDC further objects to the request to identify the Bates range which corresponds to each policy as the burden to do so will be substantially the same for ABDC as it will be for Plaintiffs.  *See* Federal Rule of Civil Procedure Rule 33(d).

Subject to and without waiving its objections, to the extent that it possesses such information, ABDC has produced its Order Monitoring Program policies and procedures in effect during the period from January 1, 1998 to May 29, 2018.  The Bates numbers for those policies and procedures are included in Appendix A.

**SUPPLEMENTAL RESPONSE (March 10, 2020):**

 ABDC incorporates herein by reference its General Objections.  ABDC further objects to the proposed time frame on the grounds that the specified twenty-four year time period is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of information or documents relevant to any claim or defense in this action.  ABDC further objects to the request to identify the Bates range which corresponds to each policy as the burden to do so will be substantially the same for ABDC as it will be for Plaintiffs.  *See* Federal Rule of Civil Procedure Rule 33(d).

Subject to and without waiving its objections, ABDC states that from the time period starting in or around 1998, ABDC has operated three main iterations of its Order Monitoring Program, from approximately 1998 to 2007, 2007 to 2015, and 2015 to present (as is set forth in more detail in documents produced by ABDC and testimony provided by ABDC witnesses).  All three iterations of the program were subject to ongoing and periodic updates and enhancements during their respective effective periods.  The relevant policies and procedures for ABDC's

Order Monitoring Program were produced previously in this litigation, as summarized in Appendix A.  This chart reflects those policies and procedures that have been located and produced in this litigation (with the associated Bates range for each) and lists them in chronological order based on the effective date.  Revision dates for the policies and procedures are also provided, as applicable.  This request seeks documents dating back up to 20 years or more, and it is possible that additional policies and procedures existed at some time in the past but no longer exist or have not been located, despite reasonable and diligent efforts.  ABDC reserves the right to supplement this response.

**Combined Request No. 3.**   Please identify each suspicious order you reported to any regulatory body, including the DEA and/or the West Virginia Board of Pharmacy, arising out of CT2 and produce all documents related thereto. After each entry, please identify the Bates range which corresponds to each suspicious order to enable a jury to correlate each suspicious order in your written answer to each document produced.

**RESPONSE:**

ABDC incorporates its General Objections.  ABDC further objects to this Combined Request as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of information or documents relevant to any claim or defense in this action to the extent that it is not limited to ABDC's distribution of Opioids to Cabell County or the City of Huntington or, more specifically, ABDC's distribution of Opioids to pharmacies or healthcare providers in Cabell County or the City of Huntington in West Virginia that are alleged to have actually diverted Opioids resulting in purported harm to Plaintiffs.  ABDC further objects to the request to identify the Bates range which corresponds to each suspicious order as the burden to do so will be substantially the same for ABDC as it will be for Plaintiffs.  *See* Federal Rule of Civil Procedure Rule 33(d).

Subject to and without waiving its objections, to the extent that it possesses such information, ABDC will produce documents sufficient to identify orders flagged by ABDC's

Order Monitoring Program for further review, as well as orders that were determined to be suspicious, from July 1, 2007 to May 29, 2018, relating to its distribution and sale of Opioids in Cabell County and the City of Huntington in West Virginia.  Prior to the initiation of its revised Order Monitoring Program in 2007, ABDC reported suspicious orders through means including the use of automated reporting (*see* ABDCMDL00315783), excessive purchase reports (*see, e.g.*, ABDCMDL00316041), and via telephone (*see* ABDCMDL00315783 (letter referencing reporting suspicious orders via telephone)).  Following a reasonable investigation, ABDC has not located additional exemplars of the documentation reflecting its reporting of suspicious orders to the DEA during the operation of its 1998 suspicious order monitoring program.

**SUPPLEMENTAL RESPONSE (April 17, 2020):**

ABDC incorporates by reference its objections and response to this Request as stated above.  Subject to and without waiving its objections, ABDC produced Order Monitoring Program data which identifies the orders ABDC reported to DEA between July 2007 and December 2018 for its customers in West Virginia, including orders reported for customers in Cabell County and the City of Huntington.  The orders reported to DEA for customers in Cabell County and the City of Huntington between July 2007 and December 2018 can be found at the following Bates numbers:

| Pharmacy | DEA Number | Bates |
|---|---|---|
| Cabell Huntington Hospital 340B | AC2977556 | ABDCMDL01911482 |
| Cabell Huntington Outpatient Pharmacy | BC3917436 | ABDCMDL01911479 |
| Drug Emporium | BD0427927 | ABDCMDL01911482 |
| Highlawn Preferred Pharmacy, LLC | FH2459077 | ABDCMDL01911479 |
| McCloud Family Pharmacy | BM9558733 | ABDCMDL01911479; ABDCMDL01911482 |
| Pharmacy Associates Inc | BP0795433 | ABDCMDL01911479 |
| Ross Drug | FA3682348 | ABDCMDL01911479 |

- 5 -

| Pharmacy | DEA Number | Bates |
|----------|------------|-------|
| Safescript Pharmacy #6 | BS8246349 | ABDCMDL01911482 |

ABDC's document production is ongoing, and it reserves the right to supplement this response to the extent it locates any additional files identifying suspicious orders arising out of Cabell County and/or the City of Huntington. ABDC employees reviewing and adjudicating orders regularly consult available information and ongoing customer analytics, including but not limited to due diligence files, trend reports, and monthly and weekly dashboards. The adjudication of orders is also informed by an order reviewer's then-existing knowledge of the customer. Further, orders are reviewed and adjudicated at a specific point in time based on then-available data, including the customer's consumption at that point in time. This data that is used to adjudicate orders is not static, and ABDC therefore no longer possesses the exact real-time data used to adjudicate the orders of interest for the pharmacies listed above at the time the specific orders of interest were adjudicated.

ABDC further notes that there is no regulatory requirement that ABDC maintain a file capturing a snapshot of the data it looked at in determining if an order is suspicious. Indeed, there is no regulatory requirement that ABDC maintain a file *at all* for the investigation it conducts into each order it adjudicates or even for each customer it services. Nonetheless, the Bates ranges for the due diligence files located in ABDC's record management systems for ABDC's customers in Cabell County and the City of Huntington are listed in ABDC's Supplemental Response to Combined Request Number 4 below. Additionally, ABDC will produce documents found in custodial files that relate to its customers in Cabell County and the City of Huntington, including relating to adjudicated orders for those customers.

**Combined Request No. 4.**    Please produce the due diligence file for each of your customers in CT2. Please identify the Bates range which corresponds to each due diligence file to enable a jury to correlate each due diligence file to each of your customers.

**RESPONSE:**

ABDC incorporates herein by reference its General Objections, and limits its response to the time period and geographic scope established by Discovery Ruling Nos. 2 and 3. ABDC further objects to the request to identify the Bates range which corresponds to each due diligence file as the burden to do so will be substantially the same for ABDC as it will be for Plaintiffs. *See* Federal Rule of Civil Procedure Rule 33(d).

Subject to and without waiving its objections, ABDC will conduct a reasonable search and produce non-privileged, responsive documents from ABDC's due diligence files for its customers in Cabell County and the City of Huntington to the extent they exist and can be located.

**SUPPLEMENTAL RESPONSE (April 17, 2020):**

ABDC incorporates by reference its objections and response to this Request as stated above. Subject to and without waiving its objections, ABDC has produced monthly and weekly "dashboards" containing due diligence information regarding ABDC's customers throughout the United States, including those in Cabell County and the City of Huntington. *See* ABDCMDL_VOL109; ABDCMDL_VOL115; ABDCMDL_VOL156; ABDCMDL_VOL158; ABDCMDL_VOL159. ABDC has also produced monthly trend reports containing due diligence information regarding ABDC's customers throughout the United States, including those in Cabell County and the City of Huntington. *See* ABDCMDL_VOL024. Further, ABDC will produce due diligence documents found in custodial files that relate to its customers in Cabell County and the City of Huntington.

In addition to monthly and weekly dashboards, trend reports, and due diligence materials found in custodial files, ABDC has produced due diligence files from its record management

systems (NetDocs and Matter Management) for its customers in Cabell County and the City of

Huntington at the following Bates ranges:

| Pharmacy | DEA Number | Beg Bates Range | End Bates Range |
|---|---|---|---|
| Cabell Huntington Outpatient Pharmacy | BC3917436 | ABDCMDL01910742 | ABDCMDL01910821 |
| Continuumcare Pharmacy | FC1712668 | ABDCMDL01911386 | ABDCMDL01911432 |
| Drug Emporium | BD0427927 | ABDCMDL01911188 | ABDCMDL01911190 |
| | | ABDCMDL01911306 | ABDCMDL01911307 |
| | | ABDCMDL01911360 | ABDCMDL01911360 |
| | | ABDCMDL01911365 | ABDCMDL01911365 |
| G and R LLC | BG6892625 | ABDCMDL01911304 | ABDCMDL01911305 |
| | | ABDCMDL01911364 | ABDCMDL01911364 |
| Highlawn Preferred Pharmacy, LLC | FH2459077 | ABDCMDL01911098 | ABDCMDL01911105 |
| | | ABDCMDL01911353 | ABDCMDL01911353 |
| | | ABDC-WVFED00000672; ABDCMDL04117544 | ABDC-WVFED00000676; ABDCMDL04117548 |
| Marshall Pharmacy | FM4902400 | ABDCMDL01910912 | ABDCMDL01911011 |
| | | ABDCMDL01911108 | ABDCMDL01911112 |
| | | ABDCMDL01911172 | ABDCMDL01911187 |
| | | ABDCMDL01911355 | ABDCMDL01911355 |
| | | ABDCMDL01911359 | ABDCMDL01911359 |
| Med Associates Pharmacy Inc | BM6622167 | ABDCMDL01911096 | ABDCMDL01911097 |
| | | ABDCMDL01911352 | ABDCMDL01911352 |
| Med Associates Pharmacy, Inc | BM6647739 | ABDCMDL01911113 | ABDCMDL01911114 |
| | | ABDCMDL01911356 | ABDCMDL01911356 |
| Medical Arts Supply | BM3744489 | ABDCMDL01911312 | ABDCMDL01911313 |
| | | ABDCMDL01911367 | ABDCMDL01911367 |
| Medical Park Pharmacy | BM9592381 | ABDCMDL01911106 | ABDCMDL01911107 |
| | | ABDCMDL01911314 | ABDCMDL01911317 |
| | | ABDCMDL01911354 | ABDCMDL01911354 |
| | | ABDCMDL01911368 | ABDCMDL01911368 |
| Medical Park Pharmacy LTC | FM2051477 | ABDCMDL01911115 | ABDCMDL01911140 |
| | | ABDCMDL01911357 | ABDCMDL01911357 |
| Medicap Pharmacy | BM7641512 | ABDCMDL01911318 | ABDCMDL01911319 |
| | | ABDCMDL01911369 | ABDCMDL01911369 |
| McCloud Family Pharmacy | BM9558733 | ABDCMDL01911308 | ABDCMDL01911311 |
| | | ABDCMDL01911366 | ABDCMDL01911366 |
| Pharmacy Associates Inc | BP0795433 | ABDCMDL01910683 | ABDCMDL01910741 |

| Pharmacy | DEA Number | Beg Bates Range | End Bates Range |
|---|---|---|---|
| | | ABDCMDL01910841 | ABDCMDL01910847 |
| | | ABDCMDL01910863 | ABDCMDL01910905 |
| | | ABDCMDL01910908 | ABDCMDL01910911 |
| | | ABDCMDL01911191 | ABDCMDL01911297 |
| | | ABDCMDL01911361 | ABDCMDL01911361 |
| Rite Aid #00968 | AR6070178/ FW7342316 | ABDC-WVFED00063504 | ABDC-WVFED00063505 |
| Ross Drug | FA3682348 | ABDCMDL01911034 | ABDCMDL01911065 |
| | | ABDCMDL01911350 | ABDCMDL01911350 |
| | | ABDC-WVFED00000667; ABDCMDL04117539 | ABDC-WVFED00000671; ABDCMDL04117543 |
| S & F Pharmacy | AS7523118 | ABDCMDL01911298 | ABDCMDL01911299 |
| S & F Pharmacy | BS1588168 | ABDCMDL01911320 | ABDCMDL01911321 |
| | | ABDCMDL01911370 | ABDCMDL01911370 |
| Safescript Pharmacy #6 | BS8246349 | ABDCMDL01911300 | ABDCMDL01911303 |
| | | ABDCMDL01911322 | ABDCMDL01911323 |
| | | ABDCMDL01911363 | ABDCMDL01911363 |
| | | ABDCMDL01911371 | ABDCMDL01911371 |
| St Mary's Hospital Pharmacy | BS4645911 | ABDCMDL01911012 | ABDCMDL01911022 |
| | | ABDCMDL01911324 | ABDCMDL01911349 |
| | | ABDCMDL01911372 | ABDCMDL01911372 |
| Walgreen Co. #11980 | FW1365748 | ABDCMDL01911373 | ABDCMDL01911385 |
| | | ABDCMDL01911433 | ABDCMDL01911433 |
| | | ABDCMDL01910653 | ABDCMDL01910654 |
| | | ABDCMDL01910658 | ABDCMDL01910670 |
| Walgreen Co. #11977 | FW1925568 | ABDCMDL01911373 | ABDCMDL01911385 |
| | | ABDCMDL01911434 | ABDCMDL01911434 |
| | | ABDCMDL01910653 | ABDCMDL01910670 |
| | | ABDC-WVFED00063504 | ABDC-WVFED00063505 |

ABDC's search for responsive documents is ongoing, and many of the customers referenced above have not been serviced by ABDC for many years. Accordingly, ABDC reserves the right to supplement the list of Bates ranges above to the extent it locates any additional files relating to its customers in Cabell County and the City of Huntington in its record

management systems.  ABDC will continue to produce documents responsive to this Request on a rolling basis.

**Combined Request No. 5.**   Please identify each sales representative(s) responsible for the CT2 territory and produce the custodial file for each. Please identify the Bates range which corresponds to each custodial file to enable a jury to correlate each name in your written answer to each custodial file produced.

**RESPONSE:**

ABDC incorporates herein by reference its General Objections, and limits its response to the time period and geographic scope established by Discovery Ruling Nos. 2 and 3.  ABDC further objects to the request to identify the Bates range which corresponds to each custodial file as the burden to do so will be substantially the same for ABDC as it will be for Plaintiffs.  *See* Federal Rule of Civil Procedure Rule 33(d).

Subject to and without waiving its objections, the following are ABDC sales representatives and district directors responsible for Cabell County and the City of Huntington: Michael Perry, Mike Dailey, and Jill Jackson.  ABDC will supplement its response to the extent it discovers additional sales representatives and district directors responsible for Cabell County and the City of Huntington.  Further, ABDC requests a meet and confer to discuss which sales representatives and district directors will be added as custodians.

**Combined Request No. 6.**   Please produce all documents in your possession, custody and/or control related to Safescript Pharmacy #6 (DEA# BS8246349) formerly located at 335 Fourth Avenue in Huntington, Cabell County, West Virginia.

**RESPONSE:**

ABDC incorporates herein by reference its General Objections, and limits its response to the time period established by Discovery Ruling Nos. 2 and 3.  ABDC further objects to this Combined Request as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of information or documents relevant to any claim or defense in this action to the

extent that it is not limited to ABDC's distribution of Opioids to Cabell County or the City of Huntington.

Subject to and without waiving its objections, ABDC will conduct a reasonable search and produce non-privileged documents responsive to this Combined Request.

**Combined Request No. 7.**   Please produce all documents in your possession, custody and/or control related to Anita T. Dawson, DO (CSL# OD0926) formerly practicing medicine at 1798 Midland Trail, Milton, Cabell County, West Virginia.

**RESPONSE:**

ABDC incorporates herein by reference its General Objections, and limits its response to the time period and geographic scope established by Discovery Ruling Nos. 2 and 3.  ABDC further objects to this Combined Request as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of information or documents relevant to any claim or defense in this action to the extent that it is not limited to ABDC's distribution of Opioids to Cabell County or the City of Huntington or, more specifically, ABDC's distribution of Opioids to pharmacies or healthcare providers in Cabell County or the City of Huntington in West Virginia that are alleged to have actually diverted Opioids resulting in purported harm to Plaintiffs.

Subject to and without waiving its objections, ABDC has not identified any documents related to Anita T. Dawson , DO.  To the extent that ABDC identifies non-privileged documents relating to Anita T. Dawson, DO through its review of agreed-upon custodial files, such documents will be produced.

**Combined Request No. 8.**   Please produce all documents produced to the United States House Energy and Commerce Committee arising out of its investigation into "opioid dumping" into West Virginia.

**RESPONSE:**

ABDC incorporates herein by reference its General Objections, and limits its response to the time period and geographic scope established by Discovery Ruling Nos. 2 and 3.  ABDC

further objects to the undefined term "investigation" as overbroad, ambiguous, and unduly burdensome.  ABDC objects to the characterization of "opioid dumping."  ABDC further objects to the extent this Combined Request does not relate to Cabell County and the City of Huntington.

Subject to and without waiving its objections, ABDC has produced documents responsive to this Combined Request at ABDCMDL00003749-ABDCMDL00004230.  ABDC will produce additional documents responsive to this Combined Request to the extent they exist.

**Combined Request No. 9.**   Please produce all documents produced to the West Virginia Attorney General.

**RESPONSE:**

ABDC incorporates herein by reference its General Objections, and limits its response to the time period and geographic scope established by Discovery Ruling Nos. 2 and 3.  ABDC further objects to the extent this Combined Request does not relate to Cabell County and the City of Huntington.

Subject to and without waiving its objections, ABDC has produced documents responsive to this Combined Request at ABDCMDL00035366-ABDCMDL00037251.

**Combined Request No. 10.**  Please produce all documents related to internal investigations referencing the distribution of prescription opioids in West Virginia.

**RESPONSE:**

ABDC incorporates herein by reference its General Objections, and limits its response to the time period and geographic scope established by Discovery Ruling Nos. 2 and 3.  ABDC further objects to this Combined Request as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of information or documents relevant to any claim or defense in this action to the extent that it is not limited to ABDC's distribution of Opioids to Cabell County or the City of Huntington or, more specifically, ABDC's distribution of Opioids to pharmacies or healthcare providers in Cabell County or the City of Huntington in West Virginia

that are alleged to have actually diverted Opioids resulting in purported harm to Plaintiffs. ABDC further objects to the extent this Combined Request does not relate to Cabell County and the City of Huntington.

Subject to and without waiving its objections, ABDC requests a meet and confer with Plaintiffs to discuss the scope of this Combined Request.

**Combined Request No. 11.**  Please produce all presentations, including PowerPoints or slide decks, referencing the distribution of prescription opioids in West Virginia.

**RESPONSE:**

ABDC incorporates herein by reference its General Objections, and limits its response to the time period and geographic scope established by Discovery Ruling Nos. 2 and 3.  ABDC further objects to this Combined Request as overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of information or documents relevant to any claim or defense in this action to the extent that it is not limited to ABDC's distribution of Opioids to Cabell County or the City of Huntington or, more specifically, ABDC's distribution of Opioids to pharmacies or healthcare providers in Cabell County or the City of Huntington in West Virginia that are alleged to have actually diverted Opioids resulting in purported harm to Plaintiffs. ABDC further objects to the extent this Combined Request does not relate to Cabell County and the City of Huntington.

Subject to and without waiving its objections, ABDC previously produced diversion control presentations, including but not limited to ABDCMDL00036528, ABDCMDL00036547, ABDCMDL00084541, ABDCMDL00144790, ABDCMDL00144876, ABDCMDL00158341, ABDCMDL00158342, ABDCMDL00163878, ABDCMDL00175886, ABDCMDL00281014, ABDCMDL00360064, ABDCMDL00360066, ABDCMDL00360069, ABDCMDL00360080.

Further, ABDC requests a meet and confer with Plaintiffs to discuss the scope of this Combined Request.

Dated:  April 17, 2020                          Respectfully submitted,

                                                */s/ Gretchen M. Callas*
                                                Gretchen M. Callas (WVSB #7136)
                                                **JACKSON KELLY PLLC**
                                                P. O. Box 553 Charleston, WV 25322
                                                Tel: (304) 340-1000
                                                Fax: (304) 340-1050
                                                gcallas@jacksonkelly.com

                                                */s Robert A. Nicholas*
                                                Robert A. Nicholas
                                                Shannon E. McClure
                                                **REED SMITH LLP**
                                                1717 Arch Street, Suite 3100
                                                Philadelphia, PA 19103
                                                Tel: (215) 851-8100
                                                Fax: (215) 851-1420
                                                rnicholas@ReedSmith.com
                                                smcclure@ReedSmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2020, AmerisourceBergen Drug Corporation's Third Supplemental Objections and Responses to Plaintiffs' (First) Combined Discovery Requests to Distributors was sent by electronic mail to Counsel for the Plaintiffs and Defendants as follows:

mdl2804discovery@motleyrice.com;                    xALLDEFENDANTS-MDL2804-

Service@arnoldporter.com.

*/s/ Gretchen M. Callas*
A.L. Emch (WVSB #1125)
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
P. O. Box 553 Charleston, WV 25322
Telephone: (304) 340-1000
Email: aemch@jacksonkelly.com
Email: gcallas@jacksonkelly.com

### Appendix A:  ABDC Policies & Procedures Produced in the MDL

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00315783 | ABDCMDL00315794 | 1996 – 1998 Letters from the DEA to ABDC re Suspicious Order Monitoring | 1996 – 1998 | |
| ABDCMDL00478365 | ABDCMDL00478371 | Regulatory Compliance & Security Services Policy and Procedures: Controlled Substance Accountability Review Procedure | 8/1/1997 | |
| ABDCMDL00478267 | ABDCMDL00478267 | Regulatory Compliance & Security Services Policy and Procedures: Index | 8/1/1997 | |
| ABDCMDL00478285 | ABDCMDL00478286 | Regulatory Compliance & Security Services Policy and Procedures: Introduction | 11/10/1997 | |
| ABDCMDL00478270 | ABDCMDL00478271 | Regulatory Compliance & Security Services Policy and Procedures: Pharmaceutical Licensing - DEA & State | 11/10/1997 | |
| ABDCMDL00478323 | ABDCMDL00478323 | Regulatory Compliance & Security Services Policy and Procedures: Trend Adjustment Report Review (pending development of report) | 11/10/1997 | |
| ABDCMDL00478310 | ABDCMDL00478311 | Regulatory Compliance & Security Services Policy and Procedures: Variance Report | 11/10/1997 | |
| ABDCMDL00478320 | ABDCMDL00478322 | Regulatory Compliance & Security Services Policy and Procedures: Suspicious Order Reporting Policy and Procedure | 2/1/1999 | |
| ABDCMDL00478397 | ABDCMDL00478403 | Risk Management Group Policy & Procedures: Index | 10/1/2000 | |
| ABDCMDL00478628 | ABDCMDL00478631 | Regulatory Compliance Policy & Procedures: Changes in DEA Registration | 11/17/2000 | |
| ABDCMDL00478488 | ABDCMDL00478488 | Regulatory Compliance Policy & Procedures: Variance Report | 11/17/2000 | |
| ABDCMDL00478482 | ABDCMDL00478485 | Risk Management Group Policy & Procedures: Daily Activity Reports | 11/17/2000 | |
| ABDCMDL00478580 | ABDCMDL00478583 | Security Services Policy & Procedures: Daily Activity Reports | 11/17/2000 | |
| ABDCMDL00478594 | ABDCMDL00478598 | Risk Management Group Policies & Procedures: Index | 11/17/2000 | |
| ABDCMDL00478564 | ABDCMDL00478565 | The Risk Management Department Statement of Policy | 11/17/2000 | |

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00478585 | ABDCMDL00478585 | Audit & Investigations Policy & Procedures: Tracking and Trending Procedures | 1/12/2001 | |
| ABDCMDL00478592 | ABDCMDL00478593 | General Policy & Procedures: Regulatory Update and Legislative Update | 1/12/2001 | |
| ABDCMDL00478466 | ABDCMDL00478467 | Regulatory Compliance Policy & Procedures: Description of Responsibility | 1/12/2001 | |
| ABDCMDL00478478 | ABDCMDL00478481 | Regulatory Compliance Policy & Procedures: External Audits/Inspections (Federal & State Regulatory Authorities) | 1/12/2001 | |
| ABDCMDL00478297 | ABDCMDL00478297 | Regulatory Compliance Policy & Procedures: Federal Register Review | 1/12/2001 | |
| ABDCMDL00478385 | ABDCMDL00478387 | Regulatory Compliance Policy & Procedures: Pharmaceutical Licensing - DEA & State | 1/12/2001 | |
| ABDCMDL00478395 | ABDCMDL00478396 | Regulatory Compliance Policy & Procedures: Suspicious Order Reporting | 1/12/2001 | |
| ABDCMDL00478440 | ABDCMDL00478440 | Regulatory Compliance Policy & Procedures: Trend Adjustment Report Review | 1/12/2001 | |
| ABDCMDL00478768 | ABDCMDL00478821 | AmeriSource Controlled Substance Policy Manual | 5/18/2001 | |
| ABDCMDL00478268 | ABDCMDL00478269 | Regulatory Compliance Policy and Procedures: Index | 6/23/2001 | |
| ABDCMDL00478759 | ABDCMDL00478761 | Policies & Procedures:  Index | 8/17/2001 | |
| ABDCMDL00478837 | ABDCMDL00478960 | CSRA Policy & Procedures: Internal Policy and Procedures Manual | 10/1/2001 | |
| ABDCMDL00476959 | ABDCMDL00477025 | AmerisourceBergen Security and Regulatory Compliance Policy & Procedures Manual | 10/4/2001 | |
| ABDCMDL00478626 | ABDCMDL00478627 | Policy & Procedures Table of Contents | 11/14/2001 | |
| ABDCMDL00355519 | ABDCMDL00355519 | Policies & Procedures:  October 2004 version of CSRA Form 15, Notice to all Employees re: statutory duty to report diversion | 4/12/2002 | |
| ABDCMDL00035451 | ABDCMDL00035452 | Customer DEA Registration and State License Renewal Procedures | 8/27/2002 | 2/3/2006 |
| ABDCMDL00478174 | ABDCMDL00478265 | AmerisourceBergen Security and Regulatory Compliance Policy & Procedures Manual | 4/1/2004 | |

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00037399 | ABDCMDL00037400 | Customer DEA Registration and State License Renewal Procedures | 10/1/2004 | 7/28/2008 |
| ABDCMDL00359995 | ABDCMDL00359997 | Follow-Up Audit Procedures | 10/1/2005 | |
| ABDCMDL00359989 | ABDCMDL00359991 | Pre-Audit Procedures | 10/1/2005 | |
| ABDCMDL00359984 | ABDCMDL00359988 | Distribution Center Audits | 10/1/2005 | 11/10/2006 |
| ABDCMDL00359992 | ABDCMDL00359994 | Pre-Audit Procedures | 10/1/2005 | 8/27/2007 |
| ABDCMDL00035447 | ABDCMDL00035448 | Customer DEA Registration and State License Renewal Procedures | 10/1/2005 | 10/23/2008 |
| ABDCMDL00035449 | ABDCMDL00035450 | Customer DEA Registration and State License Renewal Procedures | 10/1/2005 | 8/31/2010 |
| ABDCMDL00003968 | ABDCMDL00003969 | Policies & Procedures: Amerisource Compliance Training Program | 10/1/2005 | 8/31/2010 |
| ABDCMDL00035453 | ABDCMDL00035454 | Policies & Procedures: AmerisourceBergen Compliance Training Program | 10/1/2005 | 2/8/2006 |
| ABDCMDL00037392 | ABDCMDL00037393 | Policies & Procedures: AmeriSourceBergen Compliance Training Program | 10/1/2005 | 8/31/2010 |
| ABDCMDL00359905 | ABDCMDL00359906 | Policies & Procedures:  ARCOS | 10/1/2005 | 2/3/2006 |
| ABDCMDL00004025 | ABDCMDL00004025 | Policies & Procedures:  Associate Responsibility to Report Diversion | 10/1/2005 | 3/31/2006 |
| ABDCMDL00360000 | ABDCMDL00360002 | Policies & Procedures:  Controlled Drug Variance Report | 10/1/2005 | |
| ABDCMDL00037316 | ABDCMDL00037317 | Policies & Procedures:  Corporate Security & Regulatory Affairs (CSRA) Description of Responsibility | 10/1/2005 | 10/1/2009 |
| ABDCMDL00364331 | ABDCMDL00364332 | Policies & Procedures:  CSRA Description of Responsibility | 10/1/2005 | 10/16/2008 |
| ABDCMDL00364333 | ABDCMDL00364335 | Policies & Procedures:  CSRA Description of Responsibility | 10/1/2005 | 2/12/2013 |
| ABDCMDL00364336 | ABDCMDL00364338 | Policies & Procedures:  CSRA Description of Responsibility | 10/1/2005 | 4/10/2014 |
| ABDCMDL00364339 | ABDCMDL00364341 | Policies & Procedures:  CSRA Description of Responsibility | 10/1/2005 | 3/17/2015 |

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00364322 | ABDCMDL00364325 | Policies & Procedures:  CSRA Description of Responsibility | 10/1/2005 | 8/8/2017 |
| ABDCMDL00004031 | ABDCMDL00004032 | Policies & Procedures:  CSRA Description of Responsibility | 10/1/2005 | |
| ABDCMDL00379811 | ABDCMDL00379813 | Policies & Procedures:  Customer DEA Registration and State License Renewal | 10/1/2005 | 3/16/2018 |
| ABDCMDL00004021 | ABDCMDL00004022 | Policies & Procedures:  Customer DEA Registration and State License Renewal Procedures | 10/1/2005 | 7/28/2008 |
| ABDCMDL00359938 | ABDCMDL00359939 | Policies & Procedures:  Customer DEA Registration and State License Renewal Procedures | 10/1/2005 | 8/31/2010 |
| ABDCMDL00003999 | ABDCMDL00003999 | Policies & Procedures:  Customer DEA Registration Verification | 10/1/2005 | 2/3/2006 |
| ABDCMDL00035457 | ABDCMDL00035458 | Policies & Procedures:  Customer DEA Registration Verification | 10/1/2005 | 2/3/2006 |
| ABDCMDL00359888 | ABDCMDL00359889 | Policies & Procedures:  Customer DEA registration verification | 10/1/2005 | 7/28/2008 |
| ABDCMDL00004019 | ABDCMDL00004020 | Policies & Procedures:  Customer DEA Registration Verification | 10/1/2005 | 9/24/2008 |
| ABDCMDL00359886 | ABDCMDL00359887 | Policies & Procedures:  Customer DEA Registration Verification | 10/1/2005 | 10/23/2008 |
| ABDCMDL00359936 | ABDCMDL00359937 | Policies & Procedures:  Customer DEA registration verification | 10/1/2005 | 8/31/2010 |
| ABDCMDL00379808 | ABDCMDL00379810 | Policies & Procedures:  Customer DEA Registration Verification | 10/1/2005 | 3/16/2018 |
| ABDCMDL00359893 | ABDCMDL00359893 | Policies & Procedures:  Customer File Updates | 10/1/2005 | 7/28/2008 |
| ABDCMDL00359892 | ABDCMDL00359892 | Policies & Procedures:  Customer File Updates | 10/1/2005 | 10/23/2008 |
| ABDCMDL00359890 | ABDCMDL00359891 | Policies & Procedures:  Customer File Updates | 10/1/2005 | 6/23/2009 |
| ABDCMDL00359940 | ABDCMDL00359941 | Policies & Procedures:  Customer File Updates | 10/1/2005 | 7/21/2009 |
| ABDCMDL00379816 | ABDCMDL00379817 | Policies & Procedures:  Customer File Updates | 10/1/2005 | 3/16/2018 |
| ABDCMDL00364270 | ABDCMDL00364271 | Policies & Procedures:  DEA Monthly ARCOS Reporting | 10/1/2005 | |
| ABDCMDL00035405 | ABDCMDL00035408 | Policies & Procedures:  Distribution Center (DC) Audits | 10/1/2005 | 10/1/2008 |

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00359856 | ABDCMDL00359857 | Policies & Procedures:  Excessive suspicious controlled substances | 10/1/2005 | 1/31/2006 |
| ABDCMDL00359849 | ABDCMDL00359850 | Policies & Procedures:  General Security Controls | 10/1/2005 | 1/26/2006 |
| ABDCMDL00359847 | ABDCMDL00359848 | Policies & Procedures:  General Security Controls | 10/1/2005 | 11/13/2009 |
| ABDCMDL00359998 | ABDCMDL00359999 | Policies & Procedures:  New DCM/Compliance Coordinator Orientation Training | 10/1/2005 | |
| ABDCMDL00360010 | ABDCMDL00360015 | Policies & Procedures:  Order Monitoring Program | 10/1/2005 | 1/5/2010 |
| ABDCMDL00359912 | ABDCMDL00359912 | Policies & Procedures:  PDMA Listed Chemical Training. | 10/1/2005 | 2/8/2006 |
| ABDCMDL00360006 | ABDCMDL00360007 | Policies & Procedures:  Pharmaceutical Licensing - DEA and State | 10/1/2005 | |
| ABDCMDL00359909 | ABDCMDL00359909 | Policies & Procedures:  Reporting requirements for listed chemicals | 10/1/2005 | 3/31/2006 |
| ABDCMDL00359846 | ABDCMDL00359846 | Policies & Procedures:  Reporting requirements for prescription drugs | 10/1/2005 | 3/31/2006 |
| ABDCMDL00359908 | ABDCMDL00359908 | Policies & Procedures:  Reporting requirements for prescription drugs | 10/1/2005 | 11/29/2010 |
| ABDCMDL00035504 | ABDCMDL00035510 | Policies & Procedures:  Schedule 2 Controlled Substances | 10/1/2005 | 10/23/2008 |
| ABDCMDL00035514 | ABDCMDL00035520 | Policies & Procedures:  Schedule 2 Controlled Substances | 10/1/2005 | 8/31/2010 |
| ABDCMDL00359933 | ABDCMDL00359933 | Policies & Procedures:  Schedule 3 3N 4 5 controlled substances | 10/1/2005 | 2/1/2006 |
| ABDCMDL00379814 | ABDCMDL00379815 | Policies & Procedures:  State Licensing Exemptions | 10/1/2005 | 3/16/2018 |
| ABDCMDL00359880 | ABDCMDL00359881 | Policies & Procedures:  Storage of controlled substance records | 10/1/2005 | 2/3/2006 |
| ABDCMDL00359882 | ABDCMDL00359883 | Policies & Procedures:  Storage of controlled substance records | 10/1/2005 | 9/30/2006 |
| ABDCMDL00359884 | ABDCMDL00359885 | Policies & Procedures:  storage of controlled substance records | 10/1/2005 | 8/31/2010 |
| ABDCMDL00355566 | ABDCMDL00355568 | Policies & Procedures:  Storage of Controlled Substance Records | 10/1/2005 | 9/12/2011 |
| ABDCMDL000027412 | ABDCMDL00002745 | Receiving of Schedule 2 Controlled Substances | 10/1/2005 | 1/23/2017 |

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00364281 | ABDCMDL00364283 | Policies & Procedures:  Retail Pharmacy Targeted Visits | 10/1/2005 | 6/17/2013 |
| ABDCMDL00002340 | ABDCMDL00002345 | Order Monitoring Program (OMP): Policies and Procedures | 10/1/2005 | 1/5/2010 |
| ABDCMDL00364275 | ABDCMDL00364280 | Policies & Procedures:  DCP - Order Monitoring Program | 10/2/2005 | 6/17/2013 |
| ABDCMDL00004016 | ABDCMDL00004018 | Policies & Procedures: Excessive/Suspicious Order Investigation Program | 12/1/2005 | 6/19/2007 |
| ABDCMDL00004000 | ABDCMDL00004004 | Policies & Procedures: Excessive/Suspicious Order Investigation Program | 12/1/2005 | 6/28/2007 |
| ABDCMDL00359957 | ABDCMDL00359961 | Policies & Procedures: Excessive/Suspicious Order Investigation Program | 12/1/2005 | 6/29/2007 |
| ABDCMDL00359965 | ABDCMDL00359969 | Policies & Procedures:  Order Monitoring Program | 12/1/2005 | 10/1/2008 |
| ABDCMDL00359970 | ABDCMDL00359974 | Policies & Procedures:  Order Monitoring Program (OMP) | 12/1/2005 | 10/1/2009 |
| ABDCMDL00360029 | ABDCMDL00360034 | Policies & Procedures:  Order Monitoring Program (OMP) | 12/1/2005 | 1/5/2010 |
| ABDCMDL00035707 | ABDCMDL00035709 | Policies & Procedures:  Order Monitoring Verification / Investigation Program | 12/1/2005 | 5/8/2007 |
| ABDCMDL00359962 | ABDCMDL00359964 | Policies & Procedures:  Possible Excessive/Suspicious Order Review | 12/1/2005 | |
| ABDCMDL00398249 | ABDCMDL00398249 | LawTrac General Matter Report re: DEA Pharmacy Initiative | 12/1/2005 | 5/18/2018 |
| ABDCMDL00398249 | ABDCMDL00398249 | Lawtrac Matter Report: DEA Internet Pharmacy Intiative | 12/1/2005 | |
| ABDCMDL00359895 | ABDCMDL00359898 | Policies & Procedures: Amerisourcebergen Security and Regulatory Compliance Policy and Procedures Manual | 12/7/2005 | 9/17/2011 |
| ABDCMDL00251400 | ABDCMDL00251401 | Policies & Procedures:  CSRA 3.4, Customer Account Due Diligence | 12/29/2005 | |
| ABDCMDL00364284 | ABDCMDL00364285 | Policies & Procedures:  Customer Account Due Diligence | 1/24/2006 | 7/21/2015 |
| ABDCMDL00035397 | ABDCMDL00035399 | Policies & Procedures:  New Customer Account Due Diligence | 5/8/2007 | 10/2/2008 |
| ABDCMDL00035418 | ABDCMDL00035419 | Policies & Procedures:  New Customer Account Due Diligence | 5/8/2007 | 10/12/2011 |

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00037325 | ABDCMDL00037326 | Policies & Procedures:  New Customer Account Due Diligence | 5/8/2007 | 10/12/2011 |
| ABDCMDL00360297 | ABDCMDL00360298 | Policies & Procedures:  New Retail Pharmacy Account Due Diligence | 5/8/2007 | 6/19/2007 |
| ABDCMDL00004011 | ABDCMDL00004012 | Policies & Procedures:  New Retail Pharmacy Account Due Diligence | 5/8/2007 | |
| ABDCMDL00360302 | ABDCMDL00360304 | Controlled Substance Suspicious Order Monitoring/Investigations (Draft) | 5/8/2007 | |
| ABDCMDL00360308 | ABDCMDL00360310 | Policies & Procedures:  Controlled Substance Suspicious Order Monitoring/Investigations | 5/8/2007 | |
| ABDCMDL00002325 | ABDCMDL00002334 | Memorandum re: OMP Distribution Center Procedures | 5/16/2007 | |
| ABDCMDL00003061 | ABDCMDL00003063 | Controlled Substance and Listed Chemical Order Monitoring Program (OMP) | 5/21/2007 | 10/23/2008 |
| ABDCMDL00003976 | ABDCMDL00003978 | Policies & Procedures:  Controlled Substance and Listed Chemical Order Monitoring Program (OMP) | 6/29/2007 | 2/18/2008 |
| ABDCMDL00035500 | ABDCMDL00035502 | Policies & Procedures:  Controlled Substance and Listed Chemical Order Monitoring Program (OMP) | 6/30/2007 | 6/28/2008 |
| ABDCMDL00355541 | ABDCMDL00355543 | Policies & Procedures:  Controlled Substance and Listed Chemical Order Monitoring Program (OMP) | 6/30/2007 | 7/28/2008 |
| ABDCMDL00355589 | ABDCMDL00355591 | Policies & Procedures:  Controlled Substance and Listed Chemical Order Monitoring Program (OMP) | 6/30/2007 | 10/23/2008 |
| ABDCMDL00360311 | ABDCMDL00360313 | Policies & Procedures:  Controlled Substance and Listed Chemical Order Monitoring Program (OMP) | 6/30/2007 | |
| ABDCMDL00314176 | ABDCMDL00314179 | ABC Diversion Control Program Revised | 6/30/2007 | |
| ABDCMDL00251392 | ABDCMDL00251394 | Policies & Procedures:  CSRA 2.25, Retail Pharmacy Targeted Visits | 6/30/2007 | |
| ABDCMDL00360016 | ABDCMDL00360017 | Policies & Procedures:  Retail Pharmacy Targeted Visits | 6/2/2008 | 10/21/2008 |
| ABDCMDL00360018 | ABDCMDL00360019 | Policies & Procedures:  DEA Daily Reporting | 10/1/2008 | |

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00240915 | ABDCMDL00240915 | June 2009 version of CSRA Form 15, Notice to all Employees re: statutory duty to report diversion | 10/1/2008 | |
| ABDCMDL00359914 | ABDCMDL00359918 | Policies & Procedures:  Schedule 2 Purchasing Procedures | 10/21/2008 | 8/31/2010 |
| ABDCMDL00355592 | ABDCMDL00355598 | Policies & Procedures:  Schedule 2 Controlled Substances | 6/1/2009 | 9/19/2011 |
| ABDCMDL00284968 | ABDCMDL00284969 | Policies & Procedures:  CSRA 3.4, Customer Account Due Diligence | 8/31/2010 | |
| ABDCMDL00251406 | ABDCMDL00251406 | GNPPN Accounts Terminated From PBMS | 7/1/2011 | |
| ABDCMDL00360020 | ABDCMDL00360022 | Policies & Procedures:  CSRA 3.13, Ceasing or Suspending Shipments to Customers | 10/1/2011 | |
| ABDCMDL00268926 | ABDCMDL00268928 | OMP Post DC Deployment process update | 10/14/2011 | |
| ABDCMDL00268912 | ABDCMDL00268925 | OMP: Setting the Record Straight process overview | 12/1/2011 | |
| ABDCMDL00003704 | ABDCMDL00003706 | Order Monitoring Program (OMP) Post DC Deployment: A Customer Overview | 1/30/2012 | |
| ABDCMDL00003707 | ABDCMDL00003720 | Order Monitoring Program (OMP): Setting the Record Straight | 1/30/2012 | |
| ABDCMDL00269522 | ABDCMDL00269524 | Policies & Procedures: Documentation New Customer Due Diligence Investigations | 1/30/2012 | |
| ABDCMDL00280859 | ABDCMDL00280860 | Order Monitoring Program - Order Review Guidelines | 1/30/2012 | |
| ABDCMDL00003686 | ABDCMDL00003686 | Policies & Procedures:  Order Monitoring Program Overview | 11/27/2012 | |
| ABDCMDL00251402 | ABDCMDL00251405 | Policies & Procedures:  CSRA 3.5, Customer Due Diligence Documentation | 1/7/2013 | |
| ABDCMDL00364286 | ABDCMDL00364289 | Policies & Procedures:  Customer Due Diligence Documentation | 3/8/2013 | |
| ABDCMDL00282236 | ABDCMDL00282238 | Guidelines for Order Review | 5/10/2013 | |
| ABDCMDL00251386 | ABDCMDL00251391 | Policies & Procedures:  CSRA 2.12, Order Monitoring Program (OMP) | 5/10/2013 | |
| ABDCMDL00379750 | ABDCMDL00379752 | Policies & Procedures:  ABC Diversion Control Policy | 6/10/2013 | |
| ABDCMDL00244953 | ABDCMDL00244954 | Policies & Procedures:  Order Review Guidelines | 6/19/2013 | |

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00251418 | ABDCMDL00251418 | Interim Policy - Customer Sizing | 6/21/2013 | |
| ABDCMDL00251397 | ABDCMDL00251399 | Policies and Procedures: Suspending Controlled Substance Shipments to Customers | 12/5/2013 | |
| ABDCMDL00252386 | ABDCMDL00252386 | Interim Policy - Customer Questionnaire Update | 2/27/2014 | |
| ABDCMDL00379774 | ABDCMDL00379775 | Policies & Procedures:  Order Monitoring Program Guidelines | 2/27/2014 | |
| ABDCMDL00302431 | ABDCMDL00302431 | Interim Policy - Know Your Customer due diligence | 2/11/2015 | |
| ABDCMDL00159041 | ABDCMDL00159042 | DCP 12.2.0 - Order Monitoring Program Policy dpm 082616.docx | 6/8/2016 | |
| ABDCMDL00252384 | ABDCMDL00252385 | Email from E Cherveny to D May re: Interim Policy Update for Customer Due Diligence | 8/11/2016 | |
| ABDCMDL00004264 | ABDCMDL00004284 | 2016 Revised Versions of Security Policies and Procedures (S&RC 2.0 - S&RC 18.03) | 8/26/2016 | |
| ABDCMDL00172114 | ABDCMDL00172114 | Diversion Control Program Policies and Procedures: Appendix A. OMP Annual Review Checklist | 12/3/2016 | |
| ABDCMDL00364201 | ABDCMDL00364205 | Policies & Procedures:  DCP 12.3.10 - Ongoing Monitoring Activities.docx | 12/4/2016 | |
| ABDCMDL00172099 | ABDCMDL00172099 | Diversion Control Program Policies and Procedures: Appendix B | 1/1/2017 | |
| ABDCMDL00172132 | ABDCMDL00172134 | Diversion Control Program Policies and Procedures: Communicating Adverse Customer Actions | 1/1/2017 | |
| ABDCMDL00172108 | ABDCMDL00172111 | Diversion Control Program Policies and Procedures: Consumption Reviews | 1/1/2017 | |
| ABDCMDL00017062 | ABDCMDL00017068 | Diversion Control Program Policies and Procedures: Consumption Reviews & Diversion Control Program Policies and Procedures: OMP Annual Review | 1/1/2017 | |
| ABDCMDL00172096 | ABDCMDL00172098 | Diversion Control Program Policies and Procedures: Customer Peer Group Maintenance | 1/1/2017 | |
| ABDCMDL00172115 | ABDCMDL00172117 | Diversion Control Program Policies and Procedures: Diversion Control Annual Audit | 1/1/2017 | |

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00017069 | ABDCMDL00017073 | Diversion Control Program Policies and Procedures: Diversion Control Annual Audit and Ongoing Monitoring Activities | 1/1/2017 | |
| ABDCMDL00172129 | ABDCMDL00172131 | Diversion Control Program Policies and Procedures: Due Diligence Documentation | 1/1/2017 | |
| ABDCMDL00172100 | ABDCMDL00172104 | Diversion Control Program Policies and Procedures: Identifying and Reporting Suspicious Orders | 1/1/2017 | |
| ABDCMDL00017026 | ABDCMDL00017027 | Diversion Control Program Policies and Procedures: Know Your Customer Due Diligence | 1/1/2017 | |
| ABDCMDL00017028 | ABDCMDL00017033 | Diversion Control Program Policies and Procedures: New Customer Due Diligence | 1/1/2017 | |
| ABDCMDL00017066 | ABDCMDL00017068 | Diversion Control Program Policies and Procedures: OMP Annual Review | 1/1/2017 | |
| ABDCMDL00017041 | ABDCMDL00017043 | Diversion Control Program Policies and Procedures: OMP Methodology | 1/1/2017 | |
| ABDCMDL00172120 | ABDCMDL00172124 | Diversion Control Program Policies and Procedures: Ongoing Monitoring Activities | 1/1/2017 | |
| ABDCMDL00172118 | ABDCMDL00172119 | Diversion Control Program Policies and Procedures: Ongoing Monitoring Policy | 1/1/2017 | |
| ABDCMDL00017039 | ABDCMDL00017040 | Diversion Control Program Policies and Procedures: Order Monitoring Program | 1/1/2017 | |
| ABDCMDL00017044 | ABDCMDL00017049 | Diversion Control Program Policies and Procedures: Product Family Risk Assessment | 1/1/2017 | |
| ABDCMDL00172125 | ABDCMDL00172128 | Diversion Control Program Policies and Procedures: Targeted Pharmacy Visits | 1/1/2017 | |
| ABDCMDL00037327 | ABDCMDL00037389 | January 1, 2017 Diversion Control Program and Due Diligence Policies and Procedures (DCP-12.1.0 -DCP SOP-12.3.20) | 1/1/2017 | |
| ABDCMDL00000038 | ABDCMDL00000038 | Policies & Procedures: Amerisource Bergen Order Monitoring Program/Customer Types | 1/1/2017 | |
| ABDCMDL00287472 | ABDCMDL00287473 | Policies & Procedures:  DCP 12 1 0 - Know Your Customer Policy.pdf | 1/1/2017 | |

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00162260 | ABDCMDL00162262 | Policies & Procedures:  DCP 12 3 20 - Communicating Adverse Customer Actions.docx | 1/1/2017 | |
| ABDCMDL00002303 | ABDCMDL00002303 | Policies & Procedures:  Appendix A. OMP Annual Review Checklist | 1/1/2017 | |
| ABDCMDL00002684 | ABDCMDL00002684 | Policies & Procedures:  Appendix A. OMP Annual Review Checklist | 1/1/2017 | |
| ABDCMDL00379708 | ABDCMDL00379708 | March 2018 version of CSRA Form 15, Notice to all Employees re: statutory duty to report diversion | 4/25/2017 | |
| ABDCMDL00379712 | ABDCMDL00379712 | Policies & Procedures:  DEA Order Form Guidelines | 4/25/2017 | |
| ABDCMDL00172112 | ABDCMDL00172113 | Diversion Control Program Policies and Procedures: OMP Annual Review | 4/25/2017 | |
| ABDCMDL00002675 | ABDCMDL00002677 | Policies & Procedures:  Amerisource Bergen Corporation - OMP Enhancements | 11/13/2017 | |
| ABDCMDL00002202 | ABDCMDL00002204 | Policies & Procedures:  Amerisource Bergen Corporation - OMP Enhancements – Adjudication Reason Codes – Preliminary Lists | 11/13/2017 | |
| ABDCMDL00000044 | ABDCMDL00000046 | Policies & Procedures:  Amerisource Bergen Corporation - OMP Enhancements Exhibit A | 11/13/2017 | |
| ABDCMDL00002211 | ABDCMDL00002211 | Policies & Procedures:  Appendix A. OMP Annual Review Checklist | 11/13/2017 | |
| ABDCMDL00003687 | ABDCMDL00003690 | Policies & Procedures:  Diversion Control Program | 11/13/2017 | |
| ABDCMDL00003700 | ABDCMDL00003701 | Policies & Procedures:  Guidelines for Threshold Reviews | 11/13/2017 | |
| ABDCMDL00003702 | ABDCMDL00003703 | Policies & Procedures:  Order Monitoring Program Questions and Answers | 11/13/2017 | |
| ABDCMDL00000089 | ABDCMDL00000089 | CSRA Form 18 – Suspicious Order Monitoring – Base Levels | 11/13/2017 | |
| ABDCMDL00002190 | ABDCMDL00002192 | Policies & Procedures:  Amerisource Bergen Corporation - OMP Annual Refresh 2016 | 11/13/2017 | |
| ABDCMDL00002282 | ABDCMDL00002284 | Policies & Procedures:  Amerisource Bergen Corporation - OMP Annual Refresh 2016 Appendix A | 11/13/2017 | |

| Beginning Bates Number | Ending Bates Number | Title | Effective Date | Revised Date (if any) |
|---|---|---|---|---|
| ABDCMDL00002663 | ABDCMDL00002665 | Policies & Procedures: Amerisource Bergen Corporation - OMP Annual Refresh 2016 Appendix A | 11/13/2017 | |
| ABDCMDL00000032 | ABDCMDL00000034 | Policies & Procedures: Amerisource Bergen Corporation - OMP Annual Refresh 2016 Appendix A | 11/13/2017 | |
| ABDCMDL00004285 | ABDCMDL00004287 | Policies & Procedures: AmerisourceBergen Corporation - OMP Annual Refresh 2016 – Product Families | 11/13/2017 | |
| ABDCMDL00478754 | ABDCMDL00478756 | Risk Management Department: Law Pack Matter and Assignment Entry and Status Updating, Time Entry, Tracking and Reporting | 3/1/2018 | |
| ABDCMDL00478765 | ABDCMDL00478767 | Policies & Procedures:  Index | 3/1/2018 | |