# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

## STIPULATED ORDER TO FILE UNDER SEAL

The undersigned has been informed of the parties' stipulation to file under seal, and in accordance therewith, hereby orders that Exhibits B through E, inclusive, to "Defendants' Motion to Compel Production of Certain City of Huntington Documents" shall each be filed under seal.

Dated: July 8, 2020

Respectfully Submitted,

Christopher C. Wilkes
Special Master