# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon David A. Faber |

**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL
DEFENDANTS MCKESSON CORPORATION AND CARDINAL HEALTH, INC. TO
PRODUCE DOCUMENTS FROM THEIR SALESFORCE DATABASES**

Plaintiffs' Motion To Compel Defendants McKesson Corporation and Cardinal Health, Inc. To Produce Documents from their Salesforce Databases (Dkt. 567) is hereby DENIED as to Cardinal Health Inc. and McKesson Corporation.  The motion is untimely under the Court's scheduling order, Dkt. 410. The Special Master finds Plaintiffs were aware of the requirement to, and did file placeholder motions while other on going discovery disputes were being negotiated. There is a strong preference for written discovery to conclude and the circumstances for considering a late filed motion must truly be extraordinary.  No such circumstances exist here, the Plaintiffs' were aware of Defendant's written objections well in advance of the Court's filing deadline yet failed to file the instant motion prior to the deadline.

Respectfully submitted,

Christopher C. Wilkes
Special Master

Dated: July 9th, 2020