# EXHIBIT B

# FILED UNDER SEAL PURSUANT TO ORDER [DOC 684]