# EXHIBIT C

# FILED UNDER SEAL PURSUANT TO ORDER [DOC 684]