# EXHIBIT D

# FILED UNDER SEAL PURSUANT TO ORDER [DOC 684]