IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                       CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                           CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

## NOTICE OF IN-PERSON DEPOSITION OF RYAN SAXE

      Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc. and McKesson Corporation ("Distributor Defendants"), by and through counsel, hereby give notice that the in-person, oral videotaped deposition of Ryan Saxe, Superintendent of Cabell County Schools, will take place on July 27, 2020, beginning at 9:00 a.m. Eastern Time at the law offices of Jackson Kelly PLLC, 500 Lee Street East, Suite 1600, Charleston, West Virginia 25301. The deposition shall be videotaped and recorded stenographically and will be conducted before a notary public or other person authorized to administer oaths. You are invited to attend and take such action as you deem appropriate.

Dated: July 13, 2020

Respectfully submitted,

*AmerisourceBergen Drug Corporation*
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
nicholas@reedsmith.com
smcclure@reedsmith.com

*Cardinal Health, Inc.*
By Counsel:

*/s/ Michael W. Carey*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
sruby@cdkrlaw.com
rfranks@cdkrlaw.com

        */s/ Enu Mainigi*
        Enu Mainigi
        F. Lane Heard III
        Ashley W. Hardin
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street NW
        Washington, DC 20005
        Tel: (202) 434-5000
        Fax: (202) 434-5029
        emainigi@wc.com
        lheard @wc.com
        ahardin@wc.com

        ***McKesson Corporation***
        By Counsel:

        */s/ Jeffrey M. Wakefield*
        Jeffrey M. Wakefield (WVSB #3894)
        jwakefield@flahertylegal.com
        Jason L. Holliday (WVSB #12749)
        jholliday@flahertylegal.com
        FLAHERTY SENSABAUGH BONASSO
        PLLC
        P.O. Box 3843
        Charleston, WV 25338-3843
        Telephone: (304) 345-0200

        */s/ Geoffrey E. Hobart*
        Geoffrey E. Hobart
        Mark H. Lynch
        Christian J. Pistilli
        Laura Flahive Wu
        COVINGTON & BURLING LLP
        One CityCenter
        850 Tenth Street NW
        Washington, DC 20001
        Tel: (202) 662-5281
        ghobart@cov.com
        mlynch@cov.com
        cpistilli@cov.com
        lflahivewu@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, the foregoing *Notice of In-Person Deposition of Ryan Saxe* was sent to Counsel for the Plaintiffs and Defendants using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB # 7136)