IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 3:17-01665 |

**STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL WITNESSES**

Plaintiffs, the City of Huntington and Cabell County Commission, and Defendants, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, the "Parties"), agree to the following terms and conditions of this stipulation to be filed and approved by the Court:

1. The Parties hereby agree that the following procedures shall apply to all trial witnesses in this matter:

1

4828-6124-7938.v1

a. The trial witness lists will differentiate between those witnesses a Party will call, and those witnesses a Party may call.

b. If any person appears on a Party's "will call" trial witness list who has not been deposed in any opioid litigation, the opposing Parties will have the right to take a deposition of that person at least 2 weeks before trial.

c. If a Party subsequently decides to call a witness who was previously listed as a "may call witness" and who has not been deposed before in any opioid litigation, it must give sufficient advance notice to the opposing Party such that the opposing Party can depose the witness at least 7 days before the witness testifies.

d. For witnesses subject to 1(b) or 1(c), the opposing party shall produce the custodial file of the witness 14 days prior to the scheduled deposition to the extent the custodial file is in the custody and control of the opposing party and has not already been produced.

WHEREFORE, the Parties respectfully request that the Court approve this stipulation.

Dated: July 13, 2020                                Respectfully submitted,

| *City of Huntington* <br> By Counsel: <br><br> /s/   Anne McGuinness Kearse <br> Anne McGinness Kearse (WVSB No. 12547) <br> Joseph F. Rice <br> MOTLEY RICE LLC <br> 28 Bridgeside Blvd. <br> Mount Pleasant, South Carolina 29464 <br> Tel.: (843) 216-9000 <br> Fax: (843) 216-9450 <br> akearse@motleyrice.com <br> jrice@motleyrice.com <br><br> Charles R. "Rusty" Webb (WVSB No. 4782) <br> THE WEBB LAW CENTRE, PLLC | *McKesson Corporation* <br> By Counsel: <br><br> /s/   Jeffrey M. Wakefield <br> Jeffrey M. Wakefield (WVSB No. 3894) <br> Jason L. Holliday (WVSB No. 12749) <br> FLAHERTY SENSABAUGH BONASSO PLLC <br> P.O. Box 3843 <br> Charleston, West Virginia 25338-3843 <br> Tel.: (304) 345-0200 <br> jwakefield@flahertylegal.com <br> jholliday@flahertylegal.com |

716 Lee Street, East
Charleston, West Virginia 25301
Tel.: (304) 344-9322
Fax: (304) 344-1157
rusty@rustywebb.com

*Cabell County Commission*
By Counsel:

*/s/* Anthony J. Majestro
Anthony J. Majestro (WVSB No. 5165)
POWELL & MAJESTRO, PLLC
405 Capitol Street, P-1200
Charleston, West Virginia 25301
Tel.: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com

*/s/* Paul T. Farrell, Jr.
Paul T. Farrell, Jr. (WVSB No. 7443)
FARRELL LAW
422 Ninth Street, 3rd Floor
Huntington, West Virginia 25701
Tel.: (304) 654-8281
paul@farrell.law

Michael A. Woelfel (WVSB No. 4106)
WOELFEL AND WOELFEL, LLP
801 Eighth Street
Huntington, West Virginia 25701
Tel.: (304) 522-6249
Fax: (304) 522-9282
mikewoelfel3@gmail.com

*Counsel for Plaintiff City of Huntington*

*/s/* Carol Dan Browning
Carol Dan Browning
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
Tel: (502) 587-3400
Fax: (502) 587-6391
cbrowning@stites.com

*/s/* Timothy C. Hester
Timothy C. Hester
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

*AmerisourceBergen Drug Corporation*
By Counsel:

*/s/* Gretchen M. Callas
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/* Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com

3

|  | smcclure@reedsmith.com<br><br>***Cardinal Health, Inc.***<br>By Counsel:<br><br>*/s/ Michael W. Carey*<br>Michael W. Carey (WVSB #635)<br>David R. Pogue (WVSB #10806)<br>Steven R. Ruby (WVSB #10752)<br>Raymond S. Franks II (WVSB #6523)<br>Carey, Douglas, Kessler & Ruby, PLLC<br>901 Chase Tower, 707 Virginia Street, East<br>P.O. Box 913<br>Charleston, WV 25323<br>Telephone: (304) 345-1234<br>mwcarey@csdlawfirm.com<br>drpogue@csdlawfirm.com<br>sruby@cdkrlaw.com<br>rfranks@cdkrlaw.com<br><br>*/s/* Enu Mainigi<br>Enu Mainigi<br>F. Lane Heard III<br>Ashley W. Hardin<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street NW<br>Washington, DC 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>emainigi@wc.com<br>lheard @wc.com<br>ahardin@wc.com |
|---|---|

**Date:**                                 **STIPULATION APPROVED:**

_____
**DAVID A. FABER**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB # 7136)