## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    Plaintiff,

v.      CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    Defendants.

---

**CABELL COUNTY COMMISSION,**
    Plaintiff,

v.      CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    Defendants.

### [PROPOSED] ORDER DENYING DEFENDANT AMERISOURCEBERGEN DRUG CORPORATION'S APPEAL FROM DISCOVERY RULING 11

This matter came before the Court on Defendant AmerisourceBergen Drug Corporation's Appeal, Dkt. 674, from Discovery Ruling 11, Dkt. 639, granting Plaintiffs' motion to compel the deposition of Steven H. Collis, Chief Executive Officer of AmerisourceBergen Drug Corporation, Dkt. 517. The Court having considered Defendant's Appeal and Plaintiffs' Opposition thereto, it is hereby

ORDERED that Defendant AmerisourceBergen Drug Corporation's Appeal of Discovery Ruling 11 be and hereby is DENIED; and it is further

ORDERED that Discovery Ruling 11 be and hereby is approved, accepted, and adopted as the Order of the Court in accordance with the Order of Appointment, Dkt. 200.

It is so ordered this \_\_\_\_\_ day of July, 2020.

/s/
David A. Faber
Senior United States District Judge