UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.

                                          CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.

                                          CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

## NOTICE OF CANCELLATION

    PLEASE TAKE NOTICE that the deposition Todd Cameron, previously scheduled for July 15, 2020, beginning at 9:00 a.m. Eastern Standard Time has been CANCELLED and may be re-noticed for a later date.

Dated: July 14, 2020

                                          Respectfully submitted,

                                          Plaintiffs,

                                          THE CITY OF HUNTINGTON and
                                          CABELL COUNTY COMMISSION

                                          /s/ *Michael J. Fuller, Jr.*
                                          Michael J. Fuller, Jr. (WV Bar No. 10150)
                                          **McHUGH FULLER LAW GROUP, PLLC**
                                          97 Elias Whiddon Rd.
                                          Hattiesburg, MS  39402
                                          T: 601-261-2220
                                          F: 601-261-2481
                                          mike@mchughfuller.com

Paul T. Farrell, Jr. (WVSB No. 7443)
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
P.O. Box 1180
Huntington, WV  25714-1180
Tel:  304-654-8281
paul@farrell.law

Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9000
Fax:  843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 14, 2020, a copy of the foregoing **NOTICE OF CANCELLATION** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Michael J. Fuller, Jr..*
Michael J. Fuller, Jr.

2