# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.

                              CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.

                              CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

## **NOTICE OF APPEARANCE**

       COMES NOW, Robert P. Fitzsimmons of Fitzsimmons Law Firm PLLC and hereby enters his appearance in this matter as counsel for Plaintiffs. All pleadings and correspondence should be directed to him as set forth herein below.

                                          Respectfully Submitted,

                               By:    /s/ *Robert P. Fitzsimmons*
                                          Robert P. Fitzsimmons (WV Bar #1212)
                                          Clayton J. Fitzsimmons (WV Bar # 10823)
                                          Mark A. Colantonio (WV Bar #4238)
                                          **FITZSIMMONS LAW FIRM PLLC**
                                          1609 Warwood Avenue
                                          Wheeling, WV 26003
                                          Telephone: (304) 277-1700
                                          Fax: (304) 277-1705
                                          Email: bob@fitzsimmonsfirm.com
                                          Email: clayton@fitzsimmonsfirm.com
                                          Email: mark@fitzsimmonsfirm.com

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

CIVIL ACTION NO. 3:17-01362

CABELL COUNTY COMMISSION,
    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

CIVIL ACTION NO. 3:17-01665

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2020, I electronically filed the foregoing ***Notice of Appearance*** with the Clerk of this Court using CM/ECF system, who shall provide electronic notice of such filing to all counsel of record.

Respectfully Submitted,

By:   /s/ *Robert P. Fitzsimmons*
      Robert P. Fitzsimmons (WV Bar #1212)
      Clayton J. Fitzsimmons (WV Bar # 10823)
      Mark A. Colantonio (WV Bar #4238)
      **FITZSIMMONS LAW FIRM PLLC**
      1609 Warwood Avenue
      Wheeling, WV 26003
      Telephone: (304) 277-1700
      Fax: (304) 277-1705
      Email: bob@fitzsimmonsfirm.com
      Email: clayton@fitzsimmonsfirm.com
      Email: mark@fitzsimmonsfirm.com