## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
      Plaintiff,

v.

                                    CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
      Defendants.

_____

CABELL COUNTY COMMISSION,
      Plaintiff,

v.

                                      CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
      Defendants.

## NOTICE OF APPEARANCE

COMES NOW, Clayton J. Fitzsimmons of Fitzsimmons Law Firm PLLC and hereby

enters his appearance in this matter as counsel for Plaintiffs. All pleadings and correspondence

should be directed to him as set forth herein below.

                                            Respectfully Submitted,


By:    /s/ *Clayton J. Fitzsimmons*
           Robert P. Fitzsimmons (WV Bar #1212)
           Clayton J. Fitzsimmons (WV Bar # 10823)
           Mark A. Colantonio (WV Bar #4238)
           **FITZSIMMONS LAW FIRM PLLC**
           1609 Warwood Avenue
           Wheeling, WV 26003
           Telephone: (304) 277-1700
           Fax: (304) 277-1705
           Email: bob@fitzsimmonsfirm.com
           Email: clayton@fitzsimmonsfirm.com
           Email: mark@fitzsimmonsfirm.com

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
  Plaintiff,

v.

                 CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
  Defendants.

_____

CABELL COUNTY COMMISSION,
  Plaintiff,

v.

                 CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
  Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2020, I electronically filed the foregoing *Notice of Appearance* with the Clerk of this Court using CM/ECF system, who shall provide electronic notice of such filing to all counsel of record.

          Respectfully Submitted,


     By:  /s/ *Clayton J. Fitzsimmons*_____
        Robert P. Fitzsimmons (WV Bar #1212)
        Clayton J. Fitzsimmons (WV Bar # 10823)
        Mark A. Colantonio (WV Bar #4238)
        **FITZSIMMONS LAW FIRM PLLC**
        1609 Warwood Avenue
        Wheeling, WV 26003
        Telephone: (304) 277-1700
        Fax: (304) 277-1705
        Email: bob@fitzsimmonsfirm.com
        Email: clayton@fitzsimmonsfirm.com
        Email: mark@fitzsimmonsfirm.com