IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

        Plaintiff,

v.                                                                        Civil Action No. 3:17-01362
                                                                          Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

        Defendants.
_____

CABELL COUNTY COMMISSION,

        Plaintiff,

v.                                                                        Civil Action No. 3:17-01665
                                                                          Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

        Defendants.

## NOTICE OF IN-PERSON 30(b)(6) DEPOSITION OF
## COALITION FOR RESPONSIBLE CHRONIC PAIN MANAGEMENT

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Defendants, by and through undersigned counsel, will take the in-person, oral videotaped deposition will be taken of one or more officers, directors, managing agents, or other persons designated by **Coalition for Responsible Chronic Pain Management, on July 22, 2020**, beginning at **9:00 a.m. Eastern Time at Realtime Reports, 713 Lee Street, Charleston, West Virginia 25301.**

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of

discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of

Civil Procedure, the local rules of the United States District Court for the Southern District of West

Virginia, and the Deposition Protocol.  Court reporting services and video recording services will

be provided by Veritext Legal Solutions.

Dated:   July 15, 2020

Respectfully submitted,

   /s/ David R. Pogue
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY, DOUGLAS, KESSLER & RUBY, PLLC
901 Chase Tower, 707 Virginia Street, East (25301)
P.O. Box 913
Charleston, West Virginia 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@csdlawfirm.com
rfranks@cdkrlaw.com
***Counsel for Cardinal Health, Inc.***

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
***Counsel for Cardinal Health, Inc.***

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of July, 2020, the foregoing "Notice of In-Person 30(b)(6) Deposition of Coalition for Responsible Chronic Pain Management" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail to mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com.

Dated:  July 15, 2020

/s/ David R. Pogue
David R. Pogue (WVSB No. 10806)