# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **The City of Huntington,**<br>    **Plaintiff,**<br>**v.**<br>**AmerisourceBergen Drug Corporation, et al.**<br>    **Defendants.** | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| **Cabell County Commission,**<br>    **Plaintiff,**<br>**v.**<br>**AmerisourceBergen Drug Corporation, et al.**<br>    **Defendants.** | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

## NOTICE OF IN-PERSON VIDEOTAPED DEPOSITION OF SKIP HOLBROOK

**PLEASE TAKE NOTICE** that, pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Defendants, by and through undersigned counsel, will take the in-person, oral videotaped deposition of **Skip Holbrook**, on **July 22, 2020**, beginning at **9:00 a.m. Eastern Standard Time** at **Gallivan, White, Bond, 1201 Main Street, Suite 1200, Columbia, SC 29201**.

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered by the Court. Court reporting services and video recording services will be provided by Veritext Legal Solutions. Parties may dial into the deposition using conference call number **646-568-7788** and access code **4265879412**.

Dated: July 15, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Jeffrey M. Wakefield*
　　　　　　　　　　　　　　　　　　Jeffrey M. Wakefield (WVSB #3894)
　　　　　　　　　　　　　　　　　　jwakefield@flahertylegal.com
　　　　　　　　　　　　　　　　　　Jason L. Holliday (WVSB #12749)
　　　　　　　　　　　　　　　　　　jholliday@flahertylegal.com
　　　　　　　　　　　　　　　　　　FLAHERTY SENSABAUGH BONASSO PLLC
　　　　　　　　　　　　　　　　　　P.O. Box. 3843
　　　　　　　　　　　　　　　　　　Charleston, WV 25338-3843
　　　　　　　　　　　　　　　　　　Telephone: (304) 345-0200

　　　　　　　　　　　　　　　　　　*/s/ Geoffrey E. Hobart*
　　　　　　　　　　　　　　　　　　Geoffrey E. Hobart
　　　　　　　　　　　　　　　　　　Mark H. Lynch
　　　　　　　　　　　　　　　　　　Christian J. Pistilli
　　　　　　　　　　　　　　　　　　Laura Flahive Wu
　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　　One CityCenter
　　　　　　　　　　　　　　　　　　850 Tenth Street NW Washington, DC 20001
　　　　　　　　　　　　　　　　　　Tel: (202) 662-5281
　　　　　　　　　　　　　　　　　　ghobart@cov.com
　　　　　　　　　　　　　　　　　　mlynch@cov.com
　　　　　　　　　　　　　　　　　　cpistilli@cov.com
　　　　　　　　　　　　　　　　　　lflahivewu@cov.com

　　　　　　　　　　　　　　　　　　*Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on 15th day of July, 2020, the forgoing was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail at mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com

Dated:  July 15, 2020  /s/Mark H. Lynch
                                        Mark H. Lynch