# EXHIBIT A

**Rollins, Anne E.**

| | |
|---|---|
| **From:** | Christopher Wilkes <cwilkesllc@gmail.com> |
| **Sent:** | Tuesday, June 23, 2020 1:50 PM |
| **To:** | Mike Fuller; ZZ-Wicht, Jen |
| **Cc:** | 2804 Discovery, MDL; MDL 2804; zz-Track 2 Opioid Defendants (S) |
| **Subject:** | Re: EXTERNAL-3:17-cv-01362 - City of Huntington et al v. AmerisourceBergen Drug Corp., et al |

EXTERNAL E-MAIL - From cwilkesllc@gmail.com

Ms. Wicht and Mr. Fuller,

Thank you for your emails of June 19th and June 23rd regarding motions filed subsequent to the May 15th deadline. In response I would like to point out that Ms. Wicht's position is generally correct but with the caveat that there could be extraordinary circumstances that require an exception. In regard to this Motion I think it would be best if the parties remain consistent with the briefing schedule and once received I will evaluate the motion first; should it be allowed and second; if so then on the merits. This will allow a full record to be developed. I will caution there is a strong preference for written discovery to conclude and the circumstances for considering a late filed motion must truly be extraordinary. I trust this provides some guidance going forward.

Christopher Wilkes
cwilkesllc@gmail.com
304.839.6004