# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

## ORDER DENYING PLAINTIFFS' MOTION TO COMPEL
## AMERISOURCEBERGEN DRUG CORPORATION

Plaintiffs' Motion to Compel AmerisourceBergen Drug Corporation ("ABDC") to Identify by Bates Range Due Diligence Documents for CT2 Customers (ECF No. 681) is hereby DENIED. The motion is untimely under the Court's scheduling order (ECF No. 410). The Special Master finds Plaintiffs were aware of the requirement to, and did file placeholder motions while other ongoing discovery disputes were being negotiated. There is a strong preference for written discovery to conclude and the circumstances for considering a late filed motion must truly be extraordinary. No such circumstances exist here, the Plaintiffs' were aware of ABDC's written

- 2 -

discovery responses well in advance of the Court's filing deadline yet failed to file the instant motion prior to the deadline.

   IT IS SO ORDERED this _____ day of _____, 2020.

                ENTERED:

                _____
                Christopher C. Wilkes
                Special Master