# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>　　　Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>　　　Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>　　　Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

### ORDER DENYING PLAINTIFFS' MOTION TO COMPEL
### AMERISOURCEBERGEN DRUG CORPORATION

Plaintiffs' Motion to Compel AmerisourceBergen Drug Corporation ("ABDC") to Identify by Bates Range Due Diligence Documents for CT2 Customers (ECF No. 681) is hereby DENIED. The Special Master finds that ABDC adequately responded to Plaintiffs' discovery requests and complied with Discovery Ruling No. 2 (ECF No. 273).

IT IS SO ORDERED this _____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　ENTERED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Christopher C. Wilkes
　　　　　　　　　　　　　　　　　　Special Master