UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

CIVIL ACTION NO. 3:17-01362

CABELL COUNTY COMMISSION,
    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

CIVIL ACTION NO. 3:17-01665

## NOTICE OF CANCELLATION

PLEASE TAKE NOTICE that the deposition Linden Barber, previously scheduled for July 21, 2020, beginning at 9:00 a.m. Eastern Standard Time has been CANCELLED and may be re-noticed for a later date.

Dated: July 20, 2020

    Respectfully submitted,

    Plaintiffs,

    THE CITY OF HUNTINGTON and
    CABELL COUNTY COMMISSION

    /s/ *Michael J. Fuller, Jr.*
    Michael J. Fuller, Jr. (WV Bar No. 10150)
    **McHUGH FULLER LAW GROUP, PLLC**
    97 Elias Whiddon Rd.
    Hattiesburg, MS  39402
    T: 601-261-2220
    F: 601-261-2481
    mike@mchughfuller.com

> Paul T. Farrell, Jr. (WVSB No. 7443)
> **FARRELL LAW**
> 422 Ninth Street, 3rd Floor (25701)
> P.O. Box 1180
> Huntington, WV  25714-1180
> Tel:  304-654-8281
> paul@farrell.law
>
> Anne McGinness Kearse (WVSB No. 12547)
> Joseph F. Rice
> **MOTLEY RICE LLC**
> 28 Bridgeside Blvd.
> Mount Pleasant, SC 29464
> Tel:  843-216-9000
> Fax:  843-216-9450
> akearse@motleyrice.com
> jrice@motleyrice.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2020, a copy of the foregoing **NOTICE OF CANCELLATION** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

> */s/  Michael J. Fuller, Jr..*
> Michael J. Fuller, Jr.