**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

THE CITY OF HUNTINGTON,
     Plaintiff,

v.                                                                    Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.
     Defendants.

_____

CABELL COUNTY COMMISSION,
     Plaintiff,

v.                                                                    Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.
     Defendants.


## PLAINTIFFS' NOTICE OF REMOTE VIDEOTAPED DEPOSITION OF LISA MASH

     PLEASE TAKE NOTICE that pursuant to the applicable Federal Rules of Civil Procedure and all other orders and rules governing this litigation, Plaintiffs, by and through undersigned counsel, will take the oral videotaped deposition of **Lisa Mash**, on **July 28, 2020** at **10:00 AM (Eastern Standard Time) remotely** or another date, time, and location to be determined at the mutual convenience of the parties. Attached hereto as Exhibit 1 is a copy of the subpoena to Lisa Mash for attendance at the deposition.

     The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered

by the Court. Court reporting services and video recording services will be provided by Golkow Global Litigation Services. Parties who wish to attend may RSVP to the deposition by emailing scheduling@golkow.com.

Dated:  July 20, 2020                                    Respectfully submitted,

THE CITY OF HUNTINGTON                          CABELL COUNTY COMMISSION

/s/ *Anne McGinness Kearse*                         /s/ *Paul T. Farrell, Jr.*
Anne McGinness Kearse (WVSB No. 12547)    Paul T. Farrell, Jr. (WVSB Bar No. 7443)
Joseph F. Rice                                      **FARRELL LAW**
**MOTLEY RICE LLC**                                 P.O. Box 1180
28 Bridgeside Blvd.                                 Huntington, WV 25714-1180
Mount Pleasant, SC 29464                           422 Ninth Street, 3rd Floor
Tel: 843-216-9000                                   Huntington, West Virginia 25701
Fax: 843-216-9450                                   office: 304.523.7285
akearse@motleyrice.com                              cell: 304.654.8281
jrice@motleyrice.com                                email: paul@farrell.law

Linda Singer                                        Michael A. Woelfel (W.Va. Bar ID 4106)
David I. Ackerman                                   **WOELFEL AND WOELFEL, LLP**
**MOTLEY RICE LLC**                                 801 Eighth Street
401 9th Street NW, Suite 1001                       Huntington, West Virginia 25701
Washington, DC 20004                                304.522.6249
Tel: 202-232-5504                                   304.522.9282: fax
Fax: 202-386-9622                                   mikewoelfel3@gmail.com
lsinger@motleyrice.com
dackerman@motleyrice.com

Charles R. "Rusty" Webb (WVSB No. 4782)
**THE WEBB LAW CENTRE, PLLC**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2020, the PLAINTIFFS' NOTICE OF REMOTE VIDEOTAPED DEPOSITION OF LISA MASH was served on all counsel via email only to plaintiffs' listserv at mdl2804discovery@motleyrice.com and defendants' listservs at track2opioiddefendants@reedsmith.com.

/s/ Monique Christenson
Monique Christenson (SC Bar No. 104063)
Motley Rice LLC
*On behalf of Plaintiffs*