IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

Plaintiff,

v.                                                    CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

Defendants.

CABELL COUNTY COMMISSION,

Plaintiff,

v.                                                    CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

Defendants.

**CERTIFICATE OF SERVICE**

I, Thomas E. Scarr, counsel for Valley Health Systems, Inc., hereby certifies that on this 21st day of July, 2020, the foregoing *Certificate of Service* for *Non-Party Valley Health Systems, Inc.'s Responses and Objections to Defendants' Notice of Rule 30(b)(6) Deposition* was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

I further certify that on July 21, 2020, I served a true and correct copy of the foregoing *Non-Party Valley Health Systems, Inc.'s Responses and Objections to Defendants' Notice of Rule 30(b)(6) Deposition* via e-mail to the following counsel:

Gretchen M. Callas, Esq.
Jackson Kelly, PLLC
P.O. Box 553
Charleston, WV 25322
gcallas@jacksonkelly.com

22

Justin M. Sizemore, Esq.
Reed Smith LLP
901 E. Byrd Street
Suite 1900
Richmond, VA 23219
jsizemore@reedsmith.com

/s/ *Thomas E. Scarr*
Thomas E. Scarr, Esquire (WV Bar #3279)

**JENKINS FENSTERMAKER, PLLC**
Post Office Box 2688
Huntington, WV  25722-2688