# EXHIBIT C

CONTAINS McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

| | |
|---|---|
| **CITY OF HUNTINGTON, WEST VIRGINIA,** | |
| **Plaintiff,** | **CASE NO. 3:17-CV-01362** |
| **v.** | |
| **AMERISOURCEBERGEN DRUG CORPORATION, et al.** | |
| **Defendants.** | |

| | |
|---|---|
| **CABELL COUNTY COMMISSION,** | |
| **Plaintiff,** | **CASE NO. 3:17-CV-01665** |
| **v.** | |
| **AMERISOURCEBERGEN DRUG CORPORATION, et al.** | |
| **Defendants.** | |

**DEFENDANT MCKESSON CORPORATION'S SUPPLEMENTAL
OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST
COMBINED DISCOVERY REQUESTS TO DISTRIBUTORS (NOS. 1-11)**

Defendant McKesson Corporation ("McKesson") hereby provides its supplemental

objections and responses to from the First Set of Combined Discovery Requests to Distributor

Defendants propounded by Plaintiffs City of Huntington, West Virginia, and Cabell County

Commission.

**GENERAL OBJECTIONS**

1.      These responses are made solely for the purpose of these actions.  By responding

to these requests, McKesson does not waive any objections that it may have to the admission into

evidence of these responses, or any documents and things produced in response to these requests,

on any applicable grounds.

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

2.     McKesson objects to the definitions and instructions used in these requests to the

extent that they purport to impose obligations or burdens on McKesson that go beyond those

imposed by Federal Rules of Civil Procedure 26, 33, and 34, the Local Rules of the Southern

District of West Virginia, and applicable Orders entered by the Court in these above-captioned

actions (collectively "Discovery Rules").  McKesson will comply with the Discovery Rules, but

assumes no further obligations in responding to these requests.

3.     McKesson objects to these requests to the extent that they seek discovery that is

not relevant to the parties' claims and defenses, not proportional to the needs of the case,

considering the importance of the issues at stake in the action, the amount in controversy, the

parties' relative access to relevant information, the parties' resources, the importance of the

discovery in resolving the issues, and whether the burden or expense of the proposed discovery

outweighs its likely benefit, and that otherwise goes beyond the scope of permissible discovery

at this stage of this proceeding, particularly to the extent they seek discovery that is not relevant

to the above-captioned actions.  As appropriate, McKesson will limit its responses to information

and documents that relate to Cabell County and the City of Huntington.  However, McKesson is

willing to meet and confer with regard to the geographic scope of discovery as it relates to

documents and information other than transactional data.  McKesson has produced transactional

data for the State of West Virginia, the Commonwealth of Kentucky, and the State of Ohio in

compliance with the Order Regarding Track Two Cases (ECF No. 2950) at 5 entered prior to

remand of the above-captioned actions.

4.     McKesson objects to these requests to the extent that they include multiple

subparts.  McKesson further objects to these requests on the grounds that they are individually

and collectively overly broad and unduly burdensome and seek discovery that is not relevant to

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

the parties' claims and defenses and not proportional to the needs of the case.  Plaintiffs'
sweeping requests seek voluminous documents and records for a period spanning almost 30
years without any limits on custodians or non-custodial sources.  To the extent that McKesson
agrees to produce documents in response to these requests, McKesson is agreeing to produce
only the documents it identifies in its response and only subject to an agreement on a reasonable
number of custodians and non-custodial sources.

5.      McKesson objects to these requests to the extent that they seek information or
documents that are protected from disclosure by the attorney-client privilege, work product
doctrine, joint defense privilege, common interest privilege, or any other applicable privilege or
protection ("privileged information").  The inadvertent disclosure of privileged information or
documents in response to these requests shall not be deemed a waiver of any privilege or right as
to the privileged information inadvertently disclosed or any other information or documents
relating to the subject matter of any inadvertently-disclosed privileged information.

6.      McKesson objects to these requests, and to the definitions and instructions
included with this set of requests, to the extent that any request, definition or instruction seeks
disclosure of information protected by any confidentiality obligation owed to a third party.
McKesson will not disclose or produce such information or documents absent notice to and, if
required, consent of the third party or entry of a court order compelling production.

7.      McKesson objects to these requests to the extent that they seek documents or
information that: (a) are in Plaintiffs' possession, custody or control; (b) are not in McKesson's
possession, custody, or control; (c) are equally or more readily available from sources other than
McKesson; (d) Plaintiffs can obtain from other sources that are more convenient, less
burdensome, and/or less expensive than requiring McKesson to provide the information; (e) are

**CONTAINS McKESSON HIGHLY CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

not reasonably accessible to McKesson; and/or (f) are publicly available to Plaintiffs.  With regard to any response that McKesson provides, McKesson's response will be limited to relevant, responsive and non-privileged information or documents in its possession, custody or control located after a reasonable search that is proportional to the needs of the case.

8.      McKesson objects to the requests to the extent that they contain terms that are not defined or terms that are defined in a vague, ambiguous, or unintelligible manner.

9.      McKesson objects to the requests, and to the requests' definitions and instructions, to the extent that any request, definition or instruction: (a) is unduly burdensome, oppressive, overly broad, ambiguous, confusing or vague; (b) is duplicative or unreasonably cumulative of other discovery in this investigation; or (c) calls for McKesson to draw a legal conclusion in order to respond.

10.     McKesson objects to the requests, and to the requests' definitions and instructions, to the extent that any request, definition or instruction assumes facts and events or includes characterizations that are assumed to be accurate, and contains legal conclusions.  By providing responses to these requests, McKesson does not admit or concede that any assumed fact, event, characterization, or legal conclusion is correct or accurate and McKesson expressly reserves the right to contest any and all assumed facts, events, characterizations, and legal conclusions.

11.     McKesson objects to each request, definition or instruction that purports to require that McKesson identify and provide discovery with regard to "each," "all," "any" or similar all-encompassing wording, on the grounds that such requests, definitions and instructions are overly broad, unduly burdensome, seek discovery that is not relevant to the parties' claims

**CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

and defenses, not proportional to the needs of the case, and beyond the scope of permissible discovery.

12.     McKesson objects to each request in this set to the extent that it seeks premature expert discovery or disclosure of expert opinions and goes beyond the scope of permissible expert discovery under the Discovery Rules.  McKesson will provide expert discovery and disclosures on the dates set by the Court in compliance with the Discovery Rules, but assumes no further obligation in responding to these requests.

13.     McKesson's responses are based upon information that has been collected and reviewed to date for the purpose of responding to these requests, and they are not prepared from the personal knowledge of any single individual.  McKesson reserves the right to amend and supplement these responses as discovery and this litigation proceed.

## OBJECTIONS TO UNDEFINED TERMS

1.     McKesson objects to the undefined terms "You" and "Your" on the grounds that they are overly broad, vague, ambiguous, and purport to extend the requests beyond the Pharmaceutical Distribution business of McKesson Corporation and seek information and documents that are not in McKesson's possession, custody or control.  For purposes of its responses, McKesson will define "You," "Your," and "McKesson" to mean McKesson's Pharmaceutical Distribution business[1] and will respond with regard to information and documents in its possession, custody or control.

2.     McKesson objects to these requests to the extent they seek discovery about customers, but do not provide any definition for customer, on the grounds that these requests are

---

[1] [1] Prior to January 2019, McKesson's Pharmaceutical Distribution business was known as its U.S. Pharmaceutical Distribution business ("U.S. Pharma").

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

overly broad, vague, ambiguous and unduly burdensome and potentially seek discovery that is

not relevant to the parties' claims and defenses, nor reasonably calculated to lead to the

discovery of admissible evidence.  For purposes of its responses, McKesson will interpret

"customers" as used in these requests and responses to mean McKesson customers in the State of

West Virginia that are retail national accounts (including national and regional chains, food/drug

combinations, mail order pharmacies and mass merchandisers), independent retail pharmacies

(also referred to as Independent Small and Medium Chains or ISMCs), and institutional

healthcare providers such as hospitals, health systems, integrated delivery networks and long-

term care providers.

3.      McKesson objects to the undefined term "prescription opioids" on the grounds

that it is overly broad, vague, ambiguous and unduly burdensome, and seeks discovery that is not

relevant to the parties' claims and defenses, nor proportional to the needs of the case.  For

purposes of responding to these requests, McKesson will interpret "prescription opioids" to mean

products with one of the following DEA drug codes and drug code names:

| Base code | Base code description |
|---|---|
| 9737 | ALFENTANIL |
| 9064 | BUPRENORPHINE |
| 9720 | BUTORPHANOL |
| M804 | CODEINE (W/PROMETHAZ) |
| 9050 | CODEINE CII |
| 9804 | CODEINE COMBINATION |
| M805 | CODEINE PREPARATIONS |
| 9168 | DIFENOXIN |
| 9120 | DIHYDROCODEINE |
| 9807 | DIHYDROCODEINE COMBI |
| 9170 | DIPHENOXYLATE |
| 9801 | FENTANYL |
| 9193 | HYDROCODONE |
| 9150 | HYDROMORPHONE |
| 9220 | LEVORPHANOL |

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

| Base code | Base code description |
|---|---|
| 9230 | MEPERIDINE |
| 9250 | METHADONE |
| 9300 | MORPHINE |
| 9639 | OPIUM POWDERED |
| 9630 | OPIUM TINCTURE |
| 9143 | OXYCODONE |
| 9652 | OXYMORPHONE |
| 9809 | PAREGORIC |
| 9709 | PENTAZOCINE |
| 9273 | PROPOXYPHENE |
| 9739 | REMIFENTANIL |
| 9740 | SUFENTANIL |
| 9780 | TAPENTADOL |
| 9752 | TRAMADOL |

4.     McKesson objects to the undefined term suspicious order to the extent that it differs from or extends beyond the definition of suspicious order used by the DEA on the grounds that it is overly broad, vague, ambiguous and unduly burdensome, and seeks discovery that is not relevant to the parties' claims and defenses, nor proportional to the needs of the case. For purposes of its responses, McKesson will interpret suspicious order using the DEA's definition for this term.

5.     McKesson objects to plaintiffs' time period instruction seeking discovery for the time period commencing January 1, 1996, on the grounds that this demand for discovery for a time period is overly broad, vague, ambiguous and unduly burdensome, and seeks discovery that is not relevant to the parties' claims and defenses, nor proportional to the needs of the case. Unless otherwise stated, McKesson's responses will be limited to the time period January 1, 2006 to the date of its response.

**CONTAINS McKESSON HIGHLY CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

**OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST NO. 1:**

Please produce all ***transactional data*** related to the distribution of prescription opioids arising out of CT2 from January 1, 1996, to the present.

**RESPONSE TO REQUEST NO. 1 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objection, McKesson responds as follows:

McKesson will produce transactional data for shipments to McKesson customers in the State of West Virginia, the State of Ohio, and the Commonwealth for the time period beginning October 1, 2004.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 1 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated above.  Subject to and without waiving these objections, McKesson responds that it has produced the following transactional data for customers in West Virginia:

| MCKMDL01391082 MCKMDL112 | MCKMDL01391096 | Transactional Data for Non-Controlled Rx 10/1/2004 - 12/31/2018 State of West Virginia Customers |
|---|---|---|
| MCKMDL01391097 MCKMDL112 | MCKMDL01391111 | Transactional Data for Non-Opioid Controlled Substances 10/1/2004 - 12/31/2018 State of West Virginia Customers |
| MCKMDL01391112 MCKMDL112 | MCKMDL01391126 | Transactional Data for Opioids 10/1/2004 - 12/31/2018 State of West Virginia Customers |

McKesson also has produced transactional data for customers in the Commonwealth of Kentucky (production nos. MCKMDL01390992 – MCKMDL01391036) and the State of Ohio (production nos. MCKMDL01391037 – MCKMDL01391081).

**REQUEST NO. 2:**

Please identify in chronological order the title of each ***Suspicious Order Monitoring System (SOMS)*** policy in force from January 1, 1996, to the present and produce a copy of the same. After each entry, please identify the Bates range which corresponds to each policy to enable a jury to correlate each policy in your written answer to each document produced.

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

**RESPONSE TO REQUEST NO. 2 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objection, McKesson responds as follows:

McKesson has produced documents responsive to this request in MDL 2804.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 2 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated

above.  Subject to and without waiving these objections, McKesson responds that the attached

Appendix A lists the policies and procedures for its Controlled Substance Monitoring Program

("CSMP") and earlier monitoring programs in chronological order, including multiple produced

copies for certain versions of those policies and procedures.

**REQUEST NO. 3:**

Please identify each *suspicious order* you reported to any regulatory body, including the DEA and/or the West Virginia Board of Pharmacy, arising out of CT2 and produce all documents related thereto. After each entry, please identify the Bates range which corresponds to each suspicious order to enable a jury to correlate each suspicious order in your written answer to each document produced.

**RESPONSE TO REQUEST NO. 3 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objection, McKesson responds as follows:

McKesson will produce a blocked order report with regard to customers in West Virginia.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 3 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated

above.  Subject to and without waiving these objections, McKesson responds that it has produced

a blocked order report for opioid orders that were not shipped to McKesson customers in the

State of West Virginia because they exceeded that threshold for the customer and the opioid

product (production no. MCKMDL01391127).

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

**REQUEST NO. 4:**

Please produce the ***due diligence file*** for each of your customers in CT2. Please identify the Bates range which corresponds to each due diligence file to enable a jury to correlate each due diligence file to each of your documents.

**RESPONSE TO REQUEST NO. 4 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objection, McKesson responds as follows:

McKesson will produce diligence files for customers in West Virginia.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 4 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated above.  Subject to and without waiving these objections, McKesson responds that certain diligence files were produced in the action brought by the West Virginia Attorney General, as follows:

| DEA # | Customer | Beginning MDL No. | Ending MDL No. |
|-------|----------|-------------------|----------------|
| AC2977556 | CABELL HH IP 340B PHS | MCKMDL00361092 | MCKMDL00361103 |
| BP0795433 | COMPRECARE PHCY | MCKMDL00356945 | MCKMDL00356992 |
| BM6622167 | CONTINUUMCARE PHCY LTC | MCKMDL00368075 | MCKMDL00368093 |
| BM9558733 | MCCLOUD FAMILY PHARMACY | MCKMDL00358572 | MCKMDL00358624 |
| BM3744489 | MEDICAL ARTS PHARMACY | MCKMDL00359741 | MCKMDL00359817 |
| BM6647739 | MEDICAL ASSOCIATES PHCY | MCKMDL00368103 | MCKMDL00368105 |
| FA3682348 | ROSS DRUG | MCKMDL00359956 | MCKMDL00359978 |
| BV6022228 | VALLEY HEALTH PHARMACY | MCKMDL00357132 | MCKMDL00357219 |
| BV6022228 | VALLEY HEALTH PHARMACY | MCKMDL00365652 | MCKMDL00365836 |
| FV6047648 | VALLEY HEALTH PHCY PHS | MCKMDL00358977 | MCKMDL00359015 |
| AV5458648 | VAMC 581-HUNTINGTON | MCKMDL00360871 | MCKMDL00360890 |

McKesson also has collected additional documents from the four central locations that is has used over time to store diligence files (hard copy, SharePoint, R: drive, and McKCAT) and produced them in this action:

| | | |
|--|--|--|
| MCKMDL01581299 MCKMDL129 | MCKMDL01581299 | Diligence files materials for Cabell County/City of Huntington (WV) Customers (from SharePoint) |

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

| MCKMDL01581300 MCKMDL130 | MCKMDL01581366 | Diligence files (TCR/Onboarding) materials for McKesson Cabell County/City of Huntington (WV) Customers (from McKCAT platform) |
|---|---|---|
| MCKMDL01581367 MCKMDL131 | MCKMDL01581371 | Diligence files materials for McKesson Cabell County/City of Huntington (WV) Customers (from hard copy and R Drive files) |

McKesson continues to collect, review and produce documents from the files of ESI custodians.  Those files may contain diligence-related documents for McKesson customers in Cabell County and the City of Huntington, West Virginia.

**REQUEST NO. 5:**

Please identify each *sales representative(s)* responsible for CT2 territory and produce the custodial file for each. Please identify the Bates range which corresponds to each custodial file to enable a jury to correlate each name in your written answer to each custodial file produced.

**RESPONSE TO REQUEST NO. 5 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objection, McKesson responds as follows:

McKesson will conduct a reasonable search and produce information responsive to this request.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 5 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated above.  Subject to and without waiving these objections, McKesson responds that Timothy Ashworth (who was previously produced in the West Virginia Attorney General action) was the Retail Sales Manager for McKesson customers in Cabell County and the City of Huntington, West Virginia.  As of his June 2018 deposition, Mr. Ashworth reported to District Sales Manager Michael Brown.  Until he left McKesson, Thomas Terry was the VP Sales, ISMC, with territory that included Cabell County and the City of Huntington, West Virginia.

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

**REQUEST NO. 6:**

Please produce all documents in your possession, custody and/or control related to *Safescript Pharmacy #6* (DEA# BS8246349) formerly located at 335 Fourth Avenue in Huntington, Cabell County, West Virginia.

**RESPONSE TO REQUEST NO. 6 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objection, McKesson responds as follows:

McKesson will conduct a reasonable search and produce documents responsive to this request.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 6 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated

above.  Subject to and without waiving these objections, McKesson responds that it has not

identified documents relating to Safescript Pharmacy #6 (which was not a McKesson customer)

based on its investigation to date.

**REQUEST NO. 7:**

Please produce all documents in your possession, custody and/or control related to **Anita T. Dawson, DO** (CSL# OD0926) formerly practicing medicine at 1798 Midland Trail, Milton, Cabell County, West Virginia.

**RESPONSE TO REQUEST NO. 7 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objection, McKesson responds as follows:

McKesson will conduct a reasonable search and produce documents responsive to this request.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 7 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated

above.  Subject to and without waiving these objections, McKesson responds that it has not

identified documents relating to Anita T. Dawson, DO, based on its investigation to date.

**CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

**REQUEST NO. 8:**

Please produce all documents produced to the United States House Energy and Commerce Committee arising out of its investigation into "opioid dumping" into West Virginia.

**RESPONSE TO REQUEST NO. 8 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objection, McKesson responds as follows:
McKesson has produced these documents in MDL 2804.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 8 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated above.  Subject to and without waiving these objections, McKesson responds that it has produced the documents it provided to the United States House Energy and Commerce Committee as follows:

| MDL Beginning No. &Volume | MDL Ending No. | HOI Production Nos. & Volume |
|---|---|---|
| MCKMDL00330211<br>MCKMDL003-001 | MCKMDL00330923 | MCK-HOI-001-0000001 - MCK-HOI-001-0000713<br>MCK-HOI-001 |
| MCKMDL00330924<br>MCKMDL003-001 | MCKMDL00332931 | MCK-HOI-002-0000001 -<br>MCK-HOI-002-0002008<br>MCK-HOI-002 |
| MCKMDL00332932<br>MCKMDL003-001 | MCKMDL00332955 | MCK-HOI-00300000001 -<br>MCK-HOI-00300000022<br>MCK-HOI-003 |

**REQUEST NO. 9:**

Please produce all documents produced to the West Virginia Attorney General.

**RESPONSE TO REQUEST NO. 9 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objection, McKesson responds as follows:
McKesson has produced these documents in MDL 2804.

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

## SUPPLEMENTAL RESPONSE TO REQUEST NO. 9 (02/28/2020):

McKesson incorporates by reference its objections and response to this request as stated

above.  Subject to and without waiving these objections, McKesson responds that it has produced

the documents that it produced to the West Virginia Attorney General as follows:

| MDL Beginning No. &Volume | MDL Ending No. | HOI Production Nos. & Volume |
|---|---|---|
| MCKMDL00374945 MCKMDL004-002 | MCKMDL00380773 | MCK-WVAG-001-0000001 - MCK-WVAG-001-0005687 MCK-WVAG-001 |
| MCKMDL00380774 MCKMDL004-002 | MCKMDL00381417 | MCK-WVAG-002-0000001 - MCK-WVAG-002-0000644 MCK-WVAG-002 |
| MCKMDL00354205 MCKMDL004-001 | MCKMDL00356234 | MCK-WVAG-003-0000001 - MCK-WVAG-003-0002030 MCK-WVAG-003 |
| MCKMDL00356235 MCKMDL004-001 | MCKMDL00368196 | MCK-WVAG-004-0000001 - MCK-WVAG-004-0011962 MCK-WVAG-004 |
| MCKMDL00381418 MCKMDL004-002 | MCKMDL00381419 | MCK-WVAG-005-0000001 - MCK-WVAG-005-0000002 MCK-WVAG-005 |
| MCKMDL00396068 MCKMDL007 | MCKMDL00397860 | MCK-WVAG-006-0000001 – MCK-WVAG-006-0001793 MCK-WVAG-006 |

## REQUEST NO. 10:

Please produce all documents related to internal investigations referencing the
distribution of prescription opioids in West Virginia.

## RESPONSE TO REQUEST NO. 10 (11/29/2019):

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-
13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein.
Subject to and without waiving these objection, McKesson responds as follows:

McKesson has produced documents responsive to this request in MDL 2804.  To the
extent that this request seeks additional documents, McKesson is willing to meet and confer to
attempt to reasonably narrow this request.

## SUPPLEMENTAL RESPONSE TO REQUEST NO. 10 (02/28/2020):

McKesson incorporates by reference its objections and response to this request as stated

above.  Pursuant to its agreement with Plaintiffs, McKesson interprets this request to call for

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

investigations other than investigations conducted by Covington & Burling as outside counsel for

McKesson, including any investigations related to the action filed by the West Virginia Attorney

General.  Subject to and without waiving these objections, McKesson responds that it has not

identified any non-privileged documents responsive to this request based on its investigation to

date.

**REQUEST NO. 11:**

Please produce all presentations, including PowerPoints or slide decks, referencing the distribution of prescription opioids in West Virginia.

**RESPONSE TO REQUEST NO. 11 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objection, McKesson responds as follows:
McKesson has produced these documents in MDL 2804.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 11 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated

above.  Subject to and without waiving these objections, McKesson responds based on its

investigation to date that it has identified and produced a presentation made to the DEA and the

United States Attorney General, Northern District of West Virginia (production nos.

MCKMDL00409116-73; MCKMDL00707242-99).


Dated:  February 28, 2018


   */s/ Dale A. Rice*
   Dale A. Rice
   Covington & Burling LLP

**CHRONOLOGY: McKESSON CONTROLLED SUBSTANCE MONITORING
PROGRAM ("CSMP") AND EARLIER MONITORING PROGRAMS**

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| Drug Operations Manual, Section 55, DEA Compliance | #107 | 1/1997 | MCKMDL00651873 | MCKMDL00652197 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00354205 | MCKMDL00354341 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL01515573 | MCKMDL01515587 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00737726 | MCKMDL00737738 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00640287 | MCKMDL00640294 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL01068849 | MCKMDL01068985 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00567631 | MCKMDL00567767 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL01243274 | MCKMDL01243410 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00517870 | MCKMDL00518006 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00575694 | MCKMDL00575830 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00575882 | MCKMDL00576018 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00576027 | MCKMDL00576163 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00576172 | MCKMDL00576308 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00576317 | MCKMDL00576453 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00576462 | MCKMDL00576598 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00576653 | MCKMDL00576789 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00613059 | MCKMDL00613194 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00545378 | MCKMDL00545514 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00545868 | MCKMDL00546004 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00530453 | MCKMDL00530475 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00523080 | MCKMDL00523105 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00456271 | MCKMDL00456296 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL01523845 | MCKMDL01523981 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00331008 | MCKMDL00331141 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00708748 | MCKMDL00709281 |
| Drug Operations Manual, 55-Controlled Substances | | 3/1/2007 | MCKMDL00533763 | MCKMDL00533903 |
| Lifestyle Drug Monitoring Program | 1 | 5/8/2007 | MCKMDL00832327 | MCKMDL00832336 |
| Lifestyle Drug Monitoring Program | 1 | 5/8/2007 | MCKMDL00623791 | MCKMDL00623800 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| Lifestyle Drug Monitoring Program | 1.4 | 5/16/2007 | MCKMDL00706863 | MCKMDL00706896 |
| Lifestyle Drug Monitoring Program | | 5/16/2007 | MCKMDL00355251 | MCKMDL00355256 |
| Lifestyle Drug Monitoring Program | 1.4 | 5/16/2007 | MCKMDL00330931 | MCKMDL00330964 |
| Lifestyle Drug Monitoring Program | | 5/16/2007 | MCKMDL00591850 | MCKMDL00591857 |
| Lifestyle Drug Monitoring Program | 1.7 | 12/6/2007 | MCKMDL00622632 | MCKMDL00622640 |
| Lifestyle Drug Monitoring Program | 1.7 | 12/6/2007 | MCKMDL01515528 | MCKMDL01515540 |
| Lifestyle Drug Monitoring Program | 1.7 | 12/6/2007 | MCKMDL00355041 | MCKMDL00355050 |
| Lifestyle Drug Monitoring Program | | 2007 (est.) | MCKMDL00330211 | MCKMDL00330216 |
| CSMP Operating Manual | 1.4 | 6/16/2008 | MCKMDL00518107 | MCKMDL00518123 |
| CSMP Operating Manual | 1.6 | 6/24/2008 | MCKMDL00518064 | MCKMDL00518080 |
| CSMP Operating Manual | 1.6 | 6/24/2008 | MCKMDL00518083 | MCKMDL00518099 |
| CSMP Operating Manual | 1.6 | 6/24/2008 | MCKMDL00518046 | MCKMDL00518062 |
| CSMP Operating Manual | 1.10 | 8/18/2008 | MCKMDL00533239 | MCKMDL00533259 |
| CSMP Operating Manual | 1.13 | 6/16/2009 | MCKMDL00640255 | MCKMDL00640286 |
| CSMP Operating Manual | 1.16 | 12/1/2009 | MCKMDL01092657 | MCKMDL01092689 |
| CSMP Operating Manual | | 6/22/2010 | MCKMDL01068990 | MCKMDL01069022 |
| CSMP Operating Manual | 1.22 | 1/26/2011 | MCKMDL00629762 | MCKMDL00629786 |
| CSMP Operating Manual | 1.22 | 1/26/2011 | MCKMDL00368261 | MCKMDL00368286 |
| CSMP Operating Manual | 1.22 | 1/26/2011 | MCKMDL00373842 | MCKMDL00373867 |
| CSMP Operating Manual | 1.4 | 1/28/2011 | MCKMDL01405537 | MCKMDL01405538 |
| CSMP Operating Manual | | 4/4/2011 | MCKMDL00510935 | MCKMDL00510938 |
| CSMP Operating Manual | | 4/4/2011 | MCKMDL00510940 | MCKMDL00510943 |
| CSMP Operating Manual | | 6/24/2011 | MCKMDL00511209 | MCKMDL00511215 |
| CSMP Operating Manual | 1.29 | 9/28/2012 | MCKMDL00721847 | MCKMDL00721878 |
| CSMP Operating Manual | 1.31 | 12/18/2012 | MCKMDL01509699 | MCKMDL01509728 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00497844 | MCKMDL00497858 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00537269 | MCKMDL00537281 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00513801 | MCKMDL00513813 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00513879 | MCKMDL00513891 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00533964 | MCKMDL00533981 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00516387 | MCKMDL00516399 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00523627 | MCKMDL00523639 |
| CSMP Operating Manual | 1.36 | 3/20/2013 | MCKMDL00002509 | MCKMDL00002539 |
| CSMP Operating Manual | | 5/2/2013 | MCKMDL00513939 | MCKMDL00513972 |
| CSMP Operating Manual | | 5/8/2013 | MCKMDL00534025 | MCKMDL00534058 |
| CSMP Operating Manual | 1.38 | 5/8/2013 | MCKMDL00533985 | MCKMDL00534024 |
| CSMP Operating Manual | | 5/9/2013 | MCKMDL00516408 | MCKMDL00516441 |
| CSMP Operating Manual | | 5/9/2013 | MCKMDL00513998 | MCKMDL00514031 |
| CSMP Operating Manual | | 5/9/2013 | MCKMDL00524313 | MCKMDL00524346 |
| CSMP Operating Manual | | 5/30/2013 | MCKMDL00514094 | MCKMDL00514127 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00354536 | MCKMDL00354567 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00326902 | MCKMDL00326933 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00309772 | MCKMDL00309803 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00318487 | MCKMDL00318518 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00323282 | MCKMDL00323313 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00316260 | MCKMDL00316291 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00534122 | MCKMDL00534161 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL01369494 | MCKMDL01369525 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00385292 | MCKMDL00385323 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL01405505 | MCKMDL01405536 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00329175 | MCKMDL00329206 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00329290 | MCKMDL00329321 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL01405743 | MCKMDL01405745 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00386662 | MCKMDL00386693 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00370781 | MCKMDL00370812 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00371274 | MCKMDL00371305 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00333903 | MCKMDL00333934 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00330223 | MCKMDL00330254 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00370722 | MCKMDL00370753 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00370993 | MCKMDL00371024 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00383170 | MCKMDL00383178 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00383179 | MCKMDL00383210 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00333223 | MCKMDL00333254 |
| CSMP Operating Manual | | 10/9/2013 | MCKMDL00395164 | MCKMDL00395189 |
| CSMP Operating Manual | | 10/9/2013 | MCKMDL00395753 | MCKMDL00395778 |
| CSMP Operating Manual | | 12/2/2013 | MCKMDL00385283 | MCKMDL00385291 |
| CSMP Operating Manual | | 7/16/2014 | MCKMDL01067600 | MCKMDL01067611 |
| CSMP Operating Manual | | 8/21/2014 | MCKMDL01092395 | MCKMDL01092424 |
| CSMP Operating Manual | | 9/11/2014 | MCKMDL01369485 | MCKMDL01369493 |
| ISMC CSMP Operating Manual | 1.1 | 5/22/2015 | MCKMDL00456680 | MCKMDL00456752 |
| ISMC CSMP Operating Manual | 1.1 | 5/22/2015 | MCKMDL00430506 | MCKMDL00430578 |
| ISMC CSMP Operating Manual | 1.1 | 5/27/2015 | MCKMDL00560559 | MCKMDL00560628 |
| ISMC CSMP Operating Manual | 1.1 | 5/27/2015 | MCKMDL00427530 | MCKMDL00427599 |
| ISMC CSMP Operating Manual | 1.1 | 5/27/2015 | MCKMDL00427601 | MCKMDL00427670 |
| ISMC CSMP Operating Manual | 1 | 5/27/2015 | MCKMDL00355146 | MCKMDL00355215 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL01399635 | MCKMDL01399707 |
| ISMC CSMP Operating Manual | 1.0 | 6/1/2015 | MCKMDL00696597 | MCKMDL00696666 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL00514891 | MCKMDL00514960 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL00636809 | MCKMDL00636878 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00354963 | MCKMDL00355032 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00371272 | MCKMDL00371273 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL00583429 | MCKMDL00583498 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00330099 | MCKMDL00330168 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL00515046 | MCKMDL00515115 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00553599 | MCKMDL00553671 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00553679 | MCKMDL00553751 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00330474 | MCKMDL00330543 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00330544 | MCKMDL00330613 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00371245 | MCKMDL00371246 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00383059 | MCKMDL00383128 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL00514964 | MCKMDL00515033 |
| ISMC CSMP Operating Manual | 1.2 | 9/29/2015 | MCKMDL00666251 | MCKMDL00666325 |
| ISMC CSMP Operating Manual | 1.2 | 9/29/2015 | MCKMDL00557961 | MCKMDL00558036 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| ISMC CSMP Operating Manual | 1.2 | 9/29/2015 | MCKMDL00456403 | MCKMDL00456478 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL01014874 | MCKMDL01014951 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL01014952 | MCKMDL01015027 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00583353 | MCKMDL00583428 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00693769 | MCKMDL00693844 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00559315 | MCKMDL00559390 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00579625 | MCKMDL00579700 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL01400362 | MCKMDL01400437 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00354887 | MCKMDL00354962 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00517193 | MCKMDL00517268 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00517271 | MCKMDL00517346 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00559806 | MCKMDL00559881 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00449485 | MCKMDL00449560 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00719857 | MCKMDL00719932 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00719933 | MCKMDL00720010 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00578962 | MCKMDL00579037 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00441267 | MCKMDL00441342 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00441267 | MCKMDL00441342 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00452410 | MCKMDL00452485 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00579839 | MCKMDL00579914 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00560483 | MCKMDL00560558 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00442438 | MCKMDL00442441 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00559160 | MCKMDL00559163 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00451270 | MCKMDL00451345 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00456311 | MCKMDL00456386 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00456311 | MCKMDL00456386 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00407513 | MCKMDL00407588 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00407513 | MCKMDL00407588 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00333739 | MCKMDL00333814 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00330614 | MCKMDL00330689 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00621007 | MCKMDL00621084 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00621085 | MCKMDL00621160 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00395256 | MCKMDL00395331 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL01405995 | MCKMDL01406072 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00722309 | MCKMDL00722384 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00333059 | MCKMDL00333134 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2016 | MCKMDL00446527 | MCKMDL00446577 |
| RNA CSMP Operating Manual | 1.2 | 1/8/2016 | MCKMDL00449333 | MCKMDL00449408 |
| CSMP Operating Manual | 1.45 | 6/1/2016 | MCKMDL00533189 | MCKMDL00533210 |
| CSMP Operating Manual | 1.45 | 6/1/2016 | MCKMDL00532347 | MCKMDL00532368 |
| RNA CSMP Operating Manual | 1.2 | 1/11/2016 | MCKMDL00449409 | MCKMDL00449484 |
| ISMC CSMP Operating Manual | 1.2 | 11/21/2016 | MCKMDL00446432 | MCKMDL00446526 |
| ISMC CSMP Operating Manual | 1.2 | 11/21/2016 | MCKMDL00560834 | MCKMDL00560928 |
| ISMC CSMP Operating Manual | 1.2 | 11/29/2016 | MCKMDL00560929 | MCKMDL00561022 |
| ISMC CSMP Operating Manual | | 11/29/2016 | MCKMDL00454529 | MCKMDL00454622 |
| ISMC CSMP Operating Manual | 1.3 | 12/1/2016 | MCKMDL00417291 | MCKMDL00417340 |
| ISMC CSMP Operating Manual | 1.3 | 12/2/2016 | MCKMDL00417240 | MCKMDL00417289 |
| ISMC CSMP Operating Manual | 1.3 | 12/18/2016 | MCKMDL00561023 | MCKMDL00561072 |
| ISMC CSMP Operating Manual | 1.3 | 1/5/2017 | MCKMDL00666651 | MCKMDL00666700 |
| ISMC CSMP Operating Manual | 1.3 | 1/5/2017 | MCKMDL00560784 | MCKMDL00560833 |
| ISMC CSMP Operating Manual | 1.3 | 1/5/2017 | MCKMDL00555014 | MCKMDL00555063 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00443208 | MCKMDL00443257 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00560683 | MCKMDL00560732 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00354837 | MCKMDL00354886 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00640069 | MCKMDL00640118 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00720011 | MCKMDL00720060 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00395206 | MCKMDL00395255 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00451365 | MCKMDL00451414 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00577160 | MCKMDL00577209 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00333689 | MCKMDL00333738 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00330696 | MCKMDL00330745 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL01570510 | MCKMDL01570559 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL01407107 | MCKMDL01407156 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00333009 | MCKMDL00333058 |
| ISMC CSMP Operating Manual | 1.4 | 5/16/2017 | MCKMDL00664513 | MCKMDL00664562 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00666553 | MCKMDL00666602 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00354786 | MCKMDL00354836 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00568453 | MCKMDL00568503 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00568343 | MCKMDL00568393 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00568703 | MCKMDL00568754 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00568759 | MCKMDL00568809 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00451501 | MCKMDL00451552 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00583244 | MCKMDL00583294 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00450795 | MCKMDL00450845 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00423000 | MCKMDL00423051 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL01040383 | MCKMDL01040433 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL01620590 | MCKMDL01620640 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL01732633 | MCKMDL01732683 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00333638 | MCKMDL00333688 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00560733 | MCKMDL00560783 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00567835 | MCKMDL00567885 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00330746 | MCKMDL00330796 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00337325 | MCKMDL00337618 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00703694 | MCKMDL00703744 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00704328 | MCKMDL00704378 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00332958 | MCKMDL00333008 |
| ISMC CSMP Operating Manual | | 8/4/2017 | MCKMDL00420108 | MCKMDL00420179 |
| ISMC CSMP Operating Manual | | 8/14/2017 | MCKMDL00420661 | MCKMDL00420733 |
| RNA CSMP Operating Manual | 1 | 8/25/2017 | MCKMDL00434702 | MCKMDL00434777 |
| RNA CSMP Operating Manual | 1 | 8/25/2017 | MCKMDL00435522 | MCKMDL00435597 |
| RNA CSMP Operating Manual | 1 | 8/25/2017 | MCKMDL00638821 | MCKMDL00638896 |
| RNA CSMP Operating Manual | 1 | 8/25/2017 | MCKMDL00434702 | MCKMDL00434777 |
| RNA CSMP Operating Manual | 1 | 8/25/2017 | MCKMDL00435522 | MCKMDL00435597 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| RNA CSMP Operating Manual | 1 | 9/6/2017 | MCKMDL00433756 | MCKMDL00433831 |
| RNA CSMP Operating Manual | 1 | 9/6/2017 | MCKMDL00452620 | MCKMDL00452695 |
| RNA CSMP Operating Manual | 1 | 11/8/2017 | MCKMDL00431922 | MCKMDL00431994 |
| RNA CSMP Operating Manual | 1 | 11/8/2017 | MCKMDL00435421 | MCKMDL00435493 |
| RNA CSMP Operating Manual | 1 | 11/8/2017 | MCKMDL00435317 | MCKMDL00435389 |
| RNA CSMP Operating Manual | 1 | 11/8/2017 | MCKMDL00450576 | MCKMDL00450648 |
| CSMP Operating Manual | | 2/5/2018 | MCKMDL00532380 | MCKMDL00532401 |
| RNA CSMP Operating Manual | 1.1 | 2/15/2018 | MCKMDL00634762 | MCKMDL00634798 |
| RNA CSMP Operating Manual | 1 | 3/13/2018 | MCKMDL00439195 | MCKMDL00439230 |
| RNA CSMP Operating Manual | 1 | 3/13/2018 | MCKMDL00449991 | MCKMDL00450026 |
| RNA CSMP Operating Manual | 1 | 3/22/2018 | MCKMDL00457886 | MCKMDL00457922 |
| RNA CSMP Operating Manual | 1 | 3/22/2018 | MCKMDL00439245 | MCKMDL00439281 |
| RNA CSMP Operating Manual | 1 | 3/22/2018 | MCKMDL00457992 | MCKMDL00458028 |
| RNA CSMP Operating Manual | 1 | 3/22/2018 | MCKMDL00450027 | MCKMDL00450063 |
| RNA CSMP Operating Manual | 1.1 | 3/22/2018 | MCKMDL00570291 | MCKMDL00570328 |
| ISMC CSMP Operating Manual | 1.5 | 3/26/2018 | MCKMDL00437750 | MCKMDL00437803 |
| RNA CSMP Operating Manual | 1 | 4/3/2018 | MCKMDL00439002 | MCKMDL00439038 |
| RNA CSMP Operating Manual | 1 | 4/3/2018 | MCKMDL00450064 | MCKMDL00450100 |
| RNA CSMP Operating Manual | 1.1 | 4/10/2018 | MCKMDL00570108 | MCKMDL00570146 |
| RNA CSMP Operating Manual | 1.1 | 4/10/2018 | MCKMDL00570156 | MCKMDL00570194 |
| RNA CSMP Operating Manual | 1.1 | 4/10/2018 | MCKMDL00570235 | MCKMDL00570273 |
| RNA CSMP Operating Manual | 1 | 4/10/2018 | MCKMDL00450101 | MCKMDL00450138 |
| RNA CSMP Operating Manual | 1.1 | 4/11/2018 | MCKMDL00570198 | MCKMDL00570234 |
| RNA CSMP Operating Manual | 1.1 | 4/12/2018 | MCKMDL00439283 | MCKMDL00439320 |
| RNA CSMP Operating Manual | 1 | 4/12/2018 | MCKMDL00439283 | MCKMDL00439320 |
| RNA CSMP Operating Manual | 1.1 | 4/12/2018 | MCKMDL00450139 | MCKMDL00450176 |
| RNA CSMP Operating Manual | 1 | 4/12/2018 | MCKMDL00450139 | MCKMDL00450176 |
| RNA CSMP Operating Manual | 1.1 | 4/13/2018 | MCKMDL00439043 | MCKMDL00439078 |
| RNA CSMP Operating Manual | 1.1 | 4/13/2018 | MCKMDL00446610 | MCKMDL00446645 |
| RNA CSMP Operating Manual | 1 | 4/13/2018 | MCKMDL00439043 | MCKMDL00439078 |
| RNA CSMP Operating Manual | 1 | 4/13/2018 | MCKMDL00446610 | MCKMDL00446645 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| RNA CSMP Operating Manual | 1.1 | 4/13/2018 | MCKMDL00450177 | MCKMDL00450212 |
| RNA CSMP Operating Manual | 1 | 4/13/2018 | MCKMDL00450177 | MCKMDL00450212 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00437843 | MCKMDL00437878 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450213 | MCKMDL00450248 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450249 | MCKMDL00450285 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450286 | MCKMDL00450321 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00437843 | MCKMDL00437878 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450213 | MCKMDL00450248 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450249 | MCKMDL00450285 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450286 | MCKMDL00450321 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00437887 | MCKMDL00437922 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00449954 | MCKMDL00449990 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450322 | MCKMDL00450357 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00437887 | MCKMDL00437922 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00449954 | MCKMDL00449990 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450322 | MCKMDL00450357 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00355260 | MCKMDL00355295 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00355260 | MCKMDL00355295 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00781985 | MCKMDL00782020 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00782104 | MCKMDL00782139 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00337325 | MCKMDL00337618 |
| ISMC CSMP Operating Manual | 1.5 | 6/12/2018 | MCKMDL01212732 | MCKMDL01212787 |

## CERTIFICATE OF SERVICE

I, Dale A. Rice, hereby certify that on February 28, 2020, **DEFENDANT MCKESSON CORPORATION'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST COMBINED DISCOVERY REQUESTS TO DISTRIBUTORS** was served on counsel for plaintiffs and defendants pursuant to the agreement regarding service on plaintiffs, directed to the email addresses listed below.

For Plaintiffs:    mdl2804discovery@motleyrice.com

For Defendants:  xALLDEFENDANTS-MDL2804-Service@arnoldporter.com

### ADDITIONAL COUNSEL FOR PLAINTIFFS

| Attorney Name | E-Mail Address for Service |
|---|---|
| Peter H. Weinberger | pweinberger@spanglaw.com |
| Steven J. Skikos | sskikos@skikoscrawford.com |
| Troy A. Rafferty | trafferty@levinlaw.com |
| Brandon Bogle | bbogle@levinlaw.com |
| Paul Farrell | paul@greeneketchum.com |
| Eric Kennedy | ekennedy@weismanlaw.com |
| William Hawal | whawal@spanglaw.com |

By:    */s/ Dale A. Rice*

Dale A. Rice