# EXHIBIT D

CONTAINS McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CITY OF HUNTINGTON, WEST VIRGINIA,

        Plaintiff,

v.

AMERISOURCEBERGEN DRUG CORPORATION, et al.

        Defendants.

CASE NO. 3:17-CV-01362

CABELL COUNTY COMMISSION,

        Plaintiff,

v.

AMERISOURCEBERGEN DRUG CORPORATION, et al.

        Defendants.

CASE NO. 3:17-CV-01665

## DEFENDANT MCKESSON CORPORATION'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST COMBINED DISCOVERY REQUESTS TO DISTRIBUTORS (NOS. 3 AND 4)

Defendant McKesson Corporation ("McKesson") hereby provides its second supplemental objections and responses to Request Nos. 3 and 4 from the First Set of Combined Discovery Requests to Distributor Defendants propounded by Plaintiffs City of Huntington, West Virginia, and Cabell County Commission.

## GENERAL OBJECTIONS

1.      These responses are made solely for the purpose of these actions. By responding to these requests, McKesson does not waive any objections that it may have to the admission into evidence of these responses, or any documents and things produced in response to these requests, on any applicable grounds.

**CONTAINS McKESSON HIGHLY CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

2.     McKesson objects to the definitions and instructions used in these requests to the extent that they purport to impose obligations or burdens on McKesson that go beyond those imposed by Federal Rules of Civil Procedure 26, 33, and 34, the Local Rules of the Southern District of West Virginia, and applicable Orders entered by the Court in these above-captioned actions (collectively "Discovery Rules").  McKesson will comply with the Discovery Rules, but assumes no further obligations in responding to these requests.

3.     McKesson objects to these requests to the extent that they seek discovery that is not relevant to the parties' claims and defenses, not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit, and that otherwise goes beyond the scope of permissible discovery at this stage of this proceeding, particularly to the extent they seek discovery that is not relevant to the above-captioned actions.  As appropriate, McKesson will limit its responses to information and documents that relate to Cabell County and the City of Huntington.  However, McKesson is willing to meet and confer with regard to the geographic scope of discovery as it relates to documents and information other than transactional data.  McKesson has produced transactional data for the State of West Virginia, the Commonwealth of Kentucky, and the State of Ohio in compliance with the Order Regarding Track Two Cases (ECF No. 2950) at 5 entered prior to remand of the above-captioned actions.

4.     McKesson objects to these requests to the extent that they include multiple subparts. McKesson further objects to these requests on the grounds that they are individually and collectively overly broad and unduly burdensome and seek discovery that is not relevant to the parties' claims and defenses and not proportional to the needs of the case.  Plaintiffs' sweeping

2

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

requests seek voluminous documents and records for a period spanning almost 30 years without any limits on custodians or non-custodial sources.  To the extent that McKesson agrees to produce documents in response to these requests, McKesson is agreeing to produce only the documents it identifies in its response and only subject to an agreement on a reasonable number of custodians and non-custodial sources.

5.     McKesson objects to these requests to the extent that they seek information or documents that are protected from disclosure by the attorney-client privilege, work product doctrine, joint defense privilege, common interest privilege, or any other applicable privilege or protection ("privileged information").  The inadvertent disclosure of privileged information or documents in response to these requests shall not be deemed a waiver of any privilege or right as to the privileged information inadvertently disclosed or any other information or documents relating to the subject matter of any inadvertently-disclosed privileged information.

6.     McKesson objects to these requests, and to the definitions and instructions included with this set of requests, to the extent that any request, definition or instruction seeks disclosure of information protected by any confidentiality obligation owed to a third party.  McKesson will not disclose or produce such information or documents absent notice to and, if required, consent of the third party or entry of a court order compelling production.

7.     McKesson objects to these requests to the extent that they seek documents or information that: (a) are in Plaintiffs' possession, custody or control; (b) are not in McKesson's possession, custody, or control; (c) are equally or more readily available from sources other than McKesson; (d) Plaintiffs can obtain from other sources that are more convenient, less burdensome, and/or less expensive than requiring McKesson to provide the information; (e) are not reasonably accessible to McKesson; and/or (f) are publicly available to Plaintiffs.  With regard to any response that McKesson provides, McKesson's response will be limited to relevant, responsive and non-

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

privileged information or documents in its possession, custody or control located after a reasonable search that is proportional to the needs of the case.

8.      McKesson objects to the requests to the extent that they contain terms that are not defined or terms that are defined in a vague, ambiguous, or unintelligible manner.

9.      McKesson objects to the requests, and to the requests' definitions and instructions, to the extent that any request, definition or instruction: (a) is unduly burdensome, oppressive, overly broad, ambiguous, confusing or vague; (b) is duplicative or unreasonably cumulative of other discovery in this investigation; or (c) calls for McKesson to draw a legal conclusion in order to respond.

10.     McKesson objects to the requests, and to the requests' definitions and instructions, to the extent that any request, definition or instruction assumes facts and events or includes characterizations that are assumed to be accurate and contains legal conclusions.  By providing responses to these requests, McKesson does not admit or concede that any assumed fact, event, characterization, or legal conclusion is correct or accurate and McKesson expressly reserves the right to contest any and all assumed facts, events, characterizations, and legal conclusions.

11.     McKesson objects to each request, definition or instruction that purports to require that McKesson identify and provide discovery with regard to "each," "all," "any" or similar all-encompassing wording, on the grounds that such requests, definitions and instructions are overly broad, unduly burdensome, seek discovery that is not relevant to the parties' claims and defenses, not proportional to the needs of the case, and beyond the scope of permissible discovery.

12.     McKesson objects to each request in this set to the extent that it seeks premature expert discovery or disclosure of expert opinions and goes beyond the scope of permissible expert discovery under the Discovery Rules.  McKesson will provide expert discovery and disclosures on

**CONTAINS McKESSON HIGHLY CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

the dates set by the Court in compliance with the Discovery Rules, but assumes no further

obligation in responding to these requests.

13.     McKesson's responses are based upon information that has been collected and

reviewed to date for the purpose of responding to these requests, and they are not prepared from

the personal knowledge of any single individual.  McKesson reserves the right to amend and

supplement these responses as discovery and this litigation proceed.

## OBJECTIONS TO UNDEFINED TERMS

1.      McKesson objects to the undefined terms "You" and "Your" on the grounds that

they are overly broad, vague, ambiguous, and purport to extend the requests beyond the

Pharmaceutical Distribution business of McKesson Corporation and seek information and

documents that are not in McKesson's possession, custody or control.  For purposes of its

responses, McKesson will define "You," "Your," and "McKesson" to mean McKesson's

Pharmaceutical Distribution business[1] and will respond with regard to information and documents

in its possession, custody or control.

2.      McKesson objects to these requests to the extent they seek discovery about

customers, but do not provide any definition for customer, on the grounds that these requests are

overly broad, vague, ambiguous and unduly burdensome and potentially seek discovery that is not

relevant to the parties' claims and defenses, nor reasonably calculated to lead to the discovery of

admissible evidence.  For purposes of its responses, McKesson will interpret "customers" as used

in these requests and responses to mean McKesson customers in the State of West Virginia that

are retail national accounts (including national and regional chains, food/drug combinations, mail

order pharmacies and mass merchandisers), independent retail pharmacies (also referred to as

---

[1] [1] Prior to January 2019, McKesson's Pharmaceutical Distribution business was known as its
U.S. Pharmaceutical Distribution business ("U.S. Pharma").

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

Independent Small and Medium Chains or ISMCs), and institutional healthcare providers such as hospitals, health systems, integrated delivery networks and long- term care providers.

3.      McKesson objects to the undefined term "prescription opioids" on the grounds that it is overly broad, vague, ambiguous and unduly burdensome, and seeks discovery that is not relevant to the parties' claims and defenses, nor proportional to the needs of the case.  For purposes of responding to these requests, McKesson will interpret "prescription opioids" to mean products with one of the following DEA drug codes and drug code names:

| Base code | Base code description |
| --- | --- |
| 9737 | ALFENTANIL |
| 9064 | BUPRENORPHINE |
| 9720 | BUTORPHANOL |
| M804 | CODEINE (W/PROMETHAZ) |
| 9050 | CODEINE CII |
| 9804 | CODEINE COMBINATION |
| M805 | CODEINE PREPARATIONS |
| 9168 | DIFENOXIN |
| 9120 | DIHYDROCODEINE |
| 9807 | DIHYDROCODEINE COMBI |
| 9170 | DIPHENOXYLATE |
| 9801 | FENTANYL |
| 9193 | HYDROCODONE |
| 9150 | HYDROMORPHONE |
| 9220 | LEVORPHANOL |
| 9230 | MEPERIDINE |
| 9250 | METHADONE |
| 9300 | MORPHINE |
| 9639 | OPIUM POWDERED |
| 9630 | OPIUM TINCTURE |
| 9143 | OXYCODONE |
| 9652 | OXYMORPHONE |
| 9809 | PAREGORIC |
| 9709 | PENTAZOCINE |
| 9273 | PROPOXYPHENE |
| 9739 | REMIFENTANIL |
| 9740 | SUFENTANIL |
| 9780 | TAPENTADOL |
| 9752 | TRAMADOL |

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

4.      McKesson objects to the undefined term suspicious order to the extent that it differs from or extends beyond the definition of suspicious order used by the DEA on the grounds that it is overly broad, vague, ambiguous and unduly burdensome, and seeks discovery that is not relevant to the parties' claims and defenses, nor proportional to the needs of the case.  For purposes of its responses, McKesson will interpret suspicious order using the DEA's definition for this term.

5.      McKesson objects to plaintiffs' time period instruction seeking discovery for the time period commencing January 1, 1996, on the grounds that this demand for discovery for a time period is overly broad, vague, ambiguous and unduly burdensome, and seeks discovery that is not relevant to the parties' claims and defenses, nor proportional to the needs of the case.  Unless otherwise stated, McKesson's responses will be limited to the time period January 1, 2006 to the date of its response.

## OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION

### REQUEST NO. 1:

Please produce all ***transactional data*** related to the distribution of prescription opioids arising out of CT2 from January 1, 1996, to the present.

### RESPONSE TO REQUEST NO. 1 (11/29/2019):

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objections, McKesson responds as follows:

McKesson will produce transactional data for shipments to McKesson customers in the State of West Virginia, the State of Ohio, and the Commonwealth for the time period beginning October 1, 2004.

### SUPPLEMENTAL RESPONSE TO REQUEST NO. 1 (02/28/2020):

McKesson incorporates by reference its objections and response to this request as stated above.  Subject to and without waiving these objections, McKesson responds that it has produced the following transactional data for customers in West Virginia:

**CONTAINS McKESSON HIGHLY CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| MCKMDL01391082 MCKMDL112 | MCKMDL01391096 | Transactional Data for Non-Controlled Rx 10/1/2004 - 12/31/2018 State of West Virginia Customers |
| MCKMDL01391097 MCKMDL112 | MCKMDL01391111 | Transactional Data for Non-Opioid Controlled Substances 10/1/2004 - 12/31/2018 State of West Virginia Customers |
| MCKMDL01391112 MCKMDL112 | MCKMDL01391126 | Transactional Data for Opioids 10/1/2004 - 12/31/2018 State of West Virginia Customers |

McKesson also has produced transactional data for customers in the Commonwealth of Kentucky (production nos. MCKMDL01390992 – MCKMDL01391036) and the State of Ohio (production nos. MCKMDL01391037 – MCKMDL01391081).

**REQUEST NO. 2:**

Please identify in chronological order the title of each *Suspicious Order Monitoring System (SOMS)* policy in force from January 1, 1996, to the present and produce a copy of the same. After each entry, please identify the Bates range which corresponds to each policy to enable a jury to correlate each policy in your written answer to each document produced.

**RESPONSE TO REQUEST NO. 2 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objections, McKesson responds as follows:
McKesson has produced documents responsive to this request in MDL 2804.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 2 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated above.  Subject to and without waiving these objections, McKesson responds that the attached Appendix A lists the policies and procedures for its Controlled Substance Monitoring Program ("CSMP") and earlier monitoring programs in chronological order, including multiple produced copies for certain versions of those policies and procedures.

**REQUEST NO. 3:**

Please identify each *suspicious order* you reported to any regulatory body, including the DEA and/or the West Virginia Board of Pharmacy, arising out of CT2 and produce all documents related thereto. After each entry, please identify the Bates range which corresponds to each

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

suspicious order to enable a jury to correlate each suspicious order in your written answer to each document produced.

### RESPONSE TO REQUEST NO. 3 (11/29/2019):

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objections, McKesson responds as follows:

McKesson will produce a blocked order report with regard to customers in West Virginia.

### SUPPLEMENTAL RESPONSE TO REQUEST NO. 3 (02/28/2020):

McKesson incorporates by reference its objections and response to this request as stated above.  Subject to and without waiving these objections, McKesson responds that it has produced a blocked order report for opioid orders that were not shipped to McKesson customers in the State of West Virginia because they exceeded that threshold for the customer and the opioid product (production no. MCKMDL01391127).

### SECOND SUPPLEMENTAL RESPONSE TO REQUEST NO. 3 (03/17/2020):

McKesson incorporates by reference its objections and response to this request as stated above.  Subject to and without waiving these objections, McKesson responds that it has produced a blocked order report for opioid orders that were not shipped to McKesson customers in the State of West Virginia because they exceeded that threshold for the customer and the opioid product (production no. MCKMDL01391127).  Prior to 2009, McKesson distribution centers reported excessive orders to local DEA offices both nightly and monthly.  To the extent they still exist, McKesson's copies of the monthly DU-45 reports would be maintained in hard copy in the distribution centers or in offsite storage.  McKesson has been able to locate copies of DU-45 reports for certain distribution centers and time periods.  McKesson has produced copies of DU-45 reports from its Atlanta, Delran, Denver, Lakeland, Landover, Oklahoma City, and St. Louis distribution centers in MDL 2804 bearing production numbers MCKMDL00651614–651826, MCKMDL00653069–661435,  MCKMDL01540513–1561206,  MCKMDL01638275–1664978, and MCKMDL01865692– MCKMDL01876408. McKesson has not been able to locate any DU-45 reports from its Washington Courthouse Distribution Center, the distribution center that

**CONTAINS McKESSON HIGHLY CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

distributed opioids and other products to McKesson customers in Cabell County and the City of

Huntington.

## REQUEST NO. 4:

Please produce the ***due diligence file*** for each of your customers in CT2. Please identify the Bates range which corresponds to each due diligence file to enable a jury to correlate each due diligence file to each of your documents.

## RESPONSE TO REQUEST NO. 4 (11/29/2019):

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objections, McKesson responds as follows:

McKesson will produce diligence files for customers in West Virginia.

## SUPPLEMENTAL RESPONSE TO REQUEST NO. 4 (02/28/2020):

McKesson incorporates by reference its objections and response to this request as stated above. Subject to and without waiving these objections, McKesson responds that certain diligence files were produced in the action brought by the West Virginia Attorney General, as follows:

| DEA # | Customer | Beginning MDL No. | Ending MDL No. |
|---|---|---|---|
| AC2977556 | CABELL HH IP 340B PHS | MCKMDL00361092 | MCKMDL00361103 |
| BP0795433 | COMPRECARE PHCY | MCKMDL00356945 | MCKMDL00356992 |
| BM6622167 | CONTINUUMCARE PHCY LTC | MCKMDL00368075 | MCKMDL00368093 |
| BM9558733 | MCCLOUD FAMILY PHARMACY | MCKMDL00358572 | MCKMDL00358624 |
| BM3744489 | MEDICAL ARTS PHARMACY | MCKMDL00359741 | MCKMDL00359817 |
| BM6647739 | MEDICAL ASSOCIATES PHCY | MCKMDL00368103 | MCKMDL00368105 |
| FA3682348 | ROSS DRUG | MCKMDL00359956 | MCKMDL00359978 |
| BV6022228 | VALLEY HEALTH PHARMACY | MCKMDL00357132 | MCKMDL00357219 |
| BV6022228 | VALLEY HEALTH PHARMACY | MCKMDL00365652 | MCKMDL00365836 |
| FV6047648 | VALLEY HEALTH PHCY PHS | MCKMDL00358977 | MCKMDL00359015 |
| AV5458648 | VAMC 581-HUNTINGTON | MCKMDL00360871 | MCKMDL00360890 |

McKesson also has collected additional documents from the four central locations that is has used over time to store diligence files (hard copy, SharePoint, R: drive, and McKCAT) and produced them in this action:

| MCKMDL01581299 MCKMDL129 | MCKMDL01581299 | Diligence files materials for Cabell County/City of Huntington (WV) Customers (from SharePoint) |
|---|---|---|
| MCKMDL01581300 MCKMDL130 | MCKMDL01581366 | Diligence files (TCR/Onboarding) materials for McKesson Cabell County/City of Huntington (WV) Customers (from McKCAT platform) |
| MCKMDL01581367 MCKMDL131 | MCKMDL01581371 | Diligence files materials for McKesson Cabell County/City of Huntington (WV) Customers (from hard copy and R Drive files) |

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

McKesson continues to collect, review and produce documents from the files of ESI custodians. Those files may contain diligence-related documents for McKesson customers in Cabell County and the City of Huntington, West Virginia.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST NO. 4 (03/17/2020):**

McKesson incorporates by reference its objections and response to this request as stated above. Subject to and without waiving these objections, McKesson responds that certain diligence files were produced in the action brought by the West Virginia Attorney General, as follows:

| DEA # | Customer | Beginning MDL No. | Ending MDL No. |
|---|---|---|---|
| AC2977556 | CABELL HH IP 340B PHS | MCKMDL00361092 | MCKMDL00361103 |
| BP0795433 | COMPRECARE PHCY | MCKMDL00356945 | MCKMDL00356992 |
| BM6622167 | CONTINUUMCARE PHCY LTC | MCKMDL00368075 | MCKMDL00368093 |
| BM9558733 | MCCLOUD FAMILY PHARMACY | MCKMDL00358572 | MCKMDL00358624 |
| BM3744489 | MEDICAL ARTS PHARMACY | MCKMDL00359741 | MCKMDL00359817 |
| BM6647739 | MEDICAL ASSOCIATES PHCY | MCKMDL00368103 | MCKMDL00368105 |
| FA3682348 | ROSS DRUG | MCKMDL00359956 | MCKMDL00359978 |
| BV6022228 | VALLEY HEALTH PHARMACY | MCKMDL00357132 | MCKMDL00357219 |
| BV6022228 | VALLEY HEALTH PHARMACY | MCKMDL00365652 | MCKMDL00365836 |
| FV6047648 | VALLEY HEALTH PHCY PHS | MCKMDL00358977 | MCKMDL00359015 |
| AV5458648 | VAMC 581-HUNTINGTON | MCKMDL00360871 | MCKMDL00360890 |

McKesson also has collected additional documents from the four central locations that is has used over time to store diligence files (hard copy, SharePoint, R: drive, and McKCAT) and produced them in this action:

| MCKMDL01581299 MCKMDL129 | MCKMDL01581299 | Diligence files materials for Cabell County/City of Huntington (WV) Customers (from SharePoint) |
|---|---|---|
| MCKMDL01581300 MCKMDL130 | MCKMDL01581366 | Diligence files (TCR/Onboarding) materials for McKesson Cabell County/City of Huntington (WV) Customers (from McKCAT platform) |
| MCKMDL01581367 MCKMDL131 | MCKMDL01581371 | Diligence files materials for McKesson Cabell County/City of Huntington (WV) Customers (from hard copy and R Drive files) |

McKesson has completed its collection and production of diligence files from these four central locations for its customers in Cabell County and the City of Huntington.

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

McKesson continues to collect, review and produce documents from the files of ESI custodians. Those files may contain diligence-related documents for McKesson customers in Cabell County and the City of Huntington, West Virginia.

**REQUEST NO. 5:**

Please identify each *sales representative(s)* responsible for CT2 territory and produce the custodial file for each. Please identify the Bates range which corresponds to each custodial file to enable a jury to correlate each name in your written answer to each custodial file produced.

**RESPONSE TO REQUEST NO. 5 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objections, McKesson responds as follows:

McKesson will conduct a reasonable search and produce information responsive to this request.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 5 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated above. Subject to and without waiving these objections, McKesson responds that Timothy Ashworth (who was previously produced in the West Virginia Attorney General action) was the Retail Sales Manager for McKesson customers in Cabell County and the City of Huntington, West Virginia. As of his June 2018 deposition, Mr. Ashworth reported to District Sales Manager Michael Brown. Until he left McKesson, Thomas Terry was the VP Sales, ISMC, with territory that included Cabell County and the City of Huntington, West Virginia.

**REQUEST NO. 6:**

Please produce all documents in your possession, custody and/or control related to *Safescript Pharmacy #6* (DEA# BS8246349) formerly located at 335 Fourth Avenue in Huntington, Cabell County, West Virginia.

**RESPONSE TO REQUEST NO. 6 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objections, McKesson responds as follows:

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

McKesson will conduct a reasonable search and produce documents responsive to this request.

## SUPPLEMENTAL RESPONSE TO REQUEST NO. 6 (02/28/2020):

McKesson incorporates by reference its objections and response to this request as stated above.  Subject to and without waiving these objections, McKesson responds that it has not identified documents relating to Safescript Pharmacy #6 (which was not a McKesson customer) based on its investigation to date.

## REQUEST NO. 7:

Please produce all documents in your possession, custody and/or control related to **Anita T. Dawson, DO** (CSL# OD0926) formerly practicing medicine at 1798 Midland Trail, Milton, Cabell County, West Virginia.

## RESPONSE TO REQUEST NO. 7 (11/29/2019):

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objections, McKesson responds as follows:
McKesson will conduct a reasonable search and produce documents responsive to this request.

## SUPPLEMENTAL RESPONSE TO REQUEST NO. 7 (02/28/2020):

McKesson incorporates by reference its objections and response to this request as stated above.  Subject to and without waiving these objections, McKesson responds that it has not identified documents relating to Anita T. Dawson, DO, based on its investigation to date.

## REQUEST NO. 8:

Please produce all documents produced to the United States House Energy and Commerce Committee arising out of its investigation into "opioid dumping" into West Virginia.

## RESPONSE TO REQUEST NO. 8 (11/29/2019):

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objections, McKesson responds as follows:
McKesson has produced these documents in MDL 2804.

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 8 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated above. Subject to and without waiving these objections, McKesson responds that it has produced the documents it provided to the United States House Energy and Commerce Committee as follows:

| MDL Beginning No. &Volume | MDL Ending No. | HOI Production Nos. & Volume |
|---|---|---|
| MCKMDL00330211<br>MCKMDL003-001 | MCKMDL00330923 | MCK-HOI-001-0000001 - MCK-HOI-001-0000713<br>MCK-HOI-001 |
| MCKMDL00330924<br>MCKMDL003-001 | MCKMDL00332931 | MCK-HOI-002-0000001 -<br>MCK-HOI-002-0002008<br>MCK-HOI-002 |
| MCKMDL00332932<br>MCKMDL003-001 | MCKMDL00332955 | MCK-HOI-00300000001 -<br>MCK-HOI-00300000022<br>MCK-HOI-003 |

**REQUEST NO. 9:**

Please produce all documents produced to the West Virginia Attorney General.

**RESPONSE TO REQUEST NO. 9 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objections, McKesson responds as follows:

McKesson has produced these documents in MDL 2804.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 9 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated above. Subject to and without waiving these objections, McKesson responds that it has produced the documents that it produced to the West Virginia Attorney General as follows:

| MDL Beginning No. &Volume | MDL Ending No. | HOI Production Nos. & Volume |
|---|---|---|
| MCKMDL00374945<br>MCKMDL004-002 | MCKMDL00380773 | MCK-WVAG-001-0000001 -<br>MCK-WVAG-001-0005687<br>MCK-WVAG-001 |
| MCKMDL00380774<br>MCKMDL004-002 | MCKMDL00381417 | MCK-WVAG-002-0000001 -<br>MCK-WVAG-002-0000644<br>MCK-WVAG-002 |

**CONTAINS McKESSON HIGHLY CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| | | |
|---|---|---|
| MCKMDL00354205<br>MCKMDL004-001 | MCKMDL00356234 | MCK-WVAG-003-0000001 -<br>MCK-WVAG-003-0002030<br>MCK-WVAG-003 |
| MCKMDL00356235<br>MCKMDL004-001 | MCKMDL00368196 | MCK-WVAG-004-0000001 -<br>MCK-WVAG-004-0011962<br>MCK-WVAG-004 |
| MCKMDL00381418<br>MCKMDL004-002 | MCKMDL00381419 | MCK-WVAG-005-0000001 -<br>MCK-WVAG-005-0000002<br>MCK-WVAG-005 |
| MCKMDL00396068<br>MCKMDL007 | MCKMDL00397860 | MCK-WVAG-006-0000001 –<br>MCK-WVAG-006-0001793<br>MCK-WVAG-006 |

**REQUEST NO. 10:**

Please produce all documents related to internal investigations referencing the distribution of prescription opioids in West Virginia.

**RESPONSE TO REQUEST NO. 10 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objections, McKesson responds as follows:

McKesson has produced documents responsive to this request in MDL 2804. To the extent that this request seeks additional documents, McKesson is willing to meet and confer to attempt to reasonably narrow this request.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 10 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated above. Pursuant to its agreement with Plaintiffs, McKesson interprets this request to call for investigations other than investigations conducted by Covington & Burling as outside counsel for McKesson, including any investigations related to the action filed by the West Virginia Attorney General. Subject to and without waiving these objections, McKesson responds that it has not identified any non-privileged documents responsive to this request based on its investigation to date.

**REQUEST NO. 11:**

Please produce all presentations, including PowerPoints or slide decks, referencing the distribution of prescription opioids in West Virginia.

CONTAINS McKESSON HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

**RESPONSE TO REQUEST NO. 11 (11/29/2019):**

McKesson objects to this request on the grounds set forth in its General Objection Nos. 1-13 and Objections to Undefined Terms Nos. 1-6, which are incorporated by reference herein. Subject to and without waiving these objections, McKesson responds as follows:

McKesson has produced these documents in MDL 2804.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 11 (02/28/2020):**

McKesson incorporates by reference its objections and response to this request as stated above.  Subject to and without waiving these objections, McKesson responds based on its investigation to date that it has identified and produced a presentation made to the DEA and the United States Attorney General, Northern District of West Virginia (production nos. MCKMDL00409116-73; MCKMDL00707242-99).

Dated:  March 17, 2020

*/s/  Jeffrey M Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
**FLAHERTY SENSABAUGH BONASSO PLLC**
P.O. Box 3843
Charleston, WV 25338-3843
(304) 345-0200
(304) 345-0260 fax
JWakefield@flahertylegal.com

Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
Dale Rice
Megan A. Crowley
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000

*Counsel for McKesson Corporation*

**CHRONOLOGY: McKESSON CONTROLLED SUBSTANCE MONITORING
PROGRAM ("CSMP") AND EARLIER MONITORING PROGRAMS**

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| Drug Operations Manual, Section 55, DEA Compliance | #107 | 1/1997 | MCKMDL00651873 | MCKMDL00652197 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00354205 | MCKMDL00354341 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL01515573 | MCKMDL01515587 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00737726 | MCKMDL00737738 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00640287 | MCKMDL00640294 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL01068849 | MCKMDL01068985 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00567631 | MCKMDL00567767 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL01243274 | MCKMDL01243410 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00517870 | MCKMDL00518006 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00575694 | MCKMDL00575830 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00575882 | MCKMDL00576018 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00576027 | MCKMDL00576163 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00576172 | MCKMDL00576308 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00576317 | MCKMDL00576453 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00576462 | MCKMDL00576598 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00576653 | MCKMDL00576789 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00613059 | MCKMDL00613194 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00545378 | MCKMDL00545514 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00545868 | MCKMDL00546004 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00530453 | MCKMDL00530475 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00523080 | MCKMDL00523105 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00456271 | MCKMDL00456296 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL01523845 | MCKMDL01523981 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00331008 | MCKMDL00331141 |
| Drug Operations Manual, 55-Controlled Substances | | 7/2000 | MCKMDL00708748 | MCKMDL00709281 |
| Drug Operations Manual, 55-Controlled Substances | | 3/1/2007 | MCKMDL00533763 | MCKMDL00533903 |
| Lifestyle Drug Monitoring Program | 1 | 5/8/2007 | MCKMDL00832327 | MCKMDL00832336 |
| Lifestyle Drug Monitoring Program | 1 | 5/8/2007 | MCKMDL00623791 | MCKMDL00623800 |

1

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| Lifestyle Drug Monitoring Program | 1.4 | 5/16/2007 | MCKMDL00706863 | MCKMDL00706896 |
| Lifestyle Drug Monitoring Program | | 5/16/2007 | MCKMDL00355251 | MCKMDL00355256 |
| Lifestyle Drug Monitoring Program | 1.4 | 5/16/2007 | MCKMDL00330931 | MCKMDL00330964 |
| Lifestyle Drug Monitoring Program | | 5/16/2007 | MCKMDL00591850 | MCKMDL00591857 |
| Lifestyle Drug Monitoring Program | 1.7 | 12/6/2007 | MCKMDL00622632 | MCKMDL00622640 |
| Lifestyle Drug Monitoring Program | 1.7 | 12/6/2007 | MCKMDL01515528 | MCKMDL01515540 |
| Lifestyle Drug Monitoring Program | 1.7 | 12/6/2007 | MCKMDL00355041 | MCKMDL00355050 |
| Lifestyle Drug Monitoring Program | | 2007 (est.) | MCKMDL00330211 | MCKMDL00330216 |
| CSMP Operating Manual | 1.4 | 6/16/2008 | MCKMDL00518107 | MCKMDL00518123 |
| CSMP Operating Manual | 1.6 | 6/24/2008 | MCKMDL00518064 | MCKMDL00518080 |
| CSMP Operating Manual | 1.6 | 6/24/2008 | MCKMDL00518083 | MCKMDL00518099 |
| CSMP Operating Manual | 1.6 | 6/24/2008 | MCKMDL00518046 | MCKMDL00518062 |
| CSMP Operating Manual | 1.10 | 8/18/2008 | MCKMDL00533239 | MCKMDL00533259 |
| CSMP Operating Manual | 1.13 | 6/16/2009 | MCKMDL00640255 | MCKMDL00640286 |
| CSMP Operating Manual | 1.16 | 12/1/2009 | MCKMDL01092657 | MCKMDL01092689 |
| CSMP Operating Manual | | 6/22/2010 | MCKMDL01068990 | MCKMDL01069022 |
| CSMP Operating Manual | 1.22 | 1/26/2011 | MCKMDL00629762 | MCKMDL00629786 |
| CSMP Operating Manual | 1.22 | 1/26/2011 | MCKMDL00368261 | MCKMDL00368286 |
| CSMP Operating Manual | 1.22 | 1/26/2011 | MCKMDL00373842 | MCKMDL00373867 |
| CSMP Operating Manual | 1.4 | 1/28/2011 | MCKMDL01405537 | MCKMDL01405538 |
| CSMP Operating Manual | | 4/4/2011 | MCKMDL00510935 | MCKMDL00510938 |
| CSMP Operating Manual | | 4/4/2011 | MCKMDL00510940 | MCKMDL00510943 |
| CSMP Operating Manual | | 6/24/2011 | MCKMDL00511209 | MCKMDL00511215 |
| CSMP Operating Manual | 1.29 | 9/28/2012 | MCKMDL00721847 | MCKMDL00721878 |
| CSMP Operating Manual | 1.31 | 12/18/2012 | MCKMDL01509699 | MCKMDL01509728 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00497844 | MCKMDL00497858 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00537269 | MCKMDL00537281 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00513801 | MCKMDL00513813 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00513879 | MCKMDL00513891 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00533964 | MCKMDL00533981 |
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00516387 | MCKMDL00516399 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| CSMP Operating Manual | | 1/7/2013 | MCKMDL00523627 | MCKMDL00523639 |
| CSMP Operating Manual | 1.36 | 3/20/2013 | MCKMDL00002509 | MCKMDL00002539 |
| CSMP Operating Manual | | 5/2/2013 | MCKMDL00513939 | MCKMDL00513972 |
| CSMP Operating Manual | | 5/8/2013 | MCKMDL00534025 | MCKMDL00534058 |
| CSMP Operating Manual | 1.38 | 5/8/2013 | MCKMDL00533985 | MCKMDL00534024 |
| CSMP Operating Manual | | 5/9/2013 | MCKMDL00516408 | MCKMDL00516441 |
| CSMP Operating Manual | | 5/9/2013 | MCKMDL00513998 | MCKMDL00514031 |
| CSMP Operating Manual | | 5/9/2013 | MCKMDL00524313 | MCKMDL00524346 |
| CSMP Operating Manual | | 5/30/2013 | MCKMDL00514094 | MCKMDL00514127 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00354536 | MCKMDL00354567 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00326902 | MCKMDL00326933 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00309772 | MCKMDL00309803 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00318487 | MCKMDL00318518 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00323282 | MCKMDL00323313 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00316260 | MCKMDL00316291 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00534122 | MCKMDL00534161 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL01369494 | MCKMDL01369525 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00385292 | MCKMDL00385323 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL01405505 | MCKMDL01405536 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00329175 | MCKMDL00329206 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00329290 | MCKMDL00329321 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL01405743 | MCKMDL01405745 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00386662 | MCKMDL00386693 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00370781 | MCKMDL00370812 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00371274 | MCKMDL00371305 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00333903 | MCKMDL00333934 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00330223 | MCKMDL00330254 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00370722 | MCKMDL00370753 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00370993 | MCKMDL00371024 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00383170 | MCKMDL00383178 |
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00383179 | MCKMDL00383210 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| CSMP Operating Manual | 1.43 | 9/24/2013 | MCKMDL00333223 | MCKMDL00333254 |
| CSMP Operating Manual | | 10/9/2013 | MCKMDL00395164 | MCKMDL00395189 |
| CSMP Operating Manual | | 10/9/2013 | MCKMDL00395753 | MCKMDL00395778 |
| CSMP Operating Manual | | 12/2/2013 | MCKMDL00385283 | MCKMDL00385291 |
| CSMP Operating Manual | | 7/16/2014 | MCKMDL01067600 | MCKMDL01067611 |
| CSMP Operating Manual | | 8/21/2014 | MCKMDL01092395 | MCKMDL01092424 |
| CSMP Operating Manual | | 9/11/2014 | MCKMDL01369485 | MCKMDL01369493 |
| ISMC CSMP Operating Manual | 1.1 | 5/22/2015 | MCKMDL00456680 | MCKMDL00456752 |
| ISMC CSMP Operating Manual | 1.1 | 5/22/2015 | MCKMDL00430506 | MCKMDL00430578 |
| ISMC CSMP Operating Manual | 1.1 | 5/27/2015 | MCKMDL00560559 | MCKMDL00560628 |
| ISMC CSMP Operating Manual | 1.1 | 5/27/2015 | MCKMDL00427530 | MCKMDL00427599 |
| ISMC CSMP Operating Manual | 1.1 | 5/27/2015 | MCKMDL00427601 | MCKMDL00427670 |
| ISMC CSMP Operating Manual | 1 | 5/27/2015 | MCKMDL00355146 | MCKMDL00355215 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL01399635 | MCKMDL01399707 |
| ISMC CSMP Operating Manual | 1.0 | 6/1/2015 | MCKMDL00696597 | MCKMDL00696666 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL00514891 | MCKMDL00514960 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL00636809 | MCKMDL00636878 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00354963 | MCKMDL00355032 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00371272 | MCKMDL00371273 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL00583429 | MCKMDL00583498 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00330099 | MCKMDL00330168 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL00515046 | MCKMDL00515115 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00553599 | MCKMDL00553671 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00553679 | MCKMDL00553751 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00330474 | MCKMDL00330543 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00330544 | MCKMDL00330613 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00371245 | MCKMDL00371246 |
| ISMC CSMP Operating Manual | 1 | 6/1/2015 | MCKMDL00383059 | MCKMDL00383128 |
| ISMC CSMP Operating Manual | 1.1 | 6/1/2015 | MCKMDL00514964 | MCKMDL00515033 |
| ISMC CSMP Operating Manual | 1.2 | 9/29/2015 | MCKMDL00666251 | MCKMDL00666325 |
| ISMC CSMP Operating Manual | 1.2 | 9/29/2015 | MCKMDL00557961 | MCKMDL00558036 |

4

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| ISMC CSMP Operating Manual | 1.2 | 9/29/2015 | MCKMDL00456403 | MCKMDL00456478 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL01014874 | MCKMDL01014951 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL01014952 | MCKMDL01015027 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00583353 | MCKMDL00583428 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00693769 | MCKMDL00693844 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00559315 | MCKMDL00559390 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00579625 | MCKMDL00579700 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL01400362 | MCKMDL01400437 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00354887 | MCKMDL00354962 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00517193 | MCKMDL00517268 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00517271 | MCKMDL00517346 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00559806 | MCKMDL00559881 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00449485 | MCKMDL00449560 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00719857 | MCKMDL00719932 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00719933 | MCKMDL00720010 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00578962 | MCKMDL00579037 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00441267 | MCKMDL00441342 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00441267 | MCKMDL00441342 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00452410 | MCKMDL00452485 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00579839 | MCKMDL00579914 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00560483 | MCKMDL00560558 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00442438 | MCKMDL00442441 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00559160 | MCKMDL00559163 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00451270 | MCKMDL00451345 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00456311 | MCKMDL00456386 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00456311 | MCKMDL00456386 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00407513 | MCKMDL00407588 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00407513 | MCKMDL00407588 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00333739 | MCKMDL00333814 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00330614 | MCKMDL00330689 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00621007 | MCKMDL00621084 |

5

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00621085 | MCKMDL00621160 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00395256 | MCKMDL00395331 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL01405995 | MCKMDL01406072 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00722309 | MCKMDL00722384 |
| ISMC CSMP Operating Manual | 1.2 | 9/30/2015 | MCKMDL00333059 | MCKMDL00333134 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2016 | MCKMDL00446527 | MCKMDL00446577 |
| RNA CSMP Operating Manual | 1.2 | 1/8/2016 | MCKMDL00449333 | MCKMDL00449408 |
| CSMP Operating Manual | 1.45 | 6/1/2016 | MCKMDL00533189 | MCKMDL00533210 |
| CSMP Operating Manual | 1.45 | 6/1/2016 | MCKMDL00532347 | MCKMDL00532368 |
| RNA CSMP Operating Manual | 1.2 | 1/11/2016 | MCKMDL00449409 | MCKMDL00449484 |
| ISMC CSMP Operating Manual | 1.2 | 11/21/2016 | MCKMDL00446432 | MCKMDL00446526 |
| ISMC CSMP Operating Manual | 1.2 | 11/21/2016 | MCKMDL00560834 | MCKMDL00560928 |
| ISMC CSMP Operating Manual | 1.2 | 11/29/2016 | MCKMDL00560929 | MCKMDL00561022 |
| ISMC CSMP Operating Manual | | 11/29/2016 | MCKMDL00454529 | MCKMDL00454622 |
| ISMC CSMP Operating Manual | 1.3 | 12/1/2016 | MCKMDL00417291 | MCKMDL00417340 |
| ISMC CSMP Operating Manual | 1.3 | 12/2/2016 | MCKMDL00417240 | MCKMDL00417289 |
| ISMC CSMP Operating Manual | 1.3 | 12/18/2016 | MCKMDL00561023 | MCKMDL00561072 |
| ISMC CSMP Operating Manual | 1.3 | 1/5/2017 | MCKMDL00666651 | MCKMDL00666700 |
| ISMC CSMP Operating Manual | 1.3 | 1/5/2017 | MCKMDL00560784 | MCKMDL00560833 |
| ISMC CSMP Operating Manual | 1.3 | 1/5/2017 | MCKMDL00555014 | MCKMDL00555063 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00443208 | MCKMDL00443257 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00560683 | MCKMDL00560732 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00354837 | MCKMDL00354886 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00640069 | MCKMDL00640118 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00720011 | MCKMDL00720060 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00395206 | MCKMDL00395255 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00451365 | MCKMDL00451414 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00577160 | MCKMDL00577209 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00333689 | MCKMDL00333738 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00330696 | MCKMDL00330745 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL01570510 | MCKMDL01570559 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL01407107 | MCKMDL01407156 |
| ISMC CSMP Operating Manual | 1.3 | 1/6/2017 | MCKMDL00333009 | MCKMDL00333058 |
| ISMC CSMP Operating Manual | 1.4 | 5/16/2017 | MCKMDL00664513 | MCKMDL00664562 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00666553 | MCKMDL00666602 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00354786 | MCKMDL00354836 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00568453 | MCKMDL00568503 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00568343 | MCKMDL00568393 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00568703 | MCKMDL00568754 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00568759 | MCKMDL00568809 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00451501 | MCKMDL00451552 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00583244 | MCKMDL00583294 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00450795 | MCKMDL00450845 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00423000 | MCKMDL00423051 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL01040383 | MCKMDL01040433 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL01620590 | MCKMDL01620640 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL01732633 | MCKMDL01732683 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00333638 | MCKMDL00333688 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00560733 | MCKMDL00560783 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00567835 | MCKMDL00567885 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00330746 | MCKMDL00330796 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00337325 | MCKMDL00337618 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00703694 | MCKMDL00703744 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00704328 | MCKMDL00704378 |
| ISMC CSMP Operating Manual | 1.4 | 5/17/2017 | MCKMDL00332958 | MCKMDL00333008 |
| ISMC CSMP Operating Manual | | 8/4/2017 | MCKMDL00420108 | MCKMDL00420179 |
| ISMC CSMP Operating Manual | | 8/14/2017 | MCKMDL00420661 | MCKMDL00420733 |
| RNA CSMP Operating Manual | 1 | 8/25/2017 | MCKMDL00434702 | MCKMDL00434777 |
| RNA CSMP Operating Manual | 1 | 8/25/2017 | MCKMDL00435522 | MCKMDL00435597 |
| RNA CSMP Operating Manual | 1 | 8/25/2017 | MCKMDL00638821 | MCKMDL00638896 |
| RNA CSMP Operating Manual | 1 | 8/25/2017 | MCKMDL00434702 | MCKMDL00434777 |
| RNA CSMP Operating Manual | 1 | 8/25/2017 | MCKMDL00435522 | MCKMDL00435597 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| RNA CSMP Operating Manual | 1 | 9/6/2017 | MCKMDL00433756 | MCKMDL00433831 |
| RNA CSMP Operating Manual | 1 | 9/6/2017 | MCKMDL00452620 | MCKMDL00452695 |
| RNA CSMP Operating Manual | 1 | 11/8/2017 | MCKMDL00431922 | MCKMDL00431994 |
| RNA CSMP Operating Manual | 1 | 11/8/2017 | MCKMDL00435421 | MCKMDL00435493 |
| RNA CSMP Operating Manual | 1 | 11/8/2017 | MCKMDL00435317 | MCKMDL00435389 |
| RNA CSMP Operating Manual | 1 | 11/8/2017 | MCKMDL00450576 | MCKMDL00450648 |
| CSMP Operating Manual | | 2/5/2018 | MCKMDL00532380 | MCKMDL00532401 |
| RNA CSMP Operating Manual | 1.1 | 2/15/2018 | MCKMDL00634762 | MCKMDL00634798 |
| RNA CSMP Operating Manual | 1 | 3/13/2018 | MCKMDL00439195 | MCKMDL00439230 |
| RNA CSMP Operating Manual | 1 | 3/13/2018 | MCKMDL00449991 | MCKMDL00450026 |
| RNA CSMP Operating Manual | 1 | 3/22/2018 | MCKMDL00457886 | MCKMDL00457922 |
| RNA CSMP Operating Manual | 1 | 3/22/2018 | MCKMDL00439245 | MCKMDL00439281 |
| RNA CSMP Operating Manual | 1 | 3/22/2018 | MCKMDL00457992 | MCKMDL00458028 |
| RNA CSMP Operating Manual | 1 | 3/22/2018 | MCKMDL00450027 | MCKMDL00450063 |
| RNA CSMP Operating Manual | 1.1 | 3/22/2018 | MCKMDL00570291 | MCKMDL00570328 |
| ISMC CSMP Operating Manual | 1.5 | 3/26/2018 | MCKMDL00437750 | MCKMDL00437803 |
| RNA CSMP Operating Manual | 1 | 4/3/2018 | MCKMDL00439002 | MCKMDL00439038 |
| RNA CSMP Operating Manual | 1 | 4/3/2018 | MCKMDL00450064 | MCKMDL00450100 |
| RNA CSMP Operating Manual | 1.1 | 4/10/2018 | MCKMDL00570108 | MCKMDL00570146 |
| RNA CSMP Operating Manual | 1.1 | 4/10/2018 | MCKMDL00570156 | MCKMDL00570194 |
| RNA CSMP Operating Manual | 1.1 | 4/10/2018 | MCKMDL00570235 | MCKMDL00570273 |
| RNA CSMP Operating Manual | 1 | 4/10/2018 | MCKMDL00450101 | MCKMDL00450138 |
| RNA CSMP Operating Manual | 1.1 | 4/11/2018 | MCKMDL00570198 | MCKMDL00570234 |
| RNA CSMP Operating Manual | 1.1 | 4/12/2018 | MCKMDL00439283 | MCKMDL00439320 |
| RNA CSMP Operating Manual | 1 | 4/12/2018 | MCKMDL00439283 | MCKMDL00439320 |
| RNA CSMP Operating Manual | 1.1 | 4/12/2018 | MCKMDL00450139 | MCKMDL00450176 |
| RNA CSMP Operating Manual | 1 | 4/12/2018 | MCKMDL00450139 | MCKMDL00450176 |
| RNA CSMP Operating Manual | 1.1 | 4/13/2018 | MCKMDL00439043 | MCKMDL00439078 |
| RNA CSMP Operating Manual | 1.1 | 4/13/2018 | MCKMDL00446610 | MCKMDL00446645 |
| RNA CSMP Operating Manual | 1 | 4/13/2018 | MCKMDL00439043 | MCKMDL00439078 |
| RNA CSMP Operating Manual | 1 | 4/13/2018 | MCKMDL00446610 | MCKMDL00446645 |

| Document Name | Version | Date | Beginning No. | Ending No. |
|---|---|---|---|---|
| RNA CSMP Operating Manual | 1.1 | 4/13/2018 | MCKMDL00450177 | MCKMDL00450212 |
| RNA CSMP Operating Manual | 1 | 4/13/2018 | MCKMDL00450177 | MCKMDL00450212 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00437843 | MCKMDL00437878 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450213 | MCKMDL00450248 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450249 | MCKMDL00450285 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450286 | MCKMDL00450321 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00437843 | MCKMDL00437878 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450213 | MCKMDL00450248 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450249 | MCKMDL00450285 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450286 | MCKMDL00450321 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00437887 | MCKMDL00437922 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00449954 | MCKMDL00449990 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450322 | MCKMDL00450357 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00437887 | MCKMDL00437922 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00449954 | MCKMDL00449990 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00450322 | MCKMDL00450357 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00355260 | MCKMDL00355295 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00355260 | MCKMDL00355295 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00781985 | MCKMDL00782020 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00782104 | MCKMDL00782139 |
| RNA CSMP Operating Manual | 1 | 4/17/2018 | MCKMDL00337325 | MCKMDL00337618 |
| ISMC CSMP Operating Manual | 1.5 | 6/12/2018 | MCKMDL01212732 | MCKMDL01212787 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **THE CITY OF HUNTINGTON,** | |
|     **Plaintiff,** | |
| **v.** | **Civil Action No. 3:17-01362** |
| **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.* | |
|     **Defendants.** | |
| | |
| **CABELL COUNTY COMMISSION,** | |
|     **Plaintiff,** | |
| | **Civil Action No. 3:17-01665** |
| **v.** | |
| **AMERISOURCEBERGEN DRUG CORPORATION,** *et al.* | |
|     **Defendants.** | |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel hereby certifies that on this the 17th day of March, 2020, the foregoing "**Defendant McKesson Corporation's Second Supplemental Objections and Responses to Plaintiffs' First Combined Discovery Requests to Distributors (Nos. 3 & 4)**" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)