# EXHIBIT E

| | |
|---|---|
| **From:** | Brandon Bogle |
| **To:** | Rice, Dale |
| **Subject:** | CT2 - DR-4 & DR-7 |
| **Date:** | Wednesday, July 01, 2020 9:47:42 AM |
| **Attachments:** | CT2 - Discovery Ruling 4 (DR-4).pdf |
| | CT2 - Discovery Ruling 7 (DR-7).pdf |

**[EXTERNAL]**

Dale,

I presume you are familiar with the attached rulings regarding CAH and identification of due diligence files. Will McKesson agree to comply with these orders and supplement its discovery responses to identify all due diligence files, including any such files that may be in custodial productions? Please let me know this week as to your position on this issue. If I do not hear back this week, I intend to present the issue to the Special Master for resolution. Thanks.

**Brandon Bogle, Attorney**
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7042 (office)
850.436.6042 (fax)
bbogle@levinlaw.com



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.