## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al*.,<br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al*.,<br>    Defendants. | Civil Action No. 3:17-01665 |

### PLAINTIFFS' NOTICE OF 30(b)(6) DEPOSITION OF THE HEALTHCARE DISTRIBUTION ALLIANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), and the Deposition Protocol governing this litigation, Plaintiffs the City of Huntington and Cabell County Commission, by and through undersigned counsel, hereby give notice that the oral videotaped deposition will be taken of one or more officers, directors, or managing agents, or other persons designated by the Healthcare Distribution Alliance, upon the particular topics identified in Attachment A to the Subpoena, attached hereto as Exhibit 1. The deposition will be held on **July 31, 2020** at **10:00 AM (Eastern Standard Time) remotely** or another date, time, and location to be determined at the mutual convenience of the parties.

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not

counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered by the Court. Court reporting services and video recording services will be provided by Golkow Global Litigation Services. Parties who wish to attend may RSVP to the deposition by emailing scheduling@golkow.com.

| Dated:  June 23, 2020 | Respectfully submitted, |
|---|---|
| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse (WVSB No. 12547) | Paul T. Farrell, Jr. (WVSB Bar No. 7443) |
| Joseph F. Rice | **FARRELL LAW** |
| **MOTLEY RICE LLC** | P.O. Box 1180 |
| 28 Bridgeside Blvd. | Huntington, WV 25714-1180 |
| Mount Pleasant, SC 29464 | 422 Ninth Street, 3rd Floor |
| Tel: 843-216-9000 | Huntington, West Virginia 25701 |
| Fax: 843-216-9450 | office: 304.523.7285 |
| akearse@motleyrice.com | cell: 304.654.8281 |
| jrice@motleyrice.com | email: paul@farrell.law |
| | |
| Linda Singer | Michael A. Woelfel (W.Va. Bar ID 4106) |
| David I. Ackerman | **WOELFEL AND WOELFEL, LLP** |
| **MOTLEY RICE LLC** | 801 Eighth Street |
| 401 9th Street NW, Suite 1001 | Huntington, West Virginia 25701 |
| Washington, DC 20004 | 304.522.6249 |
| Tel: 202-232-5504 | 304.522.9282: fax |
| Fax: 202-386-9622 | mikewoelfel3@gmail.com |
| lsinger@motleyrice.com | |
| dackerman@motleyrice.com | |

Charles R. "Rusty" Webb (WVSB No. 4782)
**THE WEBB LAW CENTRE, PLLC**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020, PLAINTIFFS' NOTICE OF 30(b)(6) DEPOSITION OF THE HEALTHCARE DISTRIBUTION ALLIANCE was served on all counsel via email only to plaintiffs' listserv at mdl2804discovery@motleyrice.com and defendants' listservs at track2opioiddefendants@reedsmith.com.

/s/ Monique Christenson
Monique Christenson (SC Bar No. 104063)
Motley Rice LLC
***On behalf of Plaintiffs***