IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL AMERISOURCEBERGEN DRUG CORPORATION**

Plaintiffs' Motion to Compel AmerisourceBergen Drug Corporation ("ABDC") to Identify by Bates Range Due Diligence Documents for CT2 Customers (ECF No. 681) is hereby GRANTED. The Special Master finds that ABDC has not adequately responded to Plaintiffs' Combined Discovery Request No. 4 or complied with Discovery Ruling No. 2 (ECF No. 273). The Special Master finds ABDC must comply with Discovery Ruling No. 2 and identify all due diligence related to its Huntington/Cabell County customers, including those found in custodial files and must identify correlating Bates ranges. Because ABDC has been aware of its obligation

- 2 -

since April 2, 2020, it must identify any additional Bates ranges, or certify that no additional responsive documents exist, by _____.

      IT IS SO ORDERED this _____ day of _____, 2020.

ENTERED:

_____
Christopher C. Wilkes
Special Master