Case 3:17-cv-01362    Document 792-1    Filed 07/24/20    Page 1 of 3 PageID #: 16315



# The West Virginia State Bar
## Membership Portal ✓

Stephen F. Petkis
<u>Log out</u>

---

# Thank You for Your Payment

> Address not found in USPS database.

Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status click here

> Your transaction has been processed successfully.
> An email receipt has also been sent to spetkis@cov.com

### Payment Information

| Item | Qty | Unit Price | Total Price |
|------|-----|-----------|-------------|
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |

**Payment Total: $ 358.00**

Date: July 24th, 2020 1:47 PM
Transaction #: 62471266411

### PHV Case Information

Civil Action Number          3:17-cv-1362

Email          spetkis@cov.com

### Billing Name and Address

William J. Ackerman

850 Tenth Street SW
Washington, DC 20001

### Your Email

spetkis@cov.com

**Credit Card**

Visa

***********4733

Expires: July 2022

---

All Contents Copyright © 2020, The WV State Bar. All Rights Reserved.

The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231

Toll Free: 866-989-8227| Phone: 304-553-7220

Click here for assistance if you are having technical difficulties or have questions.