

**Receipt : Out of State Lawyer Annual Fee - Pro Hac Vice**

Thank you for paying the Pro Hac Vice annual fee.

Please print this confirmation for your records.

| Membership Fee | | |
|---|---|---|
| Item Qty | Each | Total |
| 1 | $ 358.00 | $ 358.00 |

| | |
|---|---|
| Total Amount | $ 358.00 |
| Date: | July 24th, 2020 2:56 PM |
| Transaction #: | 62471398273 |
| **Name:** | **Meghan Monaghan** |
| **WVBar ID:** | **PHV-41685** |
| **Billing Name and Address:** | **WilliamJ.Ackerman** William J. Ackerman 850 Tenth Street NW Washington, DC 20001 mmonaghan@cov.com |
| **Name** | **Meghan Monaghan** |
| **WVBar ID:** | **PHV-41685** |