## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

CITY OF HUNTINGTON, WEST
VIRGINIA,

      **Plaintiff,**

v.                                               **CASE NO. 3:17-cv-01362**

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

      **Defendants.**

_____

CABELL COUNTY COMMISSION,

      **Plaintiff,**                           **CASE NO. 3:17-cv-01665**

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

      **Defendants.**

_____

### PLAINTIFFS' NOTICE OF ORAL VIDEOTAPED
### DEPOSITION OF KEVIN MEUNIER

PLEASE TAKE NOTICE that pursuant to the applicable Federal Rules of Civil
Procedure and the Deposition Protocol governing this litigation, Plaintiffs, by and through
undersigned counsel, will take the oral videotaped deposition of **Kevin Meunier**, on September
10, 2020, beginning at 9:00 AM central daylight time.  This deposition will be taken remotely
according to the Court's Remote Deposition Protocol.

1

This deposition shall be videotaped and recorded stenographically before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.

The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered by the Court.   Court reporting services and video recording services will be provided by Golkow Global Litigation Services.

/s/ Brandon L. Bogle
Brandon L. Bogle, Esq. FL Bar No. 52624
**Levin, Papantonio, Thomas, Mitchell,**
**Rafferty & Proctor, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7043 (Telephone)
(850) 435-7020 (Facsimile)

***Counsel for Plaintiffs***


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2020, the foregoing has been served electronically to all counsel of record and via email to the defense counsel at

Track2OpioidDefendants@ReedSmith.com.

/s/ Brandon L. Bogle
Brandon L. Bogle, Esq.