**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **The City of Huntington,**<br>              **Plaintiff,**<br>**v.**<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>                          **Defendants.** | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| **Cabell County Commission,**<br>              **Plaintiff,**<br>**v.**<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>                          **Defendants.** | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

## AMENDED NOTICE OF IN-PERSON VIDEOTAPED DEPOSITION OF PAUL MATOVICH

**PLEASE TAKE NOTICE** that, pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Defendants, by and through undersigned counsel, will take the in-person, oral videotaped deposition of **Paul Matovich**, on **August 5, 2020**, beginning at **9:00 a.m. Eastern Standard Time** at **Mountain Health Arena, One Civic Center Plaza, Huntington, WV 25701**.

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.  The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered by the Court.  Court reporting services and video recording services will be provided by Veritext Legal Solutions. Parties may dial into the deposition using conference call number **646-568-7788** and access code **8030287568**.

Dated:  July 27, 2020                              Respectfully submitted,

                                                   */s/ Jeffrey M. Wakefield*
                                                   Jeffrey M. Wakefield (WVSB #3894)
                                                   jwakefield@flahertylegal.com
                                                   Jason L. Holliday (WVSB #12749)
                                                   jholliday@flahertylegal.com
                                                   FLAHERTY SENSABAUGH BONASSO PLLC
                                                   P.O. Box. 3843
                                                   Charleston, WV 25338-3843
                                                   Telephone: (304) 345-0200

                                                   */s/ Geoffrey E. Hobart*
                                                   Geoffrey E. Hobart
                                                   Mark H. Lynch
                                                   Christian J. Pistilli
                                                   Laura Flahive Wu
                                                   COVINGTON & BURLING LLP
                                                   One CityCenter
                                                   850 Tenth Street NW Washington, DC 20001
                                                   Tel: (202) 662-5281
                                                   ghobart@cov.com
                                                   mlynch@cov.com
                                                   cpistilli@cov.com
                                                   lflahivewu@cov.com

                                                   *Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on 27th day of July, 2020, the forgoing was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail at mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com

Dated:  July 27, 2020                          */s/ Mark H. Lynch*
                                               Mark H. Lynch