UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

| | |
|---|---|
| THE CITY OF HUNTINGTON, W. Va.,<br>    Plaintiff,<br>v.<br>AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al.*,<br>    Defendants. | CASE NO. 3:17-cv-30064<br><br><br>THE HONORABLE DAVID A. FABER |
| CABELL COUNTY COMMISSION,<br>    Plaintiff,<br>v.<br>AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al.*,<br>    Defendants. | CASE NO. 3:17-cv-01665<br><br><br>THE HONORABLE DAVID A. FABER |

## NOTICE OF APPEARANCE REQUEST FOR SERVICE

  I, Joel P. Jones, Jr. do hereby file this Notice of Appearance and Request for Service as counsel for nonparties the Marshall University Board of Governors and University Physicians & Surgeons, Inc., which are nonparties that have been served with discovery in the above styled case, and request that my name and address, as shown below, be added to the mailing matrix in the above-styled case and every list of any other selected groups of persons to whom any notice is given in the above-styled case. I do hereby further request that all orders, notices, motions, operating reports, applications, schedules, requests, complaints, answers, demands, replies, disclosure statements, whether formal or informal, written or oral, by mail, delivered, telecopies, or otherwise, be served upon me at the following addresses:

Joel P. Jones, Jr., Esquire
Campbell Woods, PLLC
P. O. Box 1835
Huntington, WV 25328-2393
Telephone (304) 346-2391
Facsimile (304) 346-2433
joeljones@campbellwoods.com

        /s/ Joel P. Jones, Jr.
Joel P. Jones, Jr.
WV Bar No. 12756
Campbell Woods, PLLC
1002 Third Avenue (ZIP 25701)
P. O. Box 1835
Huntington, WV 25719-1835
Telephone (304) 346-2391
Facsimile (304) 346-2433
joeljones@campbellwoods.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused to be served a true and correct copy of the foregoing "Notice of Appearance and Request for Service" upon the all of those listed to receive notice by the Court's CM/ECF system for the above-styled case.

Given under my hand this 29th day of July, 2020.

        /s/ Joel P. Jones, Jr.