EXHIBIT S

General Third Party Search Terms

| NO. | Terms |
|---|---|
| 1. | "Cardinal Health" OR Cardinal OR McKesson OR Amerisource* OR ABDC OR BERGEN OR BRUNSWIG OR Anda OR "Prescription Supply" or "H.D. Smith" OR "HD Smith" OR "Miami-Luken" OR "Noramco" OR "Bellco" OR "Kinray" OR "PSS World" |
| 2. | opioid* OR opiate* ~~OR opiod* OR opoid*~~ |
| 3. | heroin ~~OR herin OR herion OR heroine~~ OR fentanyl OR fent* OR ~~OR~~ phentanyl |
| 4. | OxyContin OR "MS Contin" OR Dilaudid* OR Butrans OR Hysingla* OR Targiniq* OR Kadian OR Norco OR Actiq OR Fentora OR Duragesic OR Nucynta* OR Opana OR Percodan OR Percocet OR Zydone OR Subsys OR Exalgo OR Roxicodone OR Xartemis* OR Methadose OR Zohydro |
| 5. | ~~Oxy or~~ oxymorphone OR oxycodone OR morphine OR hydrocodone OR hydromorphone OR hydromorphine OR buprenorphine OR fentanyl OR tapentadol OR carfentanil ~~or TIRF~~ |
| 6. | medication assisted treatment" OR "MAT" or Narcan OR naltrexone OR naloxone OR OR Evzio OR Revia OR Vivitrol OR Bunavail OR Zubsolv OR buprenorphine OR methadone OR suboxone or Sublocade or Probuphine |
| 7. | (pill w/2 mill*) OR "pill mill" OR "pillmill*" OR overdos* OR (over w/2 dose*)<br><br>OR<br><br>(suspicious w/10 (rx* OR prescri* OR pharm* OR script* or order*))<br><br>OR<br><br>(Rogue w/3 (prescriber* OR doctor* OR physician* OR pharmac* OR clinic* OR dentist* OR veterinar* OR nurse*))<br><br>OR<br><br>(co-prescri* w/5 (benzo* or soma* or carisop* or xanax* or alpraz*)) or (trinity w/4 cocktail)<br><br>OR<br><br>"doctor shop*" OR (doctor* w/3 shop*) OR (forg* w/10 (prescrip* OR script* OR rx*)) |

| NO. | Terms |
|---|---|
| 8. | ~~"Order Monitoring Program*" OR~~<br><br>~~OMP OR~~<br><br>((Drug* OR prescri* OR pharmac* OR narcotic*) w/3 (diversion OR divert* OR distrib* OR wholesaler*))<br><br>OR<br><br>(diver* w/15 ((control* w/2 (med* OR substance*)) OR controlled OR CII OR CIIs OR CIII OR CIIIs OR class* OR schedule* OR narcot* OR drug* OR prescri* OR script* OR rx* OR pill*))<br><br>OR<br><br>(("red-flag*" OR "red flag*") w/10 (misus* OR abus*))<br><br>OR<br><br>"know* your customer*" |
| 9. | ~~DEA OR (drug* w/2 enforc*) OR OR~~ HIDTA OR ARCOS OR ODMAP<br><br>OR<br><br>~~((investigat* OR complain* or charg* or convict*) w/10 (pharm* OR doctor* OR prescriber* or physician*))~~<br><br>~~OR~~<br><br>(fraud* w/5 ((control* w/2 (med* OR substance*)) OR controlled OR CII OR CIIs OR CIII OR CIIIs OR class* OR schedule* OR narcot* OR drug* OR prescri* OR script* OR rx*))<br><br>OR<br><br>((drug* OR prescript* OR pill* OR pharmac* OR narcotic*) w/15 (steal* OR stolen OR theft* OR robber* OR burglar*))<br><br>OR<br><br>(drug* w/3 (traffic* OR ring* OR deal* OR gang*)) OR "drug amnesty" OR OCDEFT OR "Organized Crime Drug Enforcement Task Force" |

| NO. | Terms |
|---|---|
| 10. | (Drug* w/15 (dispos* OR "take-back*" OR takeback* OR "take back*")) <br><br> OR <br><br> drug reclamation" OR "operation medicine cabinet" OR Deterra OR "needle exchange" OR "syringe exchange" OR "harm reduction" OR "substance abuse prevention" OR "Recovery Court" OR "Second Chance Court" or "treatment court" <br><br> OR <br><br> ~~(drug* w/3 court)~~ "drug court" OR "diversion court" OR "diversion program" OR "intervention court" OR "Substance Use Disorder" OR ODMAP OR "Overdose Detection Mapping Application Program" or ((substance* or drug* or prescription*) w/5 (Abus* or misuse* or use or test* or screen* or treat* or addict* or counsel* or recovery)) <br><br> OR <br><br> peer recovery or peer-based support or peer coach* or recovery housing or recovery residence* <br><br> OR |

| NO. | Terms |
|---|---|
| 11. | painkiller* OR "pain-killer*" OR "pain killer*" OR "pain medic*" OR analgesic*<br><br>OR<br><br>(pain w/15 (manage* OR chronic* OR acute* OR "long-term" OR "long term" OR "log term" OR "longterm" OR breakthrough OR "break-through" OR BTP OR extend* OR treat* OR doctor* OR "Dr." OR prescrib* OR prescript* OR script* OR rx* OR nurse* OR physician* OR specialist* OR provider* OR HCP* OR PCP* OR pharmac* OR dentist* or polic* or guideline* or addict* or care))<br><br>OR<br><br>PMP OR "prescription monitoring program" OR PDMP OR "prescription drug monitoring program"<br><br>OR<br><br>"5th vital" ~~OR ("vital sign" w/10 pain) OR~~ "fifth vital"<br><br>OR<br><br>((rx* OR prescri*) w/15 excess*) OR overprescri*<br><br>OR<br><br>(("joint commission" OR "press ganey") w/15 (pain OR prescri*)) |
| 12. | ((task force OR taskforce OR committee* OR subcommittee* ~~OR group* OR board* OR panel*~~) w/10 (narcotic* OR drug*))<br><br>OR<br><br>((cost* OR budget* OR expen* OR grant* OR fund* OR money OR monies*) w/10 ("drug use" OR "drug abuse" OR "substance use" OR "substance misuse" OR SUD)) |
| 13. | "Neonatal Abstinence Syndrome" or NAS or "neonatal opioid withdrawal syndrome" or NOWS or Substance-exposed or "prenatal drug exposure" or "prenatally-exposed" or "substance affected" or "prenatal exposure" or "affected infant" |
| <ins>14</ins> | <ins>"Road To Recovery" or help4vw* or "Lily's Place" or "Lilys Place" or SBIRT or LARC or "Long-Acting Reversible Contraceptive*" or "Quick Response Team" or QRT or "Project Engage" or ProAct or "Compass Project" or "Creating Opportunities for Recovery" or ((ER or "Emergency Room*") w/10 "Expansion Grant") or "SOR Project" or "substance use epidemic" or "SUD epidemic" or "SUD crisis" or "resiliency plan" or syndemic or "synergistic epidemic"</ins> |

- 5 -