Summary of Time and Expenses for Marshall University and Marshall Health as of July 24, 2020

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| **Physicians** | | | |
| Petrany, Stephen (M.D.) | 12.25 | $205 | $2,511 |
| Miller, Robert (M.D.) | 2 | $205 | $410 |
| Yingling, Kevin (M.D.) | 18 | $205 | $3,690 |
| **Ph.D. / J.D. / R. Ph.** | | | |
| Gallagher, Brian (JD/R.Ph.) | 39.25 | $108 | $4,239 |
| O'Connell, Lyn (Ph.D.) | 32 | $40 | $1,280 |
| Davies, Todd (Ph.D.) | 41 | $40 | $1,640 |
| **MS / MA / Other Professionals** | | | |
| Saunders, Amy (M.A.) | 4 | $30 | $120 |
| Hansen, Robert (M.A.) | 4 | $30 | $120 |
| **IT (Chief Information Officers (MH & MU) and MU Systems Archetect)** | | | |
| McCarthy, Mike | 6.5 | $60 | $390 |
| Cutler, Jon | 48 | $60 | $2,880 |
| Brooks, Jason | 30 | $60 | $1,800 |
| **Office / secretarial / Support Staff** | | | |
| Petrany Support Staff | 18 | $15 | $270 |
| **Officers (CEO / CFO)** | | | |
| Hammers, Beth | 5 | $150 | $750 |
| Straub, Matt | 4 | $108.00 | $432 |
| **Associate General Counsel (MU)** | | | |
| Houdyschell, Jendonnae | 2 | $53.28 | $106.56 |
| **Out of Pocket Expenses** | | | |
| Campbell Woods, PLLC Legal Fees in responding to discovery in case | | | $34,660 |
| | | | |
| Total Expenses as of July 24, 2020 | | | $55,298.81 |
| Total MU/MH Personnel Hours | 266 | | |