UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON,**
 Plaintiff,
v.
**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
 Defendants.

CIVIL ACTION NO. 3:17-01362

**CABELL COUNTY COMMISSION,**
 Plaintiff,
v.
**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
 Defendants.

*Consolidated case:*
CIVIL ACTION NO. 3:17-01665

### AMENDED NOTICE OF REMOTE VIDEOTAPED DEPOSITION OF GREG ALDERSON

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Plaintiffs, by and through undersigned counsel, will take the oral videotaped deposition of **GREG ALDERSON, on August 4, 2020, beginning at 10:30 a.m. Eastern Standard Time, remotely**, pursuant to the Court's Order Establishing Remote Deposition Protocol Due to Covid-19 [Dkt. 564].

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered by the Court. Court reporting services and video recording services will be provided by Golkow

1

Global Litigation Services. Parties who wish to attend may RSVP to the deposition by emailing scheduling@golkow.com.

Dated: August 3, 2020                                        Respectfully submitted,

Plaintiffs,

THE CITY OF HUNTINGTON and
CABELL COUNTY COMMISSION

/s/ *Michael J. Fuller, Jr.*
Michael J. Fuller, Jr. (WV Bar No. 10150)
**McHUGH FULLER LAW GROUP, PLLC**
97 Elias Whiddon Rd.
Hattiesburg, MS  39402
T: 601-261-2220
F: 601-261-2481
mike@mchughfuller.com

Paul T. Farrell, Jr. (WVSB No. 7443)
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
P.O. Box 1180
Huntington, WV  25714-1180
Tel:  304-654-8281
paul@farrell.law

Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9000
Fax:  843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 3, 2020, a copy of the foregoing **NOTICE OF REMOTE VIDEOTAPED DEPOSITION OF GREG ALDERSON** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Michael J. Fuller, Jr..*
Michael J. Fuller, Jr.