IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

        Plaintiff,

v.                                                                      Civil Action No. 3:17-01362
                                                                        Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

        Defendants.

_____

CABELL COUNTY COMMISSION,

        Plaintiff,

v.                                                                      Civil Action No. 3:17-01665
                                                                        Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

        Defendants.

**NOTICE OF REMOTE DEPOSITION OF STEPHEN M. PETRANY, M.D.**

       Defendant Cardinal Health, Inc., by and through counsel, hereby gives notice that the remote, oral videotaped deposition of Stephen M. Petrany, M.D. will take place on August 6, 2020, beginning at 8:45 a.m. Eastern Time. The deposition shall be videotaped and recorded stenographically and will be conducted before a notary public or other person authorized to administer oaths. Court reporting services and video recording services will be provided by Veritext Legal Solutions (216-523-1313; opioid@veritext.com), who will provide remote access for all parties wishing to participate via video conference or telephone.

       PLEASE TAKE FURTHER NOTICE that the Deponent must have access to a laptop, computer, or tablet with web camera capability. Deponent may not use a cell phone to provide testimony. Deponent must also have the capability to view documents electronically. To the extent Deponent is not in possession of the required technology, documents shall be provided to the

Deponent in hard copy and/or Deponent's counsel shall provide the required technology.

Recommended Specifications are below:

        i. Computer

        ii. Web Camera

        iii. Internet Browser (Google Chrome Preferred)

        iv. Minimum 10 mb/s wired, secure internet connection

    At minimum, Deponent must have sufficient internet connectivity and bandwidth to support a video deposition. Such capacity shall be sufficient to ensure that when used with the system selected for the deposition, there shall be (a) high-quality video upload (from Deponent) and download (to other Participants), (b) no material time discrepancy between audio and video, and (c) consistent connectivity, with no material disruptions.

    Dated:  August 3, 2020

                                   Respectfully submitted,

                                    /s/ Steven R. Ruby
                                 Michael W. Carey (WVSB No. 635)
                                 Steven R. Ruby (WVSB No. 10752)
                                 David R. Pogue (WWVSB No. 10806)
                                 Raymond S. Franks II (WVSB No. 6523)
                                 CAREY, SCOTT, DOUGLAS & KESSLER, PLLC
                                 901 Chase Tower, 707 Virginia Street, East
                                 P.O. Box 913
                                 Charleston, WV 25323
                                 Telephone: (304) 345-1234
                                 Facsimile: (304) 342-1105
                                 mwcarey@csdlawfirm.com
                                 sruby@cdkrlaw.com
                                 drpogue@csdlawfirm.com
                                 rfranks@cdkrlaw.com
                                 ***Counsel for Cardinal Health, Inc.***

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
***Counsel for Cardinal Health, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of August, 2020, the foregoing "Notice

of Remote Deposition of Stephen M. Petrany, M.D." was served using the Court's CM/ECF system,

which will send notification of such filing to all counsel of record, and via electronic mail to

mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com.


Dated:   August 3, 2020


   /s/ Steven R. Ruby        
Steven R. Ruby (WVSB No. 10752)