**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| THE CITY OF HUNTINGTON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| | Hon. David A. Faber |
| AMERISOURCEBERGEN DRUG CORPORATION, et al., | |
| Defendants. | |
| CABELL COUNTY COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| | Hon. David A. Faber |
| AMERISOURCEBERGEN DRUG CORPORATION, et al., | |
| Defendants. | |

**DEFENDANTS' EXPEDITED MOTION TO
MODIFY EXPERT DISCOVERY DEADLINES**

On the evening of August 3, 2020, between 7 pm and 2 am, Plaintiffs served 20 expert reports totaling over 2,000 pages. This includes a number of reports from new experts who have not previously submitted reports in other opioid litigation, and new theories that have not previously been raised in other opioid litigation. Separately, the reliance materials for these reports totals over 100,000 pages—including over 83,000 pages of PDFs, and multiple spreadsheets of voluminous data—the download of which began immediately upon receipt, but is still in progress as of the time of this writing. Defendants cannot adequately respond to these expert reports in the 10 days afforded by the current schedule, and therefore respectfully submit

1

this expedited request for a small modification of the remaining deadlines relating to expert

discovery, while maintaining the current overall case schedule (including the trial date).

Defendants' expert reports are currently due on August 13, 2020, and the deadline to

complete expert witness depositions is September 15, 2020. *See* ECF No. 410, at 4. Prior to the

service of Plaintiffs' expert reports, Defendants had expressed concern that the current time

allotted for responsive expert reports was compressed to the point that Defendants would be

unable to sufficiently respond to Plaintiffs' anticipated expert reports. *See* ECF No. 393 at 8

n.1.[1] The volume and breadth of the expert reports and supporting materials served by Plaintiffs

overnight on Monday confirms that Defendants require more time to respond to these reports.

Accordingly, Defendants respectfully propose modest modification to two dates in the

current schedule:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' expert reports | August 13, 2020 | August 27, 2020 |
| Complete expert depositions | September 15, 2020 | September 22, 2020 |

Defendants conferred with Plaintiffs prior to the filing of this motion, but Plaintiffs did

not agree to the extension. In light of the fast-approaching existing deadline of August 13, 2020,

Defendants respectfully request expedited treatment of this request.

---

[1]     Defendants also repeatedly have expressed concern that additional time for their expert reports may be necessary in light of the challenges to completing fact discovery during the COVID-19 pandemic, including delays in obtaining crucial third-party discovery. *See, e.g.*, ECF No. 348 at 3 ("the compressed schedule set by the Court for expert discovery" may necessitate "further adjustments in the schedule" as the pandemic unfolds); ECF No. 733 at 2 ("It remains uncertain whether these delays in fact discovery will affect the completion of expert discovery," which is "already truncated"); ECF No. 810 at 2 ("Because of these delays in completing fact depositions, particularly of key third-party witnesses, Defendants anticipate that it may become necessary to submit supplemental or amended expert reports after the August 13 deadline.").

**CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court make the following adjustments to the pre-trial schedule:

1. Defendants' expert reports due by August 27, 2020
2. Expert witness depositions completed by September 22, 2020

Respectfully submitted,

***Cardinal Health, Inc.***
By Counsel:

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
707 Virginia St., E., Ste. 901
Charleston, West Virginia 25301
Telephone: (304) 345-1234
Facsimile: (304) 342-1105

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com

***McKesson Corporation***
By Counsel:

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
Jason L. Holliday (WVSB #12749)
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843

Charleston, WV 25338-3843
Tel: (304) 345-0200
jwakefield@flahertylegal.com
jholliday@flahertylegal.com

*/s/ Carol Dan Browning*
Carol Dan Browning
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
Tel: (502) 587-3400
cbrowning@stites.com

*/s/ Timothy C. Hester*
Timothy C. Hester
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

**AmerisourceBergen Drug Corporation**
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100

5

Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 5th day of August, 2020, the foregoing **"Defendants' Expedited Motion to Modify Expert Discovery Deadlines"** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Steven R. Ruby
Steven R. Ruby (WVSB #10752)