**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**THE CITY OF HUNTINGTON,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

**Defendants.**

---

**CABELL COUNTY COMMISSION,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

**Defendants.**

---

**ORDER**

Pending before the court is Defendants' Expedited Motion to Modify Expert Discovery Deadlines. (ECF No. 829). In that motion, defendants request an extension of the deadline for completing their expert reports and completing expert depositions. Plaintiffs oppose the requested extension. For good cause shown, defendants' motion is **GRANTED** and the new deadline for defendants' expert reports is **August 27, 2020**, and the deadline for completion of expert witness depositions is **September 22, 2020.**

Because of this extension, certain other dates in the scheduling order will have to be adjusted. The parties are directed to confer and submit a proposed schedule that adjusts the remaining dates in light of this extension, without moving the October 19, 2020 trial date. The parties should do so as soon as possible, but no later than August 11, 2020.

The Clerk is directed to send copies of this Order to counsel of record.

**IT IS SO ORDERED** this 6th day of August, 2020.

ENTER:

David A. Faber
Senior United States District Judge