IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                        CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                        CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

## NOTICE OF WITHDRAWAL OF APPEAL

AmerisourceBergen Drug Corporation ("ABDC") herby gives notice that ABDC's Appeal of Discovery Ruling 11 ("DR 11") [ECF No. 674] is now moot. The parties have reached an agreement and have filed a stipulation [ECF No. 828], which resolves the dispute central to Special Master Wilkes' ruling [ECF No. 639] and ABDC's appeal. Accordingly, ABDC withdrawals its appeal.

Dated: August 6, 2020

                                                            Respectfully Submitted,

                                                            *AmerisourceBergen Drug Corporation*
                                                            By Counsel:

1

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
nicholas@reedsmith.com
smcclure@reedsmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2020, the foregoing *Notice of Withdrawal of Appeal* was sent to Counsel for the Plaintiffs and Defendants using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB # 7136)