# EXHIBIT A

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-11419
_____

In re: DEPUY ORTHOPAEDICS, INCORPORATED; JOHNSON & JOHNSON, INCORPORATED; DEPUY PRODUCTS, INCORPORATED; JOHNSON & JOHNSON SERVICES, INCORPORATED; DEPUY SYNTHES, INCORPORATED; JOHNSON & JOHNSON; JOHNSON & JOHNSON INTERNATIONAL; DEPUY INTERNATIONAL LIMITED,

       Petitioners

_____

Petition for a Writ of Mandamus to the
Northern District of Texas, Dallas
_____

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:

      IT IS ORDERED that the petition for writ of mandamus is DENIED.


E. GRADY JOLLY, Circuit Judge, concurring:

      Although the district court misapplied Rules 43(a) and 45(c), I concur in the denial of the petition for a writ of mandamus.