**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

THE CITY OF HUNTINGTON,
     Plaintiff,

v.                                                    CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
     Defendants.

CABELL COUNTY COMMISSION,

     Plaintiff,

v.                                                    CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
     Defendants.

**NOTICE OF REMOTE 30(b)(6) DEPOSITION OF THE WEST VIRGINIA
OFFICE OF THE CHIEF MEDICAL EXAMINER**

Defendant AmerisourceBergen Drug Corporation, by and through counsel, hereby give

notice that the remote, oral videotaped 30(b)(6) deposition of the West Virginia Office of the Chief

Medical Examiner will take place on August 14, 2020, beginning at 12:00 p.m. Eastern Time. The

deposition shall be videotaped and recorded stenographically and will be conducted before a notary

public or other person authorized to administer oaths.  Court reporting services and video recording

services will be provided by Veritext Legal Solutions (216-523-1313; opioid@veritext.com), who

will provide remote access for all parties wishing to participate via video conference or telephone.

PLEASE TAKE FURTHER NOTICE that the Deponent must have access to a laptop,

computer, or tablet with web camera capability. Deponent may not use a cell phone to provide

1

testimony. Deponent must also have the capability to view documents electronically. To the extent Deponent is not in possession of the required technology, documents shall be provided to the Deponent in hardcopy and/or Deponent's counsel shall provide the required technology. Recommended Specifications are below:

    i. Computer

    ii. Web Camera

    iii. Internet Browser (Google Chrome Preferred)

    iv. Minimum 10 mb/s wired, secure internet connection

At minimum, Deponent must have sufficient internet connectivity and bandwidth to support a video deposition. Such capacity shall be sufficient to ensure that when used with the system selected for the deposition, there shall be (a) high-quality video upload (from Deponent) and download (to other Participants), (b) no material time discrepancy between audio and video, and (c) consistent connectivity, with no material disruptions.

    Dated: August 7, 2020

        Respectfully submitted,

        ***AmerisourceBergen Drug Corporation***
        By Counsel:

        */s/ Gretchen M. Callas*
        Gretchen M. Callas (WVSB #7136)
        JACKSON KELLY PLLC
        Post Office Box 553
        Charleston, West Virginia 25322
        Tel: (304) 340-1000
        Fax: (304) 340-1050
        gcallas@jacksonkelly.com

        Robert A. Nicholas
        Shannon E. McClure
        REED SMITH LLP
        Three Logan Square

1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

***Cardinal Health, Inc.***
By Counsel:

*/s/ Michael W. Carey*
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
sruby@cdkrlaw.com
rfranks@cdkrlaw.com

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com

***McKesson Corporation***
By Counsel:

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com

3

FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2020, the foregoing *Notice of Remote Deposition of the West Virginia Office of the Chief Medical Examiner* was sent to Counsel for the Plaintiffs and Defendants using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB # 7136)