## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, AmerisourceBergen Drug Corporation's Fourth Supplemental Objections and Responses to Plaintiffs' (First) Combined Discovery Requests to Distributors was sent by electronic mail to Counsel for the Plaintiffs and Defendants as follows: mdl2804discovery@motleyrice.com; Track2OpioidDefendants@ReedSmith.com.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
**JACKSON KELLY PLLC**
P. O. Box 553 Charleston, WV 25322
Telephone: (304) 340-1000
Email: gcallas@jacksonkelly.com