IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

       Plaintiff,

v.                                                                      Civil Action No. 3:17-01362
                                                                        Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

_____

CABELL COUNTY COMMISSION,

       Plaintiff,

v.                                                                      Civil Action No. 3:17-01665
                                                                        Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

       Defendants.

**NOTICE OF REMOTE 30(b)(6) DEPOSITION OF
AMERICAN OSTEOPATHIC ASSOCIATION**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure and the Deposition Protocol governing this litigation, Defendant Cardinal Health, Inc.,

by and through counsel, hereby give notice that the remote, oral videotaped deposition will be taken

of one or more officers, directors, managing agents, or other persons designated by American

Osteopathic Association on August 21, 2020, beginning at 9:00 a.m. Eastern Time. The deposition

shall be videotaped and recorded stenographically and will be conducted before a notary public or

other person authorized to administer oaths. The oral examination is to be taken for the purposes of

discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of

Civil Procedure, the local rules of the United States District Court for the Southern District of West

Virginia, and the Deposition Protocol.  Court reporting services and video recording services will be provided by Veritext Legal Solutions (216-523-1313; opioid@veritext.com), who will provide remote access for all parties wishing to participate via video conference or telephone.

PLEASE TAKE FURTHER NOTICE that the Deponent must have access to a laptop, computer, or tablet with web camera capability. Deponent may not use a cell phone to provide testimony. Deponent must also have the capability to view documents electronically. To the extent Deponent is not in possession of the required technology, documents shall be provided to the Deponent in hard copy and/or Deponent's counsel shall provide the required technology. Recommended Specifications are below:

      i. Computer

      ii. Web Camera

      iii. Internet Browser (Google Chrome Preferred)

      iv. Minimum 10 mb/s wired, secure internet connection

At minimum, Deponent must have sufficient internet connectivity and bandwidth to support a video deposition. Such capacity shall be sufficient to ensure that when used with the system selected for the deposition, there shall be (a) high-quality video upload (from Deponent) and download (to other Participants), (b) no material time discrepancy between audio and video, and (c) consistent connectivity, with no material disruptions.

Dated:   August 13, 2020

Respectfully submitted,

   /s/ Steven R. Ruby
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WWVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY, DOUGLAS, KESSLER & RUBY, PLLC
901 Chase Tower, 707 Virginia Street, East (25301)
P.O. Box 913
Charleston, West Virginia 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@csdlawfirm.com
rfranks@cdkrlaw.com
***Counsel for Cardinal Health, Inc.***


Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
***Counsel for Cardinal Health, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 13th day of August, 2020, the foregoing "Notice of Remote 30(b)(6) Deposition of American Osteopathic Association" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail to mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com.

Dated:   August 13, 2020

       /s/ Steven R. Ruby
       Steven R. Ruby (WVSB No. 10752)