# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>    Plaintiff, | |
| v. | CIVIL ACTION NO. 3:17-01362 |
| AMERISOURCEBERGEN<br>DRUG CORPORATION, et al.,<br>    Defendants. | |
| | |
| CABELL COUNTY COMMISSION,<br>    Plaintiff, | |
| v. | CIVIL ACTION NO. 3:17-01665 |
| AMERISOURCEBERGEN<br>DRUG CORPORATION, et al.,<br>    Defendants. | |

### STIPULATION ENLARGING TIME WITHIN WHICH DEFENDANTS MAY RESPOND TO MOTION OF UNIVERSITY PHYSICIANS & SURGEONS, INC., AND THE MARSHALL UNIVERSITY BOARD OF GOVERNORS FOR AWARD OF EXPENSES INCURRED IN RESPONDING TO THIRD-PARTY DISCOVERY

In accordance with Rule 11.2 of this Court's Local Rules of Civil Procedure, Defendants AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc., together with University Physicians & Surgeons, Inc., d/b/a Marshall Health, and the Marshall University Board of Governors (collectively "Marshall"), stipulate that, with respect to Marshall's motion for an award of expenses incurred in responding to third-party discovery propounded in the above-captioned consolidated proceedings, *see* ECF No. 815, the time within which Defendants may timely file their response is enlarged until August 21, 2020.

DATED:  August 12, 2020

By Counsel:

/s/ Steven R. Ruby
Michael W. Carey (WVSB #635)
David R. Pogue (WVSB #10806)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone:    (304) 345-1234
Facsimile:     (304) 342-1105
mwcarey@csdlawfirm.com
drpogue@csdlawfirm.com
sruby@cdkrlaw.com
rfranks@cdkrlaw.com

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer G. Wicht
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:    (202) 434-5000
Facsimile:     (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
jwicht@wc.com
***Counsel for Defendant Cardinal Health, Inc.***


/s/  Gretchen M. Callis
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV  25322
Telephone:    (304) 340-1000
Facsimile:     (304) 340-1050
gcallas@jacksonkelly.com

```
```

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:    (215) 851-8100
Facsimile:    (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
*Counsel for Defendant AmerisourceBergen Drug Corporation*


*/s/* Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)
Jason L. Holliday (WVSB #12749)
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone:    (304) 345-0200
Facsimile:    (304) 345-0260
jwakefield@flahertylegal.com
jholliday@flahertylegal.com

Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone:    (202) 662-5281
Facsimile:    (202) 662-6291
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com
*Counsel for Defendant McKesson Corporation*

*/s/* Joel P. Jones
Joel P. Jones, Jr.
CAMPBELL WOODS, PLLC
1002 Third Avenue
Huntington, WV  25701
Telephone:	(304) 529-2391
Facsimile:	(304) 529-1832
joeljones@campbellwoods.com
*Counsel for University Physicians & Surgeons, Inc., and Marshall University Board of Governors*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, the foregoing *Stipulation Enlarging Time Within Which Defendants May Respond to Motion of University Physicians & Surgeons, Inc., and the Marshall University Board of Governors for Award of Expenses Incurred in Responding to Third-Party Discovery* was filed using the Court's CM/ECF system, which will serve notification of such filing on all counsel of record.

/s/ Steven R. Ruby
Steven R. Ruby (WVSB #10752)