IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                                     Civil Action No. 3:17-01362
                                                   Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.
_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                                     Civil Action No. 3:17-01665
                                                   Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

## NOTICE OF IN-PERSON DEPOSITION OF KAREN BOWLING

PLEASE TAKE NOTICE that, pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Defendants, by and through undersigned counsel, will take the in-person, oral, videotaped deposition of **Karen Bowling, on August 20, 2020**, beginning at **10:00 a.m.** at the office of **Farmer, Cline & Campbell, PLLC, 746 Myrtle Rd. Charleston, WV 25314.**

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.  The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and the Deposition Protocol.  Court reporting services and video recording services will be provided by Veritext Legal Solutions.

Dated:   August 17, 2020

Respectfully submitted,

  /s/ Steven R. Ruby
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WWVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@csdlawfirm.com
rfranks@cdkrlaw.com
**Counsel for Cardinal Health, Inc.**


Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer Wicht
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
jwicht@wc.com
**Counsel for Cardinal Health, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of August, 2020, the foregoing "Notice of In-Person Deposition of Karen Bowling" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail to mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com.

Dated:   August 17, 2020

    /s/ Steven R. Ruby
Steven R. Ruby (WVSB No. 10752)