L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6  Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

City of Huntington, West Virginia, and Cabell County Commission,

**V.**

AmerisourceBergen Drug Corporation, et al.,

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

CIVIL ACTION NUMBER 3:17-cv-01362

Michael E. Elsner  Motley Rice LLC

72893

*Name of Visiting Attorney and firm name*  *State Bar ID number*

City of Huntington

*Name of party represented*

Virginia State Bar, Bar #41424, 1111 East Main Street, Suite 700, Richmond, VA 23219-0026
South Carolina State Bar, Bar #72893, 1231 Gervais St., Columbia, SC 29201
New York State Bar, Bar #ME8337, 25 Beaver Street - Room 840, New York, NY 10004

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

Motley Rice LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464

*Visiting Attorney's office address*

843-216-9000     843-216-9450     melsner@motleyrice.com

*Visiting Attorney's office telephone number*  *Office fax number*  *Email address*

John Hurst Motley Rice

WV  10861

*Name of Sponsoring Attorney and firm name*  *WV Bar ID number*

Motley Rice
50 Clay St, Suite 1
Morgantown, WV 26501

*Sponsoring Attorney's office address*

304-413-0456     304-413-0458     jhurst@motleyrice.com

*Sponsoring Attorney's office telephone number*  *Office fax number*  *Email address*

PAGE 1 of 2 PAGES

### VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 8/18/2020 | Michael E. Elsner |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

### SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| 8/18/2020 | /s/John D. Hurst |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.