IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON
and CABELL COUNTY
COMMISSION,

Plaintiffs,

v.

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,

Defendants.

CIVIL ACTION NO. 3:17-01362
CIVIL ACTION NO. 3:17-01665

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR MOTION TO ALLOW LIVE TESTIMONY THROUGH CONTEMPORANEOUS TRANSMISSION (DKT. 794)**

The City of Huntington and Cabell County Commission ("Plaintiffs") hereby give notice that Plaintiffs' Motion to Allow Live Witness Testimony (Dkt. 794) is now moot. Plaintiffs and Defendant McKesson[1] have reached an agreement and have filed a stipulation (Dkt. 879) regarding the witnesses McKesson will produce at trial. Accordingly, Plaintiffs withdraw their motion.

Dated: August 21, 2020

Respectfully submitted,

*/s/ Brandon L. Bogle*
Brandon L. Bogle (WV PHV-40313)
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY, AND PROCTOR, P.A.**
316 S. Baylen St., Ste. 600
Pensacola, FL 32502
(P) 850-435-7043
(F) 850-436-6043
bbogle@levinlaw.com

---

[1] The original motion was filed against AmerisourceBergen Drug Corporation and McKesson Corporation. Subsequent the filing of the motion, AmerisourceBergen Drug Corporation entered into a stipulation (Dkt. 828) regarding the witnesses it will produce at trial and, as such, did not file a response to the motion. Therefore, with the agreement now reached with McKesson the motion is moot as to all parties.