IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01362<br><br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br><br>Hon. David A. Faber |

**NOTICE OF THE FBI AND DEA**

The United States submits this Notice in accordance with the Special Master's Order, issued August 18, 2020, concerning the initial review by the DEA and FBI of documents furnished by Plaintiffs on July 29, 2020.  Dkt. 873.  The United States further reserves its rights to conduct a more thorough review of these documents, and to assert any other and further objections.

On August 17, 2020, Plaintiffs produced an additional batch of documents to the United States for review by the FBI and DEA, similar to those documents furnished on July 29, 2020 that are subject of this Notice.  DEA and FBI have begun review of this second set of documents, which contains thousands of additional files.  The United States requests to and including

September 17, 2020 to conduct its initial review and file a notice substantially similar to this Notice in connection with the August 17, 2020 documents.

Based on the preliminary review of the documents provided by plaintiffs on July 29, 2020, the United States has concluded that the sensitivities contained in a number of these documents at issue cannot be sufficiently protected through a Highly-Confidential Attorney-Eyes-Only Designation.

Annexed hereto as Exhibit 1 is a list of documents initially identified as under court seal or likely under court seal.

Annexed hereto as Exhibit 2 is a list of documents initially identified as relating to likely ongoing law enforcement investigations.

Annexed hereto as Exhibit 3 is a list of documents initially identified as subject to attorney-client, deliberative process, and government work product privileges.

Annexed hereto as Exhibit 4 is a list of documents initially identified as subject to the law enforcement privilege.

Annexed hereto as Exhibit 5 is a list of documents initially identified that identify confidential informants and undercover federal agents, or could lead to the identification of confidential informants and undercover federal agents.

Annexed hereto as Exhibit 6 is a list of documents initially identified that contain DEA and FBI operational plans which are subject to the law enforcement privilege and disclosure of which could also lead to the identification of confidential informants and undercover federal agents.

Annexed hereto as Exhibit 7 is a list of documents initially identified as appropriate for production pursuant to a Highly-Confidential Attorney-Eyes-Only Designation. On August 22,

2020, counsel for the United States informed Plaintiffs' counsel that Plaintiffs may produce 1,953 of the documents listed in Exhibit 7 pursuant to a Highly-Confidential Attorney-Eyes-Only Designation upon their redaction of personally-identifiable information.

Examples from those documents listed in each of Exhibits 1 through 6 will be submitted directly to the Special Master for *in camera* review.

>Respectfully submitted,
>
>MICHAEL D. GRANSTON
>Deputy Assistant Attorney General
>
>MICHAEL B. STUART
>United States Attorney
>Attorney for the United States
>Acting Under Authority Conferred by 28 U.S.C. § 515
>
>By:   **/s/Fred B. Westfall, Jr.**
>FRED B. WESTFALL, JR.
>W.Va. State Bar No. 3992
>Assistant U.S. Attorney, Civil Chief
>300 Virginia Street East, Room 4000
>Charleston, WV 25301
>(304) 345-2200
>(304) 347-5443 (facsimile)
>Fred.Westfall@usdoj.gov
>
>JAMIE ANN YAVELBERG
>NATALIE A. WAITES
>JONATHAN K. HOERNER
>J. ANDREW JACO
>KELLY E. PHIPPS
>DAVID M. SOBOTKIN
>United States Department of Justice
>Civil Division/Fraud Section
>175 N Street, N.E., Room 10.222
>Washington, D.C. 20002
>(202) 616-2964
>Natalie.A.Waites@usdoj.gov

GUSTAV W. EYLER
LISA K. HSIAO
JOCELYN C. HINES
United States Department of Justice
Consumer Protection Branch
450 5th Street, N.W. Ste. 6400-South
Washington, D.C. 20001
(202) 532-4892
Lisa.K.Hsiao@usdoj.gov

Attorneys for U.S. Department of Justice
Federal Bureau of Investigation
Drug Enforcement Administration

## CERTIFICATE OF SERVICE

I, Fred B. Westfall, Jr., Assistant United States Attorney, hereby certify that that on August 24, 2020, the foregoing **NOTICE OF THE FBI AND DEA** with the Court using the Court's CM/ECF system, which will send a copy thereof by email to all counsel of record.

/s/Fred B. Westfall, Jr.
Fred B. Westfall, Jr. (W.Va. State Bar No. 3992)
Assistant U.S. Attorney, Civil Chief
300 Virginia Street East, Room 4000
Charleston, WV 25301
(304) 345-2200
(304) 347-5443 (facsimile)
E-mail: fred.westfall@usdoj.gov