# EXHIBIT 1

| | | |
|---|---|---|
| HUNT_ESI_REV_000603638 | HUNTCLE_0190137 | HUNTCLE_0205431 |
| HUNT_ESI_REV_000005864 | HUNTCLE_0190138 | HUNTCLE_0205558 |
| HUNT_ESI_REV_000005865 | HUNTCLE_0190139 | HUNTCLE_0205560 |
| HUNT_ESI_REV_000005867 | HUNTCLE_0190140 | HUNTCLE_0205562 |
| HUNT_ESI_REV_000005868 | HUNTCLE_0190141 | HUNTCLE_0205564 |
| HUNT_ESI_REV_000135274 | HUNTCLE_0190142 | HUNTCLE_0205566 |
| HUNT_ESI_REV_000135276 | HUNTCLE_0190143 | HUNTCLE_0205568 |
| HUNT_ESI_REV_000135278 | HUNTCLE_0190144 | HUNTCLE_0205569 |
| HUNT_ESI_REV_000135280 | HUNTCLE_0191062 | HUNTCLE_0205571 |
| HUNT_ESI_REV_000596054 | HUNTCLE_0191066 | HUNTCLE_0215228 |
| HUNT_ESI_REV_000596054 | HUNTCLE_0191068 | HUNTCLE_0215228 |
| HUNT_ESI_REV_000599598 | HUNTCLE_0191083 | HUNTCLE_0215251 |
| HUNT_ESI_REV_000599599 | HUNTCLE_0191085 | HUNTCLE_0215259 |
| HUNT_ESI_REV_000599610 | HUNTCLE_0191087 | HUNTCLE_0215262 |
| HUNT_ESI_REV_000599611 | HUNTCLE_0191098 | HUNTCLE_0215262 |
| HUNT_ESI_REV_000599612 | HUNTCLE_0191109 | HUNTCLE_0215265 |
| HUNT_ESI_REV_000603645 | HUNTCLE_0191119 | HUNTCLE_0215273 |
| HUNT_ESI_REV_000603650 | HUNTCLE_0193149 | HUNTCLE_0215281 |
| HUNT_ESI_REV_000603652 | HUNTCLE_0193154 | HUNTCLE_0226331 |
| HUNTCLE_0029439 | HUNTCLE_0193159 | HUNTCLE_0226333 |
| HUNTCLE_0184387 | HUNTCLE_0201733 | HUNTCLE_0226349 |
| HUNTCLE_0184391 | HUNTCLE_0205256 | HUNTCLE_0226349 |
| HUNTCLE_0187615 | HUNTCLE_0205362 | HUNTCLE_0226368 |
| HUNTCLE_0188622 | HUNTCLE_0205378 | HuntingtonWV_HC0035615 |
| HUNTCLE_0189876 | HUNTCLE_0205412 | HuntingtonWV_HC0035621 |
| HUNTCLE_0189970 | HUNTCLE_0205430 | |