**EXHIBIT 2**

| | | |
|---|---|---|
| HUNT_ESI_REV_000006250 | HUNT_ESI_REV_000174907 | HUNT_ESI_REV_000308405 |
| HUNT_ESI_REV_000006251 | HUNT_ESI_REV_000174912 | HUNT_ESI_REV_000308406 |
| HUNT_ESI_REV_000006253 | HUNT_ESI_REV_000174914 | HUNT_ESI_REV_000308846 |
| HUNT_ESI_REV_000006254 | HUNT_ESI_REV_000174917 | HUNT_ESI_REV_000308851 |
| HUNT_ESI_REV_000037983 | HUNT_ESI_REV_000179262 | HUNT_ESI_REV_000382356 |
| HUNT_ESI_REV_000037985 | HUNT_ESI_REV_000179264 | HUNT_ESI_REV_000382358 |
| HUNT_ESI_REV_000037988 | HUNT_ESI_REV_000179267 | HUNT_ESI_REV_000382360 |
| HUNT_ESI_REV_000045727 | HUNT_ESI_REV_000179272 | HUNT_ESI_REV_000382362 |
| HUNT_ESI_REV_000045729 | HUNT_ESI_REV_000179274 | HUNT_ESI_REV_000382364 |
| HUNT_ESI_REV_000045733 | HUNT_ESI_REV_000179277 | HUNT_ESI_REV_000382366 |
| HUNT_ESI_REV_000046471 | HUNT_ESI_REV_000181960 | HUNT_ESI_REV_000382368 |
| HUNT_ESI_REV_000046475 | HUNT_ESI_REV_000181962 | HUNT_ESI_REV_000382370 |
| HUNT_ESI_REV_000050325 | HUNT_ESI_REV_000181964 | HUNT_ESI_REV_000437880 |
| HUNT_ESI_REV_000050326 | HUNT_ESI_REV_000181966 | HUNT_ESI_REV_000437882 |
| HUNT_ESI_REV_000050328 | HUNT_ESI_REV_000186109 | HUNT_ESI_REV_000437884 |
| HUNT_ESI_REV_000062496 | HUNT_ESI_REV_000186114 | HUNT_ESI_REV_000437886 |
| HUNT_ESI_REV_000062498 | HUNT_ESI_REV_000186123 | HUNT_ESI_REV_000562798 |
| HUNT_ESI_REV_000062500 | HUNT_ESI_REV_000308388 | HUNT_ESI_REV_000566593 |
| HUNT_ESI_REV_000062502 | HUNT_ESI_REV_000308389 | HUNT_ESI_REV_000566702 |
| HUNT_ESI_REV_000135274 | HUNT_ESI_REV_000308390 | HUNT_ESI_REV_000567195 |
| HUNT_ESI_REV_000135276 | HUNT_ESI_REV_000308391 | HUNT_ESI_REV_000595284 |
| HUNT_ESI_REV_000135278 | HUNT_ESI_REV_000308393 | HUNT_ESI_REV_000596054 |
| HUNT_ESI_REV_000135280 | HUNT_ESI_REV_000308394 | HUNT_ESI_REV_000596090 |
| HUNT_ESI_REV_000144999 | HUNT_ESI_REV_000308395 | HUNT_ESI_REV_000596092 |
| HUNT_ESI_REV_000145005 | HUNT_ESI_REV_000308399 | HUNT_ESI_REV_000596188 |
| HUNT_ESI_REV_000145017 | HUNT_ESI_REV_000308400 | HUNT_ESI_REV_000596337 |
| HUNT_ESI_REV_000174899 | HUNT_ESI_REV_000308401 | HUNT_ESI_REV_000603638 |
| HUNT_ESI_REV_000174902 | HUNT_ESI_REV_000308402 | HUNT_ESI_REV_000603645 |
| HUNT_ESI_REV_000174904 | HUNT_ESI_REV_000308404 | HUNT_ESI_REV_000603650 |

HUNT_ESI_REV_000603652

HUNT_ESI_REV_000604326

HUNT_ESI_REV_001756790

HUNT_ESI_REV_001756841

HUNTCLE_0215262