**EXHIBIT 3**

| | | |
|---|---|---|
| HUNT_ESI_REV_000006249 | HUNT_ESI_REV_000158123 | HUNT_ESI_REV_000368366 |
| HUNT_ESI_REV_000006252 | HUNT_ESI_REV_000158243 | HUNT_ESI_REV_000368367 |
| HUNT_ESI_REV_000006699 | HUNT_ESI_REV_000158263 | HUNT_ESI_REV_000368368 |
| HUNT_ESI_REV_000006701 | HUNT_ESI_REV_000166981 | HUNT_ESI_REV_000368370 |
| HUNT_ESI_REV_000006704 | HUNT_ESI_REV_000166983 | HUNT_ESI_REV_000409271 |
| HUNT_ESI_REV_000006707 | HUNT_ESI_REV_000166987 | HUNT_ESI_REV_000409273 |
| HUNT_ESI_REV_000006709 | HUNT_ESI_REV_000189123 | HUNT_ESI_REV_000409277 |
| HUNT_ESI_REV_000006712 | HUNT_ESI_REV_000195763 | HUNT_ESI_REV_000414313 |
| HUNT_ESI_REV_000015511 | HUNT_ESI_REV_000195764 | HUNT_ESI_REV_000591795 |
| HUNT_ESI_REV_000016289 | HUNT_ESI_REV_000195766 | HUNT_ESI_REV_000595751 |
| HUNT_ESI_REV_000019477 | HUNT_ESI_REV_000195811 | HUNT_ESI_REV_000597845 |
| HUNT_ESI_REV_000045728 | HUNT_ESI_REV_000195812 | HUNT_ESI_REV_000598225 |
| HUNT_ESI_REV_000045730 | HUNT_ESI_REV_000195813 | HUNT_ESI_REV_000598409 |
| HUNT_ESI_REV_000050325 | HUNT_ESI_REV_000195814 | HUNT_ESI_REV_000598533 |
| HUNT_ESI_REV_000050326 | HUNT_ESI_REV_000195816 | HUNT_ESI_REV_000598633 |
| HUNT_ESI_REV_000050328 | HUNT_ESI_REV_000195817 | HUNT_ESI_REV_000598788 |
| HUNT_ESI_REV_000058767 | HUNT_ESI_REV_000195818 | HUNT_ESI_REV_000598956 |
| HUNT_ESI_REV_000058769 | HUNT_ESI_REV_000197485 | HUNT_ESI_REV_000599332 |
| HUNT_ESI_REV_000058773 | HUNT_ESI_REV_000221529 | HUNT_ESI_REV_000599436 |
| HUNT_ESI_REV_000070255 | HUNT_ESI_REV_000322845 | HUNT_ESI_REV_000599597 |
| HUNT_ESI_REV_000112323 | HUNT_ESI_REV_000322847 | HUNT_ESI_REV_000599598 |
| HUNT_ESI_REV_000112325 | HUNT_ESI_REV_000322851 | HUNT_ESI_REV_000599599 |
| HUNT_ESI_REV_000112329 | HUNT_ESI_REV_000341337 | HUNT_ESI_REV_000599610 |
| HUNT_ESI_REV_000139863 | HUNT_ESI_REV_000352459 | HUNT_ESI_REV_000599611 |
| HUNT_ESI_REV_000140723 | HUNT_ESI_REV_000352459 | HUNT_ESI_REV_000599612 |
| HUNT_ESI_REV_000140731 | HUNT_ESI_REV_000352460 | HUNT_ESI_REV_000599645 |
| HUNT_ESI_REV_000143859 | HUNT_ESI_REV_000352462 | HUNT_ESI_REV_000599985 |
| HUNT_ESI_REV_000155343 | HUNT_ESI_REV_000368363 | HUNT_ESI_REV_000603025 |
| HUNT_ESI_REV_000158063 | HUNT_ESI_REV_000368364 | HUNT_ESI_REV_000604209 |

HUNT_ESI_REV_000604234

HUNT_ESI_REV_000604370

HUNT_ESI_REV_000604378

HUNT_ESI_REV_000604382

HUNT_ESI_REV_000604389

HUNT_ESI_REV_000812319

HUNT_ESI_REV_000812321

HUNT_ESI_REV_000812325

HUNT_ESI_REV_000812325

HUNT_ESI_REV_000837027

HUNT_ESI_REV_001251605

HUNT_ESI_REV_001261727

HUNT_ESI_REV_001261729

HUNT_ESI_REV_001261733