**EXHIBIT 4**

| | | |
|---|---|---|
| HUNT_ESI_REV_000005576 | HUNT_ESI_REV_000006015 | HUNT_ESI_REV_000006049 |
| HUNT_ESI_REV_000005577 | HUNT_ESI_REV_000006016 | HUNT_ESI_REV_000006050 |
| HUNT_ESI_REV_000005579 | HUNT_ESI_REV_000006017 | HUNT_ESI_REV_000006166 |
| HUNT_ESI_REV_000005580 | HUNT_ESI_REV_000006018 | HUNT_ESI_REV_000006167 |
| HUNT_ESI_REV_000005704 | HUNT_ESI_REV_000006019 | HUNT_ESI_REV_000006169 |
| HUNT_ESI_REV_000005705 | HUNT_ESI_REV_000006020 | HUNT_ESI_REV_000006170 |
| HUNT_ESI_REV_000005707 | HUNT_ESI_REV_000006021 | HUNT_ESI_REV_000006182 |
| HUNT_ESI_REV_000005708 | HUNT_ESI_REV_000006022 | HUNT_ESI_REV_000006183 |
| HUNT_ESI_REV_000005970 | HUNT_ESI_REV_000006023 | HUNT_ESI_REV_000006185 |
| HUNT_ESI_REV_000005971 | HUNT_ESI_REV_000006025 | HUNT_ESI_REV_000006186 |
| HUNT_ESI_REV_000005972 | HUNT_ESI_REV_000006026 | HUNT_ESI_REV_000006412 |
| HUNT_ESI_REV_000005973 | HUNT_ESI_REV_000006027 | HUNT_ESI_REV_000006413 |
| HUNT_ESI_REV_000005974 | HUNT_ESI_REV_000006028 | HUNT_ESI_REV_000006415 |
| HUNT_ESI_REV_000005975 | HUNT_ESI_REV_000006029 | HUNT_ESI_REV_000006416 |
| HUNT_ESI_REV_000005976 | HUNT_ESI_REV_000006030 | HUNT_ESI_REV_000006464 |
| HUNT_ESI_REV_000005977 | HUNT_ESI_REV_000006031 | HUNT_ESI_REV_000006465 |
| HUNT_ESI_REV_000005979 | HUNT_ESI_REV_000006032 | HUNT_ESI_REV_000006467 |
| HUNT_ESI_REV_000005980 | HUNT_ESI_REV_000006033 | HUNT_ESI_REV_000006468 |
| HUNT_ESI_REV_000005981 | HUNT_ESI_REV_000006034 | HUNT_ESI_REV_000006472 |
| HUNT_ESI_REV_000005982 | HUNT_ESI_REV_000006038 | HUNT_ESI_REV_000006473 |
| HUNT_ESI_REV_000005983 | HUNT_ESI_REV_000006039 | HUNT_ESI_REV_000006475 |
| HUNT_ESI_REV_000005984 | HUNT_ESI_REV_000006040 | HUNT_ESI_REV_000006476 |
| HUNT_ESI_REV_000005985 | HUNT_ESI_REV_000006041 | HUNT_ESI_REV_000006480 |
| HUNT_ESI_REV_000005986 | HUNT_ESI_REV_000006042 | HUNT_ESI_REV_000006481 |
| HUNT_ESI_REV_000005990 | HUNT_ESI_REV_000006043 | HUNT_ESI_REV_000006483 |
| HUNT_ESI_REV_000005991 | HUNT_ESI_REV_000006045 | HUNT_ESI_REV_000006484 |
| HUNT_ESI_REV_000005993 | HUNT_ESI_REV_000006046 | HUNT_ESI_REV_000006488 |
| HUNT_ESI_REV_000005994 | HUNT_ESI_REV_000006047 | HUNT_ESI_REV_000006489 |
| HUNT_ESI_REV_000006014 | HUNT_ESI_REV_000006048 | HUNT_ESI_REV_000006490 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000006491 | HUNT_ESI_REV_000039864 | HUNT_ESI_REV_000070332 |
| HUNT_ESI_REV_000006492 | HUNT_ESI_REV_000039866 | HUNT_ESI_REV_000070334 |
| HUNT_ESI_REV_000006493 | HUNT_ESI_REV_000039868 | HUNT_ESI_REV_000070336 |
| HUNT_ESI_REV_000006494 | HUNT_ESI_REV_000039870 | HUNT_ESI_REV_000070338 |
| HUNT_ESI_REV_000006495 | HUNT_ESI_REV_000039872 | HUNT_ESI_REV_000077474 |
| HUNT_ESI_REV_000006496 | HUNT_ESI_REV_000039874 | HUNT_ESI_REV_000077476 |
| HUNT_ESI_REV_000006497 | HUNT_ESI_REV_000039876 | HUNT_ESI_REV_000077478 |
| HUNT_ESI_REV_000006499 | HUNT_ESI_REV_000045728 | HUNT_ESI_REV_000077480 |
| HUNT_ESI_REV_000006500 | HUNT_ESI_REV_000045730 | HUNT_ESI_REV_000105880 |
| HUNT_ESI_REV_000006501 | HUNT_ESI_REV_000045732 | HUNT_ESI_REV_000105882 |
| HUNT_ESI_REV_000006502 | HUNT_ESI_REV_000045732 | HUNT_ESI_REV_000105884 |
| HUNT_ESI_REV_000006503 | HUNT_ESI_REV_000045734 | HUNT_ESI_REV_000105886 |
| HUNT_ESI_REV_000006504 | HUNT_ESI_REV_000045734 | HUNT_ESI_REV_000107126 |
| HUNT_ESI_REV_000006505 | HUNT_ESI_REV_000056426 | HUNT_ESI_REV_000107128 |
| HUNT_ESI_REV_000006506 | HUNT_ESI_REV_000056428 | HUNT_ESI_REV_000107130 |
| HUNT_ESI_REV_000006507 | HUNT_ESI_REV_000056430 | HUNT_ESI_REV_000107132 |
| HUNT_ESI_REV_000006508 | HUNT_ESI_REV_000056432 | HUNT_ESI_REV_000111468 |
| HUNT_ESI_REV_000006545 | HUNT_ESI_REV_000056446 | HUNT_ESI_REV_000111470 |
| HUNT_ESI_REV_000006550 | HUNT_ESI_REV_000056448 | HUNT_ESI_REV_000111472 |
| HUNT_ESI_REV_000006704 | HUNT_ESI_REV_000056450 | HUNT_ESI_REV_000111474 |
| HUNT_ESI_REV_000006746 | HUNT_ESI_REV_000056452 | HUNT_ESI_REV_000148171 |
| HUNT_ESI_REV_000006747 | HUNT_ESI_REV_000070304 | HUNT_ESI_REV_000148178 |
| HUNT_ESI_REV_000006749 | HUNT_ESI_REV_000070306 | HUNT_ESI_REV_000152951 |
| HUNT_ESI_REV_000006750 | HUNT_ESI_REV_000070308 | HUNT_ESI_REV_000152955 |
| HUNT_ESI_REV_000039236 | HUNT_ESI_REV_000070310 | HUNT_ESI_REV_000152959 |
| HUNT_ESI_REV_000039238 | HUNT_ESI_REV_000070312 | HUNT_ESI_REV_000152963 |
| HUNT_ESI_REV_000039240 | HUNT_ESI_REV_000070314 | HUNT_ESI_REV_000152967 |
| HUNT_ESI_REV_000039242 | HUNT_ESI_REV_000070316 | HUNT_ESI_REV_000152971 |
| HUNT_ESI_REV_000039862 | HUNT_ESI_REV_000070318 | HUNT_ESI_REV_000157372 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000157373 | HUNT_ESI_REV_000157644 | HUNT_ESI_REV_000160269 |
| HUNT_ESI_REV_000157374 | HUNT_ESI_REV_000157645 | HUNT_ESI_REV_000167084 |
| HUNT_ESI_REV_000157375 | HUNT_ESI_REV_000157646 | HUNT_ESI_REV_000167086 |
| HUNT_ESI_REV_000157377 | HUNT_ESI_REV_000157647 | HUNT_ESI_REV_000167088 |
| HUNT_ESI_REV_000157378 | HUNT_ESI_REV_000157648 | HUNT_ESI_REV_000167090 |
| HUNT_ESI_REV_000157379 | HUNT_ESI_REV_000157650 | HUNT_ESI_REV_000172869 |
| HUNT_ESI_REV_000157380 | HUNT_ESI_REV_000157651 | HUNT_ESI_REV_000172880 |
| HUNT_ESI_REV_000157382 | HUNT_ESI_REV_000157652 | HUNT_ESI_REV_000174130 |
| HUNT_ESI_REV_000157383 | HUNT_ESI_REV_000157653 | HUNT_ESI_REV_000174132 |
| HUNT_ESI_REV_000157384 | HUNT_ESI_REV_000157654 | HUNT_ESI_REV_000174134 |
| HUNT_ESI_REV_000157385 | HUNT_ESI_REV_000157760 | HUNT_ESI_REV_000174136 |
| HUNT_ESI_REV_000157387 | HUNT_ESI_REV_000157762 | HUNT_ESI_REV_000174901 |
| HUNT_ESI_REV_000157388 | HUNT_ESI_REV_000157764 | HUNT_ESI_REV_000174906 |
| HUNT_ESI_REV_000157389 | HUNT_ESI_REV_000157766 | HUNT_ESI_REV_000174911 |
| HUNT_ESI_REV_000157390 | HUNT_ESI_REV_000157816 | HUNT_ESI_REV_000174916 |
| HUNT_ESI_REV_000157460 | HUNT_ESI_REV_000157817 | HUNT_ESI_REV_000178258 |
| HUNT_ESI_REV_000157462 | HUNT_ESI_REV_000157818 | HUNT_ESI_REV_000178260 |
| HUNT_ESI_REV_000157464 | HUNT_ESI_REV_000157820 | HUNT_ESI_REV_000178262 |
| HUNT_ESI_REV_000157466 | HUNT_ESI_REV_000157821 | HUNT_ESI_REV_000178264 |
| HUNT_ESI_REV_000157632 | HUNT_ESI_REV_000157822 | HUNT_ESI_REV_000178456 |
| HUNT_ESI_REV_000157633 | HUNT_ESI_REV_000157824 | HUNT_ESI_REV_000178458 |
| HUNT_ESI_REV_000157634 | HUNT_ESI_REV_000157825 | HUNT_ESI_REV_000178460 |
| HUNT_ESI_REV_000157635 | HUNT_ESI_REV_000157826 | HUNT_ESI_REV_000178462 |
| HUNT_ESI_REV_000157636 | HUNT_ESI_REV_000157828 | HUNT_ESI_REV_000178484 |
| HUNT_ESI_REV_000157638 | HUNT_ESI_REV_000157829 | HUNT_ESI_REV_000178486 |
| HUNT_ESI_REV_000157639 | HUNT_ESI_REV_000157830 | HUNT_ESI_REV_000178488 |
| HUNT_ESI_REV_000157640 | HUNT_ESI_REV_000160257 | HUNT_ESI_REV_000178490 |
| HUNT_ESI_REV_000157641 | HUNT_ESI_REV_000160261 | HUNT_ESI_REV_000178492 |
| HUNT_ESI_REV_000157642 | HUNT_ESI_REV_000160265 | HUNT_ESI_REV_000178494 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000178496 | HUNT_ESI_REV_000178618 | HUNT_ESI_REV_000303624 |
| HUNT_ESI_REV_000178498 | HUNT_ESI_REV_000179260 | HUNT_ESI_REV_000303626 |
| HUNT_ESI_REV_000178560 | HUNT_ESI_REV_000179265 | HUNT_ESI_REV_000303660 |
| HUNT_ESI_REV_000178562 | HUNT_ESI_REV_000179270 | HUNT_ESI_REV_000303662 |
| HUNT_ESI_REV_000178564 | HUNT_ESI_REV_000179275 | HUNT_ESI_REV_000303664 |
| HUNT_ESI_REV_000178566 | HUNT_ESI_REV_000187118 | HUNT_ESI_REV_000303666 |
| HUNT_ESI_REV_000178568 | HUNT_ESI_REV_000187120 | HUNT_ESI_REV_000308518 |
| HUNT_ESI_REV_000178570 | HUNT_ESI_REV_000187122 | HUNT_ESI_REV_000308520 |
| HUNT_ESI_REV_000178572 | HUNT_ESI_REV_000187124 | HUNT_ESI_REV_000308522 |
| HUNT_ESI_REV_000178574 | HUNT_ESI_REV_000189832 | HUNT_ESI_REV_000308524 |
| HUNT_ESI_REV_000178596 | HUNT_ESI_REV_000189834 | HUNT_ESI_REV_000308674 |
| HUNT_ESI_REV_000178597 | HUNT_ESI_REV_000189836 | HUNT_ESI_REV_000308675 |
| HUNT_ESI_REV_000178598 | HUNT_ESI_REV_000189838 | HUNT_ESI_REV_000308677 |
| HUNT_ESI_REV_000178599 | HUNT_ESI_REV_000194730 | HUNT_ESI_REV_000308678 |
| HUNT_ESI_REV_000178600 | HUNT_ESI_REV_000194732 | HUNT_ESI_REV_000308680 |
| HUNT_ESI_REV_000178602 | HUNT_ESI_REV_000194734 | HUNT_ESI_REV_000308681 |
| HUNT_ESI_REV_000178603 | HUNT_ESI_REV_000194736 | HUNT_ESI_REV_000308683 |
| HUNT_ESI_REV_000178604 | HUNT_ESI_REV_000194738 | HUNT_ESI_REV_000308684 |
| HUNT_ESI_REV_000178605 | HUNT_ESI_REV_000194740 | HUNT_ESI_REV_000309386 |
| HUNT_ESI_REV_000178606 | HUNT_ESI_REV_000194742 | HUNT_ESI_REV_000309388 |
| HUNT_ESI_REV_000178608 | HUNT_ESI_REV_000194744 | HUNT_ESI_REV_000309390 |
| HUNT_ESI_REV_000178609 | HUNT_ESI_REV_000194746 | HUNT_ESI_REV_000309392 |
| HUNT_ESI_REV_000178610 | HUNT_ESI_REV_000194748 | HUNT_ESI_REV_000309394 |
| HUNT_ESI_REV_000178611 | HUNT_ESI_REV_000194750 | HUNT_ESI_REV_000309396 |
| HUNT_ESI_REV_000178612 | HUNT_ESI_REV_000194752 | HUNT_ESI_REV_000309398 |
| HUNT_ESI_REV_000178614 | HUNT_ESI_REV_000194754 | HUNT_ESI_REV_000309400 |
| HUNT_ESI_REV_000178615 | HUNT_ESI_REV_000194756 | HUNT_ESI_REV_000309502 |
| HUNT_ESI_REV_000178616 | HUNT_ESI_REV_000303620 | HUNT_ESI_REV_000309503 |
| HUNT_ESI_REV_000178617 | HUNT_ESI_REV_000303622 | HUNT_ESI_REV_000309505 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000309506 | HUNT_ESI_REV_000309650 | HUNT_ESI_REV_000309908 |
| HUNT_ESI_REV_000309508 | HUNT_ESI_REV_000309652 | HUNT_ESI_REV_000309910 |
| HUNT_ESI_REV_000309509 | HUNT_ESI_REV_000309654 | HUNT_ESI_REV_000309912 |
| HUNT_ESI_REV_000309511 | HUNT_ESI_REV_000309656 | HUNT_ESI_REV_000309922 |
| HUNT_ESI_REV_000309512 | HUNT_ESI_REV_000309666 | HUNT_ESI_REV_000309924 |
| HUNT_ESI_REV_000309522 | HUNT_ESI_REV_000309668 | HUNT_ESI_REV_000309926 |
| HUNT_ESI_REV_000309524 | HUNT_ESI_REV_000309670 | HUNT_ESI_REV_000309928 |
| HUNT_ESI_REV_000309526 | HUNT_ESI_REV_000309672 | HUNT_ESI_REV_000309938 |
| HUNT_ESI_REV_000309528 | HUNT_ESI_REV_000309690 | HUNT_ESI_REV_000309940 |
| HUNT_ESI_REV_000309546 | HUNT_ESI_REV_000309692 | HUNT_ESI_REV_000309942 |
| HUNT_ESI_REV_000309548 | HUNT_ESI_REV_000309694 | HUNT_ESI_REV_000309944 |
| HUNT_ESI_REV_000309550 | HUNT_ESI_REV_000309696 | HUNT_ESI_REV_000309954 |
| HUNT_ESI_REV_000309552 | HUNT_ESI_REV_000309706 | HUNT_ESI_REV_000309956 |
| HUNT_ESI_REV_000309554 | HUNT_ESI_REV_000309708 | HUNT_ESI_REV_000309958 |
| HUNT_ESI_REV_000309556 | HUNT_ESI_REV_000309710 | HUNT_ESI_REV_000309960 |
| HUNT_ESI_REV_000309558 | HUNT_ESI_REV_000309712 | HUNT_ESI_REV_000310102 |
| HUNT_ESI_REV_000309560 | HUNT_ESI_REV_000309758 | HUNT_ESI_REV_000310104 |
| HUNT_ESI_REV_000309602 | HUNT_ESI_REV_000309760 | HUNT_ESI_REV_000310106 |
| HUNT_ESI_REV_000309604 | HUNT_ESI_REV_000309762 | HUNT_ESI_REV_000310108 |
| HUNT_ESI_REV_000309606 | HUNT_ESI_REV_000309764 | HUNT_ESI_REV_000331578 |
| HUNT_ESI_REV_000309608 | HUNT_ESI_REV_000309854 | HUNT_ESI_REV_000331580 |
| HUNT_ESI_REV_000309610 | HUNT_ESI_REV_000309856 | HUNT_ESI_REV_000331582 |
| HUNT_ESI_REV_000309612 | HUNT_ESI_REV_000309858 | HUNT_ESI_REV_000331584 |
| HUNT_ESI_REV_000309614 | HUNT_ESI_REV_000309860 | HUNT_ESI_REV_000334006 |
| HUNT_ESI_REV_000309616 | HUNT_ESI_REV_000309862 | HUNT_ESI_REV_000334008 |
| HUNT_ESI_REV_000309634 | HUNT_ESI_REV_000309864 | HUNT_ESI_REV_000334010 |
| HUNT_ESI_REV_000309636 | HUNT_ESI_REV_000309866 | HUNT_ESI_REV_000334012 |
| HUNT_ESI_REV_000309638 | HUNT_ESI_REV_000309868 | HUNT_ESI_REV_000359157 |
| HUNT_ESI_REV_000309640 | HUNT_ESI_REV_000309906 | HUNT_ESI_REV_000359160 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000359164 | HUNT_ESI_REV_000446468 | HUNT_ESI_REV_000446740 |
| HUNT_ESI_REV_000359169 | HUNT_ESI_REV_000446469 | HUNT_ESI_REV_000446741 |
| HUNT_ESI_REV_000359201 | HUNT_ESI_REV_000446471 | HUNT_ESI_REV_000446742 |
| HUNT_ESI_REV_000359207 | HUNT_ESI_REV_000446472 | HUNT_ESI_REV_000446912 |
| HUNT_ESI_REV_000363926 | HUNT_ESI_REV_000446516 | HUNT_ESI_REV_000446913 |
| HUNT_ESI_REV_000363928 | HUNT_ESI_REV_000446517 | HUNT_ESI_REV_000446915 |
| HUNT_ESI_REV_000364062 | HUNT_ESI_REV_000446519 | HUNT_ESI_REV_000446916 |
| HUNT_ESI_REV_000364064 | HUNT_ESI_REV_000446520 | HUNT_ESI_REV_000446920 |
| HUNT_ESI_REV_000364128 | HUNT_ESI_REV_000446630 | HUNT_ESI_REV_000446921 |
| HUNT_ESI_REV_000364130 | HUNT_ESI_REV_000446631 | HUNT_ESI_REV_000446923 |
| HUNT_ESI_REV_000364132 | HUNT_ESI_REV_000446633 | HUNT_ESI_REV_000446924 |
| HUNT_ESI_REV_000364134 | HUNT_ESI_REV_000446634 | HUNT_ESI_REV_000449814 |
| HUNT_ESI_REV_000382356 | HUNT_ESI_REV_000446666 | HUNT_ESI_REV_000449815 |
| HUNT_ESI_REV_000382358 | HUNT_ESI_REV_000446667 | HUNT_ESI_REV_000449817 |
| HUNT_ESI_REV_000382360 | HUNT_ESI_REV_000446669 | HUNT_ESI_REV_000449818 |
| HUNT_ESI_REV_000382362 | HUNT_ESI_REV_000446670 | HUNT_ESI_REV_000450522 |
| HUNT_ESI_REV_000382364 | HUNT_ESI_REV_000446702 | HUNT_ESI_REV_000450523 |
| HUNT_ESI_REV_000382366 | HUNT_ESI_REV_000446703 | HUNT_ESI_REV_000450525 |
| HUNT_ESI_REV_000382368 | HUNT_ESI_REV_000446705 | HUNT_ESI_REV_000450526 |
| HUNT_ESI_REV_000382370 | HUNT_ESI_REV_000446706 | HUNT_ESI_REV_000450530 |
| HUNT_ESI_REV_000382419 | HUNT_ESI_REV_000446710 | HUNT_ESI_REV_000450531 |
| HUNT_ESI_REV_000382422 | HUNT_ESI_REV_000446711 | HUNT_ESI_REV_000450533 |
| HUNT_ESI_REV_000382920 | HUNT_ESI_REV_000446713 | HUNT_ESI_REV_000450534 |
| HUNT_ESI_REV_000446435 | HUNT_ESI_REV_000446714 | HUNT_ESI_REV_000454710 |
| HUNT_ESI_REV_000446436 | HUNT_ESI_REV_000446734 | HUNT_ESI_REV_000454711 |
| HUNT_ESI_REV_000446437 | HUNT_ESI_REV_000446735 | HUNT_ESI_REV_000454713 |
| HUNT_ESI_REV_000446438 | HUNT_ESI_REV_000446736 | HUNT_ESI_REV_000454714 |
| HUNT_ESI_REV_000446439 | HUNT_ESI_REV_000446737 | HUNT_ESI_REV_000454718 |
| HUNT_ESI_REV_000446440 | HUNT_ESI_REV_000446739 | HUNT_ESI_REV_000454719 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000454721 | HUNT_ESI_REV_000454902 | HUNT_ESI_REV_000455116 |
| HUNT_ESI_REV_000454722 | HUNT_ESI_REV_000454933 | HUNT_ESI_REV_000455117 |
| HUNT_ESI_REV_000454750 | HUNT_ESI_REV_000454934 | HUNT_ESI_REV_000455119 |
| HUNT_ESI_REV_000454751 | HUNT_ESI_REV_000454935 | HUNT_ESI_REV_000455120 |
| HUNT_ESI_REV_000454753 | HUNT_ESI_REV_000454936 | HUNT_ESI_REV_000455121 |
| HUNT_ESI_REV_000454754 | HUNT_ESI_REV_000454937 | HUNT_ESI_REV_000455122 |
| HUNT_ESI_REV_000454794 | HUNT_ESI_REV_000454938 | HUNT_ESI_REV_000455616 |
| HUNT_ESI_REV_000454795 | HUNT_ESI_REV_000454942 | HUNT_ESI_REV_000455617 |
| HUNT_ESI_REV_000454797 | HUNT_ESI_REV_000454943 | HUNT_ESI_REV_000455619 |
| HUNT_ESI_REV_000454798 | HUNT_ESI_REV_000454945 | HUNT_ESI_REV_000455620 |
| HUNT_ESI_REV_000454802 | HUNT_ESI_REV_000454946 | HUNT_ESI_REV_000455624 |
| HUNT_ESI_REV_000454803 | HUNT_ESI_REV_000454966 | HUNT_ESI_REV_000455625 |
| HUNT_ESI_REV_000454805 | HUNT_ESI_REV_000454967 | HUNT_ESI_REV_000455627 |
| HUNT_ESI_REV_000454806 | HUNT_ESI_REV_000454969 | HUNT_ESI_REV_000455628 |
| HUNT_ESI_REV_000454810 | HUNT_ESI_REV_000454970 | HUNT_ESI_REV_000455915 |
| HUNT_ESI_REV_000454811 | HUNT_ESI_REV_000454998 | HUNT_ESI_REV_000455917 |
| HUNT_ESI_REV_000454812 | HUNT_ESI_REV_000454999 | HUNT_ESI_REV_000456136 |
| HUNT_ESI_REV_000454813 | HUNT_ESI_REV_000455001 | HUNT_ESI_REV_000456137 |
| HUNT_ESI_REV_000454814 | HUNT_ESI_REV_000455002 | HUNT_ESI_REV_000456139 |
| HUNT_ESI_REV_000454815 | HUNT_ESI_REV_000455030 | HUNT_ESI_REV_000456140 |
| HUNT_ESI_REV_000454817 | HUNT_ESI_REV_000455031 | HUNT_ESI_REV_000478539 |
| HUNT_ESI_REV_000454818 | HUNT_ESI_REV_000455033 | HUNT_ESI_REV_000479399 |
| HUNT_ESI_REV_000454819 | HUNT_ESI_REV_000455034 | HUNT_ESI_REV_000562930 |
| HUNT_ESI_REV_000454820 | HUNT_ESI_REV_000455098 | HUNT_ESI_REV_000562938 |
| HUNT_ESI_REV_000454821 | HUNT_ESI_REV_000455099 | HUNT_ESI_REV_000562952 |
| HUNT_ESI_REV_000454822 | HUNT_ESI_REV_000455101 | HUNT_ESI_REV_000562953 |
| HUNT_ESI_REV_000454898 | HUNT_ESI_REV_000455102 | HUNT_ESI_REV_000562967 |
| HUNT_ESI_REV_000454899 | HUNT_ESI_REV_000455114 | HUNT_ESI_REV_000562968 |
| HUNT_ESI_REV_000454901 | HUNT_ESI_REV_000455115 | HUNT_ESI_REV_000563001 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000565180 | HUNT_ESI_REV_000595987 | HUNT_ESI_REV_000597234 |
| HUNT_ESI_REV_000565200 | HUNT_ESI_REV_000596027 | HUNT_ESI_REV_000597290 |
| HUNT_ESI_REV_000565201 | HUNT_ESI_REV_000596056 | HUNT_ESI_REV_000597293 |
| HUNT_ESI_REV_000565204 | HUNT_ESI_REV_000596090 | HUNT_ESI_REV_000597294 |
| HUNT_ESI_REV_000565205 | HUNT_ESI_REV_000596092 | HUNT_ESI_REV_000597409 |
| HUNT_ESI_REV_000565209 | HUNT_ESI_REV_000596184 | HUNT_ESI_REV_000597426 |
| HUNT_ESI_REV_000565219 | HUNT_ESI_REV_000596187 | HUNT_ESI_REV_000597427 |
| HUNT_ESI_REV_000589231 | HUNT_ESI_REV_000596189 | HUNT_ESI_REV_000597473 |
| HUNT_ESI_REV_000591841 | HUNT_ESI_REV_000596206 | HUNT_ESI_REV_000597474 |
| HUNT_ESI_REV_000595409 | HUNT_ESI_REV_000596220 | HUNT_ESI_REV_000597475 |
| HUNT_ESI_REV_000595418 | HUNT_ESI_REV_000596262 | HUNT_ESI_REV_000597476 |
| HUNT_ESI_REV_000595419 | HUNT_ESI_REV_000596263 | HUNT_ESI_REV_000597477 |
| HUNT_ESI_REV_000595441 | HUNT_ESI_REV_000596284 | HUNT_ESI_REV_000597650 |
| HUNT_ESI_REV_000595476 | HUNT_ESI_REV_000596307 | HUNT_ESI_REV_000597651 |
| HUNT_ESI_REV_000595477 | HUNT_ESI_REV_000596484 | HUNT_ESI_REV_000597845 |
| HUNT_ESI_REV_000595479 | HUNT_ESI_REV_000596485 | HUNT_ESI_REV_000597846 |
| HUNT_ESI_REV_000595480 | HUNT_ESI_REV_000596486 | HUNT_ESI_REV_000597860 |
| HUNT_ESI_REV_000595637 | HUNT_ESI_REV_000596726 | HUNT_ESI_REV_000597861 |
| HUNT_ESI_REV_000595707 | HUNT_ESI_REV_000596727 | HUNT_ESI_REV_000597862 |
| HUNT_ESI_REV_000595719 | HUNT_ESI_REV_000596765 | HUNT_ESI_REV_000597863 |
| HUNT_ESI_REV_000595751 | HUNT_ESI_REV_000596806 | HUNT_ESI_REV_000598130 |
| HUNT_ESI_REV_000595803 | HUNT_ESI_REV_000596837 | HUNT_ESI_REV_000598132 |
| HUNT_ESI_REV_000595857 | HUNT_ESI_REV_000596898 | HUNT_ESI_REV_000598136 |
| HUNT_ESI_REV_000595858 | HUNT_ESI_REV_000596902 | HUNT_ESI_REV_000598225 |
| HUNT_ESI_REV_000595866 | HUNT_ESI_REV_000596926 | HUNT_ESI_REV_000598226 |
| HUNT_ESI_REV_000595903 | HUNT_ESI_REV_000596980 | HUNT_ESI_REV_000598409 |
| HUNT_ESI_REV_000595903 | HUNT_ESI_REV_000597070 | HUNT_ESI_REV_000598410 |
| HUNT_ESI_REV_000595904 | HUNT_ESI_REV_000597185 | HUNT_ESI_REV_000598418 |
| HUNT_ESI_REV_000595904 | HUNT_ESI_REV_000597186 | HUNT_ESI_REV_000598419 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000598420 | HUNT_ESI_REV_000599758 | HUNT_ESI_REV_000603381 |
| HUNT_ESI_REV_000598421 | HUNT_ESI_REV_000599944 | HUNT_ESI_REV_000603429 |
| HUNT_ESI_REV_000598490 | HUNT_ESI_REV_000599961 | HUNT_ESI_REV_000603434 |
| HUNT_ESI_REV_000598596 | HUNT_ESI_REV_000599962 | HUNT_ESI_REV_000603445 |
| HUNT_ESI_REV_000598633 | HUNT_ESI_REV_000600269 | HUNT_ESI_REV_000603456 |
| HUNT_ESI_REV_000598634 | HUNT_ESI_REV_000600385 | HUNT_ESI_REV_000603457 |
| HUNT_ESI_REV_000598788 | HUNT_ESI_REV_000600386 | HUNT_ESI_REV_000603458 |
| HUNT_ESI_REV_000598789 | HUNT_ESI_REV_000600477 | HUNT_ESI_REV_000603459 |
| HUNT_ESI_REV_000598922 | HUNT_ESI_REV_000600574 | HUNT_ESI_REV_000603460 |
| HUNT_ESI_REV_000598923 | HUNT_ESI_REV_000600575 | HUNT_ESI_REV_000603481 |
| HUNT_ESI_REV_000598924 | HUNT_ESI_REV_000600577 | HUNT_ESI_REV_000603482 |
| HUNT_ESI_REV_000598925 | HUNT_ESI_REV_000600643 | HUNT_ESI_REV_000603483 |
| HUNT_ESI_REV_000598926 | HUNT_ESI_REV_000600644 | HUNT_ESI_REV_000603484 |
| HUNT_ESI_REV_000598956 | HUNT_ESI_REV_000600879 | HUNT_ESI_REV_000603486 |
| HUNT_ESI_REV_000598957 | HUNT_ESI_REV_000600880 | HUNT_ESI_REV_000603492 |
| HUNT_ESI_REV_000599013 | HUNT_ESI_REV_000601098 | HUNT_ESI_REV_000603495 |
| HUNT_ESI_REV_000599047 | HUNT_ESI_REV_000601099 | HUNT_ESI_REV_000603504 |
| HUNT_ESI_REV_000599094 | HUNT_ESI_REV_000601261 | HUNT_ESI_REV_000603505 |
| HUNT_ESI_REV_000599095 | HUNT_ESI_REV_000601262 | HUNT_ESI_REV_000603506 |
| HUNT_ESI_REV_000599096 | HUNT_ESI_REV_000601472 | HUNT_ESI_REV_000603507 |
| HUNT_ESI_REV_000599097 | HUNT_ESI_REV_000601473 | HUNT_ESI_REV_000603508 |
| HUNT_ESI_REV_000599137 | HUNT_ESI_REV_000601670 | HUNT_ESI_REV_000603513 |
| HUNT_ESI_REV_000599138 | HUNT_ESI_REV_000601671 | HUNT_ESI_REV_000603630 |
| HUNT_ESI_REV_000599332 | HUNT_ESI_REV_000601875 | HUNT_ESI_REV_000603632 |
| HUNT_ESI_REV_000599333 | HUNT_ESI_REV_000601876 | HUNT_ESI_REV_000603749 |
| HUNT_ESI_REV_000599433 | HUNT_ESI_REV_000602083 | HUNT_ESI_REV_000603750 |
| HUNT_ESI_REV_000599583 | HUNT_ESI_REV_000602084 | HUNT_ESI_REV_000603751 |
| HUNT_ESI_REV_000599584 | HUNT_ESI_REV_000603241 | HUNT_ESI_REV_000603801 |
| HUNT_ESI_REV_000599757 | HUNT_ESI_REV_000603243 | HUNT_ESI_REV_000604214 |

HUNT_ESI_REV_000604326

HUNT_ESI_REV_000604371

HUNT_ESI_REV_000604383

HUNT_ESI_REV_000853901

HUNT_ESI_REV_000853902

HUNT_ESI_REV_000853903

HUNT_ESI_REV_000853906

HUNT_ESI_REV_000853907

HUNT_ESI_REV_000853908

HUNT_ESI_REV_000888126

HUNT_ESI_REV_000888128

HUNT_ESI_REV_000888130

HUNT_ESI_REV_000888132

HUNT_ESI_REV_001277368

HUNT_ESI_REV_001277369

HUNT_ESI_REV_001277371

HUNT_ESI_REV_001277372

HUNTCLE_0209853

HUNTCLE_0209854

HUNTCLE_0214946

HUNTCLE_0216418

HUNTCLE_0216989

HUNTCLE_0217498

HUNTCLE_0223823

HUNTCLE_0226136

HUNTCLE_0226163

HUNTCLE_0240619

HUNTCLE_0240620

HUNTCLE_0249500

HUNTCLE_0249500

HuntingtonWV_HC0042767