**EXHIBIT 5**

| | | |
|---|---|---|
| HUNT_ESI_REV_000603025 | HUNT_ESI_REV_000077480 | HUNT_ESI_REV_000308680 |
| HUNT_ESI_REV_000006472 | HUNT_ESI_REV_000111468 | HUNT_ESI_REV_000308681 |
| HUNT_ESI_REV_000006473 | HUNT_ESI_REV_000111470 | HUNT_ESI_REV_000308683 |
| HUNT_ESI_REV_000006475 | HUNT_ESI_REV_000111472 | HUNT_ESI_REV_000308684 |
| HUNT_ESI_REV_000006476 | HUNT_ESI_REV_000111474 | HUNT_ESI_REV_000309394 |
| HUNT_ESI_REV_000046476 | HUNT_ESI_REV_000157760 | HUNT_ESI_REV_000309396 |
| HUNT_ESI_REV_000056446 | HUNT_ESI_REV_000157762 | HUNT_ESI_REV_000309398 |
| HUNT_ESI_REV_000056448 | HUNT_ESI_REV_000157764 | HUNT_ESI_REV_000309400 |
| HUNT_ESI_REV_000056450 | HUNT_ESI_REV_000157766 | HUNT_ESI_REV_000309602 |
| HUNT_ESI_REV_000056452 | HUNT_ESI_REV_000160256 | HUNT_ESI_REV_000309604 |
| HUNT_ESI_REV_000062496 | HUNT_ESI_REV_000160258 | HUNT_ESI_REV_000309606 |
| HUNT_ESI_REV_000062498 | HUNT_ESI_REV_000160260 | HUNT_ESI_REV_000309608 |
| HUNT_ESI_REV_000062500 | HUNT_ESI_REV_000160262 | HUNT_ESI_REV_000309610 |
| HUNT_ESI_REV_000062502 | HUNT_ESI_REV_000160264 | HUNT_ESI_REV_000309612 |
| HUNT_ESI_REV_000070304 | HUNT_ESI_REV_000160266 | HUNT_ESI_REV_000309614 |
| HUNT_ESI_REV_000070306 | HUNT_ESI_REV_000160268 | HUNT_ESI_REV_000309616 |
| HUNT_ESI_REV_000070308 | HUNT_ESI_REV_000160270 | HUNT_ESI_REV_000309634 |
| HUNT_ESI_REV_000070310 | HUNT_ESI_REV_000178568 | HUNT_ESI_REV_000309636 |
| HUNT_ESI_REV_000070312 | HUNT_ESI_REV_000178570 | HUNT_ESI_REV_000309638 |
| HUNT_ESI_REV_000070314 | HUNT_ESI_REV_000178572 | HUNT_ESI_REV_000309640 |
| HUNT_ESI_REV_000070316 | HUNT_ESI_REV_000178574 | HUNT_ESI_REV_000309650 |
| HUNT_ESI_REV_000070318 | HUNT_ESI_REV_000187118 | HUNT_ESI_REV_000309652 |
| HUNT_ESI_REV_000070332 | HUNT_ESI_REV_000187120 | HUNT_ESI_REV_000309654 |
| HUNT_ESI_REV_000070334 | HUNT_ESI_REV_000187122 | HUNT_ESI_REV_000309656 |
| HUNT_ESI_REV_000070336 | HUNT_ESI_REV_000187124 | HUNT_ESI_REV_000309666 |
| HUNT_ESI_REV_000070338 | HUNT_ESI_REV_000308674 | HUNT_ESI_REV_000309668 |
| HUNT_ESI_REV_000077474 | HUNT_ESI_REV_000308675 | HUNT_ESI_REV_000309670 |
| HUNT_ESI_REV_000077476 | HUNT_ESI_REV_000308677 | HUNT_ESI_REV_000309672 |
| HUNT_ESI_REV_000077478 | HUNT_ESI_REV_000308678 | HUNT_ESI_REV_000309758 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000309760 | HUNT_ESI_REV_000310106 | HUNT_ESI_REV_000598132 |
| HUNT_ESI_REV_000309762 | HUNT_ESI_REV_000310108 | HUNT_ESI_REV_000598490 |
| HUNT_ESI_REV_000309764 | HUNT_ESI_REV_000334006 | HUNT_ESI_REV_000598789 |
| HUNT_ESI_REV_000309854 | HUNT_ESI_REV_000334008 | HUNT_ESI_REV_000599013 |
| HUNT_ESI_REV_000309856 | HUNT_ESI_REV_000334010 | HUNT_ESI_REV_000599047 |
| HUNT_ESI_REV_000309858 | HUNT_ESI_REV_000334012 | HUNT_ESI_REV_000599433 |
| HUNT_ESI_REV_000309860 | HUNT_ESI_REV_000437880 | HUNT_ESI_REV_000600269 |
| HUNT_ESI_REV_000309862 | HUNT_ESI_REV_000437882 | HUNT_ESI_REV_000600477 |
| HUNT_ESI_REV_000309864 | HUNT_ESI_REV_000437884 | HUNT_ESI_REV_000600574 |
| HUNT_ESI_REV_000309866 | HUNT_ESI_REV_000437886 | HUNT_ESI_REV_000600575 |
| HUNT_ESI_REV_000309868 | HUNT_ESI_REV_000454898 | HUNT_ESI_REV_000600577 |
| HUNT_ESI_REV_000309906 | HUNT_ESI_REV_000454899 | HUNT_ESI_REV_000603486 |
| HUNT_ESI_REV_000309908 | HUNT_ESI_REV_000454901 | HUNT_ESI_REV_000603495 |
| HUNT_ESI_REV_000309910 | HUNT_ESI_REV_000454902 | HUNT_ESI_REV_000603632 |
| HUNT_ESI_REV_000309912 | HUNT_ESI_REV_000456136 | HUNT_ESI_REV_000603638 |
| HUNT_ESI_REV_000309922 | HUNT_ESI_REV_000456137 | HUNT_ESI_REV_000603645 |
| HUNT_ESI_REV_000309924 | HUNT_ESI_REV_000456139 | HUNT_ESI_REV_000603650 |
| HUNT_ESI_REV_000309926 | HUNT_ESI_REV_000456140 | HUNT_ESI_REV_000603652 |
| HUNT_ESI_REV_000309928 | HUNT_ESI_REV_000567406 | HUNT_ESI_REV_000603801 |
| HUNT_ESI_REV_000309938 | HUNT_ESI_REV_000595707 | HUNTCLE_0015763 |
| HUNT_ESI_REV_000309940 | HUNT_ESI_REV_000595719 | HUNTCLE_0189876 |
| HUNT_ESI_REV_000309942 | HUNT_ESI_REV_000596054 | HUNTCLE_0189970 |
| HUNT_ESI_REV_000309944 | HUNT_ESI_REV_000596221 | HUNTCLE_0191087 |
| HUNT_ESI_REV_000309954 | HUNT_ESI_REV_000596980 | HUNTCLE_0191098 |
| HUNT_ESI_REV_000309956 | HUNT_ESI_REV_000597070 | HUNTCLE_0226136 |
| HUNT_ESI_REV_000309958 | HUNT_ESI_REV_000597234 | HUNTCLE_0226333 |
| HUNT_ESI_REV_000309960 | HUNT_ESI_REV_000597409 | HUNTCLE_0226349 |
| HUNT_ESI_REV_000310102 | HUNT_ESI_REV_000597427 | HUNTCLE_0226368 |
| HUNT_ESI_REV_000310104 | HUNT_ESI_REV_000598130 | |