**EXHIBIT 6**

| | | |
|---|---|---|
| HUNT_ESI_REV_000046470 | HUNT_ESI_REV_000454938 | HUNT_ESI_REV_000455616 |
| HUNT_ESI_REV_000046472 | HUNT_ESI_REV_000454942 | HUNT_ESI_REV_000455617 |
| HUNT_ESI_REV_000046474 | HUNT_ESI_REV_000454943 | HUNT_ESI_REV_000455619 |
| HUNT_ESI_REV_000046476 | HUNT_ESI_REV_000454945 | HUNT_ESI_REV_000455620 |
| HUNT_ESI_REV_000308387 | HUNT_ESI_REV_000454946 | HUNT_ESI_REV_000455624 |
| HUNT_ESI_REV_000308392 | HUNT_ESI_REV_000454966 | HUNT_ESI_REV_000455625 |
| HUNT_ESI_REV_000308398 | HUNT_ESI_REV_000454967 | HUNT_ESI_REV_000455627 |
| HUNT_ESI_REV_000308403 | HUNT_ESI_REV_000454969 | HUNT_ESI_REV_000455628 |
| HUNT_ESI_REV_000308845 | HUNT_ESI_REV_000454970 | HUNT_ESI_REV_000456136 |
| HUNT_ESI_REV_000308847 | HUNT_ESI_REV_000454998 | HUNT_ESI_REV_000456137 |
| HUNT_ESI_REV_000308850 | HUNT_ESI_REV_000454999 | HUNT_ESI_REV_000456139 |
| HUNT_ESI_REV_000308852 | HUNT_ESI_REV_000455001 | HUNT_ESI_REV_000456140 |
| HUNT_ESI_REV_000562799 | HUNT_ESI_REV_000455002 | HUNT_ESI_REV_000562930 |
| HUNT_ESI_REV_000566594 | HUNT_ESI_REV_000455030 | HUNT_ESI_REV_000562938 |
| HUNT_ESI_REV_000567196 | HUNT_ESI_REV_000455031 | HUNT_ESI_REV_000562953 |
| HUNT_ESI_REV_000454815 | HUNT_ESI_REV_000455033 | HUNT_ESI_REV_000562968 |
| HUNT_ESI_REV_000454817 | HUNT_ESI_REV_000455034 | HUNT_ESI_REV_000563001 |
| HUNT_ESI_REV_000454818 | HUNT_ESI_REV_000455098 | HUNT_ESI_REV_000565180 |
| HUNT_ESI_REV_000454819 | HUNT_ESI_REV_000455099 | HUNT_ESI_REV_000565201 |
| HUNT_ESI_REV_000454820 | HUNT_ESI_REV_000455101 | HUNT_ESI_REV_000565205 |
| HUNT_ESI_REV_000454821 | HUNT_ESI_REV_000455102 | HUNT_ESI_REV_000565209 |
| HUNT_ESI_REV_000454822 | HUNT_ESI_REV_000455114 | HUNT_ESI_REV_000565219 |
| HUNT_ESI_REV_000454898 | HUNT_ESI_REV_000455115 | HUNT_ESI_REV_000567406 |
| HUNT_ESI_REV_000454899 | HUNT_ESI_REV_000455116 | HUNT_ESI_REV_000595409 |
| HUNT_ESI_REV_000454901 | HUNT_ESI_REV_000455117 | HUNT_ESI_REV_000595419 |
| HUNT_ESI_REV_000454902 | HUNT_ESI_REV_000455119 | HUNT_ESI_REV_000595441 |
| HUNT_ESI_REV_000454934 | HUNT_ESI_REV_000455120 | HUNT_ESI_REV_000595476 |
| HUNT_ESI_REV_000454935 | HUNT_ESI_REV_000455121 | HUNT_ESI_REV_000595477 |
| HUNT_ESI_REV_000454937 | HUNT_ESI_REV_000455122 | HUNT_ESI_REV_000595479 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000595480 | HUNT_ESI_REV_000598132 | HUNT_ESI_REV_000603456 |
| HUNT_ESI_REV_000595637 | HUNT_ESI_REV_000598136 | HUNT_ESI_REV_000603457 |
| HUNT_ESI_REV_000595707 | HUNT_ESI_REV_000598418 | HUNT_ESI_REV_000603458 |
| HUNT_ESI_REV_000595719 | HUNT_ESI_REV_000598419 | HUNT_ESI_REV_000603459 |
| HUNT_ESI_REV_000595803 | HUNT_ESI_REV_000598420 | HUNT_ESI_REV_000603460 |
| HUNT_ESI_REV_000595987 | HUNT_ESI_REV_000598421 | HUNT_ESI_REV_000603481 |
| HUNT_ESI_REV_000596184 | HUNT_ESI_REV_000598490 | HUNT_ESI_REV_000603482 |
| HUNT_ESI_REV_000596187 | HUNT_ESI_REV_000598496 | HUNT_ESI_REV_000603483 |
| HUNT_ESI_REV_000596189 | HUNT_ESI_REV_000598922 | HUNT_ESI_REV_000603484 |
| HUNT_ESI_REV_000596206 | HUNT_ESI_REV_000598923 | HUNT_ESI_REV_000603486 |
| HUNT_ESI_REV_000596484 | HUNT_ESI_REV_000598924 | HUNT_ESI_REV_000603492 |
| HUNT_ESI_REV_000596806 | HUNT_ESI_REV_000598925 | HUNT_ESI_REV_000603495 |
| HUNT_ESI_REV_000596837 | HUNT_ESI_REV_000598926 | HUNT_ESI_REV_000603504 |
| HUNT_ESI_REV_000596902 | HUNT_ESI_REV_000599013 | HUNT_ESI_REV_000603505 |
| HUNT_ESI_REV_000596926 | HUNT_ESI_REV_000599047 | HUNT_ESI_REV_000603506 |
| HUNT_ESI_REV_000596980 | HUNT_ESI_REV_000599094 | HUNT_ESI_REV_000603507 |
| HUNT_ESI_REV_000597070 | HUNT_ESI_REV_000599095 | HUNT_ESI_REV_000603508 |
| HUNT_ESI_REV_000597234 | HUNT_ESI_REV_000599096 | HUNT_ESI_REV_000603513 |
| HUNT_ESI_REV_000597409 | HUNT_ESI_REV_000599097 | HUNT_ESI_REV_000603630 |
| HUNT_ESI_REV_000597473 | HUNT_ESI_REV_000599433 | HUNT_ESI_REV_000603632 |
| HUNT_ESI_REV_000597474 | HUNT_ESI_REV_000599944 | HUNT_ESI_REV_000603749 |
| HUNT_ESI_REV_000597475 | HUNT_ESI_REV_000600269 | HUNT_ESI_REV_000603750 |
| HUNT_ESI_REV_000597476 | HUNT_ESI_REV_000600477 | HUNT_ESI_REV_000603751 |
| HUNT_ESI_REV_000597477 | HUNT_ESI_REV_000600574 | HUNT_ESI_REV_000603801 |
| HUNT_ESI_REV_000597860 | HUNT_ESI_REV_000600575 | HUNT_ESI_REV_000888126 |
| HUNT_ESI_REV_000597861 | HUNT_ESI_REV_000600577 | HUNT_ESI_REV_000888128 |
| HUNT_ESI_REV_000597862 | HUNT_ESI_REV_000603429 | HUNT_ESI_REV_000888130 |
| HUNT_ESI_REV_000597863 | HUNT_ESI_REV_000603434 | HUNT_ESI_REV_000888132 |
| HUNT_ESI_REV_000598130 | HUNT_ESI_REV_000603445 | HUNT_ESI_REV_001277368 |

| | | |
|---|---|---|
| HUNT_ESI_REV_001277369 | HUNT_ESI_REV_000006017 | HUNT_ESI_REV_000006166 |
| HUNT_ESI_REV_001277371 | HUNT_ESI_REV_000006018 | HUNT_ESI_REV_000006167 |
| HUNT_ESI_REV_000005576 | HUNT_ESI_REV_000006019 | HUNT_ESI_REV_000006169 |
| HUNT_ESI_REV_000005577 | HUNT_ESI_REV_000006020 | HUNT_ESI_REV_000006170 |
| HUNT_ESI_REV_000005579 | HUNT_ESI_REV_000006021 | HUNT_ESI_REV_000006182 |
| HUNT_ESI_REV_000005580 | HUNT_ESI_REV_000006022 | HUNT_ESI_REV_000006183 |
| HUNT_ESI_REV_000005970 | HUNT_ESI_REV_000006023 | HUNT_ESI_REV_000006185 |
| HUNT_ESI_REV_000005971 | HUNT_ESI_REV_000006025 | HUNT_ESI_REV_000006186 |
| HUNT_ESI_REV_000005972 | HUNT_ESI_REV_000006026 | HUNT_ESI_REV_000006412 |
| HUNT_ESI_REV_000005973 | HUNT_ESI_REV_000006027 | HUNT_ESI_REV_000006413 |
| HUNT_ESI_REV_000005974 | HUNT_ESI_REV_000006028 | HUNT_ESI_REV_000006415 |
| HUNT_ESI_REV_000005975 | HUNT_ESI_REV_000006029 | HUNT_ESI_REV_000006416 |
| HUNT_ESI_REV_000005976 | HUNT_ESI_REV_000006030 | HUNT_ESI_REV_000006464 |
| HUNT_ESI_REV_000005977 | HUNT_ESI_REV_000006031 | HUNT_ESI_REV_000006465 |
| HUNT_ESI_REV_000005979 | HUNT_ESI_REV_000006032 | HUNT_ESI_REV_000006467 |
| HUNT_ESI_REV_000005980 | HUNT_ESI_REV_000006033 | HUNT_ESI_REV_000006468 |
| HUNT_ESI_REV_000005981 | HUNT_ESI_REV_000006034 | HUNT_ESI_REV_000006472 |
| HUNT_ESI_REV_000005982 | HUNT_ESI_REV_000006038 | HUNT_ESI_REV_000006473 |
| HUNT_ESI_REV_000005983 | HUNT_ESI_REV_000006039 | HUNT_ESI_REV_000006475 |
| HUNT_ESI_REV_000005984 | HUNT_ESI_REV_000006040 | HUNT_ESI_REV_000006476 |
| HUNT_ESI_REV_000005985 | HUNT_ESI_REV_000006041 | HUNT_ESI_REV_000006480 |
| HUNT_ESI_REV_000005986 | HUNT_ESI_REV_000006042 | HUNT_ESI_REV_000006481 |
| HUNT_ESI_REV_000005990 | HUNT_ESI_REV_000006043 | HUNT_ESI_REV_000006483 |
| HUNT_ESI_REV_000005991 | HUNT_ESI_REV_000006045 | HUNT_ESI_REV_000006484 |
| HUNT_ESI_REV_000005993 | HUNT_ESI_REV_000006046 | HUNT_ESI_REV_000006488 |
| HUNT_ESI_REV_000005994 | HUNT_ESI_REV_000006047 | HUNT_ESI_REV_000006489 |
| HUNT_ESI_REV_000006014 | HUNT_ESI_REV_000006048 | HUNT_ESI_REV_000006490 |
| HUNT_ESI_REV_000006015 | HUNT_ESI_REV_000006049 | HUNT_ESI_REV_000006491 |
| HUNT_ESI_REV_000006016 | HUNT_ESI_REV_000006050 | HUNT_ESI_REV_000006492 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000006493 | HUNT_ESI_REV_000039876 | HUNT_ESI_REV_000157372 |
| HUNT_ESI_REV_000006494 | HUNT_ESI_REV_000056426 | HUNT_ESI_REV_000157373 |
| HUNT_ESI_REV_000006495 | HUNT_ESI_REV_000056428 | HUNT_ESI_REV_000157374 |
| HUNT_ESI_REV_000006496 | HUNT_ESI_REV_000056430 | HUNT_ESI_REV_000157375 |
| HUNT_ESI_REV_000006497 | HUNT_ESI_REV_000056432 | HUNT_ESI_REV_000157377 |
| HUNT_ESI_REV_000006499 | HUNT_ESI_REV_000056446 | HUNT_ESI_REV_000157378 |
| HUNT_ESI_REV_000006500 | HUNT_ESI_REV_000056448 | HUNT_ESI_REV_000157379 |
| HUNT_ESI_REV_000006501 | HUNT_ESI_REV_000056450 | HUNT_ESI_REV_000157380 |
| HUNT_ESI_REV_000006502 | HUNT_ESI_REV_000056452 | HUNT_ESI_REV_000157382 |
| HUNT_ESI_REV_000006503 | HUNT_ESI_REV_000070304 | HUNT_ESI_REV_000157383 |
| HUNT_ESI_REV_000006504 | HUNT_ESI_REV_000070306 | HUNT_ESI_REV_000157384 |
| HUNT_ESI_REV_000006505 | HUNT_ESI_REV_000070308 | HUNT_ESI_REV_000157385 |
| HUNT_ESI_REV_000006506 | HUNT_ESI_REV_000070310 | HUNT_ESI_REV_000157387 |
| HUNT_ESI_REV_000006508 | HUNT_ESI_REV_000070312 | HUNT_ESI_REV_000157388 |
| HUNT_ESI_REV_000006746 | HUNT_ESI_REV_000070314 | HUNT_ESI_REV_000157389 |
| HUNT_ESI_REV_000006747 | HUNT_ESI_REV_000070316 | HUNT_ESI_REV_000157390 |
| HUNT_ESI_REV_000006749 | HUNT_ESI_REV_000070318 | HUNT_ESI_REV_000157460 |
| HUNT_ESI_REV_000006750 | HUNT_ESI_REV_000070332 | HUNT_ESI_REV_000157462 |
| HUNT_ESI_REV_000039236 | HUNT_ESI_REV_000070334 | HUNT_ESI_REV_000157464 |
| HUNT_ESI_REV_000039238 | HUNT_ESI_REV_000070336 | HUNT_ESI_REV_000157466 |
| HUNT_ESI_REV_000039240 | HUNT_ESI_REV_000070338 | HUNT_ESI_REV_000157632 |
| HUNT_ESI_REV_000039242 | HUNT_ESI_REV_000077474 | HUNT_ESI_REV_000157633 |
| HUNT_ESI_REV_000039862 | HUNT_ESI_REV_000077476 | HUNT_ESI_REV_000157634 |
| HUNT_ESI_REV_000039864 | HUNT_ESI_REV_000077478 | HUNT_ESI_REV_000157635 |
| HUNT_ESI_REV_000039866 | HUNT_ESI_REV_000077480 | HUNT_ESI_REV_000157636 |
| HUNT_ESI_REV_000039868 | HUNT_ESI_REV_000111468 | HUNT_ESI_REV_000157638 |
| HUNT_ESI_REV_000039870 | HUNT_ESI_REV_000111470 | HUNT_ESI_REV_000157639 |
| HUNT_ESI_REV_000039872 | HUNT_ESI_REV_000111472 | HUNT_ESI_REV_000157640 |
| HUNT_ESI_REV_000039874 | HUNT_ESI_REV_000111474 | HUNT_ESI_REV_000157641 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000157642 | HUNT_ESI_REV_000167090 | HUNT_ESI_REV_000178596 |
| HUNT_ESI_REV_000157644 | HUNT_ESI_REV_000174130 | HUNT_ESI_REV_000178597 |
| HUNT_ESI_REV_000157645 | HUNT_ESI_REV_000174132 | HUNT_ESI_REV_000178598 |
| HUNT_ESI_REV_000157646 | HUNT_ESI_REV_000174134 | HUNT_ESI_REV_000178599 |
| HUNT_ESI_REV_000157647 | HUNT_ESI_REV_000174136 | HUNT_ESI_REV_000178600 |
| HUNT_ESI_REV_000157648 | HUNT_ESI_REV_000178258 | HUNT_ESI_REV_000178602 |
| HUNT_ESI_REV_000157650 | HUNT_ESI_REV_000178260 | HUNT_ESI_REV_000178603 |
| HUNT_ESI_REV_000157651 | HUNT_ESI_REV_000178262 | HUNT_ESI_REV_000178604 |
| HUNT_ESI_REV_000157652 | HUNT_ESI_REV_000178264 | HUNT_ESI_REV_000178605 |
| HUNT_ESI_REV_000157653 | HUNT_ESI_REV_000178456 | HUNT_ESI_REV_000178606 |
| HUNT_ESI_REV_000157654 | HUNT_ESI_REV_000178458 | HUNT_ESI_REV_000178608 |
| HUNT_ESI_REV_000157760 | HUNT_ESI_REV_000178460 | HUNT_ESI_REV_000178609 |
| HUNT_ESI_REV_000157762 | HUNT_ESI_REV_000178462 | HUNT_ESI_REV_000178610 |
| HUNT_ESI_REV_000157764 | HUNT_ESI_REV_000178484 | HUNT_ESI_REV_000178611 |
| HUNT_ESI_REV_000157766 | HUNT_ESI_REV_000178486 | HUNT_ESI_REV_000178612 |
| HUNT_ESI_REV_000157816 | HUNT_ESI_REV_000178488 | HUNT_ESI_REV_000178614 |
| HUNT_ESI_REV_000157817 | HUNT_ESI_REV_000178490 | HUNT_ESI_REV_000178615 |
| HUNT_ESI_REV_000157818 | HUNT_ESI_REV_000178492 | HUNT_ESI_REV_000178616 |
| HUNT_ESI_REV_000157820 | HUNT_ESI_REV_000178494 | HUNT_ESI_REV_000178617 |
| HUNT_ESI_REV_000157821 | HUNT_ESI_REV_000178496 | HUNT_ESI_REV_000178618 |
| HUNT_ESI_REV_000157822 | HUNT_ESI_REV_000178498 | HUNT_ESI_REV_000187118 |
| HUNT_ESI_REV_000157824 | HUNT_ESI_REV_000178560 | HUNT_ESI_REV_000187120 |
| HUNT_ESI_REV_000157825 | HUNT_ESI_REV_000178562 | HUNT_ESI_REV_000187122 |
| HUNT_ESI_REV_000157826 | HUNT_ESI_REV_000178564 | HUNT_ESI_REV_000187124 |
| HUNT_ESI_REV_000157828 | HUNT_ESI_REV_000178566 | HUNT_ESI_REV_000189832 |
| HUNT_ESI_REV_000157830 | HUNT_ESI_REV_000178568 | HUNT_ESI_REV_000189834 |
| HUNT_ESI_REV_000167084 | HUNT_ESI_REV_000178570 | HUNT_ESI_REV_000189836 |
| HUNT_ESI_REV_000167086 | HUNT_ESI_REV_000178572 | HUNT_ESI_REV_000189838 |
| HUNT_ESI_REV_000167088 | HUNT_ESI_REV_000178574 | HUNT_ESI_REV_000303620 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000303622 | HUNT_ESI_REV_000309505 | HUNT_ESI_REV_000309640 |
| HUNT_ESI_REV_000303624 | HUNT_ESI_REV_000309506 | HUNT_ESI_REV_000309650 |
| HUNT_ESI_REV_000303626 | HUNT_ESI_REV_000309508 | HUNT_ESI_REV_000309652 |
| HUNT_ESI_REV_000303660 | HUNT_ESI_REV_000309509 | HUNT_ESI_REV_000309654 |
| HUNT_ESI_REV_000303662 | HUNT_ESI_REV_000309511 | HUNT_ESI_REV_000309656 |
| HUNT_ESI_REV_000303664 | HUNT_ESI_REV_000309512 | HUNT_ESI_REV_000309666 |
| HUNT_ESI_REV_000303666 | HUNT_ESI_REV_000309522 | HUNT_ESI_REV_000309668 |
| HUNT_ESI_REV_000308518 | HUNT_ESI_REV_000309524 | HUNT_ESI_REV_000309670 |
| HUNT_ESI_REV_000308520 | HUNT_ESI_REV_000309526 | HUNT_ESI_REV_000309672 |
| HUNT_ESI_REV_000308522 | HUNT_ESI_REV_000309528 | HUNT_ESI_REV_000309690 |
| HUNT_ESI_REV_000308524 | HUNT_ESI_REV_000309546 | HUNT_ESI_REV_000309692 |
| HUNT_ESI_REV_000308674 | HUNT_ESI_REV_000309548 | HUNT_ESI_REV_000309694 |
| HUNT_ESI_REV_000308675 | HUNT_ESI_REV_000309550 | HUNT_ESI_REV_000309696 |
| HUNT_ESI_REV_000308677 | HUNT_ESI_REV_000309552 | HUNT_ESI_REV_000309706 |
| HUNT_ESI_REV_000308678 | HUNT_ESI_REV_000309554 | HUNT_ESI_REV_000309708 |
| HUNT_ESI_REV_000308680 | HUNT_ESI_REV_000309556 | HUNT_ESI_REV_000309710 |
| HUNT_ESI_REV_000308681 | HUNT_ESI_REV_000309558 | HUNT_ESI_REV_000309712 |
| HUNT_ESI_REV_000308683 | HUNT_ESI_REV_000309560 | HUNT_ESI_REV_000309758 |
| HUNT_ESI_REV_000308684 | HUNT_ESI_REV_000309602 | HUNT_ESI_REV_000309760 |
| HUNT_ESI_REV_000309386 | HUNT_ESI_REV_000309604 | HUNT_ESI_REV_000309762 |
| HUNT_ESI_REV_000309388 | HUNT_ESI_REV_000309606 | HUNT_ESI_REV_000309764 |
| HUNT_ESI_REV_000309390 | HUNT_ESI_REV_000309608 | HUNT_ESI_REV_000309854 |
| HUNT_ESI_REV_000309392 | HUNT_ESI_REV_000309610 | HUNT_ESI_REV_000309856 |
| HUNT_ESI_REV_000309394 | HUNT_ESI_REV_000309612 | HUNT_ESI_REV_000309858 |
| HUNT_ESI_REV_000309396 | HUNT_ESI_REV_000309614 | HUNT_ESI_REV_000309860 |
| HUNT_ESI_REV_000309398 | HUNT_ESI_REV_000309616 | HUNT_ESI_REV_000309862 |
| HUNT_ESI_REV_000309400 | HUNT_ESI_REV_000309634 | HUNT_ESI_REV_000309864 |
| HUNT_ESI_REV_000309502 | HUNT_ESI_REV_000309636 | HUNT_ESI_REV_000309866 |
| HUNT_ESI_REV_000309503 | HUNT_ESI_REV_000309638 | HUNT_ESI_REV_000309868 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000309906 | HUNT_ESI_REV_000446437 | HUNT_ESI_REV_000446736 |
| HUNT_ESI_REV_000309908 | HUNT_ESI_REV_000446439 | HUNT_ESI_REV_000446737 |
| HUNT_ESI_REV_000309910 | HUNT_ESI_REV_000446440 | HUNT_ESI_REV_000446739 |
| HUNT_ESI_REV_000309912 | HUNT_ESI_REV_000446468 | HUNT_ESI_REV_000446740 |
| HUNT_ESI_REV_000309922 | HUNT_ESI_REV_000446469 | HUNT_ESI_REV_000446741 |
| HUNT_ESI_REV_000309924 | HUNT_ESI_REV_000446471 | HUNT_ESI_REV_000446742 |
| HUNT_ESI_REV_000309926 | HUNT_ESI_REV_000446472 | HUNT_ESI_REV_000446912 |
| HUNT_ESI_REV_000309928 | HUNT_ESI_REV_000446516 | HUNT_ESI_REV_000446913 |
| HUNT_ESI_REV_000309938 | HUNT_ESI_REV_000446517 | HUNT_ESI_REV_000446915 |
| HUNT_ESI_REV_000309940 | HUNT_ESI_REV_000446519 | HUNT_ESI_REV_000446916 |
| HUNT_ESI_REV_000309942 | HUNT_ESI_REV_000446520 | HUNT_ESI_REV_000446920 |
| HUNT_ESI_REV_000309944 | HUNT_ESI_REV_000446630 | HUNT_ESI_REV_000446921 |
| HUNT_ESI_REV_000309954 | HUNT_ESI_REV_000446631 | HUNT_ESI_REV_000446923 |
| HUNT_ESI_REV_000309956 | HUNT_ESI_REV_000446633 | HUNT_ESI_REV_000446924 |
| HUNT_ESI_REV_000309958 | HUNT_ESI_REV_000446634 | HUNT_ESI_REV_000449814 |
| HUNT_ESI_REV_000309960 | HUNT_ESI_REV_000446666 | HUNT_ESI_REV_000449815 |
| HUNT_ESI_REV_000310102 | HUNT_ESI_REV_000446667 | HUNT_ESI_REV_000449817 |
| HUNT_ESI_REV_000310104 | HUNT_ESI_REV_000446669 | HUNT_ESI_REV_000449818 |
| HUNT_ESI_REV_000310106 | HUNT_ESI_REV_000446670 | HUNT_ESI_REV_000450522 |
| HUNT_ESI_REV_000310108 | HUNT_ESI_REV_000446702 | HUNT_ESI_REV_000450523 |
| HUNT_ESI_REV_000331578 | HUNT_ESI_REV_000446703 | HUNT_ESI_REV_000450525 |
| HUNT_ESI_REV_000331580 | HUNT_ESI_REV_000446705 | HUNT_ESI_REV_000450526 |
| HUNT_ESI_REV_000331582 | HUNT_ESI_REV_000446706 | HUNT_ESI_REV_000450530 |
| HUNT_ESI_REV_000331584 | HUNT_ESI_REV_000446710 | HUNT_ESI_REV_000450531 |
| HUNT_ESI_REV_000334006 | HUNT_ESI_REV_000446711 | HUNT_ESI_REV_000450533 |
| HUNT_ESI_REV_000334008 | HUNT_ESI_REV_000446713 | HUNT_ESI_REV_000450534 |
| HUNT_ESI_REV_000334010 | HUNT_ESI_REV_000446714 | HUNT_ESI_REV_000454710 |
| HUNT_ESI_REV_000334012 | HUNT_ESI_REV_000446734 | HUNT_ESI_REV_000454711 |
| HUNT_ESI_REV_000446436 | HUNT_ESI_REV_000446735 | HUNT_ESI_REV_000454713 |

| | |
|---|---|
| HUNT_ESI_REV_000454714 | HUNT_ESI_REV_000039875 |
| HUNT_ESI_REV_000454718 | HUNT_ESI_REV_000446699 |
| HUNT_ESI_REV_000454719 | HUNT_ESI_REV_000446701 |
| HUNT_ESI_REV_000454721 | HUNT_ESI_REV_000446704 |
| HUNT_ESI_REV_000454722 | HUNT_ESI_REV_000446707 |
| HUNT_ESI_REV_000454750 | HUNT_ESI_REV_000446709 |
| HUNT_ESI_REV_000454751 | HUNT_ESI_REV_000446712 |
| HUNT_ESI_REV_000454753 | HUNT_ESI_REV_000595408 |
| HUNT_ESI_REV_000454754 | HUNT_ESI_REV_000595418 |
| HUNT_ESI_REV_000454794 | HUNT_ESI_REV_000596186 |
| HUNT_ESI_REV_000454795 | HUNT_ESI_REV_000596188 |
| HUNT_ESI_REV_000454797 | HUNT_ESI_REV_000598634 |
| HUNT_ESI_REV_000454798 | HUNT_ESI_REV_000663805 |
| HUNT_ESI_REV_000454802 | HUNT_ESI_REV_000946285 |
| HUNT_ESI_REV_000454803 | HUNT_ESI_REV_001079695 |
| HUNT_ESI_REV_000454805 | HUNT_ESI_REV_001107887 |
| HUNT_ESI_REV_000454806 | HUNT_ESI_REV_001277365 |
| HUNT_ESI_REV_000454810 | HUNT_ESI_REV_001277367 |
| HUNT_ESI_REV_000454811 | HUNT_ESI_REV_001277370 |
| HUNT_ESI_REV_000454812 | HUNT_ESI_REV_001277372 |
| HUNT_ESI_REV_000454813 | |
| HUNT_ESI_REV_000454814 | |
| HUNT_ESI_REV_000157829 | |
| HUNT_ESI_REV_000006507 | |
| HUNT_ESI_REV_000039861 | |
| HUNT_ESI_REV_000039863 | |
| HUNT_ESI_REV_000039867 | |
| HUNT_ESI_REV_000039869 | |
| HUNT_ESI_REV_000039871 | |