**EXHIBIT 7**

CLE_OG_HuntingtonWV_HC0019233

CLE_OG_HuntingtonWV_HC0019270

CLE_OG_HuntingtonWV_HC0021431

CLE_OG_HuntingtonWV_HC0021442

CLE_OG_HuntingtonWV_HC0022401

CLE_OG_HuntingtonWV_HC0024358

CLE_OG_HuntingtonWV_HC0024360

CLE_OG_HuntingtonWV_HC0032023

CLE_OG_HuntingtonWV_HC0035697

CLE_OG_HuntingtonWV_HC0035698

CLE_OG_HuntingtonWV_HC0035699

CLE_OG_HuntingtonWV_HC0035700

CLE_OG_HuntingtonWV_HC0035701

CLE_OG_HuntingtonWV_HC0035704

HUNT_ESI_REV_000006258

HUNT_ESI_REV_000006259

HUNT_ESI_REV_000006261

HUNT_ESI_REV_000006262

HUNT_ESI_REV_000006522

HUNT_ESI_REV_000006523

HUNT_ESI_REV_000006525

HUNT_ESI_REV_000006526

HUNT_ESI_REV_000006546

HUNT_ESI_REV_000006548

HUNT_ESI_REV_000006551

HUNT_ESI_REV_000006553

HUNT_ESI_REV_000149184

HUNT_ESI_REV_000149186

HUNT_ESI_REV_000149188

HUNT_ESI_REV_000149190

HUNT_ESI_REV_000159242

HUNT_ESI_REV_000159244

HUNT_ESI_REV_000159246

HUNT_ESI_REV_000159248

HUNT_ESI_REV_000159250

HUNT_ESI_REV_000159252

HUNT_ESI_REV_000159254

HUNT_ESI_REV_000159256

HUNT_ESI_REV_000159258

HUNT_ESI_REV_000159260

HUNT_ESI_REV_000159262

HUNT_ESI_REV_000159264

HUNT_ESI_REV_000159334

HUNT_ESI_REV_000159336

HUNT_ESI_REV_000159338

HUNT_ESI_REV_000159340

HUNT_ESI_REV_000159358

HUNT_ESI_REV_000159360

HUNT_ESI_REV_000159362

HUNT_ESI_REV_000159364

HUNT_ESI_REV_000159366

HUNT_ESI_REV_000159368

HUNT_ESI_REV_000159370

HUNT_ESI_REV_000159372

HUNT_ESI_REV_000169382

HUNT_ESI_REV_000169384

HUNT_ESI_REV_000169386

HUNT_ESI_REV_000169388

HUNT_ESI_REV_000179280

HUNT_ESI_REV_000179280

HUNT_ESI_REV_000179282

HUNT_ESI_REV_000179282

HUNT_ESI_REV_000179284

HUNT_ESI_REV_000179284

HUNT_ESI_REV_000179286

HUNT_ESI_REV_000179286

HUNT_ESI_REV_000181896

HUNT_ESI_REV_000181896

HUNT_ESI_REV_000181899

HUNT_ESI_REV_000181899

HUNT_ESI_REV_000181902

HUNT_ESI_REV_000181902

HUNT_ESI_REV_000181905

HUNT_ESI_REV_000181905

HUNT_ESI_REV_000188869

HUNT_ESI_REV_000188869

HUNT_ESI_REV_000188871

HUNT_ESI_REV_000188871

| | | |
|---|---|---|
| HUNT_ESI_REV_000188874 | HUNT_ESI_REV_000837206 | HUNTCLE_0011790 |
| HUNT_ESI_REV_000188874 | HUNT_ESI_REV_000837208 | HUNTCLE_0011791 |
| HUNT_ESI_REV_000188876 | HUNT_ESI_REV_000837210 | HUNTCLE_0011792 |
| HUNT_ESI_REV_000188876 | HUNT_ESI_REV_000837212 | HUNTCLE_0011793 |
| HUNT_ESI_REV_000194917 | HUNT_ESI_REV_000837214 | HUNTCLE_0011819 |
| HUNT_ESI_REV_000194917 | HUNT_ESI_REV_000837216 | HUNTCLE_0011823 |
| HUNT_ESI_REV_000194919 | HUNT_ESI_REV_000837218 | HUNTCLE_0011825 |
| HUNT_ESI_REV_000194919 | HUNT_ESI_REV_000837220 | HUNTCLE_0011826 |
| HUNT_ESI_REV_000194922 | HUNT_ESI_REV_000837222 | HUNTCLE_0013899 |
| HUNT_ESI_REV_000194922 | HUNTCLE_0008323 | HUNTCLE_0013910 |
| HUNT_ESI_REV_000194924 | HUNTCLE_0011742 | HUNTCLE_0013963 |
| HUNT_ESI_REV_000194924 | HUNTCLE_0011768 | HUNTCLE_0013964 |
| HUNT_ESI_REV_000359200 | HUNTCLE_0011769 | HUNTCLE_0013965 |
| HUNT_ESI_REV_000359202 | HUNTCLE_0011770 | HUNTCLE_0013966 |
| HUNT_ESI_REV_000359206 | HUNTCLE_0011771 | HUNTCLE_0013967 |
| HUNT_ESI_REV_000359208 | HUNTCLE_0011773 | HUNTCLE_0013968 |
| HUNT_ESI_REV_000595983 | HUNTCLE_0011775 | HUNTCLE_0013969 |
| HUNT_ESI_REV_000596113 | HUNTCLE_0011778 | HUNTCLE_0013970 |
| HUNT_ESI_REV_000596124 | HUNTCLE_0011779 | HUNTCLE_0014560 |
| HUNT_ESI_REV_000596211 | HUNTCLE_0011780 | HUNTCLE_0015763 |
| HUNT_ESI_REV_000596486 | HUNTCLE_0011781 | HUNTCLE_0015856 |
| HUNT_ESI_REV_000597292 | HUNTCLE_0011782 | HUNTCLE_0015867 |
| HUNT_ESI_REV_000603033 | HUNTCLE_0011783 | HUNTCLE_0015871 |
| HUNT_ESI_REV_000603164 | HUNTCLE_0011784 | HUNTCLE_0016679 |
| HUNT_ESI_REV_000603166 | HUNTCLE_0011785 | HUNTCLE_0017426 |
| HUNT_ESI_REV_000603412 | HUNTCLE_0011786 | HUNTCLE_0017427 |
| HUNT_ESI_REV_000837200 | HUNTCLE_0011787 | HUNTCLE_0017428 |
| HUNT_ESI_REV_000837202 | HUNTCLE_0011788 | HUNTCLE_0018315 |
| HUNT_ESI_REV_000837204 | HUNTCLE_0011789 | HUNTCLE_0018680 |

| | | |
|---|---|---|
| HUNTCLE_0018722 | HUNTCLE_0020067 | HUNTCLE_0021170 |
| HUNTCLE_0018984 | HUNTCLE_0020272 | HUNTCLE_0021171 |
| HUNTCLE_0018985 | HUNTCLE_0020273 | HUNTCLE_0021172 |
| HUNTCLE_0018986 | HUNTCLE_0020286 | HUNTCLE_0021173 |
| HUNTCLE_0018987 | HUNTCLE_0020289 | HUNTCLE_0021177 |
| HUNTCLE_0018988 | HUNTCLE_0020378 | HUNTCLE_0021178 |
| HUNTCLE_0018991 | HUNTCLE_0020393 | HUNTCLE_0021181 |
| HUNTCLE_0019025 | HUNTCLE_0020394 | HUNTCLE_0021182 |
| HUNTCLE_0019048 | HUNTCLE_0020395 | HUNTCLE_0021183 |
| HUNTCLE_0019066 | HUNTCLE_0020498 | HUNTCLE_0021184 |
| HUNTCLE_0019067 | HUNTCLE_0020640 | HUNTCLE_0021185 |
| HUNTCLE_0019068 | HUNTCLE_0021148 | HUNTCLE_0021186 |
| HUNTCLE_0019069 | HUNTCLE_0021149 | HUNTCLE_0021187 |
| HUNTCLE_0019070 | HUNTCLE_0021150 | HUNTCLE_0021188 |
| HUNTCLE_0019071 | HUNTCLE_0021151 | HUNTCLE_0021189 |
| HUNTCLE_0019072 | HUNTCLE_0021152 | HUNTCLE_0021190 |
| HUNTCLE_0019073 | HUNTCLE_0021153 | HUNTCLE_0021191 |
| HUNTCLE_0019074 | HUNTCLE_0021158 | HUNTCLE_0021192 |
| HUNTCLE_0019075 | HUNTCLE_0021159 | HUNTCLE_0021220 |
| HUNTCLE_0019076 | HUNTCLE_0021160 | HUNTCLE_0021778 |
| HUNTCLE_0019077 | HUNTCLE_0021161 | HUNTCLE_0030323 |
| HUNTCLE_0019078 | HUNTCLE_0021162 | HUNTCLE_0030377 |
| HUNTCLE_0019080 | HUNTCLE_0021163 | HUNTCLE_0030378 |
| HUNTCLE_0019137 | HUNTCLE_0021164 | HUNTCLE_0031267 |
| HUNTCLE_0019181 | HUNTCLE_0021165 | HUNTCLE_0031308 |
| HUNTCLE_0019364 | HUNTCLE_0021166 | HUNTCLE_0031944 |
| HUNTCLE_0019365 | HUNTCLE_0021167 | HUNTCLE_0036618 |
| HUNTCLE_0019392 | HUNTCLE_0021168 | HUNTCLE_0036826 |
| HUNTCLE_0019494 | HUNTCLE_0021169 | HUNTCLE_0036827 |

| | | |
|---|---|---|
| HUNTCLE_0036828 | HUNTCLE_0038029 | HUNTCLE_0039040 |
| HUNTCLE_0036829 | HUNTCLE_0038030 | HUNTCLE_0039041 |
| HUNTCLE_0036830 | HUNTCLE_0038088 | HUNTCLE_0039042 |
| HUNTCLE_0036831 | HUNTCLE_0038095 | HUNTCLE_0039043 |
| HUNTCLE_0036832 | HUNTCLE_0038241 | HUNTCLE_0039044 |
| HUNTCLE_0036833 | HUNTCLE_0038344 | HUNTCLE_0039045 |
| HUNTCLE_0036834 | HUNTCLE_0038495 | HUNTCLE_0039046 |
| HUNTCLE_0036835 | HUNTCLE_0038496 | HUNTCLE_0039047 |
| HUNTCLE_0036894 | HUNTCLE_0038497 | HUNTCLE_0039048 |
| HUNTCLE_0037858 | HUNTCLE_0038498 | HUNTCLE_0039049 |
| HUNTCLE_0037859 | HUNTCLE_0038499 | HUNTCLE_0039050 |
| HUNTCLE_0037860 | HUNTCLE_0038540 | HUNTCLE_0039051 |
| HUNTCLE_0037861 | HUNTCLE_0038853 | HUNTCLE_0039052 |
| HUNTCLE_0037877 | HUNTCLE_0039024 | HUNTCLE_0039053 |
| HUNTCLE_0037880 | HUNTCLE_0039025 | HUNTCLE_0039054 |
| HUNTCLE_0038015 | HUNTCLE_0039026 | HUNTCLE_0039055 |
| HUNTCLE_0038016 | HUNTCLE_0039027 | HUNTCLE_0039056 |
| HUNTCLE_0038017 | HUNTCLE_0039028 | HUNTCLE_0039057 |
| HUNTCLE_0038018 | HUNTCLE_0039029 | HUNTCLE_0039058 |
| HUNTCLE_0038019 | HUNTCLE_0039030 | HUNTCLE_0044681 |
| HUNTCLE_0038020 | HUNTCLE_0039031 | HUNTCLE_0044824 |
| HUNTCLE_0038021 | HUNTCLE_0039032 | HUNTCLE_0044825 |
| HUNTCLE_0038022 | HUNTCLE_0039033 | HUNTCLE_0044826 |
| HUNTCLE_0038023 | HUNTCLE_0039034 | HUNTCLE_0044827 |
| HUNTCLE_0038024 | HUNTCLE_0039035 | HUNTCLE_0044828 |
| HUNTCLE_0038025 | HUNTCLE_0039036 | HUNTCLE_0044829 |
| HUNTCLE_0038026 | HUNTCLE_0039037 | HUNTCLE_0044830 |
| HUNTCLE_0038027 | HUNTCLE_0039038 | HUNTCLE_0044831 |
| HUNTCLE_0038028 | HUNTCLE_0039039 | HUNTCLE_0044832 |

| | | |
|---|---|---|
| HUNTCLE_0044833 | HUNTCLE_0073556 | HUNTCLE_0099889 |
| HUNTCLE_0044834 | HUNTCLE_0074438 | HUNTCLE_0099890 |
| HUNTCLE_0044835 | HUNTCLE_0074456 | HUNTCLE_0099891 |
| HUNTCLE_0044836 | HUNTCLE_0074468 | HUNTCLE_0099892 |
| HUNTCLE_0044837 | HUNTCLE_0074469 | HUNTCLE_0099893 |
| HUNTCLE_0044838 | HUNTCLE_0074470 | HUNTCLE_0099894 |
| HUNTCLE_0044839 | HUNTCLE_0074471 | HUNTCLE_0099895 |
| HUNTCLE_0044840 | HUNTCLE_0074472 | HUNTCLE_0099896 |
| HUNTCLE_0044841 | HUNTCLE_0074473 | HUNTCLE_0099897 |
| HUNTCLE_0044842 | HUNTCLE_0074474 | HUNTCLE_0099898 |
| HUNTCLE_0044843 | HUNTCLE_0074775 | HUNTCLE_0099899 |
| HUNTCLE_0044844 | HUNTCLE_0074780 | HUNTCLE_0099900 |
| HUNTCLE_0044845 | HUNTCLE_0074888 | HUNTCLE_0099901 |
| HUNTCLE_0044846 | HUNTCLE_0074906 | HUNTCLE_0099902 |
| HUNTCLE_0044847 | HUNTCLE_0076097 | HUNTCLE_0099903 |
| HUNTCLE_0044848 | HUNTCLE_0076116 | HUNTCLE_0099904 |
| HUNTCLE_0044849 | HUNTCLE_0076117 | HUNTCLE_0099905 |
| HUNTCLE_0044850 | HUNTCLE_0076118 | HUNTCLE_0099906 |
| HUNTCLE_0044851 | HUNTCLE_0076119 | HUNTCLE_0099907 |
| HUNTCLE_0044852 | HUNTCLE_0077642 | HUNTCLE_0099908 |
| HUNTCLE_0044853 | HUNTCLE_0099880 | HUNTCLE_0099909 |
| HUNTCLE_0044854 | HUNTCLE_0099881 | HUNTCLE_0099910 |
| HUNTCLE_0045233 | HUNTCLE_0099882 | HUNTCLE_0099911 |
| HUNTCLE_0047423 | HUNTCLE_0099883 | HUNTCLE_0099912 |
| HUNTCLE_0048787 | HUNTCLE_0099884 | HUNTCLE_0099913 |
| HUNTCLE_0048788 | HUNTCLE_0099885 | HUNTCLE_0099914 |
| HUNTCLE_0052095 | HUNTCLE_0099886 | HUNTCLE_0099915 |
| HUNTCLE_0052100 | HUNTCLE_0099887 | HUNTCLE_0099916 |
| HUNTCLE_0066381 | HUNTCLE_0099888 | HUNTCLE_0099917 |

| | | |
|---|---|---|
| HUNTCLE_0099920 | HUNTCLE_0113143 | HUNTCLE_0120544 |
| HUNTCLE_0099921 | HUNTCLE_0113144 | HUNTCLE_0120545 |
| HUNTCLE_0100177 | HUNTCLE_0113145 | HUNTCLE_0120564 |
| HUNTCLE_0100184 | HUNTCLE_0113146 | HUNTCLE_0133922 |
| HUNTCLE_0100375 | HUNTCLE_0113147 | HUNTCLE_0133923 |
| HUNTCLE_0100376 | HUNTCLE_0113224 | HUNTCLE_0133924 |
| HUNTCLE_0100379 | HUNTCLE_0114354 | HUNTCLE_0133925 |
| HUNTCLE_0100403 | HUNTCLE_0114355 | HUNTCLE_0133926 |
| HUNTCLE_0100411 | HUNTCLE_0114356 | HUNTCLE_0133927 |
| HUNTCLE_0100416 | HUNTCLE_0114392 | HUNTCLE_0133928 |
| HUNTCLE_0100422 | HUNTCLE_0114634 | HUNTCLE_0133929 |
| HUNTCLE_0100423 | HUNTCLE_0114790 | HUNTCLE_0133930 |
| HUNTCLE_0100483 | HUNTCLE_0114791 | HUNTCLE_0133931 |
| HUNTCLE_0100602 | HUNTCLE_0114792 | HUNTCLE_0133932 |
| HUNTCLE_0100603 | HUNTCLE_0114793 | HUNTCLE_0133933 |
| HUNTCLE_0100604 | HUNTCLE_0115026 | HUNTCLE_0133934 |
| HUNTCLE_0100649 | HUNTCLE_0115027 | HUNTCLE_0133935 |
| HUNTCLE_0112167 | HUNTCLE_0115028 | HUNTCLE_0134208 |
| HUNTCLE_0113013 | HUNTCLE_0115029 | HUNTCLE_0134209 |
| HUNTCLE_0113015 | HUNTCLE_0115030 | HUNTCLE_0134294 |
| HUNTCLE_0113067 | HUNTCLE_0115031 | HUNTCLE_0134299 |
| HUNTCLE_0113135 | HUNTCLE_0115032 | HUNTCLE_0134419 |
| HUNTCLE_0113136 | HUNTCLE_0115033 | HUNTCLE_0134420 |
| HUNTCLE_0113137 | HUNTCLE_0120538 | HUNTCLE_0134421 |
| HUNTCLE_0113138 | HUNTCLE_0120539 | HUNTCLE_0134422 |
| HUNTCLE_0113139 | HUNTCLE_0120540 | HUNTCLE_0134423 |
| HUNTCLE_0113140 | HUNTCLE_0120541 | HUNTCLE_0134424 |
| HUNTCLE_0113141 | HUNTCLE_0120542 | HUNTCLE_0134425 |
| HUNTCLE_0113142 | HUNTCLE_0120543 | HUNTCLE_0134426 |

| | | |
|---|---|---|
| HUNTCLE_0134427 | HUNTCLE_0177357 | HUNTCLE_0177590 |
| HUNTCLE_0134428 | HUNTCLE_0177358 | HUNTCLE_0177591 |
| HUNTCLE_0134429 | HUNTCLE_0177359 | HUNTCLE_0177592 |
| HUNTCLE_0134430 | HUNTCLE_0177360 | HUNTCLE_0177593 |
| HUNTCLE_0134431 | HUNTCLE_0177361 | HUNTCLE_0177604 |
| HUNTCLE_0134432 | HUNTCLE_0177385 | HUNTCLE_0177605 |
| HUNTCLE_0134433 | HUNTCLE_0177545 | HUNTCLE_0177606 |
| HUNTCLE_0134434 | HUNTCLE_0177546 | HUNTCLE_0177607 |
| HUNTCLE_0134435 | HUNTCLE_0177547 | HUNTCLE_0177608 |
| HUNTCLE_0134436 | HUNTCLE_0177548 | HUNTCLE_0177609 |
| HUNTCLE_0134437 | HUNTCLE_0177549 | HUNTCLE_0177610 |
| HUNTCLE_0134438 | HUNTCLE_0177550 | HUNTCLE_0177611 |
| HUNTCLE_0134892 | HUNTCLE_0177551 | HUNTCLE_0177612 |
| HUNTCLE_0177341 | HUNTCLE_0177552 | HUNTCLE_0177613 |
| HUNTCLE_0177342 | HUNTCLE_0177553 | HUNTCLE_0177614 |
| HUNTCLE_0177343 | HUNTCLE_0177554 | HUNTCLE_0177615 |
| HUNTCLE_0177344 | HUNTCLE_0177555 | HUNTCLE_0177616 |
| HUNTCLE_0177345 | HUNTCLE_0177556 | HUNTCLE_0177617 |
| HUNTCLE_0177346 | HUNTCLE_0177561 | HUNTCLE_0177618 |
| HUNTCLE_0177347 | HUNTCLE_0177568 | HUNTCLE_0177619 |
| HUNTCLE_0177348 | HUNTCLE_0177581 | HUNTCLE_0177620 |
| HUNTCLE_0177349 | HUNTCLE_0177582 | HUNTCLE_0177621 |
| HUNTCLE_0177350 | HUNTCLE_0177583 | HUNTCLE_0177622 |
| HUNTCLE_0177351 | HUNTCLE_0177584 | HUNTCLE_0177623 |
| HUNTCLE_0177352 | HUNTCLE_0177585 | HUNTCLE_0177624 |
| HUNTCLE_0177353 | HUNTCLE_0177586 | HUNTCLE_0177625 |
| HUNTCLE_0177354 | HUNTCLE_0177587 | HUNTCLE_0177641 |
| HUNTCLE_0177355 | HUNTCLE_0177588 | HUNTCLE_0177642 |
| HUNTCLE_0177356 | HUNTCLE_0177589 | HUNTCLE_0177652 |

| | | |
|---|---|---|
| HUNTCLE_0177653 | HUNTCLE_0180637 | HUNTCLE_0183223 |
| HUNTCLE_0177654 | HUNTCLE_0181009 | HUNTCLE_0183224 |
| HUNTCLE_0177655 | HUNTCLE_0181028 | HUNTCLE_0183225 |
| HUNTCLE_0177656 | HUNTCLE_0181785 | HUNTCLE_0183226 |
| HUNTCLE_0177657 | HUNTCLE_0181812 | HUNTCLE_0183227 |
| HUNTCLE_0177658 | HUNTCLE_0182167 | HUNTCLE_0183228 |
| HUNTCLE_0177659 | HUNTCLE_0183036 | HUNTCLE_0183229 |
| HUNTCLE_0177660 | HUNTCLE_0183076 | HUNTCLE_0183230 |
| HUNTCLE_0177683 | HUNTCLE_0183077 | HUNTCLE_0183231 |
| HUNTCLE_0178065 | HUNTCLE_0183093 | HUNTCLE_0183232 |
| HUNTCLE_0178243 | HUNTCLE_0183203 | HUNTCLE_0183233 |
| HUNTCLE_0178244 | HUNTCLE_0183204 | HUNTCLE_0183234 |
| HUNTCLE_0178245 | HUNTCLE_0183205 | HUNTCLE_0183235 |
| HUNTCLE_0178246 | HUNTCLE_0183206 | HUNTCLE_0183236 |
| HUNTCLE_0179331 | HUNTCLE_0183207 | HUNTCLE_0183237 |
| HUNTCLE_0179579 | HUNTCLE_0183208 | HUNTCLE_0183238 |
| HUNTCLE_0179580 | HUNTCLE_0183209 | HUNTCLE_0183239 |
| HUNTCLE_0179581 | HUNTCLE_0183210 | HUNTCLE_0183240 |
| HUNTCLE_0179582 | HUNTCLE_0183211 | HUNTCLE_0183241 |
| HUNTCLE_0179583 | HUNTCLE_0183212 | HUNTCLE_0183242 |
| HUNTCLE_0179584 | HUNTCLE_0183213 | HUNTCLE_0183243 |
| HUNTCLE_0179585 | HUNTCLE_0183214 | HUNTCLE_0183249 |
| HUNTCLE_0179590 | HUNTCLE_0183215 | HUNTCLE_0183250 |
| HUNTCLE_0179591 | HUNTCLE_0183217 | HUNTCLE_0183252 |
| HUNTCLE_0179592 | HUNTCLE_0183218 | HUNTCLE_0183253 |
| HUNTCLE_0180605 | HUNTCLE_0183219 | HUNTCLE_0183254 |
| HUNTCLE_0180618 | HUNTCLE_0183220 | HUNTCLE_0183255 |
| HUNTCLE_0180621 | HUNTCLE_0183221 | HUNTCLE_0183256 |
| HUNTCLE_0180628 | HUNTCLE_0183222 | HUNTCLE_0183257 |

| | | |
|---|---|---|
| HUNTCLE_0183258 | HUNTCLE_0183400 | HUNTCLE_0184200 |
| HUNTCLE_0183260 | HUNTCLE_0183401 | HUNTCLE_0184201 |
| HUNTCLE_0183261 | HUNTCLE_0183438 | HUNTCLE_0184202 |
| HUNTCLE_0183262 | HUNTCLE_0183439 | HUNTCLE_0184203 |
| HUNTCLE_0183263 | HUNTCLE_0183454 | HUNTCLE_0184204 |
| HUNTCLE_0183264 | HUNTCLE_0183599 | HUNTCLE_0184279 |
| HUNTCLE_0183265 | HUNTCLE_0183605 | HUNTCLE_0184280 |
| HUNTCLE_0183266 | HUNTCLE_0183606 | HUNTCLE_0184281 |
| HUNTCLE_0183267 | HUNTCLE_0183607 | HUNTCLE_0184320 |
| HUNTCLE_0183268 | HUNTCLE_0183608 | HUNTCLE_0184321 |
| HUNTCLE_0183269 | HUNTCLE_0183609 | HUNTCLE_0184322 |
| HUNTCLE_0183270 | HUNTCLE_0183610 | HUNTCLE_0184323 |
| HUNTCLE_0183271 | HUNTCLE_0183611 | HUNTCLE_0184325 |
| HUNTCLE_0183272 | HUNTCLE_0183612 | HUNTCLE_0184326 |
| HUNTCLE_0183273 | HUNTCLE_0183613 | HUNTCLE_0184327 |
| HUNTCLE_0183274 | HUNTCLE_0183614 | HUNTCLE_0184328 |
| HUNTCLE_0183275 | HUNTCLE_0183615 | HUNTCLE_0184329 |
| HUNTCLE_0183276 | HUNTCLE_0183616 | HUNTCLE_0184330 |
| HUNTCLE_0183277 | HUNTCLE_0183669 | HUNTCLE_0184331 |
| HUNTCLE_0183278 | HUNTCLE_0183707 | HUNTCLE_0184334 |
| HUNTCLE_0183279 | HUNTCLE_0183989 | HUNTCLE_0184335 |
| HUNTCLE_0183280 | HUNTCLE_0184192 | HUNTCLE_0184336 |
| HUNTCLE_0183281 | HUNTCLE_0184193 | HUNTCLE_0184337 |
| HUNTCLE_0183282 | HUNTCLE_0184194 | HUNTCLE_0184338 |
| HUNTCLE_0183283 | HUNTCLE_0184195 | HUNTCLE_0184339 |
| HUNTCLE_0183284 | HUNTCLE_0184196 | HUNTCLE_0184340 |
| HUNTCLE_0183285 | HUNTCLE_0184197 | HUNTCLE_0184341 |
| HUNTCLE_0183377 | HUNTCLE_0184198 | HUNTCLE_0184344 |
| HUNTCLE_0183378 | HUNTCLE_0184199 | HUNTCLE_0184345 |

| | | |
|---|---|---|
| HUNTCLE_0184346 | HUNTCLE_0184375 | HUNTCLE_0184746 |
| HUNTCLE_0184347 | HUNTCLE_0184376 | HUNTCLE_0184764 |
| HUNTCLE_0184348 | HUNTCLE_0184377 | HUNTCLE_0184783 |
| HUNTCLE_0184349 | HUNTCLE_0184378 | HUNTCLE_0184784 |
| HUNTCLE_0184350 | HUNTCLE_0184379 | HUNTCLE_0184785 |
| HUNTCLE_0184351 | HUNTCLE_0184380 | HUNTCLE_0184786 |
| HUNTCLE_0184352 | HUNTCLE_0184381 | HUNTCLE_0184787 |
| HUNTCLE_0184353 | HUNTCLE_0184382 | HUNTCLE_0185475 |
| HUNTCLE_0184354 | HUNTCLE_0184383 | HUNTCLE_0185476 |
| HUNTCLE_0184355 | HUNTCLE_0184384 | HUNTCLE_0185477 |
| HUNTCLE_0184356 | HUNTCLE_0184385 | HUNTCLE_0185478 |
| HUNTCLE_0184357 | HUNTCLE_0184393 | HUNTCLE_0185479 |
| HUNTCLE_0184358 | HUNTCLE_0184464 | HUNTCLE_0185480 |
| HUNTCLE_0184359 | HUNTCLE_0184653 | HUNTCLE_0185694 |
| HUNTCLE_0184360 | HUNTCLE_0184654 | HUNTCLE_0185695 |
| HUNTCLE_0184361 | HUNTCLE_0184690 | HUNTCLE_0185696 |
| HUNTCLE_0184362 | HUNTCLE_0184691 | HUNTCLE_0185697 |
| HUNTCLE_0184363 | HUNTCLE_0184692 | HUNTCLE_0185698 |
| HUNTCLE_0184364 | HUNTCLE_0184693 | HUNTCLE_0185699 |
| HUNTCLE_0184365 | HUNTCLE_0184694 | HUNTCLE_0185700 |
| HUNTCLE_0184366 | HUNTCLE_0184695 | HUNTCLE_0185701 |
| HUNTCLE_0184367 | HUNTCLE_0184696 | HUNTCLE_0185702 |
| HUNTCLE_0184368 | HUNTCLE_0184697 | HUNTCLE_0185705 |
| HUNTCLE_0184369 | HUNTCLE_0184699 | HUNTCLE_0185706 |
| HUNTCLE_0184370 | HUNTCLE_0184715 | HUNTCLE_0185707 |
| HUNTCLE_0184371 | HUNTCLE_0184717 | HUNTCLE_0185862 |
| HUNTCLE_0184372 | HUNTCLE_0184737 | HUNTCLE_0185876 |
| HUNTCLE_0184373 | HUNTCLE_0184740 | HUNTCLE_0185968 |
| HUNTCLE_0184374 | HUNTCLE_0184741 | HUNTCLE_0185971 |

| | | |
|---|---|---|
| HUNTCLE_0185972 | HUNTCLE_0186325 | HUNTCLE_0190256 |
| HUNTCLE_0185973 | HUNTCLE_0186326 | HUNTCLE_0190308 |
| HUNTCLE_0185974 | HUNTCLE_0186330 | HUNTCLE_0190622 |
| HUNTCLE_0186029 | HUNTCLE_0186331 | HUNTCLE_0190623 |
| HUNTCLE_0186030 | HUNTCLE_0186332 | HUNTCLE_0190910 |
| HUNTCLE_0186031 | HUNTCLE_0186333 | HUNTCLE_0190954 |
| HUNTCLE_0186032 | HUNTCLE_0186341 | HUNTCLE_0191051 |
| HUNTCLE_0186033 | HUNTCLE_0186342 | HUNTCLE_0191060 |
| HUNTCLE_0186034 | HUNTCLE_0186347 | HUNTCLE_0191148 |
| HUNTCLE_0186035 | HUNTCLE_0186348 | HUNTCLE_0191305 |
| HUNTCLE_0186036 | HUNTCLE_0186405 | HUNTCLE_0191306 |
| HUNTCLE_0186037 | HUNTCLE_0186453 | HUNTCLE_0191348 |
| HUNTCLE_0186038 | HUNTCLE_0186454 | HUNTCLE_0191493 |
| HUNTCLE_0186039 | HUNTCLE_0186455 | HUNTCLE_0191494 |
| HUNTCLE_0186040 | HUNTCLE_0186456 | HUNTCLE_0191495 |
| HUNTCLE_0186041 | HUNTCLE_0186457 | HUNTCLE_0192096 |
| HUNTCLE_0186042 | HUNTCLE_0186596 | HUNTCLE_0192097 |
| HUNTCLE_0186043 | HUNTCLE_0186683 | HUNTCLE_0192098 |
| HUNTCLE_0186044 | HUNTCLE_0186685 | HUNTCLE_0192106 |
| HUNTCLE_0186045 | HUNTCLE_0186686 | HUNTCLE_0192107 |
| HUNTCLE_0186046 | HUNTCLE_0186687 | HUNTCLE_0192108 |
| HUNTCLE_0186084 | HUNTCLE_0186727 | HUNTCLE_0192109 |
| HUNTCLE_0186085 | HUNTCLE_0186752 | HUNTCLE_0192113 |
| HUNTCLE_0186095 | HUNTCLE_0186753 | HUNTCLE_0192133 |
| HUNTCLE_0186096 | HUNTCLE_0186754 | HUNTCLE_0192134 |
| HUNTCLE_0186210 | HUNTCLE_0186755 | HUNTCLE_0192135 |
| HUNTCLE_0186312 | HUNTCLE_0187089 | HUNTCLE_0192136 |
| HUNTCLE_0186313 | HUNTCLE_0187707 | HUNTCLE_0192137 |
| HUNTCLE_0186314 | HUNTCLE_0187710 | HUNTCLE_0192145 |

| | | |
|---|---|---|
| HUNTCLE_0192146 | HUNTCLE_0192936 | HUNTCLE_0193885 |
| HUNTCLE_0192147 | HUNTCLE_0192937 | HUNTCLE_0193886 |
| HUNTCLE_0192356 | HUNTCLE_0192938 | HUNTCLE_0193887 |
| HUNTCLE_0192357 | HUNTCLE_0192939 | HUNTCLE_0193888 |
| HUNTCLE_0192358 | HUNTCLE_0192940 | HUNTCLE_0193889 |
| HUNTCLE_0192359 | HUNTCLE_0192941 | HUNTCLE_0193890 |
| HUNTCLE_0192360 | HUNTCLE_0192942 | HUNTCLE_0193891 |
| HUNTCLE_0192361 | HUNTCLE_0192943 | HUNTCLE_0193892 |
| HUNTCLE_0192362 | HUNTCLE_0192944 | HUNTCLE_0193893 |
| HUNTCLE_0192363 | HUNTCLE_0192945 | HUNTCLE_0193894 |
| HUNTCLE_0192364 | HUNTCLE_0192946 | HUNTCLE_0193895 |
| HUNTCLE_0192365 | HUNTCLE_0193002 | HUNTCLE_0193896 |
| HUNTCLE_0192366 | HUNTCLE_0193316 | HUNTCLE_0193897 |
| HUNTCLE_0192367 | HUNTCLE_0193317 | HUNTCLE_0193898 |
| HUNTCLE_0192368 | HUNTCLE_0193318 | HUNTCLE_0193899 |
| HUNTCLE_0192369 | HUNTCLE_0193319 | HUNTCLE_0193900 |
| HUNTCLE_0192370 | HUNTCLE_0193360 | HUNTCLE_0193901 |
| HUNTCLE_0192371 | HUNTCLE_0193361 | HUNTCLE_0193902 |
| HUNTCLE_0192372 | HUNTCLE_0193364 | HUNTCLE_0193903 |
| HUNTCLE_0192463 | HUNTCLE_0193365 | HUNTCLE_0193904 |
| HUNTCLE_0192553 | HUNTCLE_0193366 | HUNTCLE_0193905 |
| HUNTCLE_0192581 | HUNTCLE_0193368 | HUNTCLE_0193906 |
| HUNTCLE_0192582 | HUNTCLE_0193369 | HUNTCLE_0193907 |
| HUNTCLE_0192584 | HUNTCLE_0193370 | HUNTCLE_0193908 |
| HUNTCLE_0192931 | HUNTCLE_0193371 | HUNTCLE_0193909 |
| HUNTCLE_0192932 | HUNTCLE_0193372 | HUNTCLE_0193910 |
| HUNTCLE_0192933 | HUNTCLE_0193373 | HUNTCLE_0193911 |
| HUNTCLE_0192934 | HUNTCLE_0193374 | HUNTCLE_0193912 |
| HUNTCLE_0192935 | HUNTCLE_0193867 | HUNTCLE_0193913 |

| | | |
|---|---|---|
| HUNTCLE_0193914 | HUNTCLE_0194113 | HUNTCLE_0201773 |
| HUNTCLE_0193915 | HUNTCLE_0194164 | HUNTCLE_0201826 |
| HUNTCLE_0193916 | HUNTCLE_0194742 | HUNTCLE_0202029 |
| HUNTCLE_0193917 | HUNTCLE_0194815 | HUNTCLE_0202030 |
| HUNTCLE_0193918 | HUNTCLE_0194867 | HUNTCLE_0202031 |
| HUNTCLE_0193919 | HUNTCLE_0194868 | HUNTCLE_0202032 |
| HUNTCLE_0193920 | HUNTCLE_0195897 | HUNTCLE_0202033 |
| HUNTCLE_0193921 | HUNTCLE_0195910 | HUNTCLE_0202034 |
| HUNTCLE_0193922 | HUNTCLE_0195917 | HUNTCLE_0202052 |
| HUNTCLE_0193923 | HUNTCLE_0195918 | HUNTCLE_0202059 |
| HUNTCLE_0193924 | HUNTCLE_0195919 | HUNTCLE_0202065 |
| HUNTCLE_0193925 | HUNTCLE_0195920 | HUNTCLE_0202066 |
| HUNTCLE_0193926 | HUNTCLE_0195921 | HUNTCLE_0202067 |
| HUNTCLE_0193927 | HUNTCLE_0195922 | HUNTCLE_0202068 |
| HUNTCLE_0193928 | HUNTCLE_0195923 | HUNTCLE_0202069 |
| HUNTCLE_0193929 | HUNTCLE_0196233 | HUNTCLE_0202070 |
| HUNTCLE_0193930 | HUNTCLE_0196246 | HUNTCLE_0202071 |
| HUNTCLE_0193931 | HUNTCLE_0196313 | HUNTCLE_0202119 |
| HUNTCLE_0193932 | HUNTCLE_0196439 | HUNTCLE_0202121 |
| HUNTCLE_0193933 | HUNTCLE_0196440 | HUNTCLE_0202481 |
| HUNTCLE_0193934 | HUNTCLE_0196559 | HUNTCLE_0202482 |
| HUNTCLE_0193935 | HUNTCLE_0196602 | HUNTCLE_0202483 |
| HUNTCLE_0193936 | HUNTCLE_0196626 | HUNTCLE_0202485 |
| HUNTCLE_0193961 | HUNTCLE_0196627 | HUNTCLE_0202486 |
| HUNTCLE_0194076 | HUNTCLE_0196628 | HUNTCLE_0202487 |
| HUNTCLE_0194077 | HUNTCLE_0196629 | HUNTCLE_0202488 |
| HUNTCLE_0194078 | HUNTCLE_0197108 | HUNTCLE_0202489 |
| HUNTCLE_0194079 | HUNTCLE_0198367 | HUNTCLE_0202490 |
| HUNTCLE_0194112 | HUNTCLE_0201772 | HUNTCLE_0203580 |

| | | |
|---|---|---|
| HUNTCLE_0203611 | HUNTCLE_0204926 | HUNTCLE_0206078 |
| HUNTCLE_0203623 | HUNTCLE_0204927 | HUNTCLE_0206079 |
| HUNTCLE_0203624 | HUNTCLE_0204928 | HUNTCLE_0206080 |
| HUNTCLE_0203625 | HUNTCLE_0204929 | HUNTCLE_0206297 |
| HUNTCLE_0203626 | HUNTCLE_0204930 | HUNTCLE_0206414 |
| HUNTCLE_0203627 | HUNTCLE_0204931 | HUNTCLE_0206549 |
| HUNTCLE_0203628 | HUNTCLE_0204932 | HUNTCLE_0206555 |
| HUNTCLE_0203629 | HUNTCLE_0204933 | HUNTCLE_0206568 |
| HUNTCLE_0203630 | HUNTCLE_0204934 | HUNTCLE_0206569 |
| HUNTCLE_0203631 | HUNTCLE_0204935 | HUNTCLE_0206570 |
| HUNTCLE_0204135 | HUNTCLE_0204936 | HUNTCLE_0206571 |
| HUNTCLE_0204209 | HUNTCLE_0204937 | HUNTCLE_0206572 |
| HUNTCLE_0204210 | HUNTCLE_0204938 | HUNTCLE_0206573 |
| HUNTCLE_0204211 | HUNTCLE_0204939 | HUNTCLE_0206574 |
| HUNTCLE_0204477 | HUNTCLE_0204940 | HUNTCLE_0206575 |
| HUNTCLE_0204493 | HUNTCLE_0205660 | HUNTCLE_0206576 |
| HUNTCLE_0204502 | HUNTCLE_0206010 | HUNTCLE_0206577 |
| HUNTCLE_0204515 | HUNTCLE_0206045 | HUNTCLE_0206580 |
| HUNTCLE_0204620 | HUNTCLE_0206067 | HUNTCLE_0206777 |
| HUNTCLE_0204621 | HUNTCLE_0206068 | HUNTCLE_0206778 |
| HUNTCLE_0204622 | HUNTCLE_0206069 | HUNTCLE_0206779 |
| HUNTCLE_0204640 | HUNTCLE_0206070 | HUNTCLE_0206780 |
| HUNTCLE_0204692 | HUNTCLE_0206071 | HUNTCLE_0206781 |
| HUNTCLE_0204693 | HUNTCLE_0206072 | HUNTCLE_0206782 |
| HUNTCLE_0204711 | HUNTCLE_0206073 | HUNTCLE_0206783 |
| HUNTCLE_0204922 | HUNTCLE_0206074 | HUNTCLE_0206784 |
| HUNTCLE_0204923 | HUNTCLE_0206075 | HUNTCLE_0206785 |
| HUNTCLE_0204924 | HUNTCLE_0206076 | HUNTCLE_0206786 |
| HUNTCLE_0204925 | HUNTCLE_0206077 | HUNTCLE_0207868 |

| | | |
|---|---|---|
| HUNTCLE_0207873 | HUNTCLE_0223851 | HUNTCLE_0226094 |
| HUNTCLE_0207879 | HUNTCLE_0223852 | HUNTCLE_0226326 |
| HUNTCLE_0207881 | HUNTCLE_0223904 | HUNTCLE_0227316 |
| HUNTCLE_0208429 | HUNTCLE_0223983 | HUNTCLE_0227317 |
| HUNTCLE_0208613 | HUNTCLE_0224000 | HUNTCLE_0227318 |
| HUNTCLE_0208614 | HUNTCLE_0224033 | HUNTCLE_0227319 |
| HUNTCLE_0210697 | HUNTCLE_0224040 | HUNTCLE_0227320 |
| HUNTCLE_0211081 | HUNTCLE_0224041 | HUNTCLE_0227321 |
| HUNTCLE_0211082 | HUNTCLE_0224042 | HUNTCLE_0227322 |
| HUNTCLE_0211083 | HUNTCLE_0224070 | HUNTCLE_0227323 |
| HUNTCLE_0211084 | HUNTCLE_0224634 | HUNTCLE_0227324 |
| HUNTCLE_0211134 | HUNTCLE_0224697 | HUNTCLE_0227325 |
| HUNTCLE_0213834 | HUNTCLE_0224966 | HUNTCLE_0227326 |
| HUNTCLE_0213865 | HUNTCLE_0224979 | HUNTCLE_0227327 |
| HUNTCLE_0213869 | HUNTCLE_0224995 | HUNTCLE_0227328 |
| HUNTCLE_0216286 | HUNTCLE_0225005 | HUNTCLE_0227329 |
| HUNTCLE_0216303 | HUNTCLE_0225047 | HUNTCLE_0227330 |
| HUNTCLE_0216307 | HUNTCLE_0225136 | HUNTCLE_0227331 |
| HUNTCLE_0216512 | HUNTCLE_0225138 | HUNTCLE_0227497 |
| HUNTCLE_0216513 | HUNTCLE_0225143 | HUNTCLE_0227565 |
| HUNTCLE_0216514 | HUNTCLE_0225148 | HUNTCLE_0227688 |
| HUNTCLE_0216515 | HUNTCLE_0225150 | HUNTCLE_0227689 |
| HUNTCLE_0216516 | HUNTCLE_0225206 | HUNTCLE_0227690 |
| HUNTCLE_0221071 | HUNTCLE_0225303 | HUNTCLE_0227691 |
| HUNTCLE_0223141 | HUNTCLE_0225313 | HUNTCLE_0227692 |
| HUNTCLE_0223539 | HUNTCLE_0225618 | HUNTCLE_0227706 |
| HUNTCLE_0223568 | HUNTCLE_0226045 | HUNTCLE_0227730 |
| HUNTCLE_0223777 | HUNTCLE_0226066 | HUNTCLE_0229555 |
| HUNTCLE_0223823 | HUNTCLE_0226081 | HUNTCLE_0229753 |

| | | |
|---|---|---|
| HUNTCLE_0231669 | HUNTCLE_0234275 | HUNTCLE_0235208 |
| HUNTCLE_0233411 | HUNTCLE_0234276 | HUNTCLE_0235209 |
| HUNTCLE_0233426 | HUNTCLE_0234282 | HUNTCLE_0235210 |
| HUNTCLE_0233433 | HUNTCLE_0234633 | HUNTCLE_0235211 |
| HUNTCLE_0233441 | HUNTCLE_0234634 | HUNTCLE_0235212 |
| HUNTCLE_0233454 | HUNTCLE_0234635 | HUNTCLE_0235215 |
| HUNTCLE_0233463 | HUNTCLE_0234636 | HUNTCLE_0235216 |
| HUNTCLE_0233471 | HUNTCLE_0234637 | HUNTCLE_0235282 |
| HUNTCLE_0233474 | HUNTCLE_0234638 | HUNTCLE_0235308 |
| HUNTCLE_0233494 | HUNTCLE_0234639 | HUNTCLE_0235309 |
| HUNTCLE_0233495 | HUNTCLE_0234640 | HUNTCLE_0235310 |
| HUNTCLE_0233496 | HUNTCLE_0234641 | HUNTCLE_0235311 |
| HUNTCLE_0233522 | HUNTCLE_0234642 | HUNTCLE_0235312 |
| HUNTCLE_0233743 | HUNTCLE_0234643 | HUNTCLE_0235313 |
| HUNTCLE_0233792 | HUNTCLE_0234644 | HUNTCLE_0235314 |
| HUNTCLE_0234031 | HUNTCLE_0234645 | HUNTCLE_0235318 |
| HUNTCLE_0234033 | HUNTCLE_0234646 | HUNTCLE_0235319 |
| HUNTCLE_0234034 | HUNTCLE_0234737 | HUNTCLE_0235324 |
| HUNTCLE_0234035 | HUNTCLE_0235042 | HUNTCLE_0235325 |
| HUNTCLE_0234036 | HUNTCLE_0235043 | HUNTCLE_0235326 |
| HUNTCLE_0234081 | HUNTCLE_0235044 | HUNTCLE_0235327 |
| HUNTCLE_0234082 | HUNTCLE_0235045 | HUNTCLE_0235328 |
| HUNTCLE_0234086 | HUNTCLE_0235046 | HUNTCLE_0235330 |
| HUNTCLE_0234204 | HUNTCLE_0235048 | HUNTCLE_0235331 |
| HUNTCLE_0234215 | HUNTCLE_0235201 | HUNTCLE_0235332 |
| HUNTCLE_0234217 | HUNTCLE_0235204 | HUNTCLE_0235333 |
| HUNTCLE_0234219 | HUNTCLE_0235205 | HUNTCLE_0235334 |
| HUNTCLE_0234221 | HUNTCLE_0235206 | HUNTCLE_0235352 |
| HUNTCLE_0234274 | HUNTCLE_0235207 | HUNTCLE_0235353 |

| | | |
|---|---|---|
| HUNTCLE_0235532 | HUNTCLE_0235639 | HUNTCLE_0236006 |
| HUNTCLE_0235533 | HUNTCLE_0235640 | HUNTCLE_0236007 |
| HUNTCLE_0235534 | HUNTCLE_0235641 | HUNTCLE_0236017 |
| HUNTCLE_0235535 | HUNTCLE_0235642 | HUNTCLE_0236060 |
| HUNTCLE_0235536 | HUNTCLE_0235643 | HUNTCLE_0236061 |
| HUNTCLE_0235537 | HUNTCLE_0235644 | HUNTCLE_0236062 |
| HUNTCLE_0235538 | HUNTCLE_0235645 | HUNTCLE_0236063 |
| HUNTCLE_0235617 | HUNTCLE_0235646 | HUNTCLE_0236064 |
| HUNTCLE_0235618 | HUNTCLE_0235647 | HUNTCLE_0236065 |
| HUNTCLE_0235619 | HUNTCLE_0235648 | HUNTCLE_0236066 |
| HUNTCLE_0235620 | HUNTCLE_0235649 | HUNTCLE_0236067 |
| HUNTCLE_0235621 | HUNTCLE_0235707 | HUNTCLE_0236068 |
| HUNTCLE_0235622 | HUNTCLE_0235708 | HUNTCLE_0236069 |
| HUNTCLE_0235623 | HUNTCLE_0235975 | HUNTCLE_0236070 |
| HUNTCLE_0235624 | HUNTCLE_0235976 | HUNTCLE_0236071 |
| HUNTCLE_0235625 | HUNTCLE_0235977 | HUNTCLE_0236072 |
| HUNTCLE_0235626 | HUNTCLE_0235978 | HUNTCLE_0236073 |
| HUNTCLE_0235627 | HUNTCLE_0235979 | HUNTCLE_0236074 |
| HUNTCLE_0235628 | HUNTCLE_0235980 | HUNTCLE_0236075 |
| HUNTCLE_0235629 | HUNTCLE_0235981 | HUNTCLE_0236076 |
| HUNTCLE_0235630 | HUNTCLE_0235982 | HUNTCLE_0236077 |
| HUNTCLE_0235631 | HUNTCLE_0235983 | HUNTCLE_0236079 |
| HUNTCLE_0235632 | HUNTCLE_0235999 | HUNTCLE_0236108 |
| HUNTCLE_0235633 | HUNTCLE_0236000 | HUNTCLE_0236195 |
| HUNTCLE_0235634 | HUNTCLE_0236001 | HUNTCLE_0236200 |
| HUNTCLE_0235635 | HUNTCLE_0236002 | HUNTCLE_0236201 |
| HUNTCLE_0235636 | HUNTCLE_0236003 | HUNTCLE_0236411 |
| HUNTCLE_0235637 | HUNTCLE_0236004 | HUNTCLE_0236512 |
| HUNTCLE_0235638 | HUNTCLE_0236005 | HUNTCLE_0236513 |

| | | |
|---|---|---|
| HUNTCLE_0236515 | HUNTCLE_0236811 | HUNTCLE_0237246 |
| HUNTCLE_0236516 | HUNTCLE_0236812 | HUNTCLE_0237247 |
| HUNTCLE_0236517 | HUNTCLE_0236813 | HUNTCLE_0237248 |
| HUNTCLE_0236518 | HUNTCLE_0236814 | HUNTCLE_0237249 |
| HUNTCLE_0236519 | HUNTCLE_0236815 | HUNTCLE_0237278 |
| HUNTCLE_0236520 | HUNTCLE_0236816 | HUNTCLE_0237566 |
| HUNTCLE_0236521 | HUNTCLE_0236817 | HUNTCLE_0237850 |
| HUNTCLE_0236522 | HUNTCLE_0236818 | HUNTCLE_0237851 |
| HUNTCLE_0236523 | HUNTCLE_0236819 | HUNTCLE_0237852 |
| HUNTCLE_0236524 | HUNTCLE_0236859 | HUNTCLE_0237853 |
| HUNTCLE_0236525 | HUNTCLE_0236940 | HUNTCLE_0237854 |
| HUNTCLE_0236526 | HUNTCLE_0236941 | HUNTCLE_0237855 |
| HUNTCLE_0236527 | HUNTCLE_0236942 | HUNTCLE_0237856 |
| HUNTCLE_0236528 | HUNTCLE_0236943 | HUNTCLE_0237858 |
| HUNTCLE_0236529 | HUNTCLE_0236944 | HUNTCLE_0237859 |
| HUNTCLE_0236530 | HUNTCLE_0236945 | HUNTCLE_0237904 |
| HUNTCLE_0236531 | HUNTCLE_0236946 | HUNTCLE_0237975 |
| HUNTCLE_0236532 | HUNTCLE_0236950 | HUNTCLE_0237978 |
| HUNTCLE_0236533 | HUNTCLE_0236955 | HUNTCLE_0237979 |
| HUNTCLE_0236534 | HUNTCLE_0236956 | HUNTCLE_0237980 |
| HUNTCLE_0236535 | HUNTCLE_0236957 | HUNTCLE_0237981 |
| HUNTCLE_0236536 | HUNTCLE_0237098 | HUNTCLE_0237982 |
| HUNTCLE_0236537 | HUNTCLE_0237101 | HUNTCLE_0237983 |
| HUNTCLE_0236538 | HUNTCLE_0237240 | HUNTCLE_0237984 |
| HUNTCLE_0236539 | HUNTCLE_0237241 | HUNTCLE_0237996 |
| HUNTCLE_0236628 | HUNTCLE_0237242 | HUNTCLE_0237998 |
| HUNTCLE_0236807 | HUNTCLE_0237243 | HUNTCLE_0237999 |
| HUNTCLE_0236808 | HUNTCLE_0237244 | HUNTCLE_0238000 |
| HUNTCLE_0236809 | HUNTCLE_0237245 | HUNTCLE_0238003 |

| | | |
|---|---|---|
| HUNTCLE_0238005 | HUNTCLE_0238065 | HUNTCLE_0238859 |
| HUNTCLE_0238007 | HUNTCLE_0238066 | HUNTCLE_0238860 |
| HUNTCLE_0238009 | HUNTCLE_0238067 | HUNTCLE_0238861 |
| HUNTCLE_0238011 | HUNTCLE_0238178 | HUNTCLE_0238862 |
| HUNTCLE_0238012 | HUNTCLE_0238401 | HUNTCLE_0238863 |
| HUNTCLE_0238013 | HUNTCLE_0238402 | HUNTCLE_0238864 |
| HUNTCLE_0238014 | HUNTCLE_0238403 | HUNTCLE_0238884 |
| HUNTCLE_0238015 | HUNTCLE_0238404 | HUNTCLE_0238885 |
| HUNTCLE_0238016 | HUNTCLE_0238405 | HUNTCLE_0238943 |
| HUNTCLE_0238017 | HUNTCLE_0238406 | HUNTCLE_0239154 |
| HUNTCLE_0238018 | HUNTCLE_0238412 | HUNTCLE_0239196 |
| HUNTCLE_0238019 | HUNTCLE_0238414 | HUNTCLE_0239203 |
| HUNTCLE_0238020 | HUNTCLE_0238415 | HUNTCLE_0239264 |
| HUNTCLE_0238021 | HUNTCLE_0238840 | HUNTCLE_0239348 |
| HUNTCLE_0238022 | HUNTCLE_0238841 | HUNTCLE_0239363 |
| HUNTCLE_0238023 | HUNTCLE_0238842 | HUNTCLE_0239375 |
| HUNTCLE_0238024 | HUNTCLE_0238843 | HUNTCLE_0239376 |
| HUNTCLE_0238025 | HUNTCLE_0238844 | HUNTCLE_0239377 |
| HUNTCLE_0238026 | HUNTCLE_0238845 | HUNTCLE_0239378 |
| HUNTCLE_0238027 | HUNTCLE_0238846 | HUNTCLE_0239379 |
| HUNTCLE_0238028 | HUNTCLE_0238847 | HUNTCLE_0239380 |
| HUNTCLE_0238029 | HUNTCLE_0238848 | HUNTCLE_0239381 |
| HUNTCLE_0238030 | HUNTCLE_0238852 | HUNTCLE_0239382 |
| HUNTCLE_0238031 | HUNTCLE_0238853 | HUNTCLE_0239383 |
| HUNTCLE_0238032 | HUNTCLE_0238854 | HUNTCLE_0239922 |
| HUNTCLE_0238033 | HUNTCLE_0238855 | HUNTCLE_0239923 |
| HUNTCLE_0238062 | HUNTCLE_0238856 | HUNTCLE_0239924 |
| HUNTCLE_0238063 | HUNTCLE_0238857 | HUNTCLE_0239925 |
| HUNTCLE_0238064 | HUNTCLE_0238858 | HUNTCLE_0239926 |

| | | |
|---|---|---|
| HUNTCLE_0239928 | HUNTCLE_0240645 | HUNTCLE_0241828 |
| HUNTCLE_0239930 | HUNTCLE_0240646 | HUNTCLE_0241829 |
| HUNTCLE_0239931 | HUNTCLE_0240647 | HUNTCLE_0241832 |
| HUNTCLE_0239932 | HUNTCLE_0240648 | HUNTCLE_0242017 |
| HUNTCLE_0239933 | HUNTCLE_0240649 | HUNTCLE_0242031 |
| HUNTCLE_0239934 | HUNTCLE_0240650 | HUNTCLE_0242041 |
| HUNTCLE_0239961 | HUNTCLE_0240651 | HUNTCLE_0242053 |
| HUNTCLE_0240002 | HUNTCLE_0240652 | HUNTCLE_0242202 |
| HUNTCLE_0240003 | HUNTCLE_0240709 | HUNTCLE_0242212 |
| HUNTCLE_0240398 | HUNTCLE_0240784 | HUNTCLE_0242280 |
| HUNTCLE_0240399 | HUNTCLE_0240785 | HUNTCLE_0242281 |
| HUNTCLE_0240400 | HUNTCLE_0240786 | HUNTCLE_0242282 |
| HUNTCLE_0240409 | HUNTCLE_0240787 | HUNTCLE_0242285 |
| HUNTCLE_0240426 | HUNTCLE_0240788 | HUNTCLE_0242287 |
| HUNTCLE_0240434 | HUNTCLE_0240789 | HUNTCLE_0242288 |
| HUNTCLE_0240435 | HUNTCLE_0240790 | HUNTCLE_0242289 |
| HUNTCLE_0240436 | HUNTCLE_0240791 | HUNTCLE_0242290 |
| HUNTCLE_0240437 | HUNTCLE_0240860 | HUNTCLE_0242291 |
| HUNTCLE_0240438 | HUNTCLE_0240929 | HUNTCLE_0242355 |
| HUNTCLE_0240439 | HUNTCLE_0240943 | HUNTCLE_0242363 |
| HUNTCLE_0240440 | HUNTCLE_0240956 | HUNTCLE_0242382 |
| HUNTCLE_0240441 | HUNTCLE_0241024 | HUNTCLE_0242469 |
| HUNTCLE_0240498 | HUNTCLE_0241025 | HUNTCLE_0242479 |
| HUNTCLE_0240512 | HUNTCLE_0241026 | HUNTCLE_0242480 |
| HUNTCLE_0240613 | HUNTCLE_0241027 | HUNTCLE_0242484 |
| HUNTCLE_0240614 | HUNTCLE_0241028 | HUNTCLE_0242485 |
| HUNTCLE_0240615 | HUNTCLE_0241029 | HUNTCLE_0242486 |
| HUNTCLE_0240643 | HUNTCLE_0241030 | HUNTCLE_0242487 |
| HUNTCLE_0240644 | HUNTCLE_0241823 | HUNTCLE_0242488 |

| | | |
|---|---|---|
| HUNTCLE_0242489 | HUNTCLE_0247209 | HUNTCLE_0252398 |
| HUNTCLE_0242490 | HUNTCLE_0248109 | HUNTCLE_0252399 |
| HUNTCLE_0242493 | HUNTCLE_0248224 | HUNTCLE_0252400 |
| HUNTCLE_0242494 | HUNTCLE_0248225 | HUNTCLE_0252401 |
| HUNTCLE_0242495 | HUNTCLE_0248226 | HUNTCLE_0252402 |
| HUNTCLE_0242496 | HUNTCLE_0248227 | HUNTCLE_0252403 |
| HUNTCLE_0242497 | HUNTCLE_0248228 | HUNTCLE_0252404 |
| HUNTCLE_0242498 | HUNTCLE_0248229 | HUNTCLE_0252405 |
| HUNTCLE_0242499 | HUNTCLE_0248230 | HUNTCLE_0252406 |
| HUNTCLE_0242533 | HUNTCLE_0248231 | HUNTCLE_0252407 |
| HUNTCLE_0244622 | HUNTCLE_0248232 | HUNTCLE_0252440 |
| HUNTCLE_0245756 | HUNTCLE_0248233 | HUNTCLE_0252448 |
| HUNTCLE_0245757 | HUNTCLE_0248234 | HUNTCLE_0252449 |
| HUNTCLE_0245758 | HUNTCLE_0248238 | HUNTCLE_0252450 |
| HUNTCLE_0245759 | HUNTCLE_0248239 | HUNTCLE_0252451 |
| HUNTCLE_0245786 | HUNTCLE_0248240 | HUNTCLE_0252452 |
| HUNTCLE_0246436 | HUNTCLE_0248242 | HUNTCLE_0252453 |
| HUNTCLE_0246437 | HUNTCLE_0248243 | HUNTCLE_0252454 |
| HUNTCLE_0246438 | HUNTCLE_0249991 | HUNTCLE_0252455 |
| HUNTCLE_0246439 | HUNTCLE_0250014 | HUNTCLE_0252456 |
| HUNTCLE_0247200 | HUNTCLE_0251912 | HUNTCLE_0252457 |
| HUNTCLE_0247201 | HUNTCLE_0252020 | HUNTCLE_0252458 |
| HUNTCLE_0247202 | HUNTCLE_0252388 | HUNTCLE_0252459 |
| HUNTCLE_0247203 | HUNTCLE_0252392 | HUNTCLE_0252460 |
| HUNTCLE_0247204 | HUNTCLE_0252393 | HUNTCLE_0252464 |
| HUNTCLE_0247205 | HUNTCLE_0252394 | HUNTCLE_0252465 |
| HUNTCLE_0247206 | HUNTCLE_0252395 | HUNTCLE_0252466 |
| HUNTCLE_0247207 | HUNTCLE_0252396 | HUNTCLE_0252467 |
| HUNTCLE_0247208 | HUNTCLE_0252397 | HUNTCLE_0252485 |

HUNTCLE_0252486

HUNTCLE_0252487

HUNTCLE_0252488

HUNTCLE_0252489

HUNTCLE_0252490

HUNTCLE_0252491

HUNTCLE_0252492

HUNTCLE_0252493

HUNTCLE_0252495

HUNTCLE_0252496

HUNTCLE_0252497

HUNTCLE_0252498

HUNTCLE_0252499

HUNTCLE_0252500

HUNTCLE_0252501

HUNTCLE_0252502

HUNTCLE_0252503

HUNTCLE_0252504

HUNTCLE_0252505

HUNTCLE_0252506

HUNTCLE_0252531

HUNTCLE_0252643

HUNTCLE_0253121

HUNTCLE_0253527

HUNTCLE_0253534

HUNTCLE_0253535

HUNTCLE_0253536

HUNTCLE_0253537

HUNTCLE_0253538

HUNTCLE_0253539

HUNTCLE_0253540

HUNTCLE_0253541

HUNTCLE_0253542

HUNTCLE_0253543

HUNTCLE_0253544

HUNTCLE_0253545

HUNTCLE_0253546

HUNTCLE_0253547

HUNTCLE_0253548

HUNTCLE_0253549

HUNTCLE_0253550

HUNTCLE_0253551

HUNTCLE_0253552

HUNTCLE_0253553

HUNTCLE_0253554

HUNTCLE_0253555

HUNTCLE_0253556

HUNTCLE_0253557

HUNTCLE_0253558

HUNTCLE_0253559

HUNTCLE_0253560

HUNTCLE_0253561

HUNTCLE_0253562

HUNTCLE_0253962

HUNTCLE_0253963

HUNTCLE_0254146

Huntington_PD_WDC0003726

Huntington_PD_WDC0003727

Huntington_PD_WDC0004214

Huntington_PD_WDC0004218

Huntington_PD_WDC0015071

Huntington_PD_WDC0018105

Huntington_PD_WDC0023154

Huntington_PD_WDC0023155

Huntington_PD_WDC0024807

Huntington_PD_WDC0024808

Huntington_PD_WDC0025755

Huntington_PD_WDC0025757

Huntington_PD_WDC0025762

Huntington_PD_WDC0025763

Huntington_PD_WDC0027109

Huntington_PD_WDC0027110

Huntington_PD_WDC0027111

Huntington_PD_WDC0027112

Huntington_PD_WDC0027122

Huntington_PD_WDC0027123

Huntington_PD_WDC0028077

Huntington_PD_WDC0028109

Huntington_PD_WDC0028405

Huntington_PD_WDC0029445

Huntington_PD_WDC0029447

Huntington_PD_WDC0029513

Huntington_PD_WDC0029635

Huntington_PD_WDC0033009

Huntington_PD_WDC0033010

Huntington_PD_WDC0033353

Huntington_PD_WDC0033702

Huntington_PD_WDC0036413

Huntington_PD_WDC0036428

Huntington_PD_WDC0036476

Huntington_PD_WDC0042380

Huntington_PD_WDC0042381

Huntington_PD_WDC0042382

Huntington_PD_WDC0043545

Huntington_PD_WDC0044624

Huntington_PD_WDC0044759

Huntington_PD_WDC0044760

Huntington_PD_WDC0045773

Huntington_PD_WDC0054341

Huntington_PD_WDC0054342

Huntington_PD_WDC0061581

Huntington_PD_WDC0062875

Huntington_PD_WDC0065752

Huntington_PD_WDC0065753

Huntington_PD_WDC0067922

Huntington_PD_WDC0067923

Huntington_PD_WDC0073305

Huntington_PD_WDC0078620

Huntington_PD_WDC0084729

Huntington_PD_WDC0087153

Huntington_PD_WDC0087154

Huntington_PD_WDC0087993

Huntington_PD_WDC0096977

Huntington_PD_WDC0108737

Huntington_PD_WDC0108738

Huntington_PD_WDC0108741

Huntington_PD_WDC0108742

Huntington_PD_WDC0108743

Huntington_PD_WDC0119135

Huntington_PD_WDC0126050

Huntington_PD_WDC0127426

Huntington_PD_WDC0133410

Huntington_PD_WDC0133413

Huntington_PD_WDC0135662

Huntington_PD_WDC0135750

HuntingtonWV_HC0009558

| | | |
|---|---|---|
| HuntingtonWV_HC0009560 | HuntingtonWV_HC0037636 | HuntingtonWV_HC0043049 |
| HuntingtonWV_HC0029176 | HuntingtonWV_HC0038057 | HuntingtonWV_HC0043050 |
| HuntingtonWV_HC0029691 | HuntingtonWV_HC0039375 | HuntingtonWV_HC0043051 |
| HuntingtonWV_HC0029692 | HuntingtonWV_HC0041601 | HuntingtonWV_HC0043052 |
| HuntingtonWV_HC0029693 | HuntingtonWV_HC0041602 | HuntingtonWV_HC0043053 |
| HuntingtonWV_HC0029753 | HuntingtonWV_HC0041603 | HuntingtonWV_HC0043054 |
| HuntingtonWV_HC0031712 | HuntingtonWV_HC0041604 | HuntingtonWV_HC0043055 |
| HuntingtonWV_HC0032097 | HuntingtonWV_HC0041605 | HuntingtonWV_HC0043056 |
| HuntingtonWV_HC0032156 | HuntingtonWV_HC0041606 | HuntingtonWV_HC0043432 |
| HuntingtonWV_HC0032399 | HuntingtonWV_HC0041607 | HuntingtonWV_HC0043433 |
| HuntingtonWV_HC0035355 | HuntingtonWV_HC0041608 | HuntingtonWV_HC0043434 |
| HuntingtonWV_HC0035521 | HuntingtonWV_HC0041609 | HuntingtonWV_HC0043435 |
| HuntingtonWV_HC0035549 | HuntingtonWV_HC0041610 | HuntingtonWV_HC0043436 |
| HuntingtonWV_HC0035550 | HuntingtonWV_HC0041611 | HuntingtonWV_HC0043437 |
| HuntingtonWV_HC0037590 | HuntingtonWV_HC0041612 | HuntingtonWV_HC0043448 |
| HuntingtonWV_HC0037622 | HuntingtonWV_HC0041613 | HuntingtonWV_HC0043456 |
| HuntingtonWV_HC0037623 | HuntingtonWV_HC0041614 | HuntingtonWV_HC0043465 |
| HuntingtonWV_HC0037624 | HuntingtonWV_HC0042182 | HuntingtonWV_HC0043466 |
| HuntingtonWV_HC0037625 | HuntingtonWV_HC0042458 | HuntingtonWV_HC0043467 |
| HuntingtonWV_HC0037626 | HuntingtonWV_HC0042675 | HuntingtonWV_HC0043468 |
| HuntingtonWV_HC0037627 | HuntingtonWV_HC0042693 | HuntingtonWV_HC0043469 |
| HuntingtonWV_HC0037628 | HuntingtonWV_HC0042933 | HuntingtonWV_HC0043470 |
| HuntingtonWV_HC0037629 | HuntingtonWV_HC0043042 | HuntingtonWV_HC0043471 |
| HuntingtonWV_HC0037630 | HuntingtonWV_HC0043043 | HuntingtonWV_HC0043472 |
| HuntingtonWV_HC0037631 | HuntingtonWV_HC0043044 | HuntingtonWV_HC0043473 |
| HuntingtonWV_HC0037632 | HuntingtonWV_HC0043045 | HuntingtonWV_HC0043474 |
| HuntingtonWV_HC0037633 | HuntingtonWV_HC0043046 | HuntingtonWV_HC0043475 |
| HuntingtonWV_HC0037634 | HuntingtonWV_HC0043047 | HuntingtonWV_HC0043476 |
| HuntingtonWV_HC0037635 | HuntingtonWV_HC0043048 | HuntingtonWV_HC0043477 |

HuntingtonWV_HC0043493

HuntingtonWV_HC0043771

HuntingtonWV_HC0043818

HuntingtonWV_HC0043819

HuntingtonWV_HC0043820

HuntingtonWV_HC0043821

HuntingtonWV_HC0043822

HuntingtonWV_HC0044749

HuntingtonWV_HC0199319

HuntingtonWV_HC0199356

HuntingtonWV_HC0199363

HuntingtonWV_HC0200233

HuntingtonWV_HC0208080

HuntingtonWV_HC0208089

HuntingtonWV_HC0208141

HuntingtonWV_HC0208143

HuntingtonWV_HC0208147

HuntingtonWV_HC0208149

HuntingtonWV_HC0208708

IND_OG_HuntingtonWV_HC
0034083

IND_OG_HuntingtonWV_HC
0034085

IND_OG_HuntingtonWV_HC
0034087

IND_OG_HuntingtonWV_HC
0034089

IND_OG_HuntingtonWV_HC
0034091