## Evans, Karen

| | |
|---|---|
| **From:** | Auto-Receipt <noreply@mail.authorize.net> |
| **Sent:** | Monday, August 24, 2020 11:23 AM |
| **To:** | Bockus, Jane |
| **Subject:** | Transaction Receipt from The West Virginia State Bar for $358.00 (USD) |

**\*\*\* EXTERNAL\*\*\***

### Order Information

| | |
|---|---|
| Description: | Online Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 7e842ece7627ed08878f |
| Customer ID | 42057 |

**Billing Information**  
Jane Bockus  
418 Madison  
SAN ANTONIO, TX 78204  
US  
jbockus@dykema.com

**Shipping Information**

**Total: $358.00 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 24-Aug-2020 9:23:26 PDT |
| Transaction ID: | 62522945002 |
| Payment Method: | American Express xxxx2009 |
| Transaction Type: | Purchase |
| Auth Code: | 220546 |

### Merchant Contact Information

The West Virginia State Bar  
Charleston, WV 25311  
US  
halls@wvbar.org  
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.