**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2020, the foregoing *Cardinal Health, Inc.'s Disclosure of Expert Witnesses* was filed using the Court's CM/ECF system, which will serve notification of such filing on all counsel of record.

                                        */s/ Raymond S. Franks II*
                                        Raymond S. Franks II (WVSB #6523)