## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this the 27th day of August, 2020, the foregoing "McKesson Corporation's Disclosure of Expert Witnesses" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mark H. Lynch*
Mark H. Lynch