## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, AmerisourceBergen Drug Corporation's *Notice of Designation and Disclosure of Expert Witnesses* was sent to counsel for the Plaintiffs and Defendants using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)