IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

Civil Action No. 3:17-01362
Hon. David A. Faber

_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

Civil Action No. 3:17-01665
Hon. David A. Faber

### NOTICE OF REMOTE DEPOSITION OF RAHUL GUPTA, M.D.

Defendant Cardinal Health, Inc., by and through counsel, hereby give notice that the remote, oral videotaped deposition of Rahul Gupta, M.D. will take place on September 11, 2020, beginning at 9:00 a.m. Eastern Time. The deposition shall be videotaped and recorded stenographically and will be conducted before a notary public or other person authorized to administer oaths. Court reporting services and video recording services will be provided by Veritext Legal Solutions (216-523-1313; opioid@veritext.com), who will provide remote access for all parties wishing to participate via video conference or telephone.

PLEASE TAKE FURTHER NOTICE that the Deponent must have access to a laptop, computer, or tablet with web camera capability. Deponent may not use a cell phone to provide testimony. Deponent must also have the capability to view documents electronically. To the extent Deponent is not in possession of the required technology, documents shall be provided to the

Deponent in hard copy and/or Deponent's counsel shall provide the required technology. Recommended Specifications are below:

       i. Computer

       ii. Web Camera

       iii. Internet Browser (Google Chrome Preferred)

       iv. Minimum 10 mb/s wired, secure internet connection

At minimum, Deponent must have sufficient internet connectivity and bandwidth to support a video deposition. Such capacity shall be sufficient to ensure that when used with the system selected for the deposition, there shall be (a) high-quality video upload (from Deponent) and download (to other Participants), (b) no material time discrepancy between audio and video, and (c) consistent connectivity, with no material disruptions.

Dated:   August 31, 2020

                                      Respectfully submitted,

                                      /s/ Steven R. Ruby
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WWVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY, DOUGLAS, KESSLER & Ruby, PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rfranks@cdkrlaw.com
***Counsel for Cardinal Health, Inc.***

>Enu Mainigi
>F. Lane Heard III
>Ashley W. Hardin
>WILLIAMS & CONNOLLY LLP
>725 Twelfth Street NW
>Washington, DC 20005
>Telephone: (202) 434-5000
>Facsimile: (202) 434-5029
>emainigi@wc.com
>lheard@wc.com
>ahardin@wc.com
>***Counsel for Cardinal Health, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 31st day of August, 2020, the foregoing "Notice of Remote Deposition of Rahul Gupta, M.D." was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail to mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com.

Dated: August 31, 2020

  /s/ Steven R. Ruby
Steven R. Ruby (WVSB No. 10752)