**From:** Auto-Receipt <noreply@mail.authorize.net>
**Date:** August 26, 2020 at 4:12:07 PM CDT
**To:** Erin Dickinson <ekd@cruegerdickinson.com>
**Subject: Transaction Receipt from The West Virginia State Bar for $358.00 (USD)**
**Reply-To:** "Sarah Hall" <halls@wvbar.org>

### Order Information

| | |
|---|---|
| Description: | Online Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 3d1ed40e016da4cde579 |
| Customer ID | 42099 |

**Billing Information**
Erin Dickinson
4532 N OAKLAND AVE
WHITEFISH BAY, WI 53211
US
ekd@cruegerdickinson.com

**Shipping Information**

**Total: $358.00 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 26-Aug-2020 14:12:02 PDT |
| Transaction ID: | 62526663951 |
| Payment Method: | American Express xxxx1014 |
| Transaction Type: | Purchase |
| Auth Code: | 206432 |

### Merchant Contact Information

The West Virginia State Bar
Charleston, WV 25311
US
halls@wvbar.org
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.