

Joseph S Bushur
Log out

# Thank You for Your Payment

Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status click here

Your transaction has been processed successfully.
An email receipt has also been sent to jbushur@wc.com

## Payment Information

| Item | Qty | Unit Price | Total Price |
|---|---|---|---|
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |

**Payment Total: $ 358.00**

Date: September 1st, 2020 12:29 PM
Transaction #: 62536445836

## PHV Case Information

Civil Action Number: 3:17-01362

Email: lhelfmann@wc.com

## Billing Name and Address

David R Pogue
707 Virginia Street East Suite 901
Charleston, WV 25301

## Your Email

jbushur@wc.com

## Credit Card