IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                                       CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                                         CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

## AMENDED NOTICE OF REMOTE DEPOSITION OF DAVID COURTWRIGHT

    Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc. and McKesson Corporation ("Distributor Defendants"), by and through counsel, hereby give notice that the remote, oral videotaped deposition of David Courtwright will take place on September 10, 2020, beginning at 9:30 a.m. Eastern Time. The deposition shall be videotaped and recorded stenographically and will be conducted before a notary public or other person authorized to administer oaths. Court reporting services and video recording services will be provided by Veritext Legal Solutions (216-523-1313; opioid@veritext.com), who will provide remote access for all parties wishing to participate via video conference or telephone.

    Defendants request production of the following in advance of the deposition: An itemization of the hours spent and expected to be spent, and compensation paid and expected to

be paid, for the Deponent's work and for each member of the Deponent's support team's work in this matter, including all invoices submitted to counsel.

PLEASE TAKE FURTHER NOTICE that the Deponent must have access to a laptop, computer, or tablet with web camera capability. Deponent may not use a cell phone to provide testimony. Deponent must also have the capability to view documents electronically. To the extent Deponent is not in possession of the required technology, documents shall be provided to the Deponent in hardcopy and/or Deponent's counsel shall provide the required technology. Recommended Specifications are below:

 i. Computer
 ii. Web Camera
 iii. Internet Browser (Google Chrome Preferred)
 iv. Minimum 10 mb/s wired, secure internet connection

At minimum, Deponent must have sufficient internet connectivity and bandwidth to support a video deposition. Such capacity shall be sufficient to ensure that when used with the system selected for the deposition, there shall be (a) high-quality video upload (from Deponent) and download (to other Participants), (b) no material time discrepancy between audio and video, and (c) consistent connectivity, with no material disruptions.

Dated: September 2, 2020

                                      Respectfully submitted,

                                      ***AmerisourceBergen Drug Corporation***
                                      By Counsel:

                                      */s/ Gretchen M. Callas*
                                      Gretchen M. Callas (WVSB #7136)
                                      JACKSON KELLY PLLC
                                      Post Office Box 553
                                      Charleston, West Virginia 25322
                                      Tel: (304) 340-1000
                                      Fax: (304) 340-1050
                                      gcallas@jacksonkelly.com

        Robert A. Nicholas
        Shannon E. McClure
        REED SMITH LLP
        Three Logan Square
        1717 Arch Street, Suite 3100
        Philadelphia, PA 19103
        Tel: (215) 851-8100
        Fax: (215) 851-1420
        nicholas@reedsmith.com
        smcclure@reedsmith.com

        *Cardinal Health, Inc.*
        By Counsel:

        */s/ Michael W. Carey*
        Michael W. Carey (WVSB #635)
        David R. Pogue (WVSB #10806)
        Steven R. Ruby (WVSB #10752)
        Raymond S. Franks II (WVSB #6523)
        Carey, Scott, Douglas & Kessler, PLLC
        901 Chase Tower, 707 Virginia Street, East
        P.O. Box 913
        Charleston, WV 25323
        Telephone: (304) 345-1234
        mwcarey@csdlawfirm.com
        drpogue@csdlawfirm.com
        sruby@cdkrlaw.com
        rfranks@cdkrlaw.com

        */s/ Enu Mainigi*
        Enu Mainigi
        F. Lane Heard III
        Ashley W. Hardin
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street NW
        Washington, DC 20005
        Tel: (202) 434-5000
        Fax: (202) 434-5029
        emainigi@wc.com
        lheard @wc.com
        ahardin@wc.com

*McKesson Corporation*
By Counsel:

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2020, the foregoing *Amended Notice of Remote Deposition of David Courtwright* was sent to Counsel for the Plaintiffs and Defendants using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB # 7136)
