IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                             CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                               CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

### ORDER

Pending before the court are plaintiffs' motion to compel and amended motion to compel. (ECF Nos. 168 and 173). The parties have informed the court that those motions were resolved by the parties. Accordingly, the Clerk is directed to **TERMINATE** those motions as moot.

The Clerk is directed to send copies of this Order to counsel of record.

    **IT IS SO ORDERED** this 4th day of September, 2020.

                            ENTER: *David A. Faber*

                                      David A. Faber
                                      Senior United States District Judge