**From:** Auto-Receipt <noreply@mail.authorize.net>
**Sent:** Tuesday, September 8, 2020 2:34 PM
**To:** David Ko <dko@KellerRohrback.com>
**Subject:** Transaction Receipt from The West Virginia State Bar for $358.00 (USD)

| Order Information | |
|---|---|
| Description: | Online Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 5dc24395fcc9b2c5730c |
| Customer ID | 42276 |

**Billing Information**                                    **Shipping Information**
David Ko
1201 3RD AVE STE 3200
SEATTLE, WA 98101
US
dko@kellerrohrback.com

**Total:  $358.00 (USD)**

| Payment Information | |
|---|---|
| Date/Time: | 8-Sep-2020 14:34:14 PDT |
| Transaction ID: | 62549483595 |
| Payment Method: | Visa xxxx7598 |
| Transaction Type: | Purchase |
| Auth Code: | 008431 |

Merchant Contact Information
The West Virginia State Bar
Charleston, WV 25311
US
halls@wvbar.org
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.