**Sent:** Tuesday, September 8, 2020 2:51 PM
**To:** Derek Loeser <dloeser@KellerRohrback.com>
**Subject:** Transaction Receipt from The West Virginia State Bar for $358.00 (USD)

| Order Information | |
|---|---|
| Description: | Online Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 0f6dc11a37de2e359c41 |
| Customer ID | 42278 |

**Billing Information**                    **Shipping Information**
Derek Loeser
1201 3RD AVE
SEATTLE, WA 98101
US
dloeser@kellerrohrback.com

**Total:  $358.00 (USD)**

| Payment Information | |
|---|---|
| Date/Time: | 8-Sep-2020 14:50:32 PDT |
| Transaction ID: | 62549508869 |
| Payment Method: | Visa xxxx5869 |
| Transaction Type: | Purchase |
| Auth Code: | 008358 |

| Merchant Contact Information |
|---|

The West Virginia State Bar
Charleston, WV 25311
US
halls@wvbar.org
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.

1