**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| THE CITY OF HUNTINGTON, | ) | No. 3:17-01362 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Hon. David A. Faber |
| | ) | |
| AMERISOURCEBERGEN DRUG | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| CABELL COUNTY COMMISSION, | ) | No. 3:17-01665 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Hon. David A. Faber |
| | ) | |
| AMERISOURCEBERGEN DRUG | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' NOTICE OF ORAL VIDEOTAPED EXPERT DEPOSITION**
**OF JOHN J. MACDONALD III**

PLEASE TAKE NOTICE that, pursuant to the applicable Federal Rules of Civil Procedure

and the Deposition Protocol governing this litigation, Plaintiffs, by and through the undersigned

counsel, will take the oral videotaped deposition of John J. MacDonald III, on September 15, 2020,

beginning at 9:00 a.m. Eastern Daylight Time.  Court reporting services and video recording

services will be provided by Golkow Global Litigation Services via alternative video

teleconferencing (VTC) services (Zoom).  Parties who wish to access the deposition are asked to

contact scheduling@golkow.com, which will provide access codes prior to the deposition.

4834-2129-8378.v1

This deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.  Plaintiffs reserve the right to seek additional time pursuant to any failure by Defendants to timely provide any supporting materials or data related to the expert report of Mr. MacDonald.

The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered by this Court.  Court reporting services and video recording services will be provided by Golkow Global Litigation Services.

A request for records is attached as Exhibit A.

DATED:  September 9, 2020

**THE CITY OF HUNTINGTON**                                    **CABELL COUNTY COMMISSION**


s/ Anne McGinniss Kearse                                        s/ Paul T. Farrell, Jr.
ANNE McGINNISS KEARSE                                    PAUL T. FARRELL, JR.

Anne McGinness Kearse (WVSB 12547)                  Paul T. Farrell, Jr. (WVSB 7443)
Joseph F. Rice                                                          FARRELL LAW
MOTLEY RICE LLC                                                 422 Ninth Street, Third Floor (25701)
28 Bridgeside Boulevard                                          P.O. Box 1180
Mount Pleasant, SC  29464                                     Huntington, WV  25714-1180
Telephone:  843/216-9000                                       Mobile:  304/654-8281
843/216-9450 (fax)                                                 paul@farrell.law
akearse@motleyrice.com
jrice@motleyrice.com

4834-2129-8378.v1

- 3 -

                                                          s/ Anthony J. Majestro
                                                         ANTHONY J. MAJESTRO

Linda Singer                                    Anthony J. Majestro (WVSB 5165)
David I. Ackerman                               POWELL & MAJESTRO, PLLC
MOTLEY RICE LLC                                 405 Capitol Street, Suite P-1200
409 Ninth Street NW, Suite 1001                 Charleston, WV  25301
Washington, DC  20004                           Telephone:  304/346-2889
Telephone:  202/232-5504                        304/346-2895 (fax)
202/386-9622 (fax)                              amajestro@powellmajestro.com
lsinger@motleyrice.com
dackerman@motleyrice.com


Charles R. "Rusty" Webb (WVSB 4872)             Michael A. Woelfel (WVSB 4106)
THE WEBB LAW CENTRE, PLLC                        WOELFEL AND WOELFEL, LLP
716 Lee Street East                             801 Eighth Street
Charleston, WV  25301                           Huntington, WV  25701
Telephone:  304/344-9322                        Telephone:  304/522-6249
304/344-1157 (fax)                              304/522-9282 (fax)
rusty@rustywebb.com                             mikewoelfel3@gmail.com

4834-2129-8378.v1

**EXHIBIT A**

Pursuant to the Rule 26(e) of Federal Rules of Civil Procedure, this will serve as a request for the Deponent to supplement his Rule 26(a)(2) report and produce the following documents prior to or at the deposition:

1.     All documents or other materials you reviewed since the date of your report that you have not specifically identified in your report in preparation for your expected testimony.

2.     A statement of the compensation to be paid for your study and testimony in this case.

3.     A copy of the most current and accurate *curriculum vitae* (C.V.) as of the date of your deposition.

4834-2129-8378.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2020, a copy of the foregoing

**PLAINTIFFS' NOTICE OF ORAL VIDEOTAPED EXPERT DEPOSITION OF JOHN J.**

**MACDONALD III** has been filed electronically using the Court's CM/ECF system and will be

served via the Court's CM/ECF filing system, which will send notification of such filing to the

attorneys of record at their e-mail addresses on file with the Court.


                                              s/ Anthony J. Majestro
                                             ANTHONY J. MAJESTRO

4834-2129-8378.v1