UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON,**
    **Plaintiff,**
**v.**                                              CIVIL ACTION NO. 3:17-01362
**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
    **Defendants.**

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**                               *Consolidated case:*
**v.**                                              CIVIL ACTION NO. 3:17-01665
**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
    **Defendants.**

**PLAINTIFFS' NOTICE OF REMOTE**
**VIDEOTAPED 30(b)(6) DEPOSITION OF DELOITTE**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), and the Deposition Protocol governing this litigation, Plaintiffs City of Huntington and Cabell County Commission, by and through undersigned counsel, hereby give notice that the oral videotaped deposition will be taken of one or more officers, directors, or managing agents, or other persons designated by Deloitte Touche Tohmatsu Limited ("Deloitte"), upon the particular topics identified in Attachment A to the Subpoena, attached hereto as Exhibit 1. The deposition will be held on **September 18** at **9:00 AM (Eastern Standard Time) remotely** or another date, time, and location to be determined at the mutual convenience of the parties.

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the

1

Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered by the Court. Court reporting services and video recording services will be provided by Golkow Global Litigation Services. Parties who wish to attend may RSVP to the deposition by emailing scheduling@golkow.com.

Dated: September 10, 2020                     Respectfully submitted,

Plaintiffs,

THE CITY OF HUNTINGTON and
CABELL COUNTY COMMISSION

/s/ *Michael J. Fuller, Jr.*
Michael J. Fuller, Jr. (WV Bar No. 10150)
**McHUGH FULLER LAW GROUP, PLLC**
97 Elias Whiddon Rd.
Hattiesburg, MS  39402
T: 601-261-2220
F: 601-261-2481
mike@mchughfuller.com

Paul T. Farrell, Jr. (WVSB No. 7443)
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
P.O. Box 1180
Huntington, WV  25714-1180
Tel:  304-654-8281
paul@farrell.law

Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9000
Fax:  843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2020, a copy of the foregoing **PLAINTIFFS' NOTICE OF REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF DELOITTE** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

>                  */s/ Michael J. Fuller, Jr..*
>                    Michael J. Fuller, Jr.