UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                                                      Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

CABELL COUNTY COMMISSION,
     Plaintiff,

v.                                                                       Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

## CT2 PLAINTIFFS' MOTION TO COMPEL CUSTODIAL DEPOSITION OF HEALTHCARE DISTRIBUTION ALLIANCE TO ESTABLISH AUTHENTICATION OF EVIDENTIARY FOUNDATION OF DOCUMENTS PRODUCED IN MDL2804

COME NOW Plaintiffs, City of Huntington (City) and Cabell County Commission (County) and request this Court enter an order compelling third-party, Healthcare Distribution Alliance ("HDA"), to designate and produce a witness(es) to establish authentication and the evidentiary foundation for certain documents produced in this litigation. In support of their motion, Plaintiffs state as follows:

1.    The bench trial of this matter is set to begin on October 19, 2020. Plaintiffs have attempted and failed to reach an agreement with the Defendants regarding the authentication, foundation, and admissibility of documents produced by HDA in this litigation.

2.    Plaintiffs filed and served a Notice of 30(b)(6) Deposition of the Healthcare Distribution Alliance before the deadline for the conclusion of fact witness depositions (ECF 785)

to protect the record and cure any evidentiary defects. Meanwhile, Plaintiffs provided HDA and the Defendants with a list of seventy (70) document families[1] seeking a stipulation on the following:

    (a)    The HDA documents were produced in the MDL2804 litigation pursuant to the Federal Rules of Civil Procedure.  FRE 902(8); In re 3M Combat Arms Earplug Prods. Liab. Litig., No. 3:19md 2885, 2020 U.S. Dist. LEXIS 10337, at *6 n.8 (N.D. Fla. Jan. 22, 2020);

    (b)    The HDA documents are true and accurate duplicates of the originals.  FRE 901(b)(1); FRE 1001(d)-(e); United States v. Oriach, 222 F. App'x 312, 314 (4th Cir. 2007);

    (c)    The HDA documents were made and maintained in the ordinary course of business.  FRE 803(6); FRE 902(11); Little v. Cellco P'ship, 304 F. Supp. 3d 508, 512 n.2 (S.D. W. Va. 2018); and

    (d)    No other witness is required to present these documents to the Court; nonetheless, Defendants reserve the right to object on FRE 401, 402 and/or 403.

3.    Plaintiffs requested available deposition dates from both HDA and the Defendants by email dated September 8, 2020.  To date no response has been received.  Time is of the essence.

**WHEREFORE**, Plaintiffs request this Court enter an order compelling HDA to produce one or more witnesses to authenticate and lay the evidentiary foundation for its documents prior to the trial of this matter and/or other relief as may be afforded under federal law.

---

[1] This list was pared down and presented as an exemplar in an attempt to establish an efficient process for the admission of (undisputed) documents during the bench trial. Plaintiffs acknowledge its burden of proof under the Federal Rules of Evidence as well as the Defendants' right to insist on strict compliance with the same.

3

Dated:  August 20, 2020

Respectfully submitted,

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse (WVSB No. 12547) | Paul T. Farrell, Jr., Esq. (WVSB No. 7443) |
| **MOTLEY RICE LLC** | **FARRELL LAW** |
| 28 Bridgeside Blvd. | P.O. Box 1180 |
| Mount Pleasant, SC 29464 | Huntington, WV 25714-1180 |
| Tel:  843-216-9000 | 422 Ninth Street, 3rd Floor |
| Fax:  843-216-9450 | Huntington, West Virginia 25701 |
| akearse@motleyrice.com | office: 304.523.7285 |
| | cell: 304.654.8281 |
| | email: paul@farrell.law |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2020, the foregoing was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system as well as on all counsel via email to plaintiffs' listserv at mdl2804discovery@motleyrice.com and defendants' listservs at track2opioiddefendants@reedsmith.com. Counsel for HDA is served via email:

Brian S. Weinstein, brian.weinstein@davispolk.com

Cristina M. Rincon, cristina.rincon@davispolk.com

Chase McReynolds, chase.mcreynolds@davispolk.com

/s/ Monique Christenson
Monique Christenson (SC Bar No. 104063)
**MOTLEY RICE LLC**