## ATTACHMENT A

## DEFINITIONS

A.      The term "LITIGATION" shall refer the pending lawsuits captioned *In re National Prescription Opiate Litigation*, N.D. Ohio, Case No. 1:17-MD-2804, *City of Huntington v. AmerisourceBergen Drug Corporation, et al.*, S.D. West Virginia, Case No.: 3:17-01362, and *Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*, S.D. West Virginia, Case No. 3:17-01665.

B.      The terms "DOCUMENT" and "DOCUMENTS" shall be synonymous in meaning and equal in scope of the usage of this term in Fed. R. Civ. P. 34.  A draft or non-identical copy is a separate Document within the meaning of this term.  In all events, the definition of "Document" shall include "Communication," as defined below.

## DEPOSITION TOPICS

**DEPOSITION TOPIC NO. 1**:

The following documents Cardinal Health produced in response to discovery requests and Court Orders in this LITIGATION, as identified by Bates numbers

        CAH_ALASKA_00037704,
        CAH_ALASKA_00047030,
        CAH_ALASKA_00190590,
        CAH_ANNEARUNDEL_0155989,
        CAH_FEDWV_00017569,
        CAH_FEDWV_00386778,
        CAH_MDL_PRIORPROD_DEA07_00012001,
        CAH_MDL_PRIORPROD_DEA07_00135433,
        CAH_MDL_PRIORPROD_DEA07_00318789,
        CAH_MDL_PRIORPROD_DEA07_00827893,
        CAH_MDL_PRIORPROD_DEA07_00837645,
        CAH_MDL_PRIORPROD_DEA07_00869965,
        CAH_MDL_PRIORPROD_DEA07_00968964-R,
        CAH_MDL_PRIORPROD_DEA07_01052516,
        CAH_MDL_PRIORPROD_DEA07_01053067,
        CAH_MDL_PRIORPROD_DEA07_01111292,

      CAH_MDL_PRIORPROD_DEA07_01181262,
      CAH_MDL_PRIORPROD_DEA07_01198345,
      CAH_MDL_PRIORPROD_DEA07_02088028,
      CAH_MDL_PRIORPROD_DEA12_00004353,
      CAH_MDL_PRIORPROD_DEA12_00010978,
      CAH_MDL_PRIORPROD_DEA12_00013056,
      CAH_MDL_PRIORPROD_DEA12_00014414,
      CAH_MDL_PRIORPROD_HOUSE_0003331,
      CAH_MDL_PRIORPRODDEA07_00883454, and
      CAH_MDL_PRIORPRODDEA07_00884294,

including:

i. The date of the creation of each document;

ii. The circumstances surrounding the creation of each document, including:

    a. Who created the document;

    b. If the document was not created by Cardinal, where the document came from, when it came into Cardinal's possession, how and why it came into Cardinal's possession, and why Cardinal maintained said document;

    c. Who was provided the document; and

    d. The reason(s) why the document was created;

iii. The use of each document;

**DEPOSITION TOPIC NO. 2:**

Whether each document included in Deposition Topic No. 1 (above) constitutes a business record of Cardinal Health, as that term is used in Fed. R. Evid. 803(6), including:

i. Whether it is Cardinal Health's regular practice to prepare documents and records for use in Cardinal Health's business;

ii. Whether it is Cardinal Health's regular practice to prepare documents and records at or near the date of the date(s) indicated on them;

    iii.       Whether it is Cardinal Health's regular practice to retain and maintain records in the ordinary course of Cardinal Health's business; and

    iv.       Whether these documents were maintained in Cardinal Health's computer systems or custodial or business files.

**DEPOSITION TOPIC NO. 3**:

      The authenticity of each document included in Deposition Topic No. 1 (above or any additional document identified based on the above questions), as that term is used in Fed. R. Evid. 901. Is this a true and accurate duplicate of the original document as found in Cardinal's files? FRE 901(b)(1); FRE 1001(d)-(e); *United States v. Oriach*, 222 F. App'x 312, 314 (4th Cir. 2007).