IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **The City of Huntington,**<br>       **Plaintiff,**<br>v.<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>       **Defendants.** | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| **Cabell County Commission,**<br>       **Plaintiff,**<br>v.<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>       **Defendants.** | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

### SECOND AMENDED NOTICE OF REMOTE VIDEOTAPED DEPOSITION OF KATHERINE KEYES

**PLEASE TAKE NOTICE** that, pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Defendants, by and through undersigned counsel, will take the remote, oral, videotaped deposition of **Katherine Keyes**, on **September 15, 2020**, beginning at **9:00 a.m. Eastern Standard Time.** Court reporting services and video recording services will be provided by Veritext Legal Solutions via alternative video teleconferencing (VTC) services (Zoom). Parties who wish to access the deposition by phone may dial in using conference call number **646-568-7788** and access code **8030287568**.

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District ofWest Virginia request for records is attached hereto as E, and all Pretrial Orders and Case Management Orders entered by the Court.

A request for records is attached hereto as Exhibit A.

Dated:  September 11, 2020          Respectfully submitted,

                                        */s/ Jeffrey M. Wakefield*
                                        Jeffrey M. Wakefield (WVSB #3894)
                                        jwakefield@flahertylegal.com
                                        Jason L. Holliday (WVSB #12749)
                                        jholliday@flahertylegal.com
                                        FLAHERTY SENSABAUGH BONASSO PLLC
                                        P.O. Box. 3843
                                        Charleston, WV 25338-3843
                                        Telephone: (304) 345-0200

                                        */s/ Mark H. Lynch*
                                        Geoffrey E. Hobart
                                        Mark H. Lynch
                                        Christian J. Pistilli
                                        Laura Flahive Wu
                                        COVINGTON & BURLING LLP
                                        One CityCenter
                                        850 Tenth Street NW Washington, DC 20001
                                        Tel: (202) 662-5281
                                        ghobart@cov.com
                                        mlynch@cov.com
                                        cpistilli@cov.com
                                        lflahivewu@cov.com

                                        *Counsel for McKesson Corporation*

## **Exhibit A**

1. An itemization of the hours spent and expected to be spent, and compensation paid and expected to be paid, for your work and for each member of your support team's work in this matter, including all invoices submitted to counsel.

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on 11th day of September, 2020, the forgoing was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  September 11, 2020                    */s/ Mark H. Lynch*
                                              Mark H. Lynch