L R Civ P 7.1(a)(9) Form (06/08/2017)
L R CR P 12.1(e) Form (06/08/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

AT **SELECT ONE:**

**City of Huntington, West Virginia (L) and Cabell County Commission**

**v.**

**AmerisourceBergen Drug Corporation, et al.,**

NOTICE OF CERTIFICATION FOR
USE OF COURTROOM TECHNOLOGY

CIVIL ACTION NUMBER **3:17-cv-01362**

Comes now the **Plaintiffs**, by counsel, and do(es) hereby certify pursuant to **LR Civ P 7.1(f)** that the court's technology staff was contacted by telephone or in person, to arrange for the use of courtroom technology **at the trial of this** action set for **10/19/2020**.

Anticipated Equipment Usage (select all that apply):

- ☐ VCR/DVD Player
- ☑ Document Camera
- ☑ Laptop
- ☑ Annotation System

☑ I request training/testing of anticipated equipment before the date of the use.

☐ I do not require training/testing.

s/Anthony J. Majestro

Anthony J. Majestro (WVSB 5165)
Powell & Majestro, PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Phone: 304-346-2889
Fax:     304-346-2895
amajestro@powellmajestro.com