**EXHIBIT 1**

| | | |
|---|---|---|
| HUNT_ESI_REV_000005864 | HUNT_ESI_REV_000016553 | HUNT_ESI_REV_000020721 |
| HUNT_ESI_REV_000005865 | HUNT_ESI_REV_000016554 | HUNT_ESI_REV_000020723 |
| HUNT_ESI_REV_000005867 | HUNT_ESI_REV_000018258 | HUNT_ESI_REV_000020726 |
| HUNT_ESI_REV_000005868 | HUNT_ESI_REV_000018259 | HUNT_ESI_REV_000020727 |
| HUNT_ESI_REV_000016292 | HUNT_ESI_REV_000018458 | HUNT_ESI_REV_000020728 |
| HUNT_ESI_REV_000016293 | HUNT_ESI_REV_000018459 | HUNT_ESI_REV_000021914 |
| HUNT_ESI_REV_000016295 | HUNT_ESI_REV_000018461 | HUNT_ESI_REV_000021915 |
| HUNT_ESI_REV_000016296 | HUNT_ESI_REV_000018462 | HUNT_ESI_REV_000021917 |
| HUNT_ESI_REV_000016490 | HUNT_ESI_REV_000020680 | HUNT_ESI_REV_000021920 |
| HUNT_ESI_REV_000016491 | HUNT_ESI_REV_000020681 | HUNT_ESI_REV_000021921 |
| HUNT_ESI_REV_000016493 | HUNT_ESI_REV_000020683 | HUNT_ESI_REV_000021922 |
| HUNT_ESI_REV_000016494 | HUNT_ESI_REV_000020686 | HUNT_ESI_REV_000021927 |
| HUNT_ESI_REV_000016498 | HUNT_ESI_REV_000020687 | HUNT_ESI_REV_000021928 |
| HUNT_ESI_REV_000016499 | HUNT_ESI_REV_000020688 | HUNT_ESI_REV_000021930 |
| HUNT_ESI_REV_000016501 | HUNT_ESI_REV_000020693 | HUNT_ESI_REV_000021933 |
| HUNT_ESI_REV_000016502 | HUNT_ESI_REV_000020694 | HUNT_ESI_REV_000021934 |
| HUNT_ESI_REV_000016506 | HUNT_ESI_REV_000020696 | HUNT_ESI_REV_000021935 |
| HUNT_ESI_REV_000016507 | HUNT_ESI_REV_000020699 | HUNT_ESI_REV_000021941 |
| HUNT_ESI_REV_000016509 | HUNT_ESI_REV_000020700 | HUNT_ESI_REV_000021942 |
| HUNT_ESI_REV_000016510 | HUNT_ESI_REV_000020701 | HUNT_ESI_REV_000021944 |
| HUNT_ESI_REV_000016545 | HUNT_ESI_REV_000020707 | HUNT_ESI_REV_000021947 |
| HUNT_ESI_REV_000016546 | HUNT_ESI_REV_000020708 | HUNT_ESI_REV_000021948 |
| HUNT_ESI_REV_000016547 | HUNT_ESI_REV_000020710 | HUNT_ESI_REV_000021949 |
| HUNT_ESI_REV_000016548 | HUNT_ESI_REV_000020713 | HUNT_ESI_REV_000021954 |
| HUNT_ESI_REV_000016549 | HUNT_ESI_REV_000020714 | HUNT_ESI_REV_000021955 |
| HUNT_ESI_REV_000016551 | HUNT_ESI_REV_000020715 | HUNT_ESI_REV_000021957 |
| HUNT_ESI_REV_000016552 | HUNT_ESI_REV_000020720 | HUNT_ESI_REV_000021960 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000021961 | HUNT_ESI_REV_000194168 | HUNT_ESI_REV_000603634 |
| HUNT_ESI_REV_000021962 | HUNT_ESI_REV_000194170 | HUNT_ESI_REV_000603636 |
| HUNT_ESI_REV_000112502 | HUNT_ESI_REV_000198494 | HUNT_ESI_REV_000603638 |
| HUNT_ESI_REV_000112504 | HUNT_ESI_REV_000198496 | HUNT_ESI_REV_000603640 |
| HUNT_ESI_REV_000112506 | HUNT_ESI_REV_000198498 | HUNT_ESI_REV_000603645 |
| HUNT_ESI_REV_000112508 | HUNT_ESI_REV_000198500 | HUNT_ESI_REV_000603650 |
| HUNT_ESI_REV_000170105 | HUNT_ESI_REV_000411648 | HUNT_ESI_REV_000603652 |
| HUNT_ESI_REV_000170109 | HUNT_ESI_REV_000411650 | HUNT_ESI_REV_001251607 |
| HUNT_ESI_REV_000172731 | HUNT_ESI_REV_000411652 | HUNT_ESI_REV_001251610 |
| HUNT_ESI_REV_000172734 | HUNT_ESI_REV_000411654 | HUNT_ESI_REV_001251613 |
| HUNT_ESI_REV_000172735 | HUNT_ESI_REV_000414434 | HUNT_ESI_REV_001251616 |
| HUNT_ESI_REV_000172736 | HUNT_ESI_REV_000414435 | HUNT_ESI_REV_00411648 |
| HUNT_ESI_REV_000172745 | HUNT_ESI_REV_000414436 | HUNT_ESI_REV_00411650 |
| HUNT_ESI_REV_000172748 | HUNT_ESI_REV_000414437 | HUNT_ESI_REV_00411652 |
| HUNT_ESI_REV_000172749 | HUNT_ESI_REV_000414438 | HUNT_ESI_REV_00411654 |
| HUNT_ESI_REV_000172750 | HUNT_ESI_REV_000414440 | HUNTCLE_0013123 |
| HUNT_ESI_REV_000172759 | HUNT_ESI_REV_000414441 | HUNTCLE_0033737 |
| HUNT_ESI_REV_000172762 | HUNT_ESI_REV_000414442 | HUNTCLE_0036983 |
| HUNT_ESI_REV_000172763 | HUNT_ESI_REV_000414443 | HUNTCLE_0073656 |
| HUNT_ESI_REV_000172764 | HUNT_ESI_REV_000414444 | HUNTCLE_0073664 |
| HUNT_ESI_REV_000172773 | HUNT_ESI_REV_000568967 | HUNTCLE_0073668 |
| HUNT_ESI_REV_000172776 | HUNT_ESI_REV_000568968 | HUNTCLE_0073676 |
| HUNT_ESI_REV_000172777 | HUNT_ESI_REV_000568970 | HUNTCLE_0073684 |
| HUNT_ESI_REV_000172778 | HUNT_ESI_REV_000568973 | HUNTCLE_0073692 |
| HUNT_ESI_REV_000189124 | HUNT_ESI_REV_000568974 | HUNTCLE_0073700 |
| HUNT_ESI_REV_000189126 | HUNT_ESI_REV_000568975 | HUNTCLE_0073708 |
| HUNT_ESI_REV_000189128 | HUNT_ESI_REV_000596054 | HUNTCLE_0073724 |
| HUNT_ESI_REV_000194164 | HUNT_ESI_REV_000598535 | HUNTCLE_0073732 |
| HUNT_ESI_REV_000194166 | HUNT_ESI_REV_000598537 | HUNTCLE_0073740 |

| | | |
|---|---|---|
| HUNTCLE_0073748 | HUNTCLE_0182819 | HUNTCLE_0182877 |
| HUNTCLE_0073756 | HUNTCLE_0182821 | HUNTCLE_0183999 |
| HUNTCLE_0073764 | HUNTCLE_0182823 | HUNTCLE_0191064 |
| HUNTCLE_0073772 | HUNTCLE_0182825 | HUNTCLE_0191071 |
| HUNTCLE_0073780 | HUNTCLE_0182827 | HUNTCLE_0191073 |
| HUNTCLE_0073788 | HUNTCLE_0182829 | HUNTCLE_0191195 |
| HUNTCLE_0073796 | HUNTCLE_0182831 | HUNTCLE_0194958 |
| HUNTCLE_0073804 | HUNTCLE_0182833 | HUNTCLE_0194961 |
| HUNTCLE_0073812 | HUNTCLE_0182835 | HUNTCLE_0194962 |
| HUNTCLE_0073820 | HUNTCLE_0182837 | HUNTCLE_0194964 |
| HUNTCLE_0073895 | HUNTCLE_0182839 | HUNTCLE_0195068 |
| HUNTCLE_0074299 | HUNTCLE_0182841 | HUNTCLE_0195074 |
| HUNTCLE_0074300 | HUNTCLE_0182843 | HUNTCLE_0195108 |
| HUNTCLE_0074301 | HUNTCLE_0182845 | HUNTCLE_0195200 |
| HUNTCLE_0074303 | HUNTCLE_0182847 | HUNTCLE_0195203 |
| HUNTCLE_0074305 | HUNTCLE_0182849 | HUNTCLE_0195475 |
| HUNTCLE_0074323 | HUNTCLE_0182851 | HUNTCLE_0195478 |
| HUNTCLE_0074334 | HUNTCLE_0182853 | HUNTCLE_0195480 |
| HUNTCLE_0074335 | HUNTCLE_0182855 | HUNTCLE_0195481 |
| HUNTCLE_0074336 | HUNTCLE_0182857 | HUNTCLE_0203604 |
| HUNTCLE_0074337 | HUNTCLE_0182859 | HUNTCLE_0204807 |
| HUNTCLE_0074412 | HUNTCLE_0182861 | HUNTCLE_0207069 |
| HUNTCLE_0178084 | HUNTCLE_0182863 | HUNTCLE_0207070 |
| HUNTCLE_0179597 | HUNTCLE_0182865 | HUNTCLE_0223738 |
| HUNTCLE_0179599 | HUNTCLE_0182867 | HUNTCLE_0229263 |
| HUNTCLE_0181280 | HUNTCLE_0182869 | HUNTCLE_0229338 |
| HUNTCLE_0182681 | HUNTCLE_0182871 | HUNTCLE_0229340 |
| HUNTCLE_0182738 | HUNTCLE_0182873 | HUNTCLE_0229341 |
| HUNTCLE_0182738 | HUNTCLE_0182875 | HUNTCLE_0229734 |

| | | |
|---|---|---|
| HUNTCLE_0230445 | HUNTCLE_0236983 | HUNTCLE_0238228 |
| HUNTCLE_0230485 | HUNTCLE_0236984 | HUNTCLE_0238242 |
| HUNTCLE_0230490 | HUNTCLE_0237021 | HUNTCLE_0238243 |
| HUNTCLE_0230493 | HUNTCLE_0237022 | HUNTCLE_0238244 |
| HUNTCLE_0230495 | HUNTCLE_0237455 | HUNTCLE_0238249 |
| HUNTCLE_0230515 | HUNTCLE_0237456 | HUNTCLE_0238250 |
| HUNTCLE_0230570 | HUNTCLE_0237495 | HUNTCLE_0238251 |
| HUNTCLE_0230606 | HUNTCLE_0237496 | HUNTCLE_0238252 |
| HUNTCLE_0230636 | HUNTCLE_0237670 | HUNTCLE_0238257 |
| HUNTCLE_0230666 | HUNTCLE_0237671 | HUNTCLE_0238258 |
| HUNTCLE_0230694 | HUNTCLE_0237672 | HUNTCLE_0238906 |
| HUNTCLE_0230704 | HUNTCLE_0237907 | HUNTCLE_0238909 |
| HUNTCLE_0231058 | HUNTCLE_0237908 | HUNTCLE_0238910 |
| HUNTCLE_0231359 | HUNTCLE_0237909 | HUNTCLE_0238911 |
| HUNTCLE_0234119 | HUNTCLE_0237910 | HUNTCLE_0239282 |
| HUNTCLE_0234545 | HUNTCLE_0237911 | HUNTCLE_0239335 |
| HUNTCLE_0234551 | HUNTCLE_0237912 | HUNTCLE_0239892 |
| HUNTCLE_0234554 | HUNTCLE_0237917 | HUNTCLE_0239893 |
| HUNTCLE_0235078 | HUNTCLE_0237965 | HUNTCLE_0240461 |
| HUNTCLE_0235280 | HUNTCLE_0237966 | HUNTCLE_0240463 |
| HUNTCLE_0235281 | HUNTCLE_0237969 | HUNTCLE_0240465 |
| HUNTCLE_0235283 | HUNTCLE_0237970 | HUNTCLE_0240467 |
| HUNTCLE_0235284 | HUNTCLE_0237971 | HUNTCLE_0240469 |
| HUNTCLE_0235561 | HUNTCLE_0237972 | HUNTCLE_0240471 |
| HUNTCLE_0235781 | HUNTCLE_0237973 | HUNTCLE_0240474 |
| HUNTCLE_0235797 | HUNTCLE_0238221 | HUNTCLE_0240475 |
| HUNTCLE_0235882 | HUNTCLE_0238222 | HUNTCLE_0240476 |
| HUNTCLE_0235904 | HUNTCLE_0238223 | HUNTCLE_0240477 |
| HUNTCLE_0236276 | HUNTCLE_0238227 | HUNTCLE_0240479 |

| | |
|---|---|
| HUNTCLE_0240480 | HUNTCLE_0240551 |
| HUNTCLE_0240481 | HUNTCLE_0240552 |
| HUNTCLE_0240482 | HUNTCLE_0240553 |
| HUNTCLE_0240483 | HUNTCLE_0240554 |
| HUNTCLE_0240484 | HUNTCLE_0240557 |
| HUNTCLE_0240485 | HUNTCLE_0240558 |
| HUNTCLE_0240486 | HUNTCLE_0240559 |
| HUNTCLE_0240487 | HUNTCLE_0240560 |
| HUNTCLE_0240488 | HUNTCLE_0243641 |
| HUNTCLE_0240489 | HUNTCLE_0251799 |
| HUNTCLE_0240490 | HUNTCLE_0251815 |
| HUNTCLE_0240491 | HUNTCLE_0251887 |
| HUNTCLE_0240505 | HUNTCLE_0251888 |
| HUNTCLE_0240506 | HUNTCLE_0252649 |
| HUNTCLE_0240507 | UNT_ESI_REV_000598535 |
| HUNTCLE_0240508 | UNT_ESI_REV_000598537 |
| HUNTCLE_0240536 | UNT_ESI_REV_000604464 |
| HUNTCLE_0240537 | |
| HUNTCLE_0240538 | |
| HUNTCLE_0240539 | |
| HUNTCLE_0240540 | |
| HUNTCLE_0240541 | |
| HUNTCLE_0240542 | |
| HUNTCLE_0240543 | |
| HUNTCLE_0240544 | |
| HUNTCLE_0240545 | |
| HUNTCLE_0240546 | |
| HUNTCLE_0240547 | |
| HUNTCLE_0240548 | |