**EXHIBIT 2**

| | | |
|---|---|---|
| HUNT_ESI_REV_000020303 | HUNT_ESI_REV_000178225 | HUNT_ESI_REV_000595845 |
| HUNT_ESI_REV_000020306 | HUNT_ESI_REV_000178236 | HUNT_ESI_REV_000596047 |
| HUNT_ESI_REV_000020735 | HUNT_ESI_REV_000184752 | HUNT_ESI_REV_000596300 |
| HUNT_ESI_REV_000020742 | HUNT_ESI_REV_000184754 | HUNT_ESI_REV_000599405 |
| HUNT_ESI_REV_000021121 | HUNT_ESI_REV_000184756 | HUNT_ESI_REV_000599598 |
| HUNT_ESI_REV_000021153 | HUNT_ESI_REV_000184758 | HUNT_ESI_REV_000599599 |
| HUNT_ESI_REV_000021160 | HUNT_ESI_REV_000307926 | HUNT_ESI_REV_000599610 |
| HUNT_ESI_REV_000021169 | HUNT_ESI_REV_000307948 | HUNT_ESI_REV_000599611 |
| HUNT_ESI_REV_000021176 | HUNT_ESI_REV_000321726 | HUNT_ESI_REV_000599612 |
| HUNT_ESI_REV_000062072 | HUNT_ESI_REV_000321728 | HUNT_ESI_REV_000604246 |
| HUNT_ESI_REV_000062074 | HUNT_ESI_REV_000364837 | HUNT_ESI_REV_000604247 |
| HUNT_ESI_REV_000062076 | HUNT_ESI_REV_000364840 | HUNT_ESI_REV_000604248 |
| HUNT_ESI_REV_000062078 | HUNT_ESI_REV_000411163 | HUNT_ESI_REV_000604249 |
| HUNT_ESI_REV_000141255 | HUNT_ESI_REV_000411167 | HUNT_ESI_REV_000604250 |
| HUNT_ESI_REV_000141259 | HUNT_ESI_REV_000448225 | HUNT_ESI_REV_000604251 |
| HUNT_ESI_REV_000143379 | HUNT_ESI_REV_000448244 | HUNT_ESI_REV_000604252 |
| HUNT_ESI_REV_000143380 | HUNT_ESI_REV_000449095 | HUNT_ESI_REV_000604253 |
| HUNT_ESI_REV_000143382 | HUNT_ESI_REV_000449102 | HUNT_ESI_REV_000604254 |
| HUNT_ESI_REV_000143383 | HUNT_ESI_REV_000449727 | HUNT_ESI_REV_000604255 |
| HUNT_ESI_REV_000143384 | HUNT_ESI_REV_000449737 | HUNT_ESI_REV_000604256 |
| HUNT_ESI_REV_000143386 | HUNT_ESI_REV_000450435 | HUNT_ESI_REV_000604257 |
| HUNT_ESI_REV_000146292 | HUNT_ESI_REV_000450450 | HUNT_ESI_REV_000604258 |
| HUNT_ESI_REV_000146298 | HUNT_ESI_REV_000456143 | HUNT_ESI_REV_000667245 |
| HUNT_ESI_REV_000148777 | HUNT_ESI_REV_000456146 | HUNT_ESI_REV_001468605 |
| HUNT_ESI_REV_000148785 | HUNT_ESI_REV_000566613 | HUNTCLE_0028549 |
| HUNT_ESI_REV_000157313 | HUNT_ESI_REV_000569640 | HUNTCLE_0028553 |
| HUNT_ESI_REV_000157317 | HUNT_ESI_REV_000569834 | HUNTCLE_0185920 |
| HUNT_ESI_REV_000158393 | HUNT_ESI_REV_000569849 | HUNTCLE_0202104 |
| HUNT_ESI_REV_000158402 | HUNT_ESI_REV_000571058 | HUNTCLE_0203656 |

HUNTCLE_0203658

HUNTCLE_0203659

HUNTCLE_0203660

HUNTCLE_0203661

HUNTCLE_0203664

HUNTCLE_0230718

HUNTCLE_0230801

HUNTCLE_0231867

HUNTCLE_0231871

HUNTCLE_0237450