**EXHIBIT 3**

| | | |
|---|---|---|
| HUNT_ESI_REV_000015513 | HUNT_ESI_REV_000139864 | HUNT_ESI_REV_000158266 |
| HUNT_ESI_REV_000015516 | HUNT_ESI_REV_000139865 | HUNT_ESI_REV_000158271 |
| HUNT_ESI_REV_000016291 | HUNT_ESI_REV_000139866 | HUNT_ESI_REV_000158907 |
| HUNT_ESI_REV_000016294 | HUNT_ESI_REV_000139868 | HUNT_ESI_REV_000158909 |
| HUNT_ESI_REV_000016911 | HUNT_ESI_REV_000139869 | HUNT_ESI_REV_000158913 |
| HUNT_ESI_REV_000016914 | HUNT_ESI_REV_000139870 | HUNT_ESI_REV_000174306 |
| HUNT_ESI_REV_000019479 | HUNT_ESI_REV_000140725 | HUNT_ESI_REV_000174308 |
| HUNT_ESI_REV_000019482 | HUNT_ESI_REV_000140729 | HUNT_ESI_REV_000179945 |
| HUNT_ESI_REV_000020457 | HUNT_ESI_REV_000140733 | HUNT_ESI_REV_000179947 |
| HUNT_ESI_REV_000020460 | HUNT_ESI_REV_000140737 | HUNT_ESI_REV_000179950 |
| HUNT_ESI_REV_000020735 | HUNT_ESI_REV_000141958 | HUNT_ESI_REV_000179952 |
| HUNT_ESI_REV_000020737 | HUNT_ESI_REV_000141959 | HUNT_ESI_REV_000189124 |
| HUNT_ESI_REV_000020740 | HUNT_ESI_REV_000141964 | HUNT_ESI_REV_000189125 |
| HUNT_ESI_REV_000020742 | HUNT_ESI_REV_000141969 | HUNT_ESI_REV_000189129 |
| HUNT_ESI_REV_000020744 | HUNT_ESI_REV_000141974 | HUNT_ESI_REV_000197487 |
| HUNT_ESI_REV_000020747 | HUNT_ESI_REV_000143861 | HUNT_ESI_REV_000197491 |
| HUNT_ESI_REV_000021793 | HUNT_ESI_REV_000143865 | HUNT_ESI_REV_000198494 |
| HUNT_ESI_REV_000021796 | HUNT_ESI_REV_000144322 | HUNT_ESI_REV_000198496 |
| HUNT_ESI_REV_000021801 | HUNT_ESI_REV_000144326 | HUNT_ESI_REV_000198498 |
| HUNT_ESI_REV_000021804 | HUNT_ESI_REV_000148777 | HUNT_ESI_REV_000198500 |
| HUNT_ESI_REV_000070257 | HUNT_ESI_REV_000148785 | HUNT_ESI_REV_000221531 |
| HUNT_ESI_REV_000070261 | HUNT_ESI_REV_000155346 | HUNT_ESI_REV_000221535 |
| HUNT_ESI_REV_000104906 | HUNT_ESI_REV_000155352 | HUNT_ESI_REV_000334096 |
| HUNT_ESI_REV_000105071 | HUNT_ESI_REV_000158066 | HUNT_ESI_REV_000334098 |
| HUNT_ESI_REV_000105078 | HUNT_ESI_REV_000158071 | HUNT_ESI_REV_000334100 |
| HUNT_ESI_REV_000112502 | HUNT_ESI_REV_000158126 | HUNT_ESI_REV_000334102 |
| HUNT_ESI_REV_000112504 | HUNT_ESI_REV_000158131 | HUNT_ESI_REV_000341339 |
| HUNT_ESI_REV_000112506 | HUNT_ESI_REV_000158246 | HUNT_ESI_REV_000341343 |
| HUNT_ESI_REV_000112508 | HUNT_ESI_REV_000158251 | HUNT_ESI_REV_000369850 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000369852 | HUNT_ESI_REV_000821605 | HUNTCLE_0073772 |
| HUNT_ESI_REV_000369858 | HUNT_ESI_REV_000821609 | HUNTCLE_0073780 |
| HUNT_ESI_REV_000369860 | HUNT_ESI_REV_000821613 | HUNTCLE_0073788 |
| HUNT_ESI_REV_000369862 | HUNT_ESI_REV_000821617 | HUNTCLE_0073796 |
| HUNT_ESI_REV_000369864 | HUNT_ESI_REV_000837029 | HUNTCLE_0073804 |
| HUNT_ESI_REV_000369866 | HUNT_ESI_REV_000837033 | HUNTCLE_0073812 |
| HUNT_ESI_REV_000369868 | HUNT_ESI_REV_001251608 | HUNTCLE_0073820 |
| HUNT_ESI_REV_000414315 | HUNT_ESI_REV_001251614 | HUNTCLE_0073895 |
| HUNT_ESI_REV_000414319 | HUNT_ESI_REV_001420134 | HUNTCLE_0074341 |
| HUNT_ESI_REV_000448343 | HUNT_ESI_REV_001477514 | HUNTCLE_0074359 |
| HUNT_ESI_REV_000448346 | HUNT_ESI_REV_001477514 | HUNTCLE_0074378 |
| HUNT_ESI_REV_000449969 | HUNT_ESI_REV_001755919 | HUNTCLE_0177949 |
| HUNT_ESI_REV_000449972 | HUNTCLE_0013123 | HUNTCLE_0181280 |
| HUNT_ESI_REV_000450127 | HUNTCLE_0036983 | HUNTCLE_0181957 |
| HUNT_ESI_REV_000450136 | HUNTCLE_0073571 | HUNTCLE_0182738 |
| HUNT_ESI_REV_000450147 | HUNTCLE_0073595 | HUNTCLE_0193967 |
| HUNT_ESI_REV_000450156 | HUNTCLE_0073656 | HUNTCLE_0207951 |
| HUNT_ESI_REV_000567240 | HUNTCLE_0073668 | HUNTCLE_0208156 |
| HUNT_ESI_REV_000591795 | HUNTCLE_0073676 | HUNTCLE_0208553 |
| HUNT_ESI_REV_000595803 | HUNTCLE_0073684 | HUNTCLE_0208679 |
| HUNT_ESI_REV_000595857 | HUNTCLE_0073692 | HUNTCLE_0210958 |
| HUNT_ESI_REV_000595858 | HUNTCLE_0073700 | HUNTCLE_0219745 |
| HUNT_ESI_REV_000596339 | HUNTCLE_0073708 | HUNTCLE_0239472 |
| HUNT_ESI_REV_000599645 | HUNTCLE_0073724 | HUNTCLE_0242575 |
| HUNT_ESI_REV_000604293 | HUNTCLE_0073732 | HUNTCLE_0251701 |
| HUNT_ESI_REV_000604699 | HUNTCLE_0073740 | |
| HUNT_ESI_REV_000666147 | HUNTCLE_0073748 | |
| HUNT_ESI_REV_000667487 | HUNTCLE_0073756 | |
| HUNT_ESI_REV_000667490 | HUNTCLE_0073764 | |