**EXHIBIT 5**

| | | |
|---|---|---|
| HUNT_ESI_REV_000001530 | HUNT_ESI_REV_000016023 | HUNT_ESI_REV_000016509 |
| HUNT_ESI_REV_000001531 | HUNT_ESI_REV_000016025 | HUNT_ESI_REV_000016510 |
| HUNT_ESI_REV_000001533 | HUNT_ESI_REV_000016026 | HUNT_ESI_REV_000018458 |
| HUNT_ESI_REV_000001534 | HUNT_ESI_REV_000016062 | HUNT_ESI_REV_000018458 |
| HUNT_ESI_REV_000005864 | HUNT_ESI_REV_000016063 | HUNT_ESI_REV_000018459 |
| HUNT_ESI_REV_000005865 | HUNT_ESI_REV_000016065 | HUNT_ESI_REV_000018461 |
| HUNT_ESI_REV_000005867 | HUNT_ESI_REV_000016066 | HUNT_ESI_REV_000018462 |
| HUNT_ESI_REV_000005868 | HUNT_ESI_REV_000016086 | HUNT_ESI_REV_000019480 |
| HUNT_ESI_REV_000015514 | HUNT_ESI_REV_000016087 | HUNT_ESI_REV_000019481 |
| HUNT_ESI_REV_000015515 | HUNT_ESI_REV_000016088 | HUNT_ESI_REV_000019483 |
| HUNT_ESI_REV_000015517 | HUNT_ESI_REV_000016089 | HUNT_ESI_REV_000019484 |
| HUNT_ESI_REV_000015518 | HUNT_ESI_REV_000016091 | HUNT_ESI_REV_000019884 |
| HUNT_ESI_REV_000015650 | HUNT_ESI_REV_000016092 | HUNT_ESI_REV_000019885 |
| HUNT_ESI_REV_000015651 | HUNT_ESI_REV_000016093 | HUNT_ESI_REV_000019887 |
| HUNT_ESI_REV_000015652 | HUNT_ESI_REV_000016094 | HUNT_ESI_REV_000019888 |
| HUNT_ESI_REV_000015653 | HUNT_ESI_REV_000016292 | HUNT_ESI_REV_000026566 |
| HUNT_ESI_REV_000015655 | HUNT_ESI_REV_000016293 | HUNT_ESI_REV_000026568 |
| HUNT_ESI_REV_000015656 | HUNT_ESI_REV_000016295 | HUNT_ESI_REV_000026571 |
| HUNT_ESI_REV_000015657 | HUNT_ESI_REV_000016296 | HUNT_ESI_REV_000026573 |
| HUNT_ESI_REV_000015658 | HUNT_ESI_REV_000016490 | HUNT_ESI_REV_000027050 |
| HUNT_ESI_REV_000015942 | HUNT_ESI_REV_000016491 | HUNT_ESI_REV_000027051 |
| HUNT_ESI_REV_000015943 | HUNT_ESI_REV_000016493 | HUNT_ESI_REV_000027053 |
| HUNT_ESI_REV_000015945 | HUNT_ESI_REV_000016494 | HUNT_ESI_REV_000027054 |
| HUNT_ESI_REV_000015946 | HUNT_ESI_REV_000016498 | HUNT_ESI_REV_000027106 |
| HUNT_ESI_REV_000015998 | HUNT_ESI_REV_000016499 | HUNT_ESI_REV_000027107 |
| HUNT_ESI_REV_000015999 | HUNT_ESI_REV_000016501 | HUNT_ESI_REV_000027109 |
| HUNT_ESI_REV_000016001 | HUNT_ESI_REV_000016502 | HUNT_ESI_REV_000027110 |
| HUNT_ESI_REV_000016002 | HUNT_ESI_REV_000016506 | HUNT_ESI_REV_000034980 |
| HUNT_ESI_REV_000016022 | HUNT_ESI_REV_000016507 | HUNT_ESI_REV_000034982 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000034984 | HUNT_ESI_REV_000146088 | HUNT_ESI_REV_000178666 |
| HUNT_ESI_REV_000034986 | HUNT_ESI_REV_000146090 | HUNT_ESI_REV_000180640 |
| HUNT_ESI_REV_000039894 | HUNT_ESI_REV_000146092 | HUNT_ESI_REV_000180640 |
| HUNT_ESI_REV_000039896 | HUNT_ESI_REV_000146094 | HUNT_ESI_REV_000180643 |
| HUNT_ESI_REV_000039898 | HUNT_ESI_REV_000146096 | HUNT_ESI_REV_000180646 |
| HUNT_ESI_REV_000039900 | HUNT_ESI_REV_000146098 | HUNT_ESI_REV_000180649 |
| HUNT_ESI_REV_000057404 | HUNT_ESI_REV_000155543 | HUNT_ESI_REV_000183654 |
| HUNT_ESI_REV_000057406 | HUNT_ESI_REV_000155545 | HUNT_ESI_REV_000183663 |
| HUNT_ESI_REV_000057408 | HUNT_ESI_REV_000155548 | HUNT_ESI_REV_000183672 |
| HUNT_ESI_REV_000057410 | HUNT_ESI_REV_000155550 | HUNT_ESI_REV_000183681 |
| HUNT_ESI_REV_000058122 | HUNT_ESI_REV_000157656 | HUNT_ESI_REV_000184752 |
| HUNT_ESI_REV_000058124 | HUNT_ESI_REV_000157658 | HUNT_ESI_REV_000184754 |
| HUNT_ESI_REV_000058126 | HUNT_ESI_REV_000157660 | HUNT_ESI_REV_000184756 |
| HUNT_ESI_REV_000058128 | HUNT_ESI_REV_000157662 | HUNT_ESI_REV_000184758 |
| HUNT_ESI_REV_000062072 | HUNT_ESI_REV_000158075 | HUNT_ESI_REV_000189936 |
| HUNT_ESI_REV_000062074 | HUNT_ESI_REV_000158077 | HUNT_ESI_REV_000189938 |
| HUNT_ESI_REV_000062076 | HUNT_ESI_REV_000158080 | HUNT_ESI_REV_000189940 |
| HUNT_ESI_REV_000062078 | HUNT_ESI_REV_000158082 | HUNT_ESI_REV_000189942 |
| HUNT_ESI_REV_000070320 | HUNT_ESI_REV_000178420 | HUNT_ESI_REV_000201874 |
| HUNT_ESI_REV_000070323 | HUNT_ESI_REV_000178423 | HUNT_ESI_REV_000201875 |
| HUNT_ESI_REV_000070326 | HUNT_ESI_REV_000178426 | HUNT_ESI_REV_000201877 |
| HUNT_ESI_REV_000070329 | HUNT_ESI_REV_000178429 | HUNT_ESI_REV_000201878 |
| HUNT_ESI_REV_000111460 | HUNT_ESI_REV_000178656 | HUNT_ESI_REV_000201880 |
| HUNT_ESI_REV_000111462 | HUNT_ESI_REV_000178657 | HUNT_ESI_REV_000201881 |
| HUNT_ESI_REV_000111464 | HUNT_ESI_REV_000178659 | HUNT_ESI_REV_000201883 |
| HUNT_ESI_REV_000111466 | HUNT_ESI_REV_000178660 | HUNT_ESI_REV_000201884 |
| HUNT_ESI_REV_000141260 | HUNT_ESI_REV_000178662 | HUNT_ESI_REV_000221530 |
| HUNT_ESI_REV_000146084 | HUNT_ESI_REV_000178663 | HUNT_ESI_REV_000221532 |
| HUNT_ESI_REV_000146086 | HUNT_ESI_REV_000178665 | HUNT_ESI_REV_000221534 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000221536 | HUNT_ESI_REV_000310090 | HUNT_ESI_REV_000455601 |
| HUNT_ESI_REV_000303668 | HUNT_ESI_REV_000310091 | HUNT_ESI_REV_000455603 |
| HUNT_ESI_REV_000303670 | HUNT_ESI_REV_000310093 | HUNT_ESI_REV_000455604 |
| HUNT_ESI_REV_000303672 | HUNT_ESI_REV_000310094 | HUNT_ESI_REV_000455608 |
| HUNT_ESI_REV_000303674 | HUNT_ESI_REV_000310096 | HUNT_ESI_REV_000455609 |
| HUNT_ESI_REV_000308478 | HUNT_ESI_REV_000310097 | HUNT_ESI_REV_000455611 |
| HUNT_ESI_REV_000308480 | HUNT_ESI_REV_000310099 | HUNT_ESI_REV_000455612 |
| HUNT_ESI_REV_000308482 | HUNT_ESI_REV_000310100 | HUNT_ESI_REV_000563009 |
| HUNT_ESI_REV_000308484 | HUNT_ESI_REV_000341338 | HUNT_ESI_REV_000563815 |
| HUNT_ESI_REV_000309410 | HUNT_ESI_REV_000341340 | HUNT_ESI_REV_000563829 |
| HUNT_ESI_REV_000309412 | HUNT_ESI_REV_000341342 | HUNT_ESI_REV_000566855 |
| HUNT_ESI_REV_000309414 | HUNT_ESI_REV_000341344 | HUNT_ESI_REV_000566881 |
| HUNT_ESI_REV_000309416 | HUNT_ESI_REV_000411648 | HUNT_ESI_REV_000567380 |
| HUNT_ESI_REV_000309594 | HUNT_ESI_REV_000411650 | HUNT_ESI_REV_000567381 |
| HUNT_ESI_REV_000309596 | HUNT_ESI_REV_000411652 | HUNT_ESI_REV_000595628 |
| HUNT_ESI_REV_000309598 | HUNT_ESI_REV_000411654 | HUNT_ESI_REV_000595629 |
| HUNT_ESI_REV_000309600 | HUNT_ESI_REV_000414314 | HUNT_ESI_REV_000598500 |
| HUNT_ESI_REV_000309618 | HUNT_ESI_REV_000414316 | HUNT_ESI_REV_000598535 |
| HUNT_ESI_REV_000309620 | HUNT_ESI_REV_000414318 | HUNT_ESI_REV_000598537 |
| HUNT_ESI_REV_000309622 | HUNT_ESI_REV_000414320 | HUNT_ESI_REV_000598983 |
| HUNT_ESI_REV_000309624 | HUNT_ESI_REV_000446772 | HUNT_ESI_REV_000599269 |
| HUNT_ESI_REV_000309782 | HUNT_ESI_REV_000446773 | HUNT_ESI_REV_000599429 |
| HUNT_ESI_REV_000309784 | HUNT_ESI_REV_000446775 | HUNT_ESI_REV_000599431 |
| HUNT_ESI_REV_000309786 | HUNT_ESI_REV_000446776 | HUNT_ESI_REV_000600136 |
| HUNT_ESI_REV_000309788 | HUNT_ESI_REV_000448098 | HUNT_ESI_REV_000603025 |
| HUNT_ESI_REV_000309962 | HUNT_ESI_REV_000448099 | HUNT_ESI_REV_000603634 |
| HUNT_ESI_REV_000309964 | HUNT_ESI_REV_000448101 | HUNT_ESI_REV_000603636 |
| HUNT_ESI_REV_000309966 | HUNT_ESI_REV_000448102 | HUNT_ESI_REV_000603640 |
| HUNT_ESI_REV_000309968 | HUNT_ESI_REV_000455600 | HUNT_ESI_REV_000604673 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000604673 | HUNTCLE_0191520 | HUNTCLE_0235280 |
| HUNT_ESI_REV_000604675 | HUNTCLE_0191572 | HUNTCLE_0235283 |
| HUNT_ESI_REV_001277408 | HUNTCLE_0191574 | HUNTCLE_0235561 |
| HUNT_ESI_REV_001457034 | HUNTCLE_0206279 | HUNTCLE_0235692 |
| HUNTCLE_0013123 | HUNTCLE_0206280 | HUNTCLE_0235797 |
| HUNTCLE_0013123 | HUNTCLE_0206632 | HUNTCLE_0236991 |
| HUNTCLE_0030700 | HUNTCLE_0209092 | HUNTCLE_0236999 |
| HUNTCLE_0044916 | HUNTCLE_0210123 | HUNTCLE_0237116 |
| HUNTCLE_0177949 | HUNTCLE_0210676 | HUNTCLE_0237118 |
| HUNTCLE_0181749 | HUNTCLE_0210791 | HUNTCLE_0237123 |
| HUNTCLE_0182681 | HUNTCLE_0211330 | HUNTCLE_0237127 |
| HUNTCLE_0182738 | HUNTCLE_0213121 | HUNTCLE_0237483 |
| HUNTCLE_0182833 | HUNTCLE_0214095 | HUNTCLE_0237484 |
| HUNTCLE_0188052 | HUNTCLE_0221241 | HUNTCLE_0237502 |
| HUNTCLE_0188066 | HUNTCLE_0221806 | HUNTCLE_0238909 |
| HUNTCLE_0188815 | HUNTCLE_0222062 | HUNTCLE_0239282 |
| HUNTCLE_0188926 | HUNTCLE_0224596 | HUNTCLE_0239892 |
| HUNTCLE_0188970 | HUNTCLE_0224617 | HUNTCLE_0241667 |
| HUNTCLE_0188999 | HUNTCLE_0224635 | HUNTCLE_0245328 |
| HUNTCLE_0189068 | HUNTCLE_0224650 | HUNTCLE_0245361 |
| HUNTCLE_0189117 | HUNTCLE_0224659 | HUNTCLE_0246225 |
| HUNTCLE_0189704 | HUNTCLE_0224698 | HUNTCLE_0251627 |
| HUNTCLE_0189798 | HUNTCLE_0226155 | HuntingtonWV_HC0037053 |
| HUNTCLE_0189862 | HUNTCLE_0226317 | HuntingtonWV_HC0037960 |
| HUNTCLE_0191197 | HUNTCLE_0226384 | |
| HUNTCLE_0191201 | HUNTCLE_0230606 | |
| HUNTCLE_0191377 | HUNTCLE_0230636 | |
| HUNTCLE_0191439 | HUNTCLE_0230666 | |
| HUNTCLE_0191457 | HUNTCLE_0234545 | |