**EXHIBIT 6**

| | | |
|---|---|---|
| HUNT_ESI_REV_000001552 | HUNT_ESI_REV_000015651 | HUNT_ESI_REV_000016065 |
| HUNT_ESI_REV_000001554 | HUNT_ESI_REV_000015652 | HUNT_ESI_REV_000016066 |
| HUNT_ESI_REV_000001556 | HUNT_ESI_REV_000015653 | HUNT_ESI_REV_000016086 |
| HUNT_ESI_REV_000001558 | HUNT_ESI_REV_000015655 | HUNT_ESI_REV_000016087 |
| HUNT_ESI_REV_000005304 | HUNT_ESI_REV_000015656 | HUNT_ESI_REV_000016088 |
| HUNT_ESI_REV_000005305 | HUNT_ESI_REV_000015657 | HUNT_ESI_REV_000016089 |
| HUNT_ESI_REV_000005307 | HUNT_ESI_REV_000015658 | HUNT_ESI_REV_000016091 |
| HUNT_ESI_REV_000005308 | HUNT_ESI_REV_000015942 | HUNT_ESI_REV_000016092 |
| HUNT_ESI_REV_000005488 | HUNT_ESI_REV_000015943 | HUNT_ESI_REV_000016093 |
| HUNT_ESI_REV_000005489 | HUNT_ESI_REV_000015945 | HUNT_ESI_REV_000016094 |
| HUNT_ESI_REV_000005491 | HUNT_ESI_REV_000015946 | HUNT_ESI_REV_000016912 |
| HUNT_ESI_REV_000005492 | HUNT_ESI_REV_000015986 | HUNT_ESI_REV_000016913 |
| HUNT_ESI_REV_000005496 | HUNT_ESI_REV_000015987 | HUNT_ESI_REV_000017710 |
| HUNT_ESI_REV_000005497 | HUNT_ESI_REV_000015988 | HUNT_ESI_REV_000017711 |
| HUNT_ESI_REV_000005499 | HUNT_ESI_REV_000015989 | HUNT_ESI_REV_000017713 |
| HUNT_ESI_REV_000005500 | HUNT_ESI_REV_000015991 | HUNT_ESI_REV_000017714 |
| HUNT_ESI_REV_000005920 | HUNT_ESI_REV_000015992 | HUNT_ESI_REV_000017718 |
| HUNT_ESI_REV_000005922 | HUNT_ESI_REV_000015993 | HUNT_ESI_REV_000017719 |
| HUNT_ESI_REV_000005925 | HUNT_ESI_REV_000015994 | HUNT_ESI_REV_000017721 |
| HUNT_ESI_REV_000005927 | HUNT_ESI_REV_000015998 | HUNT_ESI_REV_000017722 |
| HUNT_ESI_REV_000006190 | HUNT_ESI_REV_000015999 | HUNT_ESI_REV_000017766 |
| HUNT_ESI_REV_000006191 | HUNT_ESI_REV_000016001 | HUNT_ESI_REV_000017767 |
| HUNT_ESI_REV_000006193 | HUNT_ESI_REV_000016002 | HUNT_ESI_REV_000017769 |
| HUNT_ESI_REV_000006194 | HUNT_ESI_REV_000016022 | HUNT_ESI_REV_000017770 |
| HUNT_ESI_REV_000006538 | HUNT_ESI_REV_000016023 | HUNT_ESI_REV_000017850 |
| HUNT_ESI_REV_000006539 | HUNT_ESI_REV_000016025 | HUNT_ESI_REV_000017851 |
| HUNT_ESI_REV_000006541 | HUNT_ESI_REV_000016026 | HUNT_ESI_REV_000017853 |
| HUNT_ESI_REV_000006542 | HUNT_ESI_REV_000016062 | HUNT_ESI_REV_000017854 |
| HUNT_ESI_REV_000015650 | HUNT_ESI_REV_000016063 | HUNT_ESI_REV_000018234 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000018235 | HUNT_ESI_REV_000018857 | HUNT_ESI_REV_000018930 |
| HUNT_ESI_REV_000018237 | HUNT_ESI_REV_000018858 | HUNT_ESI_REV_000018946 |
| HUNT_ESI_REV_000018238 | HUNT_ESI_REV_000018870 | HUNT_ESI_REV_000018947 |
| HUNT_ESI_REV_000018242 | HUNT_ESI_REV_000018871 | HUNT_ESI_REV_000018949 |
| HUNT_ESI_REV_000018243 | HUNT_ESI_REV_000018873 | HUNT_ESI_REV_000018950 |
| HUNT_ESI_REV_000018245 | HUNT_ESI_REV_000018874 | HUNT_ESI_REV_000018954 |
| HUNT_ESI_REV_000018246 | HUNT_ESI_REV_000018878 | HUNT_ESI_REV_000018955 |
| HUNT_ESI_REV_000018250 | HUNT_ESI_REV_000018879 | HUNT_ESI_REV_000018957 |
| HUNT_ESI_REV_000018251 | HUNT_ESI_REV_000018881 | HUNT_ESI_REV_000018958 |
| HUNT_ESI_REV_000018253 | HUNT_ESI_REV_000018882 | HUNT_ESI_REV_000018962 |
| HUNT_ESI_REV_000018254 | HUNT_ESI_REV_000018886 | HUNT_ESI_REV_000018963 |
| HUNT_ESI_REV_000018694 | HUNT_ESI_REV_000018887 | HUNT_ESI_REV_000018965 |
| HUNT_ESI_REV_000018695 | HUNT_ESI_REV_000018889 | HUNT_ESI_REV_000018966 |
| HUNT_ESI_REV_000018696 | HUNT_ESI_REV_000018890 | HUNT_ESI_REV_000018970 |
| HUNT_ESI_REV_000018697 | HUNT_ESI_REV_000018894 | HUNT_ESI_REV_000018971 |
| HUNT_ESI_REV_000018698 | HUNT_ESI_REV_000018895 | HUNT_ESI_REV_000018973 |
| HUNT_ESI_REV_000018699 | HUNT_ESI_REV_000018897 | HUNT_ESI_REV_000018974 |
| HUNT_ESI_REV_000018700 | HUNT_ESI_REV_000018898 | HUNT_ESI_REV_000018978 |
| HUNT_ESI_REV_000018701 | HUNT_ESI_REV_000018902 | HUNT_ESI_REV_000018979 |
| HUNT_ESI_REV_000018703 | HUNT_ESI_REV_000018903 | HUNT_ESI_REV_000018980 |
| HUNT_ESI_REV_000018704 | HUNT_ESI_REV_000018905 | HUNT_ESI_REV_000018981 |
| HUNT_ESI_REV_000018705 | HUNT_ESI_REV_000018906 | HUNT_ESI_REV_000018982 |
| HUNT_ESI_REV_000018706 | HUNT_ESI_REV_000018918 | HUNT_ESI_REV_000018983 |
| HUNT_ESI_REV_000018707 | HUNT_ESI_REV_000018919 | HUNT_ESI_REV_000018984 |
| HUNT_ESI_REV_000018708 | HUNT_ESI_REV_000018921 | HUNT_ESI_REV_000018985 |
| HUNT_ESI_REV_000018709 | HUNT_ESI_REV_000018922 | HUNT_ESI_REV_000018986 |
| HUNT_ESI_REV_000018710 | HUNT_ESI_REV_000018926 | HUNT_ESI_REV_000018987 |
| HUNT_ESI_REV_000018854 | HUNT_ESI_REV_000018927 | HUNT_ESI_REV_000018988 |
| HUNT_ESI_REV_000018855 | HUNT_ESI_REV_000018929 | HUNT_ESI_REV_000018989 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000018990 | HUNT_ESI_REV_000019035 | HUNT_ESI_REV_000019069 |
| HUNT_ESI_REV_000018991 | HUNT_ESI_REV_000019036 | HUNT_ESI_REV_000019070 |
| HUNT_ESI_REV_000018992 | HUNT_ESI_REV_000019037 | HUNT_ESI_REV_000019071 |
| HUNT_ESI_REV_000018993 | HUNT_ESI_REV_000019038 | HUNT_ESI_REV_000019074 |
| HUNT_ESI_REV_000018994 | HUNT_ESI_REV_000019039 | HUNT_ESI_REV_000019075 |
| HUNT_ESI_REV_000018995 | HUNT_ESI_REV_000019040 | HUNT_ESI_REV_000019076 |
| HUNT_ESI_REV_000018996 | HUNT_ESI_REV_000019041 | HUNT_ESI_REV_000019077 |
| HUNT_ESI_REV_000018997 | HUNT_ESI_REV_000019043 | HUNT_ESI_REV_000019078 |
| HUNT_ESI_REV_000018999 | HUNT_ESI_REV_000019044 | HUNT_ESI_REV_000019079 |
| HUNT_ESI_REV_000019000 | HUNT_ESI_REV_000019045 | HUNT_ESI_REV_000019080 |
| HUNT_ESI_REV_000019001 | HUNT_ESI_REV_000019046 | HUNT_ESI_REV_000019081 |
| HUNT_ESI_REV_000019002 | HUNT_ESI_REV_000019047 | HUNT_ESI_REV_000019083 |
| HUNT_ESI_REV_000019003 | HUNT_ESI_REV_000019048 | HUNT_ESI_REV_000019084 |
| HUNT_ESI_REV_000019004 | HUNT_ESI_REV_000019049 | HUNT_ESI_REV_000019085 |
| HUNT_ESI_REV_000019005 | HUNT_ESI_REV_000019050 | HUNT_ESI_REV_000019086 |
| HUNT_ESI_REV_000019006 | HUNT_ESI_REV_000019054 | HUNT_ESI_REV_000019087 |
| HUNT_ESI_REV_000019007 | HUNT_ESI_REV_000019055 | HUNT_ESI_REV_000019088 |
| HUNT_ESI_REV_000019008 | HUNT_ESI_REV_000019056 | HUNT_ESI_REV_000019089 |
| HUNT_ESI_REV_000019009 | HUNT_ESI_REV_000019057 | HUNT_ESI_REV_000019090 |
| HUNT_ESI_REV_000019010 | HUNT_ESI_REV_000019058 | HUNT_ESI_REV_000019094 |
| HUNT_ESI_REV_000019011 | HUNT_ESI_REV_000019059 | HUNT_ESI_REV_000019095 |
| HUNT_ESI_REV_000019012 | HUNT_ESI_REV_000019060 | HUNT_ESI_REV_000019096 |
| HUNT_ESI_REV_000019013 | HUNT_ESI_REV_000019061 | HUNT_ESI_REV_000019097 |
| HUNT_ESI_REV_000019014 | HUNT_ESI_REV_000019063 | HUNT_ESI_REV_000019098 |
| HUNT_ESI_REV_000019015 | HUNT_ESI_REV_000019064 | HUNT_ESI_REV_000019099 |
| HUNT_ESI_REV_000019016 | HUNT_ESI_REV_000019065 | HUNT_ESI_REV_000019100 |
| HUNT_ESI_REV_000019017 | HUNT_ESI_REV_000019066 | HUNT_ESI_REV_000019101 |
| HUNT_ESI_REV_000019018 | HUNT_ESI_REV_000019067 | HUNT_ESI_REV_000019102 |
| HUNT_ESI_REV_000019034 | HUNT_ESI_REV_000019068 | HUNT_ESI_REV_000019103 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000019105 | HUNT_ESI_REV_000019142 | HUNT_ESI_REV_000019182 |
| HUNT_ESI_REV_000019106 | HUNT_ESI_REV_000019146 | HUNT_ESI_REV_000019183 |
| HUNT_ESI_REV_000019107 | HUNT_ESI_REV_000019147 | HUNT_ESI_REV_000019184 |
| HUNT_ESI_REV_000019108 | HUNT_ESI_REV_000019148 | HUNT_ESI_REV_000019185 |
| HUNT_ESI_REV_000019109 | HUNT_ESI_REV_000019149 | HUNT_ESI_REV_000019186 |
| HUNT_ESI_REV_000019110 | HUNT_ESI_REV_000019150 | HUNT_ESI_REV_000019187 |
| HUNT_ESI_REV_000019111 | HUNT_ESI_REV_000019151 | HUNT_ESI_REV_000019189 |
| HUNT_ESI_REV_000019112 | HUNT_ESI_REV_000019152 | HUNT_ESI_REV_000019190 |
| HUNT_ESI_REV_000019113 | HUNT_ESI_REV_000019153 | HUNT_ESI_REV_000019191 |
| HUNT_ESI_REV_000019114 | HUNT_ESI_REV_000019154 | HUNT_ESI_REV_000019192 |
| HUNT_ESI_REV_000019118 | HUNT_ESI_REV_000019155 | HUNT_ESI_REV_000019193 |
| HUNT_ESI_REV_000019119 | HUNT_ESI_REV_000019157 | HUNT_ESI_REV_000019194 |
| HUNT_ESI_REV_000019120 | HUNT_ESI_REV_000019158 | HUNT_ESI_REV_000019195 |
| HUNT_ESI_REV_000019121 | HUNT_ESI_REV_000019159 | HUNT_ESI_REV_000019196 |
| HUNT_ESI_REV_000019122 | HUNT_ESI_REV_000019160 | HUNT_ESI_REV_000019197 |
| HUNT_ESI_REV_000019123 | HUNT_ESI_REV_000019161 | HUNT_ESI_REV_000019198 |
| HUNT_ESI_REV_000019124 | HUNT_ESI_REV_000019162 | HUNT_ESI_REV_000019388 |
| HUNT_ESI_REV_000019125 | HUNT_ESI_REV_000019163 | HUNT_ESI_REV_000019389 |
| HUNT_ESI_REV_000019127 | HUNT_ESI_REV_000019164 | HUNT_ESI_REV_000019391 |
| HUNT_ESI_REV_000019128 | HUNT_ESI_REV_000019165 | HUNT_ESI_REV_000019392 |
| HUNT_ESI_REV_000019129 | HUNT_ESI_REV_000019166 | HUNT_ESI_REV_000020304 |
| HUNT_ESI_REV_000019130 | HUNT_ESI_REV_000019170 | HUNT_ESI_REV_000020305 |
| HUNT_ESI_REV_000019131 | HUNT_ESI_REV_000019171 | HUNT_ESI_REV_000020307 |
| HUNT_ESI_REV_000019132 | HUNT_ESI_REV_000019173 | HUNT_ESI_REV_000020308 |
| HUNT_ESI_REV_000019133 | HUNT_ESI_REV_000019174 | HUNT_ESI_REV_000020680 |
| HUNT_ESI_REV_000019134 | HUNT_ESI_REV_000019178 | HUNT_ESI_REV_000020681 |
| HUNT_ESI_REV_000019138 | HUNT_ESI_REV_000019179 | HUNT_ESI_REV_000020693 |
| HUNT_ESI_REV_000019139 | HUNT_ESI_REV_000019180 | HUNT_ESI_REV_000020694 |
| HUNT_ESI_REV_000019141 | HUNT_ESI_REV_000019181 | HUNT_ESI_REV_000020707 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000020708 | HUNT_ESI_REV_000027125 | HUNT_ESI_REV_000035872 |
| HUNT_ESI_REV_000020720 | HUNT_ESI_REV_000027126 | HUNT_ESI_REV_000035874 |
| HUNT_ESI_REV_000020721 | HUNT_ESI_REV_000027582 | HUNT_ESI_REV_000038980 |
| HUNT_ESI_REV_000021914 | HUNT_ESI_REV_000027583 | HUNT_ESI_REV_000039448 |
| HUNT_ESI_REV_000021915 | HUNT_ESI_REV_000027585 | HUNT_ESI_REV_000039450 |
| HUNT_ESI_REV_000021927 | HUNT_ESI_REV_000027586 | HUNT_ESI_REV_000039452 |
| HUNT_ESI_REV_000021928 | HUNT_ESI_REV_000028122 | HUNT_ESI_REV_000039454 |
| HUNT_ESI_REV_000021941 | HUNT_ESI_REV_000028124 | HUNT_ESI_REV_000041862 |
| HUNT_ESI_REV_000021942 | HUNT_ESI_REV_000028126 | HUNT_ESI_REV_000041864 |
| HUNT_ESI_REV_000021954 | HUNT_ESI_REV_000028128 | HUNT_ESI_REV_000041866 |
| HUNT_ESI_REV_000021955 | HUNT_ESI_REV_000034690 | HUNT_ESI_REV_000041868 |
| HUNT_ESI_REV_000026566 | HUNT_ESI_REV_000034692 | HUNT_ESI_REV_000055968 |
| HUNT_ESI_REV_000026568 | HUNT_ESI_REV_000034694 | HUNT_ESI_REV_000055970 |
| HUNT_ESI_REV_000026571 | HUNT_ESI_REV_000034696 | HUNT_ESI_REV_000055972 |
| HUNT_ESI_REV_000026573 | HUNT_ESI_REV_000034696 | HUNT_ESI_REV_000055974 |
| HUNT_ESI_REV_000027050 | HUNT_ESI_REV_000034746 | HUNT_ESI_REV_000056292 |
| HUNT_ESI_REV_000027051 | HUNT_ESI_REV_000034748 | HUNT_ESI_REV_000056294 |
| HUNT_ESI_REV_000027053 | HUNT_ESI_REV_000034750 | HUNT_ESI_REV_000056296 |
| HUNT_ESI_REV_000027054 | HUNT_ESI_REV_000034752 | HUNT_ESI_REV_000056298 |
| HUNT_ESI_REV_000027090 | HUNT_ESI_REV_000034762 | HUNT_ESI_REV_000056304 |
| HUNT_ESI_REV_000027091 | HUNT_ESI_REV_000034764 | HUNT_ESI_REV_000056306 |
| HUNT_ESI_REV_000027093 | HUNT_ESI_REV_000034766 | HUNT_ESI_REV_000056308 |
| HUNT_ESI_REV_000027094 | HUNT_ESI_REV_000034768 | HUNT_ESI_REV_000056310 |
| HUNT_ESI_REV_000027106 | HUNT_ESI_REV_000034980 | HUNT_ESI_REV_000056438 |
| HUNT_ESI_REV_000027107 | HUNT_ESI_REV_000034982 | HUNT_ESI_REV_000056440 |
| HUNT_ESI_REV_000027109 | HUNT_ESI_REV_000034984 | HUNT_ESI_REV_000056442 |
| HUNT_ESI_REV_000027110 | HUNT_ESI_REV_000034986 | HUNT_ESI_REV_000056444 |
| HUNT_ESI_REV_000027122 | HUNT_ESI_REV_000035868 | HUNT_ESI_REV_000056972 |
| HUNT_ESI_REV_000027123 | HUNT_ESI_REV_000035870 | HUNT_ESI_REV_000056974 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000056976 | HUNT_ESI_REV_000077504 | HUNT_ESI_REV_000155776 |
| HUNT_ESI_REV_000056978 | HUNT_ESI_REV_000111460 | HUNT_ESI_REV_000155779 |
| HUNT_ESI_REV_000056980 | HUNT_ESI_REV_000111462 | HUNT_ESI_REV_000155782 |
| HUNT_ESI_REV_000056982 | HUNT_ESI_REV_000111464 | HUNT_ESI_REV_000155785 |
| HUNT_ESI_REV_000056984 | HUNT_ESI_REV_000111466 | HUNT_ESI_REV_000155962 |
| HUNT_ESI_REV_000056986 | HUNT_ESI_REV_000140684 | HUNT_ESI_REV_000155964 |
| HUNT_ESI_REV_000056992 | HUNT_ESI_REV_000140686 | HUNT_ESI_REV_000155966 |
| HUNT_ESI_REV_000056994 | HUNT_ESI_REV_000140688 | HUNT_ESI_REV_000155968 |
| HUNT_ESI_REV_000056996 | HUNT_ESI_REV_000140690 | HUNT_ESI_REV_000157296 |
| HUNT_ESI_REV_000056998 | HUNT_ESI_REV_000140692 | HUNT_ESI_REV_000157298 |
| HUNT_ESI_REV_000057590 | HUNT_ESI_REV_000140694 | HUNT_ESI_REV_000157300 |
| HUNT_ESI_REV_000057592 | HUNT_ESI_REV_000140696 | HUNT_ESI_REV_000157302 |
| HUNT_ESI_REV_000057594 | HUNT_ESI_REV_000140698 | HUNT_ESI_REV_000157304 |
| HUNT_ESI_REV_000057596 | HUNT_ESI_REV_000141254 | HUNT_ESI_REV_000157306 |
| HUNT_ESI_REV_000057598 | HUNT_ESI_REV_000141256 | HUNT_ESI_REV_000157308 |
| HUNT_ESI_REV_000057600 | HUNT_ESI_REV_000141258 | HUNT_ESI_REV_000157310 |
| HUNT_ESI_REV_000057602 | HUNT_ESI_REV_000141260 | HUNT_ESI_REV_000157312 |
| HUNT_ESI_REV_000057604 | HUNT_ESI_REV_000146084 | HUNT_ESI_REV_000157314 |
| HUNT_ESI_REV_000058122 | HUNT_ESI_REV_000146086 | HUNT_ESI_REV_000157316 |
| HUNT_ESI_REV_000058124 | HUNT_ESI_REV_000146088 | HUNT_ESI_REV_000157318 |
| HUNT_ESI_REV_000058126 | HUNT_ESI_REV_000146090 | HUNT_ESI_REV_000157656 |
| HUNT_ESI_REV_000058128 | HUNT_ESI_REV_000146092 | HUNT_ESI_REV_000157658 |
| HUNT_ESI_REV_000071290 | HUNT_ESI_REV_000146094 | HUNT_ESI_REV_000157660 |
| HUNT_ESI_REV_000071292 | HUNT_ESI_REV_000146096 | HUNT_ESI_REV_000157662 |
| HUNT_ESI_REV_000071294 | HUNT_ESI_REV_000146098 | HUNT_ESI_REV_000162116 |
| HUNT_ESI_REV_000071296 | HUNT_ESI_REV_000150368 | HUNT_ESI_REV_000163922 |
| HUNT_ESI_REV_000077498 | HUNT_ESI_REV_000150371 | HUNT_ESI_REV_000163923 |
| HUNT_ESI_REV_000077500 | HUNT_ESI_REV_000150374 | HUNT_ESI_REV_000163924 |
| HUNT_ESI_REV_000077502 | HUNT_ESI_REV_000150377 | HUNT_ESI_REV_000163925 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000163926 | HUNT_ESI_REV_000167864 | HUNT_ESI_REV_000178508 |
| HUNT_ESI_REV_000163928 | HUNT_ESI_REV_000167865 | HUNT_ESI_REV_000178510 |
| HUNT_ESI_REV_000163929 | HUNT_ESI_REV_000167867 | HUNT_ESI_REV_000178512 |
| HUNT_ESI_REV_000163931 | HUNT_ESI_REV_000167868 | HUNT_ESI_REV_000178514 |
| HUNT_ESI_REV_000163932 | HUNT_ESI_REV_000167870 | HUNT_ESI_REV_000178532 |
| HUNT_ESI_REV_000164378 | HUNT_ESI_REV_000167871 | HUNT_ESI_REV_000178534 |
| HUNT_ESI_REV_000164380 | HUNT_ESI_REV_000167873 | HUNT_ESI_REV_000178536 |
| HUNT_ESI_REV_000164382 | HUNT_ESI_REV_000167874 | HUNT_ESI_REV_000178538 |
| HUNT_ESI_REV_000164384 | HUNT_ESI_REV_000175118 | HUNT_ESI_REV_000178640 |
| HUNT_ESI_REV_000164386 | HUNT_ESI_REV_000175120 | HUNT_ESI_REV_000178641 |
| HUNT_ESI_REV_000164388 | HUNT_ESI_REV_000175122 | HUNT_ESI_REV_000178642 |
| HUNT_ESI_REV_000164390 | HUNT_ESI_REV_000175124 | HUNT_ESI_REV_000178644 |
| HUNT_ESI_REV_000164392 | HUNT_ESI_REV_000177292 | HUNT_ESI_REV_000178645 |
| HUNT_ESI_REV_000164498 | HUNT_ESI_REV_000177295 | HUNT_ESI_REV_000178646 |
| HUNT_ESI_REV_000164500 | HUNT_ESI_REV_000177298 | HUNT_ESI_REV_000178648 |
| HUNT_ESI_REV_000164502 | HUNT_ESI_REV_000177301 | HUNT_ESI_REV_000178649 |
| HUNT_ESI_REV_000164504 | HUNT_ESI_REV_000178221 | HUNT_ESI_REV_000178650 |
| HUNT_ESI_REV_000164506 | HUNT_ESI_REV_000178226 | HUNT_ESI_REV_000178652 |
| HUNT_ESI_REV_000164508 | HUNT_ESI_REV_000178232 | HUNT_ESI_REV_000178653 |
| HUNT_ESI_REV_000164510 | HUNT_ESI_REV_000178237 | HUNT_ESI_REV_000178654 |
| HUNT_ESI_REV_000164512 | HUNT_ESI_REV_000178420 | HUNT_ESI_REV_000178656 |
| HUNT_ESI_REV_000167076 | HUNT_ESI_REV_000178423 | HUNT_ESI_REV_000178657 |
| HUNT_ESI_REV_000167078 | HUNT_ESI_REV_000178426 | HUNT_ESI_REV_000178659 |
| HUNT_ESI_REV_000167080 | HUNT_ESI_REV_000178426 | HUNT_ESI_REV_000178660 |
| HUNT_ESI_REV_000167082 | HUNT_ESI_REV_000178429 | HUNT_ESI_REV_000178662 |
| HUNT_ESI_REV_000167716 | HUNT_ESI_REV_000178500 | HUNT_ESI_REV_000178663 |
| HUNT_ESI_REV_000167718 | HUNT_ESI_REV_000178502 | HUNT_ESI_REV_000178665 |
| HUNT_ESI_REV_000167720 | HUNT_ESI_REV_000178504 | HUNT_ESI_REV_000178666 |
| HUNT_ESI_REV_000167722 | HUNT_ESI_REV_000178506 | HUNT_ESI_REV_000179188 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000179190 | HUNT_ESI_REV_000194859 | HUNT_ESI_REV_000308474 |
| HUNT_ESI_REV_000179192 | HUNT_ESI_REV_000194860 | HUNT_ESI_REV_000308476 |
| HUNT_ESI_REV_000179194 | HUNT_ESI_REV_000194861 | HUNT_ESI_REV_000308478 |
| HUNT_ESI_REV_000181800 | HUNT_ESI_REV_000194863 | HUNT_ESI_REV_000308480 |
| HUNT_ESI_REV_000181802 | HUNT_ESI_REV_000194864 | HUNT_ESI_REV_000308482 |
| HUNT_ESI_REV_000181804 | HUNT_ESI_REV_000194865 | HUNT_ESI_REV_000308484 |
| HUNT_ESI_REV_000181806 | HUNT_ESI_REV_000194866 | HUNT_ESI_REV_000308486 |
| HUNT_ESI_REV_000183294 | HUNT_ESI_REV_000194868 | HUNT_ESI_REV_000308488 |
| HUNT_ESI_REV_000183301 | HUNT_ESI_REV_000194870 | HUNT_ESI_REV_000308490 |
| HUNT_ESI_REV_000183308 | HUNT_ESI_REV_000194872 | HUNT_ESI_REV_000308492 |
| HUNT_ESI_REV_000183315 | HUNT_ESI_REV_000194874 | HUNT_ESI_REV_000308494 |
| HUNT_ESI_REV_000184589 | HUNT_ESI_REV_000303668 | HUNT_ESI_REV_000308496 |
| HUNT_ESI_REV_000189936 | HUNT_ESI_REV_000303670 | HUNT_ESI_REV_000308498 |
| HUNT_ESI_REV_000189938 | HUNT_ESI_REV_000303672 | HUNT_ESI_REV_000308500 |
| HUNT_ESI_REV_000189940 | HUNT_ESI_REV_000303674 | HUNT_ESI_REV_000308502 |
| HUNT_ESI_REV_000189942 | HUNT_ESI_REV_000308408 | HUNT_ESI_REV_000308504 |
| HUNT_ESI_REV_000194840 | HUNT_ESI_REV_000308410 | HUNT_ESI_REV_000308506 |
| HUNT_ESI_REV_000194842 | HUNT_ESI_REV_000308412 | HUNT_ESI_REV_000308508 |
| HUNT_ESI_REV_000194844 | HUNT_ESI_REV_000308414 | HUNT_ESI_REV_000308510 |
| HUNT_ESI_REV_000194846 | HUNT_ESI_REV_000308416 | HUNT_ESI_REV_000308512 |
| HUNT_ESI_REV_000194848 | HUNT_ESI_REV_000308418 | HUNT_ESI_REV_000308514 |
| HUNT_ESI_REV_000194849 | HUNT_ESI_REV_000308420 | HUNT_ESI_REV_000308516 |
| HUNT_ESI_REV_000194850 | HUNT_ESI_REV_000308422 | HUNT_ESI_REV_000308538 |
| HUNT_ESI_REV_000194851 | HUNT_ESI_REV_000308462 | HUNT_ESI_REV_000308540 |
| HUNT_ESI_REV_000194853 | HUNT_ESI_REV_000308464 | HUNT_ESI_REV_000308542 |
| HUNT_ESI_REV_000194854 | HUNT_ESI_REV_000308466 | HUNT_ESI_REV_000308543 |
| HUNT_ESI_REV_000194855 | HUNT_ESI_REV_000308468 | HUNT_ESI_REV_000308544 |
| HUNT_ESI_REV_000194856 | HUNT_ESI_REV_000308470 | HUNT_ESI_REV_000308554 |
| HUNT_ESI_REV_000194858 | HUNT_ESI_REV_000308472 | HUNT_ESI_REV_000308556 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000308558 | HUNT_ESI_REV_000308634 | HUNT_ESI_REV_000308689 |
| HUNT_ESI_REV_000308560 | HUNT_ESI_REV_000308635 | HUNT_ESI_REV_000308691 |
| HUNT_ESI_REV_000308578 | HUNT_ESI_REV_000308636 | HUNT_ESI_REV_000308692 |
| HUNT_ESI_REV_000308580 | HUNT_ESI_REV_000308637 | HUNT_ESI_REV_000308693 |
| HUNT_ESI_REV_000308582 | HUNT_ESI_REV_000308638 | HUNT_ESI_REV_000308694 |
| HUNT_ESI_REV_000308584 | HUNT_ESI_REV_000308639 | HUNT_ESI_REV_000308696 |
| HUNT_ESI_REV_000308586 | HUNT_ESI_REV_000308640 | HUNT_ESI_REV_000308697 |
| HUNT_ESI_REV_000308588 | HUNT_ESI_REV_000308641 | HUNT_ESI_REV_000308698 |
| HUNT_ESI_REV_000308590 | HUNT_ESI_REV_000308642 | HUNT_ESI_REV_000308699 |
| HUNT_ESI_REV_000308592 | HUNT_ESI_REV_000308643 | HUNT_ESI_REV_000308701 |
| HUNT_ESI_REV_000308602 | HUNT_ESI_REV_000308644 | HUNT_ESI_REV_000308702 |
| HUNT_ESI_REV_000308604 | HUNT_ESI_REV_000308645 | HUNT_ESI_REV_000308703 |
| HUNT_ESI_REV_000308606 | HUNT_ESI_REV_000308646 | HUNT_ESI_REV_000308704 |
| HUNT_ESI_REV_000308608 | HUNT_ESI_REV_000308647 | HUNT_ESI_REV_000308706 |
| HUNT_ESI_REV_000308618 | HUNT_ESI_REV_000308648 | HUNT_ESI_REV_000308707 |
| HUNT_ESI_REV_000308619 | HUNT_ESI_REV_000308649 | HUNT_ESI_REV_000308709 |
| HUNT_ESI_REV_000308620 | HUNT_ESI_REV_000308651 | HUNT_ESI_REV_000308710 |
| HUNT_ESI_REV_000308621 | HUNT_ESI_REV_000308652 | HUNT_ESI_REV_000308712 |
| HUNT_ESI_REV_000308622 | HUNT_ESI_REV_000308653 | HUNT_ESI_REV_000308713 |
| HUNT_ESI_REV_000308623 | HUNT_ESI_REV_000308654 | HUNT_ESI_REV_000308715 |
| HUNT_ESI_REV_000308624 | HUNT_ESI_REV_000308655 | HUNT_ESI_REV_000308716 |
| HUNT_ESI_REV_000308625 | HUNT_ESI_REV_000308656 | HUNT_ESI_REV_000308718 |
| HUNT_ESI_REV_000308626 | HUNT_ESI_REV_000308657 | HUNT_ESI_REV_000308719 |
| HUNT_ESI_REV_000308627 | HUNT_ESI_REV_000308658 | HUNT_ESI_REV_000308720 |
| HUNT_ESI_REV_000308629 | HUNT_ESI_REV_000308659 | HUNT_ESI_REV_000308721 |
| HUNT_ESI_REV_000308630 | HUNT_ESI_REV_000308660 | HUNT_ESI_REV_000308723 |
| HUNT_ESI_REV_000308631 | HUNT_ESI_REV_000308686 | HUNT_ESI_REV_000308724 |
| HUNT_ESI_REV_000308632 | HUNT_ESI_REV_000308687 | HUNT_ESI_REV_000308725 |
| HUNT_ESI_REV_000308633 | HUNT_ESI_REV_000308688 | HUNT_ESI_REV_000308726 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000308728 | HUNT_ESI_REV_000308764 | HUNT_ESI_REV_000308870 |
| HUNT_ESI_REV_000308729 | HUNT_ESI_REV_000308765 | HUNT_ESI_REV_000308871 |
| HUNT_ESI_REV_000308730 | HUNT_ESI_REV_000308766 | HUNT_ESI_REV_000308872 |
| HUNT_ESI_REV_000308731 | HUNT_ESI_REV_000308767 | HUNT_ESI_REV_000308874 |
| HUNT_ESI_REV_000308733 | HUNT_ESI_REV_000308768 | HUNT_ESI_REV_000308875 |
| HUNT_ESI_REV_000308734 | HUNT_ESI_REV_000308770 | HUNT_ESI_REV_000308876 |
| HUNT_ESI_REV_000308735 | HUNT_ESI_REV_000308771 | HUNT_ESI_REV_000308878 |
| HUNT_ESI_REV_000308736 | HUNT_ESI_REV_000308772 | HUNT_ESI_REV_000308879 |
| HUNT_ESI_REV_000308738 | HUNT_ESI_REV_000308773 | HUNT_ESI_REV_000308880 |
| HUNT_ESI_REV_000308739 | HUNT_ESI_REV_000308774 | HUNT_ESI_REV_000308882 |
| HUNT_ESI_REV_000308740 | HUNT_ESI_REV_000308776 | HUNT_ESI_REV_000308883 |
| HUNT_ESI_REV_000308741 | HUNT_ESI_REV_000308777 | HUNT_ESI_REV_000308884 |
| HUNT_ESI_REV_000308743 | HUNT_ESI_REV_000308778 | HUNT_ESI_REV_000308994 |
| HUNT_ESI_REV_000308744 | HUNT_ESI_REV_000308779 | HUNT_ESI_REV_000308995 |
| HUNT_ESI_REV_000308745 | HUNT_ESI_REV_000308780 | HUNT_ESI_REV_000308996 |
| HUNT_ESI_REV_000308746 | HUNT_ESI_REV_000308836 | HUNT_ESI_REV_000308997 |
| HUNT_ESI_REV_000308748 | HUNT_ESI_REV_000308838 | HUNT_ESI_REV_000308999 |
| HUNT_ESI_REV_000308749 | HUNT_ESI_REV_000308840 | HUNT_ESI_REV_000309000 |
| HUNT_ESI_REV_000308750 | HUNT_ESI_REV_000308842 | HUNT_ESI_REV_000309001 |
| HUNT_ESI_REV_000308751 | HUNT_ESI_REV_000308854 | HUNT_ESI_REV_000309002 |
| HUNT_ESI_REV_000308753 | HUNT_ESI_REV_000308855 | HUNT_ESI_REV_000309004 |
| HUNT_ESI_REV_000308754 | HUNT_ESI_REV_000308856 | HUNT_ESI_REV_000309005 |
| HUNT_ESI_REV_000308755 | HUNT_ESI_REV_000308858 | HUNT_ESI_REV_000309006 |
| HUNT_ESI_REV_000308756 | HUNT_ESI_REV_000308859 | HUNT_ESI_REV_000309007 |
| HUNT_ESI_REV_000308758 | HUNT_ESI_REV_000308860 | HUNT_ESI_REV_000309009 |
| HUNT_ESI_REV_000308759 | HUNT_ESI_REV_000308862 | HUNT_ESI_REV_000309010 |
| HUNT_ESI_REV_000308760 | HUNT_ESI_REV_000308864 | HUNT_ESI_REV_000309011 |
| HUNT_ESI_REV_000308761 | HUNT_ESI_REV_000308866 | HUNT_ESI_REV_000309012 |
| HUNT_ESI_REV_000308762 | HUNT_ESI_REV_000308868 | HUNT_ESI_REV_000309410 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000309412 | HUNT_ESI_REV_000309498 | HUNT_ESI_REV_000309622 |
| HUNT_ESI_REV_000309414 | HUNT_ESI_REV_000309500 | HUNT_ESI_REV_000309624 |
| HUNT_ESI_REV_000309416 | HUNT_ESI_REV_000309514 | HUNT_ESI_REV_000309626 |
| HUNT_ESI_REV_000309418 | HUNT_ESI_REV_000309515 | HUNT_ESI_REV_000309628 |
| HUNT_ESI_REV_000309420 | HUNT_ESI_REV_000309516 | HUNT_ESI_REV_000309630 |
| HUNT_ESI_REV_000309422 | HUNT_ESI_REV_000309518 | HUNT_ESI_REV_000309632 |
| HUNT_ESI_REV_000309424 | HUNT_ESI_REV_000309520 | HUNT_ESI_REV_000309658 |
| HUNT_ESI_REV_000309434 | HUNT_ESI_REV_000309530 | HUNT_ESI_REV_000309660 |
| HUNT_ESI_REV_000309436 | HUNT_ESI_REV_000309532 | HUNT_ESI_REV_000309662 |
| HUNT_ESI_REV_000309438 | HUNT_ESI_REV_000309534 | HUNT_ESI_REV_000309664 |
| HUNT_ESI_REV_000309440 | HUNT_ESI_REV_000309536 | HUNT_ESI_REV_000309722 |
| HUNT_ESI_REV_000309442 | HUNT_ESI_REV_000309562 | HUNT_ESI_REV_000309724 |
| HUNT_ESI_REV_000309444 | HUNT_ESI_REV_000309564 | HUNT_ESI_REV_000309726 |
| HUNT_ESI_REV_000309446 | HUNT_ESI_REV_000309566 | HUNT_ESI_REV_000309728 |
| HUNT_ESI_REV_000309448 | HUNT_ESI_REV_000309568 | HUNT_ESI_REV_000309750 |
| HUNT_ESI_REV_000309474 | HUNT_ESI_REV_000309578 | HUNT_ESI_REV_000309752 |
| HUNT_ESI_REV_000309476 | HUNT_ESI_REV_000309580 | HUNT_ESI_REV_000309754 |
| HUNT_ESI_REV_000309478 | HUNT_ESI_REV_000309582 | HUNT_ESI_REV_000309756 |
| HUNT_ESI_REV_000309480 | HUNT_ESI_REV_000309584 | HUNT_ESI_REV_000309782 |
| HUNT_ESI_REV_000309482 | HUNT_ESI_REV_000309586 | HUNT_ESI_REV_000309784 |
| HUNT_ESI_REV_000309483 | HUNT_ESI_REV_000309588 | HUNT_ESI_REV_000309786 |
| HUNT_ESI_REV_000309485 | HUNT_ESI_REV_000309590 | HUNT_ESI_REV_000309788 |
| HUNT_ESI_REV_000309486 | HUNT_ESI_REV_000309592 | HUNT_ESI_REV_000309798 |
| HUNT_ESI_REV_000309488 | HUNT_ESI_REV_000309594 | HUNT_ESI_REV_000309800 |
| HUNT_ESI_REV_000309489 | HUNT_ESI_REV_000309596 | HUNT_ESI_REV_000309802 |
| HUNT_ESI_REV_000309491 | HUNT_ESI_REV_000309598 | HUNT_ESI_REV_000309804 |
| HUNT_ESI_REV_000309492 | HUNT_ESI_REV_000309600 | HUNT_ESI_REV_000309814 |
| HUNT_ESI_REV_000309494 | HUNT_ESI_REV_000309618 | HUNT_ESI_REV_000309816 |
| HUNT_ESI_REV_000309496 | HUNT_ESI_REV_000309620 | HUNT_ESI_REV_000309818 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000309820 | HUNT_ESI_REV_000309962 | HUNT_ESI_REV_000310048 |
| HUNT_ESI_REV_000309822 | HUNT_ESI_REV_000309964 | HUNT_ESI_REV_000310050 |
| HUNT_ESI_REV_000309823 | HUNT_ESI_REV_000309966 | HUNT_ESI_REV_000310051 |
| HUNT_ESI_REV_000309824 | HUNT_ESI_REV_000309968 | HUNT_ESI_REV_000310052 |
| HUNT_ESI_REV_000309825 | HUNT_ESI_REV_000310014 | HUNT_ESI_REV_000310053 |
| HUNT_ESI_REV_000309826 | HUNT_ESI_REV_000310016 | HUNT_ESI_REV_000310054 |
| HUNT_ESI_REV_000309828 | HUNT_ESI_REV_000310018 | HUNT_ESI_REV_000310056 |
| HUNT_ESI_REV_000309829 | HUNT_ESI_REV_000310020 | HUNT_ESI_REV_000310057 |
| HUNT_ESI_REV_000309830 | HUNT_ESI_REV_000310022 | HUNT_ESI_REV_000310058 |
| HUNT_ESI_REV_000309831 | HUNT_ESI_REV_000310023 | HUNT_ESI_REV_000310059 |
| HUNT_ESI_REV_000309832 | HUNT_ESI_REV_000310024 | HUNT_ESI_REV_000310060 |
| HUNT_ESI_REV_000309834 | HUNT_ESI_REV_000310026 | HUNT_ESI_REV_000310062 |
| HUNT_ESI_REV_000309835 | HUNT_ESI_REV_000310027 | HUNT_ESI_REV_000310063 |
| HUNT_ESI_REV_000309836 | HUNT_ESI_REV_000310028 | HUNT_ESI_REV_000310065 |
| HUNT_ESI_REV_000309837 | HUNT_ESI_REV_000310030 | HUNT_ESI_REV_000310066 |
| HUNT_ESI_REV_000309838 | HUNT_ESI_REV_000310031 | HUNT_ESI_REV_000310068 |
| HUNT_ESI_REV_000309840 | HUNT_ESI_REV_000310032 | HUNT_ESI_REV_000310069 |
| HUNT_ESI_REV_000309841 | HUNT_ESI_REV_000310034 | HUNT_ESI_REV_000310071 |
| HUNT_ESI_REV_000309842 | HUNT_ESI_REV_000310035 | HUNT_ESI_REV_000310072 |
| HUNT_ESI_REV_000309843 | HUNT_ESI_REV_000310036 | HUNT_ESI_REV_000310074 |
| HUNT_ESI_REV_000309844 | HUNT_ESI_REV_000310038 | HUNT_ESI_REV_000310075 |
| HUNT_ESI_REV_000309846 | HUNT_ESI_REV_000310039 | HUNT_ESI_REV_000310076 |
| HUNT_ESI_REV_000309848 | HUNT_ESI_REV_000310040 | HUNT_ESI_REV_000310078 |
| HUNT_ESI_REV_000309850 | HUNT_ESI_REV_000310041 | HUNT_ESI_REV_000310079 |
| HUNT_ESI_REV_000309852 | HUNT_ESI_REV_000310042 | HUNT_ESI_REV_000310080 |
| HUNT_ESI_REV_000309870 | HUNT_ESI_REV_000310044 | HUNT_ESI_REV_000310082 |
| HUNT_ESI_REV_000309872 | HUNT_ESI_REV_000310045 | HUNT_ESI_REV_000310083 |
| HUNT_ESI_REV_000309874 | HUNT_ESI_REV_000310046 | HUNT_ESI_REV_000310084 |
| HUNT_ESI_REV_000309876 | HUNT_ESI_REV_000310047 | HUNT_ESI_REV_000310086 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000310087 | HUNT_ESI_REV_000359720 | HUNT_ESI_REV_000446622 |
| HUNT_ESI_REV_000310088 | HUNT_ESI_REV_000382996 | HUNT_ESI_REV_000446623 |
| HUNT_ESI_REV_000310090 | HUNT_ESI_REV_000382998 | HUNT_ESI_REV_000446625 |
| HUNT_ESI_REV_000310091 | HUNT_ESI_REV_000383000 | HUNT_ESI_REV_000446626 |
| HUNT_ESI_REV_000310093 | HUNT_ESI_REV_000383002 | HUNT_ESI_REV_000446686 |
| HUNT_ESI_REV_000310094 | HUNT_ESI_REV_000408834 | HUNT_ESI_REV_000446687 |
| HUNT_ESI_REV_000310096 | HUNT_ESI_REV_000408835 | HUNT_ESI_REV_000446689 |
| HUNT_ESI_REV_000310097 | HUNT_ESI_REV_000408836 | HUNT_ESI_REV_000446690 |
| HUNT_ESI_REV_000310099 | HUNT_ESI_REV_000408838 | HUNT_ESI_REV_000446726 |
| HUNT_ESI_REV_000310100 | HUNT_ESI_REV_000408841 | HUNT_ESI_REV_000446727 |
| HUNT_ESI_REV_000310146 | HUNT_ESI_REV_000408842 | HUNT_ESI_REV_000446729 |
| HUNT_ESI_REV_000310147 | HUNT_ESI_REV_000408843 | HUNT_ESI_REV_000446730 |
| HUNT_ESI_REV_000310149 | HUNT_ESI_REV_000408844 | HUNT_ESI_REV_000446772 |
| HUNT_ESI_REV_000310150 | HUNT_ESI_REV_000411078 | HUNT_ESI_REV_000446773 |
| HUNT_ESI_REV_000310152 | HUNT_ESI_REV_000411080 | HUNT_ESI_REV_000446775 |
| HUNT_ESI_REV_000310153 | HUNT_ESI_REV_000411082 | HUNT_ESI_REV_000446776 |
| HUNT_ESI_REV_000310155 | HUNT_ESI_REV_000411084 | HUNT_ESI_REV_000447974 |
| HUNT_ESI_REV_000310156 | HUNT_ESI_REV_000414322 | HUNT_ESI_REV_000447976 |
| HUNT_ESI_REV_000322010 | HUNT_ESI_REV_000414324 | HUNT_ESI_REV_000447979 |
| HUNT_ESI_REV_000322012 | HUNT_ESI_REV_000414326 | HUNT_ESI_REV_000447981 |
| HUNT_ESI_REV_000322014 | HUNT_ESI_REV_000414328 | HUNT_ESI_REV_000448098 |
| HUNT_ESI_REV_000322016 | HUNT_ESI_REV_000414330 | HUNT_ESI_REV_000448099 |
| HUNT_ESI_REV_000332184 | HUNT_ESI_REV_000414332 | HUNT_ESI_REV_000448101 |
| HUNT_ESI_REV_000332186 | HUNT_ESI_REV_000414334 | HUNT_ESI_REV_000448102 |
| HUNT_ESI_REV_000332188 | HUNT_ESI_REV_000414336 | HUNT_ESI_REV_000448266 |
| HUNT_ESI_REV_000332190 | HUNT_ESI_REV_000414338 | HUNT_ESI_REV_000448267 |
| HUNT_ESI_REV_000359714 | HUNT_ESI_REV_000414340 | HUNT_ESI_REV_000448269 |
| HUNT_ESI_REV_000359716 | HUNT_ESI_REV_000414342 | HUNT_ESI_REV_000448270 |
| HUNT_ESI_REV_000359718 | HUNT_ESI_REV_000414344 | HUNT_ESI_REV_000448274 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000448275 | HUNT_ESI_REV_000449810 | HUNT_ESI_REV_000450272 |
| HUNT_ESI_REV_000448277 | HUNT_ESI_REV_000449862 | HUNT_ESI_REV_000450273 |
| HUNT_ESI_REV_000448278 | HUNT_ESI_REV_000449863 | HUNT_ESI_REV_000450275 |
| HUNT_ESI_REV_000448514 | HUNT_ESI_REV_000449865 | HUNT_ESI_REV_000450277 |
| HUNT_ESI_REV_000448516 | HUNT_ESI_REV_000449866 | HUNT_ESI_REV_000450280 |
| HUNT_ESI_REV_000448519 | HUNT_ESI_REV_000449890 | HUNT_ESI_REV_000450282 |
| HUNT_ESI_REV_000448521 | HUNT_ESI_REV_000449891 | HUNT_ESI_REV_000450285 |
| HUNT_ESI_REV_000448566 | HUNT_ESI_REV_000449892 | HUNT_ESI_REV_000450287 |
| HUNT_ESI_REV_000448567 | HUNT_ESI_REV_000449893 | HUNT_ESI_REV_000454815 |
| HUNT_ESI_REV_000448569 | HUNT_ESI_REV_000449894 | HUNT_ESI_REV_000454817 |
| HUNT_ESI_REV_000448570 | HUNT_ESI_REV_000449895 | HUNT_ESI_REV_000454818 |
| HUNT_ESI_REV_000449728 | HUNT_ESI_REV_000449897 | HUNT_ESI_REV_000454819 |
| HUNT_ESI_REV_000449733 | HUNT_ESI_REV_000449898 | HUNT_ESI_REV_000454820 |
| HUNT_ESI_REV_000449738 | HUNT_ESI_REV_000449899 | HUNT_ESI_REV_000454821 |
| HUNT_ESI_REV_000449743 | HUNT_ESI_REV_000449900 | HUNT_ESI_REV_000454822 |
| HUNT_ESI_REV_000449749 | HUNT_ESI_REV_000449901 | HUNT_ESI_REV_000454854 |
| HUNT_ESI_REV_000449750 | HUNT_ESI_REV_000449902 | HUNT_ESI_REV_000454855 |
| HUNT_ESI_REV_000449751 | HUNT_ESI_REV_000449978 | HUNT_ESI_REV_000454857 |
| HUNT_ESI_REV_000449752 | HUNT_ESI_REV_000449979 | HUNT_ESI_REV_000454858 |
| HUNT_ESI_REV_000449753 | HUNT_ESI_REV_000449981 | HUNT_ESI_REV_000454898 |
| HUNT_ESI_REV_000449754 | HUNT_ESI_REV_000449982 | HUNT_ESI_REV_000454899 |
| HUNT_ESI_REV_000449778 | HUNT_ESI_REV_000450128 | HUNT_ESI_REV_000454901 |
| HUNT_ESI_REV_000449778 | HUNT_ESI_REV_000450132 | HUNT_ESI_REV_000454902 |
| HUNT_ESI_REV_000449779 | HUNT_ESI_REV_000450137 | HUNT_ESI_REV_000454914 |
| HUNT_ESI_REV_000449781 | HUNT_ESI_REV_000450141 | HUNT_ESI_REV_000454915 |
| HUNT_ESI_REV_000449782 | HUNT_ESI_REV_000450148 | HUNT_ESI_REV_000454917 |
| HUNT_ESI_REV_000449806 | HUNT_ESI_REV_000450152 | HUNT_ESI_REV_000454918 |
| HUNT_ESI_REV_000449807 | HUNT_ESI_REV_000450157 | HUNT_ESI_REV_000454934 |
| HUNT_ESI_REV_000449809 | HUNT_ESI_REV_000450161 | HUNT_ESI_REV_000454935 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000454937 | HUNT_ESI_REV_000455122 | HUNT_ESI_REV_000562930 |
| HUNT_ESI_REV_000454938 | HUNT_ESI_REV_000455126 | HUNT_ESI_REV_000562938 |
| HUNT_ESI_REV_000454942 | HUNT_ESI_REV_000455127 | HUNT_ESI_REV_000562953 |
| HUNT_ESI_REV_000454943 | HUNT_ESI_REV_000455128 | HUNT_ESI_REV_000562968 |
| HUNT_ESI_REV_000454945 | HUNT_ESI_REV_000455129 | HUNT_ESI_REV_000562999 |
| HUNT_ESI_REV_000454946 | HUNT_ESI_REV_000455130 | HUNT_ESI_REV_000563001 |
| HUNT_ESI_REV_000454966 | HUNT_ESI_REV_000455131 | HUNT_ESI_REV_000563815 |
| HUNT_ESI_REV_000454967 | HUNT_ESI_REV_000455133 | HUNT_ESI_REV_000563824 |
| HUNT_ESI_REV_000454969 | HUNT_ESI_REV_000455134 | HUNT_ESI_REV_000563826 |
| HUNT_ESI_REV_000454970 | HUNT_ESI_REV_000455135 | HUNT_ESI_REV_000563829 |
| HUNT_ESI_REV_000454998 | HUNT_ESI_REV_000455136 | HUNT_ESI_REV_000565180 |
| HUNT_ESI_REV_000454999 | HUNT_ESI_REV_000455137 | HUNT_ESI_REV_000565201 |
| HUNT_ESI_REV_000455001 | HUNT_ESI_REV_000455138 | HUNT_ESI_REV_000565205 |
| HUNT_ESI_REV_000455002 | HUNT_ESI_REV_000455616 | HUNT_ESI_REV_000565209 |
| HUNT_ESI_REV_000455030 | HUNT_ESI_REV_000455617 | HUNT_ESI_REV_000565219 |
| HUNT_ESI_REV_000455031 | HUNT_ESI_REV_000455619 | HUNT_ESI_REV_000567380 |
| HUNT_ESI_REV_000455033 | HUNT_ESI_REV_000455620 | HUNT_ESI_REV_000567381 |
| HUNT_ESI_REV_000455034 | HUNT_ESI_REV_000455624 | HUNT_ESI_REV_000567406 |
| HUNT_ESI_REV_000455098 | HUNT_ESI_REV_000455625 | HUNT_ESI_REV_000568967 |
| HUNT_ESI_REV_000455099 | HUNT_ESI_REV_000455627 | HUNT_ESI_REV_000568968 |
| HUNT_ESI_REV_000455101 | HUNT_ESI_REV_000455628 | HUNT_ESI_REV_000569640 |
| HUNT_ESI_REV_000455102 | HUNT_ESI_REV_000456136 | HUNT_ESI_REV_000569835 |
| HUNT_ESI_REV_000455114 | HUNT_ESI_REV_000456137 | HUNT_ESI_REV_000570755 |
| HUNT_ESI_REV_000455115 | HUNT_ESI_REV_000456139 | HUNT_ESI_REV_000588325 |
| HUNT_ESI_REV_000455116 | HUNT_ESI_REV_000456140 | HUNT_ESI_REV_000595409 |
| HUNT_ESI_REV_000455117 | HUNT_ESI_REV_000456145 | HUNT_ESI_REV_000595419 |
| HUNT_ESI_REV_000455119 | HUNT_ESI_REV_000456146 | HUNT_ESI_REV_000595441 |
| HUNT_ESI_REV_000455120 | HUNT_ESI_REV_000457385 | HUNT_ESI_REV_000595456 |
| HUNT_ESI_REV_000455121 | HUNT_ESI_REV_000457387 | HUNT_ESI_REV_000595476 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000595477 | HUNT_ESI_REV_000596184 | HUNT_ESI_REV_000597475 |
| HUNT_ESI_REV_000595479 | HUNT_ESI_REV_000596187 | HUNT_ESI_REV_000597476 |
| HUNT_ESI_REV_000595480 | HUNT_ESI_REV_000596189 | HUNT_ESI_REV_000597477 |
| HUNT_ESI_REV_000595523 | HUNT_ESI_REV_000596206 | HUNT_ESI_REV_000597588 |
| HUNT_ESI_REV_000595537 | HUNT_ESI_REV_000596328 | HUNT_ESI_REV_000597598 |
| HUNT_ESI_REV_000595538 | HUNT_ESI_REV_000596484 | HUNT_ESI_REV_000597860 |
| HUNT_ESI_REV_000595540 | HUNT_ESI_REV_000596719 | HUNT_ESI_REV_000597861 |
| HUNT_ESI_REV_000595541 | HUNT_ESI_REV_000596806 | HUNT_ESI_REV_000597862 |
| HUNT_ESI_REV_000595549 | HUNT_ESI_REV_000596837 | HUNT_ESI_REV_000597863 |
| HUNT_ESI_REV_000595551 | HUNT_ESI_REV_000596849 | HUNT_ESI_REV_000598130 |
| HUNT_ESI_REV_000595577 | HUNT_ESI_REV_000596902 | HUNT_ESI_REV_000598132 |
| HUNT_ESI_REV_000595581 | HUNT_ESI_REV_000596926 | HUNT_ESI_REV_000598134 |
| HUNT_ESI_REV_000595606 | HUNT_ESI_REV_000596928 | HUNT_ESI_REV_000598136 |
| HUNT_ESI_REV_000595610 | HUNT_ESI_REV_000596929 | HUNT_ESI_REV_000598418 |
| HUNT_ESI_REV_000595628 | HUNT_ESI_REV_000596930 | HUNT_ESI_REV_000598419 |
| HUNT_ESI_REV_000595629 | HUNT_ESI_REV_000596931 | HUNT_ESI_REV_000598420 |
| HUNT_ESI_REV_000595635 | HUNT_ESI_REV_000596932 | HUNT_ESI_REV_000598421 |
| HUNT_ESI_REV_000595637 | HUNT_ESI_REV_000596934 | HUNT_ESI_REV_000598490 |
| HUNT_ESI_REV_000595707 | HUNT_ESI_REV_000596980 | HUNT_ESI_REV_000598496 |
| HUNT_ESI_REV_000595719 | HUNT_ESI_REV_000597070 | HUNT_ESI_REV_000598500 |
| HUNT_ESI_REV_000595803 | HUNT_ESI_REV_000597141 | HUNT_ESI_REV_000598922 |
| HUNT_ESI_REV_000595846 | HUNT_ESI_REV_000597142 | HUNT_ESI_REV_000598923 |
| HUNT_ESI_REV_000595851 | HUNT_ESI_REV_000597143 | HUNT_ESI_REV_000598924 |
| HUNT_ESI_REV_000595932 | HUNT_ESI_REV_000597144 | HUNT_ESI_REV_000598925 |
| HUNT_ESI_REV_000595935 | HUNT_ESI_REV_000597234 | HUNT_ESI_REV_000598926 |
| HUNT_ESI_REV_000595987 | HUNT_ESI_REV_000597263 | HUNT_ESI_REV_000598983 |
| HUNT_ESI_REV_000596094 | HUNT_ESI_REV_000597409 | HUNT_ESI_REV_000599013 |
| HUNT_ESI_REV_000596118 | HUNT_ESI_REV_000597473 | HUNT_ESI_REV_000599047 |
| HUNT_ESI_REV_000596158 | HUNT_ESI_REV_000597474 | HUNT_ESI_REV_000599094 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000599095 | HUNT_ESI_REV_000603483 | HUNT_ESI_REV_000604908 |
| HUNT_ESI_REV_000599096 | HUNT_ESI_REV_000603484 | HUNT_ESI_REV_000636342 |
| HUNT_ESI_REV_000599097 | HUNT_ESI_REV_000603486 | HUNT_ESI_REV_000663807 |
| HUNT_ESI_REV_000599267 | HUNT_ESI_REV_000603492 | HUNT_ESI_REV_000663808 |
| HUNT_ESI_REV_000599269 | HUNT_ESI_REV_000603495 | HUNT_ESI_REV_000663809 |
| HUNT_ESI_REV_000599429 | HUNT_ESI_REV_000603504 | HUNT_ESI_REV_000663810 |
| HUNT_ESI_REV_000599431 | HUNT_ESI_REV_000603505 | HUNT_ESI_REV_000663811 |
| HUNT_ESI_REV_000599433 | HUNT_ESI_REV_000603506 | HUNT_ESI_REV_000663812 |
| HUNT_ESI_REV_000599944 | HUNT_ESI_REV_000603507 | HUNT_ESI_REV_000663872 |
| HUNT_ESI_REV_000600136 | HUNT_ESI_REV_000603508 | HUNT_ESI_REV_000663873 |
| HUNT_ESI_REV_000600269 | HUNT_ESI_REV_000603513 | HUNT_ESI_REV_000663875 |
| HUNT_ESI_REV_000600477 | HUNT_ESI_REV_000603590 | HUNT_ESI_REV_000663876 |
| HUNT_ESI_REV_000600574 | HUNT_ESI_REV_000603630 | HUNT_ESI_REV_000813598 |
| HUNT_ESI_REV_000600575 | HUNT_ESI_REV_000603632 | HUNT_ESI_REV_000813600 |
| HUNT_ESI_REV_000600577 | HUNT_ESI_REV_000603749 | HUNT_ESI_REV_000813603 |
| HUNT_ESI_REV_000603247 | HUNT_ESI_REV_000603750 | HUNT_ESI_REV_000813605 |
| HUNT_ESI_REV_000603429 | HUNT_ESI_REV_000603751 | HUNT_ESI_REV_000813608 |
| HUNT_ESI_REV_000603432 | HUNT_ESI_REV_000603801 | HUNT_ESI_REV_000813610 |
| HUNT_ESI_REV_000603434 | HUNT_ESI_REV_000604675 | HUNT_ESI_REV_000813613 |
| HUNT_ESI_REV_000603445 | HUNT_ESI_REV_000604747 | HUNT_ESI_REV_000813615 |
| HUNT_ESI_REV_000603456 | HUNT_ESI_REV_000604781 | HUNT_ESI_REV_000888126 |
| HUNT_ESI_REV_000603457 | HUNT_ESI_REV_000604782 | HUNT_ESI_REV_000888128 |
| HUNT_ESI_REV_000603458 | HUNT_ESI_REV_000604816 | HUNT_ESI_REV_000888130 |
| HUNT_ESI_REV_000603459 | HUNT_ESI_REV_000604817 | HUNT_ESI_REV_000888132 |
| HUNT_ESI_REV_000603460 | HUNT_ESI_REV_000604903 | HUNT_ESI_REV_000946286 |
| HUNT_ESI_REV_000603471 | HUNT_ESI_REV_000604904 | HUNT_ESI_REV_000946288 |
| HUNT_ESI_REV_000603475 | HUNT_ESI_REV_000604905 | HUNT_ESI_REV_000946290 |
| HUNT_ESI_REV_000603481 | HUNT_ESI_REV_000604906 | HUNT_ESI_REV_000946292 |
| HUNT_ESI_REV_000603482 | HUNT_ESI_REV_000604907 | HUNT_ESI_REV_000946296 |

| | | |
|---|---|---|
| HUNT_ESI_REV_000946546 | HUNT_ESI_REV_001168145 | HUNT_ESI_REV_00310152 |
| HUNT_ESI_REV_000946548 | HUNT_ESI_REV_001168147 | HUNT_ESI_REV_00310153 |
| HUNT_ESI_REV_000946550 | HUNT_ESI_REV_001168148 | HUNT_ESI_REV_00310155 |
| HUNT_ESI_REV_000946552 | HUNT_ESI_REV_001168150 | HUNT_ESI_REV_00310156 |
| HUNT_ESI_REV_000946554 | HUNT_ESI_REV_001168151 | HUNTCLE_0009358 |
| HUNT_ESI_REV_000946556 | HUNT_ESI_REV_001168153 | HUNTCLE_0009359 |
| HUNT_ESI_REV_000946558 | HUNT_ESI_REV_001168154 | HUNTCLE_0009360 |
| HUNT_ESI_REV_000946560 | HUNT_ESI_REV_001277368 | HUNTCLE_0009361 |
| HUNT_ESI_REV_000946562 | HUNT_ESI_REV_001277369 | HUNTCLE_0009362 |
| HUNT_ESI_REV_000946564 | HUNT_ESI_REV_001277371 | HUNTCLE_0009363 |
| HUNT_ESI_REV_000946566 | HUNT_ESI_REV_001277408 | HUNTCLE_0009364 |
| HUNT_ESI_REV_000946568 | HUNT_ESI_REV_001277409 | HUNTCLE_0009365 |
| HUNT_ESI_REV_001079696 | HUNT_ESI_REV_001277411 | HUNTCLE_0009366 |
| HUNT_ESI_REV_001079697 | HUNT_ESI_REV_001277412 | HUNTCLE_0009367 |
| HUNT_ESI_REV_001079698 | HUNT_ESI_REV_001277424 | HUNTCLE_0009368 |
| HUNT_ESI_REV_001079700 | HUNT_ESI_REV_001277425 | HUNTCLE_0009369 |
| HUNT_ESI_REV_001079701 | HUNT_ESI_REV_001277427 | HUNTCLE_0009370 |
| HUNT_ESI_REV_001079702 | HUNT_ESI_REV_001277428 | HUNTCLE_0009371 |
| HUNT_ESI_REV_001107888 | HUNT_ESI_REV_001457034 | HUNTCLE_0009372 |
| HUNT_ESI_REV_001107889 | HUNT_ESI_REV_001464348 | HUNTCLE_0009373 |
| HUNT_ESI_REV_001107890 | HUNT_ESI_REV_001472077 | HUNTCLE_0009374 |
| HUNT_ESI_REV_001107892 | HUNT_ESI_REV_001472677 | HUNTCLE_0009375 |
| HUNT_ESI_REV_001107893 | HUNT_ESI_REV_00309814 | HUNTCLE_0009376 |
| HUNT_ESI_REV_001107894 | HUNT_ESI_REV_00309816 | HUNTCLE_0009377 |
| HUNT_ESI_REV_001107934 | HUNT_ESI_REV_00309818 | HUNTCLE_0009378 |
| HUNT_ESI_REV_001107936 | HUNT_ESI_REV_00309820 | HUNTCLE_0009379 |
| HUNT_ESI_REV_001107938 | HUNT_ESI_REV_00310147 | HUNTCLE_0009380 |
| HUNT_ESI_REV_001107940 | HUNT_ESI_REV_00310149 | HUNTCLE_0009381 |
| HUNT_ESI_REV_001168144 | HUNT_ESI_REV_00310150 | HUNTCLE_0009883 |

| | | |
|---|---|---|
| HUNTCLE_0009891 | HUNTCLE_0019112 | HUNTCLE_0045353 |
| HUNTCLE_0009902 | HUNTCLE_0019114 | HUNTCLE_0045354 |
| HUNTCLE_0010180 | HUNTCLE_0019116 | HUNTCLE_0045355 |
| HUNTCLE_0010188 | HUNTCLE_0019118 | HUNTCLE_0073571 |
| HUNTCLE_0013123 | HUNTCLE_0019120 | HUNTCLE_0073595 |
| HUNTCLE_0018708 | HUNTCLE_0019122 | HUNTCLE_0073656 |
| HUNTCLE_0018900 | HUNTCLE_0019124 | HUNTCLE_0074341 |
| HUNTCLE_0018901 | HUNTCLE_0019126 | HUNTCLE_0074359 |
| HUNTCLE_0018902 | HUNTCLE_0019128 | HUNTCLE_0074378 |
| HUNTCLE_0018903 | HUNTCLE_0026578 | HUNTCLE_0177419 |
| HUNTCLE_0018904 | HUNTCLE_0030698 | HUNTCLE_0177421 |
| HUNTCLE_0018905 | HUNTCLE_0030699 | HUNTCLE_0181749 |
| HUNTCLE_0018906 | HUNTCLE_0030701 | HUNTCLE_0183326 |
| HUNTCLE_0018907 | HUNTCLE_0033708 | HUNTCLE_0183456 |
| HUNTCLE_0018945 | HUNTCLE_0033737 | HUNTCLE_0183464 |
| HUNTCLE_0018946 | HUNTCLE_0036008 | HUNTCLE_0185665 |
| HUNTCLE_0018947 | HUNTCLE_0036010 | HUNTCLE_0185669 |
| HUNTCLE_0018948 | HUNTCLE_0036012 | HUNTCLE_0185978 |
| HUNTCLE_0018949 | HUNTCLE_0036014 | HUNTCLE_0185979 |
| HUNTCLE_0018950 | HUNTCLE_0036016 | HUNTCLE_0185980 |
| HUNTCLE_0018951 | HUNTCLE_0036018 | HUNTCLE_0185981 |
| HUNTCLE_0018952 | HUNTCLE_0036233 | HUNTCLE_0185982 |
| HUNTCLE_0019098 | HUNTCLE_0036338 | HUNTCLE_0185983 |
| HUNTCLE_0019100 | HUNTCLE_0037693 | HUNTCLE_0185984 |
| HUNTCLE_0019102 | HUNTCLE_0045348 | HUNTCLE_0185985 |
| HUNTCLE_0019104 | HUNTCLE_0045349 | HUNTCLE_0185997 |
| HUNTCLE_0019106 | HUNTCLE_0045350 | HUNTCLE_0185999 |
| HUNTCLE_0019108 | HUNTCLE_0045351 | HUNTCLE_0186001 |
| HUNTCLE_0019110 | HUNTCLE_0045352 | HUNTCLE_0186003 |

| | | |
|---|---|---|
| HUNTCLE_0186050 | HUNTCLE_0189113 | HUNTCLE_0192855 |
| HUNTCLE_0186051 | HUNTCLE_0189115 | HUNTCLE_0192856 |
| HUNTCLE_0186052 | HUNTCLE_0189117 | HUNTCLE_0192857 |
| HUNTCLE_0186053 | HUNTCLE_0189119 | HUNTCLE_0192858 |
| HUNTCLE_0186054 | HUNTCLE_0189121 | HUNTCLE_0192859 |
| HUNTCLE_0186055 | HUNTCLE_0189253 | HUNTCLE_0192860 |
| HUNTCLE_0186056 | HUNTCLE_0189348 | HUNTCLE_0192861 |
| HUNTCLE_0186057 | HUNTCLE_0189361 | HUNTCLE_0192906 |
| HUNTCLE_0187787 | HUNTCLE_0189704 | HUNTCLE_0195294 |
| HUNTCLE_0187948 | HUNTCLE_0189798 | HUNTCLE_0195303 |
| HUNTCLE_0188052 | HUNTCLE_0189862 | HUNTCLE_0195312 |
| HUNTCLE_0188066 | HUNTCLE_0190535 | HUNTCLE_0201703 |
| HUNTCLE_0188124 | HUNTCLE_0191195 | HUNTCLE_0201719 |
| HUNTCLE_0188156 | HUNTCLE_0191197 | HUNTCLE_0204875 |
| HUNTCLE_0188291 | HUNTCLE_0191199 | HUNTCLE_0204886 |
| HUNTCLE_0188344 | HUNTCLE_0191201 | HUNTCLE_0204897 |
| HUNTCLE_0188593 | HUNTCLE_0191377 | HUNTCLE_0205127 |
| HUNTCLE_0188682 | HUNTCLE_0191383 | HUNTCLE_0205245 |
| HUNTCLE_0188778 | HUNTCLE_0191430 | HUNTCLE_0205291 |
| HUNTCLE_0188815 | HUNTCLE_0191439 | HUNTCLE_0206305 |
| HUNTCLE_0188926 | HUNTCLE_0191457 | HUNTCLE_0206537 |
| HUNTCLE_0188970 | HUNTCLE_0191520 | HUNTCLE_0206632 |
| HUNTCLE_0188999 | HUNTCLE_0191572 | HUNTCLE_0206947 |
| HUNTCLE_0189031 | HUNTCLE_0191574 | HUNTCLE_0207905 |
| HUNTCLE_0189064 | HUNTCLE_0191576 | HUNTCLE_0207951 |
| HUNTCLE_0189066 | HUNTCLE_0192122 | HUNTCLE_0208156 |
| HUNTCLE_0189068 | HUNTCLE_0192148 | HUNTCLE_0208304 |
| HUNTCLE_0189070 | HUNTCLE_0192504 | HUNTCLE_0208309 |
| HUNTCLE_0189072 | HUNTCLE_0192854 | HUNTCLE_0208366 |

| | | |
|---|---|---|
| HUNTCLE_0208376 | HUNTCLE_0221241 | HUNTCLE_0229315 |
| HUNTCLE_0208391 | HUNTCLE_0221806 | HUNTCLE_0234674 |
| HUNTCLE_0208416 | HUNTCLE_0222062 | HUNTCLE_0236428 |
| HUNTCLE_0208553 | HUNTCLE_0222296 | HUNTCLE_0236429 |
| HUNTCLE_0208649 | HUNTCLE_0223196 | HUNTCLE_0236862 |
| HUNTCLE_0208679 | HUNTCLE_0223216 | HUNTCLE_0237504 |
| HUNTCLE_0208717 | HUNTCLE_0224335 | HUNTCLE_0237628 |
| HUNTCLE_0208722 | HUNTCLE_0224343 | HUNTCLE_0237630 |
| HUNTCLE_0208847 | HUNTCLE_0224465 | HUNTCLE_0237632 |
| HUNTCLE_0209024 | HUNTCLE_0224475 | HUNTCLE_0237634 |
| HUNTCLE_0209077 | HUNTCLE_0224596 | HUNTCLE_0237637 |
| HUNTCLE_0209092 | HUNTCLE_0224650 | HUNTCLE_0237639 |
| HUNTCLE_0209135 | HUNTCLE_0224659 | HUNTCLE_0237641 |
| HUNTCLE_0209610 | HUNTCLE_0226155 | HUNTCLE_0237643 |
| HUNTCLE_0209620 | HUNTCLE_0226282 | HUNTCLE_0237645 |
| HUNTCLE_0210123 | HUNTCLE_0226317 | HUNTCLE_0237647 |
| HUNTCLE_0210239 | HUNTCLE_0226384 | HUNTCLE_0237649 |
| HUNTCLE_0210484 | HUNTCLE_0226511 | HUNTCLE_0238308 |
| HUNTCLE_0210554 | HUNTCLE_0226574 | HUNTCLE_0239304 |
| HUNTCLE_0210676 | HUNTCLE_0226671 | HUNTCLE_0239313 |
| HUNTCLE_0210791 | HUNTCLE_0229297 | HUNTCLE_0239835 |
| HUNTCLE_0210958 | HUNTCLE_0229307 | HUNTCLE_0239839 |
| HUNTCLE_0210988 | HUNTCLE_0229308 | HUNTCLE_0239879 |
| HUNTCLE_0211129 | HUNTCLE_0229309 | HUNTCLE_0239880 |
| HUNTCLE_0211225 | HUNTCLE_0229310 | HUNTCLE_0239939 |
| HUNTCLE_0211329 | HUNTCLE_0229311 | HUNTCLE_0239941 |
| HUNTCLE_0211330 | HUNTCLE_0229312 | HUNTCLE_0239979 |
| HUNTCLE_0213121 | HUNTCLE_0229313 | HUNTCLE_0239980 |
| HUNTCLE_0219745 | HUNTCLE_0229314 | HUNTCLE_0240016 |

HUNTCLE_0240017

HUNTCLE_0240332

HUNTCLE_0240334

HUNTCLE_0240341

HUNTCLE_0240343

HUNTCLE_0240345

HUNTCLE_0240525

HUNTCLE_0240526

HUNTCLE_0240527

HUNTCLE_0240528

HUNTCLE_0240529

HUNTCLE_0240530

HUNTCLE_0240531

HUNTCLE_0240532

HUNTCLE_0240576

HUNTCLE_0241355

HUNTCLE_0241519

HUNTCLE_0241667

HUNTCLE_0242023

HUNTCLE_0242373

HUNTCLE_0242406

HUNTCLE_0242575

HUNTCLE_0244624

HUNTCLE_0246225

HUNTCLE_0248039

HUNTCLE_0248132

HUNTCLE_0249980

HUNTCLE_0250237

HUNTCLE_0252534

HUNTCLE_0253704

HuntingtonWV_HC0037053

HuntingtonWV_HC0037958

HuntingtonWV_HC0037960

HuntingtonWV_HC0037962

HuntingtonWV_HC0037964

HuntingtonWV_HC0038135

HuntingtonWV_HC0038715

HuntingtonWV_HC0043186

HuntingtonWV_HC0043423

HuntingtonWV_HC0044621