**EXHIBIT 7**

HUNTCLE_0038051

HUNTCLE_0039799

HUNTCLE_0212312

HUNTCLE_0224480

HUNTCLE_0237449