IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>        Defendants.<br>_____<br><br>CABELL COUNTY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>        Defendants. | Civil Action No. 3:17-01362<br><br><br><br><br><br><br><br><br>Civil Action No. 3:17-01665 |

### MOTION OF JUSTIN M. SIZEMORE TO WITHDRAW APPEARANCE
### ON BEHALF OF AMERISOURCEBERGEN DRUG CORPORATION

COMES NOW Justin M. Sizemore of the law firm of Reed Smith LLP and hereby requests this Court to withdraw his appearance for Defendant AmerisourceBergen Drug Corporation in the above-referenced matter. In support of said Motion, Mr. Sizemore submits:

1. Mr. Sizemore filed his Statement for Visiting Attorney for Pro Hac Vice admission under Local Rule of Civil Procedure 83.6 on May 29, 2020 [Dkt. 489].

2. Mr. Sizemore intends to end his employment with Reed Smith LLP and begin employment with a different law firm. Accordingly, Mr. Sizemore moves this Court to withdraw his appearance as counsel for Defendant AmerisourceBergen Drug Corporation under Local Rule of Civil Procedure 83.4.

3. In accordance with Local Rule of Civil Procedure 83.3, Defendant AmerisourceBergen Drug Corporation, Inc. will continue to be represented by counsel, including the undersigned, after Mr. Sizemore's appearance is withdrawn.

WHEREFORE, Justin M. Sizemore of the law firm of Reed Smith LLP hereby requests this Court to withdraw his *pro hac vice* appearance for Defendant AmerisourceBergen Drug Corporation.

Respectfully Submitted,

*AmerisourceBergen Drug Corporation*
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Justin M. Sizemore*
Justin M. Sizemore
REED SMITH LLP
901 East Byrd Street, Suite 1900
1717 Arch Street, Suite 3100
Richmond, VA 23219
Tel: (804) 344-3400
Fax: (804) 344-3410
jsizemore@reedsmith.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 17th day of September, the foregoing ***Motion of Justin M. Sizemore to Withdraw Appearance on Behalf of AmerisourceBergen Drug Corporation*** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
