# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants.<br>_____<br><br>CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362<br><br><br><br><br><br><br><br>Civil Action No. 3:17-01665 |

**ORDER GRANTING MOTION OF JUSTIN M. SIZEMORE
TO WITHDRAW APPEARANCE ON BEHALF OF
AMERISOURCEBERGEN DRUG CORPORATION**

Pending is the Motion of Justin M. Sizemore to Withdraw Appearance on Behalf of AmerisourceBergen Drug Corporation in the above-referenced matter. Upon consideration, the Court hereby GRANTS the Motion of Justin M. Sizemore to Withdraw Appearance on Behalf of AmerisourceBergen Drug Corporation.

The Clerk is directed to send a copy of this Order to all counsel of record.

ENTERED this _____ day of _____, 2020

_____

Honorable David A. Faber