IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br> Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br> Defendants. | Civil Action No. 3:17-01665 |

**ORDER GRANTING MOTION OF JUSTIN M. SIZEMORE
TO WITHDRAW APPEARANCE ON BEHALF OF
AMERISOURCEBERGEN DRUG CORPORATION**

Pending is the Motion of Justin M. Sizemore to Withdraw Appearance on Behalf of AmerisourceBergen Drug Corporation in the above-referenced matter. Upon consideration, the Court hereby GRANTS the Motion of Justin M. Sizemore to Withdraw Appearance on Behalf of AmerisourceBergen Drug Corporation.

The Clerk is directed to send a copy of this Order to all counsel of record.

ENTERED this 18th day of September, 2020

*/s/ David A. Faber*

Honorable David A. Faber