```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**

_____

## MEMORANDUM OPINION AND ORDER

By Order entered March 9, 2020, the court appointed the Honorable Christopher C. Wilkes as Special Master to assist with discovery matters in these cases.  See ECF No. 200.  The court is considering appointing Judge Wilkes as Special Master to aid in resolving certain pretrial motions that have been filed and are expected to be filed in this matter.  Specifically, the court is considering appointing Judge Wilkes to consider <u>all</u> pretrial motions except for motions for summary judgment, motions in limine, and <u>Daubert</u> motions.  Any order entered for this purpose

would include similar conditions as the earlier Order of Appointment.  Federal Rule of Civil Procedure 53(b)(1) requires that "[b]efore appointing a master, the court must give the parties notice and an opportunity to be heard."

For this reason, the parties have until September 22, 2020, to lodge any objection or otherwise respond to the possible appointment of Judge Wilkes as a special master as outlined herein.

The Clerk is directed to send copies of this Memorandum Opinion and Order to those counsel of record who have registered to receive an electronic NEF and to Special Master Wilkes.

**IT IS SO ORDERED** this 18th day of September, 2020.

ENTER:

David A. Faber
Senior United States District Judge