UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CITY OF HUNTINGTON,**<br>    **Plaintiff,**<br>v.<br>**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**<br>    **Defendants.** | **CIVIL ACTION NO. 3:17-01362** |
| **CABELL COUNTY COMMISSION,**<br>    **Plaintiff,**<br>v.<br>**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**<br>    **Defendants.** | *Consolidated case:*<br>**CIVIL ACTION NO. 3:17-01665** |

**PLAINTIFFS' NOTICE OF INTENT TO SERVE TRIAL SUBPOENA**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiffs, the City of Huntington and Cabell County Commission, by and through undersigned counsel, will serve the following third-party subpoena as soon as practicable:

- Subpoena to Testify at Trial to Angela Ronk, President of T & J Enterprises, Inc. d/b/a The Medicine Shoppe.

Accompanying this Notice, please find a copy of the aforementioned subpoena.

Dated: September 18, 2020

                        Respectfully submitted,

                        Plaintiffs,

                        THE CITY OF HUNTINGTON and
                        CABELL COUNTY COMMISSION

                        /s/ *Michael J. Fuller, Jr.*
                        Michael J. Fuller, Jr. (WV Bar No. 10150)
                        **McHUGH FULLER LAW GROUP, PLLC**
                        97 Elias Whiddon Rd.
                        Hattiesburg, MS  39402
                        T: 601-261-2220
                        F: 601-261-2481
                        mike@mchughfuller.com

Paul T. Farrell, Jr. (WVSB No. 7443)
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
P.O. Box 1180
Huntington, WV  25714-1180
Tel:  304-654-8281
paul@farrell.law

Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9000
Fax:  843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2020, a copy of the foregoing **PLAINTIFFS' NOTICE OF INTENT TO SERVE TRIAL SUBPOENA** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                            */s/  Michael J. Fuller, Jr..*
                                            Michael J. Fuller, Jr.