# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON<br>CABELL COUNTY COMMISSION<br><br>V.<br><br>AMERISOURCE BERGEN DRUG CORPORATION, ET AL<br><br>This document relates to:<br>"TRACK 2 CASES" | Case No. 3:17-1362<br>Hon. David A. Faber |

**[PROPOSED] ORDER ESTABLISHING PROCEDURE FOR DESIGNATION AND USE OF DEPOSITION TESTIMONY AT TRIAL**

To coordinate the procedure for the designation and use of deposition testimony for trial as ordered by the Court, this Order is entered to establish the following schedule and procedure:

| Category of Deadline | Agreed-Upon Deadline |
|---|---|
| • **Affirmative deposition designations due**[1] | 7 p.m. on the Monday prior to the week of anticipated use at trial |
| • **Objections to affirmative deposition designations due**<br>• **Completeness and counter-designations due**[2] | Completeness and counter designations, as well as any objections to affirmative designations, will be disclosed on Wednesdays at 7 p.m. |
| • **Objections to completeness and counter-designations due**<br>• **Reply designations due** | Reply designations, as well as any objections to completeness and counter designations, will be disclosed on Fridays at 7 p.m. |
| • **Meet and confer regarding objections** | The parties will meet and confer regarding objections to designations on Saturdays. All |

---

[1] The parties agree to work in good faith to identify a mutually agreeable format for the exchange of page and line citations for deposition testimony in a manner that permits their respective technical teams to efficiently cut the final videos. The parties further agree that attorney objections and commentary shall not be included in any parties' designations.

[2] Testimony from a different witness may not be used as a completeness or counter-designation.

| | |
|---|---|
| | unresolved objections shall be submitted to the Court for resolution as soon as possible thereafter. |
| • **Offering party provides final video files and transcripts of deposition testimony (including all remaining affirmative, completeness, counter, and reply designations) to non-offering parties for their review prior to introduction at trial**. | The offering party will disclose final video files and transcripts by 12 PM noon on the day prior to play. |

**SO ORDERED**

Dated: _____     _____
                                                              Honorable David A. Faber