# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>        Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al.*<br>        Defendants. | |
| CABELL COUNTY COMMISSION,<br>        Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| AMERISOURCEBERGEN DRUG<br>CORPORATION, *et al.*<br>        Defendants. | |

## **PLAINTIFFS' NOTICE OF INTENT TO SERVE TRIAL SUBPOENA**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiffs, the City of Huntington and Cabell County Commission, by and through undersigned counsel, will serve the following third-party subpoena as soon as practicable:

1. Subpoena to Appear and Testify at a Trial in a Civil Action to United States Department of Justice, Drug Enforcement Agency, care of Mike Stuart, U.S. Attorney for the Southern District of West Virginia.

Accompanying this Notice, please find a copy of the aforementioned subpoena.

| Dated:  May 27, 2020 | Respectfully submitted, |
|---|---|
| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
| /s/ *Anne McGinness Kearse* <br> Anne McGinness Kearse (WVSB No. 12547) <br> **MOTLEY RICE LLC** <br> 28 Bridgeside Blvd. <br> Mount Pleasant, SC 29464 <br> Tel:  843-216-9000 <br> Fax:  843-216-9450 <br> akearse@motleyrice.com | /s/ *Paul T. Farrell, Jr.* <br> Paul T. Farrell, Jr., Esq. (WVSB No. 7443) <br> **FARRELL LAW** <br> P.O. Box 1180 <br> Huntington, WV 25714-1180 <br> 422 Ninth Street, 3rd Floor <br> Huntington, West Virginia 25701 <br> office: 304.523.7285 <br> cell: 304.654.8281 <br> email: paul@farrell.law |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, the foregoing Plaintiffs' Notice of Intent to Serve Trial Subpoena was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system as well as on all counsel via email to plaintiffs' listserv at mdl2804discovery@motleyrice.com and defendants' listservs at track2opioiddefendants@reedsmith.com. Counsel for the DEA is served via email to:

Michael B. Stuart, Mike.Stuart@usdoj.gov

Kelly Phipps, Kelly.E.Phipps@usdoj.gov

David Sobotkin, David.M.Sobotkin@usdoj.gov

Jonathan Hoerner, Jonathan.K.Hoerner@usdoj.gov

/s/ Monique Christenson
Monique Christenson (SC Bar No. 104063)
**MOTLEY RICE LLC**