# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON,**
    Plaintiff,

v.                       **CIVIL ACTION NO. 3:17-cv-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    Defendants.

---

**CABELL COUNTY COMMISSION,**
    Plaintiff,

v.                       **CIVIL ACTION NO. 3:17-cv-01665**

**AMERISOURCE BERGEN DRUG CORPORATION, et al.,**
    Defendants.

## STIPULATED ORDER TO FILE UNDER SEAL

The parties represent to the Court that before (and perhaps during) trial they intend to file numerous dispositive motions, *Daubert* motions, motions in limine, and supporting memoranda of law, along with responses in opposition to those motions, replies in support thereof, and supporting exhibits. The parties further represent that many of those filings will refer to or include material designated Confidential or Highly Confidential. Pursuant to agreement of the parties, to eliminate the need for repetitive motions to file under seal and orders thereon, and for other good cause appearing to the Court, it is **ORDERED** that any motion, supporting memorandum, response, or reply that refers to or includes material designated Confidential or Highly Confidential be filed under seal. This Order does not affect the ability of any party to challenge any confidentiality designation pursuant to the terms of the protective order, or any of the burdens and legal standards applicable to same.

**IT IS SO ORDERED** this ___ day of September, 2020.

ENTER:

_____
David A. Faber
Senior United States District Judge

Respectfully submitted by:

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* <br> Anne McGinness Kearse (WVSB No. 12547) <br> Joseph F. Rice <br> **MOTLEY RICE LLC** <br> 28 Bridgeside Blvd. <br> Mount Pleasant, SC 29464 <br> Tel: 843-216-9000 <br> Fax: 843-216-9450 <br> akearse@motleyrice.com <br> jrice@motleyrice.com <br><br> Linda Singer <br> David I. Ackerman <br> **MOTLEY RICE LLC** <br> 401 9th Street NW, Suite 1001 <br> Washington, DC 20004 <br> Tel:  202-232-5504 <br> Fax:  202-386-9622 <br> lsinger@motleyrice.com <br> dackerman@motleyrice.com <br><br> Charles R. "Rusty" Webb (WVSB No. 4782) <br> **The Webb Law Centre, PLLC** <br> 716 Lee Street, East <br> Charleston, West Virginia 25301 <br> Telephone: (304) 344-9322 <br> Facsimile: (304) 344-1157 <br> rusty@rustywebb.com | /s/ *Paul T. Farrell, Jr.* <br> Paul T. Farrell, Jr. (WVSB No. 7443) <br> **FARRELL LAW** <br> 422 Ninth Street, 3rd Floor (25701) <br> PO Box 1180 <br> Huntington, West Virginia 25714-1180 <br> Mobile: 304-654-8281 <br> paul@farrell.law <br><br> Anthony J. Majestro (WVSB No. 5165) <br> **POWELL & MAJESTRO, PLLC** <br> 405 Capitol Street, Suite P-1200 <br> Charleston, WV 25301 <br> 304-346-2889 / 304-346-2895 (f) <br> amajestro@powellmajestro.com <br><br> Michael A. Woelfel (WVSB No. 4106) <br> **WOELFEL AND WOELFEL, LLP** <br> 801 Eighth Street <br> Huntington, West Virginia 25701 <br> Tel. 304.522.6249 <br> Fax. 304.522.9282 <br> mikewoelfel3@gmail.com |

**McKesson Corporation**
By Counsel:

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
**FLAHERTY SENSABAUGH BONASSO PLLC**
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*/s/ Carol Dan Browning*
Carol Dan Browning
Stites & Harbison, PLLC
400 West Market Street
Suite 1800
Louisville, Kentucky  40202
Telephone:  (502) 587-3400
Facsimile:  (502) 587-6391
cbrowning@stites.com

*/s/ Timothy C. Hester*
Timothy C. Hester
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com


**AmerisourceBergen Drug Corporation**
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
**JACKSON KELLY PLLC**
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

**Cardinal Health, Inc.**
By Counsel:

| | |
|---|---|
| */s/ Steven R. Ruby* | */s/ Enu Mainigi* |
| Michael W. Carey (WVSB No. 635) | Enu Mainigi |
| Steven R. Ruby (WVSB No. 10752) | F. Lane Heard III |
| David R. Pogue (WVSB No. 10806) | Ashley W. Hardin |
| Raymond S. Franks II (WVSB No. 6523) | Jennifer G. Wicht |
| **CAREY DOUGLAS KESSLER & RUBY PLLC** | **WILLIAMS & CONNOLLY LLP** |
| 901 Chase Tower, 707 Virginia Street, East | 725 Twelfth Street NW |
| P.O. Box 913 | Washington, DC 20005 |
| Charleston, WV 25323 | Tel: (202) 434-5000 |
| Telephone: (304) 345-1234 | Fax: (202) 434-5029 |
| Facsimile: (304) 342-1105 | emainigi@wc.com |
| mwcarey@csdlawfirm.com | lheard @wc.com |
| sruby@cdkrlaw.com | ahardin@wc.com |
| drpogue@cdkrlaw.com | jwicht@wc.com |
| rsfranks@cdkrlaw.com | |