UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

### **DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT RE NUISANCE**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum, Defendants AmerisourceBergen Corp., Cardinal Health, Inc., and McKesson Corp. move for summary judgment on the grounds that Plaintiffs have not stated a valid public nuisance claim under West Virginia law and that there is no evidence that Defendants interfered with a public right.[1]

Dated: September 22, 2020                                                         Respectfully submitted,

---

[1] The MDL court did not address Distributor Defendants' motion to dismiss the public nuisance claims in this case.  The MDL court denied defendants' motions to dismiss statutory public nuisance claims brought under Oklahoma and Montana law by two tribal nations.  *In re: National Prescription Opiate Litig.*, Dkt. 1680. Adopting that opinion by reference, the MDL court also denied the manufacturing defendants' motion to dismiss public nuisance claims brought by Summit and Cuyahoga Counties.  *In re: National Prescription Opiate Litig.*, Dkt. 2578.  Both opinions are inapposite. The former concerns (i) statutory claims (ii) under the laws of other states.  The latter (i) concerns Ohio law and (ii) fails to consider The Restatement (Third) of Torts § 8 (among other failures of analysis).

**AMERISOURCEBERGEN DRUG CORPORATION**

By: */s/ Robert A. Nicholas*
    Robert A. Nicholas
    Shannon E. McClure
    REED SMITH LLP
    Three Logan Square
    1717 Arch Street, Suite 3100
    Philadelphia, PA 19103
    Tel: (215) 851-8100
    Fax: (215) 851-1420
    nicholas@reedsmith.com
    smcclure@reedsmith.com

By: */s/ Gretchen M. Callas*
    Gretchen M. Callas (WVSB #7136)
    JACKSON KELLY PLLC
    Post Office Box 553
    Charleston, West Virginia 25322
    Tel: (304) 340-1000
    Fax: (304) 340-1050
    gcallas@jacksonkelly.com

*Counsel for AmerisourceBergen Drug Corporation*

**Cardinal Health, Inc.**
By Counsel:

*/s/ Steven R. Ruby*
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
**CAREY DOUGLAS KESSLER & RUBY PLLC**
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer G. Wicht
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com
jwicht@wc.com

**McKESSON CORPORATION**

By: */s/ Jeffrey M. Wakefield*
    Jeffrey M. Wakefield (WVSB #3894)
    jwakefield@flahertylegal.com
    Jason L. Holliday (WVSB #12749)
    jholliday@flahertylegal.com
    FLAHERTY SENSABAUGH BONASSO PLLC
    P.O. Box. 3843
    Charleston, WV 25338-3843
    Telephone: (304) 345-0200

By: */s/ Timothy C. Hester*
    Timothy C. Hester
    Paul W. Schmidt
    Christian J. Pistilli
    Laura Flahive Wu
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street NW
    Washington, DC 20001
    Tel: (202) 662-5324
    thester@cov.com
    pschmidt@cov.com
    cpistilli@cov.com
    lflahivewu@cov.com

*Counsel for McKesson Corporation*

**CERTIFICATE OF SERVICE**

I, Steven R. Ruby, counsel for Defendant Cardinal Health, Inc., do hereby certify that on this 22nd day of September, 2020, the foregoing **"Defendants' Joint Motion for Summary Judgment Re Nuisance"** was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system.

                                                                              */s/* Steven R. Ruby  
                                                                              Steven R. Ruby (WVSB #10752)