# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

**DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT RE ABATEMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum, Defendants AmerisourceBergen Corp., Cardinal Health, Inc., and McKesson Corp. move for summary judgment on the ground that the record evidence establishes that the Cabell County Commission admittedly lacks the power to abate the alleged public nuisance.

Dated: September 22, 2020                                   Respectfully submitted,

**AMERISOURCEBERGEN DRUG CORPORATION**

By: */s/ Robert A. Nicholas*
    Robert A. Nicholas
    Shannon E. McClure
    REED SMITH LLP
    Three Logan Square
    1717 Arch Street, Suite 3100
    Philadelphia, PA 19103
    Tel: (215) 851-8100
    Fax: (215) 851-1420
    nicholas@reedsmith.com
    smcclure@reedsmith.com

By: */s/ Gretchen M. Callas*
    Gretchen M. Callas (WVSB #7136)
    JACKSON KELLY PLLC
    Post Office Box 553
    Charleston, West Virginia 25322
    Tel: (304) 340-1000
    Fax: (304) 340-1050
    gcallas@jacksonkelly.com

    *Counsel for AmerisourceBergen Drug Corporation*

**Cardinal Health, Inc.**

By: /s/ *Steven R. Ruby*
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
**CAREY DOUGLAS KESSLER & RUBY PLLC**
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com

/s/ *Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer G. Wicht
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
jwicht@wc.com

*Counsel for Cardinal Health, Inc.*

**McKESSON CORPORATION**

By: /s/ *Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

By: /s/ *Timothy C. Hester*
Timothy C. Hester
Paul W. Schmidt
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
pschmidt@cov.com
cpistilli@cov.com
lflahivewu@cov.com

*Counsel for McKesson Corporation*

## **CERTIFICATE OF SERVICE**

I, Steven R. Ruby, counsel for Defendant Cardinal Health, Inc., do hereby certify that on this 22nd day of September, 2020, the foregoing **"Defendants' Joint Motion for Summary Judgment Re Abatement"** was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system.

                                                               */s/* Steven R. Ruby
                                                               Steven R. Ruby (WVSB #10752)