UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

**APPENDIX TO
MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT:
NO RIGHT TO ABATEMENT**

## INDEX TO APPENDIX

| | Page Range |
|---|---|
| **DEPOSITION EXCERPTS** | |
| Crouch, Bill (Aug. 25, 2020) | 1-8 |
|     Exhibit 24 | 9-10 |
|     Exhibit 29 | 11-15 |
| Mullins, Christina (July 14, 2020) | 16-23 |
|     Exhibit 5 | 24-37 |
| Thompson, Beth (July 23, 2020) | 38-51 |
| **OTHER** | |
| Brief of Amici Curiae States of Michigan, Alaska, Arizona, Connecticut, Hawaii, Indiana, Kansas, Montana, Nebraska, North Dakota, South Dakota, Tennessee, Texas, And District of Columbia In Support of the State Of Ohio's Petition For Writ Of Mandamus at 13-15, *In Re: National Prescription Opiate Litigation*, No. 19-3827 (6th Cir. Sept. 6, 2019), available at 2019 WL 4390968 | 52-62 |
| Amicus Curie Letter Regarding Plaintiffs' Renewed and Amended Notice of Motion for Certification of Rule 23(b)(3) Cities / Counties Negotiation Class at 2, *In Re: National Prescription Opiate Litigation*, 1:17-md-02804-DAP, Doc # 1951 (N.D. Ohio July 23, 2019) | 63-74 |
| Plaintiff City of Huntington, West Virginia's Supplemental Responses and Objections to Distributor Defendants First Set of Interrogatories excerpts (Apr. 30, 2020) | 75-82 |

Dated: September 22, 2020