UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CITY OF HUNTINGTON,**<br>    Plaintiff,<br>v.<br>**AMERISOURCE BERGEN DRUG CORPORATION, et al.,**<br>    Defendants. | Civil Action No. 3:17-cv-01362 |
| **CABELL COUNTY COMMISSION,**<br>    Plaintiff,<br>v.<br>**AMERISOURCE BERGEN DRUG CORPORATION, et al.,**<br>    Defendants. | *Consolidated case:*<br>Civil Action No. 3:17-cv-01665 |

**NOTICE OF FILING PLAINTIFFS' APPENDIX
TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING
TRANSACTIONS REFLECTED IN PROCESSED ARCOS DATA**

Plaintiffs hereby give notice that they have filed a hard drive containing the electronic files containing ARCOS Data and Processed ARCOS Data which are the subject of the Motion for Partial Summary Judgment Regarding Transactions Reflected in Processed ARCOS Data. This data is voluminous and has previously been produced to Defendants. Plaintiffs will produce an additional electronic copy upon request.

Dated: September 22, 2020

Respectfully submitted,

| | |
|---|---|
| **THE CITY OF HUNTINGTON** | **CABELL COUNTY COMMISSION** |
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse | Paul T. Farrell, Jr. |
| WVSB No. 12547 | WVSB Bar No. 7443 |
| Joseph F. Rice | **FARRELL LAW** |
| **MOTLEY RICE LLC** | 422 Ninth Street, 3rd Floor (25701) |
| 28 Bridgeside Blvd. | PO Box 1180 |
| Mount Pleasant, SC 29464 | Huntington, West Virginia 25714-1180 |
| Tel: 843-216-9000 | Mobile: 304-654-8281 |
| Fax: 843-216-9450 | paul@farrell.law |
| akearse@motleyrice.com | |
| jrice@motleyrice.com | |
| | /s/ *Anthony J. Majestro* |
| | Anthony J. Majestro |
| Linda Singer | WVSB No. 5165 |
| David I. Ackerman | **POWELL & MAJESTRO, PLLC** |
| **MOTLEY RICE LLC** | 405 Capitol Street, Suite P-1200 |
| 401 9th Street NW, Suite 1001 | Charleston, WV 25301 |
| Washington, DC 20004 | 304-346-2889 / 304-346-2895 (f) |
| Tel: 202-232-5504 | amajestro@powellmajestro.com |
| Fax: 202-386-9622 | |
| lsinger@motleyrice.com | |
| dackerman@motleyrice.com | Michael A. Woelfel |
| | WVSB No. 4106 |
| | **WOELFEL AND WOELFEL, LLP** |
| Charles R. "Rusty" Webb | 801 Eighth Street |
| WV No. 4782 | Huntington, West Virginia 25701 |
| **THE WEBB LAW CENTRE** | Tel. 304.522.6249 |
| 716 Lee Street, East | Fax. 304.522.9282 |
| Charleston, West Virginia 25301 | mikewoelfel3@gmail.com |
| Telephone: (304) 344-9322 | |
| Facsimile: (304) 344-1157 | |
| rusty@rustywebb.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020, a copy of the foregoing **NOTICE OF FILING PLAINTIFFS' APPENDIX TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING TRANSACTIONS REFLECTED IN PROCESSED ARCOS DATA** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to Track2OpioidDefendants@ReedSmith.com, MDL2804Discovery@motleyrice.com, and CT2_Opioid_Team@mail-list.com.

/s/ *Anthony J. Majestro*