Page 1

1          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

2

3

   * * * * * * * * * * * * * * * * * * * * * * *

4

   THE CITY OF HUNTINGTON,

5

             Plaintiff,

6

   vs.                                    CIVIL ACTION

7                                         NO. 3:17-01362

   AMERISOURCEBERGEN DRUG

8  CORPORATION, et al.,

9             Defendants.

10 _____

11 CABELL COUNTY COMMISSION,

12            Plaintiff,

13 vs.                                     CIVIL ACTION
                                           NO. 3:17-01665

14 AMERISOURCEBERGEN DRUG
   CORPORATION, et al.,

15

             Defendants.

16

   * * * * * * * * * * * * * * * * * * * * * * *

17

18

19          Videotaped and Zoom videoconference
   deposition of CRAIG MCCANN, PH.D. taken by the

20 Defendants under the Federal Rules of Civil
   Procedure in the above-entitled action, pursuant to

21 notice, before Jennifer Vail-Kirkbride, a Registered
   Merit Reporter, on the 1st day of September, 2020.

22

23

24

EXHIBIT 3

Page 148

1      Q.  Talking about some of the code, the word
2   "code" was used repeatedly by Mr. Eppich.  Do you
3   have an understanding what Mr. Eppich was referring
4   to when he used the word "code," "code computer"?
5      A.  Yes, I think I do.
6      Q.  And has your office at every step of the
7   way through this litigation produced the code or
8   computer code to the -- to the other side, to the
9   defendants?
10      A.  Yes.
11      Q.  So the defendants have had in some cases
12   the computer code you, your office, created to
13   analyze and organize the data for as much as almost
14   two years; correct?
15      A.  Correct.
16      Q.  So would you explain what your
17   understanding of the code is, just in kind of
18   layman's terms.
19              MR. EPPICH:  Objection.  Form.
20      A.  Sure.  There is two broad categories of
21   code, roughly corresponding to the two big
22   categories of opinions in my report.  The first set
23   of opinions in code deals with how the ARCOS data
24   is, uhm, is processed and prepared.  And the second

1  taken our code, which involved thousands of hours of

2  development, and, perhaps, spending tens of hours

3  slightly modifying it.  I don't see any independent

4  code produced by defendants in realtime in

5  monitoring their orders or by their experts in this

6  litigation, ex post justifying the orders that they

7  shipped.

8      Q.  Let's go back to the beginning.  I want to

9  ask you some foundational questions.  And let's

10  start with Automation of Reports and Consolidated

11  Order System, ARCOS.  Tell us how your office

12  secured the ARCOS data.

13      A.  Well, it was delivered to us on hard drives

14  or thumb drives and stored on a local server here in

15  my office.

16      Q.  I don't want you to go through each of the

17  34 fields, but explain to us generally what types of

18  fields were contained or the data contained in ARCOS

19  as you received it on the hard drives?

20      A.  There was really three categories of

21  fields, a category that identifies the shipper or

22  seller.  You think of that as the manufacturer and

23  shipments to the distributors or the distributors in

24  shipments to pharmacies.

1   received the ARCOS on the -- on the hard

2   drives.  Walk the Court through the processing piece

3   of it.  What did you do with the data once you

4   received it on the hard drives?

5        A.  Well, the data is a -- as we receive it, is

6   what you might think of as a text file.  It's just a

7   string of -- sort of a continuous string, of

8   billions of characters long, but when you read it

9   into software, you can separate these billions of

10  characters into 500 million lines of data.  And

11  these lines of data include the 34 fields that we

12  were just discussing.

13            These fields vary in length from a few

14  characters to, perhaps, 15 or 20 characters.  So you

15  take this billions of characters of text and break

16  it down into the 500 million lines of data on the 34

17  fields.

18            As I explain in the expert report,

19  these lines of data include some -- some errors that

20  we clean up, that we fix, some duplicates, some

21  other reasons, some errors.

22       Q.  Sure.

23       A.  And then with that -- that processed data,

24  we -- we are then ready to produce summaries of the