# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CITY OF HUNTINGTON,**<br>    **Plaintiff,**<br>v.<br>**AMERISOURCE BERGEN DRUG CORPORATION, et al.,**<br>    **Defendants.** | Civil Action No. 3:17-cv-01362 |
| **CABELL COUNTY COMMISSION,**<br>    **Plaintiff,**<br>v.<br>**AMERISOURCE BERGEN DRUG CORPORATION, et al.,**<br>    **Defendants.** | *Consolidated case:*<br>Civil Action No. 3:17-cv-01665 |

### NOTICE OF FILING PLAINTIFFS' APPENDIX TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING TRANSACTIONS REFLECTED IN PROCESSED ARCOS DATA

Plaintiffs hereby give notice that they have filed a hard drive containing the electronic files containing ARCOS Data and Processed ARCOS Data which are the subject of the Motion for Partial Summary Judgment Regarding Transactions Reflected in Processed ARCOS Data. This data is voluminous and has previously been produced to Defendants. Plaintiffs will produce an additional electronic copy upon request.

Dated: September 22, 2020

Respectfully submitted,

<table>
<tr><td>

**THE CITY OF HUNTINGTON**
/s/ *Anne McGinness Kearse*
Anne McGinness Kearse
WVSB No. 12547
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com


Linda Singer
David I. Ackerman
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com


Charles R. "Rusty" Webb
WV No. 4782
**THE WEBB LAW CENTRE**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

</td><td>

**CABELL COUNTY COMMISSION**
/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
WVSB Bar No. 7443
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
PO Box 1180
Huntington, West Virginia 25714-1180
Mobile: 304-654-8281
paul@farrell.law


/s/ *Anthony J. Majestro*
Anthony J. Majestro
WVSB No. 5165
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com


Michael A. Woelfel
WVSB No. 4106
**WOELFEL AND WOELFEL, LLP**
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020, a copy of the foregoing **NOTICE OF FILING PLAINTIFFS' APPENDIX TO MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING TRANSACTIONS REFLECTED IN PROCESSED ARCOS DATA** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to Track2OpioidDefendants@ReedSmith.com, MDL2804Discovery@motleyrice.com, and CT2_Opioid_Team@mail-list.com.

/s/ *Anthony J. Majestro*