UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **PLAINTIFF,**

V.

**AMERISOURCEBERGEN DRUG CORPORATION, ET AL.,**
    **DEFENDANTS.**

CIVIL ACTION NO. 3:17-01362

**CABELL COUNTY COMMISSION,**
    **PLAINTIFF,**

V.

**AMERISOURCEBERGEN DRUG CORPORATION, ET AL.,**
    **DEFENDANTS.**

CIVIL ACTION NO. 3:17-01665

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING DEFENDANTS' STATUTORY AND REGULATORY DUTIES**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs by their undersigned counsel, respectfully move for partial summary adjudication that the Controlled Substances Act and the West Virginia Controlled Substances Act impose an obligation to maintain effective controls against diversion, and that in order to meet this obligation, distributors of controlled substances must design and operate a system to identify suspicious orders; must report suspicious order to the DEA; and must stop shipment of suspicious orders pending investigation.

In support of this motion, Plaintiffs submit Plaintiffs' Memorandum of Law and accompanying exhibits, which are being filed contemporaneously with this motion.

Dated: September 22, 2020

Respectfully submitted,

| | |
|---|---|
| **THE CITY OF HUNTINGTON** | **CABELL COUNTY COMMISSION** |
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse | Paul T. Farrell, Jr. |
| WVSB No. 12547 | WVSB Bar No. 7443 |
| Joseph F. Rice | **FARRELL LAW** |
| **MOTLEY RICE LLC** | 422 Ninth Street, 3rd Floor (25701) |
| 28 Bridgeside Blvd. | PO Box 1180 |
| Mount Pleasant, SC 29464 | Huntington, West Virginia 25714-1180 |
| Tel: 843-216-9000 | Mobile: 304-654-8281 |
| Fax: 843-216-9450 | paul@farrell.law |
| akearse@motleyrice.com | |
| jrice@motleyrice.com | /s/ *Anthony J. Majestro* |
| | Anthony J. Majestro |
| Linda Singer | WVSB No. 5165 |
| David I. Ackerman | **POWELL & MAJESTRO, PLLC** |
| **MOTLEY RICE LLC** | 405 Capitol Street, Suite P-1200 |
| 401 9th Street NW, Suite 1001 | Charleston, WV 25301 |
| Washington, DC 20004 | 304-346-2889 / 304-346-2895 (f) |
| Tel:  202-232-5504 | amajestro@powellmajestro.com |
| Fax:  202-386-9622 | |
| lsinger@motleyrice.com | Michael A. Woelfel |
| dackerman@motleyrice.com | WVSB No. 4106 |
| | **WOELFEL AND WOELFEL, LLP** |
| Charles R. "Rusty" Webb | 801 Eighth Street |
| WV No. 4782 | Huntington, West Virginia 25701 |
| **THE WEBB LAW CENTRE** | Tel. 304.522.6249 |
| 716 Lee Street, East | Fax. 304.522.9282 |
| Charleston, West Virginia 25301 | mikewoelfel3@gmail.com |
| Telephone: (304) 344-9322 | |
| Facsimile: (304) 344-1157 | |
| rusty@rustywebb.com | |

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to Track2OpioidDefendants@reedsmith.com, MDL2804Discovery@motleyrice.com and CT2_Opioid_Team@mail-list.com.

/s/ *Anthony J. Majestro*