```
 1       IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4                        - - -
 5
     IN RE:  NATIONAL          :   HON. DAN A.
 6   PRESCRIPTION OPIATE       :   POLSTER
     LITIGATION                :
 7                             :
     APPLIES TO ALL CASES      :   NO.
 8                             :   1:17-MD-2804
                               :
 9
             - HIGHLY CONFIDENTIAL -
10
     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                      VOLUME II
12
                        - - -
13
                   April 18, 2019
14
                        - - -
15
16            Continued videotaped
     deposition of THOMAS PREVOZNIK, taken
17   pursuant to notice, was held at the law
     offices of Williams & Connolly, 725 12th
18   Street, Washington, D.C., beginning at
     8:16 a.m., on the above date, before
19   Michelle L. Gray, a Registered
     Professional Reporter, Certified
20   Shorthand Reporter, Certified Realtime
     Reporter, and Notary Public.
21
                        - - -
22
          GOLKOW LITIGATION SERVICES
23    877.370.3377 ph | 917.591.5672 fax
               deps@golkow.com
24
```

Golkow Litigation Services                                    Page 410

EXHIBIT B

```
 1                    MS. MAINIGI:  Objection.
 2           Form.  Objection.  Vague as to
 3           time.
 4                    THE WITNESS:  Can you please
 5           repeat it?
 6      BY MR. FARRELL:
 7           Q.    Does the DEA take the
 8      position that a registrant of controlled
 9      substances has a duty to block shipments
10      of suspicious orders?
11                    MS. MAINIGI:  Objection.
12           Form.  Objection.  Vague as to
13           time.
14                    THE WITNESS:  Yes.
15      BY MR. FARRELL:
16           Q.    Is that now and always been
17      the law in the United States of America?
18                    MS. MAINIGI:  Objection.
19           Form.  Outside the scope.
20                    THE WITNESS:  Yes.
21      BY MR. FARRELL:
22           Q.    And if a registrant says
23      that it was allowed to ship suspicious
24      orders, is that -- has that ever been
```