# POWELL & MAJESTRO PLLC

ATTORNEYS AT LAW



405 CAPITOL STREET
SUITE P-1200
P.O. BOX 3081
CHARLESTON, WV 25331

PHONE (304) 346-2889
FAX (304) 346-2895

WRITER'S E-MAIL
amajestro@powellmajestro.com

September 22, 2020

*Via Hand Delivery*
Rory Perry, Clerk
U.S. District Court –
        Southern District of W.Va.
Robert C. Byrd United States Courthouse
300 Virginia Street, East, Suite 2400
Charleston, WV 25301

RE:    City of Huntington V. AmeriSource Bergen Drug
       Corporation, et al.,
       Civil Action No. 3:17-cv-01362
       AND
       Cabell County Commission v. AmeriSource Bergen Drug
       Corporation, et al.,
       Consolidated case: Civil Action No. 3:17-cv-01665

Dear Clerk:

Enclosed, please find by physical hand-delivery a hard drive that is an Exhibit in the "Plaintiffs' Appendix To Motion for Partial Summary Judgment Regarding Transactions Reflected in Processed ARCOS Data" in the above-referenced cases, the Plaintiff's Appendix being a pleading that will be filed electronically through the ECF system.

If there are any questions or concerns, please feel free to contact me at (304) 610-4006 or my staff at (304) 346-2889.

Sincerely,

Anthony J. Majestro

Enclosure



**STX**
**Seagate Portable Drive**
**PN: 2N1AP1—570**










SEAGATE

# Portable Drive

**External Storage**

| | |
|---|---|
| QUICK START GUIDE | КРАТКОЕ РУКОВОДСТВО |
| SCHNELLSTARTANLEITUNG | ПОЛЬЗОВАТЕЛЯ |
| GUÍA DE INICIO RÁPIDO | 快速入门指南 |
| GUIDE DE DÉMARRAGE RAPIDE | 快速入門指南 |
| GUIDA DI AVVIO RAPIDO | 퀵 스타트 가이드 |
| SNELSTARTHANDLEIDING | クイック スタート ガイド |
| GUIA DE INÍCIO RÁPIDO | |