IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

        Plaintiff,

v.                                   Civil Action No. 3:17-01362
                                        Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

        Defendants.

_____

CABELL COUNTY COMMISSION,

        Plaintiff,

v.                                   Civil Action No. 3:17-01665
                                        Hon. David A. Faber

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

        Defendants.

## **CERTIFICATE OF SERVICE**

    I, Steven R. Ruby, counsel for Defendant Cardinal Health, Inc., do hereby certify that on

this 23rd day of September 2020, **Trial Witness List of Defendant Cardinal Health, Inc.** was

served electronically upon all counsel of record.

                     /s/ Steven R. Ruby
                     Michael W. Carey (WVSB No. 635)
                     Steven R. Ruby (WVSB No. 10752)
                     David R. Pogue (WWVSB No. 10806)
                     Raymond S. Franks II (WVSB No. 6523)
                     CAREY DOUGLAS KESSLER & RUBY PLLC
                     901 Chase Tower, 707 Virginia Street, East
                     P.O. Box 913
                     Charleston, WV 25323
                     Telephone: (304) 345-1234
                     Facsimile: (304) 342-1105
                     mwcarey@cdkrlaw.com
                     sruby@cdkrlaw.com
                     drpogue@cdkrlaw.com
                     rfranks@cdkrlaw.com
                     ***Counsel for Cardinal Health, Inc.***