**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                                                                          Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                                                                          Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, the *Plaintiffs' Rule 26(a)(3)(A)(i) Witness List* was served on all counsel via email to plaintiffs' listserv at mdl2804discovery@motleyrice.com and defendants' listservs at track2opioiddefendants@reedsmith.com.

    /s/ Monique Christenson
    Monique Christenson (SC Bar No. 104063)
    **MOTLEY RICE LLC**
    28 Bridgeside Blvd.
    Mount Pleasant, SC 29464
    Tel: 843-216-9000
    Fax: 843-216-9450
    mchristenson@motleyrice.com