UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

CIVIL ACTION NO. 3:17-01362

CABELL COUNTY COMMISSION,
    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

CIVIL ACTION NO. 3:17-01665

## CT2 STIPULATION (SECOND):
## <u>CARDINAL HEALTH AND HUNTINGTON/CABELL COUNTY</u>

Defendant, Cardinal Health, Inc. ("Cardinal Health") and Plaintiffs, City of Huntington (City) and Cabell County Commission (County), stipulate as follows regarding the documents referenced in Appendix A and Appendix B.

1.    Cardinal Health stipulates that it will not object to the authenticity of these documents pursuant to FRE 901 and 902 at trial.

2.    Cardinal Health stipulates to presentation of these documents without the use of a sponsoring witness at trial, while preserving all other evidentiary objections.

3.    Cardinal Health reserves its right to object to the admissibility of all documents identified in Appendix A, or to any witness's testimony about them, including but not limited to under Federal Rules of Evidence 401, 402, 403, 408, and hearsay.

1

4. Cardinal Health and Plaintiffs stipulate to the admissibility of the documents identified in Appendix B.

| | |
|---|---|
| Date: September 24, 2020 | Respectfully Submitted, |

**Cardinal Health, Inc.**

/s/Steven R. Ruby
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
707 Virginia St. E., Ste. 901
Charleston, West Virginia 25301
Tel.: (304) 345-1234
Fax: (304) 342-1105

/s/ Enu Mainigi
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Tel.: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com


**Plaintiffs**

/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr.
(WVSB Bar No. 7443)
FARRELL LAW
P.O. Box 1180
Huntington, WV 25714-1180
*Counsel for City of Huntington*

/s/ Anne McGinness Kearse
Anne McGinness Kearse
(WVSB No. 12547)
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.

2

Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com
*Counsel for Cabell County Commission*

3