## Appendix A

| Line Item | Beginning Bates | End Bates |
|---|---|---|
| 1 | CAH_ALASKA_00047030 | CAH_ALASKA_00047069 |
| 2 | CAH_ALASKA_00190590 | CAH_ALASKA_00190602 |
| 3 | CAH_ANNEARUNDEL_0155989 | CAH_ANNEARUNDEL_0156011 |
| 4 | CAH_FEDWV_00017569 | CAH_FEDWV_00017579 |
| 5 | CAH_FEDWV_00386778 | CAH_FEDWV_00386820 |
| 6 | CAH_MDL_PRIORPROD_DEA07_00012001 | CAH_MDL_PRIORPROD_DEA07_00012002 |
| 7 | CAH_MDL_PRIORPROD_DEA07_00135433 | CAH_MDL_PRIORPROD_DEA07_00135434 |
| 8 | CAH_MDL_PRIORPROD_DEA07_00318789 | CAH_MDL_PRIORPROD_DEA07_00318789 |
| 9 | CAH_MDL_PRIORPROD_DEA07_00827893 | CAH_MDL_PRIORPROD_DEA07_00827894 |
| 10 | CAH_MDL_PRIORPROD_DEA07_00837645 | CAH_MDL_PRIORPROD_DEA07_00837648 |
| 11 | CAH_MDL_PRIORPROD_DEA07_00869965 | CAH_MDL_PRIORPROD_DEA07_00870002 |
| 12 | CAH_MDL_PRIORPROD_DEA07_00968964-R | CAH_MDL_PRIORPROD_DEA07_00968968 |
| 13 | CAH_MDL_PRIORPROD_DEA07_01052516 | CAH_MDL_PRIORPROD_DEA07_01052516 |
| 14 | CAH_MDL_PRIORPROD_DEA07_01053067 | CAH_MDL_PRIORPROD_DEA07_01053068 |
| 15 | CAH_MDL_PRIORPROD_DEA07_01111292 | CAH_MDL_PRIORPROD_DEA07_01111292 |
| 16 | CAH_MDL_PRIORPROD_DEA07_01181262 | CAH_MDL_PRIORPROD_DEA07_01181332 |
| 17 | CAH_MDL_PRIORPROD_DEA07_01198345 | CAH_MDL_PRIORPROD_DEA07_01198358 |
| 18 | CAH_MDL_PRIORPROD_DEA07_02088028 | CAH_MDL_PRIORPROD_DEA07_02088029 |
| 19 | CAH_MDL_PRIORPROD_DEA12_00004353 | CAH_MDL_PRIORPROD_DEA12_00004355 |
| 20 | CAH_MDL_PRIORPROD_DEA12_00010978 | CAH_MDL_PRIORPROD_DEA12_00010979 |
| 21 | CAH_MDL_PRIORPROD_DEA12_00013056 | CAH_MDL_PRIORPROD_DEA12_00013103 |
| 22 | CAH_MDL_PRIORPROD_DEA12_00014414 | CAH_MDL_PRIORPROD_DEA12_00014462 |
| 23 | CAH_MDL_PRIORPROD_HOUSE_0003331 | CAH_MDL_PRIORPROD_HOUSE_0003372 |
| 24 | CAH_MDL_PRIORPRODDEA07_00883454 | CAH_MDL_PRIORPRODDEA07_00883456 |
| 25 | CAH_MDL_PRIORPRODDEA07_00884294 | CAH_MDL_PRIORPRODDEA07_00884294 |

## Appendix B

| Line Item | Beginning Bates | End Bates |
|---|---|---|
| 1 | CAH_MDL2804_03468426 | CAH_MDL2804_03468433 |
| 2 | CAH_FEDWV_00000001 | CAH_FEDWV_00001109 |
| 3 | CAH_MDL2804_01287246 | CAH_MDL2804_01287299 |
| 4 | CAH_MDL2804_01287374 | CAH_MDL2804_01287453 |
| 5 | CAH_OHAG_0229735 | CAH_OHAG_0229747 |
| 6 | CAH_MDL2804_01287454 | CAH_MDL2804_01287525 |
| 7 | CAH_OHAG_0229682 | CAH_OHAG_0229685 |
| 8 | CAH_MDL2804_03468434 | CAH_MDL2804_03468434 |
| 9 | CAH_MDL_PRIORPROD_DEA07_01120515-R | CAH_MDL_PRIORPROD_DEA07_01121149-R |
| 10 | CAH_MDL_PRIORPROD_DEA07_02731023-R | CAH_MDL_PRIORPROD_DEA07_02731657-R |
| 11 | CAH_MDL_PRIORPROD_DEA07_01544958-R | CAH_MDL_PRIORPROD_DEA07_01545544-R |
| 12 | CAH_MDL_PRIORPROD_DEA07_01641502-R | CAH_MDL_PRIORPROD_DEA07_01641682-R |
| 13 | CAH_MDL_PRIORPROD_DEA07_01649530-R | CAH_MDL_PRIORPROD_DEA07_01649762-R |
| 14 | CAH_MDL_PRIORPROD_DEA07_01658177-R | CAH_MDL_PRIORPROD_DEA07_01658435-R |
| 15 | CAH_MDL_PRIORPROD_DEA07_01667412-R | CAH_MDL_PRIORPROD_DEA07_01667648-R |
| 16 | CAH_MDL_PRIORPROD_DEA07_01679058-R | CAH_MDL_PRIORPROD_DEA07_01679629-R |
| 17 | CAH_MDL_PRIORPROD_DEA07_01698986-R | CAH_MDL_PRIORPROD_DEA07_01699238-R |
| 18 | CAH_MDL_PRIORPROD_DEA07_01708184-R | CAH_MDL_PRIORPROD_DEA07_01708405-R |
| 19 | CAH_MDL_PRIORPROD_DEA07_01718249-R | CAH_MDL_PRIORPROD_DEA07_01718696-R |
| 20 | CAH_MDL_PRIORPROD_DEA07_01731023-R | CAH_MDL_PRIORPROD_DEA07_01731222-R |
| 21 | CAH_MDL_PRIORPROD_DEA07_01738760-R | CAH_MDL_PRIORPROD_DEA07_01738940-R |
| 22 | CAH_MDL_PRIORPROD_DEA07_01746932-R | CAH_MDL_PRIORPROD_DEA07_01747159-R |
| 23 | CAH_MDL_PRIORPROD_DEA07_01756326-R | CAH_MDL_PRIORPROD_DEA07_01756593-R |
| 24 | CAH_MDL_PRIORPROD_DEA07_01761369-R | CAH_MDL_PRIORPROD_DEA07_01761577-R |
| 25 | CAH_MDL_PRIORPROD_DEA07_01769514-R | CAH_MDL_PRIORPROD_DEA07_01769809-R |
| 26 | CAH_MDL_PRIORPROD_DEA07_01774365-R | CAH_MDL_PRIORPROD_DEA07_01774629-R |
| 27 | CAH_MDL_PRIORPROD_DEA07_01778618-R | CAH_MDL_PRIORPROD_DEA07_01778921-R |

| | | |
|---|---|---|
| 28 | CAH_MDL_PRIORPROD_DEA07_01783983-R | CAH_MDL_PRIORPROD_DEA07_01784244-R |
| 29 | CAH_MDL_PRIORPROD_DEA07_01788800-R | CAH_MDL_PRIORPROD_DEA07_01789058-R |
| 30 | CAH_MDL_PRIORPROD_DEA07_01793846-R | CAH_MDL_PRIORPROD_DEA07_01794084-R |
| 31 | CAH_MDL_PRIORPROD_DEA07_01798617-R | CAH_MDL_PRIORPROD_DEA07_01798852-R |
| 32 | CAH_MDL_PRIORPROD_DEA07_01803669-R | CAH_MDL_PRIORPROD_DEA07_01804096-R |
| 33 | CAH_MDL_PRIORPROD_DEA07_01810924-R | CAH_MDL_PRIORPROD_DEA07_01811129-R |
| 34 | CAH_MDL_PRIORPROD_DEA07_01815068-R | CAH_MDL_PRIORPROD_DEA07_01815287-R |
| 35 | CAH_MDL_PRIORPROD_DEA07_01820263-R | CAH_MDL_PRIORPROD_DEA07_01820785-R |
| 36 | CAH_MDL_PRIORPROD_DEA07_01829063-R | CAH_MDL_PRIORPROD_DEA07_01829320-R |
| 37 | CAH_MDL_PRIORPROD_DEA07_01833389-R | CAH_MDL_PRIORPROD_DEA07_01833605-R |
| 38 | CAH_MDL_PRIORPROD_DEA07_01837849-R | CAH_MDL_PRIORPROD_DEA07_01838258-R |
| 39 | CAH_MDL_PRIORPROD_DEA07_01845055-R | CAH_MDL_PRIORPROD_DEA07_01845364-R |
| 40 | CAH_MDL2804_00613605 | CAH_MDL2804_00614239 |
| 41 | CAH_MDL2804_00689780 | CAH_MDL2804_00689780 |
| 42 | CAH_MDL2804_00718279 | CAH_MDL2804_00718279 |
| 43 | CAH_MDL2804_00719378 | CAH_MDL2804_00719823 |
| 44 | Anti-Diversion policies and procedures identified in Appendix A to Cardinal's Second Supplemental Objection and Response to Plaintiffs' First Combined Discovery Request No. 2 | |