IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, <br><br>   Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br>   Defendants. <br> _____ <br><br> CABELL COUNTY COMMISSION, <br><br>   Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br>   Defendants. | Civil Action No. 3:17-01362 <br><br><br><br><br><br><br><br> Civil Action No. 3:17-01665 |

## CERTIFICATE OF SERVICE

I, Jeffrey M. Wakefield, counsel for Defendant McKesson Corporation, do hereby certify that on the 23rd day of September 2020, **Defendants' Trial Witness List** was served electronically upon all counsel of record.

Dated:  September 24, 2020                Respectfully submitted,

                         */s/ Jeffrey M. Wakefield*
                         Jeffrey M. Wakefield (WVSB #3894)
                         jwakefield@flahertylegal.com
                         FLAHERTY SENSABAUGH BONASSO PLLC
                         P.O. Box. 3843
                         Charleston, WV 25338-3843

1

Telephone: (304) 345-0200

*Counsel for McKesson Corporation*

2