IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants.<br>_____<br><br>CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362<br><br><br><br><br><br><br><br><br><br>Civil Action No. 3:17-01665 |

## CERTIFICATE OF SERVICE

    I, Jeffrey M. Wakefield, counsel for Defendant McKesson Corporation, do hereby certify that on the 23rd day of September 2020, **McKesson Corporation's Trial Witness List** was served electronically upon all counsel of record.

Dated: September 24, 2020                        Respectfully submitted,

                                                          */s/ Jeffrey M. Wakefield*
                                                           Jeffrey M. Wakefield (WVSB #3894)
                                                           jwakefield@flahertylegal.com
                                                           FLAHERTY SENSABAUGH BONASSO PLLC
                                                           P.O. Box. 3843
                                                           Charleston, WV 25338-3843

2

Telephone: (304) 345-0200

*Counsel for McKesson Corporation*