UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CITY OF HUNTINGTON,<br>    Plaintiff,<br>v.<br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br>    Defendants. | CIVIL ACTION NO. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br>    Plaintiff,<br>v.<br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br>    Defendants. | *Consolidated case:*<br>CIVIL ACTION NO. 3:17-01665 |

## NOTICE OF CANCELLATION

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), and the Deposition Protocol governing this litigation, Plaintiffs City of Huntington and Cabell County Commission, by and through undersigned counsel, hereby give notice that the deposition noticed for **September 18, 2020** at **9:00 AM (Eastern Standard Time) remotely filed on Cardinal Health** is hereby CANCELLED.

Dated: September 24, 2020

Respectfully submitted,

Plaintiffs,

THE CITY OF HUNTINGTON and
CABELL COUNTY COMMISSION
/s/ *Michael J. Fuller, Jr.*
Michael J. Fuller, Jr. (WV Bar No. 10150)
**McHUGH FULLER LAW GROUP, PLLC**
97 Elias Whiddon Rd.
Hattiesburg, MS 39402
T: 601-261-2220
F: 601-261-2481
mike@mchughfuller.com

1

        Paul T. Farrell, Jr. (WVSB No. 7443)
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
P.O. Box 1180
Huntington, WV  25714-1180
Tel:  304-654-8281
paul@farrell.law

Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9000
Fax:  843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 24, 2020, a copy of the foregoing **PLAINTIFFS' NOTICE OF CANCELLATION** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

        */s/  Michael J. Fuller, Jr..*
        Michael J. Fuller, Jr.