

Danielle J. Sochaczevski
Log out

# Thank You for Your Payment

Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status click here

Your transaction has been processed successfully.
An email receipt has also been sent to DSochaczevski@wc.com

## Payment Information

| Item | Qty | Unit Price | Total Price |
|---|---|---|---|
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |

**Payment Total: $ 358.00**

Date: September 25th, 2020 11:12 AM
Transaction #: 62575926594

## PHV Case Information

| | |
|---|---|
| Civil Action Number | 3:17-CV-01362 |
| Email | DSochaczevski@wc.com |

## Billing Name and Address

Steven R. Ruby

707 Virginia Street, East
Charleston, WV 25323

## Your Email

DSochaczevski@wc.com

## Credit Card

Visa

************8603

Expires: September 2024

All Contents Copyright © 2020, The WV State Bar. All Rights Reserved.
The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231
Toll Free: 866-989-8227| Phone: 304-553-7220

Click here for assistance if you are having technical difficulties or have questions.