# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                   Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.
_____

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                   Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 25, 2020, the *Plaintiffs' Amended Rule 26(a)(3)(A)(i)*

*Witness List* was served on all counsel via email to plaintiffs' listserv at

mdl2804discovery@motleyrice.com and defendants' listservs at

track2opioiddefendants@reedsmith.com.

/s/ Monique Christenson
Monique Christenson (SC Bar No. 104063)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
mchristenson@motleyrice.com