IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **The City of Huntington,**<br>    **Plaintiff,**<br>v.<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>    **Defendants.** | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| **Cabell County Commission,**<br>    **Plaintiff,**<br>v.<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>    **Defendants.** | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

### SECOND AMENDED NOTICE OF REMOTE VIDEOTAPED DEPOSITION OF MICHAEL SIEGEL

**PLEASE TAKE NOTICE** that, pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Defendants, by and through undersigned counsel, will take the remote, oral, videotaped deposition of **Michael Siegel**, on **October 6, 2020**, beginning at **9:00 a.m. Eastern Standard Time.** Court reporting services and video recording services will be provided by Veritext Legal Solutions via alternative video teleconferencing (VTC) services (Zoom). Parties who wish to access the deposition by phone may dial in using conference call number **646-568-7788** and access code **8030287568**.

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered by the Court.

A request for records is attached hereto as Exhibit A.

Dated:  September 29, 2020

Respectfully submitted,

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*/s/ Mark H. Lynch*
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
Laura Flahive Wu
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com
lflahivewu@cov.com

*Counsel for McKesson Corporation*

**EXHIBIT A**

1. An itemization of the hours you spent for your work in this matter.

2. All syllabi, presentation slides, and/or notes that relate to your teaching about topics listed on page 7 of your report: substance use and abuse, the opioid epidemic, the public health duties of pharmaceutical companies and distributors, the role of pharmaceutical companies and distributors in the opioid epidemic, and approaches to preventing opioid misuse.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on 28th day of September, 2020, the forgoing was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail at mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com.


Dated:  September 29, 2020                     */s/ Mark H. Lynch*
                                                                                               Mark H. Lynch