L R Civ P 7.1(a)(9) Form (06/08/2017)
L R CR P 12.1(e) Form (06/08/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

AT  CHARLESTON

**City of Huntington et al**

v.

**AmerisourceBergen Drug Corporation et al**

**NOTICE OF CERTIFICATION FOR USE OF COURTROOM TECHNOLOGY**

CIVIL ACTION NUMBER  3:17-cv-1362

Comes now the **Defendant**, by counsel, and do(es) hereby certify pursuant to **LR Civ P 7.1(f)** that the court's technology staff was contacted by telephone or in person, to arrange for the use of courtroom technology **at the trial of this** action set for 10/19/2020.

Anticipated Equipment Usage (select all that apply):

☐ VCR/DVD Player
☑ Document Camera
☑ Laptop
☑ Annotation System

☑ I request training/testing of anticipated equipment before the date of the use.
☐ I do not require training/testing.

/s/Jeffrey M. Wakefield

/s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)
FLAHERTY SENSABAUGH BONASSO
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
jwakefield@flahertylegal.com