## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br> Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br> Defendants. | Civil Action No. 3:17-01665 |

### NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE** that Jonathan Mincer, Esq. is withdrawing as legal counsel on behalf of McKesson Corporation in this matter effective October 1, 2020, when he will be departing Covington & Burling LLP. Accordingly, it is requested that the undersigned be removed as a participant to the electronic docket in this matter.

Respectfully submitted this 30th day of September, 2020.

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
*Counsel for McKesson Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2020, I filed a true and exact copy of the foregoing "***Notice of Withdrawal as Counsel***" via the Court's CM/ECF system which will provide service to all counsel of record.

                                            */s/ Jeffrey M. Wakefield*
                                            Jeffrey M. Wakefield (WVSB #3894)