IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

## **AMENDED NOTICE OF WITHDRAWAL AS COUNSEL**

**PLEASE TAKE NOTICE** that Jonathan Mincer, Esq. is withdrawing as legal counsel on behalf of McKesson Corporation in this matter effective October 1, 2020, when he will be departing Covington & Burling LLP. Accordingly, it is requested that the undersigned be removed as a participant to the electronic docket in this matter.

Respectfully submitted this 30th day of September, 2020.

                                                 */s/ Jonathan Mincer*
                                                 Jonathan Mincer
                                                 jmincer@cov.com
                                                 Covington & Burling LLP
                                                 One CityCenter, 850 Tenth Street, NW
                                                 Washington, DC 20001-4956
                                                 Telephone: 202-662-5781
                                                 *Counsel for McKesson Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2020, I filed a true and exact copy of the foregoing "**AMENDED** *Notice of Withdrawal as Counsel*" via the Court's CM/ECF system which will provide service to all counsel of record.

                                               */s/ Jonathan Mincer*
                                               Jonathan Mincer