UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| CITY OF HUNTINGTON, <br>     Plaintiff, | | |
| vs. | | CIVIL ACTION NO.: 3:17-cv-1362 |
| AMERISOURCEBERGEN DRUG CORPORATION, et al., <br>     Defendants. | | |
| CABELL COUNTY COMMISSION, <br>     Plaintiff, | | *Consolidated Case:* |
| vs. | | CIVIL ACTION NO.: 3:17-cv-1665 |
| AMERISOURCEBERGEN DRUG CORPORATION, et al. <br>     Defendants. | | |

## **PLAINTIFFS' NOTICE OF INTENT TO SERVE TRIAL SUBPOENA**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiffs, Cabell County Commission and the City of Huntington, by and through undersigned counsel, will serve the following Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action as soon as practicable:

- Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action to William Gutierrez-Mahoney;

- Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action to Michael Oriente; and

- Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action to Timothy Ashworth.

Accompanying this Notice, please find a copy of the aforementioned subpoenas.

DATED this 1st day of October, 2020.

*Brandon L. Bogle*
BRANDON L. BOGLE, ESQUIRE
Florida Bar Number: 52624
Levin, Papantonio, Thomas, Mitchell,
 Rafferty & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
bbogle@levinlaw.com
850-435-7042
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2020, a copy of the foregoing Plaintiffs' Notice of Intent to Serve Trial Subpoenas was filed electronically using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*Brandon L. Bogle*
BRANDON L. BOGLE, Esquire
