# EXHIBIT A

Highly Confidential - Subject to Further Confidentiality Review

1    IN THE UNITED STATES DISTRICT COURT

2     FOR THE NORTHERN DISTRICT OF OHIO

3         EASTERN DIVISION

4           - - -

5

6 IN RE: NATIONAL    :  HON. DAN A.
PRESCRIPTION OPIATE   :  POLSTER
LITIGATION         :

7                 :
APPLIES TO ALL CASES  :  NO.

8                 :  1:17-MD-2804
                 :

9

10      - HIGHLY CONFIDENTIAL -

11 SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

12         VOLUME II

13          - - -

14      April 18, 2019

15          - - -

16        Continued videotaped
deposition of THOMAS PREVOZNIK, taken

17 pursuant to notice, was held at the law
offices of Williams & Connolly, 725 12th

18 Street, Washington, D.C., beginning at
8:16 a.m., on the above date, before

19 Michelle L. Gray, a Registered
Professional Reporter, Certified

20 Shorthand Reporter, Certified Realtime
Reporter, and Notary Public.

21          - - -

22

23     GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
        deps@golkow.com

24

Highly Confidential - Subject to Further Confidentiality Review

1   terminate controlled substance sales to

2   the customer and report the termination

3   to the DEA."

4            Do you understand what I

5   just read to you?

6            MS. MAINIGI:  Objection.

7       Form.  Objection.  Scope.

8            THE WITNESS:  Can I get the

9       first -- the first part of the

10      question?

11  BY MR. FARRELL:

12       Q.    Yes.  So specifically what

13  I'm referencing is Cardinal Health's

14  reply brief, in Cardinal Health versus

15  Eric Holder, which was a preliminary

16  injunction filed by Cardinal Health in a

17  DC District Court.  And in it -- in the

18  reply brief there's a provision in here

19  that I read to you.  And in essence what

20  it says is that if you get a suspicious

21  order, and you block it, that Cardinal

22  Health would terminate that customer and

23  not sell to it anymore.

24            Do you agree that if a

Highly Confidential - Subject to Further Confidentiality Review

1  wholesale distributor gets a flag of a

2  suspicious order, that they've determined

3  to be a suspicious order, and that they

4  block that shipment, that they should

5  terminate all future sales to that same

6  customer until they can rule out that

7  diversion is occurring?

8            MS. MAINIGI:  Objection.

9       Form.  Objection.  Scope.  Calls

10      for a hypothetical.

11           MR. EPPICH:  Objection to

12      the foundation.  Calls for

13      speculation.

14           THE WITNESS:  Yes, I would

15      agree.

16  BY MR. FARRELL:

17      Q.    The same thing applies to a

18  document involving McKesson.

19           On August 13, 2014, the

20  United States Department of Justice was

21  communicating with the lawyer for

22  McKesson which ended up resulting in a

23  $150 million fine.

24           And in this discussion, the