# EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3
       IN RE: NATIONAL           )
 4     PRESCRIPTION              )   MDL No. 2804
       OPIATE LITIGATION         )
 5     _____    )   Case No.
                                 )   1:17-MD-2804
 6                               )
       THIS DOCUMENT RELATES     )   Hon. Dan A.
 7     TO ALL CASES              )   Polster
 8
                     FRIDAY, MAY 17, 2019
 9
          HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                  CONFIDENTIALITY REVIEW
11                          - - -
12            Videotaped deposition of Thomas
13     Prevoznik, Volume III, held at the offices of
14     WILLIAMS & CONNOLLY LLP, 725 Twelfth Street,
15     NW, Washington, DC, commencing at 8:10 a.m.,
16     on the above date, before Carrie A. Campbell,
17     Registered Diplomate Reporter and Certified
18     Realtime Reporter.
19
20
21                          - - -
22
                  GOLKOW LITIGATION SERVICES
23           877.370.3377 ph | 917.591.5672 fax
                      deps@golkow.com
24
25
```

```
 1            answered.  Incomplete hypothetical.
 2                    And I'd appreciate the break.
 3                    THE WITNESS:  Could you please
 4       repeat it?
 5   QUESTIONS BY MS. MAINIGI:
 6            Q.     Are they required to hold the
 7       other orders that they don't view to be
 8       suspicious, or is it okay for the distributor
 9       in that instance to exercise their business
10       judgment and send those nonsuspicious orders
11       out?
12                    MR. FINKELSTEIN:  Asked and
13            answered.  Incomplete hypothetical.
14                    THE WITNESS:  Yes.
15   QUESTIONS BY MS. MAINIGI:
16            Q.     Yes what?
17            A.     They can.
18            Q.     Okay.  They can ship those
19       other orders out?
20            A.     Yes.
21                    MS. MAINIGI:  Okay.  Let's go
22            ahead and take your break.
23                    VIDEOGRAPHER:  We're going off
24            record.  The time is 4:53.
25              (Off the record at 4:53 p.m.)
```