IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' IMPROPERLY OBTAINED STATEMENT OR <u>LETTER FROM DEA</u>**

Upon consideration of Defendants' Motion to Exclude Plaintiffs' Improperly Obtained Statement or Letter from DEA and any opposition and replies thereto, it is hereby:

**ORDERED** that Defendants' Motion to Exclude Plaintiffs' Improperly Obtained Statement or Letter from DEA is **GRANTED**.

Plaintiffs may not secure testimony through either a letter from DEA or any other means.  Any Improperly Obtained Statement or Letter from DEA is **EXCLUDED**.

_____
Hon. David A. Faber
United States District Judge