UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON,**
 **Plaintiff,**
**v.**              **CIVIL ACTION NO. 3:17-01362**
**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
 **Defendants.**

**CABELL COUNTY COMMISSION,**
 **Plaintiff,**          *Consolidated case:*
**v.**              **CIVIL ACTION NO. 3:17-01665**
**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
 **Defendants.**

## PLAINTIFFS' AMENDED NOTICE OF INTENT TO SERVE TRIAL SUBPOENA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiffs, the City of Huntington and Cabell County Commission, by and through undersigned counsel, will serve the following third-party subpoenas as soon as practicable:

- Subpoena to Testify at Trial to Richard B. Fillmore, Pharmacist-in-Charge, Discount Emporium, Inc., d/b/a Drug Emporium #1

- Subpoena to Testify at Trial to Robert A. Petryzsak, President, Discount Emporium, Inc., d/b/a Drug Emporium #1

Accompanying this Notice, please find a copy of the aforementioned subpoenas.

Dated: October 2, 2020

Respectfully submitted,

Plaintiffs,

THE CITY OF HUNTINGTON and
CABELL COUNTY COMMISSION

/s/ *Michael J. Fuller, Jr.*
Michael J. Fuller, Jr. (WV Bar No. 10150)
**McHUGH FULLER LAW GROUP, PLLC**
97 Elias Whiddon Rd.
Hattiesburg, MS  39402
T: 601-261-2220
F: 601-261-2481
mike@mchughfuller.com

Paul T. Farrell, Jr. (WVSB No. 7443)
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
P.O. Box 1180
Huntington, WV  25714-1180
Tel:  304-654-8281
paul@farrell.law

Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9000
Fax:  843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 2, 2020, a copy of the foregoing **PLAINTIFFS' AMENDED NOTICE OF INTENT TO SERVE TRIAL SUBPOENA** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Michael J. Fuller, Jr..*
Michael J. Fuller, Jr.