# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

### [PROPOSED] ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF JAMES GELDHOF

Upon consideration of Defendants' *Daubert* Motion to Exclude the Opinions of James Geldhof and any opposition and replies thereto, it is hereby:

**ORDERED** that Defendants' *Daubert* Motion to Exclude the Opinions of James Geldhof is **GRANTED**.

The opinions of James Geldhof are **EXCLUDED**.

---

                                        Hon. David A. Faber
                                     United States District Judge