**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

THE CITY OF HUNTINGTON,
     Plaintiff,


v.                                        CIVIL ACTION NO. 3:17-01362
                                          Honorable David A. Faber


AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
     Defendants.

_____


CABELL COUNTY COMMISSION,

     Plaintiff,


v.                                          CIVIL ACTION NO. 3:17-01665
                                          Honorable David A. Faber

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
     Defendants.

_____


**APPENDIX TO**
**DEFENDANTS' MOTION TO EXCLUDE**
**EXPERT TESTIMONY OF THOMAS McGUIRE**

# INDEX TO APPENDIX

| | Page Range |
|---|---|
| **REPORTS AND DEPOSITIONS** | |
| Ciccarone, Daniel (excerpts) | 1-4 |
| Keyes, Katherine (excerpts) | 5-8 |
| Lembke, Anna (excerpts) | 9-13 |
| McGuire, Thomas | |
| Report (without appendices) of Professor Thomas McGuire Regarding Public Nuisance in the Cabell Huntington Community in West Virginia | 14-79 |
| Deposition of Thomas McGuire (Sept. 9, 2020) (excerpts) | 80-90 |
| **OTHER** | |
| CDC Guideline for Prescribing Opioids For Chronic Pain—United States, 2016, Recommendations and Reports/ Mar. 18, 2016/ 65/1; 1-49 (with errata sheet), https://www.cdc.gov/mmwr/volumes/65/rr/pdfs/rr6501e1.pdf | 91-143 |
| Final Report of The President's Commission on Combatting Drug Addiction and the Opioid Crisis (Nov. 1, 2017), https://www.whitehouse.gov/sites/whitehouse.gov/files/images/Final _Report_Draft_11-15-2017.pdf | 144-281 |

DATED: October 2, 2020