**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| THE CITY OF HUNTINGTON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | |
| Defendants. | |
| | |
| CABELL COUNTY COMMISSION, | |
| Plaintiff, | |
| | Civil Action No. 3:17-01665 |
| v. | |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | |
| Defendants. | |

**APPENDIX TO**
**DEFENDANTS' MOTION TO EXCLUDE THE**
**TESTIMONY OF DR. RAHUL GUPTA**

## INDEX TO APPENDIX

|  | Page Range |
|---|---|
| **DEPOSITIONS** | |
| Bowling, Karen (excerpts) | 1-3 |
| Gupta, Dr. Rahul | 4-91 |
| Potters, David (excerpts) | 92-94 |

Dated: October 2, 2020