# EXHIBIT 5

Page 1

1  SUPREME COURT OF THE STATE OF NEW YORK
   COUNTY OF SUFFOLK
2
   - - - - - - - - - - - - - - - - - - - - -x
3
   IN RE OPIOID LITIGATION
4                                    Index No: 400000/2017
5  _____
6  This document relates to:
7  The County of Nassau, New York v.
   Purdue Pharma L.P.,
8  Case No. 400001/2017
   _____
9  The County of Suffolk, New York v.
   Purdue Pharma L.P.,
10 Case No. 400008/2017
   _____
11 The People of the State of New York v.
   Purdue Pharma L.P.,
12 Case No. 400016/2018
13 - - - - - - - - - - - - - - - - - - - - -x
14                          February 7, 2020
                            8:02 a.m.
15
16            Videotaped Deposition of
17 JAMES RAFALSKI, taken by Defendant,
18 pursuant to Notice, held at the Offices of
19 Napoli Shkolnik PLLC, 400 Broadhollow
20 Road, Melville, New York, before
21 Sharon Pearce, RMR, CRR, CRC, NYRCR, a
22 Registered Merit Reporter, Certified
23 Realtime Reporter, and Notary Public of
24 the State of New York.

```
                                          Page 45
 1   all of your --
 2       A.    No working income other than
 3   this income here.
 4       Q.    Got it.  Got it.
 5             So all your working income now
 6   comes from being an expert for plaintiff
 7   lawyers in opioid litigation?
 8       A.    Yes, sir.
 9       Q.    Have you done any other
10   consulting in your career other than for
11   plaintiff lawyers in opioid litigation?
12       A.    No, sir.
13       Q.    Have you ever been hired by
14   anyone to implement a suspicious order
15   monitoring system?
16       A.    No, sir.
17       Q.    Is there any time in your career
18   where you've ever had occasion to design
19   or operate a suspicious order monitoring
20   system?
21       A.    No, sir.
22       Q.    I have referenced Schedule 1 to
23   your report a couple of times, and I want
24   to just pass you a copy of it.
```