


# EXHIBIT 8

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3
      IN RE: NATIONAL           )
 4    PRESCRIPTION              )   MDL No. 2804
      OPIATE LITIGATION         )
 5    _____    )   Case No.
                                )   1:17-MD-2804
 6                              )
      THIS DOCUMENT RELATES     )   Hon. Dan A.
 7    TO ALL CASES              )   Polster
 8
                    FRIDAY, MAY 17, 2019
 9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                        - - -
12            Videotaped deposition of Thomas
13    Prevoznik, Volume III, held at the offices of
14    WILLIAMS & CONNOLLY LLP, 725 Twelfth Street,
15    NW, Washington, DC, commencing at 8:10 a.m.,
16    on the above date, before Carrie A. Campbell,
17    Registered Diplomate Reporter and Certified
18    Realtime Reporter.
19
20
21                        - - -
22
                 GOLKOW LITIGATION SERVICES
23         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

 1      answered.  Incomplete hypothetical.
 2              And I'd appreciate the break.
 3              THE WITNESS:  Could you please
 4      repeat it?
 5   QUESTIONS BY MS. MAINIGI:
 6       Q.     Are they required to hold the
 7   other orders that they don't view to be
 8   suspicious, or is it okay for the distributor
 9   in that instance to exercise their business
10   judgment and send those nonsuspicious orders
11   out?
12              MR. FINKELSTEIN:  Asked and
13      answered.  Incomplete hypothetical.
14              THE WITNESS:  Yes.
15   QUESTIONS BY MS. MAINIGI:
16       Q.     Yes what?
17       A.     They can.
18       Q.     Okay.  They can ship those
19   other orders out?
20       A.     Yes.
21              MS. MAINIGI:  Okay.  Let's go
22      ahead and take your break.
23              VIDEOGRAPHER:  We're going off
24      record.  The time is 4:53.
25         (Off the record at 4:53 p.m.)