# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, et al., <br><br> Defendants. | Civil Action No. 3:17-01362 <br> Hon. David A. Faber |
| CABELL COUNTY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, et al., <br><br> Defendants. | Civil Action No. 3:17-01665 <br> Hon. David A. Faber |

### [PROPOSED] ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF JAMES E. RAFALSKI

Upon consideration of Defendants' *Daubert* Motion to Exclude the Opinions of James E. Rafalski and any opposition and replies thereto, it is hereby:

**ORDERED** that Defendants' *Daubert* Motion to Exclude the Opinions of James E. Rafalski is **GRANTED**.

The opinions of James E. Rafalski are **EXCLUDED**.

_____
Hon. David A. Faber
United States District Judge