UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.          Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.          Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
    Defendants.

**PLAINTIFFS' CERTIFICATE OF SERVICE OF
PLAINTIFFS' EXPERT REPORTS AND DISCLOSURE OF PLAINTIFFS EXPERTS**

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule of Civil Procedure 26.1, the City of Huntington and the Cabell County Commission, "Plaintiffs," hereby disclose the identity of witnesses through whom Plaintiffs may offer expert testimony in connection with the Case Track Two ("CT2")trial scheduled to commence on October 19, 2020. Plaintiffs reserve the right to identify at a later date any witness identified, now or in the future by Defendants. Plaintiffs reserve the right to call any rebuttal and/or expert witnesses needed to impeach the credibility of Defendants' expert witness(es). Plaintiffs further reserve the right to supplement their witness list up to and including trial.

    **A. Expert Witnesses Who Are Providing a Written Report Pursuant to Fed. R. Civ. P. 26(a)(2)(B)**

        1. G. Caleb Alexander, MD, MS

2. George A. Barrett, MBA, MSRC, CRC, CVE

3. Daniel Ciccarone, M.D., MPH

4. David T. Courtwright, PhD

5. Judith Feinberg, M.D.

6. James Geldhof

7. Lacey R. Keller, MA

8. Katherine M. Keyes, Ph.D, MPH

9. Andrew Kolodny, M.D.

10. Anna Lembke, M.D.

11. Sean Loudin, M.D., F.A.A.P.

12. Craig McCann, PhD., CFA

13. Thomas G. McGuire, PhD

14. Jakki Mohr, PhD

15. James E. Rafalski

16. Michael Siegel, M.D., MPH

17. Gordon Smith, M.B., Ch.B. (MD equivalent Otago University), MPH

18. Ellen A. Thompson, M.D., FACC, FASE, FASNC

19. R. Corey Waller, M.D, M.S., FACEP, DFASAM

20. Nancy Young, PhD

Reports for all of these witnesses have been provided to Defendants today, August 3, 2020. These reports, along with their exhibits and associated materials, provide all of the information required by Fed. R Civ. P 26(a)(2) and LR Civ. P. 26.1. Plaintiffs reserve the right to supplement these reports to reflect new facts or data that become available hereafter.

Further, Plaintiffs offer the following deposition dates for all the experts who have submitted a written report.

| Expert | Proposed Depo Date 1 | Proposed Depo Date 2 | Proposed Depo Date 3 | Proposed Depo Date 4 |
|---|---|---|---|---|
| G. Caleb Alexander, MD, MS | 8/20/2020 | 8/21/2020 | 8/24/2020 | 8/25/2020 |
| George A. Barrett, MBA, MSRC, CRC, CVE | 9/1/2020 | 9/2/2020 | 9/3/2020 | 9/4/2020 |
| Daniel Ciccarone, M.D., MPH | 9/8/2020 | 9/9/2020 | 9/11/2020 | |
| David T. Courtwright, PhD | 9/10/2020 | 9/11/2020 | 9/15/2020 | |
| Judith Feinberg, M.D. | 9/2/2020 | 9/4/2020 | 9/9/2020 | 9/10/2020 |
| James Geldhof | 8/25/2020 | 8/26/2020 | 8/27/2020 | |
| Lacey R. Keller, MA | 9/11/2020 | 9/14/2020 | 9/15/2020 | |
| Katherine M. Keyes, PhD. | 8/25/2020 | 8/26/2020 | | |
| Andrew Kolodny, M.D. | 8/28/2020 | 9/4/2020 | 9/11/2020 | |
| Anna Lembke, M.D. | 9/4/2020 | | | |
| Sean Loudin, M.D., F.A.A.P. | 8/27/2020 | 8/28/2020 | | |
| Craig McCann, PhD., CFA | TBD | | | |
| Thomas G. McGuire, PhD | 8/26/2020 | 9/9/2020 | | |
| Jakki Mohr, PhD | 9/2/2020 | 9/9/2020 | 9/14/2020 | |
| James E. Rafalski | 9/11/2020 | | | |
| Michael Siegel, MD, MPH | 9/4/2020 | 9/11/2020 | 9/14/2020 | |
| Gordon Smith, M.B., Ch.B. (MD equivalent Otago University), MPH | TBD | | | |
| Ellen A. Thompson, M.D., FACC, FASE, FASNC | TBD | | | |
| R. Corey Waller, M.D, M.S. | 8/19/2020 | 8/26/2020 | 8/27/2020 | |
| Nancy Young, PhD | 9/11/2020 | 9/15/2020 | | |

**B. Witnesses Disclosed Pursuant to Fed. R. Civ. P. 26(a)(2)(C)**

Depending on the Court's rulings on pre-trial motions and motions during trial, its evidentiary rulings, the evidence disclosed and/or presented by Defendants, and other factors, Plaintiffs may call one or more witnesses at trial who are not retained experts and are not required to provide written reports, but whose testimony, while factual in nature, may include information that may be considered "expert testimony." Plaintiffs have identified certain witnesses in this category, to the extent that such witnesses are known at this time, below.

3

Additional testimony, including testimony that may be considered to be "expert testimony," from the witnesses disclosed herein or from additional witnesses for whom expert reports are not required, may be offered on behalf of Plaintiffs to the extent that such testimony is subsequently elicited in depositions, or to rebut/respond to opinions of Defendants' witnesses that have not been disclosed as of the date of this disclosure.

The following witnesses are expected to testify as to their respective backgrounds, training, and professional observations and experiences; these witnesses may offer both fact and expert testimony. To the extent their testimony may be considered expert testimony, they are un-retained experts. These witnesses have already provided deposition testimony in this matter and/or are scheduled to be deposed in the near future. The possible opinion testimony for each witness identified below includes, but is not limited to: the subject matters discussed in Plaintiffs' discovery responses; the subject matter discussed in each witness's respective deposition; the impact and harms that the opioid epidemic has had on health and safety in Plaintiffs' community; the extent and effectiveness of the community's opioid response, past and future; matters relating to causation; and addiction, morbidity, and mortality within the community.

**1. David G. Chaffin, Jr., M.D., FACOG**

Dr. Chaffin is a Professor of Obstetrics and Gynecology and the Director of Maternal Fetal Medicine at Marshall University School of Medicine. He is a Fellow with the American College of Obstetricians and Gynecologists, a member of the Society of Perinatal Obstetricians, and the American Institute for Ultrasound in Medicine, and is certified by the American Board of Obstetrics and Gynecology. Dr. Chaffin is specially trained to provide treatment for high-risk pregnancies and has published on the prevalence of drug use among pregnant West Virginian patients.

Dr. Chaffin received his medical degree from Johns Hopkins University School of Medicine and completed his residency at Vanderbilt University Medical Center in Obstetrics and Gynecology. He also completed a fellowship at the University of Arizona College of Medicine University Medical Center in Maternal-Fetal Medicine.

### 2. Todd Davies, PhD

Dr. Davies is the Director of Research Development and Translation and manages the Marshall Clinical Research Center, a newly developed hub for clinical trial activity at Marshall University. The Marshall Clinical Research Center is dedicated to bringing cutting edge clinical research and advanced care to Marshall and throughout rural West Virginia. Dr. Davies also works on building translational protocols for research at Marshall and developing a rural research network throughout Central Appalachia, to include focused databases, publications, and statistics related to the opioid epidemic. This research network brings together advanced care, community outreach and healthcare informatics. Dr. Davies also specializes in program planning, trial development, data collection and trial operations. Dr. Davies has published on neonatal abstinence syndrome (NAS) and has emphasized the need for additional research regarding infants who are born drug dependent and follow up services for these infants.

### 3. Chief Hank Dial

Hank Dial has been the city manager for Huntington, West Virginia since December 2019. Prior to this role, Chief Dial served as the Chief of Police for the City. Chief Dial is a 28-year veteran of the Huntington Police Department. He previously served as patrol bureau commander and administrative services bureau commander for the Department. During Chief Dial's tenure as chief of police, the City of Huntington has been on the national forefront of solving problems related to the opioid epidemic.

Chief Dial graduated Cum Laude with a bachelor's degree in political science and an associate's in applied science in law enforcement from Marshall University. He is also a veteran of the United States Army, where he was an Honor Graduate from the Ordnance Missile and Munitions Center and School and served as a company commander.

### 4. Rahul Gupta, M.D., MPH, MBA, FACP

Dr. Rahul Gupta served as the commissioner and state health officer for West Virginia from 2015-2018.

Dr. Gupta is a practicing internist with 25 years of clinical experience, who also has faculty appointments as an Adjunct Professor in the Department of Health Policy, Management and Leadership at the West Virginia University School of Public Health, an Associate Professor at the University of Charleston School of Pharmacy, and visiting faculty at the Harvard University T.H. Chan School of Public Health.

Dr. Gupta earned a Doctor of Medicine degree and received subspecialty training in pulmonary medicine from the prestigious University of Delhi and completed his internship and residency training at St. Joseph Hospital at Northwestern University in Chicago, Illinois. Additionally, he earned a Master of Public Health (MPH) degree in healthcare organization and policy from the University of Alabama at Birmingham and a Master of Business Administration (MBA) degree in innovation and technology management at the London School of Business and Finance. He is also a Fellow of the American College of Physicians.

Dr. Gupta has authored more than 125 peer-reviewed scientific publications in medicine and public health and served as a principal investigator for numerous well-known clinical trials. He presently serves as the Secretary of the West Virginia Board of Medicine. He was elected to lead his peers as the 2016-2017 President of the West Virginia State Medical Association.

Dr. Gupta is a steering committee member at the National Quality Forum on Population Health and the Institute for Health Metrics Evaluation. He currently serves as the Region III Director of the Association of State and Territorial Health Officials (ASTHO) Board of Directors. He also serves as Chair of ASTHO's Prevention Policy Committee and the Tobacco Issues Forum. He is a former member of the National Association of County and City Health Officials (NACCHO) Board of Directors.

As the recipient of several state and national awards, including the 2016 Howell Special Meritorious Service Award to Public Health by the Southern Health Association; the 2015 Milton and Ruth Roemer Prize for Creative local public health work by the American Public Health Association; the 2015 Jay Rockefeller Lifetime Achievement Award on the advancements in public policy in healthcare; and the 2013 Marie Fallon Award for Public Health Leadership by the National Association of Local Boards of Health, Dr. Gupta is a national and global leader in transforming public health practice to advance health equity and create healthier communities. In 2017, the West Virginia Human Rights Commission recognized Dr. Gupta as a Civil Rights Day Award honoree for his outstanding contributions in the areas of civil rights, human rights and the betterment of West Virginia's citizens. Also, in 2017 Dr. Gupta was named West Virginian of the Year for his work towards battling the opioid epidemic by the Pulitzer prize-winning Charleston Gazette-Mail.

### 5. Robert Hansen, M.S.

Robert "Bob" Hansen is the Executive Director of the Office of Drug Control Policy for the West Virginia Department of Health and Human Resources (DHHR). Mr. Hansen plans and directs West Virginia's efforts in combatting the opioid epidemic. Mr. Hansen continued to serve as the Director of Addiction Services for Marshall Health. Early in his career, Hansen served as

the Director of DHHR's Office of Behavioral Health Services, before becoming the President and CEO of Prestera Center for Mental Health Services, Inc. of Huntington, WV.

### 6. Zachary Hansen, M.D.

Dr. Hansen is the Medication Assisted Treatment ("MAT") Medical Director at PROACT and Valley Health Systems' family practice provider at the Highlawn Health Center in Huntington, a large federally qualified health center ("FQHC") in western West Virginia. He sees patients of all ages and specializes in addiction medicine.

Dr. Hansen received his medical degree from the Joan C. Edwards School of Medicine at Marshall University. He completed his residency in family medicine in 2006 via the Marshall University School of Medicine Family Medicine department and has been board certified in Family Medicine since that time. Since 2006, Dr. Hansen has worked for Valley Health Systems, based out of Huntington, WV, and has dedicated his time to providing quality healthcare to all individuals, emphasizing those who are underserved.

In 2010, he obtained the DATA 2000 waiver and started to build his addiction medicine practice. Over time, it has grown to two different sites, and he has been designated as medical director, supervising eight physicians and five nurse practitioners. He was instrumental in creating ProAct, provider response organization for addiction care and treatment, a collaboration between the two local hospitals, Cabell Huntington Hospital and St. Mary's Medical Center, as well as Valley Health, Marshall Health, and Thomas Health. These partners bring together behavioral, social, and medical resources from the community to provide comprehensive care for those seeking treatment for substance use disorders.

Along with being a member of the American Academy of Family Practice, Dr. Hansen is a Family Medicine Specialist in Huntington, WV and has over 16 years of experience in the medical field.

### 7. Chief William H. "Skip" Holbrook

William H. "Skip" Holbrook was appointed Chief of the Columbia Police Department in South Carolina on April 11, 2014. He has more than 29 years of law enforcement experience, of which Chief Holbrook has spent the last 13 years in executive and command positions. Under Chief Holbrook's leadership, the Columbia Police Department is implementing organizational and operational reforms, which have been recognized by the U.S. Department of Justice (USDOJ) for 21st century policing efforts. In addition, the department has received the S.C. Law Enforcement Officers Association (SCLEOA) SCANA Award of Excellence and has been awarded national accreditation by the Commission for Accreditation of Law Enforcement Agencies (CALEA). Chief Holbrook is the recipient of the 2018 Strom Thurmond Award for Excellence in Law Enforcement.

Chief Holbrook's law enforcement career began in 1987, when he was hired by the Charlotte Police Department in North Carolina. He went on to have a distinguished career with the North Carolina State Bureau of Investigation (SBI), achieving the rank of Assistant Special Agent in Charge for the Southern Piedmont District, Charlotte office. A native of Huntington, West Virginia, Chief Holbrook served for seven years as the Chief of Police for the Huntington Police Department, prior to coming to the Columbia Police Department.

Chief Holbrook earned his Bachelor's Degree in Criminal Justice from Marshall University and a Master's in Business Administration from Pfeiffer University. He is a graduate of all three of the FBI's leadership programs: the FBI National Academy 252nd Session; the FBI Law

Enforcement Executive Development Seminar 63rd Session; the FBI's National Executive Institute 39th Session. Chief Holbrook has also attended the Police Executive Research Forum's (PERF) Senior Management Institute for Police, the University of Virginia's Weldon Cooper Center for Public Service, and he is a Furman University Riley Institute Diversity Fellow. In August 2019, Chief Holbrook completed the Executive Leaders Program (ELP) at the Naval Postgraduate School Center for Homeland Defense and Security (CHDS).

Chief Holbrook currently serves on the following boards; South Carolina Law Enforcement Officers' Association (SCLEOA), United States Attorney's Law Enforcement Coordinating Committee (LECC) and Atlanta-Carolinas HIDTA.

In addition to serving on several boards and committees, Chief Holbrook is an active member of the South Carolina Law Enforcement Officers' Association, South Carolina Police Chiefs Association, International Association of Chiefs of Police, FBI National Academy Associates, National Executive Institute Association and serves as a member of the SC Governor's Opioid Emergency Response Team.

### 8. Captain Rocky L. Johnson

Captain Rocky L. Johnson began his career with the Huntington Police Department in 1991, working patrol, mostly on midnight shift. After that he moved into Criminal Investigations, where he spent the past 11 years until he was promoted to Captain. After his promotion, Captain Johnson was assigned to the Office of Professional Standards, where he was responsible for inspections, personnel files, policy & procedure review, and investigating allegations of misconduct. Captain Johnson also coordinated activity between all specialized units including the DEA Task Force, FBI Drug and Violent Crimes Task Force, and the ATF Gun Crimes Task Force.

He served as head of the Special Investigations Bureau until his retirement from the department in 2019.

### 9. Michael Kilkenny, M.D., MS

Dr. Michael Kilkenny is Board Certified in Family Practice and has worked in academic, hospital, and private practice settings. He has 16 years of experience as a medical director in the Community Health Center system and is currently the Physician Director of the Cabell-Huntington Health Department, serving Cabell County and the city of Huntington, WV.

Dr. Kilkenny was instrumental in the development of West Virginia's first local health sponsored harm reduction and syringe exchange program in 2015. He currently serves on several advisory panels for the West Virginia Department of Health and Human Resources, Bureau for Public Health. He is also a member of the board of directors of the National Association of County and City Health Officials. Dr. Michael Kilkenny received his MD from the Marshall University School of Medicine and holds a master's degree in Community Health from Marshall University in Huntington, WV. He is a member of the Harm Reduction Coalition, and serves on the advisory panels for the Governor's Advisory Council on Substance Abuse, Prevention and Treatment.

### 10. Scott Lemley, M.A.

Scott Lemley is current Director of Innovation and the former Executive Director of Development and Planning for the City of Huntington, West Virginia. His duties involve the general supervision and management of the office personnel, the interpretation of HUD regulations and policies as they pertain to the CDBG, HOME, and ESG programs, administration and coordination of the Planning and Zoning Divisions, coordination and implementation of economic development activities in the City of Huntington. The previous seven years, Mr. Lemley worked with the Huntington Police Department as a Criminal Intelligence Analyst producing timely and

relevant products for officers, informational documents for citizens and local decision makers, and more in-depth reports for the United States Attorneys' Office. He was also assigned to Office of Drug Control Policy to deal with drug addictions issues in the region. He is a Fusion Liaison Officer with the West Virginia Fusion Center.

### 11. Gordon Merry, III

Born and raised in Huntington, West Virginia, Mr. Gordon Merry has been with EMS since it was first introduced as part of the Sheriff's Department STOP (Sheriff's Technical Officer Patrol) in 1974. He has seen many changes in EMS over the decades and has seen to it that the citizens of Cabell County and Huntington receive the best possible emergency care available. Working his way up through the ranks, he has been the Director of Cabell County Emergency Medical Services since 1984, overseeing approximately 150 employees in one of the largest EMS systems in West Virginia. He serves double-duty as the Emergency Services (formerly Civil Defense) Director for Cabell County, working closely with all area response agencies, hospitals, and industry.

### 12. Allen Mock, MD, MS, DABP

Dr. Allen Mock was named West Virginia's Chief Medical Examiner in 2013. Prior to his current role, he served as deputy chief medical examiner for more than two years. Dr. Mock has several degrees from Louisiana State University and completed his residency in surgical and clinical pathology at the University of Tennessee. Dr. Mock also serves on the Governor's Council on Substance Abuse Prevention and Treatment.

### 13. Christina Mullins, M.A.

Christina Mullins serves as the Commissioner for the West Virginia Department of Health and Human Resources ("DHHR"), Bureau for Behavioral Health. She previously served as the

12

Director of DHHR's Office of Maternal, Child and Family Health and worked in a variety of maternal and child health programs.

In her nearly 20-year tenure with DHHR, Commissioner Mullins has worked to establish West Virginia's youth anti-tobacco campaign, collaborated with a multitude of partners to launch a surveillance system for neonatal abstinence syndrome, and co-authored the 2016 West Virginia Overdose Fatality Analysis. Commissioner Mullins graduated from Marshall University with a master's degree in Clinical Psychology.

### 14. Steve M. Murray

Steve Murray is the Cabell County Emergency Medical Services Assistant Director. In the position since 2006, Mr. Murray has been with Cabell County EMS for over 22 years serving as paramedic, critical care paramedic, training coordinator and finally as the Assistant Director. In his current role, Mr. Murray is responsible for the day to day operations of over 19 ambulances and 160 personnel.

### 15. Lyn O'Connell, PhD

Dr. O'Connell assists with Marshall Health's and the City of Huntington's response to the substance use crisis through clinical services, grant writing, research and program development, implementation and oversight. She also works with the City of Huntington on the advisory board of the Compass Project to promote resiliency in first responders and as the primary investigator for the Huntington Quick Response Team ("QRT"). In 2018, Dr. O'Connell was appointed the Associate Director of Community Services in the Department of Family and Community Health's Division of Addiction Sciences at the Marshall University Joan C. Edwards School of Medicine and Marshall Health. In this position, Dr. O'Connell provides leadership to efforts to address substance use, and its underlying causes, within the community.

Dr. O'Connell also engages in teaching, research, and providing clinical services. Dr. O'Connell previously served as the Clinical Director of the Marshall University Screening, Brief Intervention, and Referral to Treatment (SBIRT) program. She is also a member of the Marshall Substance Use Recovery Coalition, Healthy Connections Coalition, and chair of the Cabell County Substance Abuse Prevention Partnership. She is the chair of Prevention Empowerment Partnership with United Way of the River Cities Program, is a member of the Marshall Substance Use Recovery Coalition, co-chair of the Healthy Connections Coalition, Chair of the Cabell County Substance Abuse Prevention Partnership, a member of the Faith Community United Steering Committee, and an Advisory Board Member of the Bloomberg Compass Project for addressing compassion fatigue as a result of the opioid crisis.

### 16. Mitzi Payne, M.D.

Dr. Mitzi Payne has a special clinical interest in seizure disorders, muscular dystrophy, and cerebral palsy. Dr. Payne completed a fellowship in pediatric neurology and offers a variety of services unique to the region, including Botox injections for children suffering from spasticity caused by cerebral palsy and other disorders. She also manages intrathecal pumps implanted for severe spasticity. She manages pediatric epilepsy, including interpreting EEGs, pediatric headache disorders and other neurologic conditions unique to children.

### 17. Stephen Petrany, M.D.

Stephen M. Petrany, M.D., is the chairman of the department of family and community health at the Joan C. Edwards School of Medicine, where has been a professor in the department and full-time faculty member since 1989. Dr. Petrany graduated from Georgetown University School of Medicine and completed a family medicine residency with the Medical College of Virginia. He has been recognized with nearly a dozen teaching awards including receiving the

14

inaugural Dean's Award for Excellence in Medical Education in 2013. Heavily involved with Ebenezer Medical Outreach, Dr. Petrany currently serves as its medical director and on its board of directors. He is also the co-director and co-developer of the Paul Wesley Ambrose Health Policy Residency Track, the nation's first health policy track within a family medicine residency program.

### 18. Connie Priddy, MA, RN, MCCN

Connie Priddy is a registered nurse and has been the Cabell County Emergency Medical Services Corporate Compliance Officer since 2011, a role that keeps her involved in areas ranging from in-house education for emergency crews to infection control to keeping record of Cabell County's overdose totals. She has also been the Cabell County EMS Quick Response Team (QRT) Coordinator since 2017. She previously spent more than 30 years as a nurse, including 25 years as a flight nurse aboard hospital-based helicopter teams.

### 19. Chief Jan Rader

Jan Rader joined the Huntington, West Virginia, Fire Department in August 1994. Chief Rader is the first woman to reach the rank of chief for a career department in the State of West Virginia. Chief Rader has served as a member of the Mayor's Office of Drug Control Policy, a task force is to address drug addiction in Huntington and the surrounding communities and create a holistic approach involving prevention, treatment and law enforcement. She has been instrumental in coordinating data collection related to the opioid epidemic and first response. Chief Rader has worked with people all over the country and even in England teaching governments and first responders on how to handle the opioid epidemic.

Chief Rader also recently came to national prominence after the release of the short documentary Heroin(e) by Netflix in September 2017. In April 2018, she was chosen as one of TIME Magazine's "100 Most Influential People in the World." In 2019, Chief Jan Rader received

the award for National Firefighter of the year at the American Legion's 101st National Convention. She holds a Regents BA degree from Marshall University and an associate's degree of science in nursing from Ohio University. Jan Rader has been a firefighter for 26 years and holds many fire service certifications and is also a fire and Emergency Medical Services ("EMS") instructor in the State of West Virginia.

### 20. Kevin Yingling, RPh, M.D., FACP

Dr. Kevin Yingling is Chairman of the Board of Directors for Cabell Huntington Hospital and a member of the Board of Health for Cabell County. Dr. Yingling has been a registered pharmacist since 1981 and a licensed physician since 1990. He was founding dean of the Marshall University School of Pharmacy. Dr. Yingling is also an associate professor of medicine and pharmacology and served more than 10 years as chairman of the Department of Internal Medicine at the Joan C. Edwards School of Medicine. Dr. Yingling is certified by the American Board of Internal Medicine.

### 21. Sheriff Charles "Chuck" Zerkle, Jr.

Charles "Chuck" Zerkle, Jr. was elected Cabell County Sheriff in November of 2016. Sheriff Zerkle has more than thirty years of law enforcement experience and retired as a captain for the West Virginia State Police in 2010. Sheriff Zerkle was also previously the Chief of Police for the City of Milton.

16

Dated: August 3, 2020 Respectfully submitted,

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse (WVSB No. 12547) | Paul T. Farrell, Jr., Esq. (WVSB No. 7443) |
| Joseph F. Rice | **FARRELL LAW** |
| **MOTLEY RICE LLC** | P.O. Box 1180 |
| 28 Bridgeside Blvd. | Huntington, WV 25714-1180 |
| Mount Pleasant, SC 29464 | 422 Ninth Street, 3rd Floor |
| Tel: 843-216-9000 | Huntington, West Virginia 25701 |
| Fax: 843-216-9450 | office: 304.523.7285 |
| akearse@motleyrice.com | cell: 304.654.8281 |
| jrice@motleyrice.com | email: paul@farrell.law |
| | |
| Linda Singer | Michael A. Woelfel (W.Va. Bar ID 4106) |
| David I. Ackerman | **WOELFEL AND WOELFEL, LLP** |
| **MOTLEY RICE LLC** | 801 Eighth Street |
| 401 9th Street NW, Suite 1001 | Huntington, West Virginia 25701 |
| Washington, DC 20004 | 304.522.6249 |
| Tel: 202-232-5504 | 304.522.9282: fax |
| Fax: 202-386-9622 | mikewoelfel3@gmail.com |
| lsinger@motleyrice.com | |
| dackerman@motleyrice.com | |

Charles R. "Rusty" Webb (WVSB No. 4782)
**THE WEBB LAW CENTRE, PLLC**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, the foregoing was served on all counsel via email only to plaintiffs' listserv at mdl2804discovery@motleyrice.com and defendants' listservs at track2opioiddefendants@reedsmith.com.

/s/ Monique Christenson
Monique Christenson (SC Bar No. 104063)
**MOTLEY RICE LLC**