UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants.<br>_____ | Civil Action No. 3:17-01362<br>Honorable David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Honorable David A. Faber |

**APPENDIX TO
DEFENDANTS' MOTION TO EXCLUDE
<u>CERTAIN EXPERT TESTIMONY OF KATHERINE KEYES</u>**

## INDEX TO APPENDIX

|  | Page Range |
|---|---|
| **DEPOSITIONS AND REPORTS** |  |
| Katherine Keyes |  |
| Deposition | 1-95 |
| Expert Report (minus exhibits) | 96-163 |
| First Errata to Expert Report (8/24/20) | 164-166 |
| Second Errata to Expert Report (9/23/20) | 167-168 |
| Keyes MDL CT2 Input Calculations (excerpts) | 169 |
| Caleb Alexander Deposition (excerpts) | 170-171 |
| Catherine Rahilly-Tierney Expert Report (excerpts) | 172-176 |
| **OTHER DOCUMENTS** |  |
| Centers for Disease Control and Prevention. Synthetic opioid overdose data. 2019 https://www.cdc.gov/drugoverdose/data/fentanyl.html | 177-181 |
| 2017 DEA NDTA (excerpts) | 182-192 |
| 2018 DEA NDTA (excerpts) | 193-210 |
| 2019 DEA NDTA (excerpts) | 211-227 |
| DEA Photo Illustration of 2 Milligrams of Fentanyl | 228 |
| M. Hickman & C. Taylor, *Indirect Methods to Estimate Prevalence* | 229-247 |