## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, <br><br>     Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, et al., <br><br>     Defendants. | Civil Action No. 3:17-01362 <br> Hon. David A. Faber |
| CABELL COUNTY COMMISSION, <br><br>     Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, et al., <br><br>     Defendants. | Civil Action No. 3:17-01665 <br> Hon. David A. Faber |

### DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY JOSEPH RANNAZZISI

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation hereby move to exclude expert testimony proffered by Joseph Rannazzisi.[1]  The bases for this motion are set forth in the accompanying memorandum of law, which is incorporated herein.  Pursuant to LR Civ. P. 7.1(a), copies of all documents, affidavits, and other such materials or exhibits referenced in the memorandum and upon which this motion relies are attached to this motion.

---

[1] Joseph Rannazzisi was not the subject of a *Daubert* motion filed in the MDL court.

Dated: October 2, 2020                    Respectfully submitted,

                                          */s/ Timothy C. Hester*
                                          Timothy C. Hester (DC 370707)
                                          Laura Flahive Wu
                                          Andrew P. Stanner
                                          COVINGTON & BURLING LLP
                                          One CityCenter
                                          850 Tenth Street NW
                                          Washington, DC 20001
                                          Tel: (202) 662-5324
                                          thester@cov.com
                                          lflahivewu@cov.com
                                          astanner@cov.com

                                          */s/ Paul W. Schmidt*
                                          Paul W. Schmidt
                                          COVINGTON & BURLING LLP
                                          The New York Times Building
                                          620 Eighth Avenue
                                          New York, New York 10018
                                          Tel: (212) 841-1000
                                          pschmidt@cov.com

                                          */s/ Jeffrey M. Wakefield*
                                          Jeffrey M. Wakefield (WVSB #3894)
                                          jwakefield@flahertylegal.com
                                          Jason L. Holliday (WVSB #12749)
                                          jholliday@flahertylegal.com
                                          FLAHERTY SENSABAUGH BONASSO PLLC
                                          P.O. Box 3843
                                          Charleston, WV 25338-3843
                                          Telephone: (304) 345-0200

                                          *Counsel for McKesson Corporation*

                                          */s/ Gretchen M. Callas*
                                          Gretchen M. Callas (WVSB #7136)
                                          JACKSON KELLY PLLC
                                          Post Office Box 553
                                          Charleston, WV 25322
                                          Tel: (304) 340-1000
                                          Fax: (304) 340-1050
                                          gcallas@jacksonkelly.com

_/s/ Robert A. Nicholas_
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

_Counsel for AmerisourceBergen Drug Corporation_

_/s/ Steven R. Ruby_
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com

_/s/ Enu Mainigi_
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer G. Wicht
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com
jwicht@wc.com

_Counsel for Cardinal Health, Inc._

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on October 2, 2020, the foregoing

*Defendants' Motion to Exclude Expert Testimony Proffered by Joseph Rannazzisi* was

served using the Court's CM/ECF system, which will send notification of such filing to all

counsel of record.

 Dated: October 2, 2020                                   */s/ Timothy C. Hester*
                                                                Timothy C. Hester