# EXHIBIT 2

Page 364

1             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
2                     EASTERN DIVISION

3

     _____
4

     IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
5    OPIATE LITIGATION                Case No. 17-md-2804

6

     This document relates to:       Judge Dan
7                                     Aaron Polster

8    The County of Cuyahoga v. Purdue
     Pharma, L.P., et al.
9    Case No. 17-OP-45005
10   City of Cleveland, Ohio vs. Purdue
     Pharma, L.P., et al.
11   Case No. 18-OP-45132
12   The County of Summit, Ohio,
     et al. v. Purdue Pharma, L.P.,
13   et al.
     Case No. 18-OP-45090
14   _____

15

16

17                     VOLUME II
18       Videotaped Deposition of Joseph Rannazzisi
19               Washington, D.C.
20               May 15, 2019
21                 8:43 a.m.

22

23

24   Reported by:  Bonnie L. Russo
25   Job No. 3301884

```
 1      won't belabor it --
 2           A.    Uh-huh.
 3           Q.    -- where "unusual size" was
 4      appearing in the various communications.
 5                 Do you remember that?
 6           A.    Uh-huh.
 7           Q.    And with respect to "unusual size,"
 8      I think -- I think -- well, I think you told me
 9      that you only attend one of the distributor
10      briefings, right?
11           A.    It was a follow-up briefing.
12           Q.    So it wasn't one of the original
13      briefings?
14           A.    That's right.
15           Q.    Okay.  But Mr. Mapes and Mr. Wright,
16      they attend a lot of the distributor briefers,
17      correct?
18           A.    Yes.  They ran the distributor
19      briefings --
20           Q.    Okay.  And --
21           A.    -- for a while, yeah.
22           Q.    I'm sorry.
23                 And -- and to the extent then they
24      have any recollection any more of those
25      meetings, they would have the best recollection
```