# EXHIBIT 5

| From: | Utter, Gregory M. |
|---|---|
| To: | Browne, Maureen; Callow, Joseph M.; rlittrell@ulmer.com; cwatchorn@ulmer.com; amartinsek@ulmer.com; gdjordjevic@ulmer.com; dgarciaprignitz@ulmer.com; tscharf@ulmer.com; tjarringtonlaw@gmail.com; cbrowning@stites.com; Lynch, Mark; Dove, Ronald; Han, Anna; Johnson, Chase; Rice, Dale; Winner, Sonya; Rodgers, Megan; Henn, Emily; Mobley-Ritter, Devon; JKing@porterwright.com; djalandoni@porterwright.com; spyser@wc.com; mpetersen@wc.com; whawkins@wc.com; jtully@wc.com; jwicht@wc.com; mmooney@wc.com; nwadhwani@wc.com; cmcnamara@wc.com; apodoll@wc.com; ahardin@wc.com; emurphy@wc.com; sevans@wc.com; epistilli@wc.com; pboehm@wc.com; rblake@mcdonaldhopkins.com; jarmstrong@mcdonaldhopkins.com; wbeckley@mcdonaldhopkins.com; McKessonOHAG; CardinalOhioAGAction@wc.com; ERhinehart@ficlaw.com; sweigand@ficlaw.com; mschuett@ficlaw.com; cmorris@ficlaw.com; lschack@reedsmith.com; arollins@reedsmith.com; nhlawatsch@reedsmith.com; rnicholas@reedsmith.com; smcclure@reedsmith.com; bhimmel@reedsmith.com; sboranian@reedsmith.com; aemch@jacksonkelly.com; skzerrusen@jacksonkelly.com; anschock@jacksonkelly.com; chollon@ficlaw.com; Peter.Jamison@ohioattorneygeneral.gov; Kies, Marianne; DeBoy, John; JOkun@porterwright.com |
| Cc: | Ryan, Collin L.; Geiger, Sarah V.; Weigel, W. Matthew; Scott, Stephanie M.; fields@fieldslawpllc.com; gilberts@gilbertlegal.com; leveridger@gilbertlegal.com; abrishamim@gilbertlegal.com; hudsonj@gilbertlegal.com; rushm@gilbertlegal.com |
| Subject: | RE: State of Ohio ex rel. Dave Yost v. McKesson Corp., et al., Case No. CVH20180055 (Madison Cty, Ohio) |
| Date: | Tuesday, June 23, 2020 9:10:37 AM |

**[EXTERNAL]**

Mo,

Mr. Rannazzisi has received $459,950 in fees and $7,227.56 in expenses; all for work in the Ohio distributor litigation.

Greg

**Gregory M. Utter**
Partner
gmutter@kmklaw.com

# KMK | Law

**Keating Muething & Klekamp** PLL
One East 4th Street  |  Suite 1400  |  Cincinnati, OH 45202
Direct: (513) 579-6540 | Fax: (513) 579-6457
kmklaw.com  |  KMK on LinkedIn  |  KMK on Twitter

---

**From:** Browne, Maureen <mbrowne@cov.com>
**Sent:** Tuesday, June 23, 2020 8:46 AM
**To:** Utter, Gregory M. <gmutter@kmklaw.com>; Callow, Joseph M. <JCALLOW@KMKLAW.com>; rlittrell@ulmer.com; cwatchorn@ulmer.com; amartinsek@ulmer.com; gdjordjevic@ulmer.com; dgarciaprignitz@ulmer.com; tscharf@ulmer.com; tjarringtonlaw@gmail.com; cbrowning@stites.com; Lynch, Mark <mlynch@cov.com>; Dove, Ronald <rdove@cov.com>; Han, Anna <AHan@cov.com>; Johnson, Chase <JCJohnson@cov.com>; Rice, Dale <drice@cov.com>; Winner, Sonya <swinner@cov.com>; Rodgers, Megan <mrodgers@cov.com>; Henn, Emily <ehenn@cov.com>; Mobley-Ritter, Devon <dmobleyritter@cov.com>; JKing@porterwright.com; djalandoni@porterwright.com; spyser@wc.com; mpetersen@wc.com; whawkins@wc.com; jtully@wc.com; jwicht@wc.com; mmooney@wc.com; nwadhwani@wc.com; cmcnamara@wc.com; apodoll@wc.com; ahardin@wc.com; emurphy@wc.com; sevans@wc.com; epistilli@wc.com; pboehm@wc.com; rblake@mcdonaldhopkins.com; jarmstrong@mcdonaldhopkins.com; wbeckley@mcdonaldhopkins.com; McKessonOHAG <McKessonOHAG@cov.com>;

EXHIBIT
0016