# EXHIBIT 6

E-FILE

*Short form Order*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

IN RE OPIOID LITIGATION

Index No. 400000/2017

**DECISION AND ORDER**
**CONCERNING**
**RANNAZZISI DEPOSITION**

Defendants seek an Order precluding Joseph Rannazzisi from testifying live at trial, or in the alternative, an Order requiring Plaintiffs to produce him for deposition. NYSCEF No. 6299. Plaintiffs oppose the application (NYSCEF No. 6429), and point out that: (i) they have not designated Mr. Rannazzisi as an expert, and he will testify as a fact witness only; (ii) that he has already testified at depositions over two full days in the MDL, resulting in a transcript of 681 pages; and (iii) Plaintiffs have no intention of eliciting any testimony from Mr. Rannazzisi at trial that goes beyond the scope of the deposition which he gave in the MDL, which has been imported into this New York action. Defendants argue that Mr. Rannazzisi has been disclosed as a Plaintiffs' expert witness in other opioid litigations (but not New York) and Defendants did not learn that he would testify live, as opposed to by his MDL video, until January of 2020.

Under the circumstances, the Court denies Defendants' application except, pursuant to Plaintiffs' representations: (i) Mr. Rannazzisi shall not be permitted to offer expert opinion testimony at the Phase I Trial, and (ii) shall not be permitted to testify beyond the scope of the deposition which he gave in the MDL.

Dated: May 7th, 2020

ENTER,

_____
HON. JERRY GARGUILO

7114406