**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| THE CITY OF HUNTINGTON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| | Hon. David A. Faber |
| AMERISOURCEBERGEN DRUG CORPORATION, et al., | |
| Defendants. | |
| CABELL COUNTY COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| | Hon. David A. Faber |
| AMERISOURCEBERGEN DRUG CORPORATION, et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE
EXPERT TESTIMONY PROFFERED BY JOSEPH RANNAZZISI**

Upon consideration of Defendants' Motion to Exclude Expert Testimony Proffered by

Joseph Rannazzisi and any opposition and replies thereto, it is hereby:

**ORDERED** that Defendants' Motion to Exclude Expert Testimony Proffered by

Joseph Rannazzisi is **GRANTED**.

Any expert opinion testimony offered by Joseph Rannazzisi is **EXCLUDED**.  Mr.

Rannazzisi may not testify beyond the scope of his personal knowledge established during his

fact deposition in Track 1.

_____
Hon. David A. Faber
United States District Judge