# EXHIBIT 3

Barrett, George_CT2 Appx M Final Calc - Hunt Abatement_9-23-2020 rev_Confidential.xlsx

Estimated Cost of Abatement Plan: 2021 - 2035

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | Σ2021 - 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Category 1: Prevention - Reducing Opioid Oversupply and Improving Safe Opioid Use** | | | | | | | | | | | | | | | | |
| **1A. Health Professional Education** | | | | | | | | | | | | | | | | |
| 1A1. Academic Detailing | $109,346 | $105,689 | $102,155 | $98,738 | $95,436 | $92,245 | $89,160 | $86,178 | $83,296 | $80,510 | $77,818 | $75,215 | $72,700 | $70,269 | $67,919 | $1,306,672 |
| 1A2. Continuing Healthcare Provider Education | $379,425 | $198,236 | $207,142 | $216,448 | $226,172 | $236,334 | $246,951 | $258,046 | $269,639 | $281,753 | $294,412 | $307,639 | $321,460 | $335,902 | $350,993 | $4,130,552 |
| **1B. Patient and Public Education** | $32,487 | $32,949 | $33,416 | $33,890 | $34,371 | $34,859 | $35,354 | $35,856 | $36,365 | $36,881 | $37,404 | $37,935 | $38,473 | $39,020 | $39,573 | $538,834 |
| **1C. Safe Storage and Drug Disposal Programs** | $2,840 | $2,770 | $2,701 | $2,635 | $2,570 | $2,506 | $2,445 | $2,384 | $2,325 | $2,268 | $2,212 | $2,157 | $2,104 | $2,052 | $2,002 | $35,972 |
| **1D. Community Prevention and Resiliency** | | | | | | | | | | | | | | | | |
| 1D1a. Community Resiliency Coalition Staffing: Director | $85,594 | $88,538 | $91,584 | $94,735 | $97,994 | $101,364 | $104,851 | $108,458 | $112,189 | $116,049 | $120,041 | $124,170 | $128,442 | $132,860 | $137,430 | $1,644,299 |
| 1D1b. Community Resiliency Coalition Staffing: Community Organizers | $102,668 | $106,199 | $109,853 | $113,632 | $117,541 | $121,584 | $125,766 | $130,093 | $134,568 | $139,197 | $143,986 | $148,939 | $154,062 | $159,362 | $164,844 | $1,972,293 |
| 1D2. Community Resiliency Space | $15,033 | $15,479 | $15,939 | $16,412 | $16,900 | $17,401 | $17,918 | $18,450 | $18,998 | $19,563 | $20,144 | $20,742 | $21,358 | $21,992 | $22,645 | $278,974 |
| 1D3. Community Resiliency Coalition Funding | $1,181,630 | $1,153,034 | $1,125,131 | $1,097,903 | $1,071,333 | $1,045,407 | $1,020,108 | $995,422 | $971,333 | $947,826 | $924,889 | $902,507 | $880,666 | $859,354 | $838,557 | $15,015,100 |
| **1E. Harm Reduction** | | | | | | | | | | | | | | | | |
| 1E1. Syringe Service Programs | $872,614 | $868,033 | $863,476 | $858,944 | $854,435 | $849,950 | $845,488 | $841,050 | $836,635 | $832,243 | $827,874 | $823,528 | $819,205 | $814,905 | $810,627 | $12,619,008 |
| 1E2a. Drug Checking Machines | $131,739 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $131,739 |
| 1E2a. Drug Checking Machines Recurring Costs Per Year | $67,675 | $70,003 | $72,411 | $74,902 | $77,479 | $80,144 | $82,901 | $85,753 | $88,703 | $91,754 | $98,175 | $98,175 | $101,552 | $105,046 | $108,659 | $1,303,333 |
| 1E3. Fentanyl Testing Strips | $383,403 | $381,391 | $379,389 | $377,397 | $375,416 | $373,445 | $371,485 | $369,535 | $367,595 | $365,665 | $363,746 | $361,836 | $359,937 | $358,048 | $356,168 | $5,544,455 |
| **1F. Surveillance, Evaluation, and Leadership** | | | | | | | | | | | | | | | | |
| 1F1. Executive Director | $85,594 | $88,538 | $91,584 | $94,735 | $97,994 | $101,364 | $104,851 | $108,458 | $112,189 | $116,049 | $120,041 | $124,170 | $128,442 | $132,860 | $137,430 | $1,644,299 |
| 1F2. Data Analysts | $170,512 | $176,377 | $182,445 | $188,721 | $195,213 | $201,928 | $208,875 | $216,060 | $223,492 | $231,182 | $239,133 | $247,359 | $255,868 | $264,670 | $273,775 | $3,275,608 |
| 1F3. Staff Assistant | $16,110 | $16,664 | $17,237 | $17,830 | $18,443 | $19,078 | $19,734 | $20,413 | $21,115 | $21,842 | $22,593 | $23,370 | $24,174 | $25,006 | $25,866 | $309,476 |
| **Category 2: Treatment - Supporting Individuals Affected by the Epidemic** | | | | | | | | | | | | | | | | |
| **2A. Connecting Individuals to Care** | | | | | | | | | | | | | | | | |
| 2A1. Helpline | $165,919 | $171,627 | $177,531 | $183,638 | $189,955 | $196,490 | $203,249 | $210,241 | $217,473 | $224,954 | $232,692 | $240,697 | $248,977 | $257,542 | $266,401 | $3,187,386 |
| 2A2. Peer Recovery Coaches | $304,284 | $314,751 | $325,579 | $336,779 | $348,364 | $360,348 | $372,744 | $385,566 | $398,830 | $412,549 | $426,741 | $441,421 | $456,606 | $472,313 | $488,561 | $5,845,435 |
| 2A3. Transportation Assistance | $367,674 | $370,061 | $372,465 | $374,884 | $377,318 | $379,769 | $382,235 | $384,717 | $387,216 | $389,730 | $392,261 | $394,809 | $397,373 | $399,953 | $402,551 | $5,773,016 |
| **2A4. Quick Response Teams (QRT)** | | | | | | | | | | | | | | | | |
| 2A4a. Addiction Counselor (QRT) | $59,946 | $62,008 | $64,141 | $66,348 | $68,630 | $70,991 | $73,433 | $75,959 | $78,572 | $81,275 | $84,071 | $86,963 | $89,955 | $93,049 | $96,250 | $1,151,591 |
| 2A4b. First Responder (QRT) | $43,373 | $44,865 | $46,408 | $48,005 | $49,656 | $51,364 | $53,131 | $54,959 | $56,850 | $58,805 | $60,828 | $62,921 | $65,085 | $67,324 | $69,640 | $833,214 |
| 2A4c. Peer Coach (QRT) | $25,357 | $26,229 | $27,132 | $28,065 | $29,030 | $30,029 | $31,062 | $32,131 | $33,237 | $27,170 | $28,105 | $29,071 | $30,071 | $31,106 | $32,176 | $433,000 |
| 2A5. Bridge Programs | $577,034 | $596,884 | $617,417 | $638,656 | $660,626 | $683,351 | $706,859 | $731,174 | $756,327 | $782,345 | $809,257 | $837,096 | $865,892 | $895,678 | $926,490 | $11,085,085 |
| **2B. Treating Opioid Use Disorder** | | | | | | | | | | | | | | | | |
| 2B1. Outpatient Treatment | $31,321,099 | $32,162,150 | $33,025,784 | $33,912,610 | $34,823,249 | $35,758,341 | $36,718,543 | $37,704,529 | $38,716,990 | $39,756,639 | $40,824,205 | $41,920,438 | $43,046,108 | $44,202,004 | $45,388,940 | $569,281,629 |
| 2B2. Intensive Outpatient Treatment | $12,102,345 | $12,427,323 | $12,761,028 | $13,103,694 | $13,455,562 | $13,816,877 | $14,187,895 | $14,568,876 | $14,960,087 | $15,361,803 | $15,774,306 | $16,197,886 | $16,632,840 | $17,079,474 | $17,538,101 | $219,968,100 |
| 2B3. Residential Treatment | $35,241,821 | $36,188,153 | $37,159,896 | $38,157,733 | $39,182,364 | $40,234,509 | $41,314,908 | $42,424,317 | $43,563,517 | $44,733,307 | $45,934,509 | $47,167,967 | $48,434,546 | $49,735,136 | $51,070,650 | $640,543,332 |
| 2B4. Inpatient Treatment | $5,694,251 | $5,931,183 | $6,177,973 | $6,435,032 | $6,702,788 | $6,981,684 | $7,272,184 | $7,574,773 | $7,889,951 | $8,218,244 | $8,560,197 | $8,916,378 | $9,287,379 | $9,673,817 | $10,076,335 | $115,392,168 |
| 2B5. Buprenorphine | $2,816,408 | $3,024,419 | $3,247,792 | $3,487,664 | $3,745,251 | $4,021,863 | $4,318,905 | $4,637,885 | $4,980,425 | $5,348,263 | $5,743,268 | $6,167,447 | $6,622,955 | $7,112,104 | $7,637,381 | $72,912,030 |
| 2B6. Methadone | $1,301,562 | $1,397,691 | $1,500,920 | $1,611,773 | $1,730,813 | $1,858,645 | $1,995,919 | $2,143,331 | $2,301,631 | $2,471,621 | $2,654,167 | $2,850,196 | $3,060,702 | $3,286,755 | $3,529,504 | $33,695,230 |
| 2B7. Naltrexone | $1,197,120 | $1,285,535 | $1,380,480 | $1,482,438 | $1,591,926 | $1,709,501 | $1,835,759 | $1,971,342 | $2,116,939 | $2,273,289 | $2,441,187 | $2,621,485 | $2,815,100 | $3,023,014 | $3,246,284 | $30,991,399 |
| **2C. Managing Complications Attributable to the Epidemic** | | | | | | | | | | | | | | | | |
| 2C1. Human Immunodeficiency Virus/ Hepatitis C Virus Screening | $88,473 | $89,800 | $91,146 | $92,512 | $93,898 | $95,306 | $96,734 | $98,184 | $99,656 | $101,150 | $102,666 | $104,205 | $105,767 | $107,352 | $108,961 | $1,475,808 |
| 2C2. Hepatitis C Virus Treatment | $11,943,278 | $12,240,649 | $12,551,331 | $12,875,868 | $13,214,820 | $13,568,019 | $14,187,895 | $3,979,790 | $3,957,365 | $3,935,067 | $3,912,894 | $3,890,847 | $3,868,923 | $3,847,124 | $3,825,447 | $102,070,764 |
| 2C3. Human Immunodeficiency Virus Treatment | $1,062,560 | $2,195,247 | $3,402,128 | $4,687,485 | $6,055,826 | $6,662,815 | $7,292,734 | $7,946,536 | $8,625,214 | $9,329,802 | $10,061,376 | $10,821,056 | $11,610,009 | $12,429,448 | $13,280,637 | $115,462,871 |
| 2C4. Endocarditis Treatment | $5,732,167 | $5,699,869 | $5,667,752 | $5,635,817 | $5,604,061 | $5,572,484 | $5,541,086 | $5,509,864 | $5,478,818 | $5,447,947 | $5,417,250 | $5,386,726 | $5,356,374 | $5,326,193 | $5,296,182 | $82,672,589 |
| **2D. Expanding The Healthcare Workforce** | | | | | | | | | | | | | | | | |
| 2D1. Recruitment and Retention | $65,378 | $68,315 | $71,384 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $205,077 |
| 2D2. Medical Social Workers | $279,829 | $289,455 | $224,559 | $232,284 | $240,274 | $248,540 | $257,090 | $265,933 | $275,082 | $284,544 | $196,222 | $202,972 | $209,954 | $217,177 | $224,647 | $3,648,561 |
| 2D3. Reducing Burnout / Compassion Fatigue | $348,519 | $171,022 | $166,071 | $161,357 | $156,303 | $151,517 | $147,031 | $142,878 | $138,425 | $134,346 | $130,679 | $126,744 | $122,532 | $118,785 | $115,551 | $2,331,760 |
| **2E. Distributing Naloxone and Providing Training** | | | | | | | | | | | | | | | | |
| 2E1. First Responders Training | $36,347 | $37,977 | $39,679 | $41,458 | $43,317 | $45,259 | $47,288 | $49,408 | $51,623 | $53,937 | $56,355 | $58,882 | $61,521 | $64,279 | $67,161 | $754,489 |
| 2E2. Narcan for First Responders | $52,064 | $54,672 | $57,410 | $60,286 | $63,305 | $66,476 | $69,805 | $73,301 | $76,972 | $80,827 | $84,876 | $89,127 | $93,590 | $98,278 | $103,200 | $1,124,190 |
| 2E3. Injectable Naloxone for Emergency Departments | $24,057 | $23,887 | $23,718 | $23,551 | $23,384 | $23,219 | $23,055 | $22,892 | $22,730 | $22,570 | $22,410 | $22,252 | $22,094 | $21,938 | $21,783 | $343,540 |
| 2E4a. Take-Home Kit for Opioid Use Disorder Population (Take Home Kits) | $32,775 | $33,487 | $34,214 | $34,958 | $35,717 | $36,493 | $37,286 | $38,097 | $38,924 | $39,770 | $40,634 | $41,517 | $42,419 | $43,341 | $44,282 | $573,915 |
| 2E4b. Narcan for Opioid Use Disorder Population (Narcan Doses) | $408,834 | $417,718 | $426,794 | $436,067 | $445,542 | $455,222 | $465,113 | $475,219 | $485,545 | $496,094 | $506,873 | $517,481 | $529,139 | $540,636 | $552,383 | $7,159,067 |
| 2E5a. Naloxone Public Lock Boxes | $29,220 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $29,220 |
| 2E5b. Narcan for Public Lock Boxes (Doses for Boxes) | $13,382 | $0 | $14,462 | $0 | $15,631 | $0 | $16,893 | $0 | $18,257 | $0 | $19,732 | $0 | $21,326 | $0 | $23,048 | $142,731 |
| **Category 3: Recovery - Enhancing Public Safety and Reintegration** | | | | | | | | | | | | | | | | |
| **3A. Public Safety** | | | | | | | | | | | | | | | | |
| 3A1. Law Enforcement Assisted Diversion (LEAD) | $80,634 | $83,408 | $86,277 | $89,245 | $92,315 | $95,491 | $98,776 | $102,174 | $105,689 | $109,324 | $113,085 | $116,975 | $120,999 | $125,162 | $129,467 | $1,549,023 |
| 3A2. Community-Oriented Policing | $423,975 | $432,454 | $441,103 | $449,925 | $458,924 | $468,102 | $477,464 | $487,014 | $496,754 | $506,689 | $516,823 | $527,159 | $537,703 | $548,457 | $559,426 | $7,331,972 |
| 3A3. Specialized Overdose Units | $134,165 | $136,849 | $139,586 | $142,377 | $145,225 | $148,129 | $151,092 | $154,114 | $157,196 | $160,340 | $163,547 | $166,818 | $170,154 | $173,557 | $177,028 | $2,320,177 |
| 3A4. Stigma Reduction Training | $20,363 | $21,275 | $22,225 | $23,216 | $24,248 | $25,324 | $26,474 | $27,672 | $28,892 | $30,193 | $31,550 | $32,965 | $34,440 | $35,977 | $37,579 | $422,390 |
| **3B. Criminal Justice System** | | | | | | | | | | | | | | | | |
| 3B1. Drug Courts | $361,582 | $1,127,703 | $1,230,686 | $1,346,121 | $1,468,769 | $1,599,019 | $1,744,094 | $1,905,235 | $2,083,766 | $2,273,449 | $2,482,846 | $2,705,261 | $2,958,599 | $3,227,759 | $3,522,893 | $30,037,783 |
| 3B2. Reentry and Reintegration | $237,209 | $233,822 | $229,922 | $228,565 | $223,648 | $221,427 | $218,788 | $215,706 | $215,811 | $211,884 | $207,431 | $206,470 | $205,197 | $203,592 | $197,153 | $3,256,624 |
| 3B3. Transitional Housing for Newly Released | $647,655 | $640,218 | $631,768 | $622,251 | $611,611 | $599,790 | $586,727 | $572,358 | $556,360 | $573,153 | $555,462 | $552,144 | $530,643 | $530,643 | $507,377 | $8,756,731 |
| **3C. Vocational Training and Job Placement** | $3,036,784 | $2,999,909 | $2,965,117 | $2,929,480 | $2,893,154 | $2,858,135 | $2,824,806 | $2,789,693 | $2,756,870 | $2,722,651 | $2,691,428 | $2,659,290 | $2,626,362 | $2,595,172 | $2,563,659 | $41,912,512 |

Summary $s

Barrett, George_CT2 Appx M Final Calc - Hunt Abatement_9-23-2020 rev_Confidential.xlsx

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3D. Reengineering the Workplace | N/A | | | | | | | | | | | | | | | | | |
| 3E. Mental Health Counseling and Grief Support | | $248,270 | $256,810 | $265,644 | $274,783 | $227,388 | $235,210 | $243,301 | $251,671 | $260,328 | $269,284 | $208,910 | $216,097 | $223,531 | $231,220 | $239,174 | | $3,651,622 |
| Category 4: Addressing Needs of Special Populations | | | | | | | | | | | | | | | | | | |
| 4A. Pregnant Women, New Mothers, and Infants | | | | | | | | | | | | | | | | | | |
| 4A1. Prenatal Opioid Use Disorder Screening | | $82,569 | $86,186 | $89,961 | $93,901 | $98,014 | $102,307 | $106,788 | $111,465 | $116,348 | $121,444 | $126,763 | $132,315 | $138,110 | $144,160 | $150,474 | | $1,700,805 |
| 4A2a. Prenatal Psychosocial Services | | $156,850 | $155,966 | $155,087 | $154,214 | $153,345 | $152,481 | $151,621 | $150,767 | $149,918 | $149,073 | $148,233 | $147,398 | $146,567 | $145,741 | $144,920 | | $2,262,182 |
| 4A2b. Postpartum Psychosocial Services | | $0 | $649,513 | $1,322,062 | $2,018,613 | $2,740,173 | $3,487,792 | $3,468,139 | $3,448,598 | $3,429,166 | $3,409,844 | $3,390,631 | $3,371,526 | $3,352,529 | $3,333,639 | $3,314,855 | | $40,737,082 |
| 4A3. Prenatal and Postpartum Housing Services | | $352,722 | $345,905 | $338,371 | $330,085 | $321,007 | $311,099 | $320,341 | $309,241 | $297,199 | $306,027 | $292,609 | $278,124 | $286,386 | $270,319 | $278,349 | | $4,637,786 |
| 4A4a. Interventions for Infants Exposed to Opioids in Utero | | $2,037,972 | $2,026,553 | $2,015,198 | $2,003,906 | $1,992,678 | $1,981,513 | $1,970,410 | $1,959,369 | $1,948,391 | $1,937,473 | $1,926,617 | $1,915,822 | $1,905,087 | $1,894,413 | $1,883,798 | | $29,399,201 |
| 4A4b. Early Interventions for Infants Exposed to Opioids in Utero (0-5 Years Old) | | $206,062 | $412,945 | $620,762 | $829,624 | $1,039,646 | $1,250,941 | $1,224,656 | $1,198,924 | $1,173,732 | $1,149,070 | $1,124,926 | $1,101,289 | $1,078,149 | $1,055,495 | $1,033,317 | | $14,499,537 |
| 4A4c. Special Education and Psychosocial Services for Infants Exposed (6-21 Years Old) | | $0 | $0 | $0 | $0 | $0 | $0 | $54,035 | $108,286 | $162,781 | $217,550 | $272,624 | $328,031 | $383,803 | $439,969 | $496,561 | | $2,463,640 |
| 4B. Adolescents and Young Adults | | | | | | | | | | | | | | | | | | |
| 4B1. School-Based Prevention Programs | | $2,694,304 | $2,639,507 | $2,585,439 | $2,532,784 | $2,481,040 | $2,430,264 | $2,237,949 | $2,332,150 | $2,284,532 | $2,237,621 | $2,192,142 | $2,147,300 | $2,103,413 | $2,060,398 | $2,018,590 | | $32,977,433 |
| 4B2. Adolescents Screening for Opioid Use Disorder | | $68,937 | $68,705 | $68,468 | $68,386 | $68,166 | $67,963 | $67,787 | $67,465 | $67,367 | $67,130 | $66,952 | $66,629 | $66,375 | $66,209 | $66,147 | | $1,012,684 |
| 4C. Families and Children | | | | | | | | | | | | | | | | | | |
| 4C1a. Support for Children Living with Parents with Opioid Use Disorder (Support) | | $3,125,445 | $3,060,912 | $2,995,630 | $2,934,255 | $2,872,595 | $2,810,790 | $2,753,882 | $2,692,372 | $2,636,343 | $2,581,098 | $2,505,246 | $2,473,795 | $2,422,189 | $2,372,270 | $2,324,301 | | $40,561,122 |
| 4C1b. Support for Children Living with Parents with Opioid Use Disorder (Interventions) | | $4,880,087 | $4,777,548 | $4,677,162 | $4,578,886 | $4,482,675 | $4,388,486 | $4,296,276 | $4,206,003 | $4,117,627 | $4,031,108 | $3,946,407 | $3,863,485 | $3,782,306 | $3,702,833 | $3,625,029 | | $63,355,918 |
| 4C2a. Support for Children in Foster Care (Foster Care Cost Per Child) | | $6,312,865 | $6,196,922 | $6,043,785 | $5,936,230 | $5,790,679 | $5,664,244 | $5,558,681 | $5,444,545 | $5,321,479 | $5,189,115 | $5,080,719 | $4,963,896 | $4,873,615 | $4,775,931 | $4,670,535 | | $81,823,239 |
| 4C2b. Support for Children in Foster Care (Socio-Emotional Support) | | $809,832 | $791,168 | $775,496 | $758,546 | $740,263 | $725,365 | $709,259 | $696,908 | $683,496 | $668,979 | $653,308 | $641,969 | $623,983 | $610,511 | $601,934 | | $10,491,017 |
| 4C2c. Support for Children in Foster Care (Intensive Parent-Child Interventions) | | $116,279 | $113,836 | $111,444 | $109,103 | $106,810 | $104,566 | $102,369 | $100,218 | $98,112 | $96,050 | $94,032 | $92,057 | $90,122 | $88,229 | $86,375 | | $1,509,602 |
| 4C2d. Support for Children in Foster Care (Family Drug Courts) | | $648,337 | $643,755 | $639,205 | $634,688 | $630,202 | $625,749 | $621,326 | $616,935 | $612,575 | $608,246 | $603,947 | $599,679 | $595,441 | $591,233 | $587,054 | | $9,258,373 |
| 4C3a. Support for Adopted Children and Families (Adoption Cost Per Child) | | $289,169 | $289,486 | $277,800 | $276,767 | $275,217 | $273,111 | $270,405 | $267,058 | $277,633 | $273,437 | $268,472 | $262,686 | $256,020 | $266,159 | $258,252 | | $4,081,672 |
| 4C3b. Support for Adopted Children and Families (Socio-Emotional Support) | | $59,050 | $60,527 | $57,608 | $59,048 | $55,869 | $52,494 | $53,806 | $50,137 | $51,391 | $52,675 | $48,593 | $49,808 | $45,381 | $46,515 | $47,678 | | $790,580 |
| 4C3c. Support for Adopted Children and Families (Intensive Parent-Child Interventions) | | $12,987 | $12,715 | $12,447 | $12,186 | $11,930 | $11,679 | $11,434 | $11,194 | $10,958 | $10,728 | $10,503 | $10,282 | $10,066 | $9,854 | $9,647 | | $168,610 |
| 4D. Homeless and Housing Insecure Individuals | | | | | | | | | | | | | | | | | | |
| 4D1. Permanent Supportive Housing | | $296,874 | $285,314 | $293,789 | $280,908 | $267,002 | $274,934 | $259,509 | $267,218 | $250,142 | $257,572 | $238,701 | $245,792 | $253,094 | $231,655 | $238,537 | | $3,941,041 |
| 4E. Individuals with Opioid Misuse | N/A | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | ∑2021 - 2035 |
| TOTAL: | | $142,312,725 | $147,178,785 | $152,041,703 | $157,153,973 | $162,501,502 | $157,780,129 | $159,349,365 | $166,322,545 | $169,381,982 | $173,570,039 | $177,772,736 | $182,353,863 | $187,247,444 | $192,242,235 | $197,539,144 | | $2,523,748,170 |
| Discount Factor @ 3.73% | | 0.964041261 | 0.929375553 | 0.895956338 | 0.863738918 | 0.832679956 | 0.802737835 | 0.773872394 | 0.746044919 | 0.719218084 | 0.693355909 | 0.668423705 | 0.644388031 | 0.621216655 | 0.598878483 | 0.577343568 | | |
| Present Value @ 3.73% | | $137,195,338.76 | $136,784,364 | $136,222,733 | $135,740,003 | $135,311,743 | $126,656,079 | $123,316,075 | $123,338,045 | $121,822,585 | $120,345,812 | $118,827,511 | $117,506,647 | $116,321,230 | $115,129,738 | $114,047,954 | | $1,878,565,858 |

1A1. Health Professional Education
Academic Detailing

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total number of detailers required for prescribing population [1] | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | |
| Median annual wage of pharmacists [2] | $137,851 | $142,593 | $147,499 | $152,573 | $157,821 | $163,250 | $168,866 | $174,675 | $180,684 | $186,899 | $193,329 | $199,979 | $206,858 | $213,974 | $221,335 | |
| Employer provided Fringe Benefits (percent of wages) [3] | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | |
| Total annual Compensation of pharmacists [4] | $174,428 | $180,428 | $186,635 | $193,055 | $199,696 | $206,566 | $213,672 | $221,022 | $228,625 | $236,490 | $244,625 | $253,040 | $261,745 | $270,749 | $280,063 | |
| Annual cost growth rate [5] | | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | |
| Total Estimated Cost [6] | $109,346 | $105,689 | $102,155 | $98,738 | $95,436 | $92,245 | $89,160 | $86,178 | $83,296 | $80,510 | $77,818 | $75,215 | $72,700 | $70,269 | $67,919 | $1,306,672 |

Notes and Sources:
[1] Caleb Alexander, M.D., M.S. Report, see Appendix D
[2] U.S. Department of Labor, Bureau of Labor Statistics. Occupational Employment Statistics: Huntington-Ashland, WV-KY-OH Metropolitan Statistical Area. May 2019.
[3] U.S. Department of Labor, Bureau of Labor Statistics. Employer Costs for Employee Compensation - December 2019. Private Sector Workers
[4] Median annual wage of pharmacists + employer provided fringe benefit percentage of wages
[5] U.S. Department of Labor, Bureau of Labor Statistics. Major Sector Productivity, Hourly Compensation, Business Sector. 1990-2019 Annual Average Percent Change
[6] = Total number of detailers required for prescribing population × total annual compensation of pharmacists

1A1 Academic Detailing

Median Annual Wage of Pharmacists (SOC 29-1051)
Huntington-Ashland, WV-KY-OH - May 2019

| | |
|---|---:|
| Median Hourly Wage: | $61.91 |
| Annual Hours: | 2,080 |
| Median Annual Wage: | $128,772.80 |

| Year | Wage | Growth | Wage | Year |
|---|---:|---:|---:|---|
| 2019 | $128,772.80 | 3.49% | $133,266.97 | 2020 |
| 2020 | $133,266.97 | 3.44% | **$137,851.35** | **2021** |
| 2021 | $137,851.35 | 3.44% | **$142,593.44** | **2022** |
| 2022 | $142,593.44 | 3.44% | **$147,498.66** | **2023** |
| 2023 | $147,498.66 | 3.44% | **$152,572.61** | **2024** |
| 2024 | $152,572.61 | 3.44% | **$157,821.11** | **2025** |
| 2025 | $157,821.11 | 3.44% | **$163,250.15** | **2026** |
| 2026 | $163,250.15 | 3.44% | **$168,865.96** | **2027** |
| 2027 | $168,865.96 | 3.44% | **$174,674.95** | **2028** |
| 2028 | $174,674.95 | 3.44% | **$180,683.77** | **2029** |
| 2029 | $180,683.77 | 3.44% | **$186,899.29** | **2030** |
| 2030 | $186,899.29 | 3.44% | **$193,328.62** | **2031** |
| 2031 | $193,328.62 | 3.44% | **$199,979.13** | **2032** |
| 2032 | $199,979.13 | 3.44% | **$206,858.41** | **2033** |
| 2033 | $206,858.41 | 3.44% | **$213,974.34** | **2034** |
| 2034 | $213,974.34 | 3.44% | **$221,335.06** | **2035** |
| 2035 | $221,335.06 | | | |

1A2.  Health Professional Education
     Continuing Healthcare Provider Education

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | Σ2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total continuing education hours [1] | 5,015 | 2,533 | 2,559 | 2,585 | 2,611 | 2,638 | 2,665 | 2,692 | 2,719 | 2,747 | 2,775 | 2,803 | 2,831 | 2,860 | 2,889 | |
| Weighted average median hourly wage for physicians, dentists, nurse practioners, and physician assistants [2] | $75.66 | $78.26 | $80.95 | $83.74 | $86.62 | $89.60 | $92.68 | $95.87 | $99.16 | $102.58 | $106.10 | $109.75 | $113.53 | $117.44 | $121.48 | |
| Annual cost growth rate [3] | | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | |
| Total Estimated Cost [5] | $379,425 | $198,236 | $207,142 | $216,448 | $226,172 | $236,334 | $246,951 | $258,046 | $269,639 | $281,753 | $294,412 | $307,639 | $321,460 | $335,902 | $350,993 | $4,130,552 |

Notes and Sources:
[1] Caleb Alexander, M.D., M.S. Report, see Appendix D
[2] U.S. Department of Labor, Bureau of Labor Statistics. Occupational Employment Statistics: Huntington-Ashland, WV-KY-OH Metropolitan Statistical Area. May 2019.
[3] U.S. Department of Labor, Bureau of Labor Statistics. Major Sector Productivity, Hourly Compensation, Business Sector. 1990-2019 Annual Average Percent Change
[5] = Total continuing education hours × weighted average median hourly wage

2A. Connecting Individuals to Care

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A1. Helpline** | | | | | | | | | | | | | | | | |
| Number of helpline staff members [1] | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | |
| Median annual licensed clinical social worker wage [2] | $43,709 | $45,213 | $46,768 | $48,377 | $50,041 | $51,762 | $53,543 | $55,385 | $57,290 | $59,261 | $61,299 | $63,408 | $65,589 | $67,846 | $70,179 | |
| Employer provided Fringe Benefits (percent of wages) [3] | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | |
| Total annual Compensation [4] | $55,306 | $57,209 | $59,177 | $61,213 | $63,318 | $65,497 | $67,750 | $70,080 | $72,491 | $74,985 | $77,564 | $80,232 | $82,992 | $85,847 | $88,800 | |
| Annual cost growth rate [5] | | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | |
| Total Estimated Cost [6] | $165,919 | $171,627 | $177,531 | $183,638 | $189,955 | $196,490 | $203,249 | $210,241 | $217,473 | $224,954 | $232,692 | $240,697 | $248,977 | $257,542 | $266,401 | $3,187,386 |

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A2. Peer Recovery Coaches** | | | | | | | | | | | | | | | | |
| Number of Peer Recovery Coaches [1] | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | |
| Median annual wage of Peer Coach [7] | $20,040 | $20,729 | $21,442 | $22,180 | $22,943 | $23,732 | $24,548 | $25,393 | $26,266 | $27,170 | $28,105 | $29,071 | $30,071 | $31,106 | $32,176 | |
| Employer provided Fringe Benefits (percent of wages) [3] | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | 26.53% | |
| Total annual Compensation [8] | $25,357 | $26,229 | $27,132 | $28,065 | $29,030 | $30,029 | $31,062 | $32,131 | $33,236 | $34,379 | $35,562 | $36,785 | $38,050 | $39,359 | $40,713 | |
| Annual cost growth rate [5] | | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | |
| Total Estimated Cost [9] | $304,284 | $314,751 | $325,579 | $336,779 | $348,364 | $360,348 | $372,744 | $385,566 | $398,830 | $412,549 | $426,741 | $441,421 | $456,606 | $472,313 | $488,561 | $5,845,435 |

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A3. Transportation Assistance** | | | | | | | | | | | | | | | | |
| Total transportation vouchers needed [1] | 359,021 | 352,849 | 346,783 | 340,822 | 334,962 | 329,204 | 323,544 | 317,982 | 312,516 | 307,143 | 301,863 | 296,673 | 291,573 | 286,561 | 281,634 | |
| Bus Fare [10] | $1.02 | $1.05 | $1.07 | $1.10 | $1.13 | $1.15 | $1.18 | $1.21 | $1.24 | $1.27 | $1.30 | $1.33 | $1.36 | $1.40 | $1.43 | |
| Annual cost growth rate [11] | | 2.41% | 2.41% | 2.41% | 2.41% | 2.41% | 2.41% | 2.41% | 2.41% | 2.41% | 2.41% | 2.41% | 2.41% | 2.41% | 2.41% | |
| Total Estimated Cost [12] | $367,674 | $370,061 | $372,465 | $374,884 | $377,318 | $379,769 | $382,235 | $384,717 | $387,216 | $389,730 | $392,261 | $394,809 | $397,373 | $399,953 | $402,551 | $5,773,016 |

Notes and Sources:
[1] Caleb Alexander, M.D., M.S. Report, see Appendix D
[2] U.S. Department of Labor, Bureau of Labor Statistics. Occupational Employment Statistics: Huntington-Ashland, WV-KY-OH Metropolitan Statistical Area. May 2019 (Mental Health and Substance Abuse Social Workers SOC: 21-1023)
[3] U.S. Department of Labor, Bureau of Labor Statistics. Employer Costs for Employee Compensation - December 2019. Private Industry Workers
[4] = Median annual licensed clinical social worker wage + employer provided fringe benefit percentage of wages
[5] U.S. Department of Labor, Bureau of Labor Statistics. Major Sector Productivity, Hourly Compensation, Business Sector. 1990-2019 Annual Average Percent Change
[6] = Total number of helpline staff members × total annual compensation of helpline staff members
[7] Prestera Center (telephone call with human resources)
[8] Median annual wage of peer recovery coach + employer provided fringe benefit percentage of wages
[9] = Total number of peer recovery coaches × total annual compensation of peer recovery coaches

2A Connecting Individuals

[10] https://www.tta-wv.com/fares/
[11] U.S. Department of Labor, Bureau of Labor Statistics. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average -- Public Transportation. 1990-2019 Annual Average Percent Change
[12] = Total annual number needing transportation × bus fare

2A Connecting Individuals

Tri-State Transit Authority
Bus Fares

| Year | Fare | Growth | Fare | Year |
|---|---|---|---|---|
| 2020 | $1.00 | 2.41% | **$1.02** | **2021** |
| 2021 | $1.02 | 2.41% | **$1.05** | **2022** |
| 2022 | $1.05 | 2.41% | **$1.07** | **2023** |
| 2023 | $1.07 | 2.41% | **$1.10** | **2024** |
| 2024 | $1.10 | 2.41% | **$1.13** | **2025** |
| 2025 | $1.13 | 2.41% | **$1.15** | **2026** |
| 2026 | $1.15 | 2.41% | **$1.18** | **2027** |
| 2027 | $1.18 | 2.41% | **$1.21** | **2028** |
| 2028 | $1.21 | 2.41% | **$1.24** | **2029** |
| 2029 | $1.24 | 2.41% | **$1.27** | **2030** |
| 2030 | $1.27 | 2.41% | **$1.30** | **2031** |
| 2031 | $1.30 | 2.41% | **$1.33** | **2032** |
| 2032 | $1.33 | 2.41% | **$1.36** | **2033** |
| 2033 | $1.36 | 2.41% | **$1.40** | **2034** |
| 2034 | $1.40 | 2.41% | **$1.43** | **2035** |
| 2035 | $1.43 | | | |

2B. Treating Opioid Use Disorder

### 2B1. Outpatient Treatment

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Individuals with OUD in Outpatient Treatment [1] | 2,220 | 2,184 | 2,148 | 2,113 | 2,079 | 2,045 | 2,012 | 1,980 | 1,947 | 1,916 | 1,885 | 1,854 | 1,824 | 1,794 | 1,765 | |
| Average Cost Per Day of Outpatient Treatment [1] | $39 | $40 | $42 | $44 | $46 | $48 | $50 | $52 | $54 | $57 | $59 | $62 | $65 | $67 | $70 | |
| Number of Days in Year [1] | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | |
| Annual cost growth rate [2] | | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | |
| Total Estimated Cost [3] | $31,321,099 | $32,162,150 | $33,025,784 | $33,912,610 | $34,823,249 | $35,758,341 | $36,718,543 | $37,704,529 | $38,716,990 | $39,756,639 | $40,824,205 | $41,920,438 | $43,046,108 | $44,202,004 | $45,388,940 | $569,281,629 |

### 2B2. Intensive Outpatient Treatment

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Individuals in Intensive Outpatient Treatment [1] | 439 | 432 | 425 | 418 | 412 | 405 | 398 | 392 | 386 | 379 | 373 | 367 | 361 | 355 | 349 | |
| Average Cost Per Day of Intensive Outpatient Treatment [1] | $75 | $79 | $82 | $86 | $90 | $93 | $98 | $102 | $106 | $111 | $116 | $121 | $126 | $132 | $137 | |
| Number of Days in Year [1] | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | |
| Annual cost growth rate [2] | | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | |
| Total Estimated Cost [4] | $12,102,345 | $12,427,323 | $12,761,028 | $13,103,694 | $13,455,562 | $13,816,877 | $14,187,895 | $14,568,876 | $14,960,087 | $15,361,803 | $15,774,306 | $16,197,886 | $16,632,840 | $17,079,474 | $17,538,101 | $219,968,100 |

### 2B3. Residential Treatment

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Individuals in Residential Treatment [1] | 452 | 445 | 438 | 431 | 424 | 417 | 410 | 403 | 397 | 390 | 384 | 378 | 372 | 366 | 360 | |
| Average Cost Per Day of Residential Treatment [1] | $213 | $223 | $233 | $243 | $253 | $264 | $276 | $288 | $301 | $314 | $328 | $342 | $357 | $373 | $389 | |
| Number of Days in Year [1] | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | |
| Annual cost growth rate [2] | | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | |
| Total Estimated Cost [5] | $35,241,821 | $36,188,153 | $37,159,896 | $38,157,733 | $39,182,364 | $40,234,509 | $41,314,908 | $42,424,317 | $43,563,517 | $44,733,307 | $45,934,509 | $47,167,967 | $48,434,546 | $49,735,136 | $51,070,650 | $640,543,332 |

### 2B4. Inpatient Treatment

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Individuals in Inpatient Treatment [1] | 41 | 40 | 40 | 39 | 38 | 38 | 37 | 37 | 36 | 35 | 35 | 34 | 34 | 33 | 33 | |
| Average Cost Per Day of Inpatient Treatment [1] | $381 | $403 | $427 | $452 | $478 | $507 | $536 | $568 | $601 | $637 | $674 | $714 | $756 | $800 | $847 | |
| Number of Days in Year [1] | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | |
| Annual cost growth rate [6] | | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | |
| Total Estimated Cost [7] | $5,694,251 | $5,931,183 | $6,177,973 | $6,435,032 | $6,702,788 | $6,981,684 | $7,272,184 | $7,574,773 | $7,889,951 | $8,218,244 | $8,560,197 | $8,916,378 | $9,287,379 | $9,673,817 | $10,076,335 | $115,392,168 |

Notes and Sources:
[1] Caleb Alexander, M.D., M.S. Report, see Appendix D
[2] U.S. Department of Labor, Bureau of Labor Statistics. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average -- Medical Care Services. 1990-2019 Annual Average Percent Change
[3] = Number of Individuals with OUD in outpatient treatment × average cost per day of outpatient treatment × 365 days per year
[4] = Number of Individuals with OUD in intensive outpatient treatment × average cost per day of intensive outpatient treatment × 365 days per year
[5] = Number of Individuals in residential treatment × average cost per day of residential treatment × 365 days per year

[6] U.S. Department of Labor, Bureau of Labor Statistics. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average – Hospital Related Services. 1990-2019 Annual Average Percent Change

[7] = Number of individuals with OUD in inpatient treatment × average cost per day of inpatient treatment × 365 days per year

2B Treatment

2B. Treating Opioid Use Disorder

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2B5. Buprenorphine** | | | | | | | | | | | | | | | | |
| Number of Individuals Receiving MAT- Buprenorphine [1] | 573 | 592 | 612 | 632 | 653 | 674 | 696 | 719 | 743 | 767 | 793 | 819 | 846 | 874 | 902 | |
| Average Cost Per Day of Buprenorphine [1] | $13.46 | $14.00 | $14.55 | $15.13 | $15.73 | $16.35 | $17.00 | $17.67 | $18.37 | $19.10 | $19.85 | $20.64 | $21.46 | $22.30 | $23.19 | |
| Number of days per year | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | |
| Annual cost growth rate [2] | | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | |
| Total Estimated Cost [3] | $2,816,408 | $3,024,419 | $3,247,792 | $3,487,664 | $3,745,251 | $4,021,863 | $4,318,905 | $4,637,885 | $4,980,425 | $5,348,263 | $5,743,268 | $6,167,447 | $6,622,955 | $7,112,104 | $7,637,381 | $72,912,030 |
| | | | | | | | | | | | | | | | | |
| **2B6. Methadone** | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
| Number of Individuals Receiving MAT-Methadone [1] | 312 | 322 | 333 | 344 | 355 | 367 | 379 | 392 | 405 | 418 | 432 | 446 | 461 | 476 | 491 | |
| Average Cost Per Day of Methadone [1] | $11.43 | $11.88 | $12.35 | $12.84 | $13.35 | $13.87 | $14.42 | $14.99 | $15.59 | $16.21 | $16.85 | $17.51 | $18.21 | $18.93 | $19.68 | |
| Number of days per year | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | |
| Annual cost growth rate [2] | | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | |
| Total Estimated Cost [4] | $1,301,562 | $1,397,691 | $1,500,920 | $1,611,773 | $1,730,813 | $1,858,645 | $1,995,919 | $2,143,331 | $2,301,631 | $2,471,621 | $2,654,167 | $2,850,196 | $3,060,702 | $3,286,755 | $3,529,504 | $33,695,230 |
| | | | | | | | | | | | | | | | | |
| **2B7. Naltrexone** | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
| Number of Individuals Receiving MAT- Naltrexone [1] | 61 | 63 | 65 | 67 | 69 | 71 | 74 | 76 | 78 | 81 | 84 | 86 | 89 | 92 | 95 | |
| Average Cost Per Day of Naltrexone [1] | $54.18 | $56.33 | $58.56 | $60.88 | $63.29 | $65.80 | $68.40 | $71.11 | $73.93 | $76.85 | $79.90 | $83.06 | $86.35 | $89.77 | $93.33 | |
| Number of days per year | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | |
| Annual cost growth rate [2] | | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | 3.96% | |
| Total Estimated Cost [5] | $1,197,120 | $1,285,535 | $1,380,480 | $1,482,438 | $1,591,926 | $1,709,501 | $1,835,759 | $1,971,342 | $2,116,939 | $2,273,289 | $2,441,187 | $2,621,485 | $2,815,100 | $3,023,014 | $3,246,284 | $30,991,399 |

Notes and Sources:
[1] Caleb Alexander, M.D., M.S. Report, see Appendix D
[2] U.S. Department of Labor, Bureau of Labor Statistics. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average -- Prescription Drugs and Medical Supplies. 1990-2019 Annual Average Percent Change
[3] = Number of individuals receiving MAT Buprenorphine × average cost per day of Buprenorphine × 365 days per year
[4] = Number of individuals receiving MAT Methadone × average cost per day of Methadone × 365 days per year
[5] = Number of individuals receiving MAT Naltrexone × average cost per day of Naltrexone × 365 days per year

2C. Managing Complications of Attributable to the Epidemic

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | Σ2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2C1. HCV / HIV Screening** | | | | | | | | | | | | | | | | |
| Number of opioid injection drug users to be screened [1] | 1,018 | 990 | 963 | 936 | 910 | 885 | 861 | 837 | 814 | 791 | 770 | 748 | 728 | 708 | 688 | |
| HCV / HIV Screening Cost per Case [1] | $87 | $91 | $95 | $99 | $103 | $108 | $112 | $117 | $122 | $128 | $133 | $139 | $145 | $152 | $158 | |
| Annual cost growth rate [2] | | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | |
| Total Estimated Cost [3] | $88,473 | $89,800 | $91,146 | $92,512 | $93,898 | $95,306 | $96,734 | $98,184 | $99,656 | $101,150 | $102,666 | $104,205 | $105,767 | $107,352 | $108,961 | $1,475,808 |
| **2C2. HCV Treatment** | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | Σ2021-2035 |
| Number of Individuals with HCV to Treat [1] | 446 | 439 | 433 | 426 | 420 | 123 | 117 | 112 | 107 | 102 | 98 | 93 | 89 | 85 | 81 | |
| HCV Treatment Cost Per Case per Year [1] | $26,765 | $27,865 | $29,010 | $30,203 | $31,444 | $32,736 | $34,082 | $35,482 | $36,941 | $38,459 | $40,040 | $41,685 | $43,399 | $45,182 | $47,039 | |
| Annual cost growth rate [4] | | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | |
| Total Estimated Cost [5] | $11,943,278 | $12,240,649 | $12,551,331 | $12,875,868 | $13,214,820 | $4,025,021 | $4,002,341 | $3,979,790 | $3,957,365 | $3,935,067 | $3,912,894 | $3,890,847 | $3,868,923 | $3,847,124 | $3,825,447 | $102,070,764 |
| **2C3. HIV Treatment** | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | Σ2021-2035 |
| Number of Individuals with HIV to Treat [1] | 25 | 50 | 75 | 99 | 123 | 130 | 136 | 143 | 149 | 154 | 160 | 165 | 170 | 175 | 180 | |
| HIV Treatment Cost Per Case per Year [1] | $42,059 | $43,788 | $45,588 | $47,461 | $49,412 | $51,443 | $53,557 | $55,758 | $58,050 | $60,436 | $62,920 | $65,506 | $68,198 | $71,001 | $73,919 | |
| Annual cost growth rate [4] | | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | |
| Total Estimated Cost [6] | $1,062,560 | $2,195,247 | $3,402,128 | $4,687,485 | $6,055,826 | $6,662,815 | $7,292,734 | $7,946,536 | $8,625,214 | $9,329,802 | $10,061,376 | $10,821,056 | $11,610,009 | $12,429,448 | $13,280,637 | $115,462,871 |
| **2C4. Endocarditis Treatment** | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | Σ2021-2035 |
| Number of New Endocarditis Cases with Opioid-Related IVDU [1] | 78 | 74 | 71 | 68 | 65 | 62 | 59 | 56 | 54 | 51 | 49 | 47 | 45 | 43 | 41 | |
| Endocarditis Treatment Cost Per Case [1] | $73,908 | $76,946 | $80,108 | $83,401 | $86,829 | $90,397 | $94,113 | $97,981 | $102,008 | $106,200 | $110,565 | $115,109 | $119,840 | $124,766 | $129,894 | |
| Annual cost growth rate [4] | | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | |
| Total Estimated Cost [7] | $5,732,167 | $5,699,869 | $5,667,752 | $5,635,817 | $5,604,061 | $5,572,484 | $5,541,086 | $5,509,864 | $5,478,818 | $5,447,947 | $5,417,250 | $5,386,726 | $5,356,374 | $5,326,193 | $5,296,182 | $82,672,589 |

Notes and Sources:
[1] Caleb Alexander, M.D., M.S. Report, see Appendix D
[2] U.S. Department of Labor, Bureau of Labor Statistics. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average -- Medical Care Services. 1990-2019 Annual Average Percent Change
[3] = Number of HIV / HCV screening population × HIV / HCV screening cost per case
[4] U.S. Department of Labor, Bureau of Labor Statistics. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average -- Total Medical Care. 1990-2019 Annual Average Percent Change
[5] = Number of individuals with HCV to treat × HCV treatment cost per case per year
[6] = Number of individuals with HIV to treat × HIV treatment cost per case per year
[7] = Number of new endocarditis cases with opioid-related IVDU × endocarditis treatment cost per case

4A. Pregnant Women, New Mothers, and Infants

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **4A1. Prenatal OUD Screening** | | | | | | | | | | | | | | | | |
| Number of pregnant women for prenatal screening[1] | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 | |
| Prenatal screening cost per woman[1] | $80 | $84 | $88 | $92 | $96 | $100 | $104 | $109 | $113 | $118 | $124 | $129 | $135 | $141 | $147 | |
| Annual cost growth rate[2] | | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | 4.38% | |
| Total Estimated Cost[3] | $82,569 | $86,186 | $89,961 | $93,901 | $98,014 | $102,307 | $106,788 | $111,465 | $116,348 | $121,444 | $126,763 | $132,315 | $138,110 | $144,160 | $150,474 | $1,700,805 |
| **4A2a. Prenatal Psychosocial Services** | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
| Number of pregnant women with OUD / new mothers with OUD to receive prenatal psychosocial services[1] | 51 | 49 | 47 | 45 | 43 | 41 | 39 | 37 | 36 | 34 | 32 | 31 | 30 | 28 | 27 | |
| Prenatal psychosocial services cost per woman[4] | $3,055 | $3,180 | $3,311 | $3,447 | $3,589 | $3,736 | $3,890 | $4,049 | $4,216 | $4,389 | $4,570 | $4,757 | $4,953 | $5,156 | $5,368 | |
| Annual cost growth rate[5] | | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | |
| Total Estimated Cost[6] | $156,850 | $155,966 | $155,087 | $154,214 | $153,345 | $152,481 | $151,621 | $150,767 | $149,918 | $149,073 | $148,233 | $147,398 | $146,567 | $145,741 | $144,920 | $2,262,182 |
| **4A2b. Postpartum Psychosocial Services** | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
| Number of new mothers with OUD to receive postpartum psychosocial services[1] | 0 | 51 | 100 | 147 | 192 | 235 | 224 | 214 | 204 | 195 | 187 | 178 | 170 | 163 | 155 | |
| Postpartum psychosocial services cost per woman[4] | $12,150 | $12,649 | $13,169 | $13,710 | $14,274 | $14,860 | $15,471 | $16,107 | $16,769 | $17,458 | $18,176 | $18,923 | $19,700 | $20,510 | $21,353 | |
| Annual cost growth rate[5] | | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | |
| Total Estimated Cost[7] | $0 | $649,513 | $1,322,062 | $2,018,613 | $2,740,173 | $3,487,792 | $3,468,139 | $3,448,598 | $3,429,166 | $3,409,844 | $3,390,631 | $3,371,526 | $3,352,529 | $3,333,639 | $3,314,855 | $40,737,082 |
| **4A3. Prenatal and Postpartum Housing Services** | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
| Number of new mothers with OUD to receive housing services[1] | 21 | 20 | 19 | 18 | 17 | 16 | 16 | 15 | 14 | 14 | 13 | 12 | 12 | 11 | 11 | |
| Housing services cost per mother[8] | $16,796 | $17,295 | $17,809 | $18,338 | $18,883 | $19,444 | $20,021 | $20,616 | $21,228 | $21,859 | $22,508 | $23,177 | $23,866 | $24,574 | $25,304 | |
| Annual cost growth rate[9] | | 2.97% | 2.97% | 2.97% | 2.97% | 2.97% | 2.97% | 2.97% | 2.97% | 2.97% | 2.97% | 2.97% | 2.97% | 2.97% | 2.97% | |
| Total Estimated Cost[10] | $352,722.36 | $345,905 | $338,371 | $330,085 | $321,007 | $311,099 | $320,341 | $309,241 | $297,199 | $306,027 | $292,609 | $278,124 | $286,386 | $270,319 | $278,349 | $4,637,786 |

Notes and Sources:
[1] Caleb Alexander, M.D., M.S. Report, see Appendix D
[2] U.S. Department of Labor, Bureau of Labor Statistics. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average -- Medical Care Services. 1990-2019 Annual Average Percent Change
[3] = Number of pregnant women for prenatal screening × prenatal screening cost per woman
[4] = Nancy Young, Ph.D. Report, see Page 8
[5] U.S. Department of Labor, Bureau of Labor Statistics. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average -- Total Medical Care. 1990-2019 Annual Average Percent Change
[6] = Number of pregnant women with OUD new mothers with OUD to receive prenatal psychosocial services × prenatal psychosocial services cost per woman
[7] = Number of new mothers with OUD to receive postpartum psychosocial services × postpartum psychosocial services cost per woman
[8] = Nancy Young, Ph.D. in collaboration with Caleb Alexander, M.D., M.S.
[9] U.S. Department of Labor, Bureau of Labor Statistics. Consumer Price Index (Rent of Shelter). 1990-2019 Annual Average Percent Change
[10] = Number of new mothers with OUD to receive housing services × housing services cost per mother

4A. Pregnant Women, New Mothers, and Infants

### 4A4a. Interventions for Infants Exposed to Opioids in Utero

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of infants diagnosed with NAS[1] | 61 | 58 | 56 | 53 | 51 | 49 | 46 | 44 | 42 | 40 | 39 | 37 | 35 | 34 | 32 | |
| Neonatal Abstinence Syndrome (NAS) Medical Costs Per Case[1] | $33,382 | $34,755 | $36,184 | $37,673 | $39,222 | $40,836 | $42,515 | $44,264 | $46,085 | $47,980 | $49,954 | $52,009 | $54,148 | $56,375 | $58,694 | |
| Annual cost growth rate[2] | | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | 4.11% | |
| Total Estimated Cost[3] | $2,037,972 | $2,026,553 | $2,015,198 | $2,003,906 | $1,992,678 | $1,981,513 | $1,970,410 | $1,959,369 | $1,948,391 | $1,937,473 | $1,926,617 | $1,915,822 | $1,905,087 | $1,894,413 | $1,883,798 | $29,399,201 |

### 4A4b. Early Interventions for Infants Exposed to Opioids in Utero (0-5 years old)

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total number of children eligible for early intervention (0-5 years old)[1] | 155 | 302 | 443 | 578 | 707 | 830 | 793 | 757 | 723 | 691 | 660 | 630 | 602 | 575 | 549 | |
| Early intervention cost per child (0-5 years old)[4] | $1,333 | $1,366 | $1,400 | $1,435 | $1,471 | $1,508 | $1,545 | $1,584 | $1,624 | $1,664 | $1,706 | $1,748 | $1,792 | $1,837 | $1,883 | |
| Annual cost growth rate[5] | | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | |
| Total Estimated Cost[6] | $206,062 | $412,945 | $620,762 | $829,624 | $1,039,646 | $1,250,941 | $1,224,656 | $1,198,924 | $1,173,732 | $1,149,070 | $1,124,926 | $1,101,289 | $1,078,149 | $1,055,495 | $1,033,317 | $14,499,537 |

### 4A4c. Special Education and Psychosocial Services Interventions for Infants Exposed to Opioids in Utero (6-21 years old)

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021-2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total number of children eligible for special education and psychosocial services (6-21 years old)[1] | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 23 | 34 | 44 | 54 | 63 | 72 | 81 | 89 | |
| Special education and psychosocial services cost per child (6-21 years old)[4] | $3,954 | $4,053 | $4,155 | $4,259 | $4,365 | $4,474 | $4,586 | $4,701 | $4,818 | $4,939 | $5,062 | $5,189 | $5,318 | $5,451 | $5,588 | |
| Annual cost growth rate[5] | | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | |
| Total Estimated Cost[7] | $0 | $0 | $0 | $0 | $0 | $0 | $54,035 | $108,286 | $162,781 | $217,550 | $272,624 | $328,031 | $383,803 | $439,969 | $496,561 | $2,463,640 |

Notes and Sources:
[1] Caleb Alexander, M.D., M.S. Report, see Appendix D
[2] U.S. Department of Labor, Bureau of Labor Statistics. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average -- Total Medical Care. 1990-2019 Annual Average Percent Change
[3] = Number of infants diagnosed with NAS x NAS medical costs per infant case
[4] = Nancy Young, Ph.D. Report, see Page 12
[5] U.S. Department of Labor, Bureau of Labor Statistics. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average -- Services by Other Medical Professionals. 1990-2019 Annual Average Percent Change
[6] = Total number of children eligible for early intervention (0-5 years old)x early intervention cost per child (0-5 years old)
[7] = Total number of children eligible for special education and psychosocial services (6-21 years old)x special education and psychosocial services cost per child (6-21 years old)