# EXHIBIT 4

Alexander, Caleb_CT2 Rev. Appx D - Redress Model_Erratum_8-26-2020_Confidential.xlsx



# Monument Analytics
## A Health Care Consultancy

**CONFIDENTIAL - DO NOT DISTRIBUTE**
Cabell-Huntington Community Opioid Epidemic Abatement Estimates
Last updated: August 24, 2020

This worksheet contains redress models and their population inputs for opioid abatement, 2021-2035.

**Abatement Categories**

**Category 1: Prevention - Reducing Opioid Oversupply and Improving Safe Opioid U**
1A. Health Professional Education
1B. Patient and Public Education
1C. Safe Storage and Drug Disposal
1D. Community Prevention and Resiliency
1E. Harm Reduction
1F. Surveillance, Evaluation, and Leadership

**Category 2: Treatment - Supporting Individuals Affected by the Epidemic**
2A. Connecting Individuals to Care
2B. Treating Opioid Use Disorder
2C. Managing Complications Attributable to the Epidemic
2D. Workforce Expansion and Resiliency
2E. Distributing Naloxone and Providing Training

**Category 3: Recovery - Enhancing Public Safety and Reintegration**
3A. Public Safety
3B. Criminal Justice System
3C. Vocational Training and Job Placement
3D. Reengineering the Workplace
3E. Mental Health Counseling and Grief Support

**Category 4: Addressing Needs of Special Populations**
4A. Pregnant Women, New Mothers, and Infants
4B. Adolescents and Young Adults
4C. Families and Children
4D. Homeless and Housing Insecure Individuals
4E. Individuals with Opioid Misuse

**Monument Analytics**
A Health Care Consultancy

## 1A. Health Professional Education

| | Year 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Academic detailing** | | | | | | | | | | | | | | | |
| [1] Number of prescribers | 1,254 | 1,267 | 1,279 | 1,292 | 1,306 | 1,319 | 1,332 | 1,346 | 1,360 | 1,373 | 1,387 | 1,401 | 1,416 | 1,430 | 1,445 |
| [2] Proportion of prescribers to receive academic detailing | 15.0% | 13.9% | 12.8% | 11.9% | 11.0% | 10.2% | 9.4% | 8.7% | 8.0% | 7.4% | 6.9% | 6.4% | 5.9% | 5.4% | 5.0% |
| [3] Number of prescribers to receive academic detailing | 188 | 176 | 164 | 153 | 143 | 134 | 125 | 117 | 109 | 102 | 95 | 89 | 83 | 78 | 73 |
| [4] Total number of academic detailers needed | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 |
| **2. Continuing healthcare provider education** | | | | | | | | | | | | | | | |
| [5] Number of prescribers eligible for continuing professional education | 1,254 | 1,267 | 1,279 | 1,292 | 1,306 | 1,319 | 1,332 | 1,346 | 1,360 | 1,373 | 1,387 | 1,401 | 1,416 | 1,430 | 1,445 |
| [6] Total continuing education hours | 5,015 | 2,533 | 2,559 | 2,585 | 2,611 | 2,638 | 2,665 | 2,692 | 2,719 | 2,747 | 2,775 | 2,803 | 2,831 | 2,860 | 2,889 |

### Notes

| | Input | Source(s) |
|---|---|---|
| [1] Number of prescribers adjusted by annual employment growth rate starting in 2017 | | |
| Number of physicians and dentists | 683 | 2017 data. Health Resources and Services Administration. Area Health Resources Files. https://data.hrsa.gov/topics/health-workforce/ahrf. |
| Number of nurse practitioners | 198 | 2017 data. Health Resources and Services Administration. Area Health Resources Files. https://data.hrsa.gov/topics/health-workforce/ahrf. |
| Number of physician assistants | 323 | 2017 data. Health Resources and Services Administration. Area Health Resources Files. https://data.hrsa.gov/topics/health-workforce/ahrf. |
| Total number of prescribers | 1,204 | Sum of the number of physicians, dentists, nurse practitioners, and physician assistants. |
| Prescribing population annual employment growth | 1.02% | Weighted average of physicians, nurse practitioners, and physician assistants annual employment growth rates. 2016-2026 10-year employment growth rates were converted to annual employment growth rates. (1) Physicians: U.S. Department of Labor, Employment & Training Administration. West Virginia O-NET data. https://www.onetonline.org/link/summary/29-1171.00. (2) Nurse practitioners and physician assistants: West Virginia Department of Commerce. West Virginia Long Term Occupational Projections 2016-2026 (Work Force for Investment Area 2). http://lmi.workforcewv.org/LTprojections/LTOccupationalProjections.html. |
| [2] Yearly estimate from 15% in year 1 to 5% in year 15 | | The majority of opioid volume is comprised of prescriptions written by a small percentage of prescribers. Thus, the top 15% opioid prescribers of the prescribing population will be targeted in the first year and top 5% by year 15 of the abatement plan. Chang HY, Lyapustina T, Rutkow L, Daubresse M, Richey M, Faul M, Stuart EA, Alexander GC. Impact of Prescription Drug Monitoring Programs and Pill Mill Laws on High-Risk Opioid Prescribers: A Comparative Interrupted Time Series Analysis. Drug and Alcohol Dependence. 2016;165:1-8. |
| [3] = [1] * [2] | | |
| [4] = [3] / 300 | 300 | Number of unique prescribers visited by a detailer per year. Each prescriber will be visited four times each year (once per calendar quarter) by a detailer. 250 work days per year, but approximately one-fifth of the detailer time would be administrative. 6 prescribers per day * 200 work days / 4 visits per year. Expert opinion. |
| [5] = [1] | | Same as number of prescribers. |
| [6] = [5] * health professional education hours per year | | |
| Number of hours in year 1 | 4 | Informed by National Institute on Drug Abuse. Health Professions Education, CME/CE Activities. https://www.drugabuse.gov/nidamed-medical-health-professionals/health-professions-education/cmece-activities. |
| Number of hours in subsequent years | 2 | Informed by National Institute on Drug Abuse. Health Professions Education, CME/CE Activities. https://www.drugabuse.gov/nidamed-medical-health-professionals/health-professions-education/cmece-activities. |

## 1A. Professional Education

| | Costs Description |
|---|---|
| [4] | Pharmacist full-time equivalent annual compensation (an academic detailer is typically a pharmacist) |
| [6] | Weighted average of physicians, dentists, nurse practitioners, and physician assistants median hourly wage |

## Monument Analytics
### A Health Care Consultancy

**2A. Connecting Individuals to Care**

| | Year 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Helpline** | | | | | | | | | | | | | | | |
| [1] Number of helpline staff members | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| **2. Peer recovery coaches** | | | | | | | | | | | | | | | |
| [2] Total number of peer recovery coaches needed | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| **3. Transportation assistance** | | | | | | | | | | | | | | | |
| [3] Weekly average of number of patients in need of transportation assistance for outpatient OUD treatment | 1,343 | 1,320 | 1,297 | 1,275 | 1,253 | 1,231 | 1,210 | 1,190 | 1,169 | 1,149 | 1,129 | 1,110 | 1,091 | 1,072 | 1,054 |
| [4] Total number of transportation vouchers needed for patients receiving outpatient OUD treatment per year weekly average or number of patients in need of | 69,837 | 68,636 | 67,456 | 66,297 | 65,157 | 64,037 | 62,936 | 61,854 | 60,791 | 59,746 | 58,719 | 57,709 | 56,717 | 55,742 | 54,784 |
| [5] transportation assistance for intensive outpatient OUD treatment | 1,390 | 1,366 | 1,343 | 1,320 | 1,297 | 1,275 | 1,253 | 1,231 | 1,210 | 1,189 | 1,169 | 1,149 | 1,129 | 1,110 | 1,091 |
| [6] Total number of transportation vouchers needed for patients receiving intensive outpatient OUD treatment per year | 289,184 | 284,213 | 279,327 | 274,525 | 269,805 | 265,167 | 260,608 | 256,128 | 251,725 | 247,397 | 243,144 | 238,964 | 234,856 | 230,819 | 226,850 |
| [7] Total number of transportation vouchers needed per year | 359,021 | 352,849 | 346,783 | 340,822 | 334,962 | 329,204 | 323,544 | 317,982 | 312,516 | 307,143 | 301,863 | 296,673 | 291,573 | 286,561 | 281,634 |
| **4. Quick Response Teams** | | | | | | | | | | | | | | | |
| [8] Number of opioid-related ED visits and hospitalizations | 957 | 914 | 873 | 834 | 796 | 761 | 727 | 694 | 663 | 633 | 605 | 577 | 552 | 527 | 503 |
| [9] Number of QRTs needed | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| [10] Number of addiction counselors for QRTs | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| [11] Number of first responders for QRTs | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| [12] Number of peer recovery coaches for QRTs | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **5. Bridge programs** | | | | | | | | | | | | | | | |
| [13] Number of EDs | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| [14] **Intervention Population Trend Ratio** | 0.96 | 0.91 | 0.87 | 0.83 | 0.79 | 0.76 | 0.73 | 0.69 | 0.66 | 0.63 | 0.60 | 0.58 | 0.55 | 0.53 | 0.50 |

**OUD** Opioid Use Disorder; **QRT** Quick Response Team; **ED** Emergency Department

| Notes | Input | Source(s) |
|---|---|---|
| [1] Number of full-time equivalent (FTE) helpline staff | 3 | Three 8-hour shifts to maintain 24/7 hotline coverage by licensed clinical social worker-level staff and/or crisis intervention specialists. Informed by Substance Abuse and Mental Health Services Administration. National Helpline. https://www.samhsa.gov/find-help/national-helpline. |
| [2] Total number of peer recovery coaches needed per year | 12 | Total sum of number of peer recovery coaches needed for EDs, SSPs, recovery houses, and OTPs. |

| | | |
|---|---|---|
| Number of peer recovery coaches needed per ED | 2 | Each ED should have 2 FTE peer recovery coaches. Expert opinion. |
| Number of peer recovery coaches needed per syringe service program (SSP) | 2 | Each SSP should have 2 FTE peer recovery coaches. Expert opinion. |
| Number of peer recovery coaches needed per recovery house | 0.25 | Every 4 recovery houses should have 1 FTE peer coach. Expert opinion. |
| Number of peer recovery coaches needed per opioid treatment program | 1 | Each OTP should have 1 FTE peer coach. Expert opinion. |
| Number of EDs in Cabell County | 2 | 2019 data. West Virginia Department of Health & Human Resources, Hospital Emergency Room Dashboard Related to Overdoses. https://dhhr.wv.gov/office-of-drug-control-policy/datadashboard/Pages/Hospital-Emergency-Room-Dashboard-Related-to-Overdoses.aspx. |
| Number of SSPs in Cabell County | 1 | Retrieved from tab "1E. Harm Reduction". |
| Number of recovery houses | 9 | 2020 data. Jobs & Hope West Virginia. https://jobsandhope.wv.gov/training-and-treatment-centers/. |
| Number of opioid treatment programs (OTPs) | 4 | 2020 data. Jobs & Hope West Virginia. https://jobsandhope.wv.gov/training-and-treatment-centers/. |
| [3] Yearly estimate | | Retrieved from tab "2B. OUD Treatment". |
| [4] = [3] * 1 voucher per week * 52 weeks | 1 | One voucher per week. Center for Substance Abuse Treatment. Substance Abuse: Administrative Issues in Outpatient Treatment. Treatment Improvement Protocol (TIP) Series 46. DHHS Publication No. (SMA) 06-4151. Rockville, MD: Substance Abuse and Mental Health Services Administration, 2006. https://store.samhsa.gov/product/TIP-46-Substance-Abuse-Administrative-Issues-in-Outpatient-Treatment/SMA12-4151?referer=from_search_result. |
| [5] Yearly estimate | | Retrieved from tab "2B. OUD Treatment". |
| [6] = [5] * 4 vouchers per week * 52 weeks | 4 | Four vouchers per week. Center for Substance Abuse Treatment. Substance Abuse: Clinical Issues in Intensive Outpatient Treatment. Treatment Improvement Protocol (TIP) Series 47. DHHS Publication No. (SMA) 06-4182. Rockville, MD: Substance Abuse and Mental Health Services Administration, 2006. https://store.samhsa.gov/product/TIP-47-Substance-Abuse-Clinical-Issues-in-Intensive-Outpatient-Treatment/SMA13-4182. |
| [7] = [4] + [6] | | |
| [8] Number of opioid-related ED visits and hospitalizations * [14] | 1,002 | 2019 data. Estimated inflated by 20% to account for non-ambulance ED drop-offs. West Virginia Department of Health & Human Resources, Hospital Emergency Room Dashboard Related to Overdoses. https://dhhr.wv.gov/office-of-drug-control-policy/datadashboard/Pages/Hospital-Emergency-Room-Dashboard-Related-to-Overdoses.aspx |
| [9] = [8] / 972 | 972 | 2018 data. QRT caseload is based on an average of 972 overdose referrals per year (81 referrals per month). Informed by (1) Huntington Quick Response Team. https://www.helpandhopewv.org/sudsummit/docs/QRT%20-%20Larrecsa%20Cox.pdf. (2) Cover2 Resources, Summit County QRT. https://cover2.org/programs/quick-response-teams/. |
| [10] = [9] | | Each QRT should include an addiction counselor. Expert opinion. |
| [11] = [9] | | Each QRT should include a first responder. Expert opinion. |
| [12] = [9] | | Each QRT should include a peer recovery coach. Expert opinion. |
| [13] Number of EDs in Cabell County | 2 | 2019 data. West Virginia Department of Health & Human Resources, Hospital Emergency Room Dashboard Related to Overdoses. https://dhhr.wv.gov/office-of-drug-control-policy/datadashboard/Pages/Hospital-Emergency-Room-Dashboard-Related-to-Overdoses.aspx. |
| [14] Retrieved from "Abatement Scaling" tab | | |
| **Costs Description** | | |
| [1] Licensed clinical social worker-level staff and/or crisis intervention specialists FTE annual compensation | | |
| [2] Peer recovery coach FTE annual compensation | | |
| [7] Cost per transportation voucher | | |
| [10] Addiction counselor FTE annual compensation | | |
| [11] First responder FTE annual compensation | | |
| [12] = [2] | | |
| [13] Bridge Program cost per ED | | |

| Suggested Costs | Value | Source(s) |
|---|---|---|
| Bridge Program cost per ED | $260,000 | 2018 cost. California Bridge Program available funding for a Star Site. Public Health Institute. http://www.phi.org/wp-content/uploads/migration/uploads/files/CA%20Bridge%20Program_SITE%20SELECTION%20RFA_16Nov2018.pdf. |