# EXHIBIT 5

Median

| Code | Occupation | Type | | | | | | | | |
|------|-----------|------|---|---|---|---|---|---|---|---|
| 29-0000 | Healthcare Practitioners and Technical Occupations | major | 12,620 | 9.7% | 97.266 | 1.65 | $28.28 | $33.43 | $69,530 | 3.1% |
| 29-1011 | Chiropractors | detail | 40 | 40.3% | 0.281 | 1.18 | $33.87 | $36.43 | $75,770 | 27.0% |
| 29-1021 | Dentists, General | detail | 80 | 33.7% | 0.604 | 0.80 | $55.12 | $71.13 | $147,950 | 17.3% |
| 29-1031 | Dietitians and Nutritionists | detail | 80 | 20.5% | 0.648 | 1.41 | $28.87 | $29.27 | $60,880 | 3.9% |
| 29-1051 | Pharmacists | detail | 510 | 14.3% | 3.943 | 1.86 | $61.91 | $57.36 | $119,310 | 3.6% |
| 29-1071 | Physician Assistants | detail | 130 | 38.8% | 1.008 | 1.23 | $50.33 | $49.50 | $102,960 | 3.3% |
| 29-1122 | Occupational Therapists | detail | 130 | 28.8% | 1.001 | 1.10 | $37.13 | $37.75 | $78,510 | 3.5% |
| 29-1123 | Physical Therapists | detail | 290 | 25.9% | 2.256 | 1.42 | $43.56 | $42.25 | $87,880 | 3.9% |
| 29-1126 | Respiratory Therapists | detail | 250 | 8.1% | 1.896 | 2.11 | $27.59 | $27.66 | $57,520 | 2.9% |
| 29-1127 | Speech-Language Pathologists | detail | 300 | 25.5% | 2.317 | 2.21 | $28.99 | $30.52 | $63,490 | 6.6% |
| 29-1131 | Veterinarians | detail | 40 | 20.0% | 0.335 | 0.66 | $39.20 | $44.83 | $93,250 | 10.2% |
| 29-1141 | Registered Nurses | detail | 4,850 | 12.3% | 37.385 | 1.84 | $30.13 | $30.89 | $64,240 | 2.5% |