# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

Civil Action No. 3:17-01362

CABELL COUNTY COMMISSION,
    Plaintiff,

v.

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

Civil Action No. 3:17-01665

## CERTIFICATE OF SERVICE

I hereby certify that McKesson's Trial Exhibit List was served on October 2, 2020 via electronic transfer to all counsel of record.

/s/ Timothy C. Hester
Timothy C. Hester (DC 370707)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com