IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

Civil Action No. 3:17-01362
Hon. David A. Faber

_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.

    Defendants.

Civil Action No. 3:17-01665
Hon. David A. Faber

## CERTIFICATE OF SERVICE

I, Steven R. Ruby, counsel for Defendant Cardinal Health, Inc., do hereby certify that on this 2nd day of October 2020, **Cardinal Health Inc.'s Trial Exhibit List** was served electronically upon all counsel of record.

    /s/ Steven R. Ruby
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WWVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@cdkrlaw.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rfranks@cdkrlaw.com
**Counsel for Cardinal Health, Inc.**