The IQVIA XPONENT and XPONENT PLANKTRAK data produced in discovery in the MDL, *In Re: National Prescription Opiate Litigation*, N.D. Ohio, Case No. 1:17-MD-2804 on a hard drive will be separately filed with the Clerk as Exhibit 1.

Exhibit 1