# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Donna M. Welch
To Call Writer Directly:
(312) 862-2425
donna.welch@kirkland.com

300 North LaSalle
Chicago, IL 60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

August 31, 2018

*Via Electronic Mail*

Plaintiffs' Executive Committee -
*See* Electronic Service List

Re:   *In re National Prescription Opiate Litigation*, MDL No. 2804

Dear Counsel:

I write to provide Allergan Finance's weekly document production status report, as directed by Special Master Cohen.

**Production this week:** Today, Allergan Finance is making a substantial production. The production includes 17,638 documents, including more than 280,164 pages. Allergan Finance is also producing the fourth installment of its privilege log. This production contains custodial documents from, among others, the following custodians:

- Stephen Gallagher: 3,722 documents

- Andrew Boyer: 1,504 documents

**IQVIA Data:** On August 10, 2018, Allergan Finance produced data from IQVIA's XPONENT and XPONENT PLANTRAK products related to prescriptions of opioids from 1997 to the present. *See* ALLERGAN_MDL_02485011. As stated in the Statement of Work we are producing today (ALLERGAN_MDL_02949563), this data was purchased by Allergan, for the first time, on May 15, 2018. Allergan Finance and its predecessor companies did not have this data prior to this purchase.

**Transactional data:** Next week, Allergan Finance anticipates making a substantial production of chargeback and rebate data.

**Production to date:** Through today's production, Allergan Finance has produced more than 429,600 documents, including more than 3,228,450 pages.

Exhibit 5

Beijing   Boston   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai   Washington, D.C.

## KIRKLAND & ELLIS LLP

August 31, 2018
Page 2

* * *

Please let us know if you have any questions.

Sincerely,

/s/ Donna M. Welch
Donna M. Welch, P.C.

cc:
Special Master David R. Cohen (david@specialmaster.law)
Rana B. Dawson (rana.barakat.com)
Jennifer Levy, P.C. (jennifer.levy@kirkland.com)
Martin L. Roth (martin.roth@kirkland.com)
Timothy W. Knapp (timothy.knapp@kirkland.com)
Karl Stampfl (karl.stampfl@kirkland.com)
Carissa Dolan (cdolan@rgrdlaw.com)
Matthew Melamed (mmelamed@rgrdlaw.com)
Mark Dearman (mdearman@rgrdlaw.com)
Aelish Baig (aelishb@rgrdlaw.com)
Dory Antullis (dantullis@rgrdlaw.com)
Jennifer Scullion (jscullion@seegerweiss.com)
Paul Geller (pgeller@rgrdlaw.com)
Linda Singer (lsinger@motleyrice.com)
Tom Egler (tome@rgrdlaw.com)

**KIRKLAND & ELLIS LLP**

August 31, 2018
Page 3

### Electronic Service List

Don Barrett
Barrett Law Group, P.A.
donbarrettpa@gmail.com

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein
ecabraser@lchb.com

James E. Cecchi
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
jcecchi@carellabyrne.com

Erin Dickinson
Crueger Dickinson LLC
ekd@cruegerdickinson.com

James R. Dugan, II
The Dugan Law Firm, APLC
jdugan@dugan-lawfirm.com

Paul J. Geller
Robbins Geller Rudman & Dowd LLP
pgeller@rgrdlaw.com

Michael J. Fuller
McHugh Fuller
mike@mchughfuller.com

R. Eric Kennedy
Weisman Kennedy & Berris Co.
ekennedy@weismanlaw.com

Mark Lanier
Lanier Law Firm
wml@lanierlawfirm.com

Peter J. Mougey

# KIRKLAND & ELLIS LLP

August 31, 2018
Page 4


Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA
pmougey@levinlaw.com

Ellen Relkin
Weitz & Luxenberg, P.C.
erelkin@weitzlux.com

Lynn Sarko
Keller Rohrback
lsarko@kellerrohrback.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
hunter@napolilaw.com

Christopher A. Seeger
Seeger Weiss LLP
cseeger@seegerweiss.com

Roland Tellis
Baron & Budd, P.C.
rbudd@baronbudd.com

James D. Young
Morgan & Morgan
jyoung@forthepeople.com