# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle<br>Chicago, IL 60654 |  |
|---|---|---|
| Rana B. Dawson<br>To Call Writer Directly:<br>(312) 862-7010<br>rana.barakat@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

August 10, 2018

*Via Electronic Mail*

Plaintiffs' Executive Committee -
See Electronic Service List (via
Electronic Mail)

*Via Federal Express*
Attn: Evidence Intake
RICOH USA, INC.
3100 South Gessner Road
Suite 520
Houston, TX 77063 (via Federal Express)

Re:   *In re National Prescription Opiate Litigation*, MDL No. 2804

Dear Counsel:

I write on behalf of Allergan Finance, LLC (f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.) ("Allergan Finance"). Allergan Finance is producing today, via Federal Express, Allergan Finance MDL Production Volume Number thirteen (ALLERGAN-MDL013). The production contains the following Bates range: ALLERGAN_MDL_02167865 to ALLERGAN_MDL_02485011. Pursuant to the Protective Order (Dkt. No. 441), Allergan Finance has designated portions of this production Confidential and Highly Confidential.

The information provided in the accompanying production also contains trade secrets and proprietary and confidential information of IQVIA (f/k/a IMS). IQVIA requests that you take all appropriate measures to maintain the confidentiality of the information, including that the information be treated as confidential under the Freedom of Information Act ("FOIA") or any other applicable state open records law.

Exhibit 6

Beijing   Boston   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai   Washington, D.C.

## KIRKLAND & ELLIS LLP

August 10, 2018
Page 2

Please let me know if you have any questions.

                                    Sincerely,

                                    /s/ Rana Dawson
                                    Rana Dawson

Encls.
cc:
Donna M. Welch, P.C. (donna.welch@kirkland.com)
Jennifer Levy, P.C. (jennifer.levy@kirkland.com)
Martin L. Roth (martin.roth@kirkland.com)
Timothy Knapp (timothy.knapp@kirkland.com)
Defendants' Liaison Counsel (by email)

## KIRKLAND & ELLIS LLP

August 10, 2018
Page 3

**Electronic Service List**

Don Barrett
Barrett Law Group, P.A.
donbarrettpa@gmail.com

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein
ecabraser@lchb.com

James E. Cecchi
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
jcecchi@carellabyrne.com

Erin Dickinson
Crueger Dickinson LLC
ekd@cruegerdickinson.com

James R. Dugan, II
The Dugan Law Firm, APLC
jdugan@dugan-lawfirm.com

Paul J. Geller
Robbins Geller Rudman & Dowd LLP
pgeller@rgrdlaw.com

Michael J. Fuller
McHugh Fuller
mike@mchughfuller.com

R. Eric Kennedy
Weisman Kennedy & Berris Co.
ekennedy@weismanlaw.com

Mark Lanier
Lanier Law Firm
wml@lanierlawfirm.com

Peter J. Mougey

# KIRKLAND & ELLIS LLP

August 10, 2018
Page 4


Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA
pmougey@levinlaw.com

Ellen Relkin
Weitz & Luxenberg, P.C.
erelkin@weitzlux.com

Lynn Sarko
Keller Rohrback
lsarko@kellerrohrback.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
hunter@napolilaw.com

Christopher A. Seeger
Seeger Weiss LLP
cseeger@seegerweiss.com

Roland Tellis
Baron & Budd, P.C.
rbudd@baronbudd.com

James D. Young
Morgan & Morgan
jyoung@forthepeople.com