UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CITY OF HUNTINGTON,<br>    Plaintiff,<br>v.<br>AMERISOURCE BERGEN DRUG<br>CORPORATION, et al.,<br>    Defendants. | Civil Action No. 3:17-cv-01362 |
| CABELL COUNTY COMMISSION,<br>    Plaintiff,<br>v.<br>AMERISOURCE BERGEN DRUG<br>CORPORATION, et al.,<br>    Defendants. | *Consolidated case:*<br>Civil Action No. 3:17-cv-01665 |

**STIPULATION REGARDING AUTHENTICITY OF IQVIA DATA**

The Plaintiffs, The City of Huntington and Cabell County Commission, and MDL Track One Defendant Allergan Finance, LLC, hereby stipulate to the following regarding the authenticity of IQVIA data:

1.  Plaintiffs in the MDL Track One cases, *In Re: National Prescription Opiate Litigation*, N.D. Ohio, Case No. 1:17-MD-2804, made discovery requests to the Defendants, including Allergan Finance, LLC, seeking documents and data from IQVIA.

2.  Pursuant to a contract dated May 15, 2018, Allergan Finance, LLC purchased from IQVIA XPONENT and XPONENT PLANTRAK data related to prescriptions of opioids. The time period for XPONENT data was January 1997 to December 2007, and the time period for the XPONENT PLANTRAK data was January 2008 to April 2018.

3.  Beginning on August 10, 2018, Allergan Finance, LLC, through counsel, produced the purchased data in the MDL Track One Cases.

Exhibit 7

4.  ALLERGAN_MDL_02485011 and ALLERGAN_MDL_03281086 are files that Allergan obtained from IQVIA pursuant to the contract set out above and produced.

Dated:  October 2, 2020                                                            Respectfully submitted,

**THE CITY OF HUNTINGTON**

/s/ *Anne McGinnessKearse*
Anne McGinness Kearse (WVSB No 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

Linda Singer
David I. Ackerman
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com

Charles R. "Rusty" Webb (WVSB No. 4782)
**The Webb Law Centre, PLLC**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

**CABELL COUNTY COMMISSION**

/s/ *Paul T. Farrell,Jr.*
Paul T. Farrell, Jr. (WVSB Bar No. 7443)
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
PO Box 1180
Huntington, West Virginia 25714-1180
Mobile: 304-654-8281
paul@farrell.law

/s/Anthony J. Majestro
Anthony J. Majestro (WVSB No. 5165)
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com


Michael A. Woelfel (WVSB No. 4106)
**WOELFEL AND WOELFEL, LLP**
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

**ALLERGAN FINANCE, LLC**

/s/Karl Stampfl
Karl Stampfl
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654
Telephone: 1-312-862-2595
Fax: 1-312-8662-2200
Karl.stampfl@kirkland.com