# EXHIBIT 7

```
                                                          Page 1

 1           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2
 3    THE CITY OF HUNTINGTON,
 4              Plaintiff,
                                      Civil Action
 5        vs.                         No. 3:17-01362
 6    AMERISOURCEBERGEN DRUG CORPORATION, et al.,
 7              Defendants.
      -------------------------------------------------
 8    CABELL COUNTY COMMISSION,
 9              Plaintiff,
                                      Civil Action
10        vs.                         No. 3:17-01665
11    AMERISOURCEBERGEN DRUG CORPORATION, et al.,
12              Defendants.
13
14    VIDEOTAPED
      DEPOSITION OF:    WILLIAM H. "SKIP" HOLBROOK
15                      (Appearing via Zoom)
16    DATE:             July 22, 2020
17    TIME:             9:11 AM
18    LOCATION OF       One Justice Square
      THE WITNESS:      Columbia, SC
19
      TAKEN BY:         Counsel for the Defendants
20
      REPORTED BY:      Sandra K. Bjerke, RDR, CRR, CBC
21                      (Appearing via Zoom)
22
23
24
25

                       Veritext Legal Solutions
      www.veritext.com                              888-391-3376
```

Page 79

1  Q. Do you have a sense of what percentage
2  of those who overdose or use heroin who started on
3  prescription pills?
4  A. Do I have an opinion?
5  Q. Yeah. Do you know what percent or do
6  you have an opinion as to what percent?
7  A. I think it would almost be -- I mean, I
8  don't -- I wouldn't say it's a hundred percent, but
9  it's probably very close to that.
10 Q. And that's on the basis of what?
11 A. Just my experience and my conversations
12 with -- you know, with addicts and --
13 Q. I'm sorry. You've had conversation
14 with addicts?
15 A. Sure, I've talked to people who have
16 been placed under arrest. I've been to overdose
17 scenes. I've talked to parents, friends. This --
18 this issue affected everybody in Huntington, sir.
19 Q. I thought that you said that you were
20 basically a supervisor and that you weren't -- you
21 didn't get down to that street level.
22 A. I'm a police chief. I interact with
23 people all the time.
24 Q. Okay. How many people do you think
25 you've talked to who told you that they started on