# EXHIBIT 9

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2
 3
         * * * * * * * * * * * * * * * * * * * * * *
 4
     THE CITY OF HUNTINGTON,
 5
              Plaintiff,
 6
     vs.                              CIVIL ACTION
 7                                    NO. 3:17-01362

     AMERISOURCEBERGEN DRUG
 8   CORPORATION, et al.,
 9            Defendants.
10   _____
11   CABELL COUNTY COMMISSION,
12            Plaintiff,
13   vs.                              CIVIL ACTION
                                      NO. 3:17-01665
14   AMERISOURCEBERGEN DRUG
     CORPORATION, et al.,
15
              Defendants.
16
         * * * * * * * * * * * * * * * * * * * * *
17
18
19        Videotaped and Zoom video conference
     deposition of JAMES RAFALSKI taken by the Defendants
20   under the Federal Rules of Civil Procedure in the
     above-entitled action, pursuant to notice, before
21   Jennifer Vail-Kirkbride, a Registered Merit
     Reporter, on the 11th day of September, 2020.
22
23
24
```

1         MR. FULLER: No, we haven't been on

2  the record one hour and thirty --

3         THE VIDEOGRAPHER: Well, no, that's

4  just this segment. And then I could add up what we

5  had in the first segment.

6         Can we go off the record here?

7         MR. SCHMIDT: Yes, let's go off the

8  record.

9         THE VIDEOGRAPHER: The time is

10  12:22. We are going off the record.

11         (Recess at 12:22 P.M. until 1:15 P.M.)

12         THE VIDEOGRAPHER: The time is

13  1:16. We're back on the record.

14  BY MR. SCHMIDT:

15     Q. Sir, your report discusses something

16  referred to as the Oxy Express, which is this idea

17  that people brought prescription opioids from

18  Florida to West Virginia; correct?

19     A. Yes, sir.

20     Q. And that's drug-trafficking organizations

21  were involved in bringing drugs from Florida to West

22  Virginia; correct?

23     A. Uhm, I think I would expand that

24  definition a little bit. I -- I don't know -- so to

1  me drug-trafficking organizations would be an
2  organization, something organized. I think it was
3  also trafficked by just individuals.
4      Q. Okay. So individuals and drug traffickers
5  were involved in bringing prescription opioids from
6  Florida to West Virginia?
7      A. Yes, sir, and other locations, not
8  exclusively.
9      Q. Sure, sure. That was criminal activity;
10 right?
11     A. Yes, sir.
12     Q. And you're aware drug-trafficking
13 organizations would do things like, pay travel
14 expenses for individuals to pose -- to travel to
15 Florida and pose as patients to get prescription
16 opioids?
17     A. I'm not saying that that didn't occur. I
18 don't know that I would agree that that was one of
19 the main inducements for that. I think sometimes
20 keeping some of the drugs was also, so -- but it is
21 one of the things that would occur.
22     Q. They would pay for fake medical records so
23 people could get prescription opioids; correct?
24     A. I'm not aware of that, but I don't dispute