**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>          Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG<br>CORPORATION, et al.,<br><br>          Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG<br>CORPORATION, et al.,<br><br>          Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

**DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY FROM G.
CALEB ALEXANDER PURPORTING TO RELATE TO ABATEMENT COSTS AND
EFFORTS**

**DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY FROM G. CALEB ALEXANDER PURPORTING TO RELATE TO ABATEMENT COSTS AND EFFORTS**

Defendants AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc., respectfully move the Court under *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), and Federal Rule of Evidence 702, for an order excluding the opinions of Plaintiffs' purported expert on abatement costs and efforts, G. Caleb Alexander.  For the reasons set forth more fully in the accompanying memorandum of law, Alexander's abatement plan fails to meet the *Daubert* requirement of reliability and fit because it is not tailored to the specific facts of this case and would therefore be unhelpful to the Court.  As a result, Alexander's expert testimony should be excluded from trial in this matter.

Defendants incorporate by reference their Memorandum in Support, along with the exhibits attached hereto:

| Exhibit | Description |
|---------|-------------|
| * | *In re National Prescription Opiate Litigation*, ECF No. 2519 (N.D. Ohio Aug. 26, 2019) |
| A | G. Caleb Alexander Expert Report (Aug. 3, 2020) |
| B | G. Caleb Alexander Deposition Transcript (Sept. 18, 2020) |
| C | Christina Mullins, "A Public Health Emergency:  West Virginia's Efforts to Curb the Opioid Crisis," Testimony to The House of Representatives Committee on Energy and Commerce Subcommittee on Oversight and Investigations (Jan. 14, 2020) |
| D | Letter from Christina Mullins to Chairman Pallone, Committee on Energy and Commerce (Oct. 18, 2029) |
| E | Excerpt from Deposition of George Barrett (Sept. 21, 2020) |
| F | Excerpt from Robert J. Rufus Expert Report (Aug. 27, 2020) |
| G | Excerpt from Deposition of Steve Williams (June 30, 2020) |
| H | City of Huntington Report of Grants, Contributions and Awards, 2013-Present |
| I | Excerpt from Deposition of Dr. David Chaffin (July 29, 2020) |

| J | Excerpt from Deposition of Deron Runyon (June 16, 2020) |
| K | Excerpt from Deposition of Beth Thompson (July 28, 2020) |
| L | Excerpt from Stephanie Colston Expert Report (Aug. 27, 2020) |
| M | Excerpt from Deposition of Judith Feinberg, M.D. (Sept. 2, 2020) |

- Dated: October 2, 2020

Respectfully Submitted,

**AmerisourceBergen Drug Corporation**
By Counsel:

/s/ Gretchen M. Callas
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

**McKesson Corporation**
By Counsel:

/s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

/s/ Timothy C. Hester
Timothy C. Hester
Laura Flahive Wu
Andrew P. Stanner
COVINGTON & BURLING LLP

One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
lflahivewu@cov.com
astanner@cov.com

*/s/ Paul W. Schmidt*
Paul W. Schmidt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000
pschmidt@cov.com


***Cardinal Health, Inc.***
By Counsel:

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer G. Wicht
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
jwicht@wc.com

Michael W. Carey (WVSB #635)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
David R. Pogue (WVSB #10806)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105

mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 2nd day of October, the foregoing **Motion to Exclude the Expert Testimony of G. Caleb Alexander** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)