# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                        CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                          CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

## **CERTIFICATE OF SERVICE**

      I hereby certify that AmerisourceBergen Drug Corporation's Trial Exhibit List was served on October 2, 2020 via electronic transfer to all counsel of record.

                                                    */s/ Gretchen M. Callas*
                                                    Gretchen M. Callas (WVSB #7136)
                                                    JACKSON KELLY PLLC
                                                    Post Office Box 553
                                                    Charleston, WV  25322
                                                    Telephone: (304) 340-1000
                                                    Facsimile: (304) 340-1050
                                                    gcallas@jacksonkelly.com