L R Civ P 7.1(a)(9) Form (06/08/2017)
L R CR P 12.1(e) Form (06/08/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

Cabell County Commission;
The City of Huntington, West Virginia

**NOTICE OF CERTIFICATION FOR**
**USE OF COURTROOM TECHNOLOGY**

v.

AmerisourceBergen Drug Corporation, et al.

CIVIL ACTION NUMBER 3:17-cv-1362, 1665

Comes now the **Defendant**, by counsel, and do(es) hereby certify pursuant to **LR Civ P 7.1(f)** that the court's technology staff was contacted by telephone or in person, to arrange for the use of courtroom technology **at the trial of this** action set for October 19, 2020.

Anticipated Equipment Usage (select all that apply):

- ☐ VCR/DVD Player
- ☑ Document Camera
- ☑ Laptop
- ☑ Annotation System

☑ I request training/testing of anticipated equipment before the date of the use.

☐ I do not require training/testing.

/s/ Gretchen M. Callas

Gretchen M. Callas
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia
Telephone: (304) 340-1000
Facsimile: (304) 340-1050
gcallas@jacksonkelly.com