# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 9 – MCKMDL00336833-886

MCKESSON



# State of Prescription Drug Abuse

## Gary Boggs

### Olive Branch

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000880
MCKMDL00336833



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER



# Collision Course

➢ OxyContin 1995; Percocet 1999

➢ Mid 1990's the risk of addiction was significantly underestimated

➢ Late 1990's doctors began aggressively prescribing pain killers – a radical change in health care behavior

➢ Manufacturers fueled the use of prescription pain killers

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000883
MCKMDL00336836



# Purdue Pharma - $635 Million Fine

"In 2007, Purdue was accused of fraudulently misleading doctors by claiming, with no proof, that its narcotic painkiller OxyContin was less addictive, less likely to cause withdrawal and less subject to abuse than other pain medications.  A court imposed fines and restitution payments totaling $635 million." (Journal Sentinel, "Painkiller Boom Fueled by Networking", February 18, 2012)

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000884
MCKMDL00336837



# Cephalon - $425 Million Fine

"In 2008, Cephalon settled an investigation of off-label marketing of three of its drugs, including Actiq, a powerful painkilling product manufactured as a lollipop with the drug fentanyl.  The drug was approved for use only by cancer patients who no longer were getting pain relief from morphine-based drugs.  But Cephalon allegedly promoted the drug for non-cancer patients with conditions ranging from migraines to injuries.  Cephalon agreed to pay a $425 million penalty." (Journal Sentinel, "Painkiller Boom Fueled by Networking", February 18, 2012)

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000885
MCKMDL00336838



# U.S. Rates of Opioid Overdose Deaths, Sales, and Treatment Admissions, 1999-2010



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000886
MCKMDL00336839



# The Controlled Substances Act

- Congress carve out for controlled substances

- Establishes a <u>closed system</u> of distribution

- Creates checks and balances between registrants to protect the public health and safety

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000887
MCKMDL00336840



# Checks and Balances
# Under the CSA

- Distributors of controlled substances

*"The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances…Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."* (21 CFR §1301.74(b))

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000888
MCKMDL00336841

P1.851.10

# Checks and Balances
# Under the CSA

## Practitioners

*"A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of professional practice."*

(21 CFR §1306.04(a))

*United States v Moore*
*423 US 122 (1975)*

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000889
MCKMDL00336842



# Checks and Balances
# Under the CSA

## Pharmacists – The Last Line of Defense

*"The responsibility for the proper prescribing and dispensing of controlled substances is upon the practitioner, but a corresponding responsibility rests with the pharmacist who fills the prescription."*



(21 CFR §1306.04(a))

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000890
MCKMDL00336843

P1.851.12

# The Closed System of Distribution



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000891
MCKMDL00336844



# What can happen when these checks and balances collapse?

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000892
MCKMDL00336845

P1.851.14



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000893
MCKMDL00336846

# Purchases of Hydrocodone by Known or Suspected Rogue Internet Pharmacies – 2006

| RANK | DEA NUMBER | REGISTRANT NAME | COUNTY | CITY | STATE | ZIP CODE | DOSAGE UNITS |
|------|-----------|-----------------|--------|------|-------|----------|-------|
| 1 | BM9038010 | MEDIPHARM-RX, INC | Hillsborough | TAMPA | FLORIDA | 33614 | 15,596,380 |
| 2 | BA8622284 | AVEE PHARMACY INC | Pinellas | CLEARWATER | FLORIDA | 33765 | 9,077,834 |
| 3 | BA9323089 | ACCUMED RX INC | Hillsborough | TAMPA | FLORIDA | 33614 | 8,760,876 |
| 4 | BN3795892 | NEWCARE HOME HEALTH SERVICES | Baltimore City | BALTIMORE | MARYLAND | 21213 | 5,876,300 |
| 5 | BP8680779 | PMSI INC | Hillsborough | TAMPA | FLORIDA | 33619 | 5,718,200 |
| 6 | BE9086085 | ELITE PHARMACY INC | Jefferson | RIVER RIDGE | LOUISIANA | 70123 | 4,892,900 |
| 7 | BU8619491 | UNIVERSAL RX | Hillsborough | TAMPA | FLORIDA | 33634 | 4,733,290 |
| 8 | BM9085487 | MEDCENTER, INC | Polk | LAKELAND | FLORIDA | 33813 | 4,564,480 |
| 9 | BU6696073 | UNITED PRESCRIPTION SERVICES | Hillsborough | TAMPA | FLORIDA | 33612 | 4,220,840 |
| 10 | BR9174878 | RKR HOLDINGS INC DBA MEDICHEM RX | Pinellas | CLEARWATER | FLORIDA | 33759 | 3,819,320 |
| 11 | BV9062097 | VIN-KASH INC | | | FLORIDA | 33610 | 3,044,160 |
| 12 | BQ9455420 | | | | | 33809 | 3,039,490 |
| 13 | BP9000336 | | | | | 70123 | 2,750,000 |
| 14 | BG9541548 | | | | | 34652 | 2,664,120 |
| 15 | BN4151279 | NATION | | | | 33613 | 1,902,900 |
| 16 | BC9458539 | CRJ PHARMACY INC | | LAKELAND | FLORIDA | 33801 | 1,726,020 |
| 17 | BA7716802 | AKSHAR CHEMISTS DBA THE MEDICINE SHOPPE | Hillsborough | TAMPA | FLORIDA | 33612 | 1,619,765 |
| 18 | BJ7340906 | JEN-MAR PHARMACY SERVICES | Hillsborough | TAMPA | FLORIDA | 33604 | 1,570,350 |
| 19 | BB8092164 | BI-WISE DRUGS INC | Pinellas | TARPON SPRINGS | FLORIDA | 34689 | 1,464,900 |
| 20 | BW8909814 | WOODY PHARMACY WATERSIDE | Lincoln | DENVER | NORTH CAROLINA | 28037 | 1,402,450 |
| 21 | BB8134570 | BENAK INC DBA TAMPA DRUGS | Hillsborough | TAMPA | FLORIDA | 33617 | 1,282,800 |
| 22 | BM9591745 | MEDASSIST RX, LLC | Hillsborough | TAMPA | FLORIDA | 33619 | 1,272,860 |
| 23 | BY9713276 | YPM TOTAL CARE PHARMACY | Polk | LAKELAND | FLORIDA | 33813 | 1,039,400 |
| 24 | BH9157719 | HEALTH E CHOICE, LLC | Pasco | WESLEY CHAPEL | FLORIDA | 33543 | 1,030,050 |
| 25 | BH3228156 | HOME IV CARE OF NC INC DBA WOODY PHARMACY | Iredell | MOORESVILLE | NORTH CAROLINA | 28117 | 902,500 |
| 26 | BD5896103 | DRM ENTERPRISES INC D/B/A MARTIN DRUG | Polk | LAKELAND | FLORIDA | 33815 | 867,800 |
| 27 | BI7564594 | INTRAMED | Broward | HOLLYWOOD | FLORIDA | 33021 | 865,700 |
| 28 | AB9764095 | BOULEVARD PHARMACY | Los Angeles | ENCINO | CALIFORNIA | 91436 | 798,100 |
| 29 | BA9135395 | ARMENIA PHARMACY INC | Hillsborough | TAMPA | FLORIDA | 33604 | 793,350 |
| 30 | BL8468717 | LURD'S INCORPORATION DBA DOCTOR'S CHOICE PHARMACY | Pasco | NEW PORT RICHEY | FLORIDA | 34652 | 583,400 |
| 31 | BF9172925 | FLORENCE PHARMACY NORTH | Ravalli | FLORENCE | MONTANA | 59833 | 362,000 |
| 32 | BT5771933 | TRELLES PHARMACY MANAGEMENT | Hillsborough | TAMPA | FLORIDA | 33619 | 162,000 |
| 33 | BM9657810 | METRAGEN PHARMACEUTICALS INC. | Broward | DEERFIELD BEACH | FLORIDA | 33441 | 112,600 |
| 34 | BM9038008 | MEDIPHARM-RX, INC | Hillsborough | TAMPA | FLORIDA | 33614 | 49,600 |

**98,566,711**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

P1.851.16



Explosion of "Pain Clinics"
Affecting the Entire East Coast and Midwest

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000895
MCKMDL00336848

P1.851.17

# Historical Comparison

➢ **200 million gallons of crude oil spilled**

➢ **The coastline along 5 states was affected**

➢ **11 people killed / 17 injured and over 8,000 animals reported dead**

➢ **BP paid $40 billion in fines and cleanup costs plus $16 billion due to the Clean Water Act**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000896
MCKMDL00336849



# Florida Pill Mills
# Resulting "Oxy Spill"

**2009 and 2010:**

➢ **Average purchase of oxycodone products by a pharmacy – 63,294 d.u. per year**

➢In Florida the top 100 pharmacies each purchased more than 1,226,460 d.u. – per year

➢44% of all oxycodone 30mg products were distributed to Florida in each year



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000897
MCKMDL00336850

P1.851.19



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000898
MCKMDL00336851

P1.851.20



UNITED STATES
**Drug Enforcement Administration**
TOUGH WORK, VITAL MISSION

| HOME | ABOUT | CAREERS | OPERATIONS | DRUG INFO | PREVENTION | PRESS ROOM | ESPAÑOL |

About » Office Locations » New York Division » New York Division News

**NEW YORK NEWS**

September 20, 2013
Contact: Public Information Officer
Number: 212-337-2906

### New York Methodist Hospital Agrees to Implement Compliance Program to Settle Civil Claims under the Controlled Substances Act
*Hospital's residents issued improper prescriptions for Adderall, a highly addictive stimulant*

**SEP 20 (BROOKLYN, N.Y.)** - Loretta E. Lynch, United States Attorney for the Eastern District of New York and Brian R. Crowell, Special Agent in Charge of the U.S. Drug Enforcement Administration, New York Division, announced today the filing and settlement of a civil action by the United States against New York Methodist Hospital ("NY Methodist"). Under a Consent Judgment, NY Methodist has agreed to implement measures designed to prevent the issuance of NY Methodist prescriptions in violation of the Controlled Substances Act and paid a civil penalty in the amount of $70,000.

In the civil action, the United States alleges that between May 2008 and July 2010, medical residents employed by NY Methodist issued a total of 194 prescriptions for Adderall without a legitimate medical purpose. The medical residents employed by NY Methodist issued the prescriptions on prescription forms bearing the name of NY Methodist. The residents, acting with other individuals, then filled the prescriptions at local pharmacies. The residents themselves consumed some of the Adderall obtained by filling the prescriptions. The remainder of the Adderall was sold, either on Craigslist or in hand to hand transactions. In 2012, in a related criminal prosecution in this district, a former NY Methodist medical resident was convicted for conspiracy to distribute and possess with intent to distribute Adderall.

- New York
- 2008-2010
- Hospital
- Medical Residents
- Adderall
- Prescriptions issued without legitimate medical purpose

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000899
MCKMDL00336852



UNITED STATES
**Drug Enforcement Administration**
TOUGH WORK, VITAL MISSION

| HOME | ABOUT | CAREERS | OPERATIONS | DRUG INFO | PREVENTION | PRESS ROOM | ESPAÑOL |

About » Office Locations » Miami Division » Miami News

**MIAMI NEWS**

Septembr 24, 2013
Contact: Public Information Officer
Number: 954-660-4602

### Pasco County Pharmacist Sentenced for Illegally Distributing Pain Medications

**SEP 24 (TAMPA, Fla.)** – Mark R. Trouville, Special Agent in Charge (SAC), Drug Enforcement Administration (DEA), Miami Field Division, and A. Lee Bentley, III, Acting United States Attorney for the Middle District of Florida, announces that United States District Judge Susan Bucklew today sentenced Edward Benjamin Alister Beckles (59, Pasco County) to four years in federal prison for distributing oxycodone.  As part of his sentence, the court also entered a money judgment in the amount of $175,000 from the criminal proceeds. Beckles was also ordered to serve a two-year term of supervised release.  Beckles pleaded guilty on March 26, 2013.

In 2010, according to court documents the DEA and the Pasco County Sheriff's Office (PCSO) began an investigation to identify members of a large oxycodone distribution ring.  As a result of the investigation, 33 individuals were arrested and prosecuted.

From August 2009 through January 2012, individuals obtained fraudulent prescriptions for oxycodone and had them filled at Ed's Family Friendly Pharmacy in New Port Richey. Beckles, a licensed pharmacist and owner of the pharmacy, filled the prescriptions knowing they were fraudulent.  During the investigation, Beckles provided investigators with a computer printout that showed the pharmacy made in excess of $130,000 in a 45-day period from the illegal sale of oxycodone.  Approximately 210 fraudulent prescriptions, each for 270 pills, were filled in the 45-day period.

- Florida
- 2009-2012
- Pharmacy
- Pharmacist/owner
- Oxycodone
- Filling prescriptions known to be fraudulent
- 56,700 pills diverted in just a 45-day period

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

 UNITED STATES
## Drug Enforcement Administration
TOUGH WORK, VITAL MISSION

**HOME**   **ABOUT**   **CAREERS**   **OPERATIONS**   **DRUG INFO**   **PREVENTION**   **PRESS ROOM**   **ESPAÑOL**

About » Office Locations » Philadelphia Division » Philadelphia Division News

### PHILADELPHIA NEWS

September 24, 2013
Contact: Public Information Officer
215-800-7761

#### Doctor Sentenced for Running Pill Mill and Contributing to a Death

**SEPT 24 (PHILADELPHIA)** – Dr. Norman Werther, 73, of Ft. Washington, PA, was sentenced today to 25 years in prison for distribution of a controlled substance resulting in death and more than 300 counts stemming from his pill mill operation. A federal jury convicted Werther on June 11, 2013 of 184 counts of illegally distributing oxycodone, 116 counts of money laundering, six counts of conspiracy to distribute controlled substances, and one count of maintaining drug-involved premises.

Werther was part of a multi-million dollar drug conspiracy involving illegal prescriptions, phony patients, and multiple drug trafficking organizations. At the time, Werther was a Montgomery County physician, running a physical therapy and rehabilitation practice in Willow Grove. He conspired with six separate groups of drug dealers. Werther was involved in the drug conspiracy between February 2009 and August 2011. The operation resulted in the illegal distribution of more than 700,000 pills containing oxycodone. At least one of the drug trafficking organizations working with Werther trafficked pills valued at more than $5 million that Werther illegally prescribed.

"Instead of using his medical license to help people, Dr. Werther chose to generate tremendous profits by putting hundreds of thousands of pills on the street illegally," said First Assistant US Attorney Louis Lappen. "In one case, as the jury found, Dr. Werther's criminal enterprise and blatant disregard for the safety of the community caused the death of a patient whom Dr. Werther knew had a history of drug addiction. The court's sentence today will send a message to a growing community of pharmaceutical drug pushers that the justice

- Pennsylvania
- 2009-2011
- Practitioner
- Oxycodone
- Writing illegal prescriptions for pseudo-patients.
- More than 700,000 pills diverted.

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000901
MCKMDL00336854

P1.851.23



# Prescription Drug Abuse – 2012
## 6.8 Million Americans

Sedatives
270,000

Stimulants
1.2 Million

Anti -Anxiety
2.2 million

Pain Relievers
4.9 million

Pain Relievers   Anti-Anxiety   Stimulants   Sedatives

Source: 2012 NSDUH

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000902
MCKMDL00336855



# A National Epidemic

- More than 45 people die per day from prescription opioids
  - From 4,030 in 1999 to 16,651 in 2010
  - 1 in 20 people in the U.S. reported using prescription painkillers non-medically in the past year
  - 6,700 new initiates per day in 2012

- Economic impact to America >$57 billion dollars per year

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000903
MCKMDL00336856



# Are We Contributing to the Problem?

- A distributor ships:
  - Only the specific drug of choice,
  - In an exorbitant amount,
  - In the primary strength,
  - To the known epicenter of diversion,
  - To a customer they had never dealt with in the past – AND – then doing it repeatedly

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000904
MCKMDL00336857



# Effective Compliance?

- A distributor ships multiple orders:
  - In the primary strength,
  - To the known epicenter of diversion,
  - <u>To a customer suspected of being involved in diversion</u>, and
  - Charging the customer more than normal for the drug of choice in an attempt to discourage the customer from ordering from them.

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000905
MCKMDL00336858

P1.851.27



# Recurring Comments

- Won't talk to us
- Won't tell us what we need to do
- Won't tell us what to look for
- Won't tell us who the suspicious registrants are
- Won't approve our SOM system
- Won't share ARCOS data with us
- The customer's registration was still valid…so
- Why couldn't we have been warned first
- We're too busy to look at everything
- If we don't sell it our competitors will

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000906
MCKMDL00336859