P1.851.28



# Communication / Advance Warnings

- Distributor Initiative
- Reminder letters sent to industry
- Host industry conferences
- Speak at various conferences
- Meetings with HDMA and industry reps
- Educate downstream registrants to do their part
- Congressional testimony

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000907
MCKMDL00336860

P1.851.29

# ARCOS data

- Importance of knowing your own data

- Early warning sign for an emerging trend?

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000908
MCKMDL00336861



# Sharing Suspicious Registrant Info

- May involve ongoing criminal investigation

- Info may be protected under Grand Jury rules

- Requirement to identify and report suspicious orders does not always involve diversion

  - In many instances the registrant knew or should have known what was happening by way of their own data

- Previous litigation for doing so

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000909
MCKMDL00336862

P1.851.31



# Approving SOM Systems

- One-size-fits-all doesn't work
- Allowing for differences in business models
- Allowing for innovation and flexibility
- Prevent a false sense of security
- Doing so might create complacency
- Responsibility of each registrant

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000910
MCKMDL00336863



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER



Protect the Public Health and Safety – Stop the Hemorrhaging

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000912
MCKMDL00336865

# Distinction Between Products

- Handling controls versus non-controls



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000913
MCKMDL00336866

P1.851.35

# Maintain the Closed System of Distribution – United Front



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000914
MCKMDL00336867

P1.851.36



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000915
MCKMDL00336868



# Distributors Have Great Power

- **Individually and collectively**
  - Your DEA registration
  - Ensure timely distribution to prevent an uninterrupted supply; and
  - You control the supply to downstream customers

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000916
MCKMDL00336869

P1.851.38



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000917
MCKMDL00336870

P1.851.39



# "Know Your Customer"

- Legal obligation?
- To what extent?
- Good business practice
  - Leveraging your sales personnel
- Internal vs external information

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000918
MCKMDL00336871



# Detecting Suspicious Orders

- Use of Robust Systems

  - Must remain vigilant / keep abreast of evolving or emerging trends.

  - Identify "red flags" associated with evolving or emerging trends quickly

  - Adaptability of your SOM program to evolving or emerging trends

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000919
MCKMDL00336872

P1.851.41



# Detecting Suspicious Orders

- Do not rely solely on thresholds or algorithms as a shortcut to detecting suspicious orders

- Most importantly, USE your system
  - Cannot ignore warning signs
  - Listen to employees when they do identify suspicious orders.

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000920
MCKMDL00336873

P1.851.42



# Employees

- What is their background or experience?

- Proper Training
  - Initial
  - Updated
  - Training the right personnel
    - Company's Leadership and Field Managers
    - Sales reps
    - Regulatory/compliance personnel

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000921
MCKMDL00336874

P1.851.43



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000922
MCKMDL00336875

P1.851.44



# Keeping Your Eye on the Ball

- Market dynamics can affect due diligence efforts. (shifting to different drugs based upon availability, new drugs or tamper-resistant formulations)

- Newly enacted laws can create shifts in diversion methods

- Cannot always rely on what your customers say to dispel a suspicious order. *"Trust, but verify"*

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000923
MCKMDL00336876



# What Impacts Diversion?

- New technology – the Internet
  - Rogue Internet pharmacies
  - Dissemination of information, both good and bad, at lightning speed

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000924
MCKMDL00336877



# What Else Impacts Diversion?

- <u>Compliance</u>!!!!!!!
  - The checks and balances created by the Controlled Substances Act work

  - Registrants are a force-multiplier

  - Without sustained sources of supply major diversion schemes wither away

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000925
MCKMDL00336878

P1.851.47



# Newton's Law of Physics
## Need for Vigilance

- Increase in DEA enforcement actions

- Changes in Florida law

- <u>Pain clinic issue became a retail pharmacy issue</u>
  - Pharmacies affiliated with the clinic or
  - To any retail pharmacy with oxycodone in supply
  - Further shift to nationwide mail order pharmacies

- Disruption of oxycodone supply
  - Abuse of hydromorphone increased

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000926
MCKMDL00336879

P1.851.48

## Speaker Notes for Slide 47

Bullet 1: Operations: Pill Street Blues; Pill Nation I and II; Juice Doctor
Increased enforcement action against wholesalers/distributors; impact on supply

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000927
MCKMDL00336880

P1.851.49



# Positive Trends?

SAMHSA NSDUH data: The number of persons 12 years and older abusing pain relievers:

- 2012 – 4.9 million
- 2011 – 4.5 million
- 2010 – 5.1 million
- 2009 – 5.3 million
- 2004 – 4.3 million

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000928
MCKMDL00336881

P1.851.50

# Positive Trends con't



## Florida Medical Examiner's Office data:

➢ Oxycodone related deaths
- 2012 – 735
- 2011 – 1,247
- 2010 – 1,516

➢ Benzodiazepines
- 2012 – 1,337
- 2011 – 1,950
- 2010 – 1,726

Florida Department of Law Enforcement, "*Drugs Identified in Deceased Persons by Florida Medical Examiners 2012 Report*", September 2013

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000929
MCKMDL00336882

P1.851.51



# Working in Today's Environment

- Recognizing where we are relative to prescription drug diversion and abuse

- Understanding who can make the greatest impact

- Level playing field across the industry

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000930
MCKMDL00336883



The irony of prescription drugs

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000931
MCKMDL00336884

P1.851.53



Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000932
MCKMDL00336885



# Thank You!

Contact Information:
Gary Boggs
(313) 670-0536
Email: gb3242@gmail.com

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-006-0000933
MCKMDL00336886