# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 10 – MCKMDL00407451

**MCKESSON**



# Prescription Drug Abuse
*The National Perspective*



©2014 McKesson Corporation. All rights reserved.



# The Current Landscape: **EPIDEMIC**

The Centers for Disease Control and Prevention (CDC) has declared prescription drug abuse to be an **epidemic.**



**Prescription Drug Overdoses - a U.S. Epidemic**

☐ **In 2007, approximately 27,000 unintentional drug overdose deaths occurred in the United States, one death every 19 minutes. Prescription drug abuse is the fastest growing drug problem in the United States.** ☐

CDC Grand Rounds. Morbidity and Mortality Weekly Report January 13, 2012/Vol.61/No.1
http://www.cdc.gov/mmwr/preview/mmwrhtml/mm6101a3.htm, accessed Jan 15, 2014

©2014 McKesson Corporation. All rights reserved.



# The Current Landscape: **EPIDEMIC**

Every component of the distribution chain has been breached

**A New Painkiller Crackdown Targets Drug Distributors**
*New York Times, October 18, 2012; http://www.nytimes.com/2012/10/18/business/to-fight-prescription-painkiller-abuse-dea-targets-distributors.html?_r=0 , accessed Jan 15, 2014*

**'Candy Man' Doctor Julio Gabriel Diaz Pleads Guilty To Drug Trafficking In Drug Deaths**
*The Huffington Post January 9, 2014; http://www.huffingtonpost.com/2014/01/09/candy-man-doctor-julio-gabriel-diaz-guilty_n_4570865.html , accessed Jan 15, 2014*

**Heroin and Pills Stir a Battle Cry in Vermont**
*ABC News January 15, 2014; http://abcnews.go.com/m/story?id=21537820 accessed Jan 15, 2014*

**America's fastest-growing drug problem: Prescription drug abuse**
*CBS News, April 19, 2011; http://www.cbsnews.com/news/americas-fastest-growing-drug-problem-prescription-drug-abuse/ , accessed Jan 15, 2014*

**New Colorado campaign targets teen prescription drug abuse**
*The Denver ... http://... targets-tee...*

**Sharp Rise in Women's Deaths From Overdose of Painkillers**
*NY Times, July 2, 2013; http://www.nytimes.com/2013/07/03/health/rate-of-painkiller-overdose-deaths-rises-among-women.html , accessed Jan 15, 2014*

**Doctors Group Backs Tougher Rules Targeting Prescription Drug Abuse**
*ABC News December 10, 2013; http://abcnews.go.com/blogs/health/2013/12/10/doctors-group-backs-tougher-rules-targeting-prescription-drug-abuse/ , accessed Jan 15, 2014*

**White House launches effort to combat soaring prescription drug abuse**
*CNN.com April 19, 2011; http://www.cnn.com/2011/HEALTH/04/19/drug.abuse/, accessed Jan 15, 2014*

©2014 McKesson Corporation. All rights reserved.

MCKESSON

# Prescription Drug Abuse is an Epidemic in the U.S.

☐ Prescription drugs cause more deaths than heroin and cocaine combined*

☐ Prescription drug abuse goes beyond a legitimate medical need

- ☐ Taken without a prescription
- ☐ Taken differently than prescribed
- ☐ Taken for the "high"

☐ The US consumes 83% of the world's oxycodone and 99% of the world's hydrocodone, two highly prescribed opioid drugs for pain**

Sources: Centers for Disease Control and Prevention; National Institute on Drug Abuse; International Narcotics Control Board; DEA.
*Topics in Brief: Prescription Drug Abuse. In *National Institute on Drug Abuse.* http://www.drugabuse.gov/publications/topics-in-brief/prescription-drug-abuse (accessed February 2014).
** *International Narcotics Control Board Report 2008,* United Nations Publication 2009, p. 20

©2014 McKesson Corporation. All rights reserved.



# U.S. Death Rate Trends, 1980-2010



Source: Centers for Disease Control and Prevention, National Centers for Health Statistics Data Brief Number 81, December 2011, Updated with 2009 and 2010 mortality data.
http://www.cdc.gov/nchs/data/databriefs/db81.htm, accessed February 2014

5

©2014 McKesson Corporation. All rights reserved.



# U.S. Rates of Opioid Overdose Deaths, Sales, and Treatment Admissions, 1999-2010



Source: CDC. *MMWR 2011.* http://www.cdc.gov/mmwr/preview/mmwrhtml/mm60e1101a1.htm?s_cid=mm60e1101a1_w. Updated with 2009 mortality and 2010 treatment admission data. Accessed February 2014

©2014 McKesson Corporation. All rights reserved.

6



# Prescription Drug Abuse — 2012

## 6.8 Million Americans



Source: Substance Abuse and Mental Health Services Administration, Results from the 2012 National Survey on Drug Use and Health,
http://www.samhsa.gov/data/NSDUH/2012SummNatFindDetTables/Index.aspx, (Accessed February 2014)

7

©2014 McKesson Corporation. All rights reserved.

MCKESSON

# Circle of Addiction & The Next Generation



Source: Prescription Drug Trafficking & Abuse
Trends. Pharmacy Diversion Awareness
Conference, Louisville, KY. November 2013.

8

©2014 McKesson Corporation. All rights reserved.

MCKESSON

# Current Drug Abuse Trends

## Overdose Mortality Rates per 100,000 People (2010)*



*This includes all drug deaths
 from prescription drugs, heroin,
 cocaine etc

Source: Centers for Disease Control and Prevention,
National Center for Health Statistics. Multiple Cause of
Death 1999-2010 on CDC WONDER Online Database,
released 2012. Data are from the Multiple Cause of
Death Files, 1999-2010, as compiled from data provided
by the 57 vital statistics jurisdictions through the Vital
Statistics Cooperative Program.
http://wonder.cdc.gov/mcd-icd10.html (accessed
February 2014).

9

### Highest Rates (green)

1. **West Virginia: 28.9**
2. **New Mexico: 23.8**
3. **Kentucky: 23.6**
4. **Nevada: 20.7**
5. **Oklahoma: 19.4**
6. **Arizona: 17.5**
7. **Missouri: 17**
8. **Tennessee: 16.9 (tie)**
9. **Utah: 16.9 (tie)**
10. **Delaware: 16.6**
11. **Florida: 16.4**
12. **Ohio: 16.1**
13. **Rhode Island: 15.5**
14. **Pennsylvania: 15.3**
15. **Wyoming: 15**

©2014 McKesson
Corporation. All rights
reserved.



# Current Prescription Drug Diversion Trends
## States with Highest Pharmacy Dispensing in 2012*

| Rank | Oxycodone | Hydrocodone | Hydromorphone | Oxymorphone |
|------|-----------|-------------|---------------|-------------|
| 1 | Florida | California | California | North Carolina |
| 2 | Pennsylvania | Texas | Florida | California |
| 3 | California | Tennessee | New York | Tennessee |
| 4 | New York | Michigan | Texas | New York |
| 5 | Ohio | Florida | Virginia | Pennsylvania |
| 6 | North Carolina | Illinois | Pennsylvania | Florida |
| 7 | New Jersey | Ohio | Washington | Ohio |
| 8 | Arizona | Indiana | Ohio | Texas |
| 9 | Tennessee | Georgia | Michigan | Indiana |
| 10 | Massachusetts | Alabama | New Jersey | Virginia |

* Data applies to retail pharmacy dispensing     * Source: DEA Distributors Conference October 2013

10

©2014 McKesson Corporation. All rights reserved.

MCKESSON



# Case Study: Florida

©2014 McKesson Corporation. All rights reserved.



# Florida Pill Mills
## 2009 & 2010



**Average purchase of oxycodone products by a pharmacy ⬥ 63,294 d.u. per year**







©2014 McKesson Corporation. All rights reserved.



# State of Florida Legislative Actions*

**Effective October 1, 2010**

☐ Pain clinics are banned from advertising that they sell narcotics

☐ They can only dispense 72-hour supply of narcotics

☐ Prohibits the registration of pain clinics unless they are owned by physicians or licensed by non-physicians as a health care clinic

**Effective July 1, 2011**

☐ Clinics must turn over their supply of C-II and C-III controlled substances

☐ Clinics are no longer able to dispense these drugs

☐ Clinics cannot have ANY affiliation with a doctor that has lost a DEA number

Source: U.S. Drug Enforcement Administration, PowerPoint presentation by Alan Santos, Deputy Assistant Administrator, Office of Diversion Control, Pharmacy Diversion Awareness Conference, Louisville, Kentucky, November 16-17, 2013, Prescription Drug Trafficking and Abuse Trends, http://www.deadiversion.usdoj.gov/mtgs/pharm_awareness/conf_2013/nov_2013/santos.pdf , accessed February 2014
13
©2014 McKesson Corporation. All rights reserved.



# Florida Medical Examiner's Office Data
## Positive Trends



Source: Florida Medical Examiner's Office Annual Reports 2010, 2011, and 2012, http://www.fdle.state.fl.us/Content/getdoc/0f1f79c0-d251-4904-97c0-2c6fd4cb3c9f/MEC-Publications-and-Forms.aspx, accessed February 2014

14

©2014 McKesson Corporation. All rights reserved.

MCKESSON

# Drug Diversion Migration Out of Florida*



Source: U.S. Drug Enforcement Administration, PowerPoint presentation by Alan Santos, Deputy Assistant Administrator, Office of Diversion Control, Pharmacy Diversion Awareness Conference, Louisville, Kentucky, November 16-17, 2013, Prescription Drug Trafficking and Abuse Trends, http://www.deadiversion.usdoj.gov/mtgs/pharm_awareness/conf_2013/nov_2013/santos.pdf , accessed February 2014

15

©2014 McKesson Corporation. All rights reserved.



# DEA Action: Practitioner
## Writing Illegal Prescriptions for Pseudo-patients





Source: U.S. Drug Enforcement Administration, http://www.justice.gov/dea/index.shtml , accessed September 2013

©2014 McKesson Corporation. All rights reserved.

16

**MCKESSON**

# DEA Action: Hospital
## Prescriptions Issues Without Legitimate Medical Purpose



Source: U.S. Drug Enforcement Administration, http://www.justice.gov/dea/index.shtml , accessed September 2013

17

©2014 McKesson Corporation. All rights reserved.



# DEA Action: Pharmacy/ Owner
## Filling Prescriptions Known to be Fraudulent

| Pharmacy/ Owner | 56,700 pills diverted in 45 days |
| Oxycodone | Florida |
| 2009-2012 | |



Source: U.S. Drug Enforcement Administration, http://www.justice.gov/dea/index.shtml , accessed September 2013

18

©2014 McKesson Corporation. All rights reserved.

McKESSON

# The Controlled Substances Act (CSA)

Congress carve out for controlled substances

Establishes a <u>closed system</u> of distribution

Creates checks and balances between registrants to protect the public health and safety



Source: U.S. Drug Enforcement Administration Office of Diversion Control, http://www.deadiversion.usdoj.gov/21cfr/21usc/801.htm, accessed January 2014

19

©2014 McKesson Corporation. All rights reserved.



# Checks and Balances Under the CSA

## Practitioners

☐*A prescription for a controlled substance to be effective must be issued for a* **legitimate medical purpose** *by an individual practitioner acting in the usual course of professional practice.*☐

*(21 CFR §1306.04(a))*



©2014 McKesson Corporation. All rights reserved.



# Checks and Balances Under the CSA

## Pharmacists

A pharmacist, by law, has a Corresponding Responsibility to ensure that prescriptions are legitimate.

"The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, but a **corresponding responsibility rests** with the pharmacist who fills the prescription." (21 CFR § 1306.04(a))



**Just because a prescription is presented by a patient or demanded to be filled for a patient by a doctor's office, pharmacists are _not_ obligated to fill the prescription!**

21

©2014 McKesson Corporation. All rights reserved.



# Checks and Balances Under the CSA
## Distributors



Wholesaler Distributors

Maintenance of *effective controls against diversion* of controlled substances into other than legitimate medical, scientific, and industrial channels; (21 U.S.C. § 823.)

The registrant shall design and operate a system to disclose to the registrant *suspicious orders of controlled substances.* Suspicious orders include orders of unusual *size*, orders deviating substantially from a normal *pattern*, and orders of unusual *frequency.* (21 CFR §1301.74(b))

©2014 McKesson Corporation. All rights reserved.



# DEA Perspective

## Indicators of Prescription Drug Diversion

☐ Increase in volume

☐ Significant growth of abused drugs

☐ Non-numerical red flags

## Understand the Numbers

☐ Geographical and regional statistics and norms

☐ Average pharmacy orders 73,000 Oxycodone doses per year*

## Meet Regulatory Obligations

☐ Effective controls against diversion

☐ Suspicious order monitoring

☐ Corresponding responsibility

* J. Arnold, Drug Enforcement Administration, Office of Diversion Control: Effective Controls Against Diversion presentation 2013

©2014 McKesson Corporation. All rights reserved.



# Potential Red Flags

## Patients that☐

☐ Receive the *same combination* of prescriptions

☐ Receive the *same strength* of controlled substances

☐ *Pay in cash* for their prescriptions

☐ Have the *same diagnosis codes* written on their prescriptions

☐ *Drive long distances* to visit physicians and/or to fill prescriptions

☐ Enter the pharmacy in *groups*, each with the *same prescriptions* issued by the *same physician*

☐ Have prescriptions for controlled substances *written by physicians not associated with pain management* (i.e. pediatricians, gynecologists, ophthalmologists, etc.

- Joseph Rannazzisi, Deputy Assistant Administrator, Office of Diversion Control: Drug Enforcement  Administration. June 30, 2012

©2014 McKesson Corporation. All rights reserved.



# Wholesale Distributor◻s Responsibility



Wholesaler Distributors

**Individually and collectively:**

◻Our DEA registration

◻Ensure timely distribution to prevent an uninterrupted supply; and

◻Distributors control the supply to downstream customers

©2014 McKesson Corporation. All rights reserved.