# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 11 – SEALED – Siegel Rep. Excerpts

# [*Filed Separately Under Seal*]