# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 19 – SEALED – ABDCMDL00158926, P-00001-046

# [*Filed Separately Under Seal*]