# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 22 – CAH_MDL_PRIORPROD_DEA07_0 0968964-968

Message

| | |
|---|---|
| **From**: | Mone, Michael [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=MICHAEL.MONE] |
| **Sent**: | 1/7/2008 9:01:23 PM |
| **To**: | Hartman, Mark [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=MARK.HARTMAN] |
| **Subject**: | Fw: Possible Suspect Pharmacy |

Mark this is the basis for the email you just received
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Avergun, Jodi <Jodi.Avergun@cwt.com>
To: Mone, Michael <Michael.Mone@cardinalhealth.com>
CC: Ron.Buzzeo@dendrite.com <Ron.Buzzeo@dendrite.com>; Paul.Hamby@dendrite.com <Paul.Hamby@dendrite.com>; Cacciatore, Gary <Gary.Cacciatore@cardinalhealth.com>; jfokas@bakerlaw.com <jfokas@bakerlaw.com>; jcarney@bakerlaw.com <jcarney@bakerlaw.com>; Goldsand, Corey <Corey.Goldsand@cardinalhealth.com>; Falk, Steve <Steve.Falk@cardinalhealth.com>
Sent: Mon Jan 07 15:41:50 2008
Subject: RE: Possible Suspect Pharmacy

My advice is to put this customer on a list that prevents it from
getting controlled substances from Cardinal Health since you KNOW it is
an illegal Internet pharmacy.  And if you KNOW of any other customers
that are illegal internet pharmacies, you have an obligation to prevent
them from getting controlled substances as well.  You need some sort of
do not sell or do not ship list if there are customers like this.  I am
not advising you on shipping other drugs at the moment.  One thing at a
time.  We can talk about public health policy and what the company wants
to do about that at a later date.

-----Original Message-----
From: Mone, Michael [mailto:Michael.Mone@cardinalhealth.com]
Sent: Monday, January 07, 2008 3:37 PM
To: Avergun, Jodi
Cc: Ron.Buzzeo@dendrite.com; Paul.Hamby@dendrite.com; Cacciatore, Gary;
jfokas@bakerlaw.com; jcarney@bakerlaw.com; Goldsand, Corey; Falk, Steve
Subject: Re: Possible Suspect Pharmacy

Jodi, I do agree that from a purely analytical reasoning pov there is no
distinction, however when one looks at the regulatory jurisdiction of
DEA the internet sales of non controlled substances is outside their
jurisdiction

While I was not present when the decision on this account was made, I
understand their reasoning at that time.  This pharmacy is located in a
jurisdiction where the official gavernment policy is to encourage its
citizens to obtain their drugs from Canada.

Now, notwithstanding the above if it is your expert opinion that we not
sell any medicinal drugs to any customer who is engaged in the
dispensing of drugs pursuant to internet prescriptions, I would concur.

My reasoning to support such a decision is based on the potential public
health consequences associated with such dispensing as antidepressants
and their association with teenage suicides.

Please let me know at your earliest your advice so that we can implement
a procedure to address this account and any others that may be engaged
solely in internet dispensing of non controlled. Substances

Michael
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Avergun, Jodi <Jodi.Avergun@cwt.com>
To: Mone, Michael <Michael.Mone@cardinalhealth.com>
CC: Buzzeo, Ron <Ron.Buzzeo@dendrite.com>; Hamby, Paul

<Paul.Hamby@dendrite.com>; Cacciatore, Gary
<Gary.Cacciatore@cardinalhealth.com>; Fokas, Jimmy
<jfokas@bakerlaw.com>; jcarney@bakerlaw.com <jcarney@bakerlaw.com>;
Goldsand, Corey <Corey.Goldsand@cardinalhealth.com>; Falk, Steve
<Steve.Falk@cardinalhealth.com>
Sent: Mon Jan 07 13:56:41 2008
Subject: RE: Possible Suspect Pharmacy

Michael -- FYI --I dont think that the law distinguishes between
controlled and non-controlled substances for the purposes of determining
whether a prescription is the product of a legitimate doctor patient
relationship, . So ... here, you have an Inet Pharmacy, the account is
open, and Cardinal does not yet have a system for detecting all
suspicious orders.  Do you know whether this pharmacy still has never
ordered controlled subtstances? And will not do so?  At a minimum, very,
very, minimum, this account must be placed on a list that prevents all
of Cardinal's ordering systems from accepting orders for controlleds
from this customer.  And the PBC, his manager, the warehouse head and
the compliance lead must be told that they all have a responsibility to
ensure that this customer is not getting controlleds from Cardinal.
Please get back to us ASAP on this.

_____

From: Mone, Michael [mailto:Michael.Mone@cardinalhealth.com]
Sent: Monday, January 07, 2008 1:14 PM
To: Lowry, Leslie
Cc: Buzzeo, Ron; Hamby, Paul; Avergun, Jodi; Cacciatore, Gary
Subject: RE: Possible Suspect Pharmacy


Leslie:


I did some research on this account and I discovered that in the past
through the prior anti-diversion process that this account was
discovered to be dispensing prescription medication via the Internet,
however no controlled substances were involved.  Consequently, since the
state's requirements for physician patient relationship is not as
specific with regard to a physical examination, this account was not
closed.


Michael


_____

From: Lowry, Leslie [mailto:Leslie.Lowry@dendrite.com]
Sent: Monday, January 07, 2008 9:13 AM
To: Mone, Michael
Cc: Buzzeo, Ron; Hamby, Paul
Subject: FW: Possible Suspect Pharmacy


Michael:

Take a look at the e-mails below.  Would you like to add this location
to the assignment list?  If so, please provide me with the necessary
information.

Thank you-

Leslie Lowry

_____

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_00968965

```
From: Buzzeo, Ron
Sent: Sunday, January 06, 2008 1:49 PM
To: Hamby, Paul; Lowry, Leslie
Subject: FW: Possible Suspect Pharmacy
```

Paul/Leslie

Has this pharmacy been assigned?

Ron

Ronald W. Buzzeo, RPh / Chief Regulatory Officer / Compliance Solutions
Powered by BuzzeoPDMA / Cegedim Dendrite / Richmond, VA, 23225
Tel: 804-230-5002 / Fax: 804-267-1746 / Cell: 804-363-2071 / email:
Ron.Buzzeo <mailto:Ron.Buzzeo@dendrite.com> @dendrite.com

Important: The information in this email belongs to Cegedim Dendrite
Compliance Solutions powered by BuzzeoPDMA and may contain information
that is confidential, legally privileged or exempt from disclosure under
applicable law. If you are not the intended recipient, you are notified
that any disclosure, copying, distribution or reliance on the contents
of this e-mail is prohibited. If you have received this e-mail in
error, please notify the sender immediately by replying back to the
sending e-mail address, and delete this e-mail message from your system.

-----

```
From: Fokas, Jimmy [mailto:jfokas@bakerlaw.com]
Sent: Thu 1/3/2008 7:05 PM
To: Buzzeo, Ron
Cc: Avergun, Jodi; Carney, John J.; corey.goldsand@cardinal.com
Subject: Possible Suspect Pharmacy
```

Ron: In reviewing some Cardinal emails, this pharmacy was identified by
the Hudson, WI DC as an internet pharmacy in October 2007. It apparently
was flagged for investigation by Brantley. Can you confirm whether
Brantley or Dendrite have investigated the pharmacy since October 2007.
If it hasn't been reviewed it should be added to the list and reviewed
immediately. Thanks.

Ross Westbank Pharmacy - Minneapolis, MN

Jimmy Fokas
Baker Hostetler
45 Rockefeller Plaza
New York, NY 10111
Direct Dial: 212-589-4272

-----

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_00968966

or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately

by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

_____

_____

This message is for the designated recipient only and may contain privileged, proprietary

or otherwise private information. If you have received it in error, please notify the sender

immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese

Svenska: www.cardinalhealth.com/legal/email

"EMF <CWT.COM>" made the following annotations.

------------------------------------------------------------------------------
------------------------------- IRS Circular 230 Legend: Any advice
contained herein was not intended or written to be used, and cannot be
used, for the purpose of avoiding U.S. federal, state, or local tax
penalties. Unless otherwise specifically indicated above, you should
assume that any statement in this email relating to any U.S. federal,
state, or local tax matter was written in connection with the promotion
or marketing by other parties of the transaction(s) or matter(s)
addressed in this email. Each taxpayer should seek advice based on the
taxpayer's particular circumstances from an independent tax advisor.
==================== NOTE: The information in this email is confidential
and may be legally privileged. If you are not the intended recipient,
you must not read, use or disseminate the information; please advise the
sender immediately by reply email and delete this message and any
attachments without retaining a copy. Although this email and any
attachments are believed to be free of any virus or other defect that
may affect any computer system into which it is received and opened, it
is the responsibility of the recipient to ensure that it is virus free
and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP
for any loss or damage arising in any way from its use.
========================================================================
======

_____

This message is for the designated recipient only and may contain privileged, proprietary
or otherwise private information. If you have received it in error, please notify the sender
immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese Svenska: www.cardinalhealth.com/legal/email

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_00968968