# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 32 – SEALED – ALLERGAN_MDL_00381552-566

*[Filed Separately Under Seal]*