# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 36 – SEALED – CAH_NYConsolidated-0151612

# [*Filed Separately Under Seal*]