# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 37 – SEALED – MCKMDL01208679-680

# [*Filed Separately Under Seal*]