# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

## Ex 38 – SEALED – Collett Tr. MCKMDL00402789 Excerpts

*[Filed Separately Under Seal]*