# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 44 – SEALED – MCKMDL00545048-055

*[Filed Separately Under Seal]*