# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 48 – HDS_MDL_00492992-994

### George Euson

From: May, David
Sent: Fri 2/10/2017 1:54 PM (GMT-05:00)
To: Boggs, Gary; Cameron, Todd (Todd.Cameron@cardinalhealth.com); Giacalone, Robert <Robert.Giacalone@cardinalhealth.com> (Robert.Giacalone@cardinalhealth.com); George Euson; Kitching, Megan
Cc:
Bcc:
Subject: RE: HDA Oppurtunity


Great, thanks Gary.


**From:** Boggs, Gary [mailto:Gary.Boggs@McKesson.com]
**Sent:** Friday, February 10, 2017 1:34 PM
**To:** May, David; Cameron, Todd (Todd.Cameron@cardinalhealth.com); Giacalone, Robert <Robert.Giacalone@cardinalhealth.com> (Robert.Giacalone@cardinalhealth.com); George Euson; Kitching, Megan
**Subject:** RE: HDA Oppurtunity


David,


Thanks for your email. McKesson is interested in participating, but we need to work out some logistics.


Gary



Gary Boggs

Senior Director

Regulatory Affairs

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** May, David [mailto:DMay@amerisourcebergen.com]
**Sent:** Thursday, February 09, 2017 11:02 AM
**To:** Cameron, Todd (Todd.Cameron@cardinalhealth.com); Giacalone, Robert <Robert.Giacalone@cardinalhealth.com> (Robert.Giacalone@cardinalhealth.com); Boggs, Gary; George Euson; Kitching, Megan
**Subject:** HDA Oppurtunity

I will be attending the HDA conference in March and hope to see you or one of your colleagues there as well. Based upon some recent conversations I've had with some other company representatives, I was hoping that we could all get together for an informal discussion, outside of the event schedule, to share recent experiences with each other relative to the challenges we face and some of the things that we are doing or not doing when it comes to SOM, due diligence and diversion control. A couple of us did this last year on an ad hoc basis and I thought it was insightful and beneficial. Obviously we have to be sensitive to any discussions that could somehow be construed to be anti-competitive, so we would not discuss specific customers. The idea here is an informal conversation and healthy exchange of ideas, to the extent that folks are comfortable. There will be no notes taken, nor any production of formal reports. I've addressed this to those that I know who have a functional role at their respective companies that impacts some of the potential discussion topics. Obviously, there are folks out there with some of the other suppliers that I've not met, so please feel free to pass this message on to them. Based upon the response, I will be happy to set up a location/time for this discussion to take place. Thanks all.

**David May**

AmerisourceBergen Corporation

Senior Director

Corporate Security and

Regulatory Affairs

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00492993

Mobile 910-986-5061

dmay@AmerisourceBergen.com

---

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

---

_____ CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.