# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 55 – SEALED – Kolodny Rep.

# [*Filed Separately Under Seal*]