# Plaintiffs' Memorandum in Opposition to Joint Motion for Summary Judgment for Failure to Prove Fault Element of Public Nuisance Claims

# Ex 56 – SEALED – Lembke Rep. Excerpts

# [*Filed Separately Under Seal*]