UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON,**
    Plaintiff,
v.
**AMERISOURCE BERGEN DRUG CORPORATION, et al.,**
    Defendants.

Civil Action No. 3:17-cv-01362

---

**CABELL COUNTY COMMISSION,**
    Plaintiff,
v.
**AMERISOURCE BERGEN DRUG CORPORATION, et al.,**
    Defendants.

*Consolidated case:*
Civil Action No. 3:17-cv-01665

**APPENDIX OF SEALED EXHIBITS SUPPORTING PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE NUISANCE**

The following exhibits to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment re Nuisance, attached hereto, are being filed under seal:

- **Ex 13** – Expert Report of Professor Thomas McGuire
- **Ex 14** – Expert Report of Katherine Keyes, Ph.D.

Dated:  October 6, 2020                                           Respectfully submitted,

| **THE CITY OF HUNTINGTON** | **CABELL COUNTY COMMISSION** |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse | Paul T. Farrell, Jr. |
| WVSB No. 12547 | WVSB Bar No. 7443 |
| Joseph F. Rice | **FARRELL LAW** |
| **MOTLEY RICE LLC** | 422 Ninth Street, 3rd Floor (25701) |
| 28 Bridgeside Blvd. | PO Box 1180 |
| Mount Pleasant, SC 29464 | Huntington, West Virginia 25714-1180 |
| Tel: 843-216-9000 | Mobile: 304-654-8281 |
| Fax: 843-216-9450 | paul@farrell.law |
| akearse@motleyrice.com | |
| jrice@motleyrice.com | /s/ *Anthony J. Majestro* |
| | Anthony J. Majestro |
| Linda Singer | WVSB No. 5165 |
| David I. Ackerman | J.C. Powell |
| **MOTLEY RICE LLC** | WVSB No. 2957 |
| 401 9th Street NW, Suite 1001 | **POWELL & MAJESTRO, PLLC** |
| Washington, DC 20004 | 405 Capitol Street, Suite P-1200 |
| Tel:  202-232-5504 | Charleston, WV 25301 |
| Fax:  202-386-9622 | 304-346-2889 / 304-346-2895 (f) |
| lsinger@motleyrice.com | amajestro@powellmajestro.com |
| dackerman@motleyrice.com | |
| | Michael A. Woelfel |
| Charles R. "Rusty" Webb | WVSB No. 4106 |
| WV No. 4782 | **WOELFEL AND WOELFEL, LLP** |
| **THE WEBB LAW CENTRE** | 801 Eighth Street |
| 716 Lee Street, East | Huntington, West Virginia 25701 |
| Charleston, West Virginia 25301 | Tel. 304.522.6249 |
| Telephone: (304) 344-9322 | Fax. 304.522.9282 |
| Facsimile: (304) 344-1157 | mikewoelfel3@gmail.com |
| rusty@rustywebb.com | |

On Brief:

M. Michelle Carreras
**THE LANIER LAW FIRM**
10940 w. Sam Houston Parkway N.
Houston, TX 77064
Tel: 713-659-5200
Fax: 713-659-2204
michelle.carreras@lanierlawfirm.com

Andrea Bierstein
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949
abierstein@simmonsfirm.com

Lou Bograd
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lbograd@motleyrice.com

Anthony J. Majestro
WVSB No. 5165
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

Paulina do Amaral
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLC**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel:  212-355-9500
Fax:  212-355-9592
pdoamaral@LCHB.com

## CERTIFICATE OF SERVICE

I certify that on October 6, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to: Track2OpioidDefendants@ReedSmith.com and CT2_Opioid_Team@mail-list.com.

                                                                            */s/ J.C.Powell*
                                                                            J.C. Powell