**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE NUISANCE**

# EXHIBIT 11

```
                                                       Page 1

 1         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2
 3
     * * * * * * * * * * * * * * * * * * * * *
 4
     THE CITY OF HUNTINGTON,
 5
              Plaintiff,
 6
     vs.                                       CIVIL ACTION
 7                                             NO. 3:17-01362

     AMERISOURCEBERGEN DRUG
 8   CORPORATION, et al.,
 9            Defendants.
10   _____
11   CABELL COUNTY COMMISSION,
12            Plaintiff,
13   vs.                                       CIVIL ACTION
                                               NO. 3:17-01665
14   AMERISOURCEBERGEN DRUG
     CORPORATION, et al.,
15
              Defendants.
16
     * * * * * * * * * * * * * * * * * * * * *
17
18
19         Videotaped and videoconference deposition
     of SCOTT LEMLEY taken by the Defendants under the
20   Federal Rules of Civil Procedure in the above-
     entitled action, pursuant to notice, before Teresa
21   S. Evans, a Registered Merit Reporter, at the
     Mountain Health Arena, One Civic Center Plaza,
22   Huntington, West Virginia, on the 3rd day of July,
     2020.
23
24
```

Page 303

1  whether there is an opioid epidemic in Huntington,
2  West Virginia?
3      A.   I do.
4      Q.   What is that?
5      A.   I believe there's an opioid epidemic in
6  Huntington, absolutely.  Kind of going through
7  research at the beginning, looking at some of the
8  overdose death rates in other areas of the country
9  -- I think Cleveland comes to mind.  Again, I'm not
10 sure of this, but I want to say it was Cleveland
11 they were talking about nine deaths per 100,000 as
12 an epidemic, and ours was much higher than that.
13          And I said, "Well, if theirs is an
14 epidemic, what do we call ours?"  I mean, it's
15 horrible.  It has affected every aspect of what we
16 do in Huntington from social -- it's socioeconomic.
17 It affects the University; it affects our medical
18 community; it affects our quality of life and our
19 parks; it affects our first responders; it affects
20 our property values.
21          It affects all kinds of things within
22 the City of Huntington and Cabell County --
23     Q.   What --
24     A.   It -- I would absolutely say it was at an