**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE NUISANCE**

# EXHIBIT 12

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**********************************************************

THE CITY OF HUNTINGTON,

        Plaintiff,

v.                      CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN DRUG CORPORATION, et al,

        Defendants.


CABELL COUNTY COMMISSION,

        Plaintiff,

vs.

AMERISOURCEBERGEN DRUG CORPORATION, et al,

        Defendants.

**********************************************************

    Videotaped and videoconference deposition of GORDON MERRY, taken by the Defendants pursuant to the West Virginia Federal Rules of Civil Procedure, in the above-entitled action, pursuant to notice, before Twyla Donathan, Registered Professional Reporter and Notary Public, at the Mountain Health Arena, ONE CIVIC CENTER PLAZA, HUNTINGTON, WEST VIRGINIA, on the 29th day of June, 2020.

```
                                                     Page 36
 1   dealing with it.  It's been horrible.
 2       Q   So tell me about that, Mr. Merry.  What
 3   challenges has Cabell County EMS seen because of the drug
 4   abuse that occurs here in Huntington and Cabell County?
 5       A   I've had medics assaulted.  It became very
 6   common.  I've had medics -- I had a young lady
 7   unfortunately take her life.
 8       Q   A medic?
 9       A   Yes.  It's been a very, very horrible
10   experience.  I wouldn't wish this on anybody.  Medics have
11   left.
12           Going into houses where the mothers overdose and
13   the kids are sitting their crying, wanting to know what's
14   wrong with their mother.  It's mentally -- and it's
15   definitely taken its toll on the staff, turnovers,
16   horrible.  And it's just not EMS.  It's police, fire, EMS,
17   and hospitals.  It's answering the same call or answering
18   a call for the same person two or three times a day.  It
19   was a revolving door, on top of their normal calls that
20   they had to answer.  And the stress level was very high.
21       Q   What's the name of the program, I think Jan
22   Rader got started, to help with the compassion fatigue?
23   Do you know what I'm referring to?
24           Let me ask you.  Are you familiar with a
```

Page 92

1             You can answer.
2        A    I do not know.
3        Q    What about the County or the City itself, did
4   either of those entities play any role in contributing to
5   the opioid abuse epidemic in Cabell County?
6        A    Not that I'm aware of.
7             MS. QUEZON:  Object to the form.
8        Q    So you think that the County and the City have
9   done all that they can to address the opioid epidemic?
10       A    Yes.  I think they've gone above and beyond
11  trying to save our community.  Because it absolutely
12  destroyed this community.
13            I grew up here.  I've been here 67 years.  It's
14  been devastating.  My partner's daughter is dead because
15  she overdosed.  As I said, one of my employees.  It's been
16  devastating to us, this community, to have this happen.
17       Q    Do you think -- Are things getting better?
18       A    I do.  We're starting to get -- The QRT team is
19  probably the best thing that happened.  The whole
20  community, it affected everyone.  There is no one that
21  doesn't know someone, has a loved one, that has passed.  I
22  mean, it's -- it's been devastating to this area.
23       Q    But the tide is starting to turn?
24       A    Yes.  In my opinion.