Ex 1 - Expert Report of Andrew Kolodny, MD dated 8/3/20 [FILED UNDER SEAL]

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds