Ex 2, Expert Report of G. Caleb Alexander, MD, MS dated 8/3/20 [FILED UNDER SEAL]

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds