Ex 3 - Expert Report of Craig J. McCann, PH.D, CFA dated 8/3/20  [FILED UNDER SEAL]

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds