Ex 6 - Expert Report of Michael Siegel, MD, MPH dated 8/3/20 [FILED UNDER SEAL]

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

90950406.1