Ex 8 - Expert Report of Anna Lembke, MD dated 8/1/20 [FILED UNDER SEAL]

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

90950406.1