Ex 9 - Expert Report of Daniel Cicarrone, MD, MPH dated 8/3/20 [FILED UNDER SEAL]

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

90950406.1