Ex 12 - Expert Report of Jakki J. Mohr, Ph.D dated 8/3/20 [FILED UNDER SEAL]

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

90950406.1