Ex 16 - CAH_MDL_PRIORPROD_DEA12_00013056-3103

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

7 of 10

amended except in writing and when signed by all the Parties to this Agreement.

23. Cardinal acknowledges that its authorized representatives have read this Agreement and understand that as of its effective date, it will be a matter of public record.

24. Each person who signs this Agreement in a representative capacity warrants that he or she is fully authorized to do so.

25. This Agreement shall become effective (i.e., final and binding) on the date of signing by the last signatory (the "Effective Date"). It may be executed in counterparts, each of which shall constitute an original and all of which shall constitute one and the same agreement. The government agrees to notify Cardinal immediately when the final signatory has executed this Agreement.

CONFIDENTIAL

DOJ 00141

CAH_MDL_PRIORPROD_DEA12_00013095

On Behalf of Cardinal Health:

_____  
R. Kerry Clark  
Chairman and Chief Executive Officer

9/30/2008  
Date

_____  
Ivan K. Fong  
Chief Legal Officer and Secretary

Sept. 30, 2008  
Date

_____  
John J. Carney, Esq.  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
11th Floor  
New York, NY 10111  
Counsel for Cardinal Health

09-30-08  
Date

_____  
Jodi L. Avergun, Esq.  
Cadwalader, Wickersham & Taft LLP  
1201 F Street, NW  
Washington, DC 20004  
Counsel for Cardinal Health

9/30/08  
Date

CONFIDENTIAL

DOJ 00142

CAH_MDL_PRIORPROD_DEA12_00013096

On Behalf of the United States of America:

Christopher J. Christie
United States Attorney
District of New Jersey

_____  _____10/2/08_____
By: Alex Kriegsman                Date
Assistant United States Attorney

Robert E. O'Neill
United States Attorney
Middle District of Florida

_____  _____9/30/08_____
By: Javier Guzman                 Date
Assistant United States Attorney

Donald J. DeGabrielle, Jr.,
United States Attorney
Southern District of Texas

_____  ___09/30/2008___
By: Jill Venezia                  Date
Assistant United States Attorney

Jeffrey C. Sullivan
United States Attorney
Western District of Washington

_____  ___9/30/2008___
By: Anastasia Bartlett            Date
Assistant United States Attorney

DOJ 00143

CONFIDENTIAL                                CAH_MDL_PRIORPROD_DEA12_00013097

Troy A. Eid
United States Attorney
District of Colorado

_____    9-29-08
By: Amanda Rocque              Date
Assistant United States Attorney


David E. Nahmias
United States Attorney
Northern District of Georgia

_____    9-29-08
By: Mina Rhee                  Date
Assistant United States Attorney


Thomas P. O'Brien
United States Attorney
Central District of California

_____    Sept. 29, 2008
By: Shana Mintz                Date
Assistant United States Attorney

DOJ 00144

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA12_00013098

# ATTACHMENT A

CONFIDENTIAL

DOJ 00145

CAH_MDL_PRIORPROD_DEA12_00013099

## ATTACHMENT A

### (Cardinal Facilities Referenced in Paragraph 1 of this Agreement)

1. 6012 Molloy Road, Syracuse, New York, operating under DEA registration number PC0003044.

2. 2045 Interstate Drive, Lakeland, Florida, operating under DEA registration number RC0182080.

3. 1240 Gluckstadt Road, Madison, Mississippi, operating under DEA registration number RC0221236.

4. 15 Ingram Boulevard, La Vergne, Tennessee, operating under DEA registration number RC0229965 (Specialty Pharmaceutical).

5. 2512 West Cott Boulevard, Knoxville, Tennessee, operating under DEA registration number RC0238104.

6. 500 Jerry Steele Lane, McDonough, Georgia, operating under DEA registration number RC0271267.

7. 14601 County Road 212, Findlay, Ohio, operating under DEA registration number RC0313940.

8. 5995 Commerce Center Drive, Groveport, Ohio, operating under DEA registration number RC0314891.

9. 13651 Dublin Court, Stafford, Texas, operating under DEA registration number RC0333524.

10. 850 Airpark Drive, Zanesville, Ohio, operating under DEA registration number RC0346658.

11. 6640 Echo Avenue, Suite D, Reno, Nevada, operating under DEA registration number RC0361206 (Specialty Pharmaceutical).

12. 11 Centennial Drive, Peabody, Massachusetts, operating under DEA registration number RD0108200.

13. 71 Mil-Acres Drive, Wheeling, West Virginia, operating under DEA registration number RO0153609.

DOJ 00146

CONFIDENTIAL                                                                                   CAH_MDL_PRIORPROD_DEA12_00013100

14. 955 West 3100 South, South Salt Lake City, Utah, operating under DEA registration number RW0191419.

15. 801 C Street NW, Suite B, Auburn, Washington, operating under DEA registration number RW0191813.

16. 7601 N.E. Gardner Avenue, Kansas City, Missouri, operating under DEA registration number RW0191926.

17. 27680 Avenue Mentry, Valencia, California, operating under DEA registration number RW0216449.

18. 2353 Prospect Drive, Aurora, Illinois, operating under DEA registration number RW0231908.

19. 3238 Dwight Road, Elk Grove, California, operating under DEA registration number RW0236009.

20. 2901 Enloe Street, Hudson, Wisconsin, operating under DEA registration number RW0243725.

21. 4 Cardinal Cardinal Health Court, Greensboro, North Carolina, operating under DEA registration number RW0243903.

22. 600 N. 83rd Avenue, Tolleson, Arizona, operating under DEA registration number RW02630056.

23. 4875 Florence Street, Denver, Colorado, operating under DEA registration number RW0263549.

24. 1120 Commerce Boulevard, Swedesboro, New Jersey, operating under DEA registration number RW0269654.

25. 851 Henrietta Creek Road, Roanoke, Texas, operating under DEA registration number RW0279996.

26. 2840 Elm Point Industrial Drive, St. Charles, Missouri, operating under DEA registration number RW0283452.

27. 4220 Hyde Park Boulevard, Niagara Falls, New York, operating under DEA registration number RP0337370 (Parmed Pharmaceuticals).

DOJ 00147

CONFIDENTIAL                                                                                                    CAH_MDL_PRIORPROD_DEA12_00013101

# ATTACHMENT B

DOJ 00148

CONFIDENTIAL                                                         CAH_MDL_PRIORPROD_DEA12_00013102

## ATTACHMENT B

**(Seven Cardinal Facilities Referenced in Paragraph 1 of this Agreement)**

1. 1120 Commerce Boulevard in Swedesboro, New Jersey ("Cardinal-Swedesboro"), located within the District of New Jersey and operating under DEA registration number RW0269654;

2. 2045 Interstate Drive in Lakeland, Florida ("Cardinal-Lakeland"), located within the Middle District of Florida and operating under DEA registration number RC0182080;

3. 13651 Dublin Court in Stafford, Texas ("Cardinal-Stafford"), located within the Southern District of Texas and operating under DEA registration number RC0333524;

4. 801 C Street NW, Suite B in Auburn, Washington ("Cardinal-Auburn"), located within the Western District of Washington and operating under DEA registration number RW0191813;

5. 4875 Florence Street in Denver, Colorado ("Cardinal-Denver"), located within the District of Colorado and operating under DEA registration number RW0263549;

6. 500 Jerry Steele Lane in McDonough, Georgia ("Cardinal-McDonough"), located within the Northern District of Georgia and operating under DEA registration number RC0271267; and

7. 27680 Avenue Mentry in Valencia, California ("Cardinal-Valencia"), located within the Central District of California and operating under DEA registration number RW0216449.

DOJ 00149

CONFIDENTIAL                                                    CAH_MDL_PRIORPROD_DEA12_00013103