Ex 17 - MCKMDL00355349-5415

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

Appendix C - Sales Accounts at Lakeland and Conroe Facilities authroized by DEA as an exception to Paragraph II.1(d). (Lakeland DC Code = 195/Conroe Code = 115)

| Account | Code | Address | City | State | Zip |
|---|---|---|---|---|---|
| FED DETENTION CTR HOUSTON | 115 BF6451506 | 1200 TEXAS AVENUE | HOUSTON | TX | 77002 |
| US PENITENTIARY-POLLOCK | 115 BF7167845 | POB 1000 1000 AIR BASE RD | POLLOCK | LA | 71467 |
| ALEXANDER NININGER SVH2 | 195 BF7171589 | 8401 W CYPRESS DR | PEMBROKE PINES | FL | 33025 |
| CLIFFORD CHESTER SIMSSVH2 | 195 BF8568909 | 4419 TRAM ROAD | SPRINGFIELD | FL | 32404 |
| D.T. JABSON ST NH SVH2 | 195 BF8646816 | 21281 GRAYTON TERRACE | PORT CHARLOTTE | FL | 33954 |
| HARLINGEN VA OUTPT CLINIC | 115 BH9206714 | 2106 TREASURE HILLS BLVD | HARLINGEN | TX | 78550 |
| INS DETENTION FACILITY | 115 BI2613885 | BUENA VISTA ROAD | BAYVIEW | TX | 78566 |
| IMMIGRATIONS & CUSTOMS VA | 115 BI8861367 | 15850 EXPORT PLAZA DRIVE | HOUSTON | TX | 77032 |
| IMMIGRAT&CUSTOMS/PEARSALL | 115 BI9144457 | 566 VETERANS DRIVE | PEARSALL | TX | 78061 |
| JAMES A HALEY/VA MED I/P | 195 BJ0413839 | 13000 BRUCE B DOWNS BLVD | TAMPA | FL | 33612 |
| FCI MARIANNA | 195 BM1291347 | 3625 FCI ROAD | MARIANNA | FL | 32446 |
| NORTH CENTRAL FED CLINIC | 115 BN9966500 | 17440 HENDERSON PASS | SAN ANTONIO | TX | 78232 |
| POARCH BAND-CREEK IND IHS | 195 BP1332080 | 8811 JACK SPRINGS RD | ATMORE | AL | 36502 |
| CHITIMACHA HLTH&HUMAN IHS | 115 BP7040176 | 3231 CHITIMACHA TRAIL | CHARENTON | LA | 70523 |
| SNH BVAMC/BAY MINETT SVH2 | 195 BS7636698 | 300 FAULKNER DRIVE | BAY MINETTE | AL | 36507 |
| SW LA WAR VETERANS HOME | 115 BS9016379 | 1610 EVANGELINE HWY | JENNINGS | LA | 70546 |
| USPHS IMMIGRATION CUSTOMS | 115 BU9827140 | 1001 WELCH STREET | TAYLOR | TX | 76574 |
| USPHS MEDICAL CLINIC BICE | 115 BU9834640 | 1800 INDUSTRIAL DRIVE | RAYMONDVILLE | TX | 78580 |
| V A OUTPATIENT CLINIC | 195 BV0255706 | 551 NATIONAL HLTH CARE DR | DAYTONA BEACH | FL | 32114 |
| VA MAYAGUEZ OUTPAT CLINIC | 195 BV0366787 | STATE RD 2, KM. 156.2 | MAYAGUEZ | PR | 680 |
| VA MC PHCY O/P/PENSACOLA | 195 BV0464761 | 312 KENMORE RD / RM 1G222 | PENSACOLA | FL | 32503 |
| VA OP CLIN-CORPUS CHRISTI | 115 BV1253739 | 5283 OLD BROWNSVILLE ROAD | CORPUS CHRISTI | TX | 78405 |
| VA OP CLINIC-FRANK TEJEDA | 115 BV1276206 | 5788 ECKHERT ROAD | SAN ANTONIO | TX | 78240 |
| VA PONCE OUTPAT CLINIC | 195 BV1501700 | 1010 PASEO DEL VETERANO | PONCE | PR | 716 |
| VA OUTPATIENT CLINIC | 115 BV2325644 | 1301 WEST FRANK STREET | LUFKIN | TX | 75904 |
| VA O/P CLINIC - AUSTIN | 115 BV2524913 | 2901 MONTOPOLIS DRIVE | AUSTIN | TX | 78741 |
| VA M/C PHCY O/P MOBILE | 195 BV2658687 | 1504 SPRINGHILL AVE #1504 | MOBILE | AL | 36604 |
| VA OUTPAT CLINIC-MCALLEN | 115 BV2813182 | 2101 S COLONEL ROWE BLVD | MCALLEN | TX | 78503 |
| VA OUTPATIENT CLINIC | 195 BV3465970 | 1607 ST JAMES COURT | TALLAHASSEE | FL | 32308 |
| VA OUTPATIENT CLINIC | 195 BV4345319 | 9912 LITTLE ROAD | NEW PORT RICHEY | FL | 34654 |
| VA OUTPATIENT CLINIC | 195 BV6325852 | 2900 VETERANS WAY | VIERA | FL | 32940 |
| VA COMM BASED OUTPAT CLIN | 195 BV7743241 | ROUTE #2 BAY 15-17 | KINGSHILL | VI | 850 |
| NW LA WAR VETERANS HOME | 115 FN0209103 | 3130 ARTHUR RAY TEAGUE PK | BOSSIER CITY | LA | 71112 |
| SE LA WAR VETS HOME | 115 FS0318685 | 4080 WEST AIRLINE HIGHWAY | RESERVE | LA | 70084 |
| USPHS IMMIGRATION JENA | 115 FU0594350 | 830 PINEHILL ROAD | JENA | LA | 71342 |
| SUBSTANCE DEPEND TREAT PR | 115 PV0122161 | 2002 HOLCOMBE BLVD | HOUSTON | TX | 77030 |
| VA MEDICAL CTR DETOX | 115 RS0222480 | 7400 MERTON MINTER BLVD | SAN ANTONIO | TX | 78229 |

2

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001184
MCKMDL00355388

Appendix C - Sales Accounts at Lakeland and Conroe Facilities authroized by DEA as an exception to Paragraph II.1(d). (Lakeland DC Code = 195/Conroe Code = 115)

| | | | | | |
|---|---|---|---|---|---|
| VA FOXTROT | 195 | RV0329688 | 401 GILLIS DRIVE | ORLANDO | FL | 32824 |

3

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001185
MCKMDL00355389

# APPENDIX C

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001186
MCKMDL00355390

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| BV3589984 | VA MED CTR-WORCESTER CLIN | 8110 | 601-619 LINCOLN ST | WORCESTER | MA | 01605 | 1/4/2017 |
| AV4184002 | EDITH NROGERS MEM BEDFORD | 8110 | 200 SPRINGS ROAD BLDG 78 | BEDFORD | MA | 01730 | 1/4/2017 |
| AV8498734 | VA OUTPAT LOWELL CLINIC | 8110 | 130 MARSHALL RD | LOWELL | MA | 01852 | 1/4/2017 |
| AV5827526 | VA O/P CL-CAUSEWAY-BOSTON | 8110 | 251 CAUSEWAY ST | BOSTON | MA | 02114 | 1/4/2017 |
| PV0130562 | VA O/P CAUSEWAY-BOSTON | 8110 | 251 CAUSEWAY STREET | BOSTON | MA | 02114 | 1/4/2017 |
| AV4593287 | VA OP PHCY - BOSTON | 8110 | 150 SO HUNTINGTON AVE | BOSTON | MA | 02130 | 1/4/2017 |
| AV4243197 | VA MED CTR-WEST ROXBURY | 8110 | 1400 V F W PARKWAY | WEST ROXBURY | MA | 02132 | 1/4/2017 |
| AV4246674 | VA MED CTR O/P-BROCKTON | 8110 | 940 BELMONT ST | BROCKTON | MA | 02301 | 1/4/2017 |
| RV0426711 | VA MED CTR BROCKTON | 8110 | 940 BELMONT STREET | BROCKTON | MA | 02301 | 1/4/2017 |
| AV4887254 | VA AUGUSTA OP | 8110 | BLDG 200E ROOM E19A | AUGUSTA | ME | 04330 | 1/4/2017 |
| AV5605603 | VAMC MANCHESTER | 8110 | 718 SMYTH ROAD | MANCHESTER | NH | 03104 | 1/4/2017 |
| AV4304313 | VAMC WHT RVR | 8110 | 215 NORTH MAIN STREET | WHITE RIVER JUN | VT | 05009 | 1/4/2017 |
| BF5921730 | FMC DEVENS AYER | 8110 | 42 PATTON ROAD | AYER | MA | 01432 | 1/4/2017 |
| FF3400607 | FCI BERLIN BOP | 8110 | 1 SUCCESS LOOP ROAD | BERLIN | NH | 03570 | 1/4/2017 |
| AP1405198 | PLEASANT POINT HL CTR IHS | 8110 | 11 BACK ROAD PO BOX 351 | PERRY | ME | 04667 | 1/4/2017 |
| BC1652189 | PASSAMAQUODDY HLH CTR IHS | 8110 | 401 PETER DANA POINT RD | INDIAN TOWNSHI | ME | 04668 | 1/4/2017 |
| AH4234744 | SOLDIERS HOME IN MASS | 8110 | 91 CREST AVE | CHELSEA | MA | 02150 | 1/4/2017 |
| FM1799216 | MVH PHARMACY | 8110 | 460 CIVIC CTR DR STE 3 | AUGUSTA | ME | 04330 | 1/4/2017 |
| BN7416806 | NH TILTON VETERANS HOME | 8110 | 139 WINTER STREET | TILTON | NH | 03276 | 1/4/2017 |
| AV4447810 | VA O/P SYRACUSE | 8113 | 800 IRVING AVENUE | SYRACUSE | NY | 13210 | 1/4/2017 |
| AV4732055 | VA BATAVIA | 8113 | 222 RICHMOND AVENUE | BATAVIA | NY | 14020 | 1/4/2017 |
| AV4149642 | VA BUFFALO | 8113 | 3495 BAILEY AVENUE | BUFFALO | NY | 14215 | 1/4/2017 |
| AV4229123 | VA I/P CANANDAIGUA | 8113 | 400 FORT HILL AVENUE | CANANDAIGUA | NY | 14424 | 1/4/2017 |
| AV8023359 | VA ROCHESTER | 8113 | 465 WESTFALL RD | ROCHESTER | NY | 14620 | 1/4/2017 |
| AV4731217 | VA BATH | 8113 | 76 VETERANS AVENUE | BATH | NY | 14810 | 1/4/2017 |
| BF1879800 | FCI MCKEAN LWSRUN BOP | 8113 | 6975 ROUTE 59 | LEWIS RUN | PA | 16738 | 1/4/2017 |
| AS8517356 | ST REGIS MOHAWK HLTH IHS | 8113 | 412 ST. ROUTE 37 | HOGANSBURG | NY | 13655 | 1/4/2017 |
| AC7522433 | CATTARAUGUS IND RES IHS | 8113 | 36 THOMAS IND SCHOOL DR | IRVING | NY | 14081 | 1/4/2017 |
| AA7522445 | LIONEL R JOHN HLT CTR IHS | 8113 | 987 R C HOAG DR | SALAMANCA | NY | 14779 | 1/4/2017 |
| BB5784079 | BUFFALO FEDERAL DET FACIL | 8113 | 4250 FEDERAL DRIVE | BATAVIA | NY | 14020 | 1/4/2017 |
| FS1197474 | SE LOUISIANA VA/IP-OP-N O | 8115 | 1601 PERDIDO ST/RM 1G | NEW ORLEANS | LA | 70112 | 1/4/2017 |

1

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001187
MCKMDL00355391

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| FS2218508 | SOUTHEAST LA VA-N ORLEANS | 8115 | 2237 POYDRAS STREET | NEW ORLEANS | LA | 70119 | 1/4/2017 |
| AV9426760 | VA OP CLINIC-BATON ROUGE | 8115 | 7968 ESSEN PARK AVE | BATON ROUGE | LA | 70809 | 1/4/2017 |
| AV4515815 | VA MC O/P-SHREVEPORT | 8115 | 510 EAST STONER AVENUE | SHREVEPORT | LA | 71101 | 1/4/2017 |
| AD3351070 | VA MED CTR PINEVILLE | 8115 | 2495 SHREVEPORT HWY | PINEVILLE | LA | 71360 | 1/4/2017 |
| BV2325644 | VA OP CLINIC LUFKIN | 8115 | 2206 N JOHN REDDITT DR | LUFKIN | TX | 75904 | 1/4/2017 |
| AB4451124 | CENTRAL TX VA WSHE TEMPLE | 8115 | 1901 SOUTH FIRST STREET | TEMPLE | TX | 76504 | 1/4/2017 |
| AV4718714 | CNTRL TXVETS IPWACO BLDG5 | 8115 | 4800 MEMORIAL DRIVE | WACO | TX | 76711 | 1/4/2017 |
| AV4515790 | VA MC RESEARCH HOUSTON | 8115 | 2002 HOLCOMBE BLVD | HOUSTON | TX | 77030 | 1/4/2017 |
| PV0122161 | SUBST DPND TREAT PR HOUST | 8115 | 2002 HOLCOMBE BLVD | HOUSTON | TX | 77030 | 1/4/2017 |
| AV7507164 | VA O/P CLINIC BEAUMONT | 8115 | 3420 VETERAN CIRCLE | BEAUMONT | TX | 77707 | 1/4/2017 |
| AV5318856 | VA MEDICAL CTR-KERRVILLE | 8115 | 3600 MEMORIAL DRIVE | KERRVILLE | TX | 78028 | 1/4/2017 |
| AV5546936 | VAMC OP A MRPHY S ANTONIO | 8115 | 7400 MERTON MINTER BLVD | SAN ANTONIO | TX | 78229 | 1/4/2017 |
| BN9966500 | N CENTRAL FED SAN ANTONIO | 8115 | 17440 HENDERSON PASS | SAN ANTONIO | TX | 78232 | 1/4/2017 |
| BV1276206 | VA OP FRNK TEJEDA SAN ANT | 8115 | 5788 ECKHERT ROAD | SAN ANTONIO | TX | 78240 | 1/4/2017 |
| BV1253739 | VA OP CLIN-CORPUS CHRISTI | 8115 | 205 S ENTERPRIZE PARKWAY | CORPUS CHRISTI | TX | 78405 | 1/4/2017 |
| BV2813182 | VA OUTPAT CLINIC-MCALLEN | 8115 | 901 EAST HACKBERRY AVENUE | MCALLEN | TX | 78503 | 1/4/2017 |
| BH9206714 | HARLINGEN VA OUTPT CLINIC | 8115 | 2106 TREASURE HILLS BLVD | HARLINGEN | TX | 78550 | 1/4/2017 |
| FV2286715 | VA AMB SURG HARLINGEN | 8115 | 2601 VETERANS DRIVE | HARLINGEN | TX | 78550 | 1/4/2017 |
| BV2524913 | VA OP CLI-AUSTIN | 8115 | 7901 METROPOLIS DR | AUSTIN | TX | 78744 | 1/4/2017 |
| FF1172155 | FCI-OAKDALE | 8115 | EAST WHATELY RD/POB 5050 | OAKDALE | LA | 71463 | 1/4/2017 |
| BF7167845 | US PENITENTIARY-POLLOCK | 8115 | POB 1000 1000 AIR BASE RD | POLLOCK | LA | 71467 | 1/4/2017 |
| AF2404527 | FCI SEAGOVILLE | 8115 | 2113 NORTH HIGHWAY 175 | SEAGOVILLE | TX | 75159 | 1/4/2017 |
| BF6451506 | FED DETENTION CTR HOUSTON | 8115 | 1200 TEXAS AVENUE | HOUSTON | TX | 77002 | 1/4/2017 |
| BF5194585 | FEDERAL BEAUMONT BOP | 8115 | 5830 KNAUTH ROAD | BEAUMONT | TX | 77705 | 1/4/2017 |
| BF1742332 | FED PRISON CMP BRYAN | 8115 | 1100 URSULINE | BRYAN | TX | 77803 | 1/4/2017 |
| BF2295017 | FCI THREE RIVERS | 8115 | PO BOX 4000 HWY 72 WEST | THREE RIVERS | TX | 78071 | 1/4/2017 |
| AF8942650 | FCI BASTROP | 8115 | 1341 HIGHWAY 95 NORTH | BASTROP | TX | 78602 | 1/4/2017 |
| BP7040176 | CHITIMACHA HLTH&HUMAN IHS | 8115 | 3231 CHITIMACHA TRAIL | CHARENTON | LA | 70523 | 1/4/2017 |
| BC6820383 | COUSHATTA HLT EDI IHS | 8115 | PO BOX 519 2003 CC BEL RO | ELTON | LA | 70532 | 1/4/2017 |
| BA7647502 | ALA-COUSHATTA INDIAN IHS | 8115 | 129 DAYCARE ROAD | LIVINGSTON | TX | 77351 | 1/4/2017 |
| FS0318685 | SE LA WAR VETS HOME | 8115 | 4080 WEST AIRLINE HIGHWAY | RESERVE | LA | 70084 | 1/4/2017 |

2

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001188
MCKMDL00355392

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| FU4924610 | USPHS IMMIGRATION ALEXAND | 8115 | 96 GEORGE THOMPSON DRIVE | ALEXANDRIA | LA | 71303 | 1/4/2017 |
| FU0594350 | USPHS IMMIGRATION JENA | 8115 | 830 PINEHILL ROAD | JENA | LA | 71342 | 1/4/2017 |
| BU9827140 | USPHS IMMIGRATION CUSTOMS | 8115 | 1001 WELCH STREET | TAYLOR | TX | 76574 | 1/4/2017 |
| BI8861367 | IMMIGRATIONS & CUSTOMS VA | 8115 | 15850 EXPORT PLAZA DRIVE | HOUSTON | TX | 77032 | 1/4/2017 |
| FI5035591 | IMM & CUST S TX RES FAC | 8115 | 300 EL RANCHO WAY | DILLEY | TX | 78017 | 1/4/2017 |
| BI9144457 | IMMIGRAT&CUSTOMS/PEARSALL | 8115 | 566 VETERANS DRIVE | PEARSALL | TX | 78061 | 1/4/2017 |
| BI2613885 | INS DETENTION FCY BAYVIEW | 8115 | BUENA VISTA ROAD | BAYVIEW | TX | 78566 | 1/4/2017 |
| AG4351754 | VA MC- WASHINGTON DC | 8120 | 50 IRVING ST NW RM 1B145 | WASHINGTON | DC | 20422 | 1/4/2017 |
| RW0459378 | VAMC - COMP - WASHINGTON | 8120 | 50 IRVING STREET NW | WASHINGTON | DC | 20422 | 1/4/2017 |
| AV4635427 | VA MC IP-BALTIMORE | 8120 | 10 N GREEN STREET | BALTIMORE | MD | 21201 | 1/4/2017 |
| AV4317447 | VA MEDICAL CENTER-DURHAM | 8120 | 508 FULTON STREET | DURHAM | NC | 27705 | 1/4/2017 |
| RV0114823 | VA MC RESEARCH 151-DURHAM | 8120 | 508 FULTON STREET | DURHAM | NC | 27705 | 1/4/2017 |
| FV4210150 | VAMC HCC GREENVILLE | 8120 | 401 MOYE BLVD | GREENVILLE | NC | 27834 | 1/4/2017 |
| AV4288711 | VA MED CTR FAYETTE MM | 8120 | 2300 RAMSEY ST | FAYETTEVILLE | NC | 28301 | 1/4/2017 |
| FV3737648 | VAMC WILMINGTON HCC | 8120 | 1705 GARDNER ROAD | WILMINGTON | NC | 28405 | 1/4/2017 |
| AV4674556 | VAMC (119) RICHMOND | 8120 | 1201 BROAD ROCK BLVD | RICHMOND | VA | 23249 | 1/4/2017 |
| AV6363799 | VAMC 119 HAMPTON I/P PHCY | 8120 | BLDG # 110B (GC100) | HAMPTON | VA | 23667 | 1/4/2017 |
| AS4251978 | VA MEDICAL CENTER-SALEM | 8120 | 1970 ROANOKE BLVD BDG 143 | SALEM | VA | 24153 | 1/4/2017 |
| AV4709133 | VAMC MARTINSBURG O/P | 8120 | RT 9-510 BUTLER AVENUE | MARTINSBURG | WV | 25401 | 1/4/2017 |
| BF4108280 | FCI CUMBERLAND | 8120 | 14601 BURBRIDGE ROAD SE | CUMBERLAND | MD | 21502 | 1/4/2017 |
| BF6885163 | FEDERAL MED CENTER-BUTNER | 8120 | OLD NC 75, PO BOX 1600 | BUTNER | NC | 27509 | 1/4/2017 |
| BF7708956 | FCI PETERSBURG | 8120 | 1060 RIVER RD PO BOX90042 | PETERSBURG | VA | 23804 | 1/4/2017 |
| BU7504687 | US PENT LE CNTY JNSVL BOP | 8120 | PO BOX 900 | JONESVILLE | VA | 24263 | 1/4/2017 |
| FF1988015 | FCI MCDOWELL BOP | 8120 | 101 FEDERAL DRIVE | WELCH | WV | 24801 | 1/4/2017 |
| AF2435609 | HOWARD UNIVERSITY HSP FSS | 8120 | 2041 GEORGIA AVENUE N W | WASHINGTON | DC | 20060 | 1/4/2017 |
| FS0578801 | SITTER & BARFOOT VET PHCY | 8120 | 1601 BROAD ROCK BLVD | RICHMOND | VA | 23224 | 1/4/2017 |
| BV7236638 | VIRGINIA VETERANS CARE CE | 8120 | 4550 SHENANDOAH AVENUE NW | ROANOKE | VA | 24017 | 1/4/2017 |
| BO6151663 | DEPT OF HLTH & HUMAN SVS | 8120 | 6701 ENGLISH MUFFIN WAY | FREDERICK | MD | 21703 | 1/4/2017 |
| RP0167571 | PEACE CORPS-WASHGTN | 8120 | 1111 20TH ST NW | WASHINGTON | DC | 20526 | 1/4/2017 |
| PV0167723 | VAMC DP119 RICHOPNMKTNT30 | 8120 | 1201 BROAD ROCK BLVD | RICHMOND | VA | 23249 | 1/4/2017 |
| FBS184279 | BIRMINGHAM VA CLINIC | 8126 | 2415 7TH AVENUE SOUTH | BIRMINGHAM | AL | 35233 | 1/4/2017 |

3

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001189
MCKMDL00355393

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| BV5478359 | VA MC BIRMINGHAM AL | 8126 | 700 S 19TH STREET | BIRMINGHAM | AL | 35233 | 1/4/2017 |
| AV4942529 | VA MEDICAL CTR/TUSCALOOSA | 8126 | 3701 LOOP ROAD EAST | TUSCALOOSA | AL | 35404 | 1/4/2017 |
| FH5083770 | HUNTSVILLE VA CLINIC | 8126 | 500 MARKAVIEW ROAD | HUNTSVILLE | AL | 35805 | 1/4/2017 |
| AV5316458 | CNTRL AL VA SYS EC-TUSKEG | 8126 | 2400 HOSPITAL ROAD | TUSKEGEE | AL | 36083 | 1/4/2017 |
| AV4297342 | CENTRAL AL VA WC-MTGMRY | 8126 | 215 PERRY HILL RD | MONTGOMERY | AL | 36109 | 1/4/2017 |
| BV2658687 | VA M/C PHCY O/P MOBILE AL | 8126 | 1504 SPRINGHILL AVE #1504 | MOBILE | AL | 36604 | 1/4/2017 |
| BD3877048 | VA MED CTR PHCY IP BILOXI | 8126 | 400 VETERANS AVE | BILOXI | MS | 39531 | 1/4/2017 |
| AS3285170 | VA MED CTR PHCY OP BILOXI | 8126 | 400 VETERANS AVE RM1B102A | BILOXI | MS | 39531 | 1/4/2017 |
| AV6052699 | VAOP 626GF CHATTANOOGA | 8126 | 6098 DEBRA ROAD #5200 | CHATTANOOGA | TN | 37411 | 1/4/2017 |
| AF8998392 | FCI TALLADEGA | 8126 | 565 RENFROE ROAD | TALLADEGA | AL | 35160 | 1/4/2017 |
| FF3413793 | FCI ALICEVILLE | 8126 | 11070 HIGHWAY 14 POB 445 | ALICEVILLE | AL | 35442 | 1/4/2017 |
| AF5426691 | FED PRIS CMP MAXWELL BOP | 8126 | BLDG 1226 MAXWELL AFB | MAXWELL AFB | AL | 36112 | 1/4/2017 |
| BP1332080 | POARCH BAND-CREEK IND IHS | 8126 | 5811 JACK SPRINGS RD | ATMORE | AL | 36502 | 1/4/2017 |
| FG4659073 | GSI SVH1 ALEXANDER AL | 8126 | 1784 ELKAHATCHEE ROAD | ALEXANDER CITY | AL | 35010 | 1/4/2017 |
| FH3526615 | HMR SVH1 PELL CITY | 8126 | 7054 VETERANS PARKWAY | PELL CITY | AL | 35125 | 1/4/2017 |
| FG4659061 | GSI SVH1 HUNTSVILLE | 8126 | 2701 MERIDIAN ST | HUNTSVILLE | AL | 35811 | 1/4/2017 |
| FG4659035 | GSI SVH1 BAY MINETTE | 8126 | 300 FAULKNER DRIVE | BAY MINETTE | AL | 36507 | 1/4/2017 |
| FU0000707 | USPHS IMMIGRATION-STEWAR | 8126 | 146 CCA ROAD | LUMPKIN | GA | 31815 | 1/4/2017 |
| AV3308752 | VA PUGET SOUND IP SEATTLE | 8128 | 1660 SOUTH COLUMBIAN WAY | SEATTLE | WA | 98108 | 1/4/2017 |
| RV0142618 | VA PUGET SOUND NT SEATTLE | 8128 | 1660 SOUTH COLUMBIAN WAY | SEATTLE | WA | 98108 | 1/4/2017 |
| AV4538166 | VA PUGET SOUND AME TACOMA | 8128 | 9600 SW VETERANS DRIVE | TACOMA | WA | 98493 | 1/4/2017 |
| RV0283705 | VA PUGET SND AM LK TACOMA | 8128 | 9600 SW VETERANS DRIVE | TACOMA | WA | 98493 | 1/4/2017 |
| BF5407312 | FED DETENTION CTR SEATAC | 8128 | 2425 S 200TH STREET | SEATAC | WA | 98198 | 1/4/2017 |
| FM0121234 | MUCKLESHOOT HTL&WELL IHS | 8128 | 17500 SE 392ND STREET | AUBURN | WA | 98092 | 1/4/2017 |
| AL8917493 | LUMMI PHS IHS | 8128 | 2592 KWINA ROAD | BELLINGHAM | WA | 98226 | 1/4/2017 |
| BS9816248 | NOOKSACK TRIBAL CLIN IHS | 8128 | 2510 SULWHANON DRIVE | EVERSON | WA | 98247 | 1/4/2017 |
| BS9933260 | SOPHIE TRETTEVICK IHS | 8128 | 250 FORT STREET | NEAH BAY | WA | 98357 | 1/4/2017 |
| AI6834623 | PUYALLUP/TACOPID HLT IHS | 8128 | 2209 EAST 32ND BLDG #15 | TACOMA | WA | 98404 | 1/4/2017 |
| FP5073515 | PUYALLUP SALISH ONC IHS | 8128 | 3700 PACIFIC HWY E STE 10 | FIFE | WA | 98424 | 1/4/2017 |
| AT5011666 | ROGER SAUX HEALTH CLI IHS | 8128 | 1505 KLA-OOK-WA DRIVE | TAHOLAH | WA | 98587 | 1/4/2017 |
| BU8168901 | OMAK INDIAN HEALTH SERV | 8128 | 617 5TH AND BENTON | OMAK | WA | 98841 | 1/4/2017 |

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001190
MCKMDL00355394

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| AW3307243 | WASHINGTON VETS HOME OTC | 8128 | 1141 BEACH DRIVE, BOX 698 | RETSIL | WA | 98378 | 1/4/2017 |
| BI8637742 | IMMIGRATION & CUSTOM | 8128 | 1623 EAST J STREET | TACOMA | WA | 98421 | 1/4/2017 |
| AV2874091 | VA MC/RO ANCHORAGE AK | 8130 | 1201 N MULDOON DR | ANCHORAGE | AK | 99504 | 1/4/2017 |
| RA0107981 | ALASKA NATIVE TRIB HL IHS | 8130 | 6130 TUTTLE PLACE #2 | ANCHORAGE | AK | 99507 | 1/4/2017 |
| FS0137453 | SCF RASU PHARMACY IHS | 8130 | 4160 TUDOR CENTRE | ANCHORAGE | AK | 99508 | 1/4/2017 |
| AP5584897 | ALASKA NATIVE MC O/P IHS | 8130 | 4315 DIPLOMACY DRIVE | ANCHORAGE | AK | 99508 | 1/4/2017 |
| BA5289207 | ANCHORAGE NATIVE PRI IHS | 8130 | 4320 DIPLOMACY DR #1203 | ANCHORAGE | AK | 99508 | 1/4/2017 |
| AU4362339 | BETHEL-YUKON KUSK I/P IHS | 8130 | 700 CHIEF EDDIE HOFFMAN H | BETHEL | AK | 99559 | 1/4/2017 |
| FI0858627 | ILANKA COMM IHS | 8130 | 705 SECOND ST | CORDOVA | AK | 99574 | 1/4/2017 |
| AB2615043 | KANAKANAK HOSPITAL IP IHS | 8130 | 6000 KANAKANAK RD/POB 130 | DILLINGHAM | AK | 99576 | 1/4/2017 |
| AK9681859 | K A N A PHARMACY   IHS | 8130 | 3449 E. REZANOF DRIVE | KODIAK | AK | 99615 | 1/4/2017 |
| FV0158875 | VALLEY NATIVE PCC IHS | 8130 | 1001 S KNIK GOOSE BAY RD | WASILLA | AK | 99654 | 1/4/2017 |
| BN7427481 | NORTH STAR HL CLI PCY IHS | 8130 | 201 3RD AVE #201 | SEWARD | AK | 99664 | 1/4/2017 |
| AC2998764 | CHIEF ANDREW ISAAC  IHS | 8130 | 1717 WEST COWLES ST | FAIRBANKS | AK | 99701 | 1/4/2017 |
| AP4601008 | ALASKA NATV PHCY IHS EDI | 8130 | 7000 UULA STREET, PO BOX | BARROW | AK | 99723 | 1/4/2017 |
| AD4802915 | MANIILAQ MEDICAL CTR  IHS | 8130 | 436 5TH AND TED STEVENS W | KOTZEBUE | AK | 99752 | 1/4/2017 |
| AN7420639 | NORTON SOUND HLT CORP IHS | 8130 | 1000 GREG KRUSCHEK AVENUE | NOME | AK | 99762 | 1/4/2017 |
| BS8199918 | SEARHC MEDICAL CENTER IHS | 8130 | 1200 SALMON CREEK LN | JUNEAU | AK | 99801 | 1/4/2017 |
| BS7472563 | SEARHC HAINES MED CL IHS | 8130 | 131 FIRST AVE S | HAINES | AK | 99827 | 1/4/2017 |
| AP5103039 | MT. EDGECUMBE HOSP OP IHS | 8130 | 222 TONGASS DRIVE | SITKA | AK | 99835 | 1/4/2017 |
| BK6732083 | KETCHIKAN TRIB HTL CT IHS | 8130 | 2960 TONGASS AVENUE | KETCHIKAN | AK | 99901 | 1/4/2017 |
| BA6220824 | ALICIA ROBERTS MED CT IHS | 8130 | 7300A KLAWOCK-HOLLIS HWY | KLAWOCK | AK | 99925 | 1/4/2017 |
| AP2130021 | ANNETTE ISLAND SRVC IHS | 8130 | 563 BRENDIBLE ST/PO BX439 | METLAKATLA | AK | 99926 | 1/4/2017 |
| AV4649224 | VA MC- DENVER CO | 8131 | 1055 CLERMONT STREET | DENVER | CO | 80220 | 1/4/2017 |
| BC9900057 | COLORADO SPRINGS VA CL OP | 8131 | 3141 CENTENNIAL BLVD | COLORADO SPRIN | CO | 80907 | 1/4/2017 |
| AV4648006 | VA OP CLINIC- PUEBLO | 8131 | 4776 EAGLERIDGE CIRCLE | PUEBLO | CO | 81008 | 1/4/2017 |
| AV7091717 | VA MC GRAND JUNCTION | 8131 | 2121 NORTH AVENUE (90C) | GRAND JUNCTION | CO | 81501 | 1/4/2017 |
| BB2479079 | VA BILLINGS COMM BASED | 8131 | 1775 SPRING CREEK LANE | BILLINGS | MT | 59101 | 1/4/2017 |
| AV6289056 | VA MC-MILES CITY | 8131 | 210 S. WINCHESTER | MILES CITY | MT | 59301 | 1/4/2017 |
| AV4538419 | VAMC-CHEYENNE | 8131 | 2360 E PERSHING BLVD | CHEYENNE | WY | 82001 | 1/4/2017 |
| AV4652891 | VAMC-SHERIDAN | 8131 | FORT ROAD | SHERIDAN | WY | 82801 | 1/4/2017 |

5

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001191
MCKMDL00355395

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| AH5298179 | FCI HOSP UNIT - LITTLETON | 8131 | 9595 W QUINCY | LITTLETON | CO | 80123 | 1/4/2017 |
| BH3150199 | HLT SRV UNIT FCI FLORENCE | 8131 | 5880 STATE HIWAY 67 SOUTH | FLORENCE | CO | 81226 | 1/4/2017 |
| AU8988555 | US PUBLIC HLT IND HOSP OP | 8131 | 1 HOSPITAL ROAD | CROW AGENCY | MT | 59022 | 1/4/2017 |
| AS6355475 | PHS INDIAN HEALTH CENTER | 8131 | 420 N CHEYENNE AVE | LAME DEER | MT | 59043 | 1/4/2017 |
| BU4083779 | LODGE GRASS HEALTH CLINIC | 8131 | 418 HARDING AVE | LODGE GRASS | MT | 59050 | 1/4/2017 |
| BU3927994 | PRYOR INDIAN HLTH CLINIC | 8131 | #2 PRYOR GAP ROAD | PRYOR | MT | 59066 | 1/4/2017 |
| BC2484676 | CHIEF REDSTONE IND HLT CT | 8131 | 550 6TH AVE NORTH | WOLF POINT | MT | 59201 | 1/4/2017 |
| BV0407987 | VERNE E GIBBS HEALTH CTR | 8131 | 107 H STREET E BOX 67 | POPLAR | MT | 59255 | 1/4/2017 |
| AO4625666 | FORT BELKNAP PHS INDIAN | 8131 | 669 MAIN ST RR 1 BOX 67 | HARLEM | MT | 59526 | 1/4/2017 |
| BH5240685 | HAYS PHS INDIAN HLTH CTR | 8131 | 123 WHITECOW CANYON ROAD | HAYS | MT | 59527 | 1/4/2017 |
| BT1904968 | TRENTON COMMUNITY CLI IHS | 8131 | 331 4TH AVENUE | TRENTON | ND | 58853 | 1/4/2017 |
| AM7166057 | FORT WASHAKIE HEALTH CTR | 8131 | 29 BLACKCOLE DR | FORT WASHAKIE | WY | 82514 | 1/4/2017 |
| FC0889064 | COLORADO STATE VET EDI | 8131 | 1919 QUENTIN STREET | AURORA | CO | 80045 | 1/4/2017 |
| AC9314193 | CO STATE VETS HOME PHCY | 8131 | 903 MOORE DRIVE | FLORENCE | CO | 81226 | 1/4/2017 |
| BG7132397 | GMC VA SATELLITE PCY SVH1 | 8131 | 202 PROSPECT DRIVE | GLENDIVE | MT | 59330 | 1/4/2017 |
| BW5014220 | WSTRN NE VETS SVH2 | 8131 | 1102 WEST 42ND STREET | SCOTTSBLUFF | NE | 69361 | 1/4/2017 |
| AV5896444 | VA MC 506-ANN ARBOR | 8132 | 2215 FULLER ROAD | ANN ARBOR | MI | 48105 | 1/4/2017 |
| BV4856021 | VA MC IP 553-DETROIT | 8132 | 4646 JOHN R STREET | DETROIT | MI | 48201 | 1/4/2017 |
| PV0220361 | VA MC 553-DETROIT | 8132 | 4646 JOHN R STREET | DETROIT | MI | 48201 | 1/4/2017 |
| AV4472356 | VA MC 655-SAGINAW | 8132 | 1500 WEISS STREET | SAGINAW | MI | 48602 | 1/4/2017 |
| AV5262910 | VA MC O/P-515 BATTLE CRK | 8132 | 5500 ARMSTRONG ROAD | BATTLE CREEK | MI | 49037 | 1/4/2017 |
| BD3108722 | VAMC WYOMING HCC | 8132 | 5838 METRO WAY SW | WYOMING | MI | 49519 | 1/4/2017 |
| BN2651861 | NIMKEE MEM W CTR IHS | 8132 | 2591 SOUTH LEATON ROAD | MOUNT PLEASANT | MI | 48858 | 1/4/2017 |
| AM9112690 | GRAND RAPIDS HM-VET SVH2 | 8132 | 3000 MONROE AVENUE N.W. | GRAND RAPIDS | MI | 49505 | 1/4/2017 |
| FD2835328 | DEPT VA OP FPO AP | 8138 | PSC 517 BOX 1799 | FPO | AP | 96517 | 1/4/2017 |
| BD6707751 | S MATSUNAGA VA-HONOLULU | 8138 | 459 PATTERSON RD #2-A07 | HONOLULU | HI | 96819 | 1/4/2017 |
| BD5382421 | VA MC FOR AGING-HONOLULU | 8138 | 1 JARRET WHITE RD | HONOLULU | HI | 96859 | 1/4/2017 |
| BD9926140 | PACIFIC ISL DY-HONOLULU | 8138 | 1 JARRETT WHITE ROAD | HONOLULU | HI | 96859 | 1/4/2017 |
| BF7319280 | FED DETENTION CTR HONOLUL | 8138 | 351 ELLIOTT STREET | HONOLULU | HI | 96819 | 1/4/2017 |
| BC0603008 | CHC-DEPT OF PUBLIC HEALTH | 8138 | NAVY HILL ROAD | SAIPAN | MP | 96950 | 1/4/2017 |
| RD0259918 | DVA EMGCY PREPARD- HINES | 8144 | 1 BLK N CERMAK ON 1ST | HINES | IL | 60141 | 1/4/2017 |

6

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001192
MCKMDL00355396

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| RD0297172 | DVA EMGCY PHCY SRV-HINES | 8144 | 1 BLK N CERMAK ON 1ST AVE | HINES | IL | 60141 | 1/4/2017 |
| PD0228836 | DRUG DEPEND PROG VA HINES | 8144 | ROOSEVELT & 5TH AVE | HINES | IL | 60141 | 1/4/2017 |
| AV5589532 | VA MED/EDWARD HINES O/P | 8144 | 5000 S 5 AVE BLG200 #B109 | HINES | IL | 60141 | 1/4/2017 |
| BJ9718505 | JESSE BRWN VAMC OPCHICAGO | 8144 | 820 S DAMEN AVE/POB 8195 | CHICAGO | IL | 60612 | 1/4/2017 |
| PD0235867 | VAMC DRUG DEP TMT-CHICAGO | 8144 | 820 SOUTH DAMEN AVENUE | CHICAGO | IL | 60612 | 1/4/2017 |
| BV3878901 | VA PRIMCARE-ROCKFORD | 8144 | 816 FEATHERSTONE RD | ROCKFORD | IL | 61107 | 1/4/2017 |
| AV8937685 | VA O/P CL-PEORIA 550BY | 8144 | 7717 N ORANGE PRAIRIE RD | PEORIA | IL | 61615 | 1/4/2017 |
| AN4592691 | PHCYSC119 VA 550OP-DANVIL | 8144 | 1900 EAST MAIN ST BD58 | DANVILLE | IL | 61832 | 1/4/2017 |
| BV1314715 | VA CROWN POINT IND | 8144 | 9301 MADISON ST | CROWN POINT | IN | 46307 | 1/4/2017 |
| AV4341121 | VA N INDA HLT610-FT WAYNE | 8144 | 2121 LAKE AVENUE | FORT WAYNE | IN | 46805 | 1/4/2017 |
| AD4269406 | VA NO IND HLTH 610-MARION | 8144 | 1700 E 38TH ST | MARION | IN | 46953 | 1/4/2017 |
| AV4425701 | C J ZABLOCKI VA MILWAUKEE | 8144 | 5000 WEST NATIONAL AVE | MILWAUKEE | WI | 53295 | 1/4/2017 |
| AV4263000 | WM S MIDLTON MEM MADISON | 8144 | 2500 OVERLOOK TERRACE | MADISON | WI | 53705 | 1/4/2017 |
| FM4020599 | M C HUEMPFNER VA GRN BAY | 8144 | 2851 UNIVERSITY AVENUE | GREEN BAY | WI | 54311 | 1/4/2017 |
| BF3905518 | JHBRADLEY VA OP APPLETON | 8144 | 10 TRI PARK WAY | APPLETON | WI | 54914 | 1/4/2017 |
| BM0352980 | METROPOLITAN CORR CHICAGO | 8144 | 71 WEST VAN BUREN STREET | CHICAGO | IL | 60605 | 1/4/2017 |
| BF4126214 | FCI PEKIN | 8144 | 2600 S SECOND STREET | PEKIN | IL | 61554 | 1/4/2017 |
| AF5762112 | FCI OXFORD | 8144 | CO G & ELK AVE PO BX 500 | OXFORD | WI | 53952 | 1/4/2017 |
| FP2157572 | POKAGON POTAWATOMI HT IHS | 8144 | 32652 KNO DRIVE | DOWAGIAC | MI | 49047 | 1/4/2017 |
| AM7763419 | MENOMINEE TRIBAL CLI IHS | 8144 | W 3275 WOLF RIVER ROAD | KESHENA | WI | 54135 | 1/4/2017 |
| BS1486136 | IL VET HOME-MANTENO SVH 2 | 8144 | ONE VETERANS DRIVE | MANTENO | IL | 60950 | 1/4/2017 |
| AW8149608 | WISCONSIN VET HM SVH2 EDI | 8144 | N 2665 COUNTY ROAD QQ | KING | WI | 54946 | 1/4/2017 |
| BH4654617 | CMOP HINES MANUAL BULK | 8144 | 5TH AVENUE & ROOSEVELT | HINES | IL | 60141 | 1/4/2017 |
| AV4183959 | VAMC CPTJAMESLOVELL FHCC | 8144 | 3001 GREEN BAY ROAD | NORTH CHICAGO | IL | 60064 | 1/4/2017 |
| BD3565061 | VA OP CLNC TEMPLE LA CA | 8147 | 351 E.TEMPLEST;ATTN:PHARM | LOS ANGELES | CA | 90012 | 1/4/2017 |
| PV0133556 | VA DG DEPEND TEMPLE LA | 8147 | 351 EAST TEMPLE ST | LOS ANGELES | CA | 90012 | 1/4/2017 |
| AH3311874 | VA MC WLA RSCH LA CA | 8147 | 11301 WILSHIRE 119 BL 500 | LOS ANGELES | CA | 90073 | 1/4/2017 |
| PB0122248 | VA MC WLA LA CA | 8147 | 11301 WILSHIRE BLVD | LOS ANGELES | CA | 90073 | 1/4/2017 |
| AV5850234 | VA MC LB OP LONG BEACH CA | 8147 | 5901 E SEVENTH ST | LONG BEACH | CA | 90822 | 1/4/2017 |
| AV5478777 | VA MC OP CL SEPULVED | 8147 | 16111 PLUMMER B200RM1206 | SEPULVEDA | CA | 91343 | 1/4/2017 |
| PD0127008 | VA DRUG DEPEND/SEPULVEDA | 8147 | 16111 PLUMMER STREET | SEPULVEDA | CA | 91343 | 1/4/2017 |

7

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001193
MCKMDL00355397