Ex 17 - MCKMDL00355349-5415

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| AA2484931 | ALAMO CLINIC | 8170 | 30MI N OF HWY60 ON HWY169 | MAGDALENA | NM | 87825 | 1/4/2017 |
| AU5138311 | MESCALERO INDIAN HOSP O/P | 8170 | 1 ABALONE LOOP PO BX 210 | MESCALERO | NM | 88340 | 1/4/2017 |
| BN2997522 | STATE VETERANS HOME | 8170 | 992 S BROADWAY | TRUTH OR CONSE | NM | 87901 | 1/4/2017 |
| BW4304957 | VA CMOP - TUCSON AZ | 8170 | 3675 EAST BRITANNIA DRIVE | TUCSON | AZ | 85706 | 1/4/2017 |
| FU0023844 | USPHS IMMIGRATION-ELOY | 8170 | 1705 EAST HANNA ROAD | ELOY | AZ | 85131 | 1/4/2017 |
| BI1946827 | INS DET FCTY FLORENCE | 8170 | 3250 N PINAL PKWY | FLORENCE | AZ | 85132 | 1/4/2017 |
| BU5517430 | INS MEDICAL FAC- EL PASO | 8170 | 8915 MONTANA AVE | EL PASO | TX | 79925 | 1/4/2017 |
| AV4497194 | VA MC-PORTLAND | 8173 | 3710 SW US VET HOSP ROAD | PORTLAND | OR | 97201 | 1/4/2017 |
| BV8733760 | VA OP CLINIC-PORTLAND | 8173 | 3710 SW US VET HOSP ROAD | PORTLAND | OR | 97201 | 1/4/2017 |
| RP0289973 | VA MED-PORTLAND I/P | 8173 | 3710 SW US VET HOSP ROAD | PORTLAND | OR | 97201 | 1/4/2017 |
| BD4879928 | EUGENE SATELLITE OP CLINC | 8173 | 3355 CHAD DRIVE | EUGENE | OR | 97408 | 1/4/2017 |
| AV4535247 | VA MC-ROSEBURG | 8173 | 913 NW GARDEN VALLEY BLVD | ROSEBURG | OR | 97470 | 1/4/2017 |
| AV9679171 | VA SORCC WHT CITY - A | 8173 | 8495 CRATER LK HWY | WHITE CITY | OR | 97503 | 1/4/2017 |
| AV4496510 | VAMC-VANCOUVER | 8173 | 1601 E. 4TH PLAIN BLVD. | VANCOUVER | WA | 98661 | 1/4/2017 |
| AV4553459 | VAMC-SPOKANE | 8173 | 4815 NORTH ASSEMBLY ST | SPOKANE | WA | 99205 | 1/4/2017 |
| AV5554527 | VAMC-WALLA WALLA | 8173 | 77 WAINWRIGHT DR - 90C | WALLA WALLA | WA | 99362 | 1/4/2017 |
| BF1794418 | FCI SHERIDAN | 8173 | 27072 BALLSTON ROAD | SHERIDAN | OR | 97378 | 1/4/2017 |
| AN5011678 | NIMIIPUU HEALTH IHS | 8173 | 111 BEVER GRADE | LAPWAI | ID | 83540 | 1/4/2017 |
| BB2187006 | BENEWAH MEDICAL CTR IHS | 8173 | 427 N 12TH ST BOX388 | PLUMMER | ID | 83851 | 1/4/2017 |
| AP8985218 | PHS IND HLT CTR/CHEMAWA | 8173 | 3750 CHEMAWA ROAD NE | SALEM | OR | 97305 | 1/4/2017 |
| BG7840843 | GRAND RONDE HLT&WELLN IHS | 8173 | 9605 GRAND RONDE ROAD | GRAND RONDE | OR | 97347 | 1/4/2017 |
| BS2882290 | SILETZ COMMUNITY CLIN IHS | 8173 | 200 GWEE SHUT RD BOX 320 | SILETZ | OR | 97380 | 1/4/2017 |
| BK3569944 | KLAMATH HEALTH PHARM IHS | 8173 | 330 CHILOQUIN BLVD | CHILOQUIN | OR | 97624 | 1/4/2017 |
| AP5007580 | PHS IND HLT CTR/WARM SPR | 8173 | 1270 KOTNUM RD BOX 1209 | WARM SPRINGS | OR | 97761 | 1/4/2017 |
| AU7145281 | YELLOWHAWK TRIB HLT IHS | 8173 | 73265 CONFEDERATED WAY | PENDLETON | OR | 97801 | 1/4/2017 |
| AW3308574 | YAKIMA INDIAN HLTH CNTR | 8173 | 401 BUSTER ROAD | TOPPENISH | WA | 98948 | 1/4/2017 |
| AW5043839 | WELLPINIT PHS IND HLT CTR | 8173 | 6203 AGENCY LOOP RD | WELLPINIT | WA | 99040 | 1/4/2017 |
| AC5011680 | COLVILLE PHS INDIAN HLTH | 8173 | 19 LAKE STREET, POB 71 | NESPELEM | WA | 99155 | 1/4/2017 |
| BI3974359 | IDAHO STATE VETS HOME - L | 8173 | 821 21ST AVENUE | LEWISTON | ID | 83501 | 1/4/2017 |
| AV4321155 | VA MC OP RM1W101-IOWA CTY | 8175 | 601 HWY 6 WEST | IOWA CITY | IA | 52246 | 1/4/2017 |
| AV4911586 | VA MC-IRON MOUNTAIN | 8175 | 325 EAST H STREET | IRON MOUNTAIN | MI | 49801 | 1/4/2017 |

18

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001204
MCKMDL00355408

Appendix C
Permitted VA Registrants
Confidential Business Records – FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| AV4750091 | VAMC O/P PHCY-TOMAH | 8175 | 500 E VETERANS STREET | TOMAH | WI | 54660 | 1/4/2017 |
| FA5035616 | AUSP THOMSON | 8175 | 1100 ONE MILE ROAD | THOMSON | IL | 61285 | 1/4/2017 |
| AF5242235 | FCI SANDSTONE BOP | 8175 | 2300 COUNTY RD #29/POB999 | SANDSTONE | MN | 55072 | 1/4/2017 |
| BH2869949 | HLTH SRVS UNT FPC DULUTH | 8175 | 4464 RALSTON DRIVE | DULUTH | MN | 55814 | 1/4/2017 |
| AF2751116 | FEDERAL MED CTR-ROCHESTER | 8175 | 2110 EAST CENTER ST | ROCHESTER | MN | 55904 | 1/4/2017 |
| BB4620490 | BOP WASECA PHARMACY | 8175 | 1000 UNIVERSITY DRIVE S.W | WASECA | MN | 56093 | 1/4/2017 |
| BM9527788 | MESKWAKI PHCY SAC/FOX IHS | 8175 | 1646 305TH STREET | TAMA | IA | 52339 | 1/4/2017 |
| BB5755763 | BOIS FORTE MED CL IHS | 8175 | 5219 ST JOHNS DRIVE | NETT LAKE | MN | 55772 | 1/4/2017 |
| AS9039961 | STOCKBRIDGE MUNSEE IHS | 8175 | W12802 COUNTY HWY A | BOWLER | WI | 54416 | 1/4/2017 |
| BS5224403 | SOKAOGON CHIPPEWA HC IHS | 8175 | 3144 VANZILE RD | CRANDON | WI | 54520 | 1/4/2017 |
| FP1598866 | PETER CHRISTENSEN IHS EDI | 8175 | 129 OLD ABE ROAD | LAC DU FLAMBEAU | WI | 54538 | 1/4/2017 |
| BB3700704 | BAD RIVER CLIN PHCY IHS | 8175 | 53585 NOKOMIS ROAD | ASHLAND | WI | 54806 | 1/4/2017 |
| BL2900682 | LCO COMM HLTH IHS | 8175 | 13380 W TREPANIA ROAD | HAYWARD | WI | 54843 | 1/4/2017 |
| BD2750734 | DJ JACOBETTI HM VETS SVH2 | 8175 | 425 FISHER STREET | MARQUETTE | MI | 49855 | 1/4/2017 |
| AV4535259 | VA MC- BOISE | 8180 | 500 WEST FORT ST | BOISE | ID | 83702 | 1/4/2017 |
| AV5933379 | VA MC-FT HARRISON | 8180 | FORT HARRISON VAM&ROC | FORT HARRISON | MT | 59636 | 1/4/2017 |
| BM7003003 | VA SATELLITE-COLUM FALLS | 8180 | 400 VETERANS DRIVE | COLUMBIA FALLS | MT | 59912 | 1/4/2017 |
| AVS445259 | VAMC I/P SALT LAKE CITY | 8180 | 500 FOOTHILL BLVD | SALT LAKE CITY | UT | 84148 | 1/4/2017 |
| AU4271716 | FT HALL IND HLTH MAT MGMT | 8180 | MISSION RD, P.O. BOX 717 | FORT HALL | ID | 83203 | 1/4/2017 |
| AU5122166 | BLACKFEET SERVICE UNIT | 8180 | 760 HOSPITAL DR, PO BOX 760 | BROWNING | MT | 59417 | 1/4/2017 |
| BH4005686 | HEART BUTTE HLTHSTATION | 8180 | 81 DISNEY/PO BOX 80 | HEART BUTTE | MT | 59448 | 1/4/2017 |
| BC4289345 | CHIPPEWA CREE TRIB CL IHS | 8180 | 96 CLINIC RD | BOX ELDER | MT | 59521 | 1/4/2017 |
| BU3562166 | CONF SALISH&KOOTENAI IHS | 8180 | NO 5 AND 4TH AVE EAST | POLSON | MT | 59860 | 1/4/2017 |
| AU5531543 | CONF SALISH&KOOTENAI IHS | 8180 | 35401 MISSION DRIVE/PO BOX 88 | SAINT IGNATIUS | MT | 59865 | 1/4/2017 |
| FE0589222 | ELY SHOSHONE TRIBE IHS | 8180 | 400 NEWE VIEW | ELY | NV | 89301 | 1/4/2017 |
| BS2917067 | SOUTHERN BANDS HEALTH CTR | 8180 | 515 SHOSHONE CIRCLE | ELKO | NV | 89801 | 1/4/2017 |
| FS4393283 | OWYHEE COMM HLTH IHS | 8180 | 1623 HOSPITAL LOOP | OWYHEE | NV | 89832 | 1/4/2017 |
| AP7044198 | PHS INDIAN HEALTH CENTER | 8180 | 2MILES S OF BOTTLE HOLLOW | FORT DUCHESNE | UT | 84026 | 1/4/2017 |
| BI3186271 | STATE VETS HOME POCATELO | 8180 | 1957 ALVIN RICKEN DRIVE | POCATELLO | ID | 83201 | 1/4/2017 |
| BI7572490 | IDAHO STATE VETERANS HOME | 8180 | 320 COLLINS RD | BOISE | ID | 83702 | 1/4/2017 |
| AV6638297 | VA MC FRESNO CA | 8182 | 2615 E CLINTON AVE | FRESNO | CA | 93703 | 1/4/2017 |

19

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001205
MCKMDL00355409

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| BV4337982 | VA CLNC OF MONT SEASIDE | 8182 | 3401 ENGINEERING LANE | SEASIDE | CA | 93955 | 1/4/2017 |
| AV6806826 | VA HSP-OP MENLO PARK CA | 8182 | 795 WILLOW ROAD | MENLO PARK | CA | 94025 | 1/4/2017 |
| BV3682514 | VA MC OP-SF CA | 8182 | 4150 CLEMENT ST (OUTPT) | SAN FRANCISCO | CA | 94121 | 1/4/2017 |
| BO3745532 | VA MC-OP PALO ALTO CA | 8182 | 3801 MIRANDA AVE #119 | PALO ALTO | CA | 94303 | 1/4/2017 |
| BD6962624 | TRAVIS AFB VA OUTPATIENT | 8182 | BLDG 778 103 BODIN CIRLCE | TRAVIS AFB | CA | 94535 | 1/4/2017 |
| BV5576674 | VA PALOALTO OP LIVERMORE | 8182 | 4951 ARROYO ROAD | LIVERMORE | CA | 94550 | 1/4/2017 |
| BD3365168 | VA CLNC OP-MARTINEZ CA | 8182 | 150 MUIR RD | MARTINEZ | CA | 94553 | 1/4/2017 |
| BD4780537 | VA CLNC I/P-MARTINEZ CA | 8182 | 150 MUIR RD | MARTINEZ | CA | 94553 | 1/4/2017 |
| BD6646117 | VA OP CLI-MARE ISLAND CA | 8182 | WALNUT AVENUE BLDG 201 | MARE ISLAND | CA | 94592 | 1/4/2017 |
| AV6092439 | VA OP CLI-OAKLAND CA | 8182 | 2221 MARTIN LUTHER KING | OAKLAND | CA | 94612 | 1/4/2017 |
| PV0123872 | VA MENTAL OAKLAND CA | 8182 | 525 21ST STREET | OAKLAND | CA | 94612 | 1/4/2017 |
| BS3328413 | VA CLINIC OF SAN JOSE CA | 8182 | 80 GREAT OAKS BLVD | SAN JOSE | CA | 95119 | 1/4/2017 |
| BV9274488 | VA SANTA ROSA PHCY SR CA | 8182 | 3841 BRICKWAY BOULEVARD | SANTA ROSA | CA | 95403 | 1/4/2017 |
| BV9195240 | VA COMNTY BASED O/P UKIAH | 8182 | 630 KINGS COURT | UKIAH | CA | 95482 | 1/4/2017 |
| BE8420109 | EUREKA VETERANS CLINIC PH | 8182 | 930 W HARRIS STREET | EUREKA | CA | 95501 | 1/4/2017 |
| BD6962600 | MCCLELLAN VA O/P CLINIC | 8182 | 5342 DUDLEY BLVD | MCCLELLAN | CA | 95652 | 1/4/2017 |
| BD5275599 | VA MC OP-MATHER CA | 8182 | 10535 HOSPITAL WAY | MATHER | CA | 95655 | 1/4/2017 |
| BD7214430 | VA OP CLI-CHICO CA | 8182 | 280 COHASSET ROAD | CHICO | CA | 95926 | 1/4/2017 |
| BV1328699 | VA OP-CLI-REDDING CA | 8182 | 351 HARTNELL AVENUE | REDDING | CA | 96002 | 1/4/2017 |
| AV5701013 | VA MEDICAL CTR RENO I/P | 8182 | 975 KIRMAN | RENO | NV | 89502 | 1/4/2017 |
| FF2542163 | FCI MENDOTA BOP | 8182 | 33500 WEST CALIFORNIA AVE | MENDOTA | CA | 93640 | 1/4/2017 |
| AH5956808 | FCI DUBLIN HOSPITAL | 8182 | 5701 8TH ST CAMP PARKS | DUBLIN | CA | 94568 | 1/4/2017 |
| BU7165663 | US PRISON ATWATER BOP | 8182 | HLTH SVCS #1 FEDERAL WAY | ATWATER | CA | 95301 | 1/4/2017 |
| BF9304027 | FED CORR IN-HERLONG BOP | 8182 | 741-925 HERLONG ACCESS RD | HERLONG | CA | 96113 | 1/4/2017 |
| BF9669031 | FEATHER RIV TRBL HL-IHS | 8182 | 2145 5TH AVE | OROVILLE | CA | 95965 | 1/4/2017 |
| BF0925935 | FALLON TRIBAL HEALTH CTR | 8182 | 1001 RIO VISTA POB 1980 | FALLON | NV | 89406 | 1/4/2017 |
| AP7017761 | MCDERMITT IHS | 8182 | #112 N RESERVATION ROAD | MCDERMITT | NV | 89421 | 1/4/2017 |
| BP1582926 | PYRAMID LAKE HLTH CLINIC | 8182 | 705 HIGHWAY 446/POB 227 | NIXON | NV | 89424 | 1/4/2017 |
| BW4728614 | WALKER RIVER TRIBAL HLTH | 8182 | 1025 HOSPITAL RD/PO BOX C | SCHURZ | NV | 89427 | 1/4/2017 |
| BY4424610 | YERINGTON PAIUTE TRIB IHS | 8182 | 171 CAMPBELL LANE | YERINGTON | NV | 89447 | 1/4/2017 |
| AW1555210 | WASHOE TRIBAL CLINIC IHS | 8182 | 1559 WATASHEMU DRIVE | GARDNERVILLE | NV | 89460 | 1/4/2017 |

20

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| BR0101600 | RENO-SPARKS TRIBAL HEALTH | 8182 | 1715 KUENZLI ST | RENO | NV | 89502 | 1/4/2017 |
| AV3310517 | VETERANS HOME OF CALIF | 8182 | 123 CALIFORNIA DR | YOUNTVILLE | CA | 94599 | 1/4/2017 |
| FD2922602 | VA HHS-RANCHO CORDOVA | 8182 | 2750 MERCHANTILE DRIVE | RANCHO CORDOV | CA | 95742 | 1/4/2017 |
| AV4262983 | VAMC-WILLIAMSON MA DIV | 8183 | 2401 W MAIN | MARION | IL | 62959 | 1/4/2017 |
| AV8913394 | VA OP CLINIC-VANDERBURGH | 8183 | 6211 E WATERFORD BLVD | EVANSVILLE | IN | 47715 | 1/4/2017 |
| AV4345903 | VAMC-LEAVENWORTH | 8183 | 4101 S 4TH ST TRAFFIC WAY | LEAVENWORTH | KS | 66048 | 1/4/2017 |
| AV5136684 | VA MC COLMERY -TOPEKA | 8183 | 2200 GAGE BLVD | TOPEKA | KS | 66622 | 1/4/2017 |
| PV0163422 | VA MC JC DV PHCY-ST LOUIS | 8183 | 915 N GRAND BLVD | SAINT LOUIS | MO | 63106 | 1/4/2017 |
| AH5926475 | VA MC JC DIV 4TH-ST LOUIS | 8183 | 915 N GRAND BLVD RM B405 | SAINT LOUIS | MO | 63106 | 1/4/2017 |
| AA4418732 | VA MC JB-DIV- ST LOUIS | 8183 | #2 JEFFERSON BARRACKS DR | SAINT LOUIS | MO | 63125 | 1/4/2017 |
| PV0156275 | VA MC JB DIV-ST LOUIS | 8183 | #2 JEFFERSON BARRACKS DR | SAINT LOUIS | MO | 63125 | 1/4/2017 |
| AV4498425 | VA MC PERSHIN-POPLAR BLUF | 8183 | 1500 N WESTWOOD BLVD | POPLAR BLUFF | MO | 63901 | 1/4/2017 |
| AD3955905 | VA MEDICAL CTR KC OUTPAT | 8183 | 4801 LINWOOD BOULEVARD | KANSAS CITY | MO | 64128 | 1/4/2017 |
| AH6546569 | HARRY S TRUMAN MEM HOSP | 8183 | 800 HOSPITAL DR | COLUMBIA | MO | 65201 | 1/4/2017 |
| BG2161014 | GENE TAYLOR CB OP VA PHCY | 8183 | 600 N MAIN STREET/POB 541 | MOUNT VERNON | MO | 65712 | 1/4/2017 |
| BF4090039 | FCI-GREENVILLE | 8183 | 100 US RTE 40/PO BOX 4000 | GREENVILLE | IL | 62246 | 1/4/2017 |
| AU5145760 | U S PENITENTIARY HOSP-MAR | 8183 | 4500 PRISON ROAD | MARION | IL | 62959 | 1/4/2017 |
| AM4892609 | US PENITENTIARY HOSPITAL | 8183 | 4200 BUREAU ROAD NORTH | TERRE HAUTE | IN | 47808 | 1/4/2017 |
| AU6436871 | US PENITENTIARY-LEAVENWRT | 8183 | 1300 METROPOLITAN DRIVE | LEAVENWORTH | KS | 66048 | 1/4/2017 |
| AU7178901 | USMCFP SPRINGFIELD | 8183 | 1900 W SUNSHINE | SPRINGFIELD | MO | 65808 | 1/4/2017 |
| AH8428977 | HASKELL HEALTH CLINIC IHS | 8183 | 2415 MASSACHUSETTS | LAWRENCE | KS | 66046 | 1/4/2017 |
| AI6353344 | INDIAN HLTH CTR DIAB-IHS | 8183 | 3349 B THRASHER | WHITE CLOUD | KS | 66094 | 1/4/2017 |
| BK3771880 | KICKAPOO NAT HLTH CTR IHS | 8183 | HWY 20W OF HORTON | HORTON | KS | 66439 | 1/4/2017 |
| BP8683941 | PRAIRIE BAND POTA HLT IHS | 8183 | 11400 158TH ROAD | MAYETTA | KS | 66509 | 1/4/2017 |
| BI2270483 | ILLINOIS VETS HOME SVH2 | 8183 | 1707 N 12TH STREET | QUINCY | IL | 62301 | 1/4/2017 |
| BD4829062 | VA CMOP LEAVENWORTH #2 | 8183 | 5000 SOUTH 13TH ST | LEAVENWORTH | KS | 66048 | 1/4/2017 |
| AV4513859 | VA HLTHCARE SYS/NEWINGTON | 8191 | 555 WILLARD AVE PHCY | NEWINGTON | CT | 06111 | 1/4/2017 |
| AF2300680 | VA NUCLR MC- 115- W HAVEN | 8191 | 950 CAMPBELL AVE BL2 2ND | WEST HAVEN | CT | 06516 | 1/4/2017 |
| RA0147048 | VA WEST HAVEN | 8191 | 950 CAMPBELL AVE BLDG 36 | WEST HAVEN | CT | 06516 | 1/4/2017 |
| BV8564393 | VA HEALTH INVEST- W HAVEN | 8191 | 950 CAMPBELL AVENUE | WEST HAVEN | CT | 06516 | 1/4/2017 |
| FV1632430 | VA/W HAVEN IP/BLDG 1 PHCY | 8191 | 950 CAMPBELL AVENUE | WEST HAVEN | CT | 06516 | 1/4/2017 |

21

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001207
MCKMDL00355411

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| AB4374904 | VA MC-NORTH HAMP-LEEDS | 8191 | 421 NORTH MAIN STREET | LEEDS | MA | 01053 | 1/4/2017 |
| BV2965614 | VA OP CLINIC-SPRINGFIELD | 8191 | 25 BOND STREET | SPRINGFIELD | MA | 01104 | 1/4/2017 |
| AF4728830 | VA HUDSON VALLEY HEALTH | 8191 | 2094 ALBANY POST ROAD | MONTROSE | NY | 10548 | 1/4/2017 |
| AV4993160 | VA MED I/P ALBANY | 8191 | 113 HOLLAND AVE | ALBANY | NY | 12208 | 1/4/2017 |
| RS0236453 | VA MEDICAL CTR ALBANY #2 | 8191 | 113 HOLLAND AVE | ALBANY | NY | 12208 | 1/4/2017 |
| AV4735239 | VA MED CTR CASTLE PT | 8191 | 41 CASTLE POINT RD | WAPPINGERS FAL | NY | 12590 | 1/4/2017 |
| PD0131449 | VAMC -DEP TRT CTR-PROV | 8191 | 830 CHALKSTONE AVE 90C | PROVIDENCE | RI | 02908 | 1/4/2017 |
| AV4514659 | VA MC-PROVIDENCE | 8191 | 830 CHALKSTONE AVENUE | PROVIDENCE | RI | 02908 | 1/4/2017 |
| AU5175117 | FCI DANBURY | 8191 | 33 1/2 PEMBROKE RD RT 37 | DANBURY | CT | 06811 | 1/4/2017 |
| AF9228912 | FCI OTISVILLE | 8191 | PO BOX 600 TWO MILE DRIVE | OTISVILLE | NY | 10963 | 1/4/2017 |
| AF9655486 | FCI HLTH SERVICE UNIT BOP | 8191 | PO BX 300 OLD RAYBROOK RD | RAY BROOK | NY | 12977 | 1/4/2017 |
| FM3125627 | MOHEGAN PHARMACY IHS | 8191 | 67 SANDY DESERT RD | UNCASVILLE | CT | 06382 | 1/4/2017 |
| AK3507994 | CONNECTICUT STATE VETERAN | 8191 | 287 WEST ST | ROCKY HILL | CT | 06067 | 1/4/2017 |
| AD4319578 | SOLDIERS HOME HOLYOKE | 8191 | 110 CHERRY ST | HOLYOKE | MA | 01040 | 1/4/2017 |
| AR4280640 | R I VETERANS HM PHARMACY | 8191 | 480 METACOM AVENUE | BRISTOL | RI | 02809 | 1/4/2017 |
| BN9535177 | VA NE CMOP CHELMSFORD | 8191 | 10 INDUSTRIAL AVENUE | CHELMSFORD | MA | 01824 | 1/4/2017 |
| AV4277845 | VA LAKE CITY OUTPATIENT | 8195 | 619 S MARION AVENUE | LAKE CITY | FL | 32025 | 1/4/2017 |
| BV0255706 | VA DAYTONA OP CLINIC | 8195 | 551 NATIONAL HLTH CARE DR | DAYTONA BEACH | FL | 32114 | 1/4/2017 |
| FD2035714 | VA/THE VILLAGES OP CLINIC | 8195 | 8900 SE 165TH MULBERRY LN | THE VILLAGES | FL | 32162 | 1/4/2017 |
| AV5214488 | VA OP CLINIC-JACKSONVILLE | 8195 | 1536 NORTH JEFFERSON ST | JACKSONVILLE | FL | 32209 | 1/4/2017 |
| BV3465970 | VA OP CLC-TALLAHASSEE | 8195 | 2181 ORANGE AVENUE EAST | TALLAHASSEE | FL | 32311 | 1/4/2017 |
| BV0464761 | VA O/P SERV PENSACOLA | 8195 | 790 VETERANS WAY ROOM | PENSACOLA | FL | 32507 | 1/4/2017 |
| FV1036638 | VA OUTPT CLINIC/EGLIN | 8195 | 100 VETERANS WAY ROOM 161 | EGLIN AFB | FL | 32542 | 1/4/2017 |
| AV4671372 | VA GAINESVILLE OUTPATIENT | 8195 | 1601 SW ARCHER ROAD | GAINESVILLE | FL | 32608 | 1/4/2017 |
| BD4632015 | VAMC LK BALDWN OP CL ORL | 8195 | 5201 RAYMOND STREET | ORLANDO | FL | 32803 | 1/4/2017 |
| FV3844936 | VAMC ORLANDO PPV | 8195 | 13800 VETERANS WAY | ORLANDO | FL | 32827 | 1/4/2017 |
| BV6325852 | VA VIERA OP CLINIC | 8195 | 2900 VETERANS WAY | VIERA | FL | 32940 | 1/4/2017 |
| AV4345559 | VA MC IP- MIAMI | 8195 | 1201 NW 16TH ST | MIAMI | FL | 33125 | 1/4/2017 |
| AV1230313 | VA OP CLC PHY-SUNRISE | 8195 | 9800 COMMERCIAL BLVD | SUNRISE | FL | 33351 | 1/4/2017 |
| BD2669995 | DEPT OF VA IP-W PALM BCH | 8195 | 7305 NORTH MILITARY TRAIL | WEST PALM BEAC | FL | 33410 | 1/4/2017 |
| FD1212961 | JAMES A HALEY VA OP TAMPA | 8195 | 12210 BRUCE B. DOWNS | TAMPA | FL | 33612 | 1/4/2017 |

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001208
MCKMDL00355412

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| BJ0413839 | JAMES A HALEY VA IP TAMPA | 8195 | 13000 BRUCE B DOWNS BLVD | TAMPA | FL | 33612 | 1/4/2017 |
| AV5307889 | VA MC I/P- ST PETTERSBURG | 8195 | 10000 BAY PINES BLVD | SAINT PETERSBUR | FL | 33708 | 1/4/2017 |
| AV8635469 | LEE CNTY VA MC-CAPE CORAL | 8195 | 2489 DIPLOMAT PARKWAY EAS | CAPE CORAL | FL | 33909 | 1/4/2017 |
| BV4345319 | VA OPCLC- NEW PORT RICHEY | 8195 | 9912 LITTLE ROAD | NEW PORT RICHEY | FL | 34654 | 1/4/2017 |
| BV0366787 | VA MAYAGUEZ OUTPAT CLINIC | 8195 | 175 ALGARROBO AVE | MAYAGUEZ | PR | 00682 | 1/4/2017 |
| BV1501700 | VA PONCE OUTPAT CLINIC | 8195 | 1010 PASEO DEL VETERANO | PONCE | PR | 00716 | 1/4/2017 |
| BD2256990 | DEPT OF VA OP-SAN JUAN | 8195 | 10 CALLE CASIA | SAN JUAN | PR | 00921 | 1/4/2017 |
| AK4351982 | USPHS HSP UNIT TALLAHASEE | 8195 | FED COR/501 CAPITAL CR NE | TALLAHASSEE | FL | 32301 | 1/4/2017 |
| BM1291347 | FCI MARIANNA | 8195 | 3625 FCI ROAD | MARIANNA | FL | 32446 | 1/4/2017 |
| BB1595911 | FED PRISON CAMP PENSC BOP | 8195 | FED PRISON CAMP PENSCOLA | PENSACOLA | FL | 32509 | 1/4/2017 |
| BF3780219 | FED DETENTION CNT MIAMI | 8195 | 33 NE 4TH STREET | MIAMI | FL | 33132 | 1/4/2017 |
| AF6804733 | FCI MIAMI | 8195 | 15801 SW 137TH AVENUE | MIAMI | FL | 33177 | 1/4/2017 |
| BF4461783 | FED CORR CMP COLEMAN | 8195 | 846 N.E. 54TH TERRACE | COLEMAN | FL | 33521 | 1/4/2017 |
| BF3335874 | FBOP METRO DETENTION CTR | 8195 | 652 CARRETERA 28 | CATANO | PR | 00963 | 1/4/2017 |
| FD2253829 | CLYDE E LASSEN NH   SVH2 | 8195 | 4650 STATE ROAD 16 | SAINT AUGUSTINE | FL | 32092 | 1/4/2017 |
| BD5967180 | VA DAYTONA HM/FL   SVH2 | 8195 | 1920 MASON AVENUE | DAYTONA BEACH | FL | 32117 | 1/4/2017 |
| BF8568909 | CLIFFORD CHESTER SIMSSVH2 | 8195 | 4419 TRAM ROAD | SPRINGFIELD | FL | 32404 | 1/4/2017 |
| BF7171589 | ALEXANDER NININGER   SVH2 | 8195 | 8401 W CYPRESS DR | PEMBROKE PINES | FL | 33025 | 1/4/2017 |
| BF8646816 | D.T JACOBSON ST NH SVH2 | 8195 | 21281 GRAYTON TERRACE | PORT CHARLOTTE | FL | 33954 | 1/4/2017 |
| BD6136534 | BALDOMERO LOPEZ  MEM SVH2 | 8195 | 6919 PARKWAY BLVD | LAND O LAKES | FL | 34639 | 1/4/2017 |
| AU1434911 | US PUBLIC HLTH SRVC MIAMI | 8195 | 18201 SW 12 STREET | MIAMI | FL | 33194 | 1/4/2017 |
| BC8566474 | CLEVELAND VAMC-LORAIN | 8772 | 5255 N ABBE RD | SHEFFIELD VILLAG | OH | 44035 | 1/4/2017 |
| AB2289709 | VA MED CTR CLEVELAND I/P | 8772 | 10701 EAST BOULEVARD | CLEVELAND | OH | 44106 | 1/4/2017 |
| PC0126929 | VA CLEVE | 8772 | 10701 EAST BOULEVARD | CLEVELAND | OH | 44106 | 1/4/2017 |
| FL4169593 | LOUIS STOKES CLEVE VAMC | 8772 | 8910 SUPERIOR AVENUE | CLEVELAND | OH | 44106 | 1/4/2017 |
| FC2992813 | CLVD VAMC PARMA OP CLINIC | 8772 | 8701 BROOKPARK ROAD | PARMA | OH | 44129 | 1/4/2017 |
| BV7509118 | VA OUTPAT CLINIC-AKRON | 8772 | 95 WEST WATERLOO RD. | AKRON | OH | 44319 | 1/4/2017 |
| BD4077839 | VA MC OP YOUNGSTON PHCY | 8772 | 2031 BELMONT AVENUE | YOUNGSTOWN | OH | 44505 | 1/4/2017 |
| AV9531319 | VA OUTPAT CLINIC-CANTON | 8772 | 733 MARKET AVENUE SOUTH | CANTON | OH | 44702 | 1/4/2017 |
| AV6733910 | VA MC HEINZ OP-PITTSBUR | 8772 | 1010 DELAFIELD ROAD | PITTSBURGH | PA | 15215 | 1/4/2017 |
| AV4977130 | VA MC UD/OP-PITTSBURGH | 8772 | 646 UNIVERSITY DRIVE C | PITTSBURGH | PA | 15240 | 1/4/2017 |

23

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001209
MCKMDL00355413

## Appendix C
### Permitted VA Registrants
### Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| AV4366868 | VA MEDICAL CENTER-BUTLER | 8772 | 325 NEW CASTLE ROAD | BUTLER | PA | 16001 | 1/4/2017 |
| AM2276625 | VA MEDICAL CENTER - ERIE | 8772 | 135 EAST 38TH ST | ERIE | PA | 16504 | 1/4/2017 |
| AV4656611 | VA MED CTR - ALTOONA | 8772 | 2907 PLEASANT VALLEY BLVD | ALTOONA | PA | 16602 | 1/4/2017 |
| AV4918085 | VA MED CTR - CLARKSBURG | 8772 | 1 MED CTR DRIVE | CLARKSBURG | WV | 26301 | 1/4/2017 |
| BF5227170 | FCI ELKTON | 8772 | 8730 SCROGGS RD | ELKTON | OH | 44415 | 1/4/2017 |
| AF2912714 | FCI MEDICAL DEPT LORETTO | 8772 | RURAL ROUTE 276/POB 1000 | LORETTO | PA | 15940 | 1/4/2017 |
| AW5378585 | FCI MORGANTOWN | 8772 | 446 GREENBAG ROAD | MORGANTOWN | WV | 26505 | 1/4/2017 |
| BU9083940 | VA - USP HAZELTON | 8772 | BOP/DOJ-SKY VIEW DRIVE | BRUCETON MILLS | WV | 26525 | 1/4/2017 |
| AP2418235 | PA SOLDIERS&SAILORS SVH2 | 8772 | 560 EAST THIRD | ERIE | PA | 16512 | 1/4/2017 |
| AN2276827 | HOLLIDAYSBURG ST VA SVH2 | 8772 | 138 VETERANS BLVD | DUNCANSVILLE | PA | 16635 | 1/4/2017 |
| FW0359186 | WV VETS NURSING FAC SVH2 | 8772 | ONE FREEDOMS WAY | CLARKSBURG | WV | 26301 | 1/4/2017 |
| FC5273381 | COOWEESCOOWEE HLTH IHS | 8165 | 395200 W 2900 RD | OCHELATA | OK | 74051 | 1/4/2017 |
| FH5083770 | HUNTSVILLE VA CLINIC | 8126 | 500 MARKAVIEW ROAD | HUNTSVILLE | AL | 35805 | 1/4/2017 |
| FF5280437 | FAYETTEVILLE VA HLTH CARE | 8120 | 7300 S RAEFORD RD | FAYETTEVILLE | NC | 28304 | 1/4/2017 |
| FA5306231 | ANTHC AMBULATORY SURG CTR | 8130 | 3801 UNIVERSITY LAKE DRIVE STE | ANCHORAGE | AK | 99508 | 1/4/2017 |
| FC5441807 | CHEROKEE NATION WW HASTING | 8165 | 100 S. BLISS AVENUE | TAHLEQUAH | OK | 74464 | 1/4/2017 |
| FW5577222 | WAH-ZHA-ZHI HLTH CNTR-IHS | 8165 | 715 GRANDVIEW | PAWHUSKA | OK | 74056 | 1/4/2017 |
| FC5560734 | CENTRAL AL VET HLTH MONTGO | 8165 | 8105 VETERANS WAY | MONTGOMERY | AL | 36117 | 1/4/2017 |
| FN0301375 | NAHATADZIIL HLTH CNTR IHS | 8170 | CHIIH'TO BLVD, BOX 125 | SANDERS | AZ | 86512 | 1/4/2017 |
| FN5743023 | NORTHERN ARAPAHOE TRIBE IHS | 8131 | 14 GREAT PLAINS ROAD | ARAPAHOE | WY | 82510 | 1/4/2017 |
| BC9509362 | CPN MAIL ORDER PHCY IHS | 8165 | 2307 S GORDON COOPER DR STE | SHAWNEE | OK | 74801 | 1/4/2017 |
| FV5742108 | VAMC SOUTH CLINIC PHARM | 8165 | 7919 MID AMERICA BLVD STE 300 | OKLAHOMA CITY | OK | 73135 | 1/4/2017 |
| FL5707344 | LOWER SIOUX IHS | 8152 | 39648 RESERVATION HWY 3 | MORTON | MN | 56270 | 1/4/2017 |
| FR5684495 | R ROUDEBUSH VA DMCY INDPS | 8164 | 9045 E. 59TH ST BLDG 402 | INDIANAPOLIS | IN | 46216 | 1/4/2017 |
| FA5757325 | ANNIKKAN INTUIT IHS | 8130 | 189 Airport Road | UNALAKLEET | AK | 99684 | 1/4/2017 |
| BA6220824 | ALICIA ROBERTS MED CT IHS | 8130 | 7300 A KLAWAOCK-HOLLIS HWY | KLAWOCK | AK | 99925 | 1/4/2017 |
| FA5794284 | ANTHC INTL IHS OPNMKNET30 | 8130 | 3900 AMBASSADOR DR STE 311 | ANCHORAGE | AK | 99508 | 1/4/2017 |
| FU0745173 | USPHS IMM BERK, DHS/ICE | 8155 | 1040 BERKS RD | LEESPORT | PA | 19533 | 1/4/2017 |
| FS5911703 | S WESTERN VETS CNTR SVH1 | 8772 | 7060 HIGHLAND DRIVE | PITTSBURGH | PA | 15206 | 1/4/2017 |
| FC6353433 | CHEHALIS TRIBAL IHS | 8128 | 21 NIEDERMAN RD | OAKVILLE | WA | 98568 | 1/4/2017 |
| FC2263173 | CPT J LOVELL FHCC -BURKEY | 8144 | 2630 GREEN BAY RD BLG3452 | GREAT LAKES | IL | 60088 | 1/4/2017 |

24

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001210
MCKMDL00355414

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| FC2263185 | CPT J LOVELL FHCC-FISHER | 8144 | 2410 SAMPSON ST BLDG 237 | GREAT LAKES | IL | 60088 | 1/4/2017 |
| FC2263197 | CPT J LOVELL FHCC-TRANQ | 8144 | 2430 ILLINOIS ST BLDG1007 | GREAT LAKES | IL | 60088 | 1/4/2017 |
| FC2263200 | CPT J LOVELL FHCC -OSBRN | 8144 | 3440 OHIO ST BLDG 1017 | GREAT LAKES | IL | 60088 | 1/4/2017 |
| FU6214605 | USPHS IMMIGRATION VARK NY | 8155 | 201 VARICK STREET 4TH FL | NEW YORK | NY | 10014 | 1/4/2017 |
| BP9613250 | PC CBOC/VA- PANAMA CITY | 8195 | 2600 VETERANS WAY, ROOM 1-A1 | PANAMA CITY BE | FL | 32408 | 1/4/2017 |
| FT6486117 | TON SELLS HOSPITAL | 8170 | PO BOX 548, 1 MESQUTIE DR | SELLS | AZ | 85634 | 1/4/2017 |

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001211
MCKMDL00355415