Ex 20 - CAH_MDL2804_03262274-2520

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

HIGHLY CONFIDENTIAL



**INTERNAL USE ONLY**

# DEA:  Anti-diversion Educational Tools/Programs for Customers

- Increased focus on educating customer pharmacists on detecting potential diversion and understanding their corresponding responsibility required under the regulations to ensure that prescriptions are filled for a legitimate medical purpose.

- Provided educational materials to pharmacy customers (both community and chain)

- Provided multiple live Pharmacy Continuing Education courses to retail independent pharmacy customers at our Annual National Retail Business Conference (RBC) sales meeting (July 2012)

- Working closely with customers to engage with them when potential issues are identified

165 of 243
© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CAH_MDL2804_03262439


**Cardinal**Health
*Essential to care*

HIGHLY CONFIDENTIAL



INTERNAL USE ONLY

# DEA:  Continuing Areas of Focus Going Forward

- High volume customers – focus on volume regardless of pharmacy's patient base or the prescriptions' seeming legitimacy
- Large chain customers – can't rely on the controls of large, publicly traded chains; will also conduct our own due diligence
- Changing nature of diversion – drug abuse continually shifting

  Today   = Oxycodone; Tomorrow?

  Today   = Florida; Tomorrow?

- DEA's approach presents challenges unlike other regulators:
  - Enforcement mindset leads to:
    - Less engagement with industry
    - Limited guidance or notice
  - In response, we are engaging with former DEA attorneys and consultants, as well as attempting to obtain informal guidance from local offices

CAH_MDL2804_03262440

166 of 243

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



CardinalHealth
Essential to care™

# Redacted - Not Responsive

CAH_MDL2804_03262441

**Redacted - Not Responsive**

CAH_MDL2804_03262442

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL

CAH_MDL2804_03262443

**Redacted - Not Responsive**

CAH_MDL2804_03262444

# Redacted - Not Responsive

CAH_MDL2804_03262445

**Redacted - Not Responsive**

CAH_MDL2804_03262446

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL                                                    CAH_MDL2804_03262448

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL

CAH_MDL2804_03262449

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL

# Redacted - Not Responsive

CAH_MDL2804_03262451

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL



**CardinalHealth**

## CARDINAL HEALTH CONFIDENTIAL

To:    Cardinal Health Audit Committee of the Board of Directors

From:  Craig Morford

Date:   October 31, 2012

Subject:   Quarterly Update – Q1 FY13
            Ethics and Compliance Program
            Enterprise Risk Management

**Q1 FY13 Ethics and Compliance Program update**

# Redacted - Not Responsive

179 of 243

# Redacted - Not Responsive

CAH_MDL2804_03262454

# Redacted - Not Responsive

CAH_MDL2804_03262455

Audit Committee of the Board of Directors
Quarterly Update – Q1 FY13
October 31, 2012
Page 4 of 5

**Redacted - Not Responsive**

- Enterprise Risk Management:

**Redacted - Not Responsive**

182 of 243

HIGHLY CONFIDENTIAL

CAH_MDL2804_03262456

Audit Committee of the Board of Directors
Quarterly Update – Q1 FY13
October 31, 2012
Page 5 of 5

# Redacted - Not Responsive

Appendix B - Board of Directors Enterprise Risk List

HIGHLY CONFIDENTIAL                                CAH_MDL2804_03262457

# Redacted - Not Responsive

CAH_MDL2804_03262458

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL CAH_MDL2804_03262459

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL

CAH_MDL2804_03262460

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL   CAH_MDL2804_03262464

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL                    CAH_MDL2804_03262465

# Redacted - Not Responsive

CAH_MDL2804_03262466

HIGHLY CONFIDENTIAL

INTERNAL USE ONLY

# Board of Directors November 2012
# **Enterprise Risk List**

Appendix B

| Risk Name | Risk Description | Risk Owner | Mitigation | Oversight | Date First Addressed with Board | Date Last Addressed with Board | Status Update | Strategy Alignment |
|---|---|---|---|---|---|---|---|---|
| | | | Redacted – Not Responsive | | | | | |
| DEA Regulatory Action | Risk of DEA regulatory action and/or disruption at Cardinal Health facilities. | Craig Morford/ Mike Kaufmann | • Suspicious order monitoring program staffed by experienced pharmacists<br>• Know your Customer program<br>• Advanced analytics to drive focused customer visits<br>• Focused approach re: higher risk areas (e.g., Florida)<br>• Business continuity – back up DEA and state licensure<br>• DEA meetings – attend and monitor | Quality Council | Nov-10 | Nov-12 (Audit Committee) | Corporate Audit verified the mitigation process presented to the Board and confirmed that based on the review procedures performed the mitigation plans have been implemented as communicated to the Board of Directors. | Operational<br>Generics<br>Ambulatory Care |

Cardinal Health Confidential – For internal use only

193 of 243
© Copyright 2011, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



**Cardinal**Health
Essential to care™

CAH_MDL2804_03262467

HIGHLY CONFIDENTIAL

INTERNAL USE ONLY

## Board of Directors November 2012
# Enterprise Risk List

Appendix B

| Risk Name | Risk Description | Risk Owner | Mitigation | Oversight | Date First Addressed with Board | Date Last Addressed with Board | Status Update | Strategy Alignment |
|---|---|---|---|---|---|---|---|---|
| DEA Regulatory Action (cont'd) | | | | | | | Update: On February 3, 2012, the DEA issued an immediate suspension / show cause order against the controlled substances registration for the Cardinal Health distribution center in Lakeland, Florida. Cardinal Health is pursuing legal avenues to challenge the action and has implemented business continuity plans. | |

Redacted - Not Responsive

Cardinal Health Confidential – For internal use only

9

194 of 243
© Copyright 2011, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**Cardinal**Health
*Essential to care™*

**Redacted - Not Responsive**

CAH_MDL2804_03262469

**Redacted - Not Responsive**

 CAH_MDL2804_03262470

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL

**Redacted - Not Responsive**

CAH_MDL2804_03262474

# ITEM 10

## GENERAL COUNSEL UPDATE

HIGHLY CONFIDENTIAL

CAH_MDL2804_03262475



## CARDINAL HEALTH CONFIDENTIAL

October 26, 2012

Cardinal Health Audit Committee
Cardinal Health, Inc.
7000 Cardinal Place
Dublin, Ohio  43017

Dear Audit Committee Members:

We are pleased to provide you with this report of lawsuits and claims.

# Redacted - Not Responsive

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

202 of 243

1

HIGHLY CONFIDENTIAL

# **Redacted - Not Responsive**

Please do not hesitate to call me if you have any questions.

Very truly yours,

*Steve*

Stephen T. Falk
EVP, General Counsel & Secretary

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

203 of 243

2

HIGHLY CONFIDENTIAL

CAH_MDL2804_03262477

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL

# Redacted - Not Responsive

**2(a).  Lakeland, Florida Distribution Center DEA Investigation (Pharmaceutical Segment)**

- **Brief Description:** U.S. Drug Enforcement Agency ("DEA") investigation of controlled substance procedures and processes at the Company's Lakeland distribution center with respect to Florida pharmacies, including CVS chain stores.

# Redacted - Privileged

- Matter History: In October 2011, DEA issued a Warrant for Inspection to our Lakeland distribution facility and collected records relating to the distribution of controlled substances from the facility, including information on particular customers that had purchased the largest amounts of oxycodone from August 2010 through May 2011. In November, DEA served an administrative subpoena requesting additional records. In connection with this matter, Cardinal Health ceased distribution of controlled substances to some pharmacy customers.

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

5

HIGHLY CONFIDENTIAL

On February 3, 2012, DEA served the Company's Lakeland facility with an immediate suspension order ("ISO") of the facility's DEA registration and an Order to Show Cause why the facility's DEA registration should not be revoked. The Company was granted a TRO to the ISO by the U.S. District Court for the District of Columbia, which was then dissolved on February 29 when the Court denied the Company's preliminary injunction motion. On March 2, the U.S. Court of Appeals for the District of Columbia Circuit granted an administrative stay to the ISO, which was dissolved on March 16 when the appellate court denied the Company's motion for a stay for the duration of the appeal.

On May 14, 2012, Cardinal Health and the DEA reached a settlement in this matter. The terms of the settlement include an agreed-upon two-year suspension of the Lakeland facility's controlled substance registration, a release from DEA administrative claims (e.g. license suspensions) for all Company distribution facilities for prior acts, and agreed-upon enhancements to our anti-diversion system. The settlement does not include a monetary component, although the DEA expressly reserved the right to seek potential civil fines through referrals to U.S. Attorneys' offices.

# Redacted - Not Responsive

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

6

HIGHLY CONFIDENTIAL

# Redacted - Not Responsive

**3(a). Shareholder Derivative Litigation (Corporate)**

- **Brief Description:** Shareholder derivative lawsuits alleging breach of fiduciary duties in connection with DEA proceedings.

# Redacted - Privileged

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

208 of 243

HIGHLY CONFIDENTIAL

# Redacted - Privileged

- <u>Matter History</u>: In May and June 2012, three shareholder derivative lawsuits were filed in Ohio state and federal courts against certain of the Company's current and former directors and officers ("Defendants") in connection with the DEA's proceedings against Cardinal Health in 2007-2008 and 2011-2012.  In all three cases, plaintiffs allege that Defendants breached their fiduciary duties by failing to adequately monitor the Company's efforts, to cause the Company to implement an adequate system of controls, and to prevent diversion of controlled substances, thereby causing the Company to incur expenses and other harm in connection with the defense and resolution of the two DEA proceedings.  Motions to dismiss have been filed in all three cases.

## 3(b). DEA/AUSA Civil Penalty Referrals (*f/k/a Baltimore MSI Subpoenas*) (Pharmaceutical Segment)

- **Brief Description:**  Inquiries by AUSA offices regarding controlled substance distributions following Lakeland DEA investigation and settlement.

# Redacted - Privileged

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

HIGHLY CONFIDENTIAL                    CAH_MDL2804_03262483

# Redacted - Privileged

- Matter History:  On July 20, 2010, Cardinal Health received a subpoena from DEA requesting certain records related to the distribution of controlled substances to four Medicine Shoppe franchisees in the Baltimore area.  On March 30, 2012, the Company received two more subpoenas requesting information relating to two prescribing physicians and five stores (three retail independent stores and two CVS stores) to which Cardinal Health distributed controlled substances.  The DEA also asked to interview employees from the Company's compliance and sales groups.  Based on statements made by the DEA during the settlement of the Lakeland DEA investigation, and discussions with the Assistant U.S. Attorney managing the case, we now understand that the Baltimore AUSA will be seeking a financial penalty for the alleged failures to report suspicious orders.  We met with the DEA and the Baltimore AUSA on July 17, 2012, during which we learned of the activity of three other U.S. Attorney's offices along similar lines.

# Redacted - Not Responsive

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

HIGHLY CONFIDENTIAL

# Redacted - Not Responsive

CAH_MDL2804_03262485

# Redacted - Not Responsive

## 4. EXISTING MATTERS WITHOUT SIGNIFICANT DEVELOPMENTS

**4(a).  State of West Virginia vs. Cardinal Health, Inc. (Pharmaceutical Segment):** Suit by West Virginia Attorney General relating to controlled substance distributions in the State of West Virginia.

Redacted - Privileged

# Redacted - Not Responsive

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

HIGHLY CONFIDENTIAL                                       CAH_MDL2804_03262487

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL

# ITEM 11

# AUDIT COMMITTEE MATTERS

215 of 243

CAH_MDL2804_03262489

**Redacted - Not Responsive**

CAH_MDL2804_03262490

# Redacted - Not Responsive

CAH_MDL2804_03262491

**Redacted - Not Responsive**

CAH_MDL2804_03262492

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL                                                                                     CAH_MDL2804_03262494

**Redacted - Not Responsive**

CAH_MDL2804_03262495

**Redacted - Not Responsive**

CAH_MDL2804_03262496

# Redacted - Not Responsive

CAH_MDL2804_03262497

# Redacted - Not Responsive

**Redacted - Not Responsive**

CAH_MDL2804_03262499

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL

# ITEM 12

## AUDIT COMMITTEE SESSIONS ALONE

HIGHLY CONFIDENTIAL

CAH_MDL2804_03262501

# Redacted - Not Responsive

HIGHLY CONFIDENTIAL

# Redacted - Not Responsive

CAH_MDL2804_03262503

# Redacted - Not Responsive

**Redacted - Not Responsive**

CAH_MDL2804_03262505

# Redacted - Not Responsive

CAH_MDL2804_03262506

**Redacted - Not Responsive**

CAH_MDL2804_03262507

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL

**Redacted - Not Responsive**

CAH_MDL2804_03262509

**Redacted - Not Responsive**

CAH_MDL2804_03262510

# Redacted - Not Responsive

CAH_MDL2804_03262511

**Redacted - Not Responsive**

CAH_MDL2804_03262512

**Redacted - Not Responsive**

CAH_MDL2804_03262513

**Redacted - Not Responsive**

HIGHLY CONFIDENTIAL

**Redacted - Not Responsive**

CAH_MDL2804_03262515

**Redacted - Not Responsive**

CAH_MDL2804_03262516

# Redacted - Not Responsive

CAH_MDL2804_03262517



## CARDINAL HEALTH CONFIDENTIAL

To:        The Audit Committee of the Board of Directors

From:     Craig Morford, Chief Legal and Compliance Officer

Date:     October 26, 2012

Subject:  Reports involving VPs and above and other significant cases

# Redacted - Not Responsive

# Redacted - Not Responsive

CAH_MDL2804_03262519

# Redacted - Not Responsive

CAH_MDL2804_03262520