Ex 22 - Excerpts of the Deposition of Gary Hilliard taken 1/10/19 in MDL 2804

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

90950406.1

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3   IN RE: NATIONAL            )   MDL No. 2804
     PRESCRIPTION OPIATE        )
 4   LITIGATION                 )   Case No. 1:17-MD-2804
                                )
 5                              )   Hon. Dan A. Polster
     THIS DOCUMENT RELATES TO   )
 6   ALL CASES                  )
                                )
 7
 8
 9                         — — —
10               Thursday, January 10, 2019
                           — — —
11
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                 CONFIDENTIALITY REVIEW
                           — — —
13
14
15
16       Videotaped Deposition of GARY HILLIARD,
     held at Winstead PC, 2728 N. Harwood St.,
17   Dallas, Texas, commencing at 9:06 a.m. on the
     above date, before Susan Perry Miller,
18   Registered Diplomate Reporter, Certified
     Realtime Reporter, Certified Realtime
19   Captioner, and Notary Public.
20
21
                           — — —
22
                 GOLKOW LITIGATION SERVICES
23          877.370.3377 ph | fax 917.591.5672
                     deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    that had occurred in our facilities and there
 2    was never an issue with that.  So this is the
 3    format for which the original documentation
 4    was supplied to DEA.
 5              MR. BOGLE:  I move to strike as
 6        nonresponsive.
 7    QUESTIONS BY MR. BOGLE:
 8        Q.    My question was simply that
 9    during the time that you were with McKesson
10    in the regulatory department, was it your
11    understanding that the intent was when a DU45
12    report like the one we're looking at here was
13    supplied to the DEA, was that -- was that
14    intended to or not intended to be what
15    McKesson deemed to be suspicious orders from
16    the prior month?
17              MR. EPPICH:  Object to the
18        form.  It calls for speculation; asked
19        and answered.
20        A.    Yeah.  Again, it was -- this is
21    what needed to be reviewed.  This was not
22    specifically a suspicious order.
23    QUESTIONS BY MR. BOGLE:
24        Q.    Okay.  So the view during this
25    time period when DU45s were used were that
```