Ex 23 - MCKMDL00507799

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

90950406.1

| | |
|---|---|
| **From**: | Gustin, Dave [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=DAVE GUSTIN] |
| **Sent**: | 8/31/2011 3:15:43 PM |
| **To**: | Fagerskog, Dave [dave.fagerskog@mckesson.com]; Rabicke, Ammie [ammie.rabicke@mckesson.com]; Gilmore, Traci [traci.gilmore@mckesson.com]; Morrison, Tracy [tracy.morrison@mckesson.com]; Hughes, Tom [tom.hughes@mckesson.com]; Meunier, Kevin [kevin.meunier@mckesson.com]; Van Norman, Christopher [christopher.vannorman@mckesson.com]; Davis, Nicholas [nicholas.davis@mckesson.com] |
| **CC**: | Mooney, Scott [scott.mooney@mckesson.com]; Secrest, Larry [larry.secrest@mckesson.com]; Curwin, Anne [anne.curwin@mckesson.com]; Essensa, Marc [marc.essensa@mckesson.com]; Terry, Tom [tom.terry@mckesson.com] |
| **BCC**: | de Gutierrez-Mahoney, Bill [bill.mahoney@mckesson.com]; McDonald, Tom [tom.mcdonald@mckesson.com]; Oriente, Michael [michael.oriente@mckesson.com]; Jonas, Tracy [tracy.jonas@mckesson.com]; Hilliard, Gary [gary.hilliard@mckesson.com]; Russell, Bruce [bruce.russell@mckesson.com] |
| **Subject**: | a couple attachments were not sorted right. Here they are again. Project for the next few weeks. |

NC team,

I could use your help. I have thought of an area that needs tightened up in CSMP and it is the number of accounts we have that have large gaps between the amount of Oxy or Hydro they are allowed to buy (their threshold) and the amount they really need. (Their current purchases) This increases the "opportunity" for diversion by exposing more product for introduction into the pipeline than may be being used for legitimate reasons. It also makes it look like we are lax about the amount of these drugs we will sell and under what circumstances when we run related reports for the DEA.

To take a look at the attached spreadsheets, please. I ran reports on the region's Oxy and Hydro (base codes 9143 and 9193) thresholds and then began working on the resultant data.

First, I eliminated RNAs and then VAs, then I eliminated all thresholds that were more than 66% MTD as they are obviously being used. Then I eliminated all threshold under 13K per month as they are limited risks. I then eliminated the clutter by getting rid of duplicated info like excess account numbers for the same DEA license.

What I have left on the attached are thresholds that are seemingly higher than need be based on the MTD sales. They are in DC order and then sorted with the biggest gaps in usage first.

If you look at the lists you may be able to make the call to reduce some of the thresholds based on your or the sales person's knowledge of the acct. It some cases a phone call may be needed to ask if the acct is still needing such a high threshold. You need not say what the THD is, just tell them they are only using a fraction of what they are allowed and if that will be the norm you will be reducing the amount. Please share your thoughts? Email me but try not to copy "all" so we do not have an email "free-for-all" I will share as needed. Thx


Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.