Ex 25 - Excerpts of the Deposition of Eric Cherveny taken 11/09/18 in MDL 2804

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

90950406.1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4                        - - -
 5
     IN RE:   NATIONAL         :   HON. DAN A.
 6   PRESCRIPTION OPIATE       :   POLSTER
     LITIGATION                :
 7                             :
     APPLIES TO ALL CASES      :   NO.
 8                             :   1:17-MD-2804
                               :
 9
               - HIGHLY CONFIDENTIAL -
10
     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                        - - -
12
                  November 9, 2018
13
                        - - -
14
15          Videotaped deposition of
     ERIC CHERVENY, taken pursuant to notice,
16   was held at the law offices of Reed
     Smith, LLP, 1717 Arch Street,
17   Philadelphia, Pennsylvania, beginning at
     9:50 a.m., on the above date, before
18   Michelle L. Gray, a Registered
     Professional Reporter, Certified
19   Shorthand Reporter, Certified Realtime
     Reporter, and Notary Public.
20
                        - - -
21
22         GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
23              deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            decision -- the decisionmaking
 2            regarding my investigation that I
 3            completed was conducted, you know,
 4            outside of my realm.  So I'm not
 5            sure what the -- what the -- what
 6            the results of those -- those
 7            investigations entailed.
 8   BY MR. PIFKO:
 9            Q.   Did you make any
10   recommendations for actions in the
11   report?
12            A.   You know, it's been so long
13   ago, I don't recall.
14            Q.   Do you recall if one of the
15   things that you were evaluating was
16   whether to fill the order?
17            A.   Well, keep in mind this was
18   a system that we operated that was
19   prior -- prior to the system that held
20   orders.
21            Q.   Okay.
22            A.   So this was investigations
23   that occurred after the shipment was
24   already completed.
```

1  Q. Okay. So it's your
2 understanding that all these orders and
3 in the possible suspicious order report
4 had already been shipped; is that
5 correct?
6  A. Yes. Those were -- those
7 were orders that have already been
8 shipped. That's correct.
9  Q. Okay. And you would look at
10 it to evaluate whether there were
11 concerns, and you would generate a
12 report, but you didn't make any
13 recommendations for a course of action
14 going forward; is that correct?
15  A. That's correct.
16  Q. You provided that to Steve
17 Mays, the report?
18  A. Yes. I believe I give it
19 directly to Steve Mays.
20  Q. Did you send it by e-mail?
21  A. I don't recall. We may have
22 just put it in the Law Track system and
23 he retrieved it from there. I don't
24 recall how I gave it to him.