Ex 28 - MCKMDL00557196-7249

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

**MCKESSON**



# State of Prescription Drug Abuse

## Gary Boggs

### Olive Branch

McKesson Corporation Privileged & Confidential    For Internal Use Only

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557196



*Protecting America From Prescription Drug Diversion*

# The Impact of Effective Compliance

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557197



# History

## *Understanding the Problem*

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Collision Course

➢ **OxyContin 1995; Percocet 1999**

➢ **Mid 1990's the risk of addiction was significantly underestimated**

➢ **Late 1990's doctors began aggressively prescribing pain killers – a radical change in health care behavior**

➢ **Manufacturers fueled the use of prescription pain killers**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Purdue Pharma - $635 Million Fine

"In 2007, Purdue was accused of fraudulently misleading doctors by claiming, with no proof, that its narcotic painkiller OxyContin was less addictive, less likely to cause withdrawal and less subject to abuse than other pain medications.  A court imposed fines and restitution payments totaling $635 million." (Journal Sentinel, "Painkiller Boom Fueled by Networking", February 18, 2012)

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557200



# Cephalon - $425 Million Fine

"In 2008, Cephalon settled an investigation of off-label marketing of three of its drugs, including Actiq, a powerful painkilling product manufactured as a lollipop with the drug fentanyl. The drug was approved for use only by cancer patients who no longer were getting pain relief from morphine-based drugs. But Cephalon allegedly promoted the drug for non-cancer patients with conditions ranging from migraines to injuries. Cephalon agreed to pay a $425 million penalty." (Journal Sentinel, "Painkiller Boom Fueled by Networking", February 18, 2012)

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557201

# U.S. Rates of Opioid Overdose Deaths, Sales, and Treatment Admissions, 1999-2010



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557202

# The Controlled Substances Act



- Congress carve out for controlled substances

- Establishes a <u>closed system</u> of distribution

- Creates checks and balances between registrants to protect the public health and safety

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557203



# Checks and Balances Under the CSA

• Distributors of controlled substances

*"The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances…Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."* (21 CFR §1301.74(b))

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Checks and Balances Under the CSA





## Practitioners

*"A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of professional practice."*
(21 CFR §1306.04(a))

*United States v Moore*
*423 US 122 (1975)*



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557205



# Checks and Balances Under the CSA

Pharmacists – The Last Line of Defense

*"The responsibility for the proper prescribing and dispensing of controlled substances is upon the practitioner, but a corresponding responsibility rests with the pharmacist who fills the prescription."*

(21 CFR §1306.04(a))

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557206

# The Closed System of Distribution



MCKMDL00557207

# What can happen when these checks and balances collapse?

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557208



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557209

# Purchases of Hydrocodone by Known or Suspected Rogue Internet Pharmacies – 2006

| RANK | DEA NUMBER | REGISTRANT NAME | COUNTY | CITY | STATE | ZIP CODE | DOSAGE UNITS |
|---|---|---|---|---|---|---|---|
| 1 | BM9038010 | MEDIPHARM-RX, INC | Hillsborough | TAMPA | FLORIDA | 33614 | 15,596,380 |
| 2 | BA8622284 | AVEE PHARMACY INC | Pinellas | CLEARWATER | FLORIDA | 33765 | 9,077,810 |
| 3 | BA9323089 | ACCUMED RX INC | Hillsborough | TAMPA | FLORIDA | 33614 | 8,760,876 |
| 4 | BN3795892 | NEWCARE HOME HEALTH SERVICES | Baltimore City | BALTIMORE | MARYLAND | 21213 | 5,876,300 |
| 5 | BP8680779 | PMSI INC | Hillsborough | TAMPA | FLORIDA | 33619 | 5,718,200 |
| 6 | BE9086085 | ELITE PHARMACY INC | Jefferson | RIVER RIDGE | LOUISIANA | 70123 | 4,892,900 |
| 7 | BU8619491 | UNIVERSAL RX | Hillsborough | TAMPA | FLORIDA | 33634 | 4,733,290 |
| 8 | BM9085487 | MEDCENTER, INC | Polk | LAKELAND | FLORIDA | 33813 | 4,564,480 |
| 9 | BU6696073 | UNITED PRESCRIPTION SERVICES | Hillsborough | TAMPA | FLORIDA | 33612 | 4,220,840 |
| 10 | BR9174878 | RKR HOLDINGS INC DBA MEDICHEM RX | Pinellas | CLEARWATER | FLORIDA | 33759 | 3,819,320 |
| 11 | BV9062097 | VIN-KASH INC | | | FLORIDA | 33610 | 3,044,160 |
| 12 | BQ9455420 | | | | | 33809 | 3,039,490 |
| 13 | BP9000338 | | | | | 70123 | 2,750,000 |
| 14 | BG9541548 | | | | | 34652 | 2,664,120 |
| 15 | BN4151279 | NATION | | | FLORIDA | 33613 | 1,902,900 |
| 16 | BC9458539 | CRJ PHARMACY INC | | LAKELAND | FLORIDA | 33801 | 1,726,020 |
| 17 | BA7716802 | AKSHAR CHEMISTS DBA THE MEDICINE SHOPPE | Hillsborough | TAMPA | FLORIDA | 33612 | 1,619,765 |
| 18 | BJ7340906 | JEN-MAR PHARMACY SERVICES | Hillsborough | TAMPA | FLORIDA | 33604 | 1,570,350 |
| 19 | BB8092164 | BI-WISE DRUGS INC | Pinellas | TARPON SPRINGS | FLORIDA | 34689 | 1,464,900 |
| 20 | BW8909814 | WOODY PHARMACY WATERSIDE | Lincoln | DENVER | NORTH CAROLINA | 28037 | 1,402,450 |
| 21 | BB8134570 | BENAK INC DBA TAMPA DRUGS | Hillsborough | TAMPA | FLORIDA | 33617 | 1,282,800 |
| 22 | BM9591745 | MEDASSIST RX, LLC | Hillsborough | TAMPA | FLORIDA | 33619 | 1,272,860 |
| 23 | BY9713276 | YPM TOTAL CARE PHARMACY | Polk | LAKELAND | FLORIDA | 33813 | 1,039,400 |
| 24 | BH9157719 | HEALTH E CHOICE, LLC | Pasco | WESLEY CHAPEL | FLORIDA | 33543 | 1,030,050 |
| 25 | BH3228156 | HOME IV CARE OF NC INC DBA WOODY PHARMACY | Iredell | MOORESVILLE | NORTH CAROLINA | 28117 | 902,500 |
| 26 | BD5896103 | DRM ENTERPRISES INC D/B/A MARTIN DRUG | Polk | LAKELAND | FLORIDA | 33815 | 867,800 |
| 27 | BI7564594 | INTRAMED | Broward | HOLLYWOOD | FLORIDA | 33021 | 865,700 |
| 28 | AB9764095 | BOULEVARD PHARMACY | Los Angeles | ENCINO | CALIFORNIA | 91436 | 798,100 |
| 29 | BA9135395 | ARMENIA PHARMACY INC | Hillsborough | TAMPA | FLORIDA | 33604 | 793,350 |
| 30 | BL8468717 | LURD'S INCORPORATION DBA DOCTOR'S CHOICE PHARMACY | Pasco | NEW PORT RICHEY | FLORIDA | 34652 | 583,400 |
| 31 | BF9172925 | FLORENCE PHARMACY NORTH | Ravalli | FLORENCE | MONTANA | 59833 | 362,000 |
| 32 | BT5771933 | TRELLES PHARMACY MANAGEMENT | Hillsborough | TAMPA | FLORIDA | 33619 | 162,000 |
| 33 | BM9657810 | METRAGEN PHARMACEUTICALS INC. | Broward | DEERFIELD BEACH | FLORIDA | 33441 | 112,600 |
| 34 | BM9038008 | MEDIPHARM-RX, INC | Hillsborough | TAMPA | FLORIDA | 33614 | 49,600 |

**98,566,711**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557210

# Explosion of "Pain Clinics"
## Affecting the Entire East Coast and Midwest



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557211

# Historical Comparison



➢ **200 million gallons of crude oil spilled**

➢ **The coastline along 5 states was affected**

➢ **11 people killed / 17 injured and over 8,000 animals reported dead**

➢ **BP paid $40 billion in fines and cleanup costs plus $16 billion due to the Clean Water Act**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557212



# Florida Pill Mills
# Resulting "Oxy Spill"

**2009 and 2010:**

➢ **Average purchase of oxycodone products by a pharmacy – 63,294 d.u. per year**

➢**In Florida the top 100 pharmacies each purchased more than 1,226,460 d.u. – per year**

➢**44% of all oxycodone 30mg products were distributed to Florida in each year**



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557213



Oxycodone Deaths in Florida Rose from 340 in 2005 to 1,516 in 2010 – a 346% Increase!

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# DEA

UNITED STATES
## Drug Enforcement Administration
TOUGH WORK, VITAL MISSION

**HOME**    **ABOUT**    **CAREERS**    **OPERATIONS**    **DRUG INFO**    **PREVENTION**    **PRESS ROOM**    **ESPAÑOL**

About » Office Locations » New York Division » New York Division News

## NEW YORK NEWS

September 20, 2013
Contact: Public Information Officer
Number: 212-337-2906

### New York Methodist Hospital Agrees to Implement Compliance Program to Settle Civil Claims under the Controlled Substances Act
*Hospital's residents issued improper prescriptions for Adderall, a highly addictive stimulant*

**SEP 20 (BROOKLYN, N.Y.)** - Loretta E. Lynch, United States Attorney for the Eastern District of New York and Brian R. Crowell, Special Agent in Charge of the U.S. Drug Enforcement Administration, New York Division, announced today the filing and settlement of a civil action by the United States against New York Methodist Hospital ("NY Methodist"). Under a Consent Judgment, NY Methodist has agreed to implement measures designed to prevent the issuance of NY Methodist prescriptions in violation of the Controlled Substances Act and paid a civil penalty in the amount of $70,000.

In the civil action, the United States alleges that between May 2008 and July 2010, medical residents employed by NY Methodist issued a total of 194 prescriptions for Adderall without a legitimate medical purpose. The medical residents employed by NY Methodist issued the prescriptions on prescription forms bearing the name of NY Methodist. The residents, acting with other individuals, then filled the prescriptions at local pharmacies. The residents themselves consumed some of the Adderall obtained by filling the prescriptions. The remainder of the Adderall was sold, either on Craigslist or in hand to hand transactions. In 2012, in a related criminal prosecution in this district, a former NY Methodist medical resident was convicted for conspiracy to distribute and possess with intent to distribute Adderall.

Adderall, a stimulant that contains amphetamine salts, is classified as a Schedule II controlled

- New York

- 2008-2010

- Hospital

- Medical Residents

- Adderall

- Prescriptions issued without legitimate medical purpose

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557215

UNITED STATES
**Drug Enforcement Administration**

*TOUGH WORK, VITAL MISSION*

**HOME**   **ABOUT**   **CAREERS**   **OPERATIONS**   **DRUG INFO**   **PREVENTION**   **PRESS ROOM**   **ESPAÑOL**

About » Office Locations » Miami Division » Miami News

**MIAMI NEWS**

Septembr 24, 2013
Contact: Public Information Officer
Number: 954-660-4602

## Pasco County Pharmacist Sentenced for Illegally Distributing Pain Medications

**SEP 24 (TAMPA, Fla.)** – Mark R. Trouville, Special Agent in Charge (SAC), Drug Enforcement Administration (DEA), Miami Field Division, and A. Lee Bentley, III, Acting United States Attorney for the Middle District of Florida, announces that United States District Judge Susan Bucklew today sentenced Edward Benjamin Alister Beckles (59, Pasco County) to four years in federal prison for distributing oxycodone. As part of his sentence, the court also entered a money judgment in the amount of $175,000 from the criminal proceeds. Beckles was also ordered to serve a two-year term of supervised release. Beckles pleaded guilty on March 26, 2013.

In 2010, according to court documents the DEA and the Pasco County Sheriff's Office (PCSO) began an investigation to identify members of a large oxycodone distribution ring. As a result of the investigation, 33 individuals were arrested and prosecuted.

From August 2009 through January 2012, individuals obtained fraudulent prescriptions for oxycodone and had them filled at Ed's Family Friendly Pharmacy in New Port Richey. Beckles, a licensed pharmacist and owner of the pharmacy, filled the prescriptions knowing they were fraudulent. During the investigation, Beckles provided investigators with a computer printout that showed the pharmacy made in excess of $130,000 in a 45-day period from the illegal sale of oxycodone. Approximately 210 fraudulent prescriptions, each for 270 pills, were filled in the 45-day period.

- Florida
- 2009-2012
- Pharmacy
- Pharmacist/owner
- Oxycodone
- Filling prescriptions known to be fraudulent
- 56,700 pills diverted in just a 45-day period

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557216

# DEA
## UNITED STATES
## Drug Enforcement Administration
### TOUGH WORK, VITAL MISSION

**HOME**  **ABOUT**  **CAREERS**  **OPERATIONS**  **DRUG INFO**  **PREVENTION**  **PRESS ROOM**  **ESPAÑOL**

About » Office Locations » Philadelphia Division » Philadelphia Division News

### PHILADELPHIA NEWS

September 24, 2013
Contact: Public Information Officer
215-800-7761

#### Doctor Sentenced for Running Pill Mill and Contributing to a Death

**SEPT 24 (PHILADELPHIA)** – Dr. Norman Werther, 73, of Ft. Washington, PA, was sentenced today to 25 years in prison for distribution of a controlled substance resulting in death and more than 300 counts stemming from his pill mill operation. A federal jury convicted Werther on June 11, 2013 of 184 counts of illegally distributing oxycodone, 116 counts of money laundering, six counts of conspiracy to distribute controlled substances, and one count of maintaining drug-involved premises.

Werther was part of a multi-million dollar drug conspiracy involving illegal prescriptions, phony patients, and multiple drug trafficking organizations. At the time, Werther was a Montgomery County physician, running a physical therapy and rehabilitation practice in Willow Grove. He conspired with six separate groups of drug dealers. Werther was involved in the drug conspiracy between February 2009 and August 2011. The operation resulted in the illegal distribution of more than 700,000 pills containing oxycodone. At least one of the drug trafficking organizations working with Werther trafficked pills valued at more than $5 million that Werther illegally prescribed.

"Instead of using his medical license to help people, Dr. Werther chose to generate tremendous profits by putting hundreds of thousands of pills on the street illegally," said First Assistant US Attorney Louis Lappen. "In one case, as the jury found, Dr. Werther's criminal enterprise and blatant disregard for the safety of the community caused the death of a patient whom Dr. Werther knew had a history of drug addiction. The court's sentence today will send a message to a growing community of pharmaceutical drug pushers that the justice

- Pennsylvania

- 2009-2011

- Practitioner

- Oxycodone

- Writing illegal prescriptions for pseudo-patients.

- More than 700,000 pills diverted.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557217

# Prescription Drug Abuse – 2012
## 6.8 Million Americans



Source: 2012 NSDUH

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# A National Epidemic

- More than 45 people die per day from prescription opioids
  - From 4,030 in 1999 to 16,651 in 2010
  - 1 in 20 people in the U.S. reported using prescription painkillers non-medically in the past year
  - 6,700 new initiates per day in 2012

- Economic impact to America >$57 billion dollars per year

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Are We Contributing to the Problem?

- A distributor ships:
  - Only the specific drug of choice,
  - In an exorbitant amount,
  - In the primary strength,
  - To the known epicenter of diversion,
  - To a customer they had never dealt with in the past – AND – then doing it repeatedly



# Effective Compliance?

- A distributor ships multiple orders:
  - In the primary strength,
  - To the known epicenter of diversion,
  - <u>To a customer suspected of being involved in diversion</u>, and
  - Charging the customer more than normal for the drug of choice in an attempt to discourage the customer from ordering from them.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Recurring Comments

- Won't talk to us
- Won't tell us what we need to do
- Won't tell us what to look for
- Won't tell us who the suspicious registrants are
- Won't approve our SOM system
- Won't share ARCOS data with us
- The customer's registration was still valid…so
- Why couldn't we have been warned first
- We're too busy to look at everything
- If we don't sell it our competitors will

MCKMDL00557222



# Communication / Advance Warnings

- Distributor Initiative
- Reminder letters sent to industry
- Host industry conferences
- Speak at various conferences
- Meetings with HDMA and industry reps
- Educate downstream registrants to do their part
- Congressional testimony

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# ARCOS data

- Importance of knowing your own data

- Early warning sign for an emerging trend?

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557224



# Sharing Suspicious Registrant Info

- May involve ongoing criminal investigation

- Info may be protected under Grand Jury rules

- Requirement to identify and report suspicious orders does not always involve diversion

  - In many instances the registrant knew or should have known what was happening by way of their own data

- Previous litigation for doing so

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Approving SOM Systems

- One-size-fits-all doesn't work
- Allowing for differences in business models
- Allowing for innovation and flexibility
- Prevent a false sense of security
- Doing so might create complacency
- Responsibility of each registrant

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# What is the Agency Looking to Accomplish?

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557227

# Protect the Public Health and Safety – Stop the Hemorrhaging

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557228



# Distinction Between Products

- Handling controls versus non-controls



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557229

# Maintain the Closed System of Distribution – United Front



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Fixing A National Problem

The 3 Ps

- Position

- Perseverance

- Power

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557231

# Distributors Have Great Power

- **Individually and collectively**
  - **Your DEA registration**
  - **Ensure timely distribution to prevent an uninterrupted supply; and**
  - **You control the supply to downstream customers**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557232

# "With Great Power Comes Great Responsibility" *Voltaire 18ᵗʰ Century*

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557233



# "Know Your Customer"

- Legal obligation?
- To what extent?
- Good business practice
  - Leveraging your sales personnel
- Internal vs external information

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Detecting Suspicious Orders

- Use of Robust Systems

  - Must remain vigilant / keep abreast of evolving or emerging trends.

  - Identify "red flags" associated with evolving or emerging trends quickly

  - Adaptability of your SOM program to evolving or emerging trends

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Detecting Suspicious Orders

- Do not rely solely on thresholds or algorithms as a shortcut to detecting suspicious orders

- Most importantly, USE your system
  - Cannot ignore warning signs
  - Listen to employees when they do identify suspicious orders.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Employees

- What is their background or experience?

- Proper Training
  - Initial
  - Updated
  - Training the right personnel
    - Company's Leadership and Field Managers
    - Sales reps
    - Regulatory/compliance personnel

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557238



# Keeping Your Eye on the Ball

- Market dynamics can affect due diligence efforts. (shifting to different drugs based upon availability, new drugs or tamper-resistant formulations)

- Newly enacted laws can create shifts in diversion methods

- Cannot always rely on what your customers say to dispel a suspicious order. *"Trust, but verify"*

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# What Impacts Diversion?

- New technology – the Internet
  - Rogue Internet pharmacies
  - Dissemination of information, both good and bad, at lightning speed

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# What Else Impacts Diversion?

- Compliance!!!!!!!

  - The checks and balances created by the Controlled Substances Act work

  - Registrants are a force-multiplier

  - Without sustained sources of supply major diversion schemes wither away



# Newton's Law of Physics
## Need for Vigilance

- Increase in DEA enforcement actions

- Changes in Florida law

- <u>Pain clinic issue became a retail pharmacy issue</u>
  - Pharmacies affiliated with the clinic or
  - To any retail pharmacy with oxycodone in supply
  - Further shift to nationwide mail order pharmacies

- Disruption of oxycodone supply
  - Abuse of hydromorphone increased

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Speaker Notes for Slide 47

Bullet 1: Operations: Pill Street Blues; Pill Nation I and II; Juice Doctor
Increased enforcement action against wholesalers/distributors; impact on supply

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557243



# Positive Trends?

SAMHSA NSDUH data: The number of persons 12 years and older abusing pain relievers:

- 2012 – 4.9 million
- 2011 – 4.5 million
- 2010 – 5.1 million
- 2009 – 5.3 million
- 2004 – 4.3 million

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557244



# Positive Trends con't

Florida Medical Examiner's Office data:

➢ Oxycodone related deaths
- 2012 – 735
- 2011 – 1,247
- 2010 – 1,516

➢ Benzodiazepines
- 2012 – 1,337
- 2011 – 1,950
- 2010 – 1,726

Florida Department of Law Enforcement, "*Drugs Identified in Deceased Persons by Florida Medical Examiners 2012 Report*", September 2013

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Working in Today's Environment

- Recognizing where we are relative to prescription drug diversion and abuse

- Understanding who can make the greatest impact

- Level playing field across the industry

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



The irony of prescription drugs

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**"The future depends on what you do today"**



Mahatma Gandhi

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Thank You!

Contact Information:
Gary Boggs
(313) 670-0536
Email: gb3242@gmail.com

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00557249