Ex 29 - Excerpts of the Deposition of Nathan Hartle taken 7/31/18 in MDL 2804

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

90950406.1

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
     IN RE: NATIONAL            )
 4   PRESCRIPTION               )  MDL No. 2804
     OPIATE LITIGATION          )
 5   _____    )  Case No.
                                )  1:17-MD-2804
 6                              )
     THIS DOCUMENT RELATES      )  Hon. Dan A.
 7   TO ALL CASES               )  Polster
 8
                  TUESDAY, JULY 31, 2018
 9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                CONFIDENTIALITY REVIEW
11                        - - -
12          Videotaped deposition of Nathan J.
13   Hartle, held at the offices of Covington &
14   Burlington, LLP, One City Center, 850 Tenth
15   Street Northwest, Washington, DC, commencing
16   at 9:04 a.m., on the above date, before
17   Carrie A. Campbell, Registered Diplomate
18   Reporter, Certified Realtime Reporter,
19   Illinois, California & Texas Certified
20   Shorthand Reporter, Missouri & Kansas
21   Certified Court Reporter.
22                        - - -
              GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
24
25
```

```
 1   responsibility for failing to prevent the
 2   diversion of narcotics in America.  That's
 3   what you were accepting responsibility for in
 4   the 2017 settlement agreement, true?
 5             MS. HENN:  Objection to form.
 6             THE WITNESS:  Again, I'd like
 7        to look at, I mean, the language.  I
 8        know we accepted --
 9   QUESTIONS BY MR. RAFFERTY:
10        Q.   You don't know?
11        A.   No, I do.  We accepted
12   responsibility --
13        Q.   For --
14        A.   -- you know.
15        Q.   The allegations in that, you
16   know what the allegations were, right?
17        A.   Right.
18        Q.   And they surround McKesson's
19   failure to prevent diversion in America,
20   diversion of narcotics in America, true?
21             MS. HENN:  Objection to form.
22   QUESTIONS BY MR. RAFFERTY:
23        Q.   You know that.
24             MS. HENN:  Objection to form.
25             THE WITNESS:  I understand,
```

1                  Is there a relationship between

2    the number of pills that get sold and the

3    number of pills that get diverted?

4                  MS. HENN:  Objection to form.

5                  THE WITNESS:  It's hard to say,

6          but you could assume that the -- you

7          know --

8    QUESTIONS BY MR. FARRELL:

9          Q.     I don't want you to assume.

10         A.     Yeah.

11         Q.     I want you to use common sense.

12         A.     Yeah.  Using common sense and

13   basic logic, you could assume the more pills

14   that are out there, the more potential for

15   diversion there could be.

16         Q.     So if I were to tell you that a

17   company sold 100 pills and 10 of them got

18   diverted, and then I come back to you and say

19   a year later, a thousand pills got sold, what

20   does common sense and logic tell you as

21   McKesson Corporation how many pills get

22   diverted?

23                 MS. HENN:  Objection to form.

24                 THE WITNESS:  I don't think

25         it's that easy of a connection to say

1          played a role.

2     QUESTIONS BY MR. FARRELL:

3          Q.    Does McKesson believe the

4     manufacturers fueled the use of prescription

5     painkillers?

6               MS. HENN:  Objection to form.

7          Outside the scope.

8               THE WITNESS:  I think they

9          played a role.  I think there's many

10         reasons -- many things that fueled the

11         epidemic.

12    QUESTIONS BY MR. FARRELL:

13         Q.    So would you rather just punt

14    on the question?

15              MS. HENN:  Objection to form.

16              THE WITNESS:  That's what I'm

17         going to share.  That's my answer.

18    QUESTIONS BY MR. FARRELL:

19         Q.    So yes or no, does McKesson

20    Corporation believe manufacturers fueled the

21    use of prescription painkillers?

22              MS. HENN:  Objection to form.

23         Outside the scope.

24              THE WITNESS:  Like I said,

25         my -- they're part of the system.

1         They played a role.
2    QUESTIONS BY MR. FARRELL:
3         Q.    So the answer is?
4         A.    They played a role.  I wouldn't
5    say -- I wouldn't characterize it as fueled.
6    I don't know that I would use that language.
7         Q.    Fair enough.
8               The next page, 5 and 6,
9    document Purdue Pharma's $635 million fine,
10   Cephalon's $425 million fine.
11              Going to page 7, it's comparing
12   the US rates of opioid overdose deaths, sales
13   and treatment admissions.
14              Do you see that?
15        A.    I see that.
16        Q.    What is the correlation between
17   opioid sales and opioid deaths?  Are they
18   related or unrelated?
19              MS. HENN:  Objection to form.
20              THE WITNESS:  They're both
21        increasing at a similar rate.
22   QUESTIONS BY MR. FARRELL:
23        Q.    So that means they're related
24   or unrelated?
25              MS. HENN:  Objection to form.

```
 1              Obviously, it's going to be
 2        subject to the objection of your
 3        lawyers, and I just wanted to place
 4        that on the record.
 5   QUESTIONS BY MR. FARRELL:
 6        Q.    Jumping in real quick, I'm not
 7   going to spend a whole lot of time on this; I
 8   have a very specific question.
 9              Before we get into the
10   document, there's a reference in here about
11   heroin, and I just wanted to see if I could
12   cut to the chase with you.
13        A.    Okay.
14        Q.    As the McKesson corporate
15   representative, do you acknowledge that abuse
16   of prescription opium pills is a gateway to
17   the initiation of heroin?
18              MS. HENN:  Objection to form.
19        Outside the scope.
20              THE WITNESS:  Based on
21        everything that I've read and in the
22        media and statistics and discussion, I
23        would agree -- agree to that.
24   QUESTIONS BY MR. FARRELL:
25        Q.    If you abuse prescription
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   opiates, the CDC says that you're 40 times
 2   more likely to initiate heroin use.
 3              Does McKesson acknowledge
 4   that -- that prescription opiate pill abuse
 5   is a driving factor in the heroin epidemic
 6   we're also experiencing?
 7              MS. HENN:  Objection to form.
 8         Outside the scope.
 9              THE WITNESS:  Yeah, it's a
10         factor.
11   QUESTIONS BY MR. FARRELL:
12         Q.    That was easy.
13         A.    Yeah.
14         Q.    All right.  Back to this amicus
15   business.
16              (McKesson-Hartle Exhibit 38
17         marked for identification.)
18   QUESTIONS BY MR. FARRELL:
19         Q.    I'm going to mark as
20   Exhibit 38, it's 2016_04_04.  This is another
21   amicus brief.  This one is Masters
22   Pharmaceutical.
23              Does McKesson acknowledge that
24   in 2016 when this amicus brief was submitted
25   that it was still on the executive committee
```