Ex 30 - Excerpts of the Deposition of Christopher Zimmerman taken 8/3/18 in MDL 2804

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

90950406.1

Highly Confidential - Subject to Further Confidentiality Review

```
1           IN THE UNITED STATES DISTRICT COURT
2            FOR THE EASTERN DISTRICT OF OHIO
3                     EASTERN DIVISION
4                         - - -
5   IN RE:  NATIONAL      :  MDL NO. 2804
    PRESCRIPTION OPIATE   :
6   LITIGATION            :
    ------------------------------------------
7                         :  CASE NO.
    THIS DOCUMENT         :  1:17-MD-2804
8   RELATES TO ALL CASES:
                          :  Hon. Dan A.
9                         :  Polster
10                        - - -
              Friday, August 3, 2018
11                        - - -
12   HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                CONFIDENTIALITY REVIEW
13                        - - -
14            Videotaped deposition of
    CHRISTOPHER ZIMMERMAN, taken pursuant to
15  notice, was held at the law offices of
    Reed Smith, LLP, Three Logan Square, 1717
16  Arch Street, Suite 3100, Philadelphia,
    Pennsylvania 19103, beginning at 9:00
17  a.m., on the above date, before Amanda
    Dee Maslynsky-Miller, a Certified
18  Realtime Reporter.
19                        - - -
20
21
22
              GOLKOW LITIGATION SERVICES
23       877.370.3377 ph| 917.591.5672 fax
                 deps@golkow.com
24
```

Golkow Litigation Services                              Page: 1

Highly Confidential - Subject to Further Confidentiality Review

```
 1            Outside the scope.
 2               THE WITNESS:  It calls for a
 3         conclusion.  I don't know that.
 4   BY MR. PIFKO:
 5         Q.    You don't know either way?
 6         A.    I don't know --
 7         Q.    If AmerisourceBergen does
 8   not maintain effective controls to
 9   prevent diversion of Schedule II
10   substances, they can be diverted,
11   correct?
12               MR. NICHOLAS:  Object to the
13         form.  Outside the scope.
14               THE WITNESS:  Again, if we
15         don't adhere to our effective
16         controls to prevent diversion,
17         yes, diversion could occur.
18   BY MR. PIFKO:
19         Q.    Let's discuss some of the
20   company's policies and procedures with
21   respect to diversion.
22               Before we do that, do you
23   agree that the laws and regulations with
24   respect to preventing diversion remain --
```