Exhibit 31 – Number Not Used