Ex 34 - Transcript of Hearing 5/28/20, 17-md-02804 [FILED UNDER SEAL]

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

90950406.1