Ex 35 - Expert Report of R. Corey Waller, MD, MS dated 8/3/20 [FILED UNDER SEAL]

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds