Ex 17 - MCKMDL00355349-5415

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| AV4801646 | VA MC CT ICU-SD CA | 8147 | 3350 LA JOLLA VILLAGE DR | SAN DIEGO | CA | 92161 | 1/4/2017 |
| AV7675157 | PETTIS VALL OP LOMALDA CA | 8147 | 11201 BENTON ST | LOMA LINDA | CA | 92357 | 1/4/2017 |
| BD3236470 | VA OP CLI/BAKERSFIELD CA | 8147 | 1801 WESTWIND BLVD | BAKERSFIELD | CA | 93301 | 1/4/2017 |
| FV3036476 | VA MC-N LAS VEGAS | 8147 | 6900 N. PECOS RD | NORTH LAS VEGAS | NV | 89086 | 1/4/2017 |
| BM1650969 | MDC LOS ANGELES | 8147 | 535 N ALAMEDA STREET | LOS ANGELES | CA | 90012 | 1/4/2017 |
| AA3312333 | FCI TERMINAL ISLAND | 8147 | 1299 SEASIDE AVE | TERMINAL ISLAND | CA | 90731 | 1/4/2017 |
| AM6212194 | MCC SAN DIEGO | 8147 | BOP 808 UNION STREET | SAN DIEGO | CA | 92101 | 1/4/2017 |
| BF7440047 | FCI VICTORVILLE | 8147 | 13777 AIR EXPRESSWAY BLVD | VICTORVILLE | CA | 92394 | 1/4/2017 |
| AU4266498 | USP HOSPITAL - LOMPOC | 8147 | 3901 KLEIN BLVD | LOMPOC | CA | 93436 | 1/4/2017 |
| AI2626402 | INDIAN HLTH CLI PHCY IHS | 8147 | 50100 GOLSH ROAD/POB406 | PAUMA VALLEY | CA | 92061 | 1/4/2017 |
| BT8064634 | TOYIABE IND HLT PROJE IHS | 8147 | 52 TUSU LANE | BISHOP | CA | 93514 | 1/4/2017 |
| BL4662563 | LAS VEGAS PAIUTE EDI IHS | 8147 | 1257 PAIUTE CIRCLE | LAS VEGAS | NV | 89106 | 1/4/2017 |
| FC2980022 | CDVA VET HOME OF CA WLA | 8147 | 11500 NIMITZ AVE STE 301 | LOS ANGELES | CA | 90049 | 1/4/2017 |
| BV6688026 | VETERANS HM OF CALIFORNIA | 8147 | 700 EAST NAPLES COURT | CHULA VISTA | CA | 91911 | 1/4/2017 |
| BU7787875 | US IMMIGRATION & NATURALI | 8147 | 7488 CALZADA DE LA FUENTE | SAN DIEGO | CA | 92158 | 1/4/2017 |
| AV4317346 | VA MC OP PHCY- DECATUR | 8148 | 1670 CLAIRMONT RD | DECATUR | GA | 30033 | 1/4/2017 |
| PV0124242 | VA MC DRUG DEPEND DECATUR | 8148 | 1670 CLAIRMONT RD | DECATUR | GA | 30033 | 1/4/2017 |
| AV4345345 | AUGUSTA VAMC DOWNTOWN | 8148 | 950 15TH STREET | AUGUSTA | GA | 30901 | 1/4/2017 |
| BV0524555 | AUGUSTA VAMC UPTOWN O/P | 8148 | 1 FREEDOM WAY | AUGUSTA | GA | 30904 | 1/4/2017 |
| AV4384931 | VA MC- DUBLIN | 8148 | 1826 VETERANS BOULEVARD | DUBLIN | GA | 31021 | 1/4/2017 |
| BP3884346 | VA OP CLINIC-KERNERSVILLE | 8148 | 1695 KERNERSVILLE MEDICAL PAR | KERNERSVILLE | NC | 27284 | 1/4/2017 |
| BP3884334 | VA MC/CHEMO-SALISBURY | 8148 | 1601 BRENNER AVE | SALISBURY | NC | 28144 | 1/4/2017 |
| FC0885496 | CHARLOTTE VA OP-CHARLOTTE | 8148 | 3506 W. TYVOLA RD. | CHARLOTTE | NC | 28208 | 1/4/2017 |
| AV4704587 | V A MC-ASHEVILLE | 8148 | 1100 TUNNEL ROAD | ASHEVILLE | NC | 28805 | 1/4/2017 |
| AV5324671 | VA MC - COLUMBIA | 8148 | 6439 GARNERS FERRY ROAD | COLUMBIA | SC | 29209 | 1/4/2017 |
| AV4418718 | VAMC - CHARLESTON | 8148 | 109 BEE STREET | CHARLESTON | SC | 29401 | 1/4/2017 |
| AV6459754 | VA CTR GREENVILLE | 8148 | 41 PARK CREEK DRIVE | GREENVILLE | SC | 29601 | 1/4/2017 |
| AV4478853 | VAMC SPD PRCH621 MNT HOME | 8148 | 1 VETERANS WAY | MOUNTAIN HOME | TN | 37684 | 1/4/2017 |
| AU8378386 | U S PENITENTIARY HOSP-ATL | 8148 | 601 MCDONOUGH BLVD SE | ATLANTA | GA | 30315 | 1/4/2017 |
| BF2148410 | FCI JESUP | 8148 | 2600 HIGHWAY 301 | JESUP | GA | 31545 | 1/4/2017 |
| BF8982630 | FCI BENNETSVILLE BOP | 8148 | 696 MUCKERMAN RD | BENNETTSVILLE | SC | 29512 | 1/4/2017 |

8

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001194
MCKMDL00355398

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| BF8957663 | FCI SALTERS | 8148 | 8301 HIGHWAY 521 | SALTERS | SC | 29590 | 1/4/2017 |
| BF5754040 | FCI EDGEFIELD | 8148 | 501 GARY HILL RD/POB 723 | EDGEFIELD | SC | 29824 | 1/4/2017 |
| BF3365916 | FCI ESTILL | 8148 | 100 PRISON ROAD | ESTILL | SC | 29918 | 1/4/2017 |
| AU4418768 | VA CHER IND HSP EBCI IHS | 8148 | CALLER BX C-268 HOSP RT | CHEROKEE | NC | 28719 | 1/4/2017 |
| BC8910110 | CATAWABA IND HLTH SRV IHS | 8148 | 2893 STURGIS ROAD | ROCK HILL | SC | 29731 | 1/4/2017 |
| BO5539347 | VA CMOP PREBUY NCHARLSTN | 8148 | 3725 RIVERS AVE STE 2 | NORTH CHARLEST | SC | 29405 | 1/4/2017 |
| RP0355847 | VA CMOP DAL-APHENA REPACK | 8148 | 1920 FISK RD | COOKEVILLE | TN | 38506 | 1/4/2017 |
| AV6815685 | VA HOSPITAL/REPACK-NLR AR | 8149 | 2200 FORT ROOTS DR | NO LITTLE ROCK | AR | 72114 | 1/4/2017 |
| AJ2623634 | JOHN L MCLN I/P PULASKI | 8149 | 4300 WEST SEVENTH ST | LITTLE ROCK | AR | 72205 | 1/4/2017 |
| AG3285144 | VA MC-GV MONTG-JACKSON | 8149 | 1500 E WOODROW WILSON DR | JACKSON | MS | 39216 | 1/4/2017 |
| AV4549006 | ALVIN C YORK VA MED-626A4 | 8149 | 3400 LEBANON ROAD | MURFREESBORO | TN | 37129 | 1/4/2017 |
| AV5369942 | VAMC O/P-626 NASHVILLE | 8149 | 1310 24TH AVE SOUTH | NASHVILLE | TN | 37212 | 1/4/2017 |
| AV4580014 | VAMC/SPIN CORD614 MEMPHIS | 8149 | 1030 JEFFERSON AVE | MEMPHIS | TN | 38104 | 1/4/2017 |
| BF5018393 | FCI FORREST CITY | 8149 | 779 SFC 806 | FORREST CITY | AR | 72335 | 1/4/2017 |
| BF5012757 | FCI-YAZOO CITY | 8149 | 2225 HALEY BARBOUR PKY | YAZOO CITY | MS | 39194 | 1/4/2017 |
| AF7420564 | FCI MEMPHIS | 8149 | 1101 JOHN DENIE RD | MEMPHIS | TN | 38134 | 1/4/2017 |
| AF5965960 | FCI TEXARKANA | 8149 | 4001 LEOPARD DRIVE PO BOX | TEXARKANA | TX | 75501 | 1/4/2017 |
| AU4477798 | CHOCTAW HLTH CTR O/P IHS | 8149 | 210 HOSPITAL CIRCLE | CHOCTAW | MS | 39350 | 1/4/2017 |
| FV4619954 | CMOP MURFREESBORO/REFRIG | 8149 | 3209 ELAM FARMS PARKWAY | MURFREESBORO | TN | 37027 | 1/4/2017 |
| BC4595584 | VACMOP SIST MURFBORO | 8149 | 5171 SAM JARED DRIVE | MURFREESBORO | TN | 37130 | 1/4/2017 |
| AH3947136 | VA MC OP-MINNEAPOLIS | 8152 | ONE VETERANS DRIVE | MINNEAPOLIS | MN | 55417 | 1/4/2017 |
| PM0125028 | VA MC OP-MINNEAPOLIS | 8152 | ONE VETERANS DRIVE | MINNEAPOLIS | MN | 55417 | 1/4/2017 |
| AV4526250 | VA MED CTR TELEPHCY | 8152 | 4801 VETERANS DRIVE | SAINT CLOUD | MN | 56303 | 1/4/2017 |
| AV4920333 | VA MC IP-FARGO ND | 8152 | 2101 ELM ST | FARGO | ND | 58102 | 1/4/2017 |
| BN9307085 | NAYTAHWAUSH CLINIC | 8152 | 238 CHURCH STREET | NAYTAHWAUSH | MN | 56566 | 1/4/2017 |
| AU5107683 | INDIAN HEALTH CENTER | 8152 | 40520 CO HWY 34 | OGEMA | MN | 56569 | 1/4/2017 |
| AF3947073 | INDIAN HOSPITAL O/P EDI | 8152 | 425 7TH ST. N.W. | CASS LAKE | MN | 56633 | 1/4/2017 |
| AP6758443 | INDIAN HOSPITAL I/P | 8152 | 24760 HOSPITAL DRIVE HWY1 | REDLAKE | MN | 56671 | 1/4/2017 |
| AI6106834 | PHS INDIAN HOSPITAL OP | 8152 | CPS 1300 HOSPITAL LOOP, PO BO | BELCOURT | ND | 58316 | 1/4/2017 |
| FS5991143 | SPIRIT LAKE HEALTH CENTER | 8152 | 3883 74TH AVE NE | FORT TOTTEN | ND | 58335 | 1/4/2017 |
| AS4396859 | INDIAN HOSPITAL I/P | 8152 | 1010 RIVER ROAD | FORT YATES | ND | 58538 | 1/4/2017 |

9

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001195
MCKMDL00355399

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| FT1093727 | TAT TWINBUTTES TELPHY IHS | 8152 | 726 80 AVE NW | HALLIDAY | ND | 58636 | 1/4/2017 |
| FT1093715 | TAT MANDAREE TELPHCY IHS | 8152 | 305 MAIN STREET | MANDAREE | ND | 58757 | 1/4/2017 |
| FT0847989 | THREE AFFIL TRB EMHC-IHS | 8152 | 1058 COLLEGE DRIVE | NEW TOWN | ND | 58763 | 1/4/2017 |
| FT1093688 | TAT PARSHALL TELEPHCY IHS | 8152 | 107 3RD STREET SE | PARSHALL | ND | 58770 | 1/4/2017 |
| FT1093676 | TAT WHITE SHIELD TPHY IHS | 8152 | 2 CENTRAL MAIN STREET B | WHITE SHIELD | ND | 58775 | 1/4/2017 |
| AM6995370 | MINNESOTA VETERANS HOME | 8152 | 5101 MINNEHAHA AVE SO | MINNEAPOLIS | MN | 55417 | 1/4/2017 |
| BN9081299 | N DAKOTA STATE VETS HOME | 8152 | 1600 VETERANS DRIVE | LISBON | ND | 58054 | 1/4/2017 |
| AV4673910 | VA MC O/P-WILMINGTON | 8155 | 1601 KIRKWOOD HIGHWAY 000 | WILMINGTON | DE | 19805 | 1/4/2017 |
| AV4684292 | VA MC-PERRY POINT | 8155 | BUILDING 361, VAMC | PERRY POINT | MD | 21902 | 1/4/2017 |
| PD0122224 | VA EO DRG DPND CTR | 8155 | 385 TREMONT AVE | EAST ORANGE | NJ | 07018 | 1/4/2017 |
| AV6023903 | VA EO MV-EAST ORANGE | 8155 | 385 EAST TREMONT AVE | EAST ORANGE | NJ | 07019 | 1/4/2017 |
| AV4353164 | VA LY IP BLDG 53-LYONS | 8155 | 151 KNOLLCROFT RD | LYONS | NJ | 07939 | 1/4/2017 |
| BJ2707783 | JJ HOWARD OUTPT BRICK | 8155 | 970 ROUTE 70 | BRICK | NJ | 08723 | 1/4/2017 |
| AV4752742 | VA MED CTR-MANHATTAN | 8155 | 423 EAST 23RD STREET | NEW YORK | NY | 10010 | 1/4/2017 |
| PD0238243 | VA NY HARBOR MH B | 8155 | 423 EAST 23RD STREET | NEW YORK | NY | 10010 | 1/4/2017 |
| PV0133342 | VA NY HARBOR MH A | 8155 | 423 EAST 23RD STREET | NEW YORK | NY | 10010 | 1/4/2017 |
| AV4352910 | VA MED CTR OPTIFILL BRONX | 8155 | 130 WEST KINGBRIDGE RD | BRONX | NY | 10468 | 1/4/2017 |
| PV0142163 | VA BRONX | 8155 | 130 WEST KINGBRIDGE RD | BRONX | NY | 10468 | 1/4/2017 |
| AH4833148 | VA MED CTR BK MEDICAL CTR | 8155 | 800 POLY PLACE | BROOKLYN | NY | 11209 | 1/4/2017 |
| AV7251123 | VAMC EXT CARE CLINIC ST.A | 8155 | 179-00 LINDEN BLVD. | JAMAICA | NY | 11425 | 1/4/2017 |
| AV4731205 | VA MED CTR I/P NORTHPORT | 8155 | 79 MIDDLEVILLE ROAD | NORTHPORT | NY | 11768 | 1/4/2017 |
| AV6378524 | VA MEDICAL CTR-LEBANON | 8155 | 1700 SOUTH LINCOLN AVE | LEBANON | PA | 17042 | 1/4/2017 |
| AV4656801 | V A MED CTR-WILKES-BARRE | 8155 | 1111 EAST END BLVD | WILKES BARRE | PA | 18711 | 1/4/2017 |
| BV3605865 | VA NURSING HM UNIT-PHILA | 8155 | UNIV & WOODLAND AVE | PHILADELPHIA | PA | 19104 | 1/4/2017 |
| AV4673908 | VA MED CTR O/P - PHILA | 8155 | UNIV&WOODLAND AVE #1A108 | PHILADELPHIA | PA | 19104 | 1/4/2017 |
| RO0386981 | VAMC DRUG TREAT CTR-PHI | 8155 | UNIVERSITY & WOODLAND AVE | PHILADELPHIA | PA | 19104 | 1/4/2017 |
| AV4724541 | VA MEDICAL CTR COATESVILL | 8155 | 1400 BLACK HORSE HILL RD | COATESVILLE | PA | 19320 | 1/4/2017 |
| BF2149993 | FCI FAIRTON | 8155 | PO BOX 280 HIGHWAY 698 | FAIRTON | NJ | 08320 | 1/4/2017 |
| BF3953038 | FCI FORT DIX WEST | 8155 | 5756 HARTFORD & POINTVILL | JOINT BASE MDL | NJ | 08640 | 1/4/2017 |
| AM3160621 | MCC NEW YORK | 8155 | 150 PARK ROW | NEW YORK | NY | 10007 | 1/4/2017 |
| PM0147822 | MCC -NEW YORK | 8155 | 150 PARK ROW | NEW YORK | NY | 10007 | 1/4/2017 |

10

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001196
MCKMDL00355400

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| BM3710577 | MDC BROOKLYN | 8155 | 100 29TH STREET | BROOKLYN | NY | 11232 | 1/4/2017 |
| AU5424180 | US PENT HOSP- LEWISBURG | 8155 | 2400 ROBERT F MILLER DR | LEWISBURG | PA | 17837 | 1/4/2017 |
| BL3346512 | LSCI-WHITE DEER | 8155 | ROUTE 15 N, PO BOX 1500 | WHITE DEER | PA | 17887 | 1/4/2017 |
| BF3549598 | FCI ALLENWOOD | 8155 | RT 15 2 MILES N OF ALLENW | WHITE DEER | PA | 17887 | 1/4/2017 |
| BF2703735 | FCI SCHUYLKILL | 8155 | ROUTE 901 | MINERSVILLE | PA | 17954 | 1/4/2017 |
| BU8982832 | USP CANAAN WAYWART | 8155 | ROUTE 296 SOUTH | WAYMART | PA | 18472 | 1/4/2017 |
| BF6608028 | FED DETENTION CNT PHILAD | 8155 | 700 ARCH STREET, PO BOX 5 | PHILADELPHIA | PA | 19106 | 1/4/2017 |
| BL2921307 | LONG ISLAND STATE VET HM | 8155 | 100 PATRIOTS ROAD | STONY BROOK | NY | 11790 | 1/4/2017 |
| BN3893129 | G.J. MERLI VETS CTR SVH2 | 8155 | 401 PENN AVENUE | SCRANTON | PA | 18503 | 1/4/2017 |
| FD1002536 | DEL VALLEY VET HOME SVH2 | 8155 | 2701 SOUTHHAMPTON RD | PHILADELPHIA | PA | 19154 | 1/4/2017 |
| BS0792615 | SOUTHEASTERN PA VA SVH2 | 8155 | ONE VETERANS DRIVE | SPRING CITY | PA | 19475 | 1/4/2017 |
| PD0043050 | DHHS-UDP | 8155 | HHS SUPPLY SERVICE CTR 14 | PERRY POINT | MD | 21902 | 1/4/2017 |
| BU5312006 | INS DETENTION FACILITY | 8155 | 625 EVANS ST | ELIZABETH | NJ | 07201 | 1/4/2017 |
| AV4309628 | ROUDEBUSH VAMC O/P 583-IN | 8164 | 1481 WEST 10TH STREET | INDIANAPOLIS | IN | 46202 | 1/4/2017 |
| PV0123517 | ROUDEBASH VAMC INDPOLS | 8164 | 1481 WEST 10TH STREET | INDIANAPOLIS | IN | 46202 | 1/4/2017 |
| AV4598251 | VA MC-603 LOUISVILLE | 8164 | 800 ZORN AVENUE | LOUISVILLE | KY | 40206 | 1/4/2017 |
| AV6960086 | LEXINGTON VA CTR OP-596A4 | 8164 | 1101 VETERANS DRIVE | LEXINGTON | KY | 40502 | 1/4/2017 |
| AV6840272 | VA HOSP - FT THOMAS | 8164 | 1000 S FT THOMAS AVE | FORT THOMAS | KY | 41075 | 1/4/2017 |
| AV9236541 | VA OP CLINIC-COLUMBUS | 8164 | 420 NORTH JAMES ROAD | COLUMBUS | OH | 43219 | 1/4/2017 |
| AV8439653 | VA OP CENTER506BY-TOLEDO | 8164 | 1200 S. DETROIT AVE.#119 | TOLEDO | OH | 43614 | 1/4/2017 |
| BV5837274 | VA OP CLINIC MIDDLETOWN | 8164 | 4337 UNION ROAD | MIDDLETOWN | OH | 45005 | 1/4/2017 |
| AV4348757 | VA MC I/P-CINCINNATI | 8164 | 3200 VINE STREET | CINCINNATI | OH | 45220 | 1/4/2017 |
| PD0121789 | VA HOSP CINCINNATI | 8164 | 3200 VINE STREET | CINCINNATI | OH | 45220 | 1/4/2017 |
| AV4291869 | VAMC NURSING HM-DAYTON | 8164 | 4100 W 3RD ST/BLDG#320 | DAYTON | OH | 45428 | 1/4/2017 |
| RD0273336 | DP VA MNTLHLTH-DAYTON | 8164 | 4100 W THIRD STREET | DAYTON | OH | 45428 | 1/4/2017 |
| BV6133348 | VA OP CLINIC SPRINGFIELD | 8164 | 512 SOUTH BURNETT ROAD | SPRINGFIELD | OH | 45505 | 1/4/2017 |
| AV5905293 | VA MC-CHILLICOTHE | 8164 | 17273 STATE RT 104 | CHILLICOTHE | OH | 45601 | 1/4/2017 |
| BV8122739 | VA DAY OP LIMA | 8164 | 1303 BELLEFONTAINE AVE | LIMA | OH | 45804 | 1/4/2017 |
| AV5458648 | VAMC OP-581 HUNTINGTON | 8164 | 1540 SPRING VALLEY DRIVE | HUNTINGTON | WV | 25704 | 1/4/2017 |
| AV6271756 | VAMC OP-BECKLEY | 8164 | 200 VETERANS AVENUE | BECKLEY | WV | 25801 | 1/4/2017 |
| AF5959741 | FEDERAL MED CTR-LEXINGTON | 8164 | 3301 LEESTOWN PIKE | LEXINGTON | KY | 40511 | 1/4/2017 |

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001197
MCKMDL00355401

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| BF3216935 | FCI MANCHESTER BOP | 8164 | 805 FOX HOLLOW ROAD | MANCHESTER | KY | 40962 | 1/4/2017 |
| AF4960476 | FCI ASHLAND | 8164 | ROUTE 716 PO BOX 888 ST | ASHLAND | KY | 41105 | 1/4/2017 |
| BU8195922 | USP BIG SANDY BOP | 8164 | 1197 AIRPORT ROAD | INEZ | KY | 41224 | 1/4/2017 |
| BU8631271 | US PENITENTIARY MC CREARY | 8164 | 330 FEDERAL WAY | PINE KNOT | KY | 42635 | 1/4/2017 |
| AF4403464 | FED REFORM/WOMEN ALDERSON | 8164 | GLEN RAY ROAD/PO BOX A | ALDERSON | WV | 24910 | 1/4/2017 |
| BF4430738 | FCI BECKLEY BEAVER | 8164 | 1600 INDUSTRIAL PARK RD | BEAVER | WV | 25813 | 1/4/2017 |
| BF8106975 | FCI GILMER | 8164 | 201 FCI LANE | GLENVILLE | WV | 26351 | 1/4/2017 |
| BO6079126 | OHIO SANDUSKY SVH1 | 8164 | 3416 COLUMBUS AVE | SANDUSKY | OH | 44870 | 1/4/2017 |
| AV4498413 | VA MED CT FAYETTEVILLE AR | 8165 | 1100 NORTH COLLEGE AVENUE | FAYETTEVILLE | AR | 72703 | 1/4/2017 |
| AV4939293 | PHCY SRVC(119) VA-WICHITA | 8165 | 5500 EAST KELLOGG | WICHITA | KS | 67218 | 1/4/2017 |
| AV4597211 | VA MEDICAL CENTER OKC | 8165 | 921 N.E. 13TH STREET | OKLAHOMA CITY | OK | 73104 | 1/4/2017 |
| BL4433431 | LAWTON VA OP CLINIC - FED | 8165 | 4303 THOMAS | FORT SILL | OK | 73503 | 1/4/2017 |
| AV8770023 | VA OP CLINIC-TULSA | 8165 | 9322 EAST 41ST STREET | TULSA | OK | 74145 | 1/4/2017 |
| AV4592742 | VA MED CENTER MUSKOGEE | 8165 | 1011 HONOR HEIGHT DRIVE | MUSKOGEE | OK | 74401 | 1/4/2017 |
| BD5900445 | DALLAS VET AFFAIRS IP PP | 8165 | 4500 S LANCASTER ROAD | DALLAS | TX | 75216 | 1/4/2017 |
| PD0123618 | VA NTX HLT CR SYS DALLAS | 8165 | 4500 S. LANCASTER RD 116A | DALLAS | TX | 75216 | 1/4/2017 |
| AV4594025 | DPT OF VET AFF TX BONHAM | 8165 | 1201 E 9TH STREET | BONHAM | TX | 75418 | 1/4/2017 |
| BD3066986 | DEPT VET AFF OP FT WORTH | 8165 | 2201 SE LOOP 820 | FORT WORTH | TX | 76119 | 1/4/2017 |
| RV0302062 | VA NTX HTH CARESYS FTWRTH | 8165 | 2201 SE LOOP 820, 2ND FLR | FORT WORTH | TX | 76119 | 1/4/2017 |
| AV5103902 | VA MED CTR-AMARILLO | 8165 | 6010 AMARILLO BLVD WEST | AMARILLO | TX | 79106 | 1/4/2017 |
| AV6619019 | VAMC CTR O/P CLNC LUBBOCK | 8165 | 6104 AVENUE Q SOUTH DRIVE | LUBBOCK | TX | 79412 | 1/4/2017 |
| AV4590180 | VA MED CTR-BIG SPRING | 8165 | 300 VETERAN'S BLVD | BIG SPRING | TX | 79720 | 1/4/2017 |
| AU4880363 | FCI HOSP - EL RENO | 8165 | HWY 66 WEST P O BX 1000 | EL RENO | OK | 73036 | 1/4/2017 |
| BF4103139 | FED TRSFR CNT OKLCTY-CRDT | 8165 | 7410 S MACARTHUR BLVD | OKLAHOMA CITY | OK | 73189 | 1/4/2017 |
| AF4653881 | FED MEDICAL CNTR FT WORTH | 8165 | 3150 HORTON ROAD | FORT WORTH | TX | 76119 | 1/4/2017 |
| BF3924102 | FEDERAL MED CTR CARSWELL | 8165 | J ST BLDG 3000/POB 27066 | FORT WORTH | TX | 76127 | 1/4/2017 |
| AF8797815 | FED PRISON CMP B.SPRING | 8165 | 1900 SIMLER | BIG SPRING | TX | 79720 | 1/4/2017 |
| AB3353478 | ANADARKO IND HLT PUB IHS | 8165 | 201 E. PARKER MCKENZIE DR | ANADARKO | OK | 73005 | 1/4/2017 |
| AU2011043 | CARNEGIE IND HL BEHV IHS | 8165 | 212 E 4TH | CARNEGIE | OK | 73015 | 1/4/2017 |
| BA4894297 | AST LITTLE AXEHTHPHCY IHS | 8165 | 15951 LITTLE AXE DR | NORMAN | OK | 73026 | 1/4/2017 |
| FE4132914 | EL RENO IND HLC BEHAV IHS | 8165 | 1801 N. PARKVIEW DRIVE | EL RENO | OK | 73036 | 1/4/2017 |

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001198
MCKMDL00355402