Ex 17 - MCKMDL00355349-5415

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Proximate Causation Grounds

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| BP8987577 | PURCELL INDIAN CLINIC IHS | 8165 | 1438 HARDCASTLE BLVD | PURCELL | OK | 73080 | 1/4/2017 |
| PC0212643 | NATL SUPPLY SERV CTR IHS | 8165 | 501 NE 122ND ST. STE F | OKLAHOMA CITY | OK | 73114 | 1/4/2017 |
| BO3605788 | OK CITY URBAN INDIAN IHS | 8165 | 4913 W RENO | OKLAHOMA CITY | OK | 73127 | 1/4/2017 |
| AC3061013 | CHICKASAW NATION HLTH IHS | 8165 | 2510 CHICKASAW BLVD | ARDMORE | OK | 73401 | 1/4/2017 |
| AP5508998 | CHICKASAW NAT TSHMNGO IHS | 8165 | PO BOX 430, 817E 6TH ST | TISHOMINGO | OK | 73460 | 1/4/2017 |
| AU5327425 | USPHS IND HSP BEHAVR IHS | 8165 | 1515 LAWRIE TATUM RD | LAWTON | OK | 73507 | 1/4/2017 |
| AP4880882 | USPHS INDIAN HOSPITAL IHS | 8165 | 2 MILES E ON I40 BUS LOOP | CLINTON | OK | 73601 | 1/4/2017 |
| AU1986376 | USPHS IND HLC BEHAVHL IHS | 8165 | ROUTE 1 BOX 34A | WATONGA | OK | 73772 | 1/4/2017 |
| AI5778925 | USPHS INDIAN HOSP I/P IHS | 8165 | 101 S MOORE AVE | CLAREMORE | OK | 74017 | 1/4/2017 |
| BC6533473 | WILL RGR DB HC IHS | 8165 | 1020 LENAPE DRIVE | NOWATA | OK | 74048 | 1/4/2017 |
| AI5908299 | INDIAN HLHSP/BEHAV HL IHS | 8165 | 1201 HERITAGE CIRCLE | PAWNEE | OK | 74058 | 1/4/2017 |
| FP0844426 | IOWA TRB OF OK PERKIN IHS | 8165 | 509 EAST HWY 33 | PERKINS | OK | 74059 | 1/4/2017 |
| AS1958985 | SAPULPA INDIAN HEALTH IHS | 8165 | 1125 EAST CLEVELAND | SAPULPA | OK | 74066 | 1/4/2017 |
| BB3078854 | BLACK HAWK HEALTH CTR IHS | 8165 | 6 MI S OF STROUD HWY 99 | STROUD | OK | 74079 | 1/4/2017 |
| BI2946525 | INS HLCR RES CTR EDI IHS | 8165 | 550 S. PEORIA | TULSA | OK | 74120 | 1/4/2017 |
| FC3462037 | CHEROKEE NTN VINITAHCIHS | 8165 | 27371 S 4410 RD | VINITA | OK | 74301 | 1/4/2017 |
| AU2011360 | CHEROKE NAT SAM HIDER IHS | 8165 | 859 E. MELTON DR | JAY | OK | 74346 | 1/4/2017 |
| BN7490307 | N EASTERN TRIB HLT OP IHS | 8165 | 7600 S HWY 69A | MIAMI | OK | 74354 | 1/4/2017 |
| BC0363248 | SALINA COMM CLN PHCY IHS | 8165 | 900 OWEN WALTERS BLVD | SALINA | OK | 74365 | 1/4/2017 |
| FB3497799 | BEARSKIN HEALTH CLI IHS | 8165 | 1 TURTLE DRIVE/PO BOX 30 | WYANDOTTE | OK | 74370 | 1/4/2017 |
| BM7357711 | THREE RIVERS HC DIAB IHS | 8165 | 1001 S. 41ST EAST | MUSKOGEE | OK | 74403 | 1/4/2017 |
| FC2742131 | CHEROKEE NAT CRC PHY IHS | 8165 | 1001 S. 41ST STREET, EAST | MUSKOGEE | OK | 74403 | 1/4/2017 |
| BK9830147 | KOWETA IND HLTH FAC IHS | 8165 | 31870 E. HIGHWAY 51 | COWETA | OK | 74429 | 1/4/2017 |
| AE2011055 | EUFAULA IND HLTH CTR IHS | 8165 | 800 FOREST AVENUE | EUFAULA | OK | 74432 | 1/4/2017 |
| BO4806901 | OKMULGEE IND HLTH CTR IHS | 8165 | 1313 E 20TH STREET | OKMULGEE | OK | 74447 | 1/4/2017 |
| FM4394920 | MUSCOGEE CREEK NATMC IHS | 8165 | 1401 MORRIS DRIVE | OKMULGEE | OK | 74447 | 1/4/2017 |
| FM4376477 | MUSCOGEECREK NAT PRC IHS | 8165 | 900 E AIRPORT ROAD STE A | OKMULGEE | OK | 74447 | 1/4/2017 |
| FM4376453 | MUSCOGEE CRK NAT LTC IHS | 8165 | 900 E AIRPORT ROAD STE B | OKMULGEE | OK | 74447 | 1/4/2017 |
| BC8972487 | CHOCTAW NAT HLT RSTRT IHS | 8165 | 2204 EAST MAIN ST | STIGLER | OK | 74462 | 1/4/2017 |
| FC1099286 | CHEROKE NAT DB IHS | 8165 | 100 S. BLISS AVENUE | TAHLEQUAH | OK | 74464 | 1/4/2017 |
| MC0306781 | CHEROKEE NATION EMS IHS | 8165 | 22114 S. BALD HILL ROAD | TAHLEQUAH | OK | 74464 | 1/4/2017 |

13

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001199
MCKMDL00355403

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| AC3125350 | CHOCTAW NAT IND HLTH IHS | 8165 | 1127 S GEORGE NIGH EXPR | MCALESTER | OK | 74501 | 1/4/2017 |
| FC1087077 | CHOCTAW NATION HLTH IHS | 8165 | 1201 W. LIBERTY RD. | ATOKA | OK | 74525 | 1/4/2017 |
| AC3125348 | CHOCTAW NAT HLTHCR OP IHS | 8165 | ONE CHOCTAW WAY | TALIHINA | OK | 74571 | 1/4/2017 |
| BW7072983 | WHITE EAGLE COMM HLTH IHS | 8165 | 200 WHITE EAGLE DRIVE | PONCA CITY | OK | 74601 | 1/4/2017 |
| BK8597380 | KANZA HEALTH CLINIC IHS | 8165 | 3151 E RIVER RD, BOX 474 | NEWKIRK | OK | 74647 | 1/4/2017 |
| FC4883751 | CHOCTAW NAT HLT IHS DURNT | 8165 | 1600 N WASHINGTON AVE | DURANT | OK | 74701 | 1/4/2017 |
| AC3125362 | CHOCTAW NAT IND HLTH IHS | 8165 | 410 NORTH M STREET | HUGO | OK | 74743 | 1/4/2017 |
| AC3125336 | CHOCTAW NAT HLTH CL - IHS | 8165 | 902 LINCOLN RD | IDABEL | OK | 74745 | 1/4/2017 |
| BA5890086 | ABSENTEE SHAWNEE O/P IHS | 8165 | 2029 S GORDON COOPER DR | SHAWNEE | OK | 74801 | 1/4/2017 |
| BC7166134 | CITIZEN POTAWATOMI IHS | 8165 | 2307 S GORDON COOPER DR | SHAWNEE | OK | 74801 | 1/4/2017 |
| FC2544989 | CITIZEN POTAWATOMI NW IHS | 8165 | 781 GRAND CASINO BLVD | SHAWNEE | OK | 74804 | 1/4/2017 |
| FC2100395 | CHICKASAW NATION MC IHS | 8165 | 1921 STONECIPER BLVD | ADA | OK | 74820 | 1/4/2017 |
| AU9172759 | CHICKASAW NTN REFILL IHS | 8165 | 933 N COUNTRY CLUB RD | ADA | OK | 74820 | 1/4/2017 |
| AI5777997 | KICKAPOO IHS HLTH CTR IHS | 8165 | 105365 S HWY 102 BLDG M | MCLOUD | OK | 74851 | 1/4/2017 |
| AU2016497 | USPHS OKEMAH IND HLTH IHS | 8165 | 309 N 14TH | OKEMAH | OK | 74859 | 1/4/2017 |
| AC7931290 | CREEK NATION COMM HSP-IHS | 8165 | 309 NORTH 14TH STREET | OKEMAH | OK | 74859 | 1/4/2017 |
| FW2637493 | WETUMKA IND HLTH CTR IHS | 8165 | 325 S WASHITA | WETUMKA | OK | 74883 | 1/4/2017 |
| AU7994127 | USPHS INDIAN HLTH CTR IHS | 8165 | US ST HWY 56&270 JUNCTION | WEWOKA | OK | 74884 | 1/4/2017 |
| BC4137089 | RUBIN WHITE HLT RSTRT IHS | 8165 | 109 KERR AVENUE | POTEAU | OK | 74953 | 1/4/2017 |
| BR3224324 | REDBIRD SMITH HLT CTR IHS | 8165 | 301 SOUTH J.T. STITES | SALLISAW | OK | 74955 | 1/4/2017 |
| BW4385159 | WILMA MANKILLER DIAB IHS | 8165 | ROUT 6 BOX 840 | STILWELL | OK | 74960 | 1/4/2017 |
| BK4203977 | KANSAS SOLDIERS HOME | 8165 | 201 CUSTER AVENUE | FORT DODGE | KS | 67843 | 1/4/2017 |
| AO9430935 | NORMAN OK VET CT-FED SVH2 | 8165 | 1776 EAST ROBINSON | NORMAN | OK | 73070 | 1/4/2017 |
| AO5655660 | SULPHUR OK VET FED SVH2 | 8165 | 304 EAST FAIRLANE | SULPHUR | OK | 73086 | 1/4/2017 |
| AO1465005 | ARD OK VET CTR-FED SVH2 | 8165 | 1015 SOUTH COMMERCE ST | ARDMORE | OK | 73401 | 1/4/2017 |
| BL8533576 | LAWTON/FT SILL VET SVH2 | 8165 | 501 S EAST FLOWER MD RD | LAWTON | OK | 73501 | 1/4/2017 |
| AO7300142 | CLINTON OK VET-FED SVH2 | 8165 | HIGHWAY 183 PO BOX 1209 | CLINTON | OK | 73601 | 1/4/2017 |
| BO1421700 | OK VETS CT/CLAREMORE SVH2 | 8165 | 3001 W BLUE STARR DRBX988 | CLAREMORE | OK | 74018 | 1/4/2017 |
| AO6848987 | OKLAHOMA VETS CTR SVH2 | 8165 | HWY 1 AT END OF HWY 63 | TALIHINA | OK | 74571 | 1/4/2017 |
| BC4142585 | VA CMOP DALLAS-BXTR | 8165 | 2962 SOUTH LONG HORN DR | LANCASTER | TX | 75134 | 1/4/2017 |
| FU2546185 | DPT H&H SVC-GRAND PRAIRIE | 8165 | 854 AVENUE R | GRAND PRAIRIE | TX | 75050 | 1/4/2017 |

14

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001200
MCKMDL00355404

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| AV4569717 | VA MC- DES MOINES | 8166 | 3600 30TH STREET (90) | DES MOINES | IA | 50310 | 1/4/2017 |
| AH4100462 | VAMC INPATIENT OMAHA | 8166 | 4101 WOOLWORTH AVENUE | OMAHA | NE | 68105 | 1/4/2017 |
| AV4572384 | VA GREATER NEBRASKA LN | 8166 | 600 SOUTH 70TH STREET | LINCOLN | NE | 68510 | 1/4/2017 |
| AV4820064 | VA MC-GRAND ISLAND | 8166 | 2201 NORTH BROADWELL | GRAND ISLAND | NE | 68803 | 1/4/2017 |
| AV4799168 | VAMC - SIOUX FALLS | 8166 | 2501 WEST 22ND STREET | SIOUX FALLS | SD | 57105 | 1/4/2017 |
| AV4799156 | VA BLK HILLS FT MEADE | 8166 | 113 COMANCHE RD | FORT MEADE | SD | 57741 | 1/4/2017 |
| AV5156333 | VA BLK HILLS HOT SPRINGS | 8166 | 500 NORTH 5TH STREET | HOT SPRINGS | SD | 57747 | 1/4/2017 |
| BF1575692 | FEDERAL PRISON CAMP YANKT | 8166 | BOX 680 1100 DOUGLAS | YANKTON | SD | 57078 | 1/4/2017 |
| AC8350631 | CARL T CURTIS HLTH IP IHS | 8166 | 100 INDIAN HILLS DRIVE | MACY | NE | 68039 | 1/4/2017 |
| AK4527947 | INDIAN HOSPITAL OUTPAT | 8166 | US HIGHWAY 77 | WINNEBAGO | NE | 68071 | 1/4/2017 |
| FF2210970 | FRED LEROY HWC IHS | 8166 | 2602 J STREET | OMAHA | NE | 68107 | 1/4/2017 |
| FP3708786 | PONCA HILLS HLT&WELL IHS | 8166 | 1800 SYRACUSE AVE | NORFOLK | NE | 68701 | 1/4/2017 |
| BS4621430 | SANTEE CLINIC   IHS | 8166 | 110 S VISITING EAGLE ST | NIOBRARA | NE | 68760 | 1/4/2017 |
| AT2773871 | FLANDREAU TRIB CL OP  IHS | 8166 | 701 WEST BROAD AVE | FLANDREAU | SD | 57028 | 1/4/2017 |
| AP6241056 | WOODROW WILSON HLTH CTR | 8166 | 100 LAKE TRAVERSE DR | SISSETON | SD | 57262 | 1/4/2017 |
| AU2694811 | INDIAN HEALTH CENTER | 8166 | 1323 BIA ROUTE 4 | FORT THOMPSON | SD | 57339 | 1/4/2017 |
| AE4088820 | INDIAN HEALTH CENTER | 8166 | HOSP ADMIN 110 WASHINGTON | WAGNER | SD | 57380 | 1/4/2017 |
| BU1916521 | INDIAN HEALTH CENTER | 8166 | LOWER BRULE/601 GALL ST | LOWER BRULE | SD | 57548 | 1/4/2017 |
| AU5984504 | INDIAN HOSPITAL OUTPAT | 8166 | 400 SOLDIER CREEK ROAD | ROSEBUD | SD | 57570 | 1/4/2017 |
| BW3402435 | WANBLEE HEALTH CENTER | 8166 | 210 FIRST STREET | WANBLEE | SD | 57577 | 1/4/2017 |
| AP4580280 | INDIAN HOSPITAL O/P PHS | 8166 | 24276 166TH STREET | EAGLE BUTTE | SD | 57625 | 1/4/2017 |
| AM4917437 | INDIAN HEALTH CENTER | 8166 | 701 EAST SIXTH ST BOX879 | MCLAUGHLIN | SD | 57642 | 1/4/2017 |
| AR4432629 | INDIAN HOSPITAL PHCY | 8166 | 3200 CANYON LAKE DRIVE | RAPID CITY | SD | 57702 | 1/4/2017 |
| BK2195825 | KYLE HEALTH CENTER PHCY | 8166 | 1000 HEALTH CENTER CIRCLE | KYLE | SD | 57752 | 1/4/2017 |
| AP5495785 | INDIAN HEALTH CTR OUTPAT | 8166 | HWY 18 EAST, POB 1201 | PINE RIDGE | SD | 57770 | 1/4/2017 |
| AI6542612 | IOWA VETERANS HOME   SVH1 | 8166 | 1301 SUMMIT STREET | MARSHALLTOWN | IA | 50158 | 1/4/2017 |
| BS4515081 | SOUTH DAKOTA VETERANS HME | 8166 | 2500 MINNEKAHTA AVENUE | HOT SPRINGS | SD | 57747 | 1/4/2017 |
| BN7562247 | NORFOLK VET HOME SVH2 | 8166 | 600 E BENJAMIN AVENUE | NORFOLK | NE | 68702 | 1/4/2017 |
| AN8362369 | GRAND ISLAND VETS HM SVH2 | 8166 | 2300 W CAPITAL | GRAND ISLAND | NE | 68803 | 1/4/2017 |
| AC4260701 | CARL HAYD VAMC IP PHOENIX | 8170 | 650 E INDIAN SCHOOL ROAD | PHOENIX | AZ | 85012 | 1/4/2017 |
| AG3307724 | VA MC- IP TUCSON AZ | 8170 | 3601 S. 6TH AVENUE | TUCSON | AZ | 85723 | 1/4/2017 |

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001201
MCKMDL00355405

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| AV4319249 | VA MC- OP PRESCOTT AZ | 8170 | 500 HIGHWAY 89 NORTH | PRESCOTT | AZ | 86313 | 1/4/2017 |
| RV0102260 | VA CLINICAL RSCH CTR-ALBQ | 8170 | 2401 CENTER AVE SE | ALBUQUERQUE | NM | 87106 | 1/4/2017 |
| AV4607668 | VA MED CTR - ALBUQ | 8170 | 1501 SAN PEDRO DRIVE SE | ALBUQUERQUE | NM | 87108 | 1/4/2017 |
| AV5998844 | VA HLTHCRE CTR - ELPASO | 8170 | 5001 NORTH PIEDRAS | EL PASO | TX | 79930 | 1/4/2017 |
| AF2981187 | FCI PHOENIX | 8170 | 37900 N 45TH AVE DEPT1680 | PHOENIX | AZ | 85086 | 1/4/2017 |
| AF5657323 | FCI SAFFORD BOP | 8170 | 1529 W US HWY 366 | SAFFORD | AZ | 85546 | 1/4/2017 |
| AD1502372 | DOJ - BOP - TUCSON | 8170 | 9300 S WILMOT ROAD | TUCSON | AZ | 85756 | 1/4/2017 |
| AL5222310 | LA TUNA HTH SV CT ANTHONY | 8170 | 8500 DONIPHAN RD-BOX 1000 | ANTHONY | NM | 79821 | 1/4/2017 |
| AK4260674 | PHOENIX INDI MED CTR WHSE | 8170 | 4212 N 16TH ST | PHOENIX | AZ | 85016 | 1/4/2017 |
| BH4706238 | HU HU KAM HOSP DIALYS-IHS | 8170 | SEED FARM&CAREEN CTR RDS | SACATON | AZ | 85147 | 1/4/2017 |
| AS7027635 | SALT RIVER IND HLT CTR | 8170 | 10005 E OSBORN | SCOTTSDALE | AZ | 85256 | 1/4/2017 |
| BW5361807 | WASSAJA HLTH CTR/PHCY IHS | 8170 | 16240 N FT MCDOWELL RD | FOUNTAIN HILLS | AZ | 85269 | 1/4/2017 |
| BG4706226 | KOMATKE HTH PHCY-GILA IHS | 8170 | 17487 S HEALTH CARE DRIVE | LAVEEN | AZ | 85339 | 1/4/2017 |
| AP7398705 | PHS INDIAN HOSPITAL | 8170 | 12033 AGENCY ROAD | PARKER | AZ | 85344 | 1/4/2017 |
| FS5366592 | SAN CARLOS APACHE HLT CR | 8170 | BETWEEN MP 295 AND 296 | BYLAS | AZ | 85530 | 1/4/2017 |
| FS5364269 | USPHS IHS I/P-SAN CARLOS | 8170 | 103 MEDICINE WAY ROAD | PERIDOT | AZ | 85542 | 1/4/2017 |
| BU8025202 | US PUBLIC HC STA ROSA CLI | 8170 | HC01 BOX 8700 HIWY 15 | SELLS | AZ | 85634 | 1/4/2017 |
| BU9310018 | USPHS SAN SIMON HLTH | 8170 | WEST HWY 86, MM 74 | SELLS | AZ | 85634 | 1/4/2017 |
| AU6635099 | USPHS IHS - TUCSON | 8170 | 7900 SOUTH J STOCK ROAD | TUCSON | AZ | 85746 | 1/4/2017 |
| BC4679784 | CIBECUE HEALTH CENTER | 8170 | PO BOX 80037/2W 3RD ST | CIBECUE | AZ | 85911 | 1/4/2017 |
| AC5983956 | USPHS IHS WHITERIVER ER | 8170 | HWY73 MIPOST342 | WHITERIVER | AZ | 85941 | 1/4/2017 |
| FS2278617 | SACRED PEAKS /TCRHCC IHS | 8170 | 3480 EAST ROUTE 66 | FLAGSTAFF | AZ | 86004 | 1/4/2017 |
| AU4255027 | KAYENTA USPHS IND HLT O/P | 8170 | HWY 160 1/2 MILE SOUTH OF MP | KAYENTA | AZ | 86033 | 1/4/2017 |
| FT3147255 | LECHEE HEALTH IHS | 8170 | 3 MILES S COPPER MINE RD | PAGE | AZ | 86040 | 1/4/2017 |
| AK5642601 | HOPI HEALTH CARE CENTER | 8170 | PO BOX 4000 HWY 264 MIMKR | POLACCA | AZ | 86042 | 1/4/2017 |
| AU4299702 | TUBA CITY REG HLTH OP IHS | 8170 | 167 N MAIN STREET | TUBA CITY | AZ | 86045 | 1/4/2017 |
| AD5342756 | WINSLOW INDIAN HLT CT IHS | 8170 | 500 N INDIANA AVE | WINSLOW | AZ | 86047 | 1/4/2017 |
| AU2052746 | SHONTO INDIAN HLTH CTR | 8170 | 1 MILE N NAVAJO MNTN RD | SHONTO | AZ | 86054 | 1/4/2017 |
| AU7212703 | USPHS PEACH SPRINGS | 8170 | 943 HUALAPAI WAY BOX 190 | PEACH SPRINGS | AZ | 86434 | 1/4/2017 |
| BF9000617 | FT MOHAVE HEALTH CTR IHS | 8170 | 1607 PLANTATION | MOHAVE VALLEY | AZ | 86440 | 1/4/2017 |
| AU4955730 | CHINLE US PUB HLT SRV IP | 8170 | HIGHWAY 191 | CHINLE | AZ | 86503 | 1/4/2017 |

16

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001202
MCKMDL00355406

Appendix C
Permitted VA Registrants
Confidential Business Records - FOIA Exempt

| DEA Num | Cust Name | DC | Addr Line 1 - Dely | City Name - Dely | State Cd - | Zip Cd - Dely | Effective Date |
|---|---|---|---|---|---|---|---|
| FF1848552 | FT DEFIANCE IND HSP IHS | 8170 | PO BOX 649-HWY 12 NR 110 | FORT DEFIANCE | AZ | 86504 | 1/4/2017 |
| BP9499624 | PINON HEALTH CENTER | 8170 | NR4 - 2 MILES E OF PINON | PINON | AZ | 86510 | 1/4/2017 |
| FU0192827 | USPH IHS-FOUR CORNERS | 8170 | HCR 6100 BOX 30 | TEEC NOS POS | AZ | 86514 | 1/4/2017 |
| AT2927765 | TSAILE INDIAN HLTH ROCKPT | 8170 | NAVAJO RTE64 & INDIAN RD12 | TSAILE | AZ | 86556 | 1/4/2017 |
| AU6210215 | USPHS IHS I/P-WINTERHAVEN | 8170 | ONE INDIAN HILL RD | WINTERHAVEN | CA | 92283 | 1/4/2017 |
| FS1755149 | SOUTHRN UTE IND TRB IHS | 8170 | 123 WEEMINUCHE BOX 737 | IGNACIO | CO | 81137 | 1/4/2017 |
| AU7904267 | US PUBLIC HLT SERV UTE | 8170 | 232 RUSTLING WILLOW | TOWAOC | CO | 81334 | 1/4/2017 |
| BS8849486 | PHS INDIAN HEALTH CLI IHS | 8170 | 3 CEDAR STREET | SAN FELIPE | NM | 87001 | 1/4/2017 |
| BU4657776 | SANTA ANA PHS IND HLT SVC | 8170 | 02-C DOVE RD PUEBLO SANTA | BERNALILLO | NM | 87004 | 1/4/2017 |
| FP2127187 | IHS PUEBLO OF SANDIA PHCY | 8170 | 203 SANDIA DAY SCHOOL RD | BERNALILLO | NM | 87004 | 1/4/2017 |
| BI3145756 | ISLETA HLT CTR USPHS IHS | 8170 | #1 SAGEBRUSH STREET | ISLETA | NM | 87022 | 1/4/2017 |
| BJ4719994 | JEMEZ HEALTH CENTER IHS | 8170 | 110 SHEEPSPRINGS ROAD | JEMEZ PUEBLO | NM | 87024 | 1/4/2017 |
| AU8575548 | USPHS CANONCITO HLTH CNTR | 8170 | INTERSTATE 40 @ EXIT 131, | CANONCITO | NM | 87026 | 1/4/2017 |
| AC7999280 | CHIEF PHARM SERVICES O/P | 8170 | PO BOX130(US 40 EXIT 102) | SAN FIDEL | NM | 87049 | 1/4/2017 |
| FK3019557 | KEWA PUEBLO HLTH CORP | 8170 | 85 W. HIGHWAY 22 | SANTO DOMINGO | NM | 87052 | 1/4/2017 |
| BU4683288 | ZIA HEALTH CLINIC | 8170 | 155 CAPITAL SQUARE DRIVE | ZIA PUEBLO | NM | 87053 | 1/4/2017 |
| BP5921134 | COCHITI FIELD HLTH CLINIC | 8170 | 270 WINDMILL ROAD | COCHITI PUEBLO | NM | 87072 | 1/4/2017 |
| AP5047940 | ALBUQUERQUE INDIAN HSP IP | 8170 | 801 VASSAR DR NE | ALBUQUERQUE | NM | 87106 | 1/4/2017 |
| AB3361879 | USPHS GALLUP INDIAN O/P | 8170 | 516 E NIZHONI BL/POB1337 | GALLUP | NM | 87301 | 1/4/2017 |
| PD0178839 | GALLUP RSSC | 8170 | 2400 FUHS AVENUE/BOX 3090 | GALLUP | NM | 87305 | 1/4/2017 |
| AU4720846 | CROWNPOINT PUB HLT SVC OP | 8170 | HWY JUNCTION 57 & ROUTE 9 | CROWNPOINT | NM | 87313 | 1/4/2017 |
| FU3539131 | USPHS INDHLTSRY THOREAU | 8170 | 3 NAVARRE BOULEVARD | THOREAU | NM | 87323 | 1/4/2017 |
| BT2631984 | TOHATCHI PHS INDIAN HLTH | 8170 | 07 CHOOSGAI DRIVE/POB 142 | TOHATCHI | NM | 87325 | 1/4/2017 |
| AU4653196 | ZUNI INDIAN HOSPITAL O/P | 8170 | 301 NORTH 21B AVE | ZUNI | NM | 87327 | 1/4/2017 |
| AP2719637 | PINE HILL HEALTH CTR IHS | 8170 | BIA RURAL RTE 140 | PINEHILL | NM | 87357 | 1/4/2017 |
| AD2836849 | DZILTH-NA-O-DITH-HLE HLTH | 8170 | 6 ROAD 7586 | BLOOMFIELD | NM | 87413 | 1/4/2017 |
| AB3361906 | NORTHERN NAVAJO MC O/P | 8170 | HWY 666 NORTH | SHIPROCK | NM | 87420 | 1/4/2017 |
| AU5186590 | SANTA FE INDIAN HOSP I/P | 8170 | 1700 CERRILLOS ROAD | SANTA FE | NM | 87501 | 1/4/2017 |
| AU6926096 | IHC JICARILLA HEALTH CTR | 8170 | 500 NORTH MUNDO | DULCE | NM | 87528 | 1/4/2017 |
| BP9120344 | SANTA CLARA HEALTH CENTER | 8170 | 400 STATE ROAD 30 | ESPANOLA | NM | 87532 | 1/4/2017 |
| AU6926084 | IHC TAOS/PICURIS SERV UNT | 8170 | 1090 GOAT SPRINGS ROAD | TAOS | NM | 87571 | 1/4/2017 |

17

Confidential - Subject to Protective Order
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001203
MCKMDL00355407