EXHIBIT 1 – SEALED EXPERT REPORT OF TRICIA WRIGHT

PLAINTIFFS' MOTION TO LIMIT THE TESTIMONY OF DEFENDANTS' EXPERT TRICIA WRIGHT, M.D.