EXHIBIT 2 – SEALED – TRICIA WRIGHT DEPO EXCERPTS

PLAINTIFFS' MOTION TO LIMIT THE TESTIMONY OF DEFENDANTS' EXPERT TRICIA WRIGHT, M.D.