Exhibit 2 – SEALED excerpts of Plaintiffs' Expert Witness Report of G. Caleb Alexander, MD, MS

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Plaintiff Cabell County Commission's Right to Abatement