UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CITY OF HUNTINGTON,**<br>　　Plaintiff,<br>v.<br>**AMERISOURCE BERGEN DRUG CORPORATION, et al.,**<br>　　Defendants. | Civil Action No. 3:17-cv-01362 |
| **CABELL COUNTY COMMISSION,**<br>　　Plaintiff,<br>v.<br>**AMERISOURCE BERGEN DRUG CORPORATION, et al.,**<br>　　Defendants. | *Consolidated case:*<br>Civil Action No. 3:17-cv-01665 |

**APPENDIX OF SEALED EXHIBITS SUPPORTING PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF CABELL COUNTY COMMISSION'S RIGHT TO ABATEMENT**

The following exhibit to Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment on Plaintiff Cabell County Commission's Right to Abatement, attached hereto, is being filed under seal:

　　**Ex 2** – Expert Report of G. Caleb Alexander, M.D., MS

Dated:  October 6, 2020　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| **THE CITY OF HUNTINGTON**<br>/s/ *Anne McGinness Kearse*<br>Anne McGinness Kearse<br>WVSB No. 12547<br>Joseph F. Rice<br>**MOTLEY RICE LLC**<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Tel: 843-216-9000<br>Fax: 843-216-9450<br>akearse@motleyrice.com<br>jrice@motleyrice.com | **CABELL COUNTY COMMISSION**<br>/s/ *Paul T. Farrell, Jr.*<br>Paul T. Farrell, Jr.<br>WVSB Bar No. 7443<br>**FARRELL LAW**<br>422 Ninth Street, 3rd Floor (25701)<br>PO Box 1180<br>Huntington, West Virginia 25714-1180<br>Mobile: 304-654-8281<br>paul@farrell.law |

Linda Singer
David I. Ackerman
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com

Charles R. "Rusty" Webb
WV No. 4782
**THE WEBB LAW CENTRE**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

/s/ *Anthony J. Majestro*
Anthony J. Majestro
WVSB No. 5165
J.C. Powell
WVSB No. 2957
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

Michael A. Woelfel
WVSB No. 4106
**WOELFEL AND WOELFEL, LLP**
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

On Brief:

M. Michelle Carreras
**THE LANIER LAW FIRM**
10940 w. Sam Houston Parkway N.
Houston, TX 77064
Tel: 713-659-5200
Fax: 713-659-2204
michelle.carreras@lanierlawfirm.com

Andrea Bierstein
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949
abierstein@simmonsfirm.com

Lou Bograd
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lbograd@motleyrice.com

Anthony J. Majestro
WVSB No. 5165
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

Paulina do Amaral
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLC**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel:  212-355-9500
Fax:  212-355-9592
pdoamaral@LCHB.com

## CERTIFICATE OF SERVICE

  I certify that on October 6, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to: Track2OpioidDefendants@ReedSmith.com and CT2_Opioid_Team@mail-list.com.

                /s/ J.C.Powell
                J.C. Powell