## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
     Plaintiff,

v.                                                                            Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
     Defendants.

_____

CABELL COUNTY COMMISSION,
     Plaintiff,

v.                                                                            Civil Action No. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*
     Defendants.

### PLAINTIFFS' AMENDED RULE 26(a)(3)(A)(i) WITNESS LIST

Pursuant to Fed. R. Civ. P. 26 (a)(3)(A)(i), the Order entered by the Court on August 28, 2020 as Doc. # 898, as well as the Stipulation and Proposed Order Regarding Trial Witnesses filed July 13, 2020 as Doc. # 724, Plaintiffs, the City of Huntington and Cabell County Commission, respectfully serve their amended witness list to remove inadvertent inclusions and omissions.

Included are witness names, witness titles, witness contact information, whether the Plaintiffs expect to call (*will call*) the witness or whether Plaintiffs *may call* the witness, and whether testimony may be live or by deposition designation. This list includes all Plaintiffs' expert witnesses, but does not include the names of rebuttal witnesses. This list is not indicative that witnesses will testify, are available to testify, or are subject to subpoena. Plaintiffs reserve the right to amend, supplement, or modify these disclosures based on new information.

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Adkins, Elizabeth | Cabell-Huntington Health Department Health and Wellness Director, Public Info Officer & Public Health Educator, Cabell-Huntington Health Department | By Witness Counsel, Sean K. Hammers Cabell County Prosecuting Attorney 750 5th Ave. Huntington, WV 25701 (304) 526-8653 | May Call | |
| Alderson, Greg | Former Pharmacy Business Consultant for Cabell County, Cardinal Health | By Defendants' Counsel | Will Call | |
| Alexander, Caleb | Expert, Professor of Epidemiology, Johns Hopkins | By Plaintiffs' Counsel | Will Call | |
| Ashley, Demetra | DEA, Former Acting Assistant Administrator for DEA | By Department of Justice Counsel, Fred B. Westfall, Jr. Office of the United States Attorney for the Southern District of West Virginia 300 Virginia Street East Room 4000 Charleston, WV 25301 (304) 345-2200 | Will Call | By Designation |
| Ashworth, Timothy | West Virginia Sales Manager, McKesson Corporation | By Defendants' Counsel | Will Call | |
| Ballard, Jennifer | Director of Programs, West Virginia Division of Corrections and Rehabilitation | By Witness Counsel, William R. Valentino William.R.Valentino@wv.gov WV Department of Homeland Security State Capitol Complex Building 1, Ste. W-400 Charleston, WV 25305 304.558.2930 | May Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---------|-------|---------------------|------------------|------------------------|
| Baranski, Craig | Distribution Center Director of Operations, Cardinal Health | By Defendants' Counsel | Will Call | |
| Barber, Linden | Cardinal Health, Chief Regulatory Counsel and Senior Vice President; Former DOJ Lawyer working with Office of Diversion Control | By Defendants' Counsel | Will Call | By Designation |
| Barrett, George | Expert, Forensic Economist Vocational Evaluator | By Plaintiffs' Counsel | Will Call | |
| Berkey, Ann | Senior Vice President, Public Affairs, McKesson Corporation | By Defendants' Counsel | May Call | By Designation |
| Boggs, Gary | McKesson, Vice President of Regulatory Affairs and Compliance at McKesson and former DEA official. | By Defendants' Counsel | May Call | By Designation |
| Boggs, Matt | Alkermes, Inc. Community Relations Associate Director; Recovery Point West Virginia Executive Director (Fmr) | | May Call | |
| Brantley, Eric | Director of Compliance/Compliance Officer of Cardinal Health | By Defendants' Counsel | Will Call | By Designation |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Brown, Vic | Executive Director, Appalachia HIDTA | By Witness Counsel, Andrew Rodgers Smith Villazor 250 West 55th Street 30th Floor New York, NY 10019 212 582 4400 | May Call | By Designation |
| Burner, Kenneth | Deputy Director, Appalachia HIDTA (fmr) | 400 South Main Street 3rd Floor London, KY 40741-1909 304-522-0901 | May Call | |
| Byers, Kimberly | Retail Sales Manager, McKesson Corporation | By Defendants' Counsel | May Call | By Designation |
| Cameron, Todd | Vice President of Quality Regulatory Assurance, Supply Chain Integrity Cardinal Health | By Defendants' Counsel | Will Call | |
| Cavacini, Eugene | Senior Vice President and Chief Operating Officer for McKesson's Pharmaceutical Distribution business. | By Defendants' Counsel | May Call | By Designation |
| Chaffin, David | Marshall University Professor in Obstetrics and Gynecology | By Marshall Counsel, Joel Jones, joeljones@campbellwoods.com | Will Call | |
| Chambers, Bryan | City of Huntington Communications Director | By Plaintiffs' Counsel | May Call | By Designation |
| Cherveny, Eric | Director of Diversion Control & Security AmerisourceBergen Corporation | By Defendants' Counsel | May Call | By Designation |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Ciccarone, Daniel | Expert, Professor, Family Community Medicine, UCSF | By Plaintiffs' Counsel | Will Call | |
| Coleman, Michael | Deputy Commissioner for Executive Services, West Virginia Division of Corrections and Rehabilitation | By Witness Counsel, William R. Valentino William.R.Valentino@wv.gov WV Department of Homeland Security State Capitol Complex Building 1, Ste. W-400 Charleston, WV 25305 304.558.2930 | May Call | |
| Collison, Terry | Faith Community United, First Steps Director | 730 7th Avenue Huntington, WV 25701 681-378-3791 | May Call | |
| Courtwright, David | Expert, Historian, University of North Florida | By Plaintiffs' Counsel | Will Call | |
| Cox, Darren | Supervisory Special Agent, Federal Bureau of Investigation; Huntington Violent Crime and Drug Task Force Coordinator (fmr) | By Department of Justice Counsel, Fred B. Westfall, Jr. Office of the United States Attorney for the Southern District of West Virginia 300 Virginia Street East Room 4000 Charleston, WV 25301 (304) 345-2200 | May Call | By Designation |
| Crowder, Rebecca Stanley | Lily's Place Executive Director | PO Box 2 Huntington, WV 25706 (304) 523-5459 | May Call | |
| Cummings, Kelly | Marshall School of Medicine, Obstetrics and Gynecology Assistant Professor | By Marshall Counsel, Joel Jones, joeljones@campbellwoods.com | May Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---------|-------|---------------------|------------------|------------------------|
| Davies, Todd | Marshall University Assistant Professor, Director of Research Development and Translation | By Marshall Counsel, Joel Jones, joeljones@campbellwoods.com | Will Call | |
| de Gutierrez-Mahoney, William | Regional Director of Regulatory Affairs (South Region), McKesson Corporation | By Defendants' Counsel | Will Call | |
| Deloso, Michael | Director, Deloitte Consulting LLP | By Defendants' Counsel | Will Call | |
| Dial, Hank | City of Huntington City Manager, City of Huntington Police Chief (Fmr) | By Plaintiffs' Counsel | Will Call | |
| Edmunds, Rhonda | Cabell Huntington Hospital, Neonatal Intensive Care Unit (NICU) Nurse, Lily's Place Director of Nurses | PO Box 2 Huntington, WV 25706 (304) 523-5459 | May Call | |
| Elkins, Nathan | District Director at AmerisourceBergen Corporation | By Defendants' Counsel | May Call | By Designation |
| Feinberg, Judith | Expert, Professor of Infectious Diseases, WVU | By Plaintiffs' Counsel | Will Call | |
| Forst, Christopher | Director of Quality Regulatory Assurance, Cardinal Health | By Defendants' Counsel | Will Call | By Designation |
| Freeman, Necia T. | Backpacks & Brown Bag Ministries | (304) 634-3319 http://www.neciafreeman.oldcolony.com/ | May Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Gallagher, Brian | Governor's Council on Substance Abuse Prevention and Treatment Chairman, Chief of Government Affairs and Health Care Policy for the Marshall University Schools of Medicine and Pharmacy and Marshall Health Systems | By Marshall Counsel, Joel Jones, joeljones@campbellwoods.com | May Call | |
| Geldhof, James | Expert, Former DEA, Diversion Program Manager | By Plaintiffs' Counsel | Will Call | |
| Gott, Timothy | Director of Sales - Retail, AmerisourceBergen Corporation | By Defendants' Counsel | Will Call | |
| Gray, John | President and CEO of the Healthcare Distribution Alliance (HDA) | By Witness Counsel, Brian S. Weinstein, brian.weinstein@davispolk.com Cristina M. Rincon, cristina.rincon@davispolk.com Chase McReynolds, chase.mcreynolds@davispolk.com | Will Call | By Designation |
| Gue, Melanie | Child Protective Service Worker, State of West Virginia | By Witness Counsel, B. Allen Campbell Office of the West Virginia Attorney General DHHR Division 812 Quarrier Street 2nd Floor Charleston, WV 25301 304-558-2131 | May Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---------|-------|---------------------|------------------|------------------------|
| Gupta, Rahul | West Virginia Health Commissioner (2015-2018) | By Witness Counsel, Mark Colantonio, Mark@fitzsimmonsfirm.com | Will Call | |
| Gustin, David | Director of Regulatory Affairs at McKesson | By Defendants' Counsel | Will Call | By Designation |
| Hammers, Sean "Corky" | Cabell County Prosecutor (2014 to present) | 750 5th Ave. Huntington, WV 25701 (304) 526-8653 | May Call | |
| Hansen, Robert | WV DHHR Drug Control Policy Office Executive Director (Dec 2018 to present), Marshall University & Marshall Health Addiction Services Director; Prestera Center for Mental Health Services, Inc. of Huntington, West Virginia CEO (Former) | By Marshall Counsel, Joel Jones, joeljones@campbellwoods.com<br><br>By WV ODCP Counsel, B. Allen Campbell, Allen.b.campbell@wv.gov | May Call | |
| Hansen, Zachary | MAT Medical Director, PROACT and Valley Health Systems | 800 20th Street Huntington, WV 25703 304-696-8700 | May Call | |
| Harper-Avilla, Stacy | DEA, Section Chief on Quotas | By Department of Justice Counsel, Fred B. Westfall, Jr. Office of the United States Attorney for the Southern District of West Virginia 300 Virginia Street East Room 4000 Charleston, WV 25301 (304) 345-2200 | Will Call | By Designation |
| Hart, Janet | Director of Government Affairs, Rite Aid | By Defendants' Counsel | May Call | By Designation |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---------|-------|---------------------|------------------|------------------------|
| Hartle, Nathan | Vice President of Regulatory Affairs & Compliance, McKesson Corporation | By Defendants' Counsel | Will Call | By Designation |
| Hartman, Mark | Senior Vice President of Supply Chain Integrity, Cardinal Health | By Defendants' Counsel | Will Call | By Designation |
| Hartman, Sharon | *Director Pharmacy Compliance & Diversion Control, AmerisourceBergen Corporation* | By Defendants' Counsel | May Call | By Designation |
| Hazelett, Timothy | Cabell County Health Department Administrator | By Witness Counsel, Sean K. Hammers Cabell County Prosecuting Attorney 750 5th Ave. Huntington, WV 25701 (304) 526-8653 | May Call | |
| Hazewski, Edward | Corporate Security & Regulatory Affairs, AmerisourceBergen Corporation | By Defendants' Counsel | May Call | By Designation |
| Hilliard, Gary | Director of Regulatory Affairs (former), McKesson Corporation | By Defendants' Counsel | May Call | By Designation |
| Holbrook, William "Skip" | COH Police Chief (Fmr) | By Plaintiffs' Counsel | Will Call | |
| Hunter, Paul | City of Huntington Police Captain and Supervisor of Drug Task Force; City of Huntington Head of City Law Enforcement Narcotics Unit | By Plaintiffs' Counsel | May Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Johnson, Rocky | City of Huntington Police Captain, Special Investigations Bureau (Former) | By Plaintiffs' Counsel | Will Call | |
| Jonas, Tracy | Director of Operational Excellence and former Director of Regulatory Affairs, McKesson Corporation | By Defendants' Counsel | Will Call | By Designation |
| Kave, Jesse | Former Pharmacy Business Consultant for Cabell County, Cardinal Health | By Defendants' Counsel | Will Call | |
| Keller, Lacey | Expert, Managing Director, Gryphon Strategies | By Plaintiffs' Counsel | Will Call | |
| Kelly, Patrick | Executive Vice President, Government Affairs, Healthcare Distribution Alliance | By Witness Counsel, Brian S. Weinstein, brian.weinstein@davispolk.com Cristina M. Rincon, cristina.rincon@davispolk.com Chase McReynolds, chase.mcreynolds@davispolk.com | Will Call | By Designation |
| Keyes, Katherine | Expert, Associate Professor, Columbia School of Public Health | By Plaintiffs' Counsel | Will Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Kilkenny, Michael | Cabell-Huntington Health Department Executive Physician Director; WV Bureau for Public Health Advisory Panel Member; WV Governor's Substance Abuse, Prevention, and Treatment Advisory Council Member; National Association of County and City Health Officials Board of Director Member | By Witness Counsel, Sean K. Hammers, Cabell County Prosecuting Attorney 750 5th Ave. Huntington, WV 25701 (304) 526-8653 | May Call | |
| Kolodny, Andrew | Expert, Executive Director of Physicians for Responsible Opioid Prescribing | By Plaintiffs' Counsel | Will Call | |
| Lawrence, Steve | Senior Vice President Independent Sales, Cardinal Health | By Defendants' Counsel | Will Call | By Designation |
| Lembke, Anna | Expert, Addiction Medicine Expert, Stanford | By Plaintiffs' Counsel | Will Call | |
| Lemley, Scott | City of Huntington Director of Planning and Development; City of Huntington Mayor's Office of Drug Control Policy Task Force Member (Former) (2014-2017) | By Plaintiffs' Counsel | Will Call | |
| Linz, Marianna | Chair of Department of Psychology, Marshall University | By Marshall Counsel, Joel Jones, joeljones@campbellwoods.com | May Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Loudin, Sean | Expert, Neonatology, Pediatrics, Perinatal Medicine, Roper St. Francis | By Plaintiffs' Counsel | Will Call | |
| Lumpkin, Joe | Director of Regulatory Affairs, McKesson Corporation | By Defendants' Counsel | May Call | By Designation |
| Lusk, Janessa | | | May Call | |
| Mapes, Michael | DEA, Former Head of Office of Diversion Control | By Department of Justice Counsel, Fred B. Westfall, Jr., Office of the United States Attorney for the Southern District of West Virginia 300 Virginia Street East Room 4000 Charleston, WV 25301 (304) 345-2200 | Will Call | By Designation |
| Mash, Lisa | Vice President, Field Sales, Community and Speciality Pharmacy, AmerisourceBergen Corporation | By Defendants' Counsel | May Call | By Designation |
| May, David | Vice President, Corporate Security and Diversion Control, AmerisourceBergen Corporation | By Defendants' Counsel | Will Call | |
| Mays, Steve | Vice President, Regulatory Affairs, AmerisourceBergen Corporation | By Defendants' Counsel | Will Call | |
| McCann, Craig | Expert, President of Securities Litigation and Consulting Group | By Plaintiffs' Counsel | Will Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---------|-------|--------------------|------------------|------------------------|
| McCoy, Janice | Community Service Manager for Cabell County | By Plaintiffs' Counsel | May Call | |
| McDonald, Thomas | Director of Regulatory Affairs (West Region), McKesson Corporation | By Defendants' Counsel | May Call | By Designation |
| McGuire, Thomas | Expert, Professor of Health Economics, Harvard | By Plaintiffs' Counsel | Will Call | |
| Mease, Jack | Accountant, Cabell-Huntington Health Department | By Witness Counsel, Sean K. Hammers Cabell County Prosecuting Attorney 750 5th Ave. Huntington, WV 25701 (304) 526-8653 | May Call | |
| Merry, Gordon | Cabell County Emergency Medical Services (CCEMS) Director (2006 to present) | By Plaintiffs' Counsel | Will Call | |
| Meunier, Kevin | Distribution Center Manager for Washington Courthouse Distribution Center, McKesson Corporation | By Defendants' Counsel | May Call | By Designation |
| Mock, Allen | Chief Medical Examiner of West Virginia | By Witness Counsel, Claire Winterholler, Claire.M.Winterholler@wv.gov Assistant Attorney General Office of the West Virginia Attorney General 350 Capitol Street, Suite 702 Charleston, WV 25301 (304) 558-2971 | May Call | |

13

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---------|-------|---------------------|------------------|------------------------|
| Mohr, Jakki | Expert, Professor of Marketing, University of Montana | By Plaintiffs' Counsel | Will Call | |
| Mone, Michael | Cardinal Health, Vice President Associate General Counsel | By Defendants' Counsel | Will Call | |
| Morse, Steve | Quality & Regulatory Manager, Cardinal Health | By Defendants' Counsel | Will Call | By Designation |
| Mullins, Christina | Commissioner, WV Department of Health & Human Resources (DHHR), Bureau for Behavioral Health; Office of Material, Child, and Family Health of the Bureau of Public Health Director (former) | By Witness Counsel, B. Allen Campbell Office of the West Virginia Attorney General, DHHR Division 812 Quarrier Street 2nd Floor Charleston, WV 25301 304-558-2131 | May Call | |
| Murray, Sara | Cabell Huntington Hospital, Neonatal Therapeutic Unit Nurse Manager | By Cabell Huntington Hospital Counsel, Ryan Q. Ashworth, rqa@bcyon.com and Steven K. Nord 949 Third Avenue Suite 300 Huntington, WV 25701 (304) 529-2868 | May Call | |
| Murray, Stephen "Steve" | Cabell County EMS Assistant Director (2006 to present) | By Plaintiffs' Counsel | May Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---------|-------|---------------------|------------------|------------------------|
| Napier, Kathleen | Nursing Director, Cabell-Huntington Health Department (2018-present) | By Witness Counsel, Sean K. Hammers Cabell County Prosecuting Attorney 750 5th Ave. Huntington, WV 25701 (304) 526-8653 | May Call | |
| Norris, Jennifer | Vice President & Associate General Counsel, Cardinal Health | By Defendants' Counsel | Will Call | By Designation |
| O'Connell, Lyn | Marshall University Project Hope Associate Director of Community Services; Marshall Health Associate Director of Addiction Sciences; COH QRT (Quick Response Team) Investigator | By Marshall Counsel, Joel Jones, joeljones@campbellwoods.com | Will Call | |
| Oriente, Michael | Director of Regulatory Affairs, McKesson Corporation | By Defendants' Counsel | Will Call | |
| Parker, Samantha | Recovery Coach, Huntington Quick Response Team, Recovery Point in Charleston (fmr) | | May Call | |
| Patton, Matthew | Pharmacy Business Consultant for Cabell County, Cardinal Health | By Defendants' Counsel | Will Call | |
| Payne, Mitzi | Marshall University Pediatric Neurologist | By Marshall Counsel, Joel Jones, joeljones@campbellwoods.com | May Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Perry, Michael | Manager, Strategic Accounts, AmerisourceBergen Corporation | By Defendants' Counsel | Will Call | |
| Petrany, Stephen | Marshall University (MU) School of Medicine Chair of Family & Community Health | By Marshall Counsel, Joel Jones, joeljones@campbellwoods.com | Will Call | |
| Prevoznik, Thomas | DEA, Associate Section Chief for Pharmaceutical Investigations Section of Diversion Control Division | By Department of Justice Counsel, Fred B. Westfall, Jr. Office of the United States Attorney for the Southern District of West Virginia 300 Virginia Street East Room 4000 Charleston, WV 25301 (304) 345-2200 | Will Call | By Designation or Live |
| Priddy, Connie | Cabell County EMS Quick Response Team (QRT) Coordinator (2017 to present); Cabell County EMS Corporate Compliance Officer (2011 to present) | By Plaintiffs' Counsel | Will Call | |
| Quintero, Gilberto | Chief Quality & Regulatory Affairs Officer, Cardinal Health | By Defendants' Counsel | Will Call | By Designation |
| Rader, Jan | City of Huntington Fire Chief; City of Huntington Mayor's Office of Drug Control Policy Task Force Member (Former) (2014-2017) | By Plaintiffs' Counsel | Will Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Rafalski, James | Expert, Former DEA, Experienced Investigator | By Plaintiffs' Counsel | Will Call | |
| Rannazzisi, Joseph | DEA, Associate Section Chief for Pharmaceutical Investigations Section of Diversion Control Division; DEA, Head of Office of Diversion Control (fmr) | By Department of Justice Counsel, Fred B. Westfall, Jr., Office of the United States Attorney for the Southern District of West Virginia 300 Virginia Street East Room 4000 Charleston, WV 25301 (304) 345-2200 | Will Call | By Designation or Live |
| Rausch, Nick | Vice President of Strategic Sourcing, Cardinal Health | By Defendants' Counsel | Will Call | By Designation |
| Reardon, Steve | Vice President of Quality Regulatory Assurance; currently self-employed as consultant for Cardinal Health | By Defendants' Counsel | Will Call | By Designation |
| Ronk, Angela | President of T&J Enterprises, Inc. d/b/a The Medicine Shoppe | 2402 Adams Avenue Huntington, WV 25704 (304) 429-6716 | May Call | |
| Rushton, Thomas C. | Infectious Disease Physician, Huntington, WV | 1249 15th Street Suite 3000 Huntington, WV 25701 (304) 691-1000 | May Call | |
| Saxe, Ryan | Cabell County Schools Superintendent of Schools | By Plaintiffs' Counsel | Will Call | |
| Schrebe, Melissa | Compliance Officer for the Wheeling Distribution Center, Cardinal Health | By Defendants' Counsel | Will Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Seckinger, Nikki | Senior Compliance Manager, Regulatory Compliance, Corporate Compliance, AmerisourceBergen Corporation | By Defendants' Counsel | May Call | By Designation |
| Setran, Sarah | Psychologist, Clinical Specialist in Huntington, West Virginia | 1415 6th Ave Huntington ,  WV  25701 (304) 523-1142 | May Call | |
| Shaw, Charles | City Counsel (3/3/2020 to Present); Member of Recovery Point Board of Director; Quick Response Team Faith Coordinator | By Plaintiffs' Counsel | May Call | |
| Shen, Yi | Project Director, Cardinal Health | By Defendants' Counsel | Will Call | |
| Siegel, Michael | Expert, Professor, Boston University School of Public Health | By Plaintiffs' Counsel | Will Call | |
| Slemp, Catherine | West Virginia Department of Health and Human Resources Bureau for Public Health Commissioner and State Health Officer (Fmr) | By Witness Counsel, Claire Winterholler, Claire.M.Winterholler@wv.gov Assistant Attorney General Office of the West Virginia Attorney General 350 Capitol Street, Suite 702 Charleston, WV 25301 (304) 558-2971 | May Call | |
| Smith, Gordon | Expert, Physician Epidemiologist, WVU | By Plaintiffs' Counsel | Will Call | |
| Snider, Blaine | Distribution Center Manager, McKesson Corporation | By Defendants' Counsel | May Call | By Designation |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Sobonya, Kelli | Cabell County Commission Commissioner (2019 to present) | By Plaintiffs' Counsel | May Call | |
| Sopher, Scott | Principal and Supply Chain & Manufacturing Operations Leader, Deloitte Consulting LLP | By Defendants' Counsel | Will Call | By Designation |
| Strait, Matthew | DEA, Former Head of Office of Diversion Control | By Department of Justice Counsel, Fred B. Westfall, Jr. Office of the United States Attorney for the Southern District of West Virginia 300 Virginia Street East Room 4000 Charleston, WV 25301 (304) 345-2200 | Will Call | By Designation |
| Thompson, Beth | Cabell County Commission Administrator | By Plaintiffs' Counsel | Will Call | |
| Thompson, Ellen | Expert, Cardiologist, St. Mary's Hospital, Huntington, WV | By Plaintiffs' Counsel | Will Call | |
| Tomkiewicz, Joseph | Senior Vice President, Corporate Security & Regulatory, AmerisourceBergen Corporation; Teva Diversion Operations Manager (fmr) | By Defendants' Counsel | May Call | By Designation |
| Toppins, Beth A. | Emergency Medicine Physician, Huntington, WV | Cabell Huntington Hospital CHH Emergency Department 1340 Hal Greer Boulevard Huntington, WV 25701 (304) 526-2200 | May Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Underwood, Dan | Huntington Police Department Administrative Bureau Captain | By Plaintiffs' Counsel | May Call | |
| Walker, Donald | Former Senior Vice President of Distribution Operations, McKesson Corporation | By Defendants' Counsel | Will Call | By Designation |
| Waller, R. Corey | Expert, Addiction Expert, Health Management Systems | By Plaintiffs' Counsel | Will Call | |
| Watts, Linda | Bureau of Public Health, Office of Material, Child, and Family Health | By Witness Counsel, B. Allen Campbell Office of the West Virginia Attorney General, DHHR Division 812 Quarrier Street 2nd Floor Charleston, WV 25301 304-558-2131 | May Call | |
| Werthammer, Joseph | Marshall Health and Marshall University, Joan C. Edwards School of Medicine Internal Medicine Professor; Marshall Health Division of Neonatology Neonatologist; Marshall Health Department of Pediatrics Chairman (fmr); Marshall Health Chief Medical Officer (fmr) | By Marshall Counsel, Joel Jones, joeljones@campbellwoods.com | Will Call | |
| Williams, Stephen | City of Huntington Mayor | By Plaintiffs' Counsel | Will Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| *Witness for Allergan* | Records Custodian, Allergan | By Defendants' Counsel | May Call | |
| *Witness for AmerisourceBergen Drug Corporation* | Records Custodian, AmerisourceBergen Drug Corporation | By Defendants' Counsel | May Call | |
| *Witness for Cardinal Health* | Records Custodian, Cardinal Health | By Defendants' Counsel | May Call | |
| *Witness for DEA* | Records Custodian, DEA | By Department of Justice Counsel, Fred B. Westfall, Jr. Office of the United States Attorney for the Southern District of West Virginia 300 Virginia Street East Room 4000 Charleston, WV 25301 (304) 345-2200 | May Call | |
| *Witness for Deloitte Consulting LLP* | Records Custodian, Deloitte Consulting LLP | By Defendants' Counsel | May Call | |
| *Witness for Discount Emporium, Inc. d/b/a Drug Emporium* | Records Custodian, Drug Emporium | 1601 Kanawha Blvd W Suite 200 Charleston, WV 25387 | May Call | |
| *Witness for Healthcare Distribution Alliance* | Records Custodian, Healthcare Distribution Alliance | By Defendants' Counsel | May Call | |
| *Witness for IQVIA* | Records Custodian, IQVIA | By Defendants' Counsel | May Call | |
| *Witness for McKesson Corporation* | Records Custodian, McKesson Corporation | By Defendants' Counsel | May Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Wong, Dominique | Family and Primary Care Physician, Huntington, WV | Cabell Huntington Hospital 1340 Hal Greer Boulevard Huntington, WV 25701 (304) 526-2200 | May Call | |
| Wright, Kyle | DEA/DOJ, Senior Diversion Investigator Baltimore | By Department of Justice Counsel, Fred B. Westfall, Jr. Office of the United States Attorney for the Southern District of West Virginia 300 Virginia Street East Room 4000 Charleston, WV 25301 (304) 345-2200 | Will Call | By Designation |
| Yingling, Kevin | Marshall Health Associate Professor; Marshall University, Joan C. Edwards School of Medicine Internal Medicine Associate Professor; Cabell Huntington Hospital Board of Trustees Chair; Marshall University (MU) School of Pharmacy Dean (Former) | By Marshall Counsel, Joel Jones, joeljones@campbellwoods.com | Will Call | |
| Young, Nancy | Expert, Executive Director, National Family Drug Court | By Plaintiffs' Counsel | Will Call | By Designation |
| Zerkle Jr., Charles "Chuck" | Cabell County Sheriff's Department, Cabell County Sheriff (2017 to present) | By Plaintiffs' Counsel | Will Call | |

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Zimmerman, Chris | Senior Vice President, Corporate Security and Regulatory Affairs, AmerisourceBergen Corporation | By Defendants' Counsel | Will Call | |

INADVERTENT INCLUSION – REMOVED

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Barrett, George | Former Chief Executive Officer, Cardinal Health | By Defendants' Counsel | Will Call | |
| Johnson, Jim | City of Huntington Director of Mayor's Office of Drug Control Policy Task Force (Former) (2014-2017) | By Plaintiffs' Counsel | May Call | |
| Wood, Dwayne | Heroin Hearse Project Founder | | May Call | |

INADVERTENT OMISSION – INCLUDED

| Witness | Title | Contact Information | May or Will Call | Live or By Designation |
|---|---|---|---|---|
| Ballard, Jennifer | Director of Programs, West Virginia Division of Corrections and Rehabilitation | By Witness Counsel, William R. Valentino William.R.Valentino@wv.gov WV Department of Homeland Security State Capitol Complex Building 1, Ste. W-400 Charleston, WV 25305 304.558.2930 | May Call | |
| Burner, Kenneth | Deputy Director, Appalachia HIDTA (fmr) | 400 South Main Street 3rd Floor London, KY 40741-1909 304-522-0901 | May Call | |

| Coleman, Michael | Deputy Commissioner for Executive Services, West Virginia Division of Corrections and Rehabilitation | By Witness Counsel, William R. Valentino William.R.Valentino@wv.gov WV Department of Homeland Security State Capitol Complex Building 1, Ste. W-400 Charleston, WV 25305 304.558.2930 | May Call | |
| Freeman, Necia T. | Backpacks & Brown Bag Ministries | (304) 634-3319 http://www.neciafreeman.oldcolony.com/ | May Call | |

Dated:  September 25, 2020                    Respectfully submitted,


THE CITY OF HUNTINGTON                       CABELL COUNTY COMMISSION

/s/ *Anne McGinness Kearse*                  /s/ *Paul T. Farrell, Jr.*
Anne McGinness Kearse (WVSB No. 12547)       Paul T. Farrell, Jr., Esq. (WVSB No. 7443)
**MOTLEY RICE LLC**                          **FARRELL LAW**
28 Bridgeside Blvd.                          P.O. Box 1180
Mount Pleasant, SC 29464                      Huntington, WV 25714-1180
Tel:  843-216-9000                           422 Ninth Street, 3rd Floor
Fax:  843-216-9450                           Huntington, West Virginia 25701
akearse@motleyrice.com                       office: 304.523.7285
                                             cell: 304.654.8281
                                             email: paul@farrell.law

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 25, 2020, the foregoing *Plaintiffs' Amended Rule 26(a)(3)(A)(i) Witness List* was served on all counsel via email to plaintiffs' listserv at [mdl2804discovery@motleyrice.com](mailto:mdl2804discovery@motleyrice.com) and defendants' listservs at [track2opioiddefendants@reedsmith.com](mailto:track2opioiddefendants@reedsmith.com).

/s/ Monique Christenson
Monique Christenson (SC Bar No. 104063)
**MOTLEY RICE LLC**