# Appendix B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

**DEFENDANTS' TRIAL WITNESS LIST**

Pursuant to the Court's August 28, 2020 Order [Dkt. # 898] and Federal Rule of Civil Procedure 26(a)(3)(A)(i), AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively "Defendants"), hereby disclose the following witnesses who they expect to present at trial.

In serving this witness list, Defendants specifically reserve the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. Defendants further reserve the right to amend or supplement this list to identify witnesses who are deposed after September 23, 2020. Defendants also reserve the right to supplement and/or to amend this list with any witnesses identified on any party's witness lists, including any party who later settles or is severed or dismissed. Defendants further reserve the right to conduct a direct examination of any witness called by the Plaintiff and/or to call additional witnesses not identified on this list that are submitted as part of current or future deposition designations by any other party. Defendants further reserve the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions.

| # | Witness | Title | Designation | Appearance[1] |
|---|---------|-------|-------------|---------------|
| 1. | Adams, Doug | Chief Deputy, Cabell County Sheriff | Fact | May call |
| 2. | Arthur, Scott | Huntington Budget Manager | Fact | May call |
| 3. | Ashley, Demetra | DEA, Former Acting Assistant Administrator to the Diversion Control Center | Fact | May call (by deposition designation) |
| 4. | Bailey, Robert L. | Former Cabell County Commissioner | Fact | May call |
| 5. | Bates, Mark | Chairman, Huntington City Council | Fact | May call |

---

[1] Unless specifically noted, Defendants reserve the right to call any witness live at trial. Defendants additionally reserve the right to present the deposition testimony from any witness listed herein, where permitted by Federal Rule of Civil Procedure 32, applicable orders of the Court, or agreement of the parties.

| # | Witness | Title | Designation | Appearance[1] |
|---|---|---|---|---|
| 6. | Bentley, Darla | Budget Manager, Huntington | Fact | May call |
| 7. | Bowling, Karen | Former Secretary of the West Virginia Department of Health and Human Services | Fact | May call |
| 8. | Blaney-Koen, Daniel | Senior Legislative Attorney and 30(b)(6) for American Medical Association | Fact | May call (by deposition designation) |
| 9. | Brown, Vic | Executive Director, Appalachia HIDTA | Fact | May call (by deposition designation) |
| 10. | Cabell County 30(b)(6) | | Fact | May call (by deposition designation) |
| 11. | Colston, Stephenie | President & CEO, Colston Consulting Group, LLC | Expert | May call |
| 12. | Compton, Peggy | Associate Professor of Nursing, University of Pennsylvania | Expert | May call |
| 13. | Cox, Darren | Former Coordinator of Huntington Violent Crime & Drug Task Force | Fact | May call |
| 14. | Cramer, Philip | Head of Sales, Purdue Pharma | Fact | May call (by deposition designation) |
| 15. | Crouch, Bill | Secretary of the West Virginia Department of Health and Human Services | Fact | May call |
| 16. | Deer, Tim | President and Chief Executive Officer, The Spine and Nerve Center of the Virginias | Expert | May call |
| 17. | Gallagher, Brian | Marshall University Professor of Pharmacy Practice //  Chairman | Fact | May call |

| # | Witness | Title | Designation | Appearance[1] |
|---|---------|-------|-------------|---------------|
|   |         | and 30(b)(6)[2] for the Governor's Council on Substance Abuse Prevention and Treatment |   |   |
| 18. | Gilligan, Chris | Assistant Professor, Harvard Medical School | Expert | May call |
| 19. | Goff, Mike | Executive Director of and 30(b)(6) for the West Virginia Board of Pharmacy | Fact | May call |
| 20. | Haddox, David | Former Vice President of Health Policy, Purdue Pharmaceuticals | Fact | May call (by deposition designation) |
| 21. | Hansen, Robert | Executive Director, Office of Drug Control Policy for the West Virginia Department of Health and Human Resources | Fact | May call |
| 22. | Harper-Avilla, Stacy | DEA, Section Chief, UN Reporting and Quota Section | Fact | May call (by deposition designation) |
| 23. | Hogan, Amanda | Former Associate Director of Marketing, Purdue Pharmaceuticals | Fact | May call (by deposition designation) |
| 24. | Holifield, Larry | Director and Co-Owner, Corporate Integrity Services | Expert | May call |
| 25. | Howard, June | DEA, Chief, Targeting and Analysis Unit | Fact | May call (by deposition designation) |
| 26. | Howe, Rebecca | Huntington City Council | Fact | May call |
| 27. | Hunter, Paul | Sergeant, Huntington Police Department | Fact | May call |
| 28. | Huntington 30(b)(6) |   | Fact | May call (by deposition designation) |

---

[2] Where a witness's title identifies him or her as a 30(b)(6) witness, Defendants reserve their right to call the witness either in his or her individual capacity or as a representative of the organization for which the witness testified as a representative.

| # | Witness | Title | Designation | Appearance[1] |
|---|---|---|---|---|
| 29. | Joseph, Felice | Pharmacy Director, West Virginia Employees Insurance Agency | Fact | May call |
| 30. | Kass, Gertrude | Former Sales Representative, Purdue Pharmaceuticals | Fact | May call (by deposition designation) |
| 31. | Knittle, Robert | BOM Former Executive Director | Fact | May call (by deposition designation) |
| 32. | Kvancz, David | Senior Vice President, Strategic Client Relationships | Expert | May call |
| 33. | Mapes, Michael | DEA, Diversion Investigator | Fact | May call (by deposition designation) |
| 34. | Matovich, Paul | Corporal, Huntington Police Department | Fact | May call |
| 35. | Maxey, Lowell | Special Investigator, FBI Background Investigation Contracting Service | Expert | May call |
| 36. | McComas, Thomas | Former Sherriff, Cabell County | Fact | May call |
| 37. | McGoldrick, Bill | Vice President, Trooper Tech, Inc. | Expert | May call |
| 38. | Mock, Allen | Chief Medical Examiner for the West Virginia Office of the Chief Medical Examiner | Fact | May call |
| 39. | Mulchaey, Maurice | Former Regional Manager, Purdue Pharma | Fact | May call (by deposition designation) |
| 40. | Mullins, Christina | Commissioner, West Virginia Department of Health and Human Resources, Bureau for Behavioral Health | Fact | May call |
| 41. | Murphy, Kevin | George J. Stigler Distinguished Service Professor of Economics, Department of Economics and Booth School of | Expert | May call |

4

| # | Witness | Title | Designation | Appearance[1] |
|---|---|---|---|---|
| | | Business, The University of Chicago | | |
| 42. | O'Connell, Lyn | Associate Director of Addiction Sciences for Marshall Health // 30(b)(6) for Marshall Health | Fact | May call |
| 43. | Osborne, Jonathon | Executive Director, West Virginia Board of Osteopathic Medicine | Fact | May call |
| 44. | Painter, Sue Ann | Board of Registered Professional Nurses Executive Director | Fact | May call |
| 45. | Petrany, Stephen | Professor, Marshall University School of Medicine | Fact | May call |
| 46. | Porucznik, Christina | Associate Professor, University of Utah, Department of Family and Preventive Medicine | Expert | May call |
| 47. | Potters, David | Former Executive Director and General Counsel of the West Virginia Board of Pharmacy | Fact | May call |
| 48. | Preece, Craig | Detective, Huntington Police Department | Fact | May call |
| 49. | Rahilly-Tierney, Catherine | Instructor in Medicine, Harvard Medical School | Expert | May call |
| 50. | Ross, Edgar | Associate Professor, Anaesthesia, Harvard Medical School | Expert | May call |
| 51. | Rufus, Bob | Managing Principal, Rufus & Rufus Accounting Corporation | Expert | May call |
| 52. | Runyon, Deron | Former Finance Director, City of Huntington | Fact | May call |
| 53. | Richard Sackler, M.D. | Former President and Co-Chairman of the Board, Purdue Pharmaceuticals | Fact | May call (by deposition designation) |

| # | Witness | Title | Designation | Appearance[1] |
|---|---|---|---|---|
| 54. | Scalise, Danny | Executive Director and 30(b)(6) for West Virginia State Medical Association | Fact | May call |
| 55. | Shepard, Diana | Former Executive Director, West Virginia Board of Osteopathic Medicine | Fact | May call (by deposition designation) |
| 56. | Smith, Michael | West Virginia State Police | Fact | May call |
| 57. | Smith, Phyllis | Cabell County Clerk | Fact | May call |
| 58. | Sobonya, Kelli | Commissioner, Cabell County Commission | Fact | May call |
| 59. | Spangler, Mark | Executive Director, WVBOM | Fact | May call |
| 60. | Storey, Lee Ann | Former Director of Product Monitoring, Purdue Pharma | Fact | May call (by deposition designation) |
| 61. | Strait, Matthew | Senior Policy Advisor, DEA | Fact | May call (by deposition designation) |
| 62. | Underwood, Dan | Captain, Huntington Police Department | Fact | May call |
| 63. | Watts, Linda | Commissioner, Bureau of Children and Families | Fact | May call (by deposition designation) |
| 64. | Welch, Crystal | Lead Project Coordinator, Quality Insights | Fact | May call |
| 65. | West Virginia State Police 30(b)(6) | | Fact | May call (by deposition designation) |
| 66. | Werthammer, Joseph | Former Chief Medical Officer of Marshall Health | Fact | May call |
| 67. | Wolfe, Kim | Former Mayor, Huntington | Fact | May call |
| 68. | Wright, Kyle | DEA, Staff Coordinator of the Regulatory Section | Fact | May call (by deposition designation) |
| 69. | Wright, Tricia | Professor of Clinical Medicine, University of California, San Francisco | Expert | May call |

| # | Witness | Title | Designation | Appearance[1] |
|---|---------|-------|-------------|------------|
| 70. | Yingling, Kevin | Professor, Marshall University | Fact | May call |

Dated:  September 23, 2020

Respectfully submitted,

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*/s/ Timothy C. Hester*
Timothy C. Hester
Laura Flahive Wu
Andrew P. Stanner
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
lflahivewu@cov.com
astanner@cov.com

*/s/ Paul W. Schmidt*
Paul W. Schmidt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
pschmidt@cov.com

*Counsel for McKesson Corporation*

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553

7

Charleston, WV 25322
Telephone: (304) 340-1000
Facsimile: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*


*/s/ Steven R. Ruby*
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
**CAREY DOUGLAS KESSLER & RUBY PLLC**
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer G. Wicht
**WILLIAMS & CONNOLLY LLP**

8

725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com
jwicht@wc.com

*Counsel for Cardinal Health, Inc.*

9