# Appendix D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>    Plaintiff, | |
| v. | CIVIL ACTION NO. 3:17-01362 |
| AMERISOURCEBERGEN<br>DRUG CORPORATION, et al.,<br>    Defendants. | |
| CABELL COUNTY COMMISSION,<br>    Plaintiff, | |
| v. | CIVIL ACTION NO. 3:17-01665 |
| AMERISOURCEBERGEN<br>DRUG CORPORATION, et al.,<br>    Defendants. | |

**AMERISOURCEBERGEN DRUG CORPORATION'S WITNESS LIST**

Pursuant to the Court's August 28, 2020 Order [Dkt. # 898] and Federal Rule of Civil Procedure 26(a)(3)(A)(i), AmerisourceBergen Drug Corporation ("ABDC") hereby discloses the following witnesses who it expects to present at trial.[1]

---

[1] This witness list is being served in addition to Defendants' Trial Witness List, which is incorporated by reference herein.

ABDC specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point.  ABDC further reserves the right to amend or supplement this list to identify witnesses who are deposed after September 23, 2020.  ABDC also reserves the right to supplement and/or to amend its list with any witnesses identified on any party's witness list, including any party who settles or is severed or dismissed.  ABDC further reserves the right to conduct a direct examination of any witness called by the Plaintiff and/or to call additional witnesses not identified on this list that are submitted as part of current or future deposition designations by any other party.  ABDC further reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions.

**A.     Expert Witnesses**

| # | Witness | Title | Appearance[2] |
|---|---------|-------|---------------|
| 1. | Buskey, Robert | Managing Director of BBG Consulting LLC | May call |
| 2. | Hughes, James | Thomas Sowell Professor of Economics Emeritus, Bates College | May call |
| 3. | Jambulingam, Thani | Principal and Founder, Bagley Pharmaceutical Controlled Drug Consultant, LLC | May call |
| 4. | Martens, Theodore | Consultant and Retired Partner, PricewaterhouseCoopers LLP | May call |

---

[2] Unless specifically noted, ABDC reserves the right to call any witness live at trial.  ABDC additionally reserves the right to present the deposition testimony from any witness listed herein, where permitted by Federal Rule of Civil Procedure 32, applicable orders of the Court, or agreement of the parties.

B.   **Fact Witnesses**

| #   | Witness             | Title                                                                                      | Appearance[3]                              |
|-----|---------------------|--------------------------------------------------------------------------------------------|--------------------------------------------|
| 1.  | Cassady, Peter      | Warehouse Manager, AmerisourceBergen Corporation                                           | May call                                   |
| 2.  | Cherveny, Eric      | Senior Director, CSRA Operations, AmerisourceBergen Corporation                            | May call                                   |
| 3.  | Coldren, Emily      | Diversion Control Specialist, AmerisourceBergen Corporation                                | May call                                   |
| 4.  | Conneely, Caroline  | Managing Director, FTI Consulting Health Solutions                                         | May call                                   |
| 5.  | Garcia, Elizabeth   | Former Diversion Control Investigator, AmerisourceBergen Corporation                       | May call (by deposition designation)       |
| 6.  | Guerreiro, Marcelino| Diversion Control Analyst, AmerisourceBergen Corporation                                   | May call                                   |
| 7.  | Gundy, Bruce        | Director of Investigations and Security, AmerisourceBergen Corporation                     | May call                                   |
| 8.  | Hartman, Sharon     | Director of Pharmacy Compliance and Diversion Control, AmerisourceBergen Corporation       | May call                                   |
| 9.  | Hazweski, Edward    | Former Director of Diversion Control and Security, AmerisourceBergen Corporation           | May call                                   |
| 10. | Kreutzer, Kevin     | Diversion Control Investigator, AmerisourceBergen Corporation                              | May call                                   |
| 11. | Mash, Lisa          | Former Vice President Sales, AmerisourceBergen Corporation                                 | May call (by deposition designation)       |
| 12. | May, David          | Vice President, Corporate Security and Diversion Control, AmerisourceBergen Corporation    | May call                                   |
| 13. | Mays, Steve         | Vice President, Regulatory Affairs, AmerisourceBergen Corporation                          | May call                                   |
| 14. | Norton, Rita        | Senior Vice President Government Affairs and Public Policy, AmerisourceBergen Corporation  | May call                                   |
| 15. | Perry, Michael      | Former Sales Executive, AmerisourceBergen Corporation                                      | May call                                   |

---

[3] Unless specifically noted, ABDC reserves the right to call any witness live at trial. ABDC additionally reserves the right to present the deposition testimony from any witness listed herein, where permitted by Federal Rule of Civil Procedure 32, applicable orders of the Court, or agreement of the parties.

3

| #   | Witness | Title | Appearance[3] |
|-----|---------|-------|---------------|
| 16. | Seckinger, Nikki | Diversion Control Investigator, AmerisourceBergen Corporation | May call |
| 17. | Tomkiewicz, Joseph | Former Corporate Investigator, AmerisourceBergen Corporation | May call |
| 18. | Weber, Celia | Senior Director of Marketing and Operations, AmerisourceBergen Corporation | May call |
| 19. | Weissman, Gabriel | Group Vice President Communications, AmerisourceBergen Corporation | May call |
| 20. | Zimmerman, Chris | Senior Vice President, Corporate Security and Regulatory Affairs, AmerisourceBergen Corporation | May call |
| 21. | Drug Emporium #1, 3 Mall Rd., Barboursville, WV 25504, Richard Brock Fillmore, RP0005824, or other pharmacist | Pharmacist | May call |
| 22. | Fruth Lavalette #28 (formerly McCloud Family Pharmacy), 4541 5th Street Road, Huntington, WV 25701, Kevin McCloud, RP0005952 and Jeffery McCloud, RP0005546, or other pharmacist | Pharmacist | May call |
| 23. | Fruth Milton #5, 1347 Hillview Drive, Milton, WV 25541, William Wright, RP0003700, and Charles Massey, RP0006501, or other pharmacist | Pharmacist | May call |

Dated: September 23, 2020          */s/ Gretchen M. Callas*

                                                       Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV 25322
Telephone: (304) 340-1000
Facsimile: (304) 340-1050
gcallas@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.   CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

CABELL COUNTY COMMISSION,
    Plaintiff,

v.   CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

---

## **CERTIFICATE OF SERVICE**

    I hereby certify that AmerisourceBergen Drug Corporation's Witness List was served on September 23, 2020 via electronic transfer to all counsel of record.

                */s/ Gretchen M. Callas*
                Gretchen M. Callas (WVSB #7136)
                JACKSON KELLY PLLC
                Post Office Box 553
                Charleston, WV  25322
                Telephone: (304) 340-1000
                Facsimile: (304) 340-1050
                gcallas@jacksonkelly.com