# Appendix F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

## TRIAL WITNESS LIST OF DEFENDANT CARDINAL HEALTH, INC.

Pursuant to Federal Rule of Civil Procedure 26 and the Court's August 28, 2020 Order, ECF No. 898, Cardinal Health, Inc. hereby discloses the following witnesses who may testify at trial.

The inclusion of any name on the list below is not a statement by Cardinal Health that the named representative will in fact testify, or that the witness is available or subject to subpoena in this matter. Cardinal Health reserves the right to call any of these witnesses in its case in chief. In serving this witness list, Cardinal Health specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point, as well as to identify witnesses who are deposed after September 23, 2020. Cardinal Health further reserves the right to call any witnesses identified on any other party's witness list, including any party who

later settles or is severed or dismissed.  Cardinal Health reserves the right to conduct an examination of any witness called by the Plaintiff.  Cardinal Health also reserves the right to call witnesses who do not appear on this list to rebut the Plaintiffs' case, supplement and/or amend this witness list in response to rulings of the Court on pretrial motions, and supplement and/or amend this witness list in response to other new information.  In particular, Cardinal Health reserves the right to supplement or amend this list based on any ruling by the Court concerning the applicability of W. Va. Code 55-7-13a through 55-7-13d, including by adding witnesses disclosed at ECF No. 31 or ECF No. 99.  Cardinal Health further reserves the right to call by deposition designation additional witnesses not identified on this list that are submitted as part of current or future deposition designations.

**Expert Witnesses:**

The following are expert witnesses Cardinal Health will call to testify:

1. Adam Fein
2. John MacDonald
3. Brian Reise

**Fact Witnesses:**

The following are fact witnesses Cardinal Health will call to testify:

1. Todd Cameron
2. Michael Mone

The following are fact witnesses Cardinal Health may call to testify:

1. Greg Alderson
2. Craig Baranski
3. Linden Barber
4. George Barrett

5. Eric Brantley

6. Ray Carney

7. Doug Emma

8. Kristine Fidler

9. Lauren Fields

10. Mark Hartman

11. Jesse Kave

12. Michael Kilkenny

13. Matt Patton

14. Thomas Prevoznik (by prior deposition)

15. Gilberto Quintero

16. Joseph Rannazzisi (by prior deposition)

17. Nicholas Rausch

18. Steve Reardon

19. Danielle Roberts

20. Melissa Schrebe

Dated:  September 23, 2020

Respectfully submitted,

***Cardinal Health, Inc.***
By Counsel:

*/s/ Steven R. Ruby*
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WWVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY DOUGLAS KESSLER & RUBY PLLC

707 Virginia St., E., Ste. 901
Charleston, West Virginia 25301
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@cdkrlaw.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rfranks@cdkrlaw.com


*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Jennifer G. Wicht
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
jwicht@wc.com
ahardin@wc.com