# Appendix H

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>      Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>      Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>      Defendants. | Civil Action No. 3:17-01665 |

**MCKESSON CORPORATION'S TRIAL WITNESS LIST**

Pursuant to the Court's August 28, 2020 Order [Dkt. # 898] and Federal Rule of Civil Procedure 26(a)(3)(A)(i), McKesson Corporation ("McKesson") hereby discloses the following witnesses who it expects to present at trial.[1]

In serving this witness list, McKesson specifically reserves the right to amend, supplement, or otherwise modify these disclosures if new or modified information is provided at any point. McKesson further reserves the right to amend or supplement this list to identify witnesses who are deposed September 23, 2020. McKesson also reserves the right to supplement and/or to amend this list with any witnesses identified on any party's witness lists, including any party who later settles or is severed or dismissed. McKesson further reserves the right to conduct a direct examination of any witness called by the Plaintiff and/or to call additional witnesses not identified on this list that are submitted as part of current or future deposition designations by any other party. McKesson further reserves the right to supplement and/or to amend this witness list in response to rulings of the Court on pretrial motions.

| # | Witness | Title | Designation | Appearance[2] |
|---|---------|-------|-------------|---------------|
| 1. | Ashworth, Timothy | Retail Sales Manager, McKesson | Fact | May call |
| 2. | Bagley, Lydia | Principal and Founder, Bagley Pharmaceutical Controlled Drug Consultant, LLC | Expert | May call |
| 3. | Bell, Greg | Group Vice President at Charles River Associates | Expert | May call |
| 4. | Boberg, Peter | Vice President, Antitrust and Competition | Expert | May call |

---

[1] This witness list is being served in addition to Defendants' Trial Witness List, which is incorporated by reference herein.

[2] Unless specifically noted, McKesson reserves the right to call any witness live at trial. McKesson additionally reserves the right to present the deposition testimony from any witness listed herein, where permitted by Federal Rule of Civil Procedure 32, applicable orders of the Court, or agreement of the parties.

| # | Witness | Title | Designation | Appearance[2] |
|---|---|---|---|---|
|  |  | Economics, Charles River Associates |  |  |
| 5. | Boggs, Gary | Vice President, Regulatory Affairs | Fact | May call |
| 6. | Borelli, Victor | Former National Account, Mallinckrodt Pharmaceuticals | Fact | May call (by deposition designation) |
| 7. | Cavacini, Gene | Chief Operating Officer, US Pharma, McKesson | Fact | May call |
| 8. | de Gutierrez-Mahoney, Bill | Director of Regulatory Affairs, McKesson | Fact | May call |
| 9. | Hughes, James | Thomas Sowell Professor of Economics Emeritus, Bates College | Expert | May call |
| 10. | Oriente, Michael | Director of Regulatory Affairs, McKesson | Fact | May call |
| 11. | Walker, Donald | SVP of Distribution Operations, McKesson | Fact | May call |

Dated:  September 23, 2020

Respectfully submitted,

/s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

/s/ Timothy C. Hester
Timothy C. Hester
Laura Flahive Wu
Andrew P. Stanner
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
lflahivewu@cov.com
astanner@cov.com

2

3

>*/s/ Paul W. Schmidt*
> Paul W. Schmidt
> COVINGTON & BURLING LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, New York 10018
> (212) 841-1000
> pschmidt@cov.com
>
> *Counsel for McKesson Corporation*

3