# Exhibit 1



**STATE OF WEST VIRGINIA**
**DEPARTMENT OF HEALTH AND HUMAN RESOURCES**
**Bureau for Behavioral Health**
**Commissioner's Office**
350 Capitol Street, Room 350
Charleston, West Virginia 25301-3702
Telephone: (304) 356-4538 Fax: (304) 558-2230

Bill J. Crouch
Cabinet Secretary

Christina R. Mullins
Commissioner

October 18, 2019

The Honorable Frank Pallone, Jr
Committee on Energy and Commerce
2125 Rayburn House Office Building
Washington, DC 20151-6115

Dear Chairman Pallone:

The West Virginia Department of Health and Human Resources Cabinet Secretary Bill J. Crouch has asked me to respond to the United States Congress, House of Representatives, Committee on Energy and Commerce's September 18, 2019 request for information regarding West Virginia's response to the opioid crisis. A narrative is provided for each question in the above noted request. Additionally, tables are included to provide additional detail where appropriate. If a table provides a portion of the answer to the question, it will be noted in the narrative response.

West Virginia (WV) is one of the states most impacted by the current opioid crisis. In 1999, WV had a lower crude rate of overdose deaths, 4.1 per 100,000 population, than the nation at 6.0 per 100,000. WV surpassed the national rate in 2001 and, in 2010, became the state with the highest rate of overdose deaths. WV continued to lead the nation in overdose deaths, with its highest rate of 53.6 recorded in 2017. The State also leads the nation in neonatal abstinence syndrome (NAS), a withdrawal syndrome associated with prenatal exposure to both illicit and prescribed drugs. In 2018, 4.9% of infants born in WV were diagnosed with NAS. Of continued concern is that 14.3% of infants were exposed to drugs (either illicit or prescribed) during the prenatal period, leaving these children at potential risk for long term negative consequences.

Since 2016, WV has received significant federal funds to address the opioid crisis in a manner that is making a difference. Positive impacts have been felt across the state as WV has increased prevention services, treatment options and recovery access. Quite simply, the federal funds at the heart of this request, have allowed WV the ability to address the opioid crisis in a holistic manner. WV has utilized these funds to improve every aspect of the Substance Use Disorder (SUD) system of care, by braiding them with state and drug settlement funds to expand the impact beyond the scope of the designated federal grants.

Though WV has made tremendous strides the response to the opioid crisis has not come without challenges. For example, the treatment infrastructure was not initially capable of meeting the rising demand for services, the local workforce was ill equipped to manage this crisis and some county entities and governments were not structured in a manner to allow them to quickly receive and manage federal funds. In developing strategies for the implementation of these federal funds, WV has worked to balance the need for immediate interventions and services with the long term need to address some of the more systemic issues that serve as an ongoing challenge to the state's response to the opioid crisis.

WV has improved its infrastructure and ability to monitor this crisis by hiring additional personnel, acquiring new data systems and improving the use of existing systems. Enhancements in this area have led to a greater understanding of the opioid crisis and its impact on individuals, families, counties and the State. These improvements in surveillance have helped WV respond to this crisis in a data informed manner allowing for more efficient and timely utilization of resources.

In the area of prevention services, WV has increased access to Naloxone, creating a statewide deployment strategy that simultaneously addresses the highest risk counties in the state, while also targeting high contact agencies and providers in other areas/counties. WV's overdose data is beginning to show improvement with a projected 6% decrease in overdose death in 2018. This is primarily due to decreases in the involvement of opioids. Harm reduction locations have been funded in high risk areas of the state to promote syringe exchange/support programs, while simultaneously allowing an access point for outreach and engagement with Peer Recovery Support Specialists (PRSS) and other treatment avenues. Prevention activities are coordinated by a robust group of Prevention Lead Organizations to implement activities at the county level in six specific regions of the state.

WV is making use of its federal and state funds to improve evidence-based treatment access to increase the numbers of both providers and residential treatment capacity. WV, a Medicaid expansion state, received a Centers for Medicare and Medicaid Services (CMS) 1115 Substance Use Disorder (SUD) Demonstration Waiver, which has increased access for Medicaid covered individuals to treatment. Services under the waiver include PRSS funding for stronger participant engagement and navigation of needed services; expansion of access to non-emergency medical transportation to and from treatment; and coverage of residential treatment services.

Since 2016, recovery services have also been increased. As noted above, PRSS have been added to the Medicaid funded system of care to increase engagement in recovery. WV has also funded a statewide chapter of the National Alliance of Recovery Residences to promote stronger, more consistent recovery housing options based on national standards. An expansion of recovery housing is in process using State funds for new additions statewide.

WV recognizes family engagement is a crucial component of recovery and is expanding programs to support families remaining together by funding residential treatment centers that accommodate mothers and their children. Additionally, the WV Department of Health and Human Resources (DHHR) initiative is seeking to identify childcare options for parents to utilize while seeking treatment.

CROUCH_FEDWV_00000774
CROUCH_FEDWV_00000773-2

Energy & Commerce Response
October 18, 2019
Page 3 of 13

In 2017, the WV Legislature passed the WV Drug Control Policy Act, which created the Office of Drug Control Policy (ODCP) to coordinate, support and improve the state's response to substance use issues. Governor Justice and the ODCP have convened an advisory council to create a new strategic plan which will serve as the guidance for future infrastructure, program, and service improvements for WV.

Some of the more innovative and exciting projects have involved cooperation across state agencies with differing funding streams. With the creation of the ODCP, a common vision is emerging, which is focused on cooperation and sharing of data and resources in pursuit of common goals. For example, in the criminal justice arena WV has begun to bring Medication Assisted Treatment (MAT) treatment to jails through a collaboration between different state agencies, allowing for fewer interruptions in treatment for those who become incarcerated. In addition, a 20-bed correctional unit has been established as an alternative to a court ordered prison term for individuals with SUD who choose to participate in a long-term MAT program. Further cooperation is highlighted by the development of Law Enforcement Assisted Diversion (LEAD) programs in 15 counties, which aim to divert adults with SUD from the criminal justice system to community-based treatment and recovery supports.

Quick Response Teams, which were nonexistent in in the state in 2016, are now used to engage people who have recently experienced overdoes with services and supports in 20 of the highest need communities. Transportation, a long-term issue for rural states such as WV, is being addressed in ways that allow for greater access to treatment and recovery services. As a result of its federal Strategic Prevention Framework Rx grant, WV has created a website, Help and Hope WV, to share resources, events, and educational information related to the drug crisis in WV. Media campaigns are being used to provide anti-stigma messaging and inform the audience of available services and programs. A 24/7/365 statewide call line, 1-844-Help4WV, is also available to help people seeking assistance access all levels of treatment and recovery.

The following summary provides an overview of how WV has made use of the noted federal funding to expand the state's response to the opioid crisis. Additionally, this response notes services and portions of the state's system of care that may have been partially or fully funded by other sources, such as state appropriations and drug settlement funds. All the services provided are being coordinated at the state level to avoid duplication and to assure the most needed services are provided in the areas with the highest need. Please note the full scope of services provided and all improvements to the overall system of care may not be fully captured in this brief summary response.

**1)   Since 2016, how much federal funding for opioid use disorder prevention, treatment, and recovery has West Virginia received?**

Since 2016, WV has received $146,959,646 in federal funding for opioid use disorder (OUD) prevention, treatment, and recovery. Please see Table 1.

**a)   What challenges, if any, exist in deploying federal funds to local communities in an expedited manner?**

As noted previously, WV faced several challenges in the deployment of federal resources to its local communities. Some of the issues involve a lack of infrastructure at the local community level to administer federal funding appropriately and/or a lack of a qualified

CROUCH_FEDWV_00000775
CROUCH_FEDWV_00000773-3

workforce at the local level. To help address these issues DHHR has provided technical assistance (TA) to several entities on the state processes and federal grant requirements. This TA will continue in the future as WV works to strengthen and expand the capabilities of local and regional agencies providing services to those most in need.

Another workforce issue presenting challenges and opportunities for improvement is workforce participation. Overall, WV has one of the lowest participation rates in the workforce of any state in the nation. WV is actively working to address this issue. Governor Justice's administration has created a program, Jobs and Hope West Virginia, to help those in recovery locate employment and higher education. Transition agents are located throughout the state to help connect employed individuals with a SUD to recovery and treatment options and unemployed individuals in recovery with jobs and education.

Additionally, the state in general has a mental health professional workforce shortage. The Health Resources and Services Administration (HRSA) estimates only 16.9% of WV's mental health professional need is being met, which has a direct impact on the state's ability to expand treatment and prevention. WV DHHR has provided funding to train over 700 professionals and peer recovery coaches on effective MAT practices, with a focus on pregnant and postpartum women, opioid overdose survivors and hospital emergency departments. With State Opioid Response Grant (SOR) funding, WV has worked with the three medical schools in the state to broaden their curriculum and professional development to expand the clinical workforce in the state. In addition, in order to compliment the work of the medical schools, WV created a state funded Statewide Therapist Loan Repayment (STLR) program. STLR will repay a portion of eligible student loan expenses in exchange for a 2-year SUD service obligation at a qualified facility in WV. Initial response to this program is demonstrating that, given an opportunity, people want to stay in WV to address the drug crisis.

In order to effectively and efficiently respond to the opioid crisis, additional workforce was also needed by key state agencies. Challenges often exist in staffing new initiatives in a timely manner. Due to the urgent nature of addressing opioid use and its outcomes, direct assistance from federal partners, especially the Centers for Disease Control and Prevention (CDC), has been extremely beneficial to facilitate quickly staffing initiatives while allowing the state to work on internal hiring. Examples of federal funds addressing this barrier include the CDC PDO: PFS grant, which supports the Board of Pharmacy (BOP) data analytical team and includes the first two epidemiologists ever hired by the BOP in order to increase the use of Prescription Drug Monitoring Program (PDMP) data. Additionally, the SOR funding has allowed for employing additional DHHR Bureau for Behavioral Health (BBH) personnel to ensure coordination across prevention and treatment activities, effectively doubling the workforce of the Single State Authority (SSA).

Internal processes at the state level can cause delays as the required steps to complete purchasing contracts and grant agreements may not always allow for rapid deployment of funding to the local and regional level. WV, however, has developed a system to allocate grant funds and contracts in a manner that moves as expeditiously as possible while simultaneously assuring federal grant guidelines are adhered to and followed for the duration of the funding period. In fact, during the most recent SAMHSA site review for the SOR grant program, the reviewing staff were very complimentary of the WV DHHR grant process and the completeness of grant agreements.

> ***b)     To date, how much of this federal funding has your state used or allocated?
> Please provide a list of each funding recipient, the purpose for allocating money to
> them (e.g. prevention, treatment, etc.), and the amount that has been allocated to
> them.***

As of October 9, 2019, WV has used/allocated $65,772,093 (see Table 1). Table 2
provides a summary of entities receiving funding, the purpose for their allocation and the
amount of funding allocated to each entity.     Please note the total amount
allocated/encumbered is constantly changing as new programs begin.

> ***c)     If your state has not used the entirety of federally allocated funding, please
> explain why.***

WV has not fully allocated all its resources at the time of this response.  It cannot be
stressed enough that the federal resources provided to WV represent a significant
increase in SUD funding and have allowed for a much-needed upgrade to the SUD system
of care.  During the funding increase, WV also initiated a CMS 1115 SUD Waiver, further
changing the environment of the treatment landscape.  Like all change, this expansion
and upgrade has helped WV identify areas of opportunity for improvement.  Personnel
were needed at the state level to manage programs and the vision for services, as well as
at the local level for direct service provision.  The addition of qualified personnel takes
time; however, this growth has been realized in large part and is already making a
difference in the oversight, provision and delivery of the necessary programs.

Additionally, it is important to note that a significant portion of the total amount has only
recently been received by the state as FFY2019 funds or is currently in budget
negotiations with the federal partner.  It has been extremely helpful to WV's response that
carryover requests and no-cost extensions have been granted regarding these funds,
allowing WV to complete projects that may be necessary but could not have been
considered otherwise.  Finally, the State takes seriously its obligation to get its share of
federal funding out to service providers both quickly responsibly.

**2)     Please describe how your state determines which local government entities (i.e.
counties, cities and towns) receive federal grant funding to address the opioid
crisis.  Specifically, please identify localities impacted most by the opioid epidemic
in your state, and include the total amount allocated to each locality, as well as the
factors your state considers in distributing these funds.**

Please see Table 3, which reflects the counties that had the highest need/burden and
illustrates the amounts allocated to those counties and the communities within them.  It is
important to note not all counties in WV have the same ability and infrastructure in place
to receive funding in order to address their existing level of need.  Some programs have
been strategically funded in a regional manner to allow for staffing and expertise from one
county to benefit others.

WV is a state in great need of support in addressing the opioid crisis.  Every county and
every community have been impacted by this issue.  As such, some level of funding has
been provided to every county in the state.  There are 55 counties in WV with a large

CROUCH_FEDWV_00000777
CROUCH_FEDWV_00000773-5

variation in population by county. The smallest has only 5830 people, while the largest has a population of 180,454. DHHR funds state-wide behavioral health infrastructure for prevention via six Prevention Lead Organizations (PLOs) to provide and build prevention infrastructure and activities, including the funding of county coalitions. Treatment is tasked to 13 regional Comprehensive Behavioral Health Centers (CBHC), which serve as the public behavioral health centers in the state. Funding has been awarded to all PLOs and CBHCs to increase capacity and enhance infrastructure to respond to the drug crisis. Additionally, each county has been represented as a locality on projects that have gone through a competitive application process.

One factor in determining which localities receive funding is a response to the guidance of the specific funder and funding source. This is combined with a need to balance statewide needs and oversight with local needs and service capacity. For example, in response to one federal grant, state-level stakeholders assembled and developed a strategy to expand WV's existing partnership with the U.S. Drug Enforcement Administration (DEA) to address prescription drug control in the state. This strategy includes the formation of an assessment team to determine appropriate responses to enforcement actions. Local Health Departments have credibility with both local and state-level stakeholders, as well as surveillance and evaluation capacity. DHHR has been working with local health departments to disseminate analyses of prescribing and overdose trends. The local health departments are also jurisdictionally positioned throughout the state to perform the contractual services. This is being leveraged for two major strategies, the implementation of Quick Response Teams (QRTs) and harm reduction programs.

Similar to the example above, some of the initiatives funded under the federal grants noted in this response are for statewide services and benefits. Table 3 identifies only the funding provided to specific communities, at the county level. This table illustrates 27% of the county level funding was allocated to the top eleven (11) burdened counties. Further, 51% of this funding was allocated to the top twenty-two (22) burdened counties.

DHHR uses both a purchasing process and a competitive Announcement of Funding Availability (AFA) process to determine which local government entities receive federal funding, with prioritization given to specific areas of need/personnel in agencies to develop programs.

**3)** ***Please describe how your state determines which non-governmental organizations (i.e. non-profits, treatment centers, or other entities) receive federal grant funding to address the opioid crisis. Specifically, please identify the non-governmental organizations that have received funds in your state, and include the total amount allocated to each entity, as well as the factors your state considers in distributing these funds.***

Table 4 lists each non-governmental funding recipient and the total amount allocated to each entity. The DHHR awards grants to outside entities to perform an assortment of programmatic functions or activities funded with federal and state sources. While there are slight variations within and between agencies, they follow the same overall guidelines. The DHHR BBH process is provided as one example.

CROUCH_FEDWV_00000778
CROUCH_FEDWV_00000773-6

BBH releases an AFA through an established public announcement process, which includes both group e-mails and website postings. AFA's note the services to be provided, the geographic location for those services, the budget limits, grant expectations/requirements, and requests a proposal for the delivery of the specified services. After a public application period, all grant applications are reviewed using an independent proposal review team. Proposals are scored based upon the content of the proposal. Based upon the results of the review, funding recommendations are provided to DHHR leadership for consideration and final decision.

In consideration of programmatic awards, WV looks at past performance of programmatic applicants, ability to provide required activities, ability to provide services in the needed geographic location(s) and ability to manage federal funds per required guidance.

In some instances, DHHR may direct award agencies for specific programs. In these cases, the agencies selected are the only providers eligible for this service. These awards may be in the form of a grant award or a purchase contract. An example of this type of process would be a contract with a data platform provider that is the sole source provider of an eligible software solution.

**4)** *Do federally appropriated funds to address the opioid crisis provide your state with the flexibility to focus on the hardest hit regions or localities? Please describe how, if at all, this flexibility has helped West Virginia in using funds to target vulnerable populations or at-risk areas. If no, please explain what additional flexibility should be considered in your state address the hardest hit regions or localities.*

Yes, the funding provided has largely allowed WV the flexibility to focus on the hardest hit regions and/or localities while providing the ability to address statewide needs that will benefit all West Virginians. One of the more important aspects of this funding regarding flexibility is the provision of surveillance support, in the funding of both personnel and data platforms. In a state where every county and community can make the case for a need, being able to have a data informed approach to identify the areas of greatest need and the gaps in services in those areas has enhanced the efficiency of WV's own targeted response.

As a result, DHHR has been able to identify "hot spots" and high burden areas. The federal funds provided through the Public Health Crisis Response grant presented an opportunity to assess the local jurisdictions that were the hardest hit regions. Through these assessments WV has enhanced its ability to deploy funds to agencies working closely with targeted vulnerable populations and/or at-risk areas.

While the funding allows appropriate flexibility to address OUD, the restriction to OUD strategies limits the ability to be flexible in responding to emerging polysubstance use issues. Currently these activities are being funded via other mechanisms, but additional flexibility would allow for streamlining processes. Overall, overdose deaths with opioid prescription involvement have been declining, and 2018 will be the first year since 2014 there has not been an increase in overdose deaths associated with fentanyl. The same, however, cannot be said for overdose deaths that involve psychostimulants. For example, in 2014, 3% of overdose deaths involved methamphetamine. In 2018, 36% of overdose deaths involved methamphetamine.

CROUCH_FEDWV_00000779
CROUCH_FEDWV_00000773-7

**5)** *In what ways, specifically, have federal funds extended to West Virginia helped change your state's treatment system and/or led to a reduction in opioid overdoses?*

In many ways, WV's treatment system has been completely overhauled in response to the opioid crisis and much of the positive work to date has occurred with or been made possible as a direct result of the federal funds awarded since 2016. Again, it would be impossible to discuss all the impacts of the federal funding at the center of this request without also reiterating that WV was approved for a CMS 1115 SUD Demonstration Project. This expansion of Medicaid covered services for SUD treatment and strengthened peer services, while federal funding was being increased to address the opioid crisis. These facets have been combined to help WV provide the most effective service array for those most in need. While a number of those seeking treatment are Medicaid recipients, many others are ineligible due to income. These individuals were unable to seek treatment due to high costs and, with this in mind, WV has created a program to assist these individuals in payment for treatment if their income level is below a specified threshold.

WV has increased evidence-based treatment options. Through drug settlement funding WV has added over 200 new treatment beds, with an additional 350 still under development. In response to the SUD Waiver, another 133 beds have been made available for residential treatment. Further, the federal funding received has allowed WV to expand access to clinically appropriate, evidence-based practices for out-patient treatment. In 2017, WV had 243 DATA Waivered providers but as of October 2019 the total has risen to 584. This is a 140% increase in the number of providers that can prescribe buprenorphine. Even at only 30 patients per provider (the federal limit) this means the state has expanded its capacity to treat an additional 10,230 people with OUD.

WV's PDMP authority, the BOP, and the WV Violence and Injury Prevention Program within DHHR have increased their capacity to analyze and use PDMP data for public health surveillance by embedding BOP staff in DHHR. One consequence of this work is that WV's PDMP has instituted unsolicited reporting of high prescribing activity and both fatal and non-fatal overdoses, becoming the first state to offer non-fatal overdose alerts/reports in its PDMP.

There has been a 35% decrease in both opioid prescriptions and opioid doses dispensed from 2014-2018. Additionally, Naloxone prescribing has increased 140% from 2017 to 2018 and continues to show increases. These efforts combined have yielded an overdose rate that, while still high, is decreasing. These funds are allowing services to quite literally save lives and build pathways to recovery.

Funding from the SPF RX and Substance Abuse Prevention and Treatment Block grant sponsor drug take back activities to decrease potential diversion. Two drug take back days occurred during the past year, with thirteen counties participating. A total of 296.7 pounds (lbs.) of medication were collected during these events. An additional 539.2 lbs. of medications have been collected at permanent drop boxes. Additionally, over 5,000 Drug Deactivation Kits have been distributed as part of this activity. It is important to note not all medications were controlled substances.

Engagement activities as a pathway to treatment have also been expanded. The SOR funds have allowed PRSS to be located in regional jails, emergency departments, harm reduction programs, college campuses and non-profit agencies. There are currently 274 PRSS's certified by Medicaid located throughout the state. As an example of the impact of the PRSS staff, approximately 3,340 individuals received peer support services between May 2018 and April 2019.

As WV is one of the most rural states in the nation, with a lack of mass transit options for many residents, transportation has long been a significant barrier in access to treatment and recovery services. Several strategies have been employed to address this barrier. The 1115 SUD Waiver allows Medicaid funded transportation to treatment via the non-emergency medical transportation provider. Additionally, with SOR funding, WV has partnered with the WV Public Transit Authority to offer after hours transportation and expanded route access to cover more rural areas specifically to assist individuals in accessing treatment and recovery services.

**6)**   **What performance measures is West Virginia using to monitor the impact of federal funds for opioid use disorder and other substance use disorder treatment?**

WV monitors many data points associated with the opioid crisis to measure progress towards its resolution. WV implemented NAS and Intrauterine Substance Exposure (IUSE) surveillance in October 2016 to ensure timely data to inform decisions and track progress. During this time there were no increases in NAS or IUSE in the state. While a decrease would be preferable, the prevention of increases in NAS and IUSE exposure is noteworthy.

One of the most common outcomes tracked is overdose deaths. As mentioned previously, the projected number of overdose deaths in 2018 is lower than 2017, giving hope that WV is making progress in the expansion of treatment and resources. An internal monthly update of overdose deaths is provided to key leadership for monitoring and early identification changes at the county level. In addition to monitoring fatal overdoses, DHHR conducts monthly surveillance activities on nonfatal overdoses and the number of waivered doctors to assess the impact of workforce development activities. Metrics associated with the harm reduction programs in WV can be found at https://oeps.wv.gov/harm_reduction/pages/default.aspx .

In addition to the surveillance activities conducted by DHHR, the BOP does a monthly surveillance report of key data points that can be found at https://dhhr.wv.gov/vip/county-reports/Pages/2019.aspx. The ODCP is also in the process of establishing a public facing dashboard to make this data more accessible in one location. This is just a sample of the items the state monitors as outcome measures, both large and small.

DHHR also requires every funded program to have performance measures associated with each grant agreement. Performance measures vary per program but, in the case of programs funded via federal sources, the goals and performance measures relate back to the overarching goals of the federal grant. For example, every SOR funded grant operates under the same three outcome measures: increasing access to medication-assisted treatment using the three FDA-approved medications for the treatment of opioid use disorder, reducing unmet treatment need, and reducing opioid overdose related deaths

CROUCH_FEDWV_00000781
CROUCH_FEDWV_00000773-9

through the provision of prevention, treatment and recovery activities for opioid use disorder. Not every funded project will meet all three areas of focus; however, these overarching outcome measures direct the focus of the grant activities.

Other funded programs may have more specific outcome expectations, such as the creation of a needs assessment or a strategic plan such as noted in the Prevention Framework for Prescription Drugs grants. Other grants may be more focused on direct client services and measure how many individuals initiate and sustain recovery, such as the peer recovery support specialist grants funded under STR.

A more detailed summary of all outcome measures is available upon request.

7) *According to the Substance Abuse and Mental Health Services Administration, State Targeted Response to the Opioid Crisis (STR) Grants provide funding to states to: (1) conduct needs assessments and strategic plans; (2) identify gaps and resources to build on existing substance use disorder prevention and treatment activities; (3) implement and expand access to clinically appropriate, evidence-based practices for treatment – particularly for the use of medication-assisted treatment (MAT) and recovery support services; and (4) advance coordination with other federal efforts for substance misuse prevention.*

    a) *Has your state conducted a needs assessment and strategic plan? If yes, please describe that plan.*

Per the STR grant, WV completed both a strategic plan and a needs assessment. Due to a state mortarium on Opioid Treatment Programs (OTP), the only programs allowed to prescribe methadone in WV, the plan focused on other evidence-based strategies to increase access to MAT throughout the state. These activities included promoting and expanding the Comprehensive Opioid Addiction Treatment (COAT) model (a Hub and Spoke model for MAT), increasing the number of DATA-Waived practitioners and use of the ECHO model for MAT (linking expert specialist teams at an academic 'hub' with primary care clinicians in local communities) to access treatment experts. Additional activities were identified to enhance capacity associated with special populations. These included: increasing treatment for pregnant and post-partum women; people in jails and those newly released from the correctional system; people experiencing homelessness; and increasing harm reduction programs to support services for individuals that inject drugs.

Another focus was to increase peer recovery support services in the state. The plan outlined a multi prong approach that included training and funding organizations to hire PRSS's in multiple settings, including correctional systems. When the plan was written, DHHR knew the state's treatment landscape would be undergoing changes over the next few years. In response to the anticipated change, the plan also addressed the need to coordinate across bureaus within DHHR and across external agencies. The ODCP is in the process of updating a statewide strategic plan to address SUD. This strategic plan will build from the previous work as described above to create a strategy that will streamline coordination in the state and guide funding decisions as WV continues to grow its response to the opioid crisis.

CROUCH_FEDWV_00000782
CROUCH_FEDWV_00000773-10

**b)** **_Has your state identified gaps and resources to build on existing substance use disorder prevention and treatment activities? If yes, please describe those findings._**

The State actively and continuously identifies gaps and resources to inform strategies and direct funding to communities. The increased funding to WV quickly resulted in the identification of one its biggest gaps – the State's workforce shortage, as mentioned earlier in the challenges section. In order to effectively and efficiently respond to the opioid crisis additional workforce was needed by key state and community agencies. In addition to the workforce shortages at the state level to manage the response to the opioid crisis, the State in general has a mental health professional workforce shortage. This has direct impact on the ability to expand treatment and prevention in the state. DHHR's Bureau for Behavioral Health has addressed this by leveraging multiple federal grants, including STR and SOR, to expand access to existing professionals via telehealth options, which included growth of hub and spoke models (STR funding allowed expansion to an additional 14 facilities) and funding ECHO for MAT support. The BBH has also funded workforce development initiatives to increase the number of DATA waivered doctors to increase access to buprenorphine. The BBH is also working with the medical schools in the state to establish pipelines for future workforce and has started the STLR program. The BBH is working to ensure the state is not only reactive to the current behavioral health crisis, but proactive in ensuring that mental health is a priority.

One of the largest identified gaps in treatment was in the correctional system. Of the people that died from an overdose in 2016, 56% were previously incarcerated at some point in their past. WV has some unique laws that limit who can participate in diversion programs. As a result, the BBH and Department of Military Affairs and Public Safety (DMAPS) worked together to implement a residential substance use treatment program (RSAT) in one of the State's regional jails by leveraging STR funding.

WV leads the nation in NAS, illustrating the need for increased treatment for pregnant women, which was identified as an area of high need in the STR strategic plan. The WV Perinatal Partnership, using funding from DHHR and the Claude Worthington Benedum Foundation, started a wrap-around, comprehensive treatment program in 2012 for pregnant women called the Drug Free Mom and Babies Program. Initial evaluation results were promising, and the program has since been expanded from the original four sites to 11 additional sites, for a total of 15 sites, with STR funding leading the expansion. This expansion is also a prime example of collaboration across multiple funding streams, including multiple federal grants (Maternal and Child Health Title V Block grant, SAMHSA's Substance Abuse Block Grant and STR), state dollars, and private sector funding to address the need for treatment for pregnant women. It is important to note there are only 24 birthing facilities in the state. This expansion means there is now a program in the catchment area of 63% of the 'birthing facilities. As an example of the work being done in these programs, please note the video located on the Perinatal Partnership website: https://wvperinatal.org/initiatives/substance-use-during-pregnancy/drug-free-moms-and-babies-project/.

Confidential

**c)** **Has your state implemented and expanded access to clinically appropriate, evidence-based practices for treatment – particularly for the use of MAT and recovery support services? If yes, please describe how you have done so.**

The federal funding has allowed WV to expand access to clinically appropriate, evidence-based practices for treatment. In 2017, WV had 243 DATA Waivered providers but as of October 2019 the state has 584 waivered doctors. This is a 140% increase in the number of providers that can prescribe buprenorphine. Even at only 30 patients per provider this means the state has expanded the capacity to treat an additional 10,230 people with OUD.

Beyond federal funding sources, WV has also been able to coordinate and integrate other sources of funding, such as state and drug settlement funding. WV has created an appropriations fund to receive state opioid settlements, known as the Ryan Brown Fund. These funds have been utilized to expand treatment capacity through the construction and renovation of new residential treatment and recovery support services. Treatment expansion has targeted all American Society of Addiction Medicine (ASAM) levels of care and has been designed to allow for increased accessibility no matter what region of the state someone may reside in. When completed, this expansion will more than double the 2016 residential treatment beds, allowing for greater access to clinically appropriate treatment models, specifically, MAT.

WV has funded recovery housing for many years utilizing SABG and state funds. With the growth in treatment access, WV is looking to other funds to expand recovery housing in the near future. Expansion of recovery services will be targeted to all pathways of recovery, increasing the availability of MAT friendly recovery housing.

**d)** **Has your state advanced coordination with other federal efforts for substance use disorder prevention? If yes, please describe how.**

One of the less discussed impacts of the federal funding received by WV since 2016 to address the opioid crisis is that state agencies and providers have been working together across funding streams and across traditional areas of focus more than ever before. With the creation of the ODCP, a common vision is emerging to not only improve the response to the current crisis, but to better position WV in response to future cross-system issues and needs. DHHR is a large agency that requires ongoing coordination between its Bureaus. The ODCP facilitates a weekly meeting attended by the DHHR Cabinet Secretary, Deputy Secretary and all its Bureau Commissioners to discuss cross cutting grant projects and emerging issues.

Additionally, WV has a Prevention First Network that includes state, regional and local leaders who contribute to prevention planning and coordination activities in the state, including the information and resources shared on Help and Hope WV and Stigma Free WV. DHHR funds the six Regional Prevention Lead Organizations (PLOs) and community coalitions through multiple federal SAMHSA grants. Several of these agencies also receive funds from SAMHSA's Drug Free Community (DFC), HRSA, and other grants from federal, State, regional foundations and local agencies.

CROUCH_FEDWV_00000784
CROUCH_FEDWV_00000773-12

Energy & Commerce Response
October 18, 2019
Page 13 of 13

**8)**   ***What additional resources would be most helpful to provide to communities struggling with opioid and other substance use disorders, including prevention and/or treatment options?***

WV has found over the years that the drug crisis is constantly evolving. The state must be able to address the current nature of the crisis. This requires flexibility in the State's response. For example, as noted above, while opioid overdose rates have begun to drop, overdose rates involving methamphetamines have risen sharply. Funding flexibility to allow states to address emerging issues before they develop into the next crisis will enable states to better coordinate their response and utilize the broader SUD system of care in the most effective manner. The State also recognizes the antecedents of the SUD crisis has many roots, some of which lie in the realm of socio-determinants of health and prior trauma. While prevention activities can address some of these needs, the ability to fully embrace programming directly tied to these issues would also benefit the state and save more lives.

For any follow up questions regarding this information please contact me at Christina.R.Mullins@wv.gov or 304-356-4771.

Sincerely,

Christina R. Mullins
Commissioner
DHHR's Bureau for Behavioral Health

cc:   Jim Justice, Governor
       Bill J. Crouch, WVDHHR Cabinet Secretary

Confidential

| Table 1 | | | |
|---|---|---|---|
| Grant | Year | Amount Awarded | Amount Encumbered/Allocated |
| Enhanced State Surveillance of Opioid-Involved Morbidity and Mortality | FFY2016 | $318,194 | $69,506 |
| Enhanced State Surveillance of Opioid-Involved Morbidity and Mortality | FFY2017 | $445,472 | $204,281 |
| Enhanced State Surveillance of Opioid-Involved Morbidity and Mortality | FFY2018 | $653,277 | $307,156 |
| Overdose Data to Action | FFY2019 | $7,357,338 | $12,341 |
| Prescription Drug Overdose Prevention for West Virginia | FFY2016 | $1,331,985 | $1,002,319 |
| Prescription Drug Overdose Prevention for West Virginia | FFY2017 | $2,217,897 | $2,176,505 |
| Prescription Drug Overdose Prevention for West Virginia | FFY2018 | $2,217,897 | $1,912,397 |
| Public Health Emergency Response - Cooperative Agreement to Emergency Response - Public Health Crisis Response | FFY2018 | $3,654,254 | $2,896,599 |
| Expansion of Naloxone Distribution to EMS Agencies and WV State Police and High Risk Selected Communities Pilot Prevention Programs | FFY2018 | $1,567,184 | $1,806 |
| Comprehensive Abuse Site-based Program | FFY2019 | $920,308 | $0 |
| Emergency Department Surveillance of Nonfatal Suicide-Related Outcomes | FFY2019 | $146,985 | $0 |
| Public Health Emergency Response - Cooperative Agreement to Emergency Response - Public Health Crisis Response | FFY2018 | (in-kind) $3,611,466 | $0.00 |
| WV PDO Grant Contribution | FFY2016 | $250,430 | $250,429 |
| WV PDO Grant Contribution | FFY2017 | $692,000 | $677,605 |
| WV PDO Grant Contribution | FFY2018 | $446,120 | $394,468 |
| WV PDO Grant Contribution | FFY2019 | $429,812 | $4,616 |
| Substance Abuse Prevention & Treatment Block Grant | FFY2016 | $8,432,680 | $7,371,089 |

Confidential                                                                                            CROUCH_FEDWV_00000786
                                                                                                                          CROUCH_FEDWV_00000773-14

| Table 1 | | | |
|---|---|---|---|
| Grant | Year | Amount Awarded | Amount Encumbered/Allocated |
| Substance Abuse Prevention & Treatment Block Grant | FFY2017 | $8,432,779 | $7,849,437 |
| Substance Abuse Prevention & Treatment Block Grant | FFY2018 | $8,698,568 | $8,102,046 |
| Substance Abuse Prevention & Treatment Block Grant | FFY2019 | $8,433,974 | $149,102 |
| State Targeted Response to the Opioid Crisis Grants | FFY2017 | $2,501,748 | $2,390,024 |
| State Targeted Response to the Opioid Crisis Grants | FFY2018 | $9,262,218 | $8,032,545 |
| WV Strategic Prevention Framework for Prescription Drug | FFY2016 | $157,251 | $157,251 |
| WV Strategic Prevention Framework for Prescription Drug | FFY2017 | $510,028 | $509,848 |
| WV Strategic Prevention Framework for Prescription Drug | FFY2018 | $470,324 | $461,488 |
| WV Strategic Prevention Framework for Prescription Drug | FFY2019 | $369,237 | $0 |
| State Opioid Response Grant | FFY2018 | $42,657,872 | $15,216,953 |
| State Opioid Response Grant | FFY2019 | $28,027,511 | $0 |
| Strategic Prevention Framework-Partnerships for Success | FFY2016 | $1,788,571 | $1,490,119 |
| Strategic Prevention Framework-Partnerships for Success | FFY2017 | $2,057,302 | $1,700,794 |
| Strategic Prevention Framework-Partnerships for Success | FFY2018 | $2,260,000 | $2,180,940 |
| WV PDO Grant Contribution | FFY2016 | $250,430 | $250,429 |
| Totals | | $146,959,646 | $65,772,093 |

WVDHHR/Energy and Commerce Response          Table One                                                      2

Confidential

| Table 2 | | | | | |
|---|---|---|---|---|---|
| Grant Name/ Year | Short Title | Grantee Grant Number | Funding Recipient (SubGrantee) | Purpose for Allocation Prevention/Treatment/Recovery | Amount Allocated |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180789 | Community Connections | Prevention | $93,468 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180790 | Marshall University Research Corp. | Prevention | $96,117 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180791 | Potomac Highlands | Prevention | $48,468 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180794 | Prestera Center | Prevention | $5,239 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G190845 | The University of Charleston | Prevention | $209,186 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180793 | Westbrook Health Services | Prevention | $22,853 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G160811 | West Virginia University Research Corp. | Prevention | $153,000 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G170741 | West Virginia University Research Corp. | Prevention | $96,225 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180503 | West Virginia University Research Corp. | Prevention | $154,679 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180713 | West Virginia University Research Corp. | Prevention | $165,859 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G190350 | West Virginia University Research Corp. | Prevention | $129,493 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180817 | WV School of Osteopathic Medicine | Prevention | $41,604 |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G190698 | WV School of Osteopathic Medicine | Prevention | $23,638 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170880 | Community Access | Prevention | $26,528 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180055 | Community Access | Prevention | $98,418 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190361 | Community Access | Prevention | $114,431 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170872 | Community Connections | Prevention | $21,550 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180057 | Community Connections | Prevention | $44,000 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190362 | Community Connections | Prevention | $126,038 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170873 | Harrison County FRN | Prevention | $8,065 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180078 | Harrison County FRN | Prevention | $44,000 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190363 | Harrison County FRN | Prevention | $21,550 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180683 | Marshall University Research Corp. | Prevention | $93,500 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190364 | Marshall University Research Corp. | Prevention | $113,269 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170869 | Potomac Highlands | Prevention | $21,550 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180050 | Potomac Highlands | Prevention | $44,000 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190358 | Potomac Highlands | Prevention | $21,550 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170870 | Prestera Center | Prevention | $15,000 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180051 | Prestera Center | Prevention | $76,406 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190359 | Prestera Center | Prevention | $21,550 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170871 | Westbrook Health Services | Prevention | $21,550 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180053 | Westbrook Health Services | Prevention | $44,000 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190360 | Westbrook Health Services | Prevention | $21,550 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170881 | WV Medical Professional Health Program | Prevention | $20,000 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180088 | WV Medical Professional Health Program | Prevention | $20,000 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170874 | Youth Services System | Prevention | $21,550 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180079 | Youth Services System | Prevention | $44,000 |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190365 | Youth Services System | Prevention | $21,550 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170538 | Community Connections | Prevention | $384,731 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180533 | Community Connections | Prevention | $352,231 |

Confidential

| Table 2 | | | | | |
| Grant Name/ Year | Short Title | Grantee Grant Number | Funding Recipient (SubGrantee) | Purpose for Allocation Prevention/Treatment/Recovery | Amount Allocated |
|---|---|---|---|---|---|
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190448 | Community Connections | Prevention | $396,482 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170600 | FMRS | Treatment | $867,017 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180506 | FMRS | Treatment | $862,457 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190519 | FMRS | Treatment | $280,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190555 | FMRS | Recovery | $670,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170539 | Harrison County FRN | Prevention | $364,107 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180534 | Harrison County FRN | Prevention | $364,107 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190449 | Harrison County FRN | Prevention | $433,485 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170602 | Healthways | Treatment | $532,809 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180504 | Healthways | Treatment | $637,500 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190554 | Healthways | Treatment | $318,750 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170599 | Logan Mingo Area Mental Health | Recovery | $441,461 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180507 | Logan Mingo Area Mental Health | Treatment | $437,754 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190556 | Logan Mingo Area Mental Health | Treatment | $221,875 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170588 | Mid Ohio Valley Fellowship Home | Recovery | $85,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180519 | Mid Ohio Valley Fellowship Home | Recovery | $85,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190565 | Mid Ohio Valley Fellowship Home | Recovery | $85,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190543 | Oxford house | Recovery | $127,500 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170535 | Potomac Highlands | Prevention | $222,840 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170598 | Potomac Highlands | Treatment | $115,634 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180508 | Potomac Highlands | Treatment | $249,393 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180530 | Potomac Highlands | Prevention | $200,213 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190520 | Potomac Highlands | Treatment | $280,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190445 | Potomac Highlands | Prevention | $282,966 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170597 | Prestera Center | Treatment | $745,822 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170536 | Prestera Center | Prevention | $393,655 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180509 | Prestera Center | Recovery | $908,540 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180531 | Prestera Center | Prevention | $263,015 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190501 | Prestera Center | Treatment | $280,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190446 | Prestera Center | Prevention | $506,478 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190557 | Prestera Center | Recovery | $365,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170583 | Rea of Hope | Recovery | $170,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180522 | Rea of Hope | Recovery | $170,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190568 | Rea of Hope | Recovery | $170,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170489 | Religious Coalition for Community Renewal | Recovery | $121,704 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180524 | Religious Coalition for Community Renewal | Recovery | $129,090 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190570 | Religious Coalition for Community Renewal | Recovery | $142,488 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170595 | Southern Highlands Comm MH Center | Treatment | $443,751 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180511 | Southern Highlands Comm MH Center | Treatment | $736,820 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190558 | Southern Highlands Comm MH Center | Treatment | $421,875 |

Confidential    CROUCH_FEDWV_00000789
CROUCH_FEDWV_00000773-17

| Table 2 | | | | | |
|---------|---|---|---|---|---|
| Grant Name/ Year | Short Title | Grantee Grant Number | Funding Recipient (SubGrantee) | Purpose for Allocation Prevention/Treatment/Recovery | Amount Allocated |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170594 | United Summit Center Inc | Treatment | $164,778 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180512 | United Summit Center Inc | Treatment | $280,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190559 | United Summit Center Inc | Treatment | $200,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190521 | United Summit Center Inc | Treatment | $280,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170593 | Valley Comprehensive Comm MHC Inc | Recovery | $443,751 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180619 | Valley Comprehensive Comm MHC Inc | Recovery | $105,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180513 | Valley Comprehensive Comm MHC Inc | Treatment | $443,751 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190560 | Valley Comprehensive Comm MHC Inc | Treatment | $526,875 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170537 | Westbrook Health Services | Prevention | $168,599 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170592 | Westbrook Health Services | Prevention | $965,387 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180515 | Westbrook Health Services | Prevention | $1,033,751 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180532 | Westbrook Health Services | Treatment | $147,394 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190447 | Westbrook Health Services | Prevention | $187,967 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190522 | Westbrook Health Services | Prevention | $280,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190561 | Westbrook Health Services | Treatment | $576,875 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170700 | WV Dept of Education | Prevention | $30,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170540 | Youth Services System | Prevention | $115,278 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170579 | Youth Services System | Treatment | $280,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180528 | Youth Services System | Treatment | $280,000 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180535 | Youth Services System | Prevention | $105,278 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190450 | Youth Services System | Prevention | $132,624 |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190524 | Youth Services System | Treatment | $280,000 |
| STATE OPIOID RESPONSE GRANT | SORG | G200503 | CAMC Health Education & Research Inst | Treatment | $135,188 |
| STATE OPIOID RESPONSE GRANT | SORG | G200515 | Chesapeake Healthcare Center LLC | Treatment | $105,953 |
| STATE OPIOID RESPONSE GRANT | SORG | G190691 | Community Access | Surveillance | $99,870 |
| STATE OPIOID RESPONSE GRANT | SORG | G190736 | Community Connections | Prevention | $336,509 |
| STATE OPIOID RESPONSE GRANT | SORG | G200484 | FMRS | Treatment | $165,641 |
| STATE OPIOID RESPONSE GRANT | SORG | G190737 | Harrison County FRN | Prevention | $396,509 |
| STATE OPIOID RESPONSE GRANT | SORG | | Marshall University Research Corp. | Treatment | $3,192,700 |
| STATE OPIOID RESPONSE GRANT | SORG | G200509 | Marshall University Research Corp. | Recovery | $37,740 |
| STATE OPIOID RESPONSE GRANT | SORG | G200507 | Marshall University Research Corp. | Recovery | $140,399 |
| STATE OPIOID RESPONSE GRANT | SORG | G200505 | Marshall University Research Corp. | Treatment | $122,687 |
| STATE OPIOID RESPONSE GRANT | SORG | G200485 | Northwood Health Systems Inc | Treatment | $85,174 |
| STATE OPIOID RESPONSE GRANT | SORG | G200493 | Partnership of African Am Churches | Treatment | $189,814 |
| STATE OPIOID RESPONSE GRANT | SORG | G190733 | Potomac Highlands | Prevention | $336,509 |
| STATE OPIOID RESPONSE GRANT | SORG | G200480 | Potomac Highlands | Recovery | $124,285 |
| STATE OPIOID RESPONSE GRANT | SORG | G190734 | Prestera Center | Prevention | $526,576 |
| STATE OPIOID RESPONSE GRANT | SORG | G200510 | Prestera Center | Recovery | $22,869 |
| STATE OPIOID RESPONSE GRANT | SORG | G200486 | Prestera Center | Treatment | $37,609 |
| STATE OPIOID RESPONSE GRANT | SORG | G200487 | Seneca Health Services Inc | Treatment | $74,987 |

Confidential

CROUCH_FEDWV_00000790
CROUCH_FEDWV_00000773-18

| | | | | Table 2 | | |
| Grant Name/ Year | Short Title | Grantee Grant Number | Funding Recipient (SubGrantee) | Purpose for Allocation Prevention/Treatment/Recovery | Amount Allocated |
|---|---|---|---|---|---|
| STATE OPIOID RESPONSE GRANT | SORG | G200508 | Southern Highlands Comm MH Center | Recovery | $48,932 |
| STATE OPIOID RESPONSE GRANT | SORG | G190749 | The University of Charleston | Prevention | $149,798 |
| STATE OPIOID RESPONSE GRANT | SORG | G190735 | Westbrook Health Services | Prevention | $336,509 |
| STATE OPIOID RESPONSE GRANT | SORG | G200488 | Westbrook Health Services | Treatment | $158,439 |
| STATE OPIOID RESPONSE GRANT | SORG | G200482 | Westbrook Health Services | Recovery | $126,376 |
| STATE OPIOID RESPONSE GRANT | SORG | G200490 | West Virginia Sober Living | Recovery | $71,483 |
| STATE OPIOID RESPONSE GRANT | SORG | G190770 | West Virginia University Research Corp. | Treatment | $503,821 |
| STATE OPIOID RESPONSE GRANT | SORG | G200483 | West Virginia University Research Corp. | Recovery | $90,870 |
| STATE OPIOID RESPONSE GRANT | SORG | G200489 | West Virginia University Research Corp. | Treatment | $142,794 |
| STATE OPIOID RESPONSE GRANT | SORG | G190739 | WV Division of Corrections & Rehabilitation | Treatment | $1,934,910 |
| STATE OPIOID RESPONSE GRANT | SORG | G200463 | WV Health Right Inc | Treatment | $147,991 |
| STATE OPIOID RESPONSE GRANT | SORG | | WV School of Osteopathic Medicine | Treatment | $864,600 |
| STATE OPIOID RESPONSE GRANT | SORG | | WV School of Osteopathic Medicine | Treatment | $600,000 |
| STATE OPIOID RESPONSE GRANT | SORG | G200494 | WVSOM Clinic inc Robert C Byrd Clinic | Treatment | $124,930 |
| STATE OPIOID RESPONSE GRANT | SORG | | WVU | Treatment | $3,042,700 |
| STATE OPIOID RESPONSE GRANT | SORG | | WVU | Treatment | $93,734 |
| STATE OPIOID RESPONSE GRANT | SORG | | WVU | Treatment | $80,251 |
| STATE OPIOID RESPONSE GRANT | SORG | G190738 | Youth Services System | Prevention | $336,509 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190847 | Beckley Raliegh County Health Dept | Prevention | $10,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180719 | Berkeley Morgan County Board of Health | Prevention | $29,918 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180830 | Berkeley Morgan County Board of Health | Prevention | $66,516 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180730 | Brooke Co Health Dept | Prevention | $55,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180831 | Brooke Co Health Dept | Prevention | $23,922 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180726 | Cabell Huntington Health Dept | Prevention | $57,450 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180832 | Cabell Huntington Health Dept | Prevention | $124,051 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190798 | Community Access | Prevention | $87,700 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G170889 | Community Connections | Prevention | $250,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180809 | Community Connections | Prevention | $250,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | | Connecticut Community for Addition Recovery Inc | Recovery | $53,413 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180722 | Fayette Co Health Dept | Prevention | $30,300 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180833 | Fayette Co Health Dept | Prevention | $65,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180760 | FMRS | Recovery | $1,215 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180795 | FMRS | Recovery | $120,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190848 | Grafton Taylor Co Health Dept | Prevention | $24,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180718 | Greenbrier Co Health Dept | Prevention | $56,141 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180834 | Greenbrier Co Health Dept | Prevention | $165,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180775 | Greenbrier Physicians Inc | Recovery | $40,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180724 | Hampshire Co Health Dept | Prevention | $18,374 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180835 | Hampshire Co Health Dept | Prevention | $29,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180762 | Hampshire County Pathways Inc | Recovery | $2,252 |

Confidential

| Table 2 | | | | | |
| --- | --- | --- | --- | --- | --- |
| Grant Name/ Year | Short Title | Grantee Grant Number | Funding Recipient (SubGrantee) | Purpose for Allocation Prevention/Treatment/Recovery | Amount Allocated |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180798 | Hampshire County Pathways Inc | Recovery | $80,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180723 | Harrison Clarksburg Health Dept | Prevention | $65,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180836 | Harrison Clarksburg Health Dept | Prevention | $125,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180797 | Harrison County Commission | Recovery | $40,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180799 | Heart 2 Heart Volunteers Inc | Recovery | $120,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190849 | Jackson Co Health Dept | Prevention | $10,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180721 | Jefferson Co Health Dept | Prevention | $22,797 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180837 | Jefferson Co Health Dept | Prevention | $60,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180720 | Kanawha Charleston health Dept | Prevention | $45,047 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190850 | Lewis Co Health Dept | Prevention | $17,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180777 | Lifehouse inc | Recovery | $1,259 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180807 | Lifehouse inc | Recovery | $40,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190851 | Marion County Health Dept | Prevention | $15,422 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | | Meaningful Trainings | Treatment | $25,675 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180727 | Milan Puskar Health Right Inc | Prevention | $17,441 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180800 | Milan Puskar Health Right Inc | Prevention | $40,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180838 | Milan Puskar Health Right Inc | Prevention | $36,956 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180778 | Morgantown Sober Living Inc | Recovery | $20,017 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180801 | Morgantown Sober Living Inc | Recovery | $160,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | | Optuminsight Inc | Surveillance | $96,480 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180765 | Potomac Highlands | Recovery | $6,667 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180802 | Potomac Highlands | Recovery | $40,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180803 | Prestera Center | Recovery | $240,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180767 | Recovery Point of Huntington Inc | Recovery | $8,288 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180804 | Recovery Point of Huntington Inc | Recovery | $480,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180768 | Seneca Health Services Inc | Recovery | $2,461 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180805 | Seneca Health Services Inc | Recovery | $240,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190822 | The University of Charleston | Prevention | $1,002,110 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180770 | Tug River Health Association Inc | Recovery | $40,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G170879 | West Virginia University Research Corp. | Treatment | $889,991 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180810 | West Virginia University Research Corp. | Treatment | $2,215,034 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190764 | WVAADC | Prevention | $8,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G170884 | WV Community Voices Inc | Treatment | $760,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180812 | WV Community Voices Inc | Treatment | $799,900 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180811 | WV Division of Corrections & Rehabilitation | Recovery | $240,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190762 | WV Division of Corrections & Rehabilitation | Recovery | $191,711 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190852 | WV Health Right Inc | Prevention | $100,000 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | | WVU | Surveillance | $196,037 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180728 | Wyoming Co Health Dept | Prevention | $37,894 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180839 | Wyoming Co Health Dept | Prevention | $100,000 |

Confidential

CROUCH_FEDWV_00000792
CROUCH_FEDWV_00000773-20

| Table 2 | | | | | |
|---|---|---|---|---|---|
| Grant Name/ Year | Short Title | Grantee Grant Number | Funding Recipient (SubGrantee) | Purpose for Allocation Prevention/Treatment/Recovery | Amount Allocated |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180779 | Youth Advocate Programs Inc | Recovery | $2,421 |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180808 | Youth Advocate Programs Inc | Recovery | $40,000 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170604 | City of Clarksburg | Prevention | $29,966 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180574 | City of Clarksburg | Prevention | $30,000 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170544 | Community Connections | Prevention | $278,268 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180575 | Community Connections | Prevention | $297,000 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190602 | Community Connections | Prevention | $323,422 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170545 | Harrison County FRN | Prevention | $247,000 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180576 | Harrison County FRN | Prevention | $297,000 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190603 | Harrison County FRN | Prevention | $323,422 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190737 | Harrison County FRN | Prevention | $30,000 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190605 | Marshall University Research Corp. | Prevention | $153,790 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190725 | Marshall University Research Corp. | Prevention | $25,000 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170541 | Potomac Highlands | Prevention | $157,807 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180571 | Potomac Highlands | Prevention | $297,000 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190597 | Potomac Highlands | Prevention | $323,422 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170542 | Prestera Center | Prevention | $247,000 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180572 | Prestera Center | Prevention | $236,956 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190598 | Prestera Center | Prevention | $323,422 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170543 | Westbrook Health Services | Prevention | $206,896 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180573 | Westbrook Health Services | Prevention | $199,746 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190599 | Westbrook Health Services | Prevention | $323,421 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170546 | Youth Services System | Prevention | $247,000 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180577 | Youth Services System | Prevention | $297,000 |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190604 | Youth Services System | Prevention | $323,422 |
| Prescription Drug Overdose Prevention for West Virginia | PDO-PfS | G160850 | West Virginia Board of Pharmacy | Prevention | $211,483 |
| Prescription Drug Overdose Prevention for West Virginia | PDO-PfS | G180668 | West Virginia Board of Pharmacy | Prevention | $868,686 |
| Prescription Drug Overdose Prevention for West Virginia | PDO-PfS | G190769 | West Virginia Board of Pharmacy | Prevention | $925,383 |
| Prescription Drug Overdose Prevention for West Virginia | PDO-PfS | G160847 | West Virginia University Research Corporation - School of | Prevention | $372,540 |
| Prescription Drug Overdose Prevention for West Virginia | PDO-PfS | G180715 | West Virginia University Research Corporation - School of | Prevention | $295,152 |
| Prescription Drug Overdose Prevention for West Virginia | PDO-PfS | G190633 | West Virginia University Research Corporation - School of | Prevention | $337,873 |
| Prescription Drug Overdose Prevention for West Virginia | PDO-PfS | G160811 | West Virginia University Research Corporation - Injury Co | Prevention | $345,389 |
| Prescription Drug Overdose Prevention for West Virginia | PDO-PfS | G180713 | West Virginia University Research Corporation - Injury Co | Prevention | $324,358 |
| Prescription Drug Overdose Prevention for West Virginia | PDO-PfS | G190744 | West Virginia University Research Corporation - Injury Co | Prevention | $298,580 |
| Prescription Drug Overdose Prevention for West Virginia | PDO-PfS | G180335 | West Virginia University Research Corporation - West Vir | Prevention | $60,000 |
| Prescription Drug Overdose Prevention for West Virginia | PDO-PfS | G190533 | West Virginia University Research Corporation - West Vir | Prevention | $60,000 |
| CDC ESOOS 9/1/2016 to 8/31/2017 | OIMM | G170758 | West Virginia University Research Corporation | Prevention | $31,351 |
| CDC ESOOS 9/1/2017 TO 8/31/2018 | OIMM | G180755 | West Virginia University Research Corporation | Prevention | $63,995 |
| CDC ESOOS 9/1/2018 to 8/31/2019 | OIMM | G190740 | West Virginia University Research Corporation | Prevention | $63,995 |

Confidential

CROUCH_FEDWV_00000793
CROUCH_FEDWV_00000773-21

| Table 3 | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | Government | | Non-Government | | Total | | Burden Ranking* |
| Barbour | | | $ | 370,261.54 | $ | 370,261.54 | 37 |
| Berkeley | $ | 48,216.81 | $ | 432,302.01 | $ | 480,518.82 | 4 |
| Boone | | | $ | 787,959.10 | $ | 787,959.10 | 6 |
| Braxton | | | $ | 370,261.54 | $ | 370,261.54 | 44 |
| Brooke | $ | 78,922.00 | $ | 523,508.87 | $ | 602,430.87 | 23 |
| Cabell | $ | 181,501.00 | $ | 793,667.42 | $ | 975,168.42 | 1 |
| Calhoun | $ | 38,333.83 | $ | 719,410.28 | $ | 757,744.12 | 49 |
| Clay | | | $ | 673,250.35 | $ | 673,250.35 | 48 |
| Doddridge | | | $ | 370,261.54 | $ | 370,261.54 | 50 |
| Fayette | $ | 325,300.00 | $ | 705,050.70 | $ | 1,030,350.70 | 5 |
| Gilmer | | | $ | 370,261.54 | $ | 370,261.54 | 54 |
| Grant | | | $ | 335,225.38 | $ | 335,225.38 | 46 |
| Greenbrier | $ | 221,141.00 | $ | 533,014.50 | $ | 754,155.50 | 19 |
| Hampshire | $ | 47,373.71 | $ | 335,225.38 | $ | 382,599.09 | 33 |
| Hancock | | | $ | 523,508.87 | $ | 523,508.87 | 17 |
| Hardy | | | $ | 335,225.38 | $ | 335,225.38 | 39 |
| Harrison | $ | 190,000.00 | $ | 570,261.54 | $ | 760,261.54 | 7 |
| Jackson | $ | 10,000.00 | $ | 719,410.28 | $ | 729,410.28 | 34 |
| Jefferson | $ | 262,243.97 | $ | 349,365.71 | $ | 611,609.68 | 25 |
| Kanawha | $ | 45,046.63 | $ | 1,593,486.12 | $ | 1,638,532.75 | 2 |
| Lewis | $ | 17,000.00 | $ | 370,261.54 | $ | 387,261.54 | 28 |
| Lincoln | | | $ | 470,122.90 | $ | 470,122.90 | 8 |
| Logan | $ | 231,760.00 | $ | 1,076,624.62 | $ | 1,308,384.62 | 16 |
| Marion | $ | 15,422.00 | $ | 370,261.54 | $ | 385,683.54 | 12 |
| Marshall | | | $ | 552,067.67 | $ | 552,067.67 | 14 |
| Mason | | | $ | 662,652.60 | $ | 662,652.60 | 30 |
| McDowell | | | $ | 991,618.37 | $ | 991,618.37 | 15 |
| Mercer | | | $ | 1,100,775.67 | $ | 1,100,775.67 | 9 |
| Mineral | | | $ | 335,225.38 | $ | 335,225.38 | 26 |
| Mingo | | | $ | 1,072,682.67 | $ | 1,072,682.67 | 13 |
| Monongalia | $ | 230,003.00 | $ | 1,428,220.17 | $ | 1,658,223.17 | 18 |
| Monroe | | | $ | 681,683.70 | $ | 681,683.70 | 42 |
| Morgan | $ | 48,216.81 | $ | 349,365.71 | $ | 397,582.52 | 24 |
| Nicholas | | | $ | 517,456.70 | $ | 517,456.70 | 20 |
| Ohio | | | $ | 552,067.67 | $ | 552,067.67 | 21 |
| Pendleton | | | $ | 335,225.38 | $ | 335,225.38 | 41 |
| Pleasants | $ | 38,333.83 | $ | 596,080.62 | $ | 634,414.45 | 52 |
| Pocahontas | | | $ | 442,469.70 | $ | 442,469.70 | 47 |
| Preston | | | $ | 401,727.14 | $ | 401,727.14 | 29 |
| Putnam | | | $ | 653,250.35 | $ | 653,250.35 | 11 |
| Raleigh | $ | 10,000.00 | $ | 767,515.70 | $ | 777,515.70 | 3 |
| Randolph | | | $ | 398,820.34 | $ | 398,820.34 | 31 |
| Ritchie | $ | 38,333.83 | $ | 596,080.62 | $ | 634,414.45 | 43 |
| Roane | $ | 38,333.83 | $ | 616,080.62 | $ | 654,414.45 | 36 |

WVDHHR/Energy and Commerce Response          Table Three                                    1

Confidential

| Table 3 | | | | |
|---|---|---|---|---|
| County | Government | Non-Government | Total | Burden Ranking* |
| Summers | | $ 681,683.70 | $ 681,683.70 | 35 |
| Taylor | $ 24,000.00 | $ 370,261.54 | $ 394,261.54 | 45 |
| Tucker | | $ 370,261.54 | $ 370,261.54 | 51 |
| Tyler | | $ 746,076.95 | $ 746,076.95 | 55 |
| Upshur | | $ 401,727.14 | $ 401,727.14 | 40 |
| Wayne | | $ 673,879.71 | $ 673,879.71 | 27 |
| Webster | | $ 442,469.70 | $ 442,469.70 | 38 |
| Wetzel | | $ 523,508.87 | $ 523,508.87 | 32 |
| Wirt | $ 38,333.83 | $ 596,080.62 | $ 634,414.45 | 53 |
| Wood | $ 38,333.83 | $ 618,933.68 | $ 657,267.51 | 10 |
| Wyoming | $ 137,893.90 | $ 994,985.37 | $ 1,132,879.27 | 22 |
| | $ 2,354,043.83 | $ 33,169,124.19 | $ 35,523,168.02 | |

Burden was calculated an aggregrate score by ranking each county on overdose death, Medicaid members on MAT, residents with an opioid prescription greater than 7 days, and number of EMS runs associated with a suspected overdose by both crude number and per capita.

Confidential

CROUCH_FEDWV_00000795
CROUCH_FEDWV_00000773-23

| Table 4 | | | | | | |
|---|---|---|---|---|---|---|
| Grant Name/ Year | Short Title | Grantee Grant Number | Funding Recipient (SubGrantee) | Purpose for Allocation Prevention/Treatment/ Recovery | Amount Allocated | Governmental/NonGovernmental Entity |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180789 | Community Connections | Prevention | $93,468 | Non-Governmental |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180790 | Marshall University Research Corp. | Prevention | $96,117 | Non-Governmental |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180791 | Potomac Highlands | Prevention | $48,468 | Non-Governmental |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180794 | Prestera Center | Prevention | $5,239 | Non-Governmental |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G190845 | The University of Charleston | Prevention | $209,186 | Non-Governmental |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180793 | Westbrook Health Services | Prevention | $22,853 | Non-Governmental |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G180817 | WV School of Osteopathic Medicine | Prevention | $41,604 | Non-Governmental |
| PRESCRIPTION DRUG OPIOID OVERDOSE | PDOO | G190698 | WV School of Osteopathic Medicine | Prevention | $23,638 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170880 | Community Access | Prevention | $26,528 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180055 | Community Access | Prevention | $98,418 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190361 | Community Access | Prevention | $114,431 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170872 | Community Connections | Prevention | $21,550 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180057 | Community Connections | Prevention | $44,000 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190362 | Community Connections | Prevention | $126,038 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170873 | Harrison County FRN | Prevention | $8,065 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180078 | Harrison County FRN | Prevention | $44,000 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190363 | Harrison County FRN | Prevention | $21,550 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180683 | Marshall University Research Corp. | Prevention | $93,500 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190364 | Marshall University Research Corp. | Prevention | $113,269 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170869 | Potomac Highlands | Prevention | $21,550 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180050 | Potomac Highlands | Prevention | $44,000 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190358 | Potomac Highlands | Prevention | $21,550 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170870 | Prestera Center | Prevention | $15,000 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180051 | Prestera Center | Prevention | $76,406 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190359 | Prestera Center | Prevention | $21,550 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170871 | Westbrook Health Services | Prevention | $21,550 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180053 | Westbrook Health Services | Prevention | $44,000 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190360 | Westbrook Health Services | Prevention | $21,550 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170881 | WV Medical Professional Health Program | Prevention | $20,000 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180088 | WV Medical Professional Health Program | Prevention | $20,000 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G170874 | Youth Services System | Prevention | $21,550 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G180079 | Youth Services System | Prevention | $44,000 | Non-Governmental |
| PREVENTION FRAMEWORK PRESCRIPTION DRUGS | PFPD | G190365 | Youth Services System | Prevention | $21,550 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170535 | Community Connections | Prevention | $384,731 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180533 | Community Connections | Prevention | $352,231 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190448 | Community Connections | Prevention | $396,482 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170600 | FMRS | Treatment | $867,017 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180506 | FMRS | Treatment | $862,457 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190519 | FMRS | Treatment | $280,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190555 | FMRS | Recovery | $670,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170539 | Harrison County FRN | Prevention | $364,107 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180534 | Harrison County FRN | Prevention | $364,107 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190449 | Harrison County FRN | Prevention | $433,485 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170602 | Healthways | Treatment | $532,809 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180504 | Healthways | Treatment | $637,500 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190554 | Healthways | Treatment | $318,750 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170599 | Logan Mingo Area Mental Health | Recovery | $441,461 | Non-Governmental |

Confidential

CROUCH_FEDWV_00000796
CROUCH_FEDWV_00000773-24

**Table 4**

| Grant Name/ Year | Short Title | Grantee Grant Number | Funding Recipient (SubGrantee) | Purpose for Allocation Prevention/Treatment/ Recovery | Amount Allocated | Governmental/NonGovernmental Entity |
|---|---|---|---|---|---|---|
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180507 | Logan Mingo Area Mental Health | Treatment | $437,754 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190556 | Logan Mingo Area Mental Health | Treatment | $221,875 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170588 | Mid Ohio Valley Fellowship Home | Recovery | $85,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180519 | Mid Ohio Valley Fellowship Home | Recovery | $85,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190565 | Mid Ohio Valley Fellowship Home | Recovery | $85,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190543 | Oxford house | Recovery | $127,500 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170535 | Potomac Highlands | Prevention | $222,840 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170598 | Potomac Highlands | Treatment | $115,634 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180508 | Potomac Highlands | Treatment | $249,393 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180530 | Potomac Highlands | Prevention | $200,213 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190520 | Potomac Highlands | Treatment | $280,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190445 | Potomac Highlands | Prevention | $282,966 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170597 | Prestera Center | Treatment | $745,822 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170535 | Prestera Center | Prevention | $393,655 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180509 | Prestera Center | Recovery | $908,540 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180531 | Prestera Center | Prevention | $263,015 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190501 | Prestera Center | Treatment | $280,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190446 | Prestera Center | Prevention | $506,478 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190557 | Prestera Center | Recovery | $365,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170583 | Rea of Hope | Recovery | $170,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180522 | Rea of Hope | Recovery | $170,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190568 | Rea of Hope | Recovery | $170,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170489 | Religious Coalition for Community Renewal | Recovery | $121,704 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180524 | Religious Coalition for Community Renewal | Recovery | $129,090 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190570 | Religious Coalition for Community Renewal | Recovery | $142,488 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170595 | Southern Highlands Comm MH Center | Treatment | $443,751 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180511 | Southern Highlands Comm MH Center | Treatment | $736,820 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190558 | Southern Highlands Comm MH Center | Treatment | $421,875 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170594 | United Summit Center Inc | Treatment | $164,778 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180512 | United Summit Center Inc | Treatment | $280,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190559 | United Summit Center Inc | Treatment | $200,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190521 | United Summit Center Inc | Treatment | $280,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170593 | Valley Comprehensive Comm MHC Inc | Recovery | $443,751 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180619 | Valley Comprehensive Comm MHC Inc | Recovery | $105,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180513 | Valley Comprehensive Comm MHC Inc | Treatment | $443,751 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190560 | Valley Comprehensive Comm MHC Inc | Treatment | $526,875 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170537 | Westbrook Health Services | Prevention | $168,599 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170592 | Westbrook Health Services | Prevention | $965,387 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180515 | Westbrook Health Services | Prevention | $1,033,751 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180532 | Westbrook Health Services | Treatment | $147,394 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190447 | Westbrook Health Services | Prevention | $187,967 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190522 | Westbrook Health Services | Prevention | $280,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190561 | Westbrook Health Services | Treatment | $576,875 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170540 | Youth Services System | Prevention | $115,278 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G170579 | Youth Services System | Treatment | $280,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180528 | Youth Services System | Treatment | $280,000 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G180535 | Youth Services System | Prevention | $105,278 | Non-Governmental |

Confidential

CROUCH_FEDWV_00000797
CROUCH_FEDWV_00000773-25

| Table 4 | | | | | | |
|---|---|---|---|---|---|---|
| Grant Name/ Year | Short Title | Grantee Grant Number | Funding Recipient (SubGrantee) | Purpose for Allocation Prevention/Treatment/ Recovery | Amount Allocated | Governmental/NonGovernmental Entity |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190450 | Youth Services System | Prevention | $132,624 | Non-Governmental |
| SUBSTANCE ABUSE PREVENTION & TREATMENT | SAPT | G190524 | Youth Services System | Treatment | $280,000 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200503 | CAMC Health Education & Research Inst | Treatment | $135,188 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200515 | Chesapeake Healthcare Center LLC | Treatment | $105,953 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G190691 | Community Access | Surveillance | $99,870 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G190736 | Community Connections | Prevention | $336,509 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200484 | FMRS | Treatment | $165,641 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G190737 | Harrison County HRN | Prevention | $396,509 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | | Marshall University Research Corp. | Treatment | $3,192,700 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200509 | Marshall University Research Corp. | Recovery | $37,740 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200507 | Marshall University Research Corp. | Recovery | $140,399 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200505 | Marshall University Research Corp. | Treatment | $122,687 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200485 | Northwood Health Systems Inc | Treatment | $85,174 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200493 | Partnership of African Am Churches | Treatment | $189,814 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G190733 | Potomac Highlands | Prevention | $336,509 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200480 | Potomac Highlands | Recovery | $124,285 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G190734 | Prestera Center | Prevention | $526,576 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200510 | Prestera Center | Recovery | $22,869 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200486 | Prestera Center | Treatment | $37,609 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200487 | Seneca Health Services Inc | Treatment | $74,987 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200508 | Southern Highlands Comm MH Center | Recovery | $48,932 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G190749 | The University of Charleston | Prevention | $149,798 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G190735 | Westbrook Health Services | Prevention | $336,509 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200488 | Westbrook Health Services | Treatment | $158,439 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200482 | Westbrook Health Services | Recovery | $126,376 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200490 | West Virginia Sober Living | Recovery | $71,483 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200463 | WV Health Right Inc. | Treatment | $147,991 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | | WV School of Osteopathic Medicine | Treatment | $864,600 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | | WV School of Osteopathic Medicine | Treatment | $600,000 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G200494 | WVSOM Clinic inc Robert C Byrd Clinic | Treatment | $124,930 | Non-Governmental |
| STATE OPIOID RESPONSE GRANT | SORG | G190738 | Youth Services System | Prevention | $336,509 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190798 | Community Access | Prevention | $87,700 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G170889 | Community Connections | Prevention | $250,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180809 | Community Connections | Prevention | $250,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | | Connecticut Community for Addition Recovery Inc | Recovery | $53,413 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180760 | FMRS | Recovery | $1,215 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180795 | FMRS | Recovery | $120,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180775 | Greenbrier Physicians Inc | Recovery | $40,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180762 | Hampshire County Pathways Inc | Recovery | $2,252 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180798 | Hampshire County Pathways Inc | Recovery | $80,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180797 | Harrison County Commission | Recovery | $40,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180799 | Heart 2 Heart Volunteers Inc | Recovery | $120,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180777 | Lifehouse Inc | Recovery | $1,259 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180807 | Lifehouse Inc | Recovery | $40,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | | Meaningful Trainings | Treatment | $25,675 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180727 | Milan Puskar Health Right Inc | Prevention | $17,441 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180800 | Milan Puskar Health Right Inc | Prevention | $40,000 | Non-Governmental |

Confidential

CROUCH_FEDWV_00000798
CROUCH_FEDWV_00000773-26

**Table 4**

| Grant Name / Year | Short Title | Grantee Grant Number | Funding Recipient (SubGrantee) | Purpose for Allocation Prevention/Treatment/Recovery | Amount Allocated | Governmental/NonGovernmental Entity |
|---|---|---|---|---|---|---|
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180838 | Milan Puskar Health Right Inc | Prevention | $36,956 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180778 | Morgantown Sober Living Inc | Recovery | $20,017 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180801 | Morgantown Sober Living Inc | Recovery | $160,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | | Optuminsight Inc | Surveillance | $96,480 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRG | G180765 | Potomac Highlands | Recovery | $6,667 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180802 | Potomac Highlands | Recovery | $40,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180803 | Prestera Center | Recovery | $240,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180767 | Recovery Point of Huntington Inc | Recovery | $8,288 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180804 | Recovery Point of Huntington Inc | Recovery | $480,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180768 | Seneca Health Services Inc | Recovery | $2,461 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180805 | Seneca Health Services Inc | Recovery | $240,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190822 | The University of Charleston | Prevention | $1,002,110 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180770 | Tug River Health Association Inc | Recovery | $40,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190764 | WVAADC | Prevention | $8,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G170884 | WV Community Voices Inc | Treatment | $760,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180812 | WV Community Voices Inc | Treatment | $799,900 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G190852 | WV Health Right Inc | Prevention | $100,000 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180779 | Youth Advocate Programs Inc | Recovery | $2,421 | Non-Governmental |
| STATE TARGED RESPONSE TO THE OPIOID CRISIS | STRO | G180808 | Youth Advocate Programs Inc | Recovery | $40,000 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170604 | City of Clarksburg | Prevention | $29,966 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180574 | City of Clarksburg | Prevention | $30,000 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170544 | Community Connections | Prevention | $278,268 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180575 | Community Connections | Prevention | $297,000 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190602 | Community Connections | Prevention | $323,422 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170545 | Harrison County FRN | Prevention | $247,000 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180576 | Harrison County FRN | Prevention | $297,000 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190603 | Harrison County FRN | Prevention | $323,422 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190737 | Harrison County FRN | Prevention | $30,000 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190605 | Marshall University Research Corp. | Prevention | $153,790 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190725 | Marshall University Research Corp. | Prevention | $25,000 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170541 | Potomac Highlands | Prevention | $157,807 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180571 | Potomac Highlands | Prevention | $297,000 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190597 | Potomac Highlands | Prevention | $323,422 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170542 | Prestera Center | Prevention | $247,000 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180572 | Prestera Center | Prevention | $236,956 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190598 | Prestera Center | Prevention | $323,422 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170543 | Westbrook Health Services | Prevention | $206,896 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180573 | Westbrook Health Services | Prevention | $199,746 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190599 | Westbrook Health Services | Prevention | $323,421 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G170546 | Youth Services System | Prevention | $247,000 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G180577 | Youth Services System | Prevention | $297,000 | Non-Governmental |
| WV PARTNERSHIP FOR SUCCESS | WVPS | G190604 | Youth Services System | Prevention | $323,422 | Non-Governmental |
| | | | | | $43,403,371 | |

Confidential

CROUCH_FEDWV_00000799
CROUCH_FEDWV_00000773-27

# Exhibit 2

Page 1

1          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

2

3

    * * * * * * * * * * * * * * * * * * * * * *

4

THE CITY OF HUNTINGTON,

5

            Plaintiff,

6

vs.                                CIVIL ACTION

7                                NO. 3:17-01362

AMERISOURCEBERGEN DRUG

8  CORPORATION, et al.,

9          Defendants.

10  _____

11  CABELL COUNTY COMMISSION,

12          Plaintiff,

13  vs.                                CIVIL ACTION
                                   NO. 3:17-01665

14  AMERISOURCEBERGEN DRUG

    CORPORATION, et al.,

15

            Defendants.

16

    * * * * * * * * * * * * * * * * * * * * * *

17

18

19          Videotaped and videoconference deposition
    of STEVE WILLIAMS taken by the Defendants under the

20  Federal Rules of Civil Procedure in the above-
    entitled action, pursuant to notice, before Teresa

21  S. Evans, a Registered Merit Reporter, at the
    Mountain Health Arena, One Civic Center Plaza,

22  Huntington, West Virginia, on the 30th day of June,
    2020.

23

24

Page 112

1      A.   That's when I -- 2014 is when I realized

2  there was a -- there was a heavy opioid problem.   I

3  didn't realize until later that there had been such

4  a large amount of opioid tablets that had been

5  distributed and opioid pills that had been

6  distributed to our county and city.

7           And -- so 2014 is when I became aware

8  of the opioid problem.  I can't state a specific

9  time as to when I realized the light turned on, we

10  have an overwhelming number of pills that have been

11  distributed here, and that that led to the extent

12  of the opioid epidemic.

13      Q.  Did you know about the lawsuit that the

14  Attorney General's office filed against Cardinal

15  Health and AmerisourceBergen in 2012?

16      A.   I obviously -- evidently I -- I don't re --

17  I must have known about it, because it was high

18  profile.  But it wasn't something that I dwelt on,

19  and it was not -- as we were having conversations

20  about what we were dealing with in Huntington, it

21  -- my impression was it was a southern West

22  Virginia phenomenon.

23           I kept remembering Oxyana and that and

24  remember how U.S. Attorney Booth Goodwin was so

Page 113

1   active in that, but it was down there.  And it

2   wasn't until 2014 that I started seeing where we

3   were having a problem with opioids, but I still

4   didn't connect what I was hearing about what was

5   happening in southern West Virginia as actually

6   also happening here.

7       Q.  And if I -- so if I understand you

8   correctly, you knew about the A. G. lawsuit, but

9   you thought that it was not connected to what was

10  happening in Huntington.

11              MS. KEARSE:  Object to form.

12      A.  I felt that what had happened, that the

13  lawsuit was dealing with what was happening in

14  southern West Virginia and didn't -- I did not

15  believe that there was a proliferation of pills

16  being dropped -- dumped upon our -- on our county,

17  and I don't remember specifically when I became

18  aware of the enormous number of pills that were

19  being distributed here.

20              In 2014, I knew an opioid problem; I

21  did not know of a pill -- the extent of the pill

22  problem started from prescription pills.

23      Q.  Did you know that -- that that was what the

24  A. G. lawsuit alleged?  In other words, that the

```
                                            Page 210

 1      A.  Oh, yes.

 2      Q.  Why then doesn't the City dip into its

 3  general budget to pay for that?

 4      A.  Because if we're going to help them, we'll

 5  find grant money to assist them.  And we have a

 6  police department budget that we're funding at the

 7  highest level that has ever been funded.  Now the

 8  fire department budget, public works budget is --

 9  is strained for public works needs.

10          We're needing assistance in addressing

11  the opioid epidemic.  We are very aggressive in our

12  pursuit of grant funding.

13      Q.  Has the City found the grant funding that

14  it needs to provide opioid treatment?

15      A.  We've found some that is helpful, but

16  there's always -- we're always looking for more.

17      Q.  And I'll return to my question of earlier.

18  If there is a need for more, then why doesn't the

19  City allocate general budget funds for that?

20      A.  Because we can find grants elsewhere.

21      Q.  Does the City project a budget surplus in

22  the 2021 budget?

23      A.  We projected it, but the -- oh, '21 budget.

24  Not the budget that we're just finishing.
```

# Exhibit 3

Page 1

1                    IN THE UNITED STATES DISTRICT COURT

              FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

2

       ********************************************************

3


       THE CITY OF HUNTINGTON,

4

                        Plaintiff,

5

       v.                         CIVIL ACTION NO 3:17-01362

6

       AMERISOURCEBERGEN DRUG

7      CORPORATION, et al,

8                      Defendants.

9

10     CABELL COUNTY COMMISSION,

11                      Plaintiff,

12     vs.

13

       AMERISOURCEBERGEN DRUG

14     CORPORATION, et al,

15                      Defendants.

16     ********************************************************

17          Videotaped and videoconference deposition of BETH

18     THOMPSON, taken by the Defendants pursuant to the West

19     Virginia Federal Rules of Civil Procedure, in the

20     above-entitled action, pursuant to notice, before Twyla

21     Donathan, Registered Professional Reporter and Notary

22     Public, at the Mountain Health Arena, One Civic Center

23     Plaza, Huntington, West Virginia, on the 23rd day of

24     July, 2020.

Page 133

1      A     I would have -- we would have to go back

2   and compare it for you, but -- I can't sit here and

3   tell you right now.

4      Q     Has the county ever attempted to quantify

5   what part of its law enforcement expenditures are

6   related to the opioid problem?

7      A     No.

8      Q     So we've covered law enforcement, jail

9   bill, and health insurance.  Any other specific

10  expenditures that the Commission believes are related

11  to the opioid problem?

12     A     We can't think of any at the moment.

13     Q     Topic 10:  Programs, actions that the

14  county has taken to abate the opioid problem.  What

15  actions has the Commission taken to mitigate or abate

16  the opioid problem in Cabell County?

17     A     Filed this lawsuit.

18     Q     Others?

19     A     No.

20     Q     Does the county provide any addiction

21  treatment?

22     A     No.

23     Q     Has the county ever considered doing that?

24     A     No.  It's not a part of county commission

Page 139

1      Q    Does the Commission know when Beth Thompson

2  became the county administrator?

3      A    July 2015.

4      Q    Since 2015, setting aside any executive

5  session with council, has the Cabell County

6  Commission discussed the opioid problem in a county

7  commission meeting?

8      A    Yes.

9      Q    When?

10     A    It would have been prior to the lawsuit.

11     Q    What was the nature of the discussion?

12     A    Meeting with attorneys -- or having

13  attorneys speak at the commission meeting.

14     Q    Okay.  So at some point prior to the

15  lawsuit, the County Commission discussed having

16  attorneys speak at a commission meeting?

17     A    Correct.

18     Q    And was the intended purpose of that

19  discussion to discuss this lawsuit?

20     A    Yes.

21     Q    Other than discussion of this lawsuit, has

22  the Commission ever discussed the opioid problem at a

23  county commission meeting?

24     A    I think you would have to go back and look

Page 140

1    through all of our minutes to make sure, but I don't

2    know of any.

3         Q    Has any person attending a county

4    commission meeting ever spoken to the Commission

5    about the opioid problem?  Again, setting aside

6    attorneys.

7         A    We can't recall right offhand.

8         Q    What about other drugs?  Has the County

9    Commission ever discussed any drugs other than

10   prescription opioids at a county commission meeting?

11        A    Actually, we have had some of the directors

12   from some of the recovery houses come from time to

13   time just to talk about their program.  But I don't

14   know that they specifically mentioned any specific

15   drugs.

16        Q    What was the purpose of the Commission

17   having those recovery house directors address the

18   Commission?

19        A    It wasn't something they requested.

20   Typically, people will just come and sign in to speak

21   and give updates on their programs, let the community

22   know what's going on.

23        Q    I misunderstood your answer.  I thought you

24   meant the Commission had asked for that.  When

# Exhibit 4

Page 1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2
3
     * * * * * * * * * * * * * * * * * * * * * * *
4
THE CITY OF HUNTINGTON,
5
              Plaintiff,
6
vs.                                    CIVIL ACTION
7                                   NO. 3:17-01362
AMERISOURCEBERGEN DRUG
8  CORPORATION, et al.,
9             Defendants.
10 _____
11 CABELL COUNTY COMMISSION,
12            Plaintiff,
13 vs.                                  CIVIL ACTION
                                    NO. 3:17-01665
14 AMERISOURCEBERGEN DRUG
   CORPORATION, et al.,
15
              Defendants.
16
     * * * * * * * * * * * * * * * * * * * * * * *
17
18
19        Videotaped and videoconference deposition
   of BILL CROUCH taken by the Defendants under the
20 Federal Rules of Civil Procedure in the above-
   entitled action, pursuant to notice, before Teresa
21 S. Evans, a Registered Merit Reporter, at DHHR Main
   Office, 1 Davis Square, Charleston, West Virginia,
22 on the 25th day of August, 2020.
23
24

Page 142

1              THE DEPONENT:  Excuse me.  I need

2     something for my throat.  Talking too much.  Thank

3     you.

4         A.   I think there was about $400,000 that was

5     unobligated or left.  But that money, I feel

6     certain, is long gone at this point as well.

7              But with the original, I think it was

8     22.6 or 22.8 million dollars.  All but $400,000

9     went out to construction of -- of treatment beds.

10        Q.   Let me ask you to open Exhibit 29.

11        A.   Say it again?  Sorry.

12        Q.   Exhibit 29.

13        CROUCH DEPOSITION EXHIBIT NO. 29

14              (E-mail from Crouch to Bray and others

15              Re: Internal and Deliberative/

16              Confidential:  Requested Materials

17              dated 1-2-19 with attachment

18              (MARSHALL_FEDWV_00374502-507) was

19              marked for identification purposes as

20              Crouch Deposition Exhibit No. 29.)

21        A.   All right.

22        Q.   I have a question in particular about the

23    third page.  Rather than have you read all the way

24    through it, I can just direct you.  There's one

Page 143

1    line I want to ask you about.  First as to the

2    document in general, is this an e-mail from you to

3    some personnel in the Governor's office dated

4    January 2nd, 2019?

5        A.   Yes.

6        Q.   It says, "See attached information as per

7    the request this morning.  If you need anything

8    further, or need any" additional "clarification on

9    any of this, please let us know."

10                  Is that right?

11       A.   Yes.

12       Q.   So then if you go to the third page past

13   the map, there's a page that is titled "General

14   Questions." do you see that?

15       A.   Yes.

16       Q.   And the first general question is:  "What

17   is the vacancy rate for West Virginia's inpatient

18   treatment providers?"  The answer given is:  "The

19   overall vacancy rate for West Virginia is

20   approximately 25" to "30%."

21                  Did I read that correctly?

22       A.   That's correct.

23       Q.   Is that consistent with your understanding?

24       A.   Again, my recollection's -- I would accept

Page 144

1    the document.  Those rates varied over time, so

2    yes.

3        Q.    Do you know why 25 to 30 percent of the

4    capacity in the State's inpatient treatment

5    providers is -- is vacant?

6        A.    The very part of it was distribution.

7    That's one of the reasons why we tried to get

8    treatment beds geographically placed throughout the

9    State.  We went for a time with no treatment beds

10   in the eastern panhandle, and people in Charleston

11   or Huntington or southern West Virginia don't

12   really want to go to the panhandle to be treated,

13   so that was a -- that was part of it.

14              And in some instances, we had

15   available -- more beds per population in areas

16   that -- that they were using at the time.  Again,

17   people want to stay in their community, but if you

18   have enough beds in that particular community --

19   because you get two or three providers, and again,

20   the 400 and some beds we have were mostly private

21   providers out there.

22              So the market kind of takes care of

23   itself in a lot of these -- in a lot of these areas

24   that we provide services, but sometimes it takes a

# Exhibit 5

Page 1

1              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

2

       ************************************************************

3


       THE CITY OF HUNTINGTON,

4

                    Plaintiff,

5

       v.                        CIVIL ACTION NO 3:17-01362

6

       AMERISOURCEBERGEN DRUG
7      CORPORATION, et al,
8                   Defendants.
9

10     CABELL COUNTY COMMISSION,
11                  Plaintiff,
12     vs.
13

       AMERISOURCEBERGEN DRUG
14     CORPORATION, et al,
15                  Defendants.
16     ************************************************************
17          Videotaped and videoconference deposition of
18     ROBERT BAILEY, taken by the Defendants pursuant to the
19     West Virginia Federal Rules of Civil Procedure, in the
20     above-entitled action, pursuant to notice, before Twyla
21     Donathan, Registered Professional Reporter and Notary
22     Public, at the Mountain Health Arena, One Civic Center
23     Plaza, Huntington, West Virginia, on the 17th day of
24     July, 2020.

Page 81

1       Do you see that?

2    A    Yes.

3    Q    What did you mean by that?

4    A    Well, she took $3900 from Big Pharma in

5    their campaign that she listed in her report.  And I

6    was very upset about it, and I didn't think she ought

7    to be in Charleston trying to help the drug companies

8    when we're not getting any help down in Cabell County

9    from her whatsoever.

10   Q    Is that Ms. Sobonya?

11   A    Ms. Sobonya, yes.  She took -- and I think

12   Mr. Woefel, state senator, took money also.

13   Q    Do you remember -- when you said here that

14   Ms. Sobonya had taken money from Big Pharma, do you

15   remember what companies you were referring to?

16   A    No.  I just got the report that it was Big

17   Pharma.  Now, it would be in her campaign report what

18   company gave her the money.  It might have been two

19   or three of them together that gave her the $3,900.

20   Q    You can put that down, Commissioner.

21   That's all I had on that.

22       Did you know -- or do you know Attorney

23   General McGraw?

24   A    Do I know McGraw?

Page 82

1      Q     Uh-huh.

2      A     Yes, uh-huh.

3      Q     Do you remember in 2012 when he filed a

4    lawsuit on behalf of the state about the opioid

5    issue?

6      A     I remember, yeah, Mr. McGraw.  I know he

7    filed some lawsuits against them, yeah.

8      Q     Did you know about that at the time when he

9    filed it?

10     A     I didn't know about it.  I read about it.

11     Q     You read about it.  Do you remember what

12   you knew about it at the time?

13     A     Just that he had sued them because of

14   dumping so many pills into West Virginia, you know.

15     Q     At the time, did you think about whether

16   the county ought to join in that lawsuit or file a

17   lawsuit of its own?

18     A     Not that I know of, no.

19     Q     Why not?  Why didn't the county consider

20   filing a lawsuit, when you knew that Attorney General

21   McGraw had filed one?

22     A     Well, you know, I guess, I raised Cain

23   about everything all the time.  And I think at the

24   time I had two republican commissioners who, you