```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                              CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                              CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**

_____

<u>**ORDER**</u>

Pending before the court is defendants' motion to continue the trial in this matter.  (ECF No. 1071).  That motion is **GRANTED** and trial of this matter is **CONTINUED** until January 4, 2021.  The pretrial conference scheduled for October 13, 2020, is **CONTINUED** until further order of the court.  By separate Memorandum Opinion the court will explain its reasons for granting defendants' motion and set forth specific trial protocols that will govern the rescheduled trial.

The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 9th day of October, 2020.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge