# EXHIBIT A

**Tricia E. Wright MD MS FACOG DFASAM**                          Cell: Redacted
2356 Sutter St                                                                          Tricia.Wright@ucsf.edu
6th Floor, Box 1648
San Francisco, CA 94115

## CURRICULUM VITAE

**CURRENT POSITION:**
> Professor of Clinical Medicine, University of California, San Francisco
> Department of Obstetrics, Gynecology and Reproductive Sciences

**PREVIOUS POSITION**
> Associate Professor, Department of Obstetrics Gynecology and Women's Health
> Queens Generalist Division Director

### Educational History

| | |
|---|---|
| 08/07-08/09 | **University of Hawaiʻi at Mānoa.** Honolulu, Hawaiʻi, Biomedical Science Master of Science (MS) |
| 06/94-06/98 | **University of New Mexico** School of Medicine Department of Obstetrics and Gynecology, Residency in Obstetrics and Gynecology |
| 08/90-05/94 | **University of Michigan Medical School,** Ann Arbor, Michigan, Medical Degree (MD) |
| 09/85-04/89 | **Stanford University,** Stanford, California, Biological Sciences, Bachelor of Science (BS) |

### Academic Positions

| | |
|---|---|
| 09/19-present | Professor, Clinical Medicine, Department of Obstetrics, Gynecology & Reproductive Sciences University of California, San Francisco. |
| 08/16-07/19 | Associate Professor, Department of Obstetrics Gynecology and Women's Health John A. Burns School of Medicine University of Hawaiʻi at Mānoa |
| 07/17-present | Associate Clinical Professor, Department of Psychiatry John A. Burns School of Medicine University of Hawaiʻi at Mānoa |
| 07/11-7/17 | Assistant Clinical Professor, Department of Psychiatry John A. Burns School of Medicine University of Hawaiʻi at Mānoa |
| 11/04-7/16 | Assistant Professor, Department of Obstetrics Gynecology and Women's Health John A. Burns School of Medicine University of Hawaiʻi at Mānoa |

### Other Professional Positions

| | |
|---|---|
| 01/17-07/19 | Generalist Division Director, Queens Hospital, Honolulu, HI |
| 5/11-07/19 | Women's Health Liaison-Waikiki Health Center Path Clinic |

| 04/07-4/11 | Medical Director-PATH (Perinatal Addiction Treatment of Hawai'i). Awarded state funding to begin first of its kind perinatal care clinic for women with addictions. |
| 09/02-11/04 | Hawai'i Women's Healthcare, Clinical Assistant Professor University of Hawai'i John A. Burns School of Medicine, Honolulu and Waipahu, HI. |
| 08/98-09/02 | The OB-GYN Associates, P.C., Clinical Assistant Professor University of Colorado School of Medicine, Aurora, CO |

## License and Certification

American Board of Obstetrics and Gynecology Board Certified, November, 2000
Maintenance of Certification active.

American Board of Preventative Medicine, Addiction Medicine Board Certification, February 2019, Maintenance of Certification active.

American Board of Addiction Medicine Board Certified, December, 2010
Maintenance of Certification 2011-2017

California License C161495

Hawai'i License 12148

Colorado License inactive

## RESEARCH/SCHOLARSHIP

### Textbook

2018   **Wright T**. Ed. (2018) *Opioid use disorders in pregnancy: Management guidelines for improving outcomes.* Cambridge, U.K. Cambridge University Press.

### Scientific Peer-Reviewed Journal Publications

2020   Price HR, Chehroudi C, Knight SJ, Smith AD, Lai D, Kim H, Wright TE, Coughtrie MWH, Collier AC. Umbilical cord as an analytical matrix – A technical note. *Placenta* **90**: 42-44.

2019   Sanchez Traun KB, Schauberger CW, Ramirez LD, Jones CW, Lindberg AF, Molero Bravo RA, **Wright TE**, Traun BD, Peterson SE, Rudolf VP Opioid prescribing trends in postpartum women: a multicenter study. *Am J Obstet Gynecol MFM.* Publish ahead of print. https://doi.org/10.1016/j.ajogmf.2019.100055

2019   Chehroudi C., Kim H., **Wright TE**, Collier AC. Dysregulation of inflammatory cytokines and inhibition of VEGFA in the human umbilical cord are associated with negative pregnancy outcomes. *Placenta.* 2019;Sep 3;87:16-22

2019   Ecker J, Abuhamad A, Hill W, Bailit J, Bateman BT, Berghella V, Blake-Lamb T, Guille C, Landau R, Minkoff H, Prabhu M, Rosenthal E, Terplan M, **Wright TE**, Yonkers KA. Substance use disorders in pregnancy: clinical, ethical, and research imperatives of the opioid epidemic: a report of a joint workshop of the Society for Maternal-Fetal Medicine, American College of Obstetricians and Gynecologists, and American Society of Addiction Medicine. *American journal of obstetrics and gynecology.* 2019;221(1):B5-b28.

2019    Knight SJ, Smith AD, **Wright TE**, Collier AC. Detection of opioids in umbilical cord lysates: an antibody-based rapid screening approach. Toxicol Mech Methods. 2019 Jan; 29(1):35-42

2019    Tschan M, **Wright TE**, Lusk H, Giorgio W, Colon A, Kaneshiro B. Understanding the Family Planning Needs of Female Participants in a Syringe Exchange Program A Needs Assessment and Pilot Project. *Journal of Addiction Medicine:* 2019 Sep/Oct;13(5):366-371

2018    Smid MC, Charles JE, Gordon AJ, **Wright TE**. Kratom - use of an opioid-like traditional herb in an obstetrical population. *Obstetrics and Gynecology.* 2018 Oct;132(4):926-928.

2018    Price HR, Collier AC, **Wright TE**. Screening Pregnant Women and Their Neonates for Illicit Drug Use: Consideration of the Integrated Technical, Medical, Ethical, Legal, and Social Issues. *Frontiers in Pharmacology.* 2018;9(961).

2018    Knight SJ, Smith AD, **Wright TE**, Collier AC. Detection of opioids in umbilical cord lysates: an antibody-based rapid screening approach. *Toxicology Mechanisms and Methods.* 2018:1-26.

2018    Terplan M, Laird HJ, Hand DJ,  **Wright TE**, Premkumar A, Martin CE, Meyer MC, Jones HE, Krans EE. Opioid Detoxification During Pregnancy: A Systematic Review. *Obstetrics and Gynecology.* 2018;131(5):803-814

2017    **Wright TE**. Screening, brief intervention, and referral to treatment for opioid and other substance use during infertility treatment. *Fertility and sterility.* 2017;108(2):214-21.

2016    Chang L, Oishi, K, Skranes J, Buchthal S, Cunningham E, Yamakawa R,  Hayama S,  Jiang C, Alicata D, Hernandez A, Cloak C, **Wright T**, Ernst T, Sex-Specific Alterations of White Matter Developmental Trajectories in Infants With Prenatal Exposure to Methamphetamine and Tobacco. *JAMA Psychiatry.* 2016; doi: 10.1001/jamapsychiatry.2016.2794

2016    Delafield R and **Wright T**. Substance Use in Pregnant Women in Hawai'i: Extending Our Capacity and Compassion. *Hawai'i Journal of Medicine and Public Health.* 2016; 75(11): 348-352.

2016    **Wright TE**, Terplan M, Ondersma SJ, Boyce C, Yonkers K, Chang G, Creeaga A. The Role of Screening, Brief Intervention and Referral to Treatment (SBIRT) in the Perinatal Period. *American journal of obstetrics and gynecology.* 2016; 215(5): 539–547

2016    Riches Z, Walia G, Berman JM, **Wright TE**, Collier AC. ATP-binding cassette proteins BCRP, MRP1 and P-gp expression and localization in the human umbilical cord. *Xenobiotica; the fate of foreign compounds in biological systems.* 2016;46(6):548-556.

2015    **Wright TE**, Schuetter R, Tellei J, Sauvage L. Methamphetamines and pregnancy outcomes. *Journal of addiction medicine.* 2015;9(2):111-117.

2015        Collier A, Sato B, **Wright T**. Methamphetamine smoking and gestational
            hypertension affect norepinephrine levels in umbilical cord tissues. *Clin. Exp.
            Obstet. Gynecol.* 2015, 42(5):580-585.

2015        **Wright TE.** Biochemical Screening for in utero Drug Exposure. *Drug metabolism
            letters.* 2015;9(2):65-71.

2012        **Wright TE**, Schuetter R, Fombonne E, Stephenson J, Haning WF, 3rd.
            Implementation and evaluation of a harm-reduction model for clinical care of
            substance using pregnant women. *Harm reduction journal.* 2012;9:5.

2011        **Wright TE**, Milam KA, Rougee L, Tanaka MD, Collier AC. Agreement of umbilical
            cord drug and cotinine levels with maternal self-report of drug use and smoking
            during pregnancy. *Journal of perinatology : official journal of the California
            Perinatal Association.* 2011;31(5):324-329.

2011        Terplan M, **Wright T**. The effects of cocaine and amphetamine use during
            pregnancy on the newborn: myth versus reality. *Journal of addictive diseases.*
            2011;30(1):1-5.

2010        **Wright TE,** Tam E. Disparate rates of persistent smoking and drug use during
            pregnancy of women of Hawaiian ancestry. *Ethnicity & disease.* 2010;20(1 Suppl
            1):S1-215-218.

2009        Onoye JM, Goebert D, Morland L, Matsu C, **Wright T**. PTSD and postpartum
            mental health in a sample of Caucasian, Asian, and Pacific Islander women.
            *Archives of women's mental health.* 2009;12(6):393-400.

2000        **Wright TE**, Martin D, Qualls C, Curet LB. Effects of intrapartum administration of
            invert sugar and D5LR on neonatal blood glucose levels. *Journal of perinatology
            : official journal of the California Perinatal Association.* 2000;20(4):217-218.

1991        Warner MS, Matsuno SJ, Virgin CJ, Jr., Masterson KB, Schneider GA, **Wright,
            TE**, Robertson, CR, Fives-Taylor P. Performance of the polypropylene fiber
            tailstring on the Copper 7 intrauterine device. *Journal of applied biomaterials : an
            official journal of the Society for Biomaterials.* 1991;2(2):73-94.

## Invited Scientific Journal Publications
2019        **Wright, TE**. Integrating Reproductive Health Services Into Opioid Treatment
            Facilities: A Missed Opportunity to Prevent Opioid-exposed Pregnancies and
            Improve the Health of Women Who Use Drugs. *Journal Addiction Medicine*
            **13**(6): 420-421

2018        Miller CB and **Wright TE**. Prenatal Substance Use and Stillbirth. *Academic
            Forensic Pathology: The Official Publication of the National Association of
            Medical Examiners.* 2018;12: 865-873.

2018        **Wright TE**. Opioid Prescribing After Oocyte-Retrieval. A Time for Caution. Editorial
            in *Fertility Sterility* 2018 Oct;110(5):852.

2018          Terplan M, Laird HJ, Hand DJ, **Wright TE**, Premkumar A, Martin CE, Meyer MC, Jones HE, Krans EE. In Reply. *Obstet Gynecol.* 2018 Oct;132(4):1061-1062

2017          **Wright TE**, Terplan M, DeRoo A. Maternal/Fetal Risks from Opioid Use Disorders: What You Need to Know. *ACOG Update* (2017). Volume 43(5).

2014          **Wright TE,** Alford DP, Starer JJ. Deadly Prescriptions: How to Protect Your Patients. *ACOG Update* (2014) Volume 40.

## National Committee Publications

2020          American Society of Addiction Medicine. National Practice Guideline for Medications for the Treatment of Opioid Use Disorder. Focused Update

2016          American College of Obstetrics and Gynecology. Tobacco and Nicotine Cessation Toolkit. http://www.acog.org/About-ACOG/ACOG-Departments/Toolkits-for-Health-Care-Providers/Tobacco-and-Nicotine-Cessation-Toolkit

2015          American Society of Addiction Medicine. National Practice Guideline for Medications for the Treatment of Opioid Use Disorder.

2012          American Society of Addiction Medicine Public Policy Statement on Women, Alcohol and Other Drugs, and Pregnancy.

2012          Joint Committee Opinion American Society of Addiction Medicine and American College Obstetrics and Gynecology on Opioid Abuse, Dependence, and Addiction in Pregnancy.

## Abstracts

2018          Molero-Bravo R and **Wright T**, *Discharge analgesics after vaginal or cesarean section delivery.* Poster at the American College of Obstetrics and Gynecology, Austin, TX, April, 2018. Mentored resident research project.

2017          Villarin M and **Wright T**, *Pregnancy Outcomes with Smoking Cessation in Women with Other Substance Use Disorders.* Poster at American Society of Addiction Medicine, New Orleans, LA, April, 2017. Mentored resident research project.

2015          Tsai M, Loinchinger, M, and **Wright T**, *Oxidative Stress and Compensatory Anti-Inflammatory Mechanisms in the Placentas of Gravid Marijuana Smokers.* Poster at Society of Reproductive Investigation, San Francisco, CA, March 27, 2015. Mentored resident research project.

2015          Tsai M, Loinchinger, M, and **Wright T**, *Oxidative Stress and Compensatory Anti-Inflammatory Mechanisms in the Placentas of Gravid Marijuana Smokers.* American Society of Addiction Medicine, Austin, TX, April 24-25, 2015.

2014          **Wright TE**, Schuetter R, Sauvage L, *Methamphetamines and Birth Outcomes.* American College of Obstetrics and Gynecology Annual Clinical Meeting. Chicago, IL April, 2014. Published in Obstetrics and Gynecology 2014 May;123 Suppl 1:178S.

2014          **Wright TE**, Schuetter R, Sauvage L, *Methamphetamines and Birth Outcomes.* American Society of Addiction Medicine, Orlando, FL April 2014.

2019      *How Could She Do That? Understanding Substance Use Disorders in Pregnancy.* University of North Carolina at MAHEC 3rd Annnual Regional Perinatal Substance Exposure Summit. Asheville, NC. October 2019.

2019      *Addiction Medicine in Obstetrics.* Society of ObGyn Hospitalists Annual Clinical Meeting. La Jolla, CA. September 2019.

2019      *Buprenorphine Prescribing Training for Women's Healthcare Providers.* American Indian/Alaskan Native Annual Healthcare Conference, Oklahoma City, OK. August 2019.

2019      *Help I'm Pregnant and Using Methamphetamines.* Invited presentation at the American Indian/Alaskan Native Annual Healthcare Conference, Oklahoma City, OK. August 2019.

2019      *Building the Addiction Medicine Workforce: Giving Americans Access to the Care They Need.* Speaker on Obstetrics and Gynecology. White House Office of Drug Control Policy. Washington DC June 25, 2019.

2019      *Caring for Pregnant and Breastfeeding Women with Opioid Use Disorder.* Webinar for the American College of Obstetricians and Gynecologists. June 11, 2019. https://www.pathlms.com/acogwebinars/courses/12065.

2019      *NAS is Temporary, FAS is Permanent: Understanding Alcohol Use in Women,* Conference Presentation at the American College of Obstetricians and Gynecologists Annual Clinical Meeting, Nashville, TN, May 2019.

2019      *Treatment of Opioid Use Disorders Course.* American College of Obstetricians and Gynecologists Annual Clinical Meeting, Nashville, TN, May 2019.

2018      *NAS is Temporary, FAS is Permanent. Understanding Alcohol Use in Women.* Stanford University Grand Rounds. Stanford, CA. September 2018. Visiting professor-residency teaching on SBIRT/Motivational Interviewing.

2018      *Withdrawal in Pregnancy, an update on Opioid Use Disorders in Pregnancy.* Lunchtime conversation presenter at the American College of Obstetrics and Gynecology Annual Clinical Meeting, Austin, TX. April 2018.

2018      *Treatment of Opioid Use Disorders Course.* 5th International Indigenous Women's Healthcare Meeting, Albuquerque, NM. March 2018.

2018      *Meth and Pregnancy.* Breakout presentation at the 5th International Indigenous Women's Healthcare Meeting, Albuquerque, NM. March 2018.

2018      *Pregnant… and Addicted to Methamphetamines.* Invited plenary presentation at the 5th International Indigenous Women's Healthcare Meeting, Albuquerque, NM. March 2018.

2017      *Buprenorphine Prescribing Training for Women's Healthcare Providers.* American Indian/Alaskan Native Annual Healthcare Conference, Salt Lake City, UT. August 2017.

2017      *Help I'm Pregnant and Using Methamphetamines.* Invited presentation at the American Indian/Alaskan Native Annual Healthcare Conference, Salt Lake City, UT. August 2017.

2017        *1) Help I'm Pregnant and Using Methamphetamines. 2) NAS is Temporary, FAS is permanent, understanding alcohol use in women. 3) The Role of SBIRT in the Perinatal Period.* Three Invited presentations at the Texas Symposium on Neonatal Abstinence Syndrome. San Antonio, TX. June, 2017

2017        *Maternal Mortality Secondary to Opioids.* Invited presentation at the CDC-ACOG Maternal Mortality Maternal Safety Meeting. San Diego, CA. May 7, 2017.

2017        *Buprenorphine Prescribing Training for Women's Healthcare Providers.* American College of Obstetricians and Gynecologists and American Society of Addiction Medicine. San Diego, CA, May 2017.

2017        *Women Are from Venus: Understanding Alcohol Use in Women.* Lunchtime conversation presenter at the American College of Obstetrics and Gynecology Annual Clinical Meeting. San Diego, CA. May 5, 2017.

2017        *Opioid Use Disorders During Pregnancy: An Update,* Invited presentation at the Society of Maternal Fetal Medicine 37th Annual Meeting. Las Vegas, NV. January 26, 2017.

2016        Medicine Responds To Addiction Symposium, The White House, Washington, DC. Invited attendee October 25, 2016.

2016        *The Emerging Crisis of Opioid Addiction. Implications for Home Visiting.* National Webinar for State Health Resources and Service Administration (HRSA) administrators. September 20, 2016.

2016        *The ASAM National Practice Guideline Special Populations Webinar: Pregnant Women.* American Society of Addiction Medicine. Webinar. July 26, 2016. https://elearning.asam.org/products/the-asam-national-practice-guideline-special-populations-webinar-july

2016        *Buprenorphine Prescribing Training for Women's Healthcare Providers.* American College of Obstetricians and Gynecologists and American Society of Addiction Medicine. Washington DC, April 2016, August 2016.

2016        *Management of Prescription Opiate Abuse during Pregnancy,* Lunch with the Experts presenter at the American College of Obstetrics and Gynecology Annual Clinical Meeting, Washington, DC, May 2016.

2016        *"SUD Services for Special Populations: Neonatal Abstinence Syndrome"* Targeted Learning Opportunity for Center for Medicare and Medicaid Services. March 14, 2016. Webinar https://cc.readytalk.com/cc/s/meetingArchive?eventId=v51k6hyjfx2u

2015        *What providers should know about maternal opioid use and abuse,* Advisor Live Webinar, https://www.premierinc.com/events/advisor-live-what-obgyns-should-know-about-opioid-use-and-abuse/

2015        *The SBIRT Model, Screening for and Managing Substance Use in Practice,* Lunch with the Experts presenter at the American College of Obstetrics and Gynecology Annual Clinical Meeting. San Francisco, CA, May 2015.

2015        *Management of Prescription Opiate Abuse during Pregnancy,* Lunch with the Experts presenter at the American College of Obstetrics and Gynecology Annual Clinical Meeting, San Francisco, CA, May 2015.