# EXHIBIT C

Case 3:17-cv-01362   Document 1098-3   Filed 10/23/20   Page 2 of 4 PageID #: 33413

# Opioid-Use Disorders in Pregnancy

## Management Guidelines for Improving Outcomes

Edited by
**Tricia E. Wright**
University of Hawaii



CAMBRIDGE
UNIVERSITY PRESS

**CAMBRIDGE**
UNIVERSITY PRESS

University Printing House, Cambridge CB2 8BS, United Kingdom

One Liberty Plaza, 20th Floor, New York, NY 10006, USA

477 Williamstown Road, Port Melbourne, VIC 3207, Australia

314–321, 3rd Floor, Plot 3, Splendor Forum, Jasola District Centre, New Delhi - 110025, India

79 Anson Road, #06-04/06, Singapore 079906

Cambridge University Press is part of the University of Cambridge.

It furthers the University's mission by disseminating knowledge in the pursuit of education, learning, and research at the highest international levels of excellence.

www.cambridge.org
Information on this title: www.cambridge.org/9781108400985
DOI: 10.1017/9781108231695

© Cambridge University Press 2018

This publication is in copyright. Subject to statutory exception and to the provisions of relevant collective licensing agreements, no reproduction of any part may take place without the written permission of Cambridge University Press.

First published 2018

Printed in the United States of America by Sheridan Books, Inc.

*A catalogue record for this publication is available from the British Library.*

*Library of Congress Cataloging-in-Publication Data*
Names: Wright, Tricia E., editor.
Title: Opioid-use disorders in pregnancy: management guidelines for improving outcomes / edited by Tricia E. Wright.
Description: New York, NY : Cambridge University Press, 2018. | Includes bibliographical references and index.
Identifiers: LCCN 2018008862 | ISBN 9781108400985 (pbk.)
Subjects: | MESH: Opioid-Related Disorders—therapy | Pregnant Women | Prenatal Care | Postnatal Care | Pregnancy
Classification: LCC RG580.S75 | NLM WM 284 | DDC 618.3/686—dc23 LC record available at https://lccn.loc.gov/2018008862

ISBN 978-1-108-40098-5 Paperback

Cambridge University Press has no responsibility for the persistence or accuracy of URLs for external or third-party internet websites referred to in this publication and does not guarantee that any content on such websites is, or will remain, accurate, or appropriate.

Every effort has been made in preparing this book to provide accurate and up-to-date information that is in accord with accepted standards and practice at the time of publication. Although case histories are drawn from actual cases, every effort has been made to disguise the identities of the individuals involved. Nevertheless, the authors, editors, and publishers can make no warranties that the information contained herein is totally free from error, not least because clinical standards are constantly changing through research and regulation. The authors, editors, and publishers therefore disclaim all liability for direct or consequential damages resulting from the use of material contained in this book. Readers are strongly advised to pay careful attention to information provided by the manufacturer of any drugs or equipment that they plan to use.

Cont

List c
Prefc

Seci
Wor

1  The (
   Worr
   Trici;

2  Scree
   to Tre
   Preg
   Tricii

3  Subs
   Preg
   Jacqu

4  Co-o
   in Pre
   Disor
   Alexi
   Marg

5  Traur
   in Wo
   Pregr
   Soray

6  Intim
   Pregr
   Use D
   Richa

7  Medi
   with (
   Pregr
   Kaylir

8  Harm
   in Wo
   in Pre
   Laurei

Cambridge University Press
978-1-108-40098-5 — Opioid-Use Disorders in Pregnancy
Edited by Tricia E. Wright
Table of Contents
More Information

# Contents

*List of Contributors*   vii
*Preface and Acknowledgments*   ix

### Section 1   Substance Use Disorders in Women and Pregnancy

1   **The Opioid Epidemic and Pregnant Women**   1
    Tricia E. Wright

2   **Screening, Brief Intervention and Referral to Treatment for Opioid Use Disorders in Pregnancy**   9
    Tricia E. Wright

3   **Substance Use Assessment during Pregnancy**   19
    Jacquelyn Starer and Carl Christensen

4   **Co-occurring Mental Health Conditions in Pregnant Women with Opioid Use Disorders**   27
    Alexis S. Hammond and Margaret S. Chisolm

5   **Trauma and Posttraumatic Stress Disorder in Women with Opioid-Use Disorder in Pregnancy**   35
    Soraya Asadi

6   **Intimate Partner Violence, Pregnancy and Substance Use Disorder**   41
    Richard G. Soper and Hendrée E. Jones

7   **Medical Comorbidities in Women with Opioid Use Disorders in Pregnancy**   49
    Kaylin A. Klie

8   **Harm Reduction Principles in Women with Opioid Use Disorder in Pregnancy**   57
    Lauren Owens and Mishka Terplan

### Section 2   Antepartum and Intrapartum Care

9   **Prenatal Care in Substance-Using Pregnant Women**   63
    Charles W. Schauberger

10  **Treatment Approaches in Women with Substance Use Disorders Who Become Pregnant**   72
    Hendrée E. Jones

11  **Medication Assisted Treatment for Opioid Use Disorder during Pregnancy**   84
    Lawrence Leeman and Jacquelyn Starer

12  **Labor and Delivery Management in Women with Substance Use Disorder**   93
    Marjorie Meyer and Tricia E. Wright

### Section 3   Postpartum

13  **Postpartum Care for Women with Substance Use Disorders**   105
    Elizabeth E. Krans, Sebastian T. Tong and Mishka Terplan

### Section 4   The Newborn

14  **Neonatal Abstinence Syndrome**   113
    Karol Kaltenbach and Loretta Finnegan

15  **Breastfeeding and the Substance-Exposed Dyad**   127
    Lauren M. Jansson and Stephen W. Patrick

*Index*   139