**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF THOMAS MCGUIRE**

# EXHIBIT C

JAMES W. HUGHES DEPOSITION TRANSCRIPT (6/20/2019) AT 110:2-11

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3
      IN RE: NATIONAL           )
 4    PRESCRIPTION              )   MDL No. 2804
      OPIATE LITIGATION         )
 5    _____    )   Case No.
                                )   1:17-MD-2804
 6                              )
      THIS DOCUMENT RELATES     )   Hon. Dan A.
 7    TO ALL CASES              )   Polster
 8
                     THURSDAY, JUNE 20, 2019
 9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                          - - -
12             Videotaped deposition of James
13    Hughes, Ph.D., held at the offices of
14    Covington & Burling, LLP, 620 Eighth Avenue,
15    New York, New York, commencing at 9:40 a.m.,
16    on the above date, before Carrie A. Campbell,
17    Registered Diplomate Reporter and Certified
18    Realtime Reporter.
19
20
21                          - - -
22
                GOLKOW LITIGATION SERVICES
23         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   individuals?
 2        A.    I know a number of them by
 3   reputation.  You know, I know their names.  I
 4   don't know them personally.
 5              And that would include Jonathan
 6   Gruber.  There's David Kessler, now I'm on
 7   the right one.  I know Thomas McGuire.
 8   Actually I worked for Thomas McGuire 50 years
 9   ago -- not 50, 45 years ago.  I know Meredith
10   Rosenthal.  And I believe that's it.
11        Q.    Okay.  In what context did you
12   work for Thomas McGuire?
13        A.    So it is 1977, 1978, Professor
14   McGuire is on the faculty of Boston
15   University.  I was a master's student in
16   economics at Boston University, and I was
17   assigned to Professor McGuire as his research
18   assistant on some work he was doing.  His
19   initial claim to fame research was on mental
20   health, issues involving mental health.
21              So I worked as a research
22   assistant for Professor McGuire for a year
23   and have not -- we haven't laid eyes on each
24   other since.
25        Q.    Was that a good experience?
```

Highly Confidential - Subject to Further Confidentiality Review

1   A.   Yeah, it was fine.

2   Q.   Do you respect him as an
3   economist?

4   A.   As an economist, yeah, uh-huh.

5   Q.   Would you say he has a sterling
6   reputation?

7   A.   I have not kept up with his
8   work.  I know that -- I mean, I would say
9   that he has a -- I would certainly say that
10  he has a great reputation regarding the
11  economics of mental health.  To the extent
12  that he's branched off into other things, I
13  just haven't followed his career in that
14  regard.

15  Q.   Fair enough.
16       And I think you said you know
17  Meredith Rosenthal?

18  A.   Yes, I do.

19  Q.   How do you know her?

20  A.   She has been the plaintiff's
21  expert in at least a half a dozen cases where
22  I have worked as defense expert.

23  Q.   Okay.  Have you met her
24  personally?

25  A.   Actually, no.