**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF THOMAS MCGUIRE**

## EXHIBIT F

THOMAS MCGUIRE DEPOSITION TRANSCRIPT (09/09/2020).

SLIPSHEET ONLY – EXHIBIT FILED UNDER SEAL