# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>    Plaintiff,<br><br>         v.<br><br>AMERISOUCEBERGEN DRUG CORPORATION, *et al.*<br>    Defendants<br>---<br>CABELL COUNTY COMMISSION,<br>    Plaintiff,<br><br>         v.<br><br>AMERISOUCEBERGEN DRUG CORPORATION, *et al.*<br>    Defendants | Civil Action No. 3:17-01362 |

## PLAINTIFFS' <u>UNDER SEAL</u> APPENDIX OF EXHIBIT 1 IN SUPPORT OF OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OF JAMES GELDHOF

October 23, 2020

This Appendix consists of the attached Exhibit 1 (excerpts from the transcript of the deposition of James Geldhof, conducted on September 22, 2020). These materials are filed under seal.

Dated: October 23, 2020  Respectfully submitted,

THE CITY OF HUNTINGTON

/s/ *Anne McGinness Kearse*
Anne McGinness Kearse
WVSB No. 12547
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

/s/ *Anthony J. Majestro*
Anthony J. Majestro
WVSB No. 5165
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

Linda Singer
David I. Ackerman
MOTLEY RICE LLC
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel: 202-232-5504
Fax: 202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com

CABELL COUNTY COMMISSION

/s/ *Peter J. Mougey*
Peter J. Mougey, Esq.
LEVIN, PAPANTONIO, THOMAS
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone: (850) 435-7068
Facsimile: (850) 436-6068
pmougey@levinlaw.com

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
WVSB No. 7443
FARRELL LAW
422 Ninth Street, 3rd Floor
Huntington, WV 25701
Tel: (304) 654-8281
paul@farrell.law

Michael A. Woelfel
WVSB No. 4106
WOELFEL AND WOELFEL, LLP
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

Charles R. "Rusty" Webb
WVSB No. 4782
THE WEBB LAW CENTRE, PLLC
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

*On the Brief:*

Page A. Poerschke, Esq.
Laura S. Dunning, Esq.
LEVIN, PAPANTONIO, THOMAS
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone: (850) 435-7068
Facsimile: (850) 436-6068
ppoerschke@levinlaw.com
ldunning@levinlaw.com

Tyler W. Hudson, Esq.
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1177
Facsimile: (816) 531-2372
THUDSON@WCLLP.COM

## CERTIFICATE OF SERVICE

I certify that on October 23, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to: Track2OpioidDefendants@ReedSmith.com and mdl2804discovery@motleyrice.com.

*/s/ Peter J. Mougey*

# Exhibit 1

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

* * * * * * * * * * * * * * * * * * * * * * * * * *

THE CITY OF HUNTINGTON,

      Plaintiff,

vs.                                    CIVIL ACTION
                                       NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

      Defendants.

_____

CABELL COUNTY COMMISSION,

      Plaintiff,

vs.                                    CIVIL ACTION
                                       NO. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

      Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * *

      Videotaped and videoconference deposition of JAMES GELDHOF taken by the Defendants under the Federal Rules of Civil Procedure in the above-entitled action, pursuant to notice, before Teresa L. Harvey, a West Virginia notary public and Registered Diplomate Reporter, the witness appearing via videoconference from Detroit, Michigan, West Virginia, on the 22nd day of September, 2020.

Case 3:17-cv-01362 Document 1106 Filed 10/23/20 Page 7 of 9 PageID #: 33606

Page 2

APPEARANCES:

APPEARING FOR THE PLAINTIFFS:
Ethan DuBois, Esquire (via Zoom)
MOTLEY RICE
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Paul T. Farrell, Jr., Esquire
FARRELL LAW
422 Ninth Street
3rd Floor
Huntington, WV 25714-1180

Amy J. Quezon, Esquire
McHUGH FULLER LAW GROUP
108 ½ Capitol Street, Suite 300
Charleston, WV 25304

APPEARING FOR THE DEFENDANT CARDINAL HEALTH:
Jennifer G. Wicht, Esquire
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005

CAREY, SCOTT, DOUGLAS & KESSLER
901 Chase Tower
707 Virginia Street, East
Charleston, WV 25323

APPEARING FOR THE DEFENDANT AMERISOURCEBERGEN:

Al Sebok, Esquire
Gretchen M. Callas, Esquire
Sean D. Thomas, Esquire
Rob Aliff, Esquire
JACKSON KELLY
500 Lee Street, East
Suite 1600
Charleston, WV 25322-0553
Joseph J. Mahady, Esquire (via Zoom)
REED SMITH

Veritext Legal Solutions
www.veritext.com                                888-391-3376

```
 1   Three Logan Square
     1717 Arch Street, Suite 3100
 2   Philadelphia, PA, 19103
 3
     APPEARING FOR THE DEFENDANT McKESSON CORPORATION:
 4
     Paul W. Schmidt, Esquire
 5   Covington & Burling
     The New York Times Bldg.
 6   620 Eighth Avenue
     New York, NY  10018-1405
 7
 8   Christopher K. Eppich, Esquire
     COVINGTON & BURLING
 9   1999 Avenue of the Stars
     Suite 3500
10   Los Angeles, CA  90067
11
     Carol Dan Browning, Esquire
12   Carolyn Purcell Michener, Esquire
     Clayton Bailey, Esquire
13   STITES & HARBISON, PLLC
     400 West Market Street,  #1800
14   Louisville, Kentucky 40202
15   Jeffrey M. Wakefield, Esquire
     Jason L. Holliday, Esquire
16   Morgan E. Villers, Esquire
     FLAHERTY, SENSABAUGH & BONASSO
17   200 Capitol Street
     Charleston, WV  25301
18
     Clayton L. Bailey, Esquire
19   COVINGTON & BURLING
     One City Center
20   850 Tenth Street NW
     Washington, DC  20001
21
22   ALSO PRESENT:
23           Chris Leigh, Videographer
24
```

Page 11

1       A.   When they asked me to prepare this witness
2    report, the purpose of it was to assist the court in
3    giving an inside look or basically DEA's role within the
4    closed system of distribution.  Knowing that, I wanted
5    to look at certain documents I thought would impact my
6    ability to make that -- you know, that -- that report.
7       Q.   And what were those categories of documents you
8    wanted to look at that would impact that report?
9       A.   I wanted to look at the actions taken by DEA.
10   I wanted to take a look at the Congressional inquiry
11   into West Virginia.  I wanted to look at correspondence
12   between DEA and HDMA in guiding -- in policy guidance.
13   I'm trying to think of anything else off the top of my
14   head.  There were other -- I wanted to look at the --
15   the suspicious -- the -- I'm sorry, the meetings that
16   Rannazzisi had, the distributor initiative meetings.  I
17   wanted to look at Rannazzisi's letter.  I wanted to look
18   at the letters that DEA sent -- the Math* letters where
19   he sent back to I think it was Mr. Walker, a culmination
20   of the meetings.  I'd have to go through the report and
21   look at others.  Those are off the top of my head.
22      Q.   Why was it important to you to look at actions
23   taken by the DEA?
24      A.   Because I think it summarizes our response to