*Note: Schedule III through V controlled substances may be stored with Schedule II controlled substances under security measures previously described for Schedule II controlled substances.*

*Non-controlled substances and other materials may be stored with Schedule III through V controlled substances in any of the secure storage areas required by 21 CFR 1301.72(b) provided that permission for such storage of noncontrolled items is obtained in advance in writing from the Special Agent in Charge of DEA for the area in which storage area is situated.  Any such permission tendered must be upon the Special Agent's written determination that such non-segregated storage does not diminish security effectiveness for Schedule III through V controlled substances. This authorization should be posted, in plain sight, in the secured area.  An additional copy of the authorization letter should be retained by division management.*

## Company Vehicles

Vehicles used for the delivery and pickup of controlled substances are equipped with proper vehicle locks including, when appropriate, padlocks for cargo doors.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019181**

CONFIDENTIAL                                              CAH_MDL_PRIORPROD_DEA07_01384044

# ACCESS CONTROL

## General Warehouse

It is the policy of Cardinal to limit access to the general warehouse to only those employees who have a full-time work assignment that requires their presence in the warehouse. Each division shall maintain a list of employees authorized to have warehouse access. This access shall be controlled by a Card Entry Access Control System.

Specifically excluded from warehouse access without a full-time escort are the following groups of people:

All visitors including:
- Vendor sale representatives
- Cardinal sales representatives
- Management employees except those directly responsible for supervision of employees whose duties require them to be in the warehouse to perform their jobs
- Office employees except those whose duties require their presence in the warehouse.

Signs should be posted on all warehouse entrances regarding limited access (**Exhibit B**).

Outside contractors shall be monitored through a cooperative effort of warehouse supervisory personnel and full-time warehouse employees.

Employees of Cardinal Health who require temporary access to the warehouse may be issued "temporary passes" controlled by the Division Manager or his/her designee.

## Controlled Substance Area

DEA regulations related to accessibility to storage areas state:

> "The controlled substances storage areas shall be accessible only to an absolute minimum number of specifically authorized employees. When it is necessary for employee maintenance personnel, non-employee maintenance personnel, business guests, or visitors to be present in or pass through controlled substances storage areas, the registrant shall provide for adequate observation of the area by an employee specially authorized in writing." (21 CFR 1301.72(d))

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019182

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384045

Division management maintains an **Access and Surveillance List** (Form #16) of those employees whose responsibilities include authorization to access the vault or cage during the open-for-business period.   Only those individuals are assigned a key or knowledge of a combination.   The authorized access list should be posted along with a **"Restricted Area"** (**Exhibit C**) sign on the door(s) of the vault and cage.

Temporary employees should never be allowed access to the cage or vault, supervised or unsupervised.

## Computer System

The computer system should include security levels to prohibit access to certain files unless an employee's job responsibilities warrant access.  Employees should keep passwords to themselves and periodically change them to prevent access by others.  Access should be limited for inventory adjustments, customer licensing information and financial records.

Computer room access should be controlled and limited to only those employees who have a full time work assignment that requires access to the computer room.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019183**

CONFIDENTIAL                                                            CAH_MDL_PRIORPROD_DEA07_01384046

# PROCEDURAL SECURITY

## Receiving

Upon receipt, controlled substance items are physically checked by a receiving clerk. The quantity and description of the materials received are checked against the packing list provided by the vendor and against the controlled substance purchase order. The paperwork is signed and dated by the receiving clerk.

Any variations in quantities or visible damage to cartons are subject to immediate investigation. The matter should be reported to the supervisor prior to the departure of the carrier's representative from the area.

The carrier's representative is required to sign a statement written on the receiving report, describing the shortage, damage, etc. The receiving procedures should be verified by the receiving department supervisor if the actual receiving is handled by a designated employee.

If a discrepancy is noted and cannot be reconciled, the manufacturer(s) is contacted immediately by telephone and confirmation of the shortage or damage is verified in writing on the appropriate form. The loss of controlled substances is to be promptly reported to DEA. **Refer to Drug Thefts/Losses within Required Reports to DEA.** The supplier is responsible for reporting in transit losses of controlled substances by the common or contact carrier selected pursuant to **21 CFR 1301.74 (e)** upon discovery of such theft or loss. Thefts must be reported whether or not the controlled substances subsequently are recovered and/or the responsible parties are identified and action taken against them (21 CFR 1301.74c).

Immediately on verification of the order received, the controlled substances and the corresponding paperwork are placed in a rolling locked cage and moved to the vault or to the controlled substance cage. No controlled substances may be left in the receiving area overnight or during periods when the receiving area is not under adequate surveillance.

## Stocking

Verify all products and quantities against paperwork. Date and sign each purchase order. Bring discrepancies to the attention of the supervisor immediately. Forward original paperwork to appropriate department for data entry. Retain a copy in the controlled substance area.

For Schedule II items, the product is also verified against Copy 3 (blue) of the DEA order form. The date received and quantity received columns of the order form are completed and the Narcotic Order Blank Log is also updated.

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

CAH SWE 019184

CAH_MDL_PRIORPROD_DEA07_01384047

## Order Filling

For Schedule III, IV, V controlled substances, the order filler picks the items and quantities as requested on the picking document. As items are picked, each line of the picking document is initialed. The completed order and paperwork is staged pending verification.

For Schedule II controlled substances, the order form - DEA Form 222 - is reviewed for accuracy, then matched to the picking document to make sure all items agree. The items and quantities are picked as requested on the picking document. The picking document is initialed as each item is picked. The completed order and paperwork is staged pending verification. The following fields on the order form must be filled in:

- Packages Shipped
- Date Shipped
- Supplier DEA Registration Number
- National Drug Code

## Quality Control

All controlled substance orders should be double checked for accuracy. The quality control clerk matches the items against the picking document and initials the paperwork. The merchandise and copy of the picking document are put in a bag and sealed - preferably a heat-sealed poly bag. The other copy of the pick document is retained at the division per division policy. The outside of the package should be labeled with the name of the customer. There should be no marks identifying the contents as controlled substances. The order is then staged within the controlled substance area until shipped.

## Shipping

While most regular orders are manifested on the shipping dock, controlled substance orders are manifested in the cage or vault. Controlled substance packages are not to be left unattended in the shipping department. Product may be placed in locked roll-around cages or left in the controlled substance area until the delivery person is on the premises and ready to sign for them.

## Delivery

The driver is required to obtain a customer signature for any packages delivered. The proof of delivery (manifest) is then returned to the carrier or division and retained per division policy.

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019185

CONFIDENTIAL                                                        CAH_MDL_PRIORPROD_DEA07_01384048

## Returns from Customers

All returns of controlled substances must be accompanied by a return authorization. The shipments must be distinguished from the other returns without revealing their contents to the delivery drivers. Upon receipt at the distribution center, these returns are to be transferred to the controlled substance area, and processed daily, noting the actual date of receipt.

Returns of Schedule II drugs are discouraged. They must be handled by issuing an order form - DEA Form 222 - to the customer.

Partial returns of controlled substances are prohibited.

## Returns to Vendors

Controlled substances returned to the vendor should be accompanied by a return authorization from the vendor and a debit memo from the division. Creating the debit memo should remove the product from inventory. Proof of delivery should be filed at the division with a copy of the debit memo.

## Physical Verification of Controlled Substances

When taking an inventory, the following steps should be taken,

- Do not allow any product into or out of the area during the count or recount.
- Counts should be conducted from count sheet with the on hand quantities suppressed.
- Compare the inventory results with the current on-hand balance of each item.
- Recount any out-of -balance item.
- Run audit report for any out-of-balance item. **The Selected Item Audit Report (Exhibit I)** gives all movement - purchases, returns, sales and inventory adjustments - for a requested item during a specified time frame.
- Research the error, checking for orders picked but not invoiced, mispicks, etc.
- Make appropriate adjustments as errors causing variances are detected.
- The Distribution Center Manager should sign off on the count sheet that he has reviewed all exceptions and that variances have been explained.
- File DEA Form 106, on a timely basis, for any item that cannot be resolved.
- Create ARCOS transactions for any reportable items on DEA Form 106.

## Inventory Adjustments

Inventory adjustments for controlled substances should only be made after a thorough research. Documentation should be kept on file to support any adjustments.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019186**

CONFIDENTIAL                                          CAH_MDL_PRIORPROD_DEA07_01384049

## Breakage

Documentation of breakage occurring in the vault or cage or during delivery is strongly recommended by the DEA. Maintenance of a breakage report is designed to help control any possible intentional breakage for the purpose of removing contents. Concern should arise when the same item is broken repeatedly.

## Opening and Closing

The distribution center should be opened by at least two employees. These employees should meet at a safe, well-lighted, off-site location. The employees should then proceed to the distribution center and one employee should enter the distribution center while the other employee waits outside for an "ALL'S CLEAR" signal (the moving of blinds or flickering of lights, etc.). This procedure should be reversed when closing the distribution center. If the utilization of two employees at opening and closing time is totally impractical, one employee opening or closing the facility alone must have security hardware such as a portable panic button.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019187**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384050

# SHIPPING

## Controlled Substance Shipping Area

Schedule II controlled substance orders are retained in the vault until the driver assigned such delivery is ready to depart the premises.  At that time, the order is delivered by the vault supervisor to the driver who signs a log, circling the order number of the merchandise on the manifest.  The driver then loads the packets or container into the delivery vehicle.

Schedule III through V controlled substance orders in sealed containers are held in the cage or staged in the defined controlled substance staging area under the direct supervision of the shipping department supervisor or a closed-circuit TV surveillance system.  The driver assigned to the specific orders signs for the controlled substance items on a log form, circling the order number of the merchandise, and then loads the order on the delivery vehicle.

No controlled substance orders awaiting shipment are left in the shipping dock during the closed period.  Such unshipped orders must be returned to the controlled substance cage at the close of business.  The shipping department supervisor makes a thorough search of the shipping area prior to his/her departure from that area at the end of the business day.

## Shipping Destination

DEA regulations require that controlled substances be distributed only to persons who are properly registered with DEA to possess the controlled substances and that Schedule II controlled substances only be shipped to the purchases at the location printed on the order form (DEA Form 222).  Emergency will call orders are an exception to the rule.

## Company Delivery Vehicles

Company employees assigned to driving delivery vehicles are screened in accordance with 21 CFR 1301.90 and Cardinal's policy which requires all prospective employees to consent to a drug test and a criminal record check.  **Delivery Vehicle Security Rules (Form #17)** are reviewed, and signed by drivers.

The drivers deliver the Schedule II through V controlled substance orders to the customers and obtain a customer signature on one copy of the delivery order, which the driver then attaches to his/her manifest as proof of delivery.

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

CAH SWE 019188

CAH_MDL_PRIORPROD_DEA07_01384051

## Common Or Contract Delivery Vehicles

The company selects common or contract carriers that provide adequate security to guard against in-transit losses.

Further, the company takes precautions to assure that shipping containers do no indicate contents are controlled substances so as to guard against storage or in-transit losses.

When distributing controlled substances through agents, the company provides and requires adequate security to guard against theft and diversion while the substances are being stored or handled by the agent or agents.

**Delivery Vehicle Security Rules (Form #17)** are provided to contract carriers for distribution to drivers.  Rules are reviewed and signed by drivers.

## Depots/Line Haul Shipments

The use of cross-dockings and line hauls means vehicles with larger quantities of controlled substances and other merchandise and increased vulnerability to theft and/or diversion during the run from the distribution center to the depot.  To protect against internal theft that may go undetected until the orders get to the customer
level, ensure that vehicle contents are checked and signatures obtained upon pickup and delivery and that line haul vehicles are secured with a numbered seal that must be cut off or broken upon arrival at the depot.

## Seal Construction Specifications

*Durability*  A seal must be strong enough to prevent accidental breakage during normal use.

*Design*  The design must be sufficiently complex to make unauthorized manufacture of a replacement seal difficult.

*Tamperproof* The seal should provide readily visible evidence of tampering and prevent reconstruction after the seal is closed;  that is, a seal needs construction to make simulated locking difficult.

*Individually Identifiable*  Identification is best accomplished by embossing serial numbers and owner identification on each seal.

## Seal Accountability Procedures

*Record of Application*  Seal numbers are entered or written on transportation documents such as bills of lading and manifests.

*Time of Application*  Trailers must be sealed immediately after the loading is completed.  Roll-up-type doors must be sealed at the loading dock.  Swing-out doors must be sealed immediately after the unit is far enough away to close the doors.

12/28/99                              Training Manual                                         9-2

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019189**

CONFIDENTIAL                                                                CAH_MDL_PRIORPROD_DEA07_01384052

*Verification*   Seal examination and verification at every stop such as docks and transfer points. Multiple stops require new seals. Persons receiving sealed shipments must examine the seal and record the number on appropriate documentation, such as a log. Retain broken seals until it is determined whether there are any discrepancies. If there are none, destroy the seal. If discrepancies are found, retain the seal pending investigation.

## U.S. Postal Mailing And Delivery

DEA regulations applicable to the use of the U.S. postal services state: "Controlled substances including Schedule II may be sent in any quantity by registered mail, return receipt requested, from one DEA registrant to another DEA registrant. The packaging must be in plain outer containers and give no indication of the contents."

## Will Call Orders

Verification calls are to be made to the person in charge of the licensed premises for whom the order is intended and the name and description of the person picking up the order and the items included in the order are obtained.

When the individual arrives to pick up the order, the shipping supervisor checks the individual's name by asking for the driver's license and comparing the description of that provided by the person in charge of the licensed premises.

The person picking up the orders signs a **Will Call Log (Form #18)** that is dated and initialed by the shipping supervisor. The driver's license number and the person's name are then recorded both on the packing slip and the will call log.

> *Note: Many wholesalers have discontinued will call orders for controlled substances to avoid this high risk diversion exposure.*

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019190**

CAH_MDL_PRIORPROD_DEA07_01384053

# PERSONNEL

Additional information is located in the Employee Handbook.

## Pre-Employment Screening

Cardinal Health requires all prospective employees to sign a **Pre-Employment Waiver (Form #19)** consent to a physical examination, which includes a drug test, and to an investigation made of their background and fitness for the position for which they have applied.

Cardinal Health reserves the right to immediately dismiss any employee when the results of the physical examination or drug test show signs of substance abuse and/or the background investigation reveals a history of criminal activity or other information which would deem the employee unfit for the position.

Any information associated with the physical examination or background investigation will be gathered and held in the strictest confidence by Cardinal Health in accordance with all applicable laws.

It is recommended that employment should not commence until the results of the physical examination and drug test are received and reviewed by the appropriate management personnel of Cardinal Health.

Upon commencement of employment, the new employee will complete a **Post-Employment Security Data Information Sheet (Form #20)**. The completed sheet is sent to the Corporate Compliance Department to conduct a criminal record check.

## Controlled Substance Requirements

When an employee is promoted or transferred it may be necessary to review his/her background, depending on the nature of the transfer or promotion. Anyone allowed unsupervised access to the cage or vault in order to perform job functions must complete the **Test for Distribution Center Employees Handling Controlled Substances (Appendix B)** as well as the **Post-Employment Security Data Information Sheet.** The test and form must then be submitted to the Corporate Compliance Department. The department will grade the test and each individual must pass with a score no lower than 88%. If an employee does not pass the test, he/she must re-take the test at a later date and must obtain a passing score. The employee should be advised that prior to his or her working inside the controlled substance area an in-depth background investigation will be performed. The results of this background check along with the individuals test score will be shared with division management. The background check should be performed prior to the distribution center manager assigning the employee to the controlled substance area.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019191**

CONFIDENTIAL                                                      CAH_MDL_PRIORPROD_DEA07_01384054

## Security Rules

The following list of security rules has been developed to promote a safe and secure working environment for all employees and to assure compliance with United States Drug Enforcement Administration Security Regulations.

- Possessing, dispensing, or using a controlled substance without a medical prescription or reporting to work or working under the influence of alcohol or a controlled substance without a medical prescription is strictly prohibited. If an employee requires medication which may affect their performance, they should notify their supervisor immediately. DEA regulations regarding this should be posted in the facility (**Exhibit D**).

- Defacing Company property or willful negligence resulting in damage due to mishandling of merchandise or destructive abuse of machines or other Company equipment is prohibited.

- Falsifying an employment application, time card, production record, or other documents for yourself, customers, or another employee is prohibited.

- Protection of Company property is a responsibility all employees must share. Any employee discovering theft, loss, or malicious damage has an obligation to report the incident immediately to his supervisor.

- Fighting or instigating a fight with an employee, customer, or supplier while on Company property is strictly prohibited. No permanent personnel action will be taken until there is a complete investigation by Management.

- Tampering with or breaching Company security systems or policies is prohibited.

- Theft or unauthorized removal or use of Company or another employee's property is prohibited.

- Possession of firearms or illegal weapons on Company property is prohibited.

- Employees must use their own card entry access card, and access cards should not be loaned to other employees. Lost access cards should be reported to Management immediately.

- Employees must use authorized employee entrance when entering and exiting the building and must use their own access card when doing so.

- Entrance and exits to the facility are to be closed at all times, unless being used for the purpose they are designed.

- All bags, boxes, lunch boxes, containers, etc., are subject to inspection when exiting the facility. Signs to this affect should be posted throughout the distribution center (**Exhibit E**). Random periodic inspections could serve as a deterrent to internal theft.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019192**

CAH_MDL_PRIORPROD_DEA07_01384055

- Locker assignments and locks will be issued by Cardinal Health. Personal locks are not allowed. Locks will be subject to inspection by Management at their discretion.

- Visitor's entering the distribution center should be asked to sign in on a **Visitor's Log (Form #21)**, indicating their name, who they represent, time in, time out, and who they are visiting at the distribution center. Each visitor should wear a badge and must be escorted during their stay.

- Warehouse access is limited to employees who have full-time assignments that require their presence in the warehouse.

- Coats and pocketbooks are not allowed in the warehouse.

- Employees are to adhere to the posted access list for the cage and vault area.

- A **Miscellaneous Security Log (Form #22)** should be used to document any minor security-related incidents that occur but do not need to be explained in detail.

Security rules should be distributed to all employees and a signature obtained to document receipt.

## Violence Prevention Procedures

The sign entitled **Violence Prevention Procedures (Exhibit G)** should be posted in conspicuous locations throughout the distribution center. These procedures should be reviewed with distribution center employees on a routine, periodic basis. It is paramount that all employees know exactly what to do in case they are confronted with a possible violent situation. Additional copies of these signs may be obtained through the Corporate Compliance Department.

## Driver Security Rules

Drivers are required to adhere to the following security rules:

- Test all vehicle locks each day and immediately report defects to a supervisor.
- Keep all merchandise in the rear of the truck. Leave nothing in the cab.
- Secure the truck when making a delivery. Roll up all windows, lock all doors and take the keys with you.
- Do not stop for stranded motorists. This could be a setup for a hijack. If you feel it is necessary to call for assistance, do so at your next stop.

- Make it a habit to check your rear view mirror to see if you are being followed. If you suspect that you are being followed, obtain a description of the vehicle, the license number and the occupants. Proceed to the local police station; if this is not possible, proceed to your next stop and call the local police or the office.
- If you break down, stay with your truck. Leave only to call for assistance.
- Avoid areas where the threat of theft is high (such as back doors and alleys). If something appears suspicious, do not stop.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019193**

CAH_MDL_PRIORPROD_DEA07_01384056

- In the event of a robbery:
  a.  Offer no resistance.
  b.  Stay calm.
  c.      Be observant.

Driver security rules should be distributed to all drivers and a signature obtained to document receipt.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019194**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384057

# *Test for Employees Handling Controlled Substances*

**Name**_____

**Location**_____

**Date**_____

January 12, 2000

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019195**

CAH_MDL_PRIORPROD_DEA07_01384058

# **Company Policy**

Per the _DEA Compliance Manual_, anyone allowed unsupervised access to the cage or vault in order to pick controlled substances orders must complete the _Test for Employees Handling Controlled Substances_ as well as the Post-Employment Security Data Information Sheet. The test and this form must then be submitted to the Corporate Compliance Department in Dublin, Ohio. Corporate Compliance will grade the test. Each individual must pass with a score no lower than 88%. If an employee does not pass the test, he/she must re-take the test at a later date and must obtain a passing score. The employee should be advised that prior to his or her working inside the controlled substance area, an in-depth background check will be performed. The results of this background check along with the individual's test score will be shared with the Distribution Center Manager. The background check must be performed prior the Distribution Center Manager assigning the employee to the controlled substance area.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019196**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384059

# Instructions

1. Complete the information requested on the cover page.

2. Answer all 33 questions completely.

3. Complete the form entitled "Post-Employment Security Data Information Sheet", which is included at the end of this test booklet. This form is utilized for the background investigation portion of this testing process. If this form is not completed in full, your authorization to work with controlled substances will be delayed.

4. Seal the booklet with the circle provided.

5. Return the test booklet to your supervisor or manager to be forwarded to the Corporate Compliance Department to be scored.

6. The Corporate Compliance Department will notify the Distribution Center Manager, in writing, of the test score results and completion of the background investigation. This notification memo should be maintained at the distribution center for audit purposes.

7. If you have any questions involving this test or the Company's written policy and procedure in regards to the handling of controlled substances, notify the Compliance Department at (614) 757-7109.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019197**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384060

1) There must be an authorized access list for both the cage and the vault?

   True_____          False_____

2) DEA form 41 is used in the reporting of _____.

3) The DEA schedules Drug Wholesalers for inspection every:

   a) Year
   b) 2 years
   c) 3 years
   d) They have no set schedule

4) Which color copy of the 222 Order Forms must be sent to the DEA each month?

   a) blue
   b) green
   c) brown
   d) none of the above

5) You are allowed to ship controls and narcotics to a customer who has moved as long as he notifies you by phone of his new address.

   True_____          False_____

6) The DEA Form 106 is used for reporting_____of controlled substances.

7) The cage and vault must be inventoried at a minimum of :

   a) daily for items with movement
   b) weekly for items with movement
   c) monthly for all items
   d) a and c
   e) b and c

8) You may fill a narcotic blank that has no signature?

   True_____          False_____

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019198**

CONFIDENTIAL                                                        CAH_MDL_PRIORPROD_DEA07_01384061

9)  The proper schedules listed on the vast majority of Narcotic Order Forms consist of Schedules
    (fill in the blanks):

    _____      _____      _____      _____      _____      _____

10) An employee who has knowledge of drug diversion from his employer by a fellow employee
    has an obligation to report such information to a responsible official of the company?

    True_____          False_____

11) A Narcotic Blank (DEA form 222) is good for _____ days from the date it was
    issued.

12) DEA fines are calculated at $_____per violation.

13) It is not necessary to have someone double check your Narcotic Orders prior to them leaving
    the distribution center.

    True_____          False_____

14) _____is the name of the unit within the DEA that requires us to send a
    computer tape at the end of each month.

15) As a wholesale drug distributor governed by the Drug Enforcement Administration, Cardinal
    Health is required to report suspicious or excessive purchases of controlled substances.

    True_____          False_____

16) Possession, use, sale or purchase of any illegal drug on the job is contrary to company policy
    and is grounds for immediate termination.

    True_____          False_____

17) In order to accept a Schedule II return from a customer, the distribution center must first issue
    a narcotic blank to the customer.

    True_____          False_____

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

18) What is a Contact sheet and when should it be used?_____

_____
_____
_____

19) The day-gate doors to both the cage and the vault must be self-_____and self-
_____according to Federal Regulations.

20) Controlled Substances may be left outside the approved controlled substances area overnight
as long as they are left in a locked roll-around cage.

True_____          False_____

21) You may store other items inside the vault as long as you have written permission from the
DEA.

True_____          False_____

22) The rule book used by the DEA to enforce regulations on the drug wholesale industry goes by
the initials "C.F.R.".  These initials stand for:

_____

23) The "Selected Item Audit Report" lists:

a)   All receipts of a controlled substance
b)   All sales of a controlled substance
c)   All controlled substance adjustments
d)   All transactions of a controlled substance

24) It is Cardinal Health, Inc.'s policy to thoroughly discourage returns of scheduled narcotics.

True_____          False_____

25) How often should the report entitled "Ingredient Limits Report" or "Suspicious Order
Analysis"  be generated at your Distribution Center?

a)   Daily
b)   Once a week
c)   Once a month
d)   Quarterly

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019200**

CONFIDENTIAL                                                                 CAH_MDL_PRIORPROD_DEA07_01384063

26) Vault and Cage Morgue merchandise is dead inventory and does not need to be counted.

    True_____        False_____

27) The responsibility of verifying a customer license rests with:

a)  The DEA
b)  The Distribution Center
c)  Corporate Headquarters
d)  Regional Headquarters

28) You may sign a 222 narcotic order form if the customer gives you permission over the phone.

    True_____        False_____

29) Cardinal Health, Inc. has a manual entitled _**DEA Compliance Manual**_ which contains answers to frequently asked questions about controlled substance procedures.

    True_____        False_____

30) List 5 things to look for when reviewing a 222 Narcotic Order Form:

_____
_____
_____
_____

31) A customer calls your distribution center and asks you to fill an order involving one of his blanks but to send the controlled substances to another location.  Is this a violation of the Code of Federal Regulations?

    Yes_____        No_____

32) It is advisable that you use white-out or a pencil when working with DEA Form 222 (Narcotic Order Form) in case you make a mistake.

    True_____        False_____

33) All visitors at your Distribution Center entering the cage or vault area must  be escorted by an employee on the authorized access list?

    True_____        False_____

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019201**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384064

Thank you for completing this test on the handling of controlled substances.  Please return this test to your supervisor.  He/She will send the test the Cardinal Health, Inc. Corporate Compliance Department in Dublin, Ohio for grading.  Your Distribution Center Manager will be notified of your score as soon as your test is graded.

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019202

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384065

*21*



Quick Reference Index System

© 1981 Wilson Jones Company

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

# DEA
# COMPLIANCE MANUAL

# APPENDIX   C

# DEA Field Offices

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019204**

CAH_MDL_PRIORPROD_DEA07_01384067

# DEA Regional Offices



•••••••••••••••••••••••••••••••••••••••

### _Atlanta Division_

Richard B. Russell Federal Building
75 Spring Street, S.W., Suite 740
Atlanta, GA 30303
(404) 331-4401
Fax: (404) 331-7340
_Area Covered: Georgia, North
   Carolina, South Carolina,Tennessee_

## Charleston Resident Office

5900 Core Avenue
Suite 100
North Charleston, SC 29406
(803) 308-6660
_Fax: (803) 308-6670_

## Charlotte Resident Office

Nine Woodlawn Green
Suite 200
Charlotte, NC 28217
(704) 344-6188
_Fax: (704) 344-6795_

## Columbia Resident Office

Strom Thurmond Federal Building
1835 Assembly Street, Room 1472
Columbia, SC 29201
(803) 765-5251
_Fax: (803) 765-5410_

## Columbus Resident Office

120 12th Street
Room 316
Columbus, GA 31902
P.O. Box 1565
Columbus, GA 31902
(706) 649-7850
_Fax: (706) 649-7872_

## Greensboro Resident Office

1801 Stanley Road
Suite 201
Greensboro, NC 27407
(910) 547-4210
_Fax: (910) 547-4215_

## Knoxville Resident Office

1721 Midpark Drive
3rd Floor
Knoxville, TN 37921
(423) 584-9364
_Fax: (423) 584-8763_

## Memphis Resident Office

Morgan Keegan Tower, Suite 500
50 N. Front Street
Memphis, TN 38103
(423) 544-3396
_Fax: (423) 544-3025_

## Nashville Resident Office

Estes Kefauver Building
801 Broadway, Room 500
Nashville, TN 37203
(615) 736-5988
_Fax: (615) 736-2221_

## Savannah Resident Office

Smith Kelly Building
300 Drayton Street, Suite 401
Savannah, GA 31401
(912) 652-4286
_Fax: (912) 652-4050_

## Wilmington Resident Office

Two Princess Street, Room 322
Wilmington, NC 28401
(910) 343-4513
_Fax: (910) 343-4463_

### _Chicago Division_

John C. Kluczynski Federal
   Building
230 S. Dearborn Street, Room 1200
Chicago, IL 60604
(312) 353-7875
_Fax: (312) 886-8439_
_Area Covered: Illinois, Indiana,
   Minnesota, North Dakota,
   Wisconsin_

## Fargo Resident Office

One N. Second Street
Suite 302
Fargo, ND 58102
(701) 239-5331
_Fax: (701) 239-5248_

## Green Bay Post of Duty (Brown County/MJG Unit)

PO Box 12734
Green Bay, WI 54307-2734
(414) 448-6241
_Fax: (414) 448-6376_

## Indianapolis Resident Office

Minton-Capehart Federal Building
575 N. Pennsylvania St., Room 290
Indianapolis, IN 46204
(317) 226-7977
_Fax: (317) 226-7703_

## Madison Post of Duty

PO Box 92812
Madison, WI 53701-0981
(608) 264-5111
_Fax: (608) 264-5116_

## Merrillville Resident Office

1571 E. 85th Avenue , Suite 200
Merrillville, IN 46410
(219) 681-7000

## Milwaukee Resident Office

1000 N. Water Street, Suite 1010
Milwaukee, WI 53202
(414) 297-3395
_Fax: (414) 297-1169_

## Minneapolis Resident Office

Federal Building
110 S. Fourth Street, Room 402
Minneapolis, MN 55401
(612) 348-1700
_Fax: (612) 348-1708_

D-5
April, 1997

FOIA Confidential
Treatment Requested By
   Cardinal

CAH SWE 019205

CAH_MDL_PRIORPROD_DEA07_01384068

# DEA Regional Offices



● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

### Rockford Resident Office
420 W. State Street
Rockford, IL 61101
(815) 987-8034

### Springfield Resident Office
Illinois Business Center
400 W. Monroe Street, Suite 302
Springfield, IL 62704
(217) 492-4504
Fax: (217) 492-4507

### *Dallas Division*
1880 Regal Row
Dallas, TX 75235
(214) 640-0801
Fax: (214) 649-0895
Area Covered: Oklahoma, Texas
(Northern)

### Fort Worth Resident Office
Fritz W. Lanham Federal Building
819 Taylor Street, Room 13A33
Fort Worth, TX 76102
(817) 978-3455
(817) 978-4128

### Lubbock Resident Office
5214 68th Street, Suite 401
Lubbock, TX 79424
(806) 798-7189
Fax: (806) 794-3149

### Midland Resident Office
1004 N. Big String, Room 225
Midland, TX 79701
(915) 686-0356
Fax: (915)682-3016

### Oklahoma City District Office
3909 N. Classen Blvd., Suite 100
Oklahoma City, OK 73118
(405) 424-2213
Fax: (405) 524-3448

### Tulsa Resident Office
5100 E. Skelly Drive, Suite 570
Tulsa, OK 74135-6548
(918) 581-6391
Fax: (918) 581-6439

### Tyler Resident Office
909 ESE Loop 323, Suite 280
Tyler, TX 75701
(903) 534-0472

### *Detroit Division*
Rick Finley Federal Building
431 Howard
Detroit, MI 48226
(313) 234-4000
Fax: (313) 234-4141
Area Covered: Kentucky, Michigan,
Ohio

### Cincinnati Resident Office
Federal Office Building
550 Main Street, Room 8504
Cincinnati, OH 45202
(513) 684-3671
Fax: (513) 684-3672

### Cleveland Resident Office
Courthouse Square Development
310 Lakeside Avenue, #395
Cleveland, OH 44113
(216) 522-3705
Fax: (216) 522-3704

### Columbus Resident Office
78 E. Chestnut Street
Columbus, OH 43215
(614) 469-2595
Fax: (614) 469-5788

### Grand Rapids Resident Office
65 Monroe Center, N.W.
Grand Rapids, MI 49503
(616) 456-2541
Fax: (616) 456-2001

### Lexington Resident Office
1500 Leestown Road, Room 308
Lexington, KY 40511
(606) 233-2479
Fax: (606) 233-2590

### Louisville Resident Office
New Federal Building, Room 1006
600 Dr. Martin Luther King Place
Louisville, KY 40202
(502) 582-5908
Fax: (502) 582-5535

### Saginaw Resident Office
301 E. Genessee, Fourth Floor
Saginaw, MI 48607
(517) 758-4133
Fax: (517) 758-4013

### Toledo Resident Office
234 N. Summitt Street, Room 106
Toldeo, OH 43603
(419) 259-6490
Fax: (419) 259-3725

### *Houston Division*
333 W. Loop N.
Suite 300
Houston, TX 77024
(713) 681-1771
Fax: (713) 220-2378
Area Covered: Texas (Southern)

### Alpine Resident Office
810 N. 2nd Street
Alpine, TX 79830
P.O. Box 1282
Alpine, TX 79820
(915) 837-3421
Fax: (915) 837-2701

D-6
April, 1997

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019206**

CAH_MDL_PRIORPROD_DEA07_01384069

# DEA Regional Offices



●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**Austin Resident Office**
9009 Mountain Ridge Drive
Austin, TX 78759
(512) 346-2486
*Fax:* (512) 346-0825

**Beaumont Resident Office**
350 Magnolia, Suite 290
Beaumont, TX 77701-1899
(409) 839-2461
*Fax:* (409) 839-2551

**Brownsville Resident Office**
1100 FM 802, Suite 200
Brownsville, TX 78521
(210) 504-4100
*Fax:* (210) 504-4118

**Corpus Christi Resident Office**
Wilson Plaza, Suite 300
606 N. Carancahua
Corpus Christi, TX 78476
P.O. Box 2443
Corpus Christi, TX 78403
(512) 888-0150
*Fax:* (512) 888-0199

**Eagle Pass Resident Office**
342 Rio Grande
Room 102
Eagle Pass, TX 78852
(210) 773-5378
*Fax:* (210) 773-3008

**El Paso District Office**
700 E. San Antonio Street
Suite D-701
El Paso, TX 79901
(915) 534-6400
*Fax:* (915) 534-6034

**Galveston Resident Office**
6000 Broadway, Suite 104
Galveston, TX 77551
(409) 766-3568
*Fax:* (409) 766-3570

**Laredo Resident Office**
4804 N. Bartlett, Building 1050
Laredo, TX 78041
P.O. Drawer 2307
Laredo, TX 78044-2307
(210) 722-5201
*Fax:* (210) 726-2221

**McAllen District Office**
1919 Austin Street
McAllen, TX 78501-7030
(210) 618-8400
*Fax:* (210) 618-8478

**San Antonio District Office**
10127 Morocco, Suite 200
San Antonio, TX 78216
(210) 525-2900
*Fax:* (210) 525-2930

**_Los Angeles Division_**
Roybal Federal Building
255 E. Temple Street, 20th Floor
Los Angeles, CA 90012
(213) 894-2650
*Fax:* (213) 894-4244
*Area Covered: California (Southern), Hawaii, Nevada*

**Hawaii District Office**
Honolulu, HI 96813
P.O. Box 50163
Honolulu, HI 96850
(808) 541-1930
*Fax:* (808) 541-3048

**Nevada District Office**
Foley Federal Building & U.S. Courthouse
300 Las Vegas Blvd. S., Suite 204
Las Vegas, NV 89101-0023
(702) 388-6635
*Fax:* (702) 388-6894

**Orange County Resident Office**
Federal Building
34 Civic Center Plaza
Santa Ana, CA 92712
PO Box 12609
Santa Ana, CA 92712
(714) 836-2892
*Fax:* (714) 836-2925

**Reno Resident Office**
300 E. Second Street, Suite 1320
Reno, NV 89501
(702) 784-5617
*Fax:* (702) 784-5679

**Riverside District Office**
6377A Riverside Avenue, Suite 220
Riverside, CA 92516-3162
(909) 276-6642
*Fax:* (909) 276-6269

**Ventura Resident Office Office**
770 Padeo Camarillo, 3rd Floor
Camarillo, CA 93010
(805) 383-6454
*Fax:* (805) 383-6464

**_Miami Division_**
8400 N.W. 53rd Street
Miami, FL 33166
(305) 590-4870
*Fax:* (305) 590-4500
*Area Covered: Nassau, Bahamas, Florida*

**Fort Lauderdale District Office**
1475 W. Cypress Creek Rd., Ste. 301
Fort Lauderdale, FL 33309
(305) 356-7700

D-7
*April, 1997*

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019207**

CAH_MDL_PRIORPROD_DEA07_01384070



# DEA Regional Offices

### Fort Meyers Resident Office
12730 New Brittany Blvd., Suite 501
Fort Myers, FL  33907
(941) 275-3662
*Fax:* (941) 275-8945

### Gainesville Resident Office
235 S. Main Street, Suite 202
Gainesville, FL  32601
(352) 371-2077
*Fax:* (904) 375-4356

### Jacksonville Resident Office
4077 Woodcock Drive, Suite 210
Jacksonville, FL  32207
(904) 232-3566
*Fax:* (904) 232-2501

### Key Largo Resident Office
95360 Overseas Highway, Suite 6
Key Largo, FL  33037
P.O. Box 2930
Key Largo, FL  33037
(305) 852-7874
*Fax:* (305) 536-5485

### Orlando Resident Office
Heathrow Business Center
300 International Pkwy., Suite 424
Heathrow, FL  32746
(407) 333-7000
*Fax:* (407) 333-7012

### Panama City Resident Office
5323 W. Highway 98, Suite 215
Panama City, FL  32401
(904) 769-3407
*Fax:* (904) 769-4118

### Tallahassee Resident Office
3384 Capitol Circle N.E.
Tallahassee, FL  32308
(904) 942-8417
*Fax:* (904) 942-8420

### Tampa District Office
5426 Bay Center Drive
Tampa, FL  33609
(813) 228-1268
*Fax:* (813) 228-1281

### West Palm Beach Resident Office
1818 S. Australian Ave., Suite 300
West Palm Beach, FL  33409
(561) 684-8000

### *Midwest Division*
United Missouri Bank Building
7911 Forsyth Blvd., Room 500
St. Louis, MO  63105
(314) 425-3241
*Fax:* (314) 425-3245
*Area Covered: Illinois (Southern),*
*Iowa, Kansas, Missouri, Nebraska,*
*South Dakota*

### Cape Girardeau Resident Office
339 Broadway, Room 158
Cape Girardeau, MO  63701
(573) 334-1534
*Fax:* (573) 335-4117

### Des Moines Resident Office
Federal Building
210 Walnut Street, Room 937
Des Moines, IA  50309
(515) 284-4700
*Fax:* (515) 284-4920

### Kansas City Resident Office
8600 Farley Street, Suite 200
Overland Park, KS  66212
(913) 236-3257
*Fax:* (913) 236-3186

### Omaha Resident Office
Old Federal Building
106 S. 15th Street, Room 1003
Omaha, NE  68102
(402) 221-4222
*Fax:* (402) 221-4225

### Sioux Falls Resident Office
Shriver's Building
230 S. Phillips Avenue, Suite 407
Sioux Falls, SD  57102
(605) 330-4421
*Fax:* (605) 330-4420

### Springfield Resident Office
901 St. Louis Street, Suite 301
Springfield, MO  65806
(417) 831-3948
*Fax:* (417) 831-0607

### Wichita Resident Office
1919 N. Amidon, Suite 330
Wichita, KS  67203
(316) 838-2500
*Fax:* (316) 838-9123

### *New England Division*
50 Staniford Street, Suite 300
Boston, MA  02114
(617) 557-2100
*Fax:* (617) 557-2135
*Area Covered: Connecticut, Maine,*
*Massachusetts, New Hampshire,*
*Rhode Island, Vermont*

D-8
*April, 1997*

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019208**