# DEA Regional Offices



● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

### Bridgeport Resident Office
915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
(203) 579-5591
*Fax:* (203) 579-5530

### Burlington Resident Office
P.O. Box 446
Williston, VT 05495
(802) 951-6777
*Fax:* (802) 951-6489

### Cape Cod Resident Office
P.O. Box 708
Barnstable, MA 02630
(508) 362-2117
*Fax:* (508) 362-8303

### Concord Resident Office
197 Loudon Road, Suite 300
Concord, NH 03301
(603) 225-1574
*Fax:* (603) 225-1543

### Hartford Resident Office
Ribicoff Federal Office Building
450 Main Street, Room 628
Hartford, CT 06103
(203) 240-3233
*Fax:* (203) 240-3703

### Logan Airport Task Force
One Harbor Side Drive, Suite 1095
Boston, MA 02128
(617) 561-5764
*Fax:* (617) 561-5772

### Portland Resident Office
1355 Congress Street, Suite D
Portland, ME 04102
(207) 780-3331
*Fax:* (207) 780-3413

### Providence Resident Office
Two International Way
Warwick, RI 02886
(401) 732-2550
*Fax:* (401) 739-2576

### Springfield Resident Office
1441 Main Street, Suite 1000
Springfield, MA 01103
(413) 785-0284
*Fax:* (413) 785-0483

### *New Jersey Division*
Peter Rodino Federal Building
970 Broad Street, Room 806
Newark, NJ 07102
(201) 645-6060
*Fax:* (201) 645-6297
*Area Covered: New Jersey*

### Atlantic City Resident Office
Executive Plaza
2111 New Road, Suite 203
North Field, NJ 08225
(609) 383-3322
*Fax:* (609) 383-0884

### Camden Resident Office
1000 Crawford Place, Suite 200
Mount Laurel, NJ 08054
(609) 757-5407
*Fax:* (609) 757-5006

### *New Orleans Division*
Three Lakeway Center
3838 N. Causeway Blvd., Suite 1800
Metairie, LA 70002
(504) 840-1100
*Fax:* (504) 840-1103
*Area Covered: Alabama, Arkansas,
Louisiana, Mississippi*

### Baton Rouge Resident Office
2237 S. Acadian Thruway, Suite 306
Baton Rouge, LA 70808
(504) 389-0254
*Fax:* (504) 389-0772

### Birmingham Resident Office
234 Goodwin Crest, Suite 420W
Birmingham, AL 35209
(205) 290-7150
*Fax:* (205) 290-7157

### Gulfport Resident Office
One Government Plaza, Suite 230
Gulfport, MS 39502
(601) 863-2992
*Fax:* (601) 868-3112

### Jackson Resident Office
Dr. A. H. McCoy Federal Building
100 W. Capitol Street, Suite 1213
Jackson, MS 39269
(601) 965-4400
*Fax:* (601) 965-4401

### Little Rock Resident Office
10825 Financial Parkway, Suite 317
Little Rock, AR 72211-3557
(501) 324-5981
*Fax:* (501) 324-6900

### Mobile Resident Office
900 Western American Cir., Ste. 501
Mobile, AL 36609
(334) 441-5831
*Fax:* (334) 441-5289

### Montgomery District Office
2720-A Gunter Park Drive, West
Montgomery, AL 36109
(334) 260-1150
*Fax:* (334) 223-4430

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019209**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384072

# DEA Regional Offices



●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

### Shreveport Resident Office
401 Edwards, Suite 510
Shreveport, LA  71101
(318) 676-4080
*Fax:* (318) 676-4085

### New York Division
99 10th Avenue
New York, NY  10011
(212) 337-3900
*Fax:* (212) 337-2799
*Area Covered:  New York*

### Albany Resident Office
Leo W. O'Brien Federal Building,
   Room 930
Clinton Avenue & N. Pearl Street
Albany, NY  12207
(518) 431-4700
*Fax:* (518) 472-4525

### Buffalo Resident Office
28 Church Street, Suite 300
Buffalo, NY  14202
(716) 551-4421
*Fax:* (716) 551-5160

### Long Island Resident Office
175 Pinelawn Road, Suite 205
Melville, NY  11747
(516) 420-4500
*Fax:* (516) 420-6944

### Rochester Resident Office
P.O. Box 14210
Rochester, NY  14614
(716) 263-3180
*Fax:* (716) 263-5870

### Syracuse Resident Office
4600 W. Genesee Street
Syracuse, NY  13219
(315) 468-2772
*Fax:* (315) 468-2985

### Philadelphia Division
William J. Green, Jr. Federal
   Building
600 Arch Street, Room 10224
Philadelphia, PA  19106
(215) 597-9530
*Fax:* (215) 597-6063
*Area Covered:  Delaware,
   Pennsylvania*

### Allentown Resident Office
504 W. Hamilton Street, Suite 2500
Allentown, PA  18101
(610) 770-0940
*Fax:* (610) 435-6854

### Harrisburg Resident Office
228 Walnut Street, Room 579
Harrisburg, PA  17101
P.O. Box 887
Harrisburg, PA  17108-0887
(717) 782-2270
*Fax:* (717) 782-4851

### Pittsburgh Resident Office
William S. Moorehead Federal Bldg.
1000 Liberty Ave., Room 1328
Pittsburgh, PA  15222
(412) 644-3390
*Fax:* (412) 644-4745

### Scranton Post of Duty
401 N. Adams Plaza, Suite 305
Scranton, PA  18503
(717) 782-2270
*Fax:* (717) 341-9094

### Wilmington Resident Office
One Rodney Square
920 King Street, Suite 404
Wilmington, DE  19801
(302) 573-6184
*Fax:* (302) 573-6296

### Phoenix Division
3010 N. Second Street, Suite 301
Phoenix, AZ  85012-3055
(602) 664-5600
*Fax:* (602) 664-5611
*Area Covered:  Arizona*

### Nogales Resident Office
1370 W. Fairway Drive
Nogales, AZ  85621-3895
(520) 281-1727
*Fax:* (520) 281-1850

### Sierra Vista Resident Office
500 Fry Blvd., Suite L14
Sierra Vista, AZ  85635-1840
PO Box 2169
Sierra Vista, AZ  85636-2169
(520) 458-3691
*Fax:* (520) 670-5025

### Tucson District Office
3285 E. Hemisphere Loop
Tucson, AZ  85706-5014
(520) 573-5500
*Fax:* (520) 573-5632

### Yuma Resident Office
3150 Windsor Avenue, Suite 202
Yuma, AZ  85365-4905
(602) 344-9550
*Fax:* (602) 344-1444

### Rocky Mountain Division
115 Inverness Drive, East
Englewood, CO  80112
(303) 705-7300
*Fax:* (303) 705-7414
*Area Covered:  Colorado, New Mexico,
   Utah, Wyoming*

D-10
*April, 1997*

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019210**

# DEA Regional Offices



●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**Albuquerque District Office**
301 Martin Luther King Blvd., N.E.
Albuquerque, NM 87102
(505) 766-8925
*Fax:* (505) 766-8960

**Cheyenne Resident Office**
J. C. O'Mahoney Federal Building
2120 Capitol Avenue, Room 7010
Cheyenne, WY 82001
(307) 772-2391
*Fax:* (307) 772-2399

**Colorado Springs Resident Office**
111 S. Tejon, Suite 306
Colorado Springs, CO 80903
P.O. Box 350
Colorado Springs, CO 80901
(719) 471-1749
*Fax:* (719) 471-3647

**Glenwood Springs Resident Office**
401 23rd Street, Suite 300
Glenwood Springs, CO 81601
(970) 945-0744
*Fax:* (970) 945-8247

**Las Cruces Resident Office**
Loretto Town Center
505 N. Main Street, Suite 350
Las Cruces, NM 88001
(505) 527-6950
*Fax:* (505) 527-6966

**Salt Lake City Resident Office**
American Plaza III
47 West 200 South, Suite 401
Salt Lake City, UT 84101
(801) 524-4156
*Fax:* (801) 524-5364

**_San Diego Division_**
4560 Viewridge Avenue
San Diego, CA 91950
(619) 585-4200
*Fax:* (619) 585-4224
*Area Covered: California (Border Area)*

**Carlsbad Resident Office**
5973 Avenida Encinas, Suite 220
Carlsbad, CA 92008
(619) 931-2666
*Fax:* (619) 931-5974

**Imperial County Resident Office**
2425 LaBrucherie Road
Imperial, CA 92251
(619) 355-0857
*Fax:* (619) 355-2946

**San Ysidro Resident Office**
406 Virginia Avenue
San Ysidro, CA 92173
(619) 662-7115

**_San Francisco Division_**
450 Golden Gate Avenue
San Francisco, CA 94102
P.O. Box 36035
San Francisco, CA 94102
(415) 436-7860
*Fax:* (415) 436-7810
*Area Covered: California (Northern)*

**Fresno Resident Office**
1260 M Street, Room 200
Fresno, CA 93720
(209) 487-5402
*Fax:* (209) 487-5287

**Monterey Resident Office**
2560 Garden Road, Suite 207
Monterey, CA 93940
P.O. Box 3182
Monterey, CA 93942-3182
(408) 648-3050
*Fax:* (408) 648-3056

**Sacramento Resident Office**
1860 Howe Avenue, Suite 250
Sacramento, CA 95825
(916) 566-7160
*Fax:* (916) 566-7177

**San Jose Resident Office**
One N First Street, Suite 405
San Jose, CA 95113
(408) 291-7235
*Fax:* (408) 291-7720

**_Seattle Division_**
220 W. Mercer, Suite 104
Seattle, WA 98119
(206) 553-5443
*Fax:* (206) 553-1576
*Area Covered: Alaska, Idaho, Montana, Oregon, Washington*

**Anchorage Resident Office**
555 Cordova Street, Suite 600
Anchorage, AK 99501
(907) 271-5033
*Fax:* (907) 271-3097

**Billings Resident Office**
303 N. Broadway, Suite 302
Billings, MT 59101
(406) 657-6020
*Fax:* (406) 657-6047

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019211**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384074

# DEA Regional Offices



**Blaine Resident Office**
165 Second Street
Blaine, WA 98230
P.O. Box 1680
Blaine, WA 98231
(360) 332-8692
*Fax:* (360) 332-5704

**Boise Resident Office**
607 N. Eighth Street, Fourth Floor
Boise, ID 83702
(208) 334-1620
*Fax:* (208) 334-9253

**Eugene Resident Office**
Federal Building
211 E. Seventh Avenue, Room 230
Eugene, OR 97401
(541) 465-6861
*Fax:* (541) 465-6796

**Medford Resident Office**
310 Sixth Street, Room B-3
Medford, OR 97501
(541) 454-4407
*Fax:* (541) 776-4263

**Portland Resident Office**
Green Wyatt Federal Building
1220 S.W. Third Avenue, Room 1525
Portland, OR 97204
(503) 326-3371
*Fax:* (503) 326-2341

**Spokane Resident Office**
1124 W. Riverside, Suite L300
Spokane, WA 99201
(509) 353-2964
*Fax:* (509) 353-2963

**Yakima Resident Office**
402 E. Yakima Avenue
Yakima, WA 97501
PO Box 4025
Yakima, WA 97501
(509) 454-4407
*Fax:* (509) 454-4413

## *Washington, D.C. Division*
400 Sixth Street, S.W., Suite 2558
Washington, DC 20024
(202) 401-7834
*Fax:* (202) 401-7061
*Area Covered: District of Columbia,
   Maryland, Virginia, West Virginia*

**Baltimore District Office**
200 St. Paul Place, Suite 2222
Baltimore, MD 21202
(410) 962-4800
*Fax:* (410) 962-3470

**Charleston Resident Office**
Union Square
2 Monongala, Suite 202
Charleston, WV 25302
(304) 347-5209
*Fax:* (304) 347-5212

**Norfolk Resident Office**
Federal Office Building
200 Granby Street, Room 320
Norfolk, VA 23510
(804) 441-3152
*Fax:* (804) 441-6639

**Richmond Resident Office**
8600 Staples Mill Road, Suite B
Richmond, VA 23228
(804) 771-2871
*Fax:* (804) 771-8167

**Roanoke Resident Office**
210 Franklin Road, SW
Roanoke, VA 24011
(540) 857-2555

D-12
*April, 1997*

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019212**

CAH_MDL_PRIORPROD_DEA07_01384075

*22*



 1991 Wilson Jones Company

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019213**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384076

# DEA
# COMPLIANCE MANUAL

# APPENDIX   D

# Forms and Exhibits

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019214

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384077

# FORMS AND EXHIBITS

| Name | Number |
|---|---|
| Regulatory Agency Contact Form | 1 |
| Power of Attorney for DEA Order Forms | 2 |
| Notice of Revocation | 3 |
| DEA Narcotic Blank Log | 4 |
| DEA 222 Transmission Log | 5 |
| Order Form Rejection Notification | 6 |
| Narcotic Order Review Form | 7 |
| MCA Transaction Report | 8 |
| ARCOS Transaction Reporting | 9 |
| Report of Loss or Theft of Controlled Substances (DEA Form 106) | 10 |
| Registrant's Inventory of Drugs Surrendered (DEA Form 41) | 11 |
| Key Log | 12 |
| Key Receipt | 13 |
| Monthly Alarm Walk Test Report | 14 |
| Incident Report | 15 |
| Access and Surveillance List | 16 |
| Delivery Vehicle Security Rules | 17 |
| Will Call Log | 18 |
| Consent and Release | 19 |
| Employment Security Information | 20 |
| Visitor Log | 21 |
| Miscellaneous Security Log | 22 |
| DEA Inspection Report | 23 |
| DEA On-Site Background Information Package | 24 |
| Limited Power of Attorney | 25 |
| DEA and ARCOS Audit Recap Sheet | 26 |
| Inventory Report | A |
| Unauthorized Entry to Warehouse | B |
| Restricted Area | C |
| Rules and Regulations of DEA | D |
| Subject to Search | E |
| Suspicious Order Analysis Report | F |
| Violence Prevention Procedures | G |
| Table of Offenses and Penalties | H |
| Selected Item Audit Report | I |
| DEA Certificate of Registration | J |
| DEA Registration Speedigram | K |
| DEA Registration Verification Letter | L |
| Ingredient Limit Report | M |
| Quarterly DEA Exception Report | N |
| Schedule II Order Form | O |
| Dosage Limit Chart | P |
| Error Correction | Q |
| MCA Dosage Limit Report | R |

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019215**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384078

| | |
|---|---|
| **FORM NAME:** | **REGULATORY AGENCY CONTACT FORM** |
| **FORM NUMBER:** | **DEA # 1** |
| **FUNCTION:** | **Used to document regulatory agency visits, inspections, and contacts.  Provides Corporate Compliance Department with a means to monitor regulatory agency activity on a national level.** |
| **DISTRIBUTION:** | **This two part form is to be completed as needed for any and all agency contacts.  One copy must be sent to the Corporate Compliance Department in Dublin by the 15th of the following month.  One copy to file.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL



**Cardinal**
Health

## REGULATORY AGENCY CONTACT FORM

1. _____     _____ / _____
   Division Name                              Date              Time

2. **Contact was made with:**
   ☐   D.E.A. Representative            ☐   State Board of Pharmacy
                                             Representative
   ☐   FDA Representative               ☐   Other _____
                                                 (Please indicate agency)

3. **Contact was made by:**
   ☐   Telephone        ☐   Visit at Division        ☐   Visit at Agency

4. **Contact initiated by:**           ☐   Division           ☐   Agency

5. **NAME, ADDRESS, AND TELEPHONE NUMBER OF REPRESENTATIVE**

   _____
   (Name)                                    (Title)

   _____
   (Address)                                 (Office working out of)

   _____
   (City)                        (State)                       (Zip)

6. **PURPOSE OF CONTACT (AUDIT, REQUESTING INFORMATION (include DEA's
   response),REPORTING SUSPICIOUS ORDERS, EXCESSIVE PURCHASES, ETC.)**

   _____
   _____
   _____
   _____
   _____

7. **IF INFORMATION OR RECORDS WERE PROVIDED, COMPLETE THE
   FOLLOWING:**
   Information Sent:      _____
   Delivery Method:      _____
   Sent/Delivered By:    _____

8. **FOLLOW-UP REQUIRED?**          ☐   Yes   ☐   No

9. **NAME OF EMPLOYEE COMPLETING THIS FORM:** _____

_____        _____
(Date)                         (Signed)
WHITE - Division        YELLOW - Corporate Compliance

DUB 1301

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019217**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384080

| | |
|---|---|
| **FORM NAME:** | **POWER OF ATTORNEY FOR DEA ORDER FORMS** |
| **FORM NUMBER:** | **DEA #2** |
| **FUNCTION:** | **Used to authorize specific employees to obtain and execute order forms (DEA Form 222).** |

**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

**CAH SWE 019218**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384081

## POWER OF ATTORNEY FOR DEA ORDER FORMS

_____   *(Division Name)*
_____   *(Address)*
_____
_____
_____   *(DEA Number)*

I, _____ the undersigned, who is authorized to sign the current application for registration of the above-named registrant under the Controlled Substances Act or Controlled Substances Import and Export Act, have made, constituted, and appointed, and by these presents, do make, constitute and appoint _____ (name of attorney-in-fact), my true and lawful attorney for me in my name, place and stead, to execute applications for books of official order forms and to sign such order forms in requisition for Schedule I and II controlled substances, in accordance with section 308 of the Controlled Substances Act (21 U.S.C. 828) and Part 1305 of Title 21 of the  Code of Federal Regulations.  I hereby ratify and confirm all that said attorney shall lawfully do or cause to be done by virtue hereof.


_____

(Signature of person granting power)

I, _____ (name of attorney-in-fact), hereby affirm that I am the person named herein as attorney-in-fact and that the signature affixed hereto is my signature.

_____

(Signature of attorney-in-fact)

Witnesses:

1.   _____

2.   _____

Signed and dated on the _____ day of _____, 19  ,
at _____.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019219**

CAH_MDL_PRIORPROD_DEA07_01384082

**FORM NAME:**          NOTICE OF REVOCATION

**FORM NUMBER:**        DEA # 3

**FUNCTION:**           Used to revoke power of attorney.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019220**

CONFIDENTIAL                 CAH_MDL_PRIORPROD_DEA07_01384083

## NOTICE OF REVOCATION

The foregoing power of attorney is hereby revoked by the undersigned, who is authorized to sign the current application for registration of the above-named registrant under the Controlled Substances Act of the Controlled Substances Import and Export Act.  Written notice of this revocation has been given to the attorney-in-fact _____ this same day.

_____

(Signature of person revoking power)

Witnesses:

1.   _____

2.   _____

Signed and dated on the _____ day of _____, 19  ,
at _____.

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019221

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384084

| | |
|---|---|
| **FORM NAME:** | **DEA NARCOTIC BLANK LOG** |
| **FORM NUMBER:** | **DEA # 4** |
| **FUNCTION:** | **Used to record the order form numbers from the blanks received from DEA. Further information is also logged as a blank is used.** |

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019222**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384085

## DEA NARCOTIC BLANK LOG

| DATE BLANKS REC'D BY DIVISION | BLANK NUMBER | HELD BY DIVISION | SENT TO PURCHASING | PO/MRA NUMBER | DATE BLANK USED | VENDOR / CUSTOMER NAME | DATE PRODUCT RECEIVED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

FORM NAME:          DEA 222 TRANSMISSION LOG

FORM NUMBER:        DEA # 5

FUNCTION:           Used in conjunction with Faxing Narcotic Order Forms
                    to verify faxed order form quantity and information.

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019224

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384087

**CARDINAL HEALTH**
**DEA 222 TRANSMISSION LOG**

Date: _____

| CUSTOMER NAME | NUMBER OF LINES | BLANK NUMBER | RECEIVED YES/NO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL NUMBER OF BLANKS TRANSMITTED:**

**TOTAL NUMBER OF BLANKS RECEIVED:**

*TRANSMITTED BY:*                          *RECEIVED BY:*

_____              _____

**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

**CAH SWE 019225**

CONFIDENTIAL                          CAH_MDL_PRIORPROD_DEA07_01384088

**FORM NAME:**        **ORDER FORM REJECTION NOTIFICATION**

**FORM NUMBER:**      **DEA # 6**

**FUNCTION:**        **Used to comply with DEA regulation which requires written notification to a customer when all or part of their order form (DEA Form 222) has been rejected.**

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019226**

CAH_MDL_PRIORPROD_DEA07_01384089

Date: _____

Name: _____

Telephone Number: _____

The Drug Enforcement Administration has established specific criteria for the acceptance of Federal Order Forms (DEA Form 222). In some cases, we are required to return the form to you and request a new or corrected form before shipping. In other cases, we can make minor changes and process the form for shipment.

Your Federal Order Form _____ was not complete and/or correct in all respects. We have handled this as follows:

[ ] The omission and/or error indicated below is such that we are not permitted to process this form.

_____ Form is altered.
_____ Our name and/or address is not acceptable as shown.
_____ Sixty days have elapsed from date of execution.
_____ Item listed is not a Schedule II product.
_____ Item listed has been discontinued. It is still available in _____. NDC #_____.
_____ Package size is incorrect.
_____ Product description is incomplete.
_____ Number of packages or size is omitted.
_____ Lines completed less than actually ordered.
_____ Signature omitted.
_____ Line number _____ is voided.

[ ] If your form is being returned.

_____ Reference our phone conversation.
_____ Please submit a new form.
_____ Please revise attached form and return.
_____ See example attached.

[ ] Changes indicated below have been made (as permitted by DEA), and order has been shipped. This notice is for informational purposes only. No action on your part is required.

_____ Our name and/or address has been completed as required.
_____ Number of line items stated in box provided was more than actually listed. We lined out the blank line(s).
_____ You sent all three copies to us. We are returning Copy 3 for your files.
_____ We corrected the NDC number on line item number _____.
_____ We modified the dosage form on line item number _____. You requested _____ but the product is only supplied as _____.
_____ Substitution of different size package has been made on line item _____.
_____ Total product supplied is equal to or less than original request.
_____ Line item number _____ was not correctable. We cancelled this line and processed rest of order. Please submit new form for this item.

*THANK YOU FOR YOUR COOPERATION.*

**FOIA Confidential
Treatment Requested By
Cardinal**

FORM NAME:          NARCOTIC ORDER REVIEW FORM

FORM NUMBER:        DEA # 7

FUNCTION:           Used to document order form (DEA Form 222) violations
                    when orders are not filled according to DEA regulations.

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019228

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384091

**CARDINAL HEALTH**
**NARCOTIC ORDER REVIEW FORM**

During a routine review of customer DEA Forms 222, order form number _____ (copy attached) was found to be filled in violation of DEA regulations.

The omission and/or error is indicated below:

| | |
|---|---|
| Order Form Not Written in Ink or Not Signed | NDC #, Strength or Dosage Form Incorrect |
| Customer/Registration Number: Unable to I.D. or Altered | " Lines Completed" Box Not Filled In |
| 60 Day Lapse from Date of Execution | "Lines Completed" Box Altered |
| Item: Unable to I.D. or Altered | Lines Completed Less than Lines Actually Ordered |
| Size, Number of Packages or Strength Altered, Incorrect or Omitted | Our Name and Address or Date Omitted |
| Strength Dittoed | Item Discontinued or Not a Schedule II |
| | Customer Voided a Line |

The resulting action should have been:

Void entire order form _____

Void single line _____

Fill in omission _____

Appropriate personnel have been reminded of the regulatory requirements regarding the filling of order forms that have not been properly prepared.

_____
Signature

_____
Date

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019229

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384092

| | |
|---|---|
| **FORM NAME:** | **MCA TRANSACTION REPORT** |
| **FORM NUMBER:** | **DEA # 8** |
| **FUNCTION:** | **Used to document any excessive purchase or unusual loss or activity of ephedrine, pseudoephedrine, and phenylpropanolamine products.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019230**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384093

 **CARDINAL HEALTH**

## MCA TRANSACTION REPORT

**Excessive Purchase**  ☐   **Loss or Theft**  ☐   **DEA Request**  ☐

**Supplier:**
Name: _____
Business Address: _____
City: _____
State: _____
Zip Code: _____
Business Telephone: _____

**Purchaser:**
Name: _____
Business Address: _____
City: _____
State: _____
Zip Code: _____
Business Telephone: _____
Identification: _____

**Shipping Address (If different than purchaser address):**
Street: _____
City: _____
State: _____
Zip Code: _____
Date of Shipment: _____

Product Description: _____

Quantity and Form of Packaging: _____

**If Loss or Disappearance:**

Date of Loss: _____
Type of Loss: _____

Description of Circumstances: _____
_____
_____
_____
_____
_____

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019231**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384094

**FORM NAME:**          **ARCOS TRANSACTION REPORTING**

**FORM NUMBER:**        **DEA # 9**

**FUNCTION:**          **Used to submit correction or additional transactions to ARCOS**

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019232**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384095



FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019233

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384096

FORM NAME:          REPORT OF LOSS OR THEFT OF CONTROLLED
                    SUBSTANCES (DEA FORM 106)

FORM NUMBER:        DEA #10

FUNCTION:           Used to document and report to DEA any loss or theft of
                    controlled substances.

DISTRIBUTION:       Original and one copy must be submitted to the local DEA
                    office.  One copy to the Corporate Compliance Department
                    in Dublin.  Copy(s) to state licensing agency as required.
                    One copy to file.  Must be submitted within seven (7) days of
                    the incident

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019234**

CAH_MDL_PRIORPROD_DEA07_01384097

U.S. DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION

## REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.
Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

**OMB APPROVAL**
No. 1117-0001

**DEA MANUAL AUTHORITY:**
Diversion Investigators 5124
FFS: 630-02

**1. NAME AND ADDRESS OF REGISTRANT (Include ZIP Code)**

ZIP CODE

**2. PHONE NO. (Include Area Code)**

**3. DEA REGISTRATION NUMBER**

2 ltr. prefix       7 digit suffix

**4. DATE OF THEFT OR LOSS**

**5. PRINCIPAL BUSINESS OF REGISTRANT (Check one)**

1 ☐ Pharmacy          6 ☐ Distributor
2 ☐ Practitioner       6 ☐ Methadone Program
3 ☐ Manufacturer       7 ☐ Other (specify)
4 ☐ Hospital/Clinic

**6. COUNTY IN WHICH REGISTRANT IS LOCATED**

**7. WAS THEFT REPORTED TO POLICE?**
☐ YES   ☐ NO

**8. NAME AND TELEPHONE NUMBER OF POLICE DEPARTMENT (Include Area Code)**

**9. NUMBER OF THEFTS OR LOSSES REGISTRANT HAS EXPERIENCED IN THE PAST 24 MONTHS ?**

**10. TYPE OF THEFT OR LOSS (Check one and complete items below as appropriate)**

1 ☐ Night break-in      3 ☐ Employee pilferage    5 ☐ Other (Explain)
2 ☐ Armed robbery       4 ☐ Customer theft        6 ☐ Lost in transit  (Complete Item 14)

**11. IF ARMED ROBBERY, WAS ANYONE:**

KILLED ?  ☐ No   ☐ Yes (How many) _____
INJURED ?  ☐ No   ☐ Yes (How many) _____

**12. PURCHASE VALUE TO REGISTRANT OF CONTROLLED SUBSTANCES TAKEN ?**
$

**13. WERE ANY PHARMACEUTICALS OR MERCHANDISE TAKEN ?**
☐ No   ☐ Yes (Est. Value)
$

**14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING:**

Name of Common Carrier

B. Name of Consignee

C. Consignee's DEA Registration Number

D. Was the carton received by the customer ?
☐ Yes   ☐ No

E. If received, did it appear to be tampered with ?
☐ Yes   ☐ No

F. Have you experienced losses in transit from this same carrier in the past ?
☐ No   ☐ Yes (How Many) _____

**15. WHAT IDENTIFYING MARKS, SYMBOLS, OR PRICE CODES WERE ON THE LABELS OF THESE CONTAINERS THAT WOULD ASSIST IN IDENTIFYING THE PRODUCTS ?**

**16. IF OFFICIAL CONTROLLED SUBSTANCE ORDER FORMS (DEA-222) WERE STOLEN, GIVE NUMBERS**

**17. WHAT SECURITY MEASURES HAVE BEEN TAKEN TO PREVENT FUTURE THEFTS OR LOSSES ?**

### PRIVACY ACT INFORMATION

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (PL 91-513).

PURPOSE:  Report theft or loss of Controlled Substances.

ROUTINE USES:   The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:

A.  Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.

B.  State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT:   Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act.

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019235**

CONFIDENTIAL                                         CAH_MDL_PRIORPROD_DEA07_01384098

## LIST OF CONTROLLED SUBSTANCES LOST

| Trade Name of Substance or Preparation | Name of Controlled Substance in Preparation | Dosage Strength and Form | Quantity |
|---|---|---|---|
| nples:   Desoxyn | Methamphetamine Hydrochloride | 5 Mg Tablets | 3 x 100 |
| Demerol | Meperidine Hydrochloride | 50 Mg/ml Vial | 5 x 30 ml |
| Robitussin A-C | Codeine Phosphate | 2 Mg/cc Liquid | 12 Pints |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| | | | |
| | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| 31. | | | |
| 32. | | | |
| 33. | | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| 37. | | | |
| 38. | | | |
| 39. | | | |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |
| 46. | | | |
| 47. | | | |
| | | | |
| | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief.

_____     _____     _____
Signature                                    Title                                          Date

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019236**

**FORM NAME:**            **REGISTRANT'S INVENTORY OF DRUGS**
                          **SURRENDERED (DEA Form 41)**

**FORM NUMBER:**          **DEA # 11**

**FUNCTION:**             **Used to document and report to DEA the destruction and
                          disposal of controlled substances.**

**DISTRIBUTION:**         **Two copies must be submitted to the local DEA office.  One
                          copy to the Corporate Compliance Department in Dublin.
                          One copy to file.**

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019237**

CONFIDENTIAL                                          CAH_MDL_PRIORPROD_DEA07_01384100

| OMB Approval No. 1117-0007 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION **REGISTRANTS INVENTORY OF DRUGS SURRENDERED** | PACKAGE No. |
|---|---|---|

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

FROM: (Include Name, Street, City, State and ZIP Code in space provided below).

Signature of applicant or authorized agent

Registrant's DEA Number

Registrant's Telephone Number

NOTE: REGISTERED MAIL IS REQUIRED FOR SHIPMENTS OF DRUGS VIA US POSTAL SERVICE (see instructions on reverse of form)

| | NAME OF DRUG OR PREPARATION  Registrants will fill in Columns 1, 2, 3, and 4 Only. | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container ) | Controlled Substance Content, (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|---|
| | | | | | DISPOSITION | QUANTITY | |
| | | | | | | GMS. | MGS. |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

DEA Form — 41 (Jul. 1984)          Previous edition may be used.                    • See instructions on reverse side.

**FOIA Confidential Treatment Requested By Cardinal**

CAH SWE 019238

CONFIDENTIAL                                                                CAH_MDL_PRIORPROD_DEA07_01384101

| NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|
| | | | | DISPOSITION | QUANTITY | |
| | | | | | GMS. | MGS |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been received

in _____ packages purporting to contain the drugs listed on this inventory and have been: **(1) Forwarded tape-sealed without opening;

(2) Destroyed as indicated and the remainder forwarded tape-sealed after verifying contents; (3) Forwarded tape-sealed after verifying contents.

DATE _____ 19 ___          DESTROYED BY: _____

** Strike out lines not applicable.          WITNESSED BY: _____

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the controlled substance content of each unit described in column 3; e.g., morphine sulfate tabs., 3 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/2 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any further inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or registered mail to Special Agent in Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

## PRIVACY ACT INFORMATION

AUTHORITY: Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).

PURPOSE: To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.

ROUTINE USES: This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users for the purposes stated.

    A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.

    B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT: Failure to document the surrender of unwanted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019239

| | |
|---|---|
| **FORM NAME:** | **KEY LOG** |
| **FORM NUMBER:** | **DEA # 12** |
| **FUNCTION:** | **Used to list personel who have been issued keys.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019240**

CONFIDENTIAL                                                    CAH_MDL_PRIORPROD_DEA07_01384103

**CARDINAL HEALTH**

_____ **Division**

**KEY LOG**

┌─────────────────────────────────────────────────────────────┐
│ **The following personnel have been issued keys to this facility:** │
└─────────────────────────────────────────────────────────────┘

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____
**Signature**

_____
**Title**

_____
**Division**

_____
**Date**

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019241**

CONFIDENTIAL                                        CAH_MDL_PRIORPROD_DEA07_01384104

**FORM NAME:**          KEY RECEIPT

**FORM NUMBER:**        DEA # 13

**FUNCTION:**           Used to document the transfer of a key from the company to an employee.

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019242**

CONFIDENTIAL                                              CAH_MDL_PRIORPROD_DEA07_01384105

# Cardinal Health

## Key Receipt

**Employee Name:**_____          **Date:**_____

**Department:**_____          **Key Number:**_____

I understand that I am responsible for the proper use of the key and will take all reasonable precautions to prevent any misuse.  I will immediately notify the Cardinal Health Corporate Security Department in the event of theft or any other loss of the key.  I will not have any copies of the key made and will turn in the key to the Cardinal Health Corporate Security Department when my employment terminates for whatever reason.

**Employee Signature:**_____

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

| | |
|---|---|
| **FORM NAME:** | **MONTHLY ALARM WALK TEST REPORT** |
| **FORM NUMBER:** | **DEA # 14** |
| **FUNCTION:** | **Used to document proper functioning of alarm system and to maintain records of false alarms.  Provides Corporate Compliance Department with information that can be used to evaluate alarm company service and divisional compliance with Company security policies.** |
| **DISTRIBUTION:** | **This two-part form is to be completed at the end of each month.  One copy must be sent to the Corporate Compliance Department in Dublin by the 15th of the following month. One copy to file.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019244**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384107



**Cardinal**
Health

# MONTHLY ALARM WALK-TEST REPORT

DIVISION _____ FOR THE MONTH OF _____

ALARM COMPANY'S NAME _____

NUMBER OF FALSE ALARMS IN THE PAST MONTH _____

LAST FALSE ALARM _____

CAUSE OF FALSE ALARM _____

CORRECTIVE ACTION TAKEN _____

_____

## INSTRUCTIONS

Please check the following alarm equipment and indicate that it is functioning properly by placing a mark in the space provided.

_____ Alarm call-up list is up-to-date
_____ Ambush/Duress code on control panel is functioning
_____ Sensitivity of all motion detectors is set correctly
_____ Boxes and shelves are <u>NOT</u> blocking motion detectors
_____ Photoelectric beams have a clean line of sight
_____ Door contacts and audible alarms are functioning properly
_____ Vault alarm system is functioning properly (scheduled openings & closings)
_____ All closed circuit television cameras are working properly
_____ All closed circuit television camera monitors are working properly
_____ All electronically controlled doors are functioning properly
_____ All robbery buttons are functioning properly (battery back-ups on hand-held buttons are fresh)
_____ All intercoms are working properly

_____          _____
Signature of employee completing form          Date

This form is to be completed at the end of each month. Copy must be sent to the Corporate Compliance Office **by the 15th** of the following month.

WHITE - Division          YELLOW - Corporate Compliance

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019245**

**FORM NAME:**           **INCIDENT REPORT**

**FORM NUMBER:**         **DEA # 15**

**FUNCTION:**            **Used to document security-related incidents which occur and require a detailed explanation (i.e., theft, burglary, vandalism).**

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019246**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384109