**CARDINAL HEALTH**
**SECURITY DEPARTMENT**
**INCIDENT REPORT FORM**

Incident Number: _____

Date of Incident: _____     Time: _____

Nature of Incident: _____

Reporting Party: _____

Department/Address: _____     Phone/Ext: _____

Authorities Notified: _____

Explain Incident in Detail:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Disposition: _____

_____

_____          _____
Security Officer                            Reporting Party

**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

**CAH SWE 019247**

CONFIDENTIAL                                             CAH_MDL_PRIORPROD_DEA07_01384110

| | |
|---|---|
| **FORM NAME:** | **ACCESS AND SURVEILLANCE LIST** |
| **FORM NUMBER:** | **DEA # 16** |
| **FUNCTION:** | **Used to facilitate compliance with DEA regulation which requires written authorization for cage and vault access.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019248**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384111

**CARDINAL HEALTH**

_____ **Division**

**ACCESS AND SURVEILLANCE LIST**

> **The following personnel are permitted unsupervised access to the cage and vault area:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If any person other than those listed above requires job-related temporary access to this area, they must be escorted by a person with approved cage and vault access.

_____
**Signature**

_____
**Title**

_____
**Division**

_____
**Date**

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019249**

CONFIDENTIAL                    CAH_MDL_PRIORPROD_DEA07_01384112

**FORM NAME:**          **DELIVERY VEHICLE SECURITY RULES**

**FORM NUMBER:**        **DEA # 17**

**FUNCTION:**          **Used to document security measures required by delivery vehicle drivers.**

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019250**

CAH_MDL_PRIORPROD_DEA07_01384113

# DELIVERY VEHICLE SECURITY

The following rules are intended to promote safety and security for drivers and their delivery vehicles.  They are to be complied with at all times.

1.  Keep all merchandise in the rear of the truck.  Leave nothing in the cab.

2.  Secure the truck when making a delivery.  Roll up all windows, lock all doors, and take the keys with you.

3.  Do not stop for stranded motorists.  This could be a setup for a hijack.  If you feel it is necessary to call for assistance, do so at your next stop.

4.  Make it a habit to check your rearview mirror to see if you are being followed.  If you suspect that you are being followed, obtain a description of the vehicle, the license number and the occupants.  Proceed to the local police station; if this is not possible, proceed to your next stop, and call the local police or the office.

5.  If you break down, stay with your truck.  Leave only to call for assistance.

6.  Avoid areas where the threat of theft is high (such as back doors and alleys).  If something appears suspicious, do not stop.

7.  In the event of a robbery:

    A.  Offer no resistance.
    B.  Stay calm.
    C.  Be observant.


**Driver Signature:** _____

**Witness Signature:** _____

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019251**

CAH_MDL_PRIORPROD_DEA07_01384114

FORM NAME:          WILL CALL LOG

FORM NUMBER:        DEA # 18

FUNCTION:           Used to document the pickup of an order by a customer.

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019252

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384115

## WILL CALL LOG

Customer Name _____

Customer Number _____     Invoice Number _____

Date _____          Time _____

Number of Boxes _____     Number of Bags _____

Courier Service Name _____

Drivers Name (Print) _____

Drivers Signature _____

Drivers License Number _____     State _____

Driver ID# (Cab Number, etc.) _____

## WILL CALL LOG

Customer Name _____

Customer Number _____     Invoice Number _____

Date _____          Time _____

Number of Boxes _____     Number of Bags _____

Courier Service Name _____

Drivers Name (Print) _____

Drivers Signature _____

Drivers License Number _____     State _____

Driver ID# (Cab Number, etc.) _____

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019253**

CAH_MDL_PRIORPROD_DEA07_01384116

FORM NAME:          **CONSENT AND RELEASE**

FORM NUMBER:        **DEA #19**

FUNCTION:           **Used during employment application process to obtain applicant's consent for background investigation and drug screening.**

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019254**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384117

 **Cardinal Health**

**CONSENT AND RELEASE:**

*PLEASE READ THIS NOTICE AND CONSENT FORM CAREFULLY BEFORE SIGNING.  YOU WILL BE PROVIDED WITH A COPY OF THIS FORM AT ANY TIME UPON REQUEST.*

**NOTICE AND CONSENT CONCERNING CONSUMER REPORTS FOR EMPLOYMENT APPLICATIONS AND EMPLOYMENT PURPOSES.**

This form, which you should read carefully, has been provided to you because Cardinal Health ("Cardinal Health") will request consumer reports or investigate consumer reports in connection with your application for employment or during the course of your employment with Cardinal Health, if any.  These background checks, and/or investigations, will be performed by Cardinal Health, in whole or in part, at Cardinal Health's discretion.

Cardinal Health's applicant background checks and employee investigations will also include the use of consumer reporting agencies to gather and report information to Cardinal Health in the form of consumer or investigative consumer reports, as regulated by federal law.  Such reports, if obtained, will be prepared by consumer reporting agencies and may contain information concerning your credit standing or worthiness, character, general reputation, personal characteristics, or mode of living.   Cardinal Health is not a consumer-reporting agency.

The type of reports that may be requested from consumer reporting agencies under this policy include, but are not limited to; credit reports, criminal records (for the maximum period permitted by applicable state and federal law), court records, driving records, and/or summaries of educational and employment records and histories.  The information contained in these reports may be obtained by a consumer reporting agency, from public records, or through personal interviews with co-workers, neighbors, friends, associates, current or former employers, or other personal acquaintances.  Any information contained in such reports may be taken into consideration in evaluating your suitability for employment, promotion, reassignment or retention as an employee.

If Cardinal Health requests an investigative consumer report to be performed by a consumer reporting agency, as defined by federal law, you will receive a notice indicating that the report has been requested no later than three days after the request is made to the agency.  This additional notice, if issued, will provide you with further information pertaining to federal law governing investigative consumer reports.  You will not receive a notice if Cardinal Health or a person or entity other than a consumer-reporting agency performs the investigation.

Your consent is required by law before Cardinal Health may obtain a consumer report or investigative consumer report from a consumer reporting agency pertaining to your application for employment and thereafter, during the course of your employment, if any, at Cardinal Health's discretion.  Your signature below indicates that you have read and understand that Cardinal Health may request and review a consumer report or investigative consumer report regarding your background, and that you consent to the release of reports to Cardinal Health for employment purposes. This information may also be considered for any future decisions concerning your employment, promotion, reassignment or retention as an employee of Cardinal Health.  Your signature additionally reflects your understanding that such consent will remain in effect indefinitely until you revoke it in writing, as described below.

8.00

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019255**

CAH_MDL_PRIORPROD_DEA07_01384118

*Refusal to consent to a consumer report or an investigative consumer report as required by this notice, or any other attempt to interfere or failure to cooperate with Cardinal Health's lawful investigation, may result in rejection of your application, withdrawal of an offer of employment, or corrective discipline; up to and including termination of employment.*

## CONSENT STATEMENT:

I have carefully read and understand this notice and consent form and, by my signature below, consent to the release of consumer or investigative consumer reports, as defined above, to Cardinal Health in conjunction with my application for employment. I further understand that this consent will apply during the course of my employment with Cardinal Health, should I obtain such employment, and that such consent will remain in effect until revoked in a written document signed by me.

In the event that I wish to refuse or revoke my consent, I understand that I may do so by: 1. Signing the "Refusal or Revocation of Consent Statement" below, or 2. Sending a signed statement, indicating that I revoke my consent for Cardinal Health to obtain a consumer report or investigative consumer report, and submitting to:

Cardinal Health
Human Resources
7000 Cardinal Place
Dublin, OH 43017

I certify that the information I have provided to Cardinal Health, on this consent and release form, is correct to the best of my knowledge and I understand that any falsifications, misrepresentations, and/or omissions may result in my disqualification for consideration of employment or, is subsequently employed, my dismissal.

_____
Name of Applicant/Employee

_____
Applicant/Employee Signature                                  Today's Date

## REFUSAL OR REVOCATION OF CONSENT STATEMENT:
*(DO NOT SIGN UNLESS YOU HAVE DECIDED THAT YOU WILL NOT CONSENT, OR WILL NO LONGER CONSENT, TO CARDINAL HEALTH OBTAINING A CONSUMER REPORT OR AN INVESTIGATIVE CONSUMER REPORT)*

I do not consent to Cardinal Health obtaining consumer reports or investigative consumer reports about me in connection with my application for employment or for any other employment purposes. If I have previously granted my consent, I hereby revoke that consent and understand that such revocation will take effect immediately after Cardinal Health receives this written revocation and has actual knowledge to communicate the revocation to those employees or agents who request consumer reports for Cardinal Health.

_____
Name of Applicant/Employee

_____
Applicant/Employee Signature                                  Today's Date

8.00

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019256**

CONFIDENTIAL                                        CAH_MDL_PRIORPROD_DEA07_01384119

FORM NAME:          **EMPLOYMENT SECURITY INFORMATION**

FORM NUMBER:        **DEA # 20**

FUNCTION:           **Used to conduct background investigations on new employees.**

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019257**

CAH_MDL_PRIORPROD_DEA07_01384120

**PeopleWise**

**Cardinal Health**

## EMPLOYMENT SECURITY INFORMATION

Submitted ___ / ___ / ___

Division: _____

Department: _____ Supervisor: _____

Name: _____ Date of Hire _____

      (First)     (Middle)     (Last)

Present Address: _____

    (Street)     (City)     (State)     (Zip)

Time at residence: _____ County of Residence: _____ Telephone: ( ___ ) _____

Previous Name _____

    (First)     (Middle)     (Last)

Previous Residence _____

    (Street)     (City)     (State)     (Zip)

Time at previous residence _____ County of previous residence _____

**Social Security Number** _____ **Drivers License Number** _____ **State** _____

Date of Birth _____ Place of Birth _____ Height _____ Weight _____

Eye Color _____ Color of Hair _____ Marital Status _____

8.00

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019258**

CAH_MDL_PRIORPROD_DEA07_01384121

Education Verification

| Institution/School | City | State | Dates Attended | Degree |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Have you ever been convicted of a crime (felony or misdemeanor), or do you have any pending charges? *   Yes ____ No ____

If yes, identify the crime, the date of the conviction, the court where the conviction occurred, and the disposition of the case. Please provide any details you feel are relevant. _____

*Conviction of a crime will not automatically disqualify you from employment, but will be considered as a part of the overall evaluation of your qualifications for the position sought.*

**Waiver:** I hereby authorize Cardinal Health, its subsidiaries or affiliates, and the Drug Enforcement Administration to make a complete investigation of me, my former business relations and employment, and any business organization or any other person to give full information and records about me. I hereby release Cardinal Health its subsidiaries, affiliates, officers, employees, informants and the Drug Enforcement Administration from liability arising from this investigation. Discovery of false information on this sheet may lead to discharge of my employment with Cardinal Health or its subsidiaries or affiliates.

Signature _____   Today's Date _____

8.00

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019259

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384122

**FORM NAME:**        **VISITOR LOG**

**FORM NUMBER:**      **DEA # 21**

**FUNCTION:**          **Used to document any visitor's entering the facility.**

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019260**

CONFIDENTIAL                                           CAH_MDL_PRIORPROD_DEA07_01384123

## VISITOR LOG

| NAME | REPRESENTING | TIME IN | TIME OUT | PURPOSE |
|------|--------------|---------|----------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019261**

CAH_MDL_PRIORPROD_DEA07_01384124

| | |
|---|---|
| **FORM NAME:** | **MISCELLANEOUS SECURITY LOG** |
| **FORM NUMBER:** | **DEA # 22** |
| **FUNCTION:** | **Used to document any minor security-related incidents that occur but do not need to be explained in detail (i.e., false alarms, open doors, alarm not set, etc.).** |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019262**

CAH_MDL_PRIORPROD_DEA07_01384125

**CARDINAL HEALTH**
**MISCELLANEOUS SECURITY LOG**

| DATE | TIME | NARRATIVE |
|------|------|-----------|
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |

**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

CONFIDENTIAL

**CAH SWE 019263**

CAH_MDL_PRIORPROD_DEA07_01384126

| | |
|---|---|
| **FORM NAME:** | **DEA INSPECTION REPORT** |
| **FORM NUMBER:** | **DEA # 23** |
| **FUNCTION:** | **Used to document an inspection made by the DEA.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019264**

CONFIDENTIAL                                                    CAH_MDL_PRIORPROD_DEA07_01384127

# DEA INSPECTION REPORT

**This form is to be completed by the Division Manager or his designee and forwarded to the Corporate Compliance Department upon completion of a DEA inspection.**

DIVISION: _____     DATE: _____

**A.    General Information**

1.  Initiation Date                                    _____
2.  Leader Compliance Investigator          _____
3.  DEA Office                                         _____
4.  Closing Date -- Exit Interview            _____
5.  Total On-Site Days                            _____
6.  Total On-Site Person Hours               _____

**B.    Inventory Accountability Audit**

1.  Number of items audited                    _____

   *a) Description and class of items audited:*

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

2.  Audit timeframe in months                 _____
3.  Number of items in variance               _____

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019265**

CONFIDENTIAL                                                    CAH_MDL_PRIORPROD_DEA07_01384128

C.    **Inspection Focal Points (Check all that apply)**

1.    Background information
2.    Biennial Inventory
3.    Recordkeeping
4.    DEA Form 222
5.    Physical Security
6.    Procedural Security
7.    Shipping/Receiving Procedures
8.    Registration Verification/Customers
9.    ARCOS
10.   Suspicious Order Monitoring
11.   Destructions
12.   Losses/Thefts
13.   Pre-Employment Screening
14.   Will Calls
15.   Powers of Attorney
16.   Other _____

D.    **Comments**

Please document any significant comments, questions, criticisms made by the inspector during the inspection and exit interview and attach to this report.

E.    **Resolution (to be completed by Corporate Compliance Department)**
*Please attach all related documentation.*

1.    DEA Follow-Up — Yes ☐ No ☐
2.    DEA Letter of Admonition — Yes ☐ No ☐
3.    DEA Citation — Yes ☐ No ☐
4.    Memorandum of Understanding — Yes ☐ No ☐
5.    Informal Hearing — Yes ☐ No ☐
6.    Formal Hearing — Yes ☐ No ☐
7.    Court Proceeding — Yes ☐ No ☐
8.    Consent Order — Yes ☐ No ☐
9.    Total Violations Acknowledged in M.O.U.
10.   Fines Sought — $
11.   Fines Paid — $
12.   Resolution Date

_____
Signature and Title of Person Completing Form

_____
Date

_____
Division Manager's Signature

_____
Date

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019266**

CAH_MDL_PRIORPROD_DEA07_01384129

| | |
|---|---|
| **FORM NAME:** | **DEA ON-SITE BACKGROUND INFORMATION PACKAGE** |
| **FORM NUMBER:** | **DEA # 24** |
| **FUNCTION:** | **Used to provide DEA Investigators with company background information during DEA audits.** |

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

# DEA ON-SITE BACKGROUND INFORMATION PACKAGE

**SECTION I**                                    **FIRM'S BACKGROUND**

A.   **Company Name:** _____

     **Address:** _____
                  _____
                  _____
                  _____
                  _____
                  _____

     **Telephone Number:**   ( ___ ) _____

     **Fax Number:**         ( ___ ) _____

B.   **Type of Firm:** _____

C.   **Corporate Headquarters:** _____
                                 _____
                                 _____
                                 _____

D.   **State of Incorporation:** _____

E.   **Subsidiaries:** _____

F.   **Corporate Officers:  (See attached)**

G.   **Principle Management Personnel:**
     **(List all personnel and include the following information)**

     **Name:** _____
     **Title:** _____
     **Length of Service:** _____

H.   **Type of Business:** _____

I.   **Distribution Area:** _____

J.   **Methods of Distribution (Delivery Companies):** _____

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019268**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384131

K.   **Hours of Operation:** _____

L.   **Number of Employees:** _____

M.   **How long at present location:** _____

N.   **Controlled substance sales as percentage of total sales:** _____

**SECTION II**         **LICENSES AND REGISTRATIONS**
(attach copies of DEA registration and State licenses).

A.   **DEA (See attached):**

B.   **State (See attached):**

**SECTION III**
(Breifly describe when inventories are taken and where records are maintained).

A.   **Biennial Inventories:** _____
_____

B.   **Periodic Inventories:** _____
_____

**SECTION IV**         **RECORDS / REPORTS**
(briefly describe the types of records and where maintained)

A.   **Purchase Records:** _____
_____
_____
_____
_____

B.   **Sales Records:** _____
_____
_____
_____
_____

C.   **Return Records:** _____
_____
_____

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019269**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384132

D.   **DEA Form 222 - (blue & brown):**_____
_____

E.   **Power of Attorney:**_____
_____
_____
_____
_____

F.   **DEA Form 106:**_____
_____
_____
_____
_____

G.   **DEA Form 41:**_____
_____
_____
_____
_____

H.   **ARCOS Records:**_____
_____
_____
_____
_____

I.   **Suspicious/Excessive Customer Purchases:**_____
_____
_____
_____

J.   **Customer DEA Registrations and Verifications:**_____
_____
_____

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**SECTION V**          **PROCEDURES**
(Briefly describe how the following is accomplished with respect to controlled substances).

A.    Receiving: _____
      _____
      _____

B.    Order Filling: _____
      _____
      _____

C.    Shipping: _____
      _____
      _____

D.    Returns: _____
      _____
      _____


**SECTION VI**          **SECURITY**

A.    Structure of Building: _____
      _____
      _____

B.    Structure of Vault: _____
      _____
      _____

C.    Structure of Cage: _____
      _____
      _____

D.    Alarm Company: _____
      Address: _____
      _____
      _____

E.    Type of Alarm Hardware: _____

F.    Type of Circuit (McCulloh Loop, etc.): _____

G.    Notification Procedures: _____
      _____

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019271**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384134

_____
_____
_____

**H.**   **Who Responds:**   _____

**─ I.**   **Response Time:**

        **Alarm Company:**   _____
        **Law Enforcement:**   _____
        **Distribution Center Personnel:**_____

**J.**   **Persons with Alarm Keys/Passes:**
    **(List all personnel and include the following information):**

    **Name:** _____   **Title**_____
    **Length of Service:**_____

**K.**   **Persons with Access to Vault:**
    **(List all personnel and include the following information)**

    **Name:** _____   **Title**_____
    **Date of Birth:**_____   **SS#**_____

**L.**   **Persons with Access to Cage:**
    **(List all personnel and include the following information)**

    **Name:** _____   **Title**_____
    **Date of Birth:**_____   **SS#**_____

**M.**   **Employee Screening procedures (Describe hiring practices):**
    _____
    _____
    _____
    _____
    _____

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019272**

CONFIDENTIAL

# *Cardinal Health, Inc.: DEA Registered Locations*

| Distribution Center | Address | | | DEA Number |
|---|---|---|---|---|
| Whitmire Dist. Corp. DBA Cardinal Health | 7301 Los Volcanes Rd. NW<br>Albuquerque | NM | 87121 | RW0234928 |
| Whitmire Distribution Corp. DBA Cardinal | 914 Marcon Blvd.<br>Allentown | PA | 18103 | RW0191938 |
| Whitmire Distribution Corp. DBA Cardinal | 801 C St. N.W., Suite B<br>Auburn | WA | 98001 | RW0191813 |
| Whitmire Distribution Corp. DBA Cardinal | 2353 Prospect Dr.<br>Aurora | IL | 60504 | RW0231908 |
| Whitmire Distribution Corp. DBA Cardinal | 4770 (U) Forest St.<br>Denver | CO | 80216 | RW0192017 |
| Whitmire Distribution Corp. DBA Cardinal | 13188 Lakefront Drive<br>Earth City | MO | 63045 | RW0192106 |
| Marmac Distributors, Inc. DBA Cardinal Health | 4 Craftsman Road<br>East Windsor | CT | 06088 | RM0125484 |
| Whitmire Distribution Corpora DBA Cardinal | 3238 Dwight Road<br>Elk Grove | CA | 95758 | RW0236009 |
| Whitmire Distribution Corp. DBA Cardinal | 4 Girbraud Ct.<br>Greensboro | NC | 27407 | RW0243903 |
| Ohio Valley-Clarksburg, Inc. DBA Cardinal Health | 6540 Port Road<br>Groveport | OH | 43125 | RR0248179 |
| Whitmire Distribution Corp. DBA Cardinal | 7052 Grand Blvd. Ste. 112<br>Houston | TX | 77054 | RW0191407 |
| Whitmire Distribution Corp. DBA Cardinal | 2901 Enloe St.<br>Hudson | WI | 54106 | RW0243725 |
| Whitmire Distribution Corp. DBA Cardinal | 7601 NE Gardner Avenue<br>Kansas City | MO | 64120 | RW0191926 |
| Chapman Southeast, Inc. DBA Cardinal Health | 2512 West Cott Blvd<br>Knoxville | TN | 37931 | RC0238104 |

*Wednesday, January 05, 2000*  *Page 1 of 3*

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019273**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384136

| Distribution Center | Address | | | DEA Number |
|---|---|---|---|---|
| Cardinal Southeast, Inc<br>DBA Cardinal Health | 2045 Interstate Drive<br>Lakeland | FL | 33805 | RC0182080 |
| CORD Logistics | 1135 Hell Quaker Blvd. Ste. 100<br>LaVergne | TN | 37086 | RC0229965 |
| Cardinal Southeast, Inc.<br>DBA Cardinal Health | 1240 Gluckstadt Road<br>Madison | MS | 39110 | RC0221236 |
| National Specialty<br>Services, Inc. | 556 Metroplex Dr.<br>Nashville | TN | 37211 | RN0184363 |
| Whitmire Distribution<br>Corp. DBA Cardinal | 1351 Doubleday<br>Ontario | CA | 91761 | RW0192168 |
| Daly,James W. Inc. DBA<br>Cardinal Health | 11 Centennial Drive<br>Peabody | MA | 01960 | RD0108200 |
| Packaging Coordinators,<br>Inc. | 3001 Red Lion Road<br>Philadelphia | PA | 19114 | RP0225284 |
| Whitmire Distribution<br>Corp  DBA Cardinal | 3821 East Broadway<br>Phoenix | AZ | 85040 | RW0224294 |
| Whitmire Distribution<br>Corp. DBA Cardinal | 4422 South 38th Place<br>Phoenix | AZ | 85040 | RW0191940 |
| Cardinal Southeast, Inc.<br>DBA Cardinal Health | 42 Ross Road<br>Savannah | GA | 31405 | RS0187612 |
| Whitmire Distribution<br>Corp. DBA Cardinal | 955 West 3100 South<br>South Salt La | UT | 84119 | RW0191419 |
| Cardinal Syracuse, Inc.<br>DBA Cardinal Health | 6012 Molloy Rd.<br>Syracuse | NY | 13211 | PC0003044 |
| Whitmire Distribution<br>Corp. DBA Cardinal | 27680 Avenue Mentry<br>Valencia | CA | 91355 | RW0216449 |
| Whitmire Distribution<br>Corp. DBA Cardinal | 7500 Mars Drive<br>Waco | TX | 76712 | RB0196522 |
| Ohio Valley-Clarksburg,<br>Inc. DBA Cardinal Health | 71 Mil-Acres Dr.<br>Wheeling | WV | 26003 | RO0153609 |
| National PharmPak<br>Services, Inc. | 3450 East Pike<br>Zanesville | OH | 43701 | RN0209583 |

**FOIA Confidential<br>Treatment Requested By<br>Cardinal**

CONFIDENTIAL

**CAH SWE 019274**

CAH_MDL_PRIORPROD_DEA07_01384137

| Distribution Center | Address | | | DEA Number |
|---|---|---|---|---|
| Williams Drug Dist., Inc. | 1000 Linden Ave.<br>Zanesville | OH | 43701 | PT0186038 |
| National PharmPak<br>Services, Inc | 850 Airport Distribution Drive<br>Zanesville | OH | 43701 | RN0244967 |
| National PharmPak<br>Services, Inc | 1000 Linden Avenue<br>Zanesville | OH | 43701 | RN0231427 |

**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

**CAH SWE 019275**

CONFIDENTIAL                                                          CAH_MDL_PRIORPROD_DEA07_01384138

| | |
|---|---|
| **FORM NAME:** | **LIMITED POWER OF ATTORNEY** |
| **FORM NUMBER:** | **DEA # 25** |
| **FUNCTION:** | **Used for a change of pharmacy ownership and continuing operation on a previous owner's DEA registration.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019276**

CAH_MDL_PRIORPROD_DEA07_01384139

## LIMITED POWER OF ATTORNEY

_____    (Name of Registrant)
_____    (Address of Registrant)
_____
_____    (DEA Registration Number)

WHEREAS,                    (hereinafter referred to as "Seller") and
(hereinafter referred to as "Buyer"), have executed a Purchase Agreement dated
and related documents, all with the intent of transferring a pharmacy                    currently
known as                    (the "Pharmacy") and

WHEREAS, the transfer referred to in said Purchase Agreement is to take place,
or has taken place, on or about                    and

WHEREAS, the parties to the Purchase Agreement and this Power of Attorney desire that
the business carried on at                    shall continue without interruption
while BUYER obtains a DEA registration and the various licenses necessary in the State of
and until the transfers referred to in said Purchase Agreement take place; and

WHEREAS, such licenses are currently possessed by the Seller.

NOW, THEREFORE, in consideration of the mutual covenants and promises contained in
the Purchase Agreement and related documents, and in an effort to implement the same, I,
                   , who is authorized to sign the current application for registration of the above-
named registrant under the Controlled Substances Act or Controlled Substances Import and
Export Act, have made, constituted, and appointed, and by these presents do make, constitute,
and appoint                    , my true and lawful attorney for me in my name, place, and stead,
to execute applications for books of official order forms and to sign such order forms in
accordance with Section 309 of the Controlled Substances Act (21 U.S.C. 828) and Part 305 or
Title 21 of the Code of Federal Regulations for                    Pharmacy located at
Such appointment shall authorize buyer to take all actions permitted by the undersigned pursuant
to the aforesaid licenses, with respect to the management of the Pharmacy.  I hereby ratify and
confirm all that said Attorney-in-Fact shall lawfully do or cause to be done by virtue hereof;
including the use of the DEA number of Seller until such time as a new DEA number and State
pharmacy licenses are issued from the proper federal and state authorities.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019277**

CONFIDENTIAL                    CAH_MDL_PRIORPROD_DEA07_01384140

IT IS FURTHER UNDERSTOOD that after the Closing Date in the Purchase Agreement, at such time as the undersigned no longer owns the assets of the pharmacy aforementioned, the operation of said pharmacy shall be solely in the control of Buyer and that nothing herein shall be construed so as to cause Buyer to be deemed the employee of the undersigned for any reason whatsoever, and that no action taken by Buyer shall give rise to any liability of the undersigned to any third party.

It is agreed by both parties that this appointment of Attorney-in-Fact shall terminate on the first to occur of Buyer obtaining all necessary licenses to operate the Pharmacy, or , 199 . (Power of Attorney cannot extend beyond 45 days of closing.)

By:_____

I,                         , accept the foregoing appointment, and I represent and warrant that I am a registered pharmacist, licensed to practice pharmacy in the State of                    , and I am the person named herein as Attorney-in-Fact and, that the signature affixed hereto is my signature.

By:_____

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019278**

CONFIDENTIAL                                                   CAH_MDL_PRIORPROD_DEA07_01384141

| | |
|---|---|
| **FORM NAME:** | **DEA AND ARCOS DIVISION AUDIT RECAP** |
| **FORM #:** | **DEA # 26** |
| **FUNCTION:** | **Used to facilitate compliance with DEA record keeping and reporting requirements and assist the Corporate Compliance Department in monitoring divisional compliance and identifying potential problem areas.** |
| **DISTRIBUTION:** | **This form is to be completed at the end of each month.  One copy must be sent to the Corporate Compliance Department. One copy to your group office if applicable. One copy must remain on file at the division.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL


**Cardinal Health**

## DEA & ARCOS DIVISION AUDIT RECAP

.te _____     Division _____

1.

| DP Number | Product | Counts Actual | QOH | Variance |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

Discrepancies to counts and follow-up action taken: _____
_____

2.  Morgue - no controlled substances in morgue or in staging area for customer returns.
    **COMPLIANCE**      Yes _____      No _____

3.  Receiving Area - No controlled substances left out or unattended in receiving.
    **COMPLIANCE**      Yes _____      No _____

4(a).  Review of prior month's brown customer purchase copy of narcotic blanks.*
    **COMPLIANCE**      Yes _____      No _____

4(b).  Review of prior month's DEA green copy of form 222.
    **COMPLIANCE**      Yes _____      No _____

    Review of prior month's blue receiving copy of narcotic blanks for purchases
    **COMPLIANCE**      Yes _____      No _____

    Division Manager or designee has approved and initialed blanks for excessive customer purchases.
    **COMPLIANCE**      Yes _____      No _____

7.  DEA form 106 submitted timely to DEA for variances, losses or thefts.
    Date variance occurred _____.  Date loss/theft ocrured _____
    Date form 106 was submitted _____.  Date form 106 was submitted _____
    (attach copy of Form 106)

8.  DEA Form 41 submitted for destruction and verification of ARCOS submission.
    **COMPLIANCE**      Yes _____      No _____

9.  Excessive purchase report on file with copies of contact sheets sent to state and local DEA offices.
    **COMPLIANCE**      Yes _____      No _____

10.  ARCOS and DEA Submission control form with return receipt copy, from prior month.
    **COMPLIANCE**      Yes _____      No _____

11(a).  Month-end physical cycle counts for vault and cage with no variances.
    **VARIANCES**      Yes _____      No _____      If no, how many new variances this month? _____

11(b).  Compliance to follow-up variance procedures.
                       Yes _____      No _____

12.  ARCOS errors report researched and resubmitted.
                       Yes _____      No _____

**Attach copies of blanks found not to be in compliance.**

_____
Division Manager's Signature

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019280**

EXHIBIT A

Program : QINV240J
Report : QINV246R
Whse No.: 3034

WHITMIRE DIST CORP- MILWAUKEE
CONTROLLED SUBSTANCES INVENTORY

Run Date: 12/30/94
Run Time: 19:49
Page : 1

The following report contains a complete inventory of Controlled Substances stocked at this distribution center warehouse at the close of business 12-30-94, in compliance with the Code of Federal Regulations:

#1304.13 BIENNIAL INVENTORY, and
ARCOS ANNUAL INVENTORY

Dist Center Manager
Date 12/30/94

Witness
Date 12/30/94

| | | | | | | |
|---|---|---|---|---|---|---|
| 60A442- | 0B8-749 | 242 | XANAX 100 | 000009-0029-01 UPJOHN COM | TABS 0.25MG | A |
| 60A*51 | 256-350 | 118 | APAP/COD 1000 | 000093-0150-10 LEMMON CO. | #3 TABS 30/300 | A |
| 60A*52 | 859-001 | 19 | ALPRAZOLAM 500 | 000781-1328-05 GENEVA PHA | TABS 1MG | A |
| 60B*21 | 097-403 | 39 | WYGESIC 100 | 000008-0085-01 WYETH-AYER | TABS 65/650 | A |
| 60B*22 | 0B8-757 | 228 | XANAX 100 | 000009-0055-01.UPJOHN COM | TABS 0.5 MG | A |
| -JB*23 | 076-252 | 12 | F.ORINAL | | TABS | A |

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019281

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384144