EXHIBIT B

- STOP -

ANY UNAUTHORIZED PERSONNEL REQUESTING ENTRY INTO THE WAREHOUSE SHOULD BE INSTRUCTED TO RESPOND TO THE FRONT DOOR OF THE DISTRIBUTION CENTER

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019282

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384145

EXHIBIT C

# RESTRICTED AREA
## AUTHORIZED
## PERSONNEL ONLY

UNAUTHORIZED PERSONNEL ENTERING THIS AREA WILL

BE SUBJECT TO SEVERE DISCIPLINARY ACTION

INCLUDING DISCHARGE

THIS ANNOUNCEMENT MADE NECESSARY BY INCREASED

STATE AND FEDERAL RESTRICTIONS PERTAINING TO

THE HANDLING AND CONTROL OF DANGEROUS DRUGS.

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019283

CAH_MDL_PRIORPROD_DEA07_01384146

RULES AND REGULATIONS AS PUBLISHED BY
THE DRUG ENFORCEMENT ADMINISTRATION
EFFECTIVE APRIL 17, 1975

## 1301.91 Employee Responsibility to Report Drug Diversion

Reports of drug diversion by fellow employees is not only a necessary part of an overall employee security program but also serves the public interest at large. It is, therefore, the position of DEA that an employee who has knowledge of drug diversion from his employer by a fellow employee has an obligation to report such information to a responsible security official of the employer. The employer shall treat such information as confidential and shall take all reasonable steps to protect the confidentiality of the information and the identity of the employee furnishing information. A failure to report information of drug diversion will be considered in determining the feasibility of continuing to allow an employee to work in a drug security area. The employer shall inform all employees concerning this policy.

## 1301.92 Illicit Activities by Employees

It is the position of DEA that employees who possess, sell, use or divert controlled substances will subject themselves not only to State or Federal prosecution for any illicit activity, but shall also immediately become the subject of independent action regarding their continued employment. The employer will assess the seriousness of the employee's violation, the position of responsibility held by the employee, past record of employment, etc., in determining whether to suspend, transfer, terminate or take other action against the employee.

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019284

CAH_MDL_PRIORPROD_DEA07_01384147

**EXHIBIT E**

# ANYONE CARRYING PERSONAL PACKAGES, LUNCHBOXES, LUNCHBAGS, OR PERSONAL CLOTHING INTO THE WAREHOUSE WILL BE SUBJECT TO SEARCH ON LEAVING THE PREMISES

This announcement made necessary by increased State and Federal restrictions pertaining to the handling and control of dangerous drugs

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019285

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384148

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384149

CAH SWE 019286

```
GRR900   12/29/95                    C A R D I N A L   H E A L T H,   I N C.              PAGE   4
                                       S U S P I C I O U S   O R D E R
                                               K I N G S P O R T

       ITEM # DESCRIPTION                    SIZE FM PK    NOV 94   DEC 94   JAN 95   FEB 95   MAR 95   APR 95 PAST MTH INCREASE
```

| | SIZE | FM | PK | NOV 94 | DEC 94 | JAN 95 | FEB 95 | MAR 95 | APR 95 | PAST MTH | INCREASE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CUSTOMER#- 003830  KINSER DRUG STORE** | | | | | | | | | | | |
| **DEA #- AK0408395  142 EAST CUMBERLAND** | | | | | | | | | | | |
| **= BROKERAGE ITEM  KINGSTON  TN 37763** | | | | | | | | | | | |
| 126207 DEMEROL 50MG 30CC D150  WIN C2 | 1OZ | SL | EA | 0 | 0 | 0 | 0 | 0 | 1 | 50 | 900.00% |
| **CUSTOMER#- 003876  KROGER PHARMACY #544** | | | | | | | | | | | |
| **DEA #- BK1248904  1489 MADISON STREET** | | | | | | | | | | | |
| **= BROKERAGE ITEM  CLARKSVILLE  TN 37042** | | | | | | | | | | | |
| 126196 DEMEROL 50MG 100S  D131 WIN C2 | 100 | TB | EA | 0 | 0 | 0 | 0 | 0 | 2 | 6 | 200.00% |
| 220300 APAP W/OXYCOD 5MG RG  C2 | 100 | TB | EA | 0 | 0 | 0 | 0 | 0 | 2 | 7 | 250.00% |
| **CUSTOMER#- 003877  KROGER PHARMACY #886** | | | | | | | | | | | |
| **DEA #- BK1124560  11238 KINGSTON PIKE** | | | | | | | | | | | |
| **= BROKERAGE ITEM  KNOXVILLE  TN 37922** | | | | | | | | | | | |
| 139354 METHYLPHENIDATE 5MG RG | 100 | TB | EA | 0 | 0 | 0 | 0 | 0 | 4 | 10 | 150.00% |
| **CUSTOMER#- 003888  KROGER PHARMACY #519** | | | | | | | | | | | |
| **DEA #- AK2238295  170 E MAIN STREET** | | | | | | | | | | | |
| **= BROKERAGE ITEM  HENDERSONVILLE  TN 37075** | | | | | | | | | | | |
| 101458 RITALIN 10MG 100S 7416 CIBA C2 | 100 | TB | EA | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 400.00% |
| **CUSTOMER#- 003890  KROGER PHARMACY #513** | | | | | | | | | | | |
| **DEA #- AK2618063  5425 CLINTON HIGHWAY** | | | | | | | | | | | |
| **= BROKERAGE ITEM  KNOXVILLE  TN 37912** | | | | | | | | | | | |
| 101457 RITALIN 5MG 100S 7410 CIBA  C2 | 100 | TB | EA | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 300.00% |
| 133813 ROXICET 5MG ROX  C2 | 100 | TB | EA | 0 | 0 | 0 | 0 | 0 | 1 | 6 | 500.00% |
| 139356 METHYLPHENIDATE 10MG RG  C2 | 100 | TB | EA | 0 | 0 | 0 | 0 | 0 | 4 | 9 | 125.00% |
| **CUSTOMER#- 003895  KROGER PHARMACY #598** | | | | | | | | | | | |
| **DEA #- AT9477301  380 S ILLINOIS AVENUE** | | | | | | | | | | | |
| **= BROKERAGE ITEM  OAK RIDGE  TN 37830** | | | | | | | | | | | |
| 125921 DEXEDRINE TAB 5MG 100S SKF  C2 | 100 | TB | EA | 0 | 0 | 0 | 0 | 0 | 3 | 21 | 600.00% |
| 139356 METHYLPHENIDATE 10MG RG  C2 | 100 | TB | EA | 0 | 0 | 0 | 0 | 0 | 5 | 22 | 340.00% |
| **CUSTOMER#- 003902  KROGER PHARMACY #875** | | | | | | | | | | | |
| **DEA #- BK0812734  801 MEMORIAL BLVD** | | | | | | | | | | | |
| **= BROKERAGE ITEM  SPRINGFIELD  TN 37172** | | | | | | | | | | | |
| 220300 APAP W/OXYCOD 5MG RG  C2 | 100 | TB | EA | 0 | 0 | 0 | 0 | 0 | 3 | 7 | 133.33% |

EXHIBIT F



**EXHIBIT G**

**Cardinal Health, Inc.**

## VIOLENCE PREVENTION PROCEDURES
## IN CASE OF ROBBERY

# DO

*REMEMBER, THE SAFETY OF YOU AND YOUR EMPLOYEES IS THE NUMBER ONE CONCERN.*

*KEEP IT SHORT AND SMOOTH.* The longer the robbery takes, the more nervous the robber becomes.

- ❑   Handle the entire procedure as if you were making a sale to a customer.
- ❑   The average robbery takes less than two minutes.

*OBEY THE ROBBER'S ORDERS.* Robbers seldom hurt people who cooperate with them.

- ❑   Let the robber know that you intend to obey.
- ❑   If you are not sure of what the robber is telling you to do, ask.
- ❑   Keep calm and observe what the robber looks like and what he is wearing. Remember exactly what he says.
- ❑   Try to get the robber out of the building as soon as possible.

*TELL THE ROBBER ABOUT ANY POSSIBLE SURPRISES.*

- ❑   If you must reach for something or move in any way, tell the robber what to expect.
- ❑   If someone is in the cage or vault.
- ❑   If the alarm system must be turned off, tell the robber.

*CALL THE POLICE.* Do not hang up until they tell you to do so. Notify the Cardinal Health, Inc. Compliance Department as soon as possible.

- ❑   Keep their numbers near the phone.
- ❑   Stay on the phone until they tell you they understand and have all the information they need.
- ❑   Keep at least one line into the division open for incoming calls.
- ❑   Write down a description of the robber and what they said.
- ❑   Protect the crime scene. Discontinue business until the police are finished. Do not touch any evidence.

# DON'T

*DON'T ARGUE WITH THE ROBBER.*

- ❑   Give him all the cash and merchandise he wants.
- ❑   Remember, the robber has the upper hand – follow instructions.

*DON'T FIGHT WITH THE ROBBER.*

- ❑   The merchandise is not worth risking physical harm.
- ❑   Trying to overtake a robber is foolish, not heroic.

*DON'T USE WEAPONS.*

- ❑   Weapons breed violence.

*DON'T CHASE THE ROBBER.*

- ❑   You could be mistaken as the robber by the police.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019287**

## CHART II
### TABLE OF OFFENSES AND PENALTIES
### UNDER THE CONTROLLED SUBSTANCES ACT

EXHIBIT H

| | First Offense | Second Offense |
|---|---|---|
| REGISTRANT OFFENSES (COMMERCIAL) COMMITTED KNOWINGLY | Max: 1 yr., $25,000 | Max: 2 yrs., $50,000 |
| OTHER COMMERCIAL VIOLATIONS | Max: $25,000 (civil fine) | Max: $50,000 (civil fine) |
| DISTRIBUTION OF I & II SUBSTANCES NOT PURSUANT TO ORDER FORM, FALSE RECORDS, COMMUNICATIONS VIOLATION, ETC. | Max: 4 yrs., $30,000 | Max: 8 yrs., $60,000 |
| FELONY VIOLATOR AND ORGANIZER OR LEADER IN CONTINUING CRIMINAL ENTERPRISE (SUBSTANTIVE OFFENSE) | Max: Life, $100,000 Profits, Assets Min: 10 yrs. | Max: Life, $200,000 Profits, Assets Min: 20 yrs. |
| UNLAWFUL DISTRIBUTION, POSSESSION WITH INTENT TO DISTRIBUTE, MANUFACTURE, ETC. (INCLUDES REGISTRANTS) NARCOTICS IN SCHEDULES I & II | Max: 15 yrs., $25,000 | Max: 30 yrs., $50,000 Special Parole: 6 yrs. |
| NONNARCOTIC SCHEDULE I, II AND ALL III SUBSTANCES | Max: 5 yrs., $15,000 | Max: 10 yrs., $30,000 |
| SCHEDULE IV SUBSTANCES | Max: 3 yrs., $10,000 | Max: 6 yrs., $20,000 |
| SCHEDULE V SUBSTANCES | Max: 1 yr., $5,000 | Max: 2 yrs., $10,000 |
| UNLAWFUL IMPORTATION OR EXPORTATION NARCOTICS IN SCHEDULES I & II | Max: 15 yrs., $25,000 | Max: 30 yrs., $50,000 |
| NONNARCOTIC SCHEDULE I & II AND ALL III SUBSTANCES | Max: 5 yrs., $15,000 | Max: 10 yrs., $30,000 |
| SCHEDULE IV SUBSTANCES | Max: 5 yrs., $15,000 | Max: 10 yrs., $30,000 |
| DANGEROUS SPECIAL DRUG OFFENDER WHO (A) IS AN ADULT AND (B) IS CHARGED WITH FELONY, AND 1) HAS TWO CONVICTIONS AND HAS SERVED TIME IN PRISON, OR 2) DEALS REGULARLY FOR PROFIT OR 3) IS AN ORGANIZER OF CONSPIRACY. (SENTENCING PROVISION) | Max: 25 yrs. Same fine otherwise prescribed | None |
| SIMPLE POSSESSION OR DISTRIBUTION OF ANY CONTROLLED SUBSTANCE FOR NO | Max: | Max: |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019288

CAH_MDL_PRIORPROD_DEA07_01384151

EXHIBIT I

PAGE 1

05  11/02/95

# N S S   I N C.

## S E L E C T E D   I T E M   A U D I T   R E P O R T

ITEM-035530 CHLORAL HYD 500MG SYR 100UD C4 100 EA EA VENDOR-11860  UDL LABORATORIES

DEA#-

PO BOX 10319
ROCKFORD , IL 611313019

RECEIVED FROM- 1/01/95 TO-11/02/95

| P.O. # | QTY ORD | QTY REC | DATE REC | DEA # | VENDOR (IF DIFFERENT FROM ABOVE) |
|--------|---------|---------|----------|-------|----------------------------------|
| 1479100 | 1 | 1 | 7/12/95 | | JAMES W. DALY, INC., PO BOX 6041, PEABODY, MA 019616 |
| 1491400 | 1 | 1 | 7/20/95 | | JAMES W. DALY, INC., PO BOX 6041, PEABODY, MA 019616 |
| 1546800 | 1 | 2 | 8/07/95 | | JAMES W. DALY, INC., PO BOX 6041, PEABODY, MA 019616 |
| 1554600 | 2 | 2 | 8/09/95 | | CARDINAL SYRACUSE, 6012 MOLLOY ROAD, SYRACUSE, NY 13211 |

CREDIT RETURNS

| CRHO # | RETRN STOCK | VEND | CUST | CRD DATE | CUSTOMER | DEA # |
|--------|-------------|------|------|----------|----------|-------|
| 20549 | 1 | 1 | | 8/03/95 | ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376 | AH896840 |
| 21019 | 1 | 1 | | 8/10/95 | ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376 | AH896840 |

CUSTOMER SALES

| INVOICE # | SHIP DATE | QTY | CUSTOMER | DEA # |
|-----------|-----------|-----|----------|-------|
| 46168 | 95/01/04 | 1 | HIGH DESERT MEDICAL GROUP, 43845 N 10TH ST WEST, STE 2B, LANCASTER, CA 93534 | BK2565022 |
| 67384 | 95/07/13 | 1 | ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376 | AH896840 |
| 60031 | 95/06/30 | 1 | ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376 | AH896840 |
| 74154 | 95/07/24 | 1 | ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376 | AH896840 |
| 83328 | 95/08/08 | 1 | JAMES WILLMOT CLINIC, 100 MEDICAL CENTER DRIVE, WOODRUFF, SC 293881 | AJ7152197 |
| 81569 | 95/08/03 | | JAMES WILLMOT CLINIC, 100 MEDICAL CENTER DRIVE, WOODRUFF, SC 293881 | AJ7152197 |
| 85553 | 95/08/10 | 1 | ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376 | AH896840 |

ADJUSTMENTS

| QUANTITY- | DATE- | ADJUSTMENT CODE- | TEXT- |
|-----------|-------|------------------|-------|
| 19 | 2/24/95 | MINUS VERIFICATION | EXPIRED MERCHANDISE |
| 1 | 8/03/95 | CREDIT RETURNS AUTHORIZED SCRP | CUSTOMER RETURN |

FOIA Confidential Treatment Requested By Cardinal

CONFIDENTIAL

CAH SWE 019289

CAH_MDL_PRIORPROD_DEA07_01384152

EXHIBIT J

**CONTROLLED SUBSTANCES REGISTRATION CERTIFICATE**
**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**
WASHINGTON, D.C. 20537

ntrolled Substances Act as it/re reads in part as follows:
304. (a) A registration pursuant to section aa3 to manufacture, distribute, or
dispense a controlled substance may be suspended or revoked by the Attorney General
upon a finding that the registrant—
(1) has materially falsified any application filed pursuant to or required by
this title or title III;
(2) has been convicted of a felony under this title or title III or any other
law of the United States, or of any State, relating to any substance
defined in this title as a controlled substance; or
(3) has had his State license or registration suspended, revoked, or
denied by competent State authority and is no longer authorized by State
law to engage in the manufacturing, distribution, or dispensing of
controlled substances.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0191685 | 05-31-96 | $439.00 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,3,3N,4,5 | DISTRIBUTOR | 04-20-95 |

WHITMIRE DISTRIBUTION CORP
DBA CARDINAL HEALTH
3530 PAN AMERICAN FWY NE
ALBUQUERQUE, NM          87107

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID
AFTER THE EXPIRATION DATE.

√

**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

CONFIDENTIAL

**CAH SWE 019290**

CAH_MDL_PRIORPROD_DEA07_01384153

EXHIBIT K



**speedigram®**

FROM    BAILEY DRUG COMPANY, INC.
        1000 LINDEN AVE.
        ZANESVILLE, OH 43701

DEAR VALUED CUSTOMER,

ACCORDING TO OUR RECORDS, YOUR DEA REGISTRATION EXPIRES ON   8/31/95.
IN ORDER TO CONTINUE TO PROCESS YOUR CONTROLLED SUBSTANCE
ORDERS, PLEASE PROVIDE US WITH A COPY OF YOUR RENEWED DEA
REGISTRATION.
AT THIS TIME, WE ARE ALSO REQUESTING A COPY OF YOUR CURRENT STATE
LICENSE.

PLEASE SEND YOUR COPY TO THE ATTENTION OF LOREN TODD.

THANK YOU.

TO    20211
      THE CLEVELAND CLINIC PHCY #2
      CRILE BLDG-2ND FLOOR
      2049 E. 100TH ST.
      CLEVELAND, OH 44106

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019291**

CAH_MDL_PRIORPROD_DEA07_01384154

EXHIBIT L

December 1, 1995

DEAR VALUED CUSTOMER:

Our records indicate that your D.E.A. Registration Certificate expires as of
_____ .

Please provide us with a copy of your current Registration Certificate as soon as possible
to avoid service interruption of Controlled Substance Items.

A self-addressed envelope is enclosed for your convenience.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Division Manager

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019292

CAH_MDL_PRIORPROD_DEA07_01384155

## CARDINAL HEALTH
## DEA REGISTRATION VERIFICATION FORM

Dear Customer:

The Code of Federal Regulations (21 CFR 1301.74(a)) requires that we maintain your current DEA and State registration numbers in our files.  Please allow our sales representative to transcribe the pertinent information.

### DEA CONTROLLED SUBSTANCES REGISTRATION CERTIFICATE

Customer Name: _____

Address: _____

_____

_____

Registration Number: ____/____   ___/___/___/___/___/___/___

Two letter prefix        Seven letter suffix

Expiration Date: _____

(Circle permitted schedules     2     2N     3     3N     4     5)

### STATE REGISTRATION CERTIFICATE

Registration (License) Number: _____

Expiration Date: _____

SIGNATURE _____

*(Cardinal Health Sales Representative)*

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019293**

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384157

CAH SWE 019294

EXHIBIT M

Run Date  11/08/95  16:46:05

Solomons Company
Suspicious Order Monitoring
Arcos Report
For Hospitals/Managed Care

Page:  1

SOR130PF

Month     : Oct 95
Factor Used: 2.0

| Order Date | Order Number | Item Number | NDC Number | Item Description | Narc Code | Qty Sold | Item Grams | Total Grams |
|---|---|---|---|---|---|---|---|---|
| Customer:  1073  AMERICAN MEDICAL BILLING SERV  409A PLEASANT HOME RD | | | | AUGUSTA | | | GA 30907 | DEA  BA4479019 |
| Ingredient: 9193 HYDROCODONE BITARTRATE | | | | | | | | |
| 10/30/95 | 2236093 | 103783 | 182-174505 | HYDROCODN W/APA | 3R | 1 | 1.51125 | 1.51125 |
| 10/02/95 | 2216837 | 103783 | 182-174505 | HYDROCODN W/APA | 3R | 1 | 1.51125 | 1.51125 |
| 10/11/95 | 2223938 | 116870 | 456-060101 | BANCAP-HC 100S | 3R | 1 | .30270 | .30270 |
| 10/02/95 | 2216837 | 148976 | 59630-010004 | PROTUSS LIQ 4OZ | 3R | 1 | .07161 | .07161 |
| 10/13/95 | 2225790 | 135501 | 50474-092501 | LORTAB 2.5MG 10 | 3R | 1 | .15135 | .15135 |
| 10/11/95 | 2223938 | 149533 | 50474-090916 | LORTAB ELIXIR P | 3R | 1 | .14325 | .14325 |
| 10/31/95 | 2237143 | 231178 | 60951-064070 | HYDROCODONE/APA | 3R | 1 | .45405 | .45405 |
| 10/17/95 | 2227771 | 231178 | 60951-064070 | HYDROCODONE/APA | 3R | 1 | .45405 | .45405 |
| 10/05/95 | 2219561 | 231178 | 60951-064070 | HYDROCODONE/APA | 3R | 1 | .45405 | .45405 |
| | | | | | | | Customer Total: | 5.05354 |
| | | | | | | | Ingredient Limit: | 4.86380 |
| Ingredient: 9300 MORPHINE SULFATE.5H2O | | | | | | | | |
| 10/23/95 | 2231056 | 116584 | 8-064901 | MORPH SUL 2MG 1 | 2 | 2 | .01504 | .03008 |
| 10/19/95 | 2229180 | 127721 | 641-016825 | MORPH SUL INJ 5 | 2 | 1 | .11750 | .11750 |
| 10/30/95 | 2235780 | 133809 | 54-378563 | MORPHINE SUL 10 | 2 | 2 | .75200 | 1.50400 |
| 10/09/95 | 2221139 | 133809 | 54-378563 | MORPHINE SUL 10 | 2 | 2 | .75200 | 1.50400 |
| 10/19/95 | 2229185 | 144667 | 641-234541 | MORPH SUL INJ 1 | 2 | 5 | .22560 | 1.12800 |
| 10/31/95 | 2236852 | 145056 | 34-052302 | MSIR O/S CONC 2 | 2 | 2 | 1.80480 | 3.60960 |
| 10/16/95 | 2226768 | 181087 | 34-051410 | MS CONTIN 15MG | 2 | 1 | 1.12800 | 1.12800 |
| 10/02/95 | 2216465 | 181087 | 34-051410 | MS CONTIN 15MG | 2 | 1 | 1.12800 | 1.12800 |
| 10/31/95 | 2236852 | 234445 | 34-051810 | MSIR 15MG 100S | 2 | 1 | 1.12800 | 1.12800 |
| 10/31/95 | 2236852 | 234446 | 34-051910 | MSIR 30MG 100S | 2 | 1 | 2.25600 | 2.25600 |
| | | | | | | | Customer Total: | 13.53318 |
| | | | | | | | Ingredient Limit: | 12.24846 |
| Ingredient: 9801 FENTANYL CITRATE | | | | | | | | |
| 10/16/95 | 2226768 | 104563 | 50458-003505 | DURAGESIC 75MCG | 2 | 1 | .03750 | .03750 |
| 10/05/95 | 2219349 | 104563 | 50458-003505 | DURAGESIC 75MCG | 2 | 2 | .03750 | .07500 |
| 10/16/95 | 2226768 | 104565 | 50458-003405 | DURAGESIC 50MCG | 2 | 3 | .02500 | .07500 |
| 10/05/95 | 2219349 | 104565 | 50458-003405 | DURAGESIC 50MCG | 2 | 2 | .02500 | .05000 |
| 10/16/95 | 2216465 | 104565 | 50458-003405 | DURAGESIC 50MCG | 2 | 3 | .02500 | .07500 |
| 10/30/95 | 2235780 | 204368 | 50458-003305 | DURAGESIC 25MCG | 2 | 3 | .01250 | .03750 |
| 10/16/95 | 2226768 | 204368 | 50458-003305 | DURAGESIC 25MCG | 2 | 3 | .01250 | .03750 |
| 10/02/95 | 2216465 | 204368 | 50458-003305 | DURAGESIC 25MCG | 2 | 3 | .01250 | .03750 |
| | | | | | | | Customer Total: | .42500 |
| | | | | | | | Ingredient Limit: | .27236 |

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384158

CAH SWE 019295

CUSTOMER DEA EXCEPTION REPORT

PAGE NU...

DATE 12...

CODD820
CARDINAL H...      AVANNAH

| CUST # | CUSTOMER | ADDRESS | CITY / STATE | | ZIP | DEA NUMBER | DEA EXP. DATE |
|--------|----------|---------|--------------|---|-----|------------|---------------|
| 02955-0 | SOUTHSIDE PHARMACY | 2711 OLD SAVANNAH ROA | AUGUSTA | GA | 30906 | AS1926952 | 02/28/97 |
| 18062-0 | SCOTT'S PHARMACY | WAYNE & 15TH STREET | ALMA | GA | 31510 | AS2009579 | 02/28/97 |
| 18074-0 | SMITH'S DRUG STORE | P. O. BOX 388 | WILLISTON | SC | 29853 | AS2146303 | 02/28/94 |
| 02800-0 | SAUERS DRUG STORE | 2303 SKIDAWAY ROAD | SAVANNAH | GA | 31404 | AS4879512 | 02/28/99 |
| 02710-0 | ROGERS DRUG STORE | 1429 NEWCASTLE ST. | BRUNSWICK | GA | 31520 | AS5386087 | 02/28/97 |
| 11360-0 | STRANGE DRUG CO | 122 S JEFFERSON ST | DUBLIN | GA | 31021 | AS8995295 | 02/28/97 |
| 18065-0 | SCOTTIE DISCOUNT DRUG | 9 S. FOREST AVE. | HARTWELL | GA | 30643 | AS9319725 | 02/28/97 |
| 03795-0 | ST. NICHOLAS PHARMACY | 3105 BEACH BLVD. | JACKSONVILLE | FL | 32207 | AS9486742 | 02/28/97 |
| 02595-0 | PROFESSIONAL PHARMACY | 103 PROFESSIONAL CTR | EASTMAN | GA | 31023 | AT9068520 | 11/30/96 |
| 03028-0 | THE PRESCRIPTION SHOP | 413 MEMORIAL AVE. | ALLENDALE | SC | 29810 | AT9435113 | 11/30/93 |
| 18297-0 | WIL-BUN PHARMACY | 3365 TAMERA LANE | ORANGEBURG | SC | 29115 | AW0345252 | 05/31/94 |
| 03270-0 | WRIGHT'S DRUG STORE | 217 MAIN STREET | TIFTON | GA | 31794 | AW1171343 | 05/31/97 |
| 18289-0 | WILLIAMSBURG PRESC. C | 101 SOUTH MAIN STREET | HEMINGWAY | SC | 29554 | AW3096737 | 05/31/94 |
| 17020-0 | AKINS PHARMACY | 104-A SOUTHEAST BROAD | LYONS | GA | 30436 | BA1599440 | 06/30/94 |
| 17094-0 | BERKELEY PORT CITY | DRUG CO. | N. CHARLESTON | SC | 29406 | BB1150907 | 07/31/93 |
| 17063-0 | BAKER PARK PHARMACY | 2750 SPEISSEGGER | N. CHARLESTON | SC | 29405 | BB1649954 | 07/31/96 |
| 05360-0 | T-2 MEDICAL, INC. | (BILL TO ONLY) | ALPHARETTA | GA | 30202 | BC1795080 | 08/31/95 |
| 17255-0 | CLARENDON DRUGS, INC. | 1 N. BROOKS ST | MANNING | SC | 29102 | BC1929415 | 08/31/94 |
| 01481-1 | CAREMARK PHARMACY SER | 1941 SAVAGE ROAD  SUI | CHARLESTON | SC | 29407 | BC2498435 | 08/31/96 |
| 01482-2 | CAREMARK INC. | 1200 WOODRUFF RD. UNI | GREENVILLE | SC | 29607 | BC3517705 | 08/31/95 |
| 17666-0 | COMP-RX-CARE INC. | 116 WEST RICHARDSON A | SUMMERVILLE | SC | 29483 | BC3980704 | 08/31/96 |
| 01480-0 | CAREMARK PHARMACY SER | 9143 PHILLIPS HIGHWAY | JACKSONVILLE | FL | 32256 | BC4058473 | 06/30/97 |
| 01725-0 | DANIEL'S PALMETTO PHA | S. PALMETTO AVE. | DENMARK | SC | 29042 | BD3555387 | 06/30/97 |
| 01750-0 | DOCTOR'S MED SUPPLY & | 7634 A-2 SOUTH RAIL R | N. CHARLESTON | SC | 29406 | BD3974121 | 06/30/97 |
| 01720-0 | DARYL'S DISCOUNT DRUG | 1205 GREENVILLE HIGHW | LYMAN | SC | 29365 | BD3995959 | 06/30/97 |
| 10439-0 | ECKERD'S #2710 | 1100 EISENHOWER DRIVE | SAVANNAH | GA | 31406 | BE0201462 | 08/31/96 |
| 10422-0 | ECKERD DRUG #2702 | 229 GENERAL SCREVEN D | HINESVILLE | GA | 31313 | BE0277954 | 10/14/94 |
| 02090-0 | HIOTT'S PHARMACY | 373 WASHINGTON STREET | WALTERBORO | SC | 29488 | BF3238436 | 09/30/95 |
| 17513-0 | GATEWAY PHARMACY | 401 NORTH AVE. | ATHENS | GA | 30601 | BG3396947 | 09/30/95 |
| 17491-0 | HAILEY'S DRUG STORE | P. O. BOX 219 | HARTWELL | GA | 30643 | BH0365266 | 10/31/94 |
| 10626-0 | HARDEN'S PHARMACY | ASST IS CLOSED | DO NOT USE | | | BH2234742 | 10/31/92 |
| 02048-8 | HEALTH INFUSION INC. | 9440-3 PHILLIPS HWY | JACKSONVILLE | FL | 32256 | BH2733459 | 10/31/94 |
| 17563-0 | ISLAND PHCY SERVICES | 9-F HUNTER RD. | HILTON HEAD | SC | 29925 | BI2513706 | 11/30/96 |
| 02130-0 | INMAN DRUGS INC. | 3 BLACKSTOCK ROAD | INMAN | SC | 29349 | BI2900721 | 11/30/94 |
| 10402-0 | INFUSION THERAPIES | 1210 E DERENNE  AVE | SAVANNAH | GA | 31406 | BI3012781 | 11/30/94 |
| 17635-0 | JOHNSONVILLE PHARMACY | P.O. BOX 989 | JOHNSONVILLE | SC | 29555 | BJ1231517 | 12/31/93 |
| 17633-0 | JOHN BECK PHCY SERVIC | D/B/A HESS FAMILY DRU | OAKWOOD | GA | 30566 | BJ2760076 | 12/31/93 |
| 03589-0 | JACKSONVILLE FACULTY | CLINIC | JACKSONVILLE | FL | 32209 | BJ2770065 | 12/31/94 |
| 17634-0 | JOHN BECK PHARM. SERV | D/B/A FAMILY DRUGS | OAKWOOD | GA | 30566 | BJ2867577 | 12/31/94 |
| 02226-0 | WESTSIDE PHARMACY | 3624 J. DEWEY GRAY CI | AUGUSTA | GA | 30909 | BL0157758 | 03/31/94 |
| 10803-0 | LIFELINE PHARMACY | 4704 AUGUSTA ROAD | GARDEN CITY | GA | 31418 | BL3872808 | 03/31/97 |
| 17791-0 | MCLESKY TODD DRUG | 554-D MEMORIAL DR EXT | GREER | SC | 29651 | BM0497241 | 01/31/97 |
| 17743-0 | MADDEN'S PRESC. SHOP | 62 CHESTNUT STREET | ELBERTON | GA | 30635 | BM2062646 | / |
| 11277-0 | SCOTTIE DISCOUNT DRUG | 265 KING ST | CHARLESTON | SC | 29401 | BM2303282 | 01/31/96 |
| 02292-0 | KIMBERLY DISCOUNT CARE | D/B/A COMPREHENSIVE | SAVANNAH | GA | 31406 | BM2434330 | 01/31/93 |
| 02294-0 | MAIN STREET PHARMACY | 306 MAIN STREET | BLACKVILLE | SC | 29817 | BM2441094 | 01/31/97 |
| 02416-0 | MEDICAL PAVILION PHCY | 25 HOSPITAL CTR. BLVD | HILTON HEAD | SC | 29926 | BM3942249 | 01/31/97 |
| 02480-0 | NAVCARE PHARMACY-MAYP | 2444 MAYPORT RD.  #11 | JACKSONVILLE | FL | 32233 | BN1575387 | 10/31/94 |
| 02565-0 | PHAR - MOR #104 | 660 SPARTAN BLVD | SPARTANBURG | SC | 29301 | BP1111599 | 03/31/96 |
| 02566-0 | PHAR - MOR #210 | 2441 WHISKEY ROAD SOU | AIKEN | SC | 29801 | BP2269389 | 03/31/96 |

EXHIBIT N

EXHIBIT O

| See Reverse of PURCHASER'S Copy for Instructions | | No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04). | | | OMB APPROVAL No. 1117-0010 | |
|---|---|---|---|---|---|---|
| TO: *(Name of Supplier)* | | STREET ADDRESS | | | | |
| JAMES W. DALY, INC. | | | 11 CENTENNIAL DRIVE | | | |
| CITY and STATE | | DATE | TO BE FILLED IN BY SUPPLIER | | | |
| PEABODY, MA 01961 | | 11/06/92 | SUPPLIERS DEA REGISTRATION No. | | | |
| | TO BE FILLED IN BY PURCHASER | | | | | |
| L I N E No. | No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
| 1 | 1 | 100 | PERCODAN          XXXTABS | | | |
| 2 | 1 | 500 | PERCOCET          NNNTABS 5/325 | | | |
| 3 | 1 | 118 ML | OPIUM TINCTURE     LIQD | | | |
| 4 | 1 | 100 | CODEINE SULFATE   XXXTABS  15MG | | | |
| 5 | 1 | 500 ML | ROXICET ORAL      SOLN   5MG | | | |
| 6 | 1 | 100 | MS CONTIN CR      TABS   15MG | | | |
| | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 6 | ◄ NO. OF LINES COMPLETED | | SIGNATURE OF PURCHASER OR HIS ATTORNEY OR AGENT   *Trish Oames* | | | |
| Date Issued | 10-30-92 | DEA Registration No. | BW3397951 | Name and Address of Registrant | | |
| Schedules | 2,2N,3,3N,4,5 | | | WALGREEN EASTERN CO INC, C2823 DBA= WALGREENS 841 WESTERN AVE LYNN, MA                        01905 | | |
| Registered as a | RETL PHARMACY | No. of this Order Form | 922380221 | | | |
| DEA Form - 222 (Aug. 1990) | | U.S. OFFICIAL ORDER FORMS – SCHEDULES I & II DRUG ENFORCEMENT ADMINISTRATION SUPPLIER'S Copy 1 | | | 46408031 | |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019296**

CAH_MDL_PRIORPROD_DEA07_01384159

# Excessive Purchases
# Schedule II

EXHIBIT P

| Product | Strength | Dosage Limit Hospital | Retail |
|---|---|---|---|
| Codeine Sulf | All | 800 Tabs | 400 tabs |
| Dextroamphetamine (Dexedrine, Dextrastat) | All | 700 Tabs/Spans | 800 Tabs/Spans |
| Desoxyn | All | 300 Tabs/Grad | 500 Tabs/Grad |
| Hydromorphone (Dilaudid) | All | 900 Tabs | 500 Tabs |
| Methadone (Dolophine) | All | 2000 Tabs | 700 Tabs |
| Meperidine (Demerol, Meprozine, Mepergan Fortis) | All | 600 Tabs | 400 Tabs |
| Methlyphenidate (Ritalin) | All | 800 Tabs | 800 Tabs |
| Morphine Sulfate (MS Contin, MSIR, Oramorph) | All | 600 Tabs | 500 Tabs |
| Oxycodone/Acet (Tylox, Roxilox, Roxicet, Percocet, Endocet) | All | 3800 Tabs/Caps | 1200 Tabs/Caps |
| Oxycodone/Asa (Percodan, Endodan, Roxiprin) | All | 500 Tabs | 500 Tabs |
| Oxycodone (Oxcontin, Roxicodone) | All | 800 Tabs | 600 Tabs |

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019297

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384160

# Excessive Purchases
## Schedule III, IV, V

EXHIBIT P

|  |  | Dosage Limit | |
| --- | --- | --- | --- |
| **Product** | **Strength** | **Hospital** | **Retail** |
| **Acetamenophen w/Cod**<br>(Tylenol w/Cod, Phenaphen) | All | 1400 Tabs | 1300 Tabs |
| **Alprazolam**<br>(Xanax) | All | 1400 Tabs | 2500 Tabs |
| **Butalbital Compound**<br>(Florinal w/Cod, Fiortal,<br>Fioricet w/ Cod) | All | 500 Tabs/Caps | 500 Tabs/Caps |
| **Aspirin w/Cod** | All | 300 Tabs | 400 Tabs |
| **Clorazephate**<br>(Klonopin) | All | 1000 Tabs | 800 Tabs |
| **Clorazephate**<br>(Tranxene) | All | 700 Tabs | 1300 Tabs |
| **Diazepam**<br>(Valium) | All | 1000 Tabs | 2500 Tabs |
| **Dexfenfluramine**<br>(Redux) | All | 400 Caps | 500 Caps |
| **Diphenoxylt/Atropine**<br>(Lomotil, Lonox) | All | 1600 Tabs | 7500 Tabs |
| **Dronabinol**<br>(Marinol) | All | 300 Tabs | 400 Tabs |
| **Fenfluramine HCL**<br>(Pondimin) | All | 800 Tabs | 1700 Tabs |
| **Hydrocodone**<br>(Anexsia, Dolaset, Hydrocet,<br>Hycodan, Hyphen, Lorcet, Lortab,<br>Zydone, Vicodin) | All | 1200 Tabs/Caps | 800 Tabs/Caps |
| **Lorazepam**<br>(Ativan) | All | 1200 Tabs | 2400 Tabs |
| **Meprobamate**<br>(Miltown, Equanil) | All | 600 Tabs | 1400 Tabs |
| **Phentermine**<br>(Ionamin, Fastin, Adipex-P) | All | 600 Tabs | 1100 Tabs |
| **Pentazoline**<br>(Talwin, Talacen) | All | 700 Tabs | 700 Tabs |
| **Propoxyphene**<br>(Darvon, Darvocet, Propacet) | All | 1100 Tabs | 1900 Tabs |
| **Temazepam**<br>(Restoril) | All | 700 Caps | 800 Tabs |

**FOIA Confidential<br>Treatment Requested By<br>Cardinal**

**CAH SWE 019298**

# Exhibit Q

## Error Correction

In the following examples, assume the worst case — the order was shipped to the customer. Also assume the shelf count confirms the error.

Although these examples only address shipping errors involving Schedule II controlled substances, certain portions of the corrective action processes also apply to shipping errors involving Schedule III-V controlled substances which must be handled in a similar fashion.

**Example 1:** A customer orders Ritalin 5mg 100. The order is keyed as Ritalin 10mg 100. The order filler picks Ritalin 10mg 100. **Customer receives and is invoiced for the wrong item.**
**Corrective Action:**
- Request the customer submit a blank for the mispicked item (Ritalin 10mg 100). Have the customer back date the blank to reflect the original order date.
- Review the blank for accuracy, record the actual ship date, change the blank number in the ARCOS record. The blank number cannot be changed on the invoice.
- Key in the original blank with the correct item (Ritalin 5mg 100). Pick, bill, and ship the product. Attach a legible statement, preferably typed, to the original blank which reflects the correct NDC, ship quantity and date. Create an invoice and ARCOS record for the correct item.
- If the customer wants to return the mispicked item (Ritalin 10mg 100), issue a blank to the customer to buy back the product. Upon receipt, issue credit to customer.

**Example 2:** A customer orders Ritalin 5mg 100. The order is keyed as Ritalin 5mg 100. The order filler picks Ritalin 10mg 100. **Customer gets wrong item, but is invoiced for the right item.**
**Corrective Action:**
- Have the customer submit a blank for the mispicked item (Ritalin 10mg 100). Have the customer back date the blank to reflect the original order date.
- Review the blank for accuracy, record the actual ship date. Key in an order for the mispicked item (Ritalin 10mg 100), but do not ship the product. The customer will receive an invoice, but no product.
- Ship the correct product (Ritalin 5mg 100) from the original blank. The customer will get product, but no invoice.
- Change the ship dates of the products in the ARCOS records. The original invoice cannot be changed to reflect the actual ship date.

ERRORS.doc

5/25/99

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019299

- If the customer wants to return the mispicked item (Ritalin 10mg 100), issue a blank to the customer to buy back the product.  Upon receipt, issue credit to the customer.

**Example 3:** A customer orders 5xRitalin 5mg 100.  The order is keyed as 10xRitalin 5mg 100.  The order filler picks 10xRitalin 5mg 100.  **Customer was billed for and received more than what he ordered.**
**Corrective Action:**
- Request the customer submit a blank for the additional product.  Have customer back date the blank to reflect the original order date.
- Review the blank for accuracy, record actual ship date of product.
- Correct the ARCOS record to show correct ship quantity for original blank.  The blank number and ship quantity cannot be changed on the invoice.  Create another ARCOS record to show ship quantity, date, and blank number of overshipment.
- Correct the ship quantity on the original blank by drawing a line through the incorrect quantity and entering the correct quantity.
- If the customer wants to return the extra product, issue a blank to the customer.  Upon receipt of the overshipment, issue credit to the customer.

**Example 4:** A customer orders 5xRitalin 5mg 100.  The order is keyed as 5xRitalin 5mg 100.  The order filler picks 10xRitalin 5mg 100.  **Customer received more than what he ordered or was billed.**
- Request the customer submit a blank for the additional product.  Have customer back date the blank to reflect the original order date.
- Review the blank for accuracy, record the actual ship date of the product.
- Key in an order for the overshipment, but do not ship product.  Reference the actual ship date in the text field of the order.
- Modify the ARCOS record to show the correct ship date of the product.

ERRORS.doc

6/11/99

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019300**

CAH_MDL_PRIORPROD_DEA07_01384163

FOIA Confidential Treatment Requested By Cardinal

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384164

CAH SWE 019301

**Exhibit R**

```
RUN DATE: 7/14/99   7:54:53              CARDINAL -   SYRACUSE                                    PAGE:  1

                                         MCA Dosage Limit Report   (DETAIL)

MONTH      : JUN 1999                     FOR HOSPITAL/MANAGED CARE                                 MCAJ007P1

 Invoice      Invoice Item  NDC          Item                      Form         Qty        Item      Total

 Date         Number  Number Number      Description                            Sold       Dosage    Dosage
-------------------------------------------------------------------------------------------------------------

Customer: 349902 WILKES-BARRE GEN HOSP RT140- N. RIVER & AUBURN ST.    WILKES BARRE    PA 18764-0000    DEA Lic: AW2452655

    INGREDIENT: 002  PSEUDOEPHEDRINE

 6/02/1999  8366378  1098649   45040542    TYLENOL SINUS MAX STRN 24     TB              8        24         192
 6/05/1999  8377412  1098649   45040542    TYLENOL SINUS MAX STRN 24     TB             48        24       1,152
 6/10/1999  8389560  1098649   45040542    TYLENOL SINUS MAX STRN 24     TB             60        24       1,440
 6/19/1999  8416539  1286640   54474325    PSEUDOEPHED HCL 30MG 100      ROX TB        100       100      10,000
 6/16/1999  8405162  1321785   536302135   ALLERPRIM 24 OTC BLST         WAT TB         12        24         288
 6/19/1999  8416539  1321785   536302135   ALLERPRIM 24 OTC BLST         WAT TB         12        24         288
                                                                                        -------------------------
                                                                         CUSTOMER TOTAL:                 13,360
                                                                         INGREDIENT LIMIT:               10,174


*************************

Customer: 620188 GEO MOTCHAN DETENTION CTR    15-15 HAZEN STREET      EAST ELMHURST    NY 11370-0000    DEA Lic: AM6222525

    INGREDIENT: 003  PHENYLPROPANOLMINE

 6/03/1999  8369699  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB             10       100       1,000
 6/03/1999  8369701  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              4       100         400
 6/04/1999  8373353  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB             10       100       1,000
 6/07/1999  8377935  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              5       100         500
 6/07/1999  8377942  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB             10       100       1,000
 6/07/1999  8377946  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              2       100         200
 6/07/1999  8378427  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB             10       100       1,000
 6/10/1999  8389164  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              6       100         600
 6/10/1999  8389165  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB             10       100       1,000
 6/11/1999  8392866  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              8       100         800
 6/14/1999  8397468  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              5       100         500
 6/14/1999  8397471  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              5       100         500
 6/17/1999  8409076  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB             10       100       1,000
 6/18/1999  8412502  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB             10       100       1,000
 6/18/1999  8412503  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB             10       100       1,000
 6/18/1999  8412504  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              4       100         400
 6/21/1999  8417127  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              5       100         500
 6/21/1999  8417137  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              1       100         100
 6/21/1999  8417142  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              4       100         400
 6/24/1999  8429811  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              5       100         500
 6/24/1999  8429813  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              4       100         400
 6/25/1999  8433446  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB             10       100       1,000
 6/25/1999  8433447  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              5       100         500
 6/28/1999  8437992  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              1       100         100
 6/28/1999  8437986  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              5       100         500
 6/28/1999  8437998  1361005   31227764    DIMETAPP EXT 100 UD 2277-64   TB              4       100         400
                                                                                        -------------------------
                                                                         CUSTOMER TOTAL:                 16,500
                                                                         INGREDIENT LIMIT:                4,121


                            *** END OF REPORT ***
```

United States Department of Justice
Drug Enforcement Administration
*Office of Diversion Control*
Suspicious Orders Task Force

**Exhibit R**



## EXHIBIT II

### SUSPICIOUS ORDER REPORTING SYSTEM OF 1998
### For Use in automated tracking systems

The Current Calculation Being Used
for List I Chemicals and Schedule II - V Controlled Substances

**Terms & Definitions**

This formula is used to calculate the quantity which, if exceeded in one month, constitutes an order which may be considered excessive or suspicious.

1) Add purchase quantities for the last 12 months for all customers within same Distribution Center and for customer type (Hospital, Pharmacy or Other) for any List I chemical containing item stocked by the Distribution Center.

2) Add Customer months for every record used in above total. (Months within the last 12 that customer purchases of the item were not zero).

3) Divide total quantity purchased by the total customer months.

4) Then multiply by the factor below to give the maximum amount that the customer can order per month before showing up on the suspicious order report.

   Note: Factor equals 3 for C-II and C-III Controlled Substances Containing List I Chemicals and 8 for C-III N-V Controlled Substances and non-Controlled OTC products containing List I chemical items.

5) At the end of each month, a report will be transmitted to DEA (separate reports for List I Chemicals and Schedule II - V Controlled Substances) of all purchases of List I Chemicals and/or C-II-V Controlled Substances and List I containing OTC items by any customer whose purchase quantities exceed the parameters (above) any (2) consecutive months or in three (3) of any moving six (6) month period.

Using a computer to manage and report on high volume transaction business activities with extremely short order cycles times (receipt to delivery) is the only viable, cost effective methodology for the reporting of orders which may be considered excessive or suspicious.

SOTF Report Appendix A: 4

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019302**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384165



**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019303**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384166

# DEA
# COMPLIANCE MANUAL

## APPENDIX   E

## Methamphetamine Control Act Products

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL