| ndc-no | ndc | descrip | descrip SF | form | misc1 | vendor | c | DP number | cin | description | | day | type | code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00904-0024-60 | 904035180 | SINUS SF | DEXAPHEN SA | TAB | 90-325MG | MAJOR PHARMACEUTICALS | | 707724 | 2163962 | DEXAPHEN SA TB 120/6 10 | MJR | 80 | PSE | S |
| 00904-0668-15 | 904068815 | DEXAPHEN SA | | TAB | 6-120 | MAJOR PHARMACEUTICALS | | 699695 | 2163970 | DEXAPHEN SA TB 120/6 20 | MJR | 80 | PSE | S |
| 00904-0668-95 | 904068995 | DEXAPHEN SA | | TAB | 6-120 | MAJOR PHARMACEUTICALS | | 699760 | 2163733 | ALL-NITE COLD SR 120ML CHILD | MJR | 80 | PSE | S |
| 00904-1324-20 | 904132420 | CH ALL-NITE | | TAB | COLD/CG | MAJOR PHARMACEUTICALS | | 699630 | 2163656 | SIMPLET TB 100 | MJR | 80 | PSE | S |
| 00904-3459-60 | 904459860 | SIMPLET | | TAB | COLD | MAJOR PHARMACEUTICALS | | 675024 | 2163947 | COLD SYMPTOMS RELIEF TB 50 | MJR | 80 | PSE | S |
| 00904-3650-51 | 904365051 | SYMPTOMATIC | | TAB | | MAJOR PHARMACEUTICALS | | 699652 | 2164358 | PS EUDOGEST SR 4OZ | MJR | 80 | PSE | S |
| 00904-5020-20 | 904502020 | SUDOGEST CHD | | SYP | 30MG/5M | MAJOR PHARMACEUTICALS | | 707562 | 2164358 | PS EUDOGEST TB 30MG 24 | MJR | 80 | PSE | S |
| 00904-5053-24 | 904505324 | SUDOGEST | | TAB | 30MG | MAJOR PHARMACEUTICALS | | 675598 | 1402082 | KOLEPHRIN DM CL 30 | PFR | 80 | PSE | S |
| 00927-0187-07 | 927018707 | KOLEPHRIN/DM | | TAB | | PFEIFFER | | 19257 | 1402841 | KOLEPHRIN CL 36 | PFR | 80 | PSE | S |
| 00927-0224-63 | 927022463 | KOLEPHRIN | | TAB | | PFEIFFER | | 19254 | 1632488 | NASABID 100S SEE#25 14628 | | 80 | PSE | S |
| 12463-0250-01 | 12463025001 | NASABID | | CAP | 90-250CR | ABANA PHARMACEUTICALS | | 784800 | 2695161 | Tylenol Flu Night PC6 | | 999 | PSE | S |
| 00045-0171-46 | 45017109 | TYLENOL FLU | | POW | NIGHTIM | MCNEIL CONSUMER | | 689602 | 2895021 | Tylenol Flu Night 10 | | 999 | PSE | S |
| 00045-0174-10 | 45017410 | TYLENOL FLU | | CAP | NIGHTIM | MCNEIL CONSUMER | | 609820 | 2895028 | Tylenol Flu Night GC 20 | | 999 | PSE | S |
| 00045-0174-20 | 45017420 | TYLENOL FLU | | CAP | NIGHTIM | MCNEIL CONSUMER | | 609900 | 2070060 | Triple C-Phed DAC Fruit 16 oz. | | 999 | PSE | S |
| 00047-2900-23 | 47290023 | TRIPPSE/COD | | LIQ | | WARNER CHILCOTT | | 581976 | 2070080 | Medi-Tuss DAC SR STR 16 oz. | | 999 | PSE | S |
| 00047-2932-23 | 47293223 | MEDI-TUSS | | SOL | (#NAME?) | WARNER CHILCOTT | | 582018 | 1841261 | UN and Antinasl TB 24 | | 999 | PSE | S |
| 00084-0433-24 | 84043301 | ANTHIST NAS | | TAB | DECONG | AMERICAN PHARMACEUTICAL CO. | | 466546 | 1506021 | UN and Antinasl TB 24 | | 999 | PSE | S |
| 00084-0433-24 | 84043324 | ANTHIST NAS | | TAB | DECONG | AMERICAN PHARMACEUTICAL CO. | | 466538 | 1843036 | UN night Colds Med El 16 oz. | | 999 | PSE | S |
| 00084-0633-10 | 84063310 | NIGHT TIME | | TAB | CD FORM | AMERICAN PHARMACEUTICAL CO. | | 466650 | 1854009 | Cophene-S SR 480 ml | | 999 | PSE | S |
| 00217-0410-11 | 21704011 | COPHENE-S | | SOL | | IDUNHALL | | 310581 | 2017572 | Respind-G 400/60 100 | | 999 | PSE | S |
| 00276-1145-01 | 27611450 | RESPINOL-G | | TAB | | MISEMER | | 480578 | 2665800 | HayFEBROL SF SL 30 ml | | 999 | PSE | S |
| 00372-0038-01 | 372003801 | HAYFEBROL | | LIQ | SF | SCOT-TUSSIN | | 830607 | 2665818 | HayFEBROL SF SL 240 ml | | 999 | PSE | S |
| 00372-0038-04 | 372003804 | HAYFEBROL | | LIQ | SF | SCOT-TUSSIN | | 830623 | 2665824 | Hayfebrol SF SL 480 ml | | 999 | PSE | S |
| 00372-0038-08 | 372003808 | HAYFEBROL | | LIQ | SF | SCOT-TUSSIN | | 830631 | 2621324 | Carbodec DM SR 120 ml | | 999 | PSE | S |
| 00426-8585-04 | 426858504 | DECOHISTINE | | SOL | EXPECT | MORTON GROVE PHARMACEUTICALS | | 632850 | 2256100 | Guaituss DAC SR 10 mg 480 ml | | 999 | PSE | S |
| 00536-0432-90 | 536043290 | CARBODEC DM | | SYP | | RUGBY | | 655283 | 2621816 | Carbodec DM TTT 16 ml | | 999 | PSE | S |
| 00536-0432-97 | 536043297 | CARBODEC DM | | TAB | | RUGBY | | 595291 | 2621632 | Zephrex LA TB 600 mg 100 | | 999 | PSE | S |
| 00563-2827-01 | 563262701 | GUATUSS DAC | | SOL | | RUGBY | | 610496 | 1981547 | Zephrex LA TB 600 mg 100 | | 999 | PSE | S |
| 00339-0440-45 | 339044045 | ZEPHREX LA | | TAB | 120-600 | SANOFI PHARMACEUTICALS | | 362158 | 2701902 | Cardec DM TTT 16 ml | | 999 | PSE | S |
| 00339-0440-65 | 339044065 | CARDEC DM | | SYP | | H.L MOORE | | 847038 | 2701902 | Cardec DM TTT 120 ml | | 999 | PSE | S |
| 00339-0471-06 | 339047106 | CARDEC DM | | SYP | | H.L MOORE | | 847160 | 2701922 | Desihist TB 120/6 100 | | 999 | PSE | S |
| 00339-0474-60 | 339047460 | DESIHIST SA | | TAB | 6-120 | H.L MOORE | | 871400 | 2704054 | Desihist TB 120/6 1000 | | 999 | PSE | S |
| 00339-0474-89 | 339047489 | DESIHIST SA | | TAB | 6-120 | H.L MOORE | | 871079 | 2699840 | Guaituss DAC TTT 10 mg 120 ml | | 999 | PSE | S |
| 00339-0695-65 | 339069565 | GUATUSS DAC | | LIQ | | H.L MOORE | | 839850 | 2699826 | Guaituss DAC TTT SR 10 MG 480 ml | | 999 | PSE | S |
| 00339-0695-69 | 339069569 | GUATUSS DAC | | LIQ | | H.L MOORE | | 818551 | 2699806 | Dihistine EX TTT 120 ml | | 999 | PSE | S |
| 00339-7079-69 | 339707969 | DIHISTINE | | LIQ | EXPECT | H.L MOORE | | 818534 | 2702835 | Dihistine TTT SR 10 mg 16-ml | | 999 | PSE | S |
| 00339-7754-06 | 339775406 | DIHISTINE | | SYP | EXPECT | H.L MOORE | | 855070 | 2701167 | Triacin-C TTT SR 480 ml | | 999 | PSE | S |
| 00339-7785-65 | 339778565 | TRIACIN-C | | TAB | 120-600 | H.L MOORE | | 842605 | 2699716 | Pseudophed/Guai TTT 600 mg 100 | | 999 | PSE | S |
| 00339-7785-69 | 339778569 | PSE/G/G CR | | SOL | DAC SF | H.L MOORE | | 838144 | 2701687 | Halotussin DAC 10 mg 120 ml | | 999 | PSE | S |
| 00339-7924-06 | 339792406 | HALOTUSSIN | | SOL | DAC SF | H.L MOORE | | 837997 | 2701209 | Halotussin DAC SR 10 mg 480 ml | | 999 | PSE | S |
| 00339-7925-06 | 339792506 | HALOTUSSIN | | CAP | 60-300SR | H.L MOORE | | 844233 | 2701697 | Pseudoephed Guai/TTT CD 330 mg 100 | | 999 | PSE | S |
| 00339-7972-06 | 339797206 | PSE/GG | | CAP | 120-250 | H.L MOORE | | 843474 | 2701209 | Pseudoephed Guai/TTT 250 mg 100 | | 999 | PSE | S |
| 00339-7972-06 | 339797206 | PSE/GG | | CAP | 12-120CR | H.L MOORE | | 862045 | 2703320 | Nasal Decong TTT 120-12 100 | | 999 | PSE | S |
| 00904-4020-24 | 904402024 | PSEUDO/GUAIF | | SOL | | MAJOR PHARMACEUTICALS | | 862177 | 2703361 | Nasal Decong TTT 120-12 100 | | 999 | PSE | S |
| 00904-4025-24 | 904402524 | NASAL DECONG | | TAB | 3MG | MAJOR PHARMACEUTICALS | | 605085 | 2894776 | UL Pseudo Gest 30 mg 24 | | 999 | PSE | S |
| 00904-4082-28 | 904408228 | PSEUDO-GEST | | CAP | 2.5/40MG | MAJOR PHARMACEUTICALS | | 605000 | 2894778 | UL Aprodine 24 mg | | 999 | PSE | S |
| 00904-1009-24 | 904100924 | TRIPROLPSE | | TAB | EXPECT | MAJOR PHARMACEUTICALS | | 711128 | 284768 | UL Pseudo Gest TB 24 | | 999 | PSE | S |
| 00904-1322-21 | 904132221 | PSEUDO/GEST | | SOL | PLUS | MAJOR PHARMACEUTICALS | | 605000 | 284768 | UL Pseudo Gest TB 24 | | 999 | PSE | S |
| 00904-1323-21 | 904132321 | NOVAGEST/COD | | SOL | FORMUL | MAJOR PHARMACEUTICALS | | 595420 | 284158 | All-nite Cold mint 180 ml | | 999 | PSE | S |
| 00904-3650-51 | 904365051 | ALL-NITE CLD | | SOL | FORMUL | MAJOR PHARMACEUTICALS | | 595390 | 284180 | All-nite Cold Cherry 180 ml | | 999 | PSE | S |
| 11735-0032-11 | 11735003211 | ALL-NITE CLD | | TAB | COLD | COLUMBIA DRUG | | 599450 | 284180 | UL Cold Symptom 50 | | 999 | PSE | S |
| 11735-0207-16 | 11735020716 | SYMPTOMATIC | | SYP | | COLUMBIA DRUG | | 658081 | 2621811 | Lan tabs 100 | | 999 | PSE | S |
| 11735-0508-14 | 11735050814 | LANTAB | | TAB | 30MG | MASON DISTRIBUTORS | | 405868 | 2009611 | Lantuss DM SR 480 ml | | 999 | PSE | S |
| 11845-0596-01 | 11845059801 | LANTUSS-DM | | SOL | 60MG | MAJOR PHARMACEUTICALS | | 763284 | 2896748 | Pseudoephadrine tb 30 mg 100 | | 999 | PSE | S |
| 45985-0596-16 | 45985059616 | PSEUDO | | TAB | | MAJOR PHARMACEUTICALS | | 762292 | 2896755 | Pseudo Giaba TB 60 mg 100 | | 999 | PSE | S |
| 47028-0019-10 | 47028001910 | CLORFED | | SOL | | STEWART JACKSON | | 362236 | 2631162 | Clorfed 1 mg 480 ml | | 999 | PSE | S |
| | | LEMOHIST | | CAP | PLUS | SENECA | | 654690 | 2621100 | Lemohist Plus 1000 | | 999 | PSE | S |

Page 19

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

| ndc | jndc | descrip | form | misc1 | vendor | DPInumber | gen | descrip | depl_typel | code |
|---|---|---|---|---|---|---|---|---|---|---|
| 49463-0016-10 | 49463001610 | PSEUDOEPHEDR | TAB | 30MG | TIME-CAP LABS | 693936 | 2827610 | Pseudoephedrine TT 30 mg 1000 | 999 | PSE | S |
| 50383-0084-04 | 50383008404 | CO-HISTINE | SOL | DH | HI-TECH | 898236 | 2877961 | Co-histine DH 480 ml | 999 | PSE | S |
| 50383-0084-16 | 50383008416 | CO-HISTINE | SOL | DH | HI-TECH | 898244 | 2877979 | Co-histine DH 120 ml | 999 | PSE | S |
| 50383-0086-04 | 50383008604 | CO-HISTINE | SOL | EXPECT | HI-TECH | 898210 | 2877946 | Co-histine Exp | 999 | PSE | S |
| 50383-0086-16 | 50383008616 | CO-HISTINE | SOL | EXPECT | HI-TECH | 898228 | 2877953 | Co-histine Exp EX 480 kiL | 999 | PSE | S |
| 50383-0088-16 | 50383008804 | GUAIATUSSIN | SOL | DAC | HI-TECH | 898198 | 2877920 | Guaitussin DAC SR 120 ml | 999 | PSE | S |
| 50383-0088-16 | 50383011404 | GUAIATUSSIN | SOL | DAC | HI-TECH | 898201 | 2877938 | Guaitussin DAC SR 480 ml | 999 | PSE | S |
| 50383-0114-04 | 50383011504 | GUAIATUSS PE | SYP | 30-100/5 | HI-TECH | 897353 | 2877482 | Guaitussin - PE ST 120 ml | 999 | PSE | S |
| 50383-0115-04 | 50383011528 | ACTIVE | SYP | 1.25-30 | HI-TECH | 898403 | 2877169 | Active SR 120ml | 999 | PSE | S |
| 50383-0115-28 | 50383011528 | ACTIVE | SYP | 1.25-30 | HI-TECH | 896411 | 2877177 | Active SR 480 ml | 999 | PSE | S |
| 50383-0115-28 | 50383011528 | ACTIVE | SYP | 1.25-30 | HI-TECH | 896420 | 2877185 | Active SR 3840 ml | 999 | PSE | S |
| 50383-0593-28 | 50383059328 | CARBOFED DM | SYP | | HI-TECH | 896551 | 2877228 | Brometane DX 3820 Ml | 999 | PSE | S |
| 50383-0751-28 | 50383075128 | BROMETANE DX | SYP | | HI-TECH | 699675 | 2877348 | Carbofed DM SR 3840 ml | 999 | PSE | S |
| 50732-0838-16 | 50732083816 | NOVAHISTINE | SOL | #NAME? | ZENITH GOLDLINE SHREVEPORT INC | 828971 | 2865347 | NOVADYNE DMX SR 100/10 480 ml | 999 | PSE | S |
| 50732-0838-28 | 50732083828 | NOVAHISTINE | SOL | #NAME? | ZENITH GOLDLINE SHREVEPORT INC | 828980 | 2865354 | Novadyne DMX 100/10 3840 ml | 999 | PSE | S |
| 50732-0874-18 | 50732087418 | CH SUDACHEM | SYP | 30MG/5M | ZENITH GOLDLINE SHREVEPORT INC | 829144 | 2865412 | Sudachem Childs 6 mg/ml 480 ml | 999 | PSE | S |
| 50732-0874-28 | 50732087428 | CH SUDACHEM | SYP | 30MG/5M | ZENITH GOLDLINE SHREVEPORT INC | 829153 | 2865420 | Sudachem Childs SR 6 mg/ml 3840 ml | 999 | PSE | S |
| 51301-0530-04 | 51301053004 | ALLERPHED | SYP | 1.25-30 | GREAT SOUTHERN LABS | 654078 | 2820680 | Allerphed 120 ml | 999 | PSE | S |
| 51301-0532-04 | 51301053204 | DECOGEST | SYP | 30MG/5M | GREAT SOUTHERN LABS | 654302 | 2820912 | Decogest 6 mg/ml120 ml | 999 | PSE | S |
| 51301-0533-04 | 51301053304 | DECOGEST | SYP | PLUS | GREAT SOUTHERN LABS | 654310 | 2820920 | Decogest plus SR 30/2 120 ml | 999 | PSE | S |
| 51301-0533-04 | 51301053304 | DECOGEST | SYP | PLUS | GREAT SOUTHERN LABS | 654310 | 2820607 | Decogest plus SR 30/2 120 ml | 999 | PSE | S |
| 53258-0170-24 | 53258017024 | PSEUDOEPHEDR | TAB | 30MG | VHA+PLUS | 455377 | 1838352 | pseudoephedrine TB 30 mg 24 | 999 | PSE | S |
| 53746-0288-01 | 53746028801 | TRIPROL/PSE | TAB | 2.5-60MG | INTERPHARM | 899038 | 2878332 | Tripolidine/pseudo TB 100 | 999 | PSE | S |
| 53746-0288-10 | 53746028810 | TRIPROL/PSE | TAB | 2.5-60MG | INTERPHARM | 899020 | 2878324 | Tripolidine/pseudo TB 50 | 999 | PSE | S |
| 59741-0115-16 | 59741011516 | BIOTUSSIN | SOL | DAC | BIO-PHARM | 900117 | 2678811 | Biotussin DAC EX 120 ml | 999 | PSE | S |
| 59741-0115-16 | 59741011516 | BIOTUSSIN | SOL | DAC | BIO-PHARM | 900133 | 2678829 | Biotussin DAC EX 480 ml | 999 | PSE | S |
| 59741-0117-04 | 59741011704 | BIOTUSS PE | SYP | 30-100/5 | BIO-PHARM | 900184 | 2678879 | Biotussin Pe EX 120 ml | 999 | PSE | S |
| 59741-0117-08 | 59741011708 | BIOTUSS PE | SYP | 30-100/5 | BIO-PHARM | 900192 | 2678886 | Biotuss Pe Ex 240 ml | 999 | PSE | S |
| 59741-0117-16 | 59741011716 | BIOTUSS PE | SYP | 30-100/5 | BIO-PHARM | 900206 | 2678894 | Biotuss Pe EX 480 ml | 999 | PSE | S |
| 59741-0134-30 | 59741013430 | BIODEC-DM | DRO | | BIO-PHARM | 900354 | 2679025 | Biodec DM SR 120 ml | 999 | PSE | S |
| 59741-0135-04 | 59741013504 | BIODEC-DM | SYP | | BIO-PHARM | 900362 | 2679017 | Biodec DM SFAF DR 30 ml | 999 | PSE | S |
| 59741-0135-16 | 59741013516 | BIODEC-DM | SYP | | BIO-PHARM | 900386 | 2679033 | Biodec DM SR 480 ml | 999 | PSE | S |
| 59741-0135-20 | 59741013520 | BIODEC-DM | SYP | | BIO-PHARM | 900257 | 2678660 | Biodec DM SR 3840 ml | 999 | PSE | S |
| 59741-0137-04 | 59741013704 | BIOFED-PE | SYP | 1.25-30 | BIO-PHARM | 900265 | 2678836 | Biofed PE SR 120 ml | 999 | PSE | S |
| 59741-0137-24 | 59741013724 | BIOFED-PE | SYP | 1.25-30 | BIO-PHARM | 900273 | 2678844 | Biofed PE SR 480 ml | 999 | PSE | S |
| 59741-0137-08 | 59741013708 | BIOFED-PE | SYP | 1.25-30 | BIO-PHARM | 900303 | 2678851 | Biofed PE SR 480 ml | 999 | PSE | S |
| 59741-0137-08 | 59741013708 | BIOFED | SYP | 1.25-30 | BIO-PHARM | 900311 | 2678969 | Biofed PE SR 3840 ml | 999 | PSE | S |
| 59741-0137-16 | 59741013716 | BIOFED | LIQ | 30MG/5M | BIO-PHARM | 900320 | 2678977 | Biofed SR 30 mg 120 ml | 999 | PSE | S |
| 59741-0137-20 | 59741013720 | BIOFED | LIQ | 30MG/5M | BIO-PHARM | 900338 | 2678985 | Biofed SR 30 ml 240 ml | 999 | PSE | S |
| 59741-0138-08 | 59741013808 | BIOFED | LIQ | 30MG/5M | BIO-PHARM | 900346 | 2678993 | Biofed SR 30 mg 480 ml | 999 | PSE | S |
| 59741-0138-16 | 59741013816 | BIOFED | LIQ | 30MG/5M | BIO-PHARM | | 2679009 | Biofed SR 30 mg 3840 ml | 999 | PSE | S |
| 59741-0138-20 | 59741013820 | BIOFED | LIQ | 30MG/5M | BIO-PHARM | | | | 999 | PSE | S |

No

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

CAH SWE 019324

CAH_MDL_PRIORPROD_DEA07_01384187





**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019325**

CAH_MDL_PRIORPROD_DEA07_01384188

# DEA
# COMPLIANCE MANUAL

---

# APPENDIX   F

# DEA Correspondence

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019326**

CONFIDENTIAL                                        CAH_MDL_PRIORPROD_DEA07_01384189



**U.S. Department of Justice**

**Drug Enforcement Administration**

*Washington, D.C. 20537*

**JUN 2 5 1992**

Ms. Sherry Haber
National Wholesale Druggist Association
105 Oronoco Street
Alexandria, Virginia  22314

Dear Ms. Haber:

It has been brought to the attention of the Drug Enforcement Administration (DEA) that some confusion exists regarding the proper completion of the DEA Form 222 with respect to the "number of lines completed." This letter is written to help alleviate some of the confusion.

Title 21 of the Code of Federal Regulations (CFR), section 1305.06(b) states that only one item shall be entered on each numbered line. It further states that the total number of items ordered shall be noted on the order form in the space provided. On the current version of the DEA Form 222, the aforementioned "space provided" is termed "number of lines completed." When the above requirements are followed to the letter, there is no discrepancy between the number of items ordered and the number of lines completed.

Problems in interpretation have been encountered when the purchaser either uses more than one line to describe an item or voids an item. In the first instance, the correct interpretation would be to list the number of items ordered on the form in the space labeled "number of lines completed." The DEA Form 222 will be revised in its next printing to rename the heading "number of items ordered."

The issue of voided lines on the order form is perhaps a bit less clear cut in its interpretation. In strictly interpreting the regulations, the only conclusion which can be reached which is not open for interpretation is that a supplier may not fill an order form which "shows any alteration, erasure, or change of any description" (21 CFR 1305.11(2)). In fact, instructions provided on the reverse side of the DEA Form 222 advise the purchaser

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019327

CAH_MDL_PRIORPROD_DEA07_01384190

Ms. Sherry Haber                                          Page Two

not to make erasures or alterations. They state that if an error
should be made, all copies of the form should be voided and kept
on file.

     In addition, the regulations imply that only a supplier, not
a purchaser, may void an item on a DEA Form 222.  Section
1305.15(a) of the regulations states:

          A purchaser may cancel part or all of an order
          on an order form by notifying the supplier in
          writing of such cancellation.  The supplier
          shall indicate the cancellation on Copies 1
          and 2 of the order form by drawing a line
          through the canceled items and printing
          "canceled" in the space provided for number of
          items shipped.

     Consequently, the supplier is the only individual that has
the authority to indicate the cancellation on the order form.

     A separate but related issue has also been raised regarding
generic substitution of order forms.  DEA policy does not
preclude generic substitution of identical products provided that
the name and National Drug Code number of the actual product
shipped is reflected on the form.  Therefore, it would be
acceptable to make a substitution provided that the customer
agrees to accept a generic rather than a brand name product, the
generic product of a manufacturer other than the one specified or
a brand name product rather than a generic one.  Therefore, the
purchaser will not be required to submit a new DEA Form 222 to
accommodate such a change.

     Please disseminate the enclosed information to the members
of your organization in an effort to dispel any problems they are
perhaps encountering with the form.  Thank you for your attention
to this matter.

                              Sincerely,

                              Gene R. Haislip
                              Deputy Assistant Administrator
                              Office of Diversion Control

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019328

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384191

# Cardinal Health

| TO: | Clarence Crisp/Cdc | DATE: | June 29, 1992 |
|---|---|---|---|
| | Paul Exley/Ovc | FROM: | |
| | Ron Franks/Bos | | Steve Reardon/Bos  *Steve* |
| | Rick Gliot/Cdc | SUBJ: | |
| | Ben Jones/Zan | | Order Forms (DEA Form 222) |
| | Geoff Kirkham/Har | | |
| | Carol Verrastro/Buf | | |
| | Pete Westermann/Syr | | |

CC:   George Bennett

---

At a recent NWDA/DEA meeting that I attended, DEA issued the attached letter to further clarify their position on the proper completion of DEA Form 222 with respect to number of lines completed, voided or canceled lines, and generic substitutions.  The regulatory interpretations are as follows:

- When two lines are used on an order form to describe one item, the number of lines completed at the bottom should be one.  If two lines are used to order one item and "two" is entered in the number of lines completed, the order form must not be filled.

- A customer cannot void or cancel a line on the order form.  If an order form is received from a customer with a voided or canceled line, the order form is considered defective and cannot be filled.  Only a supplier may void an item on DEA Form 222. The customer may cancel a line by notifying the supplier in writing.

- It is acceptable to substitute generic product for generic product, generic product for brand name product, or brand name product for generic product provided that the products are equivalent, the name and the NDC number of the actual product shipped are reflected on the order form, and the purchaser agrees to the substitution.

Please read the letter for the specifics of these interpretations and pass the information on to the appropriate personnel in your division.  Your customers should be notified regarding the consequences of their voiding or canceling a line.

DEA has informed their local offices of these interpretations, and you can expect regulatory enforcement to be consistent with the information contained in the letter.

If you have any questions, please call.

Attachment

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019329**

CAH_MDL_PRIORPROD_DEA07_01384192

# Cardinal Health

| | | |
|---|---|---|
| **TO:** | Clarence Crisp/Cdc | **DATE:** June 29, 1992 |
| | Paul Exley/Ovc | **FROM:** |
| | Ron Franks/Bos | Steve Reardon/Bos *Steve* |
| | Rick Gliot/Cdc | **SUBJ:** |
| | Ben Jones/Zan | |
| | Geoff Kirkham/Har | Order Forms (DEA Form 222) |
| | Carol Verrastro/Buf | |
| | Pete Westermann/Syr | |

**CC:**   George Bennett

---

At a recent NWDA/DEA meeting that I attended, DEA issued the attached letter to further clarify their position on the proper completion of DEA Form 222 with respect to number of lines completed, voided or canceled lines, and generic substitutions. The regulatory interpretations are as follows:

- When two lines are used on an order form to describe one item, the number of lines completed at the bottom should be one. If two lines are used to order one item and "two" is entered in the number of lines completed, the order form must not be filled.

- A customer cannot void or cancel a line on the order form. If an order form is received from a customer with a voided or canceled line, the order form is considered defective and cannot be filled. Only a supplier may void an item on DEA Form 222. The customer may cancel a line by notifying the supplier in writing.

- It is acceptable to substitute generic product for generic product, generic product for brand name product, or brand name product for generic product provided that the products are equivalent, the name and the NDC number of the actual product shipped are reflected on the order form, and the purchaser agrees to the substitution.

Please read the letter for the specifics of these interpretations and pass the information on to the appropriate personnel in your division. Your customers should be notified regarding the consequences of their voiding or canceling a line.

DEA has informed their local offices of these interpretations, and you can expect regulatory enforcement to be consistent with the information contained in the letter.

If you have any questions, please call.

Attachment

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019330**

CONFIDENTIAL                                                                     CAH_MDL_PRIORPROD_DEA07_01384193

# Cardinal Health

TO:   John Dewees
      Paul Exley
      Ron Franks
      Rick Gliot
      Ben Jones
      Willard Lawrence
      Doug Pace
      Carol Verrastro
      Pete Westermann

DATE: December 16, 1992

FROM: Steve Reardon

SUBJ: DEA Form 222

CC:   George Bennett
      Clarence Crisp

---

Please be advised that DEA has made changes on DEA Form 222 (sample attached). They are as follows:

- "No. of Lines Completed" has been changed to "No. of Items Ordered (Must Be Ten or Less)"

- Instruction #8 on the reverse side was changed *from:*

  > 8.   Enter the number of items ordered — this should correspond to the number of lines used. If this number has not been entered, the form will be returned to you for completion before the supplier is allowed to fill it.

  *to:*

  > 8.   Enter the number of *different* items ordered — this *generally* should correspond to the number of lines used. If *a* number has not been entered, the form will be returned to you for completion before the supplier is allowed to fill it.

These changes were made in an attempt to facilitate compliance with 21 CFR 1305.06(b) which reads:

> (b)   Only one item shall be entered on each numbered line. There are ten lines on each order form. If one order form is not sufficient to include all items in an order, additional forms shall be used. Order forms for carfentanil etorphine diprenorphine shall contain only these substances. The total number of items ordered shall be noted on that form in the space provided.

Please pass this information on to the appropriate personnel in your division. If you have any questions, please call.

Attachment

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019331

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384194



**U.S. Department of Justice**

**Drug Enforcement Administration**

*Washington, D.C. 20537*

APR 05 1993

Mr. Dan White
Director, Distribution Projects
   and Regulatory Affairs
McKesson Drug Company
One Post Street
San Francisco, California  94104-5296

Dear Mr. White:

     Reference is made to your recent letter in which you asked
for clarification of the Drug Enforcement Administration's (DEA)
policy regarding the "Number of Items Ordered" box on DEA
Forms 222.

     We had hoped to eliminate much of the confusion regarding
the proper completion of order forms by changing the heading for
this box from "Number of Lines Completed" to "Number of Items
Ordered," but based upon your inquiry and others we have
received, it is apparent that some confusion still exists.

     In your letter, you cited as an example an instance where a
purchaser has used five lines on a DEA Form 222 to order
controlled substances.  Line #1 and line #4 both contain entries
for the same product and package size, i.e. "1 x 100 Ritalin Tab
5mg."  You asked whether the "Number of Items Ordered" would be
"five" or "four."

     Section 1305.06 (c) of Title 21 of the Code of Federal
Regulations (CFR) specifies that "An item shall consist of one or
more commercial or bulk containers of the same finished or bulk
form and quantity of the same substance; a separate item shall be
made for each commercial or bulk container of different finished
or bulk form, quantity or substance."  It is our position,
therefore, that in the example you cited, four items were
ordered.  If the purchaser in this case had erroneously indicated
that five items had been ordered (most likely based on the fact
that five lines had been completed), we would deem this to be a
minor error which could be corrected.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019332**

CONFIDENTIAL                                          CAH_MDL_PRIORPROD_DEA07_01384195

Mr. Dan White                                                    Page Two

        It has always been our intent to keep all of our Diversion
Investigators knowledgeable about interpretations of the
Controlled Substances Act and implementing regulations as well as
DEA policy.  If you are aware of any inconsistencies in our field
offices' interpretation of the CSA, the regulations or DEA
policy, please bring it to Ms. Carter's or my attention so the
situation can be rectified.

        If I can be of further assistance, please let me know.

                                Sincerely,

                                G. Thomas Gitchel, Chief
                                Liaison and Policy Section
                                Office of Diversion Control

**FOIA Confidential
Treatment Requested By
Cardinal**

                                                        **CAH SWE 019333**

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384196



**U.S. Department of Justice**

**Drug Enforcement Administration**

_Washington, D.C. 20537_

MAY 1 8 1993

Ms. Diane P. Goyette
Director of Regulatory Affairs
National Wholesale Druggists' Association
P.O. Box 2219
Reston, Virginia  22090-0219

Dear Ms. Goyette:

    This is in response to your letter of March 8, 1993,
regarding the issues raised at the National Wholesale Druggists'
Association's (NWDA) Regulatory Affairs Working Group meeting in
San Antonio.

    The issues raised at the meeting are important and we look
forward to continuing to work with the NWDA on matters concerning
compliance with Federal and state laws and regulations governing
controlled substances.  We have relayed the working group's
concerns regarding consistency in the Drug Enforcement
Administration's interpretation of policy to all of our field
offices.  We have also reminded them that responses to policy
questions should be made in writing if requested by the
registrant.

    Thank you for allowing members of the Office of Diversion
Control staff to meet with you.  We believe that by sharing
concerns and ideas to prevent the diversion of legitimate
controlled substance, both DEA's mission and NWDA's needs will be
met.

                                        Sincerely,

                                        G. Thomas Gitchel, Chief
                                        Liaison and Policy Section
                                        Office of Diversion Control

1973   1993

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019334

CAH_MDL_PRIORPROD_DEA07_01384197



**U.S. Department of Justice**

**Drug Enforcement Administration**



JUN 23 1993

Mr. Larry L. Holland
Corporate Director
Security and Regulatory Compliance
Alco Health Services Corporation
P.O. Box 959
Valley Forge, Pennsylvania  19482

Dear Mr. Holland:

This is in response to your letter of April 22, 1993, in which you question the use of a former owner's Drug Enforcement Administration (DEA) registration by the new owner following the purchase of a pharmacy. There have been certain instances recently which have resulted in our reevaluating the circumstances under which these procedures may be used.

It is DEA's policy that upon purchasing a pharmacy the new owner must obtain a new DEA registration prior to dispensing controlled substances. However, we recognize that there may be occasions when, due to circumstances beyond the new owner's control, issuance of the appropriate state permits and, consequently, the new DEA registration may be delayed. In such situations, it may be permissible for the new owner to continue the business of the pharmacy under the previous owner's registration, provided certain conditions are met by both new and old owners.

The primary condition is that both the buyer and seller enter into a power of attorney that specifically sets forth the following:

1.  The seller agrees to allow the controlled substance activities of the pharmacy to be carried out under the seller's DEA registration;

2.  The seller agrees to allow the buyer to carry out the controlled substance activities of the pharmacy, including the ordering of controlled substances, as an agent of the seller;

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019335**

CAH_MDL_PRIORPROD_DEA07_01384198

Mr. Larry L. Holland                                        Page Two

3.  The seller acknowledges that, as the registrant, they will be held accountable for any violations of controlled substance laws which may occur; and

4.  The buyer agrees that the controlled substance activities of the pharmacy may be carried out under the seller's registration for no more than 45 days after the purchase date, which shall be recorded in the agreement.

In addition, the buyer must notify the appropriate local DEA office of the proposed use of the seller's DEA registration and, if requested, furnish a copy of the agreement. Should circumstances warrant, the local DEA office may withhold permission for the buyer to use the seller's registration number. The buyer cannot automatically assume that they will be authorized to utilize the seller's registration to conduct controlled substance activities.

With respect to your concerns regarding good faith verifications under such conditions, the best approach is to require that a copy of the power of attorney be provided with the copy of the registration certificate.

I trust the above adequately addresses your concerns. If you have any further questions or comments, please do not hesitate to contact this office at (202) 307-7297.

Sincerely,

G. Thomas Gitchel, Chief
Liaison and Policy Section
Office of Diversion Control

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019336**

CONFIDENTIAL                                          CAH_MDL_PRIORPROD_DEA07_01384199

**Cardinal Health** _____

| TO | | DATE: | June 29, 1993 |
|----|----|----|----|

TO   Tom Blaylock/*National Specialty Serv.*
John Dewees/*Marmac*
Paul Exley/*Ohio Valley*
Ron Franks/*Daly*
Rick Gliot/*Chapman*
Ben Jones/*Bailey*
Brian Landry/*Mississippi*
Doug Pace/*Florida*
John Roth/*Solomons*
Carol Verrastro/*Ellicott*
Pete Westermann/*Syracuse*

DATE: June 29, 1993

FROM: Steve Reardon/*Daly*

SUBJ: **DEA Policy**

CC:    George Bennett/*Dublin*

_____

Typically, local DEA offices are willing to provide registrants with regulatory policy interpretations but are hesitant to put these interpretations in writing. However, according to the attached letter, the field offices have recently been instructed to respond to policy questions in writing if requested by the registrant. In response to this new directive from Washington, our policy should be to ask for all interpretations of DEA regulations and policies or approvals of procedures for your operation to be put in writing. This practice will protect us against potential violations that could result when being inspected by DEA investigators who disagree with the interpretation or are new to the local office. If the local office is hesitant to put something in writing, please feel free to provide them with a copy of this letter or contact me, and I will handle it.

If you have any questions, please call.

Attachment

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019337

CAH_MDL_PRIORPROD_DEA07_01384200

# Cardinal Health

| | | |
|---|---|---|
| TO: | Sales and Operations Personnel<br>Linda Zarlengo | DATE: August 25, 1993 |
| | | FROM: Steve Reardon |
| CC: | George Bennett<br>Pete Westermann | SUBJ: |
| | | Change of Pharmacy Ownership:<br>DEA Policy |

Change of pharmacy ownership and continuing operation on a previous owner's DEA registration is an issue which has created ongoing confusion and inconvenience for us and our customers because of varying local DEA interpretations as to whether or not this is allowed.

DEA Headquarters recently documented DEA's official policy in the attached letter, which states that continued operation is permissible when certain conditions are met by both the current and previous owners.

The primary condition is that both the buyer and seller enter into a power of attorney that specifically sets forth the following:

1. The seller agrees to allow the controlled substance activities of the pharmacy to be carried out under the seller's DEA registration;

2. The seller agrees to allow the buyer to carry out the controlled substance activities of the pharmacy, including the ordering of controlled substances, as an agent of the seller;

3. The seller acknowledges that, as the registrant, they will be held accountable for any violations of controlled substance laws which may occur; and

4. The buyer agrees that the controlled substance activities of the pharmacy may be carried out under the seller's registration for no more than 45 days after the purchase date, which shall be recorded in the agreement.

Prior to selling to the new owner, you should obtain a copy of the power of attorney and file it with the copy of the previous owner's DEA registration certificate.

In addition, you must monitor the 45-day limit on controlled substance activity imposed as part of this policy.

If you have any questions, please call.

Attachment

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019338

CAH_MDL_PRIORPROD_DEA07_01384201

# Cardinal Health ━━━━━━━━━━━━━━━━━━━━━

| | | |
|---|---|---|
| **TO** | Sales and Operations Personnel | **DATE** August 25, 1993 |
| | | **FROM** Steve Reardon *Steve* |
| **CC:** | George Bennett | **SUBJ** |
| | | **Mid-Level Practitioners (MLPs)** |

The Drug Enforcement Administration (DEA) published a final rule in the June 4 Federal Register establishing a new category of DEA registrants, *mid-level practitioners (MLPs)*. The rule defines MLP as "an individual practitioner... other than a physician, dentist, veterinarian, or podiatrist, who is licensed, registered, or otherwise permitted by the United States or the jurisdiction in which he/she practices, to dispense a controlled substance in the course of professional practice." Examples of MLPs include nurse practitioners, nurse midwives, nurse anesthetists, clinical nurse specialists, and physician assistants.

MLPs will now be registered with DEA, but their authority to prescribe, dispense, and order controlled substances is granted by the state in which they practice and varies greatly among the states and types of MLPs (see attached). The final rule places responsibility for verifying this authority on the supplier, a complicated task at best.

I don't believe MLPs represent a significant new class of customers who would generate large volume sales and, because of the compliance difficulties posed by the authority verification responsibility, recommend that we do not sell directly to them. However, if this turns out not to be the case, we can reevaluate this position.

Please pass this information along to the appropriate staff in your division. If you have any questions, please call.

*NOTE:*   The new MLP registration number will begin with the letter "M" rather than the letters "A" or "B" currently used for traditional practitioners.

Attachment

*Distribution:*

| | | | |
|---|---|---|---|
| Denzel Bibey | Paul Exley | Bernie Livingston | Roy Stromski |
| Dave Blaylock | Rick Gliot | Gene Morrow | Jeff Tuller |
| Tom Blaylock | Pat Jensen | Patrick O'Connor | Mike Vaughan |
| Jim Bonanni | Lindsley Keeton | Doug Pace | Carol Verrasiro |
| Terry Brown | John Kilgour | Alan Phair | Pete Westermann |
| Chip Caney | Les Killebrew | Sherry Rahn | |
| John Dewees | Brian Landry | John Roth | |

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019339

CONFIDENTIAL



# National Wholesale Druggists' Association

Dwight A. Steffensen, Chairman of the Board
Ronald J. Streck, President & CEO

P.O. Box 238, Reston, VA 22090-0219  Fax # 703/787-6930
1821 Michael Faraday Drive, Suite 400, Reston, VA 22090-5348 • 703/787-0000

August 20, 1993

TO:      Active Member CEO's
         Government Affairs Committee
         Regulatory Affairs Working Group

FROM:    Diane Goyette
         Director of Regulatory Affairs

         Robin Pollini
         Regulatory Analyst

SUBJECT:   DEA Mid-level Practitioner Rule:  Information on State Prescribing Authority

As previously reported to you, the Drug Enforcement Administration (DEA) published a final rule in the June 4 *Federal Register* establishing a new category of DEA registrants.  Under this rule, mid-level practitioners (MLPs), such as physician assistants and nurse practitioners, will obtain and use their own DEA numbers to prescribe, dispense and order controlled substances, subject to state requirements.  The rule went into effect on July 1, 1993.  We have attached a copy of a June 1993, *Government Update* article outlining the new regulations (**Attachment A**).

MLPs will now be registered with DEA, but their authority to dispense controlled substances is granted by the state in which they practice.  The final rule places the responsibility for verifying the degree of the MLP's authority to order and prescribe controlled substances on pharmacists, wholesalers and other parties in the distribution chain.  Because prescribing authority varies so widely among states and types of MLPs, wholesalers need to be familiar with the restrictions imposed by each state that they service.

NWDA has developed the enclosed materials to familiarize you with the MLP prescribing authority in each state.  We hope you will find them helpful in determining your obligations under the new DEA rule.  The materials are based on information received from the National Association of Boards of Pharmacy, the American Academy of Physician Assistants, the American Nurses Association and various state authorities.  In addition to the *Government Update* article, we have included the following:

**Mid-Level Practitioner Prescribing Authority by State Chart (Attachment B)** – This chart provides information on the prescribing authority, per state, for the following MLPs: doctors of homeopathy, physician assistants, advanced registered nurse practitioners, "other nurses" and optometrists.  *This is only a partial list, containing information on the*

N · A

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019340

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384203

*more commonly encountered MLPs.* It should be noted that other practitioners may be covered under the MLP rule. For the purposes of this chart, the term "other nurses" includes clinical nurse specialists, nurse midwives, certified registered nurse anesthetists and various nurse practitioner specialists.

The chart takes each state and assigns the five MLP groups a number representing their prescribing authority under that state's regulations. MLPs with independent prescribing authority (category 1) or limited prescribing authority (category 3) are probably of the most concern to you as a wholesaler because these MLPs have the greatest degree of authority to prescribe. Dependent describing authority (category 2) in some states may also be of concern. A description of the categories appears at the beginning of the chart.

**Notes on Dependent and Limited Mid-Level Practitioner Prescribing Authority, by State (Attachment C)** - These notes accompany the chart to provide additional information on dependent and limited prescribing authority for physician assistants and nurses. Accordingly, each category 2 and 3 listing on the chart has a corresponding explanation in the notes. Many of the chart entries for other nurses "vary." Where this variation could not be covered in the notes, you will need to contact the state for more information.

**State Contact Listings (Attachment D)** - Because there are so many different types of MLPs and the prescribing authority for each of these MLPs varies widely by state, you may need to supplement the enclosed information by contacting the states for more information. The contacts at the state Boards of Pharmacy and state licensing agencies listed in this package should be able to answer any questions that you have regarding MLP prescribing authority.

We hope that the enclosed materials will assist you in responding to the requirements of the new DEA mid-level practitioner rule. As new information becomes available we will update these materials for your use. If you have questions regarding the enclosed materials or the mid-level practioner rule, please contact Robin Pollini, NWDA Regulatory Analyst, Ext. 242.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

## ATTACHMENT A



★★★★★ GOVERNMENT ★★★★★

*Update*

National Wholesale Druggists' Association   PO Box 2219. Reston. VA 22090 • 703/787-0000

**Vol. 13 No. 6**                                        June 1993

# DEA Now Registers MLPs

## Changes Could Pose New Burdens For Pharmacists, Wholesalers

The Drug Enforcement Administration (DEA) published a final rule in the June 4 *Federal Register* establishing a new category of DEA registrants. Under the new rule, which goes into effect on July 1, 1993, mid-level practitioners (MLPs) will obtain and use their own DEA numbers in dispensing controlled substances, subject to restrictions imposed by their state of practice.

The final rule defines an MLP as "an individual practitioner...other than a physician, dentist, veterinarian, or podiatrist, who is licensed, registered, or otherwise permitted by the United States or the jurisdiction in which he/she practices, to dispense a controlled substance in the course of professional practice." DEA considers "dispensing" to include administering, prescribing and directly dispensing — delivering to the ultimate user — controlled substances. Examples of MLPs include nurse practitioners, nurse midwives, nurse anesthetists, clinical nurse specialists and physician assistants.

Until now, MLPs have used the DEA number of their supervising practitioner or institution, again subject to state requirements. The new MLP registration numbers will begin with the letter "M" rather than the letters "A" or "B," currently used for traditional practitioners, so they can be identified as a separate registration category.

Although MLPs now will be registered with DEA, their authority to dispense controlled substances is granted by the state in which they practice and varies widely. In the final rule, DEA acknowledges that verifying MLP dispensing authority will pose difficulties, but notes that it will be the responsibility of pharmacists, wholesalers and other parties in the distribution chain to contact the appropriate state officials to verify the degree of dispensing authority an MLP has been granted.

The burden of this verification is expected to fall primarily on pharmacists, who most commonly will receive orders for controlled substances in the form of individual prescriptions from MLP prescribers. However, drug wholesalers also can expect to handle orders for controlled substances bearing the M-designated DEA number. The unique number format should alert wholesalers to the fact that an MLP customer may or may not be authorized to order controlled substances in a given state. Since this authority varies so widely, wholesalers need to be familiar with the restrictions imposed by each state it services.

NWDA currently is compiling information on the states' laws governing MLPs, and will distribute this information to members as soon as it is complete.

**FOIA Confidential Treatment Requested By Cardinal**

CAH SWE 019342

CONFIDENTIAL                              CAH_MDL_PRIORPROD_DEA07_01384205

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384206

CAH SWE 019343

## ATTACHMENT B

### MID-LEVEL PRACTITIONER (MLP) PRESCRIBING AUTHORITY BY STATE

This table provides information on state prescribing authority for a limited number of mid-level practitioners (MLPs).  Please note that for the purposes of this chart, the term "other nurses" includes clinical nurse specialists, nurse practitioners and various nurse practitioner specialists.  The codes used to describe the authority granted in each state are as follows:

1 - Independent prescribing authority:  The MLP has independent authority to order or prescribe controlled and non-controlled substances.

2 - Dependent prescribing authority:  The MLP may order or prescribe certain controlled substances under the supervision of a physician.  See the notes that accompany this table for specific requirements by state.

3 - Limited prescribing authority:  The MLP's prescribing authority is limited to certain types of drugs.  See the notes that accompany this table for specific restrictions by state.

4 - The MLP may not order or prescribe controlled and non-controlled substances.

"vary" - Prescribing authority varies among different types of nurses.  Contact the state for more information.

| STATE | DOCTOR OF HOMEOPATHY | PHYSICIAN ASST | ADVANCED REGISTERED NURSE PRACTITIONERS | OTHER NURSES | OPTOMETRISTS |
|---|---|---|---|---|---|
| Alabama | 4 | 4 | 4 | 4 | 4 |
| Alaska | 4 | 2 | 1 | 2 | 4 |
| Arizona | 1 | 2 | 1,2 | 4 | 1 |
| Arkansas | 1 | 4 | 4 | 4 | 1 |
| California | 4 | 4 | 3 | vary | 4 |
| Colorado | 4 | 2 | 2 | vary | 4 |
| Connecticut | 4 | 4 | 2 | vary | 4 |

| STATE | DOCTOR OF HOMEOPATHY | PHYSICIAN ASST | ADVANCED REGISTERED NURSE PRACTITIONERS | OTHER NURSES | OPTOMETRISTS |
|---|---|---|---|---|---|
| Delaware | 4 | 4 | 4 | 4 | 4 |
| District of Columbia | 4 | 2 | 2 | 2 | 1 |
| Florida | 4 | 4 (see notes) | 2 | 4 | 1 |
| Georgia | 4 | 4 | 4 (see notes) | 4 | 1 |
| Hawaii | 4 | 4 | 4 | 4 | 4 |
| Idaho | 4 | 2 | 1 | vary | 1 |
| Illinois | 4 | 4 | 4 | 4 | 4 |
| Indiana | 4 | 4 | 4 | 4 | 1 |
| Iowa | 4 | 2 | 3 | 4 | 1 |
| Kansas | 4 | 2 | 2 | 4 | 1 |
| Kentucky | 4 | 4 | 4 | 4 | 3,4 |
| Louisiana | 4 | 4 | 4 | 4 | 4 |
| Maine | 4 | 2 | 2 | vary | 4 |
| Maryland | 4 | 4 | 2 | vary | 4 |
| Massachusetts | 4 | 2 | 4 | vary | 4 |
| Michigan | 4 | 2 | 2 | 2 | 4 |
| Minnesota | 4 | 2 | 2 | vary | 4 |
| Mississippi | 4 | 4 | 2 | vary | 4 |
| Missouri | 4 | 2 | 4 | 4 | 1 |

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019344**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384207

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384208

CAH SWE 019345

| STATE | DOCTOR OF HOMEOPATHY | PHYSICIAN ASST | ADVANCED REGISTERED NURSE PRACTITIONERS | OTHER NURSES | OPTOMETRISTS |
|---|---|---|---|---|---|
| Montana | 4 | 3 | 1 | vary | 1 |
| Nebraska | 4 | 2 | 2 | 2 | 1 |
| Nevada | 1 | 2 | 2 | 4 | 4 |
| New Hampshire | 4 | 2 | 1 | vary | 4 |
| New Jersey | 4 | 4 | 4 | vary | 3 |
| New Mexico | 4 | 2 | 2 | vary | 1 |
| New York | 4 | 2 | 1 | vary | 4 |
| North Carolina | 4 | 2 | 2 | vary | 1 |
| North Dakota | 4 | 2 | 2 | 2 | 1 |
| Ohio | 4 | 4 | 4 | vary | 1 |
| Oklahoma | 4 | 4 | 4 | 4 | 3 |
| Oregon | 4 | 2 | 1 | vary | 1 |
| Pennsylvania | 4 | 4 | 4 | 4 | 4 |
| Puerto Rico | 4 | 4 | 4 | 4 | 4 |
| Rhode Island | 4 | 2 | 3 | vary | 1,4 |
| South Carolina | 4 | 2 (see notes) | 2 | vary | 4 |
| South Dakota | 4 | 2 | 2 | 4 | 1 |
| Tennessee | 4 | 4 | 2 | vary | 1 |
| Texas | 4 | 2 | 2 | vary | 1 |

| STATE | DOCTOR OF HOMEOPATHY | PHYSICIAN ASST | ADVANCED REGISTERED NURSE PRACTITIONERS | OTHER NURSES | OPTOMETRISTS |
|---|---|---|---|---|---|
| Utah | 4 | 2 | 2 | vary | 2 |
| Vermont | 4 | 2 | 1 | vary | 4 |
| Virginia | 4 | 4 (see notes) | 2 | vary | 1,4 |
| Washington | 4 | 2 | 1 | 1 | 4 |
| West Virginia | 4 | 2 | 3 | 4 | 4 |
| Wisconsin | 4 | 2 | 4 | 4 | 4 |
| Wyoming | 4 | 2 | 1,2 (see notes) | 4 | 4 |

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019346**

CAH_MDL_PRIORPROD_DEA07_01384209