## Divisional Licensure By State

6/8/98

| Alabama | Alaska | Arizona | Arkansas | California | Colorado |
|---|---|---|---|---|---|
| Calumet City<br>Cord Logistics<br>Jackson<br>Knoxville<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Savannah | Auburn<br><br><br><br><br>Out of State Licensure Not Required | Phoenix<br><br><br><br><br>Out of State Licensure Not Required | Cord Logistics<br>Jackson<br>Kansas City<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>St. Louis<br>Williams Drug | Auburn<br>Calumet City<br>Cord Logistics<br>National PharmPak<br>NSS-Nashville<br>Ontario<br>Sacramento<br>Union City<br>Valencia | Albuquerque<br>Cord Logistics<br>Denver<br>Lakeland<br>NSS-Nashville<br>PharmPak<br>Williams Drug |

| Connecticut | Delaware | Dist. of Col. | Florida | Georgia | Georgia cont'd. |
|---|---|---|---|---|---|
| Allentown<br>Boston<br>Cord Logistics<br>Hartford<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Syracuse<br>Williams Drug | Allentown<br>Boston<br>Cord Logistics<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>Syracuse<br>Williams Drug | Allentown<br>Cord Logistics<br>NSS-Albuquerque<br>NSS-Nashville<br>Wheeling | Calumet City<br>Cord Logistics<br>Jackson<br>Knoxville<br>Lakeland<br>NSS-Nashville<br>PharmPak<br>Savannah<br>Syracuse<br>Williams Drug<br>Winston-Salem | Auburn<br>Boston<br>Calumet City<br>Cord Logistics<br>Denver<br>Knoxville<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Phoenix<br>Sacramento | Salt Lake City<br>Savannah<br>Waco<br>Wheeling<br>Winston-Salem<br>Williams Drug |

| Hawaii | Idaho | Illinois | Indiana | Iowa | Kansas |
|---|---|---|---|---|---|
| (blank)<br><br><br><br><br>Out of State Licensure Not Required | Auburn<br>Cord Logistics<br>Lakeland<br>Salt Lake City<br>Williams Drug<br>NSS-Nashville | Calumet City<br>Chicago<br>Cord Logistics<br>Kansas City<br>Lakeland<br>Milwaukee<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>St. Louis<br>Williams Drug | Calumet City<br>Chicago<br>Cord Logistics<br>NSS-Nashville<br>PharmPak<br>St. Louis<br>Williams Drug | Calumet City<br>Chicago<br>Cord Logistics<br>Kansas City<br>Lakeland<br>NSS-Albuquerque<br>Minneapolis<br>Williams Drug | Cord Logistics<br>Kansas City<br>Lakeland<br>NSS-Nashville<br>PharmPak<br>Williams Drug |

1

FOIA Confidential Treatment Requested By Cardinal

CONFIDENTIAL

CAH SWE 019370

CAH_MDL_PRIORPROD_DEA07_01384233

## Divisional Licensure By State

| Kentucky | Louisiana | Maine | Maryland | Massachusetts | Michigan |
|---|---|---|---|---|---|
| Out of State Licensure Not Required | Cord Logistics<br>Jackson<br>Knoxville<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Waco<br>Williams Drug | Allentown<br>Boston<br>Cord Logistics<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Syracuse<br>Williams Drug | Allentown<br>Boston<br>Cord Logistics<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Wheeling<br>Williams Drug | Boston<br><br>Out of State Licensure Not Required | Calumet City<br>Chicago<br>Cord Logistics<br>Lakeland<br>Milwaukee<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Syracuse<br>Williams Drug<br>Zanesville |
| Minnesota | Mississippi | Missouri | Missouri cont'd | Montana | Nebraska |
| Calumet City<br>Cord Logistics<br>Lakeland<br>Minneapolis<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Williams Drug | Cord Logistics<br>Jackson<br>Knoxville<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Williams Drug | Auburn<br>Chicago<br>Cord Logistics<br>Denver<br>Houston<br>Jackson<br>Kansas City<br>Knoxville<br>Lakeland | NSS-Nashville<br>Phoenix<br>Sacramento<br>Salt Lake City<br>St. Louis<br>Williams Drug<br>Winston-Salem<br>PharmPak | Auburn<br>Cord Logistics<br>Denver<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>Salt Lake City<br>Williams Drug | Out of State Licensure Not Required |
| Nevada | New Hampshire | New Jersey | New Mexico | New York | North Carolina |
| Cord Logistics<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>Phoenix<br>Sacramento<br>Salt Lake City<br><br>Valencia<br>Williams Drug | Allentown<br>Boston<br>Cord Logistics<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br><br>Williams Drug | Out of State Licensure Not Required | Albuquerque<br>Cord Logistics<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>Waco<br>Pharmpak<br><br>Williams Drug | Allentown<br>Boston<br>Cord Logistics<br>Lakeland<br>NSS-Nashville<br>PharmPak<br><br>Syracuse<br>Williams Drug | Cord Logistics<br>Knoxville<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Savannah<br>Wheeling<br>Williams Drug<br>Winston-Salem |

6/8/98

2

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019371

CAH_MDL_PRIORPROD_DEA07_01384234

## Divisional Licensure By State

| North Dakota | Ohio | Ohio cont'd. | Oklahoma | Oregon | Pennsylvania |
|---|---|---|---|---|---|
| Cord Logistics<br>Lakeland<br>Minneapolis<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Williams Drug | Auburn<br>Boston<br>Calumet City<br>Cord Logistics<br>Denver<br>Jackson<br>Knoxville<br>Lakeland | NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Phoenix<br>Salt Lake City<br>Syracuse<br>Wheeling<br>Williams Drug | Cord Logistics<br>Kansas City<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Syracuse<br>Waco<br>Williams Drug | Auburn<br>Cord Logistics<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Salt Lake City<br>Williams Drug | Allentown<br><br><br>Out of State Licensure Not Required |

| Rhode Island | South Carolina | South Dakota | Tennessee | Texas | Utah |
|---|---|---|---|---|---|
| Allentown<br>Boston<br>Cord Logistics<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Syracuse<br>Williams Drug | Out of State Licensure Not Required | Cord Logistics<br>Lakeland<br>Minneapolis<br>NSS-Nashville<br>Williams Drug | Cord Logistics<br>Jackson<br>Knoxville<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>St. Louis<br>Syracuse<br>Williams Drug | Albuquerque<br>Boston<br>Cord Logistics<br>Houston<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Waco<br>Williams Drug | Salt Lake City |

| Vermont | Virginia | Washington | West Virginia | Wisconsin | Wyoming |
|---|---|---|---|---|---|
| Allentown<br>Boston<br>Cord Logistics<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville | Allentown<br>Cord Logistics<br>Knoxville<br>Lakeland<br>NSS-Albuquerque<br>NSS-Nashville<br>Wheeling<br>Winston-Salem<br>Williams Drug | Auburn<br>Cord Logistics<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Spokane<br>Williams Drug | Allentown<br>Boston<br>Cord Logistics<br>Knoxville<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Wheeling<br>Williams Drug<br>Winston-Salem | Calumet City<br>Lakeland<br>Milwaukee<br>Minneapolis<br>NSS-Albuquerque<br>NSS-Nashville<br>PharmPak<br>Cord Logistics<br>Williams Drug | Cord Logistics<br>Denver<br>NSS-Nashville<br>Salt Lake City<br><br>Out of State Licensure Not Required |

6/8/98

3

FOIA Confidential Treatment Requested By Cardinal

CONFIDENTIAL

CAH SWE 019372

CAH_MDL_PRIORPROD_DEA07_01384235

## Divisional Distribution By State

| Alabama | Alaska | Arizona | Arkansas | California | Colorado |
|---|---|---|---|---|---|
| Cord<br>Jackson<br>Knoxville<br>National PharmPak<br>Savannah<br>Williams Drug | Auburn<br>Cord<br>NSS-Nashville | Cord<br>National PharmPak<br>Nss-Nashville<br>Phoenix<br>Williams Drug | Cord<br>Jackson<br>Kansas City<br>NSS-Nashville<br>St. Louis<br>Williams Drug | Auburn<br>Cord<br>National PharmPak<br>NSS-Nashville<br>Ontario<br>Sacramento<br>Union City<br>Valencia<br>Williams Drug | Albuquerque<br>Cord<br>Denver<br>National PharmPak<br>NSS-Nashville<br>Williams Drug |

| Connecticut | Delaware | Dist. of Col. | Florida | Georgia | Hawaii |
|---|---|---|---|---|---|
| Allentown<br>Boston<br>Cord<br>Hartford<br>National PharmPak<br>Williams Drug | Allentown<br>Cord<br>NSS-Nashville<br>Williams Drug | Allentown<br>Cord<br>NSS-Nashville<br>Wheeling | Cord<br>Jackson<br>Knoxville<br>Lakeland<br>National PharmPak<br>NSS-Nashville<br>Savannah<br>Williams Drug | Cord<br>Knoxville<br>National PharmPak<br>NSS-Nashville<br>Savannah<br>Williams Drug | Cord<br>NSS-Nashville<br>Ontario |

| Idaho | Illinois | Indiana | Iowa | Kansas | Kentucky |
|---|---|---|---|---|---|
| Auburn<br>Cord<br>NSS-Nashville<br>Salt Lake City<br>Williams Drug | Aurora<br>Cord<br>Kansas City<br>Lombard<br>Milwaukee<br>National PharmPak<br>NSS-Nashville<br>St. Louis<br>Williams Drug | Aurora<br>Cord<br>Lombard<br>National PharmPak<br>NSS-Nashville<br>St. Louis | Aurora<br>Cord<br>Kansas City<br>Lombard<br>Minneapolis<br>NSS-Nashville | Cord<br>Kansas City<br>National PharmPak<br>NSS-Nashville<br>Williams Drug | Cord<br>Knoxville<br>NSS-Nashville<br>St. Louis<br>Wheeling<br>Williams Drug |

7/14/98

1

FOIA Confidential Treatment Requested By Cardinal

CONFIDENTIAL

CAH SWE 019373

CAH_MDL_PRIORPROD_DEA07_01384236

## Divisional Distribution By State

| Louisiana | Maine | Maryland | Massachusetts | Michigan | Minnesota |
|---|---|---|---|---|---|
| Cord<br>Jackson<br>Knoxville<br>National PharmPak<br>NSS-Nashville<br>Waco<br>Williams Drug | Allentown<br>Boston<br>Cord<br>Hartford<br>National PharmPak<br>NSS-Nashville<br>Williams Drug | Allentown<br>Cord<br>National PharmPak<br>NSS-Nashville<br>Wheeling<br>Williams Drug | Allentown<br>Boston<br>Cord<br>Hartford<br>National PharmPak<br>NSS-Nashville<br>Williams Drug | Aurora<br>Cord<br>Lombard<br>Milwaukee<br>National PharmPak<br>NSS-Nashville<br>Williams Drug | Cord<br>National PharmPak<br>NSS-Nashville<br>Minneapolis<br>Williams Drug |

| Mississippi | Missouri | Montana | Nebraska | Nevada | New Hampshire |
|---|---|---|---|---|---|
| Cord<br>Jackson<br>Knoxville<br>National PharmPak<br>NSS-Nashville<br>Williams Drug | Cord<br>Kansas City<br>Lombard<br>National PharmPak<br>NSS-Nashville<br>St. Louis<br>Williams Drug | Cord<br>Denver<br>NSS-Nashville<br>Salt Lake City<br>Williams Drug | Cord<br>Denver<br>Kansas City<br>National PharmPak<br>NSS-Nashville | Cord<br>NSS-Nashville<br>Phoenix<br>Sacramento<br>Salt Lake City<br>Valencia<br>Williams Drug | Allentown<br>Boston<br>Cord<br>Hartford<br>NSS-Nashville<br>Williams Drug |

| New Jersey | New Mexico | New York | North Carolina | North Dakota | Ohio |
|---|---|---|---|---|---|
| Allentown<br>Boston<br>Cord<br>Hartford<br>National PharmPak<br>NSS-Nashville<br>Williams Drug | Albuquerque<br>Cord<br>National PharmPak<br>NSS-Nashville<br>Waco<br>Williams Drug | Allentown<br>Boston<br>Cord<br>Hartford<br>National PharmPak<br>NSS-Nashville<br>Williams Drug | Cord<br>Knoxville<br>National PharmPak<br>NSS-Nashville<br>Savannah<br>Wheeling<br>Winston-Salem<br>Williams Drug | Cord<br>Minneapolis<br>NSS-Nashville<br>Williams Drug | Aurora<br>Cord<br>Knoxville<br>National PharmPak<br>NSS-Nashville<br>Wheeling<br>Williams Drug |

7/14/98

2

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019374

CAH_MDL_PRIORPROD_DEA07_01384237

## Divisional Distribution By State

| Oklahoma | Oregon | Pennsylvania | Rhode Island | South Carolina | South Dakota |
|---|---|---|---|---|---|
| Cord<br>Kansas City<br>National PharmPak<br>NSS-Nashville<br>Waco<br>Williams Drug | Auburn<br>Cord<br>National PharmPak<br>NSS-Nashville<br>Salt Lake City<br>Williams Drug | Boston<br>Cord<br>National PharmPak<br>NSS-Nashville<br>Pennsylvania<br>Syracuse<br>Wheeling<br>Williams Drug | Allentown<br>Boston<br>Cord<br>Hartford<br>National PharmPak<br>NSS-Nashville | Cord<br>NSS-Nashville<br>Savannah<br>Williams Drug<br>Winston-Salem | Minneapolis<br>NSS-Nashville<br>Cord<br>Williams Drug |

| Tennessee | Texas | Utah | Vermont | Virginia | Washington |
|---|---|---|---|---|---|
| Cord<br>Jackson<br>National PharmPak<br>NSS-Nashville<br>Williams Drug | Albuquerque<br>Cord<br>Houston<br>National PharmPak<br>NSS-Nashville<br>Waco<br>Williams Drug | Cord<br>National PharmPak<br>NSS-Nashville<br>Salt Lake City<br>Spokane<br>Williams Drug | Allentown<br>Boston<br>Cord<br>Hartford<br>NSS-Nashville | Allentown<br>Cord<br>Knoxville<br>NSS-Nashville<br>Wheeling<br>Winston-Salem<br>Williams Drug | Auburn<br>Cord<br>National PharmPak<br>NSS-Nashville<br>Spokane |

| West Virginia | Wisconsin | Wyoming | | | |
|---|---|---|---|---|---|
| Allentown<br>Cord<br>Knoxville<br>National PharmPak<br>NSS-Nashville<br>Wheeling<br>Williams Drug | Aurora<br>Cord<br>Milwaukee<br>Minneapolis<br>National PharmPak<br>NSS-Nashville<br>Williams Drug | Cord<br>Denver<br>NSS-Nashville<br>Salt Lake City | | | |

3

7/14/98

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019375

CAH_MDL_PRIORPROD_DEA07_01384238