# Exhibit 2

Page 1

1              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2

3

    * * * * * * * * * * * * * * * * * * * * * *
4

THE CITY OF HUNTINGTON,
5
            Plaintiff,
6
vs.                                 CIVIL ACTION
7                                   NO. 3:17-01362
AMERISOURCEBERGEN DRUG
8   CORPORATION, et al.,
9            Defendants.
10  _____
11  CABELL COUNTY COMMISSION,
12           Plaintiff,
13  vs.                              CIVIL ACTION
                                     NO. 3:17-01665
14  AMERISOURCEBERGEN DRUG
    CORPORATION, et al.,
15
            Defendants.
16
    * * * * * * * * * * * * * * * * * * * * * *
17

18

19           Videotaped and Zoom videoconference
    deposition of CRAIG MCCANN, PH.D. taken by the
20  Defendants under the Federal Rules of Civil
    Procedure in the above-entitled action, pursuant to
21  notice, before Jennifer Vail-Kirkbride, a Registered
    Merit Reporter, on the 1st day of September, 2020.
22

23

24

Page 25

1   flagged or identified every shipment thereafter.

2   And a slight variation on that is to take whatever

3   the maximum of the trailing six calendar months was

4   at the time that first order is flagged and then

5   establish that as a sixth threshold and flag in any

6   subsequent month the shipments on a day that would

7   exceed -- cause the cumulative total for that month

8   to exceed this threshold and all additional orders

9   the rest of the month that would flag that

10  threshold.

11              THE VIDEOGRAPHER:  This is the

12  videographer.  I am sorry to interrupt.  I am not

13  sure if the court reporter is still on the call.

14  Jenny, are you there?

15              THE COURT REPORTER:  Yes, I'm here,

16  but I cannot see any pictures at all of the Zoom.

17  It's gone.  I'm just on the audio from my phone.

18              THE VIDEOGRAPHER:  Okay, excellent.  I

19  saw your picture disappear.  I wanted to make sure

20  you were still there.

21              THE COURT REPORTER:  Is there some

22  way, I can, like, try to get back in here in for a

23  minute?

24              MR. MOUGEY:  Yes, this is Peter

Page 26

1    Mougey.  Why don't we take the time.  I'm confident
2    it is difficult, without being able to see the
3    witnesses, to do what she needs to do.  Why don't we
4    take a quick break and see what we can do to get you
5    back up on video.
6                    THE COURT REPORTER:  Okay, thank you
7    very much.
8                    MR. WEIMER:  We can go off the record.
9                    THE VIDEOGRAPHER:  Going off the
10   record, the time is 10:03 A.M.
11                   (Recess at 10:03 A.M. until 10:11
12                   A.M.)
13                   THE VIDEOGRAPHER:  Now begins media
14   unit 2 in the deposition of Craig McCann.  We are
15   back on the record.  The time is 10:11 A.M.
16   BY MR. WEIMER:
17       Q.  Okay, Doctor McCann, you were in the midst
18   of describing what you referred to as sort of a
19   minor variation on the Masters methodology.  We had
20   a couple technical issues which we have sorted
21   out.  Was there more you wanted to say in order to
22   complete your description of that variation on the
23   Masters method?
24       A.  No.