# Exhibit 6

Christopher Zimmerman (AmerisourceBergen)

```
 1          IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF OHIO
 3                     EASTERN DIVISION
 4                         - - -
 5   IN RE:  NATIONAL     :  MDL NO. 2804
     PRESCRIPTION OPIATE  :
 6   LITIGATION           :
     ---------------------------------------------
 7                        :  CASE NO.
     THIS DOCUMENT        :  1:17-MD-2804
 8   RELATES TO ALL CASES:
                          :  Hon. Dan A.
 9                        :  Polster
10                         - - -
             Friday, August 3, 2018
11                         - - -
12   HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                CONFIDENTIALITY REVIEW
13                         - - -
14            Videotaped deposition of
     CHRISTOPHER ZIMMERMAN, taken pursuant to
15   notice, was held at the law offices of
     Reed Smith, LLP, Three Logan Square, 1717
16   Arch Street, Suite 3100, Philadelphia,
     Pennsylvania 19103, beginning at 9:00
17   a.m., on the above date, before Amanda
     Dee Maslynsky-Miller, a Certified
18   Realtime Reporter.
19                         - - -
20
21
22
             GOLKOW LITIGATION SERVICES
23      877.370.3377 ph| 917.591.5672 fax
                deps@golkow.com
24
```

Christopher Zimmerman (AmerisourceBergen)

1    Q.   Okay.  Before 1998, what was
2    the method of calculating a threshold at
3    AmerisourceBergen?
4         MR. NICHOLAS:  Same
5         objection.  Outside the scope of
6         the 30(b)(6).
7         THE WITNESS:  The method of
8         calculating the threshold prior to
9         that was that you would -- all
10        pharmacies would be in one
11        category, hospitals would be in
12        another category.  You take all
13        the pharmacies within that
14        category and divide by the number
15        of pharmacies to come up with an
16        average volume for the month per
17        drug category.  And then there was
18        a multiplier of three.  Any order
19        that was over the threshold amount
20        would be produced an excessive
21        order report.
22   BY MR. PIFKO:
23        Q.   But it would still be
24   shipped?

Christopher Zimmerman (AmerisourceBergen)

```
 1        A.    The product?
 2        Q.    Yes.
 3        A.    Yes.
 4        Q.    After 1998, what was the
 5   practice with respect to calculating
 6   thresholds?
 7              MR. NICHOLAS:  Same
 8        objection.  Outside the scope.
 9              THE WITNESS:  So in 1996, we
10        worked with DEA, for two years,
11        on -- in order to provide DEA with
12        more -- we feel, more accurate
13        information, that we worked on a
14        project to where we would identify
15        a customer based upon its own
16        purchase history versus all
17        pharmacies in one big bucket.
18              And then we calculated a
19        rolling four-month average of that
20        pharmacy's purchases.  And then
21        created a multiplier of three to
22        identify a trigger that would
23        identify a suspicious order.
24   BY MR. PIFKO:
```