UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **CITY OF HUNTINGTON,**<br>    Plaintiff,<br>v.<br>**AMERISOURCE BERGEN DRUG CORPORATION, et al.,**<br>    Defendants. | Civil Action No. 3:17-cv-01362 |
| **CABELL COUNTY COMMISSION,**<br>    Plaintiff,<br>v.<br>**AMERISOURCE BERGEN DRUG CORPORATION, et al.,**<br>    Defendants. | *Consolidated case:*<br>Civil Action No. 3:17-cv-01665 |

**APPENDIX OF SEALED EXHIBITS SUPPORTING PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE MARKETING OPINIONS OF DRS. ANNA LEMBKE, KATHERINE KEYES, ANDREW KOLODNY, AND JAKKI MOHR**

The following exhibits to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Marketing Opinions of Drs. Anna Lembke, Katherine Keyes, Andrew Kolodny, and Jakki Mohr, attached hereto, are being filed under seal:

Ex. D - Plaintiffs' Expert Witness A. Lembke Transcript of Deposition (Sept. 17, 2020)

Ex. G - Plaintiffs' Expert Witness K. Keyes Transcript of Deposition (Sept. 15, 2020)

Ex. N - Plaintiffs' Expert Witness G. Smith Transcript of Deposition (Sept. 22, 2020)

Ex. P - Plaintiffs' Expert Witness A. Kolodny Transcript of Deposition (Sept. 04, 2020)

Ex. Q - Plaintiffs' Expert Witness J. Mohr Transcript of Deposition (Sept. 21, 2020)

Ex. V - MCKMDL00353376

Dated: October 23, 2020

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Anthony J. Majestro* |
| Anne McGinness Kearse (WVSB No. 12547) | Anthony J. Majestro (WVSB No. 5165) |
| Joseph F. Rice | POWELL & MAJESTRO, PLLC |
| MOTLEY RICE LLC | 405 Capitol Street, Suite P-1200 |
| 28 Bridgeside Blvd. | Charleston, WV 25301 |
| Mount Pleasant, SC 29464 | 304-346-2889 / 304-346-2895 (f) |
| Tel: 843-216-9000 | amajestro@powellmajestro.com |
| Fax: 843-216-9450 | |
| akearse@motleyrice.com | /s/ *Paul T. Farrell, Jr.* |
| jrice@motleyrice.com | Paul T. Farrell, Jr. (WVSB No. 7443) |
| | FARRELL LAW |
| Charles R. "Rusty" Webb (WVSB No. 4782) | 422 Ninth Street, 3rd Floor |
| THE WEBB LAW CENTRE, PLLC | Huntington, WV 25701 |
| 716 Lee Street, East | Tel: (304) 654-8281 |
| Charleston, West Virginia 25301 | paul@farrell.law |
| Telephone: (304) 344-9322 | |
| Facsimile: (304) 344-1157 | Michael A. Woelfel (WVSB No. 4106) |
| rusty@rustywebb.com | WOELFEL AND WOELFEL, LLP |
| | 801 Eighth Street |
| | Huntington, West Virginia 25701 |
| | Tel. 304.522.6249 |
| | Fax. 304.522.9282 |
| | mikewoelfel3@gmail.com |

*On Brief:*

/s/ *Paulina do Amaral*
 Donald C. Arbitblit
 Paulina do Amaral
 Kelly McNabb
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500

Fax: 212-355-9592
pdoamaral@LCHB.com

Andrea Bierstein
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, NY 10016
212-784-6404
212-257-8482
abierstein@simmonsfirm.com

-3-

2053754.1

## CERTIFICATE OF SERVICE

I certify that on October 23, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to: Track2OpioidDefendants@ReedSmith.com and mdl2804discovery@motleyrice.com.

> /s/ *Paulina do Amaral*
> Paulina do Amaral