**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY FROM G. CALEB ALEXANDER**

## EXHIBIT B

G. CALEB ALEXANDER DEPOSITION TRANSCRIPT (09-18-2020)

SLIPSHEET ONLY – EXHIBIT FILED UNDER SEAL