**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY FROM G. CALEB ALEXANDER**

# EXHIBIT C

ROBERT J. RUFUS, DBA, CPA, CFF, CVA (EMERITUS)
CT2 EXPERT REPORT (08/27/2020)

SLIPSHEET ONLY – EXHIBIT FILED UNDER SEAL