**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY FROM G. CALEB ALEXANDER**

# EXHIBIT D

GEORGE A. BARRETT DEPOSITION TRANSCRIPT (09-21-2020)

SLIPSHEET ONLY – EXHIBIT FILED UNDER SEAL