**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY FROM G. CALEB ALEXANDER**

# EXHIBIT E

CHRISTINA MULLINS DEPOSITION TRANSCRIPT EXCERPT (07-14-2020) AT 148:6-151:11

SLIPSHEET ONLY – EXHIBIT FILED UNDER SEAL