## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CITY OF HUNTINGTON,
      Plaintiff,
v.
AMERISOURCE BERGEN DRUG
CORPORATION, et al.,
      Defendants.

Civil Action No. 3:17-cv-01362

_____

CABELL COUNTY COMMISSION,
      Plaintiff,
v.
AMERISOURCE BERGEN DRUG
CORPORATION, et al.,
      Defendants.

*Consolidated case:*
Civil Action No. 3:17-cv-01665

# PLAINTIFFS' SEALED APPENDIX IN SUPPORT OF MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY FROM G. CALEB ALEXANDER

This Appendix consists of the attached "Exhibit B – G. Caleb Alexander Deposition Transcript September 18, 2020," "Exhibit C – Robert J. Rufus CT2 Expert Report August 27, 2020," "Exhibit D – George A. Barrett Deposition Transcript September 21, 2020," and "Exhibit E – Christina Mullins Deposition Transcript July 14, 2020" to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Expert Testimony from G. Caleb Alexander (Doc. # 1111). These materials are filed under seal.

Dated: October 23, 2020

Respectfully submitted,

**THE CITY OF HUNTINGTON**
*/s/ Anne McGinness Kearse*
Anne McGinness Kearse
WVSB No. 12547
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
akearse@motleyrice.com
jrice@motleyrice.com

Linda Singer
David I. Ackerman
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com

Charles R. "Rusty" Webb
WV No. 4782
**THE WEBB LAW CENTRE**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

On Brief:

David D. Burnett
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-849-4976
Fax:  202-386-9622
dburnett@motleyrice.com

**CABELL COUNTY COMMISSION**
*/s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
WVSB Bar No. 7443
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
PO Box 1180
Huntington, West Virginia 25714-1180
Mobile: 304-654-8281
paul@farrell.law

*/s/ Anthony J. Majestro*
Anthony J. Majestro
WVSB No. 5165
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

Michael A. Woelfel
WVSB No. 4106
**WOELFEL AND WOELFEL, LLP**
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

Andrea Bierstein
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
212-257-8482
abierstein@simmons.com

David Ko
**KELLER ROHRBACH L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 428-0562
dko@kellerrohrback.com

Paulina do Amaral
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLC**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel:  212-355-9500
Fax:  212-355-9592
pdoamaral@LCHB.com

## CERTIFICATE OF SERVICE

I certify that on October 23, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to: Track2OpioidDefendants@ReedSmith.com and mdl2804discovery@motleyrice.com.

/s/ *Moniq́ue Christenson*
Monique Christenson (SC Bar No. 104063)
**MOTLEY RICE LLC**