# EXHIBIT D

Exhibit D – Excerpts of Plaintiffs' Expert Witness A. Lembke Transcript of Deposition (Sept. 17, 2020)
[FILED UNDER SEAL]


PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE MARKETING OPINIONS OF DRS. ANNA LEMBKE, KATHERINE KEYES, ANDREW KOLODNY, AND JAKKI MOHR

2053825.1