# EXHIBIT G

Exhibit G – Excerpts of Plaintiffs' Expert Witness K. Keyes Transcript of Deposition (Sept. 15, 2020)
[FILED UNDER SEAL]

Plaintiffs' Opposition to Defendants' Motion to Exclude Marketing Opinions of Drs. Anna Lembke, Katherine Keyes, Andrew Kolodny, and Jakki Mohr

2053707.1