# EXHIBIT I

IN THE DISTRICT COURT OF CLEVELAND COUNTY, STATE OF OKLAHOMA

STATE OF OK, AG OFFICE, MIKE HUNTER, REGGIE WHITTEN, MICHAEL BURRAGE   Attorney(s) for Plaintiff(s)

Plaintiff(s)

—vs—

Case No. CJ-2017-816 TB

PURDUE PHARMA L.P., et al   SANFORD COATS, LARRY OTTAWAY, ROBERT MCCAMPBELL   Attorney(s) for Defendant(s)

Defendant(s)

## SUMMARY ORDER

Date: 4/26/19   Court Reporter: A. Thagard   Judge: T. Balkman

The parties appear by counsel for oral arguments on the Defendants' Motions to Exclude Expert Testimony of Andrew Kolodny, Daniel Clauw, and William McAllister. After review of the briefs, legal authority, exhibits, and oral arguments, the Court overrules each of the motions. The State's Responses to Defendants' 12 O.S. § 2201 Motions are due May 1, 2019. Oral arguments on Defendants' Motions for Summary Judgment will be heard May 10, 2019 at 9:00 a.m. The parties are to address a protocol for appealing deposition designation decisions of Judge Hetherington in the pretrial conference order. The parties are to submit objections to deposition designations by May 17, 2019.

JUDGE