# EXHIBIT L

Exhibit L – Excerpts of Plaintiffs' Expert Witness G. Smith Transcript of Deposition (Sept. 22, 2020)
[FILED UNDER SEAL]

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE MARKETING OPINIONS OF DRS. ANNA LEMBKE, KATHERINE KEYES, ANDREW KOLODNY, AND JAKKI MOHR