# EXHIBIT P

Exhibit P – Excerpts of Plaintiffs' Expert Witness A. Kolodny Transcript of Deposition (Sept. 04, 2020)
[FILED UNDER SEAL]

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE MARKETING OPINIONS OF DRS. ANNA LEMBKE, KATHERINE KEYES, ANDREW KOLODNY, AND JAKKI MOHR