# EXHIBIT U




| HOME | REGISTRATION | REPORTING | RESOURCES | ABOUT US |

REPORTING > Automation of Reports and Consolidated Orders System (ARCOS)

## Automation of Reports and Consolidated Orders System (ARCOS)

**Get Email Updates:**

### Diversion Service Center

1-800-882-9539 (8:30 am-5:50 pm ET)

Fax: 202-307-8612

- ARCOS
- BCM Online
- Chemical Import/Export Declarations
- CSOS (Controlled Substances Ordering System)
- Theft/Loss Reporting
- Import/Export
- Medical Missions
- Quotas
- Registrant Record of Controlled Substances Destroyed
- Regulated Machines (Tableting and Encapsulating)
- Submit a Tip to DEA
- Year-End Reports

### ARCOS Reporting

**ARCOS Online Reporting System**

- Announcing ARCOS Online (PDF)
- Additional Enhancements to ARCOS Online (PDF)

**Electronic Data Interchange (EDI) Program**

- Download ARCOS EDI Request Form (PDF)

**ARCOS Participant Information Update Form (PDF)**

### Resources:

- ARCOS Registrant Handbook (or Download PDF version)
- National Drug Code Dictionary (TEXT)
  - Download Readme NDC Dictionary Instructions (TEXT)
- Retail Drug Summary Reports
- Questions & Answers
- ARCOS Reporting Notices
- Background: What is ARCOS and What Does it Do?
- ARCOS Bulletins
- Year 2000 Formatting Changes

### Background: What is ARCOS and What Does it Do?

The Controlled Substances Act of 1970 (§ 827) created the requirement for Manufacturers and Distributors to report their controlled substances transactions to the Attorney General. The Attorney General delegates this authority to the Drug Enforcement Administration (DEA).

ARCOS is an automated, comprehensive drug reporting system which monitors the flow of DEA controlled substances from their point of manufacture through commercial distribution channels to point of sale or distribution at the dispensing/retail level - hospitals, retail pharmacies, practitioners, mid-level practitioners, and teaching institutions. Included in the list of controlled substance transactions tracked by ARCOS are the following: All Schedules I and II materials (manufacturers and distributors); Schedule III narcotic and gamma-hydroxybutyric acid (GHB) materials (manufacturers and distributors); and selected Schedule III and IV psychotropic drugs (manufacturers only).

ARCOS accumulates these transactions which are then summarized into reports which give investigators in Federal and state government agencies information which can then be used to identify the diversion of controlled substances into illicit channels of distribution. The information on drug distribution is used throughout the United States (U.S.) by U.S. Attorneys and DEA investigators to strengthen criminal cases in the courts.

### Electronic Data Interchange (EDI) Program

November 10, 2009

**All ARCOS Registrants**

**RE: ARCOS Electronic Data Interchange (EDI) Program**

The Automation of Reports and Consolidated Orders System (ARCOS) Electronic Data Interchange (EDI) reporting system is now available to all DEA registered manufacturers and distributors. The ARCOS Unit encourages all ARCOS Participants to use the ARCOS EDI system to transmit required monthly or quarterly ARCOS reports. ARCOS EDI is a secure internet portal system that allows 24/7 reporting. A user's guide is available to ARCOS participants when the EDI system is accessed. Manufacturers and distributors who elect to report using the EDI system will no longer be required to mail their ARCOS reports to DEA.

The ARCOS EDI program has been designed to offer the following improvements and advantages to participating manufacturers and distributors:

- Prov des a cost effective method of subm tting transaction reports to DEA
- Faster processing and turnaround of transact on and error reports
- Help Desk assistance available to answer all questions

Transmitting data via the internet through the ARCOS EDI portal has eliminated the requirement for mailing diskettes and compact disks (CD) to the ARCOS Un t. CDs and diskettes are no longer accepted by the ARCOS Unit. Paper reporting using DEA Form-333 is also an acceptable reporting method.

To register for the program, the following **ARCOS EDI Request Form** must be completed and faxed or mailed to the Drug Enforcement Administration. Fax the completed form to the ARCOS Unit at 202-307-8612 or mail it to DEA Headquarters, Attn: ARCOS Unit, P.O. Box 2520, Springfield, VA 22152-2520. When DEA receives the EDI request form, the ARCOS Unit will contact the responsible individuals to set up user accounts and prov de all information needed for participation in the program. Please direct questions regarding the ARCOS EDI program to the ARCOS staff at (202) 307-8600 or ARCOS_Unit@usdoj.gov for email inquiries.

**ARCOS EDI Request Form (PDF)**





**HOME** | **CONTACT US** | **A-Z SUBJECT INDEX** | **PRIVACY NOTICE** | **WEBSITE ASSISTANCE**

| **REGISTRATION** | **REPORTING** | **RESOURCES** | |
|---|---|---|---|
| Applicat ons | ARCOS | Cases Against Doctors | National Prescript on Drug Take Back Day |
| Tools | BCM Online | Chemical Control Program | NFLIS |
| Resources | Chem cal Import/Export Declarations | CMEA (Combat Meth Ep demic Act) | Publ cations & Manuals |
| CMEA Required Training & Self-Certif cat on | CSOS (Controlled Substances Ordering System) | Controlled Substance Schedules | Questions & Answers |
| Quota Appl cations | Theft/Loss Reporting | DATA Waived Physicians | Signif cant Guidance Documents |
| **ABOUT US** | Import/Export | Drug Disposal Information | Synthetic Drugs |
| Program Description | Medical Missions | Drug and Chemical Information | Title 21 Code of Federal Regulations |
| Customer Service Plan | Registrant Record of Controlled Substances Destroyed | E-commerce Initiatives | Title 21 USC Codified CSA |
| DEA Forms & Appl cat ons | Quotas | Federal Agencies & Related Links | |
| Mailing Addresses | Reports Required by 21 CFR | Federal Register Not ces | |
| Meetings & Events | Submit a Tip to DEA | | |
| What's New | Year-End Reports | | |



U.S. DEPARTMENT OF JUSTICE • DRUG ENFORCEMENT ADMINISTRATION
Diversion Control Division • 8701 Morrissette Drive • Springfield, VA 22152 • 1-800-882-9539

**DEA.GOV** | **JUSTICE.GOV** | **USA.GOV** | **REGULATIONS.GOV**

DOJ Legal Policies and Disclaimers | DOJ Privacy Pol cy | FOIA | Section 508 Accessibil ty

https://www.deadiversion.usdoj.gov/arcos/index.html 2/2