IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

**SUPPLEMENTAL APPENDIX TO
REPLY IN SUPPORT OF
DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT:
NO RIGHT TO ABATEMENT**

**INDEX TO SUPPLEMENTAL APPENDIX**

|  | Page Range |
|---|---|
| **DEPOSITION EXCERPTS** |  |
| Thompson, Beth |  |
| July 23, 2020 | 1-4 |
| July 28, 2020 | 5-7 |

Dated: October 30, 2020