**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| THE CITY OF HUNTINGTON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| | Hon. David A. Faber |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, | |
| Defendants. | |
| CABELL COUNTY COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| | Hon. David A. Faber |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, | |
| Defendants. | |

**SUPPLEMENTAL APPENDIX TO
REPLY IN SUPPORT OF
DEFENDANTS' MOTION TO EXCLUDE
<u>EXPERT TESTIMONY OF THOMAS McGUIRE</u>**

**INDEX TO SUPPLEMENTAL APPENDIX**

|  | Page Range |
|---|---|
| **DEPOSITION EXCERPTS** |  |
| Wright, Kyle J. (February 28, 2019) | 1-2 |
| Prevoznik, Thomas (April 17, 2019) | 3-4 |
| **REPORT EXCERPTS** |  |
| McGuire, Thomas (March 25, 2019) | 5-9 |

Dated: October 30, 2020