IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG<br>CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG<br>CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 3:17-01655<br>Hon. David A. Faber |

**APPENDIX TO
DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION *IN LIMINE* FOR AN ORDER
<u>RULING IQVIA DATA ADMISSIBLE</u>**

1

## INDEX TO APPENDIX

|  | Page Range |
|---|---|
| **DEPOSITIONS AND REPORTS** |  |
| Keller, Lacey R. |  |
| Deposition – Track 2 (excerpts)  (September 18, 2020) | 1-15 |
| Exhibit 7 - IQVIA, Prescription Information (accessed Sept. 15, 2020), https://www.iqvia.com/locations/united-states/solutions/commercial-operations/essential-information/prescription-information | 16-19 |
| Report – Track 1 (excerpts) (April 15, 2019) | 20-23 |
| Report – Track 2 (excerpts) (August 3, 2020) | 24-26 |
| Report – New York (excerpts) (January 15, 2020) | 27-29 |
| **OTHER DOCUMENTS** |  |
| Letter from IQVIA to Allergen Finance, LLC (July 25, 2018) | 30-32 |

October 30, 2020