# EXHIBIT 4

```
 1         IN THE UNITED STATES DISTRICT COURT
 2       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3
     - - - - - - - - - - - - - - - - - - - - - - - x
 4   THE CITY OF HUNTINGTON,
 5                       Plaintiff,
 6        vs.                    Civil Action No.
                                    3:17-01362
 7   AMERISOURCEBERGEN DRUG
     CORPORATION, et al.,
 8
                         Defendants.
 9   - - - - - - - - - - - - - - - - - - - - - - - x
     CABELL COUNTY COMMISSION,
10
                         Plaintiff,
11
          vs.                    Civil Action No.
12                                  3:17-01665
13   AMERISOURCEBERGEN DRUG
     CORPORATION, et al.,
14
                         Defendants.
15   - - - - - - - - - - - - - - - - - - - - - - - x
16                  September 4, 2020
                       9:00 a.m.
17
18       VIDEO RECORDED DEPOSITION of ANDREW KOLODNY, M.D., an
19   Expert Witness for the Plaintiff herein, held remotely via
20   Zoom before Sara K. Killian, a Registered Professional
21   Reporter, Certified Court Reporter and Notary Public of
22   the State of New York.
23
24
25
```

Page 211

1  pharmacies.
2  It's a coordinated campaign that
3  involves the distributors, not just the
4  manufacturers.
5  Q.  I'm sorry.  Go ahead.
6  A.  To answer your question, on this
7  team, to increase prescribing, the staff for the
8  manufacturer are the ones visiting the doctor.
9  That's the role played by the staff.  But on that
10 team, meaning engaged in an effort to directly
11 market to prescribers, distributors are on that
12 team.
13 Q.  What I wanted to focus on is calling
14 doctors directly.
15 Is it your understanding that that's
16 done by manufacturers?  Manufacturers call on
17 doctors to prescribe particular products?
18 A.  So on this team, to increase the
19 sales to sell more opioids, different players on
20 the team have their role.  The role of visiting
21 doctors, the staff who do that, they work for the
22 manufacturer.
23 Q.  And is it that staff that is
24 responsible for describing the attributes and
25 characteristics of the product to individual

Page 212

1  doctors?
2             MS. DICKINSON:  Objection to form.
3       A.    The player on this team to increase
4  sales that talks to the doctors and promotes the
5  product directly in a conversation with the
6  doctor, that would be a staff person working for a
7  manufacturer.
8       Q.    Am I right that in the industry
9  manufacturers are the ones who provide the
10 information to individual doctors about the
11 attributes and characteristics of particular
12 drugs?
13            MS. DICKINSON:  Objection to form.
14      A.    Manufacturers can do that directly
15 through sales reps or those messages can be
16 communicated indirectly to prescribers through a
17 variety of mechanisms that in some cases involve
18 distributors, like distributors running services
19 to publish journal articles that a doctor wants to
20 read that can have deceptive information in them.
21 But the visiting of the doctor -- again, the
22 marketing to the doctor involves more than just a
23 sales rep visiting that doctor.  Much more.
24            But when we're talking about somebody
25 visiting that doctor in their office, that role is