Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

* * * * * * * * * * * * * * * * * * * * * *

THE CITY OF HUNTINGTON,

        Plaintiff,

vs.                                 CIVIL ACTION
                                     NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
        Defendants.
_____
CABELL COUNTY COMMISSION,
        Plaintiff,
vs.                                 CIVIL ACTION
                                     NO. 3:17-01665
AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

        Defendants.

* * * * * * * * * * * * * * * * * * * * * *


       Videotaped and Zoom video conference deposition of JAMES RAFALSKI taken by the Defendants under the Federal Rules of Civil Procedure in the above-entitled action, pursuant to notice, before Jennifer Vail-Kirkbride, a Registered Merit Reporter, on the 11th day of September, 2020.

```
 1                      APPEARANCES:
 2   APPEARING FOR THE PLAINTIFFS:
 3          Michael J. Fuller, Esquire (via Zoom)
            Kathleen Knight, Esquire (via Zoom)
 4          A.J. Elkins, Esquire (via Zoom)
            Amy Quezon, Esquire (via Zoom)
 5          MCHUGH FULLER LAW GROUP
            108 1/2 Capitol Street
 6          Suite 300
            Charleston, WV  25304
 7
 8   APPEARING FOR THE DEFENDANT McKESSON CORPORATION:
 9          Paul Schmidt, Esquire (via Zoom)
            Christopher Eppich, Esquire (via Zoom)
10          Megan E. Monaghan, Esquire (via Zoom)
            COVINGTON & BURLING
11          One City Center
            850 Tenth Street NW
12          Washington, DC  20001
13
     APPEARING FOR THE DEFENDANT CARDINAL HEALTH:
14
            Raymond S. Franks, II, Esquire (via Zoom)
15          CAREY DOUGLAS KESSLER & RUBY, PLLC
            707 Virginia Street East
16          #901
            Charleston, WV  25301
17          304.345.1234
18          Suzanne Salgado, Esquire (via Zoom)
            Jennifer Wicht, Esquire (via Zoom)
19          WILLIAMS & CONNOLLY
            725 Twelfth Street, N.W.
20          Washington, DC  20005
21
22
23
24
```

```
 1   APPEARING FOR THE DEFENDANT AMERISOURCEBERGEN:
 2           Joseph J. Mahady, Esquire (via Zoom)
             Abigail M. Pierce, Esquire (via Zoom)
 3           REED SMITH LLP
             Three Logan Square
 4           1717 Arch Street, Suite 3100
             Philadelphia, PA  19103
 5
 6   ALSO PRESENT:
 7           Gregory Diefenbaugh, Legal Video Specialist
             (via Zoom)
 8           Renee Cook, Esquire (via Zoom)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 90

1  or two -- it's kind of a compound question.  First,
2  the algorithm's applied to the data and that's what
3  triggers the order.  That's what brings it to my
4  report or triggers it and identifies it.  Then
5  subsequent to that would -- you're asking about the
6  evaluation of that specific order.
7       Q.  No, I am asking actually what's intended to
8  be a really simple question so maybe I can reframe
9  it.
10              You've got tens of millions of orders
11  you identify here; right?
12      A.  I do.
13      Q.  Did you look at any of those tens of
14  millions of orders in terms of the actual facts of
15  those orders to make a judgment that as to any one
16  of those tens of millions of orders, looking at the
17  order itself you believe that order is likely to be
18  diverted?
19      A.  There -- I cannot definitively look at one
20  specific order and tell you that specific order was
21  diverted, if that's your question.  I did not do
22  that and I couldn't -- I did not do that and I could
23  not do that.
24      Q.  That's not my question.  What I'm asking is