Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

_____

| | |
|---|---|
| THE CITY OF HUNTINGTON, | )Civil Action No. |
| Plaintiff | )3:17-01362 |
| vs. | )Hon. David A. Faber |
| AMERISOURCEBERGEN DRUG | ) |
| CORPORATION, et al., | ) |
| Defendants | ) |

_____

| | |
|---|---|
| CABELL COUNTY COMMISSION | )Civil Action No. |
| Plaintiff | )3:17-01665 |
| vs. | )Hon. David A. Faber |
| AMERISOURCEBERGERN DRUG | ) |
| CORPORATION, et al., | ) |
| Defendants | ) |

_____

Zoom Videotaped Deposition of Darren Cox

Washington, D.C.

July 15, 2019

9:00 a.m.

Reported by: Bonnie L. Russo
Job No. 4155426

1  Zoom Videotaped Deposition of Darren Cox held
   through:
2
3
4
5
6               Veritext Legal Solutions
7               1250 I Street, N.W.
8               Washington, D.C.
9
10
11
12
13
14
15
16
17
18  Pursuant to Notice, when were present on behalf
    of the respective parties:
19
20
21
22

```
                                                          Page 3

 1      APPEARANCES:
 2
        On behalf of the Plaintiffs:
 3         MARIA FLEMING, ESQ.
           NAPOLI SHKOLNIK, PLLC
 4         1500 W. 3rd Street, Suite 510
           Cleveland, Ohio 44113
 5         212-397-1000
           mfleming@napolilaw.com
 6
        On behalf of the City of Huntington:
 7         MICHAEL J. PENDELL, ESQ.
           MOTLEY RICE LLC
 8         One Corporate Center
           20 Church Street, 17th Floor
 9         Hartford, Connecticut 06103
           860-218-2722
10         mpendell@motleyrice.com
11             - and-
12         ETHAN DUBOIS, ESQ.
           MOTLEY RICE, LLC
13         28 Bridgeside Boulevard
           Mt. Pleasant, South Carolina 29464
14         843-216-9562
           edubois@motleyrice.com
15
16      On behalf of the United States, FBI and DEA:
           FRED B. WESTFALL, ESQ.
17         OFFICE OF THE UNITED STATES ATTORNEY FOR THE
           SOUTHERN DISTRICT OF WEST VIRGINIA
18         300 Virginia Street East, Room 4000
           Charleston, West Virginia 25301
19         304-345-2200
           fred.westfall@usdoj.gov
20
21
22
```

```
 1      APPEARANCES (CONTINUED):
 2      On behalf of AmerisourceBergen:
            JONATHAN L. ANDERSON, ESQ.
 3          JACKSON KELLY, PLLC
            500 Lee Street East
 4          Suite 1600
            Charleston, West Virginia 25301
 5          304-340-1288
            jlanderson@jacksonkelly.com
 6
 7      On behalf of Cardinal Health, Inc.:
            DAVID R. POGUE, ESQ.
 8          CAREY, SCOTT, DOUGLAS & KESSLER, PLLC
            707 Virginia Street E, Suite 901
 9          Charleston, West Virginia 25301
            304-345-1234
10          drpogue@csdlawfirm.com
11
        On behalf of McKesson Corporation:
12          STEPHEN PETKIS, ESQ.
            LAURA FLAHIVE WU, ESQ.
13          COVINGTON & BURLING, LLP
            850 10th Street, N.W.
14          Washington, D.C. 20001
            202-662-5801
15          spetkis@cov.com
            lflahivewu@cov.com
16
17      Also Present:
        Christopher R. Donovan, Assistant General
18      Counsel, Federal Bureau of Investigation
        Dennis Halliden, Associate Division Counsel,
19      Federal Bureau of Investigation
        Lisa K. Hsiao, Senior Litigation Counsel,
20      United States Department of Justice
        Jocelyn Kines, DOJ
21      Kelly A. Smith, Esq., Assistant General
        Counsel, Federal Bureau of Investigation
22      Steven Troncone, Videographer
```

Page 47

1    A.   I think the word "diversion" can be
2    used in different manners, if you are referring
3    to it related to drugs specifically, if that's
4    your question.
5    Q.   Yes, it is.  I understand the source
6    of the confusion now.
7         I am talking about diversion of
8    pharmaceutical drugs.
9    A.   Yes.
10   Q.   So is it your understanding then
11   that diversion of pharmaceutical drugs is
12   always illegal?
13   A.   Yes.
14   Q.   So then the person who diverts a
15   pharmaceutical drug has committed a crime,
16   correct?
17   A.   Yes.
18   Q.   Do you have an understanding of
19   whether the use or possession of a diverted
20   pharmaceutical drug is a crime?
21   A.   Yes.
22   Q.   Just so there's no confusion, the