# EXHIBIT 6

```
                                                      Page 1

1
                 IN THE UNITED STATES DISTRICT COURT
2                 FOR THE NORTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
3

4        _____
5        IN RE:  NATIONAL PRESCRIPTION      MDL No. 2804
         OPIATE LITIGATION                  Case No. 17-md-2804
6

7        This document relates to:         Judge Dan
                                            Aaron Polster
8
         The County of Cuyahoga v. Purdue
9        Pharma, L.P., et al.
         Case No. 17-OP-45005
10
         City of Cleveland, Ohio vs. Purdue
11       Pharma, L.P., et al.
         Case No. 18-OP-45132
12
         The County of Summit, Ohio,
13       et al. v. Purdue Pharma, L.P.,
         et al.
14       Case No. 18-OP-45090

15       _____
16
17                        VOLUME I
18           Videotaped Deposition of Kyle J. Wright
19                      Washington, D.C.
20                      February 28, 2019
21                         9:33 a.m.
22
23
24       Reported by:  Bonnie L. Russo
25       Job No. 3244302
```

Page 208

```
1     objection was to his question?

2              MR. SHKOLNIK:  Yes.

3              MR. O'CONNOR:  All right.

4              BY MR. O'CONNOR:

5        Q.    With respect to the suspicious

6     orders that were reported to DEA, is it fair to

7     say that there were a large number of false

8     positives?

9              MR. BENNETT:  Objection to form.

10             THE WITNESS:  Because a suspicious,

11    there could be a false positive.  As to the

12    quantity, I cannot stipulate.

13             BY MR. O'CONNOR:

14       Q.    Isn't it true that there were a

15    large number of suspicious orders that were

16    reported to DEA that were not, in fact, likely

17    to be diverted?

18             MR. BENNETT:  Objection to the form.

19             THE WITNESS:  I know --

20             BY MR. O'CONNOR:

21       Q.    You can answer the question.

22       A.    I know that there was a quantity.

23    As to the extent of that quantity being large

24    or not large, I don't know.

25             MR. O'CONNOR:  All right.  I'm going
```

1                    CERTIFICATE OF NOTARY PUBLIC

2              I, Bonnie L. Russo, the officer before

3         whom the foregoing deposition was taken, do

4         hereby certify that the witness whose testimony

5         appears in the foregoing deposition was duly

6         sworn by me; that the testimony of said witness

7         was taken by me in shorthand and thereafter

8         reduced to computerized transcription under my

9         direction; that said deposition is a true

10        record of the testimony given by said witness;

11        that I am neither counsel for, related to, nor

12        employed by any of the parties to the action in

13        which this deposition was taken; and further,

14        that I am not a relative or employee of any

15        attorney or counsel employed by the parties

16        hereto, nor financially or otherwise interested

17        in the outcome of the action.

18

19        _____

20                    Notary Public in and for

21                      the District of Columbia

22

23        My Commission expires:  June 30, 2020

24

25