# EXHIBIT 10

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

************************************************************

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                    CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN DRUG CORPORATION, et al,

    Defendants.

CABELL COUNTY COMMISSION,

    Plaintiff,

vs.

AMERISOURCEBERGEN DRUG CORPORATION, et al,

    Defendants.

************************************************************

    Videotaped and videoconference deposition of ANNE LEMBKE, M.D., taken by the Defendants pursuant to the West Virginia Federal Rules of Civil Procedure, in the above-entitled action, pursuant to notice, conducted virtually via Zoom, before Twyla Donathan, Registered Professional Reporter and Notary Public, on the 17th day of September, 2020.

Page 161

1    Q    Have you undertaken a review of any of the
2    distributors in this litigation, their suspicious
3    order monitoring systems?
4    A    Not specifically.
5    Q    Have you reviewed any specific orders that
6    the distributors in this case shipped to pharmacies
7    in Cabell County or Huntington?
8    A    No.
9    Q    Did you review the report of a man named
10   James Rafalski in forming your opinions?
11   A    No.
12   Q    I want to return to something you said at
13   your New York deposition.  You testified there that
14   you had never designed a suspicious order monitoring
15   system.  Do you recall that in your deposition?
16   A    Yes, I do.
17   Q    But then last week at the New York Frye
18   hearing, I asked you the same question, have you ever
19   designed a suspicious order monitoring system, and
20   you said yes.  Do you recall that?
21   A    Yes.
22   Q    Okay.  So were you being truthful last week
23   when you testified that you have, in fact, designed a
24   suspicious order monitoring system?

```
1    STATE OF WEST VIRGINIA,
2    COUNTY OF KANAWHA, to-wit:
3
4              I, Twyla Donathan, RPR, a duly commissioned
     Notary Public for the County and State herein, do hereby
5    certify that the foregoing deposition of ANNE LEMBKE, MD,
     was duly taken by and before me via Zoom video
6    conferencing  at the time and for the purpose specified
     in the caption hereof, the said witness having been by me
7    first duly sworn.
               That the foregoing is a true, correct, and
8    full transcript of the testimony adduced to the best of my
     ability, given the challenges of Zoom video-conferencing
9    audio/sound interferences, as taken by me in shorthand
     notes and thereafter accurately transcribed;
10             I further certify that I am neither attorney
     or counsel for, nor related to or employed by, any of the
11   parties to the action in which this deposition is taken;
     and further, that I am not a relative or employee of any
12   attorney or counsel employed by the parties or financially
     interested in the action; and that the attached transcript
13   meets the requirements set forth within Article 27,
     Chapter 47 of the West Virginia Code.
14
15             IN WITNESS WHEREOF, I have hereunto set
16   my hand this 21s
17
                              TWYLA DONATHAN
18                       Registered Professional Reporter
19            My commission expires September 11, 2022.
20
21
22
23
24
```