# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : | CIVIL ACTION NO. 3:17-01362 |
| | : | |
| | : | |
| **Cabell County Commission and City of Huntington, WV** | : | and |
| | : | |
| | : | CIVIL ACTION NO. 3:17-01665 |
| | : | |

EXPERT REPORT OF CRAIG J. MCCANN, PH.D., CFA

August 3, 2020

103.    Table 28 lists the Dispensers that McKesson shipped oxycodone and hydrocodone to in Cabell County and the City of Huntington, WV.

Table 28 McKesson Oxycodone and Hydrocodone Shipments to Dispensers in Dosage Units, 2006-2014

| Dispenser Name | Oxycodone | Hydrocodone | Total | % |
|---|---|---|---|---|
| Rite Aid | 2,396,440 | 843,040 | 3,239,480 | 14% |
| Target Stores | 140,800 | 500,270 | 641,070 | 3% |
| Wal-Mart | 21,300 | 143,860 | 165,160 | 1% |
| Kroger | 0 | 3,800 | 3,800 | 0% |
| Walgreen Co | 0 | 3,000 | 3,000 | 0% |
| Other Chain Pharmacy | 0 | 0 | 0 | 0% |
| **Chain Pharmacy Total** | **2,558,540** | **1,493,970** | **4,052,510** | **18%** |
| Retail Pharmacy | 305,320 | 141,730 | 447,050 | 2% |
| Closed Door Pharmacy | 187,400 | 560,200 | 747,600 | 3% |
| Mail Order Pharmacy | 154,300 | 500 | 154,800 | 1% |
| Other Dispensers | 12,078,180 | 5,673,570 | 17,751,750 | 77% |
| **Grand Total** | **15,283,740** | **7,869,970** | **23,153,710** | **100%** |

## VII.    Flagged Distributor Defendants Transactions

104.    I implemented various approaches to identify transactions meeting specified criteria using the non-public ARCOS Data from 2006 to 2014, supplemented with Defendants' Transactional Data where the ARCOS Data is obviously missing but are included in the transactions produced by Distributor Defendants in discovery and to the extent I have Defendants' Transactional Data for the periods before 2006 and after 2014. I calculated the results separately for each of twelve controlled substance drug codes.[37]

---

[37] I do not analyze transactions in two treatment drugs: buprenorphine and methadone.

### A. Method 1: Maximum Monthly, Trailing Six-month Threshold

105.  Under the first approach, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed the highest number of Dosage Units shipped by the Distributor Defendant to the pharmacy in any one of the six preceding calendar months.[38] For example, if the number of Dosage Units containing hydrocodone shipped from a Distributor Defendant to a pharmacy in February, March, April, May, June, and July was 5,000; 10,000; 7,000; 8,000; 9,000; and 9,500 respectively, a requested transaction in August would be flagged if it would cause the number of Dosage Units containing hydrocodone the Distributor Defendant shipped to the pharmacy to exceed 10,000. Any reported transactions containing hydrocodone on that date and all reported transactions containing hydrocodone from that Distributor Defendant to that pharmacy thereafter are flagged.

---

[38] In this approach and the others implemented below (with the exception of Method 2: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold) my calculation is based on the entire shipment of this Distributor Defendants, not of individual Distribution Center.

106. Table 29 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Trailing Six-Month Maximum Threshold.

Table 29 Trailing Six-Month Maximum Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|-----------------------|-------------|------|
| 1996 | 3,676,079 | 3,420 | 0.1% |
| 1997 | 2,971,440 | 1,593,871 | 53.6% |
| 1998 | 5,628,469 | 2,903,431 | 51.6% |
| 1999 | 9,748,424 | 7,090,993 | 72.7% |
| 2000 | 13,277,798 | 10,055,886 | 75.7% |
| 2001 | 16,011,946 | 11,090,098 | 69.3% |
| 2002 | 20,776,512 | 13,782,638 | 66.3% |
| 2003 | 24,095,532 | 16,775,991 | 69.6% |
| 2004 | 33,812,841 | 16,742,681 | 49.5% |
| 2005 | 88,976,826 | 36,047,335 | 40.5% |
| 2006 | 101,663,192 | 75,807,024 | 74.6% |
| 2007 | 106,658,684 | 83,086,310 | 77.9% |
| 2008 | 113,665,454 | 86,871,826 | 76.4% |
| 2009 | 128,134,351 | 101,592,902 | 79.3% |
| 2010 | 134,446,855 | 88,948,942 | 66.2% |
| 2011 | 123,822,352 | 95,754,631 | 77.3% |
| 2012 | 98,917,207 | 78,017,593 | 78.9% |
| 2013 | 86,041,530 | 62,996,586 | 73.2% |
| 2014 | 88,675,236 | 67,936,969 | 76.6% |
| 2015 | 88,769,151 | 63,922,004 | 72.0% |
| 2016 | 68,217,935 | 45,441,503 | 66.6% |
| 2017 | 49,205,864 | 32,127,807 | 65.3% |
| 2018 | 24,161,252 | 14,767,536 | 61.1% |
| **Total** | **1,431,354,928** | **1,013,357,980** | **70.8%** |

107. Figure 8 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Trailing Six-Month Maximum Threshold methodology. The Trailing Six-Month Maximum Threshold methodology flags 71.9% of transactions accounting for 87.0% of Dosage Units, 70.8% of MME and 85.0% of drug weight shipped into Cabell County and the City of Huntington, WV. Additional charts and tables reflecting the result of applying this methodology and the methodologies below to each Distributor Defendant are in Appendix 7.

Figure 8 Trailing Six-Month Maximum Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018



108.   Table 30 summarizes the transactions flagged based on the Trailing Six-Month Maximum Threshold Approach in Cabell County and the City of Huntington, WV.

Table 30 Trailing Six-Month Maximum Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 28,821 | 39,960 | 6,080 | 363 | 2,175 | 3,493 | **80,892** |
| Cardinal Health | 47,104 | 31,744 | 8,824 | 1,263 | 2,273 | 4,059 | **95,267** |
| McKesson Corporation | 7,900 | 7,188 | 953 | 35 | 225 | 323 | **16,624** |
| **Total** | **83,825** | **78,892** | **15,857** | **1,661** | **4,673** | **7,875** | **192,783** |

## B. Method 2: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold

109.   Under the second approach, when a transaction causes the number of dosage units shipped to a pharmacy in a month to exceed the highest number of dosage units shipped to the pharmacy in any one of the six preceding months, the dosage units of highest month in the preceding six months becomes threshold which is then applied in all subsequent months. For example, if the number of Dosage Units containing hydrocodone shipped from a Distributor Defendant to a pharmacy in February, March, April, May, June, and July was 5,000; 10,000; 7,000; 8,000; 9,000; and 9,500 respectively, a requested transaction in August would be flagged if it would cause the number of Dosage Units containing hydrocodone the Distributor Defendant shipped to the Pharmacy to exceed 10,000. Any reported transactions containing hydrocodone on that date and to the month-end from that

- 61 -

Distributor Defendant to that pharmacy are flagged. This 10,000 Dosage Units number becomes the fixed monthly hydrocodone limit of this pharmacy thereafter and the excess, if any, of the pharmacy's monthly receipt in excess of 10,000 is flagged.

110.   Table 31 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Trailing Six-Month Maximum, Fixed After Triggered Threshold.

Table 31 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------------|-------------|------|
| 1996 | 3,676,079 | 3,420 | 0.1% |
| 1997 | 2,971,440 | 312,675 | 10.5% |
| 1998 | 5,628,469 | 997,240 | 17.7% |
| 1999 | 9,748,424 | 2,731,685 | 28.0% |
| 2000 | 13,277,798 | 5,514,927 | 41.5% |
| 2001 | 16,011,946 | 7,606,045 | 47.5% |
| 2002 | 20,776,512 | 10,267,103 | 49.4% |
| 2003 | 24,095,532 | 11,100,720 | 46.1% |
| 2004 | 33,812,841 | 10,324,445 | 30.5% |
| 2005 | 88,976,826 | 17,192,783 | 19.3% |
| 2006 | 101,663,192 | 23,371,988 | 23.0% |
| 2007 | 106,658,684 | 28,493,906 | 26.7% |
| 2008 | 113,665,454 | 33,981,741 | 29.9% |
| 2009 | 128,134,351 | 41,690,495 | 32.5% |
| 2010 | 134,446,855 | 43,889,971 | 32.6% |
| 2011 | 123,822,352 | 43,667,286 | 35.3% |
| 2012 | 98,917,207 | 43,727,403 | 44.2% |
| 2013 | 86,041,530 | 29,570,696 | 34.4% |
| 2014 | 88,675,236 | 32,701,298 | 36.9% |
| 2015 | 88,769,151 | 33,657,518 | 37.9% |
| 2016 | 68,217,935 | 21,249,246 | 31.1% |
| 2017 | 49,205,864 | 13,490,556 | 27.4% |
| 2018 | 24,161,252 | 5,795,757 | 24.0% |
| **Total** | **1,431,354,928** | **461,338,903** | **32.2%** |

111. Figure 9 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Trailing Six-Month Maximum, Fixed After Triggered Threshold methodology. The Trailing Six-Month Maximum, Fixed After Triggered Threshold methodology flags 27.6% of transactions accounting for 37.7% of Dosage Units, 32.2% of MME and 37.2% of drug weight shipped into Cabell County and the City of Huntington, WV.

Figure 9 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018



112.   Table 32 summarizes the transactions flagged based on the Trailing Six-Month Maximum, Fixed After Triggered Threshold Approach in Cabell County and the City of Huntington, WV.

Table 32 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 9,322 | 8,668 | 1,284 | 22 | 930 | 289 | **20,515** |
| Cardinal Health | 32,413 | 13,121 | 1,958 | 32 | 820 | 238 | **48,582** |
| McKesson Corporation | 1,486 | 3,318 | 56 | 2 | 18 | 37 | **4,917** |
| **Total** | **43,221** | **25,107** | **3,298** | **56** | **1,768** | **564** | **74,014** |

## C. Method 3: Twice Trailing Twelve-Month Average Pharmacy Dosage Units

113.   Under the third approach, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed twice the trailing twelve-month average Dosage Units to retail and chain pharmacies served by the Distributor Defendant.

114.   Table 33 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold.

Table 33 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------|------|------|
| 1996 | 3,676,079 | 0 | 0.0% |
| 1997 | 2,971,440 | 2,362,764 | 79.5% |
| 1998 | 5,628,469 | 3,595,390 | 63.9% |
| 1999 | 9,748,424 | 8,066,810 | 82.7% |
| 2000 | 13,277,798 | 10,895,447 | 82.1% |
| 2001 | 16,011,946 | 12,605,642 | 78.7% |
| 2002 | 20,776,512 | 14,929,318 | 71.9% |
| 2003 | 24,095,532 | 16,752,464 | 69.5% |
| 2004 | 33,812,841 | 20,446,643 | 60.5% |
| 2005 | 88,976,826 | 59,408,863 | 66.8% |
| 2006 | 101,663,192 | 72,870,255 | 71.7% |
| 2007 | 106,658,684 | 87,189,516 | 81.7% |
| 2008 | 113,665,454 | 92,792,677 | 81.6% |
| 2009 | 128,134,351 | 110,223,308 | 86.0% |
| 2010 | 134,446,855 | 115,372,460 | 85.8% |
| 2011 | 123,822,352 | 110,624,242 | 89.3% |
| 2012 | 98,917,207 | 86,615,737 | 87.6% |
| 2013 | 86,041,530 | 70,990,924 | 82.5% |
| 2014 | 88,675,236 | 74,371,152 | 83.9% |
| 2015 | 88,769,151 | 71,245,074 | 80.3% |
| 2016 | 68,217,935 | 52,268,956 | 76.6% |
| 2017 | 49,205,864 | 35,537,464 | 72.2% |
| 2018 | 24,256,687 | 14,910,444 | 61.7% |
| **Total** | **1,431,450,363** | **1,144,075,550** | **79.9%** |

115.   Figure 10 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Twice Trailing Twelve-month Average Pharmacy Dosage Units methodology. The Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology flags 70.5% of transactions accounting for 81.5% of Dosage Units, 79.9% of MME and 80.7% of drug weight shipped into Cabell County and the City of Huntington, WV.

Figure 10 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018



116.   Table 34 summarizes the transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold in Cabell County and the City of Huntington, WV.

Table 34 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 23,363 | 35,026 | 4,422 | 746 | 2,566 | 7,340 | **73,463** |
| Cardinal Health | 39,553 | 33,354 | 8,576 | 1,693 | 3,096 | 17,819 | **104,091** |
| McKesson Corporation | 4,802 | 3,521 | 414 | 48 | 620 | 1,843 | **11,248** |
| **Total** | **67,718** | **71,901** | **13,412** | **2,487** | **6,282** | **27,002** | **188,802** |

### D. Method 4: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units

117.   Under the fourth approach, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed three times the trailing twelve-month average Dosage Units to retail and chain pharmacies served by the Distributor Defendant.

118.   Table 35 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold.

Table 35 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------|------|------|
| 1996 | 3,676,079 | 0 | 0.0% |
| 1997 | 2,971,440 | 2,047,426 | 68.9% |
| 1998 | 5,628,469 | 3,105,597 | 55.2% |
| 1999 | 9,748,424 | 6,189,206 | 63.5% |
| 2000 | 13,277,798 | 9,170,847 | 69.1% |
| 2001 | 16,011,946 | 10,202,920 | 63.7% |
| 2002 | 20,776,512 | 13,154,352 | 63.3% |
| 2003 | 24,095,532 | 14,075,836 | 58.4% |
| 2004 | 33,812,841 | 17,308,963 | 51.2% |
| 2005 | 88,976,826 | 43,529,339 | 48.9% |
| 2006 | 101,663,192 | 51,470,923 | 50.6% |
| 2007 | 106,658,684 | 72,005,547 | 67.5% |
| 2008 | 113,665,454 | 75,272,916 | 66.2% |
| 2009 | 128,134,351 | 89,607,725 | 69.9% |
| 2010 | 134,446,855 | 95,224,357 | 70.8% |
| 2011 | 123,822,352 | 94,590,943 | 76.4% |
| 2012 | 98,917,207 | 68,093,595 | 68.8% |
| 2013 | 86,041,530 | 50,535,583 | 58.7% |
| 2014 | 88,675,236 | 49,750,851 | 56.1% |
| 2015 | 88,769,151 | 47,351,026 | 53.3% |
| 2016 | 68,217,935 | 32,428,136 | 47.5% |
| 2017 | 49,205,864 | 22,093,552 | 44.9% |
| 2018 | 24,256,687 | 7,733,058 | 31.9% |
| **Total** | **1,431,450,363** | **874,942,698** | **61.1%** |

119.   Figure 11 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology. The Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology flags 50.9% of transactions accounting for 63.6% of Dosage Units, 61.1% of MME and 62.5% of drug weight shipped into Cabell County and the City of Huntington, WV.

Figure 11 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018



- 70 -

120.    Table 36 summarizes the transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold in Cabell County and the City of Huntington, WV.

Table 36 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 17,165 | 28,049 | 2,226 | 247 | 2,210 | 3,904 | **53,801** |
| Cardinal Health | 25,932 | 28,187 | 6,978 | 736 | 2,314 | 13,915 | **78,062** |
| McKesson Corporation | 1,989 | 1,285 | 30 | 0 | 308 | 954 | **4,566** |
| **Total** | **45,086** | **57,521** | **9,234** | **983** | **4,832** | **18,773** | **136,429** |

## E. Method 5: Maximum 8,000 Dosage Units Monthly

121.    Under the fifth approach, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed 8,000 Dosage Units.[39]

---

[39] McKesson Operations Manual for Pharma Distribution dated May 16, 2007 shows the dosage threshold of 8,000 on oxycodone or hydrocodone (MCK-WVAG-003-0001047, MCKMDL00355251).

122.   Table 37 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Maximum 8,000 Dosage Units Monthly Threshold.

Table 37 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|---|---|---|---|
| 1996 | 3,676,079 | 82,531 | 2.2% |
| 1997 | 2,971,440 | 57,668 | 1.9% |
| 1998 | 5,628,469 | 137,467 | 2.4% |
| 1999 | 9,748,424 | 2,107,662 | 21.6% |
| 2000 | 13,277,798 | 3,246,199 | 24.4% |
| 2001 | 16,011,946 | 4,139,172 | 25.9% |
| 2002 | 20,776,512 | 8,376,490 | 40.3% |
| 2003 | 24,095,532 | 9,361,409 | 38.9% |
| 2004 | 33,812,841 | 11,460,331 | 33.9% |
| 2005 | 88,976,826 | 42,778,692 | 48.1% |
| 2006 | 101,663,192 | 56,120,423 | 55.2% |
| 2007 | 106,658,684 | 63,593,810 | 59.6% |
| 2008 | 113,665,454 | 67,861,342 | 59.7% |
| 2009 | 128,134,351 | 83,984,882 | 65.5% |
| 2010 | 134,446,855 | 86,737,762 | 64.5% |
| 2011 | 123,822,352 | 76,330,784 | 61.6% |
| 2012 | 98,917,207 | 62,738,809 | 63.4% |
| 2013 | 86,041,530 | 49,967,716 | 58.1% |
| 2014 | 88,675,236 | 54,842,075 | 61.8% |
| 2015 | 88,769,151 | 56,247,880 | 63.4% |
| 2016 | 68,217,935 | 41,881,116 | 61.4% |
| 2017 | 49,205,864 | 28,280,472 | 57.5% |
| 2018 | 24,256,687 | 12,406,513 | 51.1% |
| **Total** | **1,431,450,363** | **822,741,206** | **57.5%** |

123.   Figure 12 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Maximum 8,000 Dosage Units Monthly Threshold methodology. The Maximum 8,000 Dosage Units Monthly Threshold methodology flags 52.7% of transactions accounting for 78.0% of Dosage Units, 57.5% of MME and 68.4% of drug weight shipped into Cabell County and the City of Huntington, WV.

Figure 12 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018



124.   Table 38 summarizes the transactions flagged based on the Maximum 8,000 Dosage Units Monthly Threshold Approach in Cabell County and the City of Huntington, WV.

Table 38 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 23,006 | 41,230 | 0 | 0 | 635 | 0 | **64,871** |
| Cardinal Health | 37,293 | 29,845 | 0 | 0 | 0 | 957 | **68,095** |
| McKesson Corporation | 4,294 | 3,858 | 0 | 0 | 0 | 0 | **8,152** |
| **Total** | **64,593** | **74,933** | **0** | **0** | **635** | **957** | **141,118** |

## F.  Method 6: Maximum Daily Dosage Units

125.   Under the sixth approach, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a day to exceed a specified number of Dosage Units that varies by drug type and within some drug types by formulation.[40]

---

[40] Maximum Daily Dosage Units used as specified in CAH_MDLPRIORPRO_DEA07_01384160.

126. Table 39 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Maximum Daily Dosage Units Threshold.

Table 39 Maximum Daily Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|---|---|---|---|
| 1996 | 2,519,961 | 1,574,927 | 62.5% |
| 1997 | 2,413,289 | 2,104,427 | 87.2% |
| 1998 | 4,222,541 | 2,823,792 | 66.9% |
| 1999 | 7,826,526 | 6,504,370 | 83.1% |
| 2000 | 10,487,500 | 8,981,926 | 85.6% |
| 2001 | 11,927,688 | 10,214,757 | 85.6% |
| 2002 | 15,376,605 | 13,946,810 | 90.7% |
| 2003 | 17,556,749 | 16,313,422 | 92.9% |
| 2004 | 24,014,632 | 21,346,116 | 88.9% |
| 2005 | 67,920,944 | 63,805,660 | 93.9% |
| 2006 | 78,868,523 | 75,081,191 | 95.2% |
| 2007 | 81,618,726 | 78,656,011 | 96.4% |
| 2008 | 86,711,380 | 84,412,142 | 97.3% |
| 2009 | 100,055,902 | 98,287,999 | 98.2% |
| 2010 | 101,300,482 | 98,876,182 | 97.6% |
| 2011 | 88,085,792 | 86,813,965 | 98.6% |
| 2012 | 71,590,543 | 69,902,950 | 97.6% |
| 2013 | 63,136,525 | 61,230,957 | 97.0% |
| 2014 | 66,036,736 | 64,073,295 | 97.0% |
| 2015 | 67,531,414 | 65,620,692 | 97.2% |
| 2016 | 50,460,085 | 48,684,671 | 96.5% |
| 2017 | 35,801,386 | 34,469,580 | 96.3% |
| 2018 | 18,755,215 | 17,385,450 | 92.7% |
| **Total** | **1,074,219,144** | **1,031,111,294** | **96.0%** |

127.   Figure 13 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Maximum Daily Dosage Units Threshold methodology. The Maximum Daily Dosage Units Threshold methodology flags 88.0% of transactions accounting for 96.1% of Dosage Units, 96.0% of MME and 93.1% of drug weight shipped into Cabell County and the City of Huntington, WV.

Figure 13 Maximum Daily Dosage Units Threshold, Any Order Subsequent to a Flagged Transaction, Cabell County and the City of Huntington, WV 1996 to 2018



128.   Table 40 summarizes the transactions flagged based on the Maximum Daily Dosage Units Threshold Approach in Cabell County and the City of Huntington, WV.

Table 40 Maximum Daily Dosage Units Threshold Flagged Transactions in Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 30,063 | 43,951 | 5,601 | 1,059 | n/a | 724 | **81,398** |
| Cardinal Health | 47,440 | 37,183 | 8,936 | 1,395 | n/a | 2,092 | **97,046** |
| McKesson Corporation | 8,014 | 7,838 | 1,412 | 75 | n/a | 48 | **17,387** |
| **Total** | **85,517** | **88,972** | **15,949** | **2,529** | **n/a** | **2,864** | **195,831** |

## VIII.  Charts and Reports

129.   I have created additional Excel Macro and diagnostic tools, which allow the overlay of selected orders upon the ARCOS data and/or Defendants' Transactional Data and provide the ability to sort, compare, and view the order history of an individual pharmacy. These macros and diagnostic tools are being provided with this report.

130.   In Appendix 8 I have created a map illustrating the location of Cabell County (red) and the City of Huntington (yellow), along with the zip code 257** and 255** that covers the entire area.[41]

---

[41] Source: www.zeemaps.com