# EXHIBIT 7

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

Page 1

1           COURT OF COMMON PLEAS
2             MADISON COUNTY, OHIO
3                   * * *
4
5    STATE OF OHIO, ex rel.
     Dave Yost, in his capacity
6    as Attorney General of Ohio,
7              Plaintiff,
8
           vs.              CASE NO.  CVH20180055
9
10   McKESSON CORPORATION, et al.,
11             Defendants.
12                  * * *
13
                    VOLUME I
14
15         Videotaped Deposition of
16   JOSEPH RANNAZZISI, a witness herein, called by
17   the defendants for examination pursuant to the
18   Rules of Civil Procedure, taken before me,
19   Patti Stachler, RMR, CRR, a Notary Public
20   within and for the State of Ohio, in Annandale,
21   Virginia, on July 16, 2020, at 9:21 a.m.
22                  * * *
23   HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
24
25

Veritext Legal Solutions
www.veritext.com                                    888-391-3376

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

Page 40

```
 1   one more example.  Can we -- can you open
 2   tab 49?
 3           A.    49.
 4           Q.    Yes, please.  When did you
 5   start -- before you open that, sir, when did
 6   you start working on the Ohio lawsuit?
 7           A.    Sometime in 2017.
 8           Q.    2017.  Okay.  Do you mind looking
 9   at tab 49?  And I'll mark it for the record as
10   Exhibit 49.
11           A.    Okay.
12           Q.    Do you recognize Exhibit 49 as a
13   profile that in this case Ms. Carter wrote for
14   you for Berry Pharmacy Company?
15           A.    Yes.
16           Q.    In New Richmond, Ohio?
17           A.    Yes.
18           Q.    And let's look at the metadata for
19   this.  You can look at the last page.  We'll
20   put it up on the screen as well.  Do you see
21   that the properties for this list Ruth Carter
22   as the author?
23           A.    Yes.
24           Q.    And do you see that they don't
25   list Ruth Carter generically like the prior one
```

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

Page 190

1  following the law, the requirements under the
2  statute and the requirements under the
3  regulations.  And that's all I ever requested.
4           So nothing is good enough because
5  all I ever see are violations.  And, like I
6  said, I'm sure there are people out there that
7  are following the law and I never get to see
8  them because they're following the law.
9  BY MR. SCHMIDT:
10      Q.   Okay.  Just tell me one.  Prove me
11  wrong by telling me one distributor who you
12  would say, that's what a suspicious order
13  monitoring program is supposed to look like and
14  how it's supposed to be implemented; just one,
15  please.
16      A.   I cannot tell you that because I
17  don't know all the suspicious order monitor
18  programs of all the distributors in the United
19  States.  All I know is the ones that came
20  forward with the violations that we took action
21  against.
22      Q.   Okay.  Do you -- when you left
23  DEA, you left under a cloud, right?
24      A.   No.  I didn't leave under --
25      Q.   There was a -- was there a pending

Page 191

```
 1   Office of Inspector General investigation
 2   against you?
 3           A.   There was -- well --
 4           Q.   Yes or no?
 5           A.   There was a pending Office of
 6   Inspector General investigation concerning
 7   the -- I guess the allegation was I was
 8   intimidating Congress.
 9           Q.   Right.  So is the answer to my
10   question, yes, at the time you left there was a
11   pending Office of Inspector General
12   investigation against you for misconduct?
13                MR. UTTER:  Objection.
14           A.   That's not misconduct.  And it was
15   an allegation concerning a phone call.  And --
16   that we presented an issue, we presented a
17   series of problems with a certain piece of
18   legislation, and they didn't like the way we
19   presented it.
20   BY MR. SCHMIDT:
21           Q.   Let me ask you as simply as I can
22   because I don't want to quibble with you.  I
23   just want to focus on facts.  Are you aware
24   that a letter was sent to the Office of the
25   Inspector General from United States
```