# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

      Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

      Defendants.

_____

CABELL COUNTY COMMISSION,

      Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

      Defendants.

Civil Action No. 3:17-01362

Civil Action No. 3:17-01665

## DEFENDANTS' EXHIBIT APPENDIX IN SUPPORT OF
## TO THEIR REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE THE
## OPINIONS OF JAMES E. RAFALSKI

| Exhibit 11 | Excerpts of Rafalski Dep., Sept. 11, 2020 |
| Exhibit 12 | Excerpts of *Frye* Hearing, Aug. 18, 2020 |
| Exhibit 13 | Excerpts of Rafalski Dep., May 13, 2019 |
| Exhibit 14 | Excerpts of Rafalski Dep., Feb. 7, 2020 |
| Exhibit 15 | Email to L. Singer, Oct. 9, 2020 |
| Exhibit 16 | Filed Under Seal |
| Exhibit 17 | Excerpts of Wright Dep., Feb. 28, 2019 |
| Exhibit 18 | Excerpts of Prevoznik Dep., Apr. 17, 2019 |
| Exhibit 19 | Filed Under Seal |
| Exhibit 20 | Excerpts of Goff Dep., Aug. 24, 2020 |
| Exhibit 21 | Filed Under Seal |
| Exhibit 22 | Filed Under Seal |

Dated: October 30, 2020          Respectfully submitted,

*/s/ Timothy C. Hester*
Timothy C. Hester (DC 370707)
Laura Flahive Wu
Andrew P. Stanner
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
lflahivewu@cov.com
astanner@cov.com

*/s/ Paul W. Schmidt*
Paul W. Schmidt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue

New York, New York 10018
Tel: (212) 841-1000
pschmidt@cov.com

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*Counsel for McKesson Corporation*

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

*/s/ Steven R. Ruby*
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East

3

P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer G. Wicht
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com
lheard @wc.com
ahardin@wc.com
jwicht@wc.com

*Counsel for Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 30th day of October, 2020, the foregoing **DEFENDANTS' EXHIBIT APPENDIX TO THEIR REPLY IN SUPPORT OF DAUBERT MOTION TO EXCLUDE THE OPINIONS OF JAMES E. RAFALSKI** was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.  Exhibits Filed Under Seal were served via electronic mail to counsel.

*/s/ Timothy C. Hester*
Timothy C. Hester