# EXHIBIT 13

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3    IN RE: NATIONAL              )   MDL No. 2804
      PRESCRIPTION OPIATE          )
 4    LITIGATION                   )   Case No.
                                   )   1:17-MD-2804
 5                                 )
      THIS DOCUMENT RELATES TO     )   Hon. Dan A.
 6    ALL CASES                    )   Polster
                                   )
 7

 8

 9                     __ __ __
10              Monday, May 13, 2019
                       __ __ __
11
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                CONFIDENTIALITY REVIEW
                       __ __ __
13

14

15

16        Videotaped Deposition of JAMES E.
      RAFALSKI, held at Weitz & Luxenburg PC, 3011
17    West Grand Avenue, Suite 2150, Detroit,
      Michigan, commencing at 9:20 a.m., on the
18    above date, before Michael E. Miller, Fellow
      of the Academy of Professional Reporters,
19    Registered Diplomate Reporter, Certified
      Realtime Reporter and Notary Public.
20

21

22
                       __ __ __
23
               GOLKOW LITIGATION SERVICES
24         877.370.3377 ph | fax 917.591.5672
                    deps@golkow.com
25
```

Highly Confidential - Subject to Further Confidentiality Review

1  So you -- you came up with
2  these five methodologies?
3       A.     Yes, sir.
4       Q.     Okay. And tell me -- tell me
5  why you chose these five methodologies. I
6  think you started to do it, but just go ahead
7  and explain it to me.
8       A.     Well, because these are
9  methodologies that were used by one or more
10 companies in my report, during the time frame
11 of my report. Each one of these were not
12 invented by me, but they were actually used.
13      Q.     Okay. Can you -- let's start
14 with the first one. Methodology A is maximum
15 monthly trailing six-month threshold.
16             Can you explain to me what you
17 were trying to express here?
18      A.     Well, this is the Masters case
19 methodology.
20      Q.     Okay.
21      A.     Or I shouldn't say methodology.
22 This is their suspicious order system. So
23 it's a rolling six-month, and it looks for a
24 current month that exceeds the highest
25 previous amount in the six months.