# EXHIBIT 17

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

_____

IN RE:  NATIONAL PRESCRIPTION          MDL No. 2804
OPIATE LITIGATION                       Case No. 17-md-2804

This document relates to:              Judge Dan
                                        Aaron Polster

The County of Cuyahoga v. Purdue
Pharma, L.P., et al.
Case No. 17-OP-45005

City of Cleveland, Ohio vs. Purdue
Pharma, L.P., et al.
Case No. 18-OP-45132

The County of Summit, Ohio,
et al. v. Purdue Pharma, L.P.,
et al.
Case No. 18-OP-45090

_____

VOLUME I
Videotaped Deposition of Kyle J. Wright
Washington, D.C.
February 28, 2019
9:33 a.m.

Reported by:  Bonnie L. Russo
Job No. 3244302

Page 208

1     objection was to his question?
2           MR. SHKOLNIK:  Yes.
3           MR. O'CONNOR:  All right.
4           BY MR. O'CONNOR:
5     Q.    With respect to the suspicious
6     orders that were reported to DEA, is it fair to
7     say that there were a large number of false
8     positives?
9           MR. BENNETT:  Objection to form.
10          THE WITNESS:  Because a suspicious,
11    there could be a false positive.  As to the
12    quantity, I cannot stipulate.
13          BY MR. O'CONNOR:
14    Q.    Isn't it true that there were a
15    large number of suspicious orders that were
16    reported to DEA that were not, in fact, likely
17    to be diverted?
18          MR. BENNETT:  Objection to the form.
19          THE WITNESS:  I know --
20          BY MR. O'CONNOR:
21    Q.    You can answer the question.
22    A.    I know that there was a quantity.
23    As to the extent of that quantity being large
24    or not large, I don't know.
25          MR. O'CONNOR:  All right.  I'm going