# EXHIBIT 18

Highly Confidential - Subject to Further Confidentiality Review

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
                         - - -


  IN RE:  NATIONAL          :   HON. DAN A.
  PRESCRIPTION OPIATE       :   POLSTER
  LITIGATION                :
                            :
  APPLIES TO ALL CASES      :   NO.
                            :   1:17-MD-2804
                            :


              - HIGHLY CONFIDENTIAL -

     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

                       VOLUME I

                        -  -  -

                    April 17, 2019

                        -  -  -

             Videotaped deposition of
    THOMAS PREVOZNIK, taken pursuant to
    notice, was held at the law offices of
    Williams & Connolly, 725 12th Street,
    Washington, D.C., beginning at 9:11 a.m.,
    on the above date, before Michelle L.
    Gray, a Registered Professional Reporter,
    Certified Shorthand Reporter, Certified
    Realtime Reporter, and Notary Public.
                        -  -  -

             GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
```

1    at a number and say that's too big.
2                 MR. O'CONNOR:  Whoever is on
3         the phone needs to go on mute.
4                 MR. FINKELSTEIN:  Whoever is
5         on the phone please mute your
6         phone.
7    BY MR. O'CONNOR:
8         Q.    Before we get back to my
9    question, I just want to be clear.
10   Are -- are vets required to obtain a DEA
11   registration before they order controlled
12   substances?
13        A.    Yes.
14        Q.    And the DEA issues some
15   veterinarians registrations to allow them
16   to purchase controlled substances?
17        A.    Correct.
18        Q.    Okay.  I do -- I do want to
19   get back to my original question though,
20   which was, is an order that is unusually
21   large, does that order necessarily lead
22   to diversion?
23                MR. FINKELSTEIN:  Objection.
24        Vague.

```
 1                THE WITNESS:  It may or
 2      may -- it may or may not.
 3   BY MR. O'CONNOR:
 4      Q.   Would the same be true of an
 5   unusually frequent order?
 6                MR. FINKELSTEIN:  Same
 7      objection.  You can answer.
 8                THE WITNESS:  Correct.  It
 9      may or may not.
10   BY MR. O'CONNOR:
11      Q.   And the same would be true
12   of an order that deviates substantially
13   from the normal pattern?
14                MR. FINKELSTEIN:  Same
15      objection.  You can answer.
16                THE WITNESS:  Correct.  It
17      may or may not.
18   BY MR. O'CONNOR:
19      Q.   Okay.  And putting that
20   together, that means that not every
21   suspicious order leads to diversion,
22   correct?
23                MR. FINKELSTEIN:  Objection.
24      Scope.  You can answer.
```