# EXHIBIT 20

```
                                                          Page 1
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2
 3
     * * * * * * * * * * * * * * * * * * * * *
 4
     THE CITY OF HUNTINGTON,
 5
              Plaintiff,
 6
     vs.                                    CIVIL ACTION
 7                                          NO. 3:17-01362

     AMERISOURCEBERGEN DRUG
 8   CORPORATION, et al.,
 9            Defendants.
10   _____
11   CABELL COUNTY COMMISSION,
12            Plaintiff,
13   vs.                                    CIVIL ACTION
                                             NO. 3:17-01665
14   AMERISOURCEBERGEN DRUG
     CORPORATION, et al.,
15
              Defendants.
16
     * * * * * * * * * * * * * * * * * * * * *
17
18
19        Videotaped and videoconference deposition
     of MICHAEL GOFF AS THE WEST VIRGINIA BOARD OF
20   PHARMACY 30(b)(6) REPRESENTATIVE taken by the
     Defendants under the Federal Rules of Civil
21   Procedure in the above-entitled action, pursuant to
     notice, before Teresa S. Evans, a Registered Merit
22   Reporter, all parties located remotely, on the 24th
     day of August, 2020.
23
24
```

Page 148

```
 1   investigation covered.
 2       Q.   Would it be years worth of data?
 3       A.   It could be potentially.
 4       Q.   The West Virginia Board of Pharmacy is
 5   responsible for issuing state licenses to
 6   pharmacies, correct?
 7       A.   Yes.
 8       Q.   Okay.  And the West Virginia Board of
 9   Pharmacy can inspect a West Virginia licensed
10   pharmacy at any time?
11       A.   Yes, ma'am.
12       Q.   Okay.  The West Virginia Board of Pharmacy
13   has been performing these onsite pharmacy
14   inspections for a number of years, correct?
15       A.   Correct.
16       Q.   You'd agree that the West Virginia Board of
17   Pharmacy has performed onsite pharmacy inspections
18   since at least the early 1990s?
19       A.   Yes, ma'am.
20       Q.   The West Virginia Board of Pharmacy
21   inspected each pharmacy registered in West Virginia
22   every other year since at least the early 1990s; is
23   that correct?
24       A.   To the best of my knowledge, yes, ma'am.
```