# EXHIBIT 1

Page 409

```
 1                    DEPOSITION REVIEW
                    CERTIFICATION OF WITNESS
 2
          ASSIGNMENT REFERENCE NO: 4241593
 3        City Of Huntington v. Amerisourcebergen Drug Corp, Et Al.
          DATE OF DEPOSITION: 9/11/2020
 4        WITNESS' NAME: James Rafalski
 5              In accordance with the Rules of Civil
          Procedure, I have read the entire transcript of
 6        my testimony or it has been read to me.
 7              I have listed my changes on the attached
          Errata Sheet, listing page and line numbers as
 8        well as the reason(s) for the change(s).
 9              I request that these changes be entered
          as part of the record of my testimony.
10
                I have executed the Errata Sheet, as well
11        as this Certificate, and request and authorize
          that both be appended to the transcript of my
12        testimony and be incorporated therein.
13         October 16, 2020                _____
          Date                              James Rafalski
14
                Sworn to and subscribed before me, a
15        Notary Public in and for the State and County,
          the referenced witness did personally appear
16        and acknowledge that:
17              They have read the transcript;
                They have listed all of their corrections
18              in the appended Errata Sheet;
                They signed the foregoing Sworn
19              Statement; and
                Their execution of this Statement is of
20              their free act and deed.
21              I have affixed my name and official seal
22        this   16th   day of   October        , 20 20 .
23                                  _____
                                    Notary Public
24
                                      10/3/21
25                                  _____
                                    Commission Expiration Date
```

KENNETH A TROY
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF LIVINGSTON
My Commission Expires October 3, 2021

Page 410

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 4241593

PAGE/LINE(S) /          CHANGE          /REASON

41:19/"No." to "No, I was not asked to provide opinions about the pharmacies' conduct."/correction

49:10/"northern" and "northeastern" to "western"/correction

62:18-19 / statement should be attributed to Mr. Rafalski, not Mr. Fuller / correction

88:11/"them not a suspicious" to "them a suspicious"/correction

101:13/"No." to "No, I can't tell what realistically should have been reported because the due diligence conducted by the defendants was insufficient. Because of this failure on their part, defendants would have no option but to report every flagged order."/correction and clarification

104:8/"know" to "no"/correction

105:11/"One initial order." to "One initial order per pharmacy."/correction

391:15/"main effect" to "maintenance"/correction

399:5/"lagging" to "flagging"/correction

October 16, 2020
Date                                James Rafalski

SUBSCRIBED AND SWORN TO BEFORE ME THIS 16th DAY OF October, 2020.

Notary Public

**KENNETH A TROY**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF LIVINGSTON
My Commission Expires October 3, 2021

10/3/21
Commission Expiration Date