# EXHIBIT 5

```
 1                                                                    1

 2       SUPREME COURT OF THE STATE OF NEW YORK
         COUNTY OF SUFFOLK: PART 48
 3       ----------------------------------------------------x

 4       IN RE: OPIOID LITIGATION

 5
                                      INDEX NO.:400000/2017
 6
         ----------------------------------------------------x
 7
                                      August 19, 2020
 8                                    Central Islip, New York

 9
                       MINUTES OF FRYE HEARING
10                     (Testimony of James Rafalski

11       B E F O R E:        HON. JERRY GARGUILO
                             Supreme Court Justice
12
         A P P E A R A N C E S:
13
         SIMMONS HANLY CONROY, LLC
14       Attorneys for Suffolk County
         112 Madison Avenue
15       New York, New York 10016
         BY:   PAUL J. HANLY, JR., ESQ.
16             JAYNE CONROY, ESQ,
               (212) 784-6401
17             phanly@simmonsfirm.com
               jconroy@simmonsfirm.com
18

19       NAPOLI SHKOLNIK, PLLC
         Attorneys for Nassau County
20       400 Broadhollow Road, Suite 305
         Melville, New York 11747
21       BY:   HUNTER SKOLNICK, ESQ.
               SALVATORE C. BADALA, ESQ.
22             JOSEPH L. CIACCIO, ESQ.
               (212)397-1000
23             pnapoli@napolilaw.com
               sbadala@napolilaw.com
24             jciaccio@napolilaw.com

25
```

| | |
|---|---|
| 1 | Cross/Dr. McCann                                117 |
| 2 | recall, not whether you're truthful or not. |
| 3 | You were placed under oath that day, Doctor? |
| 4 | THE WITNESS:  Yes. |
| 5 | THE COURT:  Yes? |
| 6 | THE WITNESS:  Yes. |
| 7 | THE COURT:  Okay.  And you answered all |
| 8 | the questions that were put to you as best |
| 9 | you could, correct? |
| 10 | THE WITNESS:  Yes. |
| 11 | THE COURT:  And the question is, was |
| 12 | that question and answer put to you as a |
| 13 | question form and your answer, correct; is |
| 14 | that accurate? |
| 15 | THE WITNESS:  Yes -- well, I don't |
| 16 | remember the question and answer.  All I can |
| 17 | do is read the transcript and see it. |
| 18 | Q.   Do you take issue with the question and |
| 19 | answer that you see on the screen right now? |
| 20 | A    No. |
| 21 | Q.   Thank you, sir. |
| 22 | You never asked Mr. Rafalski to check |
| 23 | your work to make sure that you had applied the five |
| 24 | flagging methods the way he intended, correct, sir? |
| 25 | A    Correct. |