**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>     Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG<br>CORPORATION, et al.,<br><br>     Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG<br>CORPORATION, et al.,<br><br>     Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
STRIKE THE IMPROPER ERRATA OF JAMES RAFALSKI**

Upon consideration of Defendants' Motion to Strike the Improper Errata of James

Rafalski and any opposition and replies thereto, it is hereby:

**ORDERED** that Defendants' Motion to Strike the Improper Errata of James Rafalski

is **GRANTED**.

The errata sheet of James Rafalski is **STRICKEN**.

_____
Hon. David A. Faber
United States District Judge