## CONCLUSION

Plaintiffs filed this motion because the Defendants had not previously disputed the accuracy of the Processed ARCOS Data. They still do not dispute its accuracy. The purpose behind Rule 56 is to narrow the issues for trial when there is no factual dispute. Here there is no factual dispute. Plaintiffs should not have to waste trial time and the expense of producing testimony to establish that the Processed ARCOS Data is accurate. The Court should grant the motion and hold that the ARCOS Data received from the DEA and processed by Plaintiffs' expert Dr. Craig J. McCann accurately reflects the actual shipments of opioid products reported to the DEA by DEA licensed wholesale distributors.

Dated: October 30, 2020  Respectfully submitted,

| **THE CITY OF HUNTINGTON** | **CABELL COUNTY COMMISSION** |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell Jr.* |
| Anne McGinness Kearse (WVSB No 12547) | Paul T. Farrell, Jr. (WVSB Bar No. 7443) |
| Joseph F. Rice | **FARRELL LAW** |
| **MOTLEY RICE LLC** | 422 Ninth Street, 3rd Floor (25701) |
| 28 Bridgeside Blvd. | PO Box 1180 |
| Mount Pleasant, SC 29464 | Huntington, West Virginia 25714-1180 |
| Tel: 843-216-9000 | Mobile: 304-654-8281 |
| Fax: 843-216-9450 | paul@farrell.law |
| akearse@motleyrice.com | |
| jrice@motleyrice.com | */s/ Anthony J. Majestro* |
| | Anthony J. Majestro (WVSB No. 5165) |
| Linda Singer | **POWELL & MAJESTRO, PLLC** |
| David I. Ackerman | 405 Capitol Street, Suite P-1200 |
| **MOTLEY RICE LLC** | Charleston, WV 25301 |
| 401 9th Street NW, Suite 1001 | 304-346-2889 / 304-346-2895 (f) |
| Washington, DC 20004 | amajestro@powellmajestro.com |
| Tel: 202-232-5504 | |
| Fax: 202-386-9622 | |
| lsinger@motleyrice.com | |
| dackerman@motleyrice.com | |

6

| | |
|---|---|
| Charles R. "Rusty" Webb (WVSB No. 4782) | Michael A. Woelfel (WVSB No. 4106) |
| **The Webb Law Centre, PLLC** | **WOELFEL AND WOELFEL, LLP** |
| 716 Lee Street, East | 801 Eighth Street |
| Charleston, West Virginia 25301 | Huntington, West Virginia 25701 |
| Telephone: (304) 344-9322 | Tel. 304.522.6249 |
| Facsimile: (304) 344-1157 | Fax. 304.522.9282 |
| rusty@rustywebb.com | mikewoelfel3@gmail.com |