## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CITY OF HUNTINGTON, <br><br>        Plaintiff, <br><br>v. <br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, <br><br>        Defendants. | Civil Action No. 3:17-cv-01362 |
| CABELL COUNTY COMMISSION, <br><br>        Plaintiff, <br><br>v. <br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, <br><br>        Defendants. | *Consolidated case:* <br>Civil Action No. 3:17-01665 <br><br>Hon. David A. Faber |

## CERTIFICATE OF SERVICE

I certify that on October 30, 2020, a copy of the **Certificate of Service** for **Plaintiffs' Supplemental Federal Rule Civil Procedure 26(a)(2)(c) Disclosures** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Plaintiffs' Supplemental Federal Rule Civil Procedure 26(a)(2)(c) Disclosures will be served on all parties by email to: Track2OpioidDefendants@ReedSmith.com and MDL2804Discovery@motleyrice.com.

                                                  *s/ Anthony J. Majestro*
                                                  Anthony J. Majestro (WVSB 5165)