# EXHIBIT 6

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

* * * * * * * * * * * * * * * * * * * * * *

THE CITY OF HUNTINGTON,

        Plaintiff,

vs.                                                  CIVIL ACTION
                                                     NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

        Defendants.
_____
CABELL COUNTY COMMISSION,

        Plaintiff,

vs.                                                   CIVIL ACTION
                                                     NO. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

        Defendants.

* * * * * * * * * * * * * * * * * * * * * *

      Videotaped and videoconference deposition
of CONNIE PRIDDY taken by the Defendants under the
Federal Rules of Civil Procedure in the above-
entitled action, pursuant to notice, before Teresa
S. Evans, a Registered Merit Reporter, at the
Mountain Health Arena, One Civic Center Plaza,
Huntington, West Virginia, on the 13th day of July,
2020.

Page 93

1   heroin, I thought, "There is no way that is
2   happening, because people don't use heroin."
3                 And then I realized that the brain
4   science behind it, once you are addicted to an
5   opioid and your source dries up, that you are going
6   to use something that's much more readily
7   available.
8                 So that was probably in 2005 to 2010.
9        Q.    Had there been heroin usage in Huntington
10  and Cabell County before 2005 or 2010?
11       A.    Not that I was aware of.  But I certainly
12  wasn't on the front lines, because I was flying on
13  the helicopter.
14       Q.    So whether it was happening or not
15  happening, you just --
16       A.    Exactly.
17       Q.    -- don't know.  Do you know of any
18  statistics that are kept about what drug a person
19  starts using -- you know, you just made the comment
20  about the source of opioids dries up and somebody
21  goes to heroin.
22                Do you know of any statistics that
23  would tell us what drug a person starts on?
24       A.    And this is just from the experience of

Page 94

1  working with the Quick Response Team.  They -- once
2  they establish a relationship with an individual,
3  they will ask questions like that, and they have
4  asked questions like that.
5           I'd say 70 or 80 percent of people say
6  they started with pills.
7     Q.   Is that data -- are those responses
8  recorded anywhere?
9     A.   We don't use that as a data point, so I
10 could not say that it may not be in a narrative
11 somewhere, but it is not a data point that we have
12 --
13    Q.   So that's not a --
14    A.   It would be a good data point, but no, we
15 have not --
16    Q.   - it's not tracked.
17    A.   -- collected it as a data point.
18    Q.   So what's the source of your statement that
19 70 to 80 percent of people start on pills?
20    A.   From the Quick Response Team and their
21 experience.
22    Q.   So that's information that has been told to
23 you by people on the Quick Response Team?
24    A.   Absolutely, yes.

Page 95

```
 1       Q.   Do you have any firsthand knowledge of that
 2   70 to 80 percent?
 3       A.   I do not.
 4       Q.   When did you first become involved in
 5   efforts to address opioid problems?  Would that be
 6   -- I think you said 2016?
 7       A.   That was the first time I was asked to be
 8   on a task force.  That does not mean that was the
 9   first time things were going on in Huntington, but
10   that was the first time I was asked to be on the
11   task force.
12       Q.   And was that your first -- when was your
13   first involvement in addressing opioid abuse
14   issues?  Was that when you went on that task force
15   or before?
16       A.   Oh, before.  Based on the fact that I was
17   collecting data for Cabell County EMS and I had put
18   the drop-down box -- or had put -- I would never
19   say I put it in there, because I'm not nearly
20   technical.  But I had that drop-down box put in for
21   suspected overdose, and that was late 2014.
22            So I was certainly more involved than I
23   was -- but 2016 was when on a community response, I
24   was involved, so --
```

Veritext Legal Solutions
www.veritext.com                                          888-391-3376