# EXHIBIT
# 8



# PRESCRIPTION DRUG TRAFFICKING & ABUSE TRENDS



November 16-17, 2013

Pharmacy Diversion Awareness Conference (PDAC)

Louisville, KY

Alan G. Santos, Associate Deputy Assistant Administrator,
Operations Division, Office of Diversion Control,
U.S. Drug Enforcement Administration

CONFIDENTIAL



# Disclosure Information

**I have no financial relationships to disclose !!**

CAH_MDL2804_03194473



# Rx Trends Outline

➢ Scope of the Problem

➢ The Costs

➢ What People are Abusing

➢ The "CSA" – Checks & Balances

➢ Where People are Getting Their Drugs (Evolution of Problem & Pill Mills)

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194474



# OBJECTIVES

1. Identify current trends in pharmaceutical controlled substance abuse.

2. Describe the impact pharmacy diversion has on communities.

CONFIDENTIAL

CAH_MDL2804_03194475



# PRE-TEST

1.  What is the most commonly prescribed controlled substance in the U.S.?

    a.  Oxycodone

    b.  Methylphenidate

    c.  Hydrocodone/APAP

    d.  Alprazolam

CONFIDENTIAL



# PRE-TEST

2.  Name four common methods of diversion.

CONFIDENTIAL



# PRE-TEST

3.  What combination of drugs is referred to as the "trinity"?

A)      Hydrocodone, alprazolam, and carisoprodol

B)      Promethazine with codeine, methylphenidate and carisoprodol

C)      Hydromorphone, carisoprodol and buprenorphine

D)      Methadone, diazepam and tramadol

CONFIDENTIAL



# Prescription Drug Abuse & Trafficking Trends

## <u>OR</u>

# Responding to America's Prescription Drug Abuse Crisis

## *"When Two Addictions Collide"*

CONFIDENTIAL



# SCOPE OF THE PROBLEM

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194480



# Mayo Clinic Study on Prescription Drugs



- The three most common types of prescriptions are antibiotics, antidepressants, and **painkiller opioids**

- 70% of Americans are taking at least one prescription drug

- More than 50% are on at least two prescriptions

Source: Mayo Clinic Press Release, 6/19/2013

CONFIDENTIAL

# Not a New Problem ....













# The 1960/70s/80s





Uppers - Dexedrine



Downers - Seconal



Meprobamate





Hydromorphone



Oxycodone/APAP



"Ts and Blues"





"Fours and Doors"

CONFIDENTIAL

# The 1990s

## OxyContin





CONFIDENTIAL

CAH_MDL2804_03194484



In 2010, approximately 38,329 unintentional drug overdose deaths occurred in the United States, one death every 14 minutes.

Of this number, 22,134 of these deaths were attributed to Prescription Drugs (16,651 attributed to opioid overdoses/ 75.2 %).

Prescription drug abuse is the fastest growing drug problem in the United States.

Source: CDC Drug Overdose Deaths in the United States, 2010   (October 2012)

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194485

# U.S. Drug Overdose Deaths
# by Major Drug Type, 1999-2010





*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

Source: CDC/NCHS, NVSS

CONFIDENTIAL

CAH_MDL2804_03194486



# U.S. Rates of Opioid Overdose Deaths, Sales, and Treatment Admissions, 1999-2010



Source: National Vital Statistics System (NVSS),
DEA's Automation of Reports and
Consolidated Orders System, SAMHSA's
Treatment Episode Data Set

*U.S. Drug Enforcement Administration / Operations
Division / Office of Diversion Control*

CONFIDENTIAL



# Today's Perfect Storm

- Industry is producing a wider variety of controlled substance pharmaceuticals

- Use of Medicare / Medicaid or insurance to fund drug habits

- The Information / Electronic era (i.e., web sites such as Erowid & Bluelight, social networking, blogging, twitter, text messaging, & chat rooms for instant exchanges of information)

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194488



# 2010   Current Users (Past Month)   2011

| 2010 | 2011 |
|---|---|
| ANY ILLICIT DRUG: 22.6 million | ANY ILLICIT DRUG: 22.5 million |
| MARIJUANA: 17.4 million | MARIJUANA: 18.1 million |
| PSYCHOTHERAPEUTIC DRUGS: 7 million | PSYCHOTHERAPEUTIC DRUGS: 6.1 million |
| COCAINE: 1.5 million | COCAINE: 1.4 million |
| Methamphetamine 353,000 | Methamphetamine 439,000 |
| Heroin: 239,000 | Heroin: 281,000 |

Source: 2010 & 2011NSDUH

CONFIDENTIAL

CAH_MDL2804_03194489



# Prescription Drug Abuse

More Americans abuse prescription drugs than the number of:

Cocaine, Hallucinogen, Methamphetamine & Heroin abusers

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194490



# Scope and Extent of Problem: Past Month Illicit Drug Use Among Persons Aged 12 or Older



Source: 2004, 2007, 2008, 2009, 2010, 2011, 2012 National Survey on Drug Use and Health

CONFIDENTIAL

# Past Year Initiates 2012 – Ages 12 and Older





Figure 7.2 Specific Illicit Drug Dependence or Abuse in the Past Year among Persons Aged 12 or Older: 2012

SOURCE: 2012 National Survey on Drug Use and Health (NSDUH) published September 2013 by the Dept of HHS/ Substance Abuse and Mental Health Services Administration (SAMHSA)

CONFIDENTIAL



# National Abuse Facts

➢ In 2012, there were 2.4 million persons aged 12 or older who used psychotherapeutics non-medically for the first time within the past year, approximately **6,700** new initiates per day.*



➢ One in four teens (**24%**) reports having misused a prescription drug at least once in their lifetime (up from 18% in 2008 to 24% in 2012), which translates to about 5 million teens. That is a **33% increase** over a five-year period.

SOURCE: * 2012 National Survey on Drug Use and Health (NSDUH) published September 2013 by the Dept of HHS/ Substance Abuse and Mental Health Services Administration (SAMHSA)
** The Partnership at Drugfree.org / MetLife Foundation Partnership Attitude Tracking Studies 2012 , published April 2013

CONFIDENTIAL

CAH_MDL2804_03194493



# Parents & Their Attitudes

**Parents are not discussing the risks of abusing prescription drugs**



### Parent Discussions with Teens

82%

73%

**Prescription medicine to get high**

69%*

2009　　　　　2010　　　　　2011

*Significantly lower than 2009 and 2010 levels*

*U.S. Drug Enforcement Administration / Operations*
*Division / Office of Diversion Control*

Source: 2011 Partnership Attitude Tracking Study

CONFIDENTIAL

CAH_MDL2804_03194494



# Parents & Their Actions

### Parents and their abuse of prescription drugs



**Parent Prescription Medicine Use**
**(3 times or more)**

*Prescription medicine that was not prescribed specifically for you*

**Lifetime**

12%    13%    18%*

**Past 12 months**

5%    10%*

2009    2010    2011

*Significantly higher than 2009 and 2010 levels*

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

Source: 2011 Partnership Attitude Tracking Study

CONFIDENTIAL

CAH_MDL2804_03194495

# Where do kids get their information from?



CONFIDENTIAL

CAH_MDL2804_03194496



# Popularizing Controlled Substances Abuse



*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

Source: www.foxnews.com, August 29, 2013

CONFIDENTIAL

CAH_MDL2804_03194497

# Westchase teachers learn a lesson: Say 'no' to mints in pill bottles



One of the mint-filled pill bottles distributed to some fourth graders at Westchase Elementary.

By JOSÉ PATIÑO GIRONA | The Tampa Tribune
Published: February 8, 2010

What two fourth-grade teachers at Westchase Elementary School apparently thought was a creative way to calm students about to take the FCAT made at least one caregiver fear the teachers were sending a different message – that taking drugs while under stress is OK.

Sandy Young walked into her grandson's fourth-grade classroom last Thursday and saw pill bottles on each students' desk. Her mind raced with questions and thoughts of disbelief.

Young said she immediately questioned Westchase Elementary fourth-grade teacher Beth Watson about the pill bottles, which were filled with pieces of small mint candy.

"She said it was nothing but some mints; it was just something special for the kids, for the FCAT to mellow them out," Young said.

Young said she was shocked and speechless and walked out of the room when Watson started the students on a math assignment.

Young said the pill bottles go against the lessons of teaching children to say no to drugs.

"We turn around and we have our teachers giving them drugs," said Young, 60, of Tampa. "I don't care if it's mints or not. ... If it's in a prescription bottle, it's a drug."

Young said the bottle reads in part: "Watson's Whiz Kid Pharmacy. Take 1 tablet by mouth EVERY 5 MINUTES to cure FCAT jitters. Repeated use may cause craft to spontaneously ooze from pores. No refills. Ms. (Deborah) Falcon's authorization required."

The school received one complaint since pill bottles were distributed on Thursday, said Linda Cobbe, a school district spokeswoman. It's believed only two fourth-grade teachers at the school distributed the pill bottles.

The principal met with the students on Monday to confirm the pill bottles contained mints that were safe to eat. The students were asked to dump the mints in a separate container and the pill bottles were thrown away, Cobbe said.

She said the bottle idea was tied to the children's book the students recently read, "George's Marvelous Medicine," about a boy who concocts potions to try to change the disposition of his cranky grandmother.

The teachers were just trying to use a creative way to get across to the students not to be stressed with the FCAT writing examination that will be administered to fourth-, eighth- and 10th-graders beginning next week, Cobbe said.

"Elementary teachers do creative things to make learning fun," Cobbe said.

The teachers won't be disciplined, and it wasn't their intention to promote drug use, Cobbe said.

"I know that is not the intent of the teachers," Cobbe said. "That is not the outcome they would wish for."

Young said her grandson has been at Westchase Elementary for a year, and she hasn't had any complaints. But this experience has soured her.

It concerns her that now someone might hand her grandson a pill bottle with drugs and he might think it's OK to consume its contents.

"We as parents and grandparents have to drill it into them that this is unacceptable and hope and pray that they don't accept drugs from someone else," Young said.

U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control

CONFIDENTIAL





| Home | News | Travel | Money | Sports | Life | Tech |

**Sports**  Fantasy  MLB  NFL  NBA  NHL  Coll. Football  Coll. Basketball  Preps  NASCAR

# Wrestler Benoit's doctor gets 10 years in prison

Updated 5/12/2009 2:34 PM | Comment   | Recommend

E-mail | Print |



Enlarge                                    WWE via AP

Wrestler Chris Benoit strangled his wife and 7-year-old son, then hung himself in a June 2007 murder-suicide. Benoit's personal doctor Phil Astin was sentenced to 10 years in prison on Tuesday for illegally distributing prescription drugs to patients.

NEWNAN, Ga. (AP) — The personal doctor to a professional wrestler who killed himself, his wife and their 7-year-old son was sentenced to 10 years in prison Tuesday for illegally distributing prescription drugs to patients.

Dr. Phil Astin, 54, had pleaded guilty Jan. 29 to a 175-count federal indictment.

Prosecutors said Astin prescribed painkillers and other drugs to known addicts for years. They said at least two of Astin's patients died because of his lax oversight of what medicines they were taking. However, the indictment was unclear about whether Chris Benoit, a wrestler for Stamford, Conn.–based World Wrestling Entertainment, was one of the two.

"I take full responsibility," Astin told the judge Tuesday. "I am sorry I hurt so many lives. I was thinking that I was looking after my patients."

U.S. District Judge Jack Camp said there was no doubt Astin tried to help hundreds of patients at his western Georgia clinic. But the judge said he could not overlook Astin's misconduct.

"The fact that two people did die outweighs other conditions

Share

Add to Mixx

Facebook

Twitter

More

Subscribe

myYahoo

iGoogle

More

that I must consider," Camp said.

A federal investigation found Astin wrote prescriptions without conducting physical exams and sometimes gave patients as many as four simultaneous prescriptions for Percocet. He also prescribed "cocktails" of drugs like Percocet, Oxycontin, Vicodin and Adderall.

"Medical doctors know that after a period of time, if the prescriptions are not working, you get them off," Assistant U.S. Attorney John Horn said during the hearing.

Investigators cited one case in which an unidentified female patient began receiving a combination of drugs that included Xanax from Astin in 2002. She died in June 2007, the same month authorities found Benoit and his family dead in their suburban Atlanta home.

CONFIDENTIAL

CAH_MDL2804_03194499



## Rush Limbaugh Arrested On Drug Charges

Rush Limbaugh and prosecutors in the long-running prescription fraud case against him have reached a deal calling for the only charge against the conservative commentator to be dropped without a guilty plea if he continues trea...

Limbaugh turned himself in to authorities on a warrant filed Friday charging him w... Barbera, a spokeswoman for the Palm Beach County Jail. He and his attorney Ro... and fingerprinted and he posted $3,000 bail, Barbera said.

Prosecutors' three-year investigation of Limbaugh began after he publicly acknow... rehabilitation program. They accused Limbaugh of "doctor shopping," or illegally... learning that he received about 2,000 painkillers, prescribed by four doctors in six...

Limbaugh, who pleaded not guilty Friday, has steadfastly denied doctor shopping... complies with court guidelines.

# Rangers' Boogaard died of alcohol, oxycodone mix

Updated 9/20/2011 11:09 PM |

MINNEAPOLIS (AP) — The death of New York Rangers enforcer Derek Boogaard was an accident, due to a toxic mix of alcohol and the powerful painkiller oxycodone.

The Hennepin County Medical Examiner announced Boogaard's cause of death Friday, saying it was unclear exactly when the 28-year-old died. Boogaard was found dead in his Minneapolis apartment last ...ths after he sustained a concussio...

his passion for the game, his teammates, and his community work was unstoppable."

Experts say mixing alcohol and medicines can cause dangerous reactions. Drinking alcohol while taking strong painkillers like oxycodone can result in breathing problems and increase the risk of an overdose, according to the National Institute on Alcohol Abuse and Alcoholism.

The family thanked the Rangers, Minnesota Wild, the NHL and the NHLPA for "supporting Derek's continued efforts in his battle."

"Regardless of the cause, Derek's passing is a tragedy," NHL spokesman Frank Brown said in an email. The Rangers and Wild had no comment.

Boogaard's agent, Ron Salcer, said it has ...

## Coheed and Cambria Bassist Arrested Before Gig

Originally posted Jul 10th 2011 5:18 PM PDT by TMZ Staff

**Michael Todd**, the bassist for the band **Coheed and Cambria**, was arrested for armed robbery after he allegedly held up a Walgreens by claiming he had a bomb ... and this all went down right before they played a show!

Friday, June 3, 2011

## Michael Baze accidentally overdosed

Associated Press

LOUISVILLE, Ky. -- Jockey Michael Baze, who won more than 900 horse races in a nine-year career, died from an accidental overdose of cocaine and prescription pain medicine at Churchill Downs, the coroner's office said Friday.

The 24-year-old Baze was pronounced dead on May 10. His body was found in his vehicle near the stables at the famed Louisville track.

Jefferson County Deputy Coroner Jim Wesley said the cause of death was multiple substance intoxication. Significant amounts of cocaine and the pain medication oxymorphone were found in Baze's system, said Wesley, citing toxicology results.

Baze was facing a drug possession charge at the time of his death. The week he died, he was scheduled to appear at a preliminary hearing on a charge of first-degree possession of cocaine. He also w...

Baze was arrested last Novemb... to the arrest warrant.

His mother, Teri Gibson, said the ...

"I honestly thought he was not d...

Baze was remembered for his ki...

Churchill Downs spokesman Joh... who rode only briefly at Churchi...

Hall of Fame rider Mike Smith r... asleep.

May 8, 2012

# Thomas Kinkade cause of death: alcohol, Valium

Recommend  71                                    0

By Ann Oldenburg, USA TODAY

Updated 2012-05-08 7:18

An autopsy has concluded that Thomas Kinkade's death was caused by an accidental overdose.

NBC Bay Area News reported late Monday that the Santa Clara County medical examiner's autopsy is complete and reveals that Kinkade died April 6 at his California home from a combination of alcohol and prescription drugs. He was 54.



CAPTION

By Gene Blythe, AP

## Jack Camp, Senior Federal Judge, Arrested On Drug, Gun Charges

ATLANTA — A veteran federal judge faces drug and firearms charges after an exotic dancer at an Atlanta strip club told authorities he used cocaine, marijuana and other illegal drugs with her.

Senior U.S. District Judge Jack T. Camp was arrested Friday minutes after he handed an undercover law enforcement agent $160 for cocaine and Roxycodone, a narcotic pain medication, that he intended to use with the exotic dancer, authorities said in a court document released Monday. They said they also found two firearms in the front seat of his vehicle.

Camp, 67, who has presided over some high-profile cases, was released Monday on a $50,000 bond. His attorney, William Morrison, said after a brief hearing that the judge intends to plead not guilty. Morrison said Camp would probably take a leave of absence and would not preside over any more cases until the charges are resolved.

29

CAH_MDL2804_03194500













**Kenneth Moore,
aka Big Moe
October 14, 2007**



**Brittany Murphy
December 20, 2009**

**Anna Nicole
Smith
February 8, 2007**

**Russell Jones, aka
Ol' Dirty Bastard
November 13, 2004**

# DEATHS

**Heath Ledger
January 22, 2008**







**Derek Boogaard
May 13, 2011**

**Leslie Carter
January 31, 2012**

**Ken Caminiti
October 10, 2004**

**Whitney Houston
February 11, 2012**

30

CONFIDENTIAL

CAH_MDL2804_03194501



Noelle Bush



Billy Mays, the late pitchman

## Autopsy: Cocaine had role in his death

Hillsborough County spokeswoman Lori Hudson said nothing in the toxicology report indicated the frequency of Mays' cocaine use. Cocaine can raise arterial blood pressure, directly cause thickening of the left wall of the ventricle and accelerate the formation of atherosclerosis in the coronary arteries, the release said.



Eminem

The toxicology tests also showed therapeutic  amounts of painkillers hydrocodone,  oxycodone and tramadol, and anti-anxiety drugs alprazolam and diazepam.  Mays had suffered hip problems and was scheduled for  hip-replacement surgery the day after he was found dead.



condo June 28.

Mays, 50, was a pop-culture fixture with his energetic commercials pitching gadgets and cleaning products like Orange Glo and OxiClean.

Heart disease was the primary cause of death, and a report released Friday by the medical examiner listed cocaine as a "contributory cause of death." The office said Mays last used cocaine in the few days before his death but was not under the influence of the drug when he died

NEWSDAY, SATURDAY, AUGUST 8, 20

Terrence Kiel



Corey Haim

CONFIDENTIAL

CAH_MDL2804_03194502



# The Costs

CONFIDENTIAL



# Economic Costs

- $55.7 billion in costs for <u>prescription drug abuse</u> in 2007[1]

  ➢ $24.7 billion in direct healthcare costs

- Opioid abusers generate, on average, annual direct health care costs 8.7 times higher than non-abusers[2]

1. Birnbaum HG, White, AG, Schiller M, Waldman T, et al. Societal Costs of Prescription Opioid Abuse, Dependence, and Misuse in the United States. *Pain Medicine.* 2011;12:657-667.
2. White AG, Birnbaum, HG, Mareva MN, et al. Direct Costs of Opioid Abuse in an Insured Population in the United States. *J Manag Care Pharm.* 11(6):469-479. 2005

CONFIDENTIAL

# Addicted Infants Triple in a Decade





## Prescription abuse

# Addicted infants triple in a decade

### 3.4 out of 1,000 suffer painkiller withdrawal

By Liz Szabo
USA TODAY

The number of babies born addicted to the class of drugs that includes prescription painkillers has nearly tripled in the past decade, according to the first national study of its kind.

About 3.4 of every 1,000 infants born in a hospital in 2009 suffered from a type of drug withdrawal commonly seen in the babies of pregnant women who abuse narcotic pain medications, the study says. It's published today in *The Journal of the American Medical Association.*

## Born into addiction

Babies exposed to drugs in the womb have more health problems than other newborns.

■ Drug-exposed
■ Other

**Breathing problems**




31%
9%

**Low birthweight¹**

19%
7%

**Feeding problems**

18%
3%

**Seizures**

2.3%
0.1%

1 — under 5½ pounds

Source: Journal of the American Medical Association

By Frank Pompa, USA TODAY

USA Today: May 1, 2012

34

CONFIDENTIAL



# Economic Costs

- Maternal opioid dependence can affect birth costs

- A recent study showed in 2009, the average hospital stay for opioid exposed infants with neonatal abstinence syndrome (NAS) was 16 days[1]

- The hospitalization cost of treating each baby with NAS averaged $53,400[2]

- State Medicaid programs paid for 77.6% of these births[3]

1.  Patrick SW, Schumacher RE, Benneyworth BD, Krans EE, McAllister JM, Davis MM. Neonatal abstinence syndrome and associated health care expenditures: United States, 2000-2009. JAMA. 2012 May 9;307(18):1934-40. Epub 2012 Apr 30
2.  Ibid.
3.  Ibid.

CAH_MDL2804_03194506



# National Poison Data System (Formerly known as Toxic Exposure Surveillance System) – Total Annual Mentions of Toxic Exposures

|      | Hydrocodone | Oxycodone |
| ---- | ----------- | --------- |
| 2001 | 15,191      | 9,480     |
| 2002 | 17,429      | 10,515    |
| 2003 | 19,578      | 11,254    |
| 2004 | 22,654      | 12,603    |
| 2005 | 22,229      | 13,191    |
| 2006 | 22319       | 13,473    |
| 2007 | 24,558      | 15,069    |
| 2008 | 26,306      | 17,256    |
| 2009 | 27,753      | 18,396    |
| 2010 | 28,310      | 19,363    |
| 2011 | 30,792      | 19,423    |

CONFIDENTIAL



# Emergency Room Visits (2004-2010)

- **Increase of 115%: ER visits attributable to pharmaceuticals** (*i.e.,* with no other type of drug or alcohol) **(626,472 to 1,345,645)**

  - **No Significant Change: ER visits attributable to cocaine, heroin, marijuana, or methamphetamine**

SOURCE: The DAWN Report, *Highlights of the 2010 Drug Abuse Warning Network (DAWN) Findings on Drug-Related Emergency Department Visits,* July 2, 2012

CONFIDENTIAL

# U.S. Motor Vehicle Traffic, Poisoning, and Drug Poisoning (Overdose) Death Rates, 1980-2010





Source: CDC National Center for Health Statistics (NCHS) Data Brief, December 2011, updated with 2009 and 2010 mortality data

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# Drug-Induced Deaths vs. Other Injury Deaths
## (1999–2009)



Causes of death attributable to drugs include accidental or intentional poisonings by drugs and deaths from medical conditions resulting from chronic drug use. Drug-induced causes exclude accidents, homicides, and other causes indirectly related to drug use.  Not all injury cause categories are mutually exclusive.

Source:  National Center for Health Statistics, Centers for Disease Control and Prevention.  National Vital Statistics Reports *Deaths: Final Data* for the years 1999 to 2009 (January 2012).

CONFIDENTIAL



# Public Health Impact of Opiate Analgesic Abuse

*For every 1 unintentional opioid overdose death in 2010, there were…*



Abuse treatment admissions — 10

ED visits for misuse or abuse — 28

People with abuse/dependence — 108

Nonmedical users — 733

Mortality figure is for unintentional overdose deaths due to opioid analgesics in 2010, from CDC/Wonder
Treatment admissions are for with a primary cause of synthetic opioid abuse in from TEDS
Emergency department (ED) visits related to opioid analgesics in from DAWN
Abuse/dependence and nonmedical use of pain relievers in the past month are from the National Survey on Drug Use and Health

CONFIDENTIAL

CAH_MDL2804_03194511









VOL. CCLX NO. 141 &&&&&& WEEKEND &&&& $2.00
DOWJONES SATURDAY/SUNDAY, DECEMBER 15 - 16, 2012 WSJ.com

# A Pain-Drug Champion Has Second Thoughts



## On the Rise
Kilograms of opioids sold, per 10,000 people

7.1 kg

Source: National Vital Statistics

By THOMAS CATAN

It has been hi...
sell Portenoy app...
thoughts.

Two decades...
York pain-care s...
ment to help peo...
campaigned to...
painkillers derive...
that were long si...
cause of their ac...

Dr. Portenoy's...
cessful. Today, d...
like Vicodin, Oxy...
among the most widely prescribed pharmaceuticals in America.

Opioids are also behind the country's deadliest drug epidemic. More than

Now, Dr. Portenoy and other pain doctors who promoted the drugs say they erred by overstating the drugs' benefits and glossing over risks. "Did I teach about pain management, specifically about opioid therapy, in a way that reflects misinformation? Well, against the standards of 2012, I guess I did," Dr. Portenoy said in an interview with the Wall Street Journal. "We didn't know then what we know now."

thought, and questions whether opioids are effective against long-term chronic pain.

The change of heart among former champions of opioid use has happened

he notice of many
chiatrist Joseph
hocked" after at-
outlining the lat-
isx.

e of everything
. "You saw other
it and saying, 'Oh
ing?'"

d they were dan-
pioids were long
cer patients. But
at they could be
months or years
in chronic pain.

Among the assertions he and his followers made in the 1990s: Less than 1% of opioid users became addicted, the drugs

Please turn to page A12



# WHAT PEOPLE ARE ABUSING

CONFIDENTIAL

Case 3:17-cv-01362  Document [illegible]  Filed [illegible]  Page 45 of 50 [illegible]

# Commonly Abused Controlled Pharmaceuticals



DEA

## Carisoprodol

 

C-IV as of 1/11/2012



## Hydrocodone



OxyContin 80mg



Oxymorphone



C-IV    PHARMACIA & UPJOHN    P. 2294

29* 0.25 mg    55* 0.5 mg    90* 1 mg

94* 2 mg

Xanax (Alprazolam)
Photo from the Physicians Desk Reference



## Oxycodone 30 mg



## Alprazolam

CAH_MDL2804_03194515



# HYDROCODONE

CONFIDENTIAL



# Hydrocodone

➢Similarities:
- Structurally related to codeine
- Equal to morphine in producing opiate-like effects

➢Brand Names: Vicodin®, Lortab®, Lorcet®

➢Street prices: $2 to $10+ per tablet depending on strength & region



CONFIDENTIAL



# Top Five Prescription Drugs Sold in the U.S.
## (2006-2011)



Case 2:12-cv-81362 Document 1149-6 Filed 10/30/20 Page 49 of 50 PageID #: 39964



# Total U.S. Retail* Distribution of Selected Drugs
## January 1, 2008 – December 31, 2011



*Retail includes pharmacies, hospitals, practitioners, mid-level practitioners, teaching institutions, and narcotic treatment programs.

Drug Enforcement Administration
Office of Diversion Control
Office of the Deputy Assistant Administrator

Source: ARCOS
Date Prepared: 08/28/2012

CONFIDENTIAL

CAH_MDL2804_03194519

# The Trinity



### Hydrocodone



**Opiate**

### Carisoprodol



C-IV as of 1/11/2012

**Muscle Relaxant**



**Benzodiazepine**

CAH_MDL2804_03194520