

# Notice of Proposed Rulemaking for the Disposal of Controlled Substances

➢ **The NPRM on disposal was published in the Federal Register on December 21, 2012**

➢ **Open for a 60-day public comment period / Closed February 19, 2013**

➢ **The Final Rule will be published in the Federal Register upon completion**

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194571



# Doctor Shopping







CONFIDENTIAL



# Doctor Shopping: What is it ?

**Practiced by both Individual "Patients Drug Seekers" & Trafficking Organizations**

- Target Physicians
  - Obtain prescriptions from multiple physicians
  - Physicians who are willing to prescribe controlled substances over an extended period of time with little or no follow-up
- Target Pharmacies
  - Utilize multiple pharmacies to fill the orders to avoid suspicion
  - Pharmacies known to dispense controlled substances without asking questions are targeted

102

CAH_MDL2804_03194573



# Doctor Shopping: What is it ?

## Los Angeles Times
LATIMES.COM

# Prescriptions like candy

## The story of a Duarte doctor makes it clear a lot can go wrong between the handcuffs and the prison time.

**SANDY BANKS**

We're getting tough on drug dealers in Los Angeles these days, sweeping crack sellers off skid row streets, shutting down marijuana dispensaries, prosecuting doctors who peddle prescriptions like candy to patient addicts.

But the story of Dr. Daniel Healy makes it clear that a lot can go wrong between the handcuffs and the prison time.

Healy, according to prosecutors, is a most prolific drug dealer. In 2008 alone, he illegally distributed enough prescription drugs to constitute the federal government's equivalent of more than 50 kilos of cocaine or 37,000 pounds of marijuana.

The Duarte physician ordered more Vicodin than any doctor in the nation — 1 million pills in 2008. That's 10 times the stockpile of an average pharmacy; more than his local CVS, Wal-Mart, Target and City of Hope pharmacies combined.

According to federal legal briefs, Healy made so many over-the-counter sales from his "Kind Care" medical clinic, the office had its own money-counting machine and Healy pocketed "$3,000 to $6,000 a day."

On the day he was arrested, police pulled over a ghetto street dealer with a wad of cash and pocketful of crack cocaine.

That guy would have received . . . years in . . . little as f . . .

Healy . . . that a le . . . was "not . . . Dr. Heal . . . future cr . . . to protec . . . his futur . . .

Attor . . . called hi . . . healer w . . . medical . . . class con . . . options t . . .

The p . . . ing an in . . . Monrovi . . . Drug En . . . istration . . . different . . .

Healy . . . ways: "w . . . for his cu . . . more cor . . . [pills] di . . . clinic to . . . could pa . . . ers often . . . cation or . . . came qui . . . legal papers said.

Healy's dealings became so blatant, local pharmacists refused to fill prescriptions he wrote for his patients' prescriptions because they came in so often, involved large quantities of controlled substances and patients tended to pay in cash for the drugs.

Investigators matching his inventory against his pharmacy orders and pre-

> The Duarte physician ordered more Vicodin than any doctor in the nation – 1 million pills in 2008. That's 10 times the stockpile of an average pharmacy; more than his local CVS, Wal-Mart, Target, and City of Hope pharmacies combined.

. . . ecutors . . . aly is a . . . aler.

. . . couldn't . . . 36 of the . . . he year . . . ested,

. . . i.
. . . Care clinic
. . . an a "nar-
. . . . netted him
almost $700,000 in one year:
"a cash-and-carry narcotics store under the guise of providing legitimate medical treatment."

The prosecutor in the case stopped short of saying he's disappointed when I interviewed him Monday.

"Forty-eight months is a significant sentence, by any measure," said Assistant U.S. Atty. David Herzog. The felony conviction

means Healy will lose his license. "The end result is that this defendant is no longer able to distribute narcotics into the community and never will again."

But 48 months is considerably less than the 210-month minimum term the probation report recommended. It's less, even, than the 57 months Healy's lawyer suggested would be fair.

That's a blow to DEA efforts to crack down on abuse of prescription drugs, which is rising among teens and young adults.

Nearly 7 million Americans are abusing pharmaceutical drugs — up from 3.8 million 10 years ago, and more than the number addicted to cocaine, heroin and hallucinogens. Opiod painkillers — the kind Healy dispensed — cause more overdose deaths than cocaine and heroin combined.

Blatant drug-dealing by doctors is rare. More common is doctor-shopping by patients, thefts from pharmacies, trading meds by addicts and illicit street sales by drug dealers.

That's why Healy's sentence is so disappointing.

Here's a chance to send a message to "well-meaning" doctors like Healy who might be tempted by easy money and to suffering patients who might not realize that the mild-mannered guy with the stethoscope might have more than their well-being in mind.

sandy.banks@latimes.com

CAH_MDL2804_03194574

# Illinois Doctor Sentenced to Four Consecutive Life Sentences

 



Dr. Paul H. Volkman was sentenced in the Southern District of Ohio on February 14, 2012 to four consecutive life sentences and ordered to forfeit $1.2 million. Volkman was convicted on 12 counts of illegal distribution of controlled substances, four of which resulted in a death; one count of conspiracy to distribute controlled substances; four counts of maintaining a drug premise; and one count of possession of a firearm in furtherance of a drug trafficking crime.

From 2003 to 2005, Volkman illegally distributed over 2.5 million dosage units of Schedule II drugs, primarily oxycodone, outside the course of professional practice which resulted in the death of four people. Of the approximate one million practitioner registrants in the United States in 2004, Volkman ranked first in purchases of oxycodone.

CAH_MDL2804_03194575

# Status of State Prescription Drug Monitoring Programs (PDMPs)





States with operational PDMPs

States with enacted PDMP legislation, but program not yet operational

States with legislation pending

As of July 2013

Source: The National Alliance for Model State Drug Laws (NAMSDL), www.namsdl.com. "Prescription Drug Abuse: Strategies to Stop the Epidemic (2013)"

* The operation of Nebraska's PDMP is currently being facilitated through the state's Health Information Initiative. Participation by patients, physicians, and other health care providers is voluntary.

CONFIDENTIAL

CAH_MDL2804_03194576

# Potential Red Flags

many customers receiving the same combination of prescriptions

many customers receiving the same strength of controlled substances;

many customers paying cash for their prescriptions;

many customers with the same diagnosis codes written on their prescriptions;

individuals driving long distances to visit physicians and/or to fill prescriptions;

customers coming into the pharmacy in groups, each with the same prescriptions issued by the same physician; and

customers with prescriptions for controlled substances written by physicians not associated with pain management (i.e., pediatricians, gynecologists, ophthalmologists, etc.).

CONFIDENTIAL



# The Internet



CONFIDENTIAL

# Domestic 'R$_X$' Flow



1. Consumer in Montana orders hydrocodone on the Internet

6. Pharmacy in Iowa fills order and ships to Consumer via Shipper

4. Order is approved by Physician in New Jersey and returned to Web Company

5. Approved order then sent by Web Company to an affiliated Pharmacy

2. Request goes through Website Server in San Antonio, TX

3. Web Company (located in Miami, FL) adds request to queue for Physician approval

CONFIDENTIAL
CAH_MDL2804_03194579



# Purchases of Hydrocodone by Known and Suspected
# Rogue Internet Pharmacies
# January 1, 2006 – December 31, 2006

| # | County | City | State | ZIP | Amount |
|---|---|---|---|---|---|
| 1 | Hillsborough | TAMPA | FLORIDA | 33614 | 15,596,360 |
| 2 | Pinellas | CLEARWATER | FLORIDA | 33765 | 9,077,8 |
| 3 | Hillsborough | TAMPA | FLORIDA | 33614 | 8,760,876 |
| 4 | Baltimore City | BALTIMORE | MARYLAND | 21213 | 5,876,300 |
| 5 | Hillsborough | TAMPA | FLORIDA | 33619 | 5,718,200 |
| 6 | Jefferson | RIVER RIDGE | LOUISIANA | 70123 | 4,892,900 |
| 7 | Hillsborough | TAMPA | FLORIDA | 33634 | 4,733,290 |
| 8 | Polk | LAKELAND | FLORIDA | 33813 | 4,564,480 |
| 9 | Hillsborough | TAMPA | FLORIDA | 33612 | 4,220,840 |
| 10 | Pinellas | CLEARWATER | FLORIDA | 33759 | 3,819,320 |
| 11 | Hillsborough | TAMPA | FLORIDA | 33610 | 3,044,160 |
| 12 | | | FLORIDA | 33809 | 3,039,490 |
| 13 | | | | 70123 | 2,750,000 |
| 14 | | | | 34652 | 2,664,120 |
| 15 | | | | 33613 | 1,902,900 |
| 16 | | | | 33801 | 1,726,020 |
| 17 | Hillsborough | TAMPA | FLORIDA | 33612 | 1,619,765 |
| 18 | Hillsborough | TAMPA | FLORIDA | 33604 | 1,570,350 |
| 19 | Pinellas | TARPON SPRINGS | FLORIDA | 34689 | 1,464,900 |
| 20 | Lincoln | DENVER | NORTH CAROLINA | 28037 | 1,402,450 |
| 21 | Hillsborough | TAMPA | FLORIDA | 33617 | 1,282,800 |
| 22 | Hillsborough | TAMPA | FLORIDA | 33619 | 1,272,860 |
| 23 | Polk | LAKELAND | FLORIDA | 33813 | 1,039,400 |
| 24 | Pasco | WESLEY CHAPEL | FLORIDA | 33543 | 1,030,050 |
| 25 | Iredell | MOORESVILLE | NORTH CAROLINA | 28117 | 902,500 |
| 26 | Polk | LAKELAND | FLORIDA | 33815 | 867,800 |
| 27 | Broward | HOLLYWOOD | FLORIDA | 33021 | 865,700 |
| 28 | Los Angeles | ENCINO | CALIFORNIA | 91436 | 798,100 |
| 29 | Hillsborough | TAMPA | FLORIDA | 33604 | 793,350 |
| 30 | Pasco | NEW PORT RICHEY | FLORIDA | 34652 | 583,400 |
| 31 | Ravalli | FLORENCE | MONTANA | 59833 | 362,000 |
| 32 | Hillsborough | TAMPA | FLORIDA | 33619 | 162,000 |
| 33 | Broward | DEERFIELD BEACH | FLORIDA | 33441 | 112,600 |
| 34 | Hillsborough | TAMPA | FLORIDA | 33614 | 49,600 |

## 98,566,711

Date Prepared: 03/07/2007 Source: ARCOS

CONFIDENTIAL

CAH_MDL2804_03194580



# One Internet Case Example
## Minneapolis, Minnesota

CONFIDENTIAL





# Total Forfeiture:

# $4,370,258.80

CONFIDENTIAL



# Ryan Haight Online Pharmacy Act: Internet Trafficking a Crime

**21 USC 841(h)(1):  It shall be unlawful for any person to knowingly or intentionally:**

(A) deliver, distribute, or dispense a controlled substance by means of the Internet, except as authorized by this title; or

(B) aid or abet any violation in (A)

CONFIDENTIAL



# Ryan Haight Online Pharmacy Act: Violations

**Automatic Violation of the CSA if any of the following occurs:**

➢ No in-person medical evaluation by prescribing practitioner

➢ Online pharmacy not properly registered with _modified registration._

➢ Website fails to display required information

CONFIDENTIAL

CAH_MDL2804_03194585



# Current CSA Registrant Population

## Total Population: 1,500,245

- ➢ **Practitioner** — **1,168,919**
- ➢ **Mid-Level Practitioner** — **232,136**
- ➢ **Pharmacy** — **68,907**
- ➢ **Hospital/Clinic** — **15,921**
- ➢ **Manufacturer** — **545**
- ➢ **Distributor** — **959**
- ➢ **Researcher** — **7,164**
- ➢ **Analytical Labs** — **1,525**
- ➢ **NTP** — **1,319**
- ➢ **ADS Machine** — **564**

**as of 07/31/2013**

CONFIDENTIAL



# What took the place of internet controlled substance distribution?

## Where did it all go?

CAH_MDL2804_03194587



# Normal Practitioner / Patient Relationship

## Practitioners

*"A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of professional practice."* (21 CFR §1306.04(a))

*United States v Moore  423 US 122 (1975)*

CAH_MDL2804_03194588



# The Florida "Migration":
## Was this Normal ??

Vast majority of the "patients" visiting Florida "pain clinics" came from out-of-state:

➢ Georgia
➢ Kentucky
➢ Tennessee
➢ Ohio
➢ Massachusetts
➢ New Jersey
➢ North and South Carolina
➢ Virginia
➢ West Virginia

CONFIDENTIAL

# THE MIGRATION



Mayo Clinic of
Jacksonville

N.H.

VT.

MAINE

MASS.

R.I.

CONN.

N.J.

DEL.

MD.

WASHINGTON

OREGON

MONTANA

MINNESOTA

NORTH DAKOTA

SOUTH DAKOTA

IDAHO

WYOMING

NEVADA

UTAH

NEBRASKA

IOWA

COLORADO

KANSAS

CALIFORNIA

ARIZONA

NEW MEXICO

OKLAHOMA

TEXAS

MISSOURI

ARKANSAS

TENN.

ALA.

GEORGIA

PENN.

(MIAMI)



 

"short waits or
we will pay you"

"earn $$$ for
patient referals" (sic)

CONFIDENTIAL

CAH_MDL2804_03194591



# When you get in, make sure you follow the Instructions !!



121

CONFIDENTIAL



# All the Instructions

PLEASE
HAVE
EXACT
CHANGE

CASH ONLY

NO CREDIT
CARDS OR
CHECKS
ALLOWED.

SORRY FOR
THE
INCONVIENCE

122

CAH_MDL2804_03194593



# All of your weapons !!!!!!



CONFIDENTIAL

CAH_MDL2804_03194594



# Including the knives !!!!

CONFIDENTIAL

CAH_MDL2804_03194595



# Finally, get your script (s) !!



125

CAH_MDL2804_03194596



# Make sure you pack them properly for the trip home (which is often out of state)!



CONFIDENTIAL

CAH_MDL2804_03194597



# Drugs Prescribed

- A 'cocktail' of oxycodone and alprazolam (Xanax®)
- An average 'patient' receives prescriptions or medications in combination

| Schedule II | Schedule III | Schedule IV |
|---|---|---|
| Oxycodone 15mg, 30mg | Vicodin (Hydrocodone) | Xanax (Alprazolam) |
| Roxicodone 15mg, 30mg | Lorcet | Valium (Diazepam) |
| Percocet | Lortab | |
| Percodan | Tylenol #3 (codeine) | |
| Demerol | Tylenol #4 (codeine) | |

CONFIDENTIAL



# Average Charges for a Clinic Visit

- Price varies if medication is dispensed or if customers receive prescriptions

- Some clinics advertise in alternative newspapers citing discounts for new patients such as 'buy one get one free' or "50% off with this ad"

- Typically, initial office visit is $250; each subsequent visit is $150 to $200

- Average 120-180 30mg oxycodone tablets per visit

CONFIDENTIAL



# Cost of Drugs

- The 'cocktail' prescriptions go for $650 to $1,000

- According to medical experts, most clinics do not require sufficient medical history and tests for proper prescribing of Schedule II substances

- Each oxycodone 30mg tablet costs $1.75 to $2.50 at the clinics

  – On the street in Florida, that pill can be re-sold for $7 to $15
  – Outside of Florida, it can be re-sold for $25 to $30 ($1 per mg)

CAH_MDL2804_03194600

# Explosion of South Florida Pain Clinics





**Estimated Number of Broward County Pain Clinics**

| Year | Number |
|------|--------|
| 2007 | 4 |
| 2008 | 66 (10/15/2008) |
| 2009 | 115 |
| *2010 | 142 |

As of June 4, 2010, Florida has received 1,118 applications and has approved 1026
*As of May 14, 2010, Broward 142; Miami-Dade 79; Palm Beach 111

CONFIDENTIAL



# Explosion of South Florida Pain Clinics – All Providers (Current and Closed)

- All/State of Florida: 1,501

- Broward County: 236
- Miami-Dade County: 156
- Palm Beach County: 161
- Hillsborough County (Tampa area): 214

As of February 12, 2013.

CONFIDENTIAL



# Where to Find Doctors - Craigslist ??

**\*\*PHYSICIAN NEEDED, START IMMEDIATELY\*\* (WEST PALM BEACH, FLORIDA )**

Date: 2010-03-03, 5:22PM EST
Reply to: job-gekbz-1627117891@craigslist.org [Errors when replying to ads?]

\*\*PHYSICIAN NEEDED, START IMMEDIATELY\*\*

M.D. / D.O. FOR CONTINUING CARE / PAIN MANAGEMENT CENTER

- FULL TIME & PART TIME POSITIONS ARE AVAILABLE – START IMMEDIATELY!
- Experience in Pain Management is preferred but NOT necessary. We will train if needed!
- GREAT Compensation ($12,000+ PER WEEK!!!)
- Position may include Medical Director for facility
- Doctor's need to have their Dispensing License or can obtain one
- Perfect opportunity for a M.D. / D.O. / or Retiree
- Please send resume with salary requirements to: DPerezWPM@Gmail.com
ALL INQUIRES CONTACT: DPerezWPM@Gmail.com OR CALL 561-253-4038

## DOCTOR'S NEEDED (MIAMI)

Date: 2010-02-21, 6:50PM EST
Reply to: doctor247@hotmail.com [Errors when replying to ads?]

CAN EARN OVER $500 DOLLARS AN HOUR
FLEXIBLE HOURS
WEEKDAYS .WEEKENDS OR BOTH
YOU MAKE YOUR OWN SCHEDULE
CONTACT ERIC TEL 305 710-0013
CAN SEND US YOUR CV AT doctor247@hotmail.com

Location: MIAMI
· Compensation: can earn over $500 dollars an hour
· This is a part-time job.
· Principals only. Recruiters, please don't contact this job poster.
· Phone calls about this job are ok.
Please do not contact job poster about other services, products or commercial interests.

132



# Why is this happening?

CONFIDENTIAL

# Its All About Profit



- One case in Florida owner/operator of pain clinic allegedly generated $40 million in drug proceeds
- Houston investigation $41.5 million in assets

CAH_MDL2804_03194605

# Its All About Profit



- Another case in Florida - pain clinic operation paid his doctors:
  - $861,550
  - $989,975
  - $1,031,975
  - $1,049,032
  - $1,225,775

CAH_MDL2804_03194606



CONFIDENTIAL

CAH_MDL2804_03194607



# State of Florida Legislative Actions

- ## Effective October 1, 2010
  - Pain clinics are banned from advertising that they sell narcotics
  - They can only dispense 72-hour supply of narcotics
  - Prohibits the registration of pain clinics unless they are owned by physicians or licensed by non-physicians as a health care clinic

- ## Effective July 1, 2011
  - Clinics must turn over their supply of C-II and C-III controlled substances
  - Clinics are no longer able to dispense these drugs
  - Clinics cannot have ANY affiliation with a doctor that has lost a DEA number

CONFIDENTIAL



# The Washington Post

## Feds raid Fla. pill mills; arrest docs, owners

By CURT ANDERSON
The Associated Press
Wednesday, February 23, 2011; 5:23 PM

WESTON, Fla. -- U.S. Drug Enforcement Administration agents and local police swept across South Florida on Wednesday making arrests as part of a lengthy undercover operation into illegal pill mills that dispense huge amounts of powerful prescription drugs across the nation.

## The New York Times Reprints

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now.

February 23, 2011

# Agents Raid Florida Clinics in Drug Crackdown

By DON VAN NATTA Jr.

MIAMI — Drug Enforcement Administration agents and other law enforcement officials on Wednesday raided six South Florida pain clinics accused of illegally dispensing potent prescription drugs across the United States. Twenty-two people, including trafficking charges.

# The Palm Beach Post

Print this page    Close

## 11 arrested in Palm Beach County as part of multi-agency pill mill raid

*In Palm Beach County, the raids focused on five doctors in four pain clinics.*

By CYNTHIA ROLDAN AND MICHAEL LAFORGIA

Palm Beach Post Staff Writers

Updated: 11:20 a.m. Thursday, Feb. 24, 2011
Posted: 9:57 a.m. Wednesday, Feb. 23, 2011

Operators of four crooked pain clinics in Palm Beach County made millions of dollars by peddling pills to patients with trumped up injuries, rewarding themselves with boats, exotic cars and real estate while rates of overdose deaths and drug-dealing soared, state prosecutors alleged in court documents made public Wednesday.

38



# Clinic response to Enforcement Actions & the Florida legislation prohibiting the sale of CS from pain clinics?

# Buy Pharmacies or Move to Other States!

CONFIDENTIAL