## Beef prices on the way up

Low cattle supplies, strong foreign demand for U.S. beef help fuel price boost. 1B.

## Preserving pets after death growing popular as an option

Taxidermist Daniel Ross acknowledges it's a controversial topic, but says the owners "aren't weird, they just really love their pets." 3A.

## See news photos of the day on your smartphone



Scan with any QR reader or download the code scanner at scan.mobi. (Available on nearly every U.S. smartphone.)

Powered by



| 0 5 | Crossword, Sudoku | 5D |
| | Editorial/Forum | 6–7A |
| | Market trends | 6B |
| | Marketplace Today | 5D |
| | State-by-state | 7A |
| | TV listings | 6D |

©COPYRIGHT 2012 USA TODAY, a division of Gannett Co., Inc.
Home Delivery, customer service
**1-800-872-0001**
www.usatodayservice.com

## USA TODAY Snapshots®

### A bite into dental costs



Average out-of-pocket costs Americans say they pay for dental procedures.

By Rachel Huggins and Karl Gelles, USA TODAY

---

cartoonish persona, self-promotion and a criminal record of pump-and-dump stock fraud.

The former computer hacker is the principle figure behind Megaupload, which U.S. prosecutors charge was a global empire that reaped a mega-fortune from illegal digital distribution of movies, songs and other copyright works.

In a New Zealand jail awaiting extradition to the USA on charges of racketeering, money-

---

Dotcom's flamboyant life of riches and creating one of the Web's most popular and controversial sites — a site that came into the government's cross-hairs two years ago after a complaint from the Motion Picture Association of America.

In the days after Dotcom's arrest, the case has triggered an angry response from the hacker

Please see COVER STORY next page ▸

---

# Dealers creative in oxycodone bid

**They try to open ph...**
**after Florida target...**

By Donna Leinwand Leger
USA TODAY

Drug dealers are finding ways around new laws th... down on "pill mills" dispens... erful painkillers such as oxy...

In Florida, hundreds of pe... to open pharmacies after ... barred doctors from disper... narcotics directly from the ... and forced patients to fill t... scriptions at pharmacies. ... moved their operations to ... state police and federal agen...

"Traffickers adapt to sit... says Mark Trouville, special ... charge of the Drug Enforcer... ministration's field offices in... "We knew once we put pre... the pill mills, the wrong ... would start opening pharmacies..."

Florida was the nation's center of prescription-painkiller distribution until the state enacted laws last year aimed at pill mills — clinics where doctors perform cursory examinations on people with dubious injuries and dispense addictive painkillers.

Since then, the number of Florida doctors among the nation's top 100 oxycodone-purchasing physicians has fallen to 13 from 90 in 2010, DEA Special Agent David Melenkevitz says.

Applications for chain pharmacies jumped about 80% in 2011 — to 381 — from a typical year before the crackdown, Trouville says.

> "Traffickers adapt to situations," says Mark Trouville, Special Agent in charge of the Drug Enforcement Administration's field offices in Florida. "We knew once we put pressure on the pill mills, the wrong people would start opening pharmacies.

...r with the DEA and be ...pense controlled sub... ...y drugs that require a ...iption. The DEA can ...ion if an applicant has ...d of a drug-related ...find a connection to a ...r activity that poses a ...health and safety.

...pharmacy applicants ...applications in 2011, ...They feel the squeeze ...he says.

...nable pharmacies are ...ds of oxycodone and ...ills to people recruited ...s to get prescriptions ...s. "They're not selling ...d aspirin," Trouville ...nothing but an empty ...lletproof window."

...pplicants turned down ...try their luck in Geor... ...Allen, director of the ...and Narcotics Agency.

Of new non-chain drugstore applications, about 95% have some connection to Florida, he says.

"The people come completely out of left field without any pharmacy background and open a pharmacy in a sleazy strip mall right down the road from a pain clinic," Allen says. "You do a cursory background on them, and they're living in a doublewide in Pembroke Pines, Fla."

The DEA is working with the state to inspect pharmacies, says Barbara Heath of the DEA's Atlanta field division. She expects problem pharmacies to emerge in North Carolina and Tennessee as they are pushed out of Georgia.

Administration
By Julie Snider, USA TODAY

---

"Year of Woma

since ...cember, Gingrich has fallen by 8.

Gingrich fares less well than Tex... Paul, who trails Obama by 7 points, 5... former Pennsylvania senator Rick ... who also trails by 7 points, 51%–44%.

"Gingrich's efforts to win the ... nomination have set back his effort... general election," says political sci... Jacobs of the University of Minnesot... appeal to Tea Party conservatives ... him out of the mainstream of Americ...

The Swing States survey focuses ... tion's most competitive battlegroun... Florida, Iowa, Michigan, Nevada, ... shire, New Hampshire, North Carolina, ... sylvania, Virginia and Wisconsin.

The findings presumably reflect th... attacks on Gingrich's temperament ... by Romney and other prominent ... from Arizona Sen. John McCain to fo... majority leader Bob Dole. The fo... speaker has drawn fierce fire since ... South Carolina primary on Jan. 21 a... the top of national polls.

In Florida, which holds its prim... Romney led Gingrich in a Marist ... Sunday by 15 points, 42%–27%.

Gingrich blamed his fall on neg... aired by Romney and his allies. "H... policy of carpet bombing his oppone... said on Fox News Sunday. "It has an e...

Romney, campaigning in Napl... Gingrich should "look in the mirro... his support has dropped.

Voters in both parties rate Ro... than Gingrich on a series of positiv... tics.

Nearly six in 10 say Romney has ... ity and leadership qualities a pres... have; 42% say Gingrich has those ... percent call Romney sincere and a ... say that of Gingrich.

Neither does particularly well ... whether they understand the pro... icans face in their daily lives; 44% ... veyed say that applies to each.

The survey of 737 registered v... through Saturday has a margin of ... percentage points.

CAH_MDL2804_03194611



# MIGRATION OF PAIN CLINICS



# Georgia Example: Traditional Pain Management Clinics

## Years prior to 2009-2010: 15-20 legitimate clinics

➢ Almost all owned by Physicians

➢ Accept insurance, Medicaid, Medicare, etc.

➢ Patients need appointments

➢ Follow pain management guidelines

➢ Patients get a complete physical workup & exam

➢ Use physical therapy, other treatment methods

➢ Prescribed drugs usually include non-narcotics

CONFIDENTIAL

CAH_MDL2804_03194613



Now approximately 125 rogue clinics

~110-115

~10-15

CONFIDENTIAL

CAH_MDL2804_03194614



# Georgia Pain Pill Clinics

**In 2012 – approximately 125 rogue clinics owned by non-physicians, and the owners:**

➢ Are from another state

➢ Many are convicted felons

➢ Usually owned or operated a pain clinic in another state.

➢ Have ties to some type of organized crime

➢ If from Florida, left not because of the Florida PMP, but due to new Pain Clinic restrictions and no dispensing



# Rogue Pain Clinic/Pharmacy Scheme

# Cutting off the Source of Supply







CONFIDENTIAL

CAH_MDL2804_03194617



# First Prong: Increased Enforcement Efforts

➢ Currently 58 operational Tactical Diversion Squads (TDS) throughout the United States (66 total approved).

➢ These TDS enforcement groups incorporate the skill sets of DEA Special Agents, Diversion Investigators, other federal law enforcement, and state and local Task Force Officers.

CONFIDENTIAL



# Second Prong:  Renewed Focus on Regulatory Oversight

➢ Increased regulatory efforts throughout the U.S. (to include increases in frequency of inspections)

➢ Investigating/Inspecting all new and renewal pharmacy applications submitted in Florida.

➢ Investigating/Inspecting existing pharmacies registrations

CONFIDENTIAL



# We will not arrest our way out of this problem!!!!!

- Enforcement is just as important as….
- Prevention/Education
- Treatment

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CAH_MDL2804_03194620



# Prescription Drug Abuse Prevention Plan

- Coordinated effort across the Federal government

- Four focus areas

  1) Education
  2) Prescription Drug Monitoring Programs
  3) Proper Medication Disposal
  4) Enforcement



EPIDEMIC:
RESPONDING TO AMERICA'S
PRESCRIPTION
DRUG ABUSE CRISIS

2011

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CAH_MDL2804_03194621



# DEA Web-based Resources

## Office of Diversion Control

## www.deadiversion.usdoj.gov



CAH_MDL2804_03194622



# DEA Web-based Resources

## www.DEA.gov



# DEA Web-based Resources

## www.JustThinkTwice.com

CAH_MDL2804_03194624

# DEA Web-based Resources

## www.GetSmartAboutDrugs.com



CONFIDENTIAL

CAH_MDL2804_03194625



# Thank You / Questions



*U.S. Drug Enforcement Administration / Operations*
*Division / Office of Diversion Control*

CONFIDENTIAL



# Synthetic Drug Trafficking & Abuse Trends

  

November 16-17, 2013

Pharmacy Diversion Awareness Conference (PDAC)

Louisville, KY

Alan G. Santos, Associate Deputy Assistant Administrator,

Operations Division, Office of Diversion Control,

U.S. Drug Enforcement Administration

CONFIDENTIAL



# Outline

## Designer Synthetic Drugs:  Defining What They Are
- ➢ **Synthetic Cannabinoids**
- ➢ **Synthetic Cathinones**
- ➢ **Other Synthetic Compounds**

## Scope of the Problem
- ➢ **Global Overview of Threat**
- ➢ **U.S. Overview & Experience**

## Control Efforts: Using All the "Tools Available
- ➢ **State**
- ➢ **Federal**
- ➢ **International**

*U.S. Drug Enforcement Administration / Operations*
*Division / Office of Diversion Control*

CONFIDENTIAL                                                                      CAH_MDL2804_03194628



# Designer Drugs: A Tough Problem

Targeting emerging psychoactive designer synthetic drugs [i.e. synthetic cannabinoids  (the  synthetic marijuana compounds), synthetic cathinones (the synthetic stimulants), and other emerging synthetic compounds] is a priority for DEA.

**But it's a tough public health & safety challenge!**

*U.S. Drug Enforcement Administration /  Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194629



# Designer Synthetic Drugs: Defining What They Are

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# Designer Drugs Purported as "Legal" Highs

**Designer Drugs have rapidly emerged as "legal" alternatives to internationally controlled drugs (such as marijuana, cocaine, methamphetamine, & MDMA) causing similar effects, with the potential to pose serious risks to public health and safety.**

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194631



# Where did they come from ?

A highly regarded Medicinal Chemist Dr. F. Ivy Carroll and colleagues stated in a recent publication:

*Throughout the drug discovery process, pharmaceutical companies, academic institutions, research institutions, and other organizations publish their studies in scientific journals, books, and patents.  This information exchange, which is essential to the legitimate scientific enterprise, can be, and is, used by clandestine chemists who duplicate the technical sophistication used by the research community to manufacture and market a seemingly endless variety of analogs of so-called designer drugs.*

6

CAH_MDL2804_03194632



# Where did they come from ?

➤ **Substances rejected due to poor therapeutic potential**

➤ **Scientific literature excavated to identify substances**

➤ **No industrial or medical use for these substances**

➤ **Often characterized as being "research compounds" (the only research being undertaken is to determine their abuse potential for sale to consumer market)**





11/27/2013

7



# Proliferation of Designer Drugs

- ➢ **Increasingly popular among recreational drug users**

- ➢ **Internet sales**

- ➢ **Head shops/Smoke shops**

- ➢ **Promoted by discussion boards – self studies**



Armed with medical research and fueled by Chinese factories
And YouTube, a band of outlaws has
Created a dangerous multibillion-dollar industry

11/27/2013

8

CAH_MDL2804_03194634



# Synthetic Cannabinoids

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# Synthetic Cannabinoids

➢ A "cannabinoid" is a class of chemical compounds in the marijuana plant that are structurally related.

➢ "Synthetic cannabinoids" are a large family of chemically unrelated structures functionally (biologically) similar to THC, the active principle of marijuana.

➢ They may have less, equivalent or more pharmacologic (psychoactive) activity than THC.

*U.S. Drug Enforcement Administration / Operations*
*Division / Office of Diversion Control*

CONFIDENTIAL



# Synthetic Cannabinoids

➢ **Synthetic Cannabinoids are sold in retail stores, on the internet, and in "head shops" as "Herbal Incense" or "Potpourri"**

➢ **Smoked alone or as a component of herbal products**

➢ **Abusers report a potent cannabis-like effect**



*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



## Adverse Health Effects

**Multiple deaths have been connected to the abuse of these substances alone and with other substances on-board.**

| | |
|---|---|
| Psychological | Anxiety, aggressive behavior, agitation, confusion, dysphoria, paranoia, agitation, irritation, panic attacks, intense hallucinations |
| Neurological | Seizures, loss of consciousness |
| Cardiovascular | Tachycardia, hypertension, chest pain, cardiac ischemia |
| Metabolic | Hypokalemia, hyperglycemia |
| Gastrointestinal | Nausea, vomiting |
| Autonomic | Fever, mydriasis |
| Other | Conjunctivitis |

12

CONFIDENTIAL

CAH_MDL2804_03194638



# Synthetic Cannabinoids

➢ **Unregulated and unlicensed industry (many manufacturers)**

➢ **Full disclosure of ingredients typically not present**

➢ **Batch to batch variance (i.e., "Hot Spots")**




*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# Synthetic Cannabinoids, by State, 2010

**Reports per State**

- 200 or More
- 100-199
- 50-99
- 1-49
- 0
- No Data

*DEA Office of Diversion Control*

Source: NFLIS

CONFIDENTIAL

CAH_MDL2804_03194640



# Synthetic Cannabinoids, by State, 2011

**Reports Per State**

- 200 or more
- 100 to 199
- 50 to 99
- 1 to 49
- 0
- No Data

*DEA Office of Diversion Control*

Source: NFLIS

CONFIDENTIAL

CAH_MDL2804_03194641



# Synthetic Cannabinoids, by State, 2012

**Reports Per State**

- 200 or more
- 100 to 199
- 50 to 99
- 1 to 49
- 0
- No Data

*DEA Office of Diversion Control*

Source: NFLIS



# Synthetic Cathinones

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

# Synthetic Cathinones



➢ **Structurally and pharmacologically similar to amphetamine, Ecstasy (MDMA), cathinone, and other related substances.**

➢ **Are central nervous system (CNS) stimulants and have stimulant and psychoactive properties similar to schedule I and II amphetamine type stimulants.**

➢ **Synthetic cathinones are sold in retail stores, on the internet, and in "head shops" as "bath salts", "plant food", or "jewelry cleaner"**

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194644



# Adverse Health Effects

**Synthetic cathinone users commonly report cardiac, psychiatric, and neurological signs and symptoms with death.**

| | |
|---|---|
| **Cardiovascular** | palpitations, tachycardia, chest pain, vasoconstriction, myocardial infarction |
| **Psychological** | Aggressive behavior, anger, anxiety, agitation, auditory and visual hallucinations, depression, dysphoria, empathy, euphoria, fatigue, formication, increased energy, concentration, panic attacks, paranoia, perceptual disorders, restlessness, self-mutilation, suicidal ideation |
| **Neurological** | Seizures, tremor, dizziness, memory loss, cerebral edema, headache, lightheadedness |
| **Musculoskeletal** | Arthralgia, extremity changes (coldness, discoloration, numbness, tingling), muscular tension, cramping |
| **Gastrointestinal** | Abdominal pain, anorexia, nausea, vomiting |
| **Pulmonary** | Shortness of breath |
| **Ear Nose Throat** | Dry mouth, nasal pain, tinnitus |





CONFIDENTIAL



# Synthetic Cathinones

- ➤ **Like the cannabinoids, unregulated and unlicensed industry (many manufacturers)**
- ➤ **Full disclosure of ingredients typically not present**
- ➤ **Significant batch to batch variances (i.e., "Hot Spots")**



*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# Synthetic Cathinones, by State, 2010

**Reports per State**

- ■ 50 or More
- ▨ 20-49
- ▨ 10-19
- ▨ 1-9
- ☐ 0
- ▨ No Data

*DEA Office of Diversion Control*

Source: NFLIS

CONFIDENTIAL

CAH_MDL2804_03194647



# Synthetic Cathinones, by State, 2011

*DEA Office of Diversion Control*

Source: NFLIS



# Synthetic Cathinones, by State, 2012

**Reports Per State**

- 50 or more
- 20 to 49
- 10 to 19
- 1 to 9
- 0
- No Data

*DEA Office of Diversion Control*

Source: NFLIS

# Recent Headlines
## (August 2013)



News

Home | U.K. Home | News | Sport | U.S. Showbiz | Femail | Health | Science | Money | RightMinds | Travel | Columnists

News Home | Arts | Headlines | Pictures | Most read | News Board                                    Login

## Dance drug molly now linked to FOURTH overdose as police fear killer tainted batch has spread throughout East Coast

- Mary 'Shelley' Goldsmith, 19, died August 31 at one of Washington, DC's largest nightclubs
- While toxicology results are pending, the honors student's father admits Shelley was likely on 'molly,' a term for MDMA or ecstacy
- Olivia Rotondo, 20, and Jeffrey Russ, 23, died at New York City's Electric Zoo dance party after taking the drug
- Brittany Flannigan, 19, from New Hampshire, died August 28 after apparently overdosing on MDMA at a Boston concert

Site ○Web [          ] Search


TO ENJOY FREE TIME?
GLACIER EXPRE
BOOK NOW
Switzerland.                RAIL EUROPE



# What is "Molly"?

➢ "Molly" – a synthetic designer drug
  – Originally - a street name for pure MDMA (Ecstasy)
  – Currently -  a street name for a drug, that has the same effects as MDMA



25

CAH_MDL2804_03194651



# Other Synthetic Compounds

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CAH_MDL2804_03194652



# Phenethylamines

➢ **Are a class of substances with documented psychoactive and stimulant effects / Includes the '2C series' compounds/ Abused orally and encountered on "blotter paper" and in "dropper bottles" / Possibly mistaken for LSD / Linked to deaths**




*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL
CAH_MDL2804_03194653



# 2C-Phenethylamine Reports, by State, 2010

**Reports per State**

- 6-26
- 4-5
- 2-3
- 1
- 0
- No Data

Source: NFLIS

CONFIDENTIAL

CAH_MDL2804_03194654



# 2C-Phenethylamine Reports, by State, 2011

Reports Per State
- 6 to 62
- 4 to 5
- 2 to 3
- 1
- 0
- No Data

Source: NFLIS

CONFIDENTIAL

CAH_MDL2804_03194655



# 2C-Phenethylamine Reports, by State, 2012

*DEA Office of Diversion Control*

Source: NFLIS

CAH_MDL2804_03194656



# Piperizines

➢ **Have hallucinogenic properties as well as often being referred to as amphetamine-like / Tableted and frequently sold as 'ecstasy' (BZP-TFMPP combination abused to mimic the effects)**

  

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# Methoxamine (MXE)

➤ **Dissociative (mind altering effects) and depression of pain**

➤ **Effects similar to PCP**

➤ **Encountered on designer drug market**

➤ **International increase in ketamine abuse**

➤ **Deaths attributed to the substance**



Methoxamine (MXE)
2-(ethylamino)-2-(3-methoxyphenyl)cyclohexanone



PCP



**CBP Photo**

32

CAH_MDL2804_03194658



# Problems with All Synthetic / Designer Drugs

➢  **Marketed to teens and young adults**

➢  **Easily attainable in retail environments and via the internet**

➢  **Unknown ingredient(s)**



➢  **No consistency in manufacturing process**

➢  **Not tested for human consumption  / Unknown  short & long term effects!!**



➢  **No known dosage – not FDA approved**

➢  **Synergistic effects likely when mixed with other drugs or alcohol**



*U.S. Drug Enforcement Administration /  Operations*
*Division / Office of Diversion Control*

CONFIDENTIAL



# Scope of the Problem

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CAH_MDL2804_03194660