

# Global Overview of the Threat

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL





A global problem
that constitutes a
significant public
health threat
to many nations !!!

*U.S. Drug Enforcement Administration / Operations*
*Division / Office of Diversion Control*

CONFIDENTIAL

# Global Synthetic Drug Use





Source: UNODC questionnaire on NPS, 2012

**Of the nations surveyed, 87 % (70 out of 80) indicate that NPS are available in their respective drug markets.**

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194663

# Global Synthetic Drug Use





*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CAH_MDL2804_03194664



# Number of NPS on Global Markets (2009-2012)



Source: UNODC questionnaire on NPS, 2012

**A total of 251 NPS (including ketamine) were reported to UNODC by 40 countries and territories up to 2012.**

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194665



# Number of NPS in Global Markets (2009-2012)



Source: UNODC questionnaire on NPS, 2012

**At the global level, most reports pertaining to NPS concern synthetic cathinones, with 684 reports, followed by synthetic cannabinoids with 665 reports**

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CAH_MDL2804_03194666



# Trend of NPS Seizures (2009 – 2012)

| NPS group | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| Synthetic cannabinoids | ↑ | ↑ | ↑ | ↑ |
| Synthetic cathinones | ↑ | ↑ | ↑ | ↔ |
| Ketamine | ↔ | ↔ | ↔ | ↔ |
| Phenethylamines | ↔ | ↑ | ↔ | ↔ |
| Piperazines | ↑ | ↔ | ↔ | ↓ |
| Plant-based substances | ↑ | ↑ | ↑ | ↔ |
| Miscellaneous | - | ↑ | ↑ | ↑ |

↑= Increasing, ↓= Decreasing, ↔ =Stable, - unknown
Source: UNODC questionnaire on NPS, 2012 and ARQ

**Trends for the seven NPS groups fluctuate.**
**Seizures of ketamine, phenethylamines and piperazines stable**
**Rising trends for synthetic cannabinoids, cathinones,**
**and plant-based substances**

*U.S. Drug Enforcement Administration / Operations*
*Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194667



# NPS Trafficking Modes



**The mode of trafficking named by most respondents was trafficking by air (30 countries) followed by trafficking by mail (24 countries), without any regional variations.**

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# U. S. Overview & Experience

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# United States: Prevalence of Drug and NPS Use Among 12th Graders (2010 – 2011)



*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# Identified Synthetic Compounds in the U.S.

As of October 15, 2013, the U.S. has encountered:

➢ 99 synthetic cannabinoids

➢ 52 synthetic cathinones

➢ 89 other compounds (2C compounds, tryptamines, piperazines, etc.)

### 240 Compounds and Counting !!!!

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*



# 'Spice' makers alter recipes to sidestep state laws banning synthetic marijuana



Rob Ostermaier/Daily Press – Police show what they suspect is "spice," confiscated during a raid on Outer Edge Gifts in Hampton, Va., on April 5.

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194672



# Calls to U.S. Poison Control Centers

**American Association of Poison Control Centers (AAPCC) Reporting**

**Calls to poison control centers for exposures to synthetic marijuana (synthetic cannabinoids)**



**Synthetic Cannabinoids**

- 2010: 2,906
- 2011: 6,968
- 2012: 5,228
- 2013*: 1,821

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

**\*As of August 31, 2013**

CONFIDENTIAL

CAH_MDL2804_03194673



# Calls to U.S. Poison Control Centers

**American Association of Poison Control Centers (AAPCC) Reporting**

**Calls to poison control centers for exposures to bath salts (synthetic cathinones)**



**Synthetic Cathinones**

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

*As of August 31, 2013

CAH_MDL2804_03194674



# Public Safety Concerns

➤ Driving Under the Influence of Drugs (DUIDs) with fatalities

➤ Suicides

➤ Homicide-Suicide

➤ Overdoses
  ➤ Emergency Department visits
  ➤ First Responders

➤ Drugs abused to evade drug screens
  ➤ 30-35% of juveniles in drug court tested positive
  ➤ Individuals subjected to routine drug screens
    ➤ Probationer / parolees

*U.S. Drug Enforcement Administration / Operations*
*Division / Office of Diversion Control*

CONFIDENTIAL



# Warning!

Bangor Daily News

## Bangor man on bath salts carried assault-style rifle through city, police say

By Nok-Noi Ricker, BDN Staff
Posted July 27, 2011, at 12:50 p.m.

**the man's ex-girlfriend told police at about 7:30 p.m. Tuesday that he had used bath salts and was "stating that people were coming out of his mattress,"**

When Bangor police _____ , went into the man's Walter Street apar___

Police searched th___ _____ orn found the man on Buck Street a few minut___

"When questioned___

he stated that the ___ _____ d did in fact find an M4 rifle in two pieces wrapped ___ e and 18 separate rounds of .223 [caliber] amm___

He did not tell po___ ___ said, adding, "we did confiscate the gun."

A local agent of t___ ___ ng with Bangor police, interviewed the suspect.

The man was released Tuesday evening. The case is being reviewed for possible state and-or federal charges, Edwards said.

Colt M4 5.56mm Carbine

CAH_MDL2804_03194676



# First Responder Encounters

➢ **Altered mental status presents as severe panic attacks, agitation, paranoia, hallucinations, and violent behavior (e.g., self-mutilation, suicide attempts, and homicidal activity). (Spiller** *et al.,* *Clinical Toxicology* **2011)**

  – climbing into the attic of the home with a gun to kill demons that were hiding

  – breaking all the windows in a house and wandering barefoot through the broken glass

  – jumping out of a window to flee from non-existent pursuers; requiring electrical shock (Taser) and eight responders to initially subdue the patient

  – repeatedly firing guns out of the house windows at "strangers" who were not there

➢ **Bath salts use tied to three Bangor (Maine) deaths. (Richter,** *JEMS* **2012)**

➢ **Bath salt abuse: new designer drug keeps EMS crews busy nationwide. (Nevin,** *JEMS* **2011)**

51



# First Responders (Cont.)

**Drug Endangered Children:**

➢ Leaving a 2-year-old daughter in the middle of a highway because she had demons (Spiller *et al.*, *Clinical Toxicology* 2011)

➢ A drug-intoxicated couple hallucinated they were being burglarized, began shooting into walls.  Officers found weapons in every room, and a paranoid parent huddled inside the bathroom with two young children and a loaded .357 Magnum (Macher, *American Jails* 2011)

➢ Northeast PA, couple charged with multiple offenses for stabbing at "90-people living in their walls" with 5-year-old present (*Times-Leader.com*, Mar 21, 2011)

CONFIDENTIAL

CAH_MDL2804_03194678



# Synthetic Drug "Manufacturing Facility"?



*U.S. Drug Enforcement Administration / Operations
Division / Office of Diversion Control*

CAH_MDL2804_03194679



U.S. Drug Enforcement Administration / Operations
Division / Office of Diversion Control



# Ready to Ship…



CAH_MDL2804_03194681




# Control Efforts: Using all the "Tools" Available





*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# Synthetic Drugs: U.S. State Controls



- Legislation
- Department of Health
- Pharmacy Board
- Consumer Affairs Dept.

CONFIDENTIAL

CAH_MDL2804_03194683



# U.S. Federal Scheduling & Rescheduling Procedures

Placement of a substance into one of the U.S. Federal Controlled Substance Act (CSA) schedules can be done by statute or through the administrative process.

➢ **Statute:** Congress may designate a substance a controlled substance or reschedule a drug within the scheduling hierarchy by passing legislation. This, by far, is the easiest method in which to add, remove or transfer a substance between schedules.

➢ **Administrative Process**: The Attorney General, by rule, (using his administrative authority) to add, remove or transfer a substance between schedules. **The legal definition of control, "…means to add a drug or other substance, or immediate precursor, to a schedule…whether by transfer of another schedule or otherwise". 21 USC 802(5)**

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# Federal Temporary Scheduling

➤ Because of the lack of effective legislative controls to combat the synthetic problem early on, federally we looked to temporary scheduling as a solution

➤ Requires an AG finding (delegated down to DEA) that the scheduling of a substance in schedule I on a temporary basis is necessary to avoid an imminent hazard to the public safety

➤ ...and the substance is not listed in any other schedule in Section 21 USC 812 or no exemption or approval is in effect under the FDCA

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# Federal Temporary Scheduling
## (Comprehensive Crime Control Act of 1984)

**As set forth under 21 U.S.C 811(h), three factors (4, 5 &6) under the CSA (21 U.S.C. 811(c)) are to be considered in the evaluation**

1. Its actual or relative potential for abuse

2. Scientific evidence of its pharmacological effects

3. The state of current scientific knowledge regarding the substance

4. Its history and current pattern of abuse

5. The scope, duration, and significance of abuse

6. What, if any, risk there is to the public health

7. Its psychic or physiological dependence liability

8. Whether the substance is an immediate precursor of a substance already controlled

CONFIDENTIAL

CAH_MDL2804_03194686



# Federal Temporary Scheduling Process

➢ **DEA collects information from law enforcement and public health officials regarding encounters and evaluates this information relative to the three factors required for temporary scheduling.**

➢ **Once sufficient information has been collected, a letter is transmitted from DEA to the U.S. Department of Health & Human Services (DHHS) to communicate intention to temporary schedule [and to verify no active new drug applications (NDAs) or investigations drug applications (INDs) for the proposed substances filed].**

*U.S. Drug Enforcement Administration / Operations
Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194687



# Federal Temporary Scheduling Process

➢ **DEA letter of intent to DHHS, solicits a comment to control these substances within 30 days.  Based on the DHHS response, a "Notice of Intent" can be published in the U.S. Federal Register with a "Final Order" published at minimum 30-days after the "Notice of Intent".**

➢ **As there is no "comment period" provided for temporary scheduling, civil and criminal sanctions applicable to the manufacture, possession, importation, and exportation are effective upon publication of the "Final Order".**

CONFIDENTIAL

CAH_MDL2804_03194688

# U.S. Federal Temporary Scheduling Actions to Date Relative to Synthetic Drugs



# U.S. Federal Temporary Scheduling Actions Relative to Synthetic Drugs

To date, 8 Synthetic Cannabinoids, 3 Synthetic Cathinone, and 3 Phenethylamine Compounds have been controlled or in the process of being controlled

➢ 5 Cannabinoid Compounds (March 2011 Final Order )

➢ 3 Cathinone Compounds (October 2011 Final Order )

➢ 3 Cannabinoid Compounds (May 2013 Final Order )

➢ 3  Phenethylamine Compounds [i.e. "NBOMe" products (October 2013 Notice of Intent)]

*U.S. Drug Enforcement Administration /  Operations Division / Office of  Diversion Control*

CONFIDENTIAL

# U.S. Synthetic Drug Abuse Prevention Act of 2012

On July 9, 2012, the President signed the Synthetic Drug Abuse Prevention Act of 2012 (Public Law 112-144)

➢ <u>The law controlled 26 compounds into schedule I</u>



CONFIDENTIAL

CAH_MDL2804_03194691



# U.S. Synthetic Drug Abuse Prevention Act of 2012

➢ **Defined the term "Cannabimimetic Agent" [any substance that is a cannabinoid receptor type 1 (CB1 receptor) agonist].**

➢ **Extends the maximum time that DEA may temporarily control a substance.**

➢ **Initial time period for temporary scheduling increased from 12 to 24 months / Extension period increased from 6 months to 12 months.**

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194692



# U.S. Synthetic Drug Abuse and Prevention Act 2012

## Cannabinoids

1) AM2201
2) AM694
3) CP-47,497
4) CP-47,497 – C8 homologue
5) JWH-018
6) JWH-073
7) JWH-081
8) JWH-200
9) JWH-019
10) JWH-250
11) JWH-122
12) JWH-203
13) JWH-398
14) SR-19
15) SR-18

## Cathinones

1) Mephedrone
2) MDPV

## Phenethylamines

1) 2C–E
2) 2C–D
3) 2C–C
4) 2C–I
5) 2C–T–2
6) 2C–T–4
7) 2C–H
8) 2C–N
9) 2C–P

*DEA Office of Diversion Control*

CAH_MDL2804_03194693



# The Way Forward on the International Front

➢ Working to identify major foreign based sources

➢ Working to sensitize partner nations regarding the threat and the need for international controls

➢ Continue to work bilaterally and with international partners to look at coordinating global outreach and cooperation

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



# The Way Forward on the International Front / CND Resolutions

## Enhancing International Cooperation in the Identification & Reporting of NPS

*(E/CN.7/2013/L.2/ March 2013)*



United Nations      E/CN.7/2013/L.2/Rev.1

**Economic and Social Council**

Distr.: Limited
14 March 2013

Original: English

**Commission on Narcotic Drugs**
Fifty-sixth session
Vienna, 11-15 March 2013
Agenda item 4
Implementation of the international drug control treaties

Australia, Croatia, El Salvador, Finland, Hungary, Israel, Japan, Mexico,
New Zealand, Peru, Russian Federation, Thailand, Turkey, Ukraine,
United Kingdom of Great Britain and Northern Ireland and
United States of America: revised draft resolution

**Enhancing international cooperation in the identification and
reporting of new psychoactive substances**

*The Commission on Narcotic Drugs,*

*Recalling* its resolution 48/1 of 11 March 2005, on promoting the sharing of
information on emerging trends in the abuse of and trafficking in substances not
controlled under the international drug control conventions,

*Recalling also* its resolution 53/11 of 12 March 2010, on promoting the
sharing of information on the potential abuse of and trafficking in synthetic
cannabinoid receptor agonists,

*Recalling further* its resolution 53/13 of 12 March 2010 on the use of
"poppers" as an emerging trend in drug abuse in some regions,

*Recalling* its resolution 55/1 of 16 March 2012, on promoting international
cooperation in responding to the challenges posed by new psychoactive substances,

*Reiterating* its concern at the number of potentially dangerous new
psychoactive substances that continue to be marketed as legal alternatives to
internationally controlled drugs, circumventing existing controls,

*Concerned* that emerging new psychoactive substances may have effects
similar to those of internationally controlled drugs and may pose risks to public
health and safety, and noting the need for additional data on the effects of these
substances to be collected and shared,

V.13-81852 (E)

 Please recycle

*U.S. Drug Enforcement Administration / Operations
Division / Office of Diversion Control*

CONFIDENTIAL        CAH_MDL2804_03194695



# The Way Forward on the International Front / CND Resolutions

**Major Tenants of Resolution:**

➤ *Encourages* nations to take a comprehensive and coordinated approach to the detection, analysis, and identification of NPS

➤ *Urges* nations to share with one another information on the identification of NPS using, where appropriate, existing national and regional early warning systems and networks

➤ *Urges* nations to include information on the potential adverse impacts and risks to public health and safety of new psychoactive substances through prevention & awareness to counter public perceptions on NPS

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*



# The Way Forward on the International Front / CND Resolutions

**Major Tenants of Resolution (Continued):**

➢ *Encourages* nations, and relevant international institutions, to share and exchange ideas, best practices, and experiences regarding new laws, regulations and restrictions, to attack the NPS issue

➢ *Urges* the UNODC to continue to develop a voluntary electronic portal for national forensic and/or drug testing laboratories to enable timely and comprehensive sharing of information on NPS (an early warning system)

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL



---

# Thank You

---

*U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control*

CONFIDENTIAL

CAH_MDL2804_03194698