# EXHIBIT 9

**DEA Geographic Variables for Customer Peer Groups**

I. Current trends of drug diversions
- Southern Florida is the site where most drugs originate (Pill Mills/Rogue Pain Clinics)
- Drugs purchased in Florida spread to the Southeast and Appalachia/Midwest regions
  - Most drug 'customers' travel to Florida from Ohio, Pennsylvania, Kentucky, and West Virginia
- As regulations tighten in Florida, pill mills are moving North to Georgia, Kentucky, Tennessee, Ohio and West Virginia







(Source: USdoj.gov)

HIGHLY CONFIDENTIAL              FTIMDL 00039537

II. DEA breaks down Diversion Field Offices into 20 divisions (21 including Caribbean)
- Greater number of investigators in areas of more drug abuse
- Divisions have common values of ARCOS per capita distribution
- Divisions have common number of deaths per overdose



**ABOUT US > Contact Us > Diversion Field Office Locations**

**Diversion Field Office Locations**

To access information on Field Offices, select **Diversion Field Offices by State** below.

Legend:
- ⊛ Diversion Program Manager, Diversion Investigators, and Registrant Assistants
- ○ Diversion Investigators
- ▪ Diversion Investigators and Registration Assistants

**Diversion Field Offices by State**

**Atlanta Division**
Georgia, North Carolina, South Carolina, Tennessee

**Dallas Division**
Northern Texas, Oklahoma

**Denver Division**
Colorado, Montana, Utah

**Detroit Division**
Michigan, Ohio, Kentucky

**Chicago Division**
Illinois, Indiana, Minnesota, Wisconsin

**El Paso Division**
Western Texas, New Mexico

**Houston Divison**
Central & Southern Texas

**Los Angeles Division**
Central California, Hawaii, Nevada

**Miami Division**
Florida

**New England Division**
Massachusetts, Connecticut, New Hampshire, Rhode Island, Vermont

**New Jersey Division**
New Jersey

**New Orleans Division**
Louisiana, Alabama, Arkansas, Mississippi

**New York Division**
New York

**Philadelphia Division**
Pennsylvania

**Phoenix Division**
Arizona

**St. Louis Division**
Missouri, Iowa, Kansas

**San Diego Division**
California (San Diego & Imperial Counties)

**San Francisco Division**
Northern California

**Seattle Division**
Washington, Alaska, Idaho, Oregon

**Washington Division**
Washington DC, Maryland, West Virginia, Virginia

**Caribbean Division**
Caribbean

HIGHLY CONFIDENTIAL

III. Amerisource distribution center map
   o Doesn't represent the distribution of diverted drugs



(Source: Amerisourcebergendrug.com)

IV. Positive correlation between drug abuse and the population that is non-Hispanic, white or African American, poor, uninsured and living in urban areas
   o Similar demographics in zip codes?