# EXHIBIT
# 11



©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00407451

MCKESSON

# The Current Landscape: **EPIDEMIC**

The Centers for Disease Control and Prevention (CDC) has declared prescription drug abuse to be an epidemic.



**Prescription Drug Overdoses - a U.S. Epidemic**

**"In 2007, approximately 27,000 unintentional drug overdose deaths occurred in the United States, one death every 19 minutes.  Prescription drug abuse is the fastest growing drug problem in the United States."**

CDC Grand Rounds. Morbidity and Mortality Weekly Report January 13, 2012/Vol.61/No.1
http://www.cdc.gov/mmwr/preview/mmwrhtml/mm6101a3.htm, accessed Jan 15, 2014

2

©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



MCKMDL00407453

McKESSON

# Prescription Drug Abuse is an Epidemic in the U.S.

- Prescription drugs cause more deaths than heroin and cocaine combined*

- Prescription drug abuse goes beyond a legitimate medical need
  - Taken without a prescription
  - Taken differently than prescribed
  - Taken for the "high"

- The US consumes 83% of the world's oxycodone and 99% of the world's hydrocodone, two highly prescribed opioid drugs for pain**

Sources:  Centers for Disease Control and Prevention; National Institute on Drug Abuse; International Narcotics Control Board, DEA.
*Topics in Brief: Prescription Drug Abuse. In *National Institute on Drug Abuse*. http://www.drugabuse.gov/publications/topics-in-brief/prescription-drug-abuse (accessed February 2014).
** *International Narcotics Control Board Report 2008*, United Nations Publication 2009, p. 20

4

©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00407454





# U.S. Rates of Opioid Overdose Deaths, Sales, and Treatment Admissions, 1999-2010



Source: CDC. MMWR 2011. http://www.cdc.gov/mmwr/preview/mmwrhtml/mm60e1101a1.htm?s_cid=mm60e1101a1_w. Updated with 2008 mortality and 2010 treatment admission data. Accessed February 2014

6

©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00407456



MCKMDL00407457



The number of people who have used heroin in the past year has been rising steadily, increasing approximately 50 percent since 2008.
445,000 to 669,000 in 2012
 Injection drug users report prescription opioid use predates heroin use and motivates them to try heroin.
Users turn to heroin because it is cheaper and/or easier to obtain than prescription opioids.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00407458



McKESSON

# Current Prescription Drug Diversion Trends
## States with Highest Pharmacy Dispensing in 2012*

| Rank | Oxycodone | Hydrocodone | Hydromorphone | Oxymorphone |
|---|---|---|---|---|
| 1 | Florida | California | California | North Carolina |
| 2 | Pennsylvania | Texas | Florida | California |
| 3 | California | Tennessee | New York | Tennessee |
| 4 | New York | Michigan | Texas | New York |
| 5 | Ohio | Florida | Virginia | Pennsylvania |
| 6 | North Carolina | Illinois | Pennsylvania | Florida |
| 7 | New Jersey | Ohio | Washington | Ohio |
| 8 | Arizona | Indiana | Ohio | Texas |
| 9 | Tennessee | Georgia | Michigan | Indiana |
| 10 | Massachusetts | Alabama | New Jersey | Virginia |

* Data applies to retail pharmacy dispensing      * Source: DEA Distributors Conference October 2013

10                                                   ©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    MCKMDL00407460



©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00407461



©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00407462

M<sup>c</sup>KESSON

# State of Florida Legislative Actions*

### Effective October 1, 2010

- Pain clinics are banned from advertising that they sell narcotics
- They can only dispense 72-hour supply of narcotics
- Prohibits the registration of pain clinics unless they are owned by physicians or licensed by non-physicians as a health care clinic

### Effective July 1, 2011

- Clinics must turn over their supply of C-II and C-III controlled substances
- Clinics are no longer able to dispense these drugs
- Clinics cannot have ANY affiliation with a doctor that has lost a DEA number

Source: U.S. Drug Enforcement Administration. PowerPoint presentation by Alan Santos, Deputy Assistant Administrator, Office of Diversion Control. Pharmacy Diversion Awareness Conference, Louisville, Kentucky, November 16-17, 2013, Prescription Drug Trafficking and Abuse Trends, http://www.deadiversion.usdoj.gov/mtgs/pharm_awareness/conf_2013/nov_2013/santos.pdf , accessed February 2014

13

©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00407464



MCKMDL00407465



# DEA Action: Practitioner
Writing Illegal Prescriptions for Pseudo-patients

Source: U.S. Drug Enforcement Administration, http://www.justice.gov/dea/index.shtml , accessed September 2013

16

©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



MCKMDL00407467



# DEA Action: Pharmacy/ Owner
## Filling Prescriptions Known to be Fraudulent

Source: U.S. Drug Enforcement Administration, http://www.justice.gov/dea/index.shtml , accessed September 2013

©2014 McKesson Corporation. All rights reserved.

18

MCKMDL00407468

**McKESSON**

# The Controlled Substances Act (CSA)



Congress carve out for controlled substances



Establishes a _closed system_ of distribution



Creates checks and balances between registrants to protect the public health and safety



Source: U.S. Drug Enforcement Administration Office of Diversion Control, http://www.deadiversion.usdoj.gov/21cfr/21usc/801.htm, accessed January 2014

19

©2014 McKesson Corporation. All rights reserved.

MCKMDL00407469



# Checks and Balances Under the CSA
Practitioners

*"A prescription for a controlled substance to be effective must be issued for a **legitimate medical purpose** by an individual practitioner acting in the usual course of professional practice."*

*(21 CFR §1306.04(a))*



20

©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00407470



**M<sup>c</sup>KESSON**

# Checks and Balances Under the CSA
## Pharmacists

A pharmacist, by law, has a Corresponding Responsibility to ensure that prescriptions are legitimate.

"The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, but a **corresponding responsibility rests** with the pharmacist who fills the prescription." (21 CFR § 1306.04(a))



**Just because a prescription is presented by a patient or demanded to be filled for a patient by a doctor's office, pharmacists are *not* obligated to fill the prescription!**

21

©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00407471



# Checks and Balances Under the CSA
## Distributors

"Maintenance of **effective controls against diversion** of controlled substances into other than legitimate medical, scientific, and industrial channels;" (21 U.S.C. § 823.)



"The registrant shall design and operate a system to disclose to the registrant **suspicious orders of controlled substances**. Suspicious orders include orders of unusual **size**, orders deviating substantially from a normal **pattern**, and orders of unusual **frequency**."(21 CFR §1301.74(b))

22

©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**M<sup>c</sup>KESSON**

# DEA Perspective

## Indicators of Prescription Drug Diversion
- Increase in volume
- Significant growth of abused drugs
- Non-numerical red flags

## Understand the Numbers
- Geographical and regional statistics and norms
- Average pharmacy orders 73,000 Oxycodone doses per year*

## Meet Regulatory Obligations
- Effective controls against diversion
- Suspicious order monitoring
- Corresponding responsibility

\* J. Arnold, Drug Enforcement Administration, Office of Diversion Control: Effective Controls Against Diversion presentation 2013

23                                                                  ©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00407473

McKESSON

# Potential Red Flags

Patients that…

- Receive the *same combination* of prescriptions

- Receive the *same strength* of controlled substances

- *Pay in cash* for their prescriptions

- Have the *same diagnosis codes* written on their prescriptions

- *Drive long distances* to visit physicians and/or to fill prescriptions

- Enter the pharmacy in *groups*, each with the *same prescriptions* issued by the *same physician*

- Have prescriptions for controlled substances *written by physicians not associated with pain management* (i.e. pediatricians, gynecologists, ophthalmologists, etc.

– Joseph Rannazzisi, Deputy Assistant Administrator, Office of Diversion Control: Drug Enforcement Administration, June 30, 2012

24

©2014 McKesson Corporation. All rights reserved.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



**McKESSON**

# Wholesale Distributor's Responsibility

Wholesaler Distributors

Individually and collectively:

* Our DEA registration
* Ensure timely distribution to prevent an uninterrupted supply; and
* Distributors control the supply to downstream customers

25

©2014 McKesson Corporation. All rights reserved.

MCKMDL00407475