# EXHIBIT 18



The United States Department of Justice
# Drug Enforcement Administration



## The Trafficking and Abuse of Prescription Controlled Substances, Legend Drugs and Over the Counter Products

Medical Board of California/California State Board of Pharmacy
Joint Forum to Promote Appropriate Prescribing and Dispensing
San Francisco, California
February 21, 2013

CONFIDENTIAL

CAH_ALASKA_00036514

# OR

- **Responding to America's Prescription Drug Abuse Crisis**

- *"When Two Addictions Collide"*

CONFIDENTIAL

CAH_ALASKA_00036515

# Disclosure Information

I have no financial relationships to disclose

and

I will not discuss off-label use and/or
investigational drug use in my presentation

CONFIDENTIAL
CAH_ALASKA_00036516

# What is the Societal Damage of Prescription Controlled Substance and Legend Drug Abuse?

CONFIDENTIAL

CAH_ALASKA_00036517

In 2010, approximately 38,329 unintentional drug overdose deaths occurred in the United States, one death every 14 minutes.

Of this number, 22,134 of these deaths were attributed to Prescription Drugs (16,651 attributed to opioid overdoses/ 75.2 %).

Prescription drug abuse is the fastest growing drug problem in the United States.

Source: CDC Drug Overdose Deaths in the United States,  2010   (October 2012)

U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control

CAH_ALASKA_00036518



Source: CDC/NCHS, NVSS

CONFIDENTIAL

CAH_ALASKA_00036519

# Opioid analgesic involved in deaths



Source: NCHS Data Brief #81, December 2011

CONFIDENTIAL

CAH_ALASKA_00036520



Causes of death attributable to drugs include accidental or intentional poisonings by drugs and deaths from medical conditions resulting from chronic drug use. Drug-induced causes exclude accidents, homicides, and other causes indirectly related to drug use.  Not all injury cause categories are mutually exclusive.

Source:  National Center for Health Statistics, Centers for Disease Control and Prevention. National Vital Statistics Reports *Deaths: Final Data* for the years 1999 to 2009 (January 2012).

CONFIDENTIAL

CAH_ALASKA_00036521

# 2010    *Current Users (Past Month)*    2011

**2010**

ANY ILLICIT DRUG:
22.6 million

MARIJUANA: 17.4 million

PSYCHOTHERAPEUTIC
DRUGS:  7 million

COCAINE: 1.5 million

Methamphetamine  353,000

Heroin:  239,000

**2011**

ANY ILLICIT DRUG:
22.5 million

MARIJUANA: 18.1 million

PSYCHOTHERAPEUTIC
DRUGS:  6.1 million

COCAINE: 1.4 million

Methamphetamine  439,000

Heroin:  281,000



Source: 2010 & 2011NSDUH

CONFIDENTIAL

CAH_ALASKA_00036522

# Prescription Drug Abuse

More Americans abuse prescription drugs than the number of:

Cocaine, Hallucinogen, Heroin, and Inhalant abusers

COMBINED!!!



CONFIDENTIAL

CAH_ALASKA_00036523

# Scope and Extent of Problem



Source: 2004, 2007, 2008, 2009, 2010 National Survey on Drug Use and Health

CONFIDENTIAL
CAH_ALASKA_00036524

# Economic Impact – The Cascading Effect

2006 estimated cost in the United States from nonmedical use of prescription opioids

## $53.4 BILLION

- $42 billion – Lost productivity
- $8.2 billion – Criminal Justice costs
- $2.2 billion – Treatment costs
- $944 million – Medical complications

Five drugs – OxyContin, oxycodone, hydrocodone, propoxyphene, and methadone accounted for two-thirds of the economic burden

Source: Clinical Journal of Pain, December 2010, University of Washington, Hansen RN; Oster, G; Edelberg, J; Woody, GE; and Sullivan, SD

CONFIDENTIAL

CAH_ALASKA_00036525

# Percentage of Past Month Nonmedical Use of Psychotherapeutics by Age, 2003-2011



Source: 2011 National Survey on Drug Use and Health

CAH_ALASKA_00036526

# Emergency Room Data 2004-2010

- <u>Increase of 115%</u>: ER visits attributable to pharmaceuticals alone
    - (*i.e.,* with no other type of drug or alcohol) (626,472 to 1,345,645)

    – No Significant Change: ER visits attributable to cocaine, heroin, marijuana, or methamphetamine

- Rx Drugs most frequently implicated:
    – **Opiates/Opioids pain relievers**

        - Oxycodone products    255% increase
        - Hydrocodone products  149% increase

- Emergency room data 2004 - 2009
    – Fentanyl products        117.5% increase
    – **Insomnia or Anti-Anxiety medications**

        - Zolpidem    154.9% increase
        - Alprazolam  148.3% increase
        - Clonazepam  114.8% increase

    – **Carisoprodol 100.6% increase**

- For patients aged 20 and younger misuse/abuse of pharmaceuticals increased 45.4%
- For patients aged 20 and older the increase was 111%

SOURCE: The DAWN Report, *Highlights of the 2009 Drug Abuse Warning Network (DAWN) Findings on Drug-Related Emergency Department Visits*, December 28, 2010

CONFIDENTIAL                                                          CAH_ALASKA_00036527

# Poisoning Deaths:
# Opioid Analgesics



Source: CDC/NCHS, National Vital Statistics System

CONFIDENTIAL

# Number of Forensic Cases
# 2001-2011





# Statistical Perspective

## The U.S. Population Grows at a Rate of Less Than 1% Per Year!

Source: U.S. Census Bureau

CONFIDENTIAL

CAH_ALASKA_00036530



## Why is the problem outpacing population growth?

We all want to feel good and prescription drug abuse is an accepted method of curing whatever ails you. After all, it is a medicine.

CONFIDENTIAL

CAH_ALASKA_00036531



**Rush Limbaugh**



**Steven Tyler**

ABUSERS



**Eminem**



**Brett Farve**

20

CAH_ALASKA_00036532



| Home | News | Travel | Money | Sports | Life | Tech |

Sports    Fantasy    MLB    NFL    NBA    NHL    Coll. Football    Coll. Basketball    Preps    NASCAR

# Wrestler Benoit's doctor gets 10 years in prison

Updated 5/12/2009 2:34 PM | Comment    | Recommend

E-mail | Print



Enlarge                                        WWE via AP

Wrestler Chris Benoit strangled his wife and 7-year-old son, then hung himself in a June 2007 murder-suicide. Benoit's personal doctor Phil Astin was sentenced to 10 years in prison on Tuesday for illegally distributing prescription drugs to patients.

NEWNAN, Ga. (AP) — The personal doctor to a professional wrestler who killed himself, his wife and their 7-year-old son was sentenced to 10 years in prison Tuesday for illegally distributing prescription drugs to patients.

Dr. Phil Astin, 54, had pleaded guilty Jan. 29 to a 175-count federal indictment.

Prosecutors said Astin prescribed painkillers and other drugs to known addicts for years. They said at least two of Astin's patients died because of his lax oversight of what medicines they were taking. However, the indictment was unclear about whether Chris Benoit, a wrestler for Stamford, Conn.-based World Wrestling Entertainment, was one of the two.

"I take full responsibility," Astin told the judge Tuesday. "I am sorry I hurt so many lives. I was thinking that I was looking after my patients."

U.S. District Judge Jack Camp said there was no doubt Astin tried to help hundreds of patients at his western Georgia clinic. But the judge said he could not overlook Astin's misconduct.

"The fact that two people did die outweighs other conditions that I must consider," Camp said.

Share
Add to Mixx
Facebook
Twitter
More
Subscribe
my Yahoo
iGoogle
More

A federal investigation found Astin wrote prescriptions without conducting physical exams and sometimes gave patients as many as four simultaneous prescriptions for Percocet. He also prescribed "cocktails" of drugs like Percocet, Oxycontin, Vicodin and Adderall.

"Medical doctors know that after a period of time, if the prescriptions are not working, you get them off," Assistant U.S. Attorney John Horn said during the hearing.

Investigators cited one case in which an unidentified female patient began receiving a combination of drugs that included Xanax from Astin in 2002. She died in June 2007, the same month authorities found Benoit and his family dead in their suburban Atlanta home.

CONFIDENTIAL

CAH_ALASKA_00036533

## Rush Limbaugh Arrested On Drug Charges

Rush Limbaugh and prosecutors in the long-running prescription fraud case against him have reached a deal that the conservative commentator to be dropped without a guilty plea if he continues treatment, his attorney said Fri...

Limbaugh turned himself in to authorities on a warrant filed Friday charging him with fraud to conceal inform... Barbera, a spokeswoman for the Palm Beach County Jail. He and his attorney Roy Black left about an hour l... and fingerprinted and he posted $3,000 bail, Barbera said.

Prosecutors' three-year investigation of Limbaugh began after he publicly acknowledged being addicted to p... rehabilitation program. They accused Limbaugh of "doctor shopping," or illegally deceiving multiple doctors t... learning that he received about 2,000 painkillers, prescribed by four doctors in six months, at a pharmacy ne...

Limbaugh, who pleaded not guilty Friday, has steadfastly denied doctor shopping. Black said the charge will complies with court guidelines.

## Coheed and Cambria Bassist Arrested Before Gig

Originally posted Jul 10th 2011 5:18 PM PDT by TMZ Staff

**Michael Todd**, the bassist for the band **Coheed and Cambria**, was arrested for armed robbery after he allegedly held up a Walgreens by claiming he had a bomb ... and this all went down right before they played a show!

---

# Rangers' Boogaard died of alcohol, oxycodone mix

Updated 5/20/2011 11:09 PM |

MINNEAPOLIS (AP) — The death of New York Rangers enforcer Derek Boogaard was an accident, due to a toxic mix of alcohol and the powerful painkiller oxycodone.

The Hennepin County Medical Examiner announced Boogaard's cause of death Friday, saying it was unclear exactly when the 28-year-old died. Boogaard was found dead in his Minneapolis apartment last ...ths after he sustained a concussio... May 08, 2012

---

his passion for the game, his teammates, and his community work was unstoppable."

Experts say mixing alcohol and medicines can cause dangerous reactions. Drinking alcohol while taking strong painkillers like oxycodone can result in breathing problems and increase the risk of an overdose, according to the National Institute on Alcohol Abuse and Alcoholism.

The family thanked the Rangers, Minnesota Wild, the NHL and the NHLPA for "supporting Derek's continued efforts in his battle."

"Regardless of the cause, Derek's passing is a tragedy," NHL spokesman Frank Brown said in an email. The Rangers and Wild had no comment.

Boogaard's agent, Ron Salcer, said it has

---

**Friday, June 3, 2011**

## Michael Baze accidentally overdosed

*Associated Press*

LOUISVILLE, Ky. -- Jockey Michael Baze, who won more than 900 horse races in a nine-year career, died from an accidental overdose of cocaine and prescription pain medicine at Churchill Downs, the coroner's office said Friday.

The 24-year-old Baze was pronounced dead on May 10. His body was found in his vehicle near the stables at the famed Louisville track.

Jefferson County Deputy Coroner Jim Wesley said the cause of death was multiple substance intoxication. Significant amounts of cocaine and the pain medication oxymorphone were found in Baze's system, said Wesley, citing toxicology results.

Baze was facing a drug possession charge at the time of his death. The week he died, he was scheduled to appear at a preliminary hearing on a charge of first-degree possession of cocaine. He also w...

Baze was arrested last Novemb... to the arrest warrant.

His mother, Teri Gibson, said the ...

"I honestly thought he was not d...

Churchill Downs spokesman Joh... who rode only briefly at Churchi...

Hall of Fame rider Mike Smith ... asleep.

---

# Thomas Kinkade cause of death: alcohol, Valium

Recommend  71

By Ann Oldenburg, USA
TODAY

Updated 2012-05-08 7:18

An autopsy has concluded that Thomas Kinkade's death was caused by an accidental overdose.

NBC Bay Area News reported late Monday that the Santa Clara County medical examiner's autopsy is complete and reveals that Kinkade died April 6 at his California home from a combination of alcohol and prescription drugs. He was 54.

CAPTION:        By Gene Blythe, AP

---

## Jack Camp, Senior Federal Judge, Arrested On Drug, Gun Charges

ATLANTA — A veteran federal judge faces drug and firearms charges after an exotic dancer at an Atlanta strip club told authorities he used cocaine, marijuana and other illegal drugs with her.

Senior U.S. District Judge Jack T. Camp was arrested Friday minutes after he handed an undercover law enforcement agent $160 for cocaine and Roxycodone, a narcotic pain medication, that he intended to use with the exotic dancer, authorities said in a court document released Monday. They said they also found two firearms in the front seat of his vehicle.

Camp, 67, who has presided over some high-profile cases, was released Monday on a $50,000 bond. His attorney, William Morrison, said after a brief hearing that the judge intends to plead not guilty. Morrison said Camp would probably take a leave of absence and would not preside over any more cases until the charges are resolved.

22



**Marilyn Monroe
August 5, 1962**



**Elvis Presley
August 16, 1977**



**Gerald Levert
November 10, 2006**



**Anna Nicole
Smith
February 8, 2007**



**Heath Ledger
January 22, 2008**

DEATHS



**Michael Jackson
June 25, 2009**



**Luna Vachon
August 27, 2010**



**Michael Baze
May 10, 2011**



**Whitney Houston
February 11, 2012**



**Thomas Kinkade
April 6, 2012**

23

CAH_ALASKA_00036535



Billy Mays, the late pitchman

# Autopsy: Cocaine had role in his death

Hillsborough County spokes-woman Lori Hudson said nothing in the toxicology report indicated the frequency of Mays' cocaine use. Cocaine can raise arterial blood pressure, directly cause thickening of the left wall of the ventricle and accelerate the formation of atherosclerosis in the coronary arteries, the release said.

The toxicology tests also showed therapeutic  amounts of painkillers hydrocodone,  oxycodone and tramadol, and  anti-anxiety drugs alprazolam and diazepam.  Mays had suffered hip problems  and was scheduled for  hip-replacement surgery the day after he was found dead.

condo June 28.

Mays, 50, was a pop-culture fixture with his energetic commercials pitching gadgets and cleaning products like Orange Glo and OxiClean.

Heart disease was the primary cause of death, and a report released Friday by the medical examiner listed cocaine as a "contributory cause of death." The office said Mays last used cocaine in the few days before his death but was not under the influence of the drug when he died

NEWSDAY, SATURDAY, AUGUST 8, 20

CAH_ALASKA_00036536

# Westchase teachers learn a lesson: Say 'no' to mints in pill bottles



One of the mint-filled pill bottles distributed to some fourth graders at Westchase Elementary.

By JOSÉ PATIÑO GIRONA | The Tampa Tribune
Published: February 8, 2010

What two fourth-grade teachers at Westchase Elementary School apparently thought was a creative way to calm students about to take the FCAT made at least one caregiver fear the teachers were sending a different message – that taking drugs while under stress is OK.

Sandy Young walked into her grandson's fourth-grade classroom last Thursday and saw pill bottles on each students' desk. Her mind raced with questions and thoughts of disbelief.

Young said she immediately questioned Westchase Elementary fourth-grade teacher Beth Watson about the pill bottles, which were filled with pieces of small mint candy.

"She said it was nothing but some mints; it was just something special for the kids, for the FCAT to mellow them out," Young said.

Young said she was shocked and speechless and walked out of the room when Watson started the students on a math assignment.

Young said the pill bottles go against the lessons of teaching children to say no to drugs.

"We turn around and we have our teachers giving them drugs," said Young, 60, of Tampa. "I don't care if it's mints or not. ... If it's in a prescription bottle, it's a drug."

Young said the bottle reads in part: "Watson's Whiz Kid Pharmacy. Take 1 tablet by mouth EVERY 5 MINUTES to cure FCAT jitters. Repeated use may cause craft to spontaneously ooze from pores. No refills. Ms. (Deborah) Falcon's authorization required."

The school received one complaint since pill bottles were distributed on Thursday, said Linda Cobbe, a school district spokeswoman. It's believed only two fourth-grade teachers at the school distributed the pill bottles.

The principal met with the students on Monday to confirm the pill bottles contained mints that were safe to eat. The students were asked to dump the mints in a separate container and the pill bottles were thrown away, Cobbe said.

She said the bottle idea was tied to the children's book the students recently read, "George's Marvelous Medicine," about a boy who concocts potions to try to change the disposition of his cranky grandmother.

The teachers were just trying to use a creative way to get across to the students not to be stressed with the FCAT writing examination that will be administered to fourth-, eighth- and 10th-graders beginning today, Cobbe said.

"Elementary teachers do creative things to make learning fun," Cobbe said.

The teachers won't be disciplined, and it wasn't their intention to promote drug use, Cobbe said.

"I know that is not the intent of the teachers," Cobbe said. "That is not the outcome they would wish for."

Young said her grandson has been at Westchase Elementary for a year, and she hasn't had any complaints. But this experience has soured her

It concerns her that now someone might hand her grandson a pill bottle with drugs and he might think it's OK to consume its contents.

"We as parents and grandparents have to drill it into them that this is unacceptable and hope and pray that they don't accept drugs from someone else," Young said.

CONFIDENTIAL
CAH_ALASKA_00036537



Violence

CONFIDENTIAL
CAH_ALASKA_00036538

# Pharmacy Armed Robberies Rankings by State

## January 1 thru December 31, 2011   (701)

| Rank | State | Total | Rank | State | Total | Rank | State | Total | Rank | State | Total | Rank | State | Total |
|------|-------|-------|------|-------|-------|------|-------|-------|------|-------|-------|------|-------|-------|
| 1 | IN | 53 | 12 | MD | 22 | 23 | AL | 12 | 34 | LA | 4 | 45 | SD | 1 |
| 2 | AZ | 51 | 13 | WA | 21 | 24 | TX | 11 | 35 | DE | 3 | 46 | WY | 1 |
| 3 | FL | 49 | 14 | OK | 19 | 25 | IL | 8 | 36 | CT | 2 | 47 | AK | 0 |
| 4 | TN | 43 | 15 | NV | 19 | 26 | MS | 8 | 37 | IA | 2 | 48 | HI | 0 |
| 5 | CO | 39 | 16 | ME | 17 | 27 | MN | 7 | 38 | WV | 2 | 49 | ND | 0 |
| 6 | CA | 39 | 17 | OH | 17 | 28 | MO | 7 | 39 | MT | 2 | 50 | VT | 0 |
| 7 | PA | 37 | 18 | OR | 15 | 29 | NH | 7 | 40 | ID | 1 | | | |
| 8 | NY | 29 | 19 | SC | 15 | 30 | WI | 6 | 41 | KS | 1 | | | |
| 9 | KY | 28 | 20 | NJ | 14 | 31 | AR | 5 | 42 | NE | 1 | | | |
| 10 | MI | 24 | 21 | VA | 13 | 32 | GA | 5 | 43 | NM | 1 | | | |
| 11 | NC | 23 | 22 | MA | 12 | 33 | UT | 4 | 44 | RI | 1 | | | |

Source: DEA  Drug Theft & Loss Database as of January 9, 2013

27

CAH_ALASKA_00036539

# Violence Related to Controlled Substance Pharmaceuticals





CONFIDENTIAL

# Couple pleads guilty in pharmacy murders

Eyewitness News

MEDFORD (WABC) -- The suspect in the Father's Day massacre at a Long Island pharmacy pleaded guilty to murder charges Thursday.  David Laffer has officially withdrawn his not guilty pleas to charges of first-degree murder and criminal use of a firearm and waived his right to appeal. Laffer killed four people at Haven Drugs in Medford before robbing the place of 10,000 hydrocodone pills.

Laffer's wife, Melinda Brady, also pleaded guilty to robbery charges. The judge announced his intention to sentence Laffer to the maximum of four life sentences with no parole, to be served consecutively, and Brady to 21 to 25 years in state prison. Formal sentencing for both husband and wife is scheduled for October 17.

Laffer and Brady were arrested June 22 in their suburban home a mile and a half from Haven Drugs, where authorities say he opened fire on the victims before jamming the backpack full of prescription painkillers.

29

CAH_ALASKA_00036541



photo gallery




23 of 34

Long Island

# Robbery suspect, federal agent killed in Seaford

A robbery suspect and a federal agent who had dropped by to pick up a prescription for his ailing father both died of gunshot wounds Dec. 31, 2011, after police struggled with the suspect in the doorway of a Seaford pharmacy.

**Be the first to rate:** ★ ★ ★ ★ Click to rate

## Related



**Nassau**
Cops: Fatal shooting at Seaford drugstore



Nassau police respond to the scene of a

Nassau police respond to the scene of a shooting Saturday at Charlie's Family Pharmacy, 3931 Merrick Rd., in Seaford. (Dec. 31, 2011) Photo Credit: Kevin P. Coughlin





# Newsday

GO MOBILE!

CAH_ALASKA_00036542

# Comparisons of Hydrocodone Reported Thefts



Number of Thefts: (3,169) (3,633) (3,681)

■2010 □2011 ■2012

01/01/2012 – 12/31/2012

Source: Drug Theft and Loss
Date Prepared: 02/08/2013

Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

CONFIDENTIAL

CAH_ALASKA_00036543

# Comparisons of Oxycodone Reported Thefts



**DOSAGE UNITS LOST**

| Number of Thefts: | (4,146) | (5,021) | (5,143) |

- 3,109,549 (2010)
- 9,331,141 (2011)
- 2,741,291 (2012)

☐ 2010   ☐ 2011   ■ 2012

**01/01/2012 – 12/31/2012**

Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

32

Source:  Drug Theft and Loss
Date Prepared :  02/08/2013

CONFIDENTIAL

CAH_ALASKA_00036544

Prescription drug
epidemic?
How did we get to this
point?

CONFIDENTIAL

CAH_ALASKA_00036545

# The 1960/70s/80s



Uppers - Dexedrine



Downers - Seconal



Meprobamate





Hydromorphone



Oxycodone/APAP



"Ts and Blues"





"Fours and Doors"

CONFIDENTIAL

CAH_ALASKA_00036546

# The 1990s

## OxyContin



CAH_ALASKA_00036547

# Commonly Abused Controlled Pharmaceuticals

## Carisoprodol



C-IV as of 1/11/2012

**CYCLOBENZAPRINE (FLEXERIL)**



**Hydrocodone**



OxyContin 80mg



Oxymorphone





**Oxycodone 30 mg**

**Alprazolam**

CONFIDENTIAL

CAH_ALASKA_00036548

# The 1990s

## OxyContin



CONFIDENTIAL

CAH_ALASKA_00036549



Inadequate Pain Control

CONFIDENTIAL

CAH_ALASKA_00036550

The Fifth Vital Sign?

Temperature

Heart Rate

BP

Respiration

CONFIDENTIAL

CAH_ALASKA_00036551



Public release date: 17-Mar-2006
[ Print | E-mail | ☀ Share ] [ Close Window ]

Contact: Amy Jenkins
amy@jenkinspublicrelations.com
312-836-0613
American Academy of Pain Medicine

# Experts call for balance in addressing under treated pain and drug abuse

*Healthcare decisions must remain in the hands of healthcare professionals for the sake of patients*

A balance must be struck between physicians' responsibility to treat chronic pain and the Drug Enforcement Administration's (DEA) duty to combat drug abuse, according to a series of seven commentaries by national thoughtleaders published today in the February issue of Pain Medicine.

The commentaries explore the current state of the use of pain medicine from a variety of perspectives, with an emphasis on the tension between physicians treating legitimate pain and the DEA. Pain Medicine is the journal of the American Academy of Pain Medicine (AAPM).

According to the American Pain Foundation, chronic pain affects more than 50 million Americans. People suffering from chronic pain may need pain medicine to lead normal lives, such as being able to work and to participate in family life. Many patients with chronic pain have lost access to appropriate medical care due to tension between regulatory/legislative bodies and the medical community.

The lead commentary describing current DEA policy on pain care with controlled substances was written by Howard A. Heit, MD, a pain and addiction medicine specialist who has collaborated with the DEA. AAPM President Scott M. Fishman, MD, presents the collision of the war on drugs with efforts to improve pain care. Jennifer Bolen, JD, Former Assistant US Attorney with the United States Department of Justice, makes a compelling case that current DEA policies are founded on erroneous and inappropriate positions. Edward Covington, MD, Steven Passik, PhD, and Ben A. Rich, JD, PhD, add additional dimensions to the current perceived state of imbalance, while Will Rowe, Executive Director of the American Pain Foundation, a patient advocacy organization, provides perspective on patient's rights.

**Victories and Defeats in Pain Care**
Dr. Heit and others worked with the DEA to develop the August 2004 Frequently Asked Questions and Answers for Health Care Professionals and Law Enforcement Personnel, which the DEA subsequently disavowed causing "confusion and consternation" among physicians who treat pain.

"It is now apparent to me that the spirit of cooperation that existed between the DEA and the pain community to achieve the goal of balance has broken down. The DEA seems to have ignored the input and needs of the healthcare professionals and pain patients who actually prescribe, dispense and use controlled substances," Dr. Heit states in his commentary.

"It is essential that we resume dialogue between the DEA and healthcare professions for the benefit of our patients and society," continues Dr. Heit. "The DEA and the healthcare professionals treating pain both have an important job to do in ensuring those who need [controlled substances] for pain receive them while preventing misuse and diversion. Only through dialogue based on and mutual trust and respect can this balance be restored."

Other government initiatives have challenged the line between health policy and law enforcement. This includes Congress's empowerment of the DEA allowing the agency authority in reviewing new drugs, a role previously held only by the Food and Drug Administration, according to Dr. Fishman. On Nov. 4, 2005, Congress reversed itself and rescinded the DEA's new authority.

As healthcare's regulatory authority shifts from health agencies to law enforcement agencies, the DEA and Federal prosecutors have used the courts to bypass state medical boards when scrutinizing physician practices. Dr. Fishman says that the recently passed national law, National All Schedules Prescription Electronic Reporting Act (NASPER), which institutes a national prescription monitoring program, may offer some steps forward, but it also carries the potential to impede optimal prescribing and could even perpetuate aberrant prescribing that may facilitate abuse. While this new law is presented to the public as a clinical tool to improve patient care and safety, "...profound inadequacies suggest that this law may be intended less as a clinical tool than as a physician mouse trap," Dr. Fishman states.

"Healthcare decisions, including those involving legitimate use of analgesics, must remain in the hands of healthcare professionals," comments Dr. Fishman. "The DEA should be required to work with health agencies and healthcare professionals in finding common ground and reaching the rational position of balance that is in the public's best interest...Healthcare oversight must remain within agencies whose primary responsibility is to improve public health. Congress... continue to insist that drug abuse can be curbed without undermining patients in pain and striving for such policies is in the best interest of society. The least we can do is to make sure that the casualties... legitimately deserve relief."

**Freedom to Care for Pain Patients Critical**
Reluctance to prescribe powerful pain medicine among the medical community for fear of retribution has led to the needless suffering of countless people in pain.

The Department of Justice must "stop the abuse and diversion of prescription medicines without harming access to these medicines for people affected by pain," states Will Rowe, Executive Director, Ame... commentary points to a failure on the part of the DEA in not abiding by its commitment to the pain community to pursue a balance between the war on drugs and the rights of pain patients, and also cite... assert the more comprehensive command."

### 

**About the American Academy of Pain Medicine**
Founded in 1983 as the American Academy of Algology, the American Academy of Pain Medicine (AAPM) has evolved as the primary organization for physicians practicing the specialty of Pain Medicine in... grown, a defined body of knowledge and scope of practice have emerged, and today, Pain Medicine is recognized as a discrete specialty by the American Medical Association (AMA). AAPM is the only pain... Delegates. The journal Pain Medicine is published six times a year by Blackwell Science, Inc. For more information, visit www.painmed.org.

**About the American Pain Foundation**
Founded in 1997, the American Pain Foundation is an independent nonprofit 501(c)3 organization serving people with pain through information, advocacy, and support. Our mission is to improve the qual... awareness, providing practical information, promoting research, and advocating to remove barriers and increase access to effective pain management. For more information, visit www.painfoundation.o...

