

Don't Miss: **Fracking** | **Dollars for Docs** | **Freddie Mac** | **Campaign 2012** | **Redistricting** | **Foreclo**

Home | Our Investigations | Tools & Data | MuckReads | About Us

**Dollars for Doctors**
How Industry Money Reaches Physicians

# American Pain Foundation Shuts Down as Senators Launch Investigation of Prescription Narcotics



CONFIDENTIAL

CAH_ALASKA_00036553

The United States Senate
# COMMITTEE on FINANCE
Max Baucus, Chairman   Orrin G. Hatch, Ranking Member

Home | About | Hearings | Legislation | **Newsroom** | Nominations | Library

Home > Newsroom > Chairman's News > Press Release

For Immediate Release
May 08, 2012

Contact: Communications Office (Baucus), 202-224-4515
Jill Gerber (Grassley), 202-224-6522

## Baucus, Grassley Seek Answers about Opioid Manufacturers' Ties to Medical Groups

*Finance Leaders Investigate Whether Pharmaceutical Companies Encouraged Non-Profit Beneficiaries to Promote Misleading Information about Narcotic Painkillers*

**Washington, DC** – Senate Finance Committee Chairman Max Baucus (D-Mont.) and senior Committee member Chuck Grassley (R-Iowa) initiated an investigation today into the connections of drug manufacturers Purdue Pharma, Endo Pharmaceuticals, and Johnson & Johnson with medical groups and physicians who have advocated the increased use of narcotic painkillers, or opioids. The Senators also asked seven other medical groups to produce information about their financial ties and collaborations with opioid manufacturers. In letters sent to each yesterday, Baucus and Grassley requested documents and financial information from the companies and noted that deaths resulting from opioid overdose have recently skyrocketed, growing nearly 400 percent between 1999 and 2008, the most recent year data was available. They also highlighted news reports suggesting the increase may be driven by misinformation and dubious marketing practices used by the pharmaceutical companies and the medical organizations they fund.

"Overdoses on narcotic painkillers have become an epidemic, and it's becoming clear that patients aren't getting a full and clear picture of the risks posed by their medications," Baucus said. "When it comes to these highly-addictive painkillers, improper relationships between pharmaceutical companies and the organizations that promote their drugs can put lives at risk. These painkillers have an important role in health care when prescribed and used properly, but pushing misinformation on consumers to boost profits is not only wrong, it's dangerous."

"The problem of opioid abuse is bad and getting worse," Grassley said. "Something has to change. A greater understanding of the extent to which drug makers underwrite literature on opioids is a good start. Doctors and patients should know if the medical literature and groups that guide the drugs' use are paid for by the drugs' manufacturers and if so, how much. Education on the proper use of pain medication is a key step in preventing abuse and misuse, so it's important to understand what material is out there."

The Centers for Disease Control and Prevention have declared overdoses from opioid painkillers to be a public health epidemic. Deaths from painkiller overdoses have tripled over the last decade and led to the deaths of 14,800 Americans in 2008, exceeding those caused by heroin and cocaine combined. The

### Related Files

Baucus Grassley Opioid Investigation Letter to Purdue Pharma [268.9 KB]

Baucus Grassley Opioid Investigation Letter to Federation of State Medical Boards [278.4 KB]

Baucus Grassley Opioid Investigation Letter to the Joint Commission [278.4 KB]

Baucus Grassley Opioid Investigation Letter to Wisconsin Pain And Policy Studies Group [277.5 KB]

Baucus Grassley Opioid Investigation Letter to American Academy of Pain Medicine [277.6 KB]

Baucus Grassley Opioid Investigation Letter to American Pain Foundation [278.8 KB]

Baucus Grassley Opioid Investigation Letter to American Pain Society [278.5 KB]

Baucus Grassley Opioid Investigation Letter to Center for Practical Bioethics [279.3 KB]

Baucus Grassley Opioid Investigation Letter to Johnson and

CONFIDENTIAL
CAH_ALASKA_00036554



"Recent investigative reporting from the Milwaukee Journal Sentinel/Medpage Today and ProPublica revealed extensive ties between companies that manufacture opioids and non-profit organizations such as the American Pain Foundation....and the Joint Commission."





91°
High
86° Intermittent clouds
68° Low

Attend Our Free
Vein Screening!
Tues, June 12th and
Sat, June 16th

HOME    NEWS    SPORTS    BUSINESS    LIFESTYLE    ENTERTAINMENT    OPINION    STAR SITES    OBITS

ABOUT US    JOBS    CARS    HOMES    RENTALS    CLASSIFIEDS    LOCAL SHOPPING    findsave    PLACE AN AD

Posted on Fri, May. 11, 2012 11:22 PM

Read more Front Page

Share    Email    Print

KansasCity.com                    GO

Web Search powered by YAHOO! SEARCH

## Bioethics think tank's ties to pain pill industry studied

BY ALAN BAVLEY
The Kansas City Star

A U.S. Senate committee is examining a Kansas City-based bioethics think tank's financial ties to the pain-pill industry.

The inquiry is part of a sweeping investigation by the Senate Finance Committee of connections between pain drug manufacturers and organizations and physicians who have advocated for increased use of narcotic — also known as opioid — painkillers.

Abuse of these potentially addictive pain medications has become a national epidemic and accounts for more overdose deaths than heroin and cocaine combined. About 5 million people had used the drugs recently without a prescription, a federal survey found.

The Center for Practical Bioethics is one of seven organizations that received letters this week from the Senate committee asking them for information about their financial ties and collaborations with opioid manufacturers.

The other organizations are the American Pain Foundation, the American Academy of Pain Medicine, the American Pain Society, the Wisconsin Pain and Policy Study Group, the Joint Commission of Accreditation of Healthcare Organizations and the Federation of State Medical Boards.

Recent investigations by news organizations have found that some of these groups, such as the American Pain Foundation, a patient advocacy group, are funded largely by the drug industry.

The Senate committee is seeking to determine whether any of the groups promoted misleading information about the risks and benefits of opioids while receiving financial support from manufacturers of the drugs.

A Senate aide told The Kansas City Star that the investigation may bring into question guidelines for pain management, or the legitimacy of some of the organizations under scrutiny.

One of the organizations, the American Pain Foundation, disbanded last week, citing "irreparable economic circumstances."

**Breaking News**

Homers by Francoeur and Butler lift Royals to 4 -2 victory over Orioles

La Crosse, Kan., is cleaning up after twister

No injuries but much damage in Columbia apartment fire

Franchitti wins 3rd Indy 500, gives nod to Wheldon

Former KC Chief charged with attempted murder

Man, 65, shoots motorcyclist in road rage incident





Salvation Army
Family Stores
50% All Clothing

DEALSAVER'S™ DEAL OF THE DAY

$5 for $10 of Food and Beverage

McAfee
Risky Connection Blocked

McAfee has blocked your PC from making a potentially risky connection.

About This Connection
IP Address: 72.21.194.32
Program: Internet Explorer

More

☐ Do not show this alert again

OK

# U.S. Motor ... isoning, and
# Drug Poison... ...ase) Death Rates,
## 1980-2010



Source: CDC National Center for Health
Statistics (NCHS) Data Brief, December 2011,
updated with 2009 and 2010 mortality data

U.S. Drug Enforcement Administration /
Operations Division / Office of Diversion
Control

CONFIDENTIAL

CAH_ALASKA_00036557

# The Perfect Storm

- **Industry is producing a wider variety of controlled substance pharmaceuticals and practitioners are prescribing more.**

- **Use of Medicare / Medicaid or insurance to fund drug habits**

- **Information / Electronic era**



CONFIDENTIAL

CAH_ALASKA_00036558

Drug Education

# or not

CONFIDENTIAL
CAH_ALASKA_00036559

# What are kids listening to… Eminem?



- Rap star Eminem has a Vicodin® tattoo on his arm and a picture of a Vicodin® tablet on one of his CDs

CAH_ALASKA_00036560

# Parents' Changing Attitudes

## Parents are not discussing the risks of abusing prescription drugs



U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control

Source: 2011 Partnership Attitude Tracking Study

CONFIDENTIAL

CAH_ALASKA_00036561

Parents and their abuse of prescription drugs



**Parent Prescription Medicine Use**
(3 times or more)

*Prescription medicine that was not prescribed specifically for you*

Lifetime: 12% (2009), 13% (2010), 18%* (2011)

Past 12 months: 5% (2010), 10%* (2011)

2009    2010    2011

*Significantly higher than 2009 and 2010 levels*

U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control

Source: 2011 Partnership Attitude Tracking Study

CONFIDENTIAL                                                                 CAH_ALASKA_00036562

# Where do kids get their information from?



CAH_ALASKA_00036563

# We will not arrest our way out of this problem!!!!!

- Enforcement is just as important as….
- Prevention/Education
- Treatment
- TREATMENT!!!!

CAH_ALASKA_00036564

# ONDCP Strategy

## "Epidemic: Responding To America's Prescription Drug Abuse Crisis" (Released in April 2011)

- Education
  - Healthcare Provider Education
  - Parent, Youth, and Patient Education
- Tracking and Monitoring
  - Work with states to establish effective PDMPs
  - Support NASPER
  - Explore reimbursements to prescribers who check PDMPs before writing a prescription
- Proper Medicine Disposal

- Enforcement
  - Assist states address doctor shopping and pill mills
  - Increase HIDTA intelligence-gathering and investigation of prescription drug trafficking
  - Expand the use of PDMPs to identify criminal prescribers and clinics

CONFIDENTIAL
CAH_ALASKA_00036565

# DEA Response

Enforcement
- Regulatory/Administrative/Civil/Criminal
- Stepped-up inspection program
- TDS program

National Take-back Initiative
- Proposed regulations

Education
- Pharmacist Diversion Awareness Conferences (PDAC)
- Participation in conferences for healthcare professionals
- Registrant conferences

CONFIDENTIAL

# The Controlled Substances Act

# **21 United States Code**

CONFIDENTIAL

CAH_ALASKA_00036567

# Closed System of Distribution

Foreign Mfr
Importer
Manufacturer
Distri-
butor
Practitioner
Pharmacy
Hospital
Clinic
Patient
?

**1,469,638** (01/22/13)
**Practitioners 1,149,498**
**Retail Pharmacies 68,473**
**Hospital/Clinics 15,849**

**Law: 21 USC 822 (a) (1) Persons Required to Register:**
"Every person who manufactures or distributes any Controlled Substance or List I Chemical or who proposes to engage in .."

**Law: 21 USC 822 (a) (2) Persons Required to Register:**
"Every person who dispenses, or who proposes to dispense any controlled substance ..."



# Closed System of Distribution



**Cyclic Investigations**

**Established Schedules**

**Recordkeeping Requirements**

**Registration**

**Security Requirements**

**Established Quotas**

**ARCOS**

57

CAH_ALASKA_00036569

# Cutting off the Source of Supply





CONFIDENTIAL

CAH_ALASKA_00036570

# The Controlled Substances Act

## Checks and Balances





CONFIDENTIAL

# The Flow of Pharmaceuticals



**QUOTAS**

**Raw Material**

**Importers**

**Imp - Manufacturers**

**Manufacturers**

**Dosage Form Manufacturers**

21 USC 823(c)(1)
21 USC 823(d)(1)
21 CFR 1301.71

**Dosage Form Manufacturers**

21 USC 823(b)(1)
21 USC 823(e)(1)
21 CFR 1301.71
21 CFR 1301.74
(Suspicious Orders)

**Smaller Distributors**

**Wholesalers - Distributors**

**Hospitals**

**Pharmacies**

**Physicians** (Rx and drugs)

**NTPs**

21 CFR 1306.04

**PATIENTS**

N A T I O N A L RX DRUG ABUSE SUMMIT

# Checks and Balances of the CSA and the Regulatory Scheme

- **<u>Distributors</u> of controlled substances**

*"The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances…Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."* (21 CFR § 1301.74)





# DEA Distributor Initiative

**Purpose and format:**

➤ **Educate and inform distributors/manufacturers of their due diligence responsibilities under the CSA by discussing their Suspicious Order Monitoring System, reviewing their ARCOS data for sales and purchases of Schedules II and III controlled substances, and discussing national trends involving the abuse of prescription controlled substances**

**August 2005 – Present:**

➤ **Briefings to 81 firms with 233 locations**

➤ **Examples of civil action against distributors:**
 ➤ **Cardinal Health , $34 million civil fine**
 ➤ **McKesson, $13.25 million civil fine**
 ➤ **Harvard, $6 million civil fine**

➤ **Examples of suspension, surrender or revocation of  DEA registration**
 ➤ **Keysource, loss of DEA registration**
 ➤ **Sunrise, loss of DEA registration**

CONFIDENTIAL

# Drug wholesaler, 2 pharmacies charged in DEA crackdown

By Donna Leinwand Leger, USA TODAY

Updated 15h 4m ago

Comment    Recommend 57    Tweet 30

Reprints & Permissions

Federal authorities have expanded their crackdown on painkiller abuse, charging a major health care company and two CVS pharmacies in Florida with violating their licenses to sell powerful pain pills and other drugs.



By Kiichiro Sato, 2007 AP photo

The DEA suspended Cardinal Health's controlled substances licenses on Friday for the third time in five years.

**Ads by Google**

**T-Shirts**
Now just $4.75 each. No Minimums!
Choose a Design or Upload a Photo.
www.vistaprint.com

**Pretty Women from Russia**
24000 Women' Photo & Video Profiles
Find Your Special One from Russia!
AnastasiaDates.com

**Retail Pharmacy Software**
Flexible, Adaptable, Dependable
Rx Software for your pharmacy
www.speedscript.com

The Drug Enforcement Administration linked Cardinal Health to unusually high shipments of the controlled drugs to four pharmacies.

On Friday, the DEA suspended Cardinal's controlled substances license at its Lakeland, Fla., distribution center, which services 2,500 pharmacies in Florida, Georgia and South Carolina.

A federal judge temporarily halted the suspension the same day after Cardinal, a $1.3 billion company, said it would stop supplying the drugs to the four pharmacies. A hearing on the suspension order was set for Feb. 13 in Washington, D.C.

"We believe the DEA is wrong," CEO George Barrett said on the company's website.

The action comes as the DEA is cracking down on pill mills — rogue doctors and shady pharmacies that divert the highly addictive pills, such as oxycodone, to drug dealers.

"This is still an ongoing investigation," said DEA Special Agent David Melenkevitz, spokesman for the Miami Field Division. "We will be able to provide more information on Monday."

CONFIDENTIAL

CAH_ALASKA_00036575

On Saturday, the DEA raided two CVS pharmacies in Sanford, Fla., and suspended their licenses to dispense controlled substances.

CVS said Saturday it had taken steps with DEA's knowledge to stop filling prescriptions from doctors thought to be prescribing improperly.

"We informed a small number of Florida physicians that CVS/pharmacy will no longer fill the prescriptions they write for Schedule II narcotics," spokeswoman Carolyn Castel said in a written statement. "Distributions of oxycodone to the two Florida stores have decreased by approximately 80% in the last three months compared to the prior three months — we believe in large part due to our action."

In its suspension order, the DEA alleges that Cardinal knew or should have known that

The Company called the DEA action "a drastic overreaction" that would disrupt delivery of critical medications to hospitals and pharmacies.

illegitimate use, Barrett said. Cardinal's internal controls have flagged more than 160 pharmacies in Florida and 350 pharmacies nationwide for "suspicious order patterns," he said. Barrett said the DEA is holding the company responsible for a part of the supply

"At the time we filled these orders, the pharmacies held valid state board of pharmacy and DEA licenses," Barrett said in a call to investors on Friday. "Pharmaceutical distributors do not influence the manufacture of controlled medicines. We do not write prescriptions. We do not dispense controlled medicines, nor do we license pharmacies. Our role is, as a distributor, a critical link in the supply chain between pharmaceutical manufacturers and pharmacies. " Cardinal CEO George Barrett

In November 2007, the DEA suspended the license for Cardinal's Auburn, Wash., distribution facility for selling 18 million hydrocodone pills in nine months to retail drugstores. The company sold 605,000 pills to one store in Burlington, Wash., over a seven-month period, the DEA said.

CONFIDENTIAL



# The DEA Inspection

- **Investigators will identify themselves and produce their official credentials**
- **Investigators will produce, either a**
  - **Notice of Inspection**
  - **Administrative Inspection Warrant**
  - **Search Warrant**



Orlando, FL • April 10-12, 2012

NATIONAL
RX DRUG ABUSE
SUMMIT

CAH_ALASKA_00036577

# Checks and Balances
# Under the CSA

- **<u>Practitioners</u>**

*"A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of professional practice."* (21 CFR § 1306.04(a))

*United States v Moore* *423 US 122 (1975)*



# Checks and Balances
# Under the CSA

- **<u>Pharmacists</u> – The Last Line of Defense**

*"The responsibility for the proper prescribing and dispensing of controlled substances is upon the practitioner, but a corresponding responsibility rests with the pharmacist who fills the prescription."* (21 CFR § 1306.04(a))



# What can happen when these checks and balances collapse and diversion occurs?



CAH_ALASKA_00036580

# Large-Scale Diversion

- In 2009, the average purchase for all oxycodone products for all pharmacies in US – 63,294 d.u.

- In 2010, the average was – 69,449 d.u.

- In 2009, the average purchase for all oxycodone products for the top 100 pharmacies in Florida – 1,226,460 d.u.

- In 2010, the average was – 1,261,908 d.u.



Orlando, FL • April 10-12, 2012
NATIONAL
RX DRUG ABUSE
SUMMIT

CAH_ALASKA_00036581

# Purchases of Oxycodone 30mg

- In 2009,  44% of all oxycodone 30mg products were distributed to Florida

- In 2010,  43% of all oxycodone 30mg products were distributed to Florida



CONFIDENTIAL

# Drug Dealers Masquerading as Doctors

## Paul Volkman, Chicago Doctor, Gets 4 Life Terms In Drug Overdose Case



ANDREW WELSH-HUGGINS   02/14/12 06:45 PM ET Associated Press

COLUMBUS, Ohio — A Chicago doctor who prosecutors say dispensed more of the powerful painkiller oxycodone from 2003 to 2005 than any other physician in the country was sentenced Tuesday to four life terms in the overdose deaths of four patients.

Dr. Paul Volkman made weekly trips from Chicago to three locations in Portsmouth in southern Ohio and one in Chillicothe in central Ohio before federal investigators shut down the operations in 2006, prosecutors said. He was sentenced in federal court in Cincinnati.

"This criminal conduct had devastating consequences to the community Volkman was supposed to serve," Assistant U.S. Attorneys Adam Wright and Tim Oakley said in a court filing ahead of Tuesday's hearing.

"Volkman's actions created and prolonged debilitating addictions; distributed countless drugs to be sold on the street; and took the lives of numerous individuals who died just days after visiting him," they said.

The 64-year-old Volkman fired his attorneys earlier this month and said he acted at all times as a doctor, not a drug dealer.

"The typical drug dealer does not care how much drugs a client buys, how often he buys, or what he does with his drugs," Volkman said in a 28-page handwritten court filing Monday, maintaining that he did all those things and more for his patients.



CAH_ALASKA_00036583

# Violations?

# What happens next.....





# Notice of Inspection

- **You may refuse the inspection and require an AIW or SW.**
  - **Explain the NOI and provide a copy**
  - **Explain the purpose of the visit**
  - **Request to inspect the registered location and the controlled substance records**
  - **Receipt provided for records obtained**
  - **Conducted between normal business hours**



CAH_ALASKA_00036585



# Administrative Inspection Warrant

- **Reviewed by an Assistant United States Attorney**
- **Executed by a United States Magistrate Judge**
- **Served with a copy of the AIW**
- **Controlled substances records obtained and a receipt provided**
- **Conducted between normal business hours**



CAH_ALASKA_00036586

# *DEA Legal Recourse*

- Administrative

  Immediate Suspension Order (ISO)

  Memorandum of Agreement (MOA)

  Order to Show Cause (OTSC)

- Civil

  Fines



- Criminal

  Tactical Diversion Squads

75

CAH_ALASKA_00036587

# How Do You Lose Your Registration?

## The Order to Show Cause Process
### 21 USC § 824

a)   Grounds –

1.   Falsification of Application
2.   Felony Conviction
3.   State License or Registration suspended, revoked or denied        – no longer authorized by State law
4.   Inconsistent with Public Interest
5.   Excluded from participation in Title 42 USC § 1320a-7(a) program

b)    AG discretion, may suspend any registration simultaneously with Order to Show Cause upon a finding of Imminent Danger to Public Health and Safety

RX DRUG ABUSE
SUMMIT
Orlando, FL • April 10-12, 2012

CAH_ALASKA_00036588

# Most Frequent Method of Obtaining a Pharmaceutical Controlled Substance for Non Medical Use

## Friends and Family…For Free!!

CONFIDENTIAL
CAH_ALASKA_00036589

# The Medicine Cabinet
# and
# the Problem of Pharmaceutical Controlled Substance Disposal

CONFIDENTIAL
CAH_ALASKA_00036590

# The Problem – Easy Access







CAH_ALASKA_00036591

# So Many Drugs in the Household – Why?

- Unreasonable quantities being prescribed

- Insurance rules



CONFIDENTIAL

CAH_ALASKA_00036592