# Ultimate User Disposal of Medicines

**National Take-Back Events:**    Take-back events are a good way to remove expired, unwanted, or unused medicines from the home.



**Law Enforcement Collection Bins:**    Collection bins installed by our Law Enforcement Partners are a good way to remove expired, unwanted, or unused medicines from the home.



**Disposal in Household Trash:**    Mix medicines (do not crush tablets or capsules) with substances such as kitty litter or used coffee grounds and place the mixture in a container such as a sealed plastic bag and throw the container in your household trash.



**Disposal by Flushing:**    Some medicines have specific disposal instructions that indicate they should be flushed down the sink or toilet when they are no longer needed.



CONFIDENTIAL

# Law Enforcement

- **Law enforcement officers, acting to enforce laws regarding the abandonment of controlled substances, may receive controlled substances from ultimate users.**

- **Law enforcement must safeguard the controlled substances and ensure that they are destroyed properly.**

- **Law enforcement must be present during the destruction of the controlled substances.**

CONFIDENTIAL

CAH_ALASKA_00036594

# National Take Back Initiative
# April 27, 2013



CONFIDENTIAL

CAH_ALASKA_00036595

# Nationwide Take-back Initiative

- **On** September 30, 2010, 122 tons **of prescription drugs collected**
- **On** April 30, 2011, 188 tons **of prescription drugs collected**
- **On** October 29, 2011, 189 tons **of prescription drugs collected**
- **On** April 28, 2012, **approximately** 276 tons **of prescription drugs collected**
- **On** September 29, 2012, **approximately** 244 tons **of prescription drugs collected**



CONFIDENTIAL

CAH_ALASKA_00036596

# Next Nationwide Take-back Event

# April 27, 2013

CONFIDENTIAL

CAH_ALASKA_00036597

# Secure and Responsible Drug Disposal Act of 2010

- Enacted in October 2010 (Pub. L. 111-273, codified at 21 U.S.C. 822(g) and 823(b)(3))
- Act allows an ultimate user to "deliver" a controlled substance "to another person for the purpose of disposal" in accordance with regulations issued by DEA
- If the ultimate user dies while in lawful possession of the controlled substance, then any person lawfully entitled to dispose of the decedent's property may deliver the controlled substance to another person for the purpose of disposal.
- DEA may also, by regulation, authorize long term care facilities (LTCFs) to dispose of controlled substances on behalf of ultimate users who reside or have resided at the LTCF.
- DEA is working to promulgate regulations to implement this Act. DEA must consider:
  - Public health and safety
  - Ease and cost of program implementation
  - Participation by various communities
  - Diversion Control
- Participation is voluntary. DEA may not require any person to establish or operate a delivery or disposal program.

CAH_ALASKA_00036598

# ONDCP Guidelines

- ONDCP guidelines for the disposal of ultimate user medications, including dispensed controlled substances (2/20/07).

- Advise public to flush medications only if the prescription label or accompanying patient information specifically states to do so.

- ONDCP recommends a minimal deactivation procedure, and disposal in common household trash.

CONFIDENTIAL

# PROZAC (?) FISH



CAH_ALASKA_00036600

# MEDICINES RECOMMENDED FOR DISPOSAL BY FLUSHING

This list from FDA tells you what expired, unwanted, or unused medicines you should flush down the sink or toilet to help prevent danger to people and pets in the home. Flushing these medicines will get rid of them right away and help keep your family and pets safe.

FDA continually evaluates medicines for safety risks and will update the list as needed.

| Medicine | Active Ingredient |
|---|---|
| Abstral, tablets (sublingual) | Fentanyl |
| Actiq, oral transmucosal lozenge * | Fentanyl Citrate |
| Avinza, capsules (extended release) | Morphine Sulfate |
| Daytrana, transdermal patch system | Methylphenidate |
| Demerol, tablets * | Meperidine Hydrochloride |
| Demerol, oral solution * | Meperidine Hydrochloride |
| Diastat/Diastat AcuDial, rectal gel | Diazepam |
| Dilaudid, tablets * | Hydromorphone Hydrochloride |
| Dilaudid, oral liquid * | Hydromorphone Hydrochloride |
| Dolophine Hydrochloride, tablets * | Methadone Hydrochloride |
| Duragesic, patch (extended release) * | Fentanyl |
| Embeda, capsules (extended release) | Morphine Sulfate; Naltrexone Hydrochloride |
| Exalgo, tablets (extended release) | Hydromorphone Hydrochloride |
| Fentora, tablets (buccal) | Fentanyl Citrate |
| Kadian, capsules (extended release) | Morphine Sulfate |
| Methadone Hydrochloride, oral solution * | Methadone Hydrochloride |
| Methadose, tablets * | Methadone Hydrochloride |
| Morphine Sulfate, tablets (immediate release) * | Morphine Sulfate |
| Morphine Sulfate, oral solution * | Morphine Sulfate |
| MS Contin, tablets (extended release) * | Morphine Sulfate |
| Nucynta ER, tablets (extended release) | Tapentadol |
| Onsolis, soluble film (buccal) | Fentanyl Citrate |
| Opana, tablets (immediate release) | Oxymorphone Hydrochloride |
| Opana ER, tablets (extended release) | Oxymorphone Hydrochloride |
| Oramorph SR, tablets (sustained release) | Morphine Sulfate |
| Oxecta, tablets (immediate release) | Oxycodone Hydrochloride |
| Oxycodone Hydrochloride, capsules | Oxycodone Hydrochloride |
| Oxycodone Hydrochloride, oral solution | Oxycodone Hydrochloride |
| Oxycontin, tablets (extended release) * | Oxycodone Hydrochloride |
| Percocet, tablets * | Acetaminophen; Oxycodone Hydrochloride |
| Percodan, tablets * | Aspirin; Oxycodone Hydrochloride |
| Xyrem, oral solution | Sodium Oxybate |

*These medicines have generic versions available or are only available in generic formulations.

List revised: January 2012

CONFIDENTIAL

CAH_ALASKA_00036601



# Pharmaceuticals

CONFIDENTIAL

CAH_ALASKA_00036602

# Legend Drugs v. Controlled Substances

CONFIDENTIAL

# Legend Pharmaceuticals

CONFIDENTIAL

CAH_ALASKA_00036604



# Non-Controlled Substances

- <u>Analgesic</u>:
  - Tramadol (Ultram®, Ultracet®)

- <u>Muscle Relaxant</u>:
  - Cyclobenzaprine (Flexeril®)

CAH_ALASKA_00036605

# Tramadol Prescriptions



Source: IMS Health National Prescription Audit Plus downloaded 6/5/2012

CONFIDENTIAL
CAH_ALASKA_00036606

# NFLIS Estimated Tramadol Reports
## and Percentage of Total Narcotic Analgesics
# January – June

| Year (Jan – June) | Estimated Reports | % of Total Narcotic Analgesics |
|---|---|---|
| 2009 | 557 | 0.99% |
| 2010 | 704 | 1.04% |
| 2011 | 720 | 1.09% |
| 2012 | 957 | 1.50% |

Source: U.S. Drug Enforcement Administration, Office of Diversion Control.  National Forensic Laboratory Information System (NFLIS): Midyear Reports (2009-2012).

CAH_ALASKA_00036607

# Cyclobenzaprine
# (Amrix®, Flexeril®, Fexmid®)

- A skeletal muscle relaxant prescribed for acute temporary muscle spasms caused by local trauma or strain.

- Marketed in the United States since 1977 (by Merck Com.).

- Currently non-controlled under the CSA.

- Chemical structure related to tricyclic antidepressant drugs (e.g., amitriptyline)

- Cyclobenzaprine, similar to other skeletal muscle relaxants, is being diverted and abused

CONFIDENTIAL                                                                                            CAH_ALASKA_00036608

# Controlled Pharmaceuticals

CONFIDENTIAL

# Prescription Requirements

|  | Schedule II | Schedule III | Schedule IV | Schedule V |
|---|---|---|---|---|
| Written | Yes | Yes | Yes | Yes |
| Oral | Emergency Only* | Yes | Yes | Yes |
| Facsimile | Yes** | Yes | Yes | Yes |
| Refills | No | Yes# | Yes# | Yes# |
| Partial Fills | Yes*** | Yes | Yes | Yes |

\*     Must be reduced in writing, and followed by sign, hard copy of the prescription.
\*\*    A signed, hard copy of the prescription must be presented before the medication is dispensed.
\*\*\*   72 hour time limitation.
\# With medical authorization, up to 5 in 6 months.

CONFIDENTIAL

CAH_ALASKA_00036610



Opiates

CONFIDENTIAL
CAH_ALASKA_00036611

# U.S. Rates of Opioid Overdose Deaths, Sales, and Treatment Admissions, 1999-2010



Source: National Vital Statistics System (NVSS),
DEA's Automation of Reports and
Consolidated Orders System, SAMHSA's
Treatment Episode Data Set

U.S. Drug Enforcement Administration /
Operations Division / Office of Diversion
Control

CONFIDENTIAL

CAH_ALASKA_00036612

# Most commonly prescribed prescription medicine?

Hydrocodone/acetaminophen

CONFIDENTIAL
CAH_ALASKA_00036613

# Top Five Prescription Drugs Sold in the U.S.
## (2006-2011)



CAH_ALASKA_00036614

## Top 25 U.S. Pharmaceutical Products Dispensed by Prescription*

Total RX in Millions

| | | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| | Total US Prescription Market | 3,825 | 3,866 | 3,949 | 3,993 | 4,024 |
| 1 | hydrocodone/acetaminophen | 119.2 | 124.1 | 128.2 | 131.2 | 136.0 |
| 2 | simvastatin | 47.9 | 67.5 | 83.8 | 94.1 | 96.6 |
| 3 | lisinopril | 71.1 | 76.8 | 82.8 | 87.4 | 88.6 |
| 4 | levothyroxine sodium | 54.6 | 61.2 | 66.0 | 70.5 | 74.1 |
| 5 | amlodipine besylate | 27.9 | 44.6 | 51.3 | 57.2 | 62.1 |
| 6 | omeprazole (RX) | 26.6 | 35.1 | 45.4 | 53.4 | 59.3 |
| 7 | azithromycin | 46.3 | 51.0 | 53.8 | 52.6 | 55.3 |
| 8 | amoxicillin | 53.2 | 50.9 | 52.4 | 52.3 | 53.8 |
| 9 | metformin HCL | 40.2 | 42.3 | 44.3 | 46.9 | 48.4 |
| 10 | hydrochlorothiazide | 48.5 | 48.5 | 47.9 | 47.8 | 48.1 |
| 11 | alprazolam | 39.8 | 41.7 | 43.9 | 46.3 | 47.8 |
| 12 | furosemide | 44.2 | 44.1 | 43.5 | 43.4 | 42.1 |
| 13 | Lipitor® | 65.8 | 58.5 | 51.7 | 45.3 | 40.8 |
| 14 | zolpidem tartrate | 16.0 | 29.9 | 35.1 | 38.0 | 39.4 |
| 15 | metoprolol tartrate | 31.6 | 32.6 | 41.1 | 38.9 | 37.8 |
| 16 | citalopram HBR | 17.8 | 22.4 | 27.1 | 32.1 | 37.7 |
| 17 | sertraline HCL | 31.6 | 32.7 | 34.2 | 35.7 | 37.2 |
| 18 | metoprolol succinate | 21.0 | 41.5 | 26.9 | 33.0 | 34.5 |
| 19 | prednisone | 25.9 | 27.1 | 27.8 | 28.7 | 33.7 |
| 20 | atenolol | 44.7 | 41.8 | 39.3 | 36.3 | 33.3 |
| 21 | gabapentin | 20.0 | 22.2 | 25.4 | 29.3 | 33.2 |
| 22 | tramadol HCL | 19.1 | 21.8 | 24.1 | 26.8 | 32.9 |
| 23 | oxycodone/acetaminophen | 25.9 | 28.4 | 30.2 | 31.9 | 32.8 |
| 24 | ibuprofen (RX) | 27.7 | 28.5 | 30.3 | 31.1 | 32.6 |
| 25 | warfarin sodium | 28.8 | 30.2 | 31.6 | 32.0 | 30.9 |

* Source:  National Prescription Audit™   Copyright IMS HEALTH, a healthcare information, services and technology company.

Updated February 23, 2003

CONFIDENTIAL

# Top 50 Generic Drugs by Total Prescriptions 2010

| Rank | Drug | Total Rxs | Change from Previous Year | Rank | Drug | Total Rxs | Change from Previous Year |
|---|---|---|---|---|---|---|---|
| 1 | Hydrocodone/APAP | 122,806,850 | 2.10% | 26 | Lorazepam | 23,428,627 | 3.70% |
| 2 | Lisinopril | 76,901,813 | 4.30% | 27 | Warfarin | 23,388,338 | 1.50% |
| 3 | Simvastatin | 76,771,821 | 4.90% | 28 | Clonazepam | 23,085,065 | 4.00% |
| 4 | Levothyroxine | 68,222,152 | 8.20% | 29 | Fluticasone nasal | 22,447,832 | 19.70% |
| 5 | Amoxicillin | 51,083,822 | -0.60% | 30 | Cyclobenzaprine | 22,240,071 | 7.30% |
| 6 | Amlodipine besylate | 50,186,652 | 11.70% | 31 | Cephalexin | 21,943,482 | 2.70% |
| 7 | Azithromycin | 48,756,188 | -2.10% | 32 | Trimethoprim/sulfa | 21,345,723 | 4.50% |
| 8 | Alprazolam | 46,201,182 | 3.90% | 33 | Fexofenadine | 20,430,430 | 27.50% |
| 9 | Hydrochlorothiazide | 45,838,017 | -0.80% | 34 | Amoxicillin/pot clav | 20,234,873 | 1.20% |
| 10 | Omeprazole | 44,795,175 | 15.40% | 35 | Ciprofloxacin HCl | 20,063,382 | 1.80% |
| 11 | Metformin | 41,932,689 | 4.70% | 36 | Pravastatin | 20,026,786 | 17.90% |
| 12 | Furosemide oral | 36,583,895 | -0.10% | 37 | Trazodone HCl | 18,786,495 | 6.50% |
| 13 | Metoprolol tartrate | 34,707,807 | -0.50% | 38 | Lovastatin | 17,509,951 | 13.50% |
| 14 | Atenolol | 33,839,806 | -11.00% | 39 | Triamterene/HCTZ | 17,201,037 | -7.00% |
| 15 | Sertraline | 33,409,838 | 8.90% | 40 | Carvedilol | 16,681,336 | 8.30% |
| 16 | Metoprolol succinate | 32,224,000 | 12.00% | 41 | Alendronate | 16,177,014 | -6.90% |
| 17 | Zolpidem tartrate | 29,719,569 | -2.80% | 42 | Ranitidine HCl | 14,699,414 | 6.60% |
| 18 | Oxycodone/APAP | 28,705,243 | 6.80% | 43 | Meloxicam | 14,645,167 | 2.90% |
| 19 | Citalopram HBR | 27,993,635 | 9.40% | 44 | Diazepam | 14,584,147 | 7.10% |
| 20 | Gabapentin | 26,865,557 | 14.00% | 45 | Naproxen | 14,297,759 | 10.30% |
| 21 | Ibuprofen | 26,256,548 | 3.20% | 46 | Propoxyphene-N/APAP | 14,274,354 | -16.70% |
| 22 | Prednisone oral | 25,529,483 | -2.70% | 47 | Fluconazole | 13,938,887 | 4.60% |
| 23 | Tramadol | 25,527,796 | 10.30% | 48 | Methylprednisolone tabs | 13,659,652 | 11.30% |
| 24 | Lisinopril/HCTZ | 24,536,247 | 8.00% | 49 | Doxycycline | 13,199,430 | 1.90% |
| 25 | Fluoxetine | 24,473,994 | 6.80% | 50 | Paroxetine | 12,979,366 | -14.40% |

Drug Enforcement Administration, Office of Diversion Control,
Office of the Deputy Assistant Administrator

Source: SDI's Vector® National, June 2011
Date Prepared: 03/06/2012

CONFIDENTIAL

CAH_ALASKA_00036616



# Hydrocodone, APAP C-III

➢ Hydrocodone / Acetaminophen (toxicity)

➢ Similarities:
- – Structurally related to codeine
- – Equal to morphine in producing opiate-like effects

➢ Brand Names: Vicodin®, Lortab®, Lorcet®

➢ "Cocktail" or "Holy Trinity"
- ➢ Hydrocodone
- ➢ Soma ® / carisoprodol
- ➢ Alprazolam / Xanax®

➢ Street prices: $2 to $10+ per tablet depending on strength & region



CONFIDENTIAL

CAH_ALASKA_00036617

# State Ranking* - Hydrocodone January 1 – December 31, 2011

| RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CA | 405,692,065 | 12 | IL | 92,977,840 | 23 | VA | 55,100,651 | 34 | CO | 18,452,400 | 45 | AK | 6,041,200 |
| 2 | TX | 340,313,340 | 13 | FL | 90,012,630 | 24 | WV | 50,784,470 | 35 | NM | 17,284,770 | 46 | WY | 3,655,570 |
| 3 | MI | 172,654,340 | 14 | NC | 86,619,248 | 25 | OR | 49,989,655 | 36 | NE | 17,208,499 | 47 | RI | 3,571,380 |
| 4 | AL | 134,461,800 | 15 | LA | 82,584,490 | 26 | WI | 45,882,760 | 37 | MA | 15,920,820 | 48 | VT | 2,103,920 |
| 5 | KY | 129,026,114 | 16 | MS | 77,669,630 | 27 | MN | 32,918,294 | 38 | MD | 15,372,420 | 49 | NH | 1,740,840 |
| 6 | TN | 122,258,515 | 17 | PA | 76,070,466 | 28 | UT | 31,039,500 | 39 | MT | 11,065,910 | 50 | PR | 1274220 |
| 7 | GA | 111,364,050 | 18 | IN | 64,032,062 | 29 | IA | 29,605,860 | 40 | SD | 9,212,040 | 51 | DE | 823780 |
| 8 | OK | 102,103,000 | 19 | AR | 63,705,310 | 30 | AZ | 29,201,725 | 41 | ND | 9,067,980 | 52 | DC | 653,430 |
| 9 | OH | 94,175,600 | 20 | WA | 62,896,030 | 31 | NJ | 20,979,530 | 42 | HI | 8,500,500 | 53 | VI | 408,000 |
| 10 | MO | 93,914,780 | 21 | KS | 59,379,830 | 32 | ID | 20,976,760 | 43 | CT | 8,372,250 | 54 | GU | 196,300 |
| 11 | NY | 93,900,590 | 22 | SC | 55,883,580 | 33 | NE | 20,409,240 | 44 | ME | 7,924,050 | | | |

*Business Activity – Retail Pharmacies

Source: Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit (01/16/2013)

106

CAH_ALASKA_00036618

# State Ranking* - Hydrocodone
# January 1– December 31, 2011

| RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CA | 26,596,905 | 12 | MD | 1,056,089 | 23 | OH | 531,337 | 34 | MN | 214,474 | 45 | MT | 61,460 |
| 2 | GA | 3,650,814 | 13 | VA | 1,034,924 | 24 | NJ | 522,515 | 35 | ND | 186,249 | 46 | SD | 58,412 |
| 3 | IL | 2,535,828 | 14 | TX | 1,002,407 | 25 | CT | 408,858 | 36 | IA | 164,389 | 47 | ME | 48,402 |
| 4 | FL | 2,448,494 | 15 | KY | 965,850 | 26 | OR | 382,882 | 37 | DE | 150,950 | 48 | RI | 29,827 |
| 5 | NV | 2,435,532 | 16 | CO | 940,617 | 27 | WI | 376,634 | 38 | KS | 139,620 | 49 | DC | 28,654 |
| 6 | TN | 2,429,834 | 17 | NY | 690,759 | 28 | HI | 376,252 | 39 | KS | 132,850 | 50 | VT | 26800 |
| 7 | PA | 1,837,008 | 18 | SC | 655,614 | 29 | LA | 371,093 | 40 | UT | 111,602 | 51 | NH | 22472 |
| 8 | AL | 1,454,378 | 19 | MO | 649,763 | 30 | MI | 366,637 | 41 | WV | 99,190 | 52 | GU | 6,200 |
| 9 | IN | 1,326,323 | 20 | WA | 596,102 | 31 | ID | 247,450 | 42 | AR | 97,303 | 53 | RP | 2,200 |
| 10 | AZ | 1,161,886 | 21 | OK | 594,602 | 32 | AK | 235,769 | 43 | NE | 78,756 | 54 | VI | 1,800 |
| 11 | MI | 1,062,674 | 22 | NC | 581,264 | 33 | NM | 226,786 | 44 | WY | 70,360 | | | |

*** Business Activity - Practitioners**

Source: Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit (01/16/2013)

107

CAH_ALASKA_00036619

# State Ranking* - Hydrocodone
# January 1– September 30, 2012

| RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CA | 23,776,920 | 12 | MD | 741,978 | 23 | OH | 346,787 | 34 | AK | 159,271 | 45 | NE | 50,104 |
| 2 | GA | 2,409,068 | 13 | TX | 701,126 | 24 | HI | 345,827 | 35 | MN | 139,325 | 46 | SD | 42,280 |
| 3 | IL | 2,050,379 | 14 | CO | 620,493 | 25 | MS | 330,759 | 36 | IA | 112,594 | 47 | ME | 37,500 |
| 4 | TN | 1,647,726 | 15 | NV | 564,154 | 26 | NJ | 325,776 | 37 | ND | 106,930 | 48 | RI | 22,667 |
| 5 | PA | 1,646,148 | 16 | NC | 500,302 | 27 | WA | 310,658 | 38 | KS | 93,795 | 49 | DC | 21,110 |
| 6 | AL | 1,324,943 | 17 | MO | 493,318 | 28 | WI | 266,806 | 39 | DE | 85,458 | 50 | VT | 14,900 |
| 7 | MI | 883,366 | 18 | NY | 456,281 | 29 | LA | 244,062 | 40 | UT | 79,160 | 51 | NH | 11,818 |
| 8 | IN | 850,550 | 19 | OK | 408,606 | 30 | OR | 224,877 | 41 | MA | 69,290 | 52 | GU | 3,500 |
| 9 | VA | 812,750 | 20 | KY | 405,044 | 31 | ID | 176,600 | 42 | WY | 68,450 | 53 | PR | 2,500 |
| 10 | AZ | 806,259 | 21 | SC | 374,024 | 32 | WV | 167,788 | 43 | AR | 66,270 | 54 | VI | 700 |
| 11 | FL | 754,979 | 22 | CT | 360,517 | 33 | NM | 161,810 | 44 | MT | 54,800 | 55 | AS | 0 |

*Business Activity - Practitioners*

Source: Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit (01/16/2013)

108

CAH_ALASKA_00036620

# *State Ranking\* - Hydrocodone January 1 – September 30, 2012*

| RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CA | 752,243,210 | 12 | PA | 179,880,349 | 23 | MS | 95,040,930 | 34 | MA | 45,146,650 | 45 | NH | 11,372,160 |
| 2 | TX | 616,744,356 | 13 | KY | 174,997,631 | 24 | AR | 91,577,120 | 35 | MD | 39,757,136 | 46 | WY | 9,801,690 |
| 3 | TN | 372,321,936 | 14 | NC | 168,721,190 | 25 | OR | 89,644,605 | 36 | ID | 39,144,850 | 47 | AK | 8,914,452 |
| 4 | MI | 316,860,884 | 15 | MO | 155,533,410 | 26 | WI | 83,864,540 | 37 | NM | 34,014,930 | 48 | ND | 8,192,140 |
| 5 | FL | 272,756,535 | 16 | OK | 142,561,470 | 27 | KS | 72,465,169 | 38 | NE | 28,350,230 | 49 | DE | 7,154,030 |
| 6 | IL | 233,059,530 | 17 | LA | 128,601,625 | 28 | WV | 68,151,620 | 39 | CT | 26,188,240 | 50 | VT | 5,672,450 |
| 7 | OH | 224,079,845 | 18 | SC | 119,274,940 | 29 | CO | 60,518,800 | 40 | ME | 22,443,390 | 51 | DC | 1,795,600 |
| 8 | IN | 216,475,192 | 19 | NV | 117,109,135 | 30 | IA | 53,580,034 | 41 | MT | 20,483,720 | 52 | PR | 1,421,520 |
| 9 | GA | 197,245,775 | 20 | WA | 113,082,770 | 31 | MN | 53,502,119 | 42 | RI | 15,836,670 | 53 | VI | 344,030 |
| 10 | NY | 191,672,460 | 21 | VA | 111,391,716 | 32 | UT | 46,820,190 | 43 | HI | 14,422,340 | 54 | GU | 183,400 |
| 11 | AL | 190,924,530 | 22 | AZ | 108,617,660 | 33 | NJ | 46,479,750 | 44 | SD | 12,077,710 | 55 | AS | 0 |

*\* Business Activity – Retail Pharmacies*

Source: Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit (01/16/2013)

109

CONFIDENTIAL

CAH_ALASKA_00036621

# 2010
# Comparisons of Hydrocodone Sales to Pharmacies



DOSAGE UNITS PURCHASED

| Number of Pharmacies: | (5,911) | (4,636) | (4,892) | (64,487) |
|---|---|---|---|---|

- CALIFORNIA AVERAGE: 158,694
- NEW YORK AVERAGE: 60,093
- TEXAS AVERAGE: 161,137
- U.S. AVERAGE: 121,635

Source: ARCOS
110
Date Prepared: 10/26/2012

CONFIDENTIAL

CAH_ALASKA_00036622

# 2011
# Comparisons of Hydrocodone Sales to Pharmacies



Number of Pharmacies: (5,987)   (4,701)   (4,620)   (64,531)

■CALIFORNIA AVERAGE  □NEW YORK AVERAGE  ■TEXAS AVERAGE  ▨U.S. AVERAGE

DOSAGE UNITS PURCHASED

California: 172,868
New York: 61,190
Texas: 190,132
U.S.: 132,711

111
Source: ARCOS
Date Prepared: 10/26/2012

CONFIDENTIAL

CAH_ALASKA_00036623

# January 1 – September 30, 2012
## Comparisons of Hydrocodone Sales to Pharmacies



Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

CONFIDENTIAL

Source: ARCOS

Date Prepared : 01/16/2013

CAH_ALASKA_00036624

# National Poison Data System (Formerly known as Toxic Exposure Surveillance System) – Total Annual Mentions of Toxic Exposures

|        | Hydrocodone | Oxycodone |
|--------|------------:|----------:|
| 2001   | 15,191      | 9,480     |
| 2002   | 17,429      | 10,515    |
| 2003   | 19,578      | 11,254    |
| 2004   | 22,654      | 12,603    |
| 2005   | 22,229      | 13,191    |
| 2006   | 22319       | 13,473    |
| 2007   | 24,558      | 15,069    |
| 2008   | 26,306      | 17,256    |
| 2009   | 27,753      | 18,396    |
| 2010   | 28,310      | 19,363    |
| 2011   | 30,792      | 19,423    |

CAH_ALASKA_00036625



U.S. Dispensed Prescriptions
(IMS Data, Total RX's in Millions)

Source: IMS Health: National Prescription Audit

114

CONFIDENTIAL

CAH_ALASKA_00036626



Diversion Hydrocodone Cases*
FY2008 thru 2012

| | FY2008 | FY2009 | FY2010 | FY2011 | FY2012 |
|---|---|---|---|---|---|
| Hydrocodone Cases | 252 | 340 | 307 | 371 | 464 |

*Source: SMARTS

115

CONFIDENTIAL

CAH_ALASKA_00036627

# *Hydrocodone Combinations*

CSA defines hydrocodone substance as Schedule II, while its combination products as Schedule III.

DEA has received a petition to reschedule CIII hydrocodone combination products to CII.

In 2004, DEA completed an initial review forwarded the data to DHHS with a request for scientific and medical evaluation and scheduling recommendation.

In 2008, HHS provided a scientific and medical evaluation

In 2009, DEA sent additional data to FDA/HHS and requested a scientific and medical evaluation.

CONFIDENTIAL

CAH_ALASKA_00036628

# Procedures to control a substance

• DEA receives a petition from an interested party (proceedings may also be initiated at the request of the AG or Secretary of HHS)

• Petition is reviewed and accepted

• DEA conducts initial 8-factor analysis review

• Documents and material gathered during the initial review and analysis of petition is sent to HHS/FDA with a request for a scientific and medical  evaluation and a recommendation as to whether the drug should be controlled

• The recommendation and review document is received back from HHS/FDA

117

CAH_ALASKA_00036629

# Factors determinative of control or removal from schedules (21 USC 811(c))

(1)     Its actual or relative potential for abuse

(2)     Scientific evidence of its pharmacologic effect, if known

(3)     The state of current scientific knowledge regarding the drug or other substance

(4)     Its history and current pattern of abuse

(5)     The scope, duration and significance of abuse

(6)     What, if any, risk there is to public health

(7)     Its psychic or physiological dependence liability

(8)     Whether the substance is an immediate precursor of a substance already controlled under this subchapter

118

CAH_ALASKA_00036630

# Schedule II

- The drug or other substance has a high potential for abuse
- The drug or other substance has a currently accepted medical use in treatment in the United States  or a currently accepted medical use with severe restrictions
- Abuse of the drug or other substance may lead to severe psychological or physical dependence

# Schedule III

- The drug or other substance has a potential for abuse less than the drugs or other substances in schedules I or II
- The drug or other substance has a currently accepted medical use in treatment in the United States
- Abuse of the drug or other substance may lead to moderate or low physical dependence or high psychological dependence

119

21 USC 812(b)(2),(3)

CONFIDENTIAL

CAH_ALASKA_00036631

# "Abuse" is not defined in the CSA

The legislative history suggests the following in determining whether a particular drug or substance has a potential for abuse[1]:

a.  Individuals are taking the drug or other substance in amounts sufficient to create a hazard to their health or to the safety of other individuals or to the community; or

b.  There is a significant diversion of the drug or other substance from legitimate drug channels; or

c.  Individuals are taking the drug or other substance on their own initiative rather than on the basis of medical advice from a practitioner licensed by law to administer such drugs; or

d.  The drug is so related in its action to a drug or other substance already listed as having a potential for abuse to make it likely that it will have the same potential for abuse as such substance, thus making it reasonable to assume that there may be significant diversions from legitimate channels, significant use contrary to or without medical advice, or that it has substantial capability of creating hazards to the health of the user or to the safety of the community. Of course, evidence of actual abuse of a substance is indicative that a drug has potential for abuse

1.  (Comprehensive Drug Abuse Prevention and Control Act of 1970, H.R. Rep. No 91-1444, 91st Cong., Sess.1 (1970) reprinted in U.S.C.C.A.N. 4566,4603):

120

CONFIDENTIAL                                                                                               CAH_ALASKA_00036632