

# NFLIS Cases
## (Federal, State, and Local)

*2012 data is still being submitted, data queried on 1/22/2013

121

CONFIDENTIAL
CAH_ALASKA_00036633



# NFLIS Encounters
## (Federal, State, and Local)

*2012 data is still being submitted, data queried 1/22/2013

122

CONFIDENTIAL

CAH_ALASKA_00036634

# National Poison Data System (Formerly known as Toxic Exposure Surveillance System) – Total Annual Mentions of Toxic Exposures

|  | Hydrocodone | Oxycodone |
|---|---|---|
| 2001 | 15,191 | 9,480 |
| 2002 | 17,429 | 10,515 |
| 2003 | 19,578 | 11,254 |
| 2004 | 22,654 | 12,603 |
| 2005 | 22,229 | 13,191 |
| 2006 | 22319 | 13,473 |
| 2007 | 24,558 | 15,069 |
| 2008 | 26,306 | 17,256 |
| 2009 | 27,753 | 18,396 |
| 2010 | 28,310 | 19,363 |

CAH_ALASKA_00036635



CONFIDENTIAL
CAH_ALASKA_00036636

# State Ranking - Oxycodone
## Total Dosage Units Sold to Retail
## January 1, 2010 – December 31, 2011

| | 2011 | | 2010 | | | | 2011 | | 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|
| STATE | RANK | TOTAL DOSAGE UNITS | RANK | TOTAL DOSAGE UNITS | % CHANGE 2010 to 2011 | STATE | RANK | TOTAL DOSAGE UNITS | RANK | TOTAL DOSAGE UNITS | % CHANGE 2010 to 2011 |
| FL | 1 | 525,338,986 | 1 | 650,885,860 | -24% | LA | 29 | 56,074,553 | 29 | 49,599,949 | 12% |
| PA | 2 | 311,529,433 | 2 | 288,870,043 | 7% | UT | 30 | 50,697,974 | 30 | 47,895,830 | 6% |
| NY | 3 | 299,937,485 | 4 | 266,896,986 | 11% | NM | 31 | 48,896,260 | 31 | 45,697,500 | 7% |
| CA | 4 | 295,022,496 | 5 | 261,181,184 | 11% | IL | 32 | 47,700,128 | 33 | 42,805,010 | 10% |
| OH | 5 | 289,383,062 | 3 | 282,936,529 | 2% | WV | 33 | 45,830,170 | 32 | 42,911,440 | 6% |
| NC | 6 | 222,189,039 | 6 | 201,693,238 | 9% | AR | 34 | 42,524,552 | 34 | 39,873,970 | 6% |
| NJ | 7 | 195,014,871 | 7 | 179,311,163 | 8% | KS | 35 | 41,646,268 | 36 | 37,315,942 | 10% |
| AZ | 8 | 173,034,663 | 8 | 154,633,084 | 11% | DE | 36 | 39,956,010 | 35 | 37,620,204 | 6% |
| TN | 9 | 158,340,886 | 11 | 141,889,292 | 10% | ME | 37 | 35,748,190 | 37 | 34,383,060 | 4% |
| WA | 10 | 153,748,970 | 9 | 151,249,822 | 2% | NH | 38 | 30,851,640 | 38 | 29,799,340 | 3% |
| MA | 11 | 151,947,593 | 10 | 146,314,057 | 4% | MS | 39 | 28,293,808 | 40 | 24,573,192 | 13% |
| MD | 12 | 149,086,425 | 12 | 141,639,892 | 5% | IA | 40 | 27,996,044 | 39 | 25,805,582 | 8% |
| GA | 13 | 142,133,490 | 13 | 125,986,084 | 11% | RI | 41 | 20,227,440 | 42 | 18,148,220 | 10% |
| VA | 14 | 131,740,301 | 14 | 118,068,618 | 10% | HI | 42 | 20,153,440 | 41 | 18,897,498 | 6% |
| CO | 15 | 112,194,642 | 17 | 100,227,545 | 11% | ID | 43 | 17,952,864 | 45 | 15,583,792 | 13% |
| MO | 16 | 109,876,292 | 18 | 99,979,350 | 9% | MT | 44 | 17,228,940 | 43 | 16,533,080 | 4% |
| WI | 17 | 108,480,463 | 16 | 100,329,263 | 8% | NE | 45 | 17,225,401 | 44 | 16,154,094 | 6% |
| OR | 18 | 107,116,456 | 15 | 101,389,306 | 5% | AK | 46 | 13,325,196 | 48 | 12,287,550 | 8% |
| KY | 19 | 94,901,418 | 19 | 81,873,088 | 14% | PR | 47 | 12,810,809 | 46 | 12,525,590 | 2% |
| IN | 20 | 90,455,351 | 20 | 80,726,827 | 11% | VT | 48 | 12,534,921 | 47 | 12,422,380 | 1% |
| MI | 21 | 82,434,611 | 21 | 73,164,053 | 11% | DC | 49 | 9,269,620 | 49 | 8,839,300 | 5% |
| SC | 22 | 79,359,293 | 23 | 71,450,580 | 10% | WY | 50 | 9,016,202 | 50 | 8,530,680 | 5% |
| MN | 23 | 76,127,137 | 24 | 69,549,000 | 9% | SD | 51 | 8,535,958 | 51 | 8,025,872 | 6% |
| CT | 24 | 74,439,138 | 22 | 71,531,918 | 4% | ND | 52 | 7,632,423 | 52 | 6,598,122 | 14% |
| NV | 25 | 70,560,182 | 25 | 63,270,105 | 10% | GUAM | 53 | 511,440 | 53 | 463,800 | 9% |
| TX | 26 | 69,676,107 | 26 | 62,437,942 | 10% | VIR ISL | 54 | 288,500 | 54 | 301,080 | -4% |
| AL | 27 | 61,157,797 | 28 | 51,216,443 | 16% | AM SAM | 55 | 42,800 | 55 | 50,200 | -17% |
| OK | 28 | 57,706,857 | 27 | 52,363,292 | 9% | TOTAL DU's | | 5,055,904,995 | | 4,804,706,841 | 5% |

Drug Enforcement Administration, Office of Diversion Control
Office of the Deputy Assistant Administrator

Source: ARCOS
Date Prepared: 03/06/2012

CONFIDENTIAL

CAH_ALASKA_00036637

# OxyContin® (Schedule II)

- Controlled release formulation of Schedule II oxycodone
  - The controlled release method of delivery allows for a longer duration of drug action so it contains much larger doses of oxycodone
  - Abusers easily compromise the controlled release formulation by crushing the tablets for a powerful morphine-like high
  - Street Slang: "Hillbilly Heroin"
  - 10, 15, 20, 30, 40, 60, 80mg available
- Effects:
  - Similar to morphine in effects and potential for abuse/ dependence
- Street price: Approx. $80 per 80mg tablet
- New formulation introduced into the marketplace in 2010 that is more difficult to circumvent for insufflation (snorting) or injection. Does nothing to prevent oral abuse.

CONFIDENTIAL

# OxyContin® Change



CAH_ALASKA_00036639

# Other Oxycodone Products

Percocet

Percodan

Roxicodone

Tylox



Trade Name: Percodan-Demi
Controlled Ingredient: oxycodone hydrochloride 2.25 mg and
oxycodone terephthalate 0.19 mg
Other Ingredients: aspirin, 325 mg



Trade Name: Percodan
Controlled Ingredient: oxycodone hydrochloride 4.5 mg and
oxycodone terephthalate 0.38 mg
Other Ingredients: aspirin, 325 mg



Trade Name: Tylox
Controlled Ingredient: oxycodone hydrochloride 4.5 mg and
oxycodone terephthalate .38 mg
Other Ingredients: Acetominophen, 500 mg



Trade Name: Percocet
Controlled Ingredient: oxycodone hydrochloride, 5 mg
Other Ingredients: Acetominophen, 325 mg



CAH_ALASKA_00036640

# *Opana ER (Schedule II)*

- **Opana ER® - (Schedule II)**
  - Treats constant, around the clock, moderate to severe pain
  - Becoming popular and is abused in similar fashion to oxycodone ; August 2010 (Los Angeles FD TDS)
  - Slang: Blues, Mrs. O, Octagons, Stop Signs, Panda Bears
  - Street:  $10.00 – $80.00





CONFIDENTIAL

CAH_ALASKA_00036641



# Opiates v. Heroin

CONFIDENTIAL

# Circle of Addiction & the Next Generation

Oxycodone Combinations
Percocet®
$7-$10/tab

**OxyContin®**
**$80/tab**

**Roxicodone®**
**Oxycodone IR**
**15mg, 30mg**
$30-$40/tab

Hydrocodone
Lorcet®
$5-$7/tab

Heroin
$10/bag

CONFIDENTIAL

CAH_ALASKA_00036643

# The Trinity



**Opiate**





**Muscle Relaxant**



**Benzodiazepine**

132

CONFIDENTIAL
CAH_ALASKA_00036644



CONFIDENTIAL

CAH_ALASKA_00036645



**NOW OPEN**

**DARCARS**
See what it's like to love car buying
OF SILVER SPRING
Sales & Service
12511 Prosperity Drive • Silver Spring, MD 20904

**1-888-589-3065**
www.DARCARSvolkswagen.com
Call / Email Alex Pedram, General Sales Manager
APedram@darcars.com

washingtonexaminer.com

# The Examiner
## WASHINGTON



WEDNESDAY, DECEMBER 5, 2012



**Ship's Hatch**
Army, Navy,
USAF, USMC & USCG

Promotion/Retirement
Gifts, Flag Cases,
Presentation Clocks

703.413.6289
www.shipshatch.com
Located in the Shops at Crystal City

## 'Liaisons Dangereuses'
### New approach to classic **P. 19**



## Playoff possibilities
### Schedule favors Skins **P. 35**



**Cooling down**
60° 34°
**DETAILS P. 4**

**POLITICS**
## Stalemate on 'cliff'
Sides stop talking;
Obama's rate hikes
may be flexible. **P. 13**



**LOCAL**
## FBI analyst busted

# Heroin use spikes in area suburbs
## Pill addicts risk deadly drug

CAH_ALASKA_00036646

# Substance Abuse Treatment Admissions within Specific Age Groups That Reported Any Pain Reliever Abuse: 1998-2008



Source: SAMSHA Treatment Episode Data Set, 1998-2008 released July 15, 2010

CONFIDENTIAL

CAH_ALASKA_00036647

# Community Impact?

Heroin trafficking organizations relocating to areas where prescription drug abuse is on the rise

Heroin traffickers pave the way for increasing crime and violence

Law enforcement and prosecutors eventually fighting the problem on two fronts (prescription opiate diversion and heroin distribution) further depleting resources

Communities suffer

CONFIDENTIAL

CAH_ALASKA_00036648

# METHADONE



CONFIDENTIAL

# CDC Vital Signs Report July 2012

Almost one-third of prescription painkiller overdose deaths involve methadone.

Six times as many people died of methadone overdoses in 2009 than a decade before.

More than 15,500 people die every year of prescription drug overdoses, and nearly one-third of those overdoses involve the drug methadone, according to a recent CDC Vital Signs report.

Researchers found that while methadone accounts for only 2 percent of painkiller prescriptions in the United States, it is involved in more than 30 percent of prescription painkiller overdose deaths.

Methadone has been used for decades to treat drug addiction, but in recent years it has been increasingly prescribed to relieve pain. As methadone prescriptions for pain have increased so have methadone-related fatal overdoses.

CDC results showed that six times as many people died of methadone overdoses in 2009 as died in 1999.

CONFIDENTIAL

CAH_ALASKA_00036650

# WHY IS IT ALSO USED AS AN ANALGESIC??????

Cheapest narcotic pain reliever – synthetic

Insurance companies

What's the problem?

CAH_ALASKA_00036651



# Methadone- 5mg &10mg





Mallinckrodt Pharmaceuticals  5 mg & 10mg

# Methadone 40 mg





CAH_ALASKA_00036652

# Bluefield Daily Telegraph

William "Randy" Deaton
Publisher

Thomas A. Colley
Executive Editor

Samuel John Perry — Managing Editor

"Then he answered and spake to me, saying, This is the word of the LORD to Zerubbabel, saying,
Not by might, nor by power, but by my spirit, said the LORD of hosts."

(Zechariah 4:6 AKJV)

# Overdose deaths
## Prescription drugs take deadly toll in WV

An alarming new study has found that prescription drugs killed more people in West Virginia in 2006 than illegal drugs. According to the report, nine out of the 10 accidental overdose deaths reported in the Mountain State involved prescription drugs. Researchers in a joint state-federal study came to the troubling conclusion after studying 802 accidental overdose autopsy reports, excluding suicides and overdoses, the Associated Press reported.

The report found that one-third of the prescription drugs taken during the fatal incidents were being used as a result of a prescription issued by a doctor within the last 30 days. The report found fewer than one in four of the deaths involved illegal narcotics.

Aron Hall, a Centers for Disease Control Epidemic Intelligence Service Officer for the West Virginia Department of Health and Human Resources, said there is a perception among some citizens that just because narcotics are legal and prescribed drugs, they are somehow safer.

The report found that methadone contributed to one of three deaths, or more than any other prescription drug. However, the report found that only 10 of the overdose victims were enrolled in a methadone clinic for drug-abuse treatment.

The report found that other opioid drugs frequently linked to accidental overdose deaths included hydrocodone

☐ ☐ ☐

*We must take steps now to educate citizens of the growing number of accidental overdose deaths in the state associated with the misuse of legally prescribed drugs.*

and oxycodone. The two narcotics contributed to one in five deaths. Morphine contributed to about one in seven deaths, the report found. Anti-anxiety drugs were found in 43 percent of the deaths.

While law-enforcement officials have been fighting the illegal drug scourge in our region for years, accidental overdose deaths associated with the misuse of prescription narcotics now represents an emerging epidemic for the Mountain State.

The alarming new study from the West Virginia Department of Health and Human Resources should be viewed as a call to action for our community. We must take steps now to educate citizens of the growing number of accidental overdose deaths in the state associated with the misuse of legally prescribed drugs.

We must act now to educate our community. If we fail to act, the number of accidental overdose deaths in the state and the region could continue to rise. It will take a combined effort of public education and law enforcement cooperation to reduce these alarming statistics.

CONFIDENTIAL

CAH_ALASKA_00036653

## editorials

# Rising methadone deaths

**Our view:** Baltimore public health officials are trying to find out if treatment for chronic pain sufferers accounts for increase in methadone overdoses

THE JUNE LETTER FROM THE BALTIMORE HEALTH DE-partment alerted physicians, nurses and other providers to a significant increase in methadone-related overdose deaths. The letter from Dr. Laura Herrera, a deputy city health commissioner, raised the possibility that the over-doses involved prescriptions for pain. It was a cautionary re-minder that health care providers should educate their pa-tients about the proper use of methadone and the lethal risks of taking extra doses.

Dr. Herrera was right to be concerned: Methadone overdose deaths of city residents have risen from seven in 1995 to 74 in 2007, the last year for which statistics are available; there was a 23 percent increase in such deaths over the previous year. The city deaths coin-cide with a similarly disturbing fivefold increase in methadone-re-lated deaths nationally between 1999 and 2005. But proving that the use of methadone as a pain reliever caused these deaths isn't easy — no one tracks how many physicians prescribe methadone to relieve chronic pain from cancer or arthritis, for example.

Prescribing methadone has been an accepted form of treatment for chronic pain for some time, according to pain specialists at Johns Hop-kins Hospital and the University of Maryland Medical Center. They add that they have seen no methadone-related deaths among their patients. Methadone used for pain treatment is prescribed in pill form; its risk stems from the drug's potency and its lingering presence in the body once its pain-relieving function has ceased. An extra dose could slow down a patient's breathing, resulting in coma or death.

To identify the extent of the problem and the patients most at risk, the city Health Department has reviewed data from the medical ex-aminer's office. It also has asked the quasi-public city agency that over-sees drug treatment in Baltimore to cross-check methadone overdose victims against its patient rosters. That's a critical aspect of the review because it could uncover misuse, abuse or diversion of methadone



**Methadone tablets in a cup.** BALTIMORE SUN PHOTO: JED KIRSCHBAUM

from drug treatment centers. Or it could lend credence to the prevail-ing view that more training is required for private physicians who pre-scribe methadone for pain.

At least 29 states have prescription monitoring programs that would identify indiscriminate prescribing, doctor-shopping and other abuses. A task force established this year in Maryland is studying the possibility of establishing a similar tracking system for methadone and other controlled substances.

Until then, Dr. Herrera and her colleagues at the Health Depart-ment have moved expeditiously and forthrightly to unravel this mys-tery. The results of their findings are the key to understanding and re-versing this disturbing trend.

CONFIDENTIAL



# The Union Democrat

### THE MOTHER LODE'S LEADING INFORMATION SOURCE

# Report finds trends in child deaths

By ALISHA WYMAN
*The Union Democrat*

Prescription drug abuse, suicide and vehicle accidents were the most prevalent causes of death last year among children and young adults in Tuolumne County, according to a recently-released report.

The Child Death Review Team, made up of officials from the Sheriff's Office, the Sonora Police Department, the Public Health Department, Child Welfare Services and other agencies, examined 11 deaths of youths through age 25. Most were teens and young adults.

One of the concerning trends was a rise in abuse of prescription drugs, particularly methadone, Sheriff's spokesman Lt. Dan Bressler said.

"What we're finding is even small amounts of methadone mixed with alcohol can cause death," he said. "It doesn't take much."

Three young people died of accidental overdose in 2007, two of which involved a mixture of alcohol and methadone, a painkiller also used to help with withdrawals of harsher drugs such as heroin.

Tuolumne County isn't the only area to see a rise in prescription drug abuse, said Dr. Todd Stolp, county public health officer.

"It's a national issue, but we're in the process of identifying the extent of the problem and how to address the problem," he said.

There were three suicides in 2007. The number could be higher, however, because there were some drug-related cases in which there wasn't enough

*See DEATHS/B...*

CAH_ALASKA_00036655

# ER visits involving Nonmedical Use of Methadone



*Source: Drug Abuse Warning Network (DAWN) 2010 National Estimates of Drug-Related Emergency Department Visits, 2004-2010*

CONFIDENTIAL

# Deaths involving Methadone



*Source: NCHS Data Brief #81, December 2011*

CONFIDENTIAL
CAH_ALASKA_00036657

# Florida Deaths Per 100,000 Prescriptions
## 2008-2011



- Sources:
- Death Data : Florida Department of Law Enforcement, "Drugs Identified in Deceased Persons by Florida Medical Examiners"
- Prescription Data: IMS Exponent, State Level: Florida Retail Prescription Data

CONFIDENTIAL

CAH_ALASKA_00036658

# Opioid analgesic involved in deaths



Natural and semi-synthetic opioid deaths: 5231, 5774, 7017, 8158, 9119
Methadone deaths: 3845, 4460, 5406, 5518, 4924
Synthetic opioid deaths: 1664, 1742, 2707, 2213, 2306

Years: 2004, 2005, 2006, 2007, 2008

— Natural and semi-synthetic opioid deaths
— Methadone deaths
— Synthtic opioid deaths

*Source: NCHS Data Brief #81, December 2011*



U.S. Drug Enforcement Administration / Operations Division / Office of Diversion Control

Source: 2010 NVSS Mortality File

CONFIDENTIAL

# Methadone Single Dose Kinetics



Ref: Nilsson MI, et al. Acta anaesth. scand 1982, Suppl 74, 66-69

Source: Resource Manual for CME course entitled *"Prescribing Opioids for Chronic Pain"* – Offered by the New England Chapters of the American Society of Addiction Medicine with support form CSAT, SAMHSA

CONFIDENTIAL
CAH_ALASKA_00036661

# Fixed Methadone Dose Interval



**Dosage intervals**

Ref: Nilsson MI, et al. Acta anaesth. scand 1982, Suppl 74, 66-69

**Source:** Resource Manual for CME course entitled *"Prescribing Opioids for Chronic Pain"* – Offered by the New England Chapters of the American Society of Addiction Medicine with support form CSAT, SAMHSA

CONFIDENTIAL
CAH_ALASKA_00036662

# Methadone – Drug Interactions

- CNS depressants (e.g., alcohol, anesthetics, sedatives, other opioids) - Additive effect

- Antiretroviral drugs have variable interactions

- CYP3A4 inhibitors (some antifungal agents, macrolide antibiotics, and SSRIs) – Inhibits elimination

- Grapefruit juice inhibits methadone elimination

- Smoking enhances (CYP1A2) methadone elimination

- Self-inducer – Enhances (3.5 fold between 1st dose and steady state) its own elimination

- Anticonvulsants – Enhances methadone elimination

CONFIDENTIAL

# *Overdose... Why?*

- Patients not taking the drug as directed
- Physicians not properly prescribing the drug
- Non medical users ingesting with other substances
- Opiate naive

CONFIDENTIAL

# One Pill can Kill



CAH_ALASKA_00036665

# Other FDA Approved Drugs for Narcotic Addiction Treatment

- Schedule III
  - Buprenorphine – Drug Code 9064
    - Subutex (sublingual, single entity tablet)
    - Suboxone (sublingual, buprenorphine/naloxone tablet)

   

CAH_ALASKA_00036666

# Other Opiates of Interest









CONFIDENTIAL

# State Ranking* - Hydromorphone
# January – June 2012

| RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL | RANK | STATE | TOTAL |
|------|-------|-------|------|-------|-------|------|-------|-------|------|-------|-------|------|-------|-------|
| 1 | CA | 21,228,360 | 12 | IL | 4,421,736 | 23 | IN | 2,448,208 | 34 | NH | 1,011,318 | 45 | ND | 393,136 |
| 2 | FL | 19,061,912 | 13 | NC | 4,252,436 | 24 | SC | 2,082,112 | 35 | DE | 990,800 | 46 | RI | 389,840 |
| 3 | NY | 9,697,706 | 14 | MA | 4,007,506 | 25 | IA | 1,861,184 | 36 | UT | 872,202 | 47 | HI | 360,900 |
| 4 | TX | 7,461,462 | 15 | CO | 3,851,846 | 26 | OK | 1,625,362 | 37 | VT | 806,448 | 48 | AK | 349,586 |
| 5 | VA | 5,922,402 | 16 | OR | 3,242,616 | 27 | AL | 1,601,898 | 38 | NM | 797,552 | 49 | WY | 311,412 |
| 6 | PA | 5,865,658 | 17 | CT | 3,212,408 | 28 | WI | 1,526,180 | 39 | MT | 782,800 | 50 | DC | 239,606 |
| 7 | WA | 5,005,016 | 18 | GA | 3,180,576 | 29 | NV | 1,498,220 | 40 | ID | 768,354 | 51 | SD | 235,004 |
| 8 | OH | 4,873,528 | 19 | MO | 3,166,810 | 30 | KS | 1,435,180 | 41 | WV | 743,716 | 52 | PR | 26,300 |
| 9 | MI | 4,682,560 | 20 | AZ | 3,061,366 | 31 | LA | 1,344,362 | 42 | ME | 740,870 | 53 | GU | 13,300 |
| 10 | MD | 4,506,456 | 21 | MN | 2,497,782 | 32 | AR | 1,315,256 | 43 | MS | 731,290 | 54 | VI | 5,800 |
| 11 | NJ | 4,482,783 | 22 | TN | 2,473,281 | 33 | KY | 1,214,538 | 44 | NE | 522,898 | 55 | AS | 0 |

*** Business Activity - Pharmacies**

Source: Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

CONFIDENTIAL

CAH_ALASKA_00036668

# Fentanyl





Fentora®

Actiq®



➤ Fentanyl Patches

➤ Fentanyl Citrate dispensed in a berry flavored lollipop-type unit

➤ Fentanyl is 100 times more potent than morphine

➤ Intended to be used for chronic cancer pain & only for people who are tolerant to prescription opioid (narcotic) pain medicines

➤ Abused for its intense euphoric effects

CONFIDENTIAL
CAH_ALASKA_00036669

# Dextromethorphan (DXM)

- Cough suppressant in over 125 OTC medications (e.g. Robitussin and Coricidin)



- Bulk form on the Internet

- At high doses, has Ketamine- and PCP-like effects



- Produces physical and psychological dependence

- Deaths associated with DXM abuse

CONFIDENTIAL

CAH_ALASKA_00036670

# Cough Syrup Cocktails

- "Syrup and Soda"
- "Seven and Syrup"
- "Purple Drank"









CONFIDENTIAL

CAH_ALASKA_00036671

# Benzodiazepines







**Trade Name: Valium**
Controlled Ingredient: diazepam,
10 mg



**Trade Name: Valium**
Controlled Ingredient: diazepam,
5 mg



**Trade Name: Valium**
Controlled Ingredient: diazepam,
2 mg

CONFIDENTIAL
CAH_ALASKA_00036672