# MIGRATION OF PAIN CLINICS



CAH_ALASKA_00036712



MIGRATION OF PAIN CLINICS

CAH_ALASKA_00036713

# 'The Florida Migration'

- Vast majority of 'patients' visiting Florida "pain clinics" come from out-of-state:

  - Georgia
  - Kentucky
  - Tennessee
  - Ohio
  - Massachusetts
  - New Jersey
  - North and South Carolina
  - Virginia
  - West Virginia

CONFIDENTIAL

CAH_ALASKA_00036714



CONFIDENTIAL

CAH_ALASKA_00036715



CAH_ALASKA_00036716



# THE MIGRATION

Yale-New Haven Hospital

CAH_ALASKA_00036717



THE MIGRATION

New York Presbyterian Hospital

CAH_ALASKA_00036718

# THE MIGRATION

Newark Beth-Israel Hospital



CAH_ALASKA_00036719



THE MIGRATION

University of
Pennsylvania
Hospital

CONFIDENTIAL

CAH_ALASKA_00036720



THE MIGRATION

Johns Hopkins
University Hospital

CAH_ALASKA_00036721



# THE MIGRATION

Georgetown University
Medical Center
INOVA

CONFIDENTIAL

CAH_ALASKA_00036722



THE MIGRATION

Wake Forrest Baptist
Medical Center

CAH_ALASKA_00036723



THE MIGRATION

Medical University
of South Carolina

CAH_ALASKA_00036724

# THE MIGRATION

Emory University Hospital



CAH_ALASKA_00036725



CAH_ALASKA_00036726

# Drugs Prescribed

- A 'cocktail' of oxycodone and alprazolam (Xanax®)
- An average 'patient' receives prescriptions or medications in combination

| Schedule II | Schedule III | Schedule IV |
|---|---|---|
| Oxycodone 15mg, 30mg | Vicodin (Hydrocodone) | Xanax (Alprazolam) |
| Roxicodone 15mg, 30mg | Lorcet | Valium (Diazepam) |
| Percocet | Lortab | |
| Percodan | Tylenol #3 (codeine) | |
| Demerol | Tylenol #4 (codeine) | |

CONFIDENTIAL
CAH_ALASKA_00036727

# Average Charges for a Clinic Visit

- Price varies if medication is dispensed or if customers receive prescriptions

- Some clinics advertise in alternative newspapers citing discounts for new patients such as 'buy one get one free' or "50% off with this ad"

- Typically, initial office visit is $250 or more; each subsequent visit may exceed $200

- Prescriptions average 120-180 30mg oxycodone tablets per visit

CONFIDENTIAL

# Cost of Drugs

- According to medical experts, most clinics do not require sufficient medical history and tests for proper prescribing of Schedule II substances

- Oxycodone 30mg immediate release tablets cost approximately $30.00 to $40.00 per tablet on the street depending on the sale location in the U.S. ($1 per mg or more)

CONFIDENTIAL

# Why is this happening?

CONFIDENTIAL

CAH_ALASKA_00036730

# What's the Profit?



- May 20, 2010, Tampa, Florida owner/operator of pain clinic dispensing oxycodone
- **$5,822,604.00** cash seized

CAH_ALASKA_00036731

# What's the Profit?



- One case in Florida owner/operator of pain clinic allegedly generated $40 million in drug proceeds
- Houston investigation $41.5 million in assets

CONFIDENTIAL
CAH_ALASKA_00036732

# What's the Profit?



- Another case in Florida - pain clinic operation paid his doctors (in 2009):
  - $861,550
  - $989,975
  - $1,031,975
  - $1,049,032
  - $1,225,775

CONFIDENTIAL

# State of Florida Legislative Actions

- ## Effective October 1, 2010
  - Pain clinics are banned from advertising that they sell narcotics
  - They can only dispense 72-hour supply of narcotics
  - Prohibits the registration of pain clinics unless they are owned by physicians or licensed by non-physicians as a health care clinic

- ## Effective July 1, 2011
  - Clinics must turn over their supply of C-II and C-III controlled substances
  - Clinics are no longer able to dispense these drugs
  - Clinics cannot have ANY affiliation with a doctor that has lost a DEA number

CAH_ALASKA_00036734

# Reaction

– Shift from dispensing physicians to prescribing physicians

– New pharmacy applications in Florida increased dramatically in 2010

CAH_ALASKA_00036735

# Clinic response to the Florida legislation prohibiting the sale of CS from pain clinics?

# Buy Pharmacies!

CONFIDENTIAL

CAH_ALASKA_00036736

# Who is Applying?

- An individual who is tied to Organized Crime
- An individual who works at Boston Market
- An individual whose father owns a pain clinic
- An individual whose mother works at a pain clinic
- An individual whose father is a doctor at a pain clinic
- An individual who is a bartender/exotic dancer
- An individual who is a truck driver
- An individual who is retired from the dry wall business
- An individual who is a secretary at a pain clinic
- An individual who runs a lawn care business

CONFIDENTIAL

CAH_ALASKA_00036737

# Response

## <u>Enforcement and Regulatory Action</u>

- Investigating/Inspecting all new and renewal pharmacy applications submitted in Florida

- Investigating/Inspecting existing pharmacies registrations

- Results
  - Withdrawal of applications
  - Orders To Show Cause (OTSC) issued against applications
  - Immediate Suspension Orders (ISO) issued as appropriate

CONFIDENTIAL
CAH_ALASKA_00036738

# The Last Line of Defense



2011   Office of Diversion Control   227

CONFIDENTIAL
CAH_ALASKA_00036739

# Potential Red Flags

Many customers receiving the same combination of prescriptions

Many customers receiving the same strength of controlled substances;

Many customers paying cash for their prescriptions;

Many customers with the same diagnosis codes written on their prescriptions;

Individuals driving long distances to visit physicians and/or to fill prescriptions;

Customers coming into the pharmacy in groups, each with the same prescriptions issued by the same physician; and

Customers with prescriptions for controlled substances written by physicians not associated with pain management (i.e., pediatricians, gynecologists, ophthalmologists, etc.).

CONFIDENTIAL
CAH_ALASKA_00036740

# What's the Cost?
## Deaths Associated with Rx Drugs in Florida

| Reports of Rx Drugs Detected in Deceased Persons and Cause of Death | | | | | | | | % Increase 2005-2010 |
|---|---|---|---|---|---|---|---|---|
| DRUG | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| Methadone | 620 | 716 | 785 | 693 | 720 | 694 | 691 | |
| Oxycodone | 340 | 496 | 705 | 941 | 1,185 | 1,516 | 1,247 | 266.7% ⬆ |
| Hydrocodone | 221 | 236 | 264 | 270 | 265 | 315 | 307 | |
| Benzodiazepines | 574 | 553 | 743 | 929 | 1,099 | 1,304 | 1,950* | |
| Morphine | 247 | 229 | 255 | 300 | 302 | 262 | 345 | |
| TOTAL | 2,002 | 2,230 | 2,752 | 3,133 | 3,571 | 4,091 | | ⬆ |

* Many of the deaths were found to have several drugs contributing to the cause of death, thus, the count of specific drugs is greater than the number of cases. In report years 2010 and earlier, drug categories as a whole had included the total number of deaths per category, as well as total deaths per each specific drug. For example, in 2010, benzodiazepenes were the cause of death in 1,304 cases. However, benzodiazepenes were present 1,726 times in those 1,304 deaths (i.e., a single death could have been caused by multiple benzodiazepenes). Report year 2011 does not provide a total per category.                                    SOURCE: Florida Medical Examiner's Commission

CONFIDENTIAL                                                                                                    CAH_ALASKA_00036741

National Association of Chain Drug Store Response

Patient Advocate, Healthcare Groups Urge Congress to Address Prescription Drug Diversion and Abuse
November 16, 2012

Alexandria, Va. – The National Association of Chain Drug Stores (NACDS) joined pain care advocacy and other healthcare organizations in urging Members of Congress to help address the problem of prescription drug diversion and abuse.

In a letter to the U.S. Senate Health, Education, Labor and Pensions (HELP) Committee, U.S. Judiciary Committee, U.S. House Committee on Judiciary and the U.S. House Energy and Commerce Committee, the organizations urged Congress to create a commission or advisory group to bring together all government agency stakeholders to address the problem.

The groups wrote, "[We] are committed to partnering with law enforcement agencies, policymakers, and others to work on viable strategies to solve the problems of prescription drug diversion and abuse. Although numerous groups and state and federal entities are working to reduce these problems, success remains difficult to achieve. One challenge is that many of these groups and entities are not working in a coordinated manner."

The letter emphasized the importance of reducing prescription drug diversion and abuse without negatively impacting legitimate patient access and care.

"While appropriate policies must empower law enforcement officials to act aggressively against individuals and entities actually engaging in diversion or abuse, diversion/abuse control actions must be balanced against the needs of healthcare providers to provide care to legitimate patients. We must ensure that legitimate patients receive critical medicines without interruption," the groups stated in the letter.

In addition to NACDS, the following organizations signed the letter: American Academy of Pain Management (AAPM); American Society for Pain Management Nursing (ASPMN); Center for Practical Bioethics; Inflexxion, Inc.; International Nurses Society on Addictions (IntNSA); National Association of Directors of Nursing Administration in Long Term Care (NADONA/LTC); National Fibromyalgia & Chronic Pain Association; *Pain Treatment Topics*; Purdue Pharma L.P.; U.S. Pain Foundation, Virginia Cancer Pain Initiative Inc.

These groups are committed to ensuring patient access to medications they need to help manage their pain, ranging from a variety of health-related issues and diseases. This letter to Congress further stresses the need to find a solution for this problem – and to do so expeditiously.

"Due to the urgent nature of the problems associated with prescription drug diversion and abuse, the advisory group's recommendations should be provided to Congress within one year of its creation or enactment," the groups concluded in the letter.

CAH_ALASKA_00036742



Questions

CAH_ALASKA_00036743

Thank You!

CONFIDENTIAL

CAH_ALASKA_00036744