# EXHIBIT 22

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3                           - - -
 4   IN RE:  NATIONAL              )
     PRESCRIPTION                  )   MDL No. 2804
 5   OPIATE LITIGATION             )
     _____ )   Case No.
 6                                 )   1:17-MD-2804
     THIS DOCUMENT RELATES         )
 7   TO ALL CASES                  )   Hon. Dan A. Polster
 8                           - - -
 9             THURSDAY, NOVEMBER 15, 2018
10       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                   CONFIDENTIALITY REVIEW
11
                             - - -
12
13         Videotaped deposition of Mark Hartman,
14   held at the offices of BakerHostetler, 200 Civic
15   Center Drive, Suite 1200, Columbus, Ohio, commencing
16   at 9:06 a.m., on the above date, before Carol A. Kirk,
17   Registered Merit Reporter and Notary Public.
18
19                           - - -
20
21
22
23            GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

```
 1          A.    Yes.
 2          Q.    "Regulatory oversight for
 3    Cardinal's 27 pharmaceuticals and 50 medical
 4    distribution centers nationally."
 5                Across the entire country, right?
 6          A.    Yes.
 7          Q.    And let's talk about that.  When
 8    you were building out this new system, which,
 9    obviously, you had accomplished some by the time
10    we get to this presentation, your system was
11    being devised to be applied across the entire
12    country, wasn't it?
13          A.    Yes.
14          Q.    All distribution centers?
15          A.    Yes.
16          Q.    It was a systemic application
17    from, like we talked about earlier, Auburn,
18    Washington, all the way down to Lakeland
19    Florida?
20          A.    Yes.
21          Q.    And you wanted that because you
22    wanted everybody operating under the same rules?
23          A.    Yes.
24          Q.    Everybody performing the functions
```

```
 1    the same way?
 2         A.    Consistency and commonality is
 3    what we were after.
 4         Q.    Absolutely.
 5               Let's go to page 5.
 6               This is entitled "Supply Chain
 7    Integrity."
 8               Do you see that?
 9         A.    Yes.
10         Q.    And there you go again.  "Supply
11    Chain Integrity is a holistic approach to the
12    supply chain ecosystem of an industry aimed at
13    creating a safe and secure supply chain from
14    manufacturer to end user."
15               And let's talk about that just for
16    a second, because this supply chain that you're
17    working with is what is known as a "closed
18    system," isn't it?
19         A.    I think that's the term we used,
20    yes.
21         Q.    It's also the term the legislature
22    used in creating the CSA as well.  Okay?
23               But do you know or have an
24    understanding what that means?
```