# EXHIBIT 5

Page 1

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2
3
     * * * * * * * * * * * * * * * * * * * * * *
4
     THE CITY OF HUNTINGTON,
5
               Plaintiff,
6
     vs.                                       CIVIL ACTION
7                                              NO. 3:17-01362
     AMERISOURCEBERGEN DRUG
8    CORPORATION, et al.,
9              Defendants.
10   _____
11   CABELL COUNTY COMMISSION,
12             Plaintiff,
13   vs.                                       CIVIL ACTION
                                               NO. 3:17-01665
14   AMERISOURCEBERGEN DRUG
     CORPORATION, et al.,
15
               Defendants.
16
     * * * * * * * * * * * * * * * * * * * * * *
17
18
19         Videotaped and videoconference deposition
     of DARLA BENTLEY taken by the Defendants under the
20   Federal Rules of Civil Procedure in the above-
     entitled action, pursuant to notice, before Teresa
21   S. Evans, a Registered Merit Reporter, at the
     Mountain Health Arena, One Civic Center Plaza,
22   Huntington, West Virginia, on the 17th day of July,
     2020.
23
24

Page 22

1     Q.    Well, do you understand any of those --
2           MR. HAWKINS:  Strike that.
3     Q.    Are you aware of any prescription opioids
4  that are dispensed to patients in needle form?
5     A.    I can't answer to that.  I'm not -- I don't
6  know.
7     Q.    You testified a few moments ago that you
8  are aware of heroin as one example of an illicit
9  opioid, right?
10    A.    Yes.
11    Q.    Are you also aware that fentanyl could be
12 an illicit opioid?
13    A.    Yes.
14    Q.    And are you also aware that carfentanil
15 could be an illicit opioid?
16    A.    I have no idea what that is.
17    Q.    Ms. Bentley, when did you first learn about
18 the existence of prescription opioids?
19    A.    Years and years ago.  I mean, my -- my own
20 family members have had prescription opioids.
21    Q.    And approximately when did you first learn
22 about prescription opioids?  Not a precise date,
23 but ballpark.
24    A.    Just -- just about prescription opioids?

Page 23

```
 1       Q.   Yes, ma'am.
 2       A.   I'm gonna say probably 15 years ago or so.
 3       Q.   And what did you learn about prescription
 4   opioids when you first learned about them?
 5       A.   I didn't learn much.  All I know is that I
 6   had family members and friends who were prescribed
 7   opioids for various medical issues.
 8       Q.   Do you have an understanding of what
 9   prescription opioids were prescribed  for for those
10   individuals?  In other words, to treat what sort of
11   issue?
12       A.   Most likely pain.
13       Q.   And do you know whether the prescription
14   opioids that were prescribed to your family and
15   close friends helped with those folks' pain?
16            MS. DEYNEKA:  Object to form.
17       A.   I can't speak to that.
18       Q.   Do you know whether any of the family
19   members or close friends who you testified received
20   prescription opioids became addicted to
21   prescription opioids?
22       A.   Yes.
23            MS. DEYNEKA:  Object to form.
24       Q.   And who, in particular, are you thinking of
```

Page 24

1   that became addicted to prescription opioids based
2   on your understanding?
3        A.   Well, my brother, for one.
4        Q.   And approximately when did your brother
5   become addicted to prescription opioids, ma'am?
6        A.   I couldn't answer to that.  I'm not sure
7   when, at what point.
8        Q.   And do you -- do you know whether your
9   brother used other substances in addition to
10  prescription opioids?  And I apologize for the
11  personal nature of the question.  Of course, as you
12  know, the case is about prescription opioids, and
13  so it's important to understand how possible
14  witnesses that may be called by either side at
15  trial may have a connection or an understanding of
16  various opioids, so that --
17             I apologize, but that's the
18  significance of the question.  So let me restate
19  the question now.  Are you aware of whether your
20  brother used other substances aside from
21  prescription opioids?
22       A.   Not to my knowledge.
23       Q.   And is your brother currently addicted to
24  prescription opioids as you understand it?

Page 25

1  A.  No, my brother passed away when he was 56.
2  Q.  I'm very sorry to hear that, Ms. Bentley.
3  And did your brother pass away from something you
4  believe was related to opioids?
5         MS. DEYNEKA:  Object to form.
6         And Ms. Bentley, I counsel you to
7  respond to these questions only as much as you feel
8  comfortable discussing this.
9  A.  Yes.
10 Q.  And Ms. Bentley, when did your brother pass
11 away?
12 A.  May of 2017.
13 Q.  Now, Ms. Bentley -- and I hope this will be
14 my last question on this topic, so I'm doing my
15 best to keep it short.
16         Do you know whether your brother took
17 the prescription medication as it was prescribed to
18 him?
19         MS. DEYNEKA:  Object to form.
20 A.  As far as I know, he did.  I have no -- I
21 have no -- no -- I can't answer exactly.  I mean,
22 as far as I know, he did, yes.
23 Q.  Is it fair to say, Ms. Bentley, you're not
24 a medical doctor?