# EXHIBIT 19

**Revision 10-2005-01**

# CABELL COUNTY SHERIFF'S OFFICE
## INCIDENT/OFFENSE REPORT

RC

Initial ☒ Supplemental ☐ Arrest ☒ Insurance Report ☐  ORI: WV0060000  Page 1 of 5

| Case # 1017 | Offense Type 1 Non 2 Criminal | Information | Report Deputy | LT. R. M. COPLEY |
|---|---|---|---|---|

Delivery C/S, Executed Search Warrant

| Date Reported: | Date Occurred From: | Date Occurred To: |
|---|---|---|
| Date 03-26-09  Time 1925 | Date 03-26-09  Time 1858 | Date 03-26-09  Time 2400 |
| Time Dispatched  1925 | Time Arrived  1914 | Time Departed  2400 |

**Common Name** *If location is a box # Give street or area*
ZONE

Lighting: 1-Natural 2-Moon 3- Artificial/Exterior
4- Artificial/Interior 5- Unknown

LOCATION OF CRIME:  5190 U.S. RT 60, Huntington, WV

ENTER #  **1**

| 1-Air/Bus/Train | 6-Construction | 11-Government Blg | 16-Lake/Waterway | 21-Restaurant |
| 2-Bank/Savings & Loan | 7-Convenience | 12-Grocery Store | 17-Liquor Store | 22-School |
| 3-Bar/Nightclub | 8-Department Store | 13-Roadway | 18-Parking Garage | 23-Service/Gas |
| 4-Church/Synagogue | 9-Drug Store/Dr Office | 14-Hotel/Motel | 19-Rental/Storage | 24-Specialty Store |
| 5-Comm/Office/Bldg | 10-Field/Forrest | 15-Jail/Prison | 20-Residence | 25-Unknown/Other |

ENTER #  **14**

**WEATHER** 1-Clear 2-Cloudy 3-Raining 4-Snow/Sleet 6-Hailing 7- UNK  ENTER NUMBER: **3**

| ☐ Victim | ☐ Complainant | ☐ Witness | ☐ Inv Party |
|---|---|---|---|

Last Name: _____ First _____ MI ___

PHONE # PRIMARY ___/___-___ ALT ___/___-___

| ADDRESS: | CITY: | STATE: | ZIP: |
|---|---|---|---|

| DOB: | RACE: | SEX: | HT: | WT | HAIR: | EYES: |
|---|---|---|---|---|---|---|

| OLN#: | STATE: | SSI: |
|---|---|---|

ETHNICITY:
1-Hispanic 2-Non-hispanic 3-Unknown

RESIDENT STATUS OF STATE:
1-Resident 2-Non Resident 3-Unknown

ENTER: ___

*Victim Information - Type of Victim*
1-Adult 2-Juvenile 3-Business 4-Financial Institution 5-Government 6-Religious Organization
7-Society or Public 8-Other 9-Unknown 10-LEO 99-Other

| ☐ Victim | ☐ Complainant | ☐ Witness | ☐ Inv Party |
|---|---|---|---|

Last Name: _____ First _____ MI ___

PHONE # PRIMARY ___/___-___ ALT ___/___-___

| ADDRESS: | CITY: | STATE: | ZIP: |
|---|---|---|---|

| DOB: | RACE: | SEX: | HT: | WT: | HAIR: | EYES: |
|---|---|---|---|---|---|---|

| OLN#: | STATE: | SSI: |
|---|---|---|

ETHNICITY:
1-Hispanic 2-Non-hispanic 3-Unknown

RESIDENT STATUS OF STATE:
1-Resident 2-Non Resident 3-Unknown

ENTER: ___

*Victim Information - Type of Victim*
1-Adult 2-Juvenile 3-Business 4-Financial Institution 5-Government 6-Religious Organization
7-Society or Public 8-Other 9-Unknown 10-LEO 99-Other

ENTER: ___

**RELATIONSHIP OF VICTIM TO SUSPECT**
**LINKAGE** - IF VICTIM S RELATIONSHIP WITH **SUSPECT** IS DOMESTIC COMPLETE DOMESTIC VIOLENCE ATTACHMENT

| 2-Spouse | 10-Step-parent | 20-Acquaintance | 29-Relationship Unknown |
| 3-Common Law Spouse | 11-Step child | 21-Friend | 30-Stranger |
| 4-Parent | 12-Step-sibling | 22-Neighbor | 31-Victim is suspect |
| 5-Sibling | 13-Other family member | 24-Boy/Girlfriend | |
| 6-Child | 14-Estranged spouse | 25-Child of Boy/girlfriend | |
| 7-Grandparent | 15-Intimate partner | 26-Employee | |
| 8-Grandchild | 16-Child-Intimate partner | 27-Employer | |
| 9-In-law | 17-Household member | 28-Otherwise Unknown | |

(Choose one)

CONFIDENTIAL

CCDS_0044668

# Cabell County Sheriff's Office Incident / Offense Report Page # 2 of 5

| Suspect Vehicle: | ☒ Towed | Evidence in vehicle: | Special Notes or description of vehicle |
|---|---|---|---|
| | ☒ Identified | ☐ Yes | USED TO TRANSPORT DRUGS |
| | ☐ Witnessed | ☐ No | |

VEHICLE INFORMATION: 1-Stolen 2-Recovered 3-Stolen Rec 4-Destroyed/Damaged/Vandalized 5-None 6-Burned 10-Victim Vehicle 11-Theft from Vehicle 12 -Suspect Vehicle 13-Unauthorized Use of Vehicle 14-Abandon 15-Seized / Court Order      **ENTER NUMBER:** 12

| Make: DODGE | Model: NEON | Year: 2003 | Color: GOLD | Reg #: 427-VFH | State: TN | Style: 4S |
|---|---|---|---|---|---|---|

| Owners Name: TEREENA WILCOX | Telephone: | VIN: 1B3E526CO3D238099 |
|---|---|---|

| Address 5147 SULPHUR CREEK ROAD | City BIG SANDY | State TN | Value (if stolen): DNA |
|---|---|---|---|

| Insurance Company: Unknown | Policy #: Unknown | Agent: Unknown |
|---|---|---|

| VEHICLE TOWED BY: A-1 WRECKER | Veh condition: FAIR | TOWED TO ADDRESS: Ona Field Office |
|---|---|---|

| HOLD ☒ YES ☐ NO | 1-Proof of Ownership 2-Evidence 3-Citation to be issued 4-Proof of insurance 5- Other | ENTER # 2 |
|---|---|---|

| Citation # | CDR # |
|---|---|

## SUSPECT/Arrestee

| Last WILCOX | First TEREENA | M | L |
|---|---|---|---|

| Phone # Unknown | Alias DNA | Clothing Description BLUE T-SHIRT | Additional arrests listed on page 4 |
|---|---|---|---|

| ADDRESS: 5147 SULPHUR CREEK ROAD | CITY: BIG SANDY | STATE: TN | ZIP: 38221 |
|---|---|---|---|

| DOB: 10-04-65 | RACE: W | SEX: F | HT: 5-04 | WT: 220 | HAIR: BN | EYES: HZ | SSI: UNKNOWN |
|---|---|---|---|---|---|---|---|

| OLN # 112725377 | ST: TN | TATTOO LOCATION: Unknown | SCARS,MARKS/LOCATION: Unknown |
|---|---|---|---|

| ETHNICITY: 1-Hispanic 2-Non Hispanic 3- Unknown ENTER # 2 | RESIDENT STATUS OF STATE: 1- Resident 2-Non Resident 3-Unknown | ENTER # 2 |
|---|---|---|

| ACCUSED WAS ARMED WITH: (CHOOSE UP TO TWO). | | | |
|---|---|---|---|
| 02- Firearm Type (not stated) | 04 -Hand gun 06-Rifle | 08 - Shot gun 10-Other Firearm | 12- Lethal Cutting Instrument 13-Club/Blackjack Brass knuckles | 99-Other DNA ENTER # |

| IF ARREST MADE: Arrest Location 5190 U.S. RT 60, Huntington, WV | Date of arrest 03 26 09 | TIME OF ARREST: 2021 |
|---|---|---|

| TYPE OF ARREST: | 1- On view (no Warrant) | 2- Summoned/Cited (No Custody) | 3- Arrested on Warrant | ENTER # 1 |
|---|---|---|---|---|

## PROPERTY

| NCIC ENTRY - YES ___ No ___ | NCIC # | DATE OF ENTRY: / / |
|---|---|---|

STATUS CODE: 1-Stolen 2-Recovered 3-Stolen/Recovered 4- None 5-Burned 6-Counterfeit/Forged 7-Damaged/Destroyed/vandalized 8-Seized 9-Unknown 10- Evidence 11-Found 12-Lost      **ENTER #.**

| 01-Aircraft | 10-Drugs / Narcotic | 19-Merchandise | 28-Rec-Vehicle | 37-Truck |
|---|---|---|---|---|
| 02-Alcohol | 11-Drug Tools | 20-Money | 29-Single Occ-structure | 38-Vehicle Parts |
| 03-Automobile | 12-Farm Equipment | 21-Negotiable Instrument (check) | 30-Other Structure | 39- Water craft |
| 04-Bicycle | 13-Firearms | 22-Nonneg. Instrument | 31-Commercial Structure | 77-Misc / Other |
| 05-Buses | 14-Gambling Equipment | 23-Office Equipment | 32-Structure Industrial | |
| 06-Clothes | 15-Heavy Equipment | 24-Other Motor Vehicle | 33-Structure Public | |
| 07-Computer | 16-Household Goods | 25-Purse/Wallet | 34-Structure Storage | |
| 08-Consumable Goods | 17-Jewelry / Precious | 26-Radio/TV/Electronic | 35-Strudure Other | |
| 09-Credit / Debit card | 18-Livestock | 27-Recording Audio Visual/camera | 36-Hand tools | |

| Status | DESC. | Quanty | Serial | Brand Name | Model/Name | Size. Kind. etc. | Color | Value |
|---|---|---|---|---|---|---|---|---|
| 10 | 10 | 10 | | Oxycodone | 30Mg Tab | | BLUE | $300 |
| 10 | 10 | 153 | | Oxycodone | 30Mg Tab | | BLUE | $459 |
| 10 | 10 | 194 | | Oxycodone | 30Mg Tab | | BLUE | $5820 |
| 10 | 10 | 191 | | Oxycodone | 30Mg Tab | | BLUE | $5730 |

CONFIDENTIAL

| Incident # | Cabell County Sheriff's Office |
|---|---|
| **09-1017** | Narrative |

During March of 09, this Agency received information pertaining to the suspects traveling to the State of FL for the purpose of obtaining various prescription pain medications and then selling them in the Cabell County and Tri-State area. On 03-26-09 we received information that subjects were in a local motel with a large supply of Oxycodone and other medications.

On 03-26-09, a confidential informant and a member of the Cabell County Drug Unit purchased 10 30 mg Oxycodone tablets from the listed suspects inside of room 129. The room was registered to Donald Wilcox of Big Sandy, TN.

The room was monitored and both subjects were arrested for Delivery of A Controlled Substance outside of the room in the listed vehicle. Subjects declined Consent To Search for the room. A Search Warrant was obtained through Magistrate Court and executed. Approximately $20,000 worth of Oxycodone was located in a chest of drawers in the motel room. Receipts showing subjects had been to pain clinics in Fort Lauderdale, FL were also located.

Subjects were arraigned before Magistrate Maynard on one count each of Delivery of a Controlled Substance and lodged in the Western Regional Jail on $25000 bond.

Members of the Cabell County Sheriff's Department, Cabell Deputies assigned to the Violent Crime Drug Task Force and the Milton Police Department participated in the investigation.

| Deputy responded to scene? | | | | |
|---|---|---|---|---|
| ☒ Yes ☐ No | On view ☐ Walk-in ☐ Phone ☐ | **O** | Report Deputy Bdg# _____ 36 _RMC_ | Date **March 27, 2009** |
| | | | Supervisor   LT. R. M. COPLEY | Date **03-27-09** |

**Cabell County Sheriff's Department**
PO Box 2114 Huntington WV 25721
**304-526-8663** Sheriff
**304-743-1594** Detective Bureau
**304-526-8657** Law Enforcement

**304-526-8668** - Courts & Process
Fax - **304-526-8649**
Fax - Investigations / Road Patrol **304-743-1577**
EMAIL: *cabelltips@cabellcounty.org*
EMAIL: *cabellsheriff@cabellcounty.org*

CONFIDENTIAL

**Cabell County Sheriff's Office - Person and Vehicle Supplement**

**1**
Complainant ☐   Witness: ☐   Victim ☐   Involved ☐   Suspect / Arrested: ☒

Name: **WILCOX**   First Name: **DONALD**   Middle: **WAYNE**

Address **5147 SULPHUR CREEK ROAD**   City **BIG SANDY**   State **TN**   Zip **38221**

Phone: Home **Unknown**   Work **Unknown**

DOB: **08-16-48**   Race: **W**   Sex: **M**   HT: **6-00**   WT: **195**   Eye: **Brown**

OLN: **112725491**   ST: **TN**   SSN: **Unknown**

If Arrested:   Arrest Location: **5190 U.S. RT 60, Huntington, WV**

Date: **03-26-09**   Time: **2021**   Type of Arrest: On-view: ☒   Summons: ☐   Warrant: ☐

Ethnicity_1-Hispanic  2-Non-Hispanic  3-Unknown   **2**   Resident Status   1 - Resident  2 - Non Resident  3 - Unknown   **2**

If Arrested:   Charge's   **POSSESSION WITH INTENT DELIVER C/S**

**2**
Complainant ☐   Witness: ☐   Victim ☐   Involved ☐   Suspect / Arrested: ☐

Last Name:    First Name:    Middle:

Address    City    State    Zip

Phone: Home    Work

DOB:    Race:    Sex:    HT:    WT:    Eye:

OLN:    ST:    SSN:

If Arrested:   Arrest Location:

Date:    Time:    Type of Arrest: On-view: ☐   Summons: ☐   Warrant: ☐

Ethnicity_1-Hispanic  2-Non-Hispanic  3-Unknown   Resident Status   1 - Resident  2 - Non Resident  3 - Unknown

If Arrested:   Charge's

**3**
Complainant ☐   Witness: ☐   Victim ☐   Involved ☐   Suspect /Arrested: ☐

Last Name:    First Name:    Middle:

Address    City    State    Zip

Phone: Home    Work

DOB:    Race:    Sex:    HT:    WT:    Eye:

OLN:    ST:    SSN:

If Arrested:   Arrest Location:

Date:    Time:    Type of Arrest: On-view ☐   Summons: ☐   Warrant: ☐

Ethnicity_1-Hispanic  2-Non-Hispanic  3-Unknown   Resident Status   1 - Resident  2 - Non Resident  3 - Unknown

VEH: Make:    Model:

Year:    VIN#    LIC#

Veh towed to:    Hold Veh?: ☐ YES  ☐ NO:

CONFIDENTIAL

CCDS_0044671

# Case #

09-1017

# Cabell County Sheriff's Office
## Additional Property

| P | Desc | Qty | Serial | Brand | Model | Size Kind | Color | Value |
|---|---|---|---|---|---|---|---|---|
| 10 | 10 | 100 | | Oxycodone | | 30Mg Tab | BLUE | 3000 |
| 10 | 10 | 60 | | Alprazolam | | 2mg | Yellow | 600 |
| 10 | 10 | 42 | | Diazapam | | 10mg | BLUE | 210 |
| 10 | 10 | 58 | | Carisoprodol | | 350mg | | 50 |
| 10 | 10 | 60 | | Carisoprodol | | 350mg | | 50 |
| 10 | 10 | 3 | | Assorted papers | | | | 1 |
| 10 | 20 | | Assorted US Currency | | | | | 157 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## Statement
Date _____

## Statement

Date _____          Signed

CONFIDENTIAL