# EXHIBIT 20



**Huntington Police Department**

**Threat Assessment and Strategy Summary**

**July 9, 2012**

HUNT_00286731

**Chief W. H. "Skip" Holbrook**



**Office of the Chief of Police**

Phone:  (304) 696-5510
Fax:    (304) 696-4434
holbrooks@huntingtonwvpolice.com

675 Tenth Street, Huntington, WV 25701
www.hpdwv.com

## Threat Assessment and Strategy Summary

According to the Office of National Drug Control Policy (ONDCP), prescription drug abuse is the Nation's fastest growing drug problem.  Analysis by the Center for Disease Control showed more than 40 people die every day from overdoses involving narcotic pain relievers such as Vicodin, Methadone, Oxycontin, and Opana.  The CDC calls prescription painkiller overdoses a "silent epidemic" killing more Americans than heroin and cocaine combined.

The Appalachia region is considered the epicenter of prescription drug abuse.  In 2008 West Virginia had the highest rate of prescription overdose deaths in the United States, surpassing both motor vehicle crashes and falls as the leading cause of accidental death. A comparison by Forbes magazine of filled schedule II and III narcotics to state finds West Virginia is 2nd among the most medicated states in the country. The diversion and abuse of prescription drugs in our region is an epidemic and exacts tragic costs from our communities; over burdening law enforcement, adding to prison population, overwhelming treatment facilities, undermining the employability of the workforce and most important, devastating families.

In 2011, scores of residents in and around Huntington travelled out of the area, mainly to south Florida, to obtain thousands of dosage units of strong narcotic and other prescription drugs and transported them back to Huntington for use and distribution.  In

CONFIDENTIAL

confronting the prescription drug epidemic in 2011, the HPD and Federal Drug Task Force initiatives removed over 8000 dosage units of oxycodone/oxymorphone, 3000 dosage units of Opana and 1100 dosage units of ecstasy.  Oxycodone seizures alone increased 1,773% from 2010 totals, signaling an alarming trend.

Cocaine and crack cocaine continues to pose a significant threat to our community. Detroit, Michigan and Columbus, Ohio still serve as the primary distribution point for cocaine en route to Huntington and the surrounding area.  Groups responsible for the distribution of crack cocaine are also the same groups responsible for much of the street level drug related violence in our community.

Heroin has also become an emerging threat to our community due to the availability and affordability of the drug.  Many people who have developed opiate addictions due to abuse of prescription medication turn to heroin due to the lower price: $30-80 for a prescription pill compared to $20-25 for a dosage unit of heroin.

The vast majority of property crime offenses investigated by the HPD are directly related to drug trade.  Most theft is perpetrated by individuals addicted to drugs and in need of a means to support their habit.  Therefore any successes we experience in drug enforcement and treatment initiatives will positively affect property crime trends.

Recognizing how important it is to maximize operational effectiveness and to insure our citizens get the greatest return for their tax dollars, the HPD establishes a sound strategic plan based on current trends and threat assessments.  In doing so, we first examine the "Return on Investment" (ROI) as it relates to drug enforcement.

CONFIDENTIAL

# Narcotic Investigations – Return on Investment (ROI) – 2011

### City Expenditures – Officer Salaries (6)

| | |
|---|---|
| Base Pay | $260,373.00 |
| FICA | $3,775.00 |
| Payroll Accrual | $1001.00 |
| **TOTAL** | **$265,149.00** |

### Outside Funding for Drug Investigations

| | |
|---|---|
| Overtime Reimbursement | $99,113.00 |
| Five (5) U/C Vehicles | $50,000.00 |
| Insur. /Fuel/Misc. Equipment | $50,000.00 |
| Buy Money | $14,979.00 |
| AHIDTA/OT/Equipment | $28,938.00 |
| **TOTAL** | **$243,030.00** |

### Currency/Property Seizures

| | |
|---|---|
| Firearms | 41 |
| Property | *1 (house) |
| Currency (Federal) | $143,927.24 |
| **TOTAL** | **$143,927.24** |
| **(Transferred to HPD)** | |

### Drugs Seized – Huntington (Off Our Streets)

| Drugs | Amt. | | Street Value |
|---|---|---|---|
| Marijuana | 693 lbs. | ($1500.00) | $1,039,500.00 |
| Cocaine/Base | 1422 gm | ($80.00) | $113,760.00 |
| Heroin | 684 gm | ($200.00) | $136,800.00 |
| Oxycodone/Morphone | 8000 du | ($30.00) | $240,000.00 |
| Opana | 3000 du | ($65.00) | $195,000.00 |
| Ecstasy | 1100 du | ($9.00) | $9,900.00 |
| Methamphetamine | 130 gm | (100.00) | $13,000.00 |
| **TOTAL** | | | **$1,747,960.00** |

\* denotes pending forfeiture/ auction
- **For every $1 spent for salaries of (6) drug officers, the city received $1.45 in outside non general fund monies.**
- **For every $1 spent for salaries of (6) drug officers, the city confiscated $6.59 worth of drugs.**
- **For every $1 spent for salaries of (6) drug officers, the city received a total return of $8.04.**

CONFIDENTIAL

HUNT_00286734

The HPD drug reduction strategy starts with embracing the philosophy of "There is no limit to what we can accomplish if we don't worry who gets the credit." All our drug reduction efforts must include collaboration with other law enforcement agencies, as well as those agencies focused on addiction, treatment and education. The combined summary of drug trend and immerging threats, provides the focus of our strategy;

- Coordinate law enforcement initiative development and implementation with the United States Attorney's Office, Cabell County Prosecutors Office and AHIDTA.
- Expansion of cooperative, multi-jurisdictional law enforcement efforts and task force operations.
- Continue focused deterrence of indentified crime hot spots through directed patrol (foot and bike).
- Continued SEU focused enforcement on street drug activities and prostitution.
- Continue the identification of drug trafficking organizations (DTO) operating in Huntington.
- Increase disruption and dismantlement of DTO's operating in Huntington.
- Increase seizure of illicit drugs, posing most significant threat (prescription pain pills, crack cocaine, heroin).
- Identify and seize illegal profits and/or assets from drug trafficking organizations and individuals.
- Increase intelligence sharing with other law enforcement.
- Continue to promote drug tip line usage among our citizens.
- Collaborate with other agencies involved in drug treatment and education.
- Identify other funding sources for innovative drug and crime reduction initiatives.
- Incorporate technology advancements into crime reduction and investigation strategies.
- Seek additional staffing.

CONFIDENTIAL

HUNT_00286735

# Report of Crime by City Council District 2012 - 2nd Quarter

## Huntington, West Virginia



## From April 1 to June 30

## Submitted July 9, 2012

## Huntington Police Department

CONFIDENTIAL

HUNT_00286736

The information in this report will give a basic description of the frequency of different types of criminal offenses in each city council district for the second quarter of 2012. Along with the actual numbers of offenses, it will also look at what percent of different crimes occur in each district.

The crime data has been pulled from the LG Crimes mapping software and not the AS400 Crimes database. The reason for this is due to how current City Council districts are drawn in the City of Huntington does not easily match up with the tab system the AS400 system uses. The LG mapping software allows us greater spatial data accuracy due to GIS data which gives us precise GPS location of council district boundaries. The GIS information on where the precise boundaries are has been provided by the GIS division of the City of Huntington's Development & Planning department, and should be considered accurate. One important note is that changes to the Precinct 1A and Precinct 1 that were approved in early 2012 have not yet been updated for the purposes of this report. Districts 1 and 2 should take this into account when looking at data from this report.

Although there is greater spatial accuracy, there are data completeness issues with using the LG mapping software, when looking at time periods farther back than five years. This is due to the accuracy of addresses entered into the system from previous years, and the ability of the software to find the correct location that the offense took place. The software has been able to match up a robust 86% of all criminal records in the system prior to 2011. Although this is a high percentage, any future time series analysis you may request may be slightly affected. Recently address verification has increased the completeness rate of data verification to around 93%, thus the data for 2012 should not be greatly affected. For this report comparing the

Page | 2

CONFIDENTIAL

HUNT_00286737

frequency of offenses and where they are located is considered more important than ensuing that every offense is captured.

The categories of crimes the report will look at will generally follow state UCR guidelines, along with federal UCR Part I violent crimes[1] and Part I property crimes[2] will be stated. Some of the state UCR definitions have been combined into one category. An example of this is larceny, which under state definition is broken into seven different types, but for this report they have been combined into one category. At the end of the report, data from the AS400 system will give a category called State UCR Classification which is incidents that must be captured for reporting purposes. A few examples of these types of incidents include recovered property, runaway juveniles, missing person, DOA, threats to a person, information reports, and obscene phone calls.

When looking at percentages you must remember that this shows how a certain category of crime is divided across the city, and that the total must equal 100%. With nine council districts the average distribution would be around 11% in each district. Percentages can also be misleading if there is a small number of occurrences in a particular category. An example you will see later in the report is 100% of all Fraud Credit Card/ATM occurring in district 7. This doesn't mean that there is a "problem" with credit card fraud in district 7, because looking at the actual number of offenses we see there was only one of those kinds of offense in the entire city, and it happened to be in district 7. So it would be wise to look at information provided as a whole to get a better picture of crime in each district.

---

[1] Violent Crimes are defined as Murder, Forcible Rape, Aggravated Assault, and Robbery.
[2] Property Crimes are defined as Burglary, Larceny, Motor Vehicle Theft, and Arson.

Page | 3

CONFIDENTIAL

HUNT_00286738

### City Council District 1

Overall district 1 has a lower than average crime rate in the City of Huntington. Like other districts larceny, burglary, and vandalism make up the greatest number of crimes in the district. The district represents 7.28% of all criminal reports in the city.

The violent crime category with the highest number of offenses is robbery with two offenses. This is a small decrease from 2011 when there was three robberies. There were no murders and forcible rapes in district 1 during the second quarter month of 2012. During 2011 there was also zero forcible rapes and murders. In 2011 there were four total violent crimes while in 2012 there were three. Drug crimes saw a small increase from 2011 to 2012 when there was none in 2011 and two in 2012.

Comparing 2011 to 2012 we see that Part I Property crimes are slightly up, 57 offenses to 64 offenses, and total offenses have slightly increases as well from 123 offenses to 130. Some notable categories of crime to look at include simple assaults which increases for five offenses to ten, and vandalism which decreased from twenty offenses to thirteen.

From a percentage standpoint the only category that stands out is larceny from a building, but that is due to the low number of total offenses in the city. Overall district 1 makes up 7.28% of all crime that has occurred in the City of Huntington in 2012. It made up 7.10% of all offenses in 2011. This is well below the 11% we would expect to see if crime was evenly distributed in each of the city council districts.

CONFIDENTIAL



*Location of District 1 Violent Offenses*

HUNT_00286740

### City Council District 2

District 2 has the most number of criminal offenses in the City of Huntington overall in the second quarter of 2012. It also has the highest number of other larceny offenses, simple assaults, vandalism, robberies, and DUI offenses in the City.

Robbery is the most frequent violent crime with six offenses in the second quarter of 2012. This accounts for 26.09% of all robberies in the entire city. Aggravated assaults have seen a dramatic drop and now only represent 6.25% of all aggravated assaults in the City. There were also no forcible rapes. Overall, violent crimes in the district are at a higher level, than if it was evenly distributed throughout the City. The Huntington Police Department has been aware of the violent crime issues the district has and has formulated a plan to help decrease drug and violent crime.[3]

The most frequent crime occurring in the district is all other offenses, larceny, and burglary. Although burglary offenses still have a high number of offenses there has been a slight decrease from 2011 to 2012. The "all other offenses" category saw a dramatic jump from fifty-three incidents to eighty-one. Sixteen of those were recovered property reports and four were information reports which represent a large number of incidents. Some other categories of note include; larceny from a vehicle/not parts[4] which saw a considerable decrease, and motor vehicle theft which was cut form ten offenses in 2011 to five in 2012.

---

[3] Within the LG Crimes and AS400 reports there is no record of any murders in the entire system, but one did occur on April 9th of this year when Otis Clay Jr. died due to injuries suffered when he was attacked with a baseball bat. The reason it does not show up was that it was originally categorized as an aggravated assault. When Mr. Clay died due to these injuries the charges were upgraded to murder, and due to a back log the case status in our system has not yet been updated. Edward "Jesse" Dreyfuse has been charged with murder and awaits trial.
[4] Most individuals would describe this as a car break-in.

HUNT_00286741

In recent years drug crimes have been a problem in the district. The area around the Coach's Inn and on 9th Street West has been particularly know for this type of activity. In the past year the Huntington Police department has formulated a long term strategy to deal with this issue. In the short term, traditional police strategies has brought about a 75% decrease in drug offenses from 2011 to 2012. In 2011 drug offenses in district 2 represented 28.57% of all drug offenses in the City. In 2012 it has dropped to 10.53%. We hope to sustain this progress with long term strategies that will be implemented in the near future.

Although the offenses is still higher than what is expected, we believe that we are making progress in cleaning up the West End of Huntington, and making District 2 a safer place to live.

CONFIDENTIAL



*Location of Drug Offenses District 2 – 2011*

CONFIDENTIAL



*Location of Drug Offenses District 2 – 2012*

HUNT_00286744



*Location of Robberies District 2*

CONFIDENTIAL

### *City Council District 3*

District 3 has also seen a greater number of offenses than other parts of the City of Huntington. In 2011 the district had the highest number of forcible rape, sex offenses, shoplifting, motor vehicle theft, forgery, prostitution, aggravated assaults, and robbery in 2011[5]. In 2012 the categories of crime which district 3 had the highest number of offenses are Larceny from a vehicle, motor vehicle theft, fraud, and vandalism. Comparing the list of 2011 and 2012 you can see that the violent crimes have been replaced by property crimes. The numbers show this as well, with a decrease in violent crimes from seventeen offenses to eight, while property crimes have slightly increased from 92 offenses to 108. The violent offenses have dropped a total of 53%.

When looking at specific categories of violent crimes, there have been five robberies, three aggravated assaults, zero forcible rapes and zero murders in the second quarter. Every category of violent crime in the district has dropped or remained flat comparing 2011 to 2012[6]. Although the number of violent offenses has decreased dramatically the percentages remain high due to the overall total of violent offenses the City of Huntington has seen in the second quarter of 2012.

Drug crimes have remained flat from 2011 to 2012 with both years have six offenses. In 2011 those six offenses represented 10.71% of all drug offenses in the City, while in 2012 the six offenses were 15.79% of all drug crimes in the City.

---

[5] It was tied with other districts in motor vehicle theft and aggravated assaults
[6] The only category that was flat was murders. There were zero in both 2011 and 2012.

HUNT_00286746



*Location of Violent Offenses District 3 – 2011*

HUNT_00286747



*Location of Violent Offenses District 3 – 2012*

HUNT_00286748

### City Council District 4

From a percentage standpoint, district 4 has an average amount of crime, and is about what one would expect if crime was evenly distributed throughout the City. From 2011 to 2012 there has been a small decrease in the number of violent crimes, while property crimes have seen a dramatic decrease. There was no crime category where district 4 held the most crimes[7].

There were a total of five violent crimes during the second quarter of 2012 which is a decrease from the eight it saw in 2011. This includes one robbery, three aggravated assaults, zero murders, and one forcible rape. From a percentage standpoint aggravated assaults (18.75%) is higher than what we would expect to see, but that is due to the total number of aggravated assaults in the City being so low.

Property Crimes saw a dramatic decrease with 103 in 2011 and only 67 in 2012. Every category of property crime decreased or remained flat. The biggest decrease came from larceny from a vehicle which decreased from 22 offenses to 8 offenses. The only category to remain flat was motor vehicle theft which had five offenses in both timeframes.

Drug crimes have seen a decrease in district 4 in 2012 with three offenses, which represent 7.89% of all drug offenses in the City. In 2011 there were eight drug offenses which represented 14.29%. Another category of note is "all other offenses" which saw an increase from 26 to 56 incidents. A large number of these include deceased individual (natural causes), recovered property, and information reports.

---

[7] It did tie with some other districts in Disorderly Conduct and Forcible Rape.

HUNT_00286749



*Location of Larceny from a Vehicle Offenses District 4 – 2011*

CONFIDENTIAL



*Location of Larceny from a Vehicle Offenses District 4 – 2012*

HUNT_00286751

*City Council District 5*

District 5 is a mix of increases and decreases in different categories of crimes. Overall offenses have increases from 223 total offenses to 257 total offenses. The district has the highest number of drug and aggravated assaults in the City. Violent crime has increased by two offenses with eight in 2011 and ten in 2012. Overall district 5 represents 14.40% of all offenses in Huntington, while 2011 it represented 12.87%, which is slightly higher than what is expected.

Violent crime categories have seen some mixed results in 2012. Murders decreased from one in 2011 to zero in 2012[8]. Forcible rapes increased from zero in 2011 to one in 2012. Aggravated assaults increased from two in 2011 to six in 2012. Finally robberies decreased from five in 2011 to three in 2012. District 5 represents 23.26% of all violent offenses in the City, which is the highest for any district. The reason for this is not a dramatic increase in violent crime, but an overall decrease of violent crime in the City[9].

Drug offenses in district 5 have been a problem for many years. Programs such and Weed and Seed and DMI have helped reduce drug and violent crimes over the past few years. In 2011 there were fifteen drug offenses during the second quarter. In 2012 the number remained the same with 15 drug offenses. The good news is that drug offenses have remained flat over the two time frames, and compared to previous years where that number would have been two to four times as many, it shows that progress has been made, and the work within the community in conjunction with the Huntington Police Department is being sustained. Looking at it from a percentage standpoint the picture becomes less clear. Drug offenses in district 5 represent 39.47% of all drug offenses in the City. The reason for this is due to the dramatic decrease in

---

[8] This report covers from April 1, 2012 – June 30, 2012. Thus the murder that occurred near 1243 18th Street on July 5, 2012 is not included in this report.
[9] Violent crime has decrease 46% from 2011 to 2012 during the second quarter when looking at the entire City.

CONFIDENTIAL

drug activity in district 2, which have screwed the numbers.  To demonstrate this even further, the same fifteen offense in 2011 represented 26.79% of all drug offenses in the City.  We will continue to watch this area with great care throughout 2012 to ensure that sections of district 5 do not return to being areas of high drug crime.

Other crime categories of note include; larceny from a vehicle which decreased from thirteen offenses to two offenses and arson offenses which increased for one in 2011 to seven in 2012.  As everyone is aware there has been a dramatic spike in the number of arsons that has occurred in Huntington in 2012.  The Huntington Police Department has been working hard with various agencies to help eliminate this problem.

CONFIDENTIAL

HUNT_00286753



*Location of Drug Offenses District 5*

CONFIDENTIAL

HUNT_00286754