

*Location of Violent Offenses District 5*

HUNT_00286755

*City Council District 6*

District 6 had lower than average crime in 2011 and has continued to see lower than average crime in 2012. There was no crime category where district 6 held the most crimes in the City. There has been a decrease in violent crime but there has been a slight increase in property crime and overall crime from 2011 to 2012. The violent crime decrease was driven by having zero aggravated assaults in 2012.

Violent crimes have decreased from 5 offenses in 2011 to 3 offenses in 2012. The 3 offenses represent 7% of all violent crime in the City of Huntington in 2012. Robbery is the most frequent violent offense in the district with two offenses. There were zero aggravated assaults, one forcible rape, and zero murders.

Larceny and all other offenses are the most frequent crimes that occur in district 6. The larceny offenses have seen a small increase from 2011 to 2012, but the "all other offenses" category increased from six offenses in 2011 to twenty-seven in 2012. Looking at what types of incidents these were various and included open door/window calls, deceased individual (natural causes), and recovered property incidents which drove this number up. In fact if the other offenses category would have remained flat, then the district would have had a total offense from 2011 to 2012 that would have been flat instead of a small increase.

CONFIDENTIAL



*Location of Larceny Offenses District 6*

HUNT_00286757

### *City Council District 7*

District 7 has lower than average crime rate and has seen a small decrease in crime from 2011 to 2012. There was no crime category where district 7 held the most crimes in the City. There has also been a small decrease in the number of violent and property crimes from 2011 to 2012.

There were four violent crimes in 2011 and three in 2012. Those five offenses were two robberies and one aggravated assault. There were zero murders and forcible rapes in the district. The two robberies represent 8.70% of all robberies in the City. Overall violent crime is very low in the district.

Property crimes saw a decrease with 69 offenses in 2011 and 59 in 2012. The decrease was driven by a 50% decrease in burglary offenses in 2012. Larceny from a vehicle offenses were exceptionally low in 2011 and remained low in 2012. Drug crimes also saw a small decrease from four offenses to three.

HUNT_00286758



*Location of Burglary Offenses District 7 – 2011*

CONFIDENTIAL                                    HUNT_00286759



*Location of Burglary Offenses District 7 – 2012*

CONFIDENTIAL

### *City Council District 8*

From a percentage perspective District 8 had slightly below average crime rate in 2011 and an average crime rate in 2012. There was no crime category where the district held the most crimes in the City, although it did tie for the most burglary offenses. There has been a small decrease in violent crime from 2011 to 2012. Overall crime has increased by 135 offenses to 182 offenses.

District 8's biggest problem is property crimes especially burglary offenses which has increased for 20 offenses to 48 offenses. We have been aware of this and information is provided to the entire department on a weekly basis to help prevent these offenses in the future. Larceny offenses have also increased with forty in 2011 and fifty-seven in 2012. Vandalism offenses, which have been a problem in the past, have decreased from thirteen offenses to seven. There was a small increase in motor vehicle thefts in 2012.

Recently there has been no major problems related to violent crime in district 8, and in 2012 that trend continues. Overall violent offences have decreased from five offenses in 2011 to two in 2012. Aggravated assaults remained flat with only one offense, while robberies decreased to one offense. There were no murders or forcible rapes during the second quarter of 2012. The two violent offenses in district 8 represent 4.65% of all violent offenses in the City.

CONFIDENTIAL

HUNT_00286761





*Location of Burglary Offenses District 8*

CONFIDENTIAL

*City Council District 9*

District 9 has the lowest average crime in 2011 and the lowest average crime in 2012. There was no crime category where district 9 held the most crimes in the City. Violent crime decreased from four offenses in 2011 to one offense in 2012.

The only violent offense in the second quarter of 2012 was a robbery. The crime category which saw the biggest decrease was aggravated assaults which went from three offenses to zero offenses. There were no murders or forcible rapes in 2011 or 2012.

Property crimes in district 9 have also seen a decrease from 2011 to 2012. Burglary offenses decreased from eleven offenses to nine. Larceny offenses decreased from twenty-five to eleven. Motor Vehicle Theft decreased from two in 2011 to one in 2012. Overall property crimes decreased from 39 offenses to 21 offenses.

Other crime categories of note include: simple assaults and drug crimes remained flat. Vandalism saw a significant decrease for 2011 to 2012.

HUNT_00286763



*Location of Simple Assaults Offenses District 9*

CONFIDENTIAL

HUNT_00286764

*City of Huntington*

Data from this section of the report will come from the AS400 instead of the LG mapping software. The reason for this is because we are no longer have to worry about spacial differences within the City of Huntington. Each software program handles the crime data in different ways, therefore the number may not add up perfectly, and some categories of crimes may not have been included in the report for each district.

Overall crime is down 3.2% city wide from 2011 to 2012 during the second quarter. Categories of crimes seeing a significant decrease in the number of offenses include; motor vehicle theft, drug offenses, and aggravated assault. Some categories of crime have had increases due to more enforcement instead of an actually increase in the number of offenses being committed. An example of these types of crimes is DUI. For over a year a federal grant has provided money for overtime to go after DUI offenses, thus the number of DUI offenses has increased 32.6%. Other crimes such as burglary and fraud – false pretenses/games have just seen legitimate increases. Arrests are also up 4.6% during the same time period. Some categories where arrests have increased include vandalism, DUI, and shoplifting.

There has also been a dramatic decrease in the number of violent offenses driven by a 39% decrease in the number of aggravated assaults. Robberies saw a decrease from 39 offenses to 35 offenses. There were also nine forcible rapes in 2011 and seven in 2012.

Generally property crimes have increased from 2011 to 2012. Burglaries increased from 252 offenses to 269 offenses. Under the larceny category; shoplifting increased 53.3% and other larceny offenses increased 13.0%. Arson offenses increased 144.4% from nine offenses in 2011

CONFIDENTIAL

to twenty-two offenses in 2012.  Property crimes that have seen a decrease include larceny from a vehicle and motor vehicle thefts.

A complete breakdown of each crime category and the difference between 2011 and 2012 is attached to the end of the report.

CONFIDENTIAL

HUNT_00286766



1. Westmoreland
2. West End
3. Downtown
4. South Side / Harveytown
5. Fairfield
6. South of Fairfield / Half Beverly Hills
7. Marcum Terrace Area
8. Highlawn / Part of Marshall
9. Guyandotte/Altizer

HUNT_00286767

CONFIDENTIAL

HUNT_00286768

**2012 2Q City Council Offenses by District - Number of Offenses - City of Huntington**

| Offenses Entire Year Numbers | District 1 2011 | District 1 2012 | District 2 2011 | District 2 2012 | District 3 2011 | District 3 2012 | District 4 2011 | District 4 2012 | District 5 2011 | District 5 2012 | District 6 2011 | District 6 2012 | District 7 2011 | District 7 2012 | District 8 2011 | District 8 2012 | District 9 2011 | District 9 2012 | City 2011 | City 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State UCR Classification | 17 | 6 | 37 | 8 | 27 | 13 | 10 | 8 | 23 | 8 | 13 | 1 | 18 | 6 | 8 | 6 | 8 | 4 | 161 | 60 |
| Murder & Non-Negligent Manslaughter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Homicide - Negligent Manslaughter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sex Offense - Forcible Rape | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 6 | 4 |
| Sex Offense - Forcible Sodomy | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sex Offense - Assault with a object | 1 | 1 | 1 | 3 | 2 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 6 | 9 |
| Sex Offense - Forcible Handling | 0 | 0 | 1 | 1 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 1 |
| Sex Offense - Statutory Rape | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Sex Offense - Incest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Burglary/Breaking & Entering | 21 | 28 | 52 | 48 | 18 | 26 | 29 | 21 | 23 | 26 | 11 | 16 | 38 | 19 | 20 | 48 | 11 | 9 | 223 | 241 |
| Larceny - Pocket-picking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Larceny - Purse-snatching | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Larceny - Shoplifting | 0 | 0 | 3 | 5 | 5 | 4 | 2 | 1 | 2 | 4 | 0 | 0 | 0 | 1 | 3 | 6 | 0 | 0 | 15 | 21 |
| Larceny - From Building | 3 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 3 |
| Larceny - From Coin-oprated Device | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Larceny - From Vehicle/Not Parts | 5 | 4 | 13 | 8 | 11 | 16 | 22 | 8 | 13 | 2 | 13 | 15 | 2 | 5 | 6 | 9 | 3 | 3 | 88 | 70 |
| Larceny - Of Motor Vehicle Part/Access | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Larceny - Other | 27 | 28 | 61 | 63 | 46 | 50 | 44 | 31 | 32 | 38 | 16 | 20 | 24 | 28 | 30 | 42 | 22 | 8 | 302 | 308 |
| Motor Vehicle Theft | 1 | 3 | 10 | 5 | 10 | 7 | 5 | 5 | 7 | 5 | 2 | 4 | 3 | 2 | 4 | 2 | 1 | 0 | 42 | 35 |
| Kidnapping/Abduction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Arson | 0 | 0 | 0 | 0 | 2 | 5 | 1 | 1 | 1 | 7 | 0 | 2 | 2 | 4 | 0 | 1 | 0 | 0 | 7 | 19 |
| Drug/Narcotics | 0 | 2 | 16 | 4 | 6 | 6 | 8 | 3 | 15 | 15 | 4 | 3 | 4 | 3 | 2 | 1 | 1 | 1 | 56 | 38 |
| Drug Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Bribery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Embezzlement | 0 | 0 | 1 | 1 | 4 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 7 | 5 |
| Fraud - False Pretences/Games | 2 | 3 | 7 | 3 | 7 | 11 | 4 | 3 | 1 | 4 | 1 | 1 | 1 | 2 | 5 | 8 | 2 | 0 | 30 | 35 |
| Fraud Credit Card/ATM | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 3 | 1 |
| Fraud - Impersonation | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 7 | 2 |
| Fraud - Welfare Fraud | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fraud - Wire Fraud | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Counterfeit/Forgery | 1 | 1 | 4 | 3 | 9 | 6 | 4 | 5 | 4 | 1 | 2 | 1 | 0 | 2 | 0 | 1 | 0 | 0 | 24 | 19 |
| Extortion/Blackmail | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prostitution | 0 | 0 | 2 | 5 | 6 | 4 | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 12 | 10 |
| Prostitution - Promoting/Assisting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stolen Property | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggravated Assault | 1 | 1 | 5 | 1 | 5 | 3 | 4 | 3 | 2 | 6 | 3 | 0 | 0 | 1 | 1 | 1 | 3 | 0 | 24 | 16 |
| Simple Assault | 5 | 10 | 46 | 41 | 25 | 26 | 19 | 17 | 19 | 35 | 8 | 8 | 22 | 29 | 16 | 16 | 14 | 14 | 174 | 196 |
| Intimidation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 |
| Destruction/Damage/Vandalism | 20 | 13 | 34 | 40 | 22 | 48 | 17 | 14 | 25 | 25 | 7 | 8 | 15 | 14 | 13 | 7 | 10 | 0 | 163 | 169 |
| Robbery | 3 | 2 | 7 | 6 | 9 | 5 | 4 | 1 | 5 | 3 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 36 | 23 |
| Bad Check | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weapon Law Violation | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 |
| Disorderly Conduct | 0 | 2 | 6 | 7 | 4 | 1 | 3 | 7 | 3 | 2 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 18 | 24 |
| Driving Under the Influence | 2 | 6 | 17 | 22 | 12 | 15 | 11 | 12 | 4 | 10 | 5 | 2 | 3 | 3 | 3 | 5 | 2 | 1 | 59 | 76 |
| Drunkenness | 2 | 0 | 6 | 5 | 5 | 4 | 5 | 2 | 0 | 1 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 21 | 14 |
| Family Offenses, Nonviolent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Liquor Law Violations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Runaway | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Peeping Tom | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Trespass of Real Property | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| All Other Offenses | 10 | 19 | 53 | 81 | 48 | 78 | 26 | 56 | 39 | 61 | 6 | 27 | 27 | 23 | 17 | 24 | 8 | 11 | 234 | 380 |
| | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | **123** | **130** | **384** | **362** | **291** | **334** | **223** | **202** | **223** | **257** | **96** | **114** | **168** | **147** | **135** | **182** | **90** | **57** | **1733** | **1785** |
| Part I Violent Offenses | 4 | 3 | 12 | 8 | 17 | 8 | 8 | 5 | 8 | 10 | 5 | 3 | 4 | 3 | 5 | 2 | 4 | 1 | 67 | 43 |
| Part I Property Offenses | 57 | 64 | 139 | 130 | 92 | 108 | 103 | 67 | 78 | 83 | 42 | 57 | 69 | 59 | 62 | 109 | 39 | 21 | 681 | 698 |

| | |
|---|---|
| Total Part I Violent Offenses 2011 | 67 |
| Total Part I Violent Offenses 2012 | 43 |
| Total Part I Property Offenses 2011 | 681 |
| Total Part I Property Offenses 2012 | 698 |

## Offenses by Category and City Council District - 2011 - 2Q

| Offenses Entire Year Numbers | District 1 2011 | District 2 2011 | District 3 2011 | District 4 2011 | District 5 2011 | District 6 2011 | District 7 2011 | District 8 2011 | District 9 2011 | City 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| State UCR Classification | 17 | 37 | 27 | 10 | 23 | 13 | 18 | 8 | 8 | 161 |
| Murder & Non-Negligent Manslaughter | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Homicide - Negligent Manslaughter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sex Offense - Forcible Rape | 0 | 0 | 3 | 0 | 0 | 0 | 1 | 2 | 0 | 6 |
| Sex Offense - Forcible Sodomy | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sex Offense - Assault with a object | 1 | 1 | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 6 |
| Sex Offense - Forcible Handling | 0 | 1 | 2 | 1 | 0 | 0 | 1 | 0 | 0 | 5 |
| Sex Offense - Statutory Rape | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Sex Offense - Incest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Burglary/Breaking & Entering | 21 | 52 | 18 | 29 | 23 | 11 | 38 | 20 | 11 | 223 |
| Larceny - Pocket-picking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Larceny - Purse-snatching | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Larceny - Shoplifting | 0 | 3 | 5 | 2 | 2 | 0 | 0 | 3 | 0 | 15 |
| Larceny - From Building | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 |
| Larceny - From Coin-oprated Device | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Larceny - From Vehicle/Not Parts | 5 | 13 | 11 | 22 | 13 | 13 | 2 | 6 | 3 | 88 |
| Lacreny - Of Motor Vehicle Part/Access | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Larceny - Other | 27 | 61 | 46 | 44 | 32 | 16 | 24 | 30 | 22 | 302 |
| Motor Vehicle Theft | 1 | 10 | 10 | 5 | 7 | 2 | 3 | 2 | 2 | 42 |
| Kidnapping/Abduction | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Arson | 0 | 0 | 2 | 1 | 1 | 0 | 2 | 0 | 1 | 7 |
| Drug/Narcotics | 0 | 16 | 6 | 8 | 15 | 4 | 4 | 2 | 1 | 56 |
| Drug Equipment | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Bribery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Embezzlement | 0 | 1 | 4 | 0 | 0 | 0 | 0 | 1 | 1 | 7 |
| Fraud - False Pretences/Games | 2 | 7 | 7 | 4 | 1 | 1 | 1 | 5 | 2 | 30 |
| Fraud Credit Card/ATM | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 3 |
| Fraud - Impersonation | 0 | 1 | 2 | 1 | 1 | 0 | 0 | 1 | 1 | 7 |
| Fraud - Welfare Fraud | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fraud - Wire Fraud | 0 | 0 | 0 | 0 | -0 | 0 | 0 | 0 | 0 | 0 |
| Counterfeit/Forgery | 1 | 4 | 9 | 4 | 4 | 2 | 0 | 0 | 0 | 24 |
| Extortion/Blackmail | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prostitution | 0 | 2 | 6 | 2 | 1 | 1 | 0 | 0 | 0 | 12 |
| Prostitution- Promoting/Assisting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stolen Property | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Aggravated Assault | 1 | 5 | 5 | 4 | 2 | 3 | 0 | 1 | 3 | 24 |
| Simple Assault | 5 | 46 | 25 | 19 | 19 | 8 | 22 | 16 | 14 | 174 |
| Intimidation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Destruction/Damage/Vandalism | 20 | 34 | 22 | 17 | 25 | 7 | 15 | 13 | 10 | 163 |
| Robbery | 3 | 7 | 9 | 4 | 5 | 2 | 3 | 2 | 1 | 36 |
| Bad Check | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weapon Law Violation | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Disorderly Conduct | 0 | 6 | 4 | 3 | 3 | 0 | 1 | 1 | 0 | 18 |
| Driving Under the Influence | 2 | 17 | 12 | 11 | 4 | 5 | 3 | 3 | 2 | 59 |
| Drunkenness | 2 | 6 | 5 | 5 | 0 | 2 | 1 | 0 | 0 | 21 |
| Family Offenses, Nonviolent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Liquor Law Violations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Runaway | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Peeping Tom | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Trespass of Real Property | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| All Other Offenses | 10 | 53 | 48 | 26 | 39 | 6 | 27 | 17 | 8 | 234 |
| **TOTAL** | 123 | 384 | 291 | 223 | 223 | 96 | 168 | 135 | 90 | 1733 |
| Part I Violent Offenses | 4 | 12 | 17 | 8 | 8 | 5 | 4 | 5 | 4 | 67 |
| Part I Property Offenses | 57 | 139 | 92 | 103 | 78 | 42 | 69 | 62 | 39 | 681 |

CONFIDENTIAL

## Offenses by Category and City Council District - 2012 - 2Q

| Offenses Entire Year Numbers | District 1 2012 | District 2 2012 | District 3 2012 | District 4 2012 | District 5 2012 | District 6 2012 | District 7 2012 | District 8 2012 | District 9 2012 | City 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| State UCR Classification | 6 | 8 | 13 | 8 | 8 | 1 | 6 | 6 | 4 | 60 |
| Murder & Non-Negligent Manslaughter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Homicide - Negligent Manslaughter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sex Offense - Forcible Rape | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 4 |
| Sex Offense - Forcible Sodomy | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sex Offense - Assault with a object | 1 | 3 | 2 | 1 | 0 | 0 | 1 | 1 | 0 | 9 |
| Sex Offense - Forcible Handling | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Sex Offense - Statutory Rape | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sex Offense - Incest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Burglary/Breaking & Entering | 28 | 48 | 26 | 21 | 26 | 16 | 19 | 48 | 9 | 241 |
| Larceny - Pocket-picking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Larceny - Purse-snatching | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Larceny - Shoplifting | 0 | 5 | 4 | 1 | 4 | 0 | 1 | 6 | 0 | 21 |
| Larceny - From Building | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| Larceny - From Coin-oprated Device | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Larceny - From Vehicle/Not Parts | 4 | 8 | 16 | 8 | 2 | 15 | 5 | 9 | 3 | 70 |
| Lacreny - Of Motor Vehicle Part/Access | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Larceny - Other | 28 | 63 | 50 | 31 | 38 | 20 | 28 | 42 | 8 | 308 |
| Motor Vehicle Theft | 3 | 5 | 7 | 5 | 5 | 4 | 1 | 4 | 1 | 35 |
| Kidnapping/Abduction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arson | 0 | 0 | 5 | 1 | 7 | 2 | 4 | 0 | 0 | 19 |
| Drug/Narcotics | 2 | 4 | 6 | 3 | 15 | 3 | 3 | 1 | 1 | 38 |
| Drug Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bribery | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Embezzlement | 0 | 1 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 5 |
| Fraud - False Pretences/Games | 3 | 3 | 11 | 3 | 4 | 1 | 2 | 8 | 0 | 35 |
| Fraud Credit Card/ATM | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Fraud - Impersonation | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 2 |
| Fraud - Welfare Fraud | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fraud - Wire Fraud | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Counterfeit/Forgery | 1 | 3 | 6 | 5 | 1 | 1 | 1 | 1 | 0 | 19 |
| Extortion/Blackmail | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prostitution | 0 | 5 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 10 |
| Prostitution- Promoting/Assisting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stolen Property | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Aggravated Assault | 1 | 1 | 3 | 3 | 6 | 0 | 1 | 1 | 0 | 16 |
| Simple Assault | 10 | 41 | 26 | 17 | 35 | 8 | 29 | 16 | 14 | 196 |
| Intimidation | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 2 |
| Destruction/Damage/Vandalism | 13 | 40 | 48 | 14 | 25 | 8 | 14 | 7 | 0 | 169 |
| Robbery | 2 | 6 | 5 | 1 | 3 | 2 | 2 | 1 | 1 | 23 |
| Bad Check | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weapon Law Violation | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 2 |
| Disorderly Conduct | 2 | 7 | 1 | 7 | 2 | 2 | 1 | 0 | 2 | 24 |
| Driving Under the Influence | 6 | 22 | 15 | 12 | 10 | 2 | 3 | 5 | 1 | 76 |
| Drunkenness | 0 | 5 | 4 | 2 | 1 | 1 | 0 | 1 | 0 | 14 |
| Family Offenses, Nonviolent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Liquor Law Violations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Runaway | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Peeping Tom | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Trespass of Real Property | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| All Other Offenses | 19 | 81 | 78 | 56 | 61 | 27 | 23 | 24 | 11 | 380 |
| | | | | | | | | | | |
| **TOTAL** | 130 | 362 | 334 | 202 | 257 | 114 | 147 | 182 | 57 | 1785 |
| | | | | | | | | | | |
| **Part I Violent Offenses** | 3 | 8 | 8 | 5 | 10 | 3 | 3 | 2 | 1 | 43 |
| **Part I Property Offenses** | 64 | 130 | 108 | 67 | 83 | 57 | 59 | 109 | 21 | 698 |

CONFIDENTIAL

## Percents by Category and City Council District - 2011 - 2Q

| Offenses Percents 2010 | District 1 2011 | District 2 2011 | District 3 2011 | District 4 2011 | District 5 2011 | District 6 2011 | District 7 2011 | District 8 2011 | District 9 2011 | City 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| State UCR Classification | 10.56% | 22.98% | 16.77% | 6.21% | 14.29% | 8.07% | 11.18% | 4.97% | 4.97% | 100.00% |
| Murder & Non-Negligent Manslaughter | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Homicide - Negligent Manslaughter | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Sex Offense - Forcible Rape | 0.00% | 0.00% | 50.00% | 0.00% | 0.00% | 0.00% | 16.67% | 33.33% | 0.00% | 100.00% |
| Sex Offense - Forcible Sodomy | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Sex Offense - Assault with a object | 16.67% | 16.67% | 33.33% | 0.00% | 16.67% | 0.00% | 16.67% | 0.00% | 0.00% | 100.00% |
| Sex Offense - Forcible Handling | 0.00% | 20.00% | 40.00% | 20.00% | 0.00% | 0.00% | 20.00% | 0.00% | 0.00% | 100.00% |
| Sex Offense - Statutory Rape | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Sex Offense - Incest | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Burglary/Breaking & Entering | 9.42% | 23.32% | 8.07% | 13.00% | 10.31% | 4.93% | 17.04% | 8.97% | 4.93% | 100.00% |
| Larceny - Pocket-picking | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Larceny - Purse-snatching | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Larceny - Shoplifting | 0.00% | 20.00% | 33.33% | 13.33% | 13.33% | 0.00% | 0.00% | 20.00% | 0.00% | 100.00% |
| Larceny - From Building | 75.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 25.00% | 0.00% | 100.00% |
| Larceny - From Coin-operated Device | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Larceny - From Vehicle/Not Parts | 5.68% | 14.77% | 12.50% | 25.00% | 14.77% | 14.77% | 2.27% | 6.82% | 3.41% | 100.00% |
| Larceny - Of Motor Vehicle Part/Access | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Larceny - Other | 8.94% | 20.20% | 15.23% | 14.57% | 10.60% | 5.30% | 7.95% | 9.93% | 7.28% | 100.00% |
| Motor Vehicle Theft | 2.38% | 23.81% | 23.81% | 11.90% | 16.67% | 4.76% | 7.14% | 4.76% | 4.76% | 100.00% |
| Kidnapping/Abduction | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 100.00% |
| Arson | 0.00% | 0.00% | 28.57% | 14.29% | 14.29% | 0.00% | 28.57% | 0.00% | 14.29% | 100.00% |
| Drug/Narcotics | 0.00% | 28.57% | 10.71% | 14.29% | 26.79% | 7.14% | 7.14% | 3.57% | 1.79% | 100.00% |
| Drug Equipment | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Bribery | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Embezzlement | 0.00% | 14.29% | 57.14% | 0.00% | 0.00% | 0.00% | 0.00% | 14.29% | 14.29% | 100.00% |
| Fraud - False Pretences/Games | 6.67% | 23.33% | 23.33% | 13.33% | 3.33% | 3.33% | 3.33% | 16.67% | 6.67% | 100.00% |
| Fraud Credit Card/ATM | 0.00% | 33.33% | 33.33% | 0.00% | 0.00% | 0.00% | 0.00% | 33.33% | 0.00% | 100.00% |
| Fraud - Impersonation | 0.00% | 14.29% | 28.57% | 14.29% | 14.29% | 0.00% | 0.00% | 14.29% | 14.29% | 100.00% |
| Fraud - Welfare Fraud | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Fraud - Wire Fraud | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Counterfeit/Forgery | 4.17% | 16.67% | 37.50% | 16.67% | 16.67% | 8.33% | 0.00% | 0.00% | 0.00% | 100.00% |
| Extortion/Blackmail | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Prostitution | 0.00% | 16.67% | 50.00% | 16.67% | 8.33% | 8.33% | 0.00% | 0.00% | 0.00% | 100.00% |
| Prostitution- Promoting/Assisting | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Stolen Property | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Aggravated Assault | 4.17% | 20.83% | 20.83% | 16.67% | 8.33% | 12.50% | 0.00% | 4.17% | 12.50% | 100.00% |
| Simple Assault | 2.87% | 26.44% | 14.37% | 10.92% | 10.92% | 4.60% | 12.64% | 9.20% | 8.05% | 100.00% |
| Intimidation | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Destruction/Damage/Vandalism | 12.27% | 20.86% | 13.50% | 10.43% | 15.34% | 4.29% | 9.20% | 7.98% | 6.13% | 100.00% |
| Robbery | 8.33% | 19.44% | 25.00% | 11.11% | 13.89% | 5.56% | 8.33% | 5.56% | 2.78% | 100.00% |
| Bad Check | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Weapon Law Violation | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Disorderly Conduct | 0.00% | 33.33% | 22.22% | 16.67% | 16.67% | 0.00% | 5.56% | 5.56% | 0.00% | 100.00% |
| Driving Under the Influence | 3.39% | 28.81% | 20.34% | 18.64% | 6.78% | 8.47% | 5.08% | 5.08% | 3.39% | 100.00% |
| Drunkenness | 9.52% | 28.57% | 23.81% | 23.81% | 0.00% | 9.52% | 4.76% | 0.00% | 0.00% | 100.00% |
| Family Offenses, Nonviolent | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Liquor Law Violations | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Runaway | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Peeping Tom | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Trespass of Real Property | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| All Other Offenses | 4.27% | 22.65% | 20.51% | 11.11% | 16.67% | 2.56% | 11.54% | 7.26% | 3.42% | 100.00% |
| | | | | | | | | | | |
| *TOTAL* | 7.10% | 22.16% | 16.79% | 12.87% | 12.87% | 5.54% | 9.69% | 7.79% | 5.19% | 100.00% |
| | | | | | | | | | | |
| Part I Violent Offenses | 5.97% | 17.91% | 25.37% | 11.94% | 11.94% | 7.46% | 5.97% | 7.46% | 5.97% | 100.00% |
| Part I Property Offenses | 8.37% | 20.41% | 13.51% | 15.12% | 11.45% | 6.17% | 10.13% | 9.10% | 5.73% | 100.00% |

HUNT_00286771

## Percents by Category and City Council District - 2012 - 2Q

| Offenses Percents 2011 | District 1 2012 | District 2 2012 | District 3 2012 | District 4 2012 | District 5 2012 | District 6 2012 | District 7 2012 | District 8 2012 | District 9 2012 | City 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| State UCR Classification | 10.00% | 13.33% | 21.67% | 13.33% | 13.33% | 1.67% | 10.00% | 10.00% | 6.67% | 100.00% |
| Murder & Non-Negligent Manslaughter | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Homicide - Negligent Manslaughter | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Sex Offense - Forcible Rape | 0.00% | 25.00% | 0.00% | 25.00% | 25.00% | 25.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Sex Offense - Forcible Sodomy | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Sex Offense - Assault with a object | 11.11% | 33.33% | 22.22% | 11.11% | 0.00% | 0.00% | 11.11% | 11.11% | 0.00% | 100.00% |
| Sex Offense - Forcible Handling | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Sex Offense - Statutory Rape | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Sex Offense - Incest | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Burglary/Breaking & Entering | 11.62% | 19.92% | 10.79% | 8.71% | 10.79% | 6.64% | 7.88% | 19.92% | 3.73% | 100.00% |
| Larceny - Pocket-picking | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Larceny - Purse-snatching | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 100.00% |
| Larceny - Shoplifting | 0.00% | 23.81% | 19.05% | 4.76% | 19.05% | 0.00% | 4.76% | 28.57% | 0.00% | 100.00% |
| Larceny - From Building | 33.33% | 33.33% | 0.00% | 0.00% | 33.33% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Larceny - From Coin-oprated Device | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Larceny - From Vehicle/Not Parts | 5.71% | 11.43% | 22.86% | 11.43% | 2.86% | 21.43% | 7.14% | 12.86% | 4.29% | 100.00% |
| Larceny - Of Motor Vehicle Part/Access | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Larceny - Other | 9.09% | 20.45% | 16.23% | 10.06% | 12.34% | 6.49% | 9.09% | 13.64% | 2.60% | 100.00% |
| Motor Vehicle Theft | 8.57% | 14.29% | 20.00% | 14.29% | 14.29% | 11.43% | 2.86% | 11.43% | 2.86% | 100.00% |
| Kidnapping/Abduction | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Arson | 0.00% | 0.00% | 26.32% | 5.26% | 36.84% | 10.53% | 21.05% | 0.00% | 0.00% | 100.00% |
| Drug/Narcotics | 5.26% | 10.53% | 15.79% | 7.89% | 39.47% | 7.89% | 7.89% | 2.63% | 2.63% | 100.00% |
| Drug Equipment | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Bribery | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Embezzlement | 0.00% | 20.00% | 60.00% | 20.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Fraud - False Pretences/Games | 8.57% | 8.57% | 31.43% | 8.57% | 11.43% | 2.86% | 5.71% | 22.86% | 0.00% | 100.00% |
| Fraud Credit Card/ATM | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 100.00% |
| Fraud - Impersonation | 0.00% | 0.00% | 50.00% | 0.00% | 50.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Fraud - Welfare Fraud | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Fraud - Wire Fraud | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Counterfeit/Forgery | 5.26% | 15.79% | 31.58% | 26.32% | 5.26% | 5.26% | 5.26% | 5.26% | 0.00% | 100.00% |
| Extortion/Blackmail | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Prostitution | 0.00% | 50.00% | 40.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 10.00% | 100.00% |
| Prostitution- Promoting/Assisting | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Stolen Property | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Aggravated Assault | 6.25% | 6.25% | 18.75% | 18.75% | 37.50% | 0.00% | 6.25% | 6.25% | 0.00% | 100.00% |
| Simple Assault | 5.10% | 20.92% | 13.27% | 8.67% | 17.86% | 4.08% | 14.80% | 8.16% | 7.14% | 100.00% |
| Intimidation | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | 50.00% | 0.00% | 100.00% |
| Destruction/Damage/Vandalism | 7.69% | 23.67% | 28.40% | 8.28% | 14.79% | 4.73% | 8.28% | 4.14% | 0.00% | 100.00% |
| Robbery | 8.70% | 26.09% | 21.74% | 4.35% | 13.04% | 8.70% | 8.70% | 4.35% | 4.35% | 100.00% |
| Bad Check | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Weapon Law Violation | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | 0.00% | 0.00% | 0.00% | 50.00% | 100.00% |
| Disorderly Conduct | 8.33% | 29.17% | 4.17% | 29.17% | 8.33% | 8.33% | 4.17% | 0.00% | 8.33% | 100.00% |
| Driving Under the Influence | 7.89% | 28.95% | 19.74% | 15.79% | 13.16% | 2.63% | 3.95% | 6.58% | 1.32% | 100.00% |
| Drunkenness | 0.00% | 35.71% | 28.57% | 14.29% | 7.14% | 7.14% | 0.00% | 7.14% | 0.00% | 100.00% |
| Family Offenses, Nonviolent | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Liquor Law Violations | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Runaway | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Peeping Tom | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Trespass of Real Property | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| All Other Offenses | 5.00% | 21.32% | 20.53% | 14.74% | 16.05% | 7.11% | 6.05% | 6.32% | 2.89% | 100.00% |
| | | | | | | | | | | |
| **TOTAL** | 7.28% | 20.28% | 18.71% | 11.32% | 14.40% | 6.39% | 8.24% | 10.20% | 3.19% | 100.00% |
| | | | | | | | | | | |
| **Part I Violent Offenses** | 6.98% | 18.60% | 18.60% | 11.63% | 23.26% | 6.98% | 6.98% | 4.65% | 2.33% | 100.00% |
| **Part I Property Offenses** | 9.17% | 18.62% | 15.47% | 9.60% | 11.89% | 8.17% | 8.45% | 15.62% | 3.01% | 100.00% |

HUNT_00286772



Total Criminal Incidents By District 2011 - 2Q

District 1 2011
District 2 2011
District 3 2011
District 4 2011
District 5 2011
District 6 2011
District 7 2011
District 8 2011
District 9 2011

HUNT_00286773



CONFIDENTIAL

```
Date/Time:  7/08/12 / 21:07:50
-----------------------------------------------------------------------
Program: CMS715          HUNTINGTON POLICE DEPARTMENT          Page:    1
                        Summary Monthly Activity Report
-----------------------------------------------------------------------

Officer...........: *ALL
Beat Assignment...: *ALL
Map Reference.....: *ALL

** Offense **
                                     4/01/11      4/01/12      Percent
State UCR Classification             6/30/11      6/30/12      Change
* State UCR Classification *             187           70        62.5-
Murder & Non-Negligent Manslaughter        1            0       100.0-
Sex Offense-Forcible Rape                  9            7        22.2-
Sex Offense-Assault with object            6           14       133.3
Sex Offense-Forcible Handling              6            1        83.3-
Sex Offense-Statutory Rape                 2            0       100.0-
Burglary/Breaking & Entering             252          269         6.7
Larceny - Purse-snatching                  0            1         *
Larceny - Shoplifting                     15           23        53.3
Larceny - From Building                    6            5        16.6-
Larceny - From Vehicle/Not Parts         105           95         9.5-
Larceny-Of Motor Veh Part/Acces            0            1         *
Larceny - Other                          336          380        13.0
Motor Vehicle Theft                       51           40        21.5-
Kidnapping/Abduction                       2            2          .0
Arson                                      9           22       144.4
Drug/Narcotics                            71           55        22.5-
Drug Equipment                             1            0       100.0-
Embezzlement                               8            7        12.5-
Fraud - False Pretenses/Games             34           42        23.5
Fraud - Credit Card/ATM                    4            3        25.0-
Fraud - Impersonation                      8            5        37.5-
Counterfeit/Forgery                       27           22        18.5-
Prostitution                              18           13        27.7-
Stolen Property                            1            1          .0
Aggravated Assault                        26           16        38.4-
Simple Assault                           217          226         4.1
Intimidation                               0            2         *
Destruction/Damage/Vandalism             186          203         9.1
Robbery                                   39           35        10.2-
Weapon Law Violation                       2            3        50.0
Disorderly Conduct                        22           28        27.2
Driving Under the Influence               92          122        32.6
Drunkenness                               36           19        47.2-
All Other Offenses                       281          261         7.1-
Total Number of Offense Records ==>     2,060        1,993        3.2-
```

CONFIDENTIAL

```
Date/Time:  7/08/12 / 21:07:50
--------------------------------------------------------------------------
Program: CMS715            HUNTINGTON POLICE DEPARTMENT            Page:    2
                         Summary Monthly Activity Report
--------------------------------------------------------------------------


** Arrest Charges **
                                    4/01/11       4/01/12       Percent
State UCR Classification            6/30/11       6/30/12       Change
Sex Offense-Forcible Handling             2             1          50.0-
Burglary/Breaking & Entering             45            33          26.6-
Larceny - Purse-snatching                 1             0         100.0-
Larceny - Shoplifting                    30            65         116.6
Larceny - Other                          34            28          17.6-
Motor Vehicle Theft                       8             7          12.5-
Kidnapping/Abduction                      0             1          *
Arson                                     4             3          25.0-
Drug/Narcotics                          213           218           2.3
Drug Equipment                           62            66           6.4
Embezzlement                              3             0         100.0-
Fraud - False Pretenses/Games             4             3          25.0-
Fraud - Credit Card/ATM                   0             3          *
Fraud - Wire Fraud                        1             0         100.0-
Counterfeit/Forgery                      13             9          30.7-
Prostitution                             17            18           5.8
Prostitution-Promoting/Assisting          1             0         100.0-
Stolen Property                          37            22          40.5-
Aggravated Assault                       15             6          60.0-
Simple Assault                          114           126          10.5
Destruction/Damage/Vandalism             18            25          38.8
Robbery                                  24             9          62.5-
Weapon Law Violation                     39            28          28.2-
Bad Checks                               16            18          12.5
Disorderly Conduct                       64            65           1.5
Driving Under the Influence             100           147          47.0
Drunkenness                              77            84           9.0
Liquor Law Violations                    71            77           8.4
Trespass of Real Property                29            26          10.3-
All Other Offenses                      414           436           5.3
Total Number of Arrest Charges ===>   1,456         1,524           4.6


Note:  '*' indicates calculation could not be performed.
```

CONFIDENTIAL

HUNT_00286776