| | |
|---|---|
| **From:** | Phipps, Kelly E. (CIV) <Kelly.E.Phipps@usdoj.gov> |
| **Sent:** | Friday, October 9, 2020 12:57 PM |
| **To:** | Singer, Linda |
| **Cc:** | 'Track2OpioidDefendants@reedsmith.com'; Paul Farrell Jr; Kearse, Anne; Deyneka, Natalie; Sobotkin, David M. (CIV); Hoerner, Jonathan K. (CIV); Westfall, Fred (USAWVS) |
| **Subject:** | RE: EXTERNAL-RE: 20200925 LSinger Letter to DOJ |

Counsel,

The DEA has reviewed Plaintiffs' September 25 letter requesting additional information from DEA beyond that provided by the DEA's 30(b)(6) witness, Tom Prevoznik, during his three-day deposition in the MDL.  As the DOJ stated when it met and conferred with both parties on October 2, Discovery in MDL Track Two is closed, and Mr. Prevoznik's deposition testimony speaks for itself. Accordingly, the DEA declines to provide the requested information at this time.

Regards,

Kelly Phipps
Trial Attorney
U.S. Department of Justice, Civil Division
Commercial Litigation Branch, Fraud Section
Three Constitution Square
175 N Street, NE  Room 9.1817
Washington, DC 20002
tel. 202.353.1284
kelly.e.phipps@usdoj.gov

**From:** Singer, Linda <lsinger@motleyrice.com>
**Sent:** Friday, October 09, 2020 9:24 AM
**To:** Phipps, Kelly E. (CIV) <kphipps@CIV.USDOJ.GOV>
**Cc:** 'Track2OpioidDefendants@reedsmith.com' <Track2OpioidDefendants@reedsmith.com>; Paul Farrell Jr <paul@farrell.law>; Kearse, Anne <akearse@motleyrice.com>; Deyneka, Natalie <nDeyneka@motleyrice.com>; Sobotkin, David M. (CIV) <dsobotki@CIV.USDOJ.GOV>; Hoerner, Jonathan K. (CIV) <jhoerner@CIV.USDOJ.GOV>; Westfall, Fred (USAWVS) <FWestfall@usa.doj.gov>
**Subject:** RE: EXTERNAL-RE: 20200925 LSinger Letter to DOJ


Counsel,

We have not heard from the DOJ on this issue and the CT2 trial begins in 10 days.  Can you please let us know when we can expect a response?  Otherwise, we may need to raise this issue directly with the Court.

Thanks so much,
Linda

**Linda Singer** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 1001 | Washington, DC 20004
o. 202.386.9626 x5626 | f. 202.386.9622 | lsinger@motleyrice.com

**From:** Phipps, Kelly E. (CIV) <Kelly.E.Phipps@usdoj.gov>
**Sent:** Friday, September 25, 2020 2:48 PM
**To:** Steele, Angelica <asteele@motleyrice.com>
**Cc:** 'Track2OpioidDefendants@reedsmith.com' <Track2OpioidDefendants@reedsmith.com>; Paul Farrell Jr <paul@farrell.law>; Kearse, Anne <akearse@motleyrice.com>; Singer, Linda <lsinger@motleyrice.com>; Deyneka, Natalie <nDeyneka@motleyrice.com>; Sobotkin, David M. (CIV) <David.M.Sobotkin@usdoj.gov>; Hoerner, Jonathan K. (CIV) <Jonathan.K.Hoerner@usdoj.gov>; Westfall, Fred (USAWVS) <Fred.Westfall@usdoj.gov>
**Subject:** EXTERNAL-RE: 20200925 LSinger Letter to DOJ

Thank you for this correspondence.  DOJ, on behalf of DEA, would appreciate the opportunity to meet and confer with both parties as we consider Plaintiffs' request.  Would counsel for Plaintiffs and Defendants please let us know some windows of time toward the end of next week that would work for both parties?

Best,

Kelly Phipps
Trial Attorney
U.S. Department of Justice, Civil Division
Commercial Litigation Branch, Fraud Section
Three Constitution Square
175 N Street, NE  Room 9.1817
Washington, DC 20002
tel. 202.353.1284
kelly.e.phipps@usdoj.gov

---

**From:** Steele, Angelica <asteele@motleyrice.com>
**Sent:** Friday, September 25, 2020 2:23 PM
**To:** Phipps, Kelly E. (CIV) <kphipps@CIV.USDOJ.GOV>
**Cc:** 'Track2OpioidDefendants@reedsmith.com' <Track2OpioidDefendants@reedsmith.com>; Paul Farrell Jr <paul@farrell.law>; Kearse, Anne <akearse@motleyrice.com>; Singer, Linda <lsinger@motleyrice.com>; Deyneka, Natalie <nDeyneka@motleyrice.com>; Sobotkin, David M. (CIV) <dsobotki@CIV.USDOJ.GOV>; Hoerner, Jonathan K. (CIV) <jhoerner@CIV.USDOJ.GOV>
**Subject:** 20200925 LSinger Letter to DOJ


Good Afternoon,

Please see the attached correspondence on behalf of Linda Singer.

**Angelica Steele** | Executive Assistant | Motley Rice LLC
401 9th St. NW, Suite 1001 | Washington, DC 20004
o. 202.738.8921 | f. 843.216.5370 | asteele@motleyrice.com


Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.