# EXHIBIT D

Ex. D - Plaintiffs' Expert Witness K. Keyes Transcript of Deposition (October 30, 2020)
[FILED UNDER SEAL]

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF KATHERINE KEYES

2060370.1