# EXHIBIT F

Ex. F - Plaintiffs' Expert Witness K. Keyes Deposition, exhibit 10 (October 30, 2020)
[FILED UNDER SEAL]

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF KATHERINE KEYES

2060372.1