# EXHIBIT H

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF OHIO
 2                        EASTERN DIVISION

 3

      IN RE:  NATIONAL PRESCRIPTION    ) No. 17-md-2804
 4    OPIATE LITIGATION                )
                                       )
 5    APPLIES TO ALL CASES             ) Hon. Dan A. Polster
                                       )
 6

 7

 8

 9

10
           VIDEO DEPOSITION OF CATHERINE RAHILLY-TIERNEY, M.D.
11
                           June 7, 2019
12                          9:10 a.m.

13
            *HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
14                    CONFIDENTIAL REVIEW*

15

16

17

18         Reporter:  Jude Arndt, CSR, RPR
                    CSR No. 084-004847
19

20

21

22

23

24
```

```
 1      Q.    Okay.  Harvard Medical School doesn't pay
 2  you for that --
 3      A.    No.
 4      Q.     -- right?
 5      A.    (Shaking head "no.")
 6      Q.    Are you employed in any form or fashion by
 7  Harvard Medical School?
 8            MR. METZ:  Objection to form.
 9      A.    No.
10  BY MR. KIEFFER:
11      Q.    I looked on the website of Harvard Medical
12  School at its faculty, and I did not see your name
13  anywhere.  Does that -- probably doesn't surprise you;
14  right?
15      A.    Correct.
16      Q.    And that's because you're not -- you are
17  not affiliated with Harvard in the sense of being its
18  employee or its teaching faculty; true?
19            MR. METZ:  Objection to form.
20      A.    So I hold a title as an instructor in
21  medicine at Harvard Medical School.  That makes me part
22  of their teaching faculty.
23  BY MR. KIEFFER:
24      Q.    Okay.  That is -- it's not a tenure track
```

```
 1    correct?
 2           A.    Correct.
 3           Q.    And some of the companion concepts such as
 4    substance abuse disorder, opioid use disorder -- none
 5    of that research or publication through the VA focused
 6    on those issues; true?
 7           A.    That's correct.
 8           Q.    Okay.  I asked you earlier about your work
 9    as -- your work supervising residents at the VA and
10    some of the topics that you would make presentations
11    on, for example the topics where you've created
12    PowerPoints.  And I know you told us you had never done
13    any formal presentations to those students or residents
14    on the topic of opioids; correct?
15           A.    That is correct.
16           Q.    I want to expand on that now and ask, is
17    it true that you have never presented formal
18    instruction, whether in a classroom or at a podium, or
19    via PowerPoint, on the topic of opioid medications?
20                 MR. METZ:  Objection to form.
21    BY MR. KIEFFER:
22           Q.    Formal instruction.  Lecture,
23    presentations, that sort of stuff.
24           A.    That is correct.
```

```
 1        A.    I believe so.
 2        Q.    Okay.
 3        A.    I don't know why someone would do that,
 4   but yes.
 5        Q.    If you turn to Page 62.  I'm going to
 6   momentarily skip over the report of current research
 7   activities.  I am going to come back to that, but let
 8   me ask you this.
 9              On your report of scholarship underneath
10   that that runs several pages, it looks to me -- and we
11   don't have to count them up right now, but I did count
12   them earlier.  It looks to me like there are about 19
13   publications that you're an author or a co-author on.
14              None of those had as their focus opioid
15   medications; correct?
16        A.    That's correct.
17        Q.    Or related topics like opioid use
18   disorders, substance abuse -- or use disorder,
19   polysubstance abuse disorder, any of those things?
20              MR. METZ:  Objection to form.
21        A.    Not directly, no.
22   BY MR. KIEFFER:
23        Q.    Okay.  Is it true that you have never
24   published in a peer-reviewed journal or otherwise any
```