## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON,**
     **Plaintiff,**

**v.**

**AMERISOURCE BERGEN DRUG
CORPORATION, et al.,**
     **Defendants.**

**Civil Action No. 3:17-cv-01362**

---

**CABELL COUNTY COMMISSION,**
     **Plaintiff,**

**v.**

**AMERISOURCE BERGEN DRUG
CORPORATION, et al.,**
     **Defendants.**

*Consolidated case:*
**Civil Action No. 3:17-cv-01665**

### APPENDIX OF SEALED EXHIBITS SUPPORTING PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF KATHERINE KEYES

The following exhibits to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Certain Expert Testimony of Katherine Keyes, attached hereto, are being filed under seal:

Ex. D - Plaintiffs' Expert Witness K. Keyes Transcript of Deposition (October 30, 2020);

Ex. F - Plaintiffs' Expert Witness K. Keyes Deposition, exhibit 10 (October 30, 2020).

Dated:  November 12, 2020

THE CITY OF HUNTINGTON

/s/ *Anne McGinness Kearse*
Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

Charles R. "Rusty" Webb (WVSB No. 4782)
THE WEBB LAW CENTRE, PLLC
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

*On Brief:*

/s/ *Donald C. Arbitblit*
Donald C. Arbitblit
Paulina do Amaral
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
Fax: 212-355-9592
darbitblit@lchb.com
pdoamaral@lchb.com

CABELL COUNTY COMMISSION

/s/ *Anthony J. Majestro*
Anthony J. Majestro (WVSB No. 5165)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr. (WVSB No. 7443)
FARRELL LAW
422 Ninth Street, 3rd Floor
Huntington, WV 25701
Tel: (304) 654-8281
paul@farrell.law

Michael A. Woelfel (WVSB No. 4106)
WOELFEL AND WOELFEL, LLP
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

2060371.1

Andrea Bierstein
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, NY 10016
212-784-6404
212-257-8482
abierstein@simmonsfirm.com

2060371.1

## CERTIFICATE OF SERVICE

I certify that on November 12, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to:

Track2OpioidDefendants@ReedSmith.com and mdl2804discovery@motleyrice.com.

/s/ *Donald C. Arbitblit*
Donald C. Arbitblit