# EXHIBIT F

Ex. F - Plaintiffs' Expert Witness K. Keyes Deposition, exhibit 10 (October 30, 2020) - SEALED

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF KATHERINE KEYES

**EXHIBIT 10**

| | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Rx opioids including synthetic: T40.2, T40.3, T40.4 | | Rx opioids not including synthetic: T40.2, T40.3 | | | | | | All opioids: T40.1, T40.2, T40.3, T40.4* | | | | | | |
| 2 | Year | County | Population | Deaths | Crude Rate | Age Adjusted Rate | Deaths | Crude Rate | Age Adjusted Rate | T40.2-T40.4 minus T40.2 and T40.3 (Deaths that had only T40.4 as a contributing Rx opioid) | % of T40.2-T40.4 deaths that only have T40.4 as contributing Rx opioid | Estimated number of Rx opioid overdose deaths | All deaths due to opioids | Deaths due directly to Rx opioids | Deaths due to non-Rx opioids | Deaths due to non-Rx opioids attributable to Rx opioids | Estimated crude rate of Rx opioid overdose death | *for 2009, deaths have been set to 5, as this is the midpoint in the range of possible suppression values |
| 3 | 1999 | National | 279040168 | 4030 | 1.444 | 1.446 | 3442 | 1.234 | 1.219 | 588 | 0.145905707 | 4030 | | | | | 1.444 | |
| 4 | 2000 | National | 281421906 | 4400 | 1.563 | 1.542 | 3785 | 1.345 | 1.33 | 615 | 0.139772727 | 4400 | | | | | 1.563 | |
| 5 | 2001 | National | 284968955 | 5528 | 1.94 | 1.922 | 4770 | 1.674 | 1.664 | 758 | 0.137120116 | 5528 | | | | | 1.94 | |
| 6 | 2002 | National | 287625193 | 7456 | 2.592 | 2.59 | 6483 | 2.254 | 2.253 | 973 | 0.130498927 | 7456 | | | | | 2.592 | |
| 7 | 2003 | National | 290107933 | 8517 | 2.936 | 2.926 | 7461 | 2.572 | 2.567 | 1056 | 0.123987319 | 8517 | | | | | 2.936 | |
| 8 | 2004 | National | 292805298 | 9857 | 3.366 | 3.367 | 8577 | 2.929 | 2.931 | 1280 | 0.129856954 | 9857 | | | | | 3.366 | |
| 9 | 2005 | National | 295516599 | 10928 | 3.698 | 3.679 | 9612 | 3.253 | 3.246 | 1316 | 0.120424597 | 10928 | | | | | 3.698 | |
| 10 | 2006 | National | 298379912 | 13723 | 4.599 | 4.58 | 11589 | 3.884 | 3.855 | 2134 | 0.155505356 | 13723 | | | | | 4.599 | |
| 11 | 2007 | National | 301231207 | 14408 | 4.783 | 4.76 | 12796 | 4.248 | 4.239 | 1612 | 0.111882288 | 14408 | | | | | 4.783 | |
| 12 | 2008 | National | 304093966 | 14800 | 4.867 | 4.842 | 13149 | 4.324 | 4.3 | 1651 | 0.111554054 | 14800 | | | | | 4.867 | |
| 13 | 2009 | National | 306771529 | 15597 | 5.084 | 5.036 | 13523 | 4.408 | 4.352 | 2074 | 0.13297429 | 15597 | | | | | 5.084 | |
| 14 | 2010 | National | 308745538 | 16651 | 5.393 | 5.361 | 14583 | 4.723 | 4.702 | 2068 | 0.124196745 | 16651 | | | | | 5.393 | |
| 15 | 2011 | National | 311591917 | 16917 | 5.429 | 5.416 | 15140 | 4.859 | 4.863 | 1777 | 0.105042265 | 16917 | | | | | 5.429 | |
| 16 | 2012 | National | 313914040 | 16007 | 5.099 | 5.064 | 14240 | 4.536 | 4.493 | 1767 | 0.110389205 | 16007 | | | | | 5.099 | |
| 17 | 2013 | National | 316128839 | 16235 | 5.136 | 5.089 | 14145 | 4.474 | 4.418 | 2090 | | 14411 | | | | | 4.559 | |
| 18 | 2014 | National | 318857056 | 18893 | 5.925 | 5.905 | 14838 | 4.653 | 4.59 | 4055 | | 15353 | | | | | 4.815 | |
| 19 | 2015 | National | 321418820 | 22598 | 7.031 | 7.038 | 15281 | 4.754 | 4.72 | 7317 | | 16211 | | | | | 5.044 | |
| 20 | 2016 | National | 323127513 | 32445 | 10.041 | 10.171 | 17087 | 5.288 | 5.246 | 15358 | | 19039 | | | | | 5.892 | |
| 21 | 2017 | National | 325719178 | 40051 | 12.296 | 12.49 | 17029 | 5.228 | 5.179 | 23022 | | 19955 | | | | | 6.126 | |
| 22 | 2018 | National | 327167434 | 40893 | 12.499 | 12.726 | 14975 | 4.577 | 4.507 | 25918 | | 18269 | | | | | 5.584 | |
| 23 | 1999 | West Virginia | 1811799 | 27 | 1.49 | 1.492 | 15 | NA | NA | 12 | 0.444444444 | 27 | | | | | 1.49 | |
| 24 | 2000 | West Virginia | 1808344 | 37 | 2.046 | 2.09 | 30 | 1.659 | 1.695 | 7 | 0.189189189 | 37 | | | | | 2.046 | |
| 25 | 2001 | West Virginia | 1801481 | 131 | 7.272 | 7.445 | 104 | 5.773 | 5.977 | 27 | 0.20610687 | 131 | | | | | 7.272 | |
| 26 | 2002 | West Virginia | 1805414 | 169 | 9.361 | 9.562 | 144 | 7.976 | 8.162 | 25 | 0.147928994 | 169 | | | | | 9.361 | |
| 27 | 2003 | West Virginia | 1812295 | 191 | 10.539 | 11.133 | 165 | 9.104 | 9.655 | 26 | 0.136125654 | 191 | | | | | 10.539 | |
| 28 | 2004 | West Virginia | 1816438 | 240 | 13.213 | 13.622 | 194 | 10.68 | 11.073 | 46 | 0.191666667 | 240 | | | | | 13.213 | |
| 29 | 2005 | West Virginia | 1820492 | 137 | 7.525 | 7.995 | 107 | 5.878 | 6.215 | 30 | 0.218978102 | 137 | | | | | 7.525 | |
| 30 | 2006 | West Virginia | 1827912 | 275 | 15.044 | 15.562 | 242 | 13.239 | 13.669 | 33 | 0.12 | 275 | | | | | 15.044 | |
| 31 | 2007 | West Virginia | 1834052 | 317 | 17.284 | 18.161 | 257 | 14.013 | 14.709 | 60 | 0.189274448 | 317 | | | | | 17.284 | |
| 32 | 2008 | West Virginia | 1840310 | 342 | 18.584 | 19.327 | 288 | 15.65 | 16.295 | 54 | 0.157894737 | 342 | | | | | 18.584 | |
| 33 | 2009 | West Virginia | 1847775 | 158 | 8.551 | 8.855 | 133 | 7.198 | 7.451 | 25 | 0.158227848 | 158 | | | | | 8.551 | |
| 34 | 2010 | West Virginia | 1852994 | 431 | 23.26 | 24.427 | 378 | 20.399 | 21.468 | 53 | 0.122969838 | 431 | | | | | 23.26 | |
| 35 | 2011 | West Virginia | 1855364 | 524 | 28.242 | 29.993 | 476 | 25.655 | 27.3 | 48 | 0.091603053 | 524 | | | | | 28.242 | |
| 36 | 2012 | West Virginia | 1855413 | 431 | 23.229 | 24.815 | 390 | 21.02 | 22.479 | 41 | 0.09512761 | 431 | | | | | 23.229 | |
| 37 | 2013 | West Virginia | 1854304 | 414 | 22.326 | 23.414 | 368 | 19.846 | 20.846 | 46 | | 376 | | | | | 20.277 | |
| 38 | 2014 | West Virginia | 1850326 | 437 | 23.617 | 24.663 | 383 | 20.699 | 21.444 | 54 | | 393 | | | | | 21.24 | |
| 39 | 2015 | West Virginia | 1844128 | 512 | 27.764 | 28.909 | 380 | 20.606 | 21.188 | 132 | | 403 | | | | | 21.853 | |
| 40 | 2016 | West Virginia | 1831102 | 640 | 34.952 | 37.719 | 340 | 18.568 | 19.678 | 300 | | 393 | | | | | 21.462 | |
| 41 | 2017 | West Virginia | 1815857 | 795 | 43.781 | 47.155 | 304 | 16.741 | 17.169 | 491 | | 391 | | | | | 21.533 | |
| 42 | 2018 | West Virginia | 1805832 | 681 | 37.711 | 41.087 | 234 | 12.958 | 13.136 | 447 | | 313 | | | | | 17.333 | |
| 43 | 1999 | Cabell County, WV | 96987 | NA | NA | NA | NA | NA | NA | NA | | NA | | | | | NA | |
| 44 | 2000 | Cabell County, WV | 96784 | NA | NA | NA | NA | NA | NA | NA | | NA | | | | | NA | |
| 45 | 2001 | Cabell County, WV | 96035 | 12 | NA | NA | NA | NA | NA | NA | | 12 | | | | | 12.495 | |
| 46 | 2002 | Cabell County, WV | 95741 | 15 | NA | NA | 12 | NA | NA | 3 | | 15 | | | | | 15.667 | |
| 47 | 2003 | Cabell County, WV | 95554 | 15 | NA | NA | NA | NA | NA | NA | | 15 | | | | | 15.698 | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 2004 | Cabell County, WV | 95239 | 17 | NA | NA | 13 | NA | NA | 4 | | 17 | | | | | 17.85 | | |
| 49 | 2005 | Cabell County, WV | 94821 | NA | NA | NA | NA | NA | NA | NA | | NA | | | | | NA | | |
| 50 | 2006 | Cabell County, WV | 94943 | 20 | 21.065 | 21.504 | 16 | NA | NA | 4 | | 20 | 21 | 20 | 1 | 1 | 21.065 | | |
| 51 | 2007 | Cabell County, WV | 95059 | 33 | 34.715 | 36.232 | 28 | 29.455 | 30.739 | 5 | | 33 | 37 | 33 | 4 | 2 | 34.715 | | |
| 52 | 2008 | Cabell County, WV | 95209 | 25 | 26.258 | 28.234 | 19 | NA | NA | 6 | | 25 | 25 | 25 | 0 | 0 | 26.258 | | |
| 53 | 2009 | Cabell County, WV | 96040 | NA | NA | NA | NA | NA | NA | NA | | NA | 5 | 5 | 0 | 0 | NA | | |
| 54 | 2010 | Cabell County, WV | 96319 | 23 | 23.879 | 24.379 | 23 | 23.879 | 24.379 | 0 | | 23 | 25 | 23 | 2 | 1 | 23.879 | | |
| 55 | 2011 | Cabell County, WV | 96653 | 29 | 30.004 | 33.106 | 26 | 26.9 | 29.945 | 3 | | 29 | 36 | 29 | 7 | 4 | 30.004 | | |
| 56 | 2012 | Cabell County, WV | 96974 | 18 | NA | NA | 18 | NA | NA | 0 | | 18 | 22 | 18 | 4 | 2 | 18.562 | | |
| 57 | 2013 | Cabell County, WV | 97133 | 26 | 26.767 | 29.733 | 24 | 24.708 | 27.261 | 2 | | 24 | 42 | 24 | 18 | 10 | 24.708 | | |
| 58 | 2014 | Cabell County, WV | 97109 | 32 | 32.953 | 36.773 | 27 | 27.804 | 31.095 | 5 | | 28 | 45 | 28 | 17 | 9 | 28.834 | | |
| 59 | 2015 | Cabell County, WV | 96844 | 48 | 49.564 | 54.777 | 29 | 29.945 | 33.151 | 19 | | 32 | 69 | 32 | 37 | 20 | 33.043 | | |
| 60 | 2016 | Cabell County, WV | 95987 | 69 | 71.885 | 82.521 | 29 | 30.212 | 34.944 | 40 | | 36 | 87 | 36 | 51 | 27 | 37.505 | | |
| 61 | 2017 | Cabell County, WV | 94958 | 124 | 130.584 | 147.851 | 24 | 25.274 | 27.482 | 100 | | 42 | 132 | 42 | 90 | 48 | 44.23 | | |
| 62 | 2018 | Cabell County, WV | 93224 | 104 | 111.559 | 126.316 | 17 | NA | NA | 87 | | 32 | 105 | 32 | 73 | 39 | 34.326 | | |