# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>　　Plaintiff,<br><br>　　　　v.<br><br>AMERISOUCEBERGEN DRUG CORPORATION, *et al.*<br>　　Defendants<br>―――――――――――――――――――――<br>CABELL COUNTY COMMISSION,<br>　　Plaintiff,<br><br>　　　　v.<br><br>AMERISOUCEBERGEN DRUG CORPORATION, *et al.*<br>　　Defendants | Civil Action No. 3:17-01362 |

# PLAINTIFFS' <u>UNDER SEAL</u> APPENDIX OF EXHIBITS A AND B IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY FROM DR. MICHAEL SIEGEL

November 13, 2020

This Appendix consists of the attached Exhibit A (excerpts from the transcript of the deposition of Dr. Michael Siegel, conducted on October 6, 2020) and Exhibit B (McKesson's May 2015 CSMP "Red Flags" manual (MCKMDL00335740)).  These materials are filed under seal.

Dated:  November 13, 2020

Respectfully submitted,

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Peter J. Mougey* |
| Anne McGinness Kearse | Peter J. Mougey, Esq. |
| WVSB No. 12547 | LEVIN, PAPANTONIO, THOMAS |
| Joseph F. Rice | MITCHELL, RAFFERTY & PROCTOR, P.A. |
| MOTLEY RICE LLC | 316 South Baylen Street, Suite 600 |
| 28 Bridgeside Blvd. | Pensacola, FL 32502-5996 |
| Mount Pleasant, SC 29464 | Telephone: (850) 435-7068 |
| Tel: 843-216-9000 | Facsimile: (850) 436-6068 |
| Fax: 843-216-9450 | pmougey@levinlaw.com |
| akearse@motleyrice.com | |
| jrice@motleyrice.com | /s/ *Paul T. Farrell, Jr.* |
| | Paul T. Farrell, Jr. |
| /s/ *Anthony J. Majestro* | WVSB No. 7443 |
| Anthony J. Majestro | FARRELL LAW |
| WVSB No. 5165 | 422 Ninth Street, 3rd Floor |
| POWELL & MAJESTRO, PLLC | Huntington, WV 25701 |
| 405 Capitol Street, Suite P-1200 | Tel: (304) 654-8281 |
| Charleston, WV 25301 | paul@farrell.law |
| 304-346-2889 / 304-346-2895 (f) | |
| amajestro@powellmajestro.com | Michael A. Woelfel |
| | WVSB No. 4106 |
| Linda Singer | WOELFEL AND WOELFEL, LLP |
| David I. Ackerman | 801 Eighth Street |
| MOTLEY RICE LLC | Huntington, West Virginia 25701 |
| 401 9th Street NW, Suite 1001 | Tel. 304.522.6249 |
| Washington, DC 20004 | Fax. 304.522.9282 |
| Tel:  202-232-5504 | mikewoelfel3@gmail.com |
| Fax:  202-386-9622 | |
| lsinger@motleyrice.com | |
| dackerman@motleyrice.com | |

Charles R. "Rusty" Webb
WVSB No. 4782
THE WEBB LAW CENTRE, PLLC
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com


*On the Brief:*

Page A. Poerschke, Esq.
Laura S. Dunning, Esq.
LEVIN, PAPANTONIO, THOMAS
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone: (850) 435-7068
Facsimile: (850) 436-6068
ppoerschke@levinlaw.com
ldunning@levinlaw.com

Tyler W. Hudson, Esq.
Bridget K. Brazil, Esq.
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1177
Facsimile: (816) 531-2372
thudson@wcllp.com
bbrazil@wcllp.com

## CERTIFICATE OF SERVICE

I certify that on November 13, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to: Track2OpioidDefendants@ReedSmith.com and mdl2804discovery@motleyrice.com.

*/s/ Peter J. Mougey*