Highly Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action |
| AMERISOURCEBERGEN DRUG ) | No. 3:17-01362 |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| CABELL COUNTY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| vs. ) | No. 3:17-01665 |
| ) | |
| AMERISOURCEBERGEN DRUG ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

WEDNESDAY, JULY 29, 2020

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW
- - -

Remote videotaped deposition of David G. Chaffin, Jr., M.D., held at the location of the witness in Huntington, West Virginia, commencing at 9:10 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter and Certified Realtime Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

Page 2

```
 1        APPEARANCES:
 2
 3   MCHUGH FULLER LAW GROUP
     BY:  AMY J. WILDE
 4        amy@mchughfuller.com
          JOHN FULLER
 5        john@mchughfuller.com
     97 Elias Whiddon Road
 6   Hattiesburg, Mississippi 39402
     (601) 261-2220
 7
     and
 8
     MOTLEY RICE LLC
 9   BY:  ANNIE E. KOUBA
          akouba@motleyrice.com
10        MONIQÚE A. CHRISTENSON
          mchristenson@motleyrice.com
11   28 Bridgeside Boulevard
     Charleston, South Carolina 29464
12   (843) 216-9000
13   and
14   CAREY, SCOTT, DOUGLAS & KESSLER,
     PLLC
15   BY:  DAVID R. POGUE
          drpogue@csdlawfirm.com
16   901 Chase Tower
     707 Virginia Street, East (25301)
17   Charleston, West Virginia 25323
     (304) 345-1234
18   Counsel for Plaintiffs
19
20   CAMPBELL WOODS
     BY:  JOEL P. JONES, JR.
21        joeljones@campbellwoods.com
     1002 Third Avenue
22   Huntington, West Virginia 25719
     (304) 529-2391
23   Counsel for the Witness
24
25
```

Page 3

```
 1   REED SMITH LLP
     BY:  SHANA E. RUSSO
 2        srusso@reedsmith.com
     506 Carnegie Center, Suite 300
 3   Princeton, New Jersey  08540
     (609) 987-0050
 4
     and
 5
     BY:  CLIFF BREESE, III
 6   Three Logan Square
     1717 Arch Street, Suite 3100
 7   Philadelphia, Pennsylvania 19103
     (215) 851-8100
 8   Counsel for AmerisourceBergen
 9
10
     VIDEOGRAPHER:
11       DEVYN MULHOLLAND,
         Golkow Litigation Services
12
              ---
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              INDEX
 2                                         PAGE
 3   APPEARANCES................................ 2
 4   EXAMINATIONS
 5    BY MS. WILDE.............................. 7
 6    BY MS. RUSSO.............................. 31
 7
 8              EXHIBITS
 9   No.  Description                         Page
10   1    Corrected Joint and Third Amended    51
          Complaint
11
     2    David Chaffin LinkedIn page printout  66
12
     3    "History of postpartum depression as  67
13        a contributor to the severity of
          NAS," Nellhaus, et al., Addictive
14        Behaviors
15   4    "Prevalence of Drug Use in Pregnant   76
          West Virginia Patients," Chaffin, et
16        al.
17   5    Application for Federal Assistance,   101
          SF 424 (R&R), The Effect of
18        Peripartum Depression on Maternal
          Opioid Use Disorder and Neonatal
19        Opioid Withdrawal Syndrome,
          ValleyHealthSystems_0000164 -
20        ValleyHealthSystems_0000249
21   6    Marshall MAT-LINK Project            105
          Application,
22        MarshallHealth-00000693 -
          MarshallHealth-00000717
23
     7    Marshall Funded Grants and Research  107
24        chart
25
```

Page 5

```
 1   8    PCORI "Addressing the role of        108
          parenting in recovery for OUD in new
 2        mothers,"
          ValleyHealthSystems_0000352 -
 3        ValleyHealthSystems_0000454
 4   (Exhibits attached to the deposition.)
 5   CERTIFICATE................................112
 6   ACKNOWLEDGMENT OF DEPONENT...................114
 7   ERRATA.......................................115
 8   LAWYER'S NOTES...............................116
 9
10
...
25
```

2 (Pages 2 to 5)

Highly Confidential - Subject to Further Confidentiality Review

Page 10

1  Charleston, in maternal/fetal medicine and
2  was there for four years.
3         And then in 1998, I started
4  here at Marshall University.
5      Q.   And you have hospital
6  privileges?
7      A.   I do.
8      Q.   Where?
9      A.   At Cabell Huntington Hospital.
10     Q.   So since 1998, have you
11 practiced obstetrics and gynecology there in
12 Cabell Huntington?
13     A.   Yes.
14     Q.   Are you board certified?
15     A.   I'm board certified in OB/GYN.
16 Board eligible still, I think, in
17 maternal/fetal medicine.
18     Q.   So, Dr. Chaffin, let's talk, if
19 we can, about observations you've made since
20 that time in 1998 when you came to Cabell
21 Huntington, particularly as it applies to
22 opioids.  And let me start off by just asking
23 a very general question.
24        Based upon your practice, your
25 knowledge, your expertise of maternity/fetal

Page 11

1  medicine in the Cabell-Huntington area, do
2  you have an opinion within a reasonable
3  degree of medical probability whether or not
4  there exists a public health crisis in
5  Cabell-Huntington in relationship to opioid
6  use?
7         MS. RUSSO:  Objection to form.
8  QUESTIONS BY MS. WILDE:
9      Q.   You can answer.
10        MR. JONES:  I'd like to briefly
11    interject with perhaps not so much of
12    an objection but an observation.
13        Dr. Chaffin is here as a fact
14    witness.  He's not a retained expert.
15    To my knowledge, he's not been
16    compensated as an expert of any
17    testimony.
18        So I would direct him to answer
19    this question and the line of
20    questions to the extent that he has
21    personal knowledge of the facts.
22        MS. WILDE:  Yes.  And if I
23    didn't make that clear, that is what I
24    want, Dr. Chaffin.
25        THE WITNESS:  Okay.  Has there

Page 12

1  been a marked increase in opiate
2  addiction since I joined the staff in
3  1998?  And the answer is yes.
4  QUESTIONS BY MS. WILDE:
5      Q.   And if you can, Dr. Chaffin,
6  tell me a little bit about that.
7         When and what have you
8  observed?
9      A.   That's kind of broad.  I'm not
10 sure what you're asking.
11     Q.   Sure.
12        You said that you had noticed a
13 marked increase of opioid use and addiction.
14        When would you say that you
15 began to notice, if you can pinpoint -- and
16 if you can't, just give me a broad, general
17 time frame.  When did you start to see this
18 or make these observations?
19     A.   When I joined and probably the
20 first four years of my tenure at Marshall, I
21 would have between two and four patients in a
22 methadone program per year.
23        And then early 2000s, we
24 started to see an increase in the frequency,
25 and it has been a steady increase since that

Page 13

1  time.
2      Q.   Do you still, Doctor -- again,
3  based on your observations of the area, is
4  there still an increase?  Has it plateaued?
5  It has it begun to decrease?  Have you made
6  any observations regarding that?
7      A.   I have to qualify when I
8  started a formal medication-assisted therapy
9  program in 2012, and probably for four years
10 after that there was still a steady increase.
11        I started the program because
12 there was nobody else taking care of pregnant
13 patients with opiate addiction.  Now there
14 are multiple, many providers.
15        And so what I can tell you, my
16 observation is that in my practice, the
17 number of people I have in my practice, has
18 plateaued or slightly decreased.  But I don't
19 know what that means about the area
20 incidence, because I no longer take care of
21 everybody that has an opiate addiction, which
22 I did at one time.
23     Q.   In 2012, what was happening in
24 Cabell-Huntington such that you felt the
25 necessity to open medication --

Highly Confidential - Subject to Further Confidentiality Review

Page 114

```
 1       ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4       I,_____, do
         hereby certify that I have read the foregoing
 5       pages and that the same is a correct
         transcription of the answers given by me to
 6       the questions therein propounded, except for
         the corrections or changes in form or
 7       substance, if any, noted in the attached
         Errata Sheet.
 8
 9
10
11
12       _____
         David G. Chaffin, Jr., M.D.      Date
13
14
15
         Subscribed and sworn to before me this
16       _____ day of _____, 20 _____.
17       My commission expires: _____
18
19       Notary Public
20
21
22
23
24
25
```

Page 115

```
 1            _____
              ERRATA
 2            _____
 3    PAGE  LINE  CHANGE/REASON
 4    ____  ____  _____
 5    ____  ____  _____
 6    ____  ____  _____
 7    ____  ____  _____
 8    ____  ____  _____
 9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____
25
```

Page 116

```
 1            _____
              LAWYER'S NOTES
 2            _____
 3    PAGE  LINE
 4    ____  ____  _____
 5    ____  ____  _____
 6    ____  ____  _____
 7    ____  ____  _____
 8    ____  ____  _____
 9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____
25
```

30 (Pages 114 to 116)