IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

* * * * * * * * * * * * * * * * * * * * * *

THE CITY OF HUNTINGTON,

        Plaintiff,

vs.                                     CIVIL ACTION
                                       NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
        Defendants.
_____

CABELL COUNTY COMMISSION,
        Plaintiff,
vs.                                     CIVIL ACTION
                                       NO. 3:17-01665
AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

        Defendants.

* * * * * * * * * * * * * * * * * * * * * *


      Videotaped and videoconference deposition of DR. STEPHEN PETRANY taken by the Defendants under the Federal Rules of Civil Procedure in the above-entitled action, pursuant to notice, before Teresa S. Evans, a Registered Merit Reporter, everyone located remotely, on the 6th day of August, 2020.

Page 2

1       APPEARANCES:
2
   APPEARING FOR THE PLAINTIFFS:
3
       Paul T. Farrell, Jr., Esquire (via Zoom)
4      FARRELL LAW
       422 Ninth Street
5      3rd Floor
       Huntington, WV  25714-1180
6
       Amy J. Quezon, Esquire (via Zoom)
7      McHUGH FULLER LAW GROUP
       97 Elias Whiddon Road
8      Hattiesburg, MS 39402
9      Anne McGinness Kearse, Esquire (via Zoom)
       MOTLEY RICE
10     28 Bridgeside Boulevard
       Mt. Pleasant, SC  29464
11
12  APPEARING FOR THE DEFENDANT CARDINAL HEALTH:
13     Danielle Sochaczevski, Esquire (via Zoom)
       Suzanne Salgado, Esquire
14     WILLIAMS & CONNOLLY
       725 Twelfth Street, N.W.
15     Washington, DC 20005
16     Steven R. Ruby, Esquire (via Zoom)
        CAREY, DOUGLAS, KESSLER & RUBY
17      901 Chase Tower
        707 Virginia Street, East
18      Charleston, WV  25323
19
   APPEARING FOR THE DEFENDANT AMERISOURCEBERGEN:
20
       Alyssa F. Conn, Esquire
21     REED SMITH
       Three Logan Square
22     1717 Arch Street, Suite 3100
       Philadelphia, PA, 19103
23
24

Page 3

1           APPEARANCES (Contd.):
2
   APPEARING ON BEHALF OF THE DEPONENT AS FACULTY
3  MEMBER OF MARSHALL UNIVERSITY AND AS AN EMPLOYEE OF
   UNIVERSITY PHYSICIANS & SURGEONS:
4
       Joel P. Jones, Jr., Esquire
5      CAMPBELL WOODS
       1002 Third Avenue
6      Huntington, WV  25701
7
   ALSO PRESENT:
8
       Adam Hager, Videographer
9      Justin Taylor, Esquire (via Zoom)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 4

1              EXAMINATION INDEX
2
3              EXAMINATION INDEX
4
5   BY MR. RUBY                       11
6   BY MR. FARRELL                   166
7   BY MR. RUBY                      181
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 5

1            EXHIBIT INDEX
2
   Exhibit 10  America Magazine article "The    195
3      opioid crisis demands a new
       solution.  Churches are
4      hoping to be a part of it"
       dated 5-21-19
5
   Exhibit 19  E-mail from Petrany to Adkins     78
6      and various other recipients
       Re: Comprehensive plan to
7      address the impact of the
       opioid crisis dated 3-5-19
8
   Exhibit 20  E-mail chain between Petrany      90
9      and Williams Re: Comprehensive
       Plan to address the Opioid
10     Crisis dated 3-13-19 through
       3-23-19 (HUNT_0065199-200)
11
   Exhibit 21  E-mail from O'Connell to         140
12     Petrany Re: Mega Project
       Spreadsheet dated 3-25-19
13     with Mega Project attached
       (MARSHALL_FEDWV_01138408-410)
14
   Exhibit 23  E-mail from Petrany to           147
15     Campbell and various other
       recipients Re: Huntington
16     Resiliency Plan Meeting dated
       5-16-19
17
   Exhibit 26  E-mail from Maiolo to Petrany    149
18     and various other recipients
       Re: Resiliency Plan Drafts
19     dated 6-7-19 with Mega
       Project Vision, Mega Project
20     Outline, Mega Project Intro
       and MP Program Narrative
21     attached
       (MARSHALL_FEDWV_01122168-189)
22
23
24

Page 154

1  in that sense.
2      Q.  The ideas that are embodied in these
3  attachments which Ms. Maiolo refers to as drafts,
4  these emerged from discussions among you and your
5  staff; is that right?
6      A.  I -- you'd have to ask her where she got
7  the ideas that she put down here.  Certainly some
8  of it -- some of that -- that is true of some of
9  it.
10     Q.  Okay.  Could you turn to the page that ends
11 in 77?
12     A.  Okay.
13     Q.  Do you see the second -- well, this is --
14 first of all, this page is titled "Introduction."
15 Is that right?
16     A.  Yes.
17     Q.  Do you see the second paragraph that begins
18 with "A myriad" --
19     A.  Yes.
20     Q.  This says, "A myriad of factors have
21 contributed to this priority issue in this
22 Appalachian region, specifically in the city of
23 Huntington.  In the years leading up to the peak of
24 substance use, West Virginia workers experienced a

Page 155

1  period of high unemployment due to economic
2  downturn and the shutdown of many of the
3  highest-employing coal mines."
4          Do you see that?
5      A.  Yes.
6      Q.  Do you believe that high unemployment in
7  West Virginia has contributed to substance abuse in
8  Cabell County?
9          MR. JONES:  Objection.  He's not here
10 as an expert witness; he's here as a fact witness.
11         MR. RUBY:  And I'm just asking for his
12 opinion as someone who led the development of this
13 plan.
14     A.  I mean, what -- I mean, if -- okay, so what
15 -- what's the question?  What are you asking me?
16 Do I believe that sentence?  I didn't write that
17 sentence.  Jodi wrote that sentence.
18         Has un -- does unemployment contribute
19 to substance abuse?  High unemployment contribute
20 to substance abuse?  I think that's generally -- a
21 generally-accepted concept.
22     Q.  And do you agree with that personally?
23     A.  I mean, I wouldn't argue with it.
24     Q.  The next sentence says, "The West Virginia

Page 156

1  education system is one of the lowest in the
2  country, contributing to the inability for these
3  workers to find new jobs."
4          Do you agree that West Virginia's
5  education system contributes to the substance abuse
6  problem in Cabell County?
7      A.  I wouldn't say that that way, no.  I would
8  not answer your question that way.
9      Q.  Do you agree that West Virginia's education
10 system contributes to the inability of workers in
11 West Virginia to find new jobs?
12     A.  I would not phrase it that way, no.  And
13 that -- I don't know that that's -- that ended up
14 in -- I do not believe that that sentence ended up
15 in our final draft.
16     Q.  Do you think that West Virginia's education
17 system has any role or plays any role in the
18 substance abuse problem that exists here?
19     A.  I think the education system has an
20 opportunity to help solve the problem, absolutely.
21     Q.  If you continue on in the paragraph,
22 Doctor, there's a sentence that begins, "In a
23 region largely made up."  Do you see that?
24     A.  Yes.

Page 157

1      Q.  It says, "In a region largely made up of
2  blue collar workers, the injury rate is higher than
3  more populated areas."
4          Let me ask two questions about this
5  sentence.  First of all, do you agree with the
6  statement that's made here?
7      A.  I don't have the statistics to prove it or
8  demonstrate it, so I can't answer that.  I don't
9  know.
10     Q.  So you don't -- you don't know if this is
11 true or not.
12     A.  I could -- I can make a -- I can make a
13 educated guess about it, but I don't have
14 statistics that justify -- or data, to support that
15 statement.  It may well be true, but I don't have
16 knowledge of data to support it or not support it.
17     Q.  Have you observed, in your clinical
18 practice, that there are many blue collar workers
19 in the Cabell County region?
20     A.  I have a small practice.  I have some blue
21 collar workers; I have some that are white collar
22 workers; and I have a good deal of patients who
23 have -- who are unemployed or uninsured and poor.
24     Q.  Would you agree that the injury rate among

Page 322

1  MS. KEARSE: Thank you, Doctor
2 Petrany.
3  VIDEO OPERATOR: We are off the record
4 at 5:16 p.m., and this concludes the testimony
5 given by Stephen M. Petrany, M.D. The total number
6 of media units used was eight, and will be retained
7 by Veritext.
8  (Having indicated he would like to
9  read his deposition before filing,
10  further this deponent saith not.)
11
12  --oOo--

Page 323

1 STATE OF WEST VIRGINIA,
2 COUNTY OF KANAWHA, to wit;
3
4  I, Teresa S. Evans, a Notary Public within
   and for the County and State aforesaid, duly
5 commissioned and qualified, do hereby certify that
   the foregoing deposition of DR. STEPHEN PETRANY was
6 duly taken by me and before me at the time and
   place and for the purpose specified in the caption
7 hereof, the said witness having been by me first
   duly sworn.
8
   I do further certify that the said
9 deposition was correctly taken by me in shorthand
   notes, and that the same were accurately written
10 out in full and reduced to typewriting and that the
   witness did request to read his transcript.
11
   I further certify that I am neither
12 attorney or counsel for, nor related to or employed
   by, any of the parties to the action in which this
13 deposition is taken, and further that I am not a
   relative or employee of any attorney or counsel
14 employed by the parties or financially interested
   in the action and that the attached transcript
15 meets the requirements set forth within article
   twenty-seven, chapter forty-seven of the West
16 Virginia Code.
17  My commission expires October 25, 2020.
    Given under my hand this 10th day of August, 2020.
18
19
20  _____
21  Teresa S. Evans
    RMR, CRR, RPR, WV
22
23
24

Page 324

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, to wit;

   I, Teresa Evans, owner of Realtime Reporters,

LLC, do hereby certify that the attached deposition

transcript of DR. STEPHEN PETRANY meets the

requirements set forth within article twenty-seven,

chapter forty-seven of the West Virginia Code to

the best of my ability.

   Given under my hand this 10th day of August,

2020.

   _____
   Registered Professional
   Reporter/Certified Realtime Reporter

Page 325

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

August 11, 2020

To: Joel P. Jones, Jr., Esquire

Case Name: City Of Huntington v. Amerisourcebergen Drug Corporation

Veritext Reference Number: 4208115

Witness: Dr. Stephen Petrany    Deposition Date: 8/6/2020

Dear Sir/Madam:

Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,
Production Department

NO NOTARY REQUIRED IN CA