## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
      **Plaintiff,**

**v.**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
      **Defendants.**
_____

**CABELL COUNTY COMMISSION,**
      **Plaintiff,**

**v.**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
      **Defendants.**

**CIVIL ACTION NO. 3:17-01362**

**CIVIL ACTION NO. 3:17-01665**

### STIPULATION REGARDING MCKESSON CORPORATION DOCUMENTS

The parties stipulate as follows regarding certain documents produced in this litigation by McKesson Corporation attached hereto as Appendix "A":

1.     Plaintiffs and McKesson Corporation stipulate that it will not object to the authenticity of these documents pursuant to FRE 901 and 902 at trial.

2.     Plaintiffs and McKesson Corporation stipulate that it will not object to the presentation of these documents without the use of a sponsoring witness at trial, while preserving all other evidentiary objections.

3.     Plaintiffs and McKesson Corporation each reserves the right to object to the admissibility of all documents listed above, or to any witness's testimony about them, including but not limited to under Federal Rules of Evidence 401, 402, 403, 408 and hearsay.

1

*McKesson Corporation*

By Counsel:

*/s/ Timothy C. Hester*
Timothy C. Hester (DC 370707)
Laura Flahive Wu
Christian J. Pistilli
Andrew P. Stanner
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
lflahivewu@cov.com
cpistilli@cov.com
astanner@cov.com

*/s/ Paul W. Schmidt*
Paul W. Schmidt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
pschmidt@cov.com

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY  SENSABAUGH  BONASSO
PLLC
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*Plaintiffs*

*/s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr., Esquire
(W.Va Bar No. 7443)
FARRELL LAW
P.O. Box 1180
Huntington, WV  25714-1180
422 Ninth Street, 3rd Floor
Huntington, WV  25701
Office: 304.523.7285
Cell: 304.654.8281
Email: paul@farrell.law

Anne McGinness Kearse, Esquire
MOTLEY RICE
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
843-216-9000
Fax: 843-216-9450
Email: akearse@motleyrice.com


Brandon L. Bogle (WV PHV-40313)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY, &
PROCTOR, P.A.
316 S. Baylen St., Ste. 600
Pensacola, FL 32502
850-435-7043
Fax: 850-436-6043
Email: bbogle@levinlaw.com

| Begin Bates | End Bates | Doc Date |
|---|---|---|
| MCKMDL00002509 | MCKMDL00002539 | 3/21/2013 |
| MCKMDL00336347 | MCKMDL00336464 | 8/1/2014 |
| MCKMDL00328621 | MCKMDL00328633 | 8/24/2012 |
| MCKMDL00331147 | MCKMDL00331268 | 12/31/2013 |
| MCKMDL00331466 | MCKMDL00331488 | 3/1/2010 |
| MCKMDL00331489 | MCKMDL00331505 | 1/25/2010 |
| MCKMDL00336532 | MCKMDL00336582 | 12/31/2015 |
| MCKMDL00324584 | MCKMDL00324589 | 10/29/2009 |
| MCKMDL00324590 | MCKMDL00324594 | 8/28/2009 |
| MCKMDL00332365 | MCKMDL00332365 | 1/1/2016 |
| MCKMDL00336833 | MCKMDL00336886 | 9/30/2013 |
| MCKMDL00331365 | MCKMDL00331465 | 9/26/2012 |
| MCKMDL00330174 | MCKMDL00330198 | 1/1/2014 |
| MCKMDL00337001 | MCKMDL00337024 | 5/2/2008 |
| MCKMDL00335740 | MCKMDL00335747 | 5/1/2015 |
| MCKMDL00336833 | MCKMDL00336886 | 9/30/2013 |
| MCKMDL00331721 | MCKMDL00331723 | 7/23/2015 |
| MCKMDL00328257 | MCKMDL00328345 | 4/18/2011 |
| MCKMDL00331886 | MCKMDL00331886 | 1/11/2016 |
| MCKMDL00330211 | MCKMDL00330216 | 5/16/2007 |
| MCKMDL00407449 | MCKMDL00407450 | 2/24/2014 |
| MCKMDL00407451 | MCKMDL00407480 | 1/1/2014 |
| MCKMDL00409050 | MCKMDL00409112 | Unknown |
| MCKMDL00409174 | MCKMDL00409179 | 3/20/2014 |
| MCKMDL00409048 | MCKMDL00409049 | 11/6/2013 |
| MCKMDL00409224 | MCKMDL00409246 | 8/13/2014 |
| MCKMDL00403517 | MCKMDL00403546 | 6/10/2014 |
| MCKMDL00448596 | MCKMDL00448636 | 9/29/2017 |
| MCKMDL00409453 | MCKMDL00409458 | 11/4/2014 |
| MCKMDL00418094 | MCKMDL00418094 | 1/30/2017 |
| MCKMDL00452353 | MCKMDL00452375 | 8/20/2014 |
| MCKMDL00430124 | MCKMDL00430125 | 9/9/2014 |
| MCKMDL00430218 | MCKMDL00430221 | 7/23/2014 |
| MCKMDL00410744 | MCKMDL00410749 | 5/1/2015 |
| MCKMDL00478906 | MCKMDL00478909 | 9/27/2006 |
| MCKMDL00478910 | MCKMDL00478911 | 12/27/2007 |
| MCKMDL00407771 | MCKMDL00407787 | 11/12/2014 |
| MCKMDL00335804 | MCKMDL00335817 | 4/1/2012 |
| MCKMDL00335830 | MCKMDL00335854 | 4/1/2013 |
| MCKMDL00484482 | MCKMDL00484511 | 4/23/2010 |
| MCKMDL00402184 | MCKMDL00402186 | 2/9/2015 |
| MCKMDL00346554 | MCKMDL00346690 | 7/1/2000 |
| MCKMDL00429024 | MCKMDL00429024 | 6/4/2015 |
| MCKMDL00468734 | MCKMDL00468739 | 10/25/2010 |
| MCKMDL00506992 | MCKMDL00506997 | 11/13/2014 |
| MCKMDL00498169 | MCKMDL00498183 | 5/2/2012 |

Exhibit A

| Begin Bates | End Bates | Doc Date |
|---|---|---|
| MCKMDL00510747 | MCKMDL00510752 | 2/4/2011 |
| MCKMDL00409483 | MCKMDL00409539 | 12/17/2014 |
| MCKMDL00409116 | MCKMDL00409173 | 3/12/2014 |
| MCKMDL00498058 | MCKMDL00498089 | 4/20/2011 |
| MCKMDL00507218 | MCKMDL00507220 | 4/15/2011 |
| MCKMDL00497904 | MCKMDL00497905 | 11/3/2011 |
| MCKMDL00476786 | MCKMDL00476793 | 11/2/2013 |
| MCKMDL00435993 | MCKMDL00435994 | 12/18/2017 |
| MCKMDL00476776 | MCKMDL00476778 | 4/24/2013 |
| MCKMDL00347189 | MCKMDL00347198 | 4/1/2017 |
| MCKMDL00516748 | MCKMDL00516765 | 11/1/2013 |
| MCKMDL00524136 | MCKMDL00524137 | 3/2/2011 |
| MCKMDL00363951 | MCKMDL00363958 | 11/28/2008 |
| MCKMDL00498057 | MCKMDL00498089 | 4/20/2011 |
| MCKMDL00496876 | MCKMDL00496878 | 1/23/2006 |
| MCKMDL00543462 | MCKMDL00543463 | 1/18/2008 |
| MCKMDL00574192 | MCKMDL00574201 | 7/2/2010 |
| MCKMDL00574202 | MCKMDL00574208 | 10/1/2010 |
| MCKMDL00542639 | MCKMDL00542659 | 3/5/2008 |
| MCKMDL00543971 | MCKMDL00543973 | 11/3/2006 |
| MCKMDL00545132 | MCKMDL00545134 | 2/28/2012 |
| MCKMDL00574906 | MCKMDL00574907 | 9/7/2007 |
| MCKMDL00330924 | MCKMDL00330930 | 4/25/2007 |
| MCKMDL00403340 | MCKMDL00403348 | 12/31/2007 |
| MCKMDL00355527 | MCKMDL00355560 | 6/12/2007 |
| MCKMDL00267222 | MCKMDL00267229 | 2/1/2008 |
| MCKMDL00533747 | MCKMDL00533753 | 10/29/2008 |
| MCKMDL00540033 | MCKMDL00540035 | 12/10/2007 |
| MCKMDL00591949 | MCKMDL00591953 | 7/27/2007 |
| MCKMDL00591841 | MCKMDL00591844 | 8/17/2007 |
| MCKMDL00591862 | MCKMDL00591864 | 8/10/2007 |
| MCKMDL00591972 | MCKMDL00591990 | 7/20/2010 |
| MCKMDL00591251 | MCKMDL00591262 | 10/9/2007 |
| MCKMDL00591858 | MCKMDL00591861 | 8/23/2007 |
| MCKMDL00634271 | MCKMDL00634272 | 5/21/2008 |
| MCKMDL00623568 | MCKMDL00623569 | 8/27/2008 |
| MCKMDL00496306 | MCKMDL00496525 | 8/4/2006 |
| MCKMDL00496859 | MCKMDL00496875 | 10/20/2005 |
| MCKMDL00497154 | MCKMDL00497155 | 6/23/2006 |
| MCKMDL00545048 | MCKMDL00545055 | 3/7/2008 |
| MCKMDL00496536 | MCKMDL00496549 | |
| MCKMDL00496550 | MCKMDL00496563 | |
| MCKMDL00496564 | MCKMDL00496573 | |
| MCKMDL00496608 | MCKMDL00496611 | 5/19/2009 |
| MCKMDL00535705 | MCKMDL00535706 | 6/12/2008 |
| MCKMDL00543610 | MCKMDL00543615 | 4/17/2008 |

Exhibit A

| Begin Bates | End Bates | Doc Date |
|---|---|---|
| MCKMDL00571360 | MCKMDL00571365 | 1/18/2006 |
| MCKMDL00651331 | MCKMDL00651369 | 8/1/2014 |
| MCKMDL00539021 | MCKMDL00539023 | 8/3/2012 |
| MCKMDL00536448 | MCKMDL00536450 | 9/25/2007 |
| MCKMDL00622532 | MCKMDL00622534 | 9/12/2007 |
| MCKMDL00511339 | MCKMDL00511341 | 7/28/2011 |
| MCKMDL00574956 | MCKMDL00574966 | 2/25/2010 |
| MCKMDL00507799 | MCKMDL00507892 | 8/31/2011 |
| MCKMDL00441794 | MCKMDL00441799 | 9/26/2016 |
| MCKMDL00628110 | MCKMDL00628111 | 12/8/2008 |
| MCKMDL00628025 | MCKMDL00628026 | 2/17/2009 |
| MCKMDL00628218 | MCKMDL00628219 | 6/12/2008 |
| MCKMDL00627168 | MCKMDL00627172 | 6/30/2008 |
| MCKMDL00628036 | MCKMDL00628037 | 10/30/2008 |
| MCKMDL00632438 | MCKMDL00632439 | 8/6/2008 |
| MCKMDL00660789 | MCKMDL00661435 | 4/3/2007 |
| MCKMDL00340143 | MCKMDL00340143 | 5/16/2016 |
| MCKMDL00645396 | MCKMDL00645397 | 10/27/2010 |
| MCKMDL00628047 | MCKMDL00628048 | 2/17/2009 |
| MCKMDL00495641 | MCKMDL00495642 | 10/13/2010 |
| MCKMDL00489792 | MCKMDL00489793 | 2/8/2010 |
| MCKMDL00642364 | MCKMDL00642382 | 4/19/2007 |
| MCKMDL00642352 | MCKMDL00642363 | 3/26/2006 |
| MCKMDL00543554 | MCKMDL00543561 | 3/31/2008 |
| MCKMDL00721366 | MDKMDL00721375 | 1/24/2013 |
| MCKMDL00721376 | MDKMDL00721390 | 10/8/2008 |
| MCKMDL00627955 | MCKMDL00627956 | 10/29/2009 |
| MCKMDL00632098 | MCKMDL00632099 | 6/30/2009 |
| MCKMDL00628984 | MCKMDL00628985 | 11/26/2010 |
| MCKMDL00633443 | MCKMDL00633445 | 7/26/2010 |
| MCKMDL00543764 | MCKMDL00543765 | 9/5/2008 |
| MCKMDL00735713 | MCKMDL00735714 | 7/21/2009 |
| MCKMDL00748093 | MCKMDL00748093 | 3/31/2009 |
| MCKMDL00781102 | MCKMDL00781177 | Unknown |
| MCKMDL00780877 | MCKMDL00780882 | 4/7/2010 |
| MCKMDL00830338 | MCKMDL00830339 | 6/11/2008 |
| MCKMDL00827928 | MCKMDL00827934 | 11/7/2012 |
| MCKMDL00558286 | MCKMDL00558289 | 5/8/2017 |
| MCKMDL00331765 | MCKMDL00331766 | 1/8/2016 |
| MCKMDL00331932 | MCKMDL00331935 | 1/25/2016 |
| MCKMDL00331977 | MCKMDL00331988 | 4/11/2018 |
| MCKMDL00332012 | MCKMDL00332014 | 4/11/2018 |
| MCKMDL00332089 | MCKMDL00332092 | 10/13/2017 |
| MCKMDL00332151 | MCKMDL00332153 | 11/17/2016 |
| MCKMDL00332154 | MCKMDL00332156 | 11/22/2016 |
| MCKMDL00332164 | MCKMDL00332168 | 5/1/2017 |

Exhibit A

| Begin Bates | End Bates | Doc Date |
|---|---|---|
| MCKMDL00332206 | MCKMDL00332208 | 8/22/2016 |
| MCKMDL00332220 | MCKMDL00332222 | 8/25/2016 |
| MCKMDL00359665 | MCKMDL00359668 | 2/29/2016 |
| MCKMDL00360120 | MCKMDL00360123 | 8/24/2016 |
| MCKSTCT00129826 | MCKSTCT00129826 | 5/27/2015 |
| MCKSTCT00333058 | MCKSTCT00333081 | 3/30/2018 |
| MCKMDL02102775 | MCKMDL02102803 | 2/4/2014 |
| MCKMDL00534376 | MCKMDL00534434 | |
| MCKMDL01940513 | MCKMDL01940514 | 1/18/2013 |
| MCKMDL01940693 | MCKMDL01940694 | 1/2/2013 |
| MCKMDL01940943 | MCKMDL01940944 | 4/21/2011 |
| MCKMDL01940951 | MCKMDL01940953 | 4/15/2011 |
| MCKMDL01492897 | MCKMDL01492899 | |
| MCKMDL02105176 | MCKMDL02105185 | 11/2/2012 |
| MCKMDL02104903 | MCKMDL02104912 | Unknown |
| MCKMDL00364908 | MCKMDL00364929 | Unknown |
| MCKMDL01861247 | MCKMDL01861247 | 3/8/2013 |
| MCKMDL01864197 | MCKMDL01864209 | 5/31/2013 |
| MCKSTCT00120458 | MCKSTCT00120463 | 5/29/2013 |
| MCKMDL00632877 | MCKMDL00632883 | 7/24/2012 |
| MCKMDL00332015 | MCKMDL00332016 | 11/1/2017 |
| MCKMDL00359417 | MCKMDL00359425 | 5/13/2015 |
| MCKMDL00396368 | MCKMDL00396382 | 4/25/2017 |
| MCKSTCT00125206 | MCKSTCT00125220 | 2/11/2016 |
| MCKSTCT00125448 | MCKSTCT00125451 | 2/4/2016 |
| MCKSTCT00148724 | MCKSTCT00148758 | 10/17/2018 |
| MCKMDL00324669 | MCKMDL00324673 | 1/4/2010 |
| MCKMDL00324692 | MCKMDL00324694 | 10/16/2008 |
| MCKMDL00365291 | MCKMDL00365392 | Unknown |
| MCKMDL00750135 | MCKMDL00750137 | 12/19/2012 |
| MCKMDL00331698 | MCKMDL00331699 | 11/1/2007 |
| MCKMDL02111035 | MCKMDL02111035 | 2/8/2016 |
| MCKMDL02111038 | MCKMDL02111038 | 2/9/2016 |
| MCKMDL00326665 | MCKMDL00326665 | Unknown |
| MCKMDL00328669 | MCKMDL00328669 | Unknown |
| MCKMDL00328705 | MCKMDL00328705 | Unknown |
| MCKSTCT00128355 | MCKSTCT00128364 | 7/20/2015 |
| MCKSTCT00137351 | MCKSTCT00137351 | 10/7/2010 |
| MCKMDL00328539 | MCKMDL00328546 | 5/2/2014 |
| MCKMDL00328549 | MCKMDL00328551 | 5/22/2014 |
| MCKMDL00331269 | MCKMDL00331350 | Unknown |
| MCKMDL00331355 | MCKMDL00331363 | 2/6/2014 |
| MCKMDL00331530 | MCKMDL00331535 | 10/8/2015 |
| MCKMDL00332366 | MCKMDL00332366 | 12/18/2017 |
| MCKMDL00358870 | MCKMDL00358878 | 2/16/2014 |
| MCKMDL00662810 | MCKMDL00662811 | 3/24/2014 |

Exhibit A

| Begin Bates | End Bates | Doc Date |
|---|---|---|
| MCKMDL02110968 | MCKMDL02110968 | 5/9/2007 |
| MCKMDL02110969 | MCKMDL02110971 | 1/27/2010 |
| MCKMDL02110972 | MCKMDL02110972 | 8/28/2012 |
| MCKMDL02110995 | MCKMDL02110997 | 9/4/2012 |
| MCKMDL02110998 | MCKMDL02110999 | 9/6/2012 |
| MCKMDL01509848 | MCKMDL01509848 | 1/14/2013 |
| MCKMDL01513753 | MCKMDL01513756 | 5/15/2009 |
| MCKMDL01513760 | MCKMDL01513762 | 9/18/2008 |
| MCKSTCT00096782 | MCKSTCT00096814 | 3/26/2008 |
| MCKSTCT00038337 | MCKSTCT00038338 | 2/10/2010 |
| MCKSTCT00549195 | MCKSTCT00549196 | 4/25/2007 |
| MCKSTCT00549214 | MCKSTCT00549215 | 9/17/2007 |
| MCKSTCT00549220 | MCKSTCT00549221 | 9/17/2007 |
| MCKSTCT00549282 | MCKSTCT00549282 | 5/17/2008 |
| MCKSTCT00549425 | MCKSTCT00549426 | 11/19/2007 |
| MCKSTCT00549558 | MCKSTCT00549561 | 11/14/2011 |
| MCKSTCT00551607 | MCKSTCT00551609 | 8/31/2011 |
| MCKMDL00455502 | MCKMDL00455503 | 9/9/2015 |
| MCKMDL01397438 | MCKMDL01397459 | 4/28/2015 |
| MCKMDL02129664 | MCKMDL02129664 | 11/6/2015 |
| MCKMDL02129721 | MCKMDL02129721 | 4/10/2015 |
| MCKMDL02129743 | MCKMDL02129743 | 9/5/2014 |
| MCKMDL02137855 | MCKMDL02137856 | 6/27/2014 |
| MCKMDL00445881 | MCKMDL00445884 | 7/17/2014 |
| MCKMDL00521372 | MCKMDL00521375 | 11/1/2012 |
| MCKMDL01398090 | MCKMDL01398092 | 10/15/2013 |
| MCKMDL02129511 | MCKMDL02129513 | 2/20/2017 |
| MCKMDL02129565 | MCKMDL02129567 | 2/22/2016 |
| MCKMDL00431894 | MCKMDL00431910 | 11/9/2017 |
| MCKMDL00707088 | MCKMDL00707091 | 1/26/2012 |
| MCKMDL00363440 | MCKMDL00363605 | |
| MCKMDL00503155 | MCKMDL00503161 | 1/26/2012 |
| MCKMDL01398900 | MCKMDL01398909 | 8/13/2013 |
| MCKMDL01861207 | MCKMDL01861208 | 10/18/2012 |
| MCKMDL02005596 | MCKMDL02005596 | 7/28/2011 |
| MCKSTCT00549207 | MCKSTCT00549207 | 8/22/2007 |
| MCKMDL00543043 | MCKMDL00543043 | 4/27/2007 |
| MCKMDL00544544 | MCKMDL00544544 | 2/6/2009 |
| MCKMDL00328257 | MCKMDL00328345 | 8/23/2012 |
| MCKMDL00340151 | MCKMDL00340152 | 7/5/2017 |
| MCKMDL00340157 | MCKMDL00340162 | 11/21/2016 |
| MCKMDL00628996 | MCKMDL00628997 | 11/30/2010 |
| MCKMDL00630329 | MCKMDL00630330 | 8/29/2014 |
| MCKMDL00632923 | MCKMDL00632925 | 9/16/2011 |
| MCKMDL02066740 | MCKMDL02066741 | 11/21/2011 |
| MCKSTCT00032742 | MCKSTCT00032745 | 3/18/2010 |

Exhibit A

| Begin Bates | End Bates | Doc Date |
|---|---|---|
| MCKSTCT00065994 | MCKSTCT00065994 | 2/4/2011 |
| MCKMDL01740201 | MCKMDL01740203 | 8/3/2012 |
| MCKSTCT00040930 | MCKSTCT00040933 | 10/17/2008 |
| MCKSTCT00114212 | MCKSTCT00114213 | 12/11/2008 |
| MCKMDL00628183 | MCKMDL00628184 | 12/3/2008 |
| MCKMDL00629858 | MCKMDL00629860 | 3/25/2011 |
| MCKSTCT00058824 | MCKSTCT00058824 | 8/1/2012 |
| MCKPUB00024512 | MCKPUB00024531 | 1/23/2015 |
| MCKMDL00634983 | MCKMDL00634985 | 9/17/2011 |
| MCKSTCT00549425 | MCKSTCT00549426 | 11/20/2007 |
| MCKMDL00337660 | MCKMDL00337796 | 7/1/2000 |
| MCKMDL01391128 | MCKMDL01391128 | |
| MCKMDL00403367 | MCKMDL00403385 | 7/31/2008 |
| MCKMDL00492184 | MCKMDL00492190 | 3/17/2010 |
| MCKMDL00510884;<br>MCKMDL00510890;<br>MCKMDL00510886;<br>MCKMDL00510880 | MCKMDL00510884;<br>MCKMDL00510890;<br>MCKMDL00510886;<br>MCKMDL00510880 | 3/29/2011 |
| MCKMDL00511172 | MCKMDL00511173 | 6/22/2011 |
| MCKMDL00543914 | MCKMDL00543916 | 11/12/2006 |

Exhibit A

| Begin Bates | End Bates | Doc Date |
|---|---|---|
| MCKMDL00513159; | MCKMDL00513159; | |
| MCKMDL00513215; | MCKMDL00513216; | |
| MCKMDL00506088; | MCKMDL00506090; | |
| MCKMDL00504340; | MCKMDL00504343; | |
| MCKMDL00506092; | MCKMDL00506098; | |
| MCKMDL00505310; | MCKMDL00505322; | |
| MCKMDL00506113; | MCKMDL00506124; | |
| MCKMDL00506131; | MCKMDL00506134; | |
| MCKMDL00505325; | MCKMDL00505325; | |
| MCKMDL00506138; | MCKMDL00506138; | |
| MCKMDL00505327; | MCKMDL00505327; | |
| MCKMDL00504361; | MCKMDL00504365; | |
| MCKMDL00504368; | MCKMDL00504368; | |
| MCKMDL00504373; | MCKMDL00504373; | |
| MCKMDL00503293; | MCKMDL00503295; | |
| MCKMDL00503300; | MCKMDL00503300; | |
| MCKMDL00503304; | MCKMDL00503304; | |
| MCKMDL00503330; | MCKMDL00503330; | |
| MCKMDL00503333; | MCKMDL00503334; | |
| MCKMDL00503343; | MCKMDL00503343; | |
| MCKMDL00503347; | MCKMDL00503348; | |
| MCKMDL00503362; | MCKMDL00503362; | |
| MCKMDL00503404; | MCKMDL00503404; | |
| MCKMDL00503407; | MCKMDL00503407; | |
| MCKMDL00503418; | MCKMDL00503418; | |
| MCKMDL00503425; | MCKMDL00503425; | |
| MCKMDL00503436; | MCKMDL00503437; | |
| MCKMDL00503446; | MCKMDL00503446; | |
| MCKMDL00555543 | MCKMDL00555546 | |

Exhibit A

| Begin Bates | End Bates | Doc Date |
|---|---|---|
| MCKMDL00317324; | MCKMDL00317324; | |
| MCKMDL00324439; | MCKMDL00324446; | |
| MCKMDL00324707; | MCKMDL00324708; | |
| MCKMDL00324437; | MCKMDL00324437; | |
| MCKMDL00324674; | MCKMDL00324681; | |
| MCKMDL00324705; | MCKMDL00324706; | |
| MCKMDL00324830; | MCKMDL00324839; | |
| MCKMDL00326097; | MCKMDL00326097; | |
| MCKMDL00325316; | MCKMDL00325321; | |
| MCKMDL00324825; | MCKMDL00324825; | |
| MCKMDL00325310; | MCKMDL00325311; | |
| MCKMDL00326098; | MCKMDL00326099; | |
| MCKMDL00326102; | MCKMDL00326107; | |
| MCKMDL00001206; | MCKMDL00001206; | |
| MCKMDL00325001; | MCKMDL00325002; | |
| MCKMDL00325511; | MCKMDL00325512; | |
| MCKMDL00363473; | MCKMDL00363473; | |
| MCK_WCH_00004740; | MCK_WCH_00004740; | |
| MCKMDL00001278; | MCKMDL00001278; | |
| MCKMDL00001425; | MCKMDL00001425; | |
| MCKMDL00283804; | MCKMDL00283805 | |
| MCKMDL00542108 | MCKMDL00542119 | 1/5/2012 |
| MCKMDL00492821 | MCKMDL00492832 | 1/5/2012 |
| MCKMDL00490953 | MCKMDL00490954 | 11/30/2012 |
| MCKMDL00574724 | MCKMDL00574744 | 3/6/2008 |
| MCKMDL00497980 | MCKMDL00497989 | 3/1/2012 |
| MCKMDL00546932 | MCKMDL00546934 | 11/7/2013 |
| MCKMDL00546914 | MCKMDL00546916 | 11/7/2013 |
| MCKMDL00549498 | MCKMDL00549502 | 9/17/2013 |
| MCK-OHAG-00027635 (MCKMDL01393816) | MCK-OHAG-00027640 (MCKMDL01393816) | 4/7/2010 |
| MCKMDL00619181 | MCKMDL00619182 | 11/7/2011 |
| MCKMDL01476376 | MCKMDL01476376 | 2/2/2012 |
| MCKMDL00595459 | MCKMDL00595467 | 5/15/2018 |
| MCKMDL00318161 | MCKMDL00318216 | 4/9/2013 |
| MCKMDL00319170 | MCKMDL00319225 | 1/21/2010 |
| MCKMDL01393036 (MCK_BOS_00000016) | MCKMDL01393036 (MCK_BOS_00000017) | |
| MCKMDL00430424 | MCKMDL00430434 | 11/20/2015 |
| MCKMDL00435994 | MCKMDL00435994 | 12/18/2017 |
| MCKMDL00000520 | MCKMDL00000524 | 12/17/2008 |
| MCKMDL00000527 | MCKMDL00000530 | 11/26/2008 |
| MCKMDL00000515 | MCKMDL00000518 | 12/17/2008 |

Exhibit A