```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                           **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                           **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**

_____

<u>**ORDER**</u>

On November 17, 2020, defendants filed a notice to withdraw their pending motion to exclude plaintiffs' improperly obtained statement or letter from the DEA.  <u>See</u> ECF No. 1167.  The Clerk is directed to terminate defendants' motion to exclude, <u>see</u> ECF No. 1038, as moot.

The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 18th day of November, 2020.

ENTER:

David A. Faber
Senior United States District Judge