L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

The City of Huntington, West Virginia, and
Cabell County Commission,

**STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL**

V.

AmerisourceBergen Drug Corporation, et al.,

CIVIL ACTION NUMBER 3:17-cv-01362

---

Louis M. Bograd  MotleyRice                                         384566

*Name of Visiting Attorney and firm name*                           *State Bar ID number*

The City of Huntington, West Virginia, and
Cabell County Commission

*Name of party represented*

Washington DC Bar
901 4th Street NW
Washington, DC 20001

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

Motley Rice LLC
401 9th Street Suite 1001
Washington, DC 20004

*Visiting Attorney's office address*

202-386-9623 ext. 5623           202-232-5513             lbograd@motleyrice.com

*Visiting Attorney's office telephone number*   *Office fax number*    *Email address*

John Hurst   Motley Rice

                                                                     WV  10861

*Name of Sponsoring Attorney and firm name*                          *WV Bar ID number*

Motley Rice LLC
50 Clay St. Suite 1
Morgantown, WV 26501

*Sponsoring Attorney's office address*

304-413-0456                     304-413-0458             jhurst@motleyrice.com

*Sponsoring Attorney's office telephone number*   *Office fax number*   *Email address*

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

11/23/2020
Date

*Signature of Visiting Attorney* 

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

11/24/2020
Date

*Signature of Sponsoring Attorney*

## ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration.**