# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br>   Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br>   Defendants<br><br>CABELL COUNTY COMMISSION,<br>   Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br>   Defendants | Civil Action No. 3:17-01362 |

**NOTICE OF FILING REDACTED VERSION OF PREVIOUSLY UNREDACTED DOCUMENT**

Plaintiffs hereby provide notice of, and file into the public record, the attached redacted exhibit, previously filed at 1075-49.  Following the filing of 1075-49, Defendants notified Plaintiffs of certain, necessary limited redactions, to which, Plaintiffs agreed.  Consequently, Plaintiffs request that access be restricted to document 1075-49 and that the attached exhibit be linked to that filing as a replacement.

Dated: December 3, 2020

THE CITY OF HUNTINGTON

/s/ *Anne McGinness Kearse*
Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com

Respectfully submitted,

CABELL COUNTY COMMISSION

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr. (WVSB No. 7443)
FARRELL LAW
422 Ninth Street, 3rd Floor
Huntington, WV 25701
Tel: (304) 654-8281
paul@farrell.law

| | |
|---|---|
| jrice@motleyrice.com | /s/ *Anthony J. Majestro* |
| | Anthony J. Majestro (WVSB No. 5165) |
| Linda Singer | POWELL &MAJESTRO, PLLC |
| David I. Ackerman | 405 Capitol Street, Suite P-1200 |
| **MOTLEY RICE LLC** | Charleston, WV 25301 |
| 401 9th Street NW, Suite 1001 | 304-346-2889 / 304-346-2895 (f) |
| Washington, DC 20004 | amajestro@powellmajestro.com |
| Tel: 202-232-5504 | |
| Fax: 202- 386-9622 | |
| lsinger@motleyrice.com | |
| dackerman@motleyrice.com | |
| | |
| Charles R. "Rusty" Webb (WVSB No. 4782) | Michael A. Woelfel (WVSB No. 4106) |
| THE WEBB LAW CENTRE, PLLC | **WOELFEL AND WOELFEL, LLP** |
| 716 Lee Street, East | 801 Eighth Street |
| Charleston, West Virginia 25301 | Huntington, West Virginia 25701 |
| Telephone: (304) 344-9322 | Tel. 304.522.6249 |
| Facsimile: (304) 344-1157 | Fax. 304.522.9282 |
| rusty@rustywebb.com | Mikewoelfel3@gmail.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Anthony J. Majestro*