```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

v.                                            CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

v.                                            CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

<u>ORDER</u>

Pending before the court is defendants' motion to continue the trial in this matter.  (ECF No. 1181).  That motion is **GRANTED** insofar as it requests a continuance of the trial and pretrial conference.  Trial of this matter is **CONTINUED** until further order of the court.  Plaintiffs are hereby invited to submit a proposal regarding the extent to which their case-in-chief could be presented remotely without receiving live testimony by remote means.

The pretrial conference scheduled for December 8, 2020, is **CONTINUED** until January 6, 2021, <u>and</u> February 3, 2021, both at 11:00 a.m., and via videoconference.  Counsel for plaintiffs and defendants are to provide by email to Allison Skinner at [allison_skinner@wvsd.uscourts.gov](mailto:allison_skinner@wvsd.uscourts.gov) no later than three business days prior to the videoconference, the following information: the name, telephone number, and email of each attorney <u>participating</u> in the conference.  Once this information is received and processed, the court will contact the participants with connection details.

Mindful of the presumption of openness that accompanies courtroom proceedings, these proceedings will be made available electronically so that the respective trial teams, members of the public, members of the press, and other interested parties can observe the proceedings.  To make use of this technology, use one of the following methods:

Web browser:

[https://join.uc.uscourts.gov/invited.sf?secret=aBe.nuT4rMl0Gfyale7atQ&id=314041604](https://join.uc.uscourts.gov/invited.sf?secret=aBe.nuT4rMl0Gfyale7atQ&id=314041604)

Video system, Jabber or Lync: [wvsdcha5600pub@uc.uscourts.gov](mailto:wvsdcha5600pub@uc.uscourts.gov)

Phone: 5713532300, then enter 314041604

Persons using remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  <u>See</u> Local Rule Civ. P.

83.10.  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 3rd day of December, 2020.

ENTER:

David A. Faber
Senior United States District Judge