IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                  CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                  CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

## ORDER

    Because it is subject to the protective order entered in these cases, the Clerk is directed to **SEAL** the exhibit filed at ECF No. 1075-49.

    The Clerk is directed to send copies of this Order to counsel of record who have registered to receive an electronic NEF.

    **IT IS SO ORDERED** this 23rd day of December, 2020.

                ENTER:

                                      *David A. Faber*
                                      David A. Faber
                                      Senior United States District Judge