## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                                  CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

    Defendants.
_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                                  CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

    Defendants.
_____

### MEMORANDUM OPINION AND ORDER

Pending on the docket is a motion to quash filed by the West Virginia Offices of the Insurance Commissioner ("WVOIC"). (ECF No. 259). On May 5, 2020, defendants indicated that "the WVOIC has fully satisfied its subpoena obligations." See ECF No. 391 at 5. Therefore, the motion to quash is **DENIED** as moot.

Also showing as pending is "Plaintiffs' Motion to Allow Live Testimony Through Contemporaneous Transmission From Locations Outside of West Virginia". (ECF No. 794). The parties were able to resolve the issues presented in that motion and plaintiffs

filed a notice to withdraw it.  See ECF No. 880.  Accordingly, the Clerk is directed to **TERMINATE** ECF No. 794 as moot.

The Clerk is directed to send copies of this Order to counsel of record who have registered to receive an electronic NEF and to counsel for the WVOIC.

**IT IS SO ORDERED** this 30th day of December, 2020.

ENTER:

David A. Faber
Senior United States District Judge