IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                                                                                  CIVIL ACTION NO. 3-17-01362

AMERISOURCEBERGEN DRUG                      Hon. David A. Faber
CORPORATION, et al.,

    Defendants.

------------------------------------------------

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                                                                  CIVIL ACTION NO. 3-17-01665

AMERISOURCEBERGEN DRUG                      Hon. David A. Faber

CORPORATION, et al.,

    Defendants.

**MOTION TO WITHDRAW ATTORNEY APPEARANCE**

The State of West Virginia moves to withdraw attorney Benjamin Fischer's appearance in the above-captioned case. Mr. Fischer is no longer associated with the Office of the West Virginia Attorney General and therefore no longer represents the State of West Virginia in the above-captioned matter. The State of West Virginia will continue to be represented by Lindsay S. See, who has previously entered an appearance in this case.

Respectfully submitted,                                                          DATED: January 4, 2021

1

COUNSEL FOR
PATRICK J. MORRISEY,
in his official capacity as Attorney General for the State of West Virginia

PATRICK MORRISEY
ATTORNEY GENERAL

/s/ Benjamin E. Fischer
Lindsay S. See (WV Bar No. 13360)
  *Solicitor General*
  *Counsel of Record*
Benjamin E. Fischer (WV Bar No. 13720)
  *Assistant Solicitor General*
Office of the West Virginia
  Attorney General
1900 Kanawha Blvd. East
Building 1, Room E-26
Charleston, WV 25305
Tel.: (304) 558-2021
Fax: (304) 558-0140
Lindsay.S.See@wvago.gov
Benjamin.E.Fischer@wvago.gov

Vaughn T. Sizemore (WV Bar No. 8231)
  *Deputy Attorney General*
Michelle L. Bradley (WV Bar No. 10129)
  *Assistant Attorney General*
Abby G. Cunningham (WV Bar No. 13388)
  *Assistant Attorney General*
Office of the West Virginia
  Attorney General
812 Quarrier Street, First Floor
Post Office Box 1789
Charleston, WV 25326
Tel.: 304-558-8986
Fax: 304-558-0184
Vaughn.T.Sizemore@wvago.gov
Michelle.L.Bradley@wvago.gov
Abby.G.Cunningham@wvago.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th date of January 2021, I electronically filed the foregoing MOTION TO WITHDRAW ATTORNEY APPEARANCE with the Clerk of Court by using the CM/ECF System.

/s/ Benjamin E. Fischer
Benjamin E. Fischer (WV Bar No. 13720)
*Assistant Solicitor General*
