```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

    **Defendants.**

_____

## ORDER REGARDING PUBLIC ACCESS

Pretrial conferences are currently scheduled for January 6, 2021, <u>and</u> February 3, 2021, both at 11:00 a.m., via videoconference. <u>See</u> ECF No. 1188. Mindful of the presumption of openness that accompanies courtroom proceedings, these proceedings will be made available electronically so that the respective trial teams, members of the public, members of the press, and other interested parties can observe the proceedings.

To make use of this technology, use one of the following methods:

Web browser:

https://join.uc.uscourts.gov/invited.sf?secret=aBe.nuT4rMl0Gfyale7atQ&id=314041604

Phone:

5713532300, then enter 314041604

The public access link contained in the court's order of December 3, 2020 (ECF No. 1188) **DOES NOT WORK**.  Any person encountering trouble in using this technology should contact the court's IT Department at 1-304-347-3005 for assistance.

Persons using remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  <u>See</u> Local Rule Civ. P. 83.10.  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 5th day of January, 2021.

ENTER:

David A. Faber
Senior United States District Judge