IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                              CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

### ORDER

    The hearing in these cases scheduled for February 3, 2021, is hereby **CONTINUED** until Tuesday, February 9, 2021, at 9:00 a.m., via videoconference.

    The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

    **IT IS SO ORDERED** this 2nd day of February, 2021.

                    ENTER:

                    David A. Faber
                    Senior United States District Judge