# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date: 2/9/2021    Case Number   3:17-cv-01362

Case Style        The City of Huntington, West Virginia vs. AmerisourceBergen Drug Corporation
Type of hearing   Video Pretrial Conference
Before the honorable: 2512-Faber
Court Reporter    Lisa Cook                 Courtroom Deputy  Cindy Lilly

Attorney(s) for the Plaintiff or Government
Paul Farrell

Attorney(s) for the Defendant(s)
Steven Ruby

Law Clerk         Allison Skinner

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:00 AM | 10:30 AM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 01:30

## Courtroom Notes

Scheduled Start: 9:00 a.m.
Actual Start: 9:00 a.m.
Paul T. Farrell, Anthony J. Majestro, Anne McGinness Kearse, Lou Brograd, Andrea Bierstein, Monique Alycia Christenson Shannon McClure, Joseph Mahady, Kim Watterson, Gretchen Callas, Steve Ruby, Enu Mainigi, Jen Wicht, Lane Heard, Ashley Hardin, Timothy Hester, Paul Schmidt, Laura Flahive Wu, Jeffrey Wakefield
Court recessed at 10:30 a.m.