IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

v.                                               **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

v.                                               **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

### ORDER

Pending before the court are two motions for leave to file under seal because the filings contain information covered by the protective order.  (ECF Nos. 882 and 894).  For good cause shown, those motions are **GRANTED**.

The Clerk is directed to send copies of this Order to counsel of record who have registered to receive an electronic NEF.

IT IS SO ORDERED this 9th day of February, 2021.

                      ENTER:  *David A. Faber*

                                  David A. Faber
                                  Senior United States District Judge