```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                    **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                    **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

### ORDER

On October 28, 2020, the court granted defendants' unopposed motion for entry of an order providing for use of third-party discovery in related state court litigation.  See ECF No. 1118.  Two objections to that order have been filed.  See ECF Nos. 1171 and 1176.  Within ten (10) days of entry of this Order, defendants are **DIRECTED** to file a response to those objections.

The Clerk is directed to send copies of this Order to counsel of record who have registered to receive an electronic NEF, including counsel for the United States and Cigna Corporation.

IT IS SO ORDERED this 9th day of February, 2021.

        ENTER:

        *David A. Faber*
        David A. Faber
        Senior United States District Judge