# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br> Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br> Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br> Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br> Defendants. | Civil Action No. 3:17-01665 |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE** that Anna Han, Esq. is withdrawing as legal counsel on behalf of McKesson Corporation in this matter effective February 12, 2021, when she will be departing Covington & Burling LLP. Accordingly, it is requested that Ms. Han be removed as a participant to the electronic docket in this matter.

Respectfully submitted this 11th day of February, 2021.

               */s/ Timothy C. Hester*
               Timothy C. Hester (DC 370707)
               COVINGTON & BURLING LLP
               One CityCenter
               850 Tenth Street NW
               Washington, DC 20001
               Tel: (202) 662-5324
               thester@cov.com
               *Counsel for McKesson Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br> Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br> Defendants. | Civil Action No. 3:17-01665 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11ʰ day of February, 2021, I filed a true and exact copy of the foregoing "***Notice of Withdrawal as Counsel***" via the Court's CM/ECF system which will provide service to all counsel of record.

                                                 */s/ Timothy C. Hester*
                                               Timothy C. Hester (DC 370707)