IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

    Plaintiff,

v.                            CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

    Defendants.
_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                            CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

    Defendants.
_____

## ORDER

On September 22, 2020, defendants filed their Fourteenth Discovery Status Report.  See ECF No. 1002.  Defendants indicated that this would be their final report "unless otherwise requested by the Court."  Id.  Given that discovery matters were referred to Special Master Wilkes, these status reports were a valuable aid to the court in allowing it to keep up with discovery issues in these cases.

According to the docket sheet, a number of discovery motions are pending.  However, the court believes that most, if not all,

of those motions have already been resolved by the parties or that Judge Wilkes has ruled upon them. For this reason, within fourteen (14) days of entry of this Order, the court **DIRECTS** the parties to file a joint statement regarding the status of the following motions:

- Motion by Public Employees Insurance Agency to Quash Subpoena (ECF No. 260);

- Motion by Cabell Huntington Hospital to Quash (ECF No. 309);

- Renewed Motion to Quash filed by Public Employees Insurance Agency (ECF No. 420);

- Motion by ABDC to Compel Discovery from the Office of the Chief Medical Examiner (ECF No. 428);

- Motion by ABDC to Compel Discovery from the West Virginia Bureau for Children and Families (ECF No. 430);[*]

- Defendants' Motion to Compel In Camera Review and Production (ECF No. 432);

- Plaintiffs' Motion to Compel Defendants to Withdraw Privilege Claims and for In Camera Review of Privilege Claims (ECF No. 439);

- Motion by West Virginia Department of Health and Human Resources to Quash (ECF No. 441);

- Plaintiffs' Motion to Compel 30(b)(6) Depositions (ECF No. 468);

- Motion by Bill J. Crouch, Cabinet Secretary for the West Virginia Department of Health and Human Resources to Quash Subpoena (ECF No. 499);

---

[*] In their Fourteenth Discovery Status Report, defendants indicated that their motion was fully briefed but that "progress [wa]s being made." ECF No. 1002 at 2. They went on to request no action from the court. See id.

- Motion by West Virginia Department of Health and Human Resources to Quash (ECF No. 500);

- Motion by Governor's Council on Substance Abuse and Prevention and Treatment to Quash (ECF No. 501); and

- Motion by ABDC to Compel Discovery from Cabell Huntington Hospital and St. Mary's Medical Center (ECF No. 521).

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF; to Special Master Wilkes; and to counsel for: 1) Public Employees Insurance Agency, 2) Bill J. Crouch; 3) West Virginia Department of Health and Human Resources; 4) Governor's Council on Substance Abuse Prevention and Treatment; 5) Cabell Huntington Hospital, Inc.; and 6) St. Mary's Medical Center, Inc.

**IT IS SO ORDERED** this 17th day of February, 2021.

ENTER:

David A. Faber
Senior United States District Judge