# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION *et al.*, <br><br> Defendants. | Civil Action No. 3:17-01362 <br> Hon. David A. Faber |
| CABELL COUNTY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION *et al.*, <br><br> Defendants. | Civil Action No. 3:17-01665 <br> Hon. David A. Faber |

### DEFENDANTS' RESPONSES TO OBJECTIONS TO THIRD-PARTY DISCOVERY SHARING

On October 28, 2020, the Court granted Defendants' Unopposed Motion for Entry of Order Providing for Use of Third-Party Discovery in Related State Court Litigation (ECF No. 1118). The Court's October 28, 2020 order promotes efficiencies by allowing third-party discovery available in this litigation to be deemed produced in the opioid litigation currently pending in the Circuit Court of Kanawha County, West Virginia (the "MLP litigation" or "MLP").[1] Following the processes outlined in the Court's October 28, 2020 order, two third

---

[1] *In re: Opioid Litigation*, Civil Action No. 19-C-9000, Circuit Court of Kanawha County, West Virginia.

parties have filed objections to the sharing of their discovery in the MLP litigation — the United States Department of Justice ("DOJ") (ECF No. 1171) and Cigna Corporation ("Cigna") (ECF No. 1176).

Pursuant to the Court's recent February 9, 2021 order (ECF No. 1220), Defendants now respond to DOJ's and Cigna's objections as follows:

**DOJ**: DOJ — on behalf of the Drug Enforcement Administration ("DEA") and the Federal Bureau of Investigation ("FBI") — objects to sharing its third-party discovery from the MDL Track 1 litigation and this litigation into the MLP unless the MLP parties agree to: (1) sign the federal MDL protective order[2] acknowledgement form; (2) abide by the requirements of the MDL protective order as to DEA or FBI documents or testimony produced or elicited in the federal litigation; and (3) resolve any disputes arising therefrom in a United States District Court. *See* ECF No. 1171. Defendants agree to the terms that DOJ has set forth in its objection.

Defendants conferred with Plaintiffs in the MLP litigation (the "MLP Plaintiffs"), who advised that they, too, agree that DEA/FBI documents, testimony, and exhibits obtained in this litigation and in the MDL Track 1 litigation may be deemed produced in the MLP litigation, and that such documents, testimony, and exhibits will be governed by the MDL protective order, provided that the MLP parties' right to take additional third-party discovery in the MLP will not be altered, and provided that any additional third-party discovery sought or taken specifically in the MLP (and any objections to same) will be governed by MLP processes and the MLP protective order — not the MDL protective order. Defendants agree with the MLP Plaintiffs' position and understand it to be consistent with the conditions proposed by DOJ.

---

[2] ECF No. 441 and subsequent amendments, *In re: National Prescription Opiate Litigation*, MDL No. 2804, Case No. 17-MD-2804-DAP (N.D. Ohio).

**Cigna**: Cigna objects to sharing its third-party discovery with the MLP because "its prior non-party production . . . is not relevant to the claims or defenses asserted in" the MLP since it "was limited to customer-specific claims data for Cuyahoga and Summit Counties in Ohio." *See* ECF No. 1176.

Defendants do not oppose Cigna's objection and will not share Cigna's Ohio claims data with the parties in the MLP. Likewise, the MLP Plaintiffs have represented that they agree not to use Cigna's federal third-party documents in the MLP, with the understanding that the MLP parties will retain their right to seek additional/other third-party discovery from Cigna in the MLP. Defendants agree with the MLP Plaintiffs' position and understand it to be consistent with Cigna's objection.

\* \* \*

As summarized above, Defendants agree to the terms set forth in DOJ's objection and do not oppose Cigna's objection. Defendants request that the Court enter the Proposed Order that accompanies this filing.

Dated: February 19, 2021    Respectfully submitted,

*/s/ Timothy C. Hester*
Timothy C. Hester
Christian J. Pistilli
Laura Flahive Wu
Andrew P. Stanner
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
cpistilli@cov.com
lflahivewu@cov.com
astanner@cov.com

/s/ *Paul W. Schmidt*
Paul W. Schmidt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York
Tel: (212) 841-1000
pschmidt@cov.com

/s/ *Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

/s/ *Carol Dan Browning*
Carol Dan Browning
Stites & Harbison, PLLC
400 West Market Street
Suite 1800
Louisville, Kentucky 40202
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
cbrowning@stites.com

*Counsel for McKesson Corporation*

/s/ *Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

/s/ *Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103

-4-

Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

/s/ *Steven R. Ruby*
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@csdlawfirm.com
rfranks@cdkrlaw.com

/s/ *Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

-6-

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 19th day of February, 2021 the foregoing "Defendants' Responses to Objections to Third-Party Discovery Sharing" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including counsel for DEA, FBI, and Cigna.

/s/ *Timothy C. Hester*
Timothy C. Hester (DC 370707)