UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

CIVIL ACTION NO. 3:17-01362

---

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

CIVIL ACTION NO. 3:17-01665

### CT2 STIPULATION REGARDING DELOITTE DOCUMENTS: CARDINAL HEALTH AND HUNTINGTON/CABELL COUNTY

Defendant, Cardinal Health, Inc. ("Cardinal Health") and Plaintiffs, City of Huntington (City) and Cabell County Commission (County), stipulate as follows regarding certain documents produced by non-party Deloitte in this litigation referenced in Appendix A hereto.

1. Cardinal Health stipulates that it will not object to the authenticity of these documents pursuant to FRE 901 and 902 at trial.

2. Cardinal Health stipulates that it will not object to the presentation of these documents without the use of a sponsoring witness at trial.

3. Cardinal Health stipulates that it will not object to these documents on hearsay grounds, while preserving all objections to testimony about them.

4. Cardinal Health reserves its right to object to the admissibility of all documents identified in Appendix A, or to any witness's testimony about them, including but not limited to under Federal Rules of Evidence 401, 402, 403, and 408.

Date: March 1, 2021

Respectfully Submitted,

*Cardinal Health, Inc.*

/s/Steven R. Ruby
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
707 Virginia St. E., Ste. 901
Charleston, West Virginia 25301
Tel.: (304) 345-1234
Fax: (304) 342-1105

/s/Enu Mainigi
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Tel.: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com

*Plaintiffs*

/s/Paul T. Farrell, Jr.
Paul T. Farrell, Jr.
(WVSB Bar No. 7443)
FARRELL LAW
P.O. Box 1180
Huntington, WV 25714-1180
paul@farrell.law

3

                                              Anne McGinness Kearse
                                              (WVSB No. 12547)
                                              MOTLEY RICE, LLC
                                              28 Bridgeside Blvd.
                                              Mount Pleasant, SC 29464
                                              Tel: 843-216-9000
                                              Fax: 843-216-9450
                                              akearse@motleyrice.com

                                              Michael J. Fuller, Jr.
                                              (WVSB No. 10150)
                                              McHUGH FULLER LAW GROUP, PLLC
                                              97 Elias Whiddon Rd.
                                              Hattiesburg, MS 39402
                                              T: 601-261-2220
                                              F: 601-261-2481
                                              mike@mchughfuller.com

## **APPENDIX A**

DC00002751 - DC00002752
DC00002753 - DC00002804
DC00010169 - DC00010169
DC00010183 - DC00010200
DC00011311 - DC00011311
DC00039006 - DC00039007
DC00039022 - DC00039022
DC00039023 - DC00039045
DC00049121 - DC00049121
DC00049645 - DC00049645
DC00117692 - DC00117692
DC00120560 - DC00120561
DC00165359 - DC00165360
DC00165901 - DC00165901_0010
DC00173983 - DC00173984