# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                                      CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

───────────────────────────────

CABELL COUNTY COMMISSION,
    Plaintiff,

v.                                                       CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

───────────────────────────────

## JOINT STATEMENT REGARDING THE STATUS OF DISCOVERY MOTIONS

In accordance with the Court's February 17, 2021 order (ECF No. 1225), the parties submit this joint statement regarding the status of the following discovery motions:

- **Motion by Public Employees Insurance Agency to Quash Subpoena (ECF No. 260):** This motion is moot by agreement of the Public Employees Insurance Agency and Defendants.

- **Motion by Cabell Huntington Hospital to Quash (ECF No. 309):** This motion was withdrawn by agreement between Cabell Huntington Hospital and Defendants.

- **Renewed Motion to Quash filed by Public Employees Insurance Agency (ECF No. 420):** This motion is moot by agreement of the Public Employees Insurance Agency and Defendants.

1

- **Motion by ABDC to Compel Discovery from the Office of the Chief Medical Examiner (ECF No. 428):**  This motion has been resolved by agreement between the Office of the Chief Medical Examiner and Defendants.

- **Motion by ABDC to Compel Discovery from the West Virginia Bureau for Children and Families (ECF No. 430):**  This motion is now moot.

- **Defendants' Motion to Compel In Camera Review and Production (ECF No. 432):**  This motion has been resolved by agreement between the parties.

- **Plaintiffs' Motion to Compel Defendants to Withdraw Privilege Claims and for In Camera Review of Privilege Claims (ECF No. 439):**  This motion has been resolved by agreement between the parties.

- **Motion by West Virginia Department of Health and Human Resources to Quash (ECF No. 441):**  This motion is now moot.

- **Plaintiffs' Motion to Compel 30(b)(6) Depositions (ECF No. 468):**  This motion has been resolved by agreement between the parties.

- **Motion by Bill J. Crouch, Cabinet Secretary for the West Virginia Department of Health and Human Resources to Quash Subpoena (ECF No. 499):**  This motion is now moot.

- **Motion by West Virginia Department of Health and Human Resources to Quash (ECF No. 500):**  This motion is now moot.

- **Motion by Governor's Council on Substance Abuse and Prevention and Treatment to Quash (ECF No. 501):**  This motion is now moot.

- **Motion by ABDC to Compel Discovery from Cabell Huntington Hospital and St. Mary's Medical Center (ECF No. 521):**  This motion has been resolved by agreement between the Cabell Huntington Hospital, the St. Mary's Medical Center and Defendants.

The parties, by their undersigned counsel, hereby submit this response jointly.

Respectfully submitted,

/s/ *Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV 25322
Tel: (304) 340-1000

2

Fax: (304) 340-1050
gcallas@jacksonkelly.com


/s/ *Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*


/s/ *Timothy C. Hester*
Timothy C. Hester
Christian J. Pistilli
Laura Flahive Wu
Andrew P. Stanner
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
cpistilli@cov.com
lflahivewu@cov.com
astanner@cov.com

/s/ *Paul W. Schmidt*
Paul W. Schmidt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York
Tel: (212) 841-1000
pschmidt@cov.com

/s/ *Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
Jason L. Holliday (WVSB #12749)
FLAHERTY SENSABAUGH BONASSO PLLC

3


P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
jwakefield@flahertylegal.com
jholliday@flahertylegal.com


/s/ *Carol Dan Browning*
Carol Dan Browning
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
cbrowning@stites.com

*Counsel for McKesson Corporation*


/s/ *Steven R. Ruby*
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@csdlawfirm.com
rfranks@cdkrlaw.com


/s/ *Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

lheard@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*


/s/ *Michael J. Fuller, Jr.*
Michael J. Fuller, Jr. (WV Bar No. 10150)
**McHUGH FULLER LAW GROUP, PLLC**
97 Elias Whiddon Rd.
Hattiesburg, MS  39402
T: 601-261-2220
F: 601-261-2481
mike@mchughfuller.com


/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr. (WVSB Bar No. 7443)
**FARRELL LAW**
422 Ninth Street
3rd Floor (25701)
PO Box 1180
Huntington, West Virginia 25714
Mobile: 304-654-8281
paul@farrell.law


/s/ *Anne McGinness Kearse*
Anne McGinness Kearse (WVSB No 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com


*Counsel for The City of Huntington and Cabell County Commission*

5

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this 3rd day of March, 2021 the foregoing document was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com