```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                   **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                   **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

<u>ORDER</u>

Pending before the court is Cardinal Health's motion to vacate the referral of plaintiffs' January 26, 2021 motion to compel to Special Master Wilkes.  (ECF No. 1213).  The motion to compel (ECF No. 1213) is not a discovery motion and should not have been referred to Judge Wilkes in the first place. Accordingly, the motion to vacate the referral is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel of record who have registered to receive an electronic NEF and Special Master Wilkes.

IT IS SO ORDERED this 11th day of March, 2021.

                ENTER:

                David A. Faber
                Senior United States District Judge