```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                       **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                       **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

## ORDER

For the reasons expressed in ECF No. 1231, the Clerk is directed to **TERMINATE** as moot, the following motions:

- Motion by Public Employees Insurance Agency to Quash Subpoena (ECF No. 260);

- Motion by Cabell Huntington Hospital to Quash (ECF No. 309);

- Renewed Motion to Quash filed by Public Employees Insurance Agency (ECF No. 420);

- Motion by ABDC to Compel Discovery from the Office of the Chief Medical Examiner (ECF No. 428);

- Motion by ABDC to Compel Discovery from the West Virginia Bureau for Children and Families (ECF No. 430);

- Defendants' Motion to Compel In Camera Review and Production (ECF No. 432);

- Plaintiffs' Motion to Compel Defendants to Withdraw Privilege Claims and for In Camera Review of Privilege Claims (ECF No. 439);

- Motion by West Virginia Department of Health and Human Resources to Quash (ECF No. 441);

- Plaintiffs' Motion to Compel 30(b)(6) Depositions (ECF No. 468);

- Motion by Bill J. Crouch, Cabinet Secretary for the West Virginia Department of Health and Human Resources to Quash Subpoena (ECF No. 499);

- Motion by West Virginia Department of Health and Human Resources to Quash (ECF No. 500);

- Motion by Governor's Council on Substance Abuse and Prevention and Treatment to Quash (ECF No. 501); and

- Motion by ABDC to Compel Discovery from Cabell Huntington Hospital and St. Mary's Medical Center (ECF No. 521).

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 11th day of March, 2021.

ENTER:

David A. Faber
Senior United States District Judge