# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date: 3/18/2021

Case Number: 3:17-cv-01362

Case Style: The City of Huntington, West Virginia vs. AmerisourceBergen Drug Corporation

Type of hearing: Video Pretrial Conference

Before the honorable: 2512-Faber

Court Reporter: Lisa Cook

Courtroom Deputy: Cindy Lilly

Attorney(s) for the Plaintiff or Government

Paul Farrell

Attorney(s) for the Defendant(s)

Steven Ruby

Law Clerk: Allison Skinner

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 11:00 AM | 12:15 PM | Non-Trial Time/Uncontested Time |
| 12:18 PM | 1:10 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 02:07

## Courtroom Notes

Scheduled Start: 11:00 a.m.
Actual Start: 11:00 a.m.
Appearances:
Paul T. Farrell, Jr., Anthony J. Majestro, Anne McGinness Kearse, Michael J. Fuller, Gina Veldman, Lou Brograd, Shannon McClure, Joseph Mahady, Kim Watterson, Gretchen Callas, Steve Ruby, Enu Mainigi, Lane Heard, Ashley Hardin, Timothy Hester, Laura Flahive Wu, Jeffrey Wakefield
Court in session for video pretrial conference
Recess: 12:15 p.m.
In Session: 12:18 p.m.
Court adjourned: 1:10 p.m.