```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                          CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                          CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

## ORDER

Pending on the court's docket are cross motions from the parties asking for the entry of an order setting deposition protocols (both remote and in-person) due to COVID-19.  See ECF Nos. 525 and 563.  On June 11, 2020, Judge Wilkes entered orders establishing protocols for both remote and in-person depositions.  See ECF Nos. 564 and 565; see also ECF No. 589 at 2 ("All the depositions will be conducted in accordance with the protocols that Special Master Wilkes entered on June 11, 2020).

Also pending is Plaintiffs' Motion to Compel Defendants to Identify Productions They Cannot Authenticate. See ECF No. 668. On July 23, 2020, in response to that motion and the parties' briefs on the issue, Judge Wilkes entered Discovery Ruling 13. Judge Wilkes did not grant or deny plaintiffs' motion but addressed plaintiffs' concerns and set out a procedure for document authentication going forward.

Therefore, the Clerk is directed to **TERMINATE** the foregoing motions as moot.

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 26th day of March, 2021.

ENTER:

_David A. Faber_
David A. Faber
Senior United States District Judge