```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

v.                                             CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

v.                                             CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

## ORDER

Pending on the court's docket is "Plaintiffs' Motion for a Bench Trial Management Order" in which they urge the court to adopt protective measures to protect the long-since abandoned August 2020 trial date. <u>See</u> ECF No. 230. That motion is **DENIED**. If plaintiffs have a specific need to offer testimony by contemporaneous transmission from a different location, they should file a motion specifically identifying the witness and the reasons. As for the ARCOS and IQVIA data, the court has and/or

will address plaintiffs' separate motions related to these sets of data.

A motion to exceed page limits found at ECF No. 434 is **GRANTED**.

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 30th day of March, 2021.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge