# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT HUNTINGTON

| | |
|---|---|
| THE CITY OF HUNTINGTON, W. Va., <br>     Plaintiff, <br> v. <br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, <br>     Defendants. | CASE NO. 3:17-cv-30064 <br><br> THE HONORABLE DAVID A. FABER |
| CABELL COUNTY COMMISSION, <br>     Plaintiff, <br> v. <br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, <br>     Defendants. | CASE NO. 3:17-cv-01665 <br><br> THE HONORABLE DAVID A. FABER |

## **WITHDRAWAL OF MOTION**

  COME NOW University Physicians & Surgeons, Inc. and the Marshall University Board of Governors, by and through counsel, Joel P. Jones, Jr. of the law firm of Campbell Woods, PLLC, and hereby withdraw their "Motion of Nonparties University Physicians & Surgeons, Inc. and The Marshall University Board of Governors for Award of Expenses Incurred in Responding to Third Party Discovery" [Doc. 815], without prejudice, which motion is currently pending before this Honorable Court.

            UNIVERSITY PHYSICIANS & SURGEONS, INC., and
            MARSHALL UNIVERSITY BOARD OF GOVERNORS


           By:  /s/ Joel P. Jones, Jr.

Joel P. Jones, Jr.
Campbell Woods, PLLC
1002 Third Avenue
Huntington, West Virginia 25701
Telephone (304) 529-2391
Facsimile (304) 529-1832
joeljones@campbellwoods.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

| THE CITY OF HUNTINGTON, W. Va., <br>                 Plaintiff, <br> v. <br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, <br>                 Defendants. | CASE NO. 3:17-cv-01362 <br><br> THE HONORABLE DAVID A. FABER |
|---|---|
| CABELL COUNTY COMMISSION, <br>                 Plaintiff, <br> v. <br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, <br>                 Defendants. | CASE NO. 3:17-cv-01665 <br><br> THE HONORABLE DAVID A. FABER |

**CERTIFIATE OF SERVICE**

     I, the undersigned, do hereby certify that I have caused to be served a true and correct copy of the forgoing upon all counsel listed to receive notice by the Court's electronic filing system for the above styled case.

Given under my hand this 30th day of March, 2021.

                                                /s/ Joel P. Jones, Jr.