UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **Plaintiff,**

v.

                                          **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**

v.

                                          **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
    **Defendants.**

## NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION

       The attorney listed below files this change of firm name and email address for Plaintiffs. The attorney listed below respectfully requests that his firm name and contact information be updated to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorney at the following address and/or through the Court ECF filing system, as registered:

                Michael J. Fuller, Jr. (WV Bar No. 10150)
                **FARRELL & FULLER**
                1311 Ponce De Leon, Suite 202
                San Juan, PR 00907
                T: 939-293-8244
                F: 601-261-2481
                Email: mike@farrellfuller.com

All filings should henceforth be served upon counsel.

                Respectfully submitted,

                *s/ Michael J. Fuller, Jr.*
                Michael J. Fuller, Jr. (WV Bar No. 10150)
                **FARRELL & FULLER**
                1311 Ponce De Leon, Suite 202
                San Juan, PR 00907
                T: 939-293-8244
                F: 601-261-2481
                Email: mike@farrellfuller.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, that a copy of the Notice of Change of Firm Name and Contact Information was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Michael J. Fuller, Jr.*
Michael J. Fuller, Jr. (WV Bar No. 10150)
**FARRELL & FULLER**
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
T: 939-293-8244
F: 601-261-2481
Email: mike@farrellfuller.com