## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                                 **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                                 **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

### ORDER

On March 30, 2021, University Physicians & Surgeons, Inc. and the Marshall University Board of Governors filed a notice withdrawing their motion for an award of expenses incurred in responding to third party discovery. See ECF No. 1244. Accordingly, the Clerk is directed to **TERMINATE** ECF No. 815 as moot.

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

    **IT IS SO ORDERED** this 31st day of March, 2021.

ENTER:

David A. Faber
Senior United States District Judge