```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                          **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

## ORDER

For reasons to be placed on the record forthwith, the court **ORDERS** as follows:

- Plaintiffs' Motion To Adopt MDL Court's Order on Defendants' Controlled Substances Act Duties (ECF No. 189) is **DENIED**;

- Cardinal Health's Motion for Summary Judgment (ECF No. 216) is **DENIED**;

- McKesson's Motion to Dismiss or for Summary Judgment (ECF No. 222) is **DENIED**;

- Plaintiffs' Motion to Strike Defendants' Notices of Non-Party Fault (ECF No. 224) is **GRANTED**;

- AmerisourceBergen's Motion for Summary Judgment (ECF No. 226) is **DENIED;** and

- Defendants' Motion for Summary Judgment on Statute of Limitations (ECF No. 240) is **DENIED.**

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 31st day of March, 2021.

ENTER:

*[signature]*

David A. Faber
Senior United States District Judge