## Appendix A

| Line | BegBates | EndBates | Exhibit # |
|---|---|---|---|
| 1 | HDA_MDL_000202110 | HDA_MDL_000202131 | P-09095 |
| 2 | HDA_MDL_000215212 | HDA_MDL_000215233 | P-09274 |
| 3 | HDA_MDL_000215388 | HDA_MDL_000215414 | P-09098 |
| 4 | HDA_MDL_000215970 | HDA_MDL_000215973 | P-09276 |
| 5 | HDA_MDL_000215984 | HDA_MDL_000215986 | P-09099 |
| 6 | HDA_MDL_000216300 | HDA_MDL_000216302 | P-09277 |
| 7 | ABDCMDL00266101 | ABDCMDL00266127 | P-22701 |
| 8 | ABDCMDL04020329 | ABDCMDL04020331 | P-02948 |
| 9 | ABDCMDL04045040 | ABDCMDL04045066 | P-09156 |
| 10 | ABDCMDL05782532 | ABDCMDL05782554 | P-02848 |
| 11 | ABDCMDL00551507 | ABDCMDL00551510 | P-00865 |
| 12 | ABDCMDL05796027 | ABDCMDL05796034 | P-02949 |
| 13 | HDA_MDL_000020020_R | HDA_MDL_000020139_R | P-11239 |
| 14 | HDA_MDL_000120774_R | HDA_MDL_000120777_R | P-09215 |
| 15 | HDA_MDL_000212400 | HDA_MDL_000212448 | P-09258 |
| 16 | HDA_MDL_000215090 | HDA_MDL_000215208 | P-27895 |
| 17 | HDA_MDL_000215966 | HDA_MDL_000215967 | P-11367 |
| 18 | HDA_MDL_000218844 | HDA_MDL_000218845 | P-00043 |
| 19 | HDA_MDL_000219211 | HDA_MDL_000219213 | P-11376 |
| 20 | ABDCMDL00398578 | ABDCMDL00398579 | P-00884 |
| 21 | ABDCMDL03830678 | ABDCMDL03830678 | P-09152 |
| 22 | ABDCMDL05795352 | ABDCMDL05795353 | P-09166 |
| 23 | ABDCMDL06963077 | ABDCMDL06963078 | P-09228 |
| 24 | CAH_MDL2804_02533184 | CAH_MDL2804_02533216 | P-02947 |
| 25 | HDA_MDL_000009211_R | HDA_MDL_000009343_R | P-09035 |
| 26 | HDA_MDL_000081295 | HDA_MDL_000081332 | P-09488 |
| 27 | HDA_MDL_000080421 | HDA_MDL_000080424 | P-09188 |
| 28 | HDA_MDL_000201967 | HDA_MDL_000202048 | P-09093 |
| 29 | ABDCMDL00381104 | ABDCMDL00381154 | P-09126 |
| 30 | CAH_MDL2804_01102684 | CAH_MDL2804_01102726 | P-09233 |
| 31 | MCKMDL00837820 | MCKMDL00837920 | P-09237 |
| 32 | HDA_MDL_000087720 | HDA_MDL_000087824 | P-09201 |
| 33 | HDA_MDL_000160845 | HDA_MDL_000160846 | P-09480 |
| 34 | ABDCMDL00278062 | ABDCMDL00278107 | P-14250 |
| 35 | ABDCMDL05787669 | ABDCMDL05787763 | P-09160 |
| 36 | CAH_MDL2804_02546747 | CAH_MDL2804_02546791 | P-09234 |
| 37 | ABDCMDL00278153 | ABDCMDL00278197 | P-00108 |

| | | | |
|---|---|---|---|
| 38 | Anda_Opioids_MDL_0000157358 | Anda_Opioids_MDL_0000157473 | P-02805 |
| 39 | ABDCMDL00284759 | ABDCMDL00284824 | P-08498 |
| 40 | HDA_MDL_000030946 | HDA_MDL_000030947 | P-09054 |
| 41 | HDA_MDL_000081283 | HDA_MDL_000081294 | P-09189 |
| 42 | CAH_MDL2804_02376599 | CAH_MDL2804_02376687 | P-08868 |
| 43 | HDA_MDL_000000128 | HDA_MDL_000000132 | P-09470 |
| 44 | HDA_MDL_000015785 | HDA_MDL_000015803 | P-09494 |
| 45 | HDA_MDL_000023505 | HDA_MDL_000023569 | P-09473 |
| 46 | HDA_MDL_000030766 | HDA_MDL_000030871 | P-09481 |
| 47 | HDA_MDL_000081651 | HDA_MDL_000081654 | P-09193 |
| 48 | HDA_MDL_000134198 | HDA_MDL_000134199 | P-09216 |
| 49 | HDA_MDL_000145737 | HDA_MDL_000145740 | P-09087 |
| 50 | HDA_MDL_000214864 | HDA_MDL_000214865 | P-09272 |
| 51 | HDA_MDL_000214979 | HDA_MDL_000214982 | P-09273 |
| 52 | ABDCMDL00362931 | ABDCMDL00362942 | P-09493 |
| 53 | ABDCMDL00568921 | ABDCMDL00568921 | P-02793 |
| 54 | CAH_MDL2804_EX-00000667 | CAH_MDL2804_EX-00000785 | P-09478 |
| 55 | MCKMDL00651559 | MCKMDL00651559 | P-13022 |
| 56 | MCKMDL00651560 | MCKMDL00651563 | P-09042 |
| 57 | ABDCMDL06395948 | ABDCMDL06395953 | P-09179 |
| 58 | ML00011504 | ML00011521 | P-09243 |
| 59 | CAH_MDL2804_01364288 | CAH_MDL2804_01364300 | P-27717 |
| 60 | CAH_MDL2804_01521412 | CAH_MDL2804_01521469 | P-08781 |
| 61 | HDA_MDL_000217676 | HDA_MDL_000217692 | P-09482 |
| 62 | HDA_MDL_000217059_R | HDA_MDL_000217120_R | P-09119 |
| 63 | HDA_MDL_000213427 | HDA_MDL_000213427 | P-09271 |
| 64 | ABDCMDL00275053 | ABDCMDL00275234 | P-09124 |
| 65 | HDA_MDL_000081415 | HDA_MDL_000081416 | P-09192 |
| 66 | HDA_MDL_000088021 | HDA_MDL_000088025 | P-09436 |
| 67 | HDA_MDL_000160016 | HDA_MDL_000160163 | P-09253 |
| 68 | HDA_MDL_000088237_R | HDA_MDL_000088244_R | P-09483 |
| 69 | HDA_MDL_000021724_R | HDA_MDL_000021811_R | P-09053 |
| 70 | HDA_MDL_000080783 | HDA_MDL_000080785 | P-09467 |
| 71 | HDA_MDL_000087636 | HDA_MDL_000087637 | P-09199 |
| 72 | CAH_MDL_PRIORPROD_DEA07_00877471 | CAH_MDL_PRIORPROD_DEA07_00877473 | P-08236 |
| 73 | ABDCMDL00269279 | ABDCMDL00269289 | P-09123 |
| 74 | MCKMDL02102645 | MCKMDL02102664 | P-09238 |
| 75 | HDA_MDL_000088099 | HDA_MDL_000088101 | P-09203 |
| 76 | HDA_MDL_000139396 | HDA_MDL_000139397 | P-09085 |

| | | | |
|---|---|---|---|
| 77 | HDA_MDL_000139414 | HDA_MDL_000139415 | P-09217 |
| 78 | HDA_MDL_000148603 | HDA_MDL_000148633 | P-09226 |
| 79 | HDA_MDL_000155886_R | HDA_MDL_000155947_R | P-09244 |
| 80 | HDA_MDL_000159557 | HDA_MDL_000159562 | P-09089 |
| 81 | HDA_MDL_000159563 | HDA_MDL_000159572 | P-09090 |
| 82 | HDA_MDL_000160716 | HDA_MDL_000160720 | P-09092 |
| 83 | HDA_MDL_000213181 | HDA_MDL_000213240 | P-09263 |
| 84 | CAH_MDL2804_02201894 | CAH_MDL2804_02202079 | P-09740 |
| 85 | ABDCMDL00284385 | ABDCMDL00284408 | P-09125 |
| 86 | HDA_MDL_000005566 | HDA_MDL_000005591 | P-09471 |
| 87 | HDA_MDL_000024886 | HDA_MDL_000024986 | P-09486 |
| 88 | HDA_MDL_000126641 | HDA_MDL_000126649 | P-09083 |
| 89 | HDA_MDL_000139905 | HDA_MDL_000139910 | P-09219 |
| 90 | HDA_MDL_000141125 | HDA_MDL_000141133 | P-09222 |
| 91 | HDA_MDL_000143030 | HDA_MDL_000143043 | P-09224 |
| 92 | HDA_MDL_000145918 | HDA_MDL_000145969 | P-09225 |
| 93 | HDA_MDL_000150198 | HDA_MDL_000150234 | P-09232 |
| 94 | HDA_MDL_000151104 | HDA_MDL_000151119 | P-11308 |
| 95 | HDA_MDL_000213058 | HDA_MDL_000213077 | P-09261 |
| 96 | HDA_MDL_000213078 | HDA_MDL_000213088 | P-09262 |
| 97 | HDA_MDL_000217851 | HDA_MDL_000217853 | P-09279 |
| 98 | HDA_MDL_000219360 | HDA_MDL_000219632 | P-28211 |
| 99 | ABDCMDL00161397 | ABDCMDL00161403 | P-00157 |
| 100 | ABDCMDL06961748 | ABDCMDL06961760 | P-09227 |
| 101 | ML0057310 | ML00057354 | P-00038 |
| 102 | MCKMDL00618763 | MCKMDL00618764 | P-09475 |
| 103 | HSI-MDL-00620224 | HSI-MDL-00620229 | P-02804 |
| 104 | MCKMDL00619276 | MCKMDL00619277 | P-09236 |
| 105 | CAH_MDL2804_02489160 | CAH_MDL2804_02489216 | P-08879 |
| 106 | HDA_MDL_000003470 | HDA_MDL_000003553 | P-09477 |
| 107 | HDA_MDL_000081363 | HDA_MDL_000081376 | P-09190 |
| 108 | HDA_MDL_000096348 | HDA_MDL_000096349 | P-09492 |
| 109 | HDA_MDL_000215234 | HDA_MDL_000215236 | P-09275 |
| 110 | ABDCMDL06964826 | ABDCMDL06964828 | P-02746 |
| 111 | CAH_MDL2804_01110712 | CAH_MDL2804_01110715 | P-08643 |
| 112 | HDS_MDL_00218631 | HDS_MDL_00218675 | P-08825 |
| 113 | CAH_MDL2804_01465723 | CAH_MDL2804_01465761 | P-02094 |
| 114 | MCKMDL00403267 | MCKMDL00403281 | P-02946 |
| 115 | HDA_MDL_000156499 | HDA_MDL_000156501 | P-09249 |
| 116 | HDA_MDL_000162206 | HDA_MDL_000162256 | P-11319 |
| 117 | HDA_MDL_000013887 | HDA_MDL_000013888 | P-09036 |

| | | | |
|---|---|---|---|
| 118 | HDA_MDL_000014815 | HDA_MDL_000014818 | P-09037 |
| 119 | HDA_MDL_000014961 | HDA_MDL_000014987 | P-09046 |
| 120 | ABDC_WVFED00177109 | ABDC_WVFED00177114 | P-09242 |
| 121 | HDA_MDL_000032181 | HDA_MDL_00032188 | P-09068 |
| 122 | HDA_MDL_000032189 | HDA_MDL_000032203 | P-09487 |
| 123 | HDA_MDL_000071895 | HDA_MDL_000071918 | P-09070 |
| 124 | HDA_MDL_000087598 | HDA_MDL_000087598 | P-09197 |
| 125 | HDA_MDL_000087707 | HDA_MDL_000087710 | P-09468 |
| 126 | HDA_MDL_000156690 | HDA_MDL_000156691 | P-09484 |
| 127 | HDA_MDL_000015060 | HDA_MDL_000015068 | P-09047 |
| 128 | HDA_MDL_000214349 | HDA_MDL_000214353 | P-09097 |
| 129 | HDA_MDL_000095939 | HDA_MDL_000095960 | P-09490 |
| 130 | HDA_MDL_000096120 | HDA_MDL_000096141 | P-09079 |
| 131 | HDA_MDL_000096173 | HDA_MDL_000096195 | P-09491 |
| 132 | HDA_MDL_000156419 | HDA_MDL_000156424 | P-09247 |
| 133 | HDA_MDL_000015102 | HDA_MDL_000015112 | P-09052 |
| 134 | HDA_MDL_000000374 | HDA_MDL_000000464 | DEF-WV-00847 |
| 135 | HDA_MDL_000003470 | HDA_MDL_000003471 | DEF-WV-00848 |
| 136 | HDA_MDL_000003472 | HDA_MDL_000003473 | DEF-WV-00849 |
| 137 | HDA_MDL_000003481 | HDA_MDL_000003518 | DEF-WV-00850 |
| 138 | HDA_MDL_000007375 | HDA_MDL_000007376 | DEF-WV-00851 |
| 139 | HDA_MDL_000007457 | HDA_MDL_000007477 | DEF-WV-00852 |
| 140 | HDA_MDL_000007511 | HDA_MDL_000007512 | DEF-WV-00853 |
| 141 | HDA_MDL_000010816 | HDA_MDL_000010818 | DEF-WV-00854 |
| 142 | HDA_MDL_000015219 | HDA_MDL_000015219 | DEF-WV-00855 |
| 143 | HDA_MDL_000015220 | HDA_MDL_000015231 | DEF-WV-00856 |
| 144 | HDA_MDL_000015232 | HDA_MDL_000015234 | DEF-WV-00857 |
| 145 | HDA_MDL_000015235 | HDA_MDL_000015235 | DEF-WV-00858 |
| 146 | HDA_MDL_000017154 | HDA_MDL_000017156 | DEF-WV-00859 |
| 147 | HDA_MDL_000038434 | HDA_MDL_000038441 | DEF-WV-00860 |
| 148 | HDA_MDL_000068404 | HDA_MDL_000068421 | DEF-WV-00861 |
| 149 | HDA_MDL_000080389 | HDA_MDL_000080390 | DEF-WV-00862 |
| 150 | HDA_MDL_000080391 | HDA_MDL_000080397 | DEF-WV-00863 |
| 151 | HDA_MDL_000081364 | HDA_MDL_000081376 | DEF-WV-00864 |
| 152 | HDA_MDL_000082275 | HDA_MDL_000082276 | DEF-WV-00865 |
| 153 | HDA_MDL_000082284 | HDA_MDL_000082289 | DEF-WV-00866 |
| 154 | HDA_MDL_000083688 | HDA_MDL_000083690 | DEF-WV-00867 |
| 155 | HDA_MDL_000085404 | HDA_MDL_000085407 | DEF-WV-00868 |
| 156 | HDA_MDL_000086240 | HDA_MDL_000086240 | DEF-WV-00869 |
| 157 | HDA_MDL_000086520 | HDA_MDL_000086545 | DEF-WV-00870 |
| 158 | HDA_MDL_000086974 | HDA_MDL_000086995 | DEF-WV-00871 |

| 159 | HDA_MDL_000219360 | HDA_MDL_000219632 | DEF-WV-00872 |
| 160 | HDS_MDL_00135664 | HDS_MDL_00135665 | DEF-WV-00876 |
| 161 | HSI-MDL-00580082 | HSI-MDL-00580083 | DEF-WV-00877 |