UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

**CIVIL ACTION NO. 3:17-01362**

---

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

**CIVIL ACTION NO. 3:17-01665**

**STIPULATION REGARDING CABELL COUNTY, CABELL COUNTY HEALTH DEPARTMENT, AND THE CITY OF HUNTINGTON DOCUMENTS**

The parties stipulate as follows regarding certain documents produced in this litigation and related to Cabell County, Cabell County Health Department, and the City of Huntington, attached hereto as Appendix "A":

1. The parties stipulate that they will not object to the authenticity of these documents pursuant to FRE 901 and 902 at trial.

2. The parties stipulate that they will not object to the presentation of these documents without the use of a sponsoring witness at trial, while preserving all other evidentiary objections.

3. The parties reserve their rights to object to the admissibility of all documents listed above, or to any witness's testimony about them, including but not limited to under Federal Rules of Evidence 401, 402, 403, 408 and hearsay.

Dated: April 2, 2021

Respectfully Submitted,

***Cardinal Health, Inc.***

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
707 Virginia St. E., Ste. 901
Charleston, West Virginia 25301
Tel.: (304) 345-1234
Fax: (304) 342-1105

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Tel.: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
*Counsel for Cardinal Health, Inc.*

***AmerisourceBergen Drug Corporation***

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV 25322
Telephone: (304) 340-1000
Facsimile: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103

Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com
*Counsel for AmerisourceBergen Drug Corporation*

### McKesson Corporation

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*/s/ Timothy C. Hester*
Timothy C. Hester
Laura Flahive Wu
Andrew P. Stanner
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
lflahivewu@cov.com
astanner@cov.com

*/s/ Paul W. Schmidt*
Paul W. Schmidt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
pschmidt@cov.com
*Counsel for McKesson Corporation*

*Plaintiffs*

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
(WVSB Bar No. 7443)
FARRELL LAW
P.O. Box 1180
Huntington, WV 25714-1180
paul@farrell.law
*Counsel for Cabell County Commission*

/s/ *Anne McGinness Kearse*
Anne McGinness Kearse
(WVSB No. 12547)
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com
*Counsel for City of Huntington*