## Appendix A

| Line | BegBates | EndBates | Exhibit # |
|---|---|---|---|
| 1 | CCCLERK_0003527 | CCCLERK_0003527 | DEF-WV-00126 |
| 2 | CCCLERK_0004166 | CCCLERK_0004166 | DEF-WV-00127 |
| 3 | CCCLERK_0004299 | CCCLERK_0004299 | DEF-WV-00128 |
| 4 | CCCLERK_0004356 | CCCLERK_0004356 | DEF-WV-00129 |
| 5 | CCCLERK_0005426 | CCCLERK_0005426 | DEF-WV-00130 |
| 6 | CCCLERK_0006585 | CCCLERK_0006585 | DEF-WV-00131 |
| 7 | CCCLERK_0007494 | CCCLERK_0007494 | DEF-WV-00132 |
| 8 | CCCLERK_0008102 | CCCLERK_0008102 | DEF-WV-00133 |
| 9 | CCCLERK_0008465 | CCCLERK_0008465 | DEF-WV-00134 |
| 10 | CCCLERK_0009216 | CCCLERK_0009216 | DEF-WV-00135 |
| 11 | CCCLERK_0009258 | CCCLERK_0009258 | DEF-WV-00136 |
| 12 | CCCLERK_0010193 | CCCLERK_0010193 | DEF-WV-00137 |
| 13 | CCCLERK_0012199 | CCCLERK_0012199 | DEF-WV-00138 |
| 14 | CCCLERK_0013323 | CCCLERK_0013323 | DEF-WV-00139 |
| 15 | CCCLERK_0013483 | CCCLERK_0013483 | DEF-WV-00140 |
| 16 | CCCLERK_0013856 | CCCLERK_0013856 | DEF-WV-00141 |
| 17 | CCCLERK_0015799 | CCCLERK_0015799 | DEF-WV-00142 |
| 18 | CCCLERK_0016322 | CCCLERK_0016322 | DEF-WV-00143 |
| 19 | CCCLERK_0025162 | CCCLERK_0025162 | DEF-WV-00147 |
| 20 | CCCLERK_0029570 | CCCLERK_0029570 | DEF-WV-00148 |
| 21 | CCCLERK_0032827 | CCCLERK_0032827 | DEF-WV-00149 |
| 22 | CCCLERK_0033636 | CCCLERK_0033636 | DEF-WV-00150 |
| 23 | CCCLERK_0034171 | CCCLERK_0034171 | DEF-WV-00151 |
| 24 | CCCLERK_0035395 | CCCLERK_0035395 | DEF-WV-00152 |
| 25 | CCCLERK_0036064 | CCCLERK_0036064 | DEF-WV-00153 |
| 26 | CCEMS_0016604 | CCEMS_0016608 | DEF-WV-00226 |
| 27 | CCEMS_0023358 | CCEMS_0023358 | DEF-WV-00237 |
| 28 | CHHD_0007156 | CHHD_0007186 | DEF-WV-00310 |
| 29 | CHHD_0028561 | CHHD_0028589 | DEF-WV-00350 |
| 30 | CHHD_0031067 | CHHD_0031104 | DEF-WV-00353 |
| 31 | CHHD_0036959 | CHHD_0036960 | DEF-WV-00367 |
| 32 | CHHD_0046289 | CHHD_0046324 | DEF-WV-00379 |
| 33 | CHHD_0055948 | CHHD_0055951 | DEF-WV-00392 |
| 34 | CHHD_0060287 | CHHD_0060289 | DEF-WV-00416 |
| 35 | CHHD_0060290 | CHHD_0060306 | DEF-WV-00417 |
| 36 | CHHD_0061394 | CHHD_0061418 | DEF-WV-00423 |
| 37 | CHHD_0071775 | CHHD_0071818 | DEF-WV-00454 |

| | | | |
|---|---|---|---|
| 38 | CHHD_0087038 | CHHD_0087040 | DEF-WV-00497 |
| 39 | CHHD_0088072 | CHHD_0088072 | DEF-WV-00499 |
| 40 | CHHD_0099718 | CHHD_0099719 | DEF-WV-00507 |
| 41 | CHHD_0111378 | CHHD_0111390 | DEF-WV-00522 |
| 42 | CHHD_0124507 | CHHD_0124515 | DEF-WV-00549 |
| 43 | CHHD_0124516 | CHHD_0124516 | DEF-WV-00550 |
| 44 | EMS_CCEMS_0014344 | EMS_CCEMS_0014345 | DEF-WV-00789 |
| 45 | EMS_CCEMS_0014346 | EMS_CCEMS_0014346 | DEF-WV-00790 |
| 46 | HUNT_00089056 | HUNT_00089058 | DEF-WV-00974 |
| 47 | HUNT_00311490 | HUNT_00311505 | DEF-WV-01128 |