## Appendix A

| Line | BegBates | EndBates | Exhibit # |
|---|---|---|---|
| 1 | WVBOP_FEDWV_00004829 | WVBOP_FEDWV_00005235 | DEF-WV-01960 |
| 2 | WVBOP_FEDWV_00012767 | WVBOP_FEDWV_00012923 | DEF-WV-01961 |
| 3 | WVBOP_FEDWV_00012924 | WVBOP_FEDWV_00012949 | DEF-WV-01962 |
| 4 | WVBOP_FEDWV_00012950 | WVBOP_FEDWV_00013180 | DEF-WV-01963 |
| 5 | WVBOP_FEDWV_00013181 | WVBOP_FEDWV_00013260 | DEF-WV-01964 |
| 6 | WVBOP_FEDWV_00013261 | WVBOP_FEDWV_00013446 | DEF-WV-01965 |
| 7 | WVBOP_FEDWV_00013447 | WVBOP_FEDWV_00013563 | DEF-WV-01966 |
| 8 | WVBOP_FEDWV_00013564 | WVBOP_FEDWV_00013599 | DEF-WV-01967 |
| 9 | WVBOP_FEDWV_00013600 | WVBOP_FEDWV_00013730 | DEF-WV-01968 |
| 10 | WVBOP_FEDWV_00013731 | WVBOP_FEDWV_00013757 | DEF-WV-01969 |
| 11 | WVBOP_FEDWV_00013758 | WVBOP_FEDWV_00013897 | DEF-WV-01970 |
| 12 | WVBOP_FEDWV_00013898 | WVBOP_FEDWV_00014060 | DEF-WV-01971 |
| 13 | WVBOP_FEDWV_00014061 | WVBOP_FEDWV_00014070 | DEF-WV-01972 |
| 14 | WVBOP_FEDWV_00014071 | WVBOP_FEDWV_00014358 | DEF-WV-01973 |
| 15 | WVBOP_FEDWV_00014359 | WVBOP_FEDWV_00014533 | DEF-WV-01974 |
| 16 | WVBOP_FEDWV_00014534 | WVBOP_FEDWV_00014690 | DEF-WV-01975 |
| 17 | WVBOP_FEDWV_00014691 | WVBOP_FEDWV_00014811 | DEF-WV-01976 |
| 18 | WVBOP_FEDWV_00014812 | WVBOP_FEDWV_00014982 | DEF-WV-01977 |
| 19 | WVBOP_FEDWV_00014983 | WVBOP_FEDWV_00015124 | DEF-WV-01978 |
| 20 | WVBOP_FEDWV_00015125 | WVBOP_FEDWV_00015227 | DEF-WV-01979 |
| 21 | WVBOP_FEDWV_00015228 | WVBOP_FEDWV_00015527 | DEF-WV-01980 |
| 22 | WVBOP_FEDWV_00015528 | WVBOP_FEDWV_00015680 | DEF-WV-01981 |
| 23 | WVBOP_FEDWV_00015681 | WVBOP_FEDWV_00015720 | DEF-WV-01982 |
| 24 | WVBOP_FEDWV_00015721 | WVBOP_FEDWV_00015835 | DEF-WV-01983 |
| 25 | WVBOP_FEDWV_00015836 | WVBOP_FEDWV_00016019 | DEF-WV-01984 |
| 26 | WVBOP_FEDWV_00016020 | WVBOP_FEDWV_00016122 | DEF-WV-01985 |
| 27 | WVBOP_FEDWV_00016123 | WVBOP_FEDWV_00016190 | DEF-WV-01986 |
| 28 | WVBOP_FEDWV_00016191 | WVBOP_FEDWV_00016371 | DEF-WV-01987 |
| 29 | WVBOP_FEDWV_00016372 | WVBOP_FEDWV_00016526 | DEF-WV-01988 |
| 30 | WVBOP_FEDWV_00016527 | WVBOP_FEDWV_00016735 | DEF-WV-01989 |
| 31 | WVBOP_FEDWV_00016736 | WVBOP_FEDWV_00016854 | DEF-WV-01990 |
| 32 | WVBOP_FEDWV_00016855 | WVBOP_FEDWV_00016998 | DEF-WV-01991 |
| 33 | WVBOP_FEDWV_00016999 | WVBOP_FEDWV_00017012 | DEF-WV-01992 |
| 34 | WVBOP_FEDWV_00017013 | WVBOP_FEDWV_00017463 | DEF-WV-01993 |
| 35 | WVBOP_FEDWV_00017464 | WVBOP_FEDWV_00017512 | DEF-WV-01994 |
| 36 | WVBOP_FEDWV_00017513 | WVBOP_FEDWV_00017562 | DEF-WV-01995 |
| 37 | WVBOP_FEDWV_00017563 | WVBOP_FEDWV_00017893 | DEF-WV-01996 |

| | | | |
|---|---|---|---|
| 38 | WVBOP_FEDWV_00017894 | WVBOP_FEDWV_00018119 | DEF-WV-01997 |
| 39 | WVBOP_FEDWV_00018120 | WVBOP_FEDWV_00018139 | DEF-WV-01998 |
| 40 | WVBOP_FEDWV_00018140 | WVBOP_FEDWV_00018260 | DEF-WV-01999 |
| 41 | WVBOP_FEDWV_00018261 | WVBOP_FEDWV_00018328 | DEF-WV-02000 |
| 42 | WVBOP_FEDWV_00018329 | WVBOP_FEDWV_00018400 | DEF-WV-02001 |
| 43 | WVBOP_FEDWV_00018401 | WVBOP_FEDWV_00018571 | DEF-WV-02002 |
| 44 | WVBOP_FEDWV_00018572 | WVBOP_FEDWV_00018778 | DEF-WV-02003 |
| 45 | WVBOP_FEDWV_00018779 | WVBOP_FEDWV_00018981 | DEF-WV-02004 |
| 46 | WVBOP_FEDWV_00021157 | WVBOP_FEDWV_00021158 | DEF-WV-02005 |
| 47 | WVBOP_FEDWV_00021165 | WVBOP_FEDWV_00021207 | DEF-WV-02006 |
| 48 | WVBOP_FEDWV_00021974 | WVBOP_FEDWV_00021976 | DEF-WV-02007 |
| 49 | WVBOP_FEDWV_00031712 | WVBOP_FEDWV_00031712 | DEF-WV-02008 |
| 50 | WVBOP_FEDWV_00032533 | WVBOP_FEDWV_00032534 | DEF-WV-02009 |
| 51 | WVBOP_FEDWV_00032917 | WVBOP_FEDWV_00032917 | DEF-WV-02010 |
| 52 | WVBOP_FEDWV_00035369 | WVBOP_FEDWV_00035369 | DEF-WV-02011 |
| 53 | WVBOP_FEDWV_00036171 | WVBOP_FEDWV_00036171 | DEF-WV-02012 |
| 54 | WVBOP_FEDWV_00036349 | WVBOP_FEDWV_00036349 | DEF-WV-02013 |
| 55 | WVBOP_FEDWV_00037777 | WVBOP_FEDWV_00037780 | DEF-WV-02014 |
| 56 | WVBOP_FEDWV_00131688 | WVBOP_FEDWV_00131690 | DEF-WV-02015 |
| 57 | WVBOP_FEDWV_00189773 | WVBOP_FEDWV_00189800 | DEF-WV-02016 |
| 58 | WVBOP_FEDWV_00189801 | WVBOP_FEDWV_00189966 | DEF-WV-02017 |
| 59 | WVBOP_FEDWV_00189967 | WVBOP_FEDWV_00190035 | DEF-WV-02018 |
| 60 | WVBOP_FEDWV_00190036 | WVBOP_FEDWV_00190090 | DEF-WV-02019 |
| 61 | WVBOP_FEDWV_00190091 | WVBOP_FEDWV_00190200 | DEF-WV-02020 |
| 62 | WVBOP_FEDWV_00190201 | WVBOP_FEDWV_00190322 | DEF-WV-02021 |
| 63 | WVBOP_FEDWV_00190323 | WVBOP_FEDWV_00190468 | DEF-WV-02022 |
| 64 | WVBOP_FEDWV_00190469 | WVBOP_FEDWV_00190600 | DEF-WV-02023 |
| 65 | WVBOP_FEDWV_00190601 | WVBOP_FEDWV_00190696 | DEF-WV-02024 |
| 66 | WVBOP_FEDWV_00190697 | WVBOP_FEDWV_00190754 | DEF-WV-02025 |
| 67 | WVBOP_FEDWV_00190755 | WVBOP_FEDWV_00191086 | DEF-WV-02026 |
| 68 | WVBOP_FEDWV_00191087 | WVBOP_FEDWV_00191192 | DEF-WV-02027 |
| 69 | WVBOP_FEDWV_00191193 | WVBOP_FEDWV_00191351 | DEF-WV-02028 |
| 70 | WVBOP_FEDWV_00191352 | WVBOP_FEDWV_00191473 | DEF-WV-02029 |
| 71 | WVBOP_0000287 | WVBOP_0000288 | DEF-WV-01959 |
| 72 | WVBOP_FEDWV_00002017 | WVBOP_FEDWV_00002111 | MC-WV-01021 |
| 73 | WVBOP_FEDWV_00002112 | WVBOP_FEDWV_00002208 | MC-WV-01022 |
| 74 | WVBOP_FEDWV_00002209 | WVBOP_FEDWV_00002277 | MC-WV-01023 |
| 75 | WVBOP_FEDWV_00002278 | WVBOP_FEDWV_00002324 | MC-WV-01024 |
| 76 | WVBOP_FEDWV_00002325 | WVBOP_FEDWV_00002454 | MC-WV-01025 |
| 77 | WVBOP_FEDWV_00002455 | WVBOP_FEDWV_00002608 | MC-WV-01026 |

| 78 | WVBOP_FEDWV_00002609 | WVBOP_FEDWV_00002684 | MC-WV-01027 |
| --- | --- | --- | --- |
| 79 | WVBOP_FEDWV_00002685 | WVBOP_FEDWV_00002843 | MC-WV-01028 |
| 80 | WVBOP_FEDWV_00002844 | WVBOP_FEDWV_00003002 | MC-WV-01029 |
| 81 | WVBOP_FEDWV_00003003 | WVBOP_FEDWV_00003129 | MC-WV-01030 |
| 82 | WVBOP_FEDWV_00003130 | WVBOP_FEDWV_00003318 | MC-WV-01031 |
| 83 | WVBOP_FEDWV_00003319 | WVBOP_FEDWV_00003513 | MC-WV-01032 |
| 84 | WVBOP_FEDWV_00003598 | WVBOP_FEDWV_00003729 | MC-WV-01033 |
| 85 | WVBOP_FEDWV_00003730 | WVBOP_FEDWV_00003842 | MC-WV-01034 |
| 86 | WVBOP_FEDWV_00041548 | WVBOP_FEDWV_00041638 | MC-WV-01035 |
| 87 | WVBOP_FEDWV_00041639 | WVBOP_FEDWV_00041685 | MC-WV-01036 |
| 88 | WV_BCF0000029 | WV_BCF0000032 | DEF-WV-01932 |
| 89 | WV_BOM00000001 | WV_BOM00000021 | DEF-WV-01933 |
| 90 | WV_BOM00000033 | WV_BOM00000036 | DEF-WV-01934 |
| 91 | WV_BOM00000037 | WV_BOM00000056 | DEF-WV-01935 |
| 92 | WV_BOM00000057 | WV_BOM00000060 | DEF-WV-01936 |
| 93 | WV_BOM00000115 | WV_BOM00000184 | DEF-WV-01937 |
| 94 | WV_BOM00000185 | WV_BOM00000207 | DEF-WV-01938 |
| 95 | WV_BOM00000841 | WV_BOM00000842 | DEF-WV-01939 |
| 96 | WV_BOM00000843 | WV_BOM00000846 | DEF-WV-01940 |
| 97 | WV_BOM00000847 | WV_BOM00000872 | DEF-WV-01941 |
| 98 | WV_BOM00000875 | WV_BOM00000920 | DEF-WV-01942 |
| 99 | WV_BOM00000921 | WV_BOM00000965 | DEF-WV-01943 |
| 100 | WV_BOM00001291 | WV_BOM00001295 | DEF-WV-01944 |
| 101 | WV_BOOM00000027 | WV_BOOM00000027 | DEF-WV-01945 |
| 102 | WV_BOOM00011339 | WV_BOOM00011506 | DEF-WV-01946 |
| 103 | WV_BOOM00016156 | WV_BOOM00016157 | DEF-WV-01947 |
| 104 | WV_BOOM00017178 | WV_BOOM00017193 | DEF-WV-01948 |
| 105 | WV_HSC_0003460 | WV_HSC_0003460 | DEF-WV-01949 |
| 106 | WV_HSC_0003461 | WV_HSC_0003461 | DEF-WV-01950 |
| 107 | WVBOD000924 | WVBOD000927 | DEF-WV-01951 |
| 108 | WVBOD004970 | WVBOD004970 | DEF-WV-01952 |
| 109 | WVBOD004988 | WVBOD004993 | DEF-WV-01953 |
| 110 | WVBOD005372 | WVBOD005386 | DEF-WV-01954 |
| 111 | WVBOD007612 | WVBOD007613 | DEF-WV-01955 |
| 112 | WVBOD007806 | WVBOD007806 | DEF-WV-01956 |
| 113 | WVBOD008326 | WVBOD008335 | DEF-WV-01957 |
| 114 | WVBOD008799 | WVBOD008800 | DEF-WV-01958 |
| 115 | WVDCR-1-0000001 | WVDCR-1-0000053 | DEF-WV-02030 |
| 116 | WVDCR-1-0000054 | WVDCR-1-0000183 | DEF-WV-02031 |
| 117 | WVDCR-1-0001776 | WVDCR-1-0001799 | DEF-WV-02032 |
| 118 | WVDCR-1-0001822 | WVDCR-1-0002000 | DEF-WV-02033 |

| 119 | WVDCR-1-0002745 | WVDCR-1-0002824 | DEF-WV-02034 |
|---|---|---|---|
| 120 | WVDCR-1-0003238 | WVDCR-1-0003550 | DEF-WV-02035 |
| 121 | WVDCR-3-0000001 | WVDCR-3-0000060 | DEF-WV-02036 |
| 122 | WVDCR-3-0000061 | WVDCR-3-0000129 | DEF-WV-02037 |
| 123 | WVDCR-3-0000130 | WVDCR-3-0000218 | DEF-WV-02038 |
| 124 | WVDCR-3-0000219 | WVDCR-3-0000303 | DEF-WV-02039 |
| 125 | WVDCR-3-0000304 | WVDCR-3-0000435 | DEF-WV-02040 |
| 126 | WVDCR-3-0000436 | WVDCR-3-0000548 | DEF-WV-02041 |
| 127 | WVDCR-3-0000549 | WVDCR-3-0000702 | DEF-WV-02042 |
| 128 | WVDCR-3-0000703 | WVDCR-3-0000703 | DEF-WV-02043 |
| 129 | WVDCR-3-0000801 | WVDCR-3-0000805 | DEF-WV-02044 |
| 130 | WVDCR-3-0000806 | WVDCR-3-0000807 | DEF-WV-02045 |
| 131 | WVDCR-3-0000809 | WVDCR-3-0000813 | DEF-WV-02046 |
| 132 | WVDCR-3-0000814 | WVDCR-3-0000814 | DEF-WV-02047 |
| 133 | WVDJCS-1-0000196 | WVDJCS-1-0000319 | DEF-WV-02048 |
| 134 | WVDJCS-2-0001433 | WVDJCS-2-0001518 | DEF-WV-02049 |
| 135 | WVIFC-2-0000014 | WVIFC-2-0000025 | DEF-WV-02050 |
| 136 | WVIFC-2-0000026 | WVIFC-2-0000047 | DEF-WV-02051 |
| 137 | WVIFC-2-0000048 | WVIFC-2-0000064 | DEF-WV-02052 |
| 138 | WVOMA_FEDWV_0000001 | WVOMA_FEDWV_0000383 | DEF-WV-02053 |
| 139 | WVRPNBOARD_0000038 | WVRPNBOARD_0000070 | DEF-WV-02056 |
| 140 | WVSMA_FEDWV_00000669 | WVSMA_FEDWV_00000835 | DEF-WV-02057 |
| 141 | WVSMA_FEDWV_00006560 | WVSMA_FEDWV_00006561 | DEF-WV-02058 |
| 142 | WVSMA_FEDWV_00007745 | WVSMA_FEDWV_00007749 | DEF-WV-02059 |
| 143 | WVSMA_FEDWV_00026341 | WVSMA_FEDWV_00026341 | DEF-WV-02060 |
| 144 | WVSMA_FEDWV_00035124 | WVSMA_FEDWV_00035129 | DEF-WV-02061 |
| 145 | WVSMA_FEDWV_00039036 | WVSMA_FEDWV_00039036 | DEF-WV-02062 |
| 146 | WVSMA_FEDWV_00059013 | WVSMA_FEDWV_00059013 | DEF-WV-02063 |
| 147 | WVSMA_FEDWV_00067500 | WVSMA_FEDWV_00067500 | DEF-WV-02064 |
| 148 | WVSP-1-0000242 | WVSP-1-0000298 | DEF-WV-02065 |
| 149 | WVSP-1-0000506 | WVSP-1-0000602 | DEF-WV-02066 |
| 150 | WVSP-1-0000628 | WVSP-1-0000742 | DEF-WV-02067 |
| 151 | WVSP-1-0000743 | WVSP-1-0000803 | DEF-WV-02068 |
| 152 | WVSP-1-0000898 | WVSP-1-0000942 | DEF-WV-02069 |
| 153 | WVSP-2-0000001 | WVSP-2-0000013 | DEF-WV-02070 |
| 154 | WVSP-2-0000021 | WVSP-2-0000027 | DEF-WV-02071 |
| 155 | BOM_00003347 | BOM_00003373 | DEF-WV-00096 |