IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

### AGREED-TO ORDER TO LIFT THE SEAL OVER CERTAIN FILINGS BY ALL PARTIES

Defendants and Plaintiffs ("the Parties") have met and conferred regarding certain materials filed under seal and now request that the below listed filings be un-sealed in their entirety. The Parties have agreed that the seal should be lifted for the main docket numbers (e.g. ECF No. 1005), and all related sub-parts (e.g. ECF No. 1005-1) for each of the filing events listed in the below chart.

| ECF Number | Pleading Title | Date Filed | Filer |
|---|---|---|---|
| 1005 | Dfts' Joint MSJ Re Abatement | 9/22/2020 | Dft |

|      |                                                                                                   |            |     |
| ---- | ------------------------------------------------------------------------------------------------- | ---------- | --- |
| 1006 | Ptfs' MIL re Collateral Source Rule                                                               | 9/22/2020  | Ptf |
| 1008 | Ptfs' Partial MSJ re ARCOS Data                                                                   | 9/22/2020  | Ptf |
| 1009 | Memo ISO Ptfs' Partial MSJ re ARCOS Data [ECF 1008]                                               | 9/22/2020  | Ptf |
| 1011 | Ptfs' Partial MSJ re Dfts' Duties (SOMS CT2)                                                      | 9/22/2020  | Ptf |
| 1013 | Memo ISO McKesson MTD re Derivative Sovereign Immunity                                            | 9/22/2020  | Dft |
| 1015 | Dfts' Memo ISO MSJ re Proximate Causation                                                         | 9/22/2020  | Dft |
| 1017 | Ptfs' Memo ISO Partial MSJ re Duties Under CSA for Cardinal [Memo to ECF 1016]                    | 9/22/2020  | Ptf |
| 1018 | Ptfs' Memo ISO Ptfs' Partial MSJ re Dfts' Duties (SOMS CT2) [Memo to ECF 1011]                    | 9/22/2020  | Ptf |
| 1042 | Memo ISO ABDC, CAH, and MCK's Mtn to Exclude Kolodny [ECF #1041]                                  | 10/2/2020  | Dft |
| 1044 | Memo ISO Dfts' Mtn to Exclude Expert Testimony re Corporate Conduct (ABDC, CAH, MCK) [ECF #1043]  | 10/2/2020  | Dft |
| 1048 | Memo ISO Dfts' Daubert re James Geldhof (ABDC, CAH, MCK) [ECF #1047]                              | 10/2/2020  | Dft |
| 1049 | Sealed Materials to Dfts' Daubert re James Geldholf [ECF #1047], Exhibit 2                        | 10/2/2020  | Dft |
| 1050 | Dfts' Daubert re Thomas McGuire                                                                   | 10/2/2020  | Dft |
| 1051 | Dfts' Daubert re Rahul Gupta                                                                      | 10/2/2020  | Dft |
| 1053 | Memo ISO Dfts' Daubert re James Rafalski [ECF # 1052]                                             | 10/2/2020  | Dft |
| 1054 | Sealed Materials to Dfts' Daubert re James Rafalski [ECF # 1052], Exhibits 3 and 4                | 10/2/2020  | Dft |
| 1056 | Dfts' Daubert re Katherine Keyes                                                                  | 10/2/2020  | Dft |
| 1059 | Dfts' Daubert re George Barrett                                                                   | 10/2/2020  | Dft |
| 1060 | Memo ISO Dfts' Daubert re George Barrett                                                          | 10/2/2020  | Dft |
| 1064 | Dfts' Memo ISO Mtn to Exclude Marketing Opinions of Lembke, Keyes, Kolodny & Mohr [ECF # 1063]    | 10/2/2020  | Dft |
| 1066 | Ptfs' MIL re IQVIA Data                                                                           | 10/2/2020  | Ptf |
| 1068 | Dfts' Daubert re Alexander (re Abatement)                                                         | 10/2/2020  | Dft |
| 1069 | Dfts' Memo ISO Daubert re Alexander (re Abatement) [ECF #1068]                                    | 10/2/2020  | Dft |
| 1076 | Ptfs' Appx of Exhibits ISO Opposition to Dfts' MSJ re Nuisance                                    | 10/6/2020  | Ptf |
| 1081 | Appx of SEALED exhibits to Ptfs' Daubert re Tricia Wright                                         | 10/6/2020  | Ptf |
| 1085 | Appx of sealed materials ISO Ptfs' Opp MSJ re Abatement                                           | 10/6/2020  | Ptf |
| 1088 | Dfts' Opp Ptfs' Mtn for MSJ re ARCOS Data                                                         | 10/6/2020  | Dft |
| 1100 | Ptfs' Appx ISO Opp Dfts' Daubert Mtn re Kolodny                                                   | 10/23/2020 | Ptf |
| 1106 | Ptfs' Appx Ex 1 ISO Opp Daubert re Geldholf                                                       | 10/23/2020 | Ptf |
| 1107 | Ptfs' Appx McGuire CT2 Depo (1104-6)                                                              | 10/23/2020 | Ptf |
| 1109 | Ptfs' Appx of Ex ISO Memo Opp [1052] Dfts' Daubert re Rafalski                                    | 10/23/2020 | Ptf |
| 1110 | Ptfs' Appx of Ex ISO [1112] Memo Opp Dfts' Daubert re Marketing Causation                         | 10/23/2020 | Ptf |
| 1114 | Ptfs' Appx ISO Memo Opp Dfts' Daubert re Alexander                                                | 10/24/2020 | Ptf |

| | | | |
|---|---|---|---|
| 1126 | Dfts' Reply ISO Daubert re Alexander (Abatement) | 10/30/2020 | Dft |
| 1127 | Dfts' Reply ISO Daubert re Marketing Opinions | 10/30/2020 | Dft |
| 1130 | Dfts' Reply ISO Dfts' MSJ re Fault Element of Nuisance Claims | 10/30/2020 | Dft |
| 1132 | Dfts' Reply Memo ISO MSJ re Causation | 10/30/2020 | Dft |
| 1136 | Dfts' Reply Memo ISO Barrett Daubert Mtn | 10/30/2020 | Dft |
| 1141 | Dfts' Reply Siegel Daubert Memo | 10/30/2020 | Dft |
| 1150 | Ptfs' Appx of Materials Opp Dfts' Omnibus MIL | 10/30/2020 | Ptf |
| 1156 | MCK Appx ISO MIL re MCK Misdemeanor | 11/6/2020 | Dft |
| 1161 | Ptfs' Sealed Appx Opp Daubert re Keyes | 11/12/2020 | Ptf |
| 1164 | Ptfs' Sealed Appx Ex A & B ISO Opp Dfts' Daubert re Siegel | 11/13/2020 | Ptf |
| 1172 | Dfts' Reply ISO Dfts' Daubert re Keyes | 11/19/2020 | Dft |
| 1175 | Dfts' Reply ISO Dfts' Daubert re Siegel "Oversupply" | 11/20/2020 | Dft |

This agreed-to order is hereby **GRANTED**, and the Clerk is hereby directed to lift the seal over the docket entries listed herein.  The Clerk is directed to send a copy of this Order to those counsel of record who have registered to receive an electronic NEF.

    IT IS SO ORDERED.

                                                  David A. Faber
                                                Senior United States District Judge

Dated: April 5, 2021.