UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    Plaintiff,

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    Defendants.

CIVIL ACTION NO. 3:17-01362

---

**CABELL COUNTY COMMISSION,**
    Plaintiff,

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    Defendants.

CIVIL ACTION NO. 3:17-01665

### CT2 STIPULATION REGARDING CARDINAL HEALTH DOCUMENTS: CARDINAL HEALTH AND HUNTINGTON/CABELL COUNTY

Defendant, Cardinal Health, Inc. ("Cardinal Health") and Plaintiffs, City of Huntington (City) and Cabell County Commission (County), stipulate as follows regarding the documents referenced in Appendix A.

1. Cardinal Health stipulates that it will not object to the authenticity of these documents pursuant to FRE 901 and 902 at trial.

2. Cardinal Health stipulates to presentation of these documents without the use of a sponsoring witness at trial, while preserving all other evidentiary objections.

3. Cardinal Health reserves its right to object to the admissibility of all documents identified in Appendix A, or to any witness's testimony about them, including but not limited to under Federal Rules of Evidence 401, 402, 403, 408, and hearsay.

2

Date: April 7, 2021                                   Respectfully Submitted,

*Cardinal Health, Inc.*

*/s/Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
707 Virginia St. E., Ste. 901
Charleston, West Virginia 25301
Tel.: (304) 345-1234
Fax: (304) 342-1105

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Tel.: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com

*Plaintiffs*

*/s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
(WVSB Bar No. 7443)
FARRELL LAW
P.O. Box 1180
Huntington, WV 25714-1180
*Counsel for City of Huntington*

/s/ *Anne McGinness Kearse*
Anne McGinness Kearse
(WVSB No. 12547)
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450

              akearse@motleyrice.com
              jrice@motleyrice.com
              *Counsel for Cabell County Commission*