**Appendix A**

| Line Item | Beginning Bates/Description | End Bates |
|---|---|---|
| 1 | All Responses to Plaintiffs' Interrogatories, Requests for Production, Requests for Admission, and Combined Discovery Requests, as well as Written Responses to Rule 30(b)(6) Topics, served by Cardinal Health in CT1 and CT2 | |
| 2 | 89(5) FOIL Appeal G000804 000005 | 89(5) FOIL Appeal G000804 000009 |
| 3 | CAH_MDL_PRIORPROD_DEA07_00091989 | CAH_MDL_PRIORPROD_DEA07_00091989 |
| 4 | CAH_MDL_PRIORPROD_DEA07_00318941 | CAH_MDL_PRIORPROD_DEA07_00318942 |
| 5 | CAH_MDL_PRIORPROD_DEA07_00319489 | CAH_MDL_PRIORPROD_DEA07_00319490 |
| 6 | CAH_MDL_PRIORPROD_DEA07_00833777 | CAH_MDL_PRIORPROD_DEA07_00833804 |
| 7 | CAH_MDL_PRIORPROD_DEA07_00866546 | CAH_MDL_PRIORPROD_DEA07_00866582 |
| 8 | CAH_MDL_PRIORPROD_DEA07_00884294 | CAH_MDL_PRIORPROD_DEA07_00884294 |
| 9 | CAH_MDL_PRIORPROD_DEA07_00884713 | CAH_MDL_PRIORPROD_DEA07_00884714 |
| 10 | CAH_MDL_PRIORPROD_DEA07_00891487 | CAH_MDL_PRIORPROD_DEA07_00891488 |
| 11 | CAH_MDL_PRIORPROD_DEA07_00950932 | CAH_MDL_PRIORPROD_DEA07_00950934 |
| 12 | CAH_MDL_PRIORPROD_DEA07_00968292 | CAH_MDL_PRIORPROD_DEA07_00968297 |
| 13 | CAH_MDL_PRIORPROD_DEA07_0110665 | CAH_MDL_PRIORPROD_DEA07_0110669 |
| 14 | CAH_MDL_PRIORPROD_DEA12_00011836 | CAH_MDL_PRIORPROD_DEA12_00011837 |
| 15 | CAH_MDL_PRIORPROD_DEA12_00013747 | CAH_MDL_PRIORPROD_DEA12_00013752 |
| 16 | CAH_MDL_PRIORPROD_HOUSE_0002207 | CAH_MDL_PRIORPROD_HOUSE_0002298 |
| 17 | CAH_MDL2804_00012244 | CAH_MDL2804_00012267 |
| 18 | CAH_MDL2804_00012953 | CAH_MDL2804_00012961 |
| 19 | CAH_MDL2804_00015882 | CAH_MDL2804_00015890 |
| 20 | CAH_MDL2804_00282303 | CAH_MDL2804_00282336 |
| 21 | CAH_MDL2804_00800950 | CAH_MDL2804_00800954 |
| 22 | CAH_MDL2804_00812464 | CAH_MDL2804_00812519 |
| 23 | CAH_MDL2804_00819474 | CAH_MDL2804_00819521 |
| 24 | CAH_MDL2804_00824833 | CAH_MDL2804_00824834 |
| 25 | CAH_MDL2804_00846511 | CAH_MDL2804_00846551 |
| 26 | CAH_MDL2804_00870132 | CAH_MDL2804_00870140 |

| 27 | CAH_MDL2804_00876071 | CAH_MDL2804_00876104 |
| --- | --- | --- |
| 28 | CAH_MDL2804_00913578 | CAH_MDL2804_00913598 |
| 29 | CAH_MDL2804_00942013 | CAH_MDL2804_00942058 |
| 30 | CAH_MDL2804_00944870 | CAH_MDL2804_00944902 |
| 31 | CAH_MDL2804_01103874 | CAH_MDL2804_01103876 |
| 32 | CAH_MDL2804_01465723 | CAH_MDL2804_01465734 |
| 33 | CAH_MDL2804_01564762 | CAH_MDL2804_01564771 |
| 34 | CAH_MDL2804_02102331 | CAH_MDL2804_02102338 |
| 35 | CAH_MDL2804_02200875 | CAH_MDL2804_02200877 |
| 36 | CAH_MDL2804_02465982 | CAH_MDL2804_02466053 |
| 37 | CAH_MDL2804_02509720 | CAH_MDL2804_02509721 |
| 38 | CAH_MDL2804_02537955 | CAH_MDL2804_02537958 |
| 39 | CAH_MDL2804_02881832 | CAH_MDL2804_02881832 |
| 40 | CAH_MDL2804_02887043 | CAH_MDL2804_02887181 |
| 41 | CAH_MDL2804_02907373 | CAH_MDL2804_02907374 |
| 42 | CAH_MDL2804_02909054 | CAH_MDL2804_02909054 |
| 43 | CAH_MDL2804_03167117 | CAH_MDL2804_03167118 |
| 44 | CAH_MDL2804_03185672 | CAH_MDL2804_03185676 |
| 45 | CAH_MDL2804_03309960 | CAH_MDL2804_03309971 |
| 46 | CAH_MDL2804_03323769 | CAH_MDL2804_03323777 |
| 47 | CAH_MDL2804_03323814 | CAH_MDL2804_03323814 |
| 48 | CAH_MDL2804_03325407 | CAH_MDL2804_03325407 |
| 49 | CAH_MDL2804_03340577 | CAH_MDL2804_03340580 |
| 50 | CAH_MDL2804_03340581 | CAH_MDL2804_03340598 |
| 51 | CAH_MDL2804_03341098 | CAH_MDL2804_03341101 |
| 52 | CAH_MDL2804_03431968 | CAH_MDL2804_03431973 |
| 53 | CAH_MDL2804_03431974 | CAH_MDL2804_03431980 |
| 54 | CAH_MDL2804_03431992 | CAH_MDL2804_03431994 |
| 55 | CAH_MDL2804_03431995 | CAH_MDL2804_03431997 |

| | | |
|---|---|---|
| 56 | CAH_MDL2804_03441023 | CAH_MDL2804_03441024 |
| 57 | CAH_MDL2804_03443381 | CAH_MDL2804_03443385 |
| 58 | CAH_MDL2804_03343490 | CAH_MDL2804_03443491 |
| 59 | CAH_MDL2804_03458437 | CAH_MDL2804_03458438 |
| 60 | CAH_MDL2804_03458456 | CAH_MDL2804_03458460 |
| 61 | CAH_MDL2804_03487403 | CAH_MDL2804_03487431 |