IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                      CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**
_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                      CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**
_____

## ORDER

    For reasons appearing to the court, the upcoming pretrial conferences/motions hearings are hereby RESCHEDULED as follows:

    April 14, 2021, at 10:00 a.m., by videoconference

    April 29, 2021, at 11:00 a.m., in person (for case participants only)

For the hearing conducted by videoconference, counsel for plaintiffs and defendants are to provide by email to Allison Skinner at allison_skinner@wvsd.uscourts.gov no later than three business days prior to the videoconference, the following

information: the name, telephone number, and email of each attorney <u>participating</u> in the conference. Once this information is received and processed, the court will contact the participants with connection details.

Mindful of the presumption of openness that accompanies courtroom proceedings, these proceedings will be made available electronically so that the respective trial teams, members of the public, members of the press, and other interested parties can observe the proceedings. To make use of this technology, use one of the following methods:

Web browser:

https://join.uc.uscourts.gov/invited.sf?secret=aBe.nuT4rMl0Gfyale7atQ&id=314041604

Phone: 5713532300, then enter 314041604

Any person encountering trouble in using this technology should contact the court's IT Department at 1-304-347-3005 for assistance.

Persons using remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. <u>See</u> Local Rule Civ. P. 83.10. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 7th day of April, 2021.

ENTER:

David A. Faber
Senior United States District Judge