## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
     **Plaintiff,**

**v.**

                      **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
     **Defendants.**
_____

**CABELL COUNTY COMMISSION,**
     **Plaintiff,**

**v.**

                      **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**
     **Defendants.**

## THE PARTIES' JOINT STIPULATION RELATING TO
## BIFURCATION OF TESTIMONY OF DR. CRAIG J. MCCANN

The parties stipulate as follows regarding Plaintiffs' Motion in Limine to Permit

Bifurcation of Testimony of Dr. Craig J. McCann:

1.      The Plaintiffs, City of Huntington and Cabell County Commission, filed a motion asking the Court to permit the Plaintiffs to bifurcate the direct testimony of expert witness Dr. Craig J. McCann ("Plaintiffs' Bifurcation Motion").  *See* ECF No. 1249.

2.      As set forth in Plaintiffs' Bifurcation Motion, the Plaintiffs intend to bifurcate Dr. McCann's testimony into two phases:

      a.  **Phase 1**:  Plaintiffs will seek to use Dr. McCann as a sponsoring witness to admit ARCOS data and FRE 1006 compilations; and

      b.  **Phase 2**:  Plaintiffs intend to recall Dr. McCann as an expert witness to testify regarding his application of alleged suspicious order monitoring system (SOMS) algorithms to the ARCOS data.

3.      Plaintiffs have agreed to disclose to Defendants the summaries and compilations of the ARCOS data that they intend to introduce during Phase 1 of Dr. McCann's testimony two weeks prior to him being called at trial.

4.      Based on the above representations regarding the separateness of Phase 1 and Phase 2 and their respective scopes, and the disclosure requirement in Paragraph 3, Defendants agree not to oppose Plaintiffs' Bifurcation Motion.

5.      Defendants reserve all other rights to object to the admissibility of Dr. McCann's testimony, and any supporting documents that Plaintiffs intend to introduce, under the Federal Rules of Evidence.

Respectfully Submitted,

**Cardinal Health, Inc.**

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
707 Virginia St. E., Ste. 901
Charleston, West Virginia 25301
Tel.: (304) 345-1234
Fax: (304) 342-1105

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Tel.: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
*Counsel for Cardinal Health, Inc.*

**AmerisourceBergen Drug Corporation**

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV 25322
Telephone: (304) 340-1000

Facsimile: (304) 340-1050
gcallas@jacksonkelly.com


*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com
*Counsel for AmerisourceBergen Drug
Corporation*

### McKesson Corporation

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO
PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200


*/s/ Timothy C. Hester*
Timothy C. Hester
Laura Flahive Wu
Andrew P. Stanner
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
lflahivewu@cov.com
astanner@cov.com

*/s/ Paul W. Schmidt*
Paul W. Schmidt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
pschmidt@cov.com
*Counsel for McKesson Corporation*

**Plaintiffs**

*/s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
(WVSB Bar No. 7443)
FARRELL & FULLER
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
*Counsel for Cabell County Commission*

/s/ Anne McGinness Kearse
Anne McGinness Kearse
(WVSB No. 12547)
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com
*Counsel for City of Huntington*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, the forgoing ***The Parties' Joint Stipulation Relating to Bifurcation of Testimony of Dr. Craig J. McCann*** was sent to Counsel for the Plaintiffs and Defendants using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB # 7136)