UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

CIVIL ACTION NO. 3:17-01362

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**

v.

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

CIVIL ACTION NO. 3:17-01665

### STIPULATION REGARDING CERTAIN EXHIBIT DEADLINES

The parties previously stipulated regarding certain deadlines to identify and exchange trial exhibits. *See* Joint Trial Exhibit Stipulation (Sept. 24, 2020), Dkt. #1029. Based on the trial date having been continued from October 19, 2020 until May 3, 2021, the parties hereby agree to amend certain of those deadlines, as follows:

|  | **Original Deadline** | **Amended Deadline** |
|---|---|---|
| Deadline for Exchanging Copies of Unproduced Exhibits | October 9, 2020 | April 26, 2021 |
| Deadline for Exchanging Copies of Branded Exhibits | October 16, 2020 | April 26, 2021 |

The provisions of the Joint Trial Exhibit Stipulation shall otherwise remain in full force and effect.

Date: April 9, 2021

1

Respectfully Submitted,

**By Defendants:**

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV  25322
Telephone: (304) 340-1000
Facsimile: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
707 Virginia St. E., Ste. 901
Charleston, West Virginia 25301
Tel.: (304) 345-1234
Fax: (304) 342-1105

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Tel.: (202) 434-5000

Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

*/s/ Timothy C. Hester*
Timothy C. Hester
Laura Flahive Wu
Andrew P. Stanner
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
lflahivewu@cov.com
astanner@cov.com

*/s/ Paul W. Schmidt*
Paul W. Schmidt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
pschmidt@cov.com

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*Counsel for McKesson Corporation*

**By Plaintiffs:**

*/s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
(WVSB Bar No. 7443)
FARRELL LAW
P.O. Box 1180
Huntington, WV 25714-1180

*Counsel for Cabell County Commission*

*/s/ Anne McGinness Kearse*
Anne McGinness Kearse
(WVSB No. 12547)
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

*Counsel for City of Huntington*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2021, the forgoing Stipulation Regarding Certain Exhibit Deadlines was sent to Counsel for the Plaintiffs and Defendants using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Timothy C. Hester*
Timothy C. Hester
*Counsel for McKesson Corporation*
