# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date: 4/14/2021                                    Case Number    3:17-cv-01362

Case Style           The City of Huntington, West Virginia vs. AmerisourceBergen Drug Corporation
Type of hearing      Video Pretrial Conference
Before the honorable: 2512-Faber
Court Reporter       Lisa Cook                        Courtroom Deputy  Cindy Lilly

Attorney(s) for the Plaintiff or Government

Paul Farrell

Attorney(s) for the Defendant(s)

Steven Ruby

Law Clerk            Allison Skinner

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 10:00 AM | 12:00 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 02:00

## Courtroom Notes

Scheduled Start: 10:00 a.m.
Actual Start: 10:00 a.m.
Appearances:
Paul T. Farrell, Jr. Anthony J. Majestro, Anne McGinness Kearse, Andrea Bierstein, Michael J. Fuller, Robert Nicholas, Shannon McClure, Joseph Mahady, Kim Watterson, Gretchen Callas, Steve Ruby, Enu Mainigi, Jen Wicht, Ashley Hardin, Timothy Hester, Paul Schmidt, Laura Flahive Wu, Andrew Stanner, Jeffrey Wakefield
Court in session for video pretrial conference
Court Adjourned: 12:00 p.m.