**Appendix A**

| Row No. | Trial Exhibit Number | BegBates | EndBates |
|---|---|---|---|
| 1 | P-02511 | US-DEA-00007949 | US-DEA-00007949 |
| 2 | P-02512 | US-DEA-00008847 | US-DEA-00008847 |
| 3 | P-02513 | US-DEA-00016114 | US-DEA-00016114 |
| 4 | P-09111 | US-DEA-00000144 | US-DEA-00000146 |
| 5 | P-09112 | US-DEA-00000147 | US-DEA-00000164 |
| 6 | P-09113 | US-DEA-00000168 | US-DEA-00000213 |
| 7 | P-09114 | US-DEA-00000352 | US-DEA-00000366 |
| 9 | P-09115 | US-DEA-00000369 | US-DEA-00000370 |
| 10 | P-09116 | US-DEA-00000371 | US-DEA-00000373 |
| 11 | P-19418 | US-DEA-00003880 | US-DEA-00003881 |
| 12 | P-14710 | US-DEA-00025683 | US-DEA-00025683 |
| 14 | P-10560 | DEA_Rannazzisi-00003117 | DEA_Rannazzisi-00003120 |
| 15 | P-10561 | DEA_Rannazzisi-00006053 | DEA_Rannazzisi-00006100 |
| 17 | P-13298 | US-DEA-00026154 | US-DEA-00026155 |
| 19 | P-14711 | US-DEA-00006100 | US-DEA-00006107 |
| 20 | P-14712 | DEA-T2CC-00000037 | DEA-T2CC-00000039 |
| 21 | P-14713 | DEA-T2CC-00000040 | DEA-T2CC-00000040 |
| 22 | P-16276 | US-DEA-00002493 | US-DEA-00002504 |
| 23 | P-16662 | DEA-T2CC-00000001 | DEA-T2CC-00000002 |
| 24 | P-16663 | DEA-T2CC-00000003 | DEA-T2CC-00000003 |
| 25 | P-16664 | DEA-T2CC-00000004 | DEA-T2CC-00000005 |
| 26 | P-16665 | DEA-T2CC-00000006 | DEA-T2CC-00000007 |
| 27 | P-16666 | DEA-T2CC-00000008 | DEA-T2CC-00000008 |
| 28 | P-16667 | DEA-T2CC-00000009 | DEA-T2CC-00000010 |
| 29 | P-16668 | DEA-T2CC-00000011 | DEA-T2CC-00000011 |
| 30 | P-16669 | DEA-T2CC-00000012 | DEA-T2CC-00000012 |
| 31 | P-16670 | DEA-T2CC-00000013 | DEA-T2CC-00000013 |
| 32 | P-16671 | DEA-T2CC-00000014 | DEA-T2CC-00000014 |
| 33 | P-16672 | DEA-T2CC-00000015 | DEA-T2CC-00000015 |
| 34 | P-16673 | DEA-T2CC-00000016 | DEA-T2CC-00000016 |
| 35 | P-16674 | DEA-T2CC-00000017 | DEA-T2CC-00000017 |
| 36 | P-16675 | DEA-T2CC-00000018 | DEA-T2CC-00000018 |
| 37 | P-16676 | DEA-T2CC-00000019 | DEA-T2CC-00000019 |
| 38 | P-16677 | DEA-T2CC-00000020 | DEA-T2CC-00000021 |
| 39 | P-16678 | DEA-T2CC-00000022 | DEA-T2CC-00000024 |
| 40 | P-16679 | DEA-T2CC-00000025 | DEA-T2CC-00000025 |
| 41 | P-16680 | DEA-T2CC-00000026 | DEA-T2CC-00000026 |
| 42 | P-16681 | DEA-T2CC-00000027 | DEA-T2CC-00000028 |
| 43 | P-16682 | DEA-T2CC-00000029 | DEA-T2CC-00000030 |
| 44 | P-16683 | DEA-T2CC-00000031 | DEA-T2CC-00000031 |
| 45 | P-16684 | DEA-T2CC-00000032 | DEA-T2CC-00000032 |
| 46 | P-16685 | DEA-T2CC-00000033 | DEA-T2CC-00000033 |
| 47 | P-16686 | DEA-T2CC-00000034 | DEA-T2CC-00000034 |
| 48 | P-16687 | DEA-T2CC-00000035 | DEA-T2CC-00000035 |

**Appendix A**

| 49 | P-16688 | DEA-T2CC-00000036 | DEA-T2CC-00000036 |
|---|---|---|---|
| 50 | P-19397 | US-DEA-00000001 | US-DEA-00000141 |
| 51 | P-19398 | US-DEA-00000367 | US-DEA-00000367 |
| 52 | P-19399 | US-DEA-00000368 | US-DEA-00000368 |
| 53 | P-19401 | US-DEA-00000384 | US-DEA-00000385 |
| 54 | P-19402 | US-DEA-00000457 | US-DEA-00000468 |
| 55 | P-19403 | US-DEA-00000469 | US-DEA-00000502 |
| 56 | P-19404 | US-DEA-00000503 | US-DEA-00000506 |
| 57 | P-19405 | US-DEA-00000507 | US-DEA-00000510 |
| 58 | P-19406 | US-DEA-00000511 | US-DEA-00000587 |
| 59 | P-19407 | US-DEA-00000588 | US-DEA-00000928 |
| 60 | P-19410 | US-DEA-00001767 | US-DEA-00001772 |
| 61 | P-19411 | US-DEA-00001806 | US-DEA-00001813 |
| 62 | P-19414 | US-DEA-00002110 | US-DEA-00002130 |
| 63 | P-19415 | US-DEA-00002204 | US-DEA-00002222 |
| 64 | P-19416 | US-DEA-00002430 | US-DEA-00002430 |
| 65 | P-19417 | US-DEA-00002548 | US-DEA-00002549 |
| 66 | P-19418 | US-DEA-00003880 | US-DEA-00003880 |
| 67 | P-19419 | US-DEA-00026903 | US-DEA-00026924 |
| 68 | P-19420 | US-DEA-00004031 | US-DEA-00004034 |
| 70 | P-19421 | US-DEA-00004193 | US-DEA-00004194 |
| 71 | P-19422 | US-DEA-00026925 | US-DEA-00026937 |
| 72 | P-19423 | US-DEA-00026938 | US-DEA-00026939 |
| 74 | P-19425 | US-DEA-00005060 | US-DEA-00005061 |
| 75 | P-19426 | US-DEA-00027006 | US-DEA-00027029 |
| 76 | P-19427 | US-DEA-00027030 | US-DEA-00027058 |
| 77 | P-19428 | US-DEA-00027059 | US-DEA-00027060 |
| 78 | P-19429 | US-DEA-00005507 | US-DEA-00005508 |
| 81 | P-19430 | US-DEA-00027061 | US-DEA-00027084 |
| 82 | P-19434 | US-DEA-00005664 | US-DEA-00005665 |
| 83 | P-19442 | US-DEA-00005697 | US-DEA-00005697 |
| 84 | P-19443 | US-DEA-00005881 | US-DEA-00005887 |
| 85 | P-19444 | US-DEA-00005911 | US-DEA-00005917 |
| 86 | P-19445 | US-DEA-00005986 | US-DEA-00006045 |
| 87 | P-19446 | US-DEA-00006063 | US-DEA-00006063 |
| 88 | P-19448 | US-DEA-00006180 | US-DEA-00006180 |
| 89 | P-19450 | US-DEA-00008431 | US-DEA-00008431 |
| 90 | P-19451 | US-DEA-00008520 | US-DEA-00008520 |
| 91 | P-19453 | US-DEA-00008563 | US-DEA-00008564 |
| 92 | P-19457 | US-DEA-00009063 | US-DEA-00009067 |
| 93 | P-19458 | US-DEA-00009068 | US-DEA-00009068 |
| 94 | P-19459 | US-DEA-00009069 | US-DEA-00009070 |
| 96 | P-19460 | US-DEA-00009084 | US-DEA-00009088 |
| 97 | P-19462 | US-DEA-00009378 | US-DEA-00009381 |
| 98 | P-19464 | US-DEA-00011110 | US-DEA-00011111 |

**Appendix A**

| | | | |
|---|---|---|---|
| 99 | P-19466 | US-DEA-00011140 | US-DEA-00011154 |
| 100 | P-19467 | US-DEA-00012153 | US-DEA-00012210 |
| 101 | P-19468 | US-DEA-00012480 | US-DEA-00012481 |
| 102 | P-19470 | US-DEA-00012632 | US-DEA-00012633 |
| 104 | P-19473 | US-DEA-00013603 | US-DEA-00013607 |
| 105 | P-19474 | US-DEA-00014022 | US-DEA-00014055 |
| 106 | P-19476 | US-DEA-00014634 | US-DEA-00014648 |
| 107 | P-19477 | US-DEA-00016223 | US-DEA-00016237 |
| 108 | P-19478 | US-DEA-00016467 | US-DEA-00016479 |
| 109 | P-19480 | US-DEA-00017088 | US-DEA-00017089 |
| 110 | P-19483 | US-DEA-00017912 | US-DEA-00017913 |
| 111 | P-19484 | US-DEA-00017914 | US-DEA-00017981 |
| 112 | P-19485 | US-DEA-00018501 | US-DEA-00018512 |
| 113 | P-19487 | US-DEA-00020812 | US-DEA-00020812 |
| 114 | P-19490 | US-DEA-00020898 | US-DEA-00020903 |
| 115 | P-19492 | US-DEA-00021260 | US-DEA-00021280 |
| 116 | P-19499 | US-DEA-00022457 | US-DEA-00022466 |
| 117 | P-19502 | US-DEA-00022978 | US-DEA-00022988 |
| 118 | P-19503 | US-DEA-00023335 | US-DEA-00023339 |
| 119 | P-19504 | US-DEA-00023981 | US-DEA-00023981 |
| 120 | P-19505 | US-DEA-00023983 | US-DEA-00023983 |
| 121 | P-19507 | US-DEA-00025097 | US-DEA-00025104 |
| 122 | P-19509 | US-DEA-00025224 | US-DEA-00025224 |
| 123 | P-19510 | US-DEA-00025226 | US-DEA-00025228 |
| 124 | P-19511 | US-DEA-00025284 | US-DEA-00025285 |
| 125 | P-19512 | US-DEA-00025294 | US-DEA-00025295 |
| 126 | P-19513 | US-DEA-00025302 | US-DEA-00025302 |
| 127 | P-19515 | US-DEA-00025656 | US-DEA-00025659 |
| 128 | P-19516 | US-DEA-00025660 | US-DEA-00025662 |
| 129 | P-19517 | US-DEA-00025663 | US-DEA-00025669 |
| 130 | P-19518 | US-DEA-00025671 | US-DEA-00025671 |
| 131 | P-19519 | US-DEA-00025682 | US-DEA-00025682 |
| 132 | P-19520 | US-DEA-00025692 | US-DEA-00025693 |
| 133 | P-19521 | US-DEA-00025694 | US-DEA-00025727 |
| 134 | P-19522 | US-DEA-00025732 | US-DEA-00025732 |
| 135 | P-19523 | US-DEA-00025745 | US-DEA-00025756 |
| 136 | P-19524 | US-DEA-00026139 | US-DEA-00026150 |
| 137 | P-19526 | US-DEA-00026587 | US-DEA-00026598 |
| 138 | P-19527 | US-DEA-00026807 | US-DEA-00026810 |
| 139 | P-28282 | DEA_Rannazzisi-00003481 | DEA_Rannazzisi-00003482 |
| 140 | P-42942 | US-DEA-00005692 | US-DEA-00005694 |
| 141 | DEF-WV-00614 | DEA-T2CC-00002699 | DEA-T2CC-00002700 |
| 142 | DEF-WV-00615 | DEA-T2CC-00005349 | DEA-T2CC-00005350 |
| 143 | DEF-WV-00616 | DEA-T2CC-00032551 | DEA-T2CC-00032773 |
| 144 | DEF-WV-00617 | DEA-T2CC-00051643 | DEA-T2CC-00051658 |
| 145 | DEF-WV-00618 | DEA-T2CC-00051665 | DEA-T2CC-00051665 |
| 146 | DEF-WV-01887 | US-DEA-00001429 | US-DEA-00001429 |
| 147 | DEF-WV-01884 | US-DEA-00000352 | US-DEA-00000366 |
| 148 | DEF-WV-01889 | US-DEA-00001777 | US-DEA-00001799 |

**Appendix A**

| | | | |
|---|---|---|---|
| 149 | DEF-WV-01890 | US-DEA-00002413 | US-DEA-00002413 |
| 150 | DEF-WV-01894 | US-DEA-00005914 | US-DEA-00005917 |
| 151 | DEF-WV-01895 | US-DEA-00005918 | US-DEA-00005920 |
| 152 | DEF-WV-01896 | US-DEA-00005921 | US-DEA-00005924 |
| 153 | DEF-WV-01897 | US-DEA-00005925 | US-DEA-00005927 |
| 154 | DEF-WV-01898 | US-DEA-00005928 | US-DEA-00005931 |
| 155 | DEF-WV-01899 | US-DEA-00005952 | US-DEA-00005954 |
| 156 | DEF-WV-01900 | US-DEA-00006056 | US-DEA-00006058 |
| 157 | DEF-WV-01901 | US-DEA-00006177 | US-DEA-00006177 |
| 158 | DEF-WV-01902 | US-DEA-00006183 | US-DEA-00006184 |
| 159 | DEF-WV-01903 | US-DEA-00007628 | US-DEA-00007628 |
| 160 | DEF-WV-01904 | US-DEA-00007629 | US-DEA-00007629 |
| 161 | DEF-WV-01905 | US-DEA-00007691 | US-DEA-00007691 |
| 162 | DEF-WV-01906 | US-DEA-00008424 | US-DEA-00008427 |
| 163 | DEF-WV-01907 | US-DEA-00008469 | US-DEA-00008470 |
| 164 | DEF-WV-01908 | US-DEA-00008487 | US-DEA-00008488 |
| 165 | DEF-WV-01910 | US-DEA-00008565 | US-DEA-00008576 |
| 166 | DEF-WV-01911 | US-DEA-00008577 | US-DEA-00008583 |
| 167 | DEF-WV-01912 | US-DEA-00009355 | US-DEA-00009357 |
| 168 | DEF-WV-01913 | US-DEA-00009579 | US-DEA-00009579 |
| 169 | DEF-WV-01914 | US-DEA-00011611 | US-DEA-00011621 |
| 170 | DEF-WV-01915 | US-DEA-00015423 | US-DEA-00015506 |
| 171 | DEF-WV-01916 | US-DEA-00019627 | US-DEA-00019768 |
| 172 | DEF-WV-01917 | US-DEA-00022459 | US-DEA-00022462 |
| 173 | DEF-WV-01918 | US-DEA-00022695 | US-DEA-00022696 |
| 174 | DEF-WV-01919 | US-DEA-00023153 | US-DEA-00023153 |
| 175 | DEF-WV-01922 | US-DEA-00025672 | US-DEA-00025673 |
| 176 | DEF-WV-01925 | US-DEA-00026697 | US-DEA-00026697 |
| 177 | DEF-WV-01926 | US-DEA-00026731 | US-DEA-00026733 |
| 178 | DEF-WV-01927 | US-DEA-00026799 | US-DEA-00026799 |
| 179 | DEF-WV-01928 | US-DEA-00026833 | US-DEA-00026834 |
| 180 | DEF-WV-01929 | US-DEA-00026897 | US-DEA-00026897 |
| 181 | DEF-WV-01930 | US-DEA-00026898 | US-DEA-00026900 |
| 182 | AM-WV-02648 | US-DEA-00000143 | US-DEA-00000143 |
| 183 | AM-WV-02650 | US-DEA-00000588 | US-DEA-00000928 |
| 184 | AM-WV-02653 | US-DEA-00005649 | US-DEA-00005650 |
| 185 | AM-WV-02654 | US-DEA-00005655 | US-DEA-00005656 |
| 186 | AM-WV-02655 | US-DEA-00005657 | US-DEA-00005661 |
| 186 | AM-WV-02656 | US-DEA-00013963 | US-DEA-00013964 |