AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 3:17-cv-01362

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* David G. Chaffin, Jr., MD, FACOOG on *(date)* 04/15/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows: by agreement to Joel Jones, Campbell Woods PLLC, 1002 Third Ave., Huntington, WV 25719; via email to joeljones@campbellwoods.com       on *(date)* 04/15/2021 ; or

☐ I returned the subpoena unexecuted because:                                              .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$                   .

My fees are $              for travel and $              for services, for a total of $ 0.00    .

I declare under penalty of perjury that this information is true.

Date: 04/15/2021

/s/ Monique Christenson
*Server's signature*

Monique Christenson, Esq.
*Printed name and title*

Motley Rice
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
*Server's address*

Additional information regarding attempted service, etc.: