AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action  (page 2)

Civil Action No.  3:17-cv-01362

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Lyn O'Connell, PhD, LFMT

on *(date)*     04/15/2021           .

☑ I served the subpoena by delivering a copy to the named person as follows: by agreement to

Joel Jones, Campbell Woods PLLC, 1002 Third Ave., Huntington, WV 25719; via email to

joeljones@campbellwoods.com                        on *(date)*     04/15/2021        ; or

☐ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$                         .

My fees are $                     for travel and $                     for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:      04/15/2021

                                                      /s/ Monique Christenson
                                                      *Server's signature*

                                                      Monique Christenson, Esq.
                                                      *Printed name and title*

                                                      Motley Rice
                                                      28 Bridgeside Blvd
                                                      Mt. Pleasant, SC 29464
                                                      *Server's address*

Additional information regarding attempted service, etc.:

| Print | Save As... | Add Attachment | Reset |