```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                            CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                            CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

## MEMORANDUM OPINION AND ORDER

Trial of these cases will begin on May 3, 2021.  As the court earlier informed the parties, the court has set aside the following dates for trial:

    May 3-7, 10-14, 17-21, 24-28, 2021

    June 4, 7-11, 14-18, 28-30, 2021

    July 1-2, 6-9, 12-16, 19-23, 26-27, 2021

    August 2-6, 9-12, 2021.

These dates are subject to change.

At the pretrial conference held on April 14, 2021, the court notified the parties that, although the number of participants allowed in the courtroom would remain capped at twenty-five, see ECF No. 1199, overflow space within the courthouse would be provided so that members of the public, members of the press, and other interested parties could observe the proceedings. Therefore, as the parties were further informed, there is no need to make the trial proceedings available electronically and the court will not do so. To the extent the court's order of January 12, 2021, provides otherwise, see ECF No. 1199, it is **VACATED**. Electronic access for the final pretrial conference, currently scheduled for April 29, 2021, at 11:00 a.m., will remain available. See ECF No. 1258.

The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 16th day of April, 2021.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge