IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                          **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                          **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

## ORDER

Pending before the court is plaintiffs' motion to permit bifurcation of the testimony of Dr. Craig J. McCann. (ECF No. 1249). Pursuant to the Joint Stipulation entered on April 9, 2021, see ECF No. 1263, that motion is **DENIED** as moot.

The Clerk is directed to send copies of this Order to counsel of record who have registered to receive an electronic NEF.

IT IS SO ORDERED this 26th day of April, 2021.

                ENTER:      *David A. Faber*

                                      David A. Faber
                                      Senior United States District Judge