Electronically Filed
1/8/2020 4:19 PM
Steven D. Grierson
CLERK OF THE COURT

1  NEO
   MORRIS LAW GROUP
2  Steve Morris, Bar No. 1543
3  Rosa Solis-Rainey, Bar No. 7921
   411 E. Bonneville Ave., Ste. 360
4  Las Vegas, Nevada 89101
   Telephone: (702) 474-9400
5  Facsimile:  (702) 474-9422
6  Email: sm@morrislawgroup.com
   Email: rsr@morrislawgroup.com
7
8  COVINGTON & BURLING LLP
   Nathan E. Shafroth *(pro hac vice)*
9  Salesforce Tower
10 415 Mission Street, Suite 5400
   San Francisco, California 94105-2533
11 Telephone: (415) 591-6000
   Email: nshafroth@cov.com
12
13 Attorneys for Defendant
   McKesson Corporation
14

## DISTRICT COURT
## CLARK COUNTY, NEVADA

STATE OF NEVADA,                          ) Case No:   A-19-796755-B
                                          ) Dept. No:  XI
       Plaintiff,                         )
v.                                        )
                                          ) **NOTICE OF ENTRY OF**
MCKESSON CORPORATION; CARDINAL            ) **ORDER GRANTING IN**
HEALTH INC.; CARDINAL HEALTH 105,         ) **PART AND DENYING IN**
INC.; CARDINAL HEALTH 108, LLC;           ) **PART DISTRIBUTORS'**
CARDINAL HEALTH 110, LLC; CARDINAL        ) **JOINT MOTION TO**
HEALTH 200, LLC; CARDINAL HEALTH          ) **DISMISS**
414,LLC; CARDINAL HEALTH                  )
PHARMACY SERVICES, LLC;                   )
AMERISOURCEBERGEN DRUG                    )
CORPORATION; WALGREENS BOOTS              )
ALLIANCE, INC.; WALGREEN CO;              )
WALGREEN EASTERN CO, INC.;                )
WALMART INC.; CVS PHARMACEY, INC.;        )
TEVA PHARMACEUTICALS USA; TEVA            )
PHARMACEUTICAL INDUSTRIES, LTD.;          )

1

Ex. A - Tab 14 - Nevada

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

| | |
|---|---|
| 1 | ACTAVIS PHARMA, INC.; PURDUE ) |
| 2 | PHARMA L.P.; PURDUE PHARMA, INC; ) |
| | PURDUE HOLDINGS, L.P.; THE PURDUE ) |
| 3 | FREDERICK COMPANY, INC.; INC.; P.F. ) |
| | LABORATORIES, INC.; RICHARD S. ) |
| 4 | SACKLER; JONATHAN D. SACKLER, ) |
| 5 | MORTIMER D.A. SACKLER; KATHE A. ) |
| | SACKLER; ILENE SACKLER LEFCOURT; ) |
| 6 | DAVID A. SACKLER; BEVERLY SACKLER; ) |
| 7 | THERESA SACKLER; PLP ASSOCIATES ) |
| | HOLDINGS L.P.; ROSEBAY MEDICAL ) |
| 8 | COMPANY L.P.; BEACON COMPANY; ) |
| 9 | DOE ENTITIES 1-10; ENDO HEALTH ) |
| | SOLUTIONS INC.; ENDO ) |
| 10 | PHARMACEUTICALS, INC.; PAR ) |
| | PHARMACEUTICAL, INC.; ) |
| 11 | MALLINCKRODT PLC; MALLINCKRODT ) |
| 12 | LLC; SPECGX LLC; STEVEN A. HOLPER; ) |
| | STEVEN A HOLPER MD PROFESSIONAL ) |
| 13 | CORPORATION; HOLPER OUT-PATIENTS ) |
| | MEDICAL CENTER, LTD.; ROBERT GENE ) |
| 14 | RAND; RAND FAMILY CARE LLC; ) |
| 15 | DEVENDRA I. PATEL; PATEL NORTH ) |
| | EASTERN NEVADA CARDIOLOGY PC; ) |
| 16 | HORACE PAUL GUERRA IV; ALEJANDRO ) |
| 17 | JIMINEZ INCERA; ROBERT D. HARVEY; ) |
| | INCERA-IUVENTUS MEDICAL GROUP PC;) |
| 18 | INCERA LLC ) |
| |            Defendants. ) |
| 19 | _____ ) |

PLEASE TAKE NOTICE that the Order Granting In Part and Denying In Part Distributors' Joint Motion to Dismiss was entered on the 8th day of January 2020, a true and correct copy of the same is attached hereto.

                                     MORRIS LAW GROUP

                                     By: /s/ ROSA SOLIS-RAINEY
                                        Steve Morris, Bar No. 1543
                                        Rosa Solis-Rainey, Bar No. 7921
                                        411 E. Bonneville Ave., Ste. 360
                                        Las Vegas, Nevada 89101
                                        Telephone: (702) 474-9400

Facsimile:   (702) 474-9422
Email:  sm@morrislawgroup.com
Email:  rsr@morrislawgroup.com

COVINGTON & BURLING LLP
Nathan E. Shafroth *(pro hac vice)*
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California  94105-2533
Telephone:  (415) 591-6000
Email:  nshafroth@cov.com

Attorneys for Defendant
McKesson Corporation

# CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P. 5(b)(2)(D) and E.D.C.R. 8.05, I certify that I am an employee of MORRIS LAW GROUP and that on the date below, I caused the following document: **NOTICE OF ENTRY OF ORDER GRANTING IN PART AND DENYING IN PART DISTRIBUTORS' JOINT MOTION TO DISMISS** to be served via the Court's Odyssey E-Filing System. The date and time of the electronic proof of service is in place of the date and place of deposit in the mail.

| | |
|---|---|
| AARON D. FORD<br>Attorney General<br>ERNEST FIGUEROA<br>Consumer Advocate<br>MARK J. KRUEGER<br>Chief Deputy Attorney General<br>**State of Nevada, Office of the Attorney General, Bureau of Consumer Protection**<br>100 North Carson Street<br>Carson City, Nevada 89701-4717<br>mkrueger@ag.nv.gov<br><br>MIKE PAPANTONIO<br>TROY RAFFERTY<br>PETER MOUGEY<br>LAURA DUNNING<br>NED MCWILLIAMS<br>BRANDON BOGLE<br>JEFF GADDY<br>*(Pro Hac Vice Pending)*<br>**LEVIN PAPANTONIO LAW FIRM**<br>316 S. Bavlen Street, Suite 400<br>Pensacola, Florida 32502<br>mpapantonio@levinlaw.com<br><br>ROLAND TELLIS<br>*(Pro Hac Vice Pending)*<br>**BARON & BUDD**<br>3102 Oak Lawn Avenue, #1100<br>Dallas, Texas 75219 | PAT LUNDVALL<br>AMANDA C. YEN<br>MCDONALD CARNAO LLP<br>2300 W. SAHARA AVE, SUITE 1200<br>LAS VEGAS, NEVADA 89102<br>lundvall@mcdonaldcarano.com<br>ayen@mcdonaldcarano.com<br><br>JOHN D. LOMBARDO<br>(*pro hac vice* forthcoming)<br>JAKE R. MILLER<br>(*pro hac vice* forthcoming)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa St, 44th Floor<br>Los Angeles, CA  90017-5844<br>John.lombardo@arnoldporter.com<br>Jake.miller@arnoldporter.com<br><br>*Attorneys for Defendants*<br>  *Endo Health Solutions Inc., Endo Pharmaceuticals Inc., and Par Pharmaceutical, Inc.* |

rtellis@baronbudd.com

ROBERT T. EGLET
ROBERT M. ADAMS
ARTEMUS W. HAM
ERICA D. ENSTMINGER
CASSANDRA S.M. CUMMINGS
RICHARD K. HY
**EGLET ADAMS**
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
eservice@egletlaw.com

KEITH GIVENS
JOSEPH LANE
ANGELA MASON
JOHN GIVENS
JESSICA GIVENS.
CHASE GIVENS
*(Pro Hac Vice Pending)*
**THE COCHRAN FIRM-DOTHAN, PC**
111 East Main Street
Dothan, Alabama 36301
keith@cochranfirm.com

*Attorneys for Plaintiff
  State of Nevada*

DENNIS L. KENNEDY
SARAH E. HARMON
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada  89148-1302
DKennedy@BaileyKennedy.com
SHarmon@BaileyKennedy.com

*Attorneys for Defendants
  Richard Sackler; Jonathan D. Sackler; Mortimer D. A. Sackler; Kathe A. Sackler; Ilene Sackler Lefcourt; David A. Sackler; Beverly Sackler; Theresa Sackler; Rosebay Medical Company L.P.; and Beacon Company*

State Bar of Nevada
suzym@nvbar.org

---

DATED this 8th day of January 2020.

By: /a/ Patricia A. Quinn
      An Employee of Morris Law Group

5

Electronically Filed
1/8/2020 4:01 PM
Steven D. Grierson
CLERK OF THE COURT

1  **OGM**
   MORRIS LAW GROUP
2  Steve Morris, Bar No. 1543
3  Rosa Solis-Rainey, Bar No. 7921
   411 E. Bonneville Ave., Ste. 360
4  Las Vegas, Nevada 89101
   Telephone: (702) 474-9400
5  Facsimile: (702) 474-9422
6  Email: sm@morrislawgroup.com
   Email: al@morrislawgroup.com
7
8  Attorneys for Defendant
   McKesson Corporation
9

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| STATE OF NEVADA,<br>Plaintiff,<br>v.<br>MCKESSON CORPORATION; CARDINAL HEALTH INC.; CARDINAL HEALTH 105, INC.; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 414, LLC; CARDINAL HEALTH PHARMACY SERVICES, LLC; AMERISOURCEBERGEN DRUG CORPORATION; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN CO.; WALGREEN EASTERN CO., INC.; WALMART INC.; CVS HEALTH CORPORATION; CVS PHARAMCEY, INC.; TEVA PHARMACEUTICALS USA,; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; ACTAVIS PHARMA, INC; PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; PURDUE HOLDINGS, L.P.; THE PURDUE FREDERICK COMPANY, INC.; INC.; P.F. LABORATORIES, INC.; RICHARD S. SACKLER; JONATHAN D. SACKLER MORTIMER D.A. SACKLER; KATHE A. SACKLER; ILENE SACKLER LEFCOURT; DAVID A. SACKLER; BEVERLY SACKLER; | Case No.: A-19-796755-B<br><br>Dept. No.: XI<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DISTRIBUTORS' JOINT MOTION TO DISMISS** |

1

01-03-20A04:52 RCVD

| |
|---|
| THERESA SACKLER; PLP ASSOCIATES HOLDINGS L.P.; ROSEBAY MEDICAL COMPANY L.P.; BEACON COMPANY; DOE ENTITIES 1-10; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; PAR PHARMACEUTICAL, INC.; MALLINCKRODT PLC; MALLINCKRODT LLC; SPECGX LLC; STEVEN A. HOLPER; STEVEN A HOLPER MD PROFESSIONAL CORPORATION; HOLPER OUTPATIENTS MEDICAL CENTER, LTD.; ROBERT GENE RAND; RAND FAMILY CARE LLC; DEVENDRA I. PATEL; PATEL NORTH EASTERN NEVADA CARDIOLOGY PC; HORACE PAUL GUERRA IV; ALEJANDRO JIMINEZ INCERA; ROBERT D. HARVEY; INCERA-IUVENTUS MEDICAL GROUP PC; INCERA LLC; |
| Defendants. |

This matter came on for hearing on Distributors' Joint Motion to Dismiss on December 2, 2019. Robert T. Eglet, Esq., Robert Adams, Esq., Mike Papantonio, Esq., and Mark Krueger, Esq. appeared on behalf of Plaintiff. Appearing on behalf of the Distributor Defendants were Steven Boranian, Esq. and Jarrod Rickard, Esq. for AmerisourceBergen Drug Corporation, Dan Polsenberg, Esq. on behalf of the Cardinal Health Defendants, and Rosa Solis-Rainey, Esq. on behalf of McKesson Corporation.

The Court having read and reviewed the pleadings and papers on file therein and considered the representation of counsel present at the hearing, the subsequent agreement of counsel, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-referenced Distributor Defendants' Joint Motion to Dismiss is granted in part and denied in part, as detailed below for each cause of action:

    1. Public Nuisance – DENIED

2

2. Violation of Nevada Deceptive Trade Practices – DENIED

3. Violation of the Nevada Racketeering Act (NRS §§ 207.350 to 207.520) – DENIED

4. Violation of the Nevada False Claims act – THE COURT FINDS THAT THE ALLEGATIONS ARE INSUFFICIENT AT THIS TIME AND ORDERS PLAINTIFF TO CONDUCT DISCOVERY PURSUANT TO *ROCKER V. KPMG, LLP*, 148 P.3D 703 (NEV. 2006) AND TO AMEND THE CAUSE OF ACTION UPON CONCLUSION OF THE ROCKER DISCOVERY.

5. Negligence – DENIED

6. Negligence Per Se – DENIED

7. Punitive Damages - GRANTED *as a separate cause of action.* [handwritten]

The Distributor Defendants shall each file their respective answers on or before January 13, 2020.[1]

DATED this __3__ day of January, 2020.

_____
DISTRICT COURT JUDGE
w/ interlineation [handwritten] (CEH)

Submitted By:

MORRIS LAW GROUP

By: _____
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101

Attorneys for Defendant
McKesson Corporation

---

[1] Due to the holidays and with the understanding that *Rocker* discovery can take place before the answers are filed.