ELECTRONICALLY FILED - 2018 Apr 12 2:12 PM - RICHLAND - COMMON PLEAS - CASE#2017CP4004872

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF RICHLAND | ) | FIFTH JUDICIAL CIRCUIT |
| | | |
| THE STATE OF SOUTH CAROLINA, | ) | Civil Action No.: 2017-CP-40-04872 |
| ex rel. Alan Wilson, in his official | ) | |
| capacity as Attorney General of the State of | ) | Judge Robert E. Hood |
| South Carolina, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Purdue Pharma L.P., Purdue Pharma, Inc., | ) | |
| and the Purdue Frederick Company, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## <u>ORDER</u>

This matter is before the Court on motions by Defendants Purdue Pharma L.P., Purdue

Pharma, Inc. and the Purdue Frederick Company (collectively, "Defendants") seeking Judgment

on the Pleadings and a stay of this case, and on motions by the Plaintiff, the State of South

Carolina (the "State"), to unseal the allegations of the Amended Complaint and for entry of a

proposed scheduling order.  The Court heard oral argument on these Motions on March 27, 2018.

Having considered the briefing and argument of the Parties, the Amended Complaint, and the

requirements of law, the Court hereby ORDERS as follows:

1.    Defendants' Motion for Judgment on the Pleadings is hereby **DENIED**.

2.    Defendants' Motion to Stay this Case Under the Primary Jurisdiction Doctrine
      and the Court's Inherent Authority to Stay Proceedings is hereby **DENIED**.

3.    Plaintiff's Motion to Initially File the Amended Complaint under Seal and then to
      Unseal the Amended Complaint is **GRANTED IN PART AND DENIED IN
      PART**, as follows:  Paragraphs 125, 130, 133, 147, and 156 are unsealed.
      Paragraphs 38, 132, and 146 shall remain sealed.  The Court also understands that
      the parties have agreed to unseal additional paragraphs of the Amended
      Complaint.  The Clerk of Court is directed to replace the publicly available

Ex. A - Tab 22 - South Carolina

version of the Plaintiff's Amended Complaint with the version of the Amended Complaint attached to this order. As Defendants have already answered the Amended Complaint, they need not respond to the substituted version of the Amended Complaint.

4.        The Court defers a ruling on the State's Motion for Entry of Proposed Scheduling Order and will confer with the Parties regarding scheduling within thirty (30) days of the date of this Order.

IT IS SO ORDERED.

_____
The Honorable Robert E. Hood

April __ 2018
Columbia, South Carolina

ELECTRONICALLY FILED - 2018 Apr 12 2:12 PM - RICHLAND - COMMON PLEAS - CASE#2017CP4004872



## Richland Common Pleas

**Case Caption:**   State Of South Carolina  , plaintiff, et al vs   Purdue Pharma L P  , defendant, et al

**Case Number:**   2017CP4004872

**Type:**   Order/Other

So Ordered

s/ R.E. Hood #2164

Electronically signed on 2018-04-12 11:52:48     page 3 of 3

ELECTRONICALLY FILED - 2018 Apr 12 2:12 PM - RICHLAND - COMMON PLEAS - CASE#2017CP4004872