```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                          **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

## ORDER

For reasons to be placed on the record forthwith, the court **ORDERS** as follows:

- Defendants' Motion for Summary Judgment Re Nuisance (ECF No. 1003) is **DENIED;**

- Defendants' Motion for Summary Judgment on Proximate Causation Grounds (ECF No. 1014) is **DENIED;**

- McKesson's Motion for Dismissal on Derivative Sovereign Immunity Grounds (ECF No. 1012) is **DENIED;** and

- Plaintiffs' Motion for Summary Judgment Holding that Cardinal Health Did Not Comply with its Duties Under the Controlled Substances Act (ECF No. 1016) is **DENIED.**

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 28th day of April, 2021.

ENTER:

David A. Faber
Senior United States District Judge