IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                             CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                               CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

### ORDER

For reasons to be placed on the record forthwith, the court **ORDERS** as follows:

- Plaintiffs' Motion For Partial Summary Judgment Concerning Defendants' Statutory and Regulatory Duties (ECF No. 1011) is **DENIED.**

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

    **IT IS SO ORDERED** this 28th day of April, 2021.

                    ENTER:

                                  David A. Faber
                                  Senior United States District Judge