# EXHIBIT   C

## RESUMÉ OF
## RAHUL GUPTA, M.D.

# Rahul Gupta, MD, MPH, MBA, FACP

1939 Parkwood Road, Charleston, WV 25314
Mobile: (304) 590-3998
Home: (304) 881-0551

Email: rsgu@hotmail.com

## Professional Experience

***Commissioner and State Health Officer***  Jan 2015 – Present
Bureau for Public Health
West Virginia Department of Health and Human Resources

- Serves as the chief executive, administrative and fiscal officer of the Bureau for Public Health covering more than 130 program lines
- Direct responsibility for over $270 million annual budget with approximately 750 employees
- Oversee the State's Public Health System including providing monitoring for 550 employees of local health departments
- Oversee State's Emergency Medical Services with licensing of over 9,000 professionals, and EMS agencies (private and nonprofit)
- At the forefront of modernizing West Virginia's Public Health System including combating the opioid epidemic through collaborations with academia, public-private, local, state and national partners (legislation, policy, others)
- Launched a number of innovative initiatives leading to cost effectiveness and enhanced efficiency of programs such as the Community Paramedicine program, Public Health Impact Task Force and Public Health Advisory Council
- Enhanced State's immunization laws as a national model by creating systemic improvements including the establishment of State Immunization Officer in statue
- Strengthened State's environmental health regulations including legislation to mandate Source Water Protection Plans for public water systems
- Collaborated with partners in academia, state and federal levels on studying the health effects of surface mining leading to the commission of a 2-year study by the National Academies of Sciences, Engineering and Medicine. Funding being provided by the federal Office of Surface Mining at U.S. Department of Interior.
- Oversee the State's Trauma system designation for all hospitals in West Virginia
- Led the public health response to state's flooding event in June, 2016 that claimed 23 lives, and conducted a community assessment of public health response (CASPER) in Rainelle and Clendenin, WV
- Oversight of the State's Office of the Chief Medical Examiner
- Oversight of the State's Office of Laboratory Services

WVSMA_FEDWV_00039037
WVSMA_FEDWV_00039037-1

- Oversight of the Center for Threat Preparedness including the Bioterrorism laboratory
- Assisting in developing and spearheading legislation to combat substance use disorder at state and national levels
- Established a statewide inter-disciplinary Zika Task Force leading to the development of WV Zika Action Plan
- Collaborated with the Cabinet Secretary to develop and launch a strategic plan for the WV Department of Health and Human Resources, an agency with more than 6,000 employees and over $5 billion annual budget
- Serve as Secretary and Ex Officio member of the West Virginia Board of Medicine where along with the President, I am responsible as signatory authority for all medical licensing, disciplinary, and other actions of the Board

### *Medical Teaching Staff* 2010 - Present
Charleston Area Medical Center, Charleston, WV

- Nonprofit, 956-bed, regional referral and academic medical center with more than 6,000 employees
- One of the largest heart programs in the United States; the only kidney transplant center in West Virginia; the highest level trauma center; and the only freestanding children's hospital in the state

### *Volunteer Physician* 2009 - Present
Health Right Free Clinic, Charleston, WV

- A free clinic serving more than 18,000 patients from 34 south-central West Virginia counties accounting for almost 80,000 visits annually
- Provided leadership in assisting navigate through the changes created as a result of PPACA

### *Executive Director and Health Officer* Mar 2009 – Dec 2014
Kanawha-Charleston Health Department, Charleston, WV

- Served as the chief executive and heath official for the largest local health department in state of West Virginia
- Nationally recognized for leadership in management of the West Virginia's water crisis in January 2014 (Elk River Chemical Spill) leading to an unprecedented 'do not use' order placed for 300,000 West Virginians
- Became the first health department in state to apply for national accreditation via Public Health Accreditation Board
- In collaboration with state and CDC, led the effort to design programs and implement the Community Transformation Grant ($1,883,603, funded by the Prevention and Public Health Fund, part of the Affordable Care Act) to prevent

2

WVSMA_FEDWV_00039038
WVSMA_FEDWV_00039037-2

chronic diseases such as obesity, diabetes, and heart disease (Change The Future WV)

- Founding member of the KEYS for Health Kids Project, a 4-year community-based project aimed at addressing childhood obesity in state awarded by the Robert Wood Johnson Foundation ($360,000)
- Provided expertise and assistance in helping West Virginia University obtain funding and establish State's only School of Public Health
- Provided technical assistance to the WV Legislature to create State's Herbert Henderson Office of Minority Affairs
- Worked with Senator Rockefeller in support of launching the Grace Anne Dorney pulmonary rehabilitation project, supported by Ted Koppel and Grace Anne Dorney
- Led the charge in grassroots efforts and with Senator Rockefeller to have Governor Tomblin expand Medicaid in WV

### Executive Director and Health Officer
Putnam County Health Department, Winfield, WV

July 2013 – Dec 2014

- Averted the shutdown of the neighboring local health department by working collaboratively with the Putnam County Commission, Board of Health, DHHR and the state legislature
- Implemented shared governance model with business practices leading to approximately 300% increase in services while reducing the operational budget by 30% resulting in the emergence of the health department from a fiscal crisis within 12 months

### Academic Faculty
Meharry Medical College, Nashville, TN
Vanderbilt University, Nashville, TN
Details listed below

2007 - 2009

### Academic Physician
University of Alabama-Birmingham, Huntsville, AL
Details listed below

2004 – 2007

### Primary Care Physician
Florala Medical Clinic, Florala, AL

2000 – 2004

- Owned and managed a private practice
- Developed and updated hospital protocols for admission.
- Revised emergency rooms protocols to align with state and national guidelines
- Assisted in acquiring a Certificate of Need to construct a nursing home
- Served as director of physician education
- Supervised medical students from the University of South Alabama Medical

3

WVSMA_FEDWV_00039039
WVSMA_FEDWV_00039037-3

School

### Academic Appointments

*Adjunct Professor*                                                      2015 – Present

Department of Health Policy, Management and Leadership,
School of Public Health, West Virginia University

- Collaborating with Health Resources and Services Administration (HRSA) through the Mid-Atlantic Regional Public Health Training Center based at the University of Pittsburgh's Graduate School of Public Health to evaluate the existing public health workforce, enhance expertise and explore future opportunities. A partnership between BPH and WVU SPH.
- State Innovation Model: Partnership with WVU SPH to transform the state's health care system through innovation
- Collaborate with the West Virginia Clinical and Translational Science Institute to assist in building research infrastructure and carry out translational research in communities across the state
- Development of State Health Improvement Plan (2015-2020)
- Serve as visiting committee member at the WVU School of Public Health

*Visiting Faculty*                                                       2015 - Present

T.H. Chan School of Public Health,
Harvard University, Boston, MA

- Teaching a class in Applied Risk Communication for the 21st Century
- Serving as an advisor on public health preparedness grants
- Developed case study of the 2014 WV Water Crisis event with an emphasis on risk communication and assisted with presentations to the WHO and European CDC
- Partnered in conducting an interdisciplinary facilitated look back research project related to the 2014 WV Water Crisis event
- Collaborating on several projects including the impact of opioid abuse in public health preparedness and response

*Associate Professor*                                                    2011 – Present

University of Charleston School of Pharmacy

- Teach class on the role of community pharmacist in addressing public health challenges
- Teach class on expansion of the role of pharmacy under the Patient Protection and Affordable Care Act

4

WVSMA_FEDWV_00039040
WVSMA_FEDWV_00039037-4

- Serve as advisor for community research and practice projects pertaining to pharmacy

### *Clinical Assistant Professor* 2010 – 2015
West Virginia University School of Medicine, Charleston Campus

- Supervised medical student and developed an elective rotation in public health
- Provided grand rounds in public health practice

### *Clinical Teaching Faculty* 2010 – 2014
West Virginia School of Osteopathic Medicine, Charleston Campus

- Supervised rotation in public health for medical students
- Collaborated with Associate Dean on a number of community-based projects

### *Assistant Professor of Medicine* 2007 – 2009
Meharry Medical College, Nashville, TN
And
### *Clinical Assistant Professor of Medicine* 2007 - 2009
Vanderbilt University Medical School

- Created American Board of Internal Medicine review course for residency program leading to significant improvement in examination results
- Developed internal medicine course curriculum for medical residents and students
- Served as academic faculty at Nashville General Hospital – outpatient clinic and inpatient services including care to state and regional jail inmates
- Served in Hospital's quality improvement peer review committees
- Assisted with providing expertise towards CEPH accreditation for Meharry Medical College's Public Health Program
- Developed and implemented quality initiatives at outpatient clinic and in hospital leading to significant cost savings
- Member, Institutional Review Board
- Served as attending physician at the Veterans Administration clinic

### *Assistant Professor of Medicine* 2004 – 2007
University of Alabama-Birmingham, Huntsville Campus

- Hospitalist and teaching faculty with outpatient clinic duties
- Regional Director, HIV/AIDS Action Coalition Clinic (nonprofit) serving northern Alabama counties

5

WVSMA_FEDWV_00039041
WVSMA_FEDWV_00039037-5

- Assisted in developing evidence-based internal medicine curriculum for medical students and residents
- Awarded Alpha Omega Alpha Honor Society membership
- Received several teaching awards from both medical students and residents
- Completed Master of Public Health with honors while full time teaching faculty

## Professional Training

**Residency Training, Internal Medicine**                          1996 - 1999
St Joseph Hospital/Northwestern University, Chicago, IL

**Subspecialty Training, Chest Disease and Tuberculosis**          1994 - 1996
University of Delhi

## Education

- Master of Business Administration (*MBA* - Innovation and Technology Management), London School of Business and Finance/UniNettuno University (2014 - 16)
- Master of Public Health (*MPH* - Healthcare Organization & Policy), University of Alabama-Birmingham (2005 – 06). Magna Cum Laude
- Diploma in Tuberculosis and Chest Diseases (*DTCD*), University of Delhi (1994 - 1996)
- Doctor of Medicine (*MBBS*), University College of Medical Sciences, University of Delhi (1988 – 1993)

## Board Certification and Medical licensure

- Certified - American Board of Internal Medicine (1999) #192358, Recertified 2009
- West Virginia Medical License #23581 (Active)
- Inactive Medical Licenses: Tennessee, Alabama, Florida, and Illinois

## Professional Society Memberships

- American College of Physicians (ACP), Fellow
- American Medical Association (AMA)
- Association of State and Territorial Health Officials (ASTHO)
- American Association of Physicians of Indian Origin (AAPI)
- National Association of County and City Health Officials (past)
- AMA Minority Affairs Consortium (AMA-MAC)
- American Public Health Association (APHA)

WVSMA_FEDWV_00039042
WVSMA_FEDWV_00039037-6

- National Minority Quality Forum
- West Virginia State Medical Association (WVSMA)
- West Virginia Public Health Association (past)
- Southern Health Association
- Kanawha Medical Society
- Alpha Omega Alpha Medical Honor Society

## Editorial Duties

### *Serving as Peer Reviewer:*
1. American Journal of Medicine
2. Cleveland Clinic Journal of Medicine
3. Annals of Family Medicine
4. American Board of Internal Medicine
5. Journal of General Internal Medicine
6. Journal of School Health
7. National Association of County and City Health Officials (NACCHO)
8. Environmental Health Perspectives
9. Preventing Chronic Diseases
10. Maternal and Child Health Journal
11. Marshall Journal of Medicine

### *On Editorial Board (Past):*
1. Internal Medicine Alert – Journal Review Source
2. Edorium Journal of Clinical Research – Editor-in-Chief
3. Patient Care Medical Journal
4. ModernMedicine.com
5. Radius Health Magazine

### *External Reviewer:*
National Academies of Sciences, Engineering and Medicine

## Additional languages spoken

Hindi, Urdu, Punjabi, Dogri

## Media Experience

- Situation Room with Wolf Blitzer
- CNN Newsroom with Carol Costello
- MSNBC News with Richard Lui
- ABC News with Diane Sawyer
- CNN News with Drew Griffin

7

WVSMA_FEDWV_00039043
WVSMA_FEDWV_00039037-7

- NBC Nightly News with Luke Russert
- Daily Show with Jon Stewart
- Radio – NPR, statewide and local radio stations
- National print media – Wall Street Journal, New York Times, Washington Post, LA Times, others
- Magazines – New Yorker
- Subject of a documentary film, "What lies Upstream", featured at the 2017 Slamdance Festival

## Attached Lists

- Service on governing boards and select committees
- Awards/Honors
- Clinical research as Principal Investigator
- Grant procurement and responsibility
- Scientific publications
- Legislative experience
- Recent accomplishments

## Available Upon Request

- List of References
- Organizational Development Efforts

8

WVSMA_FEDWV_00039044
WVSMA_FEDWV_00039037-8

## Service on Governing Boards and Select Committee Membership

1. President, WV State Medical Association

2. Governor's Advisory Council on Substance Abuse

3. Secretary, WV Board of Medicine

4. Chairman, WV Public Water Supply System Study Commission

5. Advisor, Knowledge Synthesis Committee, Evidence Based Preparedness project, Emergency Preparedness Research, Evaluation and Practice Program, Harvard TH Chan School of Public Health

6. Visiting Committee Member, West Virginia University School of Public Health

7. Steering Committee, National Quality Forum on Population Health

8. Steering Committee, Institute for Health Metrics Evaluation

9. WV Water Development Authority (Has originated more than $1.6 billion water, wastewater and economic development loans and manages more than $916 million as of 2016

10. Chair, ASTHO Tobacco Forum

11. Chair, ASTHO Prevention Policy Committee

12. Chair, Public Health Advisory Council

13. Board of Directors, WV Poison Control Center

14. WV Infrastructure and Jobs Development Council

15. Member, Public and Population Health Advisory Group, National Academy for State Health Policy

16. Appalachian States Low-level Radioactive Waste Commission

17. WV Childhood Immunization Advisory Committee

18. Early Intervention Coordinating Council

19. Board of Directors, West Virginians for Affordable Health Care

20. Interagency Council on Osteoporosis

9

WVSMA_FEDWV_00039045
WVSMA_FEDWV_00039037-9

21. WV Women's Commission

22. WV State Board of Sanitarians

23. WV State Emergency Response Commission

24. WV Air Quality Board

25. WV Advisory Committee on Cancer and Tumor Registry

26. WV Fatality & Mortality Review Team Member Oversight

27. WV Sewage Advisory board

28. WV Commission for Deaf and Hard of Hearing

29. WV Groundwater Coordinating Committee

30. Early Intervention Interagency Coordinating Council of WV

31. Steering Committee, Kanawha Coalition for Community Health Improvement

32. Steering Committee, WV Connecting Communities

33. Steering Committee, Summer Policy Institute

34. WV Solid Waste Management Board

35. WV Health Innovation Collaborative

## Past Service on Governing Boards/Councils

1. Board of Directors, National Association of County and City Health Officials (NACCHO).

2. Board of Directors, United Way of Central West Virginia

3. Board of Directors, WV Community Voices Inc.

4. Board of Directors, Kanawha County Emergency Ambulance Authority

5. Board of Directors, Kanawha Dental Council

6. Board of Directors, WV Medical Political Action Committee

10

WVSMA_FEDWV_00039046
WVSMA_FEDWV_00039037-10

7. Board of Directors, WV Medical Professionals Health Program

8. Member and Senate President Nominee, WV Public Water Supply System Study Commission

9. President, Kanawha Medical Society

10. Advisory Committee for Recovery Point of Charleston

## Past Service on Select Committees

1. Chair, Immunization workgroup committee, National Association of County and City Health Officials (NACCHO)

2. Chair, Workgroup to review and consider the U.S. Chemical Safety and Hazard Investigation Board Recommendations (2008), WV Public Water Supply System Study Commission.

3. Chair, Public Health workgroup, West Virginians for Affordable Health Care

4. Chair, Membership Committee, WV Connecting Communities

5. Chair, Carbon Monoxide Multi-Agency Task Force

6. Chair, H1N1 Influenza Pandemic Multi-Agency Task Force

7. Co-Chair, Public Health sector, WV Physical Activity Plan

8. Past Chair, WV Association of Local Health Departments Health Reform Committee

9. Community Engagement and Research Core, WV Translational Science Institute, West Virginia University

10. Community Partnership Board, Prevention Research Center, West Virginia University

11. Community Services Committee (2010-12), United Way of Central West Virginia

12. Congressional Action Network, NACCHO

13. State Delegate, WV State Medical Association

14. Executive Committee (2013-14), NACCHO

11

WVSMA_FEDWV_00039047
WVSMA_FEDWV_00039037-11

15. Governance Committee, United Way of Central West Virginia

16. Health Administration Section, American Public Health Association (APHA)

17. Health Reform workgroup, NACCHO

18. H7N9 and MERS CoV workgroup, NACCHO/CDC

19. Institutional Review Board, Charleston Health Education and Research Institute

20. Kanawha County PPACA Task Force

21. Kanawha County School Wellness Committee

22. Kanawha-Putnam Emergency Planning Committee

23. Kanawha County Substance Abuse Task Force

24. Media Champions Network, NACCHO

25. Legislative committee, WV State Medical Association

26. MPH Advisory Board, West Virginia University

27. Public Relations Committee, NACCHO

28. Research Advisory Committee, West Virginia State University

29. School Adolescent Pregnancy Task Force

30. Treasurer, WV Community Voices

31. West Virginia Immunization Network

32. WV Public Health Futures Committee

33. WV State Bureau for Public Health's Public Health Partnership Oversight Committee

34. WV State Bureau for Public Health Threat Preparedness Oversight Committee

35. WV State Bureau for Public Health's Vaccine Planning Advisory Committee for 2009 H1N1 vaccine

36. WV School Based Health Assembly

12

WVSMA_FEDWV_00039048
WVSMA_FEDWV_00039037-12

37. WV State Advisory Committee, TB Control Program

13

WVSMA_FEDWV_00039049
WVSMA_FEDWV_00039037-13

**Select Awards/Honors**

- 2016 Howell Special Meritorious Service to Public Health Award by the Southern Health Association
- 2015 Milton and Ruth Roemer Prize Awardee for Creative Local Public Health Work by the American Public Health Association
- 2015 Jay Rockefeller Awardee for Lifetime achievement, presented by DHHS Secretary Sylvia Burwell, at West Virginians for Affordable Healthcare annual
- 2015 Don Gasper Awardee for Science in Public Policy, Environmental Council of West Virginia
- 2014 West Virginia Senate Resolution 54: Recognition of public health efforts in state by the West Virginia Legislature
- Promising Practice Award by NACCHO for Change the Future WV "Fresh Fruit and Vegetable Initiative", 2014
- 2013 Marie Fallon Award for Public Health Leadership, NALBOH
- Model Practice Award, NACCHO, 2013: Dollars and Sense of School Clinics
- Model Practice Award, NACCHO, 2013: Social Marketing in public health
- Promising Practice Award by NACCHO for "Kanawha County CLEAN", 2012
- Promising Practice Award by NACCHO for sustaining New Programs in Public Health: "A Work in Progress", 2012
- Promising Practice Award by NACCHO for utilizing Public-Private partnerships to Build Sustainable Community Resilience, 2011
- Promising Practice Recognition by University of Minnesota's Center for Infectious Disease Research and Policy, February 2011
- Promising Practice Award by NACCHO for sustaining New Programs in Public Health: "A Work in Progress", 2011
- Buck Shot Award for Community Outreach by the WV Immunization Network, Jan 2011
- NACCHO's Leadership Award for Healthy Communities Policy Academy, July 2010
- Promising Practice Award by NACCHO for the H1N1 influenza Task Force and community partnership efforts in Kanawha County, May 2010
- Promising Practice Award by NACCHO for Social Marketing Campaign on tobacco control efforts in Kanawha County, May 2010
- Organizational Leadership Award, State Health Education Council of WV, April 2010
- Panelist, National Academy of Sciences' (NAS') Forum on Medical and Public Health Preparedness for Catastrophic Events workshop, Institute of Medicine, April 2010
- Sustainability Planning for Tobacco Control grant by CDC/NACCHO, Jan 2010
- Buck Shot Award for Community Outreach by the WV Immunization Network, Jan 2010
- NACCHO award for Sustaining Local Tobacco Control Programs Initiative, October 2009

14

- Tobacco Control Award for Clean Indoor Air Regulation by the Coalition for a Tobacco-Free West Virginia, October 2009
- Awarded Best Teaching Faculty by the graduating medical student class of 2006, UAB – HRMC
- Awarded Best Internal Medicine Teaching Faculty by the graduating class of residents, 2006, UAB – HRMC
- Awarded Best Teaching Faculty by the graduating medical student class of 2005, UAB – HRMC
- Awarded Best Internal Medicine Teaching Faculty by the graduating class of residents, 2005, UAB – HRMC
- Elected to Alpha Omega Alpha (AOA) Medical Honor Society, 2005
- Awarded AMA Young Physicians (YPS) Policy Promotion Grant, 2002

15

WVSMA_FEDWV_00039051
WVSMA_FEDWV_00039037-15

## Clinical Research

*Principal Investigator –*

1. Parental attitudes affecting compliance with the recommendation for two doses of 2009 pandemic influenza A (H1N1) vaccine in children less than 10 years of age in the West Virginia (2011).

2. Relationship of Clean Indoor Air Regulation and Incidence of Hospital Admissions for Acute Coronary Syndrome in Kanawha County, West Virginia (2010-11).

3. A multicenter, randomized, double-blind, placebo-controlled efficacy controlled study of esomeprazole in patients with sleep disturbances associated with GERD, Protocol Number D961AC00001 (2003-2004).

4. A multicenter, randomized, double-blind, double-dummy, parallel group efficacy study of esomeprazole vs. lansoprazole for the healing of erosive esophagitis (EE), Protocol Number 322 (2002-2004).

5. A multicenter, randomized, double-blind, double-dummy, parallel-group comparison of remission rates for treatment with esomeprazole vs. lansoprazole in healed EE, Protocol Number 325 (2002-2004).

6. A multicenter, randomized, placebo-controlled, double-blind, parallel group trail to evaluate efficacy and tolerability of Zomig nasal spray in adults with migraine, Protocol Number 311CUS/0022 (2002-2003).

7. A comparative efficacy and safety of NEXIUM delayed-released capsules vs. Ranitidine for the healing of NSAID associated gastric ulcers, Protocol Number 285 (2002-2003).

8. A comparative efficacy and safety of NEXIUM vs. Placebo for the prevention of gastric ulcers associated with daily NSAID use, Protocol Number 289 (2002-2003).

9. The ZANADU study - A multicenter, randomized, open-label comparison of the effects of zolmitriptan and usual migraine care on work loss, productivity, and patient preference (2002-2003).

10. The TREAT Study - A multicenter, randomized, open-label study of Ketek – Phase III trial (2001-2003).

11. A randomized, parallel group evaluation of implementing HIT-6 test in general practice on the quality of headache care (2002).

WVSMA_FEDWV_00039052
WVSMA_FEDWV_00039037-16

12. The SMART study - A double-blind, placebo-controlled, study of asthma outcomes with and without pharmacotherapy with salmeterol (2001-2002).

13. The SUMMIT Study - Diagnosis of migraine by imitrex therapy of self or physician diagnosed sinus headache (2001-2002).

14. FluStar study - the trends and prevalence of seasonal influenza across the United States (2001).

15. ZORRO - Phase IV Study of safety and tolerability of Abacavir (2000).


## **Select National and International Presentations**

- Faculty presentation, "Leadership, Crisis and Risk Communication", T.H. Chan Harvard School of Public Health, Boston, MA, November 14, 2016 https://www.hsph.harvard.edu/ecpe/programs/applied-risk-communication-for-the-21st-century/

- Grand Rounds Speaker, WVU Department of Psychiatry: Mental Health Implications on Public Health, Morgantown, November 2, 2016

- Invited Speaker, "State Approach to the Opioid Epidemic – Transforming Communities", WV Leadership Summit, The Greenbrier, October 27, 2016

- Keynote Speaker: Public Health Landscape in Appalachia, Kentucky Public Health Association 69th Annual Conference, Owensboro, KY, April 12, 2016

- Keynote Speaker: Perspectives in Global Health, Solutions for a Better Life Conference, University of Sharjah, UAE, February 21, 2016 http://www.sharjah.ac.ae/en/Media/Conferences/SFBL/Pages/ms.aspx

- Faculty presentation, Applied Risk Communication for the 21st Century Seminar, T.H. Chan Harvard School of Public Health, Boston, MA, September 28-30, 2015

- Grand Rounds Speaker, Johns Hopkins Bloomberg School of Public Health, Dept. of Environmental Health: Inter-disciplinary Approach to the Development of Sound Scientific Support, Baltimore, MD, October 10, 2014

- Keynote Speaker: Wellness and Water, 3rd Annual Conference, October 3-4, 2014, Charleston, WV

- Invited Speaker: Stay Healthy, Live Longer, Annual Women's Health Conference, Highmark Blue Cross Blue Shield, September 27, 2014, Charleston, WV

WVSMA_FEDWV_00039053
WVSMA_FEDWV_00039037-17

- Invited Speaker: Utilizing Research to Move Forward, WV Association for Professionals in Infection Control and Epidemiology, September 19, 2014, Charleston, WV

- Invited Speaker: Learning From the Elk River Chemical Spill: Applying Science to Guide Decisions, WV Clinical Laboratory Management Association/WV Society for Clinical Laboratory, September 18, 2014, Charleston, WV

- Plenary Speaker: Minnesota State Association of Emergency Managers: 2014 West Virginia water contamination event, September 17, 2014, Breezy Point, MN

- Panelist, and workshop facilitator: National Academy of Sciences' (NAS), Institute of Medicine (IOM). Regional Disaster Response Coordination to Support Health Outcomes. July 24, 2014, Minneapolis, MN

- National Association of County and City Health Officials (NACCHO) Annual Conference, Atlanta, GA. July 8-10, 2014: Plenary Session, "Multi-disciplinary Approach to the Development of Sound Scientific Support: The West Virginia Experience"

- National Association of County and City Health Officials (NACCHO) Annual Conference, Atlanta, GA. July 8-10, 2014: "Disruptive Innovation in Public Health - Creating Operational Efficiencies through Shared Governance"

- National Association of County and City Health Officials (NACCHO) Annual Conference, Atlanta, GA. July 8-10, 2014: "Affording the Affordable Care Act - How to Develop a Sustainable Billing Practice in your Local Health Department"

- National Association of County and City Health Officials (NACCHO) Annual Conference, Atlanta, GA. July 8-10, 2014: "Merging Public Health and Food Safety Awareness Using a Mobile Application"

- National Association of County and City Health Officials (NACCHO) Annual Conference, Atlanta, GA. July 8-10, 2014: "Comprehensive Tobacco Control Policies in West Virginia - Going From Intersection to Integration"

- National Association of County and City Health Officials (NACCHO) Annual Conference, Atlanta, GA. July 8-10, 2014: "Using the Lean Program to Improve Efficiency in Environmental Health Services."

- Invited Speaker, Harvard School of Public Health Preparedness Forum, Boston, June 2, 2014

- Grand Rounds: Women's and Children Hospital, WVU/CAMC: WV Water Crisis, March 2014

18

- Key Note Speaker: University of Charleston School of Pharmacy Rho Chi Honor Society Induction, April 2013

- American Public Health Association (APHA) Annual Conference, Boston, MA. November, 2013: "When Disaster Strikes, There's an App for That"

- American Public Health Association (APHA) Annual Conference, Boston, MA. November, 2013: "A sustainability model for school-located influenza vaccine clinics: The dollars and "sense" of billing private insurers"

- American Public Health Association (APHA) Annual Conference, Boston, MA. November, 2013: "Innovative Approaches in Public Health Nutrition"

- Invited Speaker: WV Landlord Association Annual meeting, March 2013: Environmental impact on health

- Local strategies helping move ACA forward in West Virginia: Invited Blog, March 21, 2013. Public Health Newswire, APHA

- Invited Speaker: South Charleston Chamber of Commerce 21st Annual Groundhog Breakfast, February 2013: Business costs of ill-health

- Grand Rounds in Public Health: West Virginia University School of Medicine, November 2012: Health Officer's view of public health challenges in WV

- American Public Health Association (APHA) Annual Conference, San Francisco, CA. October, 2012: "Remaining Non-political in a Political World: A social networking-based media model to directly connect with the public"

- American Public Health Association (APHA) Annual Conference, San Francisco, CA. October, 2012: "Reducing absenteeism in a county school system through school-based influenza vaccination clinics"

- American Public Health Association (APHA) Annual Conference, San Francisco, CA. October, 2012: "Promoting public health initiatives and legislation through targeted health screening and education of elected officials"

- Featured in Faces of Public Health, Robert Wood Johnson Foundation, Budgetary Challenges in Public Health, August 2012

- National Association of County and City Health Officials (NACCHO) Annual Conference, Los Angeles, CA. July 11-13, 2012: "KEYS 4 Health Kids – childhood obesity project in WV funded by the Robert Wood Johnson Foundation"

WVSMA_FEDWV_00039055
WVSMA_FEDWV_00039037-19

- National Association of County and City Health Officials (NACCHO) Annual Conference, Los Angeles, CA. July 11-13, 2012: "Improved school attendance by providing School-Located Vaccine Influenza Clinics"

- National Association of County and City Health Officials (NACCHO) Annual Conference, Los Angeles, CA. July 11-13, 2012: "WV Legislative Wellness Project"

- Panelist: National Academy of Sciences' (NAS), Institute of Medicine (IOM) study on future of Public Health, April 2012, Raleigh, NC

- American Public Health Association (APHA) Annual Conference, Washington D.C. October-November, 2011: "School Vaccinations: Promoting Population Health"

- American Public Health Association (APHA) Annual Conference, Washington D.C. October-November, 2011: "Reducing Exposure to Environmental Tobacco Smoke"

- National Association of County and City Health Officials (NACCHO) Annual Conference, Hartford, CT. July 20-22, 2011: "Clean Indoor Air Regulation and Incidence of Hospital Admissions for Acute Coronary Syndrome in Kanawha County, WV"

- Moderator and Panelist: Public Health Preparedness in Institutions, West Virginia's Homeland Security Summit, Huntington, WV, June 2011

- National Bioethics Conference, All India Institute of Medical Sciences, New Delhi, November 17-20, 2010: Equity, ethics and justice from rising racial disparity in breast cancer mortality amongst elderly Tennesseans

- Workshop Presenter: Public Health Preparedness National Summit, Atlanta, GA. February 2010: "Expanding Role of Sanitarian in a Public Health Emergency"

- Key Note Speaker: University College of Medical Sciences Physician Internship Class, January 2007, Delhi, India: Evidence Based Medicine

## Grant Procurement and Responsibility

As Commissioner and State Health Officer, I have administrative and fiscal responsibility for more than $106 million in federal grants annually. Listed below are competitive grants awarded to the applicable Offices within the Bureau for Public Health, 2015 - 2016:

WVSMA_FEDWV_00039056
WVSMA_FEDWV_00039037-20

- Office of Chief Medical Examiner: National Violent Death Reporting Program allowing the participation in national violent death data reporting. Grantor: The U.S. Department of Justice (USDOJ), $172,810
- Office of Community Health Systems and Health Promotions: Black Lung Program towards Miners Black Lung Benefits and Treatment. Grantor: The Health Resources and Services Administration (HRSA), $627,724
- Office of Community Health Systems and Health Promotions: Rural Hospital Flexibility grant for Hospital HIT and NCQA standards improvement. Grantor: HRSA, $505,575
- Office of Community Health Systems and Health Promotions: Small Rural Hospital Improvement Program. Grantor: HRSA, $206,306
- Office of Community Health Systems and Health Promotions: Health Promotion & School Health grant. Grantor: Centers for Disease Control and Prevention (CDC), $593,141
- Office of Community Health Systems and Health Promotions: Provider Loan Repayment Program. Grantor: HRSA, $150,000
- Office of Environmental Health Services: Indoor Radon Education and Testing Program. Grantor: Environmental Protection Agency (EPA), $325,408
- Office of Environmental Health Services: Well water Safety Program. Grantor: CDC, $131,310
- Office of Environmental Health Services: Environmental Exchange Program. Grantor: EPA, $300,000
- Office of Emergency Medical Services: Emergency Medical Services Advisory Council Partnership. Grantor: HRSA, $130,000
- Office of Epidemiology and Prevention Services: Comprehensive STD Prevention. Grantor: CDC, $944,270
- Office of Epidemiology and Prevention Services: HIV Prevention & Surveillance System (NHSS). Grantor: CDC, $197,659
- Office of Epidemiology and Prevention Services: National Syndromic Surveillance Program. Grantor: CDC, $249,503
- Office of Epidemiology and Prevention Services: Statewide Cancer Registry - Cancer data collection and reporting. Grantor: CDC, $482,163
- Office of Epidemiology and Prevention Services: Statewide Electronic Laboratory Capacity Information System. Grantor: CDC, $2,246,048
- Office of Epidemiology and Prevention Services: Ebola Surveillance and Laboratory Testing. Grantor: CDC, $1,398,619
- Office of Epidemiology and Prevention Services: Viral Hepatitis B and C Care Cascades. Grantor: CDC, $65,673
- Office of Epidemiology and Prevention Services: Childhood Immunizations Administration and Surveillance. Grantor: CDC, $2,310,911
- Office of Epidemiology and Prevention Services: Immunization Infrastructure and Performance. Grantor: CDC, $1,966,879
- Office of Epidemiology and Prevention Services: Statewide Tuberculosis Program. Grantor: CDC, $177,625

WVSMA_FEDWV_00039057
WVSMA_FEDWV_00039037-21

- Office of Epidemiology and Prevention Services: Health Information Technology Support for Local Public Health. Grantor: CDC, $350,000
- Office of Maternal, Child and Family Health: Arrest Policies and Enforcement - Sexual assault responder and care provider training. Grantor: USDOJ, $899,955
- Office of Maternal, Child and Family Health: Breast Cancer Learning Collaborative - Multi-state collaboration for breast cancer care. Grantor: The Association of State and Territorial Health Officials (ASTHO), $100,000
- Office of Maternal, Child and Family Health: Breastfeeding Program. Grantor: ASTHO, $15,000
- Office of Maternal, Child and Family Health: Children's Oral Health Program. Grantor: HRSA, $175,000
- Office of Maternal, Child and Family Health: Community Based Integrated Systems Program. Grantor: HRSA, $140,000
- Office of Maternal, Child and Family Health: Early Childhood Home Visitation Program Expansion. Grantor: HRSA, $9,400,000
- Office of Maternal, Child and Family Health: State Oral Disease Prevention Program. Grantor: CDC, $340,600
- Office of Maternal, Child and Family Health: Oral Health Workforce Program. Grantor: HRSA, $500,000
- Office of Maternal, Child and Family Health: The Pregnancy Risk Assessment Monitoring System (PRAMS). Grantor: CDC, $150,566
- Office of Maternal, Child and Family Health: Personal Responsibility Education Program (PREP). Grantor: U.S. Administration for Children and Families (ACF), $549,609
- Office of Maternal, Child and Family Health: WISEWOMAN Program. Grantor: CDC, $619,999
- Office of Maternal, Child and Family Health: Project LAUNCH (Linking Actions for Unmet Needs in Children's Health). Grantor: Substance Abuse and Mental Health Services Administration (SAMHSA), $722,800
- Office of Maternal, Child and Family Health: Prescription Drug Overdose - Prevention for States. Grantor: CDC, $1,331,985
- Office of Maternal, Child and Family Health: Enhanced Opioid Mortality and Morbidity Surveillance Program. Grantor: CDC, $318,194
- Office of Maternal, Child and Family Health: Childhood Lead Poisoning Prevention Program. Grantor: CDC, $196,480
- Office of Maternal, Child and Family Health: Zika Related Birth Defects Surveillance and Intervention Program. Grantor: CDC, $384,300

WVSMA_FEDWV_00039058
WVSMA_FEDWV_00039037-22

Below are grants received as Local Health Officer during tenure at the Kanawha-Charleston Health Department, by year:

2014

- Community Transformation Grant to prevent chronic diseases such as obesity, diabetes, and heart disease, the Prevention and Public Health Fund. Grantor: CDC, $384,100
- Regional Epidemiology Program implementation. Grantor: Department of Health and Human Resources (DHHR), $75,000
- Public Health Emergency Preparedness Program. Grantor: DHHR/The Public Health Emergency Preparedness (PHEP) cooperative agreement, $285,032
- Family Planning Program implementation. Grantor: DHHR, $30,000
- Breast and Cervical Cancer Screening Program implementation. Grantor: DHHR, $3,000
- Immunization Action Plan, Immunization Program. Grantor: DHHR, $11,070
- Hepatitis Surveillance Expansion Program. Grantor: DHHR, $7,979

2013

- Community Transformation Grant to prevent chronic diseases such as obesity, diabetes, and heart disease, the Prevention and Public Health Fund. Grantor: CDC, $427,791
- Regional Epidemiology Program implementation. Grantor: DHHR, $75,000
- Public Health Emergency Preparedness Program. Grantor: DHHR/PHEP cooperative agreement, $342,477
- Family Planning Program implementation. Grantor: DHHR, $35,000
- Breast and Cervical Cancer Screening Program implementation. Grantor: DHHR, $5,000
- Public Health Pre-Accreditation Activities. Grantor: DHHR/CDC, $66,300
- Immunization Action Plan, Immunization Program. Grantor: DHHR, $27,174
- Hepatitis Surveillance Expansion Program. Grantor: DHHR, $8,131
- Public Health Accreditation Readiness Program. Grantor: DHHR/CDC, $7,000
- KEYS for Health Kids Program. Grantor: Robert Wood Johnson Foundation, $1,422
- Emergency Preparedness Mobile App Development Award. Grantor: National Library of Medicine/National Institutes of Health (NIH), $25,728

2012

- HIV/AIDS Surveillance Expansion Program. Grantor: DHHR/CDC, $21,540
- Community Transformation Grant to prevent chronic diseases such as obesity, diabetes, and heart disease, the Prevention and Public Health Fund. Grantor: CDC, $412,531
- Regional Epidemiology Program implementation. Grantor: DHHR, $75,000

WVSMA_FEDWV_00039059
WVSMA_FEDWV_00039037-23

- Public Health Emergency Preparedness Program. Grantor: DHHR/PHEP cooperative agreement, $346,136
- Family Planning Program implementation. Grantor: DHHR, $30,000
- Breast and Cervical Cancer Screening Program implementation. Grantor: DHHR, $4,000
- KEYS for Health Kids Program. Grantor: Robert Wood Johnson Foundation, $3,844
- Improving Patient Access Program. Grantor: Greater Kanawha Valley Foundation, $7,882
- Homeland Security Program. Grantor: Jackson County Commission/State of WV, $27,106
- Immunization Action Plan, Immunization Program. Grantor: DHHR, $12,124
- Hepatitis Surveillance Expansion Program. Grantor: DHHR, $7,979
- Medical Reserve Corps Award. NACCHO, $5,000
- Health Promotion Activity Award. Grantor: NACCHO, $7,000
- Public Health Pre-Accreditation Program. Grantor: DHHR/CDC, $22,100

## 2011

- Regional Epidemiology Program implementation. Grantor: DHHR, $80,000
- Public Health Emergency Preparedness Program. Grantor: DHHR/PHEP cooperative agreement, $346,540
- Family Planning Program implementation. Grantor: DHHR, $35,000
- Breast and Cervical Cancer Screening Program implementation. Grantor: DHHR, $5,000
- Immunization Action Plan, Immunization Program. Grantor: DHHR, $29,778
- HIV/AIDS Surveillance Expansion Program. Grantor: DHHR/CDC, $24,390
- WV Volunteers Citizens Corps Program. Grantor: Volunteer WV, $2,938
- Medical Reserve Corps Award. NACCHO, $5,000
- KEYS for Health Kids Program. Grantor: Robert Wood Johnson Foundation, $5,667

## 2010

- Emergency Response to Pandemic H1N1. Grantor: DHHR/CDC, $547,310
- Regional Epidemiology Program implementation. Grantor: DHHR, $80,000
- Public Health Emergency Preparedness Program. Grantor: DHHR/PHEP cooperative agreement, $278,208
- Family Planning Program implementation. Grantor: DHHR, $35,000
- Breast and Cervical Cancer Screening Program implementation. Grantor: DHHR, $5,000
- Take Your Best Shot, Immunization Program. Grantor: Center for Rural Health, $2,800
- KEYS for Health Kids Program. Grantor: Robert Wood Johnson Foundation, $3,832

WVSMA_FEDWV_00039060
WVSMA_FEDWV_00039037-24

- Immunization Action Plan, Immunization Program. Grantor: DHHR, $44,312
- HIV/AIDS Surveillance Expansion Program. Grantor: DHHR/CDC, $20,070
- Health Promotion Activity Award. Grantor: NACCHO, $3,000
- Role of Clean Indoor Air Regulations in Admissions for Myocardial Infarction. Grantor: American Lung Association, $15,000

## 2009

- Take Your Best Shot, Immunization Program. Grantor: Center for Rural Health, $8,400
- American Dairy Association. Grantor: WV Center for Rural Health, $2,895
- Immunization Action Plan, Immunization Program. Grantor: DHHR, $26,600
- Public Health Emergency Preparedness Program. Grantor: DHHR/PHEP cooperative agreement, $248,615
- Family Planning Program implementation. Grantor: DHHR, $35,000
- Breast and Cervical Cancer Screening Program implementation. Grantor: DHHR, $5,000
- HIV/AIDS Surveillance Expansion Program. Grantor: DHHR/CDC, $13,950
- Evaluation of County-level Clean Indoor Air Regulations. Grantor: Marion County/DHHR, $5,000

## **Manuscripts**

*Peer-reviewed Publications*:

1. GBD 2015 Maternal Mortality Collaborators. Global, regional, and national levels of maternal mortality, 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet.* 2016;388(10053):1775-1812.

2. GBD 2015 Child Mortality Collaborators. Global, regional, national, and selected subnational levels of stillbirths, neonatal, infant, and under-5 mortality, 1980-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet.* 2016;388(10053):1725-1774.

3. GBD 2015 Risk Factors Collaborators. Global, regional, and national comparative risk assessment of 79 behavioural, environmental and occupational, and metabolic risks or clusters of risks, 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet.* 2016;388(10053):1659-1724.

4. GBD 2015 DALYs and HALE Collaborators. Global, regional, and national disability-adjusted life-years (DALYs) for 315 diseases and injuries and healthy life expectancy (HALE), 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet.* 2016;388(10053):1603-1658.

25

5.  GBD 2015 Disease and Injury Incidence and Prevalence Collaborators. Global, regional, and national incidence, prevalence, and years lived with disability for 310 diseases and injuries, 1990-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet*. 2016;388(10053):1545-1602.

6.  GBD 2015 Mortality and Causes of Death Collaborators. Global, regional, and national life expectancy, all-cause mortality, and cause-specific mortality for 249 causes of death, 1980-2015: a systematic analysis for the Global Burden of Disease Study 2015. *Lancet*. 2016;388(10053):1459-1544.

7.  GBD 2015 SDG Collaborators. Measuring the health-related Sustainable Development Goals in 188 countries: a baseline analysis from the Global Burden of Disease Study 2015. *Lancet*. 2016;388(10053):1813-1850.

8.  Schade CP, Gupta R, Jha A, Wright N. Persistent distress after water contamination. *WV Med J*. 2016;112(5):40-46.

9.  GBD 2015 HIV Collaborators. Estimates of global, regional, and national incidence, prevalence, and mortality of HIV, 1980-2015: the Global Burden of Disease Study 2015. *Lancet HIV*. 2016;3(8):e361-87.

10. GBD 2013 Risk Factors Collaborators. Global, regional, and national comparative risk assessment of 79 behavioural, environmental and occupational, and metabolic risks or clusters of risks in 188 countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet*. 2015;386(10010):2287-323.

11. GBD 2013 DALYs and HALE Collaborators. Global, regional, and national disability-adjusted life years (DALYs) for 306 diseases and injuries and healthy life expectancy (HALE) for 188 countries, 1990-2013: quantifying the epidemiological transition. *Lancet*. 2015;386(10009):2145-91..

12. Savoia E, Stoto MA, Gupta R, Wright N, Viswanath K. Public response to the 2014 chemical spill in West Virginia: knowledge, opinions and behaviours. *BMC Public Health*. 2015;15:790..

13. Global Burden of Disease Study 2013 Collaborators. Global, regional, and national incidence, prevalence, and years lived with disability for 301 acute and chronic diseases and injuries in 188 countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet*. 2015;386(9995):743-800..

14. Whelton AJ, McMillan L, Connell M, Kelley KM, Gill JP, White KD, Gupta R, et al. Residential Tap Water Contamination Following the Freedom Industries Chemical Spill: Perceptions, Water Quality, and Health Impacts. *Environ. Sci. Technol*. 2015;49(2):813–823.

26

WVSMA_FEDWV_00039062
WVSMA_FEDWV_00039037-26

15. Schade CP, Wright N, Gupta R, Latif DA, Jha A, Robinson J. Self-reported household impacts of large-scale chemical contamination of the public water supply, Charleston, West Virginia, USA. *PLoS One*. 2015;10(5):e0126744.

16. GBD 2013 Mortality and Causes of Death Collaborators. Global, regional, and national age-sex specific all-cause and cause-specific mortality for 240 causes of death, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet*. 2015;385(9963):117-71.

17. Gupta R. Treating Diabetes May Impact Thyroid Status. Abstract and Commentary. *Internal Medicine Alert*. 2014;36(23):177-178.

18. Gupta R. Who is shopping for you? Abstract and Commentary. *Internal Medicine Alert*. 2014;36(21):161-163.

19. Gupta R. Do telephone- and internet-based communications with patients increase office visits? Abstract and Commentary. *Internal Medicine Alert*. 2014;36(19):145-147.

20. Global, regional, and national incidence and mortality for HIV, tuberculosis, and malaria during 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet*. 2014;384(9947):1005-70.

21. Global, regional, and national levels and causes of maternal mortality during 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet*. 2014;384(9947):980-1004.

22. Global, regional, and national levels of neonatal, infant, and under-5 mortality during 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. *Lancet*. 2014 Sep 13;384(9947):957-79.

23. Gupta R. Should the physician go where the Sun does not? Abstract and Commentary. *Internal Medicine Alert*. 2014;36(16):121-122.

24. Sawhney M, Wright N, Gupta R. Comprehensive Tobacco Control Policies in West Virginia – Going From Intersection to Integration. *WV Med J*. 2014;110(4):22-28.

25. Gupta R. For seniors, regular exercise provides disability benefits. Abstract and Commentary. *Internal Medicine Alert*. 2014;36(13):99-100.

26. Gupta R. Primary nonadherence to prescription drugs widespread. Abstract and Commentary. *Internal Medicine Alert*. 2014;36(11):83-84.

27. Gupta R. Another ill of prescription opioids. Abstract and Commentary. *Internal Medicine Alert*. 2014;36(9):68-69.

WVSMA_FEDWV_00039063
WVSMA_FEDWV_00039037-27

28. Gupta R. When two is better than one. Abstract and Commentary. *Internal Medicine Alert*. 2014;36(8):57-58.

29. Gupta R. Best prescription strategy for acute sore throat. Abstract and Commentary. *Internal Medicine Alert*. 2014;36(7):49-51.

30. Gupta R. Do compression stockings prevent post-thrombotic syndrome? Abstract and Commentary. *Internal Medicine Alert*. 2014;36(5):33-34.

31. Gupta R. Safety of testosterone questioned. Abstract and Commentary. *Internal Medicine Alert*. 2013:35(23):177-179.

32. Gupta R. The many emotions of the heart. Abstract and Commentary. *Internal Medicine Alert*. 2013:35(21):162-164.

33. Gupta R. ARBs in diabetes – Some good, some better. Abstract and Commentary. *Internal Medicine Alert*. 2013:35(20):155-156.

34. Gupta R. Is it 'Low T' or 'Low E' or both? Abstract and Commentary. *Internal Medicine Alert*. 2013:35(19):145-147.

35. Gupta R. Fluoroquinolones and the risk of acute kidney injury – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(17):129-130.

36. Gupta R. Role of fish oil in secondary cardiovascular prevention – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(15):113-114.

37. Gupta R. Healthy physicians equal healthy patients – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(10):73-74.

38. Gupta R. Does MRI have your patient's back? – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(8):57-59.

39. Gupta R, Alkhateeb FA, Latif DA, Farley KN. Parental attitudes affecting compliance with the recommendation for two doses of 2009 pandemic influenza A (H1N1) vaccine in children less than 10 years of age in the West Virginia. *WV Med J*. 2013;109(2):10-14.

40. Gupta R. Not everything that can be counted counts – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(7):51-52.

41. Gupta R. Does persistent subclinical hypothyroidism put the elderly at cardiovascular risk? – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(3):17-18.

WVSMA_FEDWV_00039064
WVSMA_FEDWV_00039037-28

42. <u>Gupta R</u>. Daily coffee consumption-A new frontier in diabetes prevention – Abstract and Commentary. *Internal Medicine Alert*. 2013:35(1):1-3.

43. <u>Gupta R</u>. Patients should take a break from being sedentary – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(24):188-189.

44. <u>Gupta R</u>. Some antihypertensives may raise lip cancer risk – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(20):153-154.

45. <u>Gupta R</u>. Risk of falls and major bleeds when on oral anticoagulants – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(18):139-140.

46. <u>Gupta R</u>. Studying the issue of off-label prescribing in primary care – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(15):115-116.

47. <u>Gupta R</u>. Eyeing another risk from bisphosphonates – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(13):99-100.

48. <u>Gupta R</u>. Antipsychotics and the risk of myocardial infarction in elderly with dementia – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(11):81-82.

49. <u>Gupta R</u>. Short-term prescriptions for analgesics can lead to long-term use – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(9):67-69.

50. <u>Gupta R</u>. The changing paradigm in estimating the risk of cardiovascular disease – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(7):50-52.

51. <u>Gupta R</u>. The changing heart rate may hold the key to life – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(3):20-21.

52. <u>Gupta R</u>. Early referral of the chronic kidney disease patient is good practice – Abstract and Commentary. *Internal Medicine Alert*. 2012:34(2):9-11.

53. <u>Gupta R</u>. Enhancing Community Partnerships during a Public Health Emergency: The School-Located Vaccination Clinics Model in Kanawha County, WV during the 2009 Influenza A (H1N1) Pandemic. *WV Med J*. 2011;107(6):28-34.

54. <u>Gupta R</u>. Recommending the appropriate physical activity to your patients – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(22):169-170.

55. <u>Gupta R</u>. Vitamin E is not the Panacea for this ill – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(21):164-165.

56. McCabe B, <u>Gupta R</u>. The Importance of a School of Public Health to West Virginia. *WV Med J*. 2011;107(5):8-10.

WVSMA_FEDWV_00039065
WVSMA_FEDWV_00039037-29

57.   Gupta R. Replacing warfarin for atrial fibrillation treatment – A foregone conclusion! – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(20):153-155.

58.   Gupta R. Constipation, Cardiovascular Disease, and the Connection – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(18):137-138.

59.   Radcliffe R, Meites E, Briscoe J, Gupta R, et al. Severe methicillin-susceptible Staphylococcus aureus infections associated with epidural injections at an outpatient pain clinic. *Am J Infect Control*. 2012;40(2):144-9.

60.   Gupta R. Family history and cancer: The need to update – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(15):115-117.

61.   Gupta R, Shah M, Reese CM. Steroid Induced Spinal Epidural Lipomatosis - Case study and literature review. *WV Med J*. 2011;107(4):20-22.

62.   Gupta R. Does being obese matter if you have Medicare? – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(14):105-106.

63.   Gupta R. That cup of Joe affects your prostate cancer risk – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(11):82-84.

64.   Gupta R, Luo J, Anderson RH, et al. Clean Indoor Air Regulation and Incidence of Hospital Admissions for Acute Coronary Syndrome in Kanawha County, West Virginia. *Prev Chr Dis*. 2011;8(4):A77. http://www.cdc.gov/pcd/issues/2011/jul/10_0200.htm

65.   Gupta R. What would you do, Doc? – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(10):73-75.

66.   Gupta R. The short and long of measuring blood pressure in your office – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(6):41-43.

67.   Gupta R. make no bones about nitroglycerin – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(6):44-46.

68.   Gupta R. For thyroid, right medication at the right time makes a difference – Abstract and Commentary. *Internal Medicine Alert*. 2011:33(2):9-11.

69.   Gupta R. The Expanding Role of Sanitarians in Public Health Emergencies. *Dom Prep J*. 2011;7(5):9-12. http://www.domesticpreparedness.com/pub/docs/DPJMay11.pdf

WVSMA_FEDWV_00039066
WVSMA_FEDWV_00039037-30

70.  Gupta R. Your patients live longer when discharged with home care after hemiarthroplasty – Abstract and Commentary. *Internal Medicine Alert.* 2010:32(19):147-148.

71.  Gupta R. One screening question to help identify drug use – Abstract and Commentary. *Internal Medicine Alert.* 2010:32(17):109-110.

72.  Gupta R. Beta blockers as cardiopulmonary agents: Benefits may not be limited to CVD – Abstract and Commentary. *Internal Medicine Alert.* 2010:32(16):123-124.

73.  Gupta R. High dose vitamin D and risk of falls – Abstract and Commentary. *Internal Medicine Alert.* 2010:32(13):100-101.

74.  Gupta R. How much physical activity to avoid weight gain? – Abstract and Commentary. *Internal Medicine Alert.* 2010:32(10):77-78.

75.  Gupta R. Prevent retail clinics from taking over your practice – Abstract and Commentary. *Internal Medicine Alert.* 2010:32(8):60-61.

76.  Gupta R, Isaac B, Briscoe J. A local health department's school-located vaccination clinics experience with H1N1 pandemic influenza vaccine. *J Sch Health.* 2010;80(7):325.

77.  Gupta R. Unaware of best practices for low back pain management? You're not alone – Abstract and Commentary. *Internal Medicine Alert.* 2010:32(7):50-51.

78.  Gupta R, Farley K. Using Community-Based Partnerships to Conduct School-Located H1N1Vaccination Clinics. *NACCHO Exchange.* 2010;9(2):8-9.

79.  Gupta R. Chest CT Angiography for diagnosing pulmonary embolism – Too much info? – Abstract and Commentary. *Internal Medicine Alert.* 2010:32(3):188-189:21-21.

80.  Gupta R. Planning for H1N1 Influenza Pandemic – Are our hospitals Ready? – Abstract and Commentary. *Internal Medicine Alert.* 2009;31(24):188-189.

81.  Gupta R. Which Seasonal Flu Vaccine Is More Efficacious — The Shot or the Nasal Spray?– Abstract and Commentary. *Internal Medicine Alert.* 2009:31(22):169-171.

82.  Gupta R. Do Physicians Believe in Shared Decision Making for Prostate Cancer Screening?– Abstract and Commentary. *Internal Medicine Alert.* 2009:31(21):161-163.

83.  Gupta R. Can the internet control your asthma?– Abstract and Commentary. *Internal Medicine Alert.* 2009;31(18):140-141.

WVSMA_FEDWV_00039067
WVSMA_FEDWV_00039037-31

84.   Gupta R. How to Get More Smokers to Quit? – Abstract and Commentary. *Internal Medicine Alert*. 2009;31(13):97-98.

85.   Gupta R. Statins in Primary Prevention of Cardiovascular Disease — Are We Ready?– Abstract and Commentary. *Internal Medicine Alert*. 2009;31(8):57-59.

86.   Gupta R. Gene based Medicine – primetime yet? – Abstract and Commentary. *Internal Medicine Alert*. 2009;31(6):42-43.

87.   Gupta R. Role of long-term secondary prevention after MI – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(24):186-188.

88.   Gupta R. An update on tiotropium for COPD – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(21):163-165.

89.   Gupta R. The effect of race, culture and values on the patient-physician relationship – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(19):147-148.

90.   Gupta R, Wargo KA, Eiland E. Utility of Fluoroquinolones in the critically ill. *J Pharm Prac*. 2008;21:346-355.

91.   Gupta R, Wargo KA. Review article – Nosocomial Pneumonia. *J Pharm Prac*. 2008;21:380-389.

92.   Gupta R. Could PSA screening be harmful? – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(17):129-131.

93.   Gupta R. Should women quit smoking now or wait? – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(12):91-92.

94.   Gupta R, Pivovirov I, Wakefield DN. New Rash, Old Foe – AGEP. *Am J Med*. 2008;121(3):193-5.

95.   Gupta R. Can your patient's socio-economic statuses have an adverse effect on you? – Abstract and Commentary. *Internal Medicine Alert*. 2008;30(4):28-29.

96.   Gupta S, Gupta R. Lead Toxicity – Photo Quiz. *Am Fam Phys*. 2007; 76(9):1361-3.

97.   Gupta R. An update on the new CDC HIV guidelines – Review Article. *Patient Care J*. 2007;21-28.

98.   Gupta R. Overdose from an acetaminophen preparation; Case & Comment. *Patient Care J*. 2006;57-58.

WVSMA_FEDWV_00039068
WVSMA_FEDWV_00039037-32

99.  Gupta R, Gupta S. Reversible posterior leucoencephalopathy syndrome. *Int Med J.* 2006;36:62-63.

100. Gupta R, Wargo KA. Neuroleptic Malignant Syndrome: No longer exclusively a neuroleptic phenomenon – A literature review. *J Pharm Tech.* 2005;21:262-70.

101. Gupta R, Wargo KA. Rifampin-induced thrombotic thrombocytopenic purpura. *Ann Pharmacother.* 2005;39(10):1761-2.

102. Gupta R, Gupta S. Atopic Dermatitis – Case Report and Photo Quiz. *Am Fam Phys* 2003;67(11):2363-5.

103. Gupta R. Left Wrist pain – A case report. *Consultant.* 2003.

104. Gupta R. Oncologic emergencies: Superior vena cava syndrome. *Cleve Clin J Med.* 2002;69:744.

105. Gupta R, Gupta S. Strategies in the treatment of migraine - Letter. *Mayo Clin Proc.* 2002;77:876.

106. Gupta R. The effect of explicit financial incentives on physician behavior. *Arch Intern Med.* 2002;162:612.

107. Gupta R. Aortic Dissection – Photo Clinic. *Consultant.* 2001;41:1533.

108. Gupta R. Easing the burden of blood pressure monitoring. *Post Grad Med.* 2000;108:62.

109. Gupta R. Forearm and facial edema in a 64 year-old man – A case report. *Patient Care.* 2000;34:74-75.

*Other Publications:*

110. Gupta R, Young SA. Comprehensive medical exemption process for immunizations protects patients. WV Med J. 2016;112(1):18-19.

111. Atkins AD, Gupta R. Public Health Impact Task Force: West Virginia's Call to Action. WV Med J. 2015;111(6):11.

112. Gupta R, Douglas J. Food safety during power outages. WV Med J. 2015;111(5):50-51.

113. Gupta R, Neccuzi JJ. Pediatric patients need your help. WV Med J. 2015;111(4):47.

WVSMA_FEDWV_00039069
WVSMA_FEDWV_00039037-33

114. Gupta R, Rockwell SL. Stroke – A time critical condition. WV Med J. 2015;111(3):43.

115. Whelton AJ, Gupta R. What we've learned from the WV water crisis. *PE.* August/September 2014. NSPE.

116. Scherger JE, Gupta R. Response to the letter to the editor on early referral for chronic kidney disease patients. *Internal Medicine Alert.* 2012:34(8):63.

117. Gupta R. Headaches – What are they? *Radius Magazine.* Winter 2006 issue.

118. Gupta R. Insured but not protected. Let's get efficient in healthcare delivery instead of blaming inadequate insurance. *Health Aff* – eLetter, June 2005.

119. Gupta R. No single hour guideline fits all resident training situations. *Am Med News* – February 14, 2005.

120. Gupta R. Medicine needs a different approach. *West J Med.* eLetter April 2002.

121. Gupta R. Graduate Medical Education – Response to medical debate. *Medical Crossfire.* June 2001:3:25-26.

122. Gupta R. A role for vendors in DM programs. *Managed Care.* September 2001:10.

123. Gupta R. On winning over the difficult patient. *Med Econ.* Jan 08, 2001, online publication.

*Under publication or submission:*

1. Global Burden of Disease Study 2013. Burden of lower respiratory infections in the Eastern Mediterranean Region between 1990 and 2013: Global Burden of Disease 2013 findings. *Lancet* (under review).

2. Global Burden of Disease Study 2013 Collaborators. High fasting plasma glucose, diabetes mellitus and its risk factors in the Eastern Mediterranean Region, 1990-2013: findings from the Global burden of Disease study 2013. *Lancet* (under review).

3. Financing Global Health Collaborators. The evolution and patterns of global health financing 1995-2014: Development Assistance for Health, government and private financing for 184 countries. *Lancet* (under review).

WVSMA_FEDWV_00039070
WVSMA_FEDWV_00039037-34

4.  Financing Global Health Collaborators. Future and potential spending on health 2015-2040: Government, private, and donor financing for 184 countries. *Lancet* (under review).

5.  Antonova E, Gupta R, et al. Cost-benefit analysis of seasonal pediatric influenza vaccination in schools: The school program perspective. (in submission)

6.  Massey J, Kilkenny M, Batdorf S, Sanders SK, Ellison D, Haddy L, Gupta R, Bixler D. Opioid-Related Overdose Outbreak — West Virginia, August 2016. MMWR (in approval at CDC).

7.  Global Burden of Disease Study 2013. Burden of musculoskeletal disorders in the Eastern Mediterranean Region, 1990–2013. *Ann Rheum Dis* (accepted).

### *Textbook Author:*

- Community and Population Heath: Book Chapter, Taylor & Francis. Catalog: K28947; ISBN: 978-1-4987-6305-9 (in print).

- Adverse Drug Reactions – Chapter; Essential Family Medicine, 3rd Edition by Robert E. Rakel, MD – ISBN: 1416023771.

- Headaches – Chapter; Essential Family Medicine, 3rd Edition by Robert E. Rakel, MD – ISBN: 1416023771.

- Abstract Notes on Pathology; First Edition 1995, reprints 2000, 2002, 2006 ISBN: 818597506.

WVSMA_FEDWV_00039071
WVSMA_FEDWV_00039037-35

**Select Legislative Experience**

*83rd Regular and Special Session of the West Virginia Legislature:*

- S.B. 123 - Treatment for sexually transmitted diseases. The bill authorized health care professionals who make a clinical diagnosis of a sexually transmitted disease to provide expedited partner therapy. Role: Proposed and drafted agency legislation which was passed by the legislature and approved by Governor Tomblin on 2/25/2016.
- S.B. 404 - Removing prohibition on billing persons for testing for HIV and sexually transmitted diseases by local health departments. Role: Proposed and drafted agency legislation which was passed by the legislature and approved by Governor Tomblin on 3/29/2016.
- S.B. 1012 - Increasing tax rate on cigarette and tobacco products from $ 0.55 on each twenty cigarettes to $1.20. Role: Supported legislation through education. Passed by the legislature in first special session and approved by Governor Tomblin on 6/17/2016.
- S.B. 431 - Authorizing pharmacists and pharmacy interns dispense opioid antagonists. Role: Assisted with drafting the Governors bill which passed the legislature and approved by Governor Tomblin on 3/29/2016.
- S.B. 545 - Relating to asbestos abatement on oil and gas pipeline. Role: Supported through education which passed the legislature and approved by Governor Tomblin on 3/29/2016.
- H.B. 4388 - Relating to stroke centers. The bill provided for the designation of comprehensive, primary and acute stroke-ready hospitals. Role: Supported legislation and responsible for carrying out the duties. Passed the legislature and approved by Governor Tomblin on 3/29/2016.
- H.B. 4659 - Authorizing local health departments to bill health insurance plans for services. Role: Proposed and drafted legislation which passed the legislature and approved by Governor Tomblin on 3/24/2016.
- S.B. 387 - Shared animal ownership agreements to consume raw milk. Role: Provided education on implications for such action. Legislation passed and approved by Governor Tomblin on 3/3/2016.

*82nd Regular Session of the West Virginia Legislature:*

- S.B. 243 - The bill facilitates educational instruction during a state of emergency or state of preparedness by authorizing the Governor or the Legislature to temporarily suspend legislative rules establishing nutrition standards for foods and beverages distributed to students in public schools during the school day. Role: Supported the Governor's bill which passed the legislature and approved by Governor Tomblin on 3/24/2015.
- S.B. 286 - Relating to strengthening compulsory immunizations of students. Role: Proposed and drafted legislation which passed the legislature and approved by Governor Tomblin on 3/31/2015.

36

- S.B. 304 - The bill authorizes vendors who desire to sell farm and food products at a farmers markets to apply for a uniform farmers market vendor permit. Role: Supported through education. Passed the legislature and approved by Governor Tomblin on 3/31/2015.
- S.B. 335 - Creating Access to Opioid Antagonists Act. The bill authorizes initial responders to possess and administer opioid antagonists in suspected opiate-related overdoses. Role: Assisted the Executive in drafting and supporting legislation. Passed the legislature and approved by Governor Tomblin on 3/9/2015.
- S.B. 523 - Creating Alcohol and Drug Overdose Prevention and Clemency Act. Role: Supported through assisting the Executive in drafting and providing support and education. Passed the legislature and approved by Governor Tomblin on 4/2/2015.
- H.B. 2632 - Exempting the procurement of certain instructional materials for use in and in support of public schools from the division of purchasing requirements. Role: Assisted in recommending addition of state laboratory into the draft. Passed the legislature and approved by Governor Tomblin on 3/25/2015.
- H.B. 2648 - Allowing authorized entities to maintain a stock of epinephrine auto-injectors to be used for an emergency. Role: Supported through education and developing guidelines. Passed the legislature and approved by Governor Tomblin on 4/2/2015.
- H.B. 2669 - Relating to compulsory tuberculosis testing. The bill amends and updates two sections of the public health code related to tuberculosis testing. Role: Proposed and drafted legislation which passed the legislature and approved by Governor Tomblin on 3/2/2015.
- H.B. 2733 - Removing certain combinations of drugs containing hydrocodone from Schedule III of the controlled substances law. Role: Supported through providing data and education. Passed the legislature and approved by Governor Tomblin on 3/18/2015.
- S.B. 60 - Requiring Food Handler examinations and cards relating to local health departments. Role: Facilitated legislation which passed the legislature and approved by Governor Tomblin on 3/27/2015.

*81st Regular Session of the West Virginia Legislature:*

- S.B. 373 - Comprehensive legislation protecting waterways after an unprecedented federally declared emergency resulting in 'do not' use' order for tap water for 300,000 residents across 9 counties due to a large chemical spill. Role: Led the charge with grass root mobilization and strong support. Passed the legislature and approved by Governor Tomblin on 4/1/2014.
- S.B. 6 - Regulating sale of drug products used in manufacture of methamphetamine. Role: Following meth epidemic in WV, led the charge to regulate sale of OTC cold drug products. Bill did not pass.

WVSMA_FEDWV_00039073
WVSMA_FEDWV_00039037-37

- S.B. 12 - Relating to expedited partner therapy treatment. Role: Supported through education. Passed the legislature but technical veto by Governor Tomblin on 3/25/2014.

*Congressional Testimony:*

- Submitted written testimony to U.S. Senate Environment & Public Works Subcommittee on Water and Wildlife regarding the WV chemical spill on February 4, 2014
- Submitted written testimony to Congressional field testimony in Charleston, WV on February 10, 2014

*113th Regular Session of the U.S. Congress*

- S. 2461 - CHIP Extension Act of 2014. Role: Provided input to Senator Rockefeller on significance of CHIP to West Virginia's children.
- S. 2092 - Opioid Overdose Reduction Act of 2014. Role: Provided recommendations to Senator Rockefeller

*80th Regular Session of the West Virginia Legislature:*

- S.B. 214 – To remove the interview requirement for medical licensee applicants at Board of Medicine. Role: Supported through education and experience which passed the legislature and approved by Governor Tomblin on 4/19/2013.
- S.B. 108 - Creating the Unintentional Pharmaceutical Drug Overdose Fatality Review Team. Role: Supported in order to address the opioid overdose crisis. Passed the legislature and approved by Governor Tomblin on 5/3/2013.
- S.B. 464 - Regulating tanning facilities and requiring permits by local health departments. Role: Addressed rising rates of skin cancer by leading the charge to educate on legislation. Passed the legislature and approved by Governor Tomblin on 5/1/2013.
- H.B. 2306 - Clarifying that the Legislature is the sole authority regarding compulsory immunizations. Role: Provided education against legislation which did not pass.
- S.B. 21 - Creating Health Care Provider Transparency Act. Role: Supported through education to improve transparency in healthcare practice. Passed both houses but vetoed by Governor Tomblin.
- S.B. 371 - Prison overcrowding initiative termed Justice Reinvestment Act Role: Supported Governor's initiative as social determinant of health. Passed the legislature and approved by Governor Tomblin on 5/2/2013.

*113th Regular Session of the U.S. Congress:*

WVSMA_FEDWV_00039074
WVSMA_FEDWV_00039037-38

- S. 2297 - To amend the Controlled Substances Act to make any substance containing hydrocodone a schedule II drug. Role: Provided input to both Senators Rockefeller and Manchin.

## 79th Regular Session of the West Virginia Legislature:

- S.B. 597 - Requiring installation of carbon monoxide detectors in certain public facilities. Role: After much publicized tragedy in my jurisdiction, led a statewide taskforce resulting in this legislation. Passed the legislature and approved by Governor Tomblin on 4/2/2012.
- S.B. 437 – Substance Abuse legislation. Role: Supported the Governor's substance use disorder initiative as social determinant of health initiative. Passed the legislature and approved by Governor Tomblin on 3/29/2012.
- S.B. 109 - Permitting unlicensed personnel to administer medications or assist in certain circumstances. Role: Supported through education. Passed the legislature and approved by Governor Tomblin on 3/30/2012.
- H.B. 4015 - Creating the State's Herbert Henderson Office of Minority Affairs. Role: Led the charge to support through education and drafted floor speech for Senator Dan Foster. Passed the legislature and approved by Governor Tomblin on 4/2/2012.
- S.B. 535 - Expanding certain prescriptive authority of medications for chronic diseases by health professionals. Role: Supported the role of expanding spectrum via education. Passed the legislature and approved by Governor Tomblin on 4/2/2012.
- H.B. 3189 - Clarifying that the Legislature is the sole authority regarding compulsory immunizations. Role: Provided education opposing legislation. Bill did not pass.

## 78th Regular Session of the West Virginia Legislature:

- S.B. 408 - Creating WV Health Benefit Exchange Act Role: Supporting legislation through education and grass roots collaboration. Passed the legislature and signed by Governor Tomblin on 4/5/2011.
- H.B. 3028 - To expand the responsibilities of the Maternal Mortality Review Team. Role: Supported through education to help address the opioid crisis. Passed the legislature and signed by Governor Tomblin on 4/5/2011.
- SB 285: To extend the time frame practitioners must write prescriptions on official tamper-resistant paper. Role: Supported through education. Passed the legislature and signed by Governor Tomblin on 3/31/2011.
- S.B. 488 - To revise the HIV testing statute to conform to the most recent recommendations from CDC. Role: Supported through education and publication. Passed the legislature and signed by Governor Tomblin on 4/5/2011.

WVSMA_FEDWV_00039075
WVSMA_FEDWV_00039037-39

- S.B. 522 – Permitting an exemption to mandated vaccines for children as a condition of school enrollment. Role: Provided education to oppose legislation which did not pass.

*78th Regular Session of the West Virginia Legislature:*

- S.B. 372 - To update the WV Medical Practice Act. Role: Support through education. Passed the legislature and signed by Governor Manchin on 3/24/2010.
- H.B. 2773 - Increasing the monetary penalties for selling tobacco products to minors. Role: Supported through education and grass roots efforts. Passed the legislature and signed by Governor Manchin on 4/1/2010.

WVSMA_FEDWV_00039076
WVSMA_FEDWV_00039037-40

**Recent Accomplishments**

- Parent agency, West Virginia Department of Health and Human Resources is an organization with more than 6,000 employees and over $5 billion annual budget. In 2015, as a member of the leadership team, I assisted the strategic planning process which resulted in a strategic plan with revised the mission statement and created specific department-wide goals with measurable outcomes.

- Launched the West Virginia Public Health Impact Task Force (PHITF) in 2015 to modernize West Virginia's public health system. This high profile endeavor was led by me as the Commissioner and State Health Officer. PHITF unanimously passed six recommendations and currently providing oversight for the implementation of the PHITF's recommendations to support a progressive, modern public health system that is data driven and focused on accountability, transparency and quality improvement. The efforts to highlight the work of the PHITF has resulted in the following in 2016:

    o Partnership with the national Center for Sharing Public Health Services to support a statewide study on cross jurisdictional sharing practices among local public health departments.

    o Access to a Public Health Uniform National Data System hosted by the National Association of City and County Health Officials (NACCHO) for the Bureau and West Virginia local health departments.

- During 2015-16, developed a revised payment and performance-based reporting methodology for local health departments receiving State Aid for basic public health services which improved the consistency and timeliness of reporting, the establishment of statewide performance measures for each of the basic public health service programs, and comprehensive guidance for Bureau programs and local health departments.

- In 2015, developed and sponsored competency-based training and conferences for local health leaders (board members, health officers and administrators) across the state including financial management, quality improvement, governance, basic public health services, statutory roles and responsibilities, strategic planning, Medicaid enrollment, public health policy and management essentials.

- Initiated Incident Command and coordinated disaster response to the 2016 floods claiming 23 lives, other major weather and water contamination events and led

41

WVSMA_FEDWV_00039077
WVSMA_FEDWV_00039037-41

syndromic surveillance, shelter surveillance and substantial resources for the
Community Assessment for Preparedness and Response (CASPER) for the 2016
flood.

- Established and released revised program guidelines for the local health department
Emergency Fund Program to assure funding was available to support local agencies
experiencing a financial emergency as a result of reduced funding, recent flooding
and/or the absence of or delayed passage of the state budget. Added neonatal
abstinence syndrome (NAS) to the Birth Score tool to collect surveillance data
effective October 1, 2016. Funded by the Office of Maternal, Child and Family
Health (OMCFH) and located within the West Virginia University (WVU)
Department of Pediatrics, the West Virginia Birth Score Program was implemented
through W.Va. Code § 16-22B-1, et seq., in 1985.  The Birth Score is a tool to
identify infants who are at the greatest risk for health and developmental problems
and to ensure these children have access to appropriate health and special care
systems. Infants identified with NAS are referred to the Children with Special Health
Care Needs Program for follow-up and referral for additional services. The Birth
Score now collects data on the following:

  o  Intrauterine substance exposure (includes any prescribed by a physician
  during pregnancy), either self-reported, documented in prenatal record,
  positive maternal drug test, unknown, or other; and
  o  Infants with clinical signs consistent with NAS diagnosis.

- During 2015-17, continued to invest in infrastructure for state's oral health program
as outlined by the Centers for Disease Control and Prevention (CDC).  This includes
a state plan for oral health, a full-time state dental director, and surveillance data.
The Oral Health Program has successfully applied for and received numerous federal and
private grants to address sealants, fluoride, community involvement, workforce
development and perinatal oral health.

- Through the OMCFH, Newborn Screening Program and the Office of Laboratory
Services (OLS), I implemented screening for all 30 disorders as recommended by the
U.S. Department of Human Services Advisory Committee on Heritable Disorders and
Genetic Diseases.

- Under my leadership in 2015, federal home visitation funds increased from
approximately $1,000,000 in 2010 to over $17,000,000, and is meeting or exceeding
national benchmarks. OMCFH was designated as the lead agency for the federally
funded Home Visitation Program because of the Program's strong ties to public
health infrastructure and the federal Title V Maternal and Child Health Program. .

42

- In January 2016, we released new state plan "*Addressing Obesity and Related Chronic Diseases: A Strategic Plan to Combat Obesity and Related Chronic Diseases in West Virginia.*" The five-year plan outlines nutrition and physical activity strategies for settings like schools and worksites and across the lifetime.

- In 2016, I led the call to have West Virginia become the first state in the nation to enroll all public elementary schools in the "Let's Move! Active Schools" Initiative, which aims to increase opportunities for kids to be physically active, both in and out of school.

- West Virginia was one of nine states chosen to participate in the CDC and National Association of Chronic Disease Directors (NACDD) multi-state collaborative to improve awareness and management of gestational diabetes. With partners, we developed an action plan to improve the care of high risk women through better identification, greater awareness, improved health systems processes, increased referrals to NDPP, follow-up care, and more. Implementation showed that increased knowledge and education improved identification and postpartum care for those at high risk for type 2 diabetes.

- We received a competitive grant award in 2015 to support the Childhood Obesity Intervention Cost-Effectiveness Study (CHOICES) grant through Harvard T.H. Chan School of Public Health. CHOICES seeks to help reverse the U.S. obesity epidemic by identifying and modeling the most cost-effective childhood obesity interventions.

- We, in collaboration with *Try This West Virginia*, awarded $102,000 to 57 teams across the State to improve health within their communities in 2016. Each project is required to be planned and implemented by a community team of people representing at least three community organizations. All projects are to use the funding as seed money to leverage other funds and community contributions.

- Also awarded 15 grants in 14 counties to implement "Green Thumbs, Healthy Joints" projects. These projects provide West Virginia organizations the opportunity to perform community service by making gardening accessible to West Virginians with arthritis.

- Partnered with the West Virginia Development Office and the Claude Worthington Benedum Foundation to fund eight Growing Healthy Communities Program local projects. The Program provides competitive grants to communities for activities that increase community health and wellness, while providing opportunities for downtown revitalization and development.

43

WVSMA_FEDWV_00039079
WVSMA_FEDWV_00039037-43

- We trained 625 local education agencies to deliver "Let's Move! WV Active Schools," which aims to increase opportunities for kids to be physically active, both in and out of school. This training reached 50,000 students.

- We partnered with the West Virginia Regional Education Service Agencies (RESA) to perform assessments of nutrition and physical activity policies in 800 school worksites.

- My Office assisted providers at 30 primary care clinics to use health information technology (HIT) to identify and provide care to patients with undiagnosed hypertension.

- Provided technical assistance and resources to 49 local health departments, 35 primary care clinics, and 340 health care providers to enhance or formalize a referral system to diabetes self-management education (DSME) programs.

- Released the *"West Virginia Cancer Plan 2016-2020"* containing strategies to combat cancer for health systems, communities, and with policies that address cancer and associated risk factors.

- J-1 Visa Waiver Program: several physicians are placed each year across the state.

- Recruitment and Retention Community Project: placing many health care providers each year with this loan repayment program in shortage areas of the State.

- State Loan Repayment Program: several health care providers are placed with this federal/state matching loan repayment program.

- National Health Service Corps: placed several health care providers as well as approved health care facilities.

- Developed an updated state plan *"Addressing Tobacco Use and its Associated Health Conditions in West Virginia: 2016-2020."* This plan includes key goals/objectives/strategies to reduce the prevalence of tobacco use.

- West Virginia has documented a reduction in prevalence of pregnant women reporting smoking from 28 % in 2014 to 24 % in 2016 from a number of innovative programs.

- Ensured that all of West Virginia's 55 counties have a clean indoor air (CIA) regulation, with 51 having regulations that require restaurants to be smoke-free. Thirty-three (33) West Virginia counties and two cities have regulations that eliminate smoking in all enclosed work and public places, including, restaurants, bars, and gaming facilities.

WVSMA_FEDWV_00039080
WVSMA_FEDWV_00039037-44

- Initiated procurement to design and plan for a modernized electronic vital records system to support electronic data collection, recordation, payment, and birth and death data in 2016. Over 3.5 million West Virginia birth and death paper records have been imaged to provide protection and electronic retention of vital records.

- Due to implementation of cost containment strategies, including implementation of eWIC, the Bureau has realized $10.5 million in cost savings which were reallocated to provide additional nutrition services and food benefits. The cost containment strategies have decreased the per participant food package costs which qualifies the State with one of the lowest food package costs in the Mid-Atlantic Region of the USDA.

- The Bureau documented an increase in both initiation and duration rates as a result of standards established for breastfeeding promotion and support.

- The West Virginia Cancer Registry (WVCR) received the North American Association of Central Cancer Registries (NAACCR) Gold Certification. Gold Certification is the highest NAACCR standard for complete, accurate, and timely data to calculate cancer incidence statistics.

- The WVCR received the Registry of Distinction from the National Program of Cancer Registries (NPCR). The WVCR earned this recognition for completeness and data quality standards indicating the high-quality of the data available for cancer prevention and control activities.

- The WVCR is featured on the CDC website "Cancer Registries' Value for You - Investigating Possible Cancer Causes." The WVCR is highlighted for linking a dataset of persons exposed to Perfluorooctanoic Acid (C8) with the WVCR database. The linked data were used by a science panel to establish a probable link between PFOA exposure and testicular cancer and kidney cancer.

- The WVCR conducted a data linkage with the National Death Index allowing WVCR data to be used for survival analyses for the first time. These rates are available in the March 2015 *Lancet* article, "Global surveillance of cancer survival 1995–2009: analysis of individual data for 25 676 887 patients from 279 population-based registries in 67 countries (CONCORD-2)."

- As a result of Senate Bill 286 (proposed and drafted) approved by the 2015 legislature, the Bureau has implemented a state-level review and approval process for all requests for medical exemptions from compulsory immunization requirements to ensure requests are determined in a timely and consistent manner and that the Bureau has complete documentation of each student from pre-kindergarten through grade 12 with vaccinations missing due to valid medical reasons.

45

- In 2015 and 2016, West Virginia has received recognition from the CDC for high rates of three types of immunization: adult influenza, pneumococcal among adults at increased risk, and adolescent vaccinations.

- Ensured completeness of the Integrated HIV Prevention and Care State Plan 2017-2021 for West Virginia.

- With adequate surveillance and detection, West Virginia documented the lowest incidence of Tuberculosis disease in the United States in 2015.

- Responded to large-scale harmful algal bloom (HAB) on the Ohio River in 2015. Collaborated with multiple agencies across states and local health departments to ensure that appropriate sampling was conducted and to communicate health risks associated with recreational water activities to the public.  Assembled and led a multi-agency workgroup composed of members from WV Department of Environmental Protection, the Department of Natural Resources, U.S. Army Corps of Engineers, and local health departments to develop a HAB response plan for recreational waters.

- Participated as team leader in successful FEMA evaluated exercises which assessed the state's ability to respond to possible nuclear incidents at the Beaver Valley Nuclear Power Station in Beaver Falls, PA, or other unknown sources.

- Implemented source water protection provisions of Senate Bill 373 and 423 to address regulation of public water systems, source water protection and grants for wellhead/source water protection.  This included developing a protection plan for all public water supply utilities that draw and treat water from a surface water supply source or a surface water influenced groundwater (SWIG) supply source. All source water protection plans were received as required and are in the process of being reviewed and approved.  Public hearings were held for each of the plans.

- In 2016, led the state laboratory to acquire and implement Zika polymerase chain reaction (PCR) antigen testing and recently have expanded to include Zika MAC-ELISA antibody testing for clinical detection and outbreak surveillance of potential Zika virus cases impacting WV public health.

- Expanded state laboratory capability to test for Middle East Respiratory Syndrome (MERS), Coronavirus and Ebola.  New instrumentation was added to increase the capability to test for new and emerging diseases. Also established cross border MOU's with the Ohio State Lab and Virginia State Lab to increase surge capacity in the event of a pandemic.

- In 2016, directed the Environmental Chemistry Laboratory to expand the organic analytical capabilities to include the testing of carbamates, haloacetic acids and

WVSMA_FEDWV_00039082
WVSMA_FEDWV_00039037-46

dibromochloropropane/ethylene dibromide (DBCP/EDB) in drinking water assays in conjunction with EPA methodology standards and continue to add additional organic analyses capabilities.

- In 2015/2016, Implemented new molecular technology testing for Pertussis and rapid tuberculosis (TB) testing. Also in 2016, implemented first line TB drug susceptibility identification testing. This is critical to suspect patients in isolation and for close-quarters like correctional facilities.

- Revenue generating initiative accomplishments: Developed laboratory testing fees and ability to charge 3rd party insurances added to Fees for Service rule.

- Ensured that the state laboratory continues to license approximately 3,000 clinical laboratory professionals across the state annually in accordance with the WV Clinical Laboratory Technician and Technologist Licensure and Certification Rule.

- The Office of Emergency Medical Services (OEMS) and the EMS Improvement Project (a group of EMS personnel and agencies) worked together to revise the certification/recertification and education policies which became effective in 2016.

- Led charge in 2015 to develop hybrid (online and in-person) paramedic and EMT courses in order to increase the number of EMS personnel available within the state.

- Led charge to develop a Naloxone train-the-trainer program for initial responders and the general public to be able to administer Naloxone to suspected overdose patients in an effort to prevent opioid overdose deaths. Other states have requested permission to use the WV OEMS Naloxone training program and resources.

- The EMS-Children's Program has become a model to other states and the OEMS EMS-C program manager has been asked to speak at national meetings and mentor and serve as coach for other state program managers.

- Based on feedback and communication with stakeholders, developed benchmarks with the Credentialing Information System (CIS) so that EMS personnel can check the status of their applications for certification/recertification online. Implementation of the EMS performance improvement program with 17 indicators that engages the regional medical review committees.

- Worked with 911 centers, the WV Hospital Association, the Office of Health Facility Licensure and Certification and EMS agencies on reducing the wait times in hospitals statewide.

WVSMA_FEDWV_00039083
WVSMA_FEDWV_00039037-47

- At the Medical Examiner's Office, successfully reduced the number of autopsy cases that remain open over 90 days to an average of under 13%, making substantial progress towards the goal of 90% completion in under 90 days.

- Improved quality of death certificate information through changes to the cremation permit process with a secondary benefit of improved relationships with statewide funeral homes through implementation of a streamlined cremation permit process.

- Improved the process for obtaining positive identification of decedents who are unidentified upon arrival at the Office of the Chief Medical Examiner (OCME) through strong partnerships with the Center for Human Identification and the Smithsonian Anthropology Museum, reducing the time required for identification.

- Launched Cross-jurisdictional Resources and Opportunities to Advance the Delivery of Services (CrossROADS) to serve as a policy framework for the development of tools supporting resource sharing in West Virginia. Twelve local health departments were funded to participate, and all local health departments have the opportunity to provide data.

- Established a formal partnership with the WVU School of Public Health to jointly fund a Workforce Development Manager to support data-driven, competency-based public health training for local and state public health professionals.

- Partnering with the Children's Health Insurance Program (CHIP) to request applications from local schools to participate in the collection of child health insurance coverage data and to offer enrollment and re-enrollment assistance to children and their families. This project will assist two groups: 1) those families whose children are found to have lapsed from Medicaid or CHIP coverage prior to the start of each school year; and, 2) those families whose children are not aware they may qualify for health insurance coverage – either through qualified health plans available on the Exchange or public coverage in Medicaid or CHIP.

- Collaborating with the National Organization of State Offices of Rural Health to purchase and implement the TruServ basic performance measures tracking tool to monitor and capture the impact of the WV State Office of Rural Health.

- Collaborating with the North Carolina Foundation for Health Leadership and Innovation to purchase and implement the Kontac Intelligence web-based health care provider recruitment program that replaces the Practice Sites Program.

- Collaborating with the WV Rural Health Advisory Council to develop and finalize a "State Rural Health Plan" for West Virginia.

48

WVSMA_FEDWV_00039084
WVSMA_FEDWV_00039037-48

- Assessing the Health Effects of Mountaintop Removal (MTR) Mining - The National Institute for Environmental Health Science's (NIEHS) National Toxicology Program (NTP)'s conducted a literature-based analysis of mountaintop removal mining to assess the impacts on health in surrounding communities. Currently, leading a multi-agency work group that includes representatives from the WV Department of Environmental Protection, the CDC, the Agency for Toxic Substances and Disease Registry (ATSDR), the U.S. Environmental Protection Agency (EPA), and the NTP to assist in interpreting the results of this literature review and in determining what policy decisions should be made moving forward. Recently, Department of Interior funded National Academies of Sciences, Engineering and Medicine to conduct the study.

- Environmental Public Health Tracking (EPHT) – Led the charge in 2014 to enter into an agreement to become a partner in CDC's EPHT Network. Increased EPHT capacity in West Virginia will improve their understanding of how environmental contaminants affect people's health.  OEHS is developing an EPHT Program and has begun submitting data sets to the EPHT Network on an annual basis and hopes to become a CDC funded partner.

WVSMA_FEDWV_00039085
WVSMA_FEDWV_00039037-49

Exception - File Unable to be Imaged

WVSMA_FEDWV_00039086
WVSMA_FEDWV_00039086-1



**West Virginia**
**State Medical**
**Association**

4307 MacCorkle Avenue, SE, Charleston, WV 25304

P 304.925.0342
F 304.925.0345

**wvsma.org**

February 16, 2017

Dean Search Committee
George Mason University, College of Health and Human Services
4400 University Drive
Fairfax, VA 22030-4444

Dear Search Committee:

Please accept this letter and attachment as my nomination of Rahul Gupta, MD, MPH, MBA, FACP for the Dean of the College of Health and Human Services at George Mason University. Dr. Gupta is nationally recognized for his exceptional track record of executive leadership, scholarly achievements, and a unique ability to cultivate strong relationships with a wide range of stakeholders. He works well with internal and external partners to strategically map out the best way to achieve the organizational goals and has operated a budget in excess of $270 million. His efforts have created philanthropic organizations at both the local and national levels and his visionary leadership is evident in his innovative management style.

I have known Dr. Gupta since 2009 when he moved to West Virginia and I was an adviser to Senator Joe Manchin, III who was then our Governor. As the health officer for West Virginia's largest local health department he performed exceptionally well when challenged with the H1N1 pandemic. His local efforts led to one of the highest rates of vaccinations in the nation. His initiatives launched at the time, such as community led preparedness coalitions and school-based clinics are now part of national policy. As an expert, an organizer, and an advocate, Dr. Gupta was instrumental in West Virginia's expansion of Medicaid and along with State Senator Brooks McCabe was a catalyst in his vision which developed the first School of Public Health in West Virginia.

On two separate occasions, Dr. Gupta has led during a time of crisis that have become case studies at Harvard's T.H. Chan School of Public Health. As a faculty member, he teaches leadership using these case studies. In 2013, the neighboring health department was in a fiscal crisis and insolvent. Dr. Gupta worked with local and state public officials to develop a model of governance that has been lauded by policy makers across the nation. His unwavering commitment, sympathy and ability to engage a wide variety of stakeholders has made him well known as a leader in the mid-Atlantic. The other example which is a major case study was Dr. Gupta's leadership during the January 2014 chemical spill that resulted in a federally declared state of emergency and an unprecedented "do not use" order for 300,000 West Virginians.

WVSMA_FEDWV_00039087
WVSMA_FEDWV_00039087-1

Dr. Gupta was asked by Governor Earl Ray Tomblin to lead the West Virginia Bureau for Public Health and Governor Jim Justice has reappointed him to that position because of his work ethic and leadership. He has successfully begun a transformation of one of the largest state agencies making it more nimble, efficient, and effective. Dr. Gupta has made recruitment and retention of top performing staff a priority in each one of the 750 employees under his direct guidance. Health outcomes are trending in the right direction while revenue is going down. Dr. Gupta's public administration skills are right sizing the agency and putting the right people in place.

As a member of the faculty at several respected academic institutions, Dr. Gupta prides himself at being a leader and an educator. He has supervised several doctoral and graduate level candidates. His commitment to innovative education coupled with extensive experience in managing a diverse portfolio of programs, personnel, and policies make him a proven leader with unmatched ethics and an irreproachable reputation. He has a passion for 21st century education which will make GMU a trend setter in research and student achievement. I have found Dr. Gupta's efforts since 2009 a steadfast voice in leading the health transformation of a state that was at the bottom of many health outcome statistics. His leadership has taken West Virginia out of the 50th rank.

Outside of his role as Commissioner and State Health Officers, Dr. Gupta was elected by his peers to be the leader of the largest physician and healthcare advocacy organization, the West Virginia State Medical Association. In this role, Dr. Gupta has been the enterprising leader in West Virginia's healthcare industry. He has advised business leaders at the state's largest hospitals, payers, three Governors, and regularly is consulted by the state's entire congressional delegation, both Democrats and Republicans. In one of our recent trips to Washington, DC, at the request of our Senators, I accompanied Dr. Gupta as we met with key leaders devising a plan to replace the Affordable Care Act and the confirmation of one Dr. Gupta's colleagues, Secretary Tom Price, MD.

I am confident that Dr. Rahul Gupta is the type of leader for which George Mason University is looking. As a visionary leader with significant public administration experience and an accomplished research portfolio, I feel he is uniquely qualified to lead this College to the next level. Should you have further questions about Dr. Gupta or this nomination, please contact me at (304) 767-5434 or scalise@wvsma.

Sincerely,

Danny F. Scalise, MBA, CPH
Interim Executive Director and Director of Public Policy

Danny Scalise
Director of Public Policy
(304) 767-5434

WVSMA_FEDWV_00039089
WVSMA_FEDWV_00039089-1



WVSMA_FEDWV_00039090
WVSMA_FEDWV_00039090-1

Exception - File Unable to be Imaged

WVSMA_FEDWV_00039091
WVSMA_FEDWV_00039091-1