# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date: 4/29/2021　　　　　　　　　　　　　　　　Case Number　3:17-cv-01362

Case Style　　　The City of Huntington, West Virginia vs. AmerisourceBergen Drug Corporation
Type of hearing　　　Pretrial Conference
Before the honorable: 2512-Faber
Court Reporter　　　Lisa Cook　　　　　　　　　Courtroom Deputy　Cindy Lilly

Attorney(s) for the Plaintiff or Government

Paul Farrell

Attorney(s) for the Defendant(s)

Steven Ruby

Law Clerk　　　Allison Skinner,

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 11:00 AM | 11:48 AM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:48

## Courtroom Notes

Scheduled Start: 11:00 a.m.
Actual Start: 11:00 a.m.
Court in session for final pretrial conference
Plaintiff: Paul T. Farrell, Jr. Anthony J. Majestro, Anne McGinness Kearse, David Ackerman, Michael J. Fuller, Peter Mougey
Defendants: Enu Mainigi, Steve Ruby,  Jen Wicht, Ashley Hardin, Timothy Hester, Paul Schmidt, Laura Flahive Wu,  Andrew Stanner, Christopher Ippich, Robert Nicholas, Shannon McClure,  Gretchen Callas, Joseph Mahady
Court adjourned: 11:48 a.m.