```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

**Plaintiff,**

**v.**                                      Civil Action No. 3:17-01362

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

**Defendants.**

**v.**                                      Civil Action No. 3:17-01665

**CABELL COUNTY COMMISSION,**

**Plaintiff,**

**v.**

**AMERISOURCEBERGEN DRUG
CORPORATION, et al.,**

**Defendants.**

## ORDER

For reasons to be placed on the record forthwith, the court **ORDERS** as follows:

- Plaintiffs' Omnibus Motion Regarding IQVIA Trial Testimony (ECF No. 1264) is **DENIED**.[1]

---

[1] The motion is denied insofar as plaintiffs request permission (1) to take an evidentiary deposition in this case or (2) to issue a subpoena to IQVIA for remote, contemporaneous transmission of trial testimony. The court need not decide, at present, whether deposition testimony from an IQVIA designee in another case (to which defendants are parties) would be

The Clerk is directed to send a copy of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 29th day of April, 2021.

ENTER:

David A. Faber
Senior United States District Judge

---

admissible.  If plaintiffs seek to introduce such evidence, defendants may object, and the court will deal with the issue.