# APPENDIX B

| PAGE/LINE BEGIN | | PAGE/LINE END | | CALLS FOR LEGAL CONCLUSION | IMPROPER EXPERT TESTIMONY | OUT OF SCOPE | SPECULATION | HEARSAY | FOUNDATION | RELEVANCE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 14 | 36 | 18 | X | | X | | | | | |
| 36 | 20 | 36 | 22 | X | | X | | | | | |
| 36 | 24 | 37 | 2 | X | | X | | | | | |
| 37 | 4 | 37 | 4 | X | | X | | | | | |
| 38 | 5 | 38 | 17 | X | | X | | | | | |
| 38 | 19 | 38 | 19 | X | | X | | | | | |
| 43 | 19 | 44 | 3 | | | | | | | | Misstates the document |
| 44 | 5 | 44 | 5 | | | | | | | | Misstates the document |
| 47 | 6 | 47 | 11 | | X | X | X | X | | | |
| 47 | 13 | 47 | 13 | | X | X | X | X | | | |
| 51 | 4 | 51 | 9 | | X | X | X | | | | |
| 51 | 11 | 51 | 11 | | X | X | X | | | | |
| 52 | 12 | 52 | 25 | X | | X | | | | | Improper narrative by counsel (52:12-21) |
| 53 | 3 | 53 | 3 | X | | X | | | | | |
| 55 | 2 | 55 | 21 | X | X | X | | X | | | |
| 55 | 23 | 55 | 23 | X | X | X | | X | | | |
| 58 | 18 | 59 | 5 | | X | X (59:3-59:5) | X | | | | |
| 59 | 7 | 59 | 8 | | X | X | X | | | | |
| 60 | 2 | 60 | 3 | | X | X | X | X | | | |
| 60 | 5 | 60 | 5 | X | X | X | X | | | | |
| 60 | 7 | 60 | 10 | | | X | X | | | | |
| 60 | 12 | 60 | 12 | | | X | X | | | | |
| 60 | 14 | 60 | 16 | | | X | X | | | | |
| 62 | 21 | 63 | 1 | | | X | X | | | | |
| 63 | 3 | 63 | 3 | | | X | X | | | | |
| 78 | 4 | 78 | 8 | X | | X | | | | | |
| 78 | 10 | 78 | 10 | X | | X | | | | | |
| 84 | 10 | 84 | 16 | X | | X | | | | | |
| 84 | 18 | 84 | 20 | X | | X | | | | | |
| 84 | 22 | 84 | 24 | X | | X | | | | | |
| 85 | 2 | 85 | 7 | X | | X | | | | | |
| 85 | 9 | 85 | 9 | X | | X | | | | | |
| 86 | 6 | 86 | 24 | | | X | | | X | X | |
| 88 | 17 | 88 | 23 | | | X | | | X | X | |
| 89 | 11 | 90 | 13 | | | X | | | X | X | |
| 90 | 15 | 90 | 16 | | | X | | | X | X | |
| 90 | 18 | 90 | 20 | X | | X | X | | | X | |
| 90 | 22 | 90 | 22 | X | | X | X | | | X | |
| 91 | 11 | 91 | 15 | X | | X | | | | | |
| 91 | 17 | 91 | 17 | X | | X | | | | | |
| 128 | 9 | 128 | 24 | X | | X (128:20-24) | | | | | |
| 129 | 2 | 129 | 2 | X | | X | | | | | |
| 129 | 4 | 129 | 7 | X | | X | | | | | |
| 150 | 22 | 150 | 24 | | | X | X | | X | | |
| 151 | 1 | 151 | 1 | | | X | X | | X | | |
| 153 | 8 | 153 | 11 | | | X | | X | X | X | |
| 153 | 15 | 155 | 2 | | | X | | X | X | X | |
| 155 | 5 | 155 | 24 | | | X | | X | X | X | |
| 157 | 13 | 157 | 24 | | | X | | X | X | X | Assumes Facts (157:22-24) |
| 158 | 1 | 158 | 2 | | | X | | X | X | X | |
| 165 | 10 | 165 | 12 | X | | X | | | | | |
| 165 | 14 | 165 | 16 | X | | X | | | | | |
| 165 | 18 | 165 | 19 | X | | X | | | | | |
| 165 | 21 | 165 | 21 | X | | X | | | | | |
| 166 | 16 | 167 | 2 | X | | X | | | | | |
| 167 | 4 | 167 | 5 | X | | X | | | | | |
| 167 | 7 | 168 | 11 | X | | X (168:4-11) | | | | | |
| 168 | 13 | 168 | 13 | X | | X | | | | | |
| 168 | 15 | 169 | 2 | X | | X (169:1-2) | | | | | |
| 169 | 4 | 169 | 5 | X | | X | | | | | |
| 169 | 7 | 169 | 16 | X | | X | | | | | |
| 169 | 18 | 169 | 18 | X | | X | | | | | |
| 197 | 14 | 197 | 23 | X | | X | | | | | |
| 198 | 5 | 198 | 8 | X | | X | | | | | |
| 198 | 10 | 198 | 11 | X | | X | | | | | |
| 198 | 13 | 198 | 14 | X | | X | | | | | |
| 201 | 15 | 201 | 18 | X | | X | | | | | |
| 201 | 21 | 201 | 22 | X | | X | | | | | |
| 202 | 7 | 202 | 7 | X | | X | | | | | |
| 202 | 9 | 202 | 9 | X | | X | | | | | |

| | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 203 | 7 | 203 | 11 | X | | X | | | | |
| 203 | 15 | 203 | 16 | X | | X | | | | |
| 203 | 24 | 203 | 25 | X | | X | | | | |
| 205 | 3 | 205 | 6 | X | | X | | | | Assumes facts, misstates the document |
| 205 | 8 | 205 | 9 | X | | X | | | | Assumes facts, misstates the document |
| 210 | 21 | 210 | 23 | | | | X | | | Incomplete hypothetical |
| 210 | 25 | 211 | 1 | | | | X | | | Incomplete hypothetical |
| 211 | 11 | 211 | 16 | X | | X | X | | | |
| 211 | 19 | 212 | 2 | X | | X | X | | | |
| 212 | 4 | 212 | 5 | X | | X | X | | | |
| 213 | 16 | 213 | 19 | X | | X | X | | | |
| 213 | 22 | 213 | 23 | X | | X | X | | | |
| 213 | 25 | 214 | 4 | X | | X | X | | | |
| 214 | 6 | 214 | 7 | X | | X | X | | | |
| 214 | 9 | 214 | 11 | X | | X | | | | |
| 214 | 14 | 214 | 15 | X | | X | | | | |
| 227 | 21 | 227 | 24 | X | | X | | | | |
| 228 | 2 | 228 | 4 | X | | X | | | | |
| 228 | 6 | 228 | 11 | X | | X | | | | |
| 249 | 24 | 250 | 5 | X | | X | | | | |
| 250 | 7 | 250 | 8 | X | | X | | | | |
| 250 | 18 | 251 | 5 | X | | X | | | | |
| 251 | 7 | 251 | 7 | X | | X | | | | |
| 251 | 9 | 251 | 11 | X | | X | | | | |
| 251 | 13 | 251 | 13 | X | | X | | | | |
| 254 | 25 | 255 | 13 | | | | | | | Impermissible use of settlement agreement |
| 258 | 20 | 258 | 23 | X | | X | | | | Impermissible use of settlement agreement |
| 258 | 25 | 259 | 1 | X | | X | | | | Impermissible use of settlement agreement |
| 261 | 9 | 261 | 11 | X | | X | X | | | |
| 261 | 14 | 261 | 21 | X | | X | X | | | |
| 261 | 24 | 261 | 24 | X | | X | X | | | |
| 262 | 2 | 262 | 2 | X | | X | X | | | |
| 262 | 4 | 262 | 4 | X | | X | X | | | |
| 268 | 1 | 268 | 3 | | X | X | X | | X | |
| 268 | 5 | 268 | 7 | | X | X | X | | X | |
| 268 | 9 | 268 | 15 | | X | X | X | | X | |
| 271 | 14 | 271 | 18 | | X | X | X | | | Incomplete hypothetical |
| 277 | 8 | 277 | 13 | X | | X | | | X | |
| 277 | 18 | 278 | 2 | X | | X | | | X | |
| 278 | 6 | 278 | 10 | X | | X | | | X | |
| 278 | 13 | 278 | 13 | X | | X | | | X | |
| 278 | 15 | 278 | 20 | | X | X | | | X | |
| 278 | 24 | 278 | 24 | | X | X | | | X | |
| 280 | 21 | 280 | 24 | X | | X | | | | Incomplete hypothetical |
| 281 | 2 | 281 | 4 | X | | X | | | | Incomplete hypothetical |
| 285 | 6 | 285 | 15 | X | X | X | | | | |
| 285 | 17 | 285 | 20 | X | X | X | | | | |
| 285 | 22 | 285 | 22 | X | X | X | | | | |
| 285 | 24 | 286 | 12 | X | X | X | | | | |
| 286 | 14 | 286 | 15 | X | X | X | | | | |
| 289 | 17 | 289 | 25 | | | | | | X | Misstates the document |
| 290 | 2 | 290 | 2 | | | | | | X | Misstates the document |
| 293 | 11 | 293 | 18 | | X | X | X | | X | |
| 293 | 20 | 293 | 21 | | X | X | X | | X | |
| 293 | 23 | 293 | 24 | | X | X | X | | X | |
| 294 | 1 | 294 | 2 | | X | X | X | | X | |
| 294 | 11 | 294 | 12 | | X | X | X | | X | |
| 294 | 15 | 294 | 17 | | X | X | X | | X | |
| 294 | 19 | 295 | 10 | X | | X | | | X | |
| 295 | 12 | 295 | 13 | X | | X | | | X | |
| 295 | 15 | 295 | 21 | | | X | | | X | |
| 296 | 13 | 296 | 22 | | X | X | X | | X | |
| 296 | 24 | 296 | 25 | | X | X | X | | X | |
| 297 | 20 | 297 | 24 | X | | X | X | | | |
| 298 | 1 | 298 | 2 | X | | X | X | | | |
| 298 | 4 | 298 | 5 | X | | X | X | | | |
| 298 | 18 | 298 | 22 | | X | X | X | | | |
| 298 | 24 | 299 | 6 | | X | X | X | | | |
| 299 | 8 | 299 | 17 | | X | X | X | | | |
| 299 | 21 | 299 | 25 | X | | X | | | | Misstates the document |
| 300 | 2 | 300 | 5 | X | | X | | | | |
| 300 | 7 | 300 | 8 | X | | X | | | | |
| 300 | 10 | 300 | 10 | X | | X | | | | |
| 300 | 12 | 300 | 13 | X | | X | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 300 | 17 | 300 | 25 | X | | X | | | | | |
| 301 | 2 | 301 | 4 | X | | X | | | | | |
| 302 | 9 | 303 | 1 | X | | X | | | | | |
| 303 | 3 | 303 | 4 | X | | X | | | | | |
| 307 | 12 | 307 | 17 | X | | X | X | | | | Impermissible use of settlement agreement |
| 307 | 19 | 307 | 20 | X | | X | X | | | | Impermissible use of settlement agreement |
| 307 | 22 | 307 | 23 | X | | X | X | | | | Impermissible use of settlement agreement |
| 307 | 25 | 308 | 1 | X | | X | X | | | | Impermissible use of settlement agreement |
| 308 | 15 | 308 | 16 | X | | X | X | | | | Impermissible use of settlement agreement |
| 308 | 18 | 308 | 20 | X | | X | X | | | | Impermissible use of settlement agreement |
| 308 | 22 | 308 | 22 | X | | X | X | | | | Impermissible use of settlement agreement |
| 308 | 25 | 309 | 3 | X | | X | X | | | | Impermissible use of settlement agreement |
| 309 | 6 | 309 | 7 | X | | X | X | | | | Impermissible use of settlement agreement |
| 320 | 14 | 320 | 17 | | X | X | X | | | | |
| 320 | 20 | 320 | 23 | | X | X | X | | | | |
| 320 | 25 | 321 | 6 | | X | X | X | | | | |
| 321 | 9 | 321 | 10 | | X | X | X | | | | |
| 327 | 15 | 327 | 17 | | | | X | | | | Impermissible use of settlement agreement |
| 327 | 15 | 327 | 17 | | | | X | | | | Impermissible use of settlement agreement |
| 364 | 19 | 364 | 22 | X | X | X | X | | | | |
| 364 | 24 | 364 | 25 | X | X | X | X | | | | |
| 365 | 22 | 365 | 24 | X | X | X | X | | | | |
| 366 | 1 | 366 | 6 | X | X | X | X | | | | |