```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                    **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                    **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

    **Defendants.**

_____

## ORDER

For reasons to be placed on the record forthwith, the court **ORDERS** as follows:

- Defendants' Motion to Exclude the Marketing Opinions of Anna Lembke, Katherine Keyes, Andrew Kolodny, and Jakki Mohr (ECF No. 1063) is **GRANTED** in part and **DENIED** in part. The motion is granted insofar as it seeks to exclude the <u>marketing causation</u> opinions of Drs. Lembke, Keyes, and Kolodny. The motion is denied as to Dr. Mohr.

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

    **IT IS SO ORDERED** this 29th day of April, 2021.

                   ENTER:  *David A. Faber*
                                David A. Faber
                                Senior United States District Judge