IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                          CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                            CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.

_____

### ORDER

Pending before the court is the DOJ's request to permit a DOJ Attorney to make a limited appearance at trial during the testimony of Joseph Rannazzisi.  See ECF No. 1286.  The parties do not object to the DOJ's request and the court finds that it is reasonable.  Accordingly, the motion is **GRANTED**.

The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 30th day of April, 2021.

ENTER:     *David A. Faber*

                David A. Faber
                Senior United States District Judge