# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON and CABELL COUNTY COMMISSION, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 3:17-01362 |
| AMERISOURCEBERGEN DRUG CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) ) ) ) |

## NON-PARTY DISCOUNT EMPORIUM, INC.'S MOTION TO QUASH OR MODIFY PLAINTIFFS' TRIAL SUBPOENAS

COMES NOW non-party Discount Emporium, Inc. d/b/a Drug Emporium ("Discount Emporium") by its counsel, Lamp Bartram Levy Trautwein Perry & Powell, PLLC and Fox Rothschild LLP, and hereby files this Motion to Quash or Modify the Trial Subpoenas (together, the "Subpoenas") of Plaintiffs the City of Huntington and Cabell County Commission ("Plaintiffs").

The Subpoenas were served on two employees of Discount Emporium, and seek to compel the appearance of said employees at trial in the above captioned matter on May 3, 2021.  Discount Emporium seeks to quash the Subpoenas, which were served on two employees of Discount Emporium to compel the appearance of said employees at trial in the above captioned matter on May 3, 2021.  Discount Emporium seeks to quash the Subpoenas because they are overbroad and place an undue burden on non-party Discount Emporium.  In the alternative, Discount Emporium

121675253.1

moves this Court to modify the Subpoenas to limit Discount Emporium's testimony to the authentication and admission of the data and documents identified in the Subpoenas.

Therefore, Discount Emporium respectfully requests that its Motion to Quash or Modify the Subpoenas be granted. A proposed Order is attached.

Respectfully submitted,

Dated: April 30, 2021

_____/s/ J. Jarrod Jordan_____
Matthew J. Perry, Esquire WVSB 8589
J. Jarrod Jordan, Esquire WVSB 10622
**LAMP BARTRAM LEVY**
**TRAUTWEIN PERRY & POWELL, PLLC**
*Physical Address:*
720 Fourth Avenue
Huntington, WV 25701
*Mailing Address:*
Post Office Box 2488
Huntington, WV 25725-2488
Phone:         (304) 523-5400
Facsimile:    (304) 523-5409
mperry@720legal.com
jjordan@720legal.com

and

Nicholas S. Salter, Esq.
**FOX ROTHSCHILD LLP**
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
nsalter@foxrothschild.com

*Attorneys for Discount Emporium, Inc.*

121675253.1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

Dated: April 30, 2021

                                        /s/ J. Jarrod Jordan
Matthew J. Perry, Esquire WVSB 8589
J. Jarrod Jordan, Esquire WVSB 10622
**LAMP BARTRAM LEVY**
**TRAUTWEIN PERRY & POWELL, PLLC**
*Physical Address:*
720 Fourth Avenue
Huntington, WV 25701
*Mailing Address:*
Post Office Box 2488
Huntington, WV 25725-2488
Phone:          (304) 523-5400
Facsimile:     (304) 523-5409
mperry@720legal.com
jjordan@720legal.com

121675253.1