# Exhibit C

| | |
|---|---|
| **From:** | Robinson, Michael J. |
| **To:** | A.J. Elkins |
| **Cc:** | Mike Fuller; Salter, Nicholas S. |
| **Bcc:** | WESTFIELD GROUP _ DISCOUNT EMPORIUM OPIOID _ 099413_00431_Correspondence |
| **Subject:** | RE: City of Huntington/Cabell County Commission v. AmerisourceBergen Drug Corporation, et al., Cause No. 3:17-cv-01362 |
| **Date:** | Wednesday, March 17, 2021 1:13:55 PM |
| **Attachments:** | image002.png |

Mr. Elkins,
We agree to accept service on behalf of both individuals. Thanks.

**Michael Robinson**
**Fox Rothschild LLP**
(215) 918-3696 - direct
(215) 345-7507 - fax
MRobinson@foxrothschild.com
www.foxrothschild.com

**From:** A.J. Elkins <AJ@mchughfuller.com>
**Sent:** Monday, March 15, 2021 9:54 AM
**To:** Robinson, Michael J. <MRobinson@foxrothschild.com>
**Cc:** Mike Fuller <Mike@FarrellFuller.com>
**Subject:** [EXT] City of Huntington/Cabell County Commission v. AmerisourceBergen Drug Corporation, et al., Cause No. 3:17-cv-01362

Mr. Robinson,

Please find attached a Notice of Intent to Serve Trial Subpoena file in the above matter as well as copies of the subpoenas for Robert A. Petryzsak President of Discount Emporium, Inc., d/b/a Drug Emporium #1, and Richard B. Fillmore, Pharmacist-in-Charge, Discount Emporium, Inc., d/b/a Drug Emporium #1. We are reaching out to you regarding these subpoenas due to your involvement in responding to a subpoena on behalf of Discount Emporium, Inc., in this matter last May. Please let us know as soon as possible whether you will agree to accept service for these individuals. If not, we will proceed with perfecting personal service.

Thank you.

**Allan L. Elkins, Jr.**
*Attorney*



97 Elias Whiddon Rd
Hattiesburg, MS 39402
(800) 939-5580
(601) 261-2220
(601) 261-2481 - Fax
www.MchughFuller.com