**Exhibit F**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON and )
CABELL COUNTY COMMISSION, )
)
     Plaintiffs, )
)
vs. )
)   CIVIL ACTION NO. 3:17-01362
)
AMERISOURCEBERGEN DRUG )
CORPORATION, et al., )
)
     Defendants. )
)
)
)

## DECLARATION OF MICHAEL J. ROBINSON IV, ESQ. IN SUPPORT OF
## MOTION TO QUASH OR MODIFY PLAINTIFFS' TRIAL SUBPOENAS

I, Michael J. Robinson IV, Esq., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.     I am an associate with Fox Rothschild LLP, which represents non-party Discount Emporium, Inc. d/b/a Drug Emporium ("Discount Emporium") in this matter.

2.     I submit this Declaration in connection with Discount Emporium's Motion to Quash or Modify the Trial Subpoenas (together, the "Subpoenas") of Plaintiffs the City of Huntington and Cabell County Commission (together, "Plaintiffs").

3.     This Declaration is based on my personal knowledge of the facts, and, if called as a witness, I would and could competently testify to their truth.

4.     Upon receipt of the Subpoenas served upon Discount Emporium by the Plaintiffs, I contacted counsel for the Plaintiffs to discuss the scope of the Subpoenas.

5.     Counsel for the Plaintiffs indicated that the Plaintiffs sought only to authenticate and admit into evidence the documents identified in the Subpoenas, and had no intention of asking substantive questions.

6.     Discount Emporium is prepared to provided the necessary affidavit or other supporting documentation for the authentication and admission of the data identified in the Subpoenas.

122127730.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2021 at Wayne, Pennsylvania.

                                       /s Michael J. Robinson IV

                                    MICHAEL J. ROBINSON IV, ESQ.

                                    FOX ROTHSCHILD LLP

122127730.1