IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON and CABELL COUNTY COMMISSION,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:17-01362<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of non-party Discount Emporium, Inc. d/b/a Drug Emporium's Motion to Quash or Modify the Trial Subpoenas (together, the "Subpoenas") of Plaintiffs the City of Huntington and Cabell County Commission (together, "Plaintiffs"), it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

_____

122127575.1