# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **Plaintiff,**

**v.**

**CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

---

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**

**v.**

**CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

## CT2 STIPULATION REGARDING CARDINAL HEALTH DOCUMENTS: <u>CARDINAL HEALTH AND HUNTINGTON/CABELL COUNTY</u>

Defendant, Cardinal Health, Inc. ("Cardinal Health") and Plaintiffs, City of Huntington (City) and Cabell County Commission (County), stipulate as follows regarding the documents referenced in Appendix A.

1. Cardinal Health stipulates that it will not object to the authenticity of these documents pursuant to FRE 901 and 902 at trial.

2. Cardinal Health stipulates to presentation of these documents without the use of a sponsoring witness at trial, while preserving all other evidentiary objections.

3. Cardinal Health reserves its right to object to the admissibility of all documents identified in Appendix A, or to any witness's testimony about them, including but not limited to under Federal Rules of Evidence 401, 402, 403, 408, and hearsay.

2

Date:  April 30, 2021                                Respectfully Submitted,

*Cardinal Health, Inc.*

<u>/s/Steven R. Ruby</u>
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
707 Virginia St. E., Ste. 901
Charleston, WV 25301
Tel.: (304) 345-1234
Fax: (304) 342-1105

<u>/s/ Enu Mainigi</u>
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005-5901
Tel.: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com

*Plaintiffs*

<u>/s/ Paul T. Farrell, Jr.</u>
Paul T. Farrell, Jr. WVSB No. 7443
FARRELL LAW
P.O. Box 1180
Huntington, WV 25714-1180

<u>/s/ Michael J. Fuller, Jr.</u>
Michael J. Fuller, Jr. WVSB No. 10150
FARRELL & FULLER
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
T: 939-293-8244
F: 939-293-8245
mike@farrellfuller.com
*Counsel for City of Huntington*

/s/ *Anne McGinness Kearse*
Anne McGinness Kearse WVSB No. 12547
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com
*Counsel for Cabell County Commission*