UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **Plaintiff,**

v.

                                                  **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

---

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**

v.

                                                  **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

## CT2 STIPULATION:
## AMERISOURCEBERGEN AND HUNTINGTON/CABELL COUNTY:

Defendant, AmerisourceBergen Drug Corporation, ("AmerisourceBergen") and Plaintiffs, City of Huntington (City) and Cabell County Commission (County), stipulate as follows regarding the documents referenced in Appendix A.

1.     AmerisourceBergen stipulates that they will not object to the authenticity of these documents pursuant to FRE 901 and 902 at trial.

2.     AmerisourceBergen stipulates that they will not object to the presentation of these documents through Chris Zimmerman, Steve Mays, David May, and/or Michael Perry at trial, while preserving all other evidentiary objections.

3. AmerisourceBergen reserves its right to object to the admissibility of all documents listed in Appendix A, or to any witness's testimony about them, including but not limited to under Federal Rules of Evidence 401, 402, 403, 408 and hearsay.

Date:  April 30, 2021

Respectfully Submitted,

**By AmerisourceBergen Drug Corporation:**

/s/      Gretchen M. Callas
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV  25322
Telephone: (304) 340-1000
Facsimile: (304) 340-1050
gcallas@jacksonkelly.com

/s/      Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com

**By Plaintiffs:**

/s/      Paul T. Farrell, Jr.
Paul T. Farrell, Jr.
(WVSB Bar No. 7443)
FARRELL LAW
P.O. Box 1180
Huntington, WV 25714-1180

*Counsel for Cabell County Commission*

3

/s/     *Anne McGinness Kearse*
Anne McGinness Kearse
(WVSB No. 12547)
Joseph F. Rice
Natalie Deyneka (WVSB No. 12978)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

*Counsel for City of Huntington*