**Appendix A**

**Part I – Categorical Documents**

| List # | Description of Document Category |
|---|---|
| 1. | All Written Discovery Responses served in CT1 and CT2 |
| 2. | Transactional Data produced in response to Plaintiffs' Combined Interrogatory No. 1, specifically identified as ABDCMDL01911435 through ABDCMDL01911478 |
| 3. | Suspicious Order Monitoring Systems (SOMS) – All documents identified specifically by Bates number in Appendix A to ABDC's Fourth Supplemental Objections and Responses to Plaintiffs' (First) Combined Discovery Requests to Distributors |
| 4. | Due Diligence Files – All documents identified specifically by Bates number in ABDC's Response to Plaintiffs' Combined Discovery Request No. 4 and Appendix B to ABDC's Fourth Supplemental objections and Responses to Plaintiffs' (First) Combined Discovery Requests to Distributors |

**Part II – Produced Documents**

| BegBates | EndBates |
|---|---|
| ABDCMDL00278212 | ABDCMDL00278212 |
| ABDCMDL00000101 | ABDCMDL00000122 |
| ABDCMDL00397547 | ABDCMDL00397548 |
| ABDCMDL00274105 | ABDCMDL00274118 |
| ABDCMDL00274035 | ABDCMDL00274118 |
| ABDCMDL00250024 | ABDCMDL00200063 |
| ABDCMDL00159415 | ABDCMDL00159416 |
| ABDCMDL00278153 | ABDCMDL00278197 |
| ABDCMDL00532594 | ABDCMDL00532595 |
| ABDCMDL00000124 | ABDCMDL00000147 |
| ABDCMDL00569571 | ABDCMDL00569571 |
| ABDCMDL08090633 | ABDCMDL08090633 |
| ABDCMDL00275491 | ABDCMDL00275495 |
| ABDCMDL06149436 | ABDCMDL06149438 |
| ABDCMDL04588575 | ABDCMDL04588577 |

| BegBates | EndBates |
| --- | --- |
| ABDCMDL05837919 | ABDCMDL05837944 |
| ABDCMDL00250023 | ABDCMDL00250023 |
| ABDCMDL00267230 | ABDCMDL00267232 |
| ABDCMDL00320377 | ABDCMDL00320388 |
| ABDCMDL00319192 | ABDCMDL00319199 |
| ABDCMDL00160557 | ABDCMDL00160563 |
| ABDCMDL00003780 | ABDCMDL00003783 |
| ABDCMDL00004150 | ABDCMDL00004224 |
| ABDCMDL00003803 | ABDCMDL00003813 |
| ABDCMDL00299243 | ABDCMDL00299243 |
| ABDCMDL00392802 | ABDCMDL00392805 |
| ABDCMDL00151814 | ABDCMDL00151818 |
| ABDCMDL07018183 | ABDCMDL07018184 |
| ABDCMDL00513856 | ABDCMDL00513859 |
| ABDCMDL05739855 | ABDCMDL05739857 |
| ABDC-STCT002214953 | ABDC-STCT00221456 |
| ABDCMDL06964826 | ABDCMDL06964828 |
| ABDCMDL00568921 | ABDCMDL00568921 |
| ABDCMDL01911322 | ABDCMDL01911323 |
| ABDCMDL01911482 | ABDCMDL01911482 |
| ABDCMDL00419859 | ABDCMDL00419861 |
| ABDCMDL00383775 | ABDCMDL00383778 |
| ABDCMDL06392350 | ABDCMDL06392440 |
| ABDCMDL05839413 | ABDCMDL05839481 |
| ABDCMDL00037327 | ABDCMDL00037389 |
| ABDC-STCT002105905 | ABDC-STCT002105910 |
| ABDCMDL05782532 | ABDCMDL05782554 |
| ABDCMDL01911306 | ABDCMDL01911307 |
| ABDC-STCT001627672 | ABDC-STCT001627678 |
| ABDC-STCT001631399 | ABDC-STCT001631411 |
| ABDCMDL04020329 | ABDCMDL04020331 |
| ABDCMDL05796027 | ABDCMDL05796034 |
| ABDCMDL00269279 | ABDCMDL00269289 |
| ABDCMDL00275053 | ABDCMDL00275234 |
| ABDCMDL00284385 | ABDCMDL00284408 |
| ABDCMDL00381104 | ABDCMDL00381154 |
| ABDCMDL03830678 | ABDCMDL03830678 |
| ABDCMDL04045040 | ABDCMDL04045066 |
| ABDCMDL05787669 | ABDCMDL05787763 |
| ABDCMDL05795352 | ABDCMDL05795353 |

| BegBates | EndBates |
| --- | --- |
| ABDCMDL06395948 | ABDCMDL06395953 |
| ABDCMDL06961748 | ABDCMDL06961760 |
| ABDCMDL06963077 | ABDCMDL06963078 |
| ABDC-WVFED00177109 | ABDC-WVFED00177114 |
| ABDCMDL00362931 | ABDCMDL00362942 |
| ABDCMDL00046622 | ABDCMDL00046627 |
| ABDCMDL00278062 | ABDCMDL00278107 |
| ABDCMDL00521255 | ABDCMDL00521257 |
| ABDCMDL09779239 | ABDCMDL09779240 |
| ABDCMDL09760707 | ABDCMDL09760707 |
| ABDCMDL07354159 | ABDCMDL07354166 |
| ABDCMDL09838795 | ABDCMDL09838797 |
| ABDCMDL09846154 | ABDCMDL09846157 |
| ABDCMDL00151669 | ABDCMDL00151673 |
| ABDCMDL00168157 | ABDCMDL00168163 |
| ABDCMDL00333077 | ABDCMDL00333078 |
| ABDCMDL00556203 | ABDCMDL00556206 |
| ABDCMDL00569757 | ABDCMDL00569762 |
| ABDCMDL00767415 | ABDCMDL00767464 |
| ABDCMDL01911481 | ABDCMDL01911481 |
| ABDCMDL04017505 | ABDCMDL04017506 |
| ABDCMDL04034431 | ABDCMDL04034435 |
| ABDCMDL04624152 | ABDCMDL04624156 |
| ABDCMDL06965296 | ABDCMDL06965297 |
| ABDCMDL07340108 | ABDCMDL07340109 |
| ABDCMDL08078347 | ABDCMDL08078348 |
| ABDCMDL08078370 | ABDCMDL08078371 |
| ABDCMDL08252316 | ABDCMDL08252316 |
| ABDCMDL09716212 | ABDCMDL09716213 |
| ABDCMDL09822703 | ABDCMDL09822705 |
| ABDCMDL00367145 | ABDCMDL00367148 |
| ABDC-WVFED00131968 | ABDC-WVFED00131979 |
| ABDCMDL00003768 | ABDCMDL00003779 |
| ABDCMDL00367149 | ABDCMDL00367154 |
| ABDCMDL06505611 | ABDCMDL06505623 |
| ABDCMDL09611098 | ABDCMDL09611100 |
| ABDC-WVFED00132106 | ABDC-WVFED00132109 |
| ABDC-WVFED00132110 | ABDC-WVFED00132113 |
| ABDC-WVFED00132114 | ABDC-WVFED00132116 |
| ABDCMDL00451026 | ABDCMDL00451030 |

| BegBates | EndBates |
| --- | --- |

| BegBates | EndBates |
| --- | --- |
| ABDC-WVFED00132069 | ABDC-WVFED00132082 |
| ABDCMDL008322850 | ABDCMDL008322863 |
| ABDC-WVFED00132083 | ABDC-WVFED00132091 |
| ABDCMDL08322864 | ABDCMDL08322872 |
| ABDCMDL00000396 | ABDCMDL00000396 |
| ABDCMDL00002946 | ABDCMDL00002950 |
| ABDCMDL00003659 | ABDCMDL00003660 |
| ABDCMDL00139009 | ABDCMDL00139031 |
| ABDCMDL00146183 | ABDCMDL00146186 |
| ABDCMDL00146184 | ABDCMDL00146186 |
| ABDCMDL00156582 | ABDCMDL00156584 |
| ABDCMDL00158657 | ABDCMDL00158768 |
| ABDCMDL00158789 | ABDCMDL00158792 |
| ABDCMDL00159493 | ABDCMDL00159497 |
| ABDCMDL00161397 | ABDCMDL00161403 |
| ABDCMDL00167752 | ABDCMDL00167754 |
| ABDCMDL00169956 | ABDCMDL00169957 |
| ABDCMDL00176922 | ABDCMDL00176935 |
| ABDCMDL00216232 | ABDCMDL00216233 |
| ABDCMDL00245150 | ABDCMDL00245153 |
| ABDCMDL00249125 | ABDCMDL00249128 |
| ABDCMDL00249177 | ABDCMDL00249183 |
| ABDCMDL00253868 | ABDCMDL00253869 |
| ABDCMDL00264287 | ABDCMDL00264290 |
| ABDCMDL00264759 | ABDCMDL00264760 |
| ABDCMDL00264801 | ABDCMDL00264803 |
| ABDCMDL00265203 | ABDCMDL00265219 |
| ABDCMDL00265582 | ABDCMDL00265584 |
| ABDCMDL00266099 | ABDCMDL00266100 |
| ABDCMDL00266101 | ABDCMDL00266127 |
| ABDCMDL00269293 | ABDCMDL00269300 |
| ABDCMDL00269347 | ABDCMDL00269358 |
| ABDCMDL00269359 | ABDCMDL00269360 |
| ABDCMDL00269381 | ABDCMDL00269382 |
| ABDCMDL00269383 | ABDCMDL00269387 |
| ABDCMDL00269388 | ABDCMDL00269388 |
| ABDCMDL00269390 | ABDCMDL00269391 |
| ABDCMDL00269683 | ABDCMDL00269694 |
| ABDCMDL00270533 | ABDCMDL00270533 |
| ABDCMDL00272819 | ABDCMDL00272819 |

| BegBates | EndBates |
| --- | --- |
| ABDCMDL00273963 | ABDCMDL00273964 |
| ABDCMDL00274771 | ABDCMDL00274773 |
| ABDCMDL00276562 | ABDCMDL00276564 |
| ABDCMDL00276606 | ABDCMDL00276616 |
| ABDCMDL00276898 | ABDCMDL00276937 |
| ABDCMDL00277038 | ABDCMDL00277039 |
| ABDCMDL00277095 | ABDCMDL00277117 |
| ABDCMDL00277567 | ABDCMDL00277567 |
| ABDCMDL00277655 | ABDCMDL00277659 |
| ABDCMDL00277691 | ABDCMDL00277693 |
| ABDCMDL00279854 | ABDCMDL00279865 |
| ABDCMDL00280640 | ABDCMDL00280641 |
| ABDCMDL00280711 | ABDCMDL00280712 |
| ABDCMDL00284759 | ABDCMDL00284824 |
| ABDCMDL00285348 | ABDCMDL00285350 |
| ABDCMDL00295006 | ABDCMDL00295024 |
| ABDCMDL00300662 | ABDCMDL00300670 |
| ABDCMDL00315883 | ABDCMDL00315884 |
| ABDCMDL00315887 | ABDCMDL00315967 |
| ABDCMDL00360052 | ABDCMDL00360052 |
| ABDCMDL00364206 | ABDCMDL00364206 |
| ABDCMDL00364515 | ABDCMDL00364604 |
| ABDCMDL00365024 | ABDCMDL00365028 |
| ABDCMDL00372822 | ABDCMDL00372822 |
| ABDCMDL00378493 | ABDCMDL00378504 |
| ABDCMDL00380783 | ABDCMDL00380783 |
| ABDCMDL00383565 | ABDCMDL00383569 |
| ABDCMDL00383780 | ABDCMDL00383781 |
| ABDCMDL00398249 | ABDCMDL00398259 |
| ABDCMDL00398309 | ABDCMDL00398313 |
| ABDCMDL00398314 | ABDCMDL00398315 |
| ABDCMDL00398316 | ABDCMDL00398325 |
| ABDCMDL00398326 | ABDCMDL00398327 |
| ABDCMDL00398328 | ABDCMDL00398328 |
| ABDCMDL00398329 | ABDCMDL00398331 |
| ABDCMDL00398332 | ABDCMDL00398333 |
| ABDCMDL00398334 | ABDCMDL00398337 |
| ABDCMDL00398338 | ABDCMDL00398349 |
| ABDCMDL00398578 | ABDCMDL00398579 |
| ABDCMDL00399735 | ABDCMDL00399738 |

| BegBates | EndBates |
| --- | --- |
| ABDCMDL00399982 | ABDCMDL00399982 |
| ABDCMDL00400570 | ABDCMDL00400571 |
| ABDCMDL00400572 | ABDCMDL00400573 |
| ABDCMDL00400590 | ABDCMDL00400591 |
| ABDCMDL00400592 | ABDCMDL00400593 |
| ABDCMDL00400596 | ABDCMDL00400597 |
| ABDCMDL00400600 | ABDCMDL00400603 |
| ABDCMDL00400606 | ABDCMDL00400606 |
| ABDCMDL00400627 | ABDCMDL00400627 |
| ABDCMDL00400628 | ABDCMDL00400629 |
| ABDCMDL00400638 | ABDCMDL00400639 |
| ABDCMDL00400645 | ABDCMDL00400650 |
| ABDCMDL00400655 | ABDCMDL00400655 |
| ABDCMDL00400664 | ABDCMDL00400667 |
| ABDCMDL00401361 | ABDCMDL00401372 |
| ABDCMDL00401445 | ABDCMDL00401449 |
| ABDCMDL00402594 | ABDCMDL00402614 |
| ABDCMDL00404588 | ABDCMDL00404593 |
| ABDCMDL00404600 | ABDCMDL00404601 |
| ABDCMDL00409964 | ABDCMDL00409964 |
| ABDCMDL00417872 | ABDCMDL00417993 |
| ABDCMDL00421115 | ABDCMDL00421117 |
| ABDCMDL00437728 | ABDCMDL00437741 |
| ABDCMDL00437927 | ABDCMDL00437935 |
| ABDCMDL00441528 | ABDCMDL00441540 |
| ABDCMDL00450303 | ABDCMDL00450307 |
| ABDCMDL00477846 | ABDCMDL00477847 |
| ABDCMDL00478320 | ABDCMDL00478322 |
|  |  |
| ABDCMDL00479753 | ABDCMDL00479767 |
| ABDCMDL00480042 | ABDCMDL00480042 |
| ABDCMDL00481254 | ABDCMDL00481263 |
| ABDCMDL00481453 | ABDCMDL00481453 |
|  |  |
| ABDCMDL00551507 | ABDCMDL00551510 |
| ABDCMDL00570832 | ABDCMDL00570833 |
| ABDCMDL00571243 | ABDCMDL00571243 |
| ABDCMDL00571503 | ABDCMDL00571503 |
| ABDCMDL00599055 | ABDCMDL00599056 |
| ABDCMDL04044472 | ABDCMDL04044476 |

| BegBates | EndBates |
|---|---|
| ABDCMDL05779938 | ABDCMDL05779942 |
| ABDCMDL05782341 | ABDCMDL05782344 |
| ABDCMDL05793800 | ABDCMDL05793801 |
| ABDCMDL05796063 | ABDCMDL05796064 |
| ABDCMDL05796075 | ABDCMDL05796076 |
| ABDCMDL05814477 | ABDCMDL05814480 |
| ABDCMDL05821898 | ABDCMDL05821898 |
| ABDCMDL05822145 | ABDCMDL05822148 |
| ABDCMDL05822149 | ABDCMDL05822152 |
| ABDCMDL05841683 | ABDCMDL05841686 |
| ABDCMDL05841699 | ABDCMDL05841703 |
| ABDCMDL05844285 | ABDCMDL05844287 |
| ABDCMDL05845467 | ABDCMDL05845469 |
| ABDCMDL05846520 | ABDCMDL05846520 |
| ABDCMDL05846812 | ABDCMDL05846813 |
| ABDCMDL05847388 | ABDCMDL05847388 |
| ABDCMDL05847828 | ABDCMDL05847830 |
| ABDCMDL05859284 | ABDCMDL05859285 |
| ABDCMDL05859392 | ABDCMDL05859393 |
| ABDCMDL05859867 | ABDCMDL05859869 |
| ABDCMDL05860000 | ABDCMDL05860000 |
| ABDCMDL05861380 | ABDCMDL05861381 |
| ABDCMDL05877217 | ABDCMDL05877279 |
| ABDCMDL05888618 | ABDCMDL05888618 |
| ABDCMDL05890452 | ABDCMDL05890455 |
| ABDCMDL05926536 | ABDCMDL05926539 |
| ABDCMDL06623240 | ABDCMDL06623287 |
| ABDCMDL06959583 | ABDCMDL06959584 |
| ABDCMDL06959806 | ABDCMDL06959808 |
| ABDCMDL06964829 | ABDCMDL06964830 |
| ABDCMDL06964897 | ABDCMDL06964898 |
| ABDCMDL06968382 | ABDCMDL06968383 |
| ABDCMDL08015560 | ABDCMDL08015560 |
| ABDCMDL08067064 | ABDCMDL08067065 |