## **APPENDIX A**

| # | Defendants' Exhibit Number | Plaintiffs' Exhibit Number | Begin Bates | End Bates |
|---|---|---|---|---|
| 1 | DEF-WV-00026 | P-44065 | AHIDTA_0001 | AHIDTA_0040 |
| 2 | DEF-WV-00027 | P-41000 | AHIDTA_0041 | AHIDTA_0076 |
| 3 | DEF-WV-00028 | P-44066 | AHIDTA_0077 | AHIDTA_0115 |
| 4 | DEF-WV-00029 | P-41001 | AHIDTA_0116 | AHIDTA_0150 |
| 5 | DEF-WV-00030 | P-41002 | AHIDTA_0151 | AHIDTA_0190 |
| 6 | DEF-WV-00031 | P-41003 | AHIDTA_0191 | AHIDTA_0230 |
| 7 | DEF-WV-00032 | P-41004 | AHIDTA_0231 | AHIDTA_0270 |
| 8 | DEF-WV-00033 | P-41005 | AHIDTA_0271 | AHIDTA_0312 |
| 9 | DEF-WV-00034 | P-41006 | AHIDTA_0313 | AHIDTA_0343 |
| 10 | DEF-WV-00035 | P-41007 | AHIDTA_0344 | AHIDTA_0362 |
| 11 | DEF-WV-00036 | P-41008 | AHIDTA_0363 | AHIDTA_0403 |
| 12 | DEF-WV-00836 | | GCSAPT 000081 | GCSAPT 000116 |
| 13 | DEF-WV-00837 | | GCSAPT 000281 | GCSAPT 000316 |
| 14 | DEF-WV-00838 | | GCSAPT 000318 | GCSAPT 000491 |
| 15 | DEF-WV-00037 | P-41507 | AHIDTA_0404 | AHIDTA_0425 |
| 16 | DEF-WV-00038 | | AHIDTA_0426 | AHIDTA_0426 |
| 17 | DEF-WV-00039 | | AHIDTA_0454 | AHIDTA_0454 |
| 18 | DEF-WV-00040 | | AHIDTA_0480 | AHIDTA_0480 |
| 19 | DEF-WV-00041 | | AHIDTA_0515 | AHIDTA_0515 |
| 20 | DEF-WV-00042 | | AHIDTA_0546 | AHIDTA_0546 |
| 21 | DEF-WV-00043 | P-44067 | AHIDTA_0580 | AHIDTA_0580 |
| 22 | DEF-WV-00044 | | AHIDTA_0618 | AHIDTA_0618 |
| 23 | DEF-WV-00045 | | AHIDTA_0657 | AHIDTA_0657 |
| 24 | DEF-WV-00046 | | AHIDTA_0694 | AHIDTA_0694 |
| 25 | DEF-WV-00047 | P-44068 | AHIDTA_0731 | AHIDTA_0731 |
| 26 | DEF-WV-00048 | | AHIDTA_0770 | AHIDTA_0770 |
| 27 | DEF-WV-00049 | | AHIDTA_0807 | AHIDTA_0807 |
| 28 | DEF-WV-00050 | | AHIDTA_0845 | AHIDTA_0845 |
| 29 | DEF-WV-00051 | | AHIDTA_0884 | AHIDTA_0884 |
| 30 | DEF-WV-00052 | P-41508 | AHIDTA_0905 | AHIDTA_0947 |
| 31 | DEF-WV-00053 | | AHIDTA_0948 | AHIDTA_0948 |
| 32 | DEF-WV-00054 | P-41509 | AHIDTA_0972 | AHIDTA_1014 |
| 33 | DEF-WV-00055 | | AHIDTA_1015 | AHIDTA_1015 |
| 34 | DEF-WV-00056 | | AHIDTA_1038 | AHIDTA_1038 |
| 35 | DEF-WV-00057 | | AHIDTA_1080 | AHIDTA_1080 |
| 36 | DEF-WV-00058 | | AHIDTA_1105 | AHIDTA_1105 |
| 37 | DEF-WV-00059 | | AHIDTA_1150 | AHIDTA_1150 |
| 38 | DEF-WV-00060 | P-41510 | AHIDTA_1168 | AHIDTA_1168 |
| 39 | DEF-WV-00061 | | AHIDTA_1219 | AHIDTA_1219 |

# APPENDIX A

| | | | | |
|---|---|---|---|---|
| 40 | DEF-WV-00062 | | AHIDTA_1244 | AHIDTA_1244 |
| 41 | DEF-WV-00063 | | AHIDTA_1265 | AHIDTA_1265 |
| 42 | DEF-WV-00064 | | AHIDTA_1290 | AHIDTA_1290 |
| 43 | DEF-WV-00065 | | AHIDTA_1316 | AHIDTA_1316 |
| 44 | DEF-WV-00066 | | AHIDTA_1335 | AHIDTA_1335 |
| 45 | DEF-WV-00067 | | AHIDTA_1362 | AHIDTA_1362 |
| 46 | DEF-WV-00068 | | AHIDTA_1388 | AHIDTA_1388 |
| 47 | DEF-WV-00069 | | AHIDTA_1414 | AHIDTA_1414 |
| 48 | DEF-WV-00070 | P-44069 | AHIDTA_1441 | AHIDTA_1441 |
| 49 | DEF-WV-00071 | | AHIDTA_1469 | AHIDTA_1469 |
| 50 | DEF-WV-00072 | | AHIDTA_1499 | AHIDTA_1499 |
| 51 | DEF-WV-00839 | | GCSAPT_FEDWV_00002769 | GCSAPT_FEDWV_00002772 |
| 52 | DEF-WV-00840 | | GCSAPT_FEDWV_00002780 | GCSAPT_FEDWV_00002783 |
| 53 | DEF-WV-00841 | | GCSAPT_FEDWV_00002944 | GCSAPT_FEDWV_00002957 |
| 54 | DEF-WV-00842 | | GCSAPT_FEDWV_00007392 | GCSAPT_FEDWV_00007392 |
| 55 | DEF-WV-00843 | | GCSAPT_FEDWV_00007393 | GCSAPT_FEDWV_00007396 |
| 56 | DEF-WV-00844 | | GCSAPT_FEDWV_00007405 | GCSAPT_FEDWV_00007407 |
| 57 | MC-WV-00027 | | DHHR-BBH0001257 | DHHR-BBH0001282 |
| 58 | DEF-WV-00845 | | GCSAPT_FEDWV_00011770 | GCSAPT_FEDWV_00011789 |
| 59 | DEF-WV-00846 | | GCSAPT_FEDWV_00015604 | GCSAPT_FEDWV_00015606 |
| 60 | DEF-WV-00775 | | DHHR-BBH0002583 | DHHR-BBH0002605 |
| 61 | DEF-WV-00776 | | DHHR-BBH0003569 | DHHR-BBH0003646 |
| 62 | DEF-WV-00646 | | DHHR_FEDWV_0026674 | DHHR_FEDWV_0026674 |
| 63 | DEF-WV-00647 | | DHHR_FEDWV_0038760 | DHHR_FEDWV_0038760 |
| 64 | DEF-WV-00648 | | DHHR_FEDWV_0038761 | DHHR_FEDWV_0038761 |
| 65 | DEF-WV-00649 | | DHHR_FEDWV_0039601 | DHHR_FEDWV_0039602 |
| 66 | DEF-WV-00650 | | DHHR_FEDWV_0041193 | DHHR_FEDWV_0041193 |
| 67 | DEF-WV-00651 | | DHHR_FEDWV_0041266 | DHHR_FEDWV_0041267 |
| 68 | DEF-WV-00652 | | DHHR_FEDWV_0046408 | DHHR_FEDWV_0046414 |

## APPENDIX A

| 69 | DEF-WV-00653 | P-44212 | DHHR_FEDWV_0047102 | DHHR_FEDWV_0047102 |
|---|---|---|---|---|
| 70 | DEF-WV-00654 | P-44212 | DHHR_FEDWV_0047103 | DHHR_FEDWV_0047103 |
| 71 | DEF-WV-00655 | | DHHR_FEDWV_0047299 | DHHR_FEDWV_0047300 |
| 72 | DEF-WV-00656 | | DHHR_FEDWV_0047523 | DHHR_FEDWV_0047525 |
| 73 | DEF-WV-00657 | | DHHR_FEDWV_0047526 | DHHR_FEDWV_0047526 |
| 74 | DEF-WV-00658 | | DHHR_FEDWV_0048597 | DHHR_FEDWV_0048598 |
| 75 | DEF-WV-00659 | | DHHR_FEDWV_0049418 | DHHR_FEDWV_0049419 |
| 76 | DEF-WV-00660 | | DHHR_FEDWV_0056018 | DHHR_FEDWV_0056019 |
| 77 | DEF-WV-00661 | | DHHR_FEDWV_0057376 | DHHR_FEDWV_0057378 |
| 78 | DEF-WV-00662 | | DHHR_FEDWV_0057867 | DHHR_FEDWV_0057867 |
| 79 | DEF-WV-00663 | | DHHR_FEDWV_0058060 | DHHR_FEDWV_0058066 |
| 80 | DEF-WV-00664 | | DHHR_FEDWV_0059681 | DHHR_FEDWV_0059682 |
| 81 | DEF-WV-00665 | | DHHR_FEDWV_0059845 | DHHR_FEDWV_0059845 |
| 82 | DEF-WV-00666 | | DHHR_FEDWV_0060150 | DHHR_FEDWV_0060150 |
| 83 | DEF-WV-00667 | | DHHR_FEDWV_0068663 | DHHR_FEDWV_0068665 |
| 84 | DEF-WV-00668 | | DHHR_FEDWV_0068666 | DHHR_FEDWV_0068666 |
| 85 | DEF-WV-00669 | | DHHR_FEDWV_0068944 | DHHR_FEDWV_0068944 |
| 86 | DEF-WV-00670 | | DHHR_FEDWV_0068945 | DHHR_FEDWV_0068945 |
| 87 | DEF-WV-00671 | | DHHR_FEDWV_0077294 | DHHR_FEDWV_0077295 |
| 88 | DEF-WV-00672 | | DHHR_FEDWV_0077364 | DHHR_FEDWV_0077365 |
| 89 | DEF-WV-00673 | P-41157 | DHHR_FEDWV_0077961 | DHHR_FEDWV_0077962 |
| 90 | DEF-WV-00674 | P-41157 | DHHR_FEDWV_0077963 | DHHR_FEDWV_0077963 |
| 91 | DEF-WV-00675 | | DHHR_FEDWV_0078995 | DHHR_FEDWV_0078995 |

3

# APPENDIX A

| | | | | |
|---|---|---|---|---|
| 92 | DEF-WV-00676 | | DHHR_FEDWV_0079326 | DHHR_FEDWV_0079327 |
| 93 | DEF-WV-00677 | | DHHR_FEDWV_0090784 | DHHR_FEDWV_0090786 |
| 94 | DEF-WV-00678 | | DHHR_FEDWV_0138815 | DHHR_FEDWV_0138815 |
| 95 | DEF-WV-00679 | | DHHR_FEDWV_0163648 | DHHR_FEDWV_0163651 |
| 96 | DEF-WV-00680 | | DHHR_FEDWV_0207995 | DHHR_FEDWV_0208050 |
| 97 | MC-WV-00022 | | DHHR_FEDWV_0209873 | DHHR_FEDWV_0209900 |
| 98 | DEF-WV-00681 | | DHHR_FEDWV_0220260 | DHHR_FEDWV_0220264 |
| 99 | DEF-WV-00682 | | DHHR_FEDWV_0247583 | DHHR_FEDWV_0247589 |
| 100 | DEF-WV-00683 | | DHHR_FEDWV_0250348 | DHHR_FEDWV_0250350 |
| 101 | DEF-WV-00684 | | DHHR_FEDWV_0250351 | DHHR_FEDWV_0250351 |
| 102 | DEF-WV-00685 | | DHHR_FEDWV_0250353 | DHHR_FEDWV_0250353 |
| 103 | DEF-WV-00686 | | DHHR_FEDWV_0274267 | DHHR_FEDWV_0274267 |
| 104 | DEF-WV-00687 | | DHHR_FEDWV_0284776 | DHHR_FEDWV_0284776 |
| 105 | DEF-WV-00688 | | DHHR_FEDWV_0285854 | DHHR_FEDWV_0285854 |
| 106 | DEF-WV-00689 | | DHHR_FEDWV_0285855 | DHHR_FEDWV_0285855 |
| 107 | DEF-WV-00690 | | DHHR_FEDWV_0289396 | DHHR_FEDWV_0289397 |
| 108 | DEF-WV-00691 | | DHHR_FEDWV_0289591 | DHHR_FEDWV_0289591 |
| 109 | DEF-WV-00692 | | DHHR_FEDWV_0289902 | DHHR_FEDWV_0289905 |
| 110 | DEF-WV-00693 | | DHHR_FEDWV_0291832 | DHHR_FEDWV_0291833 |
| 111 | DEF-WV-00694 | | DHHR_FEDWV_0312879 | DHHR_FEDWV_0312881 |
| 112 | DEF-WV-00695 | | DHHR_FEDWV_0316607 | DHHR_FEDWV_0316607 |
| 113 | DEF-WV-00771 | | DHHR_ODCP_FEDWV_00005762 | DHHR_ODCP_FEDWV_00005766 |
| 114 | DEF-WV-00772 | | DHHR_ODCP_FEDWV_00006204 | DHHR_ODCP_FEDWV_00006206 |

# APPENDIX A

| | | | | |
|---|---|---|---|---|
| 115 | DEF-WV-00773 | | DHHR_ODCP_FEDWV_00006207 | DHHR_ODCP_FEDWV_00006208 |
| 116 | DEF-WV-00774 | | DHHR_ODCP_FEDWV_00006209 | DHHR_ODCP_FEDWV_00006210 |
| 117 | DEF-WV-00696 | | DHHR_FEDWV_0343409 | DHHR_FEDWV_0343435 |
| 118 | DEF-WV-00697 | | DHHR_FEDWV_0353949 | DHHR_FEDWV_0353950 |
| 119 | DEF-WV-00698 | | DHHR_FEDWV_0391628 | DHHR_FEDWV_0391629 |
| 120 | DEF-WV-00699 | | DHHR_FEDWV_0396248 | DHHR_FEDWV_0396248 |
| 121 | DEF-WV-00700 | | DHHR_FEDWV_0396406 | DHHR_FEDWV_0396406 |
| 122 | DEF-WV-00701 | | DHHR_FEDWV_0424598 | DHHR_FEDWV_0424601 |
| 123 | DEF-WV-00702 | | DHHR_FEDWV_0429825 | DHHR_FEDWV_0429825 |
| 124 | DEF-WV-00703 | | DHHR_FEDWV_0429831 | DHHR_FEDWV_0429836 |
| 125 | DEF-WV-00704 | | DHHR_FEDWV_0429856 | DHHR_FEDWV_0429856 |
| 126 | DEF-WV-00705 | | DHHR_FEDWV_0429904 | DHHR_FEDWV_0429905 |
| 127 | DEF-WV-00706 | | DHHR_FEDWV_0430157 | DHHR_FEDWV_0430157 |
| 128 | DEF-WV-00707 | | DHHR_FEDWV_0430158 | DHHR_FEDWV_0430180 |
| 129 | DEF-WV-00708 | | DHHR_FEDWV_0433943 | DHHR_FEDWV_0433945 |
| 130 | DEF-WV-00709 | | DHHR_FEDWV_0433946 | DHHR_FEDWV_0433946 |
| 131 | DEF-WV-00710 | | DHHR_FEDWV_0438545 | DHHR_FEDWV_0438546 |
| 132 | DEF-WV-00711 | | DHHR_FEDWV_0438547 | DHHR_FEDWV_0438577 |
| 133 | DEF-WV-00712 | | DHHR_FEDWV_0442343 | DHHR_FEDWV_0442343 |
| 134 | DEF-WV-00713 | | DHHR_FEDWV_0442344 | DHHR_FEDWV_0442344 |
| 135 | DEF-WV-00714 | | DHHR_FEDWV_0442715 | DHHR_FEDWV_0442716 |
| 136 | DEF-WV-00715 | | DHHR_FEDWV_0444036 | DHHR_FEDWV_0444038 |
| 137 | DEF-WV-00716 | | DHHR_FEDWV_0444039 | DHHR_FEDWV_0444039 |

# APPENDIX A

| | | | | |
|---|---|---|---|---|
| 138 | DEF-WV-00717 | | DHHR_FEDWV_0445920 | DHHR_FEDWV_0445920 |
| 139 | DEF-WV-00718 | | DHHR_FEDWV_0445921 | DHHR_FEDWV_0445928 |
| 140 | DEF-WV-00719 | | DHHR_FEDWV_0446085 | DHHR_FEDWV_0446087 |
| 141 | DEF-WV-00720 | | DHHR_FEDWV_0446261 | DHHR_FEDWV_0446264 |
| 142 | DEF-WV-00721 | | DHHR_FEDWV_0446266 | DHHR_FEDWV_0446272 |
| 143 | DEF-WV-00722 | | DHHR_FEDWV_0447174 | DHHR_FEDWV_0447175 |
| 144 | DEF-WV-00723 | | DHHR_FEDWV_0447176 | DHHR_FEDWV_0447202 |
| 145 | DEF-WV-00724 | | DHHR_FEDWV_0447203 | DHHR_FEDWV_0447265 |
| 146 | DEF-WV-00725 | | DHHR_FEDWV_0453303 | DHHR_FEDWV_0453304 |
| 147 | DEF-WV-00726 | | DHHR_FEDWV_0453395 | DHHR_FEDWV_0453485 |
| 148 | DEF-WV-00727 | | DHHR_FEDWV_0455339 | DHHR_FEDWV_0455339 |
| 149 | DEF-WV-00728 | | DHHR_FEDWV_0455340 | DHHR_FEDWV_0455346 |
| 150 | DEF-WV-00729 | | DHHR_FEDWV_0456929 | DHHR_FEDWV_0456929 |
| 151 | DEF-WV-00730 | | DHHR_FEDWV_0456930 | DHHR_FEDWV_0456930 |
| 152 | DEF-WV-00731 | | DHHR_FEDWV_0463101 | DHHR_FEDWV_0463101 |
| 153 | DEF-WV-00732 | | DHHR_FEDWV_0463195 | DHHR_FEDWV_0463216 |
| 154 | DEF-WV-00733 | | DHHR_FEDWV_0467448 | DHHR_FEDWV_0467449 |
| 155 | DEF-WV-00734 | | DHHR_FEDWV_0467450 | DHHR_FEDWV_0467460 |
| 156 | DEF-WV-00735 | | DHHR_FEDWV_0469641 | DHHR_FEDWV_0469643 |
| 157 | DEF-WV-00736 | | DHHR_FEDWV_0469649 | DHHR_FEDWV_0469649 |
| 158 | DEF-WV-00737 | | DHHR_FEDWV_0471208 | DHHR_FEDWV_0471208 |
| 159 | DEF-WV-00738 | | DHHR_FEDWV_0471212 | DHHR_FEDWV_0471223 |
| 160 | DEF-WV-00739 | | DHHR_FEDWV_0474121 | DHHR_FEDWV_0474121 |

# APPENDIX A

| | | | | |
|---|---|---|---|---|
| 161 | DEF-WV-00740 | | DHHR_FEDWV_0474122 | DHHR_FEDWV_0474125 |
| 162 | DEF-WV-00741 | | DHHR_FEDWV_0474286 | DHHR_FEDWV_0474288 |
| 163 | DEF-WV-00742 | | DHHR_FEDWV_0474289 | DHHR_FEDWV_0474296 |
| 164 | DEF-WV-00743 | | DHHR_FEDWV_0474297 | DHHR_FEDWV_0474297 |
| 165 | DEF-WV-00744 | | DHHR_FEDWV_0480530 | DHHR_FEDWV_0480531 |
| 166 | DEF-WV-00745 | | DHHR_FEDWV_0480532 | DHHR_FEDWV_0480532 |
| 167 | DEF-WV-00746 | | DHHR_FEDWV_0480593 | DHHR_FEDWV_0480593 |
| 168 | DEF-WV-00747 | | DHHR_FEDWV_0480594 | DHHR_FEDWV_0480594 |
| 169 | DEF-WV-00748 | | DHHR_FEDWV_0483386 | DHHR_FEDWV_0483386 |
| 170 | DEF-WV-00749 | | DHHR_FEDWV_0483723 | DHHR_FEDWV_0483724 |
| 171 | DEF-WV-00750 | | DHHR_FEDWV_0483725 | DHHR_FEDWV_0483725 |
| 172 | DEF-WV-00751 | | DHHR_FEDWV_0487591 | DHHR_FEDWV_0487591 |
| 173 | DEF-WV-00752 | | DHHR_FEDWV_0489611 | DHHR_FEDWV_0489612 |
| 174 | DEF-WV-00753 | | DHHR_FEDWV_0489613 | DHHR_FEDWV_0489639 |
| 175 | DEF-WV-00754 | | DHHR_FEDWV_0491600 | DHHR_FEDWV_0491601 |
| 176 | DEF-WV-00755 | | DHHR_FEDWV_0491617 | DHHR_FEDWV_0491620 |
| 177 | DEF-WV-00756 | | DHHR_FEDWV_0492431 | DHHR_FEDWV_0492431 |
| 178 | DEF-WV-00757 | | DHHR_FEDWV_0492432 | DHHR_FEDWV_0492432 |
| 179 | DEF-WV-00758 | | DHHR_FEDWV_0494747 | DHHR_FEDWV_0494750 |
| 180 | DEF-WV-00759 | | DHHR_FEDWV_0494752 | DHHR_FEDWV_0494753 |
| 181 | MC-WV-00023 | | DHHR_FEDWV_0513224 | DHHR_FEDWV_0513226 |
| 182 | DEF-WV-00760 | | DHHR_FEDWV_0531873 | DHHR_FEDWV_0531903 |
| 183 | MC-WV-00024 | | DHHR_FEDWV_0597840 | DHHR_FEDWV_0597841 |

# **APPENDIX A**

| | | | | |
|---|---|---|---|---|
| 184 | DEF-WV-00761 | | DHHR_FEDWV_0616926 | DHHR_FEDWV_0616929 |
| 185 | MC-WV-00025 | | DHHR_FEDWV_0679898 | DHHR_FEDWV_0679898 |
| 186 | DEF-WV-00762 | | DHHR_FEDWV_0924141 | DHHR_FEDWV_0924142 |
| 187 | DEF-WV-00763 | | DHHR_FEDWV_0993207 | DHHR_FEDWV_0993208 |
| 188 | DEF-WV-00764 | | DHHR_FEDWV_0993217 | DHHR_FEDWV_0993219 |
| 189 | DEF-WV-00765 | | DHHR_FEDWV_0993224 | DHHR_FEDWV_0993225 |
| 190 | DEF-WV-00766 | | DHHR_FEDWV_0993234 | DHHR_FEDWV_0993235 |
| 191 | MC-WV-00026 | | DHHR_FEDWV_1011363 | DHHR_FEDWV_1011363 |
| 192 | DEF-WV-00767 | P-44214 | DHHR_FEDWV_1148108 | DHHR_FEDWV_1148108 DHHR_FEDWV_1148127 |
| 193 | DEF-WV-00768 | | DHHR_FEDWV_1149669 | DHHR_FEDWV_1149669 |
| 194 | DEF-WV-00769 | | DHHR_FEDWV_1160009 | DHHR_FEDWV_1160009 |
| 195 | DEF-WV-00770 | | DHHR_FEDWV_1434554 | DHHR_FEDWV_1434554 |
| 196 | | P-41152 | DHHR_FEDWV_0004711 | DHHR_FEDWV_0004712 |
| 197 | | P-41153 | DHHR_FEDWV_0008184 | DHHR_FEDWV_0008197 |
| 198 | | P-41154 | DHHR_FEDWV_0019968 | DHHR_FEDWV_0019970 |
| 199 | | P-41155 | DHHR_FEDWV_0027566 | DHHR_FEDWV_0027576 |
| 200 | | P-41156 | DHHR_FEDWV_0060012 | DHHR_FEDWV_0060013 |
| 201 | | P-41158 | DHHR_FEDWV_0078603 | DHHR_FEDWV_0078614 |
| 202 | | P-41159 | DHHR_FEDWV_0178886 | DHHR_FEDWV_0178888 |
| 203 | | P-41160 | DHHR_FEDWV_0555313 | DHHR_FEDWV_0555329 |
| 204 | | P-41161 | DHHR_FEDWV_1414143 | DHHR_FEDWV_1414183 |
| 205 | | P-41163 | DHHR_FEDWV_0244886 | DHHR_FEDWV_0244891 |

## APPENDIX A

| | | | | |
|---|---|---|---|---|
| 206 | | P-41165 | DHHR_FEDWV_0393049 | DHHR_FEDWV_0393078 |
| 207 | | P-41167 | DHHR_FEDWV_1247053 | DHHR_FEDWV_1247093 |
| 208 | | P-41168 | DHHR_FEDWV_1282467 | DHHR_FEDWV_1282522 |
| 209 | | P-41171 | DHHR_FEDWV_1317224 | DHHR_FEDWV_1317275 |
| 210 | | P-41172 | DHHR_FEDWV_1329120 | DHHR_FEDWV1329127 |
| 211 | | P-41174 | DHHR_FEDWV_1588266 | DHHR_FEDWV_1588271 |
| 212 | | P-41177 | DHHR_FEDWV_1601446 | DHHR_FEDWV_1601450 |
| 213 | | P-41178 | DHHR_ODCP_FEDWV_00000055 | DHHR_ODCP_FEDWV_00000071 |
| 214 | | P-44213 | DHHR_FEDWV_0317258 | DHHR_FEDWV_0317322 |
| 215 | | P-41179 | DHHR-BBH0001653 | DHHR-BBH0001653 |
| 216 | | P-41180 | DHHR-BBH0001869 | DHHR-BBH0001869 |
| 217 | | P-41181 | DHHR-BBH0002010 | DHHR-BBH0002010 |
| 218 | | P-41182 | DHHR-BBH0002018 | DHHR-BBH0002018 |
| 219 | | P-41523 | DHHR_FEDWV_1662505 | DHHR_FEDWV_1662505 |
| 220 | | P-41504 | GCSAPT_FEDWV_00004527 | GCSAPT_FEDWV_00004592 |