# EXHIBIT B
## EXCERPTS FROM THE DEPOSITION OF RAHUL GUPTA, M.D.
## 04/15/2021

1           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2
3
    * * * * * * * * * * * * * * * * * * * * * *
4
    THE CITY OF HUNTINGTON,
5
              Plaintiff,
6
    vs.                                    CIVIL ACTION
7                                         NO. 3:17-01362

    AMERISOURCEBERGEN DRUG
8   CORPORATION, et al.,
9             Defendants.
10  _____
11  CABELL COUNTY COMMISSION,
12            Plaintiff,
13  vs.                                    CIVIL ACTION
                                          NO. 3:17-01665
14  AMERISOURCEBERGEN DRUG
    CORPORATION, et al.,
15
              Defendants.
16
    * * * * * * * * * * * * * * * * * * * * * *
17
18
19         Videotaped and videoconference deposition
    of RAHUL GUPTA, M.D. taken by the Defendants under
20  the Federal Rules of Civil Procedure in the above-
    entitled action, pursuant to notice, before Teresa
21  S. Evans, a Registered Merit Reporter, all parties
    located remotely, on the 15th day of April, 2021.
22
23
24

Page 19

1  period of time, you were in private practice and
2  you held yourself out as an internist.  Correct?
3        A.   Amongst other areas as well, correct.
4        Q.   And my question to you then, with that
5  background, is:  Have you ever held yourself out as
6  an epidemiologist and solely an epidemiologist?
7        A.   I still do not understand the nature of the
8  question of being a physician solely as an
9  epidemiologist.  I can help to answer the question
10 this way:  That as the local health officer and
11 physician director, which is the official position
12 at Kanawha-Charleston Health Department, my role
13 from March of 2009 to December of 2014 - which was
14 almost six years - involved leading a team of
15 epidemiologists in a variety of work that included
16 conducting epidemiological surveys, studies,
17 analysis and policy making as a result of that work
18 for the largest county in the state of West
19 Virginia, which is Kanawha County.
20            Following that, because partly of that
21 work, the Governor of the state of West Virginia
22 asked me to serve as the State Health Officer,
23 which also requires to have - similar to
24 Kanawha-Charleston Health Department - a

Page 60

1          MS. MAINIGI:  Okay, that's fine.
2     Q.   Go ahead, Doctor Gupta.
3     A.   So basically my work from 2015 and '16 and
4  '17, it was the totality of the work that was
5  recognized for this award.  That really required a
6  asserted effort from day one, so going back, very
7  beginning, one of the first -- when I came into the
8  office in January of 2015, it became my priority
9  number one, priority number two and priority number
10 three, to start addressing or help address the
11 problem of the overdose deaths that we were facing,
12 as well as the nonfatal overdoses and the carnage
13 and the killing that was happening in West Virginia
14 around the clock of people because of the opioid
15 crisis.
16          So the first thing we did was:  We
17 created the first -- funded the first Harm
18 Reduction Program by providing seed funding to
19 Cabell-Huntington Health Department in Cabell
20 County, so we initiated that program.
21          I helped not only fund, but helped
22 begin that program with Doctor Kilkenny, as I
23 mentioned, worked very closely with Doctor Kilkenny
24 in Cabell-Huntington Health Department.

Page 61

1  　　　　　We then continued to utilize the model
2  of Cabell-Huntington Health Department's Harm
3  Reduction Program to expand to other areas of the
4  state.  In early 2017, I continued to see 15 to 20
5  percent rise in overdose deaths year after year
6  after year, so along with working to write the 1115
7  Medicaid waiver, expand -- remove the barriers to
8  treatment, work legislation, create the Office of
9  Drug Control Policy at the State level --
10 　　　　　One of the important things we did is:
11 We conducted a social autopsy.  The social autopsy
12 that was conducted, we looked at all of the deaths
13 from overdose that happened in 2016.  We -- we did
14 a CSI type of investigation to look at people's
15 deaths in the year before their deaths.
16 　　　　　We had very significant findings that
17 included that 90 percent of decedents have an
18 interaction with the -- you know, the PDMP or the
19 prescription drug monitoring -- Controlled
20 Substances Monitoring Program in West Virginia, as
21 we call it, and we found that a significant
22 percentage of women -- so half of the women that
23 died had filled a prescription within 30 days of
24 their death.

Page 62

1          We also found that if people went to
2   multiple pharmacies, that chances was as high as 70
3   percent of dying because of overdose.  We -- so we
4   had very significant findings like these, because
5   of which then we -- I put together a team to create
6   an opioid response plan of national and state
7   experts, including John Hopkins University,
8   Marshall University and West Virginia University.
9          They came out with a plan, 12-point
10  plan.  We -- I submitted that plan to the Governor.
11  As a result of this, basically -- and I don't want
12  to like take too much of this time.  But what
13  happened was:  Before I came, the rate of
14  prescription drugs and after I left, in the
15  country, it was down by 30 percent; in West
16  Virginia, because of these efforts, it was down by
17  53 percent.
18          In 2017 to 2018, because of the work
19  of 2017, the paper was recognized nationally, the
20  outcomes that would happen.  That was the only
21  year, from 2017 to 2018, that the nation had any
22  drops in overdose deaths, and nationally, there was
23  a drop of about 4 percent average.  But in West
24  Virginia, because of this work, we had 11 percent

1  BY MS. MAINIGI:
2      Q.  Doctor Gupta, I'm going to show you
3  Statement No. 3, Bullet No. 3 of Exhibit 58.
4          MS. MAINIGI:  Steve, could we scroll
5  down to it, please?
6          MR. RUBY:  Yep.  There's a little lag
7  here.  Sorry.
8          MS. MAINIGI:  Sorry.
9      Q.  Okay.  Doctor Gupta, why don't you take a
10 moment and read that?  Let me know when you're
11 ready.
12     A.  Okay.
13     Q.  Okay.  Statement 3 reads, "There is a
14 direct correlation between diverted prescription
15 pills and the transition to using street drugs such
16 as heroin, fentanyl, methamphetamine, etc."  Do you
17 agree with this statement, Doctor Gupta?
18     A.  Yes.
19     Q.  And what is your basis for this statement?
20     A.  Well, it's both the literature that exists
21 to support that as well as my experience and the
22 opinions that have resulted from my experience.
23     Q.  Okay.  Can you give me specific literature
24 references that would support that statement,

1  Statement 3?
2      A.   Sure.  You know, as -- I think back as
3  2014, Theo Cicero actually published a 50-year
4  analyses in general psychiatry that showed that,
5  you know, as much as 75 to 80 percent of the
6  transition that was happening in people who were
7  using heroin was actually -- they were the people
8  that were in fact looking at -- nowadays, were
9  transitioning from prescription drugs, as opposed
10 to the '60s where 80 percent of people were going
11 in the opposite direction.
12           So there's been a lot more literature
13 since that that shows about 80 percent of the
14 people that use heroin today have had their start
15 from prescription opioids to begin with.
16           Now, having said that, we saw very
17 similar facts in West Virginia.  We started to see
18 people that were often - because of a large volume
19 and diversion that resulted often in addiction were
20 utilizing prescription drugs, and as there was more
21 policy and actions that were being taken to address
22 that - part of that was reduction in supply - these
23 people really often, as an example, when there was
24 action on shutting down a pill mill, there were

Page 119

1  often people that would then not have a supply.
2              As a result of that, they would either
3  have two or three options.  One option was to go to
4  the emergency room.  We saw flooding of the
5  emergency room.
6              Second was to go to street drugs which
7  were much more readily available, cheap in terms of
8  heroin, or just die, overdose and die.
9              And we were seeing all of this.  So
10 our findings matched what was being published.  In
11 fact, there's been some work done by Sarah Mars in
12 Philly population that also showed very similar
13 numbers, and we were matching that up.
14             So as that began to happen, more and
15 more people transitioned to heroin, there began an
16 infiltration of cutting heroin with fentanyl by
17 drug dealers primarily to save costs, to make more
18 money.
19             And as that was happening, fentanyl,
20 of course, is a substance that's about 80 times
21 more potent than morphine, so because it was
22 uncontrolled, we were seeing batches of deaths
23 happening together because of bad batch of
24 fentanyl-cut heroin.

Page 120

1                   Across West Virginia, that was the
2    case.  When we had in 2016, fall of 2016 or so, an
3    outbreak in Huntington, West Virginia that was
4    first but not the only of its kind across the
5    country, where in a matter of hours, dozens of
6    people were overdosed and had to be taken to the
7    hospital.
8                   This was an example of where disease
9    from overdose was starting to simulate an
10   infectious disease, meaning you have a patient zero
11   and -- or -- which would actually be a drug dealer
12   that would have a bad batch, and that many people
13   would get impacted.
14                  Same thing happened in Beckley during
15   my tenure, and other places as well.
16                  So that -- that first phase was
17   prescription drugs.  The second phase, because of
18   increased volume -- the volume, diversion and
19   addiction was actually getting it on.
20                  And the action that followed was to
21   transition to heroin.  That was wave two, as CDC
22   describes it.
23                  The third wave was actually mixing of
24   heroin with synthetic opioids like fentanyl, and I

Page 163

```
 1   were prescribed?
 2        A.   Yes.
 3        Q.   So that's a matter of fact, not opinion.
 4   Right?
 5        A.   That's both a fact and an opinion.
 6        Q.   Well, it can be empirically proven,
 7   correct, whether it's true or not true?
 8        A.   It can be proven, and it also goes along
 9   with my experience as a physician and having to
10   visit the neonatal ICUs across the state of West
11   Virginia and neonatal ICUs across the country that
12   I see that.
13        Q.   And other than what you saw anecdotally
14   across the country and across West Virginia, was
15   there some sort of systemic research or information
16   compilation that was done by your department on
17   this issue?
18        A.   Absolutely.
19        Q.   What was that?
20        A.   We, first of all, created a clinical
21   definition for NAS that we had all the birthing
22   facilities in the state of West Virginia, including
23   Cabell County and City of Huntington's hospitals
24   agree to.
```

Veritext Legal Solutions
www.veritext.com                                   888-391-3376

1               And all of the doctors - meaning the
2    birthing physicians in Cabell County and all across
3    West -- across West Virginia, agreed to a common
4    definition.  Once we did that, we then started to
5    capture that definition and those diagnoses in a
6    program called Birth Score out of West Virginia
7    University.
8               We worked very closely with experts in
9    Marshall, at Marshall University, to measure the
10   amount of NAS that was happening.  And I'm using
11   NAS intermittently with NOWS, which is neonatal
12   opioid withdrawal syndrome, and we then
13   characterized the rate of NAS per county, and we
14   found that the average rate of NAS in the state was
15   5 percent.  That's 1 in 20 babies, which is the
16   highest by far of any state in the nation.
17              But we also found that some of the
18   counties had much higher rate, to the tune of 10
19   and over 10 percent.  Again, that's a published
20   report, available in the public domain.  And I -- I
21   don't have a -- you know, a lot of recollection
22   about every aspect of it.
23       Q.  Do you remember who within your
24   organization primarily did the research for that

1  report?
2       A.  It would have been the -- under my
3  supervision, the Department of Family and
4  Children's Services.
5       Q.  Statement 21.  Let's turn to that for a
6  moment.  "Children diagnosed with at birth have
7  noticeable difficulties learning and paying
8  attention."  Do you agree with that statement?
9       A.  Once again, diagnosed with NAS is what's
10 missing here, but if we could put "with" blank,
11 because that's just -- it's an error in the
12 statement.
13      Q.  Okay.
14      A.  So -- yeah.
15      Q.  So with that "NAS" added, do you agree with
16 that statement?
17      A.  Yes.
18      Q.  Now, you don't have any training in
19 neonatology or pediatrics, correct?
20      A.  Actually, I have had rotations during my
21 training in pediatrics and neonatology.
22      Q.  When you were a resident; is that correct?
23      A.  When I was in medical school, and I don't
24 remember if it was residency too.  But I've also

Page 166

1  done emergency room coverage that included -- as
2  well as my primary care practice, that included
3  children.
4       Q.  Okay.  And that includes neonatology as
5  well?
6       A.  I have not taken care of NICU babies, so
7  no.
8       Q.  Have you done any research on the incidence
9  of attention or learning deficits in children
10 diagnosed with NAS?
11      A.  Not personally, I have not.
12      Q.  Do you know what percentage of children
13 diagnosed with NAS exhibit noticeable difficulties
14 learning and paying attention?
15      A.  We are just at the precipice and that data
16 is evolving, so I can't tell you for certain what
17 that percent is.
18           (Background noise.)
19           MS. MAINIGI:  If someone is off mute,
20 could you please go on mute?  I hear some
21 background or interference.  Is there a --
22           MS. KEARSE:  Someone needs to be put
23 on mute.
24           (A discussion was had off the record

Page 167

1                    after which the proceedings continued
2                    as follows:)
3    BY MS. MAINIGI:
4         Q.   Doctor Gupta, do you have any studies or
5    reports that would support the statement in 21 that
6    you --
7         A.   Yes.
8         Q.   -- can give me?
9         A.   Yes.
10        Q.   What are they?
11        A.   There's a number of reports, including --
12   if you go to the CDC website, and that clearly
13   talks about some of the challenges in learning as
14   well as memory development, cognitive development
15   as a consequence of NAS.
16        Q.   Now, can you tell me what percentage of NAS
17   diagnoses result from prescription opioid use
18   versus illicit opioid use?
19        A.   Once again, very similar to people who die
20   and you cannot tell in them because the metabolites
21   are the same.  To the developing baby, it doesn't
22   really matter whether it's prescription or
23   otherwise, so --
24                    What I can tell you is:  We did

Page 168

1  studies in West Virginia at Bureau of Public Health
2  and we found that one out of five babies' cord
3  blood had a substance positive.  That was with --
4  that was inclusive of prescription as well as
5  illicit.
6              We also found that almost 15 percent
7  of intrauterine exposure was positive for
8  substances.  And I believe that was prescriptions.
9              But once again, I don't have access to
10 that data right now, so I cannot be 100 percent
11 certain at this point.
12      Q.  The one-out-of-five statistic, was that
13 something that was published by --
14      A.  Yes.
15      Q.  -- by who?
16      A.  We have published that.  So the first study
17 was published by -- by one of the neonatologists -
18 we funded the study at CAMC - Doctor Stefan
19 Maxwell.
20      Q.  22, "As children with NAS enter the
21 classroom, there will be noticeable, interruptive
22 and impulsive behavioral issues."  Do you agree
23 with that statement?
24      A.  Yes.

Page 169

1  Q. Are you making that statement as a mental
2  health professional?
3  A. I'm making that statement as a Commissioner
4  who has interacted with hundreds of teachers,
5  school board members and parents and has learned a
6  lot through interacting with actual West Virginians
7  on the ground.
8              It is my opinion with a reasonable
9  degree of certainty that children, as they're
10 growing up who are diagnosed initially with
11 neonatal abstinence syndrome have a significant
12 difficulty oftentimes with impulse control, with
13 focus in classroom issues and may sometimes get
14 misdiagnosed as ADD.
15 Q. Do you -- besides your own experience
16 talking to teachers and so forth, do you have any
17 studies that you can cite to?
18 A. Yes. So there's a lot of literature. I'm
19 happy to share with you. Some of the folks that
20 have worked on this is people like Stephen Patrick
21 at Vanderbilt and others. That literature is there
22 and is evolving and includes - which is not
23 mentioned here - some of the birth defects as well
24 of children with NAS.

Page 170

1    Q.  Okay.  And let's go back to No. 8.  No. 8
2 reads, "The opioid epidemic has lead to an increase
3 in the number of children entering the foster care
4 system, rapidly increasing child welfare costs to
5 the state."  Do you agree with that statement?
6    A.  Yes.
7    Q.  Now, the foster care system in West
8 Virginia was the responsibility of a different part
9 of DHHR than your office; is that correct?
10    A.  That's correct.
11    Q.  You did not oversee the foster care system,
12 did you?
13    A.  I did not.
14    Q.  Where did -- what's your basis for this
15 statement then?
16    A.  In addition to being the Commissioner of
17 the Bureau for Public Health, as I mentioned
18 before, I'm also -- I was also the State Health
19 Officer.  That being, it was my responsibility in
20 that role to be overseeing the -- you know, number
21 of other aspects of the public health system.
22         So we interacted frequently with and
23 worked closely with -- with the -- that particular
24 department, as well as our parent department, which

Page 171

1  is the Department of Health and Human Resources, as
2  I -- and I reported to my boss, which is the
3  Cabinet Secretary.
4         Now, clearly I was open to looking at
5  the data for the foster care system, and saw and
6  experienced in our budget presentations to the
7  legislature each year that we worked together with
8  the commissioners who create that, and we reported
9  on this.
10        The Cabinet Secretary is on the record
11 stating in his testimony - where I was present -
12 that about 90 percent of the cost of foster system
13 in West Virginia is associated in some form or
14 other with the opioid crisis or the substance use
15 disorder crisis.
16        So that's something that is on the
17 record from my boss, and of course, it's my opinion
18 based on that and some of the budgetary and other
19 factors and working closely with the -- my
20 co-agency, that this statement holds true with a
21 substantial -- and again, a reasonable degree of
22 certainty.
23     Q.  So opioid prescription medications require
24 a prescription; is that correct?