## APPENDIX A

| Page/Line Begin | | Page/Line End | |
|---|---|---|---|
| 665 | 21 | 666 | 12 |
| 666 | 22 | 667 | 2 |
| 671 | 4 | 671 | 7 |
| 671 | 11 | 673 | 6 |
| 671 | 11 | 673 | 6 |
| 671 | 11 | 672 | 4 |
| 672 | 7 | 672 | 18 |
| 673 | 2 | 673 | 16 |
| 673 | 7 | 673 | 16 |
| 673 | 19 | 673 | 19 |
| 679 | 18 | 680 | 5 |
| 680 | 8 | 680 | 8 |
| 698 | 12 | 698 | 12 |
| 701 | 2 | 701 | 11 |
| 709 | 2 | 709 | 6 |
| 709 | 10 | 709 | 10 |
| 712 | 7 | 713 | 4 |
| 713 | 20 | 714 | 1 |
| 714 | 5 | 714 | 14 |
| 715 | 4 | 716 | 3 |
| 716 | 9 | 716 | 9 |
| 716 | 11 | 716 | 20 |
| 716 | 24 | 717 | 2 |
| 717 | 6 | 717 | 6 |
| 720 | 8 | 720 | 11 |
| 720 | 14 | 720 | 14 |
| 722 | 11 | 722 | 17 |
| 722 | 24 | 723 | 3 |
| 723 | 8 | 723 | 8 |
| 724 | 12 | 724 | 20 |
| 725 | 1 | 725 | 1 |
| 755 | 8 | 755 | 15 |
| 759 | 19 | 760 | 2 |
| 770 | 6 | 770 | 11 |
| 770 | 17 | 770 | 18 |
| 771 | 14 | 771 | 17 |
| 771 | 20 | 771 | 20 |
| 772 | 10 | 772 | 13 |

| Page/Line Begin | | Page/Line End | |
|---:|---:|---:|---:|
| 772 | 18 | 772 | 18 |
| 807 | 2 | 807 | 19 |
| 807 | 24 | 807 | 24 |
| 815 | 9 | 815 | 14 |
| 815 | 18 | 815 | 18 |
| 822 | 15 | 823 | 24 |
| 824 | 2 | 824 | 8 |
| 824 | 13 | 824 | 13 |
| 840 | 23 | 841 | 18 |
| 841 | 23 | 842 | 4 |
| 842 | 18 | 842 | 25 |
| 843 | 5 | 843 | 17 |
| 843 | 20 | 843 | 23 |
| 846 | 7 | 847 | 4 |
| 847 | 17 | 847 | 22 |
| 848 | 3 | 848 | 6 |
| 848 | 10 | 848 | 10 |
| 849 | 12 | 849 | 14 |
| 849 | 22 | 850 | 1 |
| 882 | 24 | 883 | 3 |
| 883 | 5 | 883 | 5 |
| 884 | 4 | 884 | 16 |
| 929 | 20 | 930 | 1 |
| 930 | 6 | 930 | 8 |
| 930 | 10 | 930 | 11 |
| 956 | 13 | 957 | 1 |
| 957 | 4 | 957 | 20 |
| 957 | 23 | 957 | 23 |
| 957 | 25 | 957 | 25 |
| 958 | 4 | 958 | 4 |
| 958 | 6 | 958 | 8 |
| 958 | 12 | 958 | 18 |
| 958 | 22 | 958 | 22 |
| 967 | 17 | 968 | 19 |
| 968 | 22 | 968 | 22 |
| 968 | 24 | 969 | 11 |
| 1022 | 13 | 1022 | 21 |
| 1025 | 24 | 1025 | 25 |