# Quirk, Michael

| | |
|---|---|
| **From:** | Auto-Receipt <noreply@mail.authorize.net> |
| **Sent:** | Monday, May 3, 2021 7:56 AM |
| **To:** | Quirk, Michael |
| **Subject:** | EXTERNAL-Transaction Receipt from The West Virginia State Bar for $358.00 (USD) |

## Order Information

| | |
|---|---|
| Description: | Online Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 7da531544b9c1cbca99d |
| Customer ID | 44225 |

**Billing Information**　　　　　　**Shipping Information**
Michael Quirk
28 Bridgeside Blvd.
Mount Pleasan, SC 29464
US
mquirk@motleyrice.com

**Total: $358.00 (USD)**

## Payment Information

| | |
|---|---|
| Date/Time: | 3-May-2021 4:55:53 PDT |
| Transaction ID: | 63014861493 |
| Payment Method: | Visa xxxx0926 |
| Transaction Type: | Purchase |
| Auth Code: | 093408 |

## Merchant Contact Information

The West Virginia State Bar
Charleston, WV 25311
US
halls@wvbar.org
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.