McKESSON

# Regulatory Affairs Update



**RNA Leadership Team**

**Nate Hartle, Sr. Director
Regulatory Affairs**

November 20th, 2015


BUSINESS CARE CONNECTIVITY

Exhibit B

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    MCKMDL00430424

McKESSON

# Addressing Rx Drug Abuse & Heroin Use



**Rx Drug Use**
- 259 M prescriptions for opioids (2012)

**Rx Drug Misuse**
- 1.4 M emergency room visits (2011)

**Heroin Use**
- 4 out of 5 users started by misusing Rx opioids

**Overdose**
- 16,000 Rx opioid deaths (2013)
- Heroin overdoses rapidly increasing

*The Obama administration recently announced collective public and private sector efforts that focus on provider training, access to medication-assisted treatments and community awareness.*

Sources: White House Memorandum for the Heads of Executive Departments & Agencies Re: Addressing Prescription Drug Abuse and Heroin Use, October 21, 2015; DEA National Drug Threat Assessment 2015

McKesson Corporation - Proprietary & Confidential

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    MCKMDL00430425

# Our Program Design – A Regulatory View

| Suspicious Order Reporting (21 CFR § 1301.74(b)) | Effective Controls Against Diversion (21 U.S.C. § 823) | |
|---|---|---|
| Order Monitoring | Customer Monitoring | Diversion Monitoring |
| Analytics | Analytics | Analytics |
| Thresholds | Diligence | Diversion Trends |

# Enhancements to Suspicious Order Reporting

> **Distributor Responsibility to Identify and Report Suspicious Orders:**
>
> "The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances…Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency."

- Enhance monthly thresholds with a robust statistical model
- Thresholds will adjust based on actual purchases
- ISMC pilot is in process
- Data analysis for chains and health systems is underway
- Implementation is expected throughout 2016

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                MCKMDL00430427

# Model uses Actual Customer Purchase Data



- Each month recent customer data is used to assess purchase history and pharmacy size, which both account for variability and growth.

- The proxy for size (benchmark group) is updated monthly.

- Thresholds reset monthly based on new purchasing data (one month lag).

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    MCKMDL00430428

# Model calculates Threshold Options and allows for Due Diligence-based Thresholds

**1**

**New model thresholds**
*Lower of the two is "binding"*

**Same-Customer**
*(Customer Purchases)*

**Benchmark**
*(Similar Customer Comparison)*

- OR -

**2**

**Due Diligence**
*Based on Regulatory Affairs review*

# Same Customer Threshold Example



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                        MCKMDL00430430

# Benchmark Threshold Example



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    MCKMDL00430431

# Due Diligence Threshold Example

**Questionnaire**



**Site Visit/Call**





**TCR / Script & Dose Data**



**Licensure & Registration**





McKesson Corporation – Proprietary & Confidential

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00430432

McKESSON

# Next Steps

- Review of pilot results and analysis
- RNA data analysis has been completed and options reviewed
- AGI is re-calculating benchmark groupings
- Implementation plan and timeline will be modified and shared with PGORC/ORC
- Communication plans will be developed to support the rollout

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                     MCKMDL00430433



McKesson Corporation - Proprietary & Confidential

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00430434