P1.1437.1

MCKESSON

# Controlled Substance Monitoring
## Discount Drug Mart
*September 29th, 2017*

**Nate Hartle**
*Sr. Director – Regulatory Affairs*



MCKMDL00448596

Exhibit C

Case 3:17-cv-01362 Document 1318-2 Filed 05/03/21 Page 2 of 41 PageID #: 44924
Case 1:17-md-02804-DAP Doc #: 3082-5 Filed: 12/13/19 2 of 41 Page ID #: 444242
P1.1437.2

# Agenda



### **Scope of Problem**

Industry Updates

Regulatory Responsibilities

McKesson's CSMP

Discount Drug Mart Program Overview

Q & A | Open Discussion

MCKMDL00448597

Case 3:17-cv-01362 Document 1313-82 Filed 05/03/21 Page 3 of 41 PageID #: 44925
Case 3:17-md-02804-DAP Doc #: 3082-5 Filed: 02/13/19 Page 3 of 41. PageID #: 442745

**P1.1437.3**

## Scope of the Problem | Epidemic

**MCKESSON**



DEADLIEST DRUG EPIDEMIC ON RECORD
**IN OUR NATION'S HISTORY**

*"The drug problems of past decades pale when compared to the current opioid epidemic which has killed 165,000 Americans from 2000 to 2014."*







Source: National Safety Council. *Prescription Nation 2016: Addressing America's Drug Epidemic*. Retrieved November 7, 2016, from National Safety Council: http://www.nsc org/RxDrugOverdoseDocuments/Prescription-Nation-2016-American-Drug-Epidemic.pdf

MCKMDL00448598

Case 3:17-cv-01362 Document 1313-2 Filed 05/03/21 Page 4 of 41 PageID #: 44926
Case 3:17-md-02804-DAP Doc #: 3082-5 Filed: 03/18/19 Page 4 of 41 PageID #: 442246

**P1.1437.4**

## Scope of the Problem | Opioid Prescribing & Abuse          **MCKESSON**



**On an average day in the U.S.:**

📋 More than **650,000 opioid prescriptions** dispensed

📋 **3,900 people** initiate nonmedical use of prescription opioids

📋 **580 people** initiate heroin use

📋 **78 people** die from an opioid-related overdose

Opioid Prescriptions Dispensed by Retail Pharmacies, 1991 – 2013

Source 1: Department of Health & Human Services. *The Opioid Epidemic: By the Numbers*. Retrieved November 7, 2016, from Department of Health & Human Services:
http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf
Source 2: NIH: National Institute on Drug Abuse. *Prescription Opioid & Heroin Abuse*. Retrieved November 14, 2016, from NIH: National Institute on Drug Abuse: https://www drugabuse gov/about-nida/legislative-activities/testimony-to-congress/2015/prescription-opioid-heroin-abuse

MCKMDL00448599

Case 3:17-cv-01362 Document 1313-5 Filed 05/03/21 Page 5 of 41 PageID #: 44925
Case 3:17-md-02804 Document 3082-5 Filed 03/13/19 Page 5 of 41 PageID #: 44247

**P1.1437.5**

## Scope of the Problem | Opioid Prescribing & Abuse          **MCKESSON**



Source: Centers for Disease Control and Prevention, Vital Signs July 2017. *Opioid Prescribing – Where you live matters.* Retrieved August 22, 2017 from Centers for Disease Control and Prevention: https://www.cdc.gov/vitalsigns/pdf/2017-07-vitalsigns.pdf

MCKMDL00448600

Case 3:17-cv-01362 Document 1313-2 Filed 05/03/21 Page 6 of 41 PageID #: 44926
Case 3:17-md-02804-DAP Document 3582-5 Filed 12/13/19 Page 6 of 41 PageID #: 44248

**P1.1437.6**

## Scope of the Problem | Overdose Death Statistics

**MCKESSON**



7/25/2018 McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448601

# Scope of the Problem | Overdose Death Statistics

**MCKESSON**



Source: Centers for Disease Control and Prevention, NCHS Data Visualization Gallery. *Drug Poisoning Mortality: United States, 1999–2014.* Retrieved November 14, 2016, from Centers for Disease Control and Prevention: https://blogs.cdc.gov/nchs-data-visualization/drug-poisoning-mortality/

MCKMDL00448602

Case 3:17-cv-01362 Document 1313-8 Filed 05/03/21 Page 8 of 41 PageID #: 44980
Case 1:17-md-02804-DAP Doc #: 3012-5 Filed: 12/18/19 8 of 41. PageID #: 444246

P1.1437.8

## Scope of the Problem | Overdose Death Statistics (2015)

**M<sup>c</sup>KESSON**

### Opioid Overdose Death Rates and All Drug Overdose Death Rates per 100,000 Population (Age-Adjusted)



Source:  Kaiser Family Foundation analysis of Centers for Disease Control and Prevention (CDC), National Center for Health Statistics. Multiple Cause of Death 1999-2015 on CDC WONDER Online Database, released 2016. Data are from the Multiple Cause of Death Files, 1999-2015, as compiled from data provided by the 57 vital statistics jurisdictions through the Vital Statistics Cooperative Program. Accessed at http://www.kff.org/other/state-indicator/opioid-overdose-death-rates  on August 23, 2017.

8       7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448603

# Ohio | 2016 Data

**MCKESSON**



Figure 1. Number of Fentanyl and Related Drug Deaths and Percentage of Unintentional Overdose Deaths, by Year, Ohio, 2012-2016

Source: Ohio Department of Health, Bureau of Vital Statistics; analysis conducted by ODH Violence and Injury Prevention Program. Includes Ohio residents who died due to unintentional drug poisoning (underlying cause of death ICD-10 codes X40-X44).

Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

MCKMDL00448604

# Ohio| 2016 Data

**MCKESSON**



Figure 7. Number of Unintentional Drug Overdose Deaths Involving Selected Drugs, by Year, Ohio, 2000-2016

Source: Ohio Department of Health, Bureau of Vital Statistics; analysis conducted by ODH Violence and Injury Prevention Program.
Multiple drugs are usually involved in overdose deaths. Individual deaths may be reported in more than one category.
Includes Ohio residents who died due to unintentional drug poisoning (underlying cause of death ICD-10 codes X40-X44).
* Excludes deaths involving fentanyl and related drugs.

Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

MCKMDL00448605

# Ohio | 2016 Data

**MᶜKESSON**



Figure 5. Prescriber OARRS Queries, Ohio, 2011-2016

Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

MCKMDL00448606

Case 3:17-cv-01362 Document 1318-2 Filed 05/03/21 Page 12 of 41 PageID #: 44924
Case 1:17-md-02804-DAP Doc #: 3082-5 Filed: 12/28/18 42 of 41 PageID #: 44252
**P1.1437.12**

# Ohio| 2016 Data



Source: Ohio Department of Health. Drug Overdose Data and Publications. Retrieved September 29, 2017, from http://www.odh.ohio.gov/-/media/ODH/ASSETS/Files/health/injury-prevention/2016-Ohio-Drug-Overdose-Report-FINAL.pdf?la=enDepartment of Health & Human Services: http://www.hhs.gov/sites/default/files/Factsheet-opioids-061516.pdf

MCKMDL00448607

# Agenda



Scope of Problem

## **Industry Updates**

Regulatory Responsibilities

McKesson's CSMP

Discount Drug Mart Program Overview

Q & A | Open Discussion

MCKMDL00448608

P1.1437.14

# Industry Updates | **National Drug Control Strategy**

**MCKESSON**



**Policy Focus:** Preventing and Addressing **Prescription Drug** Misuse and **Heroin** Use

**Four Pillars**:

1. Education
2. Monitoring
3. Disposal
4. Enforcement

Source: Office of National Drug Control Policy. *2015 National Drug Control Strategy*. Retrieved February 10, 2016, from Office of National Drug Control Policy: https://www.whitehouse.gov/sites/default/files/ondcp/policy-and-research/2015_national_drug_control_strategy_0.pdf

MCKMDL00448609

# Industry Updates | DEA 360 Strategy

MCKESSON





## DEA 360 Strategy
*Working Together to Break the Cycle of Drug Trafficking, Drug Violence, and Drug Abuse*

**What is DEA 360?**
A comprehensive approach tackling the cycle of violence and addiction generated by the link between drug cartels, violent gangs, and the rising problem of prescription opioid and heroin abuse in U.S. cities. DEA 360 involves:

- Coordinated *Law Enforcement* operations targeting all levels of drug trafficking organizations and violent gangs supplying drugs to our neighborhoods
- Engaging drug manufacturers, wholesalers, practitioners, and pharmacists through *Diversion Control* to increase awareness of the opioid epidemic and encourage responsible prescribing practices, and use of opioid painkillers throughout the medical community
- *Community Outreach* and partnership with local organizations following enforcement operations, equipping and empowering communities to fight the opioid epidemic

**National Partners with Local Reach:**
- U.S. Attorney's Office - Pittsburgh
- Boys & Girls Clubs of America
- Community Anti-Drug Coalitions of America
- DEA Educational Foundation
- DOJ – Violence Reduction Network
- The Elks Club
- HHS - Substance Abuse and Mental Health Services Administration
- White House Office of National Drug Control Policy
- Partnership for Drug-Free Kids



Heroin/ Prescription Opioid Overdose Epidemic:
**120** Drug overdose deaths per day
**1/2** of these deaths are pharmaceutical opioids or heroin related

**Goals:**
- Stopping the deadly cycle of heroin and opioid pill abuse by eliminating drug trafficking organizations and gangs fueling violence on the streets and cycles of addiction in our communities
- Partnering with the medical community and others to raise awareness of the dangers of prescription opioid misuse and the link to heroin
- Strengthening community organizations best positioned to provide long-term help and support for building drug-free communities



*For more information: Contact DEA Public Affairs at (202) 307-7977*

Strategy for **prescription opioid** and **heroin** abuse:

✓ **Enforcement**: A commitment to stopping violence associated with drug trafficking

✓ **Diversion**: Enlisting DEA's registrant population in the fight against opioid abuse

✓ **Community**: Leaving something lasting and positive in the communities DEA serves

*Pilot in West Memphis, AR, St. Louis, MO, Pittsburgh, PA, Milwaukee, WI*

Source: Statement of Louis J. Milione, Deputy Assistant Administrator, Office of Diversion Control, DEA before the Committee on the Judiciary, United States Senate, for a Hearing entitled "Attacking America's Epidemic Of Heroin And Prescription Drug Abuse" presented January 27, 2016. http://www.dea.gov/divisions/hq/2015/hq111015-DEA%20360%20Strategy%20Fact%20Sheet.pdf, Accessed February 10, 2016.

MCKMDL00448610

Case 3:17-cv-01362 Document 1312-3 Filed 05/03/21 Page 16 of 41 PageID #:44958
Case 1:17-md-02804-DAP Doc #: 3012-5 Filed: 12/18/19 16 of 41 PageID #:444256

P1.1437.16

## Industry Updates | Today's Heroin Epidemic

**MCKESSON**





Source: Centers for Disease Control and Prevention, Vital Signs July 2015. *Today's Heroin Epidemic*. Retrieved February 10, 2016, from Centers for Disease Control and Prevention: http://www.cdc.gov/vitalsigns/pdf/2015-07-vitalsigns.pdf

16    7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448611

Case 3:17-cv-01362 Document 1315-3 Filed 05/03/21 Page 17 of 41 PageID #: 44259
Case 1:17-md-02804-DAP Doc #: 3012-5 Filed: 12/18/19 17 of 41. PageID #: 444257

P1.1437.17

# Industry Updates | Chasing the Dragon

**MCKESSON**



*Chasing the Dragon* is a documentary film from DEA and FBI;

✓ Aimed at educating high school students & young adults of the dangers of addiction

✓ Message is deterrence since opioid addiction can take hold after first use

Source: FBI National Press Office. *FBI, DEA Release Documentary Film Addressing Heroin/Prescription Drug Abuse*. Retrieved February 10, 2016, from FBI: https://www.fbi.gov/news/pressrel/press-releases/fbi-dea-release-documentary-film-addressing-heroin-prescription-drug-abuse

MCKMDL00448612

P1.1437.18

**MCKESSON**

# Agenda



Scope of Problem

Industry Updates

**Regulatory Responsibilities**

McKesson's CSMP

Discount Drug Mart Program Overview

Q & A | Open Discussion

MCKMDL00448613

Case 3:17-cv-01362-4 Document 1318-2 Filed 05/03/21 Page 19 of 41 PageID #:44941
Case 1:17-md-02804-DAP Doc #: 3012-5 Filed: 12/18/19 Page 19 of 41 PageID #:442553

P1.1437.19

# Regulations | The Supply Chain

**MCKESSON**

*Prescription drug abuse is a **national problem**, requiring an **industry-wide solution**.*



**MANUFACTURERS**

Suspicious Order
Monitoring

Effective Controls
Against Diversion

**DISTRIBUTORS**

Suspicious Order
Monitoring

Effective Controls
Against Diversion

**PHARMACIES**

Corresponding
Responsibility

**PRACTITIONER**

Legitimate
Medical Need

MCKMDL00448614

## CSA Checks & Balances | Practitioners

**MCKESSON**

*"A prescription for a controlled substance to be effective must be issued for a **legitimate medical purpose** by an individual practitioner acting in the usual course of professional practice."* (21 CFR §1306.04(a))



MCKMDL00448615

Case 3:17-cv-01362 Document 1313-2 Filed 05/03/21 Page 21 of 41 PageID #: 44948
Case 1:17-md-02804-DAP Doc #: 3012-5 Filed: 12/28/19 Page 21 of 41 PageID #: 442261

P1.1437.21

## CSA Checks & Balances | Pharmacists

**MCKESSON**

*"The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, but a **corresponding responsibility** rests with the **pharmacist** who fills the prescription."* (21 CFR § 1306.04(a))





MCKMDL00448616

## CSA Checks & Balances | Distributors & Manufacturers    **MⓒKESSON**

*"Maintenance of **effective controls against diversion** of particular controlled substances into other than legitimate medical, scientific, and industrial channels..."* (21 U.S.C. §823/21 CFR §1301.71(a))

**EXAMPLES**



| Vault/Safe Standards | Access Control | Alarm Systems | Theft & Loss Reporting | Inventory Monitoring |

*"The registrant shall **design** and **operate** a system to disclose to the registrant **suspicious orders** of controlled substances. . . . Suspicious orders include orders of unusual **size**, orders deviating substantially from a normal **pattern**, and orders of unusual **frequency**."* (21 CFR §1301.74(b))

MCKMDL00448617

# Agenda



Scope of Problem

Industry Updates

Regulatory Responsibilities

## **McKesson's CSMP**

Discount Drug Mart Program Overview

Q & A | Open Discussion

MCKMDL00448618

Case 3:17-cv-01362 Document 1315-3 Filed 05/03/21 Page 24 of 41 PageID #: 44946
Case 1:17-md-02804-DAP Doc #: 3012-5 Filed: 12/18/19 24 of 41. PageID #: 444264

# McKesson CSMP | Mission & Operating Principles

**MCKESSON**

---

U.S. Pharma Controlled Substance Monitoring Program

### *Mission Statement*

Our mission is to manage U.S. Pharma's Controlled Substance Monitoring Program as a nationwide regulatory compliance program that is informed by diversion trends and our customers. Through our program, we strive to strengthen the understanding of the prescription drug abuse epidemic across the industry with dialogue and collaboration.

**MCKESSON**



U.S. Pharma Controlled Substance Monitoring Program

### *Operating Principles*

As we continue to design our program, we will adhere to the following operating principles:

- **Risk-based** — Comprehensively covers all controlled substances and all customers, while driving the greatest focus on those presenting a higher risk of diversion.

- **Uniform** — Generates consistent execution against nationwide standards and requirements.

- **Sustainable** — Achievable over the long term.

- **Contemporary** — Refreshed on an ongoing basis to address current diversion trends, while reflecting the legitimate business models of our customers as they evolve.

- **Defined** — Meets regulations as they are applicable to wholesalers. Other registered entities in the supply chain have their own independent responsibility to achieve compliance.

**MCKESSON**

MCKMDL00448619

P1.1437.25

# McKesson CSMP | Design/Framework

MCKESSON



MCKMDL00448620

Case 3:17-cv-01362 Document 1318-5 Filed 05/03/21 Page 26 of 41 PageID #: 44246
Case 3:17-md-02804 Document 1: 3012-5 Filed 12/18/19 Page 26 of 41. PageID #: 442266

P1.1437.26

## McKesson CSMP | RNA Team

**MCKESSON**



**Nate Hartle**
Sr. Director
*Minneapolis, MN*



**Michael Oriente**
Director
*Philadelphia, PA*



**Adam Palmer**
Sr. Manager
*Indianapolis, IN*



**Micheal Bishop**
Manager
*Las Colinas, TX*



**Adam Shepherd**
Regulatory Assistant
*Las Colinas, TX*

## Sr. Director Leadership Background:

✓ Retail Diversion
✓ Special Investigations
✓ Data, Analytics & Intelligence
✓ Industry Leadership

## Team Backgrounds / Skill Sets:

✓ Regulatory Affairs
✓ Retail Diversion Analytics & Investigations
✓ Internal Data & Systems
✓ Distribution Center Operations
✓ Retail National Account Experience
✓ Project Management
✓ Clinical Research Compliance

MCKMDL00448621

Case 3:17-cv-01362 Document 1318-2 Filed 05/03/21 Page 27 of 41 PageID #: 44949
Case 3:17-cv-01362 Document 1516-5 Filed 12/13/19 Page 27 of 41 PageID #: 44267

P1.1437.27

## McKesson CSMP | Diligence – "Know Our Customer"

**MCKESSON**



MCKMDL00448622

Case: 1:17-cv-01362 Document 1313-3 Filed 05/03/21 Page 28 of 41 PageID #: 44950
Case: 1:17-md-02804-DAP Doc #: 3012-5 Filed: 12/18/19 28 of 41 PageID #: 44956

P1.1437.28

# McKesson CSMP | Onboarding & Monitoring

**MCKESSON**

## Onboarding

**Chain Diligence:**
- ✓ Pharmacy Operations
- ✓ CS Compliance Program & Policies
- ✓ Business Model / Processes
- ✓ Dispensing Data Review

**Registrant Diligence:**
- ✓ Licensure & Registration
- ✓ Questionnaires (If Applicable)
- ✓ Dispensing Data (If Applicable)

**Threshold Establishment**

## Monitoring

**Ongoing Diligence:**
- ✓ Event Triggered Reviews
- ✓ Data Analysis - Outlier Identification
- ✓ HQ Follow Up / Site Visits

**Threshold Management (TCRs):**
Business Justification
- ✓ Dispensing Data
- ✓ Independent Retail Specific
  - • Recent Questionnaire (12M)
  - • Personnel Information

**Suspicious Order Reporting**

## Statistics, Analytics & Diversion Trends

MCKMDL00448623

P1.1437.29

MCKMDL00448624

MCKMDL00448625

**P1.1437.30**

Case 3:17-cv-01362 Document 1318-2 Filed 05/03/21 Page 31 of 41 PageID #: 44958
Case: 1:17-md-02804-DAP Doc #: 3012-5 Filed: 12/18/19 31 of 41. PageID #: 444271

P1 1437 31



MCKMDL00448626

P1.1437.32

MCKMDL00448627

P1.1437.33

MCKMDL00448628

Case 3:17-cv-01362 Document 1313-2 Filed 05/03/21 Page 34 of 41 PageID #: 44256

P1.1437.34

MCKMDL00448629

Case 3:17-cv-01362 Document 1315-2 Filed 05/03/21 Page 35 of 41 PageID #: 44957
Case: 1:17-md-02804-DAP Doc #: 3012-5 Filed: 12/18/19 35 of 41 PageID #: 444275

P1.1437.35

MCKMDL00448630

P1.1437.36



MCKMDL00448631

Case: 1:17-md-02804-DAP Doc #: 3012-5 Filed: 12/18/19 37 of 41. PageID #: 444277
Case 3:17-cv-01362 Document 1315-2 Filed 05/03/21 Page 37 of 41 PageID #: 44959

P1.1437.37



MCKMDL00448632

Case 3:17-cv-01362 Document 1318-2 Filed 05/03/21 Page 38 of 41 PageID #: 44960
Case 3:17-md-02804-DAP Doc #: 3012-5 Filed: 12/16/19 38 of 41 PageID #: 442760

**P1.1437.38**

# McKesson CSMP | Education & Awareness

**MCKESSON**

## Red Flags

There are numerous "red flags" indicating possible prescription drug misuse, abuse and diversion. Some common red flags suggested by the DEA and certain state boards of pharmacy include:

### Prescription Drug Abuse Landscape

**Current Drug Abuse Trends**
Overdose Mortality Rates per 100,000 People (2010)



**What Can You Do? Practical Tips**

DEA registrants are **always** responsible for meeting their responsibilities. For pharmacists and pharmacy owners, this means ensuring corresponding responsibility to determine that prescriptions are written for medical purposes by practitioners acting in the usual course of their practice. One way in which the pharmacist and pharmacy owner can meet these practices is to better understand their controlled substances by looking at data to circumstantially determine if diversion may be occurring.

1. **Closely monitor the drugs of concern.** All controlled substances have the potential for abuse, with those in schedule II having a higher potential for abuse. Some of the more commonly diverted controlled substances include hydrocodone, hydromorphone, oxymorphone, alprazolam, etc.

2. **Know your pharmacy's ordering patterns.** What is your pharmacy's controlled substances to non-controlled substances? What is the amount of each controlled substance? What is your typical dosage unit per prescription? Maintaining awareness will help you recognize changes.

### Pattern Prescribing

Pharmacists need to be particularly alert for prescriptions for the same drugs, quantities or diagnosis codes coming from the same doctor. Further, the use of rubber stamps is another key red flag.

### Antagonistic Drugs

Look for prescriptions written for antagonistic drugs (e.g., depressants and stimulants).

### Drug Cocktails

Flag and scrutinize prescriptions for drug cocktails (e.g., opioids with benzodiazepines and/or carisoprodol).

### Large Quantities

Look at the quantities. High doses and/or high quantities of drugs are often a key indicator of abuse.

### Doctor Patterns

Be on the lookout for doctors that write significantly more prescriptions compared to other doctors in your area.

### Beyond Specialty

Question prescriptions written by doctors for infirmaries not consistent with their area of specialty (e.g., dentist writing ADHD prescriptions).

### Geographic Flags

Notice geographic anomalies, such as prescriptions written by a local prescriber for out-of-state patients, or situations in which the pharmacy is not near the patient or the prescriber.

### Unlikely Coincidences

Situations such as customers with shared addresses presenting similar prescriptions from the same physician on the same day can also prove fraudulent.

### False Caregivers

Further, you will want to scrutinize customers presenting prescriptions for other people.

### Cash Payments

Customers paying cash may require additional scrutiny.

### Early Refills

Customers requesting early refills of controlled substances should be questioned and may require additional scrutiny.

### Suspicious Behavior

Look for signs of nervousness such as being overly talkative, agitated, emotionally volatile, evasive, etc.

### Signs of Forgery

Fraudulent or forged prescriptions can often be identified by the following characteristics:

- False contact information
- Misspellings
- Photocopies
- Alterations to prescriptions
- Different inks or handwriting
- Quantity, directions or dosages differ from usual medical usage
- No abbreviations used or non-standard abbreviations

MCKMDL00448633

Case: 1:17-cv-01863-DAP Document #: 130-2 Filed: 05/03/21 Page 39 of 41 PageID #:442764

**MCKESSON**

# Agenda



Scope of Problem

Industry Updates

Regulatory Responsibilities

McKesson's CSMP

**Discount Drug Mart Program Overview**

Q & A | Open Discussion

MCKMDL00448634

Case: 3:17-cv-01362 Document 1319-3 Filed 05/03/21 Page 40 of 41 PageID #: 44962
Case: 1:17-md-02804-DAP Doc #: 3012-3 Filed: 12/18/19 40 of 41. PageID #: 444263

P1.1437.40

## Controlled Substances | Discount Drug Mart CSMP

**McKESSON**

## Discussion Topics:

- Overview of Pharmacy Business

- Regulatory/Compliance Structure

- Policies & Procedures

- Training & Education

- Analytics, Monitoring & Follow Up

- Known Outliers

MCKMDL00448635

Case: 1:17-md-02804-DAP Doc #: 5012-5 Filed: 12/18/19 41 of 41. PageID #: 444261

P1.1437.41

MCKESSON



 7/25/2018 McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448636