# EXHIBIT B
**HAD_MDL_000029706-000029710
(FILED UNDER SEAL)**