# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date:   5/5/2021                                                   Case Number   3:17-cv-01362

Case Style   The City of Huntington, West Virginia vs. AmerisourceBergen Drug Corporation

Type of hearing   Bench Trial

Before the honorable: 2512-Faber

Court Reporter   Ayme Cochran                    Courtroom Deputy  Cindy Lilly

Attorney(s) for the Plaintiff or Government

Paul Farrell

Attorney(s) for the Defendant(s)

Steven Ruby

Law Clerk   Allison Skinner,

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:00 AM | 9:54 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:02 AM | 10:04 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:35 AM | 12:00 PM | Court actively conducting trial proceedings/Contested proceedings |
| 2:00 PM | 3:26 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:47 PM | 4:15 PM | Court actively conducting trial proceedings/Contested proceedings |
| 4:20 PM | 4:57 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 04:52

## Courtroom Notes

Scheduled Start: 9:00 a.m.
Actual Start: 9:00 a.m.
Court Reporters: Ayme Cochran and Lisa Cook
Appearances:
Plaintiffs:
Paul Farrell, Anthony Majestro, Mike Fuller, Mildred Conroy, Pearl Robertson, Peter Mougey, Mike Woefel, David Ackerman, Rusty, Webb, Annie Kouba, Mark Pifko, Anne Kearse, Linda Singer, Temitoe Leyimu, Troy Rafferty, Erin Dickinson
Defendants:
Robert Nicholas, Shannon McClure, Joseph Mahady, Gretchen Callas, Elizabeth Campbell, Chris, Casalenuovo, Enu Mainigi, Jennifer Wicht, Suzanne Salgado, Ashley Hardin, Isia Jasiewicz, Steve Ruby, Caitlin Anderson, Paul Schmidt, Tim Hester, Laura Flahive Wu, Andrew Stanner, Jeff Wakefield, Rob Park

9:05 a.m
Dr. David T. Courtwright sworn and examined

9:54 a.m.
Recess

10:02 a.m.
In session - no questions from defendants

10:04 a.m.
Recess

10:35 a.m.
In session, Dr. Rahul Gupta sworn and examined

12:00 p.m.
Recess

2:00 p.m.
In session, examination of Dr. Gupta continues

3:26 p.m.
Recess

3:47 p.m.
In session, examination of Dr. Gupta continues

4:15 p.m.
Recess

4:20 p.m.
In session, examination of Dr. Gupta continues

4:57 p.m.
Recess