UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

THE CITY OF HUNTINGTON,

      Plaintiff,

v.                                              CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

      Defendants.

CABELL COUNTY COMMISSION,

      Plaintiff,

v.                                              CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

      Defendants.

## **NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION**

    The attorney listed below files this change of firm name and contact information for the above-listed Plaintiffs and respectfully requests that his firm name and contact information be updated on the docket sheet maintained by the Clerk of the Court. Service of all further pleadings, notices, filings, correspondence, orders, and other documents should be made upon the following attorney at the following address and/or through the Court ECF filing system, as registered:

Paul T. Farrell, Jr. (WV Bar No. 7443)
**FARRELL & FULLER, LLC**
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
T: 939-293-8244
C: 304-654-8281
Email: paul@farrellfuller.com

Please change your records accordingly.

        Respectfully submitted,

        *s/ Paul T. Farrell, Jr.*
        Paul T. Farrell, Jr. (WV Bar No. 7443)
        **FARRELL & FULLER, LLC**
        1311 Ponce De Leon, Suite 202
        San Juan, PR 00907
        T: 939-293-8244
        C: 304-654-8281
        Email: paul@farrellfuller.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2021, a true copy of the Notice of Change of Firm Name and Contact Information was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            *s/ Paul T. Farrell, Jr.*
                                            Paul T. Farrell, Jr. (WV Bar No. 7443)