```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                           AT CHARLESTON


_____x
                              :
THE CITY OF HUNTINGTON,       :       Civil Action
                              :
            Plaintiff,        :       No.  3:17-cv-01362
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
            Defendants.  :
_____x
                              :
CABELL COUNTY COMMISSION,     :       Civil Action
                              :
            Plaintiff,        :       No. 3:17-cv-01665
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
            Defendants.  :
_____x
```

BENCH TRIAL - VOLUME 5
BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
UNITED STATES DISTRICT COURT
IN CHARLESTON, WEST VIRGINIA


MAY 7, 2021

**APPEARANCES:**

**For the Plaintiff,**
**Cabell County Commission:**

**MR. PAUL T. FARRELL, JR.**
Farrell & Fuller, LLC
1311 Ponc De Leon, Suite 202
San Juan, PR  00907

**MR. ANTHONY J. MAJESTRO**
Powell & Majestro
Suite P-1200
405 Capitol Street
Charleston, WV  25301

**MR. DAVID I. ACKERMAN**
Motley Rice
Suite 1001
401 9th Street NW
Washington, DC

**MR. PETER J. MOUGEY**
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Suite 600
316 South Baylen Street
Pensacola, FL  32502

**MR. MICHAEL J. FULLER, JR.**
Farrell & Fuller
Suite 202
1311 Ponce De Leon
San Juan, PR  00907

**APPEARANCES (Continued):**

**For the Plaintiff,**
**Cabell County Commission:**

**MS. MILDRED CONROY**
The Lanier Law Firm
Tower 56
126 East 56th Street, 6th Floor
New York, NY  1022

**MS. PEARL A. ROBERTSON**
Irpino Avin Hawkins Law Firm
2216 Magazine Street
New Orleans, LA  70130

**MR. MICHAEL W. WOELFEL**
Woelfel & Woelfel
801 Eighth Street
Huntington, WV  25701

**MR. CHARLES R. WEBB**
The Webb Law Center
716 Lee Street East
Charleston, WV  25301

**MS. ANNIE KOUBA**
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

**MR. MARK P. PIFKO**
Baron & Budd
Suite 1600
15910 Ventura Boulevard
Encino, CA  91436

**For the Plaintiff,**
**City of Huntington:**

**MS. ANNE MCGINNESS KEARSE**
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

**MS. LINDA J. SINGER**
Motley Rice
Suite 1001
401 Ninth Street NW
Washington, DC  20004

**MS. TEMITOPE LEYIMU**
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

**For the Defendant,**
**Cardinal Health:**

**MS. ENU MAINIGI**
**MS. JENNIFER WICHT**
Williams Connolly
725 Twelfth Street NW
Washington, DC  20005

**MS. SUZANNE SALGADO**
725 Twelfth Street NW
Washington, DC  20005

**MR. STEVEN R. RUBY**
Carey Douglas Kessler & Ruby
901 Chase Tower
707 Virginia Street, East
Charleston, WV  25301

**APPEARANCES (Continued):**

**For the Defendant,**
**Cardinal Health:**

**MS. ASHLEY W. HARDIN**
**MR. ISIA JASIEWICZ**
Williams & Connolly
25 Twelfth Street, NW
Washington, DC  20005

**APPEARANCES (Continued):**

**For the Defendant,**
**McKesson:**

**MR. TIMOTHY C. HESTER**
**MR. PAUL W. SCHMIDT**
**MS. LAURA M. FLAHIVE WU**
**MR. ANDREW STANNER**
Covington & Burling
One City Center
850 Tenth Street NW
Washington, DC  20001

**MR. JEFFREY M. WAKEFIELD**
Flaherty Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV  25338-3843

**APPEARANCES (Continued):**

**For the Defendant,**
**AmerisourceBergen Drug Corporation:**

**MS. SHANNON E. MCCLURE**
**MR. JOSEPH J. MAHADY**
Reed Smith
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA  19103

**MS. GRETCHEN M. CALLAS**
Jackson Kelly
P.O. Box 553
Charleston, WV  25322

**APPEARANCES (Continued):**

**MR. ROBERT A. NICHOLAS**
Reed Smith
Suite 3100
Three Logan Square
1717 Arch Street
Philadelphia, PA  19103

**MS. ELIZABETH CAMPBELL**
1300 Morris Drive
Chesterbrook, PA  19087


Court Reporter:              Ayme Cochran, RMR, CRR
Court Reporter:              Lisa A. Cook, RPR-RMR-CRR-FCRR

Proceedings recorded by mechanical stenography;
transcript produced by computer.

```
 1          PROCEEDINGS had before The Honorable David A. Faber,

 2    Senior Status Judge, United States District Court, Southern

 3    District of West Virginia, in Charleston, West Virginia, on

 4    May 7, 2021, at 9:00 a.m., as follows:

 5               THE COURT:  Is Ms. Priddy in the courtroom?

 6               MS. WU:  Yes, Your Honor.

 7               THE COURT:  Okay.  You may resume the witness

 8    stand, ma'am.

 9          Wait just a minute.  Mr. Nicholas?

10               MR. NICHOLAS:  I'm sorry, Your Honor.

11               THE COURT:  That's okay.

12               MR. NICHOLAS:  Just quickly, we see that in the

13    courtroom today is Mayor Williams, among others.  And

14    perhaps another fact witness who is going to testify

15    factually later on in the trial.  I know at least with Mayor

16    Williams, what he's going to be discussing very much

17    overlaps with what we're hearing from both Ms. Priddy,

18    actually, and Chief Rader, who is going to testify this

19    morning.

20          So, my request, and I do recognize that Mayor Williams

21    is a representative for the City of Huntington, you know, so

22    I ask this gingerly, but I do ask that he be excused during

23    this testimony this morning.

24               THE COURT:  Mr. Farrell?

25               MR. FARRELL:  Thank you, Your Honor.  So, Mayor
```

```
 1    Williams is the representative of the City of Huntington,

 2    duly elected.  I also have the pleasure of introducing again

 3    Ms. Kelly Sobonya, who is a County Commissioner representing

 4    the County in these proceedings.  We think it's proper for

 5    them to watch the actual trial of their case.

 6              THE COURT:  I'm going to let them stay in the

 7    courtroom, Mr. Nicholas.

 8              MR. NICHOLAS:  Thank you, Your Honor.

 9              THE COURT:  I think they are appropriate

10    representatives of the parties here.

11         All right.  Ms. Priddy, now you can come to the stand.

12    And you're still under oath, of course.

13              THE WITNESS:  Yes, sir.

14              THE COURT:  All right.  Ms. Wu.

15              FURTHER CROSS EXAMINATION

16              BY MS. WU:

17    Q.   Good morning, Ms. Priddy.  Thank you for coming back

18    this morning.

19    A.   Good morning.

20    Q.   I promise to be brief.  I wanted to start by circling

21    back to some testimony you gave yesterday just as a point of

22    clarification.

23         Ms. Priddy, yesterday, you testified concerning a

24    heartbreaking story about a car crash involving a mother and

25    her three children; do you recall that?
```

1    **A.**   Yes, uh-huh.

2    **Q.**   A member of our team found a news article about that

3    event.  The news article describes a March 3rd, 2017 crash

4    on Interstate 64 in Milton.  Is that the crash that you

5    testified about yesterday?

6    **A.**   I'm assuming it was, yes.

7    **Q.**   According to the news article, Ms. Priddy, blood work

8    process after the crash found alcohol and Benzodiazepines,

9    Xanax-type drugs in the driver's system, but no opioids.  Is

10   it possible that the driver in that event was not opioid

11   impaired?

12   **A.**   It was certainly possible.  I know that at the scene

13   the mother was present and she had told the crews at the

14   scene that she used opioids.

15   **Q.**   But that may not have been what was shown in the

16   toxicology report?

17   **A.**   Yes, if you're saying that.

18            THE COURT:  Did they say she used opioids in

19   proximity to the crash or just in general?

20            THE WITNESS:  In general, I believe, and in

21   proximity to the crash.  That's why the mother followed her

22   per our understanding.

23            COURT REPORTER:  I'm sorry.  That why the mother

24   --

25            THE WITNESS:  Followed her.  Or was very --

1    arrived on the scene very soon after the crash happened.

2    **Q.**    Thank you, Ms. Priddy.  Now, I'd like to move on to

3    another subject.

4    **A.**    Uh-huh.

5    **Q.**    You were involved in creating something called the

6    Resiliency Plan, correct?

7    **A.**    I was not directly involved in that, no.  I was on a

8    committee, but I did not develop that.

9    **Q.**    So, you participated in a committee that helped create

10   the Resiliency Plan, correct?

11   **A.**    I was -- yes.  I was on a committee, even though I

12   didn't actively participate in developing the plan.

13   **Q.**    Okay, thank you.  The Resiliency Plan purports to set

14   out a plan to respond to the opioid crisis in Cabell County,

15   correct?

16   **A.**    Correct.

17   **Q.**    And you attended meetings at the offices of Paul

18   Farrell, Jr. in order to confer with others in the community

19   about the plan, correct?

20   **A.**    Correct.

21   **Q.**    The Resiliency was prepared in anticipation of this

22   litigation, the potential payout from this litigation,

23   correct?

24   **A.**    My understanding, yes.

25   **Q.**    Ms. Priddy, yesterday, you testified that heroin and

1    illict Fentanyl are a problem in Cabell County, correct?

2    **A.**    Correct.

3    **Q.**    Drug trafficking organizations bring heroin and illicit

4    Fentanyl into the Cabell community, correct?

5    **A.**    I'm assuming, yes.

6    **Q.**    The Peterson Drug Trafficking Organization, a

7    well-known organization from Detroit, had operated in the

8    Cabell area for years, correct?

9    **A.**    I'm not aware of any particular name, no.

10   **Q.**    Ms. Priddy, when federal, state and local law

11   enforcement took down the Peterson Drug Trafficking

12   Organization from Detroit, you were quoted in the press as

13   crediting that takedown as one reason contributing to the

14   decrease in overdoses in early 2018; do you recall that?

15   **A.**    I don't recall that specific comment.  Is that when

16   they did a big drug raid?  Then yes, and I -- I still don't

17   know the particulars of that, but yes.

18   **Q.**    When local law enforcement, along with federal and

19   state partners, participates in a big drug break, it can

20   have an impact on the overdose rates in the local community,

21   correct?

22   **A.**    Correct.

23          MS. WU:  Thank you, Ms. Priddy.  No further

24   questions.

25          THE COURT:  Any more cross examination of Ms.

```
 1    Priddy?

 2              SIMULTANEOUS SPEAKERS:  No, Your Honor.

 3              MS. QUEZON:  Yes, Your Honor.

 4              THE COURT:  May she be excused?  Oh, you have some

 5    redirect?

 6              MS. QUEZON:  Just a little it.

 7                       REDIRECT EXAMINATION

 8              BY MS. QUEZON:

 9    Q.   Good morning, Ms. Priddy.

10    A.   Good morning.

11    Q.   Ms. Priddy, yesterday on cross examination, you were

12    asked about data from the Cabell Health Department regarding

13    moving from prescription opioids to illicit opioids.  Do you

14    recall being asked that?

15    A.   I do.

16    Q.   What is that data and what does it show?

17    A.   So, through the Harm Reduction Program at

18    Cabell-Huntington Health Department, Dr. Kilkenny had taken

19    it upon himself to actually interview individuals that were

20    in the Harm Reduction Program and he regularly shares those

21    statistics with some of us.

22              THE COURT:  Just a minute.

23              MS. WU:  Your Honor, I object.  This is beyond the

24    scope of cross.

25              MS. QUEZON:  Your Honor, she was asked
```

```
1    specifically about this exact data.  They asked her who did

2    it.  This was yesterday afternoon, Your Honor.  They asked

3    her who did it.  She said the Cabell Health Department.

4    They asked at least six questions about it without asking

5    her what is the data and I'm simply letting the Court know

6    what that data is that was referred to yesterday on cross

7    examination.

8             MS. WU:  Your Honor, Ms. Priddy testified that she

9    didn't have personal knowledge of the data or how it was

10   collected during her testimony yesterday.

11            THE COURT:  Yes.  It's hearsay, isn't it?

12            MS. QUEZON:  Judge, this was done by the Cabell

13   Health Department, so under 8038, it would come in as an

14   exception.

15            MS. WU:  Your Honor, the witness testified

16   yesterday that she didn't have personal knowledge of the

17   data, only its existence, and for that reason --

18            THE COURT:  Ms. Hardin?

19            MS. WU:  -- she can't lay the foundation.

20            MS. HARDIN:  I also think she just testified --

21            THE COURT:  You need to --

22            MS. HARDIN:  I'm sorry.  I think she also just

23   testified to just what Dr. Kilkenny is saying, so she's just

24   repeating out-of-court statements.

25            THE COURT:  I'll sustain the objection.
```

```
 1              BY MS. QUEZON:
 2   Q.    All right.  Ms. Priddy, additionally on cross
 3   examination yesterday, you were asked regarding the
 4   percentage of overdose runs, EMS overdose runs, that were
 5   opioid-related.  Do you recall being asked those questions?
 6   A.    Yes, ma'am.
 7   Q.    And based upon your personal calculations, what
 8   percentage of the overall EMS overdose runs are
 9   opioid-related?
10   A.    That would be 90 to 95 percent of those.
11   Q.    Now, additionally, you were asked some questions about
12   the availability of treatment beds and even your deposition
13   testimony was put on the screen and I believe both yesterday
14   and in your deposition you had said that things were better
15   than they were in 2017.  Do you remember that line of
16   questioning?
17              MS. WU:  Your Honor, objection, leading.
18              MS. QUEZON:  I'm just trying to get her back to
19   the point, Your Honor.
20              THE COURT:  Well, I think that's an introductory
21   question taking her to an area of inquiry.  Overruled.
22              BY MS. QUEZON:
23   Q.    So, in that area, can you please explain to the judge
24   how it's better than it was in 2017?  We'll start there.
25   A.    So, there's several more treatment facilities available
```

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1    within our community.  At least initially, we were taking

2    almost everyone out of our community to get help.  So,

3    there's two or three more facilities there.  There's some

4    other services.

5         And it aided in the Quick Response Team being able to

6    get people into treatment.  So, in no way, shape or form do

7    I feel like that it solved the problem.  It's just helping.

8    We'll take any help we can get.

9    **Q.**   And what is still needed?

10   **A.**   Resources.  We need -- like I had -- I think I alluded

11   to yesterday, it would be very nice to have a follow-up

12   team.  It would be nice to have in the community health and

13   wellness events where we could actually reach out to

14   individuals that maybe couldn't make it to, you know, one of

15   the healthcare facilities there in town.  A follow-up team.

16   You know, there's just lots of things.  Transportation.

17   **Q.**   And let's talk about -- let's talk about the treatment

18   beds themselves.  So, can you tell the Court out of the --

19   out of the knocks on the door that QRT Team does, out of the

20   hundred percent of suspected overdose patients, how many

21   does QRT actually reach and find?

22   **A.**   So, Your Honor, that would be between 50 and 60 percent

23   of the individuals that we actually find.  So, it would be

24   wonderful to have a way, a mechanism, to get more

25   information about the individual, whether it be a current

```
 1   phone number.  We've really instructed our EMS personnel to
 2   try and get more information so we can find them but, you
 3   know, just finding the individual sometimes is very
 4   difficult.  So --
 5   Q.   And then, of that 50 to 60 percent that QRT actually
 6   can find, what percentage of that go into treatment and are
 7   filling those beds that we talked about yesterday?
 8   A.   That would be 30 percent.
 9   Q.   Now, Ms. Priddy, do you still have Defense Exhibit -- I
10   guess it's McKesson WV-02098?
11   A.   I don't.  I didn't bring anything.  I apologize.
12            MS. QUEZON:  Your Honor, may I approach the
13   witness?
14            THE COURT:  Yes.
15            MS. QUEZON:  I don't have extra copies.  This is
16   just my copy, but this is the exhibit.
17            THE WITNESS:  Thank you, ma'am.
18            BY MS. QUEZON:
19   Q.   Now, Ms. Priddy, previously, we had entered an exhibit
20   that talked about the overdose runs and Narcan use from 2015
21   through 2018.  Can you tell the Court how this document is
22   different?
23   A.   So, this document contains much more substantial data
24   for a longer period of time.  That's the first thing I see.
25   Q.   And what years?
```

1   **A.**   Okay, '14 through '21, the first quarter.

2   **Q.**   And are these your numbers?

3   **A.**   Yes, ma'am, these are my numbers.

4   **Q.**   And did you calculate these numbers the same way you

5   did for the 2015, 2016, 2017 and 2018?

6   **A.**   Yes, I did.

7   **Q.**   So, all we're doing is adding those first three -- or

8   the last three months of 2014?

9   **A.**   Yes.  Yes.  That's when the system went into place,

10   yes, ma'am.

11   **Q.**   And then, what are we adding on the tail-end?

12   **A.**   I think we added 2020 and the first quarter of 2021.

13   **Q.**   And, again, you calculated these the same way you

14   calculated the other ones that we've already entered into

15   evidence?

16   **A.**   Yes, exactly the same.

17           MS. QUEZON:  Your Honor, we would seek to enter

18   this into evidence.

19           THE COURT:  Do you have any objection to this?

20           MS. WU:  No objection.

21           THE COURT:  Hearing no other objections, it's

22   admitted.

23       **MCKESSON DEFENSE EXHIBIT WV-02098 ADMITTED**

24           BY MS. QUEZON:

25   **Q.**   Now, you were shown a demonstrative of -- it was like a

```
 1    -- it looks like this.

 2    A.   Yes.  I remember that.

 3    Q.   It's easier just to hold it up.

 4    A.   Easier.

 5            MS. QUEZON:  Okay.  Can we -- can we pull up the

 6    -- no, no, the our demonstrative of the entire time frame,

 7    please?

 8            BY MS. QUEZON:

 9    Q.   All right.  Ms. Priddy, obviously, this is a

10    demonstrative of the information that you have in front of

11    you.  Does that appear to be accurate?

12    A.   That's a graph form of what is right in front of me,

13    yes, ma'am.

14    Q.   And let's look, if we can.  There was some talk

15    yesterday about -- and it's on your screen if you need it.

16    A.   Oh, it's not.

17    Q.   Oh, it's not?

18    A.   No, ma'am.

19    Q.   Oh, I'm sorry.  It's supposed to be.  There was some

20    talk yesterday about the spike that happened after COVID,

21    the COVID shutdown.

22    A.   Yes.

23    Q.   Do you recall that?

24    A.   Yes, ma'am.  Uh-huh.

25    Q.   All right.  Let's look at that, if we can.  Now, first,
```

```
1    let's get some reference.  Is this when the QRT Team,

2    December 17th, is that when the QRT Team first started

3    knocking on doors?

4    A.    17, yes, ma'am.

5    Q.    Okay.  And we see at least some decrease.  We've got a

6    few spikes here continuing to kind of go in the right

7    trajectory.  And then what happens in -- I'm missing it.

8    There we go -- in May of 2020?

9    A.    May, yes, ma'am.  Yes.

10   Q.    And is this when the QRT Team had to stop working?

11   A.    Yes.  Through April and into the first part of May is

12   when we stopped making those personal visits.

13   Q.    When -- in realtime, were you aware of this spike in

14   overdoses?

15   A.    So, in realtime, yes, we could absolutely see that.

16   Q.    And what did the QRT Team decide to do when you saw

17   what was happening in the community?

18   A.    They decided to put PPE on, social distance, and go

19   back out.

20   Q.    And based upon your review of the Cabell County EMS

21   overdose runs, did that -- did the numbers start to come

22   down again?

23   A.    Yes, ma'am.

24   Q.    And what happens in July?

25   A.    In --
```

```
 1   Q.   Of this year?

 2   A.   Of this year?  Okay.  I'm blank.  I'm sorry.

 3   Q.   When does the grant end?

 4   A.   Oh, this year?  I thought you meant 2020.

 5   Q.   No.

 6   A.   I'm so sorry.  I was thinking -- June 30th of 2021, all

 7   of our grant funding from the two grants that we're working

 8   off of ends.

 9           MS. QUEZON:  I have no further questions, Your

10   Honor.

11           THE COURT:  Any recross, Ms. Wu?

12           MS. WU:  Very briefly, Your Honor.

13           THE COURT:  May Ms. Priddy be excused?

14           MS. QUEZON:  I think she said briefly, Your Honor.

15           THE COURT:  Oh, I'm sorry.  I thought you said no.

16           THE WITNESS:  You were trying to work with me

17   there, weren't you?

18                    RECROSS EXAMINATION

19           BY MS. WU:

20   Q.   Ms. Priddy, I'll be very brief.  Thank you for your

21   patience.  Counsel just asked you about your personal review

22   of the number of opioid-related EMS runs; do you recall

23   that?

24   A.   I do.

25   Q.   Do you know how many suspected overdose runs involve
```

1    polysubstance abuse, an event where more than one drug is

2    involved?

3    **A.**   I do not.

4    **Q.**   And the actual EMS overrun data does include the drug

5    or drugs involved in any suspected EMS -- suspected overdose

6    event, correct?

7    **A.**   It does not.

8    **Q.**   And EMS does not receive the toxicology results that

9    may come after any suspected overdose event, correct?

10   **A.**   No.

11        MS. WU:  And then, Your Honor, I have one

12   housekeeping matter.  Plaintiffs' counsel just moved in

13   McKesson WV-02098 and, for completeness, we would move in

14   2099, 2100, 2101.  Those were the compilation of the

15   overdose runs.

16        MS. QUEZON:  I'm so sorry.  I misunderstood.  You

17   just want the entire packet it?  That's what I meant to do,

18   so no objection at all.

19        MS. WU:  Certainly.

20        THE COURT:  All right.  They're -- is there one

21   exhibit or several exhibits?

22        MS. WU:  They're separate exhibits, Your Honor,

23   but we used them as a compilation.

24        THE COURT:  And you identified all of them?

25        MS. WU:  Yes, Your Honor.

```
 1              THE COURT:  They're all admitted.
 2     MCKESSON DEFENSE EXHIBITS WV-2099, WV-2100, WV-2101 ADMITTED
 3              MS. WU:  Thank you.
 4          Thank you, Ms. Priddy.
 5              MS. QUEZON:  Nothing further, Your Honor.
 6              THE COURT:  Now may Ms. Priddy be excused?
 7              MS. QUEZON:  Yes, Your Honor.
 8              THE COURT:  Thank you very much for being here.
 9     Thanks for coming back today.  We appreciate your help and
10     you're excused.
11              THE WITNESS:  I appreciate it very much.  I hope
12     you like my outfit.  I had to dig it out of my dirty clothes
13     drawer.  Thank you, sir.
14          (Laughter)
15              THE COURT:  Okay, Mr. Farrell.
16              MR. FARRELL:  I have two very brief administrative
17     matters.  We have our next witnesses ready and it will be
18     our last live witness of the day.  Afterwards, we intend to
19     present and proffer for the record the video deposition
20     testimony of Nate Hartle and Thomas Prevosnik.  I believe
21     counsel has been conferring back and forth to do it the
22     proper way.
23          The second item is, is that yesterday, I had asked to
24     be entered in the record P-9999, which was the consent order
25     for Deleno Webb, and I would ask for a substitution of
```

```
1    exhibits.  We have it on our Exhibit List as P-42370 and
2    what my intention is, is to circulate a copy to counsel, let
3    them compare the two, and then, before we adjourn today, to
4    address it.
5              THE COURT:  You're going to substitute the new
6    exhibit for an old one that was admitted previously?
7              MR. FARRELL:  The exhibit that I admitted
8    yesterday, I didn't have an exhibit number on it and so I
9    made one up of P-9999.  We have the exact document on our
10   Exhibit List with a P number.  So, for consistency numbers,
11   I will have them review it to look at it and then, ask
12   after, before we adjourn, to substitute the documents.
13             MR. MAHADY:  Your Honor, very briefly.
14             COURT REPORTER:  I'm sorry, sir.  What's your
15   name?
16             MR. MAHADY:  Joe Mahady for AmerisourceBergen.
17        On Mr. Farrell's first housekeeping item, the Thomas
18   Prevoznik designations, we will wait until he raises that.
19   There is some back-and-forth between the parties that are
20   handling this issue and we'll address it at that time, but
21   we may have to have some discussion.
22             THE COURT:  Okay.  So, you're asking me not to
23   admit the substitute exhibit he just offered?
24             MR. MAHADY:  I'm not concerned about the
25   substitute exhibit.  I have no objection to that.
```

1          THE COURT:  All right.  Then the substitution is

2     permitted and the new exhibit is admitted and the old one is

3     withdrawn.

4                **PLAINTIFF EXHIBIT P-42370 ADMITTED**

5                **PLAINTIFF EXHIBIT P-9999 WITHDRAWN**

6          MR. FARRELL:  Judge, may I approach the bench?

7          THE COURT:  Yes, please.

8          THE COURT:  Okay.  I'm sorry, Ms. Hardin.

9          MS. HARDIN:  Your Honor, the defendants would like

10     to be heard on an issue before Chief Rader is called to the

11     stand.

12          THE COURT:  All right.  You may proceed.

13          MS. HARDIN:  Thank you, Your Honor.  Ashley Hardin

14     for Cardinal Health.

15        Your Honor, we're concerned that Chief Rader is going

16     to get into some issues on which we filed a motion in

17     limine.  It was our motion in limine number 1 about personal

18     stories of opioid addiction and Your Honor deferred ruling

19     on that motion until you could hear the testimony, but we'd

20     like to remind the Court and the plaintiffs of the ruling,

21     which is that none of that evidence should come in unless

22     there is a -- a link in a meaningful way between the

23     evidence.  That's Your Honor's words in Docket 1297.

24     Plaintiffs must be able to link the evidence to the

25     defendants in a meaningful way.

```
 1        And we don't want to interrupt the witnesses as they're
 2   testifying about -- about these issues, but we want to -- we
 3   want to raise this with the Court now.
 4        I think that the testimony from Ms. Priddy about the
 5   crash on I-64 illustrates the problem.  I mean, this
 6   morning, she started talking about what the mother at the
 7   scene told someone that told someone that she heard later.
 8   So, it's not only a lack of nexus to the defendants, but
 9   it's hearsay in many respects and, so far as we can tell,
10   many of these stories may not, in fact, even have anything
11   to do with opioids.  That's what we think is the case with
12   that crash on I-64.  So, no link could possibly be provided.
13        So, we will object as the testimony comes in.  I think
14   that's what Your Honor would like us to do, but we're just
15   raising this issue now just out of respect to the witness
16   and to the Court.
17             THE COURT:  Thank you for giving me a heads up on
18   that, Ms. Hardin, and --
19             MS. KEARSE:  Your Honor, may I just approach
20   for -- - I can --
21             THE COURT:  Yes, ma'am.
22             MS. KEARSE:  Good morning, Your Honor.  Just real
23   briefly, and I know we'll go through this when the witness
24   comes in here, but we expect Jan, Chief Jan Rader, to
25   actually testify in regard to her personal knowledge, her
```

1    personal observations in the normal course of her duties as

2    she's worked throughout the City of Huntington for the past

3    30 or so years with that, as well.

4        And also, under Fourth Circuit law of lay witness

5    opinion testimony, to the extent it's by the knowledge that

6    she has and the virtue of her position, also with the

7    Mayor's Office of Drug Control Policy.  So, everything will

8    be stemming from her specific work within the City and

9    County and don't expect to get into a lot of --

10           THE COURT:  Well, I'll deal with the specifics as

11   they come up, Ms. Kearse.

12           MS. KEARSE:  Thank you, Your Honor.

13           THE COURT:  All right.  You may call the witness.

14           MS. KEARSE:  Your Honor, plaintiffs call Chief Jan

15   Rader.

16           THE COURT:  Okay.

17           COURTROOM DEPUTY CLERK:  Would you please state

18   your name?

19           THE WITNESS:  Jan Kathleen Rader.

20           COURTROOM DEPUTY CLERK:  Did you say Kathleen?

21           THE WITNESS:  Kathleen with a K.

22           COURTROOM DEPUTY CLERK:  Thank you.

23       Please raise your right hand.

24       **CHIEF JAN K. RADER, PLAINTIFF WITNESS, SWORN**

25           COURTROOM DEPUTY CLERK:  Thank you.  Please take a

```
 1    seat.
 2              MS. KEARSE:  Your Honor, may I approach just so
 3    the witness has water?
 4              THE COURT:  Yes, please.
 5              THE COURT:  Chief Rader, it will help me if you
 6    don't remind removing your mask while you're testifying.
 7              THE WITNESS:  Thank you very much, sir.  I was
 8    hoping maybe you would say that.
 9              THE COURT:  I'm setting a bad example for
10    everybody for not wearing one myself.
11              THE WITNESS:  That's okay.  I'm sure you're
12    vaccinated, right?
13              THE COURT:  Yes.
14                       DIRECT EXAMINATION
15              BY MS. KEARSE:
16    Q.   Good morning, Chief Rader.  Can you introduce yourself
17    to the Court?
18    A.   Yes.  I'm Jan Rader.  I work for the City of
19    Huntington.  My current position is Fire Chief.
20    Q.   Chief Rader, I will ask you to put the microphone just
21    a little closer to you.
22    A.   Okay.  So, you're calling me short?  Okay.
23    Q.   I would not do that to you, Chief Rader.
24         Chief Rader, how long have you been with the Huntington
25    Fire Department?
```

1    **A.**    August 1st of this year will be 27 years.

2    **Q.**    Can you just go briefly through your -- how you came to

3    where you are today as Chief of the Fire Department for City

4    Of Huntington?

5    **A.**    Well, I came -- I came up through the ranks and I am

6    also an old medic.  I went to nursing school at 40 while

7    working for the Fire Department, so I used to work on my

8    days off from the Fire Department at Cabell Huntington

9    Hospital in the emergency room.

10         Mayor Williams had seen me in the emergency room taking

11    care of his parents and, when he decided to start an Office

12    of Drug Control Policy here locally, he asked me to serve

13    and I jumped at the chance because I think it's just so

14    important.  And he actually even appointed me to the chief's

15    position in March of 2017.

16    **Q.**    Chief Rader, how long have you been a member or a part

17    of the community of the City of Huntington?

18    **A.**    For almost 27 years, but I grew up right across the

19    river in Ironton, Ohio.  I attended Marshall University.

20    So, it's been a big part of my life.

21    **Q.**    And what made you decide to be a firefighter?

22    **A.**    Weird story.  I was managing a jewelry store in the DC

23    area, Tyson Corner Center, to be exact, and a woman

24    collapsed in the doorway in cardiac arrest and I felt

25    absolutely helpless and I called 911 and watched and a

```
 1    couple women stopped and did CPR on her until the Fire
 2    Department showed up.
 3         And there was a woman with the Fire Department and I
 4    just didn't realize that that was an option for women.  And
 5    so, I started looking into it and I took the test over
 6    there.  And my brother was a minister in Huntington at the
 7    time and he said come back home.  We want you to come back
 8    home.  So, I did.
 9    Q.   And what year was that?
10    A.   That was in 2 -- or '94.  1994.
11    Q.   So, you've been a firefighter since 1994?
12    A.   Yes, ma'am.
13    Q.   And, Chief Rader, you mentioned you are a nurse.  Were
14    you an emergency room nurse?
15    A.   Yes, ma'am.
16    Q.   And can you tell the Court when and where were you an
17    emergency room nurse?
18    A.   I started working at Cabell Huntington Hospital in June
19    of 2008 as a part-time employee on my days off from the Fire
20    Department and I continued to work there through March of
21    2016 because I was working so diligently on the opioid
22    epidemic for the City of Huntington.
23    Q.   And, Chief Rader, you mentioned briefly how you got to
24    be within the department.  Can you tell the Court how you
25    went in the ranks to obviously be the Chief of the Fire
```

1    Department?

2    **A.**    Well, kind of goes, you know, Private to Lieutenant,

3    then Captain, Deputy Chief.  I was promoted to this position

4    by Mayor Williams from the rank of Deputy Chief.

5    **Q.**    And for some people who aren't from Huntington, just

6    from your living there since -- for 27 years, how would you

7    describe the community in general?

8    **A.**    I love Huntington.  I love the close-knit way that we

9    take care of each other.  You know, I was raised that you

10   take care of those who can't take care of themselves and

11   that's what we do in Huntington.

12   **Q.**    Chief Rader, as the Chief of the Fire Department, can

13   you tell the Court, what are your responsibilities?

14   **A.**    Well, I'm responsible for a department that's budgeted

15   for 95 individuals, 95 firefighters.  We currently have, I

16   think, 88, and I'm responsible for watching the budget,

17   making sure the firefighters have what they need.  I go on

18   significant runs to assist them, if need be.

19   **Q.**    Does the Huntington Fire Department have a mission?

20   **A.**    We do.  It's a very long mission statement, but we're

21   there basically to protect and save lives and property.

22   That's how you boil it down.  So, that's what we do.  We

23   took an oath to save lives and to protect property.

24   **Q.**    And would you consider yourself and your department

25   first responders?

1    **A.**    Yes.

2    **Q.**    And can you tell the Court what's involved as a first

3    responder for the City of Huntington Fire Department?

4    **A.**    Yes.  You know, a lot of times, if people don't know

5    who to call, it's something unusual, they call the Fire

6    Department because we have a very unique tool set.  It is

7    also state law here in West Virginia that all firefighters

8    are trained to the basic level of CPR and first aid and, as

9    long as I've been on the job, we first respond for Cabell

10    County EMS on all life threatening medical emergencies

11    within the city limits.

12          So, we don't do transport, but we're there to assist

13    them.  We have six stations and a lot of times, they're busy

14    and we can get there first and start what we call basic life

15    support.  And that's through CPR, rescue breathing and,

16    lately, for several years, it's been administering naloxone,

17    which is an opioid reversal drug.

18    **Q.**    Chief Rader, throughout the years that you've been

19    involved as a first responder in your career, have you seen

20    a change throughout the time that you've been serving the

21    City of Huntington?

22    **A.**    Yes, ma'am, I have.  You know, when I started my career

23    in August of '94, I didn't see a lot of death.  I didn't see

24    overdoses.  Occasionally, you might see one.  It typically

25    would pertain to alcoholism, things like that, the local

1    alcoholics that people knew on a first-name basis.

2          And mid-2000s, that started changing and I was also

3    seeing it working in the emergency room, but we started

4    seeing overdoses and, at these scenes, we would see pill

5    bottles, oxycodone, hydrocodone, typically.  And then, about

6    -- it just kind of started escalating.  And then about I'm

7    going to say around 2012-ish, it really just skyrocketed and

8    we were on opioid overdoses constantly and it just continued

9    to rise.

10         Nobody is immune from it.  You know, I've seen -- I've

11   been on overdoses as long -- as young as 12 and as old as 78

12   and it's heartbreaking.  There's no boundaries here.

13   **Q.**   And we'll go into a little bit more of that.  So, chief

14   Rader, you mentioned that the number of calls rose.

15              MS. KEARSE:  And I'd like to approach and present

16   Exhibit 41398 to Ms. Rader.  Your Honor, may I approach?

17              THE COURT:  Yes.

18              THE WITNESS:  Thank you.

19              BY MS. KEARSE:

20   **Q.**   Chief Rader, can you identify this document for the

21   Court?

22   **A.**   Yes.  Yes, ma'am, I can.  I felt -- I do this on a

23   regular basis.  I prepared this document for not only Mayor

24   Williams, but City Council, so that they can see what we are

25   experiencing as first responders in the City of Huntington.

1    This is a summary broken down by type of calls that we've

2    responded to.  Every call that we go on, we have to write a

3    report and it's uploaded to the national -- it's NFIRS,

4    National Fire Incident Reporting System.

5         And so the first column, of course, is the year.  The

6    total is how many calls that the Huntington Fire Department

7    responded on for that year.  The next column is rescues and

8    that includes our medical assist for Cabell County EMS and

9    NFIRS has a code that groups everything that would include

10   an overdose, but we found a way.

11        We use a software called Firehouse and we were able to

12   create a method of separating our overdoses from our regular

13   rescue calls in 2017.  So, in 2017, if you look at the

14   second column under Rescue, the number in parentheses is the

15   number of overdoses that the Huntington Fire Department went

16   on in 2017.  So, that was 1,241.

17   **Q.**   So, let's highlight between 2010 and 2017.  We can walk

18   through that.  What does it show in 2010?

19   **A.**   2010, it showed that we went on 1,238 total rescue

20   calls that would included overdoses, but I -- the only way I

21   can break that out is if I read every report.

22   **Q.**   And then, we went over 2017, Chief Rader, and this is

23   an official document from the Office of the Fire Chief, as

24   it's designated in the top right of that document?

25   **A.**   Yes, it is.  It is.

1         MS. KEARSE:  Your Honor, I would like to admit

2    41398 for the record.

3         THE COURT:  Is there any objection?

4         MR. NICHOLAS:  No objection.

5         THE COURT:  It's admitted.

6              **PLAINTIFF EXHIBIT 41398 ADMITTED**

7         BY MS. KEARSE:

8    **Q.**   And do these calls also include responses by your first

9    responders in regards to opioid overdoses?

10   **A.**   Yes, they do.

11   **Q.**   Does your department also respond to other types of

12   calls?

13   **A.**   We do.  We respond to car wrecks, structure fires,

14   which are in a separate column here, alarms, all kinds of

15   things.  Now, I did state that we first respond for Cabell

16   County EMS on life threatening medical emergencies.  An

17   opioid overdose is a life threatening medical emergency;

18   whereas, other overdoses typically are not a life

19   threatening medical emergency.

20   **Q.**   And how do you distinguish the two?

21   **A.**   Well, if you're not breathing, you know, you -- you've

22   got a five-minute window to get them breathing or they're

23   going to go into cardiac arrest and have irreversible brain

24   damage.  So, opioids attack part of the brain that shuts

25   down their respirations.

1   And so when we get there, we can use a bag valve mask

2   to breathe for them.  We can administer naloxone to reverse

3   that to prevent them from dying.

4   **Q.**   Chief Rader, do you have a policy that you follow in

5   regards to naloxone?

6   **A.**   Yes.  I wrote a policy for the City.  It became evident

7   that we -- all first responders needed to carry naloxone

8   because the overdoses were so great and I wrote a city

9   policy and then the Police Department put their own spin on

10  theirs, but the Police Department was given naloxone to

11  carry.  We were given naloxone to carry.  And laws were

12  changed that a lay person can be trained and give naloxone

13  at any time.

14        MS. KEARSE:  Your Honor, may I approach the

15  witness with the policy?

16        THE COURT:  Yes.

17        BY MS. KEARSE:

18  **Q.**   Chief Rader, I'm showing you what's been marked as

19  P-4113 (sic).  Chief Rader, can you identify for the Court

20  Exhibit 41113?

21  **A.**   Yes.  This is an e-mail that Dr. Michael Kilkenny sent

22  to the Fire Department in Dunbar, West Virginia and he had

23  asked my permission if he could share the policy that we

24  wrote for naloxone and I said, please do.  Please share it

25  with whoever has a need for it.

**Q.**   Okay.  And we'll go to the second page, which is
actually the policy, so we can focus on that.  And you wrote
this policy?

**A.**   I did.

**Q.**   Okay.  And if you can just briefly explain, to the
extent you haven't already, just how this policy is utilized
within the city and county of Huntington and Cabell County?

**A.**   So, basically, our legislators took action so that we
could provide a lifesaving opioid reversal drug to all first
responders.  And that is West Virginia Code 16-46-2.  And
there is a standing order prescription from Dr. Kilkenny so
that we can provide naloxone to all our first responders.

At this time, we had a grant through the Health
Department for a Kaleo EVZIO auto injector, which made it
easier for us because, when you respond to an overdose, you
don't know what the -- it's going to be like.  You know, you
might be dealing with somebody in a very dark area.  It
might not be the cleanest of areas.  So, it's very easy to
use the auto injector.  So, that was -- we were very
grateful that we had that to use.  So, this also outlines
how you administer it.

MS. KEARSE:  Your Honor, I would like to move into
evidence plaintiffs' 41113.

THE COURT:  Any objection?

MR. NICHOLAS:  No objection.

1          THE COURT:  It's admitted.

2                **PLAINTIFF EXHIBIT 41113 ADMITTED**

3          BY MS. KEARSE:

4   **Q.**   Chief Rader, did I ask you to bring today with you what

5   you would bring on an overdose in regards to the naloxone?

6   **A.**   Yes, ma'am, you did.

7   **Q.**   And can you briefly tell the Court, what is naloxone?

8   **A.**   Naloxone is a drug that actually reverses or knocks the

9   receptors of the opioid that are -- that's on -- in the

10  brain that tells you not to breathe or stops you from

11  breathing or suppresses your respirations.  So, naloxone

12  knocks that drug off that receptor so people start breathing

13  again.

14         So, before we had naloxone --

15             MS. KEARSE:  Your Honor, may I have the witness

16  present to you her demonstrative, what she brings on --

17             THE COURT:  Yes.

18             THE WITNESS:  So, we have a medical bag, first out

19  bag, on every fire truck and in our staff vehicles and,

20  right, now we're using nasal naloxone.

21  **Q.**   And when you say nasal, is that administered,

22  obviously, through the nasal --

23  **A.**   It's a mist that you put up the nose.  So you don't

24  have needles to contend with and it's very easy to use.  And

25  we actually -- this is given out by the Health Department to

```
 1    lay people, as well, and they're taught what to look for for
 2    a suspected overdose.
 3                THE COURT:  Is it in liquid form or --
 4                THE WITNESS:  It is.  I'll show it to you, sir.
 5    It comes with a little -- it has a -- sorry.  I don't want
 6    to get too far from the mic.
 7         It's just simple to put together, okay?  We pop the
 8    caps like they did on Johnny and Roy.  Remember Emergency
 9    back in the day?  I loved that show.
10                THE COURT:  I don't remember that.
11                THE WITNESS:  Oh, you don't?
12         And then, this is a nasal.  It's liquid in here.  And,
13    so we have a nasal aerator that turns it into a mist.
14                THE COURT:  Okay.
15                THE WITNESS:  That little booger costs about
16    $7.00.
17         So, we put this on the top like that.  And so, you put
18    it up one nostril and squirt in one milliliter of fluid.
19    And then, you put it up the other nostril and you shoot up
20    the other milliliter.  And this works very quickly.
21    Usually, within three minutes, they are breathing more on
22    their own and that's -- that's what we want.
23         They might not fully wake up for five minutes, but if
24    they're breathing on their own versus us assisting them with
25    a bag valve mask, which we always carry, as well, they're
```

1    better off because we might be excited and push too much air

2    into their lungs to cause them to vomit or anything like

3    that.

4         But this is something simple.  You've got less than a

5    hundred bucks to save a life.  I mean, that's -- I'd do it

6    over and over again.

7    **Q.**   And is the naloxone, is that specific to an opioid

8    overdose?

9    **A.**   It is specific to an opioid.  This would not work if

10   somebody was high on something else.  In fact, there were

11   many times in the emergency room as a nurse, if somebody was

12   unresponsive, we would go ahead and give them naloxone and,

13   if they didn't respond, we ruled out an opioid overdose.

14             THE COURT:  So, there's no bad effect of giving it

15   to somebody who doesn't need it; is that right?

16             THE WITNESS:  Might just have a runny nose.  I

17   think we can deal with that.

18             BY MS. KEARSE:

19   **Q.**   IS naloxone stocked on your fire trucks?

20   **A.**   Yes, ma'am, it is.

21   **Q.**   And has that always been the case?

22   **A.**   No.

23   **Q.**   When did the Department start carrying naloxone?

24   **A.**   In 2016, May of 2016, I think it was, that we started

25   carrying naloxone on all fire trucks, in all police

1    cruisers.  We were putting it in schools so the nurses would

2    have it, school nurses, and things like that.

3    **Q.**   Chief Rader, I would like to go into a little bit more

4    detail about your overdose runs and you gave the numbers

5    there, as well.  How many people, fellow officers, actually

6    participate in overdose runs?

7    **A.**   All of them.

8    **Q.**   And how many is that today?

9    **A.**   How many firefighters?

10   **Q.**   Yes.

11   **A.**   We -- right now, I think we have 88 firefighters and

12   we've had a couple of retirements here lately.

13   **Q.**   And you mentioned when you put the naloxone in the

14   nostrils, if you can describe to the Court just to the

15   extent there's a typical overdose call, but in the day in

16   the life of a firefighter with the City of Huntington, can

17   you explain to the Court about these overdose runs and how

18   it operates within the Department?

19   **A.**   Well, anytime -- Your Honor, anytime somebody's life is

20   on the line, you know, it kind of gets your adrenaline

21   running and we don't know exactly what we're going to find

22   when we get there.  We only rely on the information that's

23   given to the 911 dispatcher that passes that information on

24   to us.

25        So, when we get there, we're looking for scene safety

 1    to make sure that we're protected.  A lot of times, the

 2    senior officer will kind of stay back and watch the scene to

 3    make sure everybody is safe.  Typically, there could be

 4    needles or drug paraphernalia laying around.  There could be

 5    pill bottles laying around.  We check -- we always wear

 6    protective gloves and I have purchased needle resistant

 7    gloves for the firefighters.

 8         We check them, you know, shake and shout is what we

 9    call it from the American Heart Association.  We check to

10    see if they have a pulse and are breathing.  We can start

11    giving them rescue breaths with a bag valve mask.  We always

12    check their pupils because if somebody has overdosed on an

13    opioid, they almost always have pinpoint pupils.  It's a

14    tell-tale sign.

15         And we ask any bystanders around what happened.  When a

16    life is on the line, I find that they become very honest.

17    They'll tell you exactly what they took.  They'll tell you

18    they've had a problem.  This isn't the first time.

19         And then, we administer naloxone and hopefully get them

20    back with us and hopefully, by that time, Cabell County EMS

21    is there, or they're with us helping us do this.  You know,

22    once they arrive on scene, they're in charge medically and

23    we assist them in any way we can.

24         So, it's -- sometimes, it's a very chaotic scene.

25    Sometimes, you look over and there's a 4- or 5-year-old

1    watching you revive their parent.  So, it's a very stressful

2    situation.

3        My firefighters suffer a lot from compassion fatigue,

4    PTSD.  They're not just going on overdoses.  They're going

5    on overdoses of their classmates from high school.  They're

6    going on overdoses of their friends.  So, it's -- it's a

7    stressor that I didn't have to deal with when I was young on

8    the job and it's very sad.

9    **Q.**   Chief Rader, from a community impact, have you

10   witnessed and observed what these overdoses have contributed

11   to?

12   **A.**   I certainly have.  Comforting a mother, or a father, or

13   a brother, or a sister, or a child, you know, we don't have

14   the training for that, but there's a lot of carnage left

15   behind from an overdose.

16       There's a ripple effect.  Your first responders are

17   affected.  Your family's affected.  Some kids lose a parent

18   to jail, maybe they die, they go into the foster care

19   system.  You have grandparents raising children of their

20   children and maybe even a great.

21       So, it's just -- it's widespread.  You know, the school

22   systems, teachers deal with children that are being raised

23   in environments where they are struggling, they're not able

24   to eat regularly, things like that.  It just goes on and on

25   and on.  A lot of carnage.

```
 1    Q.    Chief Rader, did the City of Huntington respond in some
 2    form to the rising opioid overdoses?
 3    A.    Yes.  Yes.  Actually, Mayor Williams had A Call to
 4    Prayer in -- it was August or September of 2014.  And
 5    everybody kept saying what else are you going to do?  What
 6    else are you going to do?  And Michael Botticelli had been
 7    here and --
 8    Q.    And can you tell the Court who --
 9    A.    Yeah.  Michael Botticelli was the Director of the
10    National Office of Drug Control Policy.  Great, great, great
11    fellow in long-term recovery himself.
12          And Mayor Williams did the right thing.  He formed a
13    team of us to -- you know, no guidance except do what you
14    can.  And we started facilitating.  We started talking to
15    everybody we possibly could.
16          You know, I had already started talking to my patients,
17    to family, to, you know, other community leaders.  What are
18    you doing?  How are you handling this?
19          But we came together and we -- we decided -- it was
20    myself, Scott Lemley, who was the crime analyst for the
21    Huntington Police Department, and it was Jim Johnson.  He
22    was the Director.  He had 30 years in law enforcement.
23    Q.    Is this -- Mayor Williams -- I mean Mayor -- Chief
24    Rader --
25    A.    Yes.
```

1    **Q.**    I almost said Mayor, Mayor Rader.

2    **A.**    Mayor.

3    **Q.**    I presented this picture to the Court in opening.  Can

4    you tell the Court, is this the Mayor's Office of Drug

5    Control Policy?

6    **A.**    Yes, ma'am, that is.  Of course, we had Mayor Williams

7    on the left.  The short one would be me, okay, and I'm the

8    medical gal.  And then, Scott Lemley is to my left.  And

9    then, Jim Johnson is on the far right in that picture.  And

10   he has 30 years experience in law enforcement.  And so, we

11   started going out and talking to people.

12   **Q.**    So what, was the goal of the --

13   **A.**    To heal, heal the people who were suffering from

14   addiction.  Heal the addiction.

15   **Q.**    And why -- specifically, why was it started?

16   **A.**    It was started because we were just -- just overwhelmed

17   with the number of opioid overdoses and we had to do

18   something.  Doing nothing was not on option.

19   **Q.**    Excuse me?

20   **A.**    Doing nothing was not an option.

21   **Q.**    And specific to your role, what was your role within

22   the Mayor's Office of Drug Policy and Control?

23   **A.**    Well, they leaned on me for the medical knowledge, of

24   course, and so when we would go out and talk to community

25   members, I spent a lot of time in the hospitals talking to

```
 1   infectious disease physicians, front line physicians, such
 2   as your emergency room, your nurses, the Health Department.
 3       We -- I took the team down to Portsmouth to --
 4   Portsmouth was in their third year of a Harm Reduction
 5   Program with syringe exchange and that was eye-opening for
 6   my team members that we have to do this.  We have a moral
 7   obligation to come together and help those that are
 8   suffering because they're ordinary people.
 9   Q.   And what do you mean by the Harm Reduction Program?
10   A.   Harm Reduction is an all encompassing program where you
11   test them for bloodborne pathogens such as hepatitis B., C.,
12   HIV.  You provide vaccinations for them.  You can offer them
13   medical physicals, medical attention for, you know, like
14   small infections from using needles and sharing needles.
15       And then also referring them to treatment.  That's a
16   big part of it.  Gaining that trust.
17       And then, providing them with clean needles and showing
18   them how to not share and how to keep those around them and
19   themselves safe until they can get the help that they need.
20   Q.   And what was so eye opening about it?
21   A.   Well, I think a lot of people had a lot of
22   misconceptions about syringe exchange.  You know, if
23   somebody is in the throes of addiction, they're going to use
24   whatever they find, whatever needle they find, whether they
25   pick it up from a mud puddle, whether they steal syringes
```

1    from their diabetic family member, or whatever, they're

2    going to get syringes regardless of whether we provide them

3    for them or not.

4        But the goal of the Harm Reduction Program in giving

5    them clean needles is to have those wrap-around services so

6    that they know that they can trust the health community and

7    they can -- we're there for them to get them the treatment

8    that they need.

9        And people who are in the throes of addiction,

10   especially with opioids, they're very shameful.  Their

11   self-worth is just small.  They're just so beat down.

12   They're treated so poorly that it takes awhile to build

13   trust with them and to convince them that their life

14   matters.  And that's a big part of harm reduction, a huge

15   part of harm reduction.

16   **Q.**   And, Chief Rader, you mentioned other forms of -- for

17   the goals of treatment or prevention.  Can you describe to

18   the Court, in addition to harm reduction, what else as your

19   role in the Mayor's Office of Drug Control Policy did the

20   office handle in regards to the community?

21   **A.**   You know, we spent a lot of time facilitating.  You

22   know, what we found early on -- well, actually, the first

23   thing we did when we came together was we realized we were

24   gathering data.  And that data was two years old.  And it

25   was not sufficient to deal where what we were seeing.

1      So, basically, we developed our own way from

2  organizations that had -- that were responding.  We

3  developed a way to keep realtime data.

4      Now, it wasn't embedded by the CDC, but it was data

5  that was good data from local entities, such as the

6  emergency rooms, such as the 911 Center calls coming in, and

7  from Cabell County EMS, their run calls.

8      And, for instance, you know, if we just looked at

9  Cabell County EMS numbers, we'd miss probably about

10  20 percent of the overdoses because about 20 percent of them

11  are driven to either a hospital in Huntington and dropped

12  off in a personal vehicle.

13      So, to capture that, we ask them to call our 911 Center

14  and report that an overdose victim had been dropped off at

15  the emergency room without major data, you know, not to

16  cross any HIPAA lines.  So that's the first thing we did.

17  And when we were gathering this data, we realized that it

18  was even worse than we thought.

19      Then we started going out and talking to community

20  leaders.  We talked to nurses.  We talked to the faith

21  community.  The faith community has been huge.  We knew we

22  needed to do good things and we needed their help and

23  support because there is a lot of spiritual needs with

24  somebody who is suffering from Substance Use Disorder.

25      And we also started a LEAD program, Law Enforcement

1    Assisted Diversion, through a grant and most everything we

2    did was through grants.  Through a grant, we embedded a

3    mental health counselor with our Police Department to give

4    them another option.  We developed a PowerPoint

5    presentation.  We called it Portal to Recovery.  Our goal

6    was to provide many different portals for somebody to get

7    the help they needed.

8         We found that many people in the community were doing

9    good things.  Probably heard of Lily's Place that deals with

10   babies born with Neonatal Abstinence Syndrome.

11   **Q.**   So, let me ask you, so did you, as part of your role

12   and the office's role, go out into the community and work

13   with other community leaders and partnerships?

14   **A.**   Yes.  And we brought them together.  A lot of people

15   were doing good things, but they didn't know about each

16   other.  So, we brought them together and we talked about how

17   we can expand treatment options for people and how we can

18   build relationships so that we can provide LEAD and we can

19   expand things like drug -- drug court.

20        We were instrumental in that.  We wrote a couple of

21   grants, SAMHSA and a BJA grant to expand the drug court in

22   Huntington and that was a big thing.

23   **Q.**   Okay.  So, I'm going to take it one by one so we can

24   talk about that.

25   **A.**   Okay, sorry.

1    **Q.**   I know there's a lot to say, Chief.   You mentioned drug

2    court.   Can you tell the Court what -- as a member of the

3    Mayor's Office of Drug Policy and Control and your work

4    within the community, what was your involvement with drug

5    court?

6    **A.**   We approached Judge Keller, who was over drug court at

7    that time, and we asked her if she would be receptive to us

8    writing grants to expand her drug court so that we could

9    provide a leg specifically for women who were prostituting

10   to support their habits and she said absolutely.   So, the

11   grant was run through the City, but, you know, the money

12   went through the City to the Supreme Court to pay for the

13   services.

14        And then they --

15   **Q.**   What is drug court?

16   **A.**   Drug court is a treatment court and it is a court

17   where, instead of going to jail for an extended period of

18   time because of a non-violent drug offense, you can elect

19   drug court, where you're heavily monitored, you have

20   treatment from -- through mental health -- for mental health

21   counseling multiple times a week.   You have to do community

22   service.   You have to get a job.   You have to --

23        Actually, to me, drug court is wonderful because it

24   rebuild lives and teaches people how to be a regular human

25   being again.   And it gives them confidence.   And it's great

1    to see them light up when they realize, okay, I got a

2    driver's license again and I have a job.

3        And so I was on the treatment team for a couple of

4    years for that, but cost saving --

5    **Q.**   Can you explain that, Chief Rader?  What does that

6    mean?

7    **A.**   Yes.  So, there is a treatment team with the drug court

8    and so we meet right before drug court and we discuss their

9    highs and their lows and what they have accomplished and

10   what they have failed on.  And they're not kicked out.

11   They're reprimanded.

12       They might go to jail for a night because they relapsed

13   or did something that they're not supposed to do, but

14   they're also praised on a regular basis.  I actually even

15   Narcan'd a couple drug court recipients -- or participants

16   that relapsed.  So, but beautiful thing about drug court is

17   people do recover and they lead strong, healthy, normal

18   lives again.

19   **Q.**   Are there other community partnerships that you have

20   been involved with as your role within the Mayor's Office?

21   **A.**   Yes.  We facilitated and helped with the Harm Reduction

22   Program in -- you know, in Cabell County.  That was the

23   first of its kind in the state.

24   **Q.**   And have you worked with other local treatment

25   facilities and business leaders?

1   **A.**   Yes.  Yes, we did.  We brought a lot of community

2   members together through Cabell Huntington Hospital, St.

3   Mary's Hospital, School of Pharmacy, the School of Medicine,

4   and Prestera.  All of these places.  We brought them

5   together.

6       You know, we had a problem at both emergency rooms in

7   Huntington.  They were clogged with people overdosing and

8   then, as soon as they were revived, they would walk out

9   against medical advice.  And so, it's not a place where you

10  have the time to sit and work with them and get them the

11  help they need.  And you have to act when somebody asks for

12  help.  You cannot wait because the next time you see them,

13  it might be you're putting them in a body bag.

14      So, we brought a lot of people together and they formed

15  PROACT, which is a freestanding facility where, if you ask

16  for help, you're suffering from Substance Use Disorder and

17  you ask for help, within two hours, you can get the help you

18  need just by going through the front doors and asking for

19  help.

20      Whether it's medically assisted treatment, whether it's

21  strong outpatient services, whether you need to be sent to a

22  detox unit, and then a residential facility for an extended

23  period of time.

24  **Q.**   Thank you, Jan Rader.  And some of the other community

25  groups, have you -- you mentioned Lily's Place?

**A.**   Yes.

**Q.**   What has your involvement been with Lily's Place?

**A.**   You know, I try to help them find funding from time to time, but it's interesting how everything intertwines.  A lot of babies that are born at Cabell-Huntington with Neonatal Abstinence Syndrome either go to the Neonatal Therapeutic Unit that was started by Sara Murray and Sean Loudin that's in the hospital.

And Lily's Place was actually built for overflow and now, the mothers can actually spend more time with them there.  There's a guard there at all times.  They have special needs.

And then, after that, we had -- we knew that there was -- you know, I kind of describe this whole situation we have as like a big onion and we peel back a layer.  We took care of that one.  We'll take that layer off.  And then, all of a sudden, something else pops up that we didn't think about. You know, there's so many things that keep popping up.

We have mothers that are suffering from Substance Use Disorder having babies and, if you don't get them help, they are going to go back to a situation that's not good for them or the -- or the child.  So, now we have Project Hope, which is 18 apartments where mothers getting serious therapeutic help for their addiction can keep their children there with them throughout that program for six months.

1     And so, those are the types of things that we have

2     started facilitating by bringing people together, whether

3     it's the School of Medicine, Pharmacy School.  You know,

4     Pharmacy School, they still on a regular basis give out

5     naloxone and have the training.

6     **Q.**   And you started these processes.  Are there still needs

7     within the community to deal with the opioid epidemic?

8     **A.**   Absolutely.  You know, most everything we've done has

9     been grant money.  That's startup money.  That's not

10    sustainability.  And we need expansion of so many programs.

11    We need that sustainability because this is not going to go

12    away tomorrow.  It's going to take some time.

13        Addiction, Substance Use Disorder, is something that

14    people live through, live with throughout their lives.  And

15    they may have times when they relapse.  And we saw that

16    during the pandemic.

17        You know, we can't predict what the future holds and

18    what's going to, you know, make them relapse or cause them

19    to relapse.  And the pandemic has done that for so many.

20    **Q.**   Chief Rader, you have talked about compassion fatigue

21    and I want to make sure that we have an understanding of

22    what you mean by compassion fatigue and what is entailed in

23    dealing with your firefighters.

24    **A.**   Your Honor, you know, I mentioned that somebody had a

25    heart attack in the doorway of the store I worked with and I

1    felt helpless.  This epidemic has made first responders feel

2    helpless.  They don't have the tools to help those that

3    they're supposed to save.  They're supposed to save their

4    lives.  And they don't have the know-how.  None of us do,

5    but, we're learning it.

6        But you go to an overdose and then they overdose again,

7    and then they overdose again, and then they overdose again,

8    and then we find them dead.  And we've watched them

9    deteriorate and we, for the longest time, had no way of

10   referring them to treatment or anything.  Now, we have tools

11   for our first responders.  But that takes a toll on you.

12       In our peak in 2017, it was not uncommon for a

13   firefighter in Huntington to see five deaths in a month's

14   period.  You know, that's too much.  You don't even have

15   time to recover.  And they were seeing their friends.

16       Behavioral issues, anger issues.  I get it.  I mean,

17   you don't know what to do with yourself.  I had a

18   firefighter commit suicide on October 3rd, 2018.  I can't

19   say it was because of what he saw, but I can't say it

20   wasn't.

21   **Q.**   And, Chief Rader, how is the City working with your

22   members and other first responders in dealing with what they

23   witness?

24   **A.**   We took a positive approach.  Again, under Mayor

25   Williams' direction, we applied for a Bloomberg Mayors

1    Challenge Grant and we had eight months to show what we

2    could do with funding and we wanted to help our first

3    responders that are suffering from compassion fatigue.

4        We were able to secure a million dollars for three

5    years.  And that money is almost gone, but we have a program

6    called Compass Navigating Wellness for our firefighters and

7    police officers in Huntington and we -- our hope is that it

8    can be replicated throughout the country.

9        We're teaching them things like mindfulness, nutrition

10   classes.  We're also showing our appreciation for them

11   because, you know, when you see that much death and

12   destruction, you're very angry and you're very bitter and

13   you think that nobody appreciates you.

14       So, we spend a lot of time showing them that we

15   appreciate them.  Not with the grant money.  We couldn't use

16   the grant money, but the City fundraised and we have a new

17   wellness center for them.  And it's job specific.

18       But better than that, instead of going to the Y where

19   they're with all kinds of different people, they can go have

20   a yoga class at this wellness center where they're with

21   other people that have experienced the same thing.  And

22   that's very important in our -- in our world.  So, we don't

23   like outsiders very much.

24       We also have an embedded mental health coach and we

25   also have an embedded physical fitness coach to help.  And

1    our goal is to cut down on not only the injuries, but the

2    mental aspect of it because there is a stigma associated

3    with a first responder asking for help, for mental health

4    counseling because --

5    **Q.**   You mentioned the recovery coaches.

6    **A.**   Yes.

7    **Q.**   Can you explain to the Court, what is a recovery coach?

8    **A.**   Okay.  So, I might have misspoke.  The mental health

9    coach that is embedded is somebody who I can go to or a

10   firefighter can go to and ask for help and nobody else has

11   to know about it, not even the Chief, okay?

12        Then, we have recovery coaches that have been placed in

13   many different areas of our community.  And they are people

14   in long-term recovery.  And so, they reach out and help

15   other people.  There's one at the Health Department all the

16   time at the Harm Reduction Program.  So, you talk to the

17   recovery coach, somebody who has been in their shoes, before

18   you even go talk to a nurse about getting tested for

19   hepatitis B., hepatitis C.  Our recovery coaches are in the

20   emergency rooms now of our hospitals and they're utilized

21   with inpatient care, as well.

22   **Q.**   And the Court heard earlier about the QRT.  Have you

23   been involved with the QRT?

24   **A.**   Yes.  I helped write the grant for that.  I was on the

25   ground with that and, you know, Connie and her team are just

1      amazing.  You know, one thing that we've found is that when

2      you overdose, when we wake you up from an overdose, that is

3      not the time that you're going to accept help because we've

4      probably thrown you into withdrawals.  And also, you're

5      ashamed.  You're embarrassed.  And it's not a teachable

6      moment, is what I like to call it.  It's a very negative

7      event for everybody there.

8           But those suffering that have been revived, if you get

9      to them within two or three days, within 72 hours is how our

10     Quick Response Team is built, and you reach out to them and

11     you show them that you care for them and you don't want them

12     to die, and you want them to get the help that they need,

13     and you show them different options, it's a life-changing

14     event for them and it's working.  It's working.

15     **Q.**   Chief Rader, when you mentioned the window of time to

16     get them to treatment, what type of treatment have you been

17     involved in with people within the City of Huntington of

18     getting them and what various type of treatment options are

19     there or needs?

20     **A.**   So, there is Prestera Mental Health and they have

21     different programs.  They have 30-day inpatient.  They have

22     longer programs.  One of the most successful in our area is

23     Recovery Point of Huntington.  It's a peer based recovery

24     for men and they have a women's version here in Charleston.

25          And people who are in recovery themselves hold you

1   accountable.  They know where people have been and what

2   they're experiencing.  So, it is a very successful program,

3   as well.

4        And then, PROACT is very helpful, as well, but --

5   **Q.**   And it is a continuum of care that you've been involved

6   in --

7   **A.**   Right.

8   **Q.**   -- within the community?

9   **A.**   Yes.  But, again, they're at capacity.  It needs to be

10  expanded.  It needs to be expanded.

11  **Q.**   Chief Rader, when you and your firefighters and other

12  first responders are going out on overdoses, is it

13  throughout the community?

14  **A.**   Yes.  It's -- yes.  It's everywhere.  I've been to

15  restaurants.  I've been to -- I've been to restaurants where

16  you're working on the workers or a -- or clientele.  I've

17  been to doctors' offices.  I've been to dentists' offices.

18  I've been to the park.  I've been in abandoned houses.

19  There's really no place I haven't seen an overdose.

20  **Q.**   Is it fair to say it's been pervasive throughout the

21  community?

22  **A.**   Yes, ma'am, it has.

23  **Q.**   Chief Rader, just briefly, I want to just make sure I

24  understand when you first started seeing what you witnessed

25  in regards to overdoses, what time period was the initial

1  and when you started seeing more overdoses?

2  **A.**   You know, they started rising -- overdoses started

3  rising around mid-2000s and they really started taking off

4  2011, 2012, and just kind of --

5  **Q.**   And when you were in the 2000s, were you a firefighter

6  and an ER nurse at that time?

7  **A.**   I started -- yes.  2008, I became an ER nurse, so it

8  was right around there.

9  **Q.**   So, in 2008 then until that time, what were you

10  witnessing and observing in regards to overdoses?

11  **A.**   They -- there were pill bottles around, oxycodone,

12  hydrocodone, things like that.

13  **Q.**   And the ER, did you also witness those type of things?

14  **A.**   Yes.  And, you know, everybody that came in and that we

15  revived, we did a basic tox screen in the emergency room.

16  So, as their caretaker, I would read that tox screen as it

17  would pop up and it was -- you know, it might be heroin,

18  but, you know, there was almost always hydrocodone,

19  oxycodone in there, as well.  A lot of opiates.  Opiates,

20  opiates, opiates.

21  **Q.**   Chief Rader, does the --

22         MR. NICHOLAS:  Your Honor, I'm just going to --

23         MS. KEARSE:  Does the opioid --

24         MR. NICHOLAS:  Can I please -- hold on.

25         MS. KEARSE:  I'm sorry.

1          MR. NICHOLAS:  I'm sorry.  I'm only going to

2    object to the tox screen information that was recited just

3    now as hearsay.  The witness just basically said she read

4    some reports and then she characterized what was in them and

5    I'm just going to object to the hearsay.

6          THE COURT:  All right.  I'm going to sustain the

7    objection unless you can --

8          BY MS. KEARSE:

9    **Q.**   Chief Rader, in your -- as the ER nurse and your

10   involvement within the ER Department with overdose patients,

11   were you, yourself, involved in reviewing as part of your

12   work tox screens?

13   **A.**   That was part of my work.  If that was my patient, I

14   was responsible for looking at that tox screen.

15   **Q.**   And are these also known as the drug panels?

16   **A.**   Yes, basic opiate drug panel.

17   **Q.**   And from your observations and your involvement as the

18   ER nurse with overdoses, did you observe various drug panels

19   that dealt with hydrocodone?

20   **A.**   Yes, I did.

21          MR. NICHOLAS:  I'll object.  Same objection.

22          THE COURT:  Yeah.  I'll sustain the objection, Ms.

23   Kearse.

24          BY MS. KEARSE:

25   **Q.**   Chief Rader, in your work as a first responder, your

```
 1    work as an ER nurse, and your work as the Chief of the Fire
 2    Department, you've witnessed people in the throes of
 3    addiction, as you've testified?
 4    A.   Yes, I have.
 5    Q.   And it is your understanding they're in opioid
 6    addiction?
 7    A.   The majority that I see are in opioid addiction.
 8    Q.   And does the opioid abuse and addiction continue to
 9    impact the City of Huntington and Cabell County?
10    A.   Yes, it does.
11              MS. KEARSE:  I believe I introduced the standing
12    order already, but if I haven't --
13              MR. FARRELL:  You did.
14              MS. KEARSE:  Yeah.  I believe I did.
15         Chief Rader, I appreciate you coming here today and
16    answer any questions counsel may have.
17              THE WITNESS:  Thank you.
18              THE COURT:  Mr. Nicholas?
19              MR. NICHOLAS:  Well, it's 10:20.  We have five
20    minutes to switch over, so if it's okay.
21              THE COURT:  Excellent.  So, let's be in recess
22    until 10:30.
23              MR. NICHOLAS:  Thank you, Your Honor.
24              THE COURT:  You can step down during the break,
25    Chief Rader.
```

```
 1                    THE WITNESS:  Thank you, sir.

 2      (Recess taken)

 3                    MR. NICHOLAS:  Chief Rader, I do not have any

 4      questions for you.  Thank you very much.

 5                    THE WITNESS:  Thank you.

 6                    MR. SCHMIDT:  Chief Rader, thanks for being here

 7      today.

 8           No questions, Your Honor.

 9                    THE COURT:  All right.  Mr. Ruby.

10                    MR. RUBY:  Chief Rader, I'll also thank you for

11      being here.  We have no questions for you.

12                    THE WITNESS:  Thank you.

13                    THE COURT:  May she be excused?

14                    MS. KEARSE:  May we redirect, Your Honor?

15                    THE COURT:  No.

16           Chief, thank you very much.  You've been very helpful

17      to us and we appreciate the work you're doing and we

18      appreciate you being here with us today and you're excused.

19                    THE WITNESS:  Thank you, sir.

20           (Witness stood aside)

21                    THE COURT:  Mr. Farrell.

22                    MR. FARRELL:  Yes.  Thank you, Your Honor.

23           At this point in time, the plaintiffs would submit and

24      ask for the admission of the testimony of Nate Hartle,

25      30(b)(6) designee for McKesson, as well as the exhibits
```

 1    thereto.

 2              MR. STANNER:  Good morning, Your Honor.  Andrew

 3    Stanner on behalf of McKesson.

 4         The designations and exhibits are being submitted with

 5    objections included.  I think we're still working out the

 6    logistics.  But ideally when the Court get the thumb drive

 7    of these exhibits, you'll see our objections there.

 8         So we would just note for the record that we're not

 9    consenting to the admission at this time.  We'll defer to

10    chambers.

11              THE COURT:  I understand that and I know that the

12    objections will be in the record as submitted to me and I'll

13    have to deal with them.

14              MR. STANNER:  Yes, sir, as to both the testimony

15    and the exhibits.

16              MR. FARRELL:  Secondly, Judge, the plaintiffs

17    proffer the deposition testimony from the DEA's 30(b)(6)

18    designee, Thomas Prevoznik, P-r-e-v-o-s-n-i-k [sic].  And my

19    understanding is that the video cuts are done.  There's

20    objections by both sides.  But the exhibits, which are

21    voluminous, are not ready yet.  The parties are still

22    debating and discussing it.

23         So the plan would be to submit the video and transcript

24    and objections to you today, and then on Monday see how far

25    we get with the documents so that it lessens the load on

 1    making objections to the actual documents themselves.

 2              MR. MAHADY:  Your Honor, we agree with Mr. Farrell

 3    about where things stand and the process going forward.

 4         The only thing I'll note for Mr. Prevoznik is that

 5    there was a motion filed about one specific issue.  And I

 6    believe the plaintiffs are responding to that.

 7              THE COURT:  Have you responded to that?

 8              MR. ACKERMAN:  Your Honor, David Ackerman.  We

 9    have not responded yet.  I would need to check with my

10    colleague, Mr. Majestro, as to whether it will be going in

11    today or tomorrow, but it will be going in soon.

12              MR. MAHADY:  And, Your Honor, there's actually one

13    other briefing issue that's indicated by Mr. Prevoznik and

14    that would be the Energy and Commerce briefing.

15         One of the exhibits that the plaintiffs have identified

16    for submission to the Court is the Energy and Commerce

17    Report.  It's the subject of that motion.  The plaintiffs

18    have filed their opposition and the defendants intend to

19    file a reply in very short order.

20              THE COURT:  Okay, all right.  I'll deal with it

21    when we get the material.

22              MR. FARRELL:  So not to pry, but are you expecting

23    to watch the video and depositions this weekend?  That

24    impacts our staffing delivery of the thumb drive to you.  Or

25    do we have the weekend to finish whatever needs to be

1    finished?

2            THE COURT:  I don't plan to look at them this week

3    end.

4            MR. FARRELL:  Perfect.  So we'd move for their

5    admission.  We'll make sure that it's as good as we can get

6    it and we'll get you something on Monday.

7        Finally, I wanted to give you a preview for week two.

8        Week two, next week starts with Dr. McCann and the

9    ARCOS data.  It's going to be followed by four live

10   witnesses from AmerisourceBergen.

11       We also have two other witnesses that we are hoping to

12   get in either at the end of the day or in between witnesses.

13   The first is going to be a little bit longer, so we're

14   hoping that we can get them done Thursday.  And it's Scott

15   Lemley who served as the crime analyst for the Huntington

16   Office of Drug Control Policy.

17       The other is a records custodian for a pharmacy in

18   Cabell County called Drug Emporium.  We've subpoenaed the

19   dispensing data from this pharmacy and received it.  It's

20   been disclosed.

21       And we are going to call a records custodian simply to

22   lay the foundation for admission of the dispensing data from

23   that pharmacy.

24       And then, finally, we're hoping to conclude like we did

25   this morning by calling Dr. Joe Werthammer,

1    W-e-r-t-h-a-m-m-e-r.  He is a neonatologist in Huntington,

2    West Virginia.

3         And then following Dr. Werthammer, we intend to submit

4    for your weekend review the video testimony from the had

5    trade organization which includes a deposition of Patrick

6    Kelly and John Greg.

7              THE COURT:  Well, after this weekend I do expect

8    to be dealing with things when we're not in court.  I'm just

9    not going to do it this weekend.

10              MR. FARRELL:  Yes.  Well, so we can submit the had

11   testimony whenever you want us to.

12              THE COURT:  I'd go ahead and submit it.  Submit

13   what you want to submit.

14              MR. FARRELL:  Okay.  So --

15              THE COURT:  I'll get to it when I can.

16              MR. FARRELL:  We have to go through the process,

17   but we'll go ahead and trigger the process for the had

18   videos as well.

19              THE COURT:  Okay.

20              MR. FARRELL:  And that's all I have.  Thank you

21   for the week, Judge.

22              THE COURT:  Okay.  It's a quarter till 11:00.

23     Mr. Schmidt.

24              MR. SCHMIDT:  The only point we have, and maybe we

25   can try to work it out, Werthammer was not disclosed, as I

1    understand it, under our agreement for next week.  But maybe

2    we can work it out.

3         In terms of the deposition designations, we would just

4    flag again that we, we are grappling with a volume of

5    deposition designations that really exceed the time

6    available for the Court, including given the presence of

7    live company witnesses and deposition designations and much

8    more ancillary areas like the trade association.

9         We do renew our position that they should be counted

10   against their time.  The record shouldn't just be clogged

11   with endless deposition designations that we end up putting

12   a lot of work into that, that don't get sponsored properly.

13            THE COURT:  Well, how are we going to deal with

14   how much time you're going to be charged for this, Mr.

15   Farrell?

16            MR. FARRELL:  So the four depositions that we've

17   identified so far are not clogging our case.  They're

18   essential elements.

19        We're aware that your patience with evidence,

20   especially cumulative evidence, is not going to be

21   tolerated.  It's a bench trial.

22        Now, that being said, you've asked us to conclude our

23   case by mid June.  And, so, it's a balancing act for us of

24   how long cross takes.

25        So it's our intention to finish by mid June.  But as I

 1    understand it, the four live witnesses from

 2    AmerisourceBergen followed by the live witnesses of McKesson

 3    and Cardinal, it's my understanding that the defendants

 4    would like to put on their case while their out-of-state

 5    witnesses are here in West Virginia.

 6         And we, we are consenting to that.  We're not going to

 7    object on the scope of direct and make them come back four

 8    weeks later.

 9         But if you count the hours, if somebody's keeping a

10    watch on this, our case-in-chief may be done in late June,

11    but I fully anticipate you to hold us to a reasonable amount

12    of time.  And if we start dumping on the Court a bunch of

13    cumulative evidence, I'm confident the defendants will

14    object and I'm confident your ruling will sustain.

15              THE COURT:  Okay.  Well, we'll -- anything we can

16    put off, we'll put off.  And I think we can put this off.

17              MS. HARDIN:  That works, Your Honor.

18              THE COURT:  I assume we're done for the week.  Is

19    that right?

20              MR. SCHMIDT:  Yes, Your Honor.

21              THE COURT:  All right.  I'll see everybody fresh

22    and rested at 9:00 Monday morning.  I appreciate the

23    smoothness with which the trial has gone so far.

24              MR. SCHMIDT:  Thank you, Your Honor.

25              THE COURT:  Enough said about that.  Enjoy the

```
 1    weekend everybody.

 2          (Trial recessed at 10:47 a.m.)

 3          CERTIFICATION:

 4                I, Ayme A. Cochran, Official Court Reporter,

 5    and I, Lisa A. Cook, Official Court Reporter, certify that

 6    the foregoing is a correct transcript from the record of

 7    proceedings in the matter of The City of Huntington, et al.,

 8    Plaintiffs vs. AmerisourceBergen Drug Corporation, et al.,

 9    Defendants, Civil Action No. 3:17-cv-01362 and Civil Action

10    No. 3:17-cv-01665, as reported on May 7, 2021.

11

12          S\Ayme A. Cochran          s\Lisa A. Cook

13             Reporter                   Reporter

14       _

15

16       May 7, 2021

17          Date

18

19

20

21

22

23

24

25
```

**$**

**$7.00** [1] - 38:16

**'**

**'14** [1] - 17:1
**'21** [1] - 17:1
**'94** [2] - 29:10, 31:23

**0**

**00907** [2] - 2:5, 2:17

**1**

**1** [1] - 24:17
**1,238** [1] - 33:19
**1,241** [1] - 33:16
**1001** [2] - 2:10, 4:6
**1022** [1] - 3:5
**10:20** [1] - 61:19
**10:30** [1] - 61:22
**10:47** [1] - 69:2
**11:00** [1] - 66:22
**12** [1] - 32:11
**126** [1] - 3:5
**1297** [1] - 24:23
**1300** [1] - 6:15
**1311** [2] - 2:4, 2:16
**15910** [1] - 3:18
**16-46-2** [1] - 36:10
**1600** [1] - 3:17
**17** [1] - 19:4
**1717** [2] - 6:6, 6:13
**17th** [1] - 19:2
**18** [1] - 52:23
**19087** [1] - 6:15
**19103** [2] - 6:6, 6:13
**1994** [2] - 29:10, 29:11
**1st** [1] - 28:1

**2**

**2** [1] - 29:10
**20** [2] - 47:10
**20001** [1] - 5:12
**20004** [1] - 4:7
**20005** [3] - 4:14, 4:16, 5:5
**2000s** [1] - 59:5
**2008** [3] - 29:19, 59:7, 59:9
**2010** [3] - 33:17, 33:18, 33:19
**2011** [1] - 59:4
**2012** [1] - 59:4
**2012-ish** [1] - 32:7
**2014** [2] - 17:8, 43:4
**2015** [2] - 16:20, 17:5

**2016** [4] - 17:5, 29:21, 39:24
**2017** [11] - 9:3, 14:15, 14:24, 17:5, 28:15, 33:13, 33:16, 33:17, 33:22, 54:12
**2018** [4] - 11:14, 16:21, 17:5, 54:18
**202** [2] - 2:4, 2:16
**2020** [3] - 17:12, 19:8, 20:4
**2021** [6] - 1:19, 7:4, 17:12, 20:6, 69:10, 69:16
**2099** [1] - 21:14
**2100** [1] - 21:14
**2101** [1] - 21:14
**2216** [1] - 3:7
**25** [1] - 5:5
**25301** [3] - 2:8, 3:13, 4:19
**25322** [1] - 6:9
**25338-3843** [1] - 5:15
**25701** [1] - 3:10
**27** [3] - 28:1, 28:18, 30:6
**28** [3] - 3:15, 4:3, 4:9
**29464** [3] - 3:15, 4:4, 4:9

**3**

**30** [4] - 16:8, 26:3, 43:22, 44:10
**30(b)(6** [2] - 62:25, 63:17
**30-day** [1] - 57:21
**30th** [1] - 20:6
**3100** [2] - 6:5, 6:12
**316** [1] - 2:13
**32502** [1] - 2:14
**3843** [1] - 5:14
**3:17-cv-01362** [2] - 1:5, 69:9
**3:17-cv-01665** [2] - 1:11, 69:10
**3rd** [2] - 9:3, 54:18

**4**

**4** [1] - 41:25
**40** [1] - 28:6
**401** [2] - 2:10, 4:6
**405** [1] - 2:7
**41113** [3] - 35:20, 36:23, 37:2
**41398** [2] - 32:16, 34:2, 34:6

**5**

**5** [1] - 1:16
**5-year-old** [1] - 41:25
**50** [2] - 15:22, 16:5
**553** [1] - 6:8
**56** [1] - 3:4
**56th** [1] - 3:5

**6**

**60** [2] - 15:22, 16:5
**600** [1] - 2:13
**64** [1] - 9:4
**6th** [1] - 3:5

**7**

**7** [4] - 1:19, 7:4, 69:10, 69:16
**70130** [1] - 3:8
**707** [1] - 4:18
**716** [1] - 3:12
**72** [1] - 57:9
**725** [2] - 4:13, 4:15
**78** [1] - 32:11

**8**

**801** [1] - 3:10
**8038** [1] - 13:13
**850** [1] - 5:12
**88** [2] - 30:16, 40:11

**9**

**90** [1] - 14:10
**901** [1] - 4:18
**911** [4] - 28:25, 40:23, 47:6, 47:13
**91436** [1] - 3:18
**95** [3] - 14:10, 30:15
**9:00** [2] - 7:4, 68:22
**9th** [1] - 2:10

**A**

**a.m** [2] - 7:4, 69:2
**abandoned** [1] - 58:18
**able** [5] - 15:5, 24:24, 33:11, 42:23, 55:4
**absolutely** [4] - 19:15, 28:25, 49:10, 53:8
**Abstinence** [2] - 48:10, 52:6
**abuse** [2] - 21:1, 61:8
**accept** [1] - 57:3
**accomplished** [1] - 50:9
**according** [1] - 9:7

**accountable** [1] - 58:1
**accurate** [1] - 18:11
**ACKERMAN** [2] - 2:9, 64:8
**Ackerman** - 64:8
**act** [2] - 51:11, 67:23
**Action** [4] - 1:4, 1:10, 69:9
**action** [1] - 36:8
**actively** [1] - 10:12
**actual** [3] - 8:5, 21:4, 64:1
**added** [1] - 17:12
**addiction** [11] - 24:18, 44:14, 45:23, 46:9, 52:24, 53:13, 61:3, 61:6, 61:7, 61:8
**adding** [2] - 17:7, 17:11
**addition** [1] - 46:18
**additionally** [2] - 14:2, 14:11
**address** [2] - 23:4, 23:20
**adjourn** [2] - 23:3, 23:12
**administer** [3] - 35:2, 36:21, 41:19
**administered** [1] - 37:21
**administering** [1] - 31:16
**administrative** [1] - 22:16
**admission** [4] - 62:24, 63:9, 65:5, 65:22
**admit** [2] - 23:23, 34:1
**admitted** [7] - 17:22, 22:1, 23:6, 23:7, 24:2, 34:5, 37:1
**ADMITTED** [5] - 17:23, 22:2, 24:4, 34:6, 37:2
**adrenaline** [1] - 40:20
**advice** [1] - 51:9
**aerator** [1] - 38:13
**affected** [2] - 42:17
**afternoon** [1] - 13:2
**afterwards** [1] - 22:18
**agree** [1] - 64:2
**agreement** [1] - 67:1
**ahead** [3] - 39:12, 66:12, 66:17
**aid** [1] - 31:8
**aided** [1] - 15:5
**air** [1] - 39:1
**al** [4] - 1:7, 1:13, 69:7, 69:8
**alarms** [1] - 34:14
**alcohol** [1] - 9:8

**alcoholics** [1] - 32:1
**alcoholism** [1] - 31:25
**alluded** [1] - 15:10
**almost** [6] - 15:2, 28:18, 41:13, 44:1, 55:5, 59:18
**amazing** [1] - 57:1
**American** - 41:9
**AmerisourceBergen** [5] - 6:2, 23:16, 65:10, 68:2, 69:8
**AMERISOURCEBER GEN** [2] - 1:7, 1:13
**amount** [1] - 68:11
**analyst** [2] - 43:20, 65:15
**ancillary** [1] - 67:8
**Andrew** [1] - 63:2
**ANDREW** [1] - 5:10
**anger** [1] - 54:16
**angry** [1] - 55:12
**ANNE** [1] - 4:2
**ANNIE** [1] - 3:14
**answer** [1] - 61:16
**ANTHONY** [1] - 2:6
**anticipate** [1] - 68:11
**anticipation** [1] - 10:21
**anytime** [2] - 40:19
**apartments** [1] - 52:23
**apologize** [1] - 16:11
**appear** [1] - 18:11
**APPEARANCES** [6] - 2:1, 3:1, 5:1, 5:6, 6:1, 6:10
**applied** [1] - 54:25
**appointed** [1] - 28:14
**appreciate** [7] - 22:9, 22:11, 55:15, 61:15, 62:17, 62:18, 68:22
**appreciates** [1] - 55:13
**appreciation** [1] - 55:10
**approach** [8] - 16:12, 24:6, 25:19, 27:2, 32:15, 32:16, 35:14, 54:24
**approached** [1] - 49:6
**appropriate** [1] - 8:9
**April** [1] - 19:11
**Arch** [2] - 6:6, 6:13
**ARCOS** [1] - 65:9
**area** [6] - 11:8, 14:21, 14:23, 28:23, 36:17, 57:22
**areas** [3] - 36:18, 56:13, 67:8
**arrest** [2] - 28:24,

34:23
**arrive** [1] - 41:22
**arrived** [1] - 10:1
**article** [3] - 9:2, 9:3, 9:7
**ashamed** [1] - 57:5
**ASHLEY** [1] - 5:3
**Ashley** [1] - 24:13
**aside** [1] - 62:20
**aspect** [1] - 56:2
**assist** [4] - 30:18, 31:12, 33:8, 41:23
**assisted** [1] - 51:20
**Assisted** [1] - 48:1
**assisting** [1] - 38:24
**associated** [1] - 56:2
**Association** [1] - 41:9
**association** [1] - 67:8
**assume** [1] - 68:18
**assuming** [2] - 9:6, 11:5
**AT** [1] - 1:2
**attack** [2] - 34:24, 53:25
**attended** [2] - 10:17, 28:19
**attention** [1] - 45:13
**August** [3] - 28:1, 31:23, 43:4
**auto** [2] - 36:14, 36:19
**availability** [1] - 14:12
**available** [2] - 14:25, 67:6
**Avin** [1] - 3:7
**aware** [3] - 11:9, 19:13, 67:19
**awhile** [1] - 46:12
**Ayme** [2] - 6:17, 69:4

**B**

**babies** [3] - 48:10, 52:5, 52:20
**back-and-forth** [1] - 23:19
**bad** [2] - 27:9, 39:14
**bag** [6] - 35:1, 37:18, 37:19, 38:25, 41:11, 51:13
**balancing** [1] - 67:23
**Baron** [1] - 3:17
**based** [3] - 14:7, 19:20, 57:23
**basic** [4] - 31:8, 31:14, 59:15, 60:16
**basis** [4] - 32:1, 32:23, 50:14, 53:4
**Baylen** [1] - 2:13
**beat** [1] - 46:11
**beautiful** [1] - 50:16

**became** [2] - 35:6, 59:7
**become** [1] - 41:16
**beds** [3] - 14:12, 15:18, 16:7
**BEFORE** [1] - 1:17
**behalf** [1] - 63:3
**behavioral** [1] - 54:16
**behind** [1] - 42:15
**BENCH** [1] - 1:16
**bench** [2] - 24:6, 67:21
**Benzodiazepines** [1] - 9:8
**better** [4] - 14:14, 14:24, 39:1, 55:18
**between** [6] - 15:22, 23:19, 24:22, 33:17, 65:12
**beyond** [1] - 12:23
**big** [7] - 11:16, 11:19, 28:20, 45:16, 46:14, 48:22, 52:15
**bit** [3] - 32:13, 40:3, 65:13
**bitter** [1] - 55:12
**BJA** [1] - 48:21
**blank** [1] - 20:2
**blood** [1] - 9:7
**bloodborne** [1] - 45:11
**Bloomberg** [1] - 54:25
**Blvd** [3] - 3:15, 4:3, 4:9
**body** [1] - 51:13
**boil** [1] - 30:22
**Bonasso** [1] - 5:14
**booger** [1] - 38:15
**born** [2] - 48:10, 52:5
**Botticelli** [2] - 43:6, 43:9
**bottles** [3] - 32:5, 41:5, 59:11
**Boulevard** [1] - 3:18
**boundaries** [1] - 32:12
**Box** [2] - 5:14, 6:8
**brain** [3] - 34:23, 34:24, 37:10
**break** [3] - 11:19, 33:21, 61:24
**breathe** [2] - 35:2, 37:10
**breathing** [8] - 31:15, 34:21, 34:22, 37:11, 37:12, 38:21, 38:24, 41:10
**breaths** [1] - 41:11
**Bridgeside** [3] - 3:15, 4:3, 4:9
**brief** [3] - 8:20, 20:20,

22:16
**briefing** [2] - 64:13, 64:14
**briefly** [9] - 20:12, 20:14, 23:13, 25:23, 28:2, 29:23, 36:5, 37:7, 58:23
**bring** [4] - 11:3, 16:11, 37:4, 37:5
**bringing** [1] - 53:2
**brings** [1] - 37:16
**broken** [1] - 33:1
**brother** [2] - 29:6, 42:13
**brought** [5] - 48:14, 48:16, 51:1, 51:4, 51:14
**bucks** [1] - 39:5
**Budd** [1] - 3:17
**budget** [1] - 30:16
**budgeted** [1] - 30:14
**build** [2] - 46:12, 48:18
**built** [2] - 52:9, 57:10
**bunch** [1] - 68:12
**Burling** [1] - 5:11
**business** [1] - 50:25
**busy** [1] - 31:13
**BY** [16] - 8:16, 12:8, 14:1, 14:22, 16:18, 17:24, 18:8, 20:19, 27:15, 32:19, 34:7, 35:17, 37:3, 39:18, 60:8, 60:24
**bystanders** [1] - 41:15

**C**

**CA** [1] - 3:18
**Cabell** [24] - 3:2, 10:14, 11:1, 11:4, 11:8, 12:12, 12:18, 13:3, 13:12, 19:20, 28:8, 29:18, 31:9, 33:8, 34:15, 36:7, 41:20, 47:7, 47:9, 50:22, 51:2, 52:5, 61:9, 65:18
**CABELL** [1] - 1:10
**cabell** [1] - 2:2
**Cabell-Huntington** [2] - 12:18, 52:5
**calculate** [1] - 17:4
**calculated** [2] - 17:13, 17:14
**calculations** [1] - 14:7
**CALLAS** [1] - 6:7
**CAMPBELL** [1] - 6:14
**cannot** [1] - 51:12
**capacity** [1] - 58:9

**Capitol** [1] - 2:7
**caps** [1] - 38:8
**Captain** [1] - 30:3
**capture** [1] - 47:13
**car** [2] - 8:24, 34:13
**cardiac** [2] - 28:24, 34:23
**Cardinal** [4] - 4:11, 5:2, 24:14, 68:3
**care** [9] - 28:11, 30:9, 30:10, 42:18, 52:15, 56:21, 57:11, 58:5
**career** [2] - 31:19, 31:22
**caretaker** [1] - 59:16
**Carey** [1] - 4:17
**carnage** [2] - 42:14, 42:25
**carry** [4] - 35:7, 35:11, 38:25
**carrying** [2] - 39:23, 39:25
**case** [7] - 8:5, 25:11, 39:21, 67:17, 67:23, 68:4, 68:10
**case-in-chief** [1] - 68:10
**CDC** [1] - 47:4
**center** [2] - 55:17, 55:20
**Center** [5] - 3:12, 5:11, 28:23, 47:6, 47:13
**Certainly** [1] - 21:19
**certainly** [2] - 9:12, 42:12
**CERTIFICATION** [1] - 69:3
**certify** [1] - 69:5
**Challenge** [1] - 55:1
**chambers** [1] - 63:10
**chance** [1] - 28:13
**change** [1] - 31:20
**changed** [1] - 35:12
**changing** [2] - 32:2, 57:13
**chaotic** [1] - 41:24
**characterized** [1] - 60:4
**charge** [1] - 41:22
**charged** [1] - 67:14
**CHARLES** [1] - 3:11
**Charleston** [7] - 2:8, 3:13, 4:19, 5:15, 6:9, 7:3, 57:24
**CHARLESTON** [2] - 1:2, 1:18
**Chase** [1] - 4:18
**check** [5] - 41:5, 41:8, 41:9, 41:12, 64:9
**Chesterbrook** [1] -

6:15
**CHIEF** [1] - 26:24
**Chief** [49] - 7:18, 24:10, 24:15, 25:24, 26:14, 27:5, 27:16, 27:19, 27:20, 27:23, 28:3, 28:16, 29:13, 29:23, 29:25, 30:3, 30:4, 30:12, 31:18, 32:20, 33:22, 33:23, 35:4, 35:18, 35:19, 40:3, 42:9, 43:1, 43:23, 46:16, 49:1, 50:5, 53:20, 54:21, 56:11, 57:15, 58:11, 58:23, 59:21, 60:9, 60:25, 61:1, 61:15, 61:25, 62:3, 62:6, 62:10, 62:16
**chief** [4] - 27:24, 32:13, 37:4, 68:10
**chief's** [1] - 28:14
**child** [2] - 42:13, 52:22
**children** [5] - 8:25, 42:19, 42:20, 42:22, 52:24
**circling** [1] - 8:20
**Circuit** [1] - 26:4
**circulate** [1] - 23:2
**CITY** [1] - 1:4
**City** [24] - 4:1, 5:11, 7:21, 8:1, 26:2, 26:8, 27:18, 28:3, 28:17, 29:22, 31:3, 31:21, 32:24, 32:25, 35:6, 40:16, 43:1, 49:11, 49:12, 54:21, 55:16, 57:17, 61:9, 69:7
**city** [3] - 31:11, 35:8, 36:7
**Civil** [3] - 1:4, 69:9
**civil** [1] - 1:10
**clarification** [1] - 8:22
**class** [1] - 55:20
**classes** [1] - 55:10
**classmates** [1] - 42:5
**clean** [2] - 45:17, 46:5
**cleanest** [1] - 36:18
**CLERK** [4] - 26:17, 26:20, 26:22, 26:25
**clientele** [1] - 58:16
**clogged** [1] - 51:7, 67:10
**clogging** [1] - 67:17
**close** [1] - 30:8
**close-knit** [1] - 30:8
**closer** [1] - 27:21
**clothes** [1] - 22:12
**coach** [5] - 55:24, 55:25, 56:7, 56:9,

56:17
**coaches** [3] - 56:5, 56:12, 56:19
**Cochran** [3] - 6:17, 69:4, 69:12
**code** [1] - 33:9
**Code** [1] - 36:10
**collapsed** [1] - 28:24
**colleague** [1] - 64:10
**collected** [1] - 13:10
**column** [4] - 33:5, 33:7, 33:14, 34:14
**comforting** [1] - 42:12
**coming** [4] - 8:17, 22:9, 47:6, 61:15
**comment** [1] - 11:15
**Commerce** [2] - 64:14, 64:16
**COMMISSION** [1] - 1:10
**Commission** [2] - 2:2, 3:2
**Commissioner** [1] - 8:3
**commit** [1] - 54:18
**committee** [3] - 10:8, 10:9, 10:11
**community** [30] - 10:18, 11:4, 11:20, 15:1, 15:2, 15:12, 19:17, 28:17, 30:7, 42:9, 43:17, 44:24, 46:6, 46:20, 47:19, 47:21, 48:8, 48:12, 48:13, 49:4, 49:21, 50:19, 51:1, 51:24, 53:7, 56:13, 58:8, 58:13, 58:21
**company** [1] - 67:7
**compare** [1] - 23:3
**Compass** [1] - 55:6
**compassion** [4] - 42:3, 53:20, 53:22, 55:3
**compilation** [2] - 21:14, 21:23
**completeness** [1] - 21:13
**computer** [1] - 6:19
**concerned** [2] - 23:24, 24:15
**concerning** [1] - 8:23
**conclude** [2] - 65:24, 67:22
**confer** [1] - 10:18
**conferring** [1] - 22:21
**confidence** [1] - 49:25
**confident** [2] - 68:13, 68:14
**Connie** [1] - 56:25

**Connolly** [2] - 4:13, 5:4
**CONROY** [1] - 3:3
**consent** [1] - 22:24
**consenting** [2] - 63:9, 68:6
**consider** [1] - 30:24
**consistency** [1] - 23:10
**constantly** [1] - 32:8
**contains** [1] - 16:23
**contend** [1] - 37:24
**continue** [1] - 61:8
**Continued** [5] - 3:1, 5:1, 5:6, 6:1, 6:10
**continued** [2] - 29:20, 32:8
**continuing** [1] - 19:6
**continuum** [1] - 58:5
**contributed** [1] - 42:10
**contributing** [1] - 11:13
**Control** [8] - 26:7, 28:12, 43:10, 44:5, 44:22, 46:19, 49:3, 65:16
**convince** [1] - 46:13
**Cook** [3] - 6:18, 69:5, 69:12
**copies** [1] - 16:15
**copy** [2] - 16:16, 23:2
**Corner** [1] - 28:23
**Corporation** [2] - 6:2, 69:8
**cORPORATION** [2] - 1:7, 1:13
**correct** [16] - 10:6, 10:10, 10:15, 10:16, 10:19, 10:20, 10:23, 11:1, 11:2, 11:4, 11:8, 11:21, 11:22, 21:6, 21:9, 69:6
**cost** [1] - 50:4
**costs** [1] - 38:15
**Council** [1] - 32:24
**counsel** [5] - 20:21, 21:12, 22:21, 23:2, 61:16
**counseling** [2] - 49:21, 56:4
**counselor** [1] - 48:3
**count** [1] - 68:9
**counted** [1] - 67:9
**country** [1] - 55:8
**county** [1] - 36:7
**COUNTY** [1] - 1:10
**County** [18] - 2:2, 3:2, 8:3, 8:4, 10:14, 11:1, 19:20, 26:9, 31:10,

33:8, 34:16, 36:7, 41:20, 47:7, 47:9, 50:22, 61:9, 65:18
**couple** [5] - 29:1, 40:12, 48:20, 50:3, 50:15
**course** [5] - 8:12, 26:1, 33:5, 44:6, 44:24
**COURT** [81] - 1:1, 1:17, 7:5, 7:7, 7:11, 7:24, 8:6, 8:9, 8:14, 9:18, 9:23, 11:25, 12:4, 12:22, 13:11, 13:18, 13:21, 13:25, 14:20, 16:14, 17:19, 17:21, 20:11, 20:13, 20:15, 21:20, 21:24, 22:1, 22:6, 22:8, 22:15, 23:5, 23:14, 23:22, 24:1, 24:7, 24:8, 24:12, 25:17, 25:21, 26:10, 26:13, 26:16, 27:4, 27:5, 27:9, 27:13, 32:17, 34:3, 34:5, 35:16, 36:24, 37:1, 37:17, 38:3, 38:10, 38:14, 39:14, 60:6, 60:22, 61:18, 61:21, 61:24, 62:9, 62:13, 62:15, 62:21, 63:11, 64:7, 64:20, 65:2, 66:7, 66:12, 66:15, 66:19, 66:22, 67:13, 68:15, 68:18, 68:21, 68:25
**court** [18] - 13:24, 48:19, 48:21, 49:2, 49:5, 49:6, 49:8, 49:15, 49:16, 49:19, 49:23, 50:7, 50:8, 50:15, 50:16, 66:8
**Court** [33] - 6:17, 6:18, 7:2, 13:5, 15:18, 16:21, 24:20, 25:3, 25:16, 27:17, 29:16, 29:24, 30:13, 32:2, 32:21, 35:19, 37:7, 40:14, 40:17, 43:8, 44:3, 44:4, 46:18, 49:2, 49:12, 56:7, 56:22, 63:6, 64:16, 67:6, 68:12, 69:4, 69:5
**COURTROOM** [4] - 26:17, 26:20, 26:22, 26:25
**courtroom** [3] - 7:5, 7:13, 8:7
**COVID** [2] - 18:20,

18:21
**Covington** [1] - 5:11
**CPR** [3] - 29:1, 31:8, 31:15
**crash** [9] - 8:24, 9:3, 9:4, 9:8, 9:19, 9:21, 10:1, 25:5, 25:12
**create** [2] - 10:9, 33:12
**creating** [1] - 10:5
**crediting** [1] - 11:13
**crews** [1] - 9:13
**crime** [2] - 43:20, 65:15
**crisis** [1] - 10:14
**CROSS** [1] - 8:15
**cross** [7] - 11:25, 12:11, 12:24, 13:6, 14:2, 47:16, 67:24
**CRR** [2] - 6:17, 6:18
**cruisers** [1] - 40:1
**cumulative** [2] - 67:20, 68:13
**current** [2] - 15:25, 27:19
**custodian** [2] - 65:17, 65:21
**cut** [1] - 56:1
**cuts** [1] - 63:19

## D

**damage** [1] - 34:24
**dark** [1] - 36:17
**data** [19] - 12:12, 12:16, 13:1, 13:5, 13:6, 13:9, 13:17, 16:23, 21:4, 46:24, 47:3, 47:4, 47:5, 47:15, 47:17, 65:9, 65:19, 65:22
**Date** [1] - 69:17
**DAVID** [2] - 1:17, 2:9
**David** [2] - 7:1, 64:8
**days** [3] - 28:8, 29:19, 57:9
**DC** [7] - 2:11, 4:7, 4:14, 4:16, 5:5, 5:12, 28:22
**De** [2] - 2:4, 2:16
**DEA's** [1] - 63:17
**dead** [1] - 54:8
**deal** [9] - 26:10, 39:17, 42:7, 42:22, 46:25, 53:7, 63:13, 64:20, 67:13
**dealing** [4] - 36:17, 53:23, 54:22, 66:8
**deals** [1] - 48:9
**dealt** [1] - 60:19
**death** [2] - 31:23,

55:11
**deaths** [1] - 54:13
**debating** [1] - 63:22
**December** [1] - 19:2
**decide** [2] - 19:16, 28:21
**decided** [3] - 19:18, 28:11, 43:19
**decrease** [2] - 11:14, 19:5
**Defendant** [4] - 4:10, 5:2, 5:7, 6:2
**defendants** [6] - 24:9, 24:25, 25:8, 64:18, 68:3, 68:13
**Defendants** [3] - 1:8, 1:14, 69:9
**DEFENSE** [2] - 17:23, 22:2
**Defense** [1] - 16:9
**defer** [1] - 63:9
**deferred** [1] - 24:18
**Deleno** [1] - 22:25
**delivery** [1] - 64:24
**demonstrative** [4] - 17:25, 18:6, 18:10, 37:16
**dentists'** [1] - 58:17
**Department** [31] - 12:12, 12:18, 13:3, 13:13, 27:25, 28:3, 28:7, 28:8, 29:2, 29:3, 29:20, 30:1, 30:12, 30:19, 31:3, 31:6, 33:6, 33:15, 35:9, 35:10, 35:22, 36:14, 37:25, 39:23, 40:18, 43:21, 45:2, 48:3, 56:15, 60:10, 61:2
**department** [4] - 29:24, 30:14, 30:24, 34:11
**deposition** [9] - 14:12, 14:14, 22:19, 63:17, 66:5, 67:3, 67:5, 67:7, 67:11
**depositions** [2] - 64:23, 67:16
**DEPUTY** [4] - 26:17, 26:20, 26:22, 26:25
**Deputy** [2] - 30:3, 30:4
**describe** [4] - 30:7, 40:14, 46:17, 52:14
**describes** [1] - 9:3
**designated** [1] - 33:24
**designations** [6] - 23:18, 63:4, 67:3, 67:5, 67:7, 67:11
**designee** [1] - 62:25,

63:18
**destruction** [1] - 55:12
**detail** [1] - 40:4
**deteriorate** [1] - 54:9
**detox** [1] - 51:22
**Detroit** [2] - 11:7, 11:12
**develop** [1] - 10:8
**developed** [3] - 47:1, 47:3, 48:4
**developing** [1] - 10:12
**diabetic** [1] - 46:1
**die** [2] - 42:18, 57:12
**different** [6] - 16:22, 48:6, 55:19, 56:13, 57:13, 57:21
**difficult** [1] - 16:4
**dig** [1] - 22:12
**diligently** [1] - 29:21
**direct** [1] - 68:7
**DIRECT** [1] - 27:14
**direction** [1] - 54:25
**directly** [1] - 10:7
**Director** [2] - 43:9, 43:22
**dirty** [1] - 22:12
**disclosed** [2] - 65:20, 66:25
**discuss** [1] - 50:8
**discussing** [2] - 7:16, 63:22
**discussion** [1] - 23:21
**disease** [1] - 45:1
**Disorder** [4] - 47:24, 51:16, 52:20, 53:13
**dispatcher** [1] - 40:23
**dispensing** [2] - 65:19, 65:22
**distance** [1] - 19:18
**distinguish** [1] - 34:20
**District** [2] - 7:2, 7:3
**DISTRICT** [3] - 1:1, 1:1, 1:17
**Diversion** [1] - 48:1
**Docket** [1] - 24:23
**doctors'** [1] - 58:17
**document** [7] - 16:21, 16:23, 23:9, 32:20, 32:23, 33:23, 33:24
**documents** [3] - 23:12, 63:25, 64:1
**dollars** [1] - 55:4
**done** [7] - 13:12, 53:8, 53:19, 63:19, 65:14, 68:10, 68:18
**door** [1] - 15:19
**doors** [2] - 19:3, 51:18
**doorway** [1] - 28:24,

53:25
**Douglas** [1] - 4:17
**down** [9] - 11:11, 19:22, 30:22, 33:1, 34:25, 45:3, 46:11, 56:1, 61:24
**Dr** [7] - 12:18, 13:23, 35:21, 36:11, 65:8, 65:25, 66:3
**drawer** [1] - 22:13
**drive** [2] - 63:6, 64:24
**Drive** [1] - 6:15
**driven** [1] - 47:11
**driver** [1] - 9:10
**driver's** [2] - 9:9, 50:2
**dropped** [2] - 47:11, 47:14
**Drug** [13] - 6:2, 11:6, 11:11, 26:7, 28:12, 43:10, 44:4, 44:22, 46:19, 49:3, 65:16, 65:18, 69:8
**drug** [29] - 11:3, 11:16, 11:19, 21:1, 21:4, 31:17, 36:9, 37:8, 37:12, 41:4, 48:19, 48:21, 49:1, 49:4, 49:6, 49:8, 49:15, 49:16, 49:18, 49:19, 49:23, 50:7, 50:8, 50:15, 50:16, 60:15, 60:16, 60:18
**DRUG** [2] - 1:7, 1:13
**drugs** [2] - 9:9, 21:5
**duly** [1] - 8:2
**dumping** [1] - 68:12
**Dunbar** [1] - 35:22
**during** [4] - 7:22, 13:10, 53:16, 61:24
**duties** [1] - 26:1
**dying** [1] - 35:3

**E**

**e-mail** [1] - 35:21
**early** [2] - 11:14, 46:22
**easier** [3] - 18:3, 18:4, 36:15
**East** [3] - 3:5, 3:12, 4:18
**easy** [2] - 36:18, 37:24
**eat** [1] - 42:24
**effect** [2] - 39:14, 42:16
**eight** [1] - 55:1
**Eighth** [1] - 3:10
**either** [3] - 47:11, 52:6, 65:12
**elect** [1] - 49:18
**elected** [1] - 8:2

**elements** [1] - 67:18
**ELIZABETH** [1] - 6:14
**embarrassed** [1] - 57:5
**embedded** [5] - 47:4, 48:2, 55:24, 55:25, 56:9
**emergencies** [2] - 31:10, 34:16
**emergency** [14] - 28:9, 28:10, 29:14, 29:17, 32:3, 34:17, 34:19, 39:11, 45:2, 47:6, 47:15, 51:6, 56:20, 59:15
**Emergency** [1] - 38:8
**employee** [1] - 29:19
**Emporium** [1] - 65:18
**EMS** [14] - 14:4, 14:8, 16:1, 19:20, 20:22, 21:4, 21:5, 21:8, 31:10, 33:8, 34:16, 41:20, 47:7, 47:9
**Encino** [1] - 3:18
**encompassing** [1] - 45:10
**end** [5] - 17:11, 20:3, 65:3, 65:12, 67:11
**endless** [1] - 67:11
**ends** [1] - 20:8
**Energy** [2] - 64:14, 64:16
**Enforcement** [1] - 47:25
**enforcement** [4] - 11:11, 11:18, 43:22, 44:10
**Enjoy** [1] - 68:25
**entailed** [1] - 53:22
**enter** [1] - 17:17
**entered** [3] - 16:19, 17:14, 22:24
**entire** [2] - 18:6, 21:17
**entities** [1] - 47:5
**ENU** [1] - 4:12
**environments** [1] - 42:23
**epidemic** [3] - 29:22, 53:7, 54:1
**ER** [7] - 59:6, 59:7, 59:13, 60:9, 60:10, 60:18, 61:1
**escalating** [1] - 32:6
**especially** [2] - 46:10, 67:20
**essential** [1] - 67:18
**et** [4] - 1:7, 1:13, 69:7, 69:8
**event** [7] - 9:3, 9:10, 21:1, 21:6, 21:9,

57:7, 57:14
**events** [1] - 15:13
**everywhere** [1] - 58:14
**evidence** [9] - 17:15, 17:18, 24:21, 24:23, 24:24, 36:23, 67:19, 67:20, 68:13
**evident** [1] - 35:6
**EVZIO** [1] - 36:14
**exact** [3] - 13:1, 23:9, 28:23
**exactly** [2] - 17:16, 40:21, 41:17
**examination** [4] - 11:25, 12:11, 13:7, 14:3
**EXAMINATION** [4] - 8:15, 12:7, 20:18, 27:14
**example** [1] - 27:9
**exceed** [1] - 67:5
**excellent** [1] - 61:21
**except** [1] - 43:13
**exception** [1] - 13:14
**exchange** [2] - 45:5, 45:22
**excited** [1] - 39:1
**excuse** [1] - 44:19
**excused** [7] - 7:22, 12:4, 20:13, 22:6, 22:10, 62:13, 62:18
**Exhibit** [5] - 16:9, 23:1, 23:10, 32:16, 35:20
**exhibit** [9] - 16:16, 16:19, 21:21, 23:6, 23:7, 23:8, 23:23, 23:25, 24:2
**EXHIBIT** [5] - 17:23, 24:4, 24:5, 34:6, 37:2
**exhibits** [9] - 21:21, 21:22, 23:1, 62:25, 63:4, 63:7, 63:15, 63:20, 64:15
**EXHIBITS** [1] - 22:2
**existence** [1] - 13:17
**expand** [4] - 48:17, 48:19, 48:21, 49:8
**expanded** [2] - 58:10
**expansion** [1] - 53:10
**expect** [3] - 25:24, 26:9, 66:7
**expecting** [1] - 64:22
**experience** [1] - 44:10
**experienced** [1] - 55:21
**experiencing** [2] - 32:25, 58:2

**explain** [5] - 14:23, 36:5, 40:17, 50:5, 56:7
**extended** [2] - 49:17, 51:22
**extent** [3] - 26:5, 36:6, 40:15
**extra** [1] - 16:15
**eye** [2] - 45:5, 45:20
**eye-opening** [1] - 45:5

**F**

**FABER** [1] - 1:17
**Faber** [1] - 7:1
**facilitated** [1] - 50:21
**facilitating** [3] - 43:14, 46:21, 53:2
**facilities** [4] - 14:25, 15:3, 15:15, 50:25
**facility** [2] - 51:15, 51:22
**fact** [3] - 7:14, 25:10, 39:10
**factually** [1] - 7:15
**failed** [1] - 50:10
**fair** [1] - 58:20
**faith** [2] - 47:20, 47:21
**family** [2] - 43:17, 46:1
**family's** [1] - 42:17
**far** [6] - 25:9, 38:6, 44:9, 63:24, 67:17, 68:23
**FARRELL** [15] - 2:3, 7:25, 22:16, 23:7, 24:6, 61:13, 62:22, 63:16, 64:22, 65:4, 66:10, 66:14, 66:16, 66:20, 67:16
**Farrell** [8] - 2:4, 2:15, 7:24, 10:18, 22:15, 62:21, 64:2, 67:15
**Farrell's** [1] - 23:17
**father** [1] - 42:12
**fatigue** [4] - 42:3, 53:20, 53:22, 55:3
**FCRR** [1] - 6:18
**federal** [2] - 11:10, 11:18
**fellow** [2] - 40:5, 43:11
**felt** [3] - 28:24, 32:22, 54:1
**Fentanyl** [2] - 11:1, 11:4
**few** [1] - 19:6
**file** [1] - 64:19
**filed** [3] - 24:16, 64:5, 64:18
**filling** [1] - 16:7
**Finally** [1] - 65:7

**finally** [1] - 65:24
**finish** [2] - 64:25, 67:25
**finished** [1] - 65:1
**Fire** [19] - 27:19, 27:25, 28:3, 28:7, 28:8, 29:1, 29:3, 29:19, 29:25, 30:12, 30:19, 31:3, 31:5, 33:4, 33:6, 33:15, 33:23, 35:22, 61:1
**fire** [3] - 37:19, 39:19, 39:25
**firefighter** [7] - 28:21, 29:11, 40:16, 54:13, 54:18, 56:10, 59:5
**firefighters** [10] - 30:15, 30:17, 31:7, 40:9, 40:11, 41:7, 42:3, 53:23, 55:6, 58:11
**Firehouse** [1] - 33:11
**fires** [1] - 34:13
**Firm** [2] - 3:4, 3:7
**first** [37] - 16:24, 17:1, 17:7, 17:12, 18:25, 19:2, 19:11, 23:17, 30:25, 31:2, 31:8, 31:9, 31:14, 31:19, 32:1, 32:25, 33:5, 34:8, 34:15, 35:7, 36:9, 36:12, 37:18, 41:18, 42:16, 46:22, 47:16, 50:23, 54:1, 54:11, 54:22, 55:2, 56:3, 58:12, 58:24, 60:25, 65:13
**first-name** [1] - 32:1
**fitness** [1] - 55:25
**five** [4] - 34:22, 38:23, 54:13, 61:19
**five-minute** [1] - 34:22
**FL** [1] - 2:14
**flag** [1] - 67:4
**Flaherty** [1] - 5:14
**FLAHIVE** [1] - 5:10
**Floor** [1] - 3:5
**fluid** [1] - 38:18
**focus** [1] - 36:2
**follow** [3] - 15:11, 15:15, 35:4
**follow-up** [2] - 15:11, 15:15
**followed** [3] - 9:21, 65:9, 68:2
**Followed** [1] - 9:25
**following** [1] - 66:3
**follows** [1] - 7:4
**FOR** [1] - 1:1
**foregoing** [1] - 69:6

**form** [4] - 15:6, 18:12, 38:3, 43:2
**formed** [2] - 43:12, 51:14
**forms** [1] - 46:16
**forth** [2] - 22:21, 23:19
**forward** [1] - 64:3
**foster** [1] - 42:18
**foundation** [2] - 13:19, 65:22
**four** [4] - 65:9, 67:16, 68:1, 68:7
**Fourth** [1] - 26:4
**frame** [1] - 18:6
**freestanding** [1] - 51:15
**fresh** [1] - 68:21
**friends** [2] - 42:6, 54:15
**front** [4] - 18:10, 18:12, 45:1, 51:18
**FULLER** [1] - 2:15
**Fuller** [2] - 2:4, 2:15
**fully** [2] - 38:23, 68:11
**funding** [3] - 20:7, 52:3, 55:2
**fundraised** [1] - 55:16
**FURTHER** [1] - 8:15
**future** [1] - 53:17

**G**

**gaining** [1] - 45:16
**gal** [1] - 44:8
**gathering** [2] - 46:24, 47:17
**general** [3] - 9:19, 9:20, 30:7
**gingerly** [1] - 7:22
**given** [3] - 35:10, 35:11, 37:25, 40:23, 67:6
**gloves** [2] - 41:6, 41:7
**goal** [4] - 44:12, 46:4, 48:5, 56:1
**goals** [1] - 46:17
**grandparents** [1] - 42:19
**Grant** [1] - 55:1
**grant** [11] - 20:3, 20:7, 36:13, 48:1, 48:2, 48:21, 49:11, 53:9, 55:15, 55:16, 56:24
**grants** [4] - 20:7, 48:2, 48:21, 49:8
**graph** [1] - 18:12
**grappling** [1] - 67:4
**grateful** [1] - 36:20
**great** [6] - 35:8, 42:20, 43:10, 49:25

**Greg** [1] - 66:6
**GRETCHEN** [1] - 6:7
**grew** [1] - 28:18
**ground** [1] - 56:25
**groups** [2] - 33:9, 51:25
**guard** [1] - 52:11
**guess** [1] - 16:10
**guidance** [1] - 43:13

**H**

**habits** [1] - 49:10
**hand** [1] - 26:23
**handle** [1] - 46:20
**handling** [2] - 23:20, 43:18
**HARDIN** [6] - 5:3, 13:20, 13:22, 24:9, 24:13, 68:17
**hardin** [1] - 13:18
**Hardin** [3] - 24:8, 24:13, 25:18
**harm** [4] - 45:10, 46:14, 46:15, 46:18
**Harm** [7] - 12:17, 12:20, 45:4, 45:9, 46:4, 50:21, 56:16
**Hartle** [2] - 22:20, 62:24
**Hawkins** [1] - 3:7
**heads** [1] - 25:17
**heal** [3] - 44:13, 44:14
**health** [8] - 15:12, 46:6, 48:3, 49:20, 55:24, 56:3, 56:8
**Health** [12] - 4:11, 5:2, 12:12, 12:18, 13:3, 13:13, 24:14, 36:13, 37:25, 45:2, 56:15, 57:20
**healthcare** [1] - 15:15
**healthy** [1] - 50:17
**hear** [1] - 24:19
**heard** [4] - 24:10, 25:7, 48:9, 56:22
**hearing** [2] - 7:17, 17:21
**hearsay** [4] - 13:11, 25:9, 60:3, 60:5
**Heart** [1] - 41:9
**heart** [1] - 53:25
**heartbreaking** [2] - 8:24, 32:12
**heavily** [1] - 49:19
**help** [25] - 15:2, 15:8, 22:9, 27:5, 45:7, 45:19, 47:22, 48:7, 51:11, 51:12, 51:16, 51:17, 51:19, 52:3,

52:20, 52:24, 54:2, 55:2, 55:25, 56:3, 56:10, 56:14, 57:3, 57:12
**helped** [3] - 10:9, 50:21, 56:24
**helpful** [2] - 58:4, 62:16
**helping** [2] - 15:7, 41:21
**helpless** [3] - 28:25, 54:1, 54:2
**hepatitis** [3] - 45:11, 56:19
**heroin** [3] - 10:25, 11:3, 59:17
**HESTER** [1] - 5:9
**high** [2] - 39:10, 42:5
**highlight** [1] - 33:17
**highs** [1] - 50:9
**himself** [2] - 12:19, 43:11
**HIPAA** [1] - 47:16
**HIV** [1] - 45:12
**hold** [4] - 18:3, 57:25, 59:24, 68:11
**holds** [1] - 53:17
**home** [2] - 29:7, 29:8
**honest** [1] - 41:16
**Honor** [54] - 7:6, 7:10, 7:25, 8:8, 12:2, 12:3, 12:23, 12:25, 13:2, 13:8, 13:15, 14:17, 14:19, 15:22, 16:12, 17:17, 20:10, 20:12, 20:14, 21:11, 21:22, 21:25, 22:5, 22:7, 23:13, 24:9, 24:13, 24:15, 24:18, 25:14, 25:19, 25:22, 26:12, 26:14, 27:2, 32:16, 34:1, 35:14, 36:22, 37:15, 40:19, 53:24, 59:22, 61:23, 62:8, 62:14, 62:22, 63:2, 64:2, 64:8, 64:12, 68:17, 68:20, 68:24
**Honor's** [1] - 24:23
**HONORABLE** [1] - 1:17
**Honorable** [1] - 7:1
**hope** [2] - 22:11, 55:7
**Hope** [1] - 52:22
**hopefully** [2] - 41:19, 41:20
**hoping** [4] - 27:8, 65:11, 65:14, 65:24
**hospital** [2] - 47:11, 52:8
**Hospital** [4] - 28:9,

29:18, 51:2, 51:3
**hospitals** [2] - 44:25, 56:20
**hours** [3] - 51:17, 57:9, 68:9
**housekeeping** [2] - 21:12, 23:17
**houses** [1] - 58:18
**huge** [2] - 46:14, 47:21
**human** [1] - 49:24
**hundred** [2] - 15:20, 39:5
**HUNTINGTON** [1] - 1:4
**Huntington** [40] - 3:10, 4:1, 7:21, 8:1, 12:18, 26:2, 27:19, 27:24, 28:4, 28:8, 28:17, 29:6, 29:18, 29:22, 30:5, 30:8, 30:11, 30:19, 31:3, 31:21, 32:25, 33:6, 33:15, 36:7, 40:16, 43:1, 43:21, 47:11, 48:22, 51:2, 51:7, 52:5, 54:13, 55:7, 57:17, 57:23, 61:9, 65:15, 66:1, 69:7
**hydrocodone** [4] - 32:5, 59:12, 59:18, 60:19

**I**

**I-64** [2] - 25:5, 25:12
**ideally** [1] - 63:6
**identified** [3] - 21:24, 64:15, 67:17
**identify** [2] - 32:20, 35:19
**illicit** [3] - 11:1, 11:3, 12:13
**illustrates** [1] - 25:5
**immune** [1] - 32:10
**impact** [3] - 11:20, 42:9, 61:9
**impacts** [1] - 64:24
**impaired** [1] - 9:11
**important** [2] - 28:14, 55:22
**IN** [2] - 1:1, 1:18
**Incident** [1] - 33:4
**include** [2] - 21:4, 33:9, 34:8
**included** [2] - 33:20, 63:5
**includes** [1] - 33:8, 66:5
**including** [1] - 67:6

indicated [1] - 64:13
individual [2] - 15:25, 16:3
individuals [4] - 12:19, 15:14, 15:23, 30:15
infections [1] - 45:14
infectious [1] - 45:1
information [6] - 15:25, 16:2, 18:10, 40:22, 40:23, 60:22
initial [1] - 58:25
injector [2] - 36:14, 36:19
injuries [1] - 56:1
inpatient [2] - 56:21, 57:21
inquiry [1] - 14:21
instance [1] - 47:8
instead [2] - 49:17, 55:18
instructed [1] - 16:1
instrumental [1] - 48:20
intend [3] - 22:18, 64:18, 66:3
intention [2] - 23:2, 67:25
interesting [1] - 52:4
interrupt [1] - 25:1
Interstate [1] - 9:4
intertwines [1] - 52:4
interview [1] - 12:19
introduce [1] - 27:16
introduced [1] - 61:11
introducing [1] - 8:2
introductory [1] - 14:20
involve [1] - 20:25
involved [11] - 10:5, 10:7, 21:2, 21:5, 31:2, 31:19, 50:20, 56:23, 57:17, 58:5, 60:11
involvement [4] - 49:4, 52:2, 60:10, 60:17
involving [1] - 8:24
Ironton [1] - 28:19
Irpino [1] - 3:7
irreversible [1] - 34:23
IS [1] - 39:19
ISIA [1] - 5:4
issue [5] - 23:20, 24:10, 25:15, 64:5, 64:13
issues [4] - 24:16, 25:2, 54:16
item [2] - 22:23, 23:17

## J

Jackson [1] - 6:8
jail [3] - 42:18, 49:17, 50:12
Jan [6] - 25:24, 26:14, 26:19, 27:18, 51:24
JAN [1] - 26:24
JASIEWICZ [1] - 5:4
JEFFREY [1] - 5:13
JENNIFER [1] - 4:12
jewelry [1] - 28:22
Jim [2] - 43:21, 44:9
job [5] - 31:9, 42:8, 49:22, 50:2, 55:17
Joe [2] - 23:16, 65:25
John [1] - 66:6
Johnny [1] - 38:8
Johnson [2] - 43:21, 44:9
JOSEPH [1] - 6:4
Jr [1] - 10:18
JR [2] - 2:3, 2:15
Juan [2] - 2:5, 2:17
Judge [4] - 7:2, 49:6, 63:16, 66:21
JUDGE [1] - 1:17
judge [3] - 13:12, 14:23, 24:6
July [1] - 19:24
jumped [1] - 28:13
June [5] - 20:6, 29:18, 67:23, 67:25, 68:10

## K

Kaleo [1] - 36:14
Kathleen [3] - 26:19, 26:20, 26:21
KEARSE [24] - 4:2, 25:19, 25:22, 26:12, 26:14, 27:2, 27:15, 32:15, 32:19, 34:1, 34:7, 35:14, 35:17, 36:22, 37:3, 37:15, 39:18, 59:23, 59:25, 60:8, 60:24, 61:11, 61:14, 62:14
Kearse [2] - 26:11, 60:23
keep [4] - 45:18, 47:3, 52:18, 52:24
keeping [1] - 68:9
Keller [1] - 49:6
Kelly [3] - 6:8, 8:3, 66:6
kept [1] - 43:5
Kessler [1] - 4:17
kicked [1] - 50:10
kids [1] - 42:17

Kilkenny [4] - 12:18, 13:23, 35:21, 36:11
kind [8] - 19:6, 30:2, 32:6, 40:20, 41:2, 50:23, 52:14, 59:4
kinds [2] - 34:14, 55:19
knit [1] - 30:8
knocking [1] - 19:3
knocks [3] - 15:19, 37:8, 37:12
know-how [1] - 54:4
knowledge [5] - 13:9, 13:16, 25:25, 26:5, 44:23
known [2] - 11:7, 60:15
KOUBA [1] - 3:14

## L

LA [1] - 3:8
lack [1] - 25:8
Lanier [1] - 3:4
last [2] - 17:8, 22:18
late [1] - 68:10
lately [2] - 31:16, 40:12
Laughter [1] - 22:14
LAURA [1] - 5:10
law [6] - 11:10, 11:18, 26:4, 31:7, 43:22, 44:10
Law [4] - 3:4, 3:7, 3:12, 47:25
laws [1] - 35:11
lay [5] - 13:19, 26:4, 35:12, 38:1, 65:22
layer [2] - 52:15, 52:16
laying [2] - 41:4, 41:5
LEAD [2] - 47:25, 48:18
lead [1] - 50:17
leaders [4] - 43:17, 47:20, 48:13, 50:25
leading [1] - 14:17
leaned [1] - 44:23
learning [1] - 54:5
least [4] - 7:15, 13:4, 15:1, 19:5
Lee [1] - 3:12
left [3] - 42:14, 44:7, 44:8
leg [1] - 49:9
legislators [1] - 36:8
Lemley [3] - 43:20, 44:8, 65:15
Leon [2] - 2:4, 2:16
less [1] - 39:4
lessens [1] - 63:25

letting [1] - 13:5
level [1] - 31:8
Levin [1] - 2:12
LEYIMU [1] - 4:8
license [1] - 50:2
Lieutenant [1] - 30:2
life [12] - 28:20, 31:10, 31:14, 34:16, 34:17, 34:18, 39:5, 40:16, 40:19, 41:16, 46:13, 57:13
life-changing [1] - 57:13
lifesaving [1] - 36:9
light [1] - 50:1
Lily's [4] - 48:9, 51:25, 52:2, 52:9
limine [1] - 24:17
limits [1] - 31:11
LINDA [1] - 4:5
line [4] - 14:15, 40:20, 41:16, 45:1
lines [1] - 47:16
link [3] - 24:22, 24:24, 25:12
liquid [2] - 38:3, 38:12
Lisa [2] - 6:18, 69:5
List [2] - 23:1, 23:10
litigation [1] - 10:22
live [7] - 22:18, 53:14, 65:9, 67:7, 68:1, 68:2
lives [6] - 30:21, 30:23, 49:24, 50:18, 53:14, 54:4
living [1] - 30:6
LLC [1] - 2:4
load [1] - 63:25
local [6] - 11:10, 11:18, 11:20, 31:25, 47:5, 50:24
locally [1] - 28:12
Logan [2] - 6:5, 6:12
logistics [1] - 63:6
long-term [2] - 43:11, 56:14
longest [1] - 54:9
look [7] - 18:14, 18:25, 23:11, 33:13, 38:1, 41:25, 65:2
looked [1] - 47:8
looking [3] - 29:5, 40:25, 60:14
looks [1] - 18:1
lose [1] - 42:17
Loudin [1] - 52:8
love [1] - 30:8
loved [1] - 38:9
lows [1] - 50:9

lungs [1] - 39:2

## M

ma'am [20] - 7:8, 14:6, 16:17, 17:3, 17:10, 18:13, 18:18, 18:24, 19:4, 19:9, 19:23, 25:21, 29:12, 29:15, 31:22, 32:22, 37:6, 39:20, 44:6, 58:22
Magazine [1] - 3:7
MAHADY [6] - 6:4, 23:13, 23:16, 23:24, 64:2, 64:12
Mahady [1] - 23:16
mail [1] - 35:21
MAINIGI [1] - 4:12
MAJESTRO [1] - 2:6
Majestro [2] - 2:6, 64:10
major [1] - 47:15
majority [1] - 61:7
managing [1] - 28:22
March [3] - 9:3, 28:15, 29:20
MARK [1] - 3:16
marked [1] - 35:18
Marshall [1] - 28:19
Mary's [1] - 51:3
mask [4] - 27:6, 35:1, 38:25, 41:11
material [1] - 64:21
matter [2] - 21:12, 69:7
matters [2] - 22:17, 46:14
MAY [1] - 1:19
Mayor [16] - 7:13, 7:15, 7:20, 7:25, 28:10, 30:4, 32:23, 43:3, 43:12, 43:23, 44:1, 44:2, 44:6, 54:24
Mayor's [6] - 26:7, 44:4, 44:22, 46:19, 49:3, 50:20
Mayors [1] - 54:25
McCann [1] - 65:8
McCLURE [1] - 6:3
MCGINNESS [1] - 4:2
MCKESSON [2] - 17:23, 22:2
McKesson [6] - 5:8, 16:10, 21:13, 62:25, 63:3, 68:2
mean [7] - 25:5, 39:5, 43:23, 45:9, 50:6, 53:22, 54:16
meaningful [2] -

24:22, 24:25
**meant** [2] - 20:4, 21:17
**mechanical** [1] - 6:19
**mechanism** [1] - 15:24
**medic** [1] - 28:6
**medical** [11] - 31:10, 33:8, 34:16, 34:17, 34:19, 37:18, 44:8, 44:23, 45:13, 51:9
**medically** [2] - 41:22, 51:20
**Medicine** [2] - 51:3, 53:3
**meet** [1] - 50:8
**meetings** [1] - 10:17
**member** [4] - 9:2, 28:16, 46:1, 49:2
**members** [4] - 44:25, 45:6, 51:2, 54:22
**men** [1] - 57:24
**mental** [4] - 48:3, 49:20, 55:24, 56:2, 56:3, 56:8
**Mental** [1] - 57:20
**mentioned** [10] - 29:13, 29:23, 32:14, 40:13, 46:16, 49:1, 51:25, 53:24, 56:5, 57:15
**method** [1] - 33:12
**mic** [1] - 38:6
**MICHAEL** [2] - 2:15, 3:9
**Michael** [3] - 35:21, 43:6, 43:9
**microphone** [1] - 27:20
**mid** [2] - 67:23, 67:25
**mid-2000s** [2] - 32:2, 59:3
**might** [10] - 31:24, 36:17, 36:18, 38:23, 39:1, 39:16, 50:12, 51:13, 56:8, 59:17
**MILDRED** [1] - 3:3
**milliliter** [2] - 38:18, 38:20
**million** [1] - 55:4
**Milton** [1] - 9:4
**mindfulness** [1] - 55:9
**minister** [1] - 29:6
**minute** [3] - 7:9, 12:22, 34:22
**minutes** [3] - 38:21, 38:23, 61:20
**misconceptions** [1] - 45:22
**miss** [1] - 47:9

**missing** [1] - 19:7
**mission** [2] - 30:19, 30:20
**misspoke** [1] - 56:8
**mist** [2] - 37:23, 38:13
**misunderstood** [1] - 21:16
**Mitchell** [1] - 2:12
**moment** [1] - 57:6
**Monday** [3] - 63:24, 65:6, 68:22
**money** [6] - 49:11, 53:9, 55:5, 55:15, 55:16
**monitored** [1] - 49:19
**month's** [1] - 54:13
**months** [3] - 17:8, 52:25, 55:1
**moral** [1] - 45:6
**morning** [13] - 7:19, 7:23, 8:17, 8:18, 8:19, 12:9, 12:10, 25:6, 25:22, 27:16, 63:2, 65:25, 68:22
**Morris** [1] - 6:15
**most** [3] - 48:1, 53:8, 57:22
**mother** [6] - 8:24, 9:13, 9:21, 9:23, 25:6, 42:12
**mothers** [3] - 52:10, 52:19, 52:23
**motion** [5] - 24:16, 24:17, 24:19, 64:5, 64:17
**Motley** [5] - 2:9, 3:14, 4:3, 4:5, 4:8
**MOUGEY** [1] - 2:12
**move** [4] - 10:2, 21:13, 36:22, 65:4
**moved** [1] - 21:12
**moving** [1] - 12:13
**MR** [52] - 2:3, 2:6, 2:9, 2:12, 2:15, 3:9, 3:11, 3:16, 4:17, 5:4, 5:9, 5:10, 5:13, 6:4, 7:10, 7:12, 7:25, 8:8, 22:16, 23:7, 23:16, 23:24, 24:6, 34:4, 36:25, 59:22, 59:24, 60:1, 60:21, 61:13, 61:19, 61:23, 62:3, 62:6, 62:10, 62:22, 63:2, 63:14, 63:16, 64:2, 64:8, 64:12, 64:22, 65:4, 66:10, 66:14, 66:16, 66:20, 66:24, 67:16, 68:20, 68:24
**MS** [76] - 3:3, 3:6,

3:14, 4:2, 4:5, 4:8, 4:12, 4:12, 4:15, 5:3, 5:10, 6:3, 6:7, 6:14, 7:6, 8:16, 11:23, 12:3, 12:6, 12:8, 12:23, 12:25, 13:8, 13:12, 13:15, 13:22, 14:1, 14:17, 14:18, 14:22, 16:12, 16:15, 16:18, 17:17, 17:20, 17:24, 18:5, 18:8, 20:9, 20:12, 20:14, 20:19, 21:11, 21:16, 21:19, 21:22, 21:25, 22:3, 22:5, 22:7, 24:9, 24:13, 25:19, 25:22, 26:12, 26:14, 27:2, 27:15, 32:15, 32:19, 34:1, 34:7, 35:14, 35:17, 36:22, 37:3, 37:15, 39:18, 59:23, 59:25, 60:8, 60:24, 61:11, 61:14, 62:14, 68:17
**Mt** [3] - 3:15, 4:4, 4:9
**mud** [1] - 45:25
**multiple** [1] - 49:21
**Murray** [1] - 52:7
**must** [1] - 24:24

## N

**naloxone** [23] - 31:16, 35:2, 35:5, 35:7, 35:10, 35:11, 35:12, 35:24, 36:12, 37:5, 37:7, 37:8, 37:11, 37:14, 37:20, 39:7, 39:12, 39:19, 39:23, 39:25, 40:13, 41:19, 53:5
**name** [4] - 11:9, 23:15, 26:18, 32:1
**Narcan** [1] - 16:20
**Narcan'd** [1] - 50:15
**nasal** [5] - 37:20, 37:21, 37:22, 38:12, 38:13
**Nate** [2] - 22:20, 62:24
**national** [1] - 33:3
**National** [2] - 33:4, 43:10
**Navigating** [1] - 55:6
**need** [16] - 13:21, 15:10, 18:15, 30:17, 30:18, 35:25, 39:15, 45:19, 46:8, 51:11, 51:18, 51:21, 53:10, 53:11, 57:12, 64:9
**needed** [5] - 15:9,

35:7, 47:22, 48:7
**needle** [2] - 41:6, 45:24
**needles** [6] - 37:24, 41:4, 45:14, 45:17, 46:5
**needs** [7] - 47:23, 52:12, 53:6, 57:19, 58:9, 58:10, 64:25
**negative** [1] - 57:6
**Neonatal** [2] - 48:10, 52:6
**neonatologist** [1] - 66:1
**New** [2] - 3:5, 3:8
**new** [3] - 23:5, 24:2, 55:16
**news** [3] - 9:2, 9:3, 9:7
**next** [5] - 22:17, 33:7, 51:12, 65:8, 67:1
**nexus** [1] - 25:8
**NFIRS** [2] - 33:3, 33:9
**nice** [2] - 15:11, 15:12
**NICHOLAS** [13] - 6:11, 7:10, 7:12, 8:8, 34:4, 36:25, 59:22, 59:24, 60:1, 60:21, 61:19, 61:23, 62:3
**Nicholas** [3] - 7:9, 8:7, 61:18
**night** [1] - 50:12
**Ninth** [1] - 4:6
**nobody** [3] - 32:10, 55:13, 56:10
**non** [1] - 49:18
**non-violent** [1] - 49:18
**none** [2] - 24:21, 54:4
**normal** [2] - 26:1, 50:17
**nose** [2] - 37:23, 39:16
**nostril** [2] - 38:18, 38:19
**nostrils** [1] - 40:14
**note** [2] - 63:8, 64:4
**nothing** [3] - 22:5, 44:18, 44:20
**number** [9] - 16:1, 20:22, 23:8, 23:10, 24:17, 32:14, 33:14, 33:15, 44:17
**numbers** [7] - 17:2, 17:3, 17:4, 19:21, 23:10, 40:4, 47:9
**nurse** [10] - 29:13, 29:14, 29:17, 39:11, 56:18, 59:6, 59:7, 60:9, 60:18, 61:1
**nurses** [4] - 40:1, 40:2, 45:2, 47:20
**nursing** [1] - 28:6

**nutrition** [1] - 55:9
**NW** [6] - 2:10, 4:6, 4:13, 4:15, 5:5, 5:12
**NY** [1] - 3:5

## O

**oath** [2] - 8:12, 30:23
**object** [7] - 12:23, 25:13, 60:2, 60:5, 60:21, 68:7, 68:14
**objection** [13] - 13:25, 14:17, 17:19, 17:20, 21:18, 23:25, 34:3, 34:4, 36:24, 36:25, 60:7, 60:21, 60:22
**objections** [7] - 17:21, 63:5, 63:7, 63:12, 63:20, 63:24, 64:1
**obligation** [1] - 45:7
**observations** [2] - 26:1, 60:17
**observe** [1] - 60:18
**observed** [1] - 42:10
**observing** [1] - 59:10
**obviously** [3] - 18:9, 29:25, 37:22
**occasionally** [1] - 31:24
**October** [1] - 54:18
**OF** [2] - 1:1, 1:4
**offense** [1] - 49:18
**offer** [1] - 45:12
**offered** [1] - 23:23
**office** [1] - 46:20
**Office** [10] - 26:7, 28:11, 33:23, 43:10, 44:4, 44:22, 46:19, 49:3, 50:20, 65:16
**office's** [1] - 48:12
**officer** [1] - 41:2
**officers** [2] - 40:5, 55:7
**offices** [3] - 10:17, 58:17
**Official** [2] - 69:4, 69:5
**official** [1] - 33:23
**Ohio** [1] - 28:19
**old** [5] - 23:6, 24:2, 28:6, 32:11, 46:24
**once** [1] - 41:22
**one** [21] - 11:13, 15:14, 21:1, 21:11, 21:20, 23:6, 23:9, 24:2, 27:10, 31:24, 38:18, 44:7, 48:23, 52:16, 56:15, 57:1, 57:22, 64:5, 64:12
**One** [2] - 5:11, 64:15
**ones** [1] - 17:14

**onion** [1] - 52:15
**opening** [3] - 44:3, 45:5, 45:20
**operated** [1] - 11:7
**operates** [1] - 40:18
**opiate** [1] - 60:16
**opiates** [4] - 59:19, 59:20
**opinion** [1] - 26:5
**opioid** [24] - 9:10, 10:14, 14:5, 14:9, 20:22, 24:18, 29:21, 31:17, 32:8, 34:9, 34:17, 36:9, 37:9, 39:7, 39:9, 39:13, 41:13, 43:2, 44:17, 53:7, 59:23, 61:5, 61:7, 61:8
**opioid-related** [3] - 14:5, 14:9, 20:22
**opioids** [8] - 9:9, 9:14, 9:18, 12:13, 25:11, 34:24, 46:10
**opposition** [1] - 64:18
**option** [4] - 29:4, 44:18, 44:20, 48:4
**options** [3] - 48:17, 57:13, 57:18
**order** [5] - 10:18, 22:24, 36:11, 61:12, 64:19
**ordinary** [1] - 45:8
**Organization** [2] - 11:6, 11:12
**organization** [1] - 11:7, 66:5
**organizations** [2] - 11:3, 47:2
**Orleans** [1] - 3:8
**out-of-court** [1] - 13:24
**out-of-state** [1] - 68:4
**outfit** [1] - 22:12
**outlines** [1] - 36:20
**outpatient** [1] - 51:21
**outsiders** [1] - 55:23
**overall** [1] - 14:8
**overdose** [32] - 11:20, 14:4, 14:8, 15:20, 16:20, 19:21, 20:25, 21:5, 21:9, 21:15, 33:10, 34:17, 36:15, 37:5, 38:2, 39:8, 39:13, 40:4, 40:6, 40:15, 40:17, 42:15, 47:14, 54:6, 54:7, 57:2, 58:19, 60:10
**overdosed** [1] - 41:12
**overdoses** [25] - 11:14, 19:14, 31:24,

32:4, 32:8, 32:11, 33:12, 33:15, 33:20, 34:9, 34:18, 35:8, 42:4, 42:5, 42:6, 42:10, 43:2, 44:17, 47:10, 58:12, 58:25, 59:1, 59:2, 59:10, 60:18
**overdosing** [1] - 51:7
**overflow** [1] - 52:9
**overlaps** [1] - 7:17
**overruled** [1] - 14:21
**overrun** [1] - 21:4
**overwhelmed** [1] - 44:16
**own** [4] - 35:9, 38:22, 38:24, 47:1
**oxycodone** [3] - 32:5, 59:11, 59:19

**P**

**P-1200** [1] - 2:7
**P-4113** [1] - 35:19
**P-42370** [2] - 23:1, 24:4
**P-9999** [3] - 22:24, 23:9, 24:5
**P.O** [2] - 5:14, 6:8
**PA** [3] - 6:6, 6:13, 6:15
**packet** [1] - 21:17
**page** [1] - 36:1
**pandemic** [2] - 53:16, 53:19
**panel** [1] - 60:16
**panels** [2] - 60:15, 60:18
**Papantonio** [1] - 2:12
**paraphernalia** [1] - 41:4
**parent** [2] - 42:1, 42:17
**parentheses** [1] - 33:14
**parents** [1] - 28:11
**park** [1] - 58:18
**part** [11] - 19:11, 28:16, 28:20, 29:19, 34:24, 45:16, 46:14, 46:15, 48:11, 60:11, 60:13
**part-time** [1] - 29:19
**participants** [1] - 50:15
**participate** [2] - 10:12, 40:6
**participated** [1] - 10:9
**participates** [1] - 11:19
**particular** [1] - 11:9

**particulars** [1] - 11:17
**parties** [3] - 8:10, 23:19, 63:21
**partners** [1] - 11:19
**partnerships** [2] - 48:13, 50:19
**passes** [1] - 40:23
**past** [1] - 26:2
**pathogens** [1] - 45:11
**patience** [2] - 20:21, 67:19
**patient** [1] - 60:13
**patients** [3] - 15:20, 43:16, 60:10
**Patrick** [1] - 66:5
**PAUL** [2] - 2:3, 5:9
**Paul** [1] - 10:17
**pay** [1] - 49:12
**payout** [1] - 10:22
**peak** [1] - 54:12
**PEARL** [1] - 3:6
**peel** [1] - 52:15
**peer** [1] - 57:23
**Pensacola** [1] - 2:14
**people** [29] - 15:6, 30:5, 31:4, 32:1, 37:12, 38:1, 40:5, 44:11, 44:13, 45:8, 45:21, 46:9, 48:8, 48:14, 48:17, 49:24, 50:17, 51:7, 51:14, 53:2, 53:14, 55:19, 55:21, 56:13, 56:15, 57:17, 57:25, 58:1, 61:2
**per** [1] - 9:22
**percent** [7] - 14:10, 15:20, 15:22, 16:5, 16:8, 47:10
**percentage** [3] - 14:4, 14:8, 16:6
**Perfect** [1] - 65:4
**perhaps** [1] - 7:14
**period** [5] - 16:24, 49:17, 51:23, 54:14, 58:25
**permission** [1] - 35:23
**permitted** [1] - 24:2
**person** [1] - 35:12
**personal** [9] - 13:9, 13:16, 14:7, 19:12, 20:21, 24:17, 25:25, 26:1, 47:12
**personnel** [1] - 16:1
**pertain** [1] - 31:25
**pervasive** [1] - 58:20
**PETER** [1] - 2:12
**Peterson** [2] - 11:6, 11:11
**pharmacy** [3] - 65:17,

65:19, 65:23
**Pharmacy** [3] - 51:3, 53:3, 53:4
**Philadelphia** [2] - 6:6, 6:13
**phone** [1] - 16:1
**physical** [1] - 55:25
**physicals** [1] - 45:13
**physicians** [2] - 45:1
**pick** [1] - 45:25
**picture** [2] - 44:3, 44:9
**PIFKO** [1] - 3:16
**pill** [3] - 32:4, 41:5, 59:11
**pinpoint** [1] - 41:13
**Place** [4] - 48:9, 51:25, 52:2, 52:9
**place** [3] - 17:9, 51:9, 58:19
**placed** [1] - 56:12
**places** [1] - 51:4
**Plaintiff** [5] - 1:5, 1:11, 2:2, 3:2, 4:1
**PLAINTIFF** [5] - 24:4, 24:5, 26:24, 34:6, 37:2
**Plaintiffs** [1] - 69:8
**plaintiffs** [8] - 24:20, 24:24, 26:14, 62:23, 63:16, 64:6, 64:15, 64:17
**plaintiffs'** [2] - 21:12, 36:23
**Plan** [3] - 10:6, 10:10, 10:13
**plan** [5] - 10:12, 10:14, 10:19, 63:23, 65:2
**Pleasant** [3] - 3:15, 4:4, 4:9
**pleasure** [1] - 8:2
**Point** [1] - 57:23
**point** [4] - 8:21, 14:19, 62:23, 66:24
**police** [2] - 39:25, 55:7
**Police** [4] - 35:9, 35:10, 43:21, 48:3
**Policy** [2] - 26:7, 28:12, 43:10, 44:5, 44:22, 46:19, 49:3, 65:16
**policy** [6] - 35:4, 35:6, 35:9, 35:15, 35:23, 36:2, 36:3, 36:6
**polysubstance** [1] - 21:1
**Ponc** [1] - 2:4
**Ponce** [1] - 2:16
**poorly** [1] - 46:12
**pop** [2] - 38:7, 59:17
**popping** [1] - 52:18

**pops** [1] - 52:17
**Portal** [1] - 48:5
**portals** [1] - 48:6
**Portsmouth** [2] - 45:3, 45:4
**position** [5] - 26:6, 27:19, 28:15, 30:3, 67:9
**positive** [1] - 54:24
**possible** [2] - 9:10, 9:12
**possibly** [2] - 25:12, 43:15
**potential** [1] - 10:22
**Powell** [1] - 2:6
**PowerPoint** [1] - 48:4
**PPE** [1] - 19:18
**PR** [2] - 2:5, 2:17
**praised** [1] - 50:14
**Prayer** [1] - 43:4
**predict** [1] - 53:17
**prepared** [2] - 10:21, 32:23
**prescription** [2] - 12:13, 36:11
**presence** [1] - 67:6
**present** [4] - 9:13, 22:19, 32:15, 37:16
**presentation** [1] - 48:5
**presented** [1] - 44:3
**press** [1] - 11:12
**Prestera** [2] - 51:4, 57:20
**prevent** [1] - 35:3
**prevention** [1] - 46:17
**preview** [1] - 65:7
**previously** [2] - 16:19, 23:6
**Prevosnik** [1] - 22:20
**PREVOSNIK** [1] - 63:18
**Prevoznik** [4] - 23:18, 63:18, 64:4, 64:13
**Priddy** [23] - 7:5, 7:17, 8:11, 8:17, 8:23, 9:7, 10:2, 10:25, 11:10, 11:23, 12:11, 12:9, 12:11, 13:8, 14:2, 16:9, 16:19, 18:9, 20:13, 20:20, 22:4, 22:6, 25:4
**Private** [1] - 30:2
**PROACT** [2] - 51:15, 58:4
**problem** [5] - 11:1, 15:7, 25:5, 41:18, 51:6
**proceed** [1] - 24:12
**Proceedings** [1] -

6:19
**proceedings** [2] - 8:4, 69:7
**PROCEEDINGS** [1] - 7:1
**process** [4] - 9:8, 64:3, 66:16, 66:17
**processes** [1] - 53:6
**Proctor** [1] - 2:12
**produced** [1] - 6:19
**proffer** [2] - 22:19, 63:17
**Program** [2] - 12:17, 12:20, 45:5, 45:9, 46:4, 50:22, 56:16
**program** [5] - 45:10, 47:25, 52:25, 55:5, 58:2
**programs** [3] - 53:10, 57:21, 57:22
**Project** [1] - 52:22
**promise** [1] - 8:20
**promoted** [1] - 30:3
**proper** [2] - 8:4, 22:22
**properly** [1] - 67:17
**property** [2] - 30:21, 30:23
**prostituting** [1] - 49:9
**protect** [2] - 30:21, 30:23
**protected** [1] - 41:1
**protective** [1] - 41:6
**provide** [7] - 36:9, 36:12, 45:12, 46:2, 48:6, 48:18, 49:9
**provided** [1] - 25:12
**providing** [1] - 45:17
**proximity** [2] - 9:19, 9:21
**pry** [1] - 64:22
**PTSD** [1] - 42:4
**puddle** [1] - 45:25
**pull** [1] - 18:5
**pulse** [1] - 41:10
**pupils** [2] - 41:12, 41:13
**purchased** [1] - 41:6
**purports** [1] - 10:13
**push** [1] - 39:1
**put** [14] - 14:13, 19:18, 27:20, 35:9, 37:23, 38:7, 38:17, 38:19, 40:13, 68:4, 68:16
**putting** [3] - 40:1, 51:13, 67:11

## Q

**QRT** [9] - 15:19, 15:21, 16:5, 19:1,

19:2, 19:10, 19:16, 56:22, 56:23
**quarter** [3] - 17:1, 17:12, 66:22
**questioning** [1] - 14:16
**questions** [9] - 11:24, 13:4, 14:5, 14:11, 20:9, 61:16, 62:4, 62:8, 62:11
**QUEZON** [20] - 12:3, 12:6, 12:8, 12:25, 13:12, 14:1, 14:18, 14:22, 16:12, 16:15, 16:18, 17:17, 17:24, 18:5, 18:8, 20:9, 20:14, 21:16, 22:5, 22:7
**Quick** [2] - 15:5, 57:10
**quickly** [2] - 7:12, 38:20
**quoted** [1] - 11:12

## R

**RADER** [1] - 26:24
**Rader** [46] - 7:18, 24:10, 24:15, 25:24, 26:15, 26:19, 27:5, 27:16, 27:18, 27:20, 27:23, 27:24, 28:16, 29:13, 29:23, 30:12, 31:18, 32:14, 32:16, 32:20, 33:22, 35:4, 35:18, 35:19, 37:4, 40:3, 42:9, 43:1, 43:24, 44:1, 46:16, 50:5, 51:24, 53:20, 54:21, 57:15, 58:11, 58:23, 59:21, 60:9, 60:25, 61:15, 61:25, 62:3, 62:6, 62:10
**Rafferty** [1] - 2:12
**raid** [1] - 11:16
**raise** [2] - 25:3, 26:23
**raised** [2] - 30:9, 42:22
**raises** [1] - 23:18
**raising** [2] - 25:15, 42:19
**rank** [1] - 30:4
**ranks** [2] - 28:5, 29:25
**rates** [1] - 11:20
**reach** [2] - 15:13, 15:21, 56:14, 57:10
**read** [3] - 33:21, 59:16, 60:3
**ready** [2] - 22:17, 63:21
**real** [1] - 25:22

**realize** [2] - 29:4, 50:1
**realized** [2] - 46:23, 47:17
**really** [5] - 16:1, 32:7, 58:19, 59:3, 67:5
**realtime** [3] - 19:13, 19:15, 47:3
**reason** [2] - 11:13, 13:17
**reasonable** [1] - 68:11
**rebuild** [1] - 49:24
**receive** [1] - 21:8
**received** [1] - 65:19
**receptive** [1] - 49:7
**receptor** [1] - 37:12
**receptors** [1] - 37:9
**recess** [1] - 61:21
**Recess** [1] - 62:2
**recessed** [1] - 69:2
**recipients** [1] - 50:15
**recited** [1] - 60:2
**recognize** [1] - 7:20
**record** [7] - 22:19, 22:24, 34:2, 63:8, 63:12, 67:10, 69:6
**recorded** [1] - 47:4
**records** [2] - 65:17, 65:21
**recover** [2] - 50:17, 54:15
**Recovery** [2] - 48:5, 57:23
**recovery** [9] - 43:11, 56:5, 56:7, 56:12, 56:14, 56:17, 56:19, 57:23, 57:25
**recross** [1] - 20:11
**RECROSS** [1] - 20:18
**redirect** [2] - 12:5, 62:14
**REDIRECT** [1] - 12:7
**reduction** [3] - 46:14, 46:15, 46:18
**Reduction** [8] - 12:17, 12:20, 45:4, 45:9, 45:10, 46:4, 50:21, 56:16
**Reed** [2] - 6:4, 6:11
**reference** [1] - 19:1
**referred** [1] - 13:6
**referring** [2] - 45:15, 54:10
**regard** [1] - 25:25
**regarding** [2] - 12:12, 14:3
**regardless** [1] - 46:2
**regards** [6] - 34:9, 35:5, 37:5, 46:20, 58:25, 59:10
**regular** [5] - 32:23,

33:12, 49:24, 50:14, 53:4
**regularly** [2] - 12:20, 42:24
**relapse** [3] - 53:15, 53:18, 53:19
**relapsed** [2] - 50:12, 50:16
**related** [3] - 14:5, 14:9, 20:22
**relationships** [1] - 48:18
**rely** [1] - 40:22
**remember** [4] - 14:15, 18:2, 38:8, 38:10
**remind** [2] - 24:20, 27:6
**removing** [1] - 27:6
**renew** [1] - 67:9
**repeating** [1] - 13:24
**replicated** [1] - 55:8
**reply** [1] - 64:19
**report** [4] - 9:16, 33:3, 33:21, 47:14
**Report** [1] - 64:17
**reported** [1] - 69:10
**REPORTER** [2] - 9:23, 23:14
**Reporter** [6] - 6:17, 6:18, 69:4, 69:5, 69:13
**Reporting** [1] - 33:4
**reports** [1] - 60:4
**representative** [2] - 7:21, 8:1
**representatives** [1] - 8:10
**representing** [1] - 8:3
**reprimanded** [1] - 50:11
**request** [1] - 7:20
**Rescue** [1] - 33:14
**rescue** [4] - 31:15, 33:13, 33:19, 41:11
**rescues** [1] - 33:7
**residential** [1] - 51:22
**Resiliency** [4] - 10:6, 10:10, 10:13, 10:21
**resistant** [1] - 41:6
**resources** [1] - 15:10
**respect** [1] - 25:15
**respects** [1] - 25:9
**respirations** [2] - 34:25, 37:11
**respond** [8] - 10:14, 31:9, 34:11, 34:13, 34:15, 36:15, 39:13, 43:1
**responded** [4] - 33:2, 33:7, 64:7, 64:9

**responder** [4] - 31:3, 31:19, 56:3, 60:25
**responders** [12] - 30:25, 32:25, 34:9, 35:7, 36:10, 36:12, 42:16, 54:1, 54:11, 54:22, 55:3, 58:12
**responding** [2] - 47:2, 64:6
**Response** [2] - 15:5, 57:10
**responses** [1] - 34:8
**responsibilities** [1] - 30:13
**responsible** [3] - 30:14, 30:16, 60:14
**restaurants** [2] - 58:15
**rested** [1] - 68:22
**results** [1] - 21:8
**resume** [1] - 7:7
**retirements** [1] - 40:12
**reversal** [2] - 31:17, 36:9
**reverse** [1] - 35:2
**reverses** [1] - 37:8
**review** [4] - 19:20, 20:21, 23:11, 66:4
**reviewing** [1] - 60:11
**revive** [1] - 42:1
**revived** [3] - 51:8, 57:8, 59:15
**Rice** [5] - 2:9, 3:14, 4:3, 4:5, 4:8
**ripple** [1] - 42:16
**rise** [1] - 32:9
**rising** [3] - 43:2, 59:2, 59:3
**river** [1] - 28:19
**RMR** [2] - 6:17, 6:18
**ROBERT** [1] - 6:11
**ROBERTSON** [1] - 3:6
**role** [6] - 44:21, 46:19, 48:11, 48:12, 50:20
**room** [9] - 28:9, 28:10, 29:14, 29:17, 32:3, 39:11, 45:2, 47:15, 59:15
**rooms** [3] - 47:6, 51:6, 56:20
**rose** [1] - 32:14
**Roy** [1] - 38:8
**RPR** [1] - 6:18
**RPR-RMR-CRR-FCRR** [1] - 6:18
**RUBY** [2] - 4:17, 62:10
**Ruby** [2] - 4:17, 62:9
**ruled** [1] - 39:13
**ruling** [3] - 24:18, 24:20, 68:14
**run** [2] - 47:7, 49:11

**running** [1] - 40:21
**runny** [1] - 39:16
**runs** [12] - 14:4, 14:8, 16:20, 19:21, 20:22, 20:25, 21:15, 30:18, 40:4, 40:6, 40:17

## S

**s\Ayme** [1] - 69:12
**s\Lisa** [1] - 69:12
**sad** [1] - 42:8
**safe** [2] - 41:3, 45:19
**safety** [1] - 40:25
**SALGADO** [1] - 4:15
**SAMHSA** [1] - 48:21
**San** [2] - 2:5, 2:17
**Sara** [1] - 52:7
**save** [5] - 30:21, 30:23, 39:5, 54:3
**saving** [1] - 50:4
**saw** [3] - 19:16, 53:15, 54:19
**SC** [3] - 3:15, 4:4, 4:9
**scene** [8] - 9:12, 9:14, 10:1, 25:7, 40:25, 41:2, 41:22, 41:24
**scenes** [1] - 32:4
**Schmidt** [1] - 66:23
**SCHMIDT** [5] - 5:9, 62:6, 66:24, 68:20, 68:24
**school** [4] - 28:6, 40:2, 42:5, 42:21
**School** [5] - 51:3, 53:3, 53:4
**schools** [1] - 40:1
**scope** [2] - 12:24, 68:7
**Scott** [3] - 43:20, 44:8, 65:14
**screen** [6] - 14:13, 18:15, 59:15, 59:16, 60:2, 60:14
**screens** [1] - 60:12
**Sean** [1] - 52:7
**seat** [1] - 27:1
**second** [3] - 22:23, 33:14, 36:1
**Secondly** [1] - 63:16
**secure** [1] - 55:4
**see** [18] - 7:12, 16:24, 19:5, 19:15, 31:23, 31:24, 32:4, 32:24, 41:10, 50:1, 51:12, 54:13, 55:11, 61:7, 63:7, 63:24, 68:21
**seeing** [6] - 32:3, 32:4, 46:25, 54:15, 58:24, 59:1
**seek** [1] - 17:17

**self** [1] - 46:11
**self-worth** [1] - 46:11
**Senior** [1] - 7:2
**SENIOR** [1] - 1:17
**senior** [1] - 41:2
**Sensabaugh** [1] - 5:14
**sent** [2] - 35:21, 51:21
**separate** [2] - 21:22, 34:14
**separating** [1] - 33:12
**September** [1] - 43:4
**serious** [1] - 52:23
**serve** [1] - 28:12
**served** [1] - 65:15
**service** [1] - 49:22
**services** [4] - 15:4, 46:5, 49:13, 51:21
**serving** [1] - 31:20
**set** [2] - 10:13, 31:6
**setting** [1] - 27:9
**several** [4] - 14:25, 21:21, 31:16
**shake** [1] - 41:8
**shameful** [1] - 46:10
**SHANNON** [1] - 6:3
**shape** [1] - 15:6
**share** [5] - 35:23, 35:24, 45:18
**shares** [1] - 12:20
**sharing** [1] - 45:14
**shoes** [1] - 56:17
**shoot** [1] - 38:19
**short** [3] - 27:22, 44:7, 64:19
**shout** [1] - 41:8
**show** [7] - 12:16, 33:18, 38:4, 38:9, 55:1, 57:11, 57:13
**showed** [2] - 29:2, 33:19
**showing** [4] - 35:18, 45:17, 55:10, 55:14
**shown** [2] - 9:15, 17:25
**shutdown** [1] - 18:21
**shuts** [1] - 34:24
**sic)** [1] - 35:19
**sic]** [1] - 63:18
**sides** [1] - 63:20
**sign** [1] - 41:14
**significant** [1] - 30:18
**simple** [2] - 38:7, 39:4
**simply** [2] - 13:5, 65:21
**SIMULTANEOUS** [1] - 12:2
**SINGER** [1] - 4:5
**sister** [1] - 42:13
**sit** [1] - 51:10

**situation** [3] - 42:2, 52:14, 52:21
**six** [3] - 13:4, 31:13, 52:25
**skyrocketed** [1] - 32:7
**small** [2] - 45:14, 46:11
**Smith** [2] - 6:4, 6:11
**smoothness** [1] - 68:23
**Sobonya** [1] - 8:3
**social** [1] - 19:18
**software** [1] - 33:11
**solved** [1] - 15:7
**someone** [2] - 25:7
**sometimes** [3] - 16:3, 41:24, 41:25
**soon** [3] - 10:1, 51:8, 64:11
**sorry** [14] - 7:10, 9:23, 13:22, 18:19, 20:2, 20:6, 20:15, 21:16, 23:14, 24:8, 38:5, 48:25, 59:25, 60:1
**South** [1] - 2:13
**SOUTHERN** [1] - 1:1
**Southern** [1] - 7:2
**SPEAKERS** [1] - 12:2
**special** [1] - 52:12
**specific** [7] - 11:15, 26:8, 39:7, 39:9, 44:21, 55:17, 64:5
**specifically** [2] - 13:1, 44:15, 49:9
**specifics** [1] - 26:10
**spend** [2] - 52:10, 55:14
**spent** [2] - 44:25, 46:21
**spike** [2] - 18:20, 19:13
**spikes** [1] - 19:6
**spin** [1] - 35:9
**spiritual** [1] - 47:23
**sponsored** [1] - 67:12
**Square** [2] - 6:5, 6:12
**squirt** [1] - 38:18
**St** [1] - 51:2
**staff** [1] - 37:19
**staffing** [1] - 64:24
**stand** [4] - 7:8, 8:11, 24:11, 64:3
**standing** [2] - 36:11, 61:11
**Stanner** [1] - 63:3
**STANNER** [3] - 5:10, 63:2, 63:14
**start** [9] - 8:20, 14:24, 19:21, 28:11, 31:14, 37:12, 39:23, 41:10,

68:12
**started** [26] - 19:2, 25:6, 29:5, 29:18, 31:22, 32:2, 32:3, 32:6, 39:24, 43:14, 43:16, 44:11, 44:15, 44:16, 47:19, 47:25, 52:7, 53:2, 53:6, 58:24, 59:1, 59:2, 59:3, 59:7
**starts** [1] - 65:8
**startup** [1] - 53:9
**state** [7] - 11:10, 11:19, 26:17, 31:7, 34:15, 50:23, 68:4
**statement** [1] - 30:20
**statements** [1] - 13:24
**States** [1] - 7:2
**STATES** [2] - 1:1, 1:17
**stations** [1] - 31:13
**statistics** [1] - 12:21
**Status** [1] - 7:2
**STATUS** [1] - 1:17
**stay** [2] - 8:6, 41:2
**steal** [1] - 45:25
**stemming** [1] - 26:8
**stenography** [1] - 6:19
**step** [1] - 61:24
**STEVEN** [1] - 4:17
**stigma** [1] - 56:2
**still** [8] - 8:12, 11:16, 15:9, 16:9, 53:4, 53:6, 63:5, 63:21
**stocked** [1] - 39:19
**stood** [1] - 62:20
**stop** [1] - 19:10
**stopped** [2] - 19:12, 29:1
**stops** [1] - 37:10
**store** [2] - 28:22, 53:25
**stories** [2] - 24:18, 25:10
**story** [2] - 8:24, 28:22
**Street** [15] - 2:7, 2:10, 2:13, 3:5, 3:7, 3:10, 3:12, 4:6, 4:13, 4:15, 4:18, 5:5, 5:12, 6:6, 6:13
**stressful** [1] - 42:1
**stressor** [1] - 42:7
**strong** [2] - 50:17, 51:21
**structure** [1] - 34:13
**struggling** [1] - 42:23
**subject** [2] - 10:3, 64:17
**submission** [1] - 64:16
**submit** [6] - 62:23,

63:23, 66:3, 66:10, 66:12, 66:13
**Submit** [1] - 66:12
**submitted** [2] - 63:4, 63:12
**subpoenaed** [1] - 65:18
**Substance** [4] - 47:24, 51:16, 52:19, 53:13
**substantial** [1] - 16:23
**substitute** [4] - 23:5, 23:12, 23:23, 23:25
**substitution** [2] - 22:25, 24:1
**successful** [2] - 57:22, 58:2
**sudden** [1] - 52:17
**suffer** [1] - 42:3
**suffering** [4] - 44:13, 45:8, 47:24, 51:16, 52:19, 55:3, 57:8
**sufficient** [1] - 46:25
**suicide** [1] - 54:18
**Suite** [9] - 2:4, 2:7, 2:10, 2:13, 2:16, 3:17, 4:6, 6:5, 6:12
**summary** [1] - 33:1
**support** [3] - 31:15, 47:23, 49:10
**supposed** [4] - 18:19, 50:13, 54:3
**suppresses** [1] - 37:11
**Supreme** [1] - 49:12
**suspected** [6] - 15:20, 20:25, 21:5, 21:9, 38:2
**sustain** [4] - 13:25, 60:6, 60:22, 68:14
**sustainability** [2] - 53:10, 53:11
**SUZANNE** [1] - 4:15
**switch** [1] - 61:20
**SWORN** [1] - 26:24
**Syndrome** [2] - 48:10, 52:6
**syringe** [2] - 45:5, 45:22
**syringes** [2] - 45:25, 46:2
**System** [1] - 33:4
**system** [3] - 9:9, 17:9, 42:19
**systems** [1] - 42:22

## T

**tail** [1] - 17:11
**tail-end** [1] - 17:11
**takedown** [1] - 11:13

**tale** [1] - 41:14
**taught** [1] - 38:1
**teachable** [1] - 57:5
**teachers** [1] - 42:22
**teaches** [1] - 49:24
**teaching** [1] - 55:9
**team** [9] - 9:2, 15:12, 15:15, 43:13, 45:3, 45:6, 50:3, 50:7, 56:25
**Team** [7] - 15:5, 15:19, 19:1, 19:2, 19:10, 19:16, 57:10
**tell-tale** [1] - 41:14
**TEMITOPE** [1] - 4:8
**Tenth** [1] - 5:12
**term** [2] - 43:11, 56:14
**terms** [1] - 67:3
**test** [2] - 29:5, 45:11
**tested** [1] - 56:18
**testified** [8] - 8:23, 9:5, 10:25, 13:8, 13:15, 13:20, 13:23, 61:3
**testify** [3] - 7:14, 7:18, 25:25
**testifying** [2] - 25:2, 27:6
**testimony** [14] - 7:23, 8:21, 13:10, 14:13, 22:20, 24:19, 25:4, 25:13, 26:5, 62:24, 63:14, 63:17, 66:4, 66:11
**THE** [102] - 1:1, 1:1, 1:4, 1:17, 7:5, 7:7, 7:11, 7:24, 8:6, 8:9, 8:13, 8:14, 9:18, 9:20, 9:25, 11:25, 12:4, 12:22, 13:11, 13:18, 13:21, 13:25, 14:20, 16:14, 16:17, 17:19, 17:21, 20:11, 20:13, 20:15, 20:16, 21:20, 21:24, 22:1, 22:6, 22:8, 22:11, 22:15, 23:5, 23:22, 24:1, 24:7, 24:8, 24:12, 25:17, 25:21, 26:10, 26:13, 26:16, 26:19, 26:21, 27:4, 27:5, 27:7, 27:9, 27:11, 27:13, 32:17, 32:18, 34:3, 34:5, 35:16, 36:24, 37:1, 37:17, 37:18, 38:3, 38:4, 38:10, 38:11, 38:14, 38:15, 39:14, 39:16, 60:6, 60:22, 61:17, 61:18, 61:21,

61:24, 62:1, 62:5, 62:9, 62:12, 62:13, 62:15, 62:19, 62:21, 63:11, 64:7, 64:20, 65:2, 66:7, 66:12, 66:15, 66:19, 66:22, 67:13, 68:15, 68:18, 68:21, 68:25
**theirs** [1] - 35:10
**themselves** [5] - 15:18, 30:10, 45:19, 57:25, 64:1
**Therapeutic** [1] - 52:7
**therapeutic** [1] - 52:23
**thereto** [1] - 63:1
**they've** [1] - 41:18
**thinking** [1] - 20:6
**third** [1] - 45:4
**Thomas** [4] - 2:12, 22:20, 23:17, 63:18
**threatening** [4] - 31:10, 34:16, 34:17, 34:19
**Three** [1] - 6:5
**three** [8] - 6:12, 8:25, 15:3, 17:7, 17:8, 38:21, 55:4, 57:9
**throes** [3] - 45:23, 46:9, 61:2
**throughout** [8] - 26:2, 31:18, 31:20, 52:25, 53:14, 55:8, 58:13, 58:20
**thrown** [1] - 57:4
**thumb** [2] - 63:6, 64:24
**Thursday** [1] - 65:14
**TIMOTHY** [1] - 5:9
**today** [11] - 7:13, 22:9, 23:3, 28:3, 37:4, 40:8, 61:15, 62:7, 62:18, 63:24, 64:11
**together** [10] - 38:7, 43:19, 45:7, 46:23, 48:14, 48:16, 51:2, 51:5, 51:14, 53:2
**tolerated** [1] - 67:21
**toll** [1] - 54:11
**tomorrow** [2] - 53:12, 64:11
**took** [8] - 11:11, 29:5, 30:23, 36:8, 41:17, 45:3, 52:15, 54:24
**tool** [1] - 31:6
**tools** [2] - 54:2, 54:10
**top** [2] - 33:24, 38:17
**total** [2] - 33:6, 33:19
**Tower** [2] - 3:4, 4:18
**town** [1] - 15:15
**tox** [5] - 59:15, 59:16,

60:2, 60:12, 60:14
**toxicology** [2] - 9:16, 21:8
**trade** [2] - 66:5, 67:8
**trafficking** [1] - 11:3
**Trafficking** [2] - 11:6, 11:11
**trained** [2] - 31:8, 35:12
**training** [2] - 42:14, 53:5
**trajectory** [1] - 19:7
**transcript** [3] - 6:19, 63:23, 69:6
**transport** [1] - 31:12
**transportation** [1] - 15:16
**treated** [1] - 46:12
**treatment** [19] - 14:12, 14:25, 15:6, 15:17, 16:6, 45:15, 46:7, 46:17, 48:17, 49:16, 49:20, 50:3, 50:7, 50:24, 51:20, 54:10, 57:16, 57:18
**TRIAL** [1] - 1:16
**Trial** [1] - 69:2
**trial** [4] - 7:15, 8:5, 67:21, 68:23
**trigger** [1] - 66:17
**truck** [1] - 37:19
**trucks** [2] - 39:19, 39:25
**trust** [3] - 45:16, 46:6, 46:13
**try** [3] - 16:2, 52:3, 66:25
**trying** [2] - 14:18, 20:16
**turns** [1] - 38:13
**Twelfth** [3] - 4:13, 4:15, 5:5
**two** [11] - 15:3, 20:7, 22:16, 23:3, 34:20, 46:24, 51:17, 57:9, 65:7, 65:8, 65:11
**type** [5] - 9:9, 33:1, 57:16, 57:18, 59:13
**types** [2] - 34:11, 53:1
**typical** [1] - 40:15
**typically** [4] - 31:24, 32:5, 34:18, 41:3
**Tyson** [1] - 28:23

### U

**uncommon** [1] - 54:12
**under** [6] - 8:12, 13:13, 26:4, 33:14, 54:24, 67:1

**unique** [1] - 31:6
**unit** [1] - 51:22
**Unit** [1] - 52:7
**United** [1] - 7:2
**UNITED** [2] - 1:1, 1:17
**University** [1] - 28:19
**unless** [2] - 24:21, 60:7
**unresponsive** [1] - 39:12
**unusual** [1] - 31:5
**up** [22] - 15:11, 15:15, 18:3, 18:5, 23:9, 25:17, 26:11, 28:5, 28:18, 29:2, 37:23, 38:18, 38:19, 38:23, 45:25, 50:1, 52:17, 52:18, 57:2, 59:17, 67:11
**uploaded** [1] - 33:3
**utilized** [2] - 36:6, 56:20

### V

**vaccinated** [1] - 27:12
**vaccinations** [1] - 45:12
**valve** [3] - 35:1, 38:25, 41:11
**various** [2] - 57:18, 60:18
**vehicle** [1] - 47:12
**vehicles** [1] - 37:19
**Ventura** [1] - 3:18
**version** [1] - 57:24
**versus** [1] - 38:24
**victim** [1] - 47:14
**video** [5] - 22:19, 63:19, 63:23, 64:23, 66:4
**videos** [1] - 66:18
**violent** [1] - 49:18
**Virginia** [8] - 4:18, 7:3, 31:7, 35:22, 36:10, 66:2, 68:5
**VIRGINIA** [2] - 1:1, 1:18
**virtue** [1] - 26:6
**visits** [1] - 19:12
**volume** [1] - 67:4
**VOLUME** [1] - 1:16
**voluminous** [1] - 63:21
**vomit** [1] - 39:2
**vs** [1] - 69:8

### W

**W-e-r-t-h-a-m-m-e-r**

[1] - 66:1
**wait** [3] - 7:9, 23:18, 51:12
**wake** [2] - 38:23, 57:2
**WAKEFIELD** [1] - 5:13
**walk** [2] - 33:17, 51:8
**Washington** [6] - 2:11, 4:7, 4:14, 4:16, 5:5, 5:12
**watch** [4] - 8:5, 41:2, 64:23, 68:10
**watched** [2] - 28:25, 54:8
**watching** [2] - 30:16, 42:1
**water** [1] - 27:3
**wear** [1] - 41:5
**wearing** [1] - 27:10
**WEBB** [1] - 3:11
**Webb** [2] - 3:12, 22:25
**week** [7] - 49:21, 65:2, 65:7, 65:8, 66:21, 67:1, 68:18
**Week** [1] - 65:8
**weekend** [6] - 64:23, 64:25, 66:4, 66:7, 66:9, 69:1
**weeks** [1] - 68:8
**weird** [1] - 28:22
**well-known** [1] - 11:7
**wellness** [3] - 15:13, 55:17, 55:20
**Wellness** [1] - 55:6
**Werthammer** [3] - 65:25, 66:3, 66:25
**WEST** [2] - 1:1, 1:18
**West** [7] - 7:3, 31:7, 35:22, 36:10, 66:2, 68:5
**whereas** [1] - 34:18
**whole** [1] - 52:14
**WICHT** [1] - 4:12
**widespread** [1] - 42:21
**Williams** [13] - 4:13, 5:4, 7:13, 7:16, 7:20, 8:1, 28:10, 30:4, 32:24, 43:3, 43:12, 43:23, 44:6
**Williams'** [1] - 54:25
**window** [2] - 34:22, 57:15
**withdrawals** [1] - 57:4
**withdrawn** [1] - 24:3
**WITHDRAWN** [1] - 24:5
**witness** [15] - 7:7, 7:14, 13:15, 16:13, 22:18, 25:15, 25:23, 26:4, 26:13, 27:3,

35:15, 37:15, 54:23,
59:13, 60:3
**WITNESS** [22] - 8:13,
9:20, 9:25, 16:17,
20:16, 22:11, 26:19,
26:21, 26:24, 27:7,
27:11, 32:18, 37:18,
38:4, 38:11, 38:15,
39:16, 61:17, 62:1,
62:5, 62:12, 62:19
**Witness** [1] - 62:20
**witnessed** [3] - 42:10,
58:24, 61:2
**witnesses** [9] - 22:17,
25:1, 65:10, 65:11,
65:12, 67:7, 68:1,
68:2, 68:5
**witnessing** [1] - 59:10
**WOELFEL** [1] - 3:9
**Woelfel** [2] - 3:9
**woman** [2] - 28:23,
29:3
**women** [3] - 29:1,
29:4, 49:9
**women's** [1] - 57:24
**wonderful** [2] - 15:24,
49:23
**words** [1] - 24:23
**workers** [1] - 58:16
**works** [2] - 38:20,
68:17
**world** [1] - 55:22
**worse** [1] - 47:18
**worth** [1] - 46:11
**wrap** [1] - 46:5
**wrap-around** [1] -
46:5
**wrecks** [1] - 34:13
**write** [2] - 33:2, 56:24
**writing** [1] - 49:8
**wrote** [5] - 35:6, 35:8,
35:24, 36:2, 48:20
**WU** [17] - 5:10, 7:6,
8:16, 11:23, 12:23,
13:8, 13:15, 13:19,
14:17, 17:20, 20:12,
20:19, 21:11, 21:19,
21:22, 21:25, 22:3
**Wu** [2] - 8:14, 20:11
**WV** [6] - 2:8, 3:10,
3:13, 4:19, 5:15, 6:9
**WV-02098** [3] - 16:10,
17:23, 21:13
**WV-2099** [1] - 22:2
**WV-2100** [1] - 22:2
**WV-2101** [1] - 22:2

### X

**Xanax** [1] - 9:9

**Xanax-type** [1] - 9:9

### Y

**year** [8] - 20:1, 20:2,
20:4, 28:1, 29:9,
33:5, 33:7, 45:4
**years** [13] - 11:8,
16:25, 26:3, 28:1,
28:18, 30:6, 31:16,
31:18, 43:22, 44:10,
46:24, 50:4, 55:5
**yesterday** [17] - 8:21,
8:23, 9:5, 10:25,
12:11, 13:2, 13:6,
13:10, 13:16, 14:3,
14:13, 15:11, 16:7,
18:15, 18:20, 22:23,
23:8
**yoga** [1] - 55:20
**York** [1] - 3:5
**young** [2] - 32:11,
42:7
**yourself** [4] - 27:16,
30:24, 54:17, 60:11