UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CITY OF HUNTINGTON,
        Plaintiff,

v.
                               Civil Action No. 3:17-cv-01362

AMERISOURCE BERGEN DRUG
CORPORATION, et al.,
        Defendants.
_____

CABELL COUNTY COMMISSION,
        Plaintiff,
        *Consolidated case:*

v.
                               Civil Action No. 3:17-cv-01665

AMERISOURCE BERGEN DRUG
CORPORATION, et al.,
        Defendants.

# PLAINTIFFS' APPENDIX OF EXPERT REPORTS

## TABLE OF CONTENTS

**Exhibit No.**            **Expert**

1.            **G. Caleb Alexander, MD, MS**

a.  Expert Witness Report - Dated August 3, 2020

b.  Appendix A – John Hopkins Report: "From Evidence to Impact"

c.  Appendix B – Curriculum vitae

d.  Appendix C – List of sources that were consulted

e.  Appendix D – Redress Model

f.  Revised Appendix D – Redress Model

2.            **George Barrett, MBA, MSRC, CRC, CVE**

a.  Expert Report Dated August 3, 2020

b.  George Barrett Appendices A-O

c.  Appx M - Final Economic Calculations dated August 3, 2020

d.  Specific Data Packet Huntington Opioid Abatement

e.  Testifying Experience

f.  August 26, 2020 Errata

g.  September 23, 2020 Errata

3.            **David T. Courtwright, Ph.D.**

a.  Expert Report – "The Growth, Institutionalization, and Subversion of Narcotic Conservatism: The Historical Background of the Opioid Addiction and Overdose Crises"

4.            **James Geldhof**

a.  Expert Report Dated August 3, 2020

b.  Reliance Materials

    c.   Supplemental Reliance List

5.       **Katherine Keyes, PhD**

    a.   Expert Report dated August 3, 2020 (including Exhibits A-E)

    b.  August 12, 2020 Email with  Supplemental Information

    c.  August 13, 2020 Email with CT2 Input calculations

    d.  August 24, 2020 Email and Errata Sheet

    e.  September 23, 2020 Email with Errata Sheet/related declaration

    f.  September 24, 2020 Email with Keyes Meeting Notes

    g. September 24, 2020 Letter with Fentanyl Sensitivity Analysis

    h. September 24, 2020 Email with Errata

6.       **Andrew Kolodny, M.D.**

    a.  Expert Report dated August 3, 2020

    b.  Schedule 1 – Curriculum Vitae

    c.  Schedule 2 – Testimony

    d.  Schedule 3 – Materials Considered

    e.   Schedule 4 – Additional Materials Considered

    f.  Errata Regarding Footnote 318

7.       **Anna Lembke, M.D.**

    a.  Expert Report dated August 1, 2020 (including Exhibits A-D)

    b.  September 16, 2020 Email Including: Notice of Deposition Correspondence; CT2 Supplemental Materials; and Dose and Duration Errata

8.        **Professor Thomas McGuire**

     a.  Expert Report "Regarding Public Nuisance in the Cabell Huntington Community in West Virginia"

     b.  Errata Sheet dated August 24, 2020

     c.  Errata Sheet dated September 23, 2020

9.        **Jakki Mohr**

     a.  Expert Report dated August 3, 2020 (Including Exhibits)

10.      **James Rafalski**

     a.  Expert Report dated August 3, 2020 "Analysis of Distributor Regulatory Compliance to Maintain Effective Controls for the Prevention of Diversion of Controlled Substances on behalf of the City of Huntington and Cabell County, West Virginia

     b.  Schedule I

     c.  Schedule II

11.      **Dr. Michael Seigel**

     a.  Expert Report with Appendix A and B

12.      **Gordon Smith, M.B., CH.B (MD EQUIVALENT OTAGO UNIVERSITY), MPH**

     a.  Expert Report

     b.  Appendix A – Curriculum Vitae

     c.  Appendix B – List of Materials Considered

Dated: October 23, 2020

Respectfully submitted,

**THE CITY OF HUNTINGTON**
/s/ *Anne McGinness Kearse*
Anne McGinness Kearse
WVSB No. 12547
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

Linda Singer
David I. Ackerman
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com

Charles R. "Rusty" Webb
WV No. 4782
**THE WEBB LAW CENTRE**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

**CABELL COUNTY COMMISSION**
/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
WVSB Bar No. 7443
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
PO Box 1180
Huntington, West Virginia 25714-1180
Mobile: 304-654-8281
paul@farrell.law

/s/ *Anthony J. Majestro*
Anthony J. Majestro
WVSB No. 5165
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

Michael A. Woelfel
WVSB No. 4106
**WOELFEL AND WOELFEL, LLP**
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

2052750.1

## CERTIFICATE OF SERVICE

I certify that on October 23, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to:

Track2OpioidDefendants@ReedSmith.com and CT2_Opioid_Team@mail-list.com.

/s/ *Anthony J. Majestro*