# EXHIBIT 1-d to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

Expert Witness Report of G. Caleb Alexander, MD, MS

Appendix C – List of sources that were consulted

**Materials Considered**

1. All documents referenced in my Expert Witness Report dated August 3, 2020.
2. All documents referenced in Appendix D, Redress Model.
3. All documents included in the Sharefile included with this report in the folders "Report Resources" and "Redress Resources."