

**Monument Analytics**
A Health Care Consultancy

**CONFIDENTIAL - DO NOT DISTRIBUTE**
Cabell-Huntington Community Opioid Epidemic Abatement Estimates
Last updated: August 3, 2020

This worksheet contains redress models and their population inputs for opioid abatement, 2021-2035.

| Abatement Categories |
|---|
| **Category 1: Prevention - Reducing Opioid Oversupply and Improving Safe Opioid Use** |
| 1A. Health Professional Education |
| 1B. Patient and Public Education |
| 1C. Safe Storage and Drug Disposal |
| 1D. Community Prevention and Resiliency |
| 1E. Harm Reduction |
| 1F. Surveillance, Evaluation, and Leadership |
| **Category 2: Treatment - Supporting Individuals Affected by the Epidemic** |
| 2A. Connecting Individuals to Care |
| 2B. Treating Opioid Use Disorder |
| 2C. Managing Complications Attributable to the Epidemic |
| 2D. Workforce Expansion and Resiliency |
| 2E. Distributing Naloxone and Providing Training |
| **Category 3: Recovery - Enhancing Public Safety and Reintegration** |
| 3A. Public Safety |
| 3B. Criminal Justice System |
| 3C. Vocational Training and Job Placement |
| 3D. Reengineering the Workplace |
| 3E. Mental Health Counseling and Grief Support |
| **Category 4: Addressing Needs of Special Populations** |
| 4A. Pregnant Women, New Mothers, and Infants |
| 4B. Adolescents and Young Adults |
| 4C. Families and Children |
| 4D. Homeless and Housing Insecure Individuals |
| 4E. Individuals with Opioid Misuse |