EXHIBIT 2-b to PLAINTIFFS'
APPENDIX OF EXPERT REPORTS

APPENDIX A

## CALCULATION OF TREND RATES OF REAL WAGE GROWTH

| YEAR | WAGE [1] Percent Increase |
|------|---------------------------|
| 1990 | 6.27% |
| 1991 | 4.65% |
| 1992 | 6.15% |
| 1993 | 1.47% |
| 1994 | 0.73% |
| 1995 | 2.43% |
| 1996 | 3.58% |
| 1997 | 4.02% |
| 1998 | 5.91% |
| 1999 | 4.85% |
| 2000 | 6.94% |
| 2001 | 4.58% |
| 2002 | 2.23% |
| 2003 | 3.79% |
| 2004 | 4.66% |
| 2005 | 3.62% |
| 2006 | 3.85% |
| 2007 | 4.47% |
| 2008 | 2.77% |
| 2009 | 0.90% |
| 2010 | 1.80% |
| 2011 | 2.14% |
| 2012 | 2.76% |
| 2013 | 1.46% |
| 2014 | 2.65% |
| 2015 | 2.87% |
| 2016 | 1.08% |
| 2017 | 3.51% |
| 2018 | 3.33% |
| 2019 | 3.66% |
| 1990-2019 Average | 3.44% |
| 2020 [3] | 3.49% |

Update of March 20, 2020

[1] Major Sector Productivity, Hourly Compensation, Business Sector, Bureau of Labor Statistics, March

BROOKSHIRE BARRETT & ASSOCIATES, LLC
(304) 562-0180
www.forensiceconomics.org

APPENDIX B

## CALCULATION OF TREND RATES OF CONSUMER PRICE INDEX LESS MEDICAL

| YEAR | CONSUMER PRICE INDEX [1]<br><br>Percent Increase |
|---|---|
| 1990 | 5.23% |
| 1991 | 3.88% |
| 1992 | 2.77% |
| 1993 | 2.69% |
| 1994 | 2.48% |
| 1995 | 2.70% |
| 1996 | 2.83% |
| 1997 | 2.29% |
| 1998 | 1.47% |
| 1999 | 2.14% |
| 2000 | 3.27% |
| 2001 | 2.75% |
| 2002 | 1.40% |
| 2003 | 2.18% |
| 2004 | 2.58% |
| 2005 | 3.28% |
| 2006 | 3.18% |
| 2007 | 2.76% |
| 2008 | 3.85% |
| 2009 | -0.59% |
| 2010 | 1.52% |
| 2011 | 3.16% |
| 2012 | 1.95% |
| 2013 | 1.39% |
| 2014 | 1.56% |
| 2015 | -0.09% |
| 2016 | 1.04% |
| 2017 | 2.09% |
| 2018 | 2.49% |
| 2019 | 1.72% |
| 1990-2019 Average | 2.33% |
| | |

Update of May 28, 2020

[1] CPI: Consumer Price Index, All Urban Consumer (CPI-U), U.S. City Average -- All Items Less Medical Care

APPENDIX C

### CALCULATION OF TREND RATES OF

| YEAR | CONSUMER PRICE INDEX [2] Percent Increase |
|------|------|
| 1990 | 5.40% |
| 1991 | 4.21% |
| 1992 | 3.01% |
| 1993 | 2.99% |
| 1994 | 2.56% |
| 1995 | 2.83% |
| 1996 | 2.95% |
| 1997 | 2.29% |
| 1998 | 1.56% |
| 1999 | 2.21% |
| 2000 | 3.36% |
| 2001 | 2.85% |
| 2002 | 1.58% |
| 2003 | 2.28% |
| 2004 | 2.66% |
| 2005 | 3.39% |
| 2006 | 3.23% |
| 2007 | 2.85% |
| 2008 | 3.84% |
| 2009 | -0.36% |
| 2010 | 1.64% |
| 2011 | 3.16% |
| 2012 | 2.07% |
| 2013 | 1.46% |
| 2014 | 1.62% |
| 2015 | 0.12% |
| 2016 | 1.26% |
| 2017 | 2.13% |
| 2018 | 2.44% |
| 2019 | 1.81% |
| 1990-2019 Average | 2.45% |
| 2020 [3] | 2.50% |

Update of March 20, 2020

[1] Consumer Price Index - All Items:  All Urban Consumers, U.S. City Average, Bureau of Labor Statistics, January 15, 2020.

## CALCULATION OF TREND RATES OF RENT OF SHELTER

| YEAR | RENT OF SHELTER INDEX [1] Percent Increase |
|------|------------------------------------|
| 1990 | 5.43% |
| 1991 | 4.54% |
| 1992 | 3.42% |
| 1993 | 2.99% |
| 1994 | 3.09% |
| 1995 | 3.23% |
| 1996 | 3.25% |
| 1997 | 3.03% |
| 1998 | 3.38% |
| 1999 | 2.85% |
| 2000 | 3.23% |
| 2001 | 3.78% |
| 2002 | 3.73% |
| 2003 | 2.40% |
| 2004 | 2.70% |
| 2005 | 2.54% |
| 2006 | 3.51% |
| 2007 | 3.68% |
| 2008 | 2.53% |
| 2009 | 1.08% |
| 2010 | -0.42% |
| 2011 | 1.31% |
| 2012 | 2.15% |
| 2013 | 2.31% |
| 2014 | 2.81% |
| 2015 | 3.06% |
| 2016 | 3.41% |
| 2017 | 3.35% |
| 2018 | 3.33% |
| 2019 | 3.41% |
| 1990-2019 Average | 2.97% |
| | |

Update of July 15, 2020

[1] CPI: Consumer Price Index, All Urban Consumer (CPI-U), U.S. City Average -- Rent of Shelter, Bureau of Labor Statistics, July 15, 2020

APPENDIX E

### CALCULATION OF TREND RATES OF
### SERVICES BY OTHER MEDICAL PROFESSIONALS [

| YEAR | SERVICES BY OTHER MEDICAL PROFESSIONALS [1] Percent Increase |
|---|---|
| 1990 | 5.25% |
| 1991 | 5.32% |
| 1992 | 4.03% |
| 1993 | 3.19% |
| 1994 | 3.97% |
| 1995 | 1.84% |
| 1996 | 1.88% |
| 1997 | 3.55% |
| 1998 | 2.37% |
| 1999 | 2.12% |
| 2000 | 2.02% |
| 2001 | 3.34% |
| 2002 | 2.69% |
| 2003 | 3.08% |
| 2004 | 2.71% |
| 2005 | 2.69% |
| 2006 | 2.89% |
| 2007 | 2.71% |
| 2008 | 4.09% |
| 2009 | 2.09% |
| 2010 | 2.19% |
| 2011 | 1.43% |
| 2012 | 1.00% |
| 2013 | 1.70% |
| 2014 | 1.37% |
| 2015 | 0.82% |
| 2016 | 1.19% |
| 2017 | 2.44% |
| 2018 | 0.32% |
| 2019 | 0.78% |
| 1990-2019 Average | 2.50% |
| 2020 [3] | 2.56% |

Update of March 20, 2020

[1] Services by Other Medical Professional:  All Urban Consumers, U.S. City Average, Bureau of Labor Statistics, January 15, 20

APPENDIX F

## CALCULATION OF TREND RATES OF
## MEDICAL CARE COMMODITIES PRICE GROWTH

| YEAR | MEDICAL CARE COMMODITIES [1] Percent Increase |
|---|---|
| 1990 | 8.36% |
| 1991 | 8.20% |
| 1992 | 6.39% |
| 1993 | 3.67% |
| 1994 | 2.92% |
| 1995 | 1.89% |
| 1996 | 2.89% |
| 1997 | 2.33% |
| 1998 | 3.02% |
| 1999 | 4.01% |
| 2000 | 3.21% |
| 2001 | 3.99% |
| 2002 | 3.55% |
| 2003 | 2.50% |
| 2004 | 2.47% |
| 2005 | 2.49% |
| 2006 | 3.59% |
| 2007 | 1.43% |
| 2008 | 2.08% |
| 2009 | 3.06% |
| 2010 | 3.15% |
| 2011 | 2.98% |
| 2012 | 2.94% |
| 2013 | 0.45% |
| 2014 | 2.48% |
| 2015 | 3.26% |
| 2016 | 3.43% |
| 2017 | 2.80% |
| 2018 | 1.16% |
| 2019 | -0.04% |
| 1990-2019 Average | 3.16% |
| 2020 [3] | 3.21% |

Update of March 20, 2020

[1] Medical Care Commodities:  All Urban Consumers, U.S. City Average, Bureau of Labor Statistics,  January 15, 2020.

APPENDIX G

## CALCULATION OF TREND RATES OF
## MEDICAL CARE SERVICES PRICE GROWTH

| YEAR | MEDICAL CARE SERVICES [1] Percent Increase |
|------|-----------------------|
| 1990 | 9.27% |
| 1991 | 8.85% |
| 1992 | 7.57% |
| 1993 | 6.51% |
| 1994 | 5.17% |
| 1995 | 5.06% |
| 1996 | 3.66% |
| 1997 | 2.88% |
| 1998 | 3.22% |
| 1999 | 3.36% |
| 2000 | 4.27% |
| 2001 | 4.81% |
| 2002 | 5.06% |
| 2003 | 4.47% |
| 2004 | 5.00% |
| 2005 | 4.79% |
| 2006 | 4.13% |
| 2007 | 5.33% |
| 2008 | 4.24% |
| 2009 | 3.21% |
| 2010 | 3.50% |
| 2011 | 3.06% |
| 2012 | 3.90% |
| 2013 | 3.10% |
| 2014 | 2.38% |
| 2015 | 2.45% |
| 2016 | 3.91% |
| 2017 | 2.43% |
| 2018 | 2.17% |
| 2019 | 3.54% |
| 1990-2019 Average | 4.38% |
| 2020 [3] | 4.43% |

Update of March 20, 2020

[1] Medical Care Services:  All Urban Consumers, U.S. City Average, Bureau of Labor Statistics, January 15, 2020.

APPENDIX H

## CALCULATION OF TREND RATES OF
## HOSPITAL AND RELATED SERVICES PRICE GROWTH

| YEAR | HOSPITAL RELATED SERVICES [1] Percent Increase |
|------|------|
| 1990 | 10.90% |
| 1991 | 10.17% |
| 1992 | 9.13% |
| 1993 | 8.36% |
| 1994 | 5.91% |
| 1995 | 4.97% |
| 1996 | 4.54% |
| 1997 | 3.30% |
| 1998 | 3.27% |
| 1999 | 4.17% |
| 2000 | 5.94% |
| 2001 | 6.62% |
| 2002 | 8.72% |
| 2003 | 7.34% |
| 2004 | 5.85% |
| 2005 | 5.26% |
| 2006 | 6.41% |
| 2007 | 6.58% |
| 2008 | 7.02% |
| 2009 | 6.35% |
| 2010 | 7.01% |
| 2011 | 5.56% |
| 2012 | 4.77% |
| 2013 | 4.35% |
| 2014 | 4.63% |
| 2015 | 3.82% |
| 2016 | 4.37% |
| 2017 | 4.60% |
| 2018 | 4.24% |
| 2019 | 2.10% |
| 1990-2019 Average | 5.88% |
| 2020 [3] | 5.63% |

Update of March 20, 2020

[1] Hospital And Related Services:  All Urban Consumers, U.S. City Average, Bureau of Labor Statistics, January 15, 2020.

APPENDIX I

### CALCULATION OF TREND RATES OF
### PRESCRIPTION DRUGS AND MEDICAL SUPPLIES PRICE GROWTH

| YEAR | PRESCRIPTION DRUGS AND MEDICAL SUPPLIES [1] |
|---|---|
| | Percent Increase |
| 1990 | 9.99% |
| 1991 | 9.91% |
| 1992 | 7.51% |
| 1993 | 3.87% |
| 1994 | 3.41% |
| 1995 | 1.91% |
| 1996 | 3.36% |
| 1997 | 2.63% |
| 1998 | 3.73% |
| 1999 | 5.72% |
| 2000 | 4.39% |
| 2001 | 5.43% |
| 2002 | 5.18% |
| 2003 | 3.10% |
| 2004 | 3.31% |
| 2005 | 3.53% |
| 2006 | 4.27% |
| 2007 | 1.44% |
| 2008 | 2.47% |
| 2009 | 3.38% |
| 2010 | 4.29% |
| 2011 | 4.21% |
| 2012 | 3.57% |
| 2013 | 0.55% |
| 2014 | 3.56% |
| 2015 | 4.58% |
| 2016 | 4.84% |
| 2017 | 3.40% |
| 2018 | 1.61% |
| 2019 | -0.23% |
| 1990-2019 Average | 3.96% |
| 2020 [3] | 4.01% |

Update of March 20, 2020

[1] Prescription Drugs and Medical Supplies:  All Urban Consumers, U.S. City Average, Bureau of Labor Statistics, January 15, 2020.

APPENDIX J

## CALCULATION OF TREND RATES OF
## REAL TOTAL MEDICAL CARE PRICE GROWTH

| YEAR | TOTAL MEDICAL CARE [1]<br><br>Percent Increase |
|---|---|
| 1990 | 9.04% |
| 1991 | 8.72% |
| 1992 | 7.40% |
| 1993 | 5.94% |
| 1994 | 4.77% |
| 1995 | 4.50% |
| 1996 | 3.49% |
| 1997 | 2.80% |
| 1998 | 3.20% |
| 1999 | 3.51% |
| 2000 | 4.07% |
| 2001 | 4.60% |
| 2002 | 4.69% |
| 2003 | 4.03% |
| 2004 | 4.38% |
| 2005 | 4.22% |
| 2006 | 4.02% |
| 2007 | 4.42% |
| 2008 | 3.71% |
| 2009 | 3.17% |
| 2010 | 3.41% |
| 2011 | 3.04% |
| 2012 | 3.66% |
| 2013 | 2.46% |
| 2014 | 2.39% |
| 2015 | 2.63% |
| 2016 | 3.79% |
| 2017 | 2.51% |
| 2018 | 1.97% |
| 2019 | 2.83% |
| 1990-2019 Average | 4.11% |
| 2020 [3] | 4.16% |

Update of March 20, 2020

[1] Total Medical Care:  All Urban Consumers, U.S. City Average, Bureau of Labor Statistics, January 15, 2020.

APPENDIX K

## CALCULATION OF TREND RATES OF LEGAL SERVICES

| YEAR | LEGAL SERVICES INDEX [1] Percent Increase |
|------|------|
| 0 | 7.45% |
| 1990 | 5.71% |
| 1991 | 5.09% |
| 1992 | 4.26% |
| 1993 | 3.38% |
| 1994 | 3.27% |
| 1995 | 3.63% |
| 1996 | 4.26% |
| 1997 | 4.82% |
| 1998 | 4.83% |
| 1999 | 5.17% |
| 2000 | 5.39% |
| 2001 | 5.81% |
| 2002 | 5.02% |
| 2003 | 4.78% |
| 2004 | 4.09% |
| 2005 | 3.39% |
| 2006 | 4.11% |
| 2007 | 4.02% |
| 2008 | 2.74% |
| 2009 | 3.59% |
| 2010 | 3.23% |
| 2011 | 2.03% |
| 2012 | 2.75% |
| 2013 | 2.14% |
| 2014 | 1.59% |
| 2015 | 3.37% |
| 2016 | 3.56% |
| 2017 | 4.29% |
| 2018 | 0.97% |
| 1990-2019 Average | 3.96% |
| | |

Update of May 28, 2020

[1] CPI: Consumer Price Index, All Urban Consumer (CPI-U), U.S. City Average -- Legal Services, Bureau of Labor Statistics, May 28, 2020

Appendix L
Identification of Expert Providing Opinion of Cost Data

| | Barrett | Alexander | Young |
|---|---|---|---|
| 1A. Health Professional Education | Pharmacist Wages | | |
| | Physician Wages | | |
| | Dentist Wages | | |
| | Nurse Practitioner Wages | | |
| | Physician Assistant Wages | | |
| 1B. Patient and Public Education | | Media Campaign Cost Per Capita Per Year | |
| 1C. Safe Storage and Drug Disposal Programs | | Safe Storage and Drug Disposal Cost Per Capita Per Year | |
| 1D. Community Prevention and Resiliency | Community Resiliency Director Wages | | |
| | Community Organizer Wages | | |
| | Community Coalition Space Rent | Community Coalition Funding Cost Per Capita Per Year | |
| 1E. Harm Reduction | | Syringe Service Program Cost Per Client Per Year | |
| | | Drug Checking Machine Cost | |
| | Clinical Laboratory Technician Wages | | |
| | | Fentanyl Testing Strip Cost | |
| 1F. Surveillance, Evaluation, and Leadership | Surveillance Director Wage | | |
| | Data Analyst Wage | | |
| | Staff Assistant Wage | | |
| 2A. Connecting Individuals to Care | Helpline Staff Wage | | |
| | Peer Recovery Wage | | |
| | Transportation Assistance Bus Fare | | |
| | Addiction Counselor Wage | | |
| | Law Enforcement Officer Wage | | |
| | First Responder (EMT / Paramedic Wage) | | |

Appendix L
Identification of Expert Providing Opinion of Cost Data

| | Barrett | Alexander | Young |
|---|---|---|---|
| | | Bridge Program Cost Per Emergency Department | |
| 2B. Treating Opioid Use Disorder | | Outpatient Treatment Cost Per Day | |
| | | Intensive Outpatient Treatment Cost Per Day | |
| | | Residential Treatment Cost Per Day | |
| | | Inpatient Treatment Cost Per Day | |
| | | Buprenorphine Cost Per Day | |
| | | Methadone Cost Per Day | |
| | | Naltrexone Cost Per Day | |
| 2C. Managing Complications Attributable to the Epidemic | | HIV/HCV Screening Cost Per Case | |
| | | HIV Treatment Cost Per Case | |
| | | HCV Treatment Cost Per Case | |
| | | Endocarditis Treatment Cost Per Case | |
| 2D. Expanding the Healthcare Workforce | Medical Social Worker Wages | | |
| | | Compassion Fatigue Interventions Cost Per First Responder | |
| 2E. Distributing Naloxone and Providing Training | First Responder (EMT/Paramedic; Firefighter; Police Officer) Wages | | |
| | | Narcan Cost Per Dose for First Responders | |
| | | Naloxone Injectable Cost Per Dose | |
| | | Naloxone Take-Home Kit Cost | |
| | | Narcan (Nasal Spray) Cost | |
| | | Naloxone Public Lock Box | |

Appendix L
Identification of Expert Providing Opinion of Cost Data

| | Barrett | Alexander | Young |
|---|---|---|---|
| 3A. Public Safety | Law Enforcement Assisted Diversion (LEAD) Cost Per Police Department | | |
| | Police Officer/Deputy Sheriff Wage | | |
| | Police Detective Wage | | |
| | Correctional Officer Wage | | |
| 3B. Criminal Justice System | | Drug Court Cost Per Participant | |
| | | Reentry Cost Per Person | |
| | Transitional Housing Cost | | |
| 3C. Vocational Training and Job Placement | Vocational Training Cost Per Person | | |
| 3E. Mental Health Counseling and Grief Support | Mental Health Counselor Wage | | |
| 4A. Pregnant Women, New Mothers, and Infants | | Prenatal OUD Screening Cost | |
| | | | Psychosocial (Intensive) Services |
| | | | Psychosocial Services |
| | Prenatal/Postpartum Housing Costs | | |
| | | Neonatal Abstinence Syndrome Medical Costs Per Case | |
| | | | Special Education Cost Per Child |
| 4B. Adolescents and Young Adults | | School-Based Adolescent Prevention Program Cost | |
| | | Adolescent STIR/SBIRT Screening Costs | |
| 4C. Families and Children | | | Socio-Emotional Support Cost Per Child |
| | | | Intensive Parent-Child Interventions Cost Per Child |
| | | | Foster Care Cost Per Child |
| | | | Adoption Cost Per Child |

Appendix L
Identification of Expert Providing Opinion of Cost Data

|  | **Barrett** | **Alexander** | **Young** |
|---|---|---|---|
| 4D. Homeless and Housing Insecure Individuals | Permanent Supportive Housing Cost Per Person |  |  |

APPENDIX M

Calculations

SEE NATIVE EXCEL FORMAT COSTS SPREADSHEET:


Barrett Appx M - Final Economic Calculations HUNTINGTON
ABATEMENT August 3 2020—confidential.xlsx

APPENDIX N

I was on the following calls with experts, at a minimum.

March 4 in-person meeting included Dr. Lyn O'Connell, Chief Jan Rader, Mayor Steve Williams, Captain Rocky Johnson, Dr. Zach Hansen, Dr. Todd Davies, Dr. Chaffin.

March 31 call with Stephen Petrany, Beth Welsh, Lyn O'Connell.

April 23 call with Dr. Sean Loudin

May 13 call with Cabell County Schools:  Tim Hardesty - Assistant Superintendent, Division of District Support and employee Relations; Kelly Watts – Assistant Superintendent Division of Instruction and Leadership; Keith Thomas- Coordinator of Student Support

May 20 call with current Huntington Police Department Chief, Ray Cornwell, former Chief Hank Dial, Sheriff Chuck Zerkle.

May 26 call with EMS.  Scheduled to be Gordon Merry, the Director (2006 to present); Steve Murray, the Assistant Director (2006 to present); and Marcia Knight, the Director of Education.

APPENDIX O

Curriculum Vitae

January 1, 2020

# CURRICULUM VITAE

## Of

# GEORGE A. BARRETT

**General Information:**

**Phone:**

(304) 562-0180 - Office

**Brookshire Barrett & Associates**
**Office Address:**

> 2950 Virginia Avenue  **E-Mail:**
> P.O. Box 1088
> Hurricane, West Virginia  25526   Barrett@forensiceconomics.org

**Academic Background:**

| | |
|---|---|
| August 2011 | Graduate Certificate in Forensic Rehabilitation Counseling (FRC); The George Washington University, Washington, D.C. |
| August 2004 | Master of Science in Rehabilitation Counseling (MSRC) with completed clinical practice at the West Virginia Rehabilitation Center in Institute, West Virginia, a CARF accredited facility; West Virginia University, Morgantown, West Virginia. |
| December 1998 | Master of Business Administration (MBA) with concentrations in Economics and Finance; Marshall University, Huntington, West Virginia. |
| August 1995 | Bachelor of Arts (B.A.) in Economics, *magna cum laude*, with Minor in Political Science; West Virginia State University, Institute, West Virginia. |

**Certifications & Licenses**

Certified Rehabilitation Counselor (CRC).  National certification by the Commission on Rehabilitation Counselor Certification (CRCC); National Certificate Number 00077920, Reissued: August 22, 2019, Expires: September 30, 2024.

Certified Vocational Evaluation Specialist (CVE).  National certification by the Commission on Certification of Work Adjustment and Vocational Evaluation Specialists

(CCWAVES); National Certificate Number 00077920, Reissued: October 1, 2015, Expires: September 30, 2020.

Certified Administrator of the McCarron-Dial Neurobehavioral Vocational Evaluation System, Issued: February 11, 2005.

## Publications:

Barrett, G. A. (2019). Update to assessing economic damages in personal injury and wrongful death litigation: the state of West Virginia. *Journal of Forensic Economics*, 28(1-2), 227-234.

Barrett, G. A., Jayne K. A., & Robinson, R. H. (2014). Worklife expectancy models and concepts. In R. H. Robinson (Ed.), *Foundations of forensic vocational rehabilitation*, (pp. 401-428). New York: Springer.

Barrett, G. A. & Brookshire, M. L. (2010). Further issues in calculating and presenting medical monitoring damages. *The Earnings Analyst*, 11, 1-21.

Barrett, G. A. & Brookshire, M. L. (2007). Punitive damages.  In M. L. Brookshire, F. Slesnick, & J. O. Ward (Eds.), *The plaintiff and defense attorney's guide to understanding economic damages,* (pp. 117 – 129). Tucson, AZ: Lawyers & Judges.

Barrett, G. A. & Brookshire, M. L. (2005). The forensic economics of medical monitoring damages in the United States. In P. A. Gaughan & R. J. Thornton (Eds.), *Contemporary studies in economic and financial analysis, volume 87, developments in litigation economics* (pp. 9-27). Oxford, UK: Elsevier.

Barrett, G. A. & Brookshire, M. L. (2003). Assessing economic damages in personal injury and wrongful death litigation: The state of West Virginia. *Journal of Forensic Economics*, 16(3), 315-327.

Barrett, G. A. (2001). Personal maintenance expenditure offsets in life care valuations. *Journal of Legal Economics*, 11(2), 49-59.

Barrett, G. A. & Brookshire, M. L. (2001). The forensic economics of medical monitoring protocols. *Litigation Economics Review*, 5(2), 15-26. Reprinted in R.T. Kaufman, J.D. Rodgers, & G.D. Martin (Eds.), *Economic foundations of injury and death damages* (2005), (pp. 378-389). Northampton, MA: Edward Elgar.

Barrett, G. A. (2000). Adjusting work-life expectancy calculations for earning capacity appraisals in extraordinary circumstances. *The Earnings Analyst*, 3, 81-94.

Barrett, G. A. & Brookshire, M. L. (1999).  Worklife and LPE.  In G. Martin & T. Vavoulis (Eds.), *Determining economic damages*, *revision 11* (pp. 12-35—12-42). Santa Ana, CA: James.

Barrett, G. A. (1994, August). Payroll employment, unemployment, and hours and earnings in West Virginia. *West Virginia Economic Summary*, 2.

Barrett, G. A. (1994, Summer). West Virginia labor report, second quarter 1994. *Job Service Employer Committee Quarterly*, 6.

## Papers, Professional Presentations, and Activities:

Barrett, G.A., Brookshire, M.L., & Halstead, L.B. (2019, September). Presenter, *The forensic economist and the life care planner*. Webinar Wednesday (September 11, 2019). American Association of Nurse Life Care Planners.

Barrett, G.A. (2014, June). Moderator, *Work-Life Expectancy Tables Panel Discussion* (Anthony Gamboa, Jr., Ph.D., MBA and Edward Foster, Ph.D.) at the 2014 Annual Conference of the American Rehabilitation Economics Association, Reno, Nevada.

Barrett, G.A. (2013, May). *Explaining the age-earning profile to a jury*. Presentation at the 2013 Annual Conference of the American Rehabilitation Economics Association, New Orleans, Louisiana.

Eubank, A.  (2013, March). *Determining the present value of union benefits*. Paper presented at the Spring Conference of the National Association of Forensic Economics, Tampa, Florida and discussed by G. A. Barrett.

Barrett, G.A., & Male, R. (2012, June).  *Advanced forensic damages case studies.*  Instructor of the 2012 Pre-Conference Sessions of the American Rehabilitation Economics Association Annual Spring Conference 2012, Seattle, Washington.

Barrett, G.A., Jayne, K., Landsea, B., & Male, R.. (2012, March).  *The effect of disability on earning capacity and worklife expectancy*.  Panelist at the 2012 Conference of the Collegium of Pecuniary Damages, Las Vegas, Nevada.

Barrett, G.A. (2011, June).  *Forensic mechanics: Hands-on practice in personal economic damages assessment*.  Instructor of the 2011 Pre-Conference Sessions of the American Rehabilitation Economics Association Annual Spring Conference 2011, Seattle, Washington.

Barrett, G.A. (2011, May). Conference Faculty Member; Transportation Lawyers Association Continuing Legal Education Conference, Las Vegas, Nevada.

Barrett, G.A. (2010, June). *Interest rates and economic cycles.* Presentation at the Annual Conference of the American Rehabilitation Economics Association Annual Spring Conference 2010, Chicago, Illinois.

Barrett, G.A. (2010, June).  *Forensic mechanics: Hands-on practice in personal economic damages assessment.*  Instructor of the 2010 Pre-Conference Sessions of the American Rehabilitation Economics Association Annual Spring Conference 2010, Chicago, Illinois.

Barrett, G.A. (2010, March). *Disability – Issues and methods for pecuniary damages.* Presentation at the 2010 Conference of the Collegium of Pecuniary Damages Experts, Las Vegas, Nevada.

Barrett, G.A. (2008, September). *Vocational economic interaction with life care planners.* Presentation at the 2008 International Symposium on Life Care Planning, Scottsdale, Arizona.

Barrett. G.A. & Brookshire, M. L. (2008, July). *Further issues in calculating and presenting medical monitoring damages.*  Paper presented at the 83rd Annual Conference of the Western Economic Association International, Honolulu, Hawaii.

Adams, F. A. (2008, July). *Applying economic principles in a lost profits case.*  Paper presented at the 83rd Annual Conference of the Western Economic Association International, Honolulu, Hawaii and discussed by G. A. Barrett.

Barrett, G. A. (2008, July).  Chairperson of Session 49, Issues in Fatal Accident Damage Assessment at the 83rd Annual Conference of the Western Economic Association International, Honolulu, Hawaii.

Barrett, G. A. (2008, May). *Forensic vocational and economic aspects of labor cases.* Presentation at the American Rehabilitation Economics Association Annual Spring Conference 2008, Pittsburgh, Pennsylvania.

Barber, S. B. & Barrett, G. A. (2006, November). *Using the employment cost index for more accurate earning capacity loss calculations.* Paper presented at the 76th Annual Conference of the Southern Economic Association, Charleston, South Carolina.

Barrett, G. A. (2005, February). *Vocational expert input for economic damages calculations.* Guest lecture presented to Economics 480, Forensic Economics, at Marshall University, Huntington, West Virginia.

Barrett, G. A. (2005, November). Chairperson of Session 102G, Topics in Forensic Economics at the 75th Annual Conference of the Southern Economic Association, Washington, D.C.

Kruger, K. V. (2005, November). *PV-life: A method of calculating the present value of life care costs*. Paper presented at the 75th Annual Conference of the Southern Economic Association, Washington, D.C. and discussed by G. A. Barrett.

Barrett, G. A. (2004, September). *O*NET is interactive and accessible*. Presentation of the current and anticipated functions of the O*NET Occupational Information Network at the staff development training of State of West Virginia Division of Rehabilitation Services Employment Specialists and Vocational Evaluators, Institute, West Virginia.

Riccardi, A. H. & Lurie, G. H. (2004, February). *Determining the amount of income-tax avoidance by accepting a settlement annuity*. Paper presented at the 30th Annual Conference of the Eastern Economic Association, Washington, D.C. and discussed by G. A. Barrett.

Barrett, G. A. & Winfree, M. (2002, November). *The role of the forensic economist in eminent domain litigation*. Paper presented at the 72nd Annual Conference of the Southern Economic Association, New Orleans, Louisiana.

Barrett, G. A. (2001, November). *Personal maintenance expenditure offsets in life care valuations*. Paper presented at the 71st Annual Conference of the Southern Economic Association, Tampa, Florida.

Barrett, G. A. & Brookshire, M. L. (2001, July). *The forensic economics of medical monitoring protocols*. Paper presented at the 76th Annual Conference of the Western Economic Association International, San Francisco, California.

Harju, M. & Vines, T. (2000, November). *Information content of treasury inflation-protected securities*. Paper presented at the 70th Annual Conference of the Southern Economic Association, Washington, D.C. and discussed by G. A. Barrett.

Barrett, G. A. (2000, May). *Adjusting work-life expectancy calculations*. Paper presented at the American Rehabilitation Economics Association Annual Spring Conference 2000, Reno, Nevada.

Barrett, G. A. (1999, November). *Work-life expectancy issues: The use of professional judgment*. Paper presented at the 69th Annual Conference of the Southern Economic Association, New Orleans, Louisiana.

## Experience:

### July 1998 – Present

Managing Member, Brookshire Barrett & Associates, LLC (Formerly Michael L. Brookshire & Associates). *Vocational rehabilitation counselor and evaluator*. Work with individuals with disabilities by providing testing, research, and written analysis regarding

residual earning capacity following the onset of disability.  Work with clients with physical, cognitive, and emotional disabilities on issues of career development and job placement. Vocational rehabilitation counseling client referrals extended by the State of West Virginia Department of Health and Human Resources, Division of Child Protective Services.  Vocational expert for the Social Security Administration, Office of Disability Adjudication and Review in Charleston, WV; Huntington, WV; Morgantown, WV; Wheeling, WV; Roanoke, VA; Cumberland, MD; and Baltimore, MD.  Work for plaintiff and defense attorneys in many states, as well as various federal and state agencies, and other clients; vocational analyses regarding post-injury earning capacity and provide expert testimony.  *Forensic economist.*  Work for plaintiff and defense attorneys in many states, as well as various federal and state agencies, and other clients; analyses of various categories of economic damages to individuals or classes of individuals, and expert testimony, in wrongful death, personal injury, commercial, toxic-tort, and employment-law cases.  Conduct research and publish in these applications of economics to the law.  *Research and administrative.*  Conduct basic and applied research in the field of forensic economics; responsible for maintaining archives of statistical data used in economic damages calculations.  Also, perform duties as general business manager, which include the following duties:  human resources, accounts payable, controller, and office manager.

## July 2008 – June 2010

Adjunct Professor of Rehabilitation Counseling, Minnesota State University, Mankato within the College of Allied Health and Nursing, Department of Speech, Hearing, and Rehabilitation Services.  Served on committee with other rehabilitation, economic, and legal professionals to develop a post-master's graduate certificate program in forensic vocational rehabilitation consultation.  Developed and taught specific courses relevant to the study of forensic vocational evaluation, including the Socioeconomic Costs of Acquired Disability.

## January 2002 – December 2002

Adjunct Instructor of Economics, West Virginia State University.  Taught principles of macroeconomics to sophomore and junior level college students.  Areas of instruction included: resource utilization and production possibilities, market equilibrium, employment and price theory, and other matters relevant to the study of economics.

## June 1996 – July 1998

Interim Coordinator of Student Assessment for West Virginia State University, responsible for conducting campus research on students' academic achievement and perception of the institution.  Administration of several nationally recognized standardized exams which are given to students to gauge proficiency in both basic skills and content specialization within the major field of study; follow-up on the exam administrations by conducting scientific statistical analyses of the test scores to assess the university's effectiveness as an institution of higher education.  Conduct annual survey of graduates, which ascertains the students' overall satisfaction with the institution.  Coordinate campus-level survey of entering students as part of the Cooperative Institutional Research Program conducted by the Higher Education Research

Institute at the University of California, Los Angeles.  Acted as liaison between several State boards and committees and campus administration and faculty.

**May 1991 – September 1995**

Contract Negotiation Assistant, US FoodService, Inc., West Virginia Division, responsible for the calculation of anticipated product cost increases and utilization of this information to prepare both short-term and intermediate-term government purchase contracts.

**May 1994 – August 1994**

Governor's Honors Intern for the State of West Virginia, assigned to the Office of Labor and Economic Research in the West Virginia Bureau of Employment Programs; responsible for updating and calibrating an econometric model which examines the interaction between the State Unemployment Insurance Trust Fund and the state labor market.  Summarized and projected state employment and unemployment trends, which were provided to the public in the above referenced publications.

**Other Professional Activities, Continuing Education and Memberships:**

Past-President, American Rehabilitation Economics Association; One-Year term beginning July 1, 2012.

Board of Editors, *The Earnings Analyst*, Journal of the American Rehabilitation Economics Association; July 2012 – Present.

President, American Rehabilitation Economics Association; Elected to One-Year term beginning July 1, 2011.

Business Advisory Council, Department of Business Administration, West Virginia State University; Appointed January 1, 2011.

President-Elect, American Rehabilitation Economics Association; Elected to One-Year term beginning July 1, 2010.

Board of Directors, Marshall University Alumni Association, Inc.; Elected to Two-Year term beginning July 1, 2009.

Board of Directors, American Rehabilitation Economics Association; Elected to Two-Year term beginning July 1, 2009.

Editor, *The Earnings Analyst*, Journal of the American Rehabilitation Economics Association; July 2008 – June 2011.

Board of Directors, American Rehabilitation Economics Association; Elected to Two-Year term beginning June 1, 2007.

Referee, *Journal of Forensic Economics*

Referee, *The Earnings Analyst*

Referee, *Journal of Legal Economics*

Member, National Association of Forensic Economics

Member, American Academy of Economic and Financial Experts

Member, American Rehabilitation Economics Association

Life-Member, Southern Economic Association

Charter Member, Collegium of Pecuniary Damages Experts

Member, International Association of Rehabilitation Professionals

Honorary Member, Zeta Beta Chapter, Delta Mu Delta, International Honor Society in Business, initiated April 2011 in Brookfield, Illinois.

Life-Member, Omega Upsilon of West Virginia University, Chi Sigma Iota, Counseling Academic and Professional Honor Society International, National No. 99730, initiated September 28, 2005 in Greensboro, North Carolina.

Life-Member, Zeta Chapter of West Virginia, Omicron Delta Epsilon, International Honor Society in Economics, National No. 950742, initiated March 1, 1995 at the University of Alabama, Tuscaloosa, Alabama.

Life-Member, Omicron Kappa Chapter of Pi Sigma Alpha, The National Political Science Honor Society, initiated April 20, 1995 in Washington, D.C.

Attended the International Association of Rehabilitation Professionals Annual Forensic Conference, 2016, Pittsburgh, Pennsylvania, October 20 – 22, 2016.

Attended the American Rehabilitation Economics Association Annual Spring Conference 2016, Philadelphia, Pennsylvania, June 3 – 4, 2016.

Attended the American Rehabilitation Economics Association Annual Spring Conference 2014, Reno, Nevada, June 19 – 22, 2014.

Attended the 2014 Annual Meetings of the Allied Social Science Associations (National Association of Forensic Economics sessions of the American Economic Association), Philadelphia, Pennsylvania, January 3 – 5, 2014.

Attended the American Rehabilitation Economics Association Annual Spring Conference 2013, New Orleans, Louisiana, May 3 – 5, 2013.

Attended the 2013 Spring Conference of the National Association of Forensic Economics, Tampa, Florida, March 8 – 9, 2013.

Attended the American Rehabilitation Economics Association Annual Spring Conference 2010, Seattle, Washington, June 7 – 10, 2012.

Attended the 2012 Annual Meetings of the Allied Social Science Associations (National Association of Forensic Economics sessions of the American Economic Association), Chicago, Illinois, January 6 – 7, 2012.

Attended the Collegium of Pecuniary Damages Experts Annual Meetings, Las Vegas, Nevada, March 16 - 17, 2012.

Attended the American Rehabilitation Economics Association Annual Spring Conference 2010, Seattle, Washington, June 9 – 12, 2011.

Attended the American Rehabilitation Economics Association Annual Spring Conference 2010, Chicago, Illinois, June 17 – 20, 2010.

Attended the Collegium of Pecuniary Damages Experts Annual Meetings, Las Vegas, Nevada, March 12 – 13, 2010.

Attended the American Rehabilitation Economics Association Annual Spring Conference 2009, Chicago, Illinois, June 11 – 14, 2009.

Attended the 2008 Annual Conference of the Western Economic Association International (National Association of Forensic Economics sessions), Honolulu, Hawaii, June 30 – July 1, 2008.

Attended the American Rehabilitation Economics Association Annual Spring Conference 2008, Pittsburgh, Pennsylvania, May 15 – 18, 2008.

Attended the American Rehabilitation Economics Association Annual Spring Conference 2007, Pittsburgh, Pennsylvania, May 17 – 20, 2007.

Attended the 2007 Annual Meetings of the Allied Social Science Associations (National Association of Forensic Economics sessions of the American Economic Association), Chicago, Illinois, January 5 – 6, 2007

Attended the 76th Annual Conference of the Southern Economic Association (National Association of Forensic Economics sessions), Charleston, South Carolina, November 18, 2006.

Volunteer, Conner Street Elementary School (Hurricane, West Virginia), 2005 – 2015.

Attended the 75th Annual Conference of the Southern Economic Association (National Association of Forensic Economics sessions), Washington, D.C., November 18 – 20, 2005.

Completed Rehabilitation Counseling 622: Advanced Vocational Evaluation Techniques at West Virginia University (WVU), Morgantown, West Virginia, August 2005.

Completed Rehabilitation Counseling 621: Vocational Evaluation Systems and Techniques at West Virginia University (WVU), Morgantown, West Virginia, June 2005.

Co-Owner, National Association of Forensic Economics Electronic Mail List-Serve (NAFE-L); Appointed to a three-year term beginning July 1, 2005.

Completed certification training in the basic vocational evaluation uses of the McCarron-Dial System, Dallas, Texas, February 9 – 11, 2005.

Attended the International Association of Rehabilitation Professionals 2004 Forensic Conference entitled "Fine Tuning the Forensic Rehabilitation Practice," San Antonio, Texas, November 12 – 13, 2004.

Attended the 30th Annual Conference of the Eastern Economic Association (National Association of Forensic Economics sessions), Washington, D.C., February 20 – 22, 2004.

Attended the 72nd Annual Conference of the Southern Economic Association (National Association of Forensic Economics sessions), New Orleans, Louisiana, November 24 – 26, 2002.

Attended the "Economic Damages in West Virginia" seminar presented September 19, 2002 in Charleston, West Virginia.

Attended the "Successful Handling of Wrongful Death Cases in West Virginia" seminar presented July 16, 2002 in Charleston, West Virginia.

Attended the 71st Annual Conference of the Southern Economic Association (National Association of Forensic Economics sessions), Tampa, Florida, November 17 - 19, 2001.

Attended the 76th Annual Conference of the Western Economic Association International (National Association of Forensic Economics sessions), San Francisco, California, July 4 - 8, 2001.

Attended the 70th Annual Conference of the Southern Economic Association (National Association of Forensic Economics sessions), Washington, D.C., November 10 - 12, 2000.

Attended the American Rehabilitation Economics Association Annual Spring Conference 2000, Reno, Nevada, May 19 - 21, 2000.

Attended the 69th Annual Conference of the Southern Economic Association (National Association of Forensic Economics sessions), New Orleans, Louisiana, November 21 - 23, 1999.

Attended the "Survey of Disability Law in West Virginia" seminar presented January 12, 1999 in Charleston, West Virginia.

Attended the Annual Assessment Conference at the California State University at Fullerton, Fullerton, California, March 1998.

Completed Track II advanced survey statistical analysis training at the Cooperative Institutional Research Program of the Higher Education Research Institute at the University of California, Los Angeles (UCLA), Westwood, California, July 1997.

Volunteer, Hurricane High School (West Virginia) Department of Athletics, 1995 – 2008.

Recipient of the 1995 "Gold Key National Outstanding Student Leadership Award," presented by Omicron Delta Epsilon, International Honor Society in Economics, June 1995.

Varsity Letter Winner, National Collegiate Athletic Association (NCAA) Division II Track & Field Athletics, 1994 – 1995, West Virginia State University, Institute, West Virginia.

President, Zeta Chapter of West Virginia, Omicron Delta Epsilon, International Honor Society in Economics, 1994 – 1995.

West Virginia Governor's Honors Intern, 1994.