# EXHIBIT 2-c to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

Estimated Cost of Abatement Plan: 2021 - 2035

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021 - 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Category 1: Prevention - Reducing Opioid Oversupply and Improving Safe Opioid Use** | | | | | | | | | | | | | | | | |
| 1A. Health Professional Education | | | | | | | | | | | | | | | | |
| 1A1. Academic Detailing | $109,346 | $105,689 | $102,155 | $98,738 | $95,436 | $92,245 | $89,160 | $86,178 | $83,296 | $80,510 | $77,818 | $75,215 | $72,700 | $70,269 | $67,919 | $1,306,672 |
| 1A2. Continuing Healthcare Provider Education | $379,425 | $198,236 | $207,142 | $216,448 | $226,172 | $236,334 | $246,951 | $258,046 | $269,629 | $281,753 | $294,412 | $307,649 | $321,460 | $335,902 | $350,993 | $4,130,552 |
| 1B. Patient and Public Education | $32,487 | $32,949 | $33,416 | $33,890 | $34,371 | $34,859 | $35,354 | $35,856 | $36,365 | $36,881 | $37,404 | $37,935 | $38,473 | $39,020 | $39,573 | $538,834 |
| 1C. Safe Storage and Drug Disposal Programs | $2,840 | $2,770 | $2,701 | $2,635 | $2,570 | $2,506 | $2,445 | $2,384 | $2,325 | $2,268 | $2,212 | $2,157 | $2,104 | $2,052 | $2,002 | $35,972 |
| 1D. Community Prevention and Resiliency | | | | | | | | | | | | | | | | |
| 1D1a. Community Resiliency Coalition Staffing: Director | $85,594 | $88,538 | $91,584 | $94,735 | $97,994 | $101,364 | $104,851 | $108,458 | $112,189 | $116,049 | $120,041 | $124,170 | $128,442 | $132,860 | $137,430 | $1,644,299 |
| 1D1b. Community Resiliency Coalition Staffing: Community Organizers | $102,668 | $106,199 | $109,853 | $113,632 | $117,541 | $121,584 | $125,766 | $130,093 | $134,568 | $139,197 | $143,986 | $148,939 | $154,062 | $159,362 | $164,844 | $1,972,293 |
| 1D2. Community Resiliency Space | $15,033 | $15,479 | $15,939 | $16,412 | $16,900 | $17,401 | $17,918 | $18,450 | $18,998 | $19,563 | $20,144 | $20,742 | $21,358 | $21,992 | $22,645 | $278,974 |
| 1D3. Community Resiliency Coalition Funding | $1,181,630 | $1,153,004 | $1,125,131 | $1,097,903 | $1,071,333 | $1,045,407 | $1,020,108 | $995,422 | $971,333 | $947,826 | $924,889 | $902,507 | $880,666 | $859,354 | $838,557 | $15,015,100 |
| 1E. Harm Reduction | | | | | | | | | | | | | | | | |
| 1E1. Syringe Service Programs | $872,614 | $868,033 | $863,476 | $858,944 | $854,435 | $849,950 | $845,488 | $841,050 | $836,635 | $832,243 | $827,874 | $823,528 | $819,205 | $814,905 | $810,627 | $12,619,008 |
| 1E2a. Drug Checking Machines | $131,739 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $131,739 |
| 1E2a. Drug Checking Machines Recurring Costs Per Year | $67,675 | $70,003 | $72,411 | $74,902 | $77,479 | $80,144 | $82,901 | $85,753 | $88,703 | $91,754 | $98,175 | $98,175 | $101,552 | $105,046 | $108,659 | $1,303,333 |
| 1E3. Fentanyl Testing Strips | $383,403 | $381,391 | $379,389 | $377,397 | $375,416 | $373,445 | $371,485 | $369,535 | $367,595 | $365,665 | $363,746 | $361,836 | $359,937 | $358,048 | $356,168 | $5,544,455 |
| 1F. Surveillance, Evaluation, and Leadership | | | | | | | | | | | | | | | | |
| 1F1. Executive Director | $85,594 | $88,538 | $91,584 | $94,735 | $97,994 | $101,364 | $104,851 | $108,458 | $112,189 | $116,049 | $120,041 | $124,170 | $128,442 | $132,860 | $137,430 | $1,644,299 |
| 1F2. Data Analysts | $170,512 | $176,377 | $182,445 | $188,721 | $195,213 | $201,928 | $208,875 | $216,060 | $223,492 | $231,180 | $239,133 | $247,359 | $255,868 | $264,670 | $273,775 | $3,275,608 |
| 1F3. Staff Assistant | $16,110 | $16,664 | $17,237 | $17,830 | $18,443 | $19,078 | $19,734 | $20,413 | $21,115 | $21,842 | $22,593 | $23,370 | $24,174 | $25,006 | $25,866 | $309,476 |
| **Category 2: Treatment - Supporting Individuals Affected by the Epidemic** | | | | | | | | | | | | | | | | |
| 2A. Connecting Individuals to Care | | | | | | | | | | | | | | | | |
| 2A1. Helpline | $165,919 | $171,627 | $177,531 | $183,638 | $189,955 | $196,490 | $203,249 | $210,241 | $217,473 | $224,954 | $232,692 | $240,697 | $248,977 | $257,542 | $266,401 | $3,187,386 |
| 2A2. Peer Recovery Coaches | $304,284 | $314,751 | $325,579 | $336,779 | $348,364 | $360,348 | $372,744 | $385,566 | $398,830 | $412,549 | $426,741 | $441,421 | $456,606 | $472,313 | $488,561 | $5,845,435 |
| 2A3. Transportation Assistance | $367,674 | $370,061 | $372,465 | $374,884 | $377,318 | $379,769 | $382,235 | $384,717 | $387,216 | $389,730 | $392,261 | $394,809 | $397,373 | $399,953 | $402,551 | $5,773,016 |
| 2A4. Quick Response Teams (QRT) | | | | | | | | | | | | | | | | |
| 2A4a. Addiction Counselor (QRT) | $59,946 | $62,008 | $64,141 | $66,348 | $68,630 | $70,991 | $73,433 | $75,959 | $78,572 | $81,275 | $84,071 | $86,963 | $89,955 | $93,049 | $96,250 | $1,151,591 |
| 2A4b. First Responder (QRT) | $43,373 | $44,865 | $46,408 | $48,005 | $49,656 | $51,364 | $53,131 | $54,959 | $56,850 | $58,805 | $60,828 | $62,921 | $65,085 | $67,324 | $69,640 | $833,214 |
| 2A4c. Peer Coach (QRT) | $25,357 | $26,229 | $27,132 | $28,065 | $29,030 | $30,029 | $31,062 | $32,131 | $33,236 | $34,379 | $35,561 | $36,784 | $38,050 | $39,358 | $40,711 | $486,114 |
| 2A5. Bridge Programs | $577,034 | $596,884 | $617,417 | $638,656 | $660,626 | $683,351 | $706,859 | $731,174 | $756,327 | $782,345 | $809,257 | $837,096 | $865,892 | $895,678 | $926,490 | $11,085,085 |
| 2B. Treating Opioid Use Disorder | | | | | | | | | | | | | | | | |
| 2B1. Outpatient Treatment | $31,321,099 | $32,162,150 | $33,025,784 | $33,912,610 | $34,823,249 | $35,758,341 | $36,718,543 | $37,704,529 | $38,716,990 | $39,756,619 | $40,824,205 | $41,920,438 | $43,046,108 | $44,202,004 | $45,388,940 | $569,281,629 |
| 2B2. Intensive Outpatient Treatment | $12,102,345 | $12,427,323 | $12,761,028 | $13,103,694 | $13,455,562 | $13,816,877 | $14,187,895 | $14,568,876 | $14,960,087 | $15,361,803 | $15,774,306 | $16,197,886 | $16,632,840 | $17,079,474 | $17,538,101 | $219,968,100 |
| 2B3. Residential Treatment | $35,241,821 | $36,188,153 | $37,159,896 | $38,157,733 | $39,182,364 | $40,234,509 | $41,314,908 | $42,424,317 | $43,563,517 | $44,733,307 | $45,934,509 | $47,167,967 | $48,434,546 | $49,735,136 | $51,070,650 | $640,543,332 |
| 2B4. Inpatient Treatment | $5,694,251 | $5,931,183 | $6,177,973 | $6,435,022 | $6,702,788 | $6,981,684 | $7,272,174 | $7,574,773 | $7,889,951 | $8,218,244 | $8,560,197 | $8,916,378 | $9,287,379 | $9,673,817 | $10,076,335 | $115,392,168 |
| 2B5. Buprenorphine | $2,816,408 | $3,024,419 | $3,247,792 | $3,487,664 | $3,745,251 | $4,021,863 | $4,318,905 | $4,637,885 | $4,980,425 | $5,348,263 | $5,743,268 | $6,167,447 | $6,622,955 | $7,112,104 | $7,637,381 | $72,912,030 |
| 2B6. Methadone | $1,301,562 | $1,397,691 | $1,500,920 | $1,611,773 | $1,730,813 | $1,858,645 | $1,995,919 | $2,143,331 | $2,301,631 | $2,471,621 | $2,654,167 | $2,850,196 | $3,060,702 | $3,286,755 | $3,529,504 | $33,695,230 |
| 2B7. Naltrexone | $1,197,120 | $1,285,535 | $1,380,480 | $1,482,438 | $1,591,926 | $1,709,501 | $1,835,759 | $1,971,342 | $2,116,939 | $2,273,289 | $2,441,187 | $2,621,485 | $2,815,100 | $3,023,014 | $3,246,284 | $30,991,399 |
| 2C. Managing Complications Attributable to the Epidemic | | | | | | | | | | | | | | | | |
| 2C1. Human Immunodeficiency Virus / Hepatitis C Virus Screening | $88,473 | $89,800 | $91,146 | $92,512 | $93,898 | $95,306 | $96,734 | $98,184 | $99,656 | $101,150 | $102,666 | $104,205 | $105,767 | $107,352 | $108,961 | $1,475,808 |
| 2C2. Hepatitis C Virus Treatment | $11,943,278 | $12,240,649 | $12,551,331 | $12,875,868 | $13,214,820 | $14,025,012 | $4,002,341 | $3,979,790 | $3,957,365 | $3,935,067 | $3,912,894 | $3,890,847 | $3,868,923 | $3,847,124 | $3,825,447 | $102,070,764 |
| 2C3. Human Immunodeficiency Virus Treatment | $1,062,560 | $2,195,247 | $3,402,128 | $4,687,485 | $6,055,826 | $6,662,815 | $7,292,734 | $7,946,536 | $8,625,214 | $9,329,802 | $10,061,376 | $10,821,056 | $11,610,009 | $12,429,448 | $13,280,637 | $115,462,871 |
| 2C4. Endocarditis Treatment | $5,732,167 | $5,699,869 | $5,667,752 | $5,635,817 | $5,604,061 | $5,572,484 | $5,541,086 | $5,509,864 | $5,478,818 | $5,447,947 | $5,417,250 | $5,386,726 | $5,356,374 | $5,326,193 | $5,296,182 | $82,672,589 |
| 2D. Expanding The Healthcare Workforce | | | | | | | | | | | | | | | | |
| 2D1. Recruitment and Retention | $65,378 | $68,315 | $71,384 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $205,077 |
| 2D2. Medical Social Workers | $279,829 | $224,559 | $224,559 | $232,284 | $240,274 | $248,540 | $257,090 | $265,933 | $275,082 | $284,544 | $196,222 | $202,972 | $209,954 | $217,177 | $224,647 | $3,648,561 |
| 2D3. Reducing Burnout / Compassion Fatigue | $348,519 | $171,022 | $166,071 | $161,357 | $156,303 | $151,517 | $147,031 | $142,878 | $138,425 | $134,346 | $130,679 | $126,744 | $122,532 | $118,785 | $115,551 | $2,331,760 |
| 2E. Distributing Naloxone and Providing Training | | | | | | | | | | | | | | | | |
| 2E1. First Responders Training | $36,347 | $37,977 | $39,679 | $41,458 | $43,317 | $45,259 | $47,288 | $49,408 | $51,623 | $53,937 | $56,355 | $58,882 | $61,521 | $64,279 | $67,161 | $754,489 |
| 2E2. Narcan for First Responders | $52,064 | $54,672 | $57,410 | $60,286 | $63,305 | $66,476 | $69,805 | $73,301 | $76,972 | $80,827 | $84,876 | $89,127 | $93,590 | $98,278 | $103,200 | $1,124,190 |
| 2E3. Injectable Naloxone for Emergency Departments | $24,057 | $23,887 | $23,718 | $23,551 | $23,384 | $23,219 | $23,055 | $22,892 | $22,730 | $22,570 | $22,410 | $22,252 | $22,094 | $21,938 | $21,783 | $343,540 |
| 2E4a. Take-Home Kit for Opioid Use Disorder Population (Take Home Kits) | $32,775 | $33,487 | $34,214 | $34,958 | $35,717 | $36,493 | $37,286 | $38,097 | $38,924 | $39,770 | $40,634 | $41,517 | $42,419 | $43,341 | $44,282 | $573,915 |
| 2E4b. Narcan for Opioid Use Disorder Population (Narcan Doses) | $408,834 | $417,718 | $426,794 | $436,067 | $445,542 | $455,222 | $465,113 | $475,219 | $485,545 | $496,094 | $506,873 | $517,887 | $529,139 | $540,636 | $552,383 | $7,159,067 |
| 2E5a. Naloxone Public Lock Boxes | $29,220 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $29,220 |
| 2E5b. Narcan for Public Lock Boxes (Doses for Boxes) | $13,382 | $0 | $14,462 | $0 | $15,631 | $0 | $16,893 | $0 | $18,257 | $0 | $19,732 | $0 | $21,326 | $0 | $23,048 | $142,731 |
| **Category 3: Recovery - Enhancing Public Safety and Reintegration** | | | | | | | | | | | | | | | | |
| 3A. Public Safety | | | | | | | | | | | | | | | | |
| 3A1. Law Enforcement Assisted Diversion (LEAD) | $80,634 | $83,408 | $86,277 | $89,245 | $92,315 | $95,491 | $98,776 | $102,174 | $105,689 | $109,324 | $113,085 | $116,975 | $120,999 | $125,162 | $129,467 | $1,549,023 |
| 3A2. Community-Oriented Policing | $423,975 | $432,454 | $441,103 | $449,925 | $458,924 | $468,102 | $477,464 | $487,014 | $496,754 | $506,689 | $516,823 | $527,159 | $537,703 | $548,457 | $559,426 | $7,331,972 |
| 3A3. Specialized Overdose Units | $134,165 | $136,849 | $139,586 | $142,377 | $145,225 | $148,129 | $151,092 | $154,114 | $157,196 | $160,340 | $163,547 | $166,818 | $170,154 | $173,557 | $177,028 | $2,320,177 |
| 3A4. Stigma Reduction Training | $20,363 | $21,275 | $22,225 | $23,216 | $24,248 | $25,324 | $26,474 | $27,672 | $28,892 | $30,193 | $31,550 | $32,965 | $34,440 | $35,977 | $37,579 | $422,390 |
| 3B. Criminal Justice System | | | | | | | | | | | | | | | | |
| 3B1. Drug Courts | $361,582 | $1,127,703 | $1,230,686 | $1,346,121 | $1,468,769 | $1,599,019 | $1,744,094 | $1,905,235 | $2,083,766 | $2,273,449 | $2,482,846 | $2,705,261 | $2,945,890 | $3,227,759 | $3,522,893 | $30,037,783 |
| 3B2. Reentry and Reintegration | $237,209 | $233,822 | $229,922 | $228,565 | $223,648 | $221,427 | $218,788 | $215,706 | $215,811 | $211,884 | $207,431 | $206,470 | $205,197 | $203,592 | $197,153 | $3,256,624 |
| 3B3. Transitional Housing for Newly Released | $775,029 | $766,130 | $756,018 | $744,629 | $731,897 | $717,751 | $702,118 | $684,924 | $705,270 | $685,875 | $664,705 | $641,673 | $660,734 | $635,004 | $607,162 | $10,478,918 |
| 3C. Vocational Training and Job Placement | $3,036,784 | $2,999,909 | $2,965,117 | $2,929,480 | $2,893,154 | $2,858,135 | $2,824,806 | $2,789,693 | $2,756,870 | $2,722,651 | $2,691,428 | $2,659,290 | $2,626,362 | $2,595,172 | $2,563,659 | $41,912,512 |
| 3D. Reengineering the Workplace | N/A | | | | | | | | | | | | | | | |
| 3E. Mental Health Counseling and Grief Support | $248,270 | $256,810 | $265,644 | $274,783 | $227,388 | $235,210 | $243,301 | $251,671 | $260,328 | $269,284 | $208,910 | $216,097 | $223,531 | $231,220 | $239,174 | $3,651,622 |
| **Category 4: Addressing Needs of Special Populations** | | | | | | | | | | | | | | | | |
| 4A. Pregnant Women, New Mothers, and Infants | | | | | | | | | | | | | | | | |
| 4A1. Prenatal Opioid Use Disorder Screening | $82,569 | $86,186 | $89,961 | $93,901 | $98,014 | $102,307 | $106,788 | $111,465 | $116,348 | $121,444 | $126,763 | $132,315 | $138,110 | $144,160 | $150,474 | $1,700,805 |
| 4A2a. Prenatal Psychosocial Services | $113,869 | $113,227 | $112,589 | $111,955 | $111,324 | $110,697 | $110,073 | $109,453 | $108,836 | $108,223 | $107,613 | $107,007 | $106,404 | $105,804 | $105,208 | $1,642,279 |
| 4A2b. Postpartum Psychosocial Services | $0 | $604,765 | $1,230,979 | $1,879,541 | $2,551,390 | $3,247,502 | $3,229,203 | $3,211,008 | $3,192,915 | $3,174,925 | $3,157,035 | $3,139,246 | $3,121,558 | $3,103,969 | $3,086,480 | $37,930,517 |
| 4A3. Prenatal and Postpartum Housing Services | $352,722 | $345,905 | $338,371 | $330,085 | $321,007 | $311,099 | $320,341 | $309,241 | $297,199 | $306,027 | $292,609 | $278,124 | $286,386 | $270,319 | $278,349 | $4,637,786 |
| 4A4a. Interventions for Infants Exposed to Opioids in Utero | $2,037,972 | $2,026,553 | $2,015,198 | $2,003,906 | $1,992,678 | $1,981,513 | $1,970,410 | $1,959,369 | $1,948,391 | $1,937,473 | $1,926,617 | $1,915,822 | $1,905,087 | $1,894,413 | $1,883,798 | $29,399,201 |
| 4A4b. Early Interventions for Infants Exposed to Opioids in Utero (0-5 Years Old) | $210,516 | $421,871 | $634,180 | $847,557 | $1,062,118 | $1,277,980 | $1,251,127 | $1,224,838 | $1,199,102 | $1,173,907 | $1,149,241 | $1,125,093 | $1,101,453 | $1,078,309 | $1,055,652 | $14,812,942 |
| 4A4c. Special Education and Psychosocial Services for Infants Exposed (6-21 Years Old) | $0 | $0 | $0 | $0 | $0 | $0 | $54,035 | $108,286 | $162,781 | $217,550 | $272,624 | $328,031 | $383,803 | $439,969 | $496,561 | $2,463,640 |
| 4B. Adolescents and Young Adults | | | | | | | | | | | | | | | | |
| 4B1. School-Based Prevention Programs | $2,694,304 | $2,639,507 | $2,585,439 | $2,532,784 | $2,481,040 | $2,430,264 | $237,949 | $2,332,150 | $2,284,532 | $2,237,621 | $2,192,142 | $2,147,300 | $2,103,413 | $2,060,398 | $2,018,590 | $32,977,433 |
| 4B2. Adolescents Screening for Opioid Use Disorder | $68,937 | $68,705 | $68,468 | $68,386 | $68,166 | $67,963 | $67,787 | $67,465 | $67,367 | $67,130 | $66,952 | $66,629 | $66,375 | $66,209 | $66,147 | $1,012,684 |
| 4C. Families and Children | | | | | | | | | | | | | | | | |
| 4C1a. Support for Children Living with Parents with Opioid Use Disorder (Support) | $3,125,445 | $3,060,912 | $2,995,630 | $2,934,255 | $2,872,595 | $2,810,790 | $2,753,882 | $2,692,372 | $2,636,343 | $2,581,098 | $2,505,246 | $2,473,795 | $2,422,189 | $2,372,270 | $2,324,301 | $40,561,122 |
| 4C1b. Support for Children Living with Parents with Opioid Use Disorder (Interventions) | $10,660,225 | $10,436,234 | $10,216,949 | $10,002,271 | $9,792,105 | $9,586,354 | $9,384,927 | $9,187,732 | $8,994,681 | $8,805,685 | $8,620,661 | $8,439,525 | $8,262,195 | $8,088,591 | $7,918,634 | $138,396,769 |
| 4C2a. Support for Children in Foster Care (Foster Care Cost Per Child) | $6,312,865 | $6,196,922 | $6,043,785 | $5,936,230 | $5,790,679 | $5,664,244 | $5,558,681 | $5,444,545 | $5,321,479 | $5,189,115 | $5,080,719 | $4,963,896 | $4,873,945 | $4,775,931 | $4,670,650 | $81,823,239 |
| 4C2b. Support for Children in Foster Care (Socio-Emotional Support) | $809,832 | $791,168 | $775,496 | $758,546 | $740,263 | $725,365 | $709,259 | $696,908 | $683,496 | $668,979 | $653,308 | $641,969 | $623,983 | $610,511 | $601,934 | $10,491,017 |
| 4C2c. Support for Children in Foster Care (Intensive Parent-Child Interventions) | $116,279 | $113,836 | $111,444 | $109,103 | $106,810 | $104,566 | $102,369 | $100,218 | $98,112 | $96,050 | $94,032 | $92,057 | $90,122 | $88,229 | $86,375 | $1,509,602 |
| 4C3a. Support for Adopted Children and Families (Adoption Cost Per Child) | $289,169 | $289,486 | $277,800 | $276,767 | $275,217 | $273,111 | $270,405 | $267,058 | $277,633 | $273,437 | $268,472 | $262,686 | $256,020 | $258,252 | $258,252 | $4,081,672 |
| 4C3b. Support for Adopted Children and Families (Socio-Emotional Support) | $59,050 | $60,527 | $57,608 | $59,048 | $55,869 | $52,494 | $53,806 | $50,137 | $51,391 | $52,675 | $48,593 | $49,808 | $45,381 | $46,515 | $47,678 | $790,580 |
| 4C3c. Support for Adopted Children and Families (Intensive Parent-Child Interventions) | $12,987 | $12,715 | $12,447 | $12,186 | $11,930 | $11,679 | $11,434 | $11,194 | $10,958 | $10,728 | $10,503 | $10,282 | $10,066 | $9,854 | $9,647 | $168,610 |
| 4D. Homeless and Housing Insecure Individuals | | | | | | | | | | | | | | | | |
| 4D1. Permanent Supportive Housing | $365,776 | $351,532 | $361,974 | $346,104 | $328,971 | $338,743 | $319,738 | $329,237 | $308,197 | $317,352 | $294,101 | $302,838 | $311,834 | $285,420 | $293,898 | $4,855,715 |
| 4E. Individuals with Opioid Misuse | N/A | | | | | | | | | | | | | | | ∑2021 - 2035 |
| **TOTAL:** | **$147,602,274** | **$152,307,284** | **$157,014,555** | **$161,966,846** | **$167,154,650** | **$162,278,983** | **$163,738,297** | **$169,608,934** | **$173,568,463** | **$177,657,940** | **$181,757,786** | **$186,243,861** | **$191,051,391** | **$195,948,094** | **$201,155,090** | **$2,589,054,447** |