# EXHIBIT 2-e to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

| Case Name | Case Name | Docket | Court | State | Judge | Date | Testimony | P / D | Defense | Plaintiff | Nature of Testimony |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deitz, Mykendra | Mykendra Deitz and Vanessa Acree by Mykendra Deitz Her parent and Natural Guardian, Plaintiffs, v. Danny Patton and BWC Trucking Company, Inc. | Civil Action No. 12:15-cv-8257 | United States District Court for the Southern District of West Virginia | WV | Judge Goodwin | 1/31/2017 | Trial Testimony | Plaintiff | Tim J. Yianne, Esq. | Michael O. Callaghan, Esq. | Economic Damages (Present Value of Lost Earning Capacity; Present Value of Future Medical and Care Costs) |
| Johnson, Makayla | Michelle Nixon, Individually and as Personal Representative of Makayla Johnson, deceased, v. Children's National Medical Center | Civil Action No. 2015 CA 008192 M | Superior Court of the District of Columbia | DC |  | 2/10/2017 | Discovery Deposition | Defense | Adam Smith, Esq.; Gary Brown, Esq. |  | Economic Damages (Present Value of Lost Earning Capacity; Defense Rebuttal of Plaintiff Expert "Loss of Capital Gains/Investment Income" |
| Taylor, Leah | Leah Taylor, an individual, Plaintiff, v. Camden Clark Memorial Hospital, et al., Defendants | Civil Action No. 15-C-241 | Circuit Court of Wood County, West Virginia | WV |  | 2/28/2017 | Discovery Deposition | Plaintiff | Laurie K. Miller, Esq. | Holly Diehl, Esq.; David Chevernick | Vocational Evaluation (Post-Injury Earning Capacity) |
| Elswick, Jodie | Jodie L.Elswick and larry A. Elswick, her husband, Plaintiffs v. United States of America, Defendant | Civil Action No. 2:16-cv-212 | United States District Court for the Southern District of West Virginia | WV | Thomas Johnston | 3/3/2017 | Discovery Deposition | Plaintiff | AUSA Fred B. Westfall, Jr., Esq. | Holly G. DiCocco, Esq.; Robert V. Berthold, Jr., Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earning Capacity; Present Value of Lost Household Services) |
| Charles, Joseph | Joseph Adam Charles and Ashley Charles, his wife, Plaintiffs, v. Rockhouse Creek Development, LLC n/k/a Stone Villa Development, LLC, a West Virginia limited liability company | Civil Action No. 15-C-152 | Circuit Court of Mingo County, West Virginia | WV | Mike J. Thompson | 3/13/2017 | Discovery Deposition | Plaintiff | Eric T. Frye, Esq. | Dan R. Snuffer, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earning Capacity; Present Value of Lost Household Services) |
| Palmer, Douglas | Douglas A. Palmer v. Novo Nordisk Inc., et al. | Civil Action No. 16-C-324 | Circuit Court of Kanawha County, West Virginia | WV | King | 4/13/2017 | Evidentiary Video Deposition | Defense | Terry D. Johnson, Esq. | Mark Atkinson, Esq. | Vocational Evaluation (Post-Termination Earning Capacity); Economic Damages (Present Value of Earning Capacity) |
| Hudson, William | Phyllis Hudson, as Executrix of the Estate of William Hudson, Deceased, Plaintff, v. Charleston Area Medical Center, A West Virginia corporation, Steven D. Hollosi, D.O., and Tamejiro "Tom" Takubo, Jr., D.O., Defendants | Civil Action No. 16-C-66 | Circuit Court of Kanawha County, West Virginia | WV | Tod Kaufman | 4/25/2017 | Discovery Deposition | Plaintiff | Richard Jones, Esq.; Joseph Amos, Esq. | Johnson W. Gabhart, Esq. | Economic Damages (Present Value of Lost Social Security Retirement Benefits; Present Value of Lost Household Services) |
| Neace, Kenneth | Stella Mullins, as the Personal Representative of the Estate of Ruthie E. Mullins, Her Daughter, Plaintiff, v. Earsel Hensley, Norfolk Southern Train Engineer, and Norfolk Southern Railway Company, His Employer, Defendants, v. Randy McNeely and Ruby Mullins, as the Personal Representative of the Estate of Kenneth Neace, Third-Part Defendants. | Civil Action No. 1:16-cv-01647 | United States District Court for the Southern District of West Virginia at Bluefield | WV | David A. Faber | 5/2/2017 | Discovery Deposition | Plaintiff | T. Matthew Lockhart, Esq.; J.H. Mahaney, Esq. | Bernard Layne, Esq. | Economic Damages (Present Value of Lost Earning Capacity) |
| Lang, Joseph | Joseph J. Lang, Jr., Plaintiff, vs. Eagle Systems, Inc., et al., Defendants | Case No. 16CV88273 | Court of Common Pleas of Warren County, Ohio | OH |  | 5/19/2017 | Discovery Deposition | Plaintiff | Jeff Jurca, Esq.; Beth Lashuk, Esq. | Richard Glazer, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earning Capacity) |

| Case Name | Case Name | Docket | Court | State | Judge | Date | Testimony | P / D | Defense | Plaintiff | Nature of Testimony |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Linville, Zachary | Zachary Linville and Alice Linville, Plaintiffs, v. Dominion Transmission, Inc. and Otis Eastern Services, Inc., Defendants | 15-C-78-3 | Circuit Court of Harrison County, West Virginia | WV | | 6/9/2017 | Discovery Deposition | Plaintiff | | James Fox, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earning Capacity) |
| Thomas, Joy | | | United States District Court for the Western District of Virginia at Charlottesville | VA | | 6/21/2017 | Trial Testimony | Plaintiff | | Guy R. Bucci, Esq. | Economic Damages (Present Value of Lost Earning Capacity and Present Value of Lost Household Services) |
| Figaniak, Kevin | Thomas G. Figaniak and Valerie A. Figaniak, as administrators of the Estate of Kevin Figaniak, Plaintiffs, v. Fraternal Order of Owl's home Nest, Loyal Order of Owls Nest Lodge 2558, et al. | Civil Action No. 5:15-CV-00111 | United States District Court for the Northern District of West Virginia at Wheeling | WV | Frederick P. Stamp, Jr. | 7/27/2017 | Trial Testimony | Plaintiff | | Guy R. Bucci, Esq. | Economic Damages (Present Value of Lost Earning Capacity) |
| Patton, Amber | | | United States District Court for the Western District of Virginia at Charlottesville | VA | | 8/18/2017 | Discovery Deposition | Plaintiff | | Devon Munro, Esq. | Vocational Evaluation (Post-Termination Earning Capacity); Economic Damages (Present Value of Lost Earning Capacity) |
| Shingleton, Charles | Charles Shingleton and Julie Shingleton, Plaintiffs, v. West Virginia State Police | Civil Action No.: 16-C-8 | Circuit Court of Pleasants County, West Virginia | WV | Sweeney | 9/14/2017 | Discovery Deposition | Plaintiff | Gary Pullin, Esq. | Jon Butler, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earning Capacity and Present Value of Lost Household Services) |
| Shingleton, Julie | Charles Shingleton and Julie Shingleton, Plaintiffs, v. West Virginia State Police | Civil Action No.: 16-C-8 | Circuit Court of Pleasants County, West Virginia | WV | Sweeney | 9/14/2017 | Discovery Deposition | Plaintiff | Gary Pullin, Esq. | Jon Butler, Esq. | |
| Palmer, Douglas | Douglas A. Palmer, Plaintiff, v. Novo Nordisk, Inc., et al. Defendants | Civil Action No.: 16-C-324 | Circuit Court of Kanawha County, West Virginia | WV | Charles King | 10/5/2017 | Discovery Deposition | Defense | Terry D. Johnson, Esq. | Michael A. Olivio, Esq. | |
| Farley, Jill | Jill Farley, Plaintiff, v. Cabell County Board of Education, Defendant. | Civil Action No.: 3:16-cv-00186 | United States District Court for the Southern District of West Virginia at Huntington | WV | Chambers | 11/1/2017 | Discovery Deposition | Plaintiff | L.R. Sammons, Esq. | John A. Proctor, Esq.; Jason Goad, Esq. | Vocational Evaluation (Post-Termination Earning Capacity); Economic Damages (Present Value of Lost Earning Capacity) |
| Ingersoll, Aubreanna | Ashley Blankenship, Administratrix of the Estate of Aubree Ingersoll, a deceased infant, Plaintiff, v. NECCO, LLC, a successor-in-interest to NECCO, Inc. and doing business as NECCO and NECCO & Associates, Defendant | Civil Action No.: 2:16-CV-12082 | United States District Court for the Southern District of West Virginia at Huntington | WV | Copenhaver | 11/7/2017 | Discovery Deposition | Plaintiff | Wesley Page, Esq. | Clayton Maddox, Esq. and Larry Bailey, Esq. | Economic Damages (Present Value of Lost Earning Capacity) |
| Kennedy, Glenna | Betty J. Almond and Theodore H. Almond, et al., Plaintiffs, v. Pfizer Inc., Defendant | Civil Action NO. 13-C-159 | Circuit Court of McDowell County, West Virginia | WV | Rudolph J. Murensky | 1/4/2018 | Discovery Deposition | Plaintiff | Michael J. Farrell, Esq.; Erik W. Legg, Esq. | Christiaan A. Marcum, Esq.; Aaron Dias, Esq. | Economic Damages (Present Value of Future Medical Care Costs) |
| Brown, Polly | Polly Ann Brown, Plaintiff vs. Indian River Marina, Inc., Defendant | Civil Action No. 15953 | Circuit Court for Campbell County, Tennessee | TN | | 1/29/2018 | Discovery Deposition | Defense | Ray Bratton, Esq. | Thomas S. Scott, Jr., Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |

| Case Name | Case Name | Docket | Court | State | Judge | Date | Testimony | P / D | Defense | Plaintiff | Nature of Testimony |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taylor, Donald | Donald Taylor, and Jessica Taylor, Plaintiffs, v. Arch Coal, Inc., and ICG Tygart Valley, LLC, Defendants | Civil Action No: 2:15-cv-00004-JPB | United States District Court for the Northern District of West Virginia at Elkins | WV |  | 2/19/2018 - 3/1/2018 | Discovery Deposition | Plaintiff | Seth P. Hayes, Esq. | James R. Fox, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Lost Household Services) |
| Merced, Jorge | Jorge Merced, Plaintiff, v. Barr-Nunn Transportation, Inc., et al., Defendants | Case No. 16CV88808 | Court of Common Pleas of Warren County, Ohio | OH | Tepe | 3/5/2018 | Discovery Deposition | Defense | Jeffrey J. Jerca, Esq. | Craig L. Farrish, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Crum, Brandon | Brandon Crum and Denise Crum, Plaintiffs, vs. Coal-Mac LLC and Arch Coal, Inc., Defendants | Civil Action No. 2:17-CV-01931 | United States District Court for the Southern District of West Virginia at Charleston | WV | John T. Copenhaver Jr. | 3/7/2018 | Discovery Deposition | Plaintiff | Jonathan R. Ellis, Esq. | Karen Hatfield, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Lost Household Services) |
| Pulver, Barbara | Barbara A. Pulver, Plaintiff, v. American Electric Power Company, Inc., et al., Defendants | Civil Action No.: 15-C-39 | Circuit Court of Mason County, West Virginia | WV | Tatterson | 3/8/2018 | Discovery Deposition | Defense | Todd Powers, Esq.; Megan Sullivan, Esq. | Frederick B. Goldsmith, Esq.; E. Richard Ogrodowski, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Wilson, Richard | Richard Wilson and Sandra Wilson, his wife, Plaintiffs, v. Central Environmental Services, LLC, a West Virginia corporation, Defendant | Civil Action NO. 16-C-36 | Circuit Court of Wetzel County, West Virginia | WV | Jeffrey Cramer | 5/10/2018 | Discovery Deposition | Plaintiff | Daniel T. LeMasters, Esq. | Kris Cormany, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Lost Household Services) |
| Graves, Justin | Justin Michael Graves v. Jones | Civil Action No. 16-CI-2334 | Circuit Court (Division 4) of Fayette County, Kentucky | KY | John Reynolds | 5/23/2018 | Discovery Deposition | Plaintiff |  | William R. Garmer, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Workman, James | James M. Workman, Plaintiff, v. Appalachian Power Co., et al., Defendants | Civil Action No.: 17-C-041 | Circuit Court of Wayne County, West Virginia | WV |  | 8/7/2018 | Trial Testimony | Plaintiff | Ancil Ramey, Esq. | Todd R. Meadows, Esq.; Brian Yost, Esq. | Economic Damages (Present Value of Lost Earnings) |
| Hunter, Jamie | Jamie Hunter, Plaintiff, v. Appalachian Power Co., et al., Defendants | Civil Action No.: 17-C-042 | Circuit Court of Wayne County, West Virginia | WV |  | 8/7/2018 | Trial Testimony | Plaintiff | Ancil Ramey, Esq. | Todd R. Meadows, Esq.; Brian Yost, Esq. | Economic Damages (Present Value of Lost Earnings) |
| Ousley, Jonathan |  |  | Circuit Court of Floyd County, Kentucky | KY |  | 9/5/2018 | Discovery Deposition | Plaintiff |  | Glenn M. Hammond, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Armistead, Pendleton | Lewis Pendleton Armistead, Plaintiff v. EMCARE, Inc., et al. | Case no. CL16-921 | Circuit Court of Montgomery County, Virginia | VA |  | 9/6/2018 | Discovery Deposition | Plaintiff | Walter H. Peake, Esq.; Matthew E. Kelley, Esq. | Devon Munro, Esq. | Economic Damages (Present Value of Lost Earnings) |
| Vanhook, Nancy | Nancy Vanhook, et al., Plaintiffs, v. Lee McGinnins; Blazin Wings, Inc., Kentucky Farm Bureau Mutual Insurance Company; and Buffalo Wild Wings, Inc., Defendants | Civil Action No.: 16-CI-00104 | Circuit Court of Lincoln County, Kentucky | KY |  | 10/3/2018 | Discovery Deposition | Defense | Dan J. Gendreau, Esq. | Brooks Stumbo, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Haynes, Brenda | Brenda Haynes, Plaintiff v. Erin Strcula, PA-C, Seyed A. Ghodsi, M.D., and PARS Neurosurgical Associates, Inc., Defendants | Civil Action No.: 16-C-518 & 17-C-299 | Circuit Court of Wood County, West Virginia | WV | Jason Wharton | 11/1/2018 | Discovery Deposition | Plaintiff | Edward C. Martin, Esq.; Tamela J. White, Esq. | Jane E. Peak, Esq. | Economic Damages (Present Value of Lost Earnings) |

| Case Name | Case Name | Docket | Court | State | Judge | Date | Testimony | P / D | Defense | Plaintiff | Nature of Testimony |
|---|---|---|---|---|---|---|---|---|---|---|---|
| York, Timothy | Timothy J. York, D.O., Plaintiff v. Health Care Alliance, Inc.; Kelly Medical Services, LLC; Welch Community Hospital, Inc.; and Michael Anthony Kelly, M.D., Defendants | Civil Action No.: 15-C-115 | Circuit Court of McDowell County, West Virginia | WV | Booker Stephens | 11/2/2018 | Discovery Deposition | Plaintiff | Jace H. Goins, Esq.; J. Robert Russell, Esq. | Stephen P. New, Esq. | Economic Damages (Present Value of Lost Earnings; Present Value of Medical Student Loan Repayment) |
| Day, Geneva Jessica | Geneva Jessica Day v. Beaver Hollow L.P., Olympia Construction, Inc., and S.B.M.C., Inc., Defendants | Civil Action No.: 34728 | Circuit Court of Washington County, Tennessee | TN | Jean Stanley | 11/7/2018 | Discovery Deposition | Defense | Kenneth W. Ward, Esq. | Tony Seaton, Esq. | Economic Damages (Present Value of Lost Earnings) |
| Graham, Matthew | Matthew John Graham, Plaintiff, v. Norfolk Southern Railway Company, Defendant | Civil Action No.: 17-C-95 | Circuit Court of Mingo County, West Virginia | WV |  | 11/9/2018 | Discovery Deposition | Plaintiff | J.H. Mahaney, Esq.; T. Matthew Lockhart, Esq. | Bert Ketchum, Esq.; John D. Steel, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Day, Geneva Jessica | Geneva Jessica Day v. Beaver Hollow L.P., Olympia Construction, Inc., and S.B.M.C., Inc., Defendants | Civil Action No.: 34728 | Circuit Court of Washington County, Tennessee | TN | Jean Stanley | 11/16/2018 | Trial Testimony | Defense | Kenneth W. Ward, Esq. | Tony Seaton, Esq. | Economic Damages (Present Value of Lost Earnings) |
| Winikur, Laura | Lawrence Jay Winikur, M.D. v. Melinda Elizabeth Winikur, P.A. | Civil Action No.: | Circuit Court of Henry County, Virginia | VA |  | 11/30/2018 | Trial Testimony | Defense | Ward Armstrong, Esq. |  | Vocational Evaluation (Labot Market Survey) |
| Hamon, Kevin | Kevin Hamon, Plaintiff, v. John L. Morris, M.D., and AAWV-MGH, LLC, Defendants | Civil Action No. 17-C-130 | Circuit Court of Monongalia County, West Virginia | WV | Susan B. Tucker | 1/17/2019 | Discovery Deposition | Plaintiff | David L. Shuman, Esq.; Caleb B. David, Esq. | William S. Adams, Esq. | Economic Damages (Present Value of Lost Earnings; Present Value of Future Medical Care Costs) |
| Nouanesengsy, Lisa | Lisa Nouanesengsy, et al., Plaintiffs, vs. Columbia Gas of Ohio, Inc., et al, Defendants | Case No. 16-CV-007148 | Court of Common Pleas of Franklin County, Ohio | OH | French | 1/18/2019 | Discovery Deposition | Defense | Peter Georgiton, Esq.; Alicia M. Stefanski, Esq. | David Shroyer, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Future Medical Care Costs) |
| York, Timothy | Timothy J. York, D.O., Plaintiff v. Health Care Alliance, Inc.; Kelly Medical Services, LLC; Welch Community Hospital, Inc.; and Michael Anthony Kelly, M.D., Defendants | Civil Action No.: 15-C-115 | Circuit Court of McDowell County, West Virginia | WV | Booker Stephens | 1/29/2019 | Trial Testimony | Plaintiff | Jace H. Goins, Esq.; J. Robert Russell, Esq. | Stephen P. New, Esq. | Economic Damages (Present Value of Lost Earnings; Present Value of Medical Student Loan Repayment) |
| Cullen, Brittany |  | Case No. 16-CV-007148 | Circuit Court of Kanawha County, West Virginia | WV | Kaufman | 1/30/2019 | Trial Testimony | Plaintiff | David Mohler, Esq. | Steven S. Wolfe, Esq.; Christopher White, Esq. | Economic Damages (Present Value of Lost Household Services; Present Value of Future Medical Care Costs) |
| McClung, Warren | Warren Lynn McClung, Jr., Samantha Ann McClung, David Eugene Adkins, and Elizabeth Lynn Hope Adkins, Plaintiffs, v. Jeffrey Allen Woody, Arch coal, Inc., and Mingo Logan Coal LLC, Defendants | Civil Action No.: 18-C-35 | Circuit Court of Logan County, West Virginia | WV | Joshua Butcher | 2/13/2019 | Discovery Deposition | Plaintiff | Matthew Perry, Esq. | Jeffrey Simpkins, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Lost Household Services) |

| Case Name | Case Name | Docket | Court | State | Judge | Date | Testimony | P / D | Defense | Plaintiff | Nature of Testimony |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morrissey, Amelia | Amelia Morrissey, a disabled person, by and through her Guardian and natural mother, Lisa Morrissey, et al. v. Vinay Puri, M.D.; University of Pediatric Neurologists, PSC; University Neurologists,, PSC; Louisville Neurology Associates, PSC; Mark Brockman, M.D.; Larson, Brough & Brockman, PSC; and Community Medical Associates, Inc., d/b/a Norton Healthcare, Inc. | Case No. 13-CI-04828 | Jefferson (Kentucky) Circuity Court Division 2 | KY | Annie O'Connell | 3/15/2019 | Discovery Deposition | Plaintiff | Elizabeth A. Beal, Esq.; Matthew A. Piekarski, Esq. | Gregory M. Utter, Esq.; Drew M. Hicks, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Future Medical Care Costs) |
| Graham, Matthew | Matthew John Graham, Plaintiff, v. Norfolk Southern Railway Company, Defendant | Civil Action No.: 17-C-95 | Circuit Court of Mingo County, West Virginia | WV | Darrell Pratt | 3/27/2019 | Trial | Plaintiff | J.H. Mahaney, Esq.; T. Matthew Lockhart, Esq. | Bert Ketchum, Esq.; John D. Steel, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Morris, Blair | Charney Jefferson and Brandon Morris, Parents and Next Friends of Blair Joei Morris, Infant, et al., Plaintiffs v. Louis Kokkinakos, M.D., et al., Defendants | Case No.: 13-C-17-113670 MM | Circuit Court of Howard County, Maryland | MD | | 4/1/2019 | Discovery Deposition | Defense | Shannon M. Madden, Esq.; Hillary Cleckler, Esq. | James D. Cardea, Esq. | Vocational Evaluation (Post-Injury Earning Capacity) |
| Graves, Justin | Justin Michael Graves v. Jones | Civil Action No. 16-CI-2334 | Circuit Court (Division 4) of Fayette County, Kentucky | KY | John Reynolds | 4/22/2019 | Trial Testimony | Plaintiff | | William R. Garmer, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Keith, Tammy | Tammy I. Keith, Plaintiff v. Susan L. Mountcastle, Defendant | Case No. CL15-133 | City of Salem (Virginia) Circuit Court | VA | | 4/25/2019 | Trial Testimony | Plaintiff | Mark Cathey, Esq. | Devon Munro, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Lost Household Services) |
| Gregory, Dickie | Mary Alice Gregory, as the Executrix of the Estate of Dickie Tyler Gregory, deceased, et al. v. Lexington Center Corporation | No. 14-CI-03891 | Fayette County Circuit Court | KY | Reynolds | 5/29/2019 | Deposition | Defense | Tucker Willis, Esq. | Joseph C. Klausing, Esquire | Economic Damages (Present Value of Lost Earnings; Present Value of Lost Household Services) |
| Leonard, Joseph | Joseph Leonard, Plaintiff v. CSX Transportation, Inc. et. Al. | Case No.24-C-18-005519 | Circuit Court for Baltimore City | MD | | 5/31/2019 | Discovery Deposition | Plaintiff | | Devon Munro, Esq.; Richard Cranwell, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Lost Household Services) |
| Davis, Roy | Roy M. Davis, Jr. and Carol Davis, Plaintiffs, v. Litwar Processing Company, LLC; McDowell-Wyoming Coal Co., LLC; Alpha Natural Resources, LLC; and Alpha Natural Resources, Inc. | Civil Action No. 12-C-216-M | Circuit Court of McDowell County | WV | Rudolph J. Murensky II | 6/20/2019 | Discovery Deposition | Plaintiff | Jonathan I. Anderson, Esq. | Kelly Elswick-Hall, Esq.; Marvin Masters, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Lost Household Services) |

| Case Name | Case Name | Docket | Court | State | Judge | Date | Testimony | P / D | Defense | Plaintiff | Nature of Testimony |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hose, Doug | Doug Hose, Plantiff, vs. Pilgrim's Pride Corporation of West Virginia, Inc. and Lynn A. "Bucky" Rexrode, Defentants | Civil Action No. 18-C-5 | Circuit Court of Hardy County | WV | C. Carter Williams | 6/24/2019 | Discovery Deposition | Plaintiff | Lauren R. Darden, Esq.; Nathan Walters, Esq. | Mark Grigoraci, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Meyers, Sandra | Sandra Meyers, Plantiff, vs. Pilgrim's Pride Corporation of West Virginia, Inc. and Lynn A. "Bucky" Rexrode, Defentants | Civil Action No. 18-C-6 | Circuit Court of Hardy County | WV | C. Carter Williams | 6/24/2019 | Discovery Deposition | Plaintiff | Lauren R. Darden, Esq.; Nathan Walters, Esq. | Mark Grigoraci, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Triesler, Chad | James Richard Triesler, Jr., duly appointed Personal Representative of the Estate of Chad Edward Triesler, Plantiff, v. Sarah A. Quaglio, Mary C. Quaglio, Dirty Dawg Saloon, LLC and Mason Springs, LLC, Defantants | Civil Action No. 15-C-322 | Circuit Court of Berkeley County | WV | Laura Faircloth | 6/28/2019 | Trial | Defense | Gregory E. Kennedy, Esq.; Rebecca L. Dannenberg, Esq. | Mark Jenkinson, Esq.; Ronald M. Harman, Esq. | Economic Damages (Present Value of Lost Household Services; Present Value of Lost Household Services) |
| Shinn, Adam | Deborah S. Shinn, Administrator of the Estate of Adam M. Shinn, Deceased, Plaintiffs, v. Paul R. Cerilli, et. al. | Case No. CC2018-0264 | Court of Common Pleas of Muskingum County | OH | Cottrill | 7/24/2019 | Discovery Deposition | Plaintiff | Mary McWilliams Dengler, Esq. | Robert B. Graziano, Esq.; Steven Baldwin, Esq. | Economic Damages (Present Value of Lost Earnings) |
| Claiborne, Tahj | David J. Taylor, Administrator of the Estate of Walter Taylor, deceased, Le'Tia M. Taylor, Administratrix of the Estate of Tahj Claiborne, deceased, Anthonth D. Badger, Administrator of the Estate of Devon Easton-Badger, deceased, Ryan Cline, and Wallace Worrell, III deceased, and Nathanial Williams, Plaintiffs, v. Margaret Ann Easton, Administratrix of the Estate of Vivien M. Easton, deceased; West Virginia Paving, Inc., a West Virginia corporation; Green Acres Contracting Company, Inc., a Pennsylvania corporation; PDK Construction, Inc.; an Ohio corporation; and John Does 5 through 12 | Consolidated at Civil Action No. 15-C-1024 | Circuit Court of Kanawha County | WV | Webster | 8/12/2019 | Discovery Deposition | Plaintiff | Bradley Shafer, Esq.; Nicholas Stuckell, Esq.; Steven Nord, Esq. | John Gabhart, Esq. | Economic Damages (Present Value of Lost Earnings) |
| Cline, Ryan | David J. Taylor, Administrator of the Estate of Walter Taylor, deceased, Le'Tia M. Taylor, Administratrix of the Estate of Tahj Claiborne, deceased, Anthonth D. Badger, Administrator of the Estate of Devon Easton-Badger, deceased, Ryan Cline, and Wallace Worrell, III deceased, and Nathanial Williams, Plaintiffs, v. Margaret Ann Easton, Administratrix of the Estate of Vivien M. Easton, deceased; West Virginia Paving, Inc., a West Virginia corporation; Green Acres Contracting Company, Inc., a Pennsylvania corporation; PDK Construction, Inc.; an Ohio corporation; and John Does 5 through 12 | Consolidated at Civil Action No. 15-C-1024 | Circuit Court of Kanawha County | WV | Webster | 8/12/2019 | Discovery Deposition | Plaintiff | Bradley Shafer, Esq.; Nicholas Stuckell, Esq.; Steven Nord, Esq. | John Gabhart, Esq. | Economic Damages (Present Value of Future Medical Care Costs) |

| Case Name | Case Name | Docket | Court | State | Judge | Date | Testimony | P / D | Defense | Plaintiff | Nature of Testimony |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Worrell, Wallace, III | David J. Taylor, Administrator of the Estate of Walter Taylor, deceased, Le'Tia M. Taylor, Administratrix of the Estate of Tahj Claiborne, deceased, Anthonth D. Badger, Administrator of the Estate of Devon Easton-Badger, deceased, Ryan Cline, and Wallace Worrell, III deceased, and Nathanial Williams, Plaintiffs, v. Margaret Ann Easton, Administratrix of the Estate of Vivien M. Easton, deceased; West Virginia Paving, Inc., a West Virginia corporation; Green Acres Contracting Company, Inc., a Pennsylvania corporation; PDK Construction, Inc.; an Ohio corporation; and John Does 5 through 12 | Consolidated at Civil Action No. 15-C-1024 | Circuit Court of Kanawha County | WV | Webster | 8/12/2019 | Discovery Deposition | Plaintiff | Bradley Shafer, Esq.; Nicholas Stuckell, Esq.; Steven Nord, Esq. | John Gabhart, Esq. | Economic Damages (Present Value of Lost Earnings) |
| Easton-Badger, Devon | David J. Taylor, Administrator of the Estate of Walter Taylor, deceased, Le'Tia M. Taylor, Administratrix of the Estate of Tahj Claiborne, deceased, Anthonth D. Badger, Administrator of the Estate of Devon Easton-Badger, deceased, Ryan Cline, and Wallace Worrell, III deceased, and Nathanial Williams, Plaintiffs, v. Margaret Ann Easton, Administratrix of the Estate of Vivien M. Easton, deceased; West Virginia Paving, Inc., a West Virginia corporation; Green Acres Contracting Company, Inc., a Pennsylvania corporation; PDK Construction, Inc.; an Ohio corporation; and John Does 5 through 12 | Consolidated at Civil Action No. 15-C-1024 | Circuit Court of Kanawha County | WV | Webster | 8/12/2019 | Discovery Deposition | Plaintiff | Bradley Shafer, Esq.; Nicholas Stuckell, Esq.; Steven Nord, Esq. | John Gabhart, Esq. | Economic Damages (Present Value of Lost Earnings) |
| Williams, Nathanial | David J. Taylor, Administrator of the Estate of Walter Taylor, deceased, Le'Tia M. Taylor, Administratrix of the Estate of Tahj Claiborne, deceased, Anthonth D. Badger, Administrator of the Estate of Devon Easton-Badger, deceased, Ryan Cline, and Wallace Worrell, III deceased, and Nathanial Williams, Plaintiffs, v. Margaret Ann Easton, Administratrix of the Estate of Vivien M. Easton, deceased; West Virginia Paving, Inc., a West Virginia corporation; Green Acres Contracting Company, Inc., a Pennsylvania corporation; PDK Construction, Inc.; an Ohio corporation; and John Does 5 through 12 | Consolidated at Civil Action No. 15-C-1024 | Circuit Court of Kanawha County | WV | Webster | 8/12/2019 | Discovery Deposition | Plaintiff | Bradley Shafer, Esq.; Nicholas Stuckell, Esq.; Steven Nord, Esq. | John Gabhart, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Copeland, Robert | Robert Copeland, Planitiff, v. ICG Tygart Valley, LLC, d/b/a ACI Tygart Valley, wholly owned subsidiary of Arch Coal, Inc., Defendant | Civil Action No.: 1:18-CV-148 | United State District Court for the Northern District of West Virginia | WV | Keeley | 8/14/2019 | Discovery Deposition | Plaintiff | Nathaniel Griffith, Esq. | Ryan J. Flanigan, Esq. | Economic Damages (Present Value of Lost Earnings; Present Value of Future Medical Care Costs) |
| Studaker, Deborah | Deborah Studaker and Travis Studaker, Plaintiffs, v. XPO Logistics Freight, Inc., f/k/a Con-Way Freight, Inc., a Delaware corporation, and Thomas Rowland, a West Virginia citizen | Civil Action No.: 17-C-1160 | Circuit Court of Kanawha County | WV | Tabit | 8/23/2019 | Discovery Deposition | Plaintiff | Arie Spitz, Esq.; Elizabeth Schindzielorz | Timothy Bailey, Esq.; J. Ryan Stewart, Esq. | Vocational Evlauation( Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Future Medical Care Costs) |
| Studaker, Deborah | Deborah Studaker and Travis Studaker, Plaintiffs, v. XPO Logistics Freight, Inc., f/k/a Con-Way Freight, Inc., a Delaware corporation, and Thomas Rowland, a West Virginia citizen | Civil Action No.: 17-C-1160 | Circuit Court of Kanawha County | WV | Tabit | 9/25/2019 | Trial Testimony | Plaintiff | Arie Spitz, Esq.; Elizabeth Schindzielorz | Timothy Bailey, Esq.; J. Ryan Stewart, Esq. | Vocational Evlauation( Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Future Medical Care Costs) |

| Case Name | Case Name | Docket | Court | State | Judge | Date | Testimony | P / D | Defense | Plaintiff | Nature of Testimony |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Erskine, Patricia | The Estate of Patricia Erskine by Robert Erskine ad Administrator of Estate, Husband, and Widower, and Robert Erskine, an individual, Claimant, v. West Virginia Department of Transportation, Division of Highways, Respondent | Claim No. CC-17-0082 | West Virginia Legislative Claims Commission | WV | | 9/27/2019 | Discovery Deposition | Plaintiff | Stacy A. Jacques, Esq. | Abraham J. Saad, Esq. | Economic Damages (Present Value of Lost Earnings; Present Value of Lost Household Services) |
| Cobb, Melanie | Melanie C. Cobb, Plaintiff, v. Direct Transport, Inc. and David Allen Catlett, Defendants | Civil Action No. 18-C-1 | Circuit Court of Clay County | WV | Alsop | 10/11/2019 | Discovery Deposition | Plaintiff | Katie M. DeCoster, Esq. | Shawn Romano, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Schlueter, Bobby | Bobby Schlueter, Plaintiff, v. Ingram Barge Company, Defendant | No. 3:16-cv-02079 | United States District Court for the Middle District of Tennessee, Nashville Division | TN | Trauger | 12/13/2019 | Trial | Defense | G. Ray Bratton, Esq. | Mark Ledbetter, Esq. | Vocational Evaluation (Post-Injury Earning Capacity) |
| Collins, Sharon | Jack Collins, Administrator of the Estate of Sharon Lynn Collins, Plaintiff, v. Charleston Area Medical Center, Inc.; and James P. Tierney, D.O.; Defendants | No. 18-C-1126 | Circuit Court of Kanawha County, West Virginia | WV | | 1/8/2020 | Discovery Deposition | Plaintiff | | Ben Salango, Esq. | Economic Damages (Present Value of Lost Earnings; Present Value of Lost Household Services) |
| Erskine, Patricia | The Estate of Patricia Erskine by Robert Erskine ad Administrator of Estate, Husband, and Widower, and Robert Erskine, an individual, Claimant, v. West Virginia Department of Transportation, Division of Highways, Respondent | Claim No. CC-17-0082 | West Virginia Legislative Claims Commission | WV | | 1/17/2020 | Trial | Plaintiff | Stacy A. Jacques, Esq. | Abraham J. Saad, Esq. | Economic Damages (Present Value of Lost Earnings; Present Value of Lost Household Services) |
| Williams, Ronnie | Ronnie J. Williams, Jr., and Jessica R. Williams, Plaintiffs, v. The Jim C. Hamer Company, Defendant | No. CC-51-2018-C-21 | Circuit Court of Webster County, West Virginia | WV | Alsop | 1/27/2020 | Discovery Deposition | Defense | Christopher Negley, Esq.; Dominick Pellegrin, Esq | William M. Tiano, Esq. | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings; Present Value of Future Medical Care Costs) |
| Straley, Daryn | Katherine Lapp Straley, Executrix of the Estate of Daryn Richard Straley, deceased, Plaintiff, vs. B&L Transport, Inc., and Richard L. Musselman, Defendants | Case No: 17-C-121 | Circuit Court of Jackson County, West Virginia | WV | Dyer | 2/26/2020 | Discovery Deposition | Plaintiff | Paul R. Robinson, Esq. | Patrick E. McFarland, Esq.; Jaime Jackson, Esq. | Economic Damages (Present Value of Lost Earnings) |
| Blount, Vulenzo | Vulenzo L. Blount, Jr. v. Stanley Engineering Fastening, A Stanley Black & Decker Co. | Civil Action No.: 5:19-CV-00109-JRW-LLK | United States Disrtict Court for the Western Districk of Kentucky, Paducah Division | KY | Walker | 5/14/2020 | Discovery Deposition | Plaintiff | Richard G. Griffith, Esq.; Allison C. Cooke, Esq. | Nancy Oliver Roberts, Esq. | Vocational Evaluation (Post-Termination Earning Capacity); Economic Damages (Present Value of Lost Earnings) |
| Hassie, Barbara | Barbara Hassie, Plaintiff, v. Marshall University Board of Governors; Cabell Huntington Hospital, Inc., University Physicians and Surgeons, Inc. d/b/a Marshall Orthopaedics, and Felix H. Cheung, M.D., Defendants | Civil Action No.: 18-C-646 | Circuit Court of Cabell County, West Virginia | WV | Chiles | 7/28/2020 | Discovery Deposition | Plaintiff | D.C. Offutt, Esq.; Rebecca C. Brown, Esq. | Guy R. Bucci, Esq.; Raj A. Shah, Esq | Vocational Evaluation (Post-Injury Earning Capacity); Economic Damages (Present Value of Lost Earnings, Present Value of Future Medical Care Costs) |

**George Barrett: Prior Expert Testimonies**