# EXHIBIT 2-f to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

Errata Sheet for the 08.03.3030 Expert Report of George Barrett
Revisions to "Barrett Appx M--Final Economic Calculations HUNTINGT
Revisions below are reflected in red-highlighted cells, rows, and tabs

| Revision Category | Tab Name |
|---|---|
| #1: Housing Costs | Housing |
| | Transitional Housing |
| | Permanent Supportive Housing |
| | 3B Criminal Justice |
| | 4D Homeless and Housing |
| #2: Psychosocial Services Costs | Psychosocial Mothers |
| | 4A Pregnant Women Mothers Infants |
| #3: Early Intervention Costs | 4A Infants |

| | |
|---|---|
| #3: Early Intervention Costs | 4A Infants |
| #4: Foster Care Family Court Costs | Foster Care Family Court |
| | 4C Families and Children Court |
| #5: Summary Table | Summary $s |

TON ABATEMENT August 3 2020--confidential"
of "Barrett Appx M Final Economic Calculations HUNTINGTON ABATEMENT--August 26 Revision-

| Affected Cell(s) or Row(s) | Previously Read | Should Read |
|---|---|---|
| B41, B42, C40, D41, B46, C46, C47 | see Appendix M to August 3, 2020 report | see August 26, 2020 Appendix M Errata |
| All figures in rows 43-44, 50-51, and 55, except cells D50 and D51 | | |
| C3 | $2,844.86 | $2,377.31 |
| C3 | $1,678.29 | $1,362.15 |
| All figures in row 27, "Cost per person for transitional housing" | see Appendix M to August 3, 2020 report | see August 26, 2020 Appendix M Errata |
| All figures in row 31, "Total Estimated Cost" | | |
| All figures in row 7, "Cost per permanent supportive housing per person" | | |
| All figures in row 11, "Total Estimated Cost" | | |
| B5 | $10,866.00 | $11,670.00 |
| B27 | $2,130.00 | $2,934.00 |
| All figures in row 16, "Prenatal psychosocial services cost per woman" | see Appendix M to August 3, 2020 report | see August 26, 2020 Appendix M Errata |
| All figures in row 20, "Total Estimated Cost" | | |
| All figures in row 25, "Postpartum psychosocial services cost per woman" | | |
| All figures in row 29, "Total Estimated Cost" | | |
| All figures in row 15, "Total number of children eligible for early intervention (0-5 years old)" | see Appendix M to | see August 26, 2020 |

| | | |
|---|---|---|
| All figures in row 20, "Total Estimated Cost" | August 3, 2020 report | Appendix M Errata |
| Entire tab | not included in Appendix M to August 3, 2020 report | see August 26, 2020 Appendix M Errata |
| Entire tab | | |
| All figures in row 73, "3B3. Transitional Housing for Newly Released" | see Appendix M to August 3, 2020 report | see August 26, 2020 Appendix M Errata |
| All figures in row 82, "4A2a. Prenatal Psychosocial Services" | | |
| All figures in row 83, "4A2b. Postpartum Psychosocial Services" | | |
| All figures in row 86, "4A4b. Early Interventions for Infants Exposed to Opioids in Utero (0-5 Years Old)" | | |
| All figures in row 97, "4C2d. Support for Children in Foster Care (Family Drug Courts)" | not included in Appendix M to August 3, 2020 report | |
| All figures in row 102, "4D1. Permanent Supportive Housing" | see Appendix M to August 3, 2020 report | |
| All figures in row 106, "Total" | | |

--confidential"

| Explanation |
|---|
| Comment 1: Spellman article provided two cost figures, high and low. The calculation formula previously summed the high and low figures without dividing by two. The revised calculations divide by two to create an average. Also, for cell C47, prior version included "482" in calculation but should have stated "4482." |
| Revised calculations based on revised figures described in Comment 1. |
| Comment 2: Revised figure copied over from "Housing" tab. Revised figure then affects all subsequent calculations in this tab: cell C4, cells B9 through B29, and cells D9 through D28. |
| See Comment 2 |
| Revised calculations copied over from "Transitional Housing" tab. |
| Revised calculations based on revised figures in row 27 of same tab. |
| Revised calculations copied over from "Permanent Supportive Housing" tab. |
| Revised calculations based on revised figures in row 7 of same tab. |
| Correction to conform to report of Nancy K. Young, Ph.D., page 8, table 1, and Errata Sheet for report of Nancy K. Young, Ph.D. Revised figure then affects all subsequent calculations in this tab: cells B6 through B20 and cells D5 through D19. |
| Correction to conform to report of Nancy K. Young, Ph.D., page 8, Table 1. Revised figure then affects all subsequent calculations in this tab: cells B28 through B42 and cells D27 through D41. |
| Revised calculations copied over from "Psychosocial" tab. |
| Revised calculations based on revised figures in row 16 of same tab. |
| Revised calculations copied over from "Psychosocial" tab. |
| Revised calculations based on revised figures in row 25 of same tab. |
| Copied over from updated figures in "Alexander Appendix D--Redress Model FINAL--Erratum," tab 4A row 21, which in turn reflects change to tab 4A cell C38. |

| |
|---|
| Revised calculations based on revised figures in row 15 of same tab. |
| Added from report of Nancy K. Young, Ph.D., using $10,500 figure on p. 28. |
| Row 6 figures copied over from Dr. Alexander report, Appendix D--Redress Model FINAL, tab 4C row 20.  Row 7 calculations copied over from "Foster Care Family Court" tab. |
| Revised calculations copied over from "3B Criminal Justice" tab |
| Revised calculations copied over from "4A Pregnant Women Mothers Infants" tab |
| Revised calculations copied over from "4A Pregnant Women Mothers Infants" tab |
| Revised calculations copied over from "4A Infants" tab |
| Revised calculations copied over from "4C Families and Children Court" tab |
| Revised calculations copied over from "4D Homeless and Housing" tab |
| Revised calculations from summing up the preceding rows in the tab |

Estimated Cost of Abatement Plan: 2021 - 2035

| Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021 - 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Category 1: Prevention - Reducing Opioid Oversupply and Improving Safe Opioid Use** | | | | | | | | | | | | | | | | |
| 1A. Health Professional Education | | | | | | | | | | | | | | | | |
| 1A1. Academic Detailing | $109,346 | $105,689 | $102,155 | $98,738 | $95,436 | $92,245 | $89,160 | $86,178 | $83,296 | $80,510 | $77,818 | $75,215 | $72,700 | $70,269 | $67,919 | $1,306,672 |
| 1A2. Continuing Healthcare Provider Education | $379,425 | $198,236 | $207,142 | $216,448 | $226,172 | $236,334 | $246,951 | $258,046 | $269,629 | $281,753 | $294,412 | $307,639 | $321,460 | $335,902 | $350,993 | $4,130,552 |
| 1B. Patient and Public Education | $32,487 | $32,949 | $33,416 | $33,890 | $34,371 | $34,859 | $35,354 | $35,856 | $36,365 | $36,881 | $37,404 | $37,935 | $38,473 | $39,020 | $39,573 | $538,834 |
| 1C. Safe Storage and Drug Disposal Programs | $2,840 | $2,770 | $2,701 | $2,635 | $2,570 | $2,506 | $2,445 | $2,384 | $2,325 | $2,268 | $2,212 | $2,157 | $2,104 | $2,052 | $2,002 | $35,972 |
| 1D. Community Prevention and Resiliency | | | | | | | | | | | | | | | | |
| 1D1a. Community Resiliency Coalition Staffing: Director | $85,594 | $88,538 | $91,584 | $94,735 | $97,994 | $101,364 | $104,851 | $108,458 | $112,189 | $116,049 | $120,041 | $124,170 | $128,442 | $132,860 | $137,430 | $1,644,299 |
| 1D1b. Community Resiliency Coalition Staffing: Community Organizers | $102,668 | $106,199 | $109,853 | $113,632 | $117,541 | $121,584 | $125,766 | $130,093 | $134,568 | $139,197 | $143,986 | $148,939 | $154,062 | $159,362 | $164,844 | $1,972,293 |
| 1D2. Community Resiliency Space | $15,033 | $15,479 | $15,939 | $16,412 | $16,900 | $17,401 | $17,918 | $18,450 | $18,998 | $19,563 | $20,144 | $20,742 | $21,358 | $21,992 | $22,645 | $278,974 |
| 1D3. Community Resiliency Coalition Funding | $1,181,630 | $1,153,004 | $1,125,131 | $1,097,903 | $1,071,333 | $1,045,407 | $1,020,108 | $995,422 | $971,333 | $947,826 | $924,889 | $902,507 | $880,666 | $859,354 | $838,557 | $15,015,100 |
| 1E. Harm Reduction | | | | | | | | | | | | | | | | |
| 1E1. Syringe Service Programs | $872,614 | $868,033 | $863,476 | $858,944 | $854,435 | $849,950 | $845,488 | $841,050 | $836,635 | $832,243 | $827,874 | $823,528 | $819,205 | $814,905 | $810,627 | $12,619,008 |
| 1E2a. Drug Checking Machines | $131,739 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $131,739 |
| 1E2a. Drug Checking Machines Recurring Costs Per Year | $67,675 | $70,003 | $72,411 | $74,902 | $77,479 | $80,144 | $82,901 | $85,753 | $88,703 | $91,754 | $98,175 | $98,175 | $101,552 | $105,046 | $108,659 | $1,303,333 |
| 1E3. Fentanyl Testing Strips | $383,403 | $381,391 | $379,389 | $377,397 | $375,416 | $373,445 | $371,485 | $369,535 | $367,595 | $365,665 | $363,746 | $361,836 | $359,937 | $358,048 | $356,168 | $5,544,455 |
| 1F. Surveillance, Evaluation, and Leadership | | | | | | | | | | | | | | | | |
| 1F1. Executive Director | $85,594 | $88,538 | $91,584 | $94,735 | $97,994 | $101,364 | $104,851 | $108,458 | $112,189 | $116,049 | $120,041 | $124,170 | $128,442 | $132,860 | $137,430 | $1,644,299 |
| 1F2. Data Analysts | $170,512 | $176,377 | $182,445 | $188,721 | $195,213 | $201,928 | $208,875 | $216,060 | $223,492 | $231,180 | $239,133 | $247,359 | $255,868 | $264,670 | $273,775 | $3,275,608 |
| 1F3. Staff Assistant | $16,110 | $16,664 | $17,237 | $17,830 | $18,443 | $19,078 | $19,734 | $20,413 | $21,115 | $21,842 | $22,593 | $23,370 | $24,174 | $25,006 | $25,866 | $309,476 |
| **Category 2: Treatment - Supporting Individuals Affected by the Epidemic** | | | | | | | | | | | | | | | | |
| 2A. Connecting Individuals to Care | | | | | | | | | | | | | | | | |
| 2A1. Helpline | $165,919 | $171,627 | $177,531 | $183,638 | $189,955 | $196,490 | $203,249 | $210,241 | $217,473 | $224,954 | $232,692 | $240,697 | $248,977 | $257,542 | $266,401 | $3,187,386 |
| 2A2. Peer Recovery Coaches | $304,284 | $314,751 | $325,579 | $336,779 | $348,364 | $360,348 | $372,744 | $385,566 | $398,830 | $412,549 | $426,741 | $441,421 | $456,606 | $472,313 | $488,561 | $5,845,435 |
| 2A3. Transportation Assistance | $367,674 | $370,061 | $372,465 | $374,884 | $377,318 | $379,769 | $382,235 | $384,717 | $387,216 | $389,730 | $392,261 | $394,809 | $397,373 | $399,953 | $402,551 | $5,773,016 |
| 2A4. Quick Response Teams (QRT) | | | | | | | | | | | | | | | | |
| 2A4a. Addiction Counselor (QRT) | $59,946 | $62,008 | $64,141 | $66,348 | $68,630 | $70,991 | $73,433 | $75,959 | $78,572 | $81,275 | $84,071 | $86,963 | $89,955 | $93,049 | $96,250 | $1,151,591 |
| 2A4b. First Responder (QRT) | $43,373 | $44,865 | $46,408 | $48,005 | $49,656 | $51,364 | $53,131 | $54,959 | $56,850 | $58,805 | $60,828 | $62,921 | $65,085 | $67,324 | $69,640 | $833,214 |
| 2A4c. Peer Coach (QRT) | $25,357 | $26,229 | $27,132 | $28,065 | $29,030 | $30,029 | $31,062 | $32,131 | $33,236 | $34,379 | $35,562 | $36,785 | $38,050 | $39,359 | $40,714 | $489,120 |
| 2A5. Bridge Programs | $577,034 | $596,884 | $617,417 | $638,656 | $660,626 | $683,351 | $706,859 | $731,174 | $756,327 | $782,345 | $809,257 | $837,096 | $865,892 | $895,678 | $926,490 | $11,085,085 |
| 2B. Treating Opioid Use Disorder | | | | | | | | | | | | | | | | |
| 2B1. Outpatient Treatment | $31,321,099 | $32,162,150 | $33,025,784 | $33,912,610 | $34,823,249 | $35,758,341 | $36,718,543 | $37,704,529 | $38,716,990 | $39,756,659 | $40,824,205 | $41,920,438 | $43,046,108 | $44,202,004 | $45,388,940 | $569,281,629 |
| 2B2. Intensive Outpatient Treatment | $12,102,345 | $12,427,323 | $12,761,028 | $13,103,694 | $13,455,562 | $13,816,877 | $14,187,895 | $14,568,876 | $14,960,087 | $15,361,803 | $15,774,306 | $16,197,886 | $16,632,840 | $17,079,474 | $17,538,101 | $219,968,100 |
| 2B3. Residential Treatment | $35,241,821 | $36,188,153 | $37,159,896 | $38,157,733 | $39,182,364 | $40,234,509 | $41,314,908 | $42,424,317 | $43,563,517 | $44,733,307 | $45,934,509 | $47,167,967 | $48,434,546 | $49,735,136 | $51,070,650 | $640,543,332 |
| 2B4. Inpatient Treatment | $5,694,251 | $5,931,183 | $6,177,973 | $6,435,032 | $6,702,788 | $6,981,684 | $7,272,174 | $7,574,773 | $7,889,951 | $8,218,244 | $8,560,197 | $8,916,378 | $9,287,379 | $9,673,817 | $10,076,335 | $115,392,168 |
| 2B5. Buprenorphine | $2,816,408 | $3,024,419 | $3,247,792 | $3,487,664 | $3,745,251 | $4,021,863 | $4,318,905 | $4,637,885 | $4,980,425 | $5,348,263 | $5,743,268 | $6,167,447 | $6,622,955 | $7,112,104 | $7,637,381 | $72,912,030 |
| 2B6. Methadone | $1,301,562 | $1,397,691 | $1,500,920 | $1,611,773 | $1,730,813 | $1,858,645 | $1,995,919 | $2,143,231 | $2,301,631 | $2,471,621 | $2,654,167 | $2,850,196 | $3,060,702 | $3,286,755 | $3,529,504 | $33,695,230 |
| 2B7. Naltrexone | $1,197,120 | $1,285,515 | $1,380,480 | $1,482,438 | $1,591,926 | $1,709,501 | $1,835,759 | $1,971,342 | $2,116,939 | $2,273,289 | $2,441,187 | $2,621,485 | $2,815,100 | $3,023,014 | $3,246,284 | $30,991,399 |
| 2C. Managing Complications Attributable to the Epidemic | | | | | | | | | | | | | | | | |
| 2C1. Human Immunodeficiency Virus / Hepatitis C Virus Screening | $88,473 | $89,800 | $91,146 | $92,512 | $93,898 | $95,306 | $96,734 | $98,184 | $99,656 | $101,150 | $102,666 | $104,205 | $105,767 | $107,352 | $108,961 | $1,475,808 |
| 2C2. Hepatitis C Virus Treatment | $11,943,278 | $12,240,649 | $12,551,331 | $12,875,868 | $13,214,820 | $14,025,021 | $4,002,341 | $3,979,790 | $3,957,365 | $3,935,067 | $3,912,894 | $3,890,847 | $3,868,923 | $3,847,124 | $3,825,447 | $102,070,764 |
| 2C3. Human Immunodeficiency Virus Treatment | $1,062,560 | $2,195,247 | $3,402,128 | $4,687,485 | $6,055,285 | $6,662,815 | $7,292,734 | $7,946,536 | $8,625,214 | $9,329,802 | $10,061,376 | $10,821,056 | $11,610,009 | $12,429,448 | $13,280,637 | $115,462,871 |
| 2C4. Endocarditis Treatment | $5,732,167 | $5,699,869 | $5,667,752 | $5,635,817 | $5,604,061 | $5,572,484 | $5,541,086 | $5,509,864 | $5,478,818 | $5,447,947 | $5,417,250 | $5,386,726 | $5,356,374 | $5,326,193 | $5,296,182 | $82,672,589 |
| 2D. Expanding The Healthcare Workforce | | | | | | | | | | | | | | | | |
| 2D1. Recruitment and Retention | $65,378 | $68,315 | $71,384 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $205,077 |
| 2D2. Medical Social Workers | $279,829 | $255,894 | $224,559 | $232,284 | $240,274 | $248,540 | $257,090 | $265,933 | $275,082 | $284,544 | $196,222 | $202,972 | $209,954 | $217,177 | $224,647 | $3,648,561 |
| 2D3. Reducing Burnout / Compassion Fatigue | $348,519 | $171,022 | $166,071 | $161,357 | $156,303 | $151,517 | $147,031 | $142,878 | $138,425 | $134,346 | $130,679 | $126,744 | $122,532 | $118,785 | $115,551 | $2,331,760 |
| 2E. Distributing Naloxone and Providing Training | | | | | | | | | | | | | | | | |
| 2E1. First Responders Training | $36,347 | $37,977 | $39,679 | $41,458 | $43,317 | $45,259 | $47,288 | $49,408 | $51,623 | $53,937 | $56,355 | $58,882 | $61,521 | $64,279 | $67,161 | $754,489 |
| 2E2. Narcan for First Responders | $52,064 | $54,672 | $57,410 | $60,286 | $63,305 | $66,476 | $69,805 | $73,301 | $76,972 | $80,827 | $84,876 | $89,127 | $93,590 | $98,278 | $103,200 | $1,124,190 |
| 2E3. Injectable Naloxone for Emergency Departments | $24,057 | $23,887 | $23,718 | $23,551 | $23,384 | $23,219 | $23,055 | $22,892 | $22,730 | $22,570 | $22,410 | $22,252 | $22,094 | $21,938 | $21,783 | $343,540 |
| 2E4a. Take-Home Kit for Opioid Use Disorder Population (Take Home Kits) | $32,775 | $33,487 | $34,214 | $34,958 | $35,717 | $36,493 | $37,286 | $38,097 | $38,924 | $39,770 | $40,634 | $41,517 | $42,419 | $43,341 | $44,282 | $573,915 |
| 2E4b. Narcan for Opioid Use Disorder Population (Narcan Doses) | $408,834 | $417,718 | $426,794 | $436,067 | $445,542 | $455,222 | $465,113 | $475,219 | $485,545 | $496,094 | $506,873 | $517,887 | $529,139 | $540,636 | $552,383 | $7,159,067 |
| 2E5a. Naloxone Public Lock Boxes | $29,220 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $29,220 |
| 2E5b. Narcan for Public Lock Boxes (Doses for Boxes) | $13,382 | $0 | $14,462 | $0 | $15,631 | $0 | $16,893 | $0 | $18,257 | $0 | $19,732 | $0 | $21,326 | $0 | $23,048 | $142,731 |
| **Category 3: Recovery - Enhancing Public Safety and Reintegration** | | | | | | | | | | | | | | | | |
| 3A. Public Safety | | | | | | | | | | | | | | | | |
| 3A1. Law Enforcement Assisted Diversion (LEAD) | $80,634 | $83,408 | $86,277 | $89,245 | $92,315 | $95,491 | $98,776 | $102,174 | $105,689 | $109,324 | $113,085 | $116,975 | $120,999 | $125,162 | $129,467 | $1,549,023 |
| 3A2. Community-Oriented Policing | $423,975 | $432,454 | $441,103 | $449,925 | $458,924 | $468,102 | $477,464 | $487,014 | $496,754 | $506,689 | $516,823 | $527,159 | $537,703 | $548,457 | $559,426 | $7,331,972 |
| 3A3. Specialized Overdose Units | $134,165 | $136,849 | $139,586 | $142,377 | $145,225 | $148,129 | $151,092 | $154,114 | $157,196 | $160,340 | $163,547 | $166,818 | $170,154 | $173,557 | $177,028 | $2,320,177 |
| 3A4. Stigma Reduction Training | $20,363 | $21,275 | $22,225 | $23,216 | $24,248 | $25,324 | $26,474 | $27,672 | $28,892 | $30,193 | $31,550 | $32,965 | $34,440 | $35,977 | $37,579 | $422,390 |
| 3B. Criminal Justice System | | | | | | | | | | | | | | | | |
| 3B1. Drug Courts | $361,582 | $1,127,703 | $1,230,686 | $1,346,121 | $1,468,769 | $1,599,019 | $1,744,094 | $1,905,235 | $2,083,796 | $2,273,449 | $2,482,846 | $2,705,261 | $2,946,869 | $3,227,759 | $3,522,893 | $30,037,783 |
| 3B2. Reentry and Reintegration | $237,209 | $233,822 | $229,922 | $228,565 | $223,648 | $221,427 | $218,788 | $215,706 | $215,811 | $211,884 | $207,431 | $206,470 | $205,197 | $203,592 | $197,153 | $3,256,624 |
| 3B3. Transitional Housing for Newly Released | $647,655 | $640,218 | $631,768 | $622,251 | $611,611 | $599,790 | $586,727 | $572,358 | $589,360 | $573,153 | $555,462 | $536,215 | $552,144 | $530,643 | $507,377 | $8,756,731 |
| 3C. Vocational Training and Job Placement | $3,036,784 | $2,999,909 | $2,965,117 | $2,929,480 | $2,893,154 | $2,858,135 | $2,824,806 | $2,789,693 | $2,756,870 | $2,722,651 | $2,691,428 | $2,659,290 | $2,626,362 | $2,595,172 | $2,563,659 | $41,912,512 |
| 3D. Reengineering the Workplace | N/A | | | | | | | | | | | | | | | |
| 3E. Mental Health Counseling and Grief Support | $248,270 | $256,810 | $265,644 | $274,783 | $227,388 | $235,210 | $243,301 | $251,671 | $260,328 | $269,284 | $208,910 | $216,097 | $223,531 | $231,220 | $239,174 | $3,651,622 |
| **Category 4: Addressing Needs of Special Populations** | | | | | | | | | | | | | | | | |
| 4A. Pregnant Women, New Mothers, and Infants | | | | | | | | | | | | | | | | |
| 4A1. Prenatal Opioid Use Disorder Screening | $82,569 | $86,186 | $89,961 | $93,901 | $98,014 | $102,307 | $106,788 | $111,465 | $116,348 | $121,444 | $126,763 | $132,315 | $138,110 | $144,160 | $150,474 | $1,700,805 |
| 4A2a. Prenatal Psychosocial Services | $156,850 | $155,966 | $155,087 | $154,214 | $153,345 | $152,481 | $151,621 | $150,767 | $149,918 | $149,073 | $148,233 | $147,398 | $146,567 | $145,741 | $144,920 | $2,262,182 |
| 4A2b. Postpartum Psychosocial Services | $0 | $649,512 | $1,322,062 | $2,018,613 | $2,740,173 | $3,487,792 | $3,468,139 | $3,448,598 | $3,429,166 | $3,409,844 | $3,390,631 | $3,371,526 | $3,352,529 | $3,333,639 | $3,314,855 | $40,737,082 |
| 4A3. Prenatal and Postpartum Housing Services | $352,722 | $345,905 | $338,371 | $330,085 | $321,007 | $311,099 | $320,341 | $309,241 | $297,199 | $306,027 | $292,609 | $278,124 | $286,386 | $270,319 | $278,349 | $4,637,786 |
| 4A4a. Interventions for Infants Exposed to Opioids in Utero | $2,037,972 | $2,026,553 | $2,015,198 | $2,003,906 | $1,992,678 | $1,981,513 | $1,970,410 | $1,959,369 | $1,948,391 | $1,937,473 | $1,926,617 | $1,915,822 | $1,905,087 | $1,894,413 | $1,883,798 | $29,399,201 |
| 4A4b. Early Interventions for Infants Exposed to Opioids in Utero (0-5 Years Old) | $206,062 | $412,945 | $620,762 | $829,624 | $1,039,646 | $1,250,941 | $1,224,656 | $1,198,924 | $1,173,732 | $1,149,070 | $1,124,926 | $1,101,289 | $1,078,149 | $1,055,495 | $1,033,317 | $14,499,537 |
| 4A4c. Special Education and Psychosocial Services for Infants Exposed (6-21 Years Old) | $0 | $0 | $0 | $0 | $0 | $0 | $54,035 | $108,286 | $162,781 | $217,550 | $272,624 | $328,031 | $383,803 | $439,969 | $496,561 | $2,463,640 |
| 4B. Adolescents and Young Adults | | | | | | | | | | | | | | | | |
| 4B1. School-Based Prevention Programs | $2,694,304 | $2,639,507 | $2,585,439 | $2,532,784 | $2,481,040 | $2,430,264 | $237,949 | $2,332,150 | $2,284,553 | $2,237,621 | $2,192,142 | $2,147,300 | $2,103,413 | $2,060,398 | $2,018,590 | $32,977,433 |
| 4B2. Adolescents Screening for Opioid Use Disorder | $68,937 | $68,705 | $68,468 | $68,386 | $68,166 | $67,967 | $67,787 | $67,635 | $67,367 | $67,130 | $66,922 | $66,629 | $66,295 | $66,229 | $66,147 | $1,012,684 |
| 4C. Families and Children | | | | | | | | | | | | | | | | |
| 4C1a. Support for Children Living with Parents with Opioid Use Disorder (Support) | $3,125,445 | $3,060,912 | $2,995,630 | $2,934,255 | $2,872,595 | $2,810,790 | $2,753,882 | $2,692,372 | $2,636,343 | $2,581,098 | $2,505,246 | $2,473,795 | $2,422,778 | $2,372,270 | $2,324,301 | $40,561,122 |
| 4C1b. Support for Children Living with Parents with Opioid Use Disorder (Interventions) | $10,660,225 | $10,436,234 | $10,216,949 | $10,002,271 | $9,792,105 | $9,586,354 | $9,384,927 | $9,187,732 | $8,994,681 | $8,805,685 | $8,620,661 | $8,439,525 | $8,262,195 | $8,088,591 | $7,918,634 | $138,396,769 |
| 4C2a. Support for Children in Foster Care (Foster Care Cost Per Child) | $6,312,865 | $6,196,922 | $6,043,785 | $5,936,230 | $5,790,679 | $5,664,244 | $5,558,681 | $5,444,545 | $5,321,479 | $5,189,115 | $5,080,719 | $4,963,896 | $4,873,445 | $4,775,931 | $4,670,655 | $81,823,239 |
| 4C2b. Support for Children in Foster Care (Socio-Emotional Support) | $809,832 | $791,168 | $775,496 | $758,546 | $740,263 | $725,365 | $709,259 | $696,908 | $683,499 | $668,979 | $653,308 | $641,969 | $623,983 | $610,511 | $601,934 | $10,491,017 |
| 4C2c. Support for Children in Foster Care (Intensive Parent-Child Interventions) | $116,279 | $113,836 | $111,444 | $109,103 | $106,810 | $104,566 | $102,369 | $100,218 | $98,112 | $96,050 | $94,032 | $92,057 | $90,122 | $88,229 | $86,375 | $1,509,602 |
| 4C2d. Support for Children in Foster Care (Family Drug Courts) | $648,337 | $643,755 | $639,205 | $634,688 | $630,202 | $625,749 | $621,326 | $616,935 | $612,575 | $608,246 | $603,947 | $599,679 | $595,441 | $591,233 | $587,054 | $9,258,373 |
| 4C3a. Support for Adopted Children and Families (Adoption Cost Per Child) | $289,169 | $289,486 | $277,800 | $276,767 | $275,217 | $273,111 | $270,405 | $267,058 | $267,633 | $273,437 | $268,472 | $262,686 | $256,020 | $266,159 | $258,252 | $4,081,672 |
| 4C3b. Support for Adopted Children and Families (Socio-Emotional Support) | $59,050 | $60,527 | $57,608 | $59,048 | $55,869 | $52,494 | $53,806 | $50,137 | $51,391 | $52,675 | $48,593 | $49,808 | $45,381 | $46,515 | $47,678 | $790,580 |
| 4C3c. Support for Adopted Children and Families (Intensive Parent-Child Interventions) | $12,987 | $12,715 | $12,447 | $12,186 | $11,930 | $11,679 | $11,434 | $11,194 | $10,958 | $10,728 | $10,503 | $10,282 | $10,066 | $9,854 | $9,647 | $168,610 |
| 4D. Homeless and Housing Insecure Individuals | | | | | | | | | | | | | | | | |
| 4D1. Permanent Supportive Housing | $296,874 | $285,314 | $293,789 | $280,908 | $267,002 | $274,934 | $259,509 | $267,218 | $250,142 | $257,572 | $238,701 | $245,792 | $253,094 | $231,655 | $238,537 | $3,941,041 |
| 4E. Individuals with Opioid Misuse | N/A | | | | | | | | | | | | | | | ∑2021 - 2035 |
| **TOTAL:** | $148,092,862 | $152,837,471 | $157,581,489 | $162,577,358 | $167,810,931 | $162,977,997 | $164,438,017 | $170,304,274 | $174,259,036 | $178,344,617 | $182,446,991 | $186,929,903 | $191,727,333 | $196,627,993 | $201,832,749 | $2,598,789,021 |