# EXHIBIT 2-g to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

| | |
|---|---|
| **Subject:** | FW: CT2 Expert Reports - Alexander, Barrett, Young |
| **Date:** | Thursday, September 24, 2020 at 1:46:17 PM Eastern Daylight Time |
| **From:** | Burnett, David |
| **To:** | barrett@forensiceconomics.org |
| **CC:** | Anthony J. Majestro, Arnold, Andrew P. |
| **Attachments:** | Barrett, George_CT2 Errata to Appx M_9-23-2020_Confidential.xlsx, Barrett, George_CT2 Appx M Final Calc - Hunt Abatement_9-23-2020 rev_Confidential.xlsx |

George:

For your record, attached are your errata as filed.  We'll be in touch about trial prep and testifying dates.

Thanks

**David Burnett** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 1001 | Washington, DC 20004
o. 202.849.4976 x 5976 | f. 202.386.9622 | dburnett@motleyrice.com

---

**From:** 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>
**Sent:** Wednesday, September 23, 2020 10:39 PM
**To:** DL - MDL 2804 <dl-mdl2804@motleyrice.com>
**Subject:** FW: CT2 Expert Reports - Alexander, Barrett, Young

---

**From:** Christenson, Moniqúe <mchristenson@motleyrice.com>
**Sent:** Thursday, September 24, 2020 2:37:19 AM
**To:** CT2 Defs (Track2OpioidDefendants@reedsmith.com) <Track2OpioidDefendants@reedsmith.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>
**Cc:** Kearse, Anne <akearse@motleyrice.com>; Paul Farrell Jr <paul@farrell.law>
**Subject:** RE: CT2 Expert Reports - Alexander, Barrett, Young

Good Evening,
Attached please find revised data related to the CT2 expert report of George Barrett.
Best Regards,
Monique

**Moniqúe Christenson** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9366 | f. 843.216.9450 | mchristenson@motleyrice.com

---

**From:** 2804 Discovery, MDL
**Sent:** Wednesday, August 26, 2020 9:44 PM
**To:** DL - MDL 2804 <dl-mdl2804@motleyrice.com>
**Subject:** FW: CT2 Expert Reports - Alexander, Barrett, Young

---

**From:** Christenson, Moniqúe <mchristenson@motleyrice.com>
**Sent:** Thursday, August 27, 2020 1:40:40 AM
**To:** CT2 Defs (Track2OpioidDefendants@reedsmith.com) <Track2OpioidDefendants@reedsmith.com>; 2804

Discovery, MDL <mdl2804discovery@motleyrice.com>
**Cc:** Paul Farrell Jr <paul@farrell.law>; Kearse, Anne <akearse@motleyrice.com>
**Subject:** CT2 Expert Reports - Alexander, Barrett, Young

Good Evening,
Attached please find data related to the CT2 expert reports of Dr. Caleb Alexander, George Barrett, and Nancy Young.
Best Regards,
Monique

**Moniqúe Christenson** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9366 | f. 843.216.9450 | mchristenson@motleyrice.com

Second Errata Sheet for the 08.03.3030 Expert Report of George Barre
Further revisions to "Barrett Appx M--Final Economic Calculations HU
Revisions below are reflected in green-highlighted cells, rows, and tab

| Revision Category | Tab Name |
|---|---|
| #6: Peer/Family Mentoring Costs | Socioemotional Parent Children |
| | 4C Families and Children |
| #5: Summary Table | Summary $s |

ett
HUNTINGTON ABATEMENT August 3 2020--confidential" and "Barrett Appx M--Final Economic Calcu
os of "Barrett Appx M Final Economic Calculations HUNTINGTON ABATEMENT--September 23 Revis

| Affected Cell(s) or Row(s) | Previously Read | Now Reads |
|---|---|---|
| Cell F43, "Peer/Family Mentoring Services Cost Per Family" | $30,000 | $12,500 |
| Cells B47-B62 and D47-D61 | see Appendix M to August 3, 2020 report | see September 23, 2020 Revised Errata to Appendix M |
| All figures in Row 17, 18, and 22 | see Appendix M to August 3, 2020 report | see September 23, 2020 Revised Errata to Appendix M |
| All figures in row 93, "4C1b. Support for Children Living with Parents with Opioid Use Disorder (Interventions)" | see Appendix M to August 3, 2020 report | see September 23, 2020 Revised Errata to Appendix M |
| All figures in row 106, "Total" |  | see September 23, 2020 Revised Errata to Appendix M |
| All figures in row 108, "Discount Factor @ 3.73%" | n/a | see September 23, 2020 Revised Errata to Appendix M |
| All figures in row 110, "Present Value @ 3.73%" | n/a | see September 23, 2020 Revised Errata to Appendix M |

lations HUNTINGTON ABATEMENT August 26 2020--confidential"
sion--confidential"

| Explanation |
|---|
| Revision based on September 14, 2020 Errata Sheet 2 to report of Nancy K. Young, Ph.D., which states "Peer Mentor Services, such as the START program: 'Cost Estimates' column should state '$12,500 annually per family'*".  August 3, 2020 Young report had listed "$30,000 annually per family." Appendix D to Dr. Alexander's report, Tab 4C. Families and Children, row 54, specifies "Peer/family mentoring services cost per family." |
| Figures automatically update based on revision to F43 |
| Figures automatically update based on revisions in "Socioemotional Parent Children" tab |
| Figures automatically update based on revisions in "4C Families and Children" tab |
| Figures automatically update based on revisions in row 93 |
| Added calculation of present value, in case helpful to the Court |

## CALCULATION OF TREND RATES OF ANNUAL INTEREST RATES

| YEAR | INTEREST (DISCOUNT) [1] Interest Rate | INTEREST (DISCOUNT) [2] Interest Rate |
|---|---|---|
| 1990 | 8.00% | 8.55% |
| 1991 | 5.77% | 7.86% |
| 1992 | 3.69% | 7.01% |
| 1993 | 3.25% | 5.87% |
| 1994 | 4.89% | 7.09% |
| 1995 | 5.90% | 6.57% |
| 1996 | 5.36% | 6.44% |
| 1997 | 5.46% | 6.35% |
| 1998 | 5.08% | 5.26% |
| 1999 | 5.01% | 5.65% |
| 2000 | 6.27% | 6.03% |
| 2001 | 3.48% | 5.02% |
| 2002 | 1.73% | 4.61% |
| 2003 | 1.08% | 4.01% |
| 2004 | 1.62% | 4.27% |
| 2005 | 3.53% | 4.29% |
| 2006 | 5.06% | 4.80% |
| 2007 | 4.67% | 4.63% |
| 2008 | 1.67% | 3.66% |
| 2009 | 0.28% | 3.26% |
| 2010 | 0.20% | 3.22% |
| 2011 | 0.10% | 2.78% |
| 2012 | 0.13% | 1.80% |
| 2013 | 0.09% | 2.35% |
| 2014 | 0.06% | 2.54% |
| 2015 | 0.17% | 2.14% |
| 2016 | 0.46% | 1.84% |
| 2017 | 1.07% | 2.33% |
| 2018 | 2.15% | 2.91% |
| 2019 | 2.12% | 2.14% |
| 1990-2019 Average | 2.95% | 4.51% |
| | Average Interest Rate 3.73% | |

Update of March 20, 2020

[1] Interest Rates: Bond Yield and Interest Rates (6-Month Bills), 1990-2019; https://federalreserve.gov/datadownload

[2] Interest Rates: Bond Yield and Interest Rates (10-Year Notes), 1990-2019; https://federalreserve.gov/datadownload