# EXHIBIT 4-b to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

**Produced Documents**

| Beginning Bates: |
|---|
| ABDCMDL00269683 |
| ABDCMDL00269685 |
| ABDCMDL00315887 |
| CAH_MDL_PRIORPROD_DEA07_01176247 |
| CAH_MDL_PRIORPROD_DEA07_01178176 |
| CAH_MDL_PRIORPROD_DEA12_00004212 |
| CAH_MDL_PRIORPROD_DEA12_00013049 |
| CAH_MDL_PRIORPROD_HOUSE_0002207 |
| CAH_MDL2804_00061280 |
| CAH_MDL2804_01457737 |
| CAH_MDL2804_02145395 |
| CAH_MDL2804_02203353 |
| CAH_MDL2804_02465982 |
| MCKMDL00478906 |
| MCKMDL00496859 |
| US-DEA-00000147 |
| US-DEA-00000352 |
| US-DEA-00000369 |

**Non-Produced Documents**

| |
|---|
| 10/10/2019 letter from House Committee on Energy and Commerce to Cardinal Health |
| 12/19/2018 report "Red Flags and Warning Signs Ignored: Opioid Distribution and Enforcement Concerns in West Virginia," prepared by the House Energy and Commerce Committee |
| 2/15/2018 letter from ABDC to House Committee on Energy and Commerce |
| 2/15/2018 letter from House Committee on Energy and Commerce to Cardinal Health |
| 2/15/2018 letter from House Committee on Energy and Commerce to McKesson |
| 21 CFR 1300, et seq. |
| 21 CFR 1301.74 |
| 21 CFR 1304.33 |
| 21 USC 801-971 |
| 5/31/2018 letter from House Committee on Energy and Commerce to ABDC |
| 5/31/2018 letter from House Committee on Energy and Commerce to Cardinal Health |
| 5/31/2018 letter from House Committee on Energy and Commerce to McKesson |
| 5/8/2017 letter from House Committee on Energy and Commerce to ABDC |
| 5/8/2017 letter from House Committee on Energy and Commerce to Cardinal Health |
| 5/8/2017 letter from House Committee on Energy and Commerce to McKesson |
| 5/8/2018 Committee on Energy and Commerce Committee Summary Memorandum regarding Hearing on "Combating the Opioid Epidemic: Examining Concerns About Distribution and Diversion" |
| 5/8/2018 Transcript of Committee on Energy and Commerce Committee Hearing on "Combating the Opioid Epidemic: Examining Concerns About Distribution and Diversion" |
| 5/8/2018 Written Statement of George Barrett before the House Committee on Energy and Commerce |
| 5/8/2018 Written Statement of John Hammergren before the House Committee on Energy and Commerce |
| 5/8/2018 Written Statement of Steven Collis before the House Committee on Energy and Commerce |
| Administrative Memorandum of Agreement between DEA and The Harvard Drug Group, LLC (March 28, 2011) https://www.dea.gov/sites/default/files/2018-06/Pharmaceutical%20Agreements%20-%20Harvard%20Drug%20Group%20-%202011.pdf |
| AmerisourceBergen New Release – June 22, 2007 – "AmerisourceBergen Signs Agreement with DEA Leading to Reinstatement of its Orlando Distribution Center's Suspended License to Distribute Controlled Substances https://investor.amerisourcebergen.com/news/news-details/2007/AmerisourceBergen-Signs-Agreement-with-DEA-Leading-to-Reinstatement-of-Its-Orlando-Distribution-Centers-Suspended-License-to-Distribute-Controlled-Substances/default.aspx |
| ARCOS Registrant Handbook, United States Department of Justice, Drug Enforcement Administration, Office of Diversion Control, Section 1.1.1, *ARCOS Defined* https://www.deadiversion.usdoj.gov/arcos/handbook/section1.htm |
| Cardinal Health Inc v. Holder, Civil Action No. 12-185, DDC, Memorandum Opinion (Doc. 32)(March 7, 2012) |
| Cardinal Health to Cease Distribution of Controlled Substances from Florida Facility (12/7/2007) https://cardinalhealth.mediaroom.com/newsreleasearchive?item=122500 |

| |
|---|
| Cardinal Health, Press Release, Cardinal Health Receives DEA Order to Temporarily Cease Distribution of Controlled Substances from Auburn Wash. Facility (November 29, 2007) https://ir.cardinalhealth.com/news/press-release-details/2007/Cardinal-Health-Receives-DEA-Order-to-Temporarily-Cease-Distribution-of-Controlled-Substances-from-Auburn-Wash-Facility/default.aspx |
| Chemical Handler's Manual (2001) |
| Chemical Handler's Manual (January 2004) |
| Chemical Handler's Manual (June 2002) |
| Comprehensive Drug Abuse Precention and Control Act of 1970, Public Law 91-513 |
| DOJ Notice of Establishment of Task Force on Suspicious Orders, DEA Number 170N (September 3, 1997) https://www.deadiversion.usdoj.gov/fed_regs/notices/other/tf_established.htm |
| Drug Enforcement Administration History - The Early Years https://www.dea.gov/sites/default/files/2018-07/Early%20Years%20p%2012-29%20%281%29.pdf |
| Federal Register Vol. 72, No. 127 (July 3, 2007) |
| Federal Register Vol. 80, No. 178 (September 15, 2015) |
| *Gonzales v. Raich*, 545 U.S. 1 (2005) |
| LaMendola, Bob. "DEA accuses Sunrise company of supplying painkillers to 'pill mills.'" Sun-Sentinel (June 22, 2010) https://www.sun-sentinel.com/business/fl-xpm-2010-06-22-fl-drug-wholesaler-stopped-20100621-story.html |
| *Masters Pharm., Inc. v. Drug Enf't Admin.*, 861 F.3d 206 (D.C. Cir. 2017) |
| Settlement and Release Agreement and Administrative Memorandum of Agreement between DEA and Masters Pharmaceutical, Inc. (April 1, 2009)  https://www.dea.gov/sites/default/files/2018-06/Pharmaceutical%20Agreements%20-%20Masters%20Pharmaceutical%20-%202009.pdf |
| Settlement and Release Agreement and Administrative Memorandum of Agreement between the United States Department of Justice, Drug Enforcement Administration and McKesson Corporation (May 2, 2008) https://www.dea.gov/sites/default/files/2018-06/Pharmaceutical%20Agreements%20-%20McKesson%20-%202008_0.pdf |
| Statement of Deputy Administrator Joseph Rannazzisi, DEA before United States Senate Caucus on International Narcotics Control, for a hearing titled, "America's Addiction to Opioids: Heroin and Prescription Drugs," (May 14, 2014) https://www.drugcaucus.senate.gov/sites/default/files/Rannazzisi%20Testimony.pdf |
| U.S. v. Kinray LLC, 16 Civ. 9767-RA, SDNY, Consent Order (Doc. 3)(December 22, 2016) |
| United States Attorney's Office, Middle District of Florida. (December 23, 2016) United States Reaches $34 Million Settlement with Cardinal Health for Civil Penalties Under the Controlled Substances Act [Press Release] https://www.justice.gov/usao-mdfl/pr/united-states-reaches-34-million-settlement-cardinal-health-civil-penalties-under |
| United States Attorney's Office. (October 2, 2008) Cardinal Health Inc., Agrees to Pay $34 Million to Settle Claims That It Failed to Report Suspicious Sales of Widely-Abused Controlled Substances https://www.justice.gov/archive/usao/co/news/2008/October08/10_2_08.html |

| |
|---|
| United States Department of Justice. (January 17, 2017) McKesson Agrees to Pay record $150 Million settlement for Failure to Report Suspicious Orders of Pharmaceutical Drugs [Press Release] https://www.justice.gov/opa/pr/mckesson-agrees-pay-record-150-million-settlement-failure-report-suspicious-orders |
| United States Drug Enforcement Administration. (April 18, 2011) Michigan Based Pharmaceutical Wholesaler Harvard Drug Group to Pay $8,000,000 in Settlement [Press Release] https://www.dea.gov/press-releases/2011/04/18/michigan-based-pharmaceutical-wholesaler-harvard-drug-group-pay-us |
| United States Drug Enforcement Administration. (June 10, 2011) Cincinnati Pharmaceutical Supplier's DEA License Suspended [Press Release] https://www.dea.gov/press-releases/2011/06/10/cincinnati-pharmaceutical-suppliers-dea-license-suspended |

**Depositions**

| |
|---|
| Deposition of Demetra Ashley (March 15, 2019) and Exhibits |
| Deposition of Joseph Rannazzisi (Vol I - April 26, 2019) and Exhibits |
| Deposition of Joseph Rannazzisi (Vol II - May 15, 2019) and Exhibits |
| Deposition of Kyle Wright (Vol I - February 28, 2019) and Exhibits |
| Deposition of Kyle Wright (Vol II - March 4, 2019) and Exhibits |
| Deposition of Michael Mapes (Vol I - July 11, 2019) and Exhibits |
| Deposition of Michael Mapes (Vol II - July 12, 2019) and Exhibits |
| Deposition of Thomas Prevoznik (Vol I - April 17, 2019) and Exhibits |
| Deposition of Thomas Prevoznik (Vol II - April 18, 2019) and Exhibits |
| Deposition of Thomas Prevoznik (Vol III - May 17, 2019) |