# EXHIBIT 4-c to PLAINTIFFS' APPENDIX OF EXPERT REPORTS



James B. McHugh                                                                                   Michael J. Fuller, Jr.

September 16, 2020

**VIA ELECTRONIC MAIL:**

Track2OpioidDefendants@reedsmith.com

    **Re:**   *The City of Huntington and Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*
              **Expert Report of James Geldhof – Supplemental Reliance List**

Dear Counsel,

Plaintiffs submit the following list of documents to supplement the list of reliance materials served with Mr. Geldhof's expert report on August 3, 2020. Since submitting his report, Mr. Geldhof has reviewed these documents and may rely on them to support his opinions.

    CAH_MDL2804_01465723
    US-DEA-00026154

Because discovery is ongoing and Defendants continue to produce documents, Plaintiffs reserve the right to further supplement this list.

                                          Sincerely,

                                          */s/ Michael Fuller*

                                          Michael Fuller, Jr.

MJF/ej

cc:    Plaintiffs' Counsel
        Defendants' Counsel

**McHugh Fuller Law Group**

James B. McHugh, Licensed in: Alabama, Arkansas, Florida, Georgia, Kentucky, Mississippi, Missouri, Oklahoma, Pennsylvania, Tennessee, Texas, Washington, D.C., West Virginia, and Wisconsin
Michael J. Fuller, Jr., Licensed in: Florida, Georgia, Kentucky, Michigan, Mississippi, Missouri, New Hampshire, New York, Ohio, Pennsylvania, Tennessee, Washington, D.C., West Virginia, and Wisconsin
97 Elias Whiddon Road, Hattiesburg, MS 39402
Toll Free Number: 800-939-5580 | Fax: 601-261-2481
www.mchughfuller.com | info@mchughfuller.com