# EXHIBIT 5-c to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

| | |
|---|---|
| **From:** | ct2_opioid_team@mail-list.com on behalf of Christenson, Moniqúe |
| **To:** | ct2_opioid_team@mail-list.com |
| **Subject:** | [CT2_Opioid_Team] CT2 Expert Reports |
| **Date:** | Thursday, August 13, 2020 11:18:42 AM |
| **Attachments:** | Keyes, Katherine_MDL CT2 input calculations.xlsx |

Good Morning,

Attached please find documentation related to Dr. Keyes' CT2 report. Additional materials related to Dr. Alexander will be provided via the designate ShareFile link by the end of the day.

Best Regards,

Monique

**Moniqúe Christenson** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9366 | f. 843.216.9450 | mchristenson@motleyrice.com


Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

--------------------------------------------------------------------------

*Post your message to the list by sending it to CT2_Opioid_Team@mail-list.com.*

*To contact the list owner, send your message to CT2_Opioid_Team-list-owner@mail-list.com.*

*mail-list.com 1302 Waugh Dr. #438 Houston, Texas 77019 USA*

*To unsubscribe or change your email address, click here.*
*https://member.mail-list.com/u?ln=ct2_opioid_team&nm=jremuszka%40lchb.com*

Assumption 1: death rate among OUD cases is approximately equivalent to meta-analysis
All opioid death rate per 100,000 PY                0.0052

Assumption 2: death rate when fentanyl exposed is approximately three times non-fentanyl dea
Fentanyl death rate                                  0.0156

| Drug overdose deaths (CDC WONDER) | | 2006 | 2007 |
|---|---|---|---|
| | National | 34387 | 35977 |
| | West Virginia | 362 | 397 |
| | Cabell County, WV | 28 | 40 |

| Proportion of drug overdose deaths involved a synthetic opioid (T40.4) versus all others (CDC WONDER) | | 2006 | 2007 |
|---|---|---|---|
| National | Involving T40.4 | 0.08 | 0.06 |
| | Not involving T40.4 | 0.92 | 0.94 |
| West Virginia | Involving T40.4 | 0.14 | 0.2 |
| | Not involving T40.4 | 0.86 | 0.8 |
| Cabell County, WV | Involving T40.4 | 0.18 | 0.13 |
| | Not involving T40.4 | 0.82 | 0.87 |

| OUD population size dividing death rate by estimated death rate among users weighting high risk and low risk groups by proportion of deaths* | | 2006 | 2007 |
|---|---|---|---|
| National | OUD Population | 5700763 | 6177370 |
| | Total Population | 298379912 | 301231207 |
| | OUD Prevalence | 0.01910572 | 0.02050707 |
| West Virginia | OUD Population | 54387 | 54533 |
| | Total Population | 1827912 | 1834052 |
| | OUD Prevalence | 0.029753621 | 0.02973362 |
| Cabell County, WV | OUD Population | 3959 | 6105 |
| | Total Population | 94943 | 95059 |
| | OUD Prevalence | 0.041698703 | 0.06422327 |

* Formula is to multiply the death rate by proportion of deaths at that rate, and add it to the de
** interpolation between 2008 and 2010 because of data suppression

ath rate (based on existing literature)

| 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| 36395 | 36969 | 38290 | 41314 | 41482 | 43944 | 47023 |
| 458 | 226 | 512 | 635 | 557 | 570 | 627 |
| 30 | NA | 29 | 41 | 27 | 48 | 50 |

| 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| 0.06 | 0.07 | 0.08 | 0.06 | 0.06 | 0.07 | 0.12 |
| 0.94 | 0.93 | 0.92 | 0.94 | 0.94 | 0.93 | 0.88 |
| 0.19 | 0.19 | 0.2 | 0.16 | 0.16 | 0.17 | 0.19 |
| 0.81 | 0.81 | 0.8 | 0.84 | 0.84 | 0.83 | 0.81 |
| 0.33 | 0.25 | 0.17 | 0.12 | 0.19 | 0.1 | 0.22 |
| 0.67 | 0.75 | 0.83 | 0.88 | 0.81 | 0.9 | 0.78 |

| 2008 | 2009** | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| 6249141 | 6236336 | 6347812 | 7093750 | 7122596 | 7412955 | 7292649 |
| 304093966 | 306771529 | 308745538 | 311591917 | 313914040 | 316128839 | 318857056 |
| 0.02055003 | 0.02032893 | 0.02056001 | 0.02276616 | 0.02268964 | 0.02344916 | 0.02287122 |
| 63824 | 31494 | 70330 | 92512 | 81148 | 81803 | 87375 |
| 1840310 | 1847775 | 1852994 | 1855364 | 1855413 | 1854304 | 1850326 |
| 0.03468111 | 0.01704428 | 0.03795479 | 0.04986191 | 0.04373582 | 0.0441152 | 0.04722141 |
| 3475 | 3819 | 4162 | 6359 | 3763 | 7692 | 6677 |
| 95209 | 96040 | 96319 | 96653 | 96974 | 97133 | 97109 |
| 0.03649865 | 0.03976468 | 0.04321058 | 0.06579206 | 0.03880422 | 0.07919039 | 0.06875779 |

ath rate times proportion of death at that rate, then divide the total number of drug overdose

| 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|
| 52382 | 63624 | 70183 | 67326 |
| 725 | 884 | 974 | 856 |
| 79 | 97 | 145 | 115 |

| 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|
| 0.18 | 0.31 | 0.41 | 0.47 |
| 0.82 | 0.69 | 0.59 | 0.53 |
| 0.3 | 0.49 | 0.63 | 0.64 |
| 0.7 | 0.51 | 0.37 | 0.36 |
| 0.42 | 0.61 | 0.81 | 0.84 |
| 0.58 | 0.39 | 0.19 | 0.16 |

| 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|
| 7406957 | 7552707 | 7415786 | 6673870 |
| 321418820 | 323127513 | 325719178 | 327167434 |
| 0.02304457 | 0.02337377 | 0.02276742 | 0.02039894 |
| 87139 | 85859 | 82880 | 72200 |
| 1844128 | 1831102 | 1815857 | 1805832 |
| 0.04725214 | 0.04688925 | 0.04564236 | 0.03998157 |
| 8257 | 8403 | 10643 | 8252 |
| 96844 | 95987 | 94958 | 93224 |
| 0.08526083 | 0.0875431 | 0.11208113 | 0.08851798 |

deaths by that adjusted population rate