# EXHIBIT 5-f (PART I) to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

| | |
|---|---|
| **From:** | McNabb, Kelly K. |
| **To:** | "SPetkis@cov.com" |
| **Cc:** | "thester@cov.com"; do Amaral, Paulina; Arbitblit, Donald C.; "track2opioiddefendants@reedsmith.com"; "mdl2804discovery@motleyrice.com" |
| **Subject:** | RE: EXTERNAL-CT2: Keyes Materials |
| **Date:** | Thursday, September 24, 2020 4:01:18 PM |
| **Attachments:** | CT2 Keyes Notes.pdf |

Counsel,

In response to your below email, attached please find notes of Dr. Katherine Keyes.

Thank you,

**Kelly K. McNabb**
Partner
kmcnabb@lchb.com
t 212.355.9500
f 212.355.9592
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

**From:** 2804 Discovery, MDL [mailto:mdl2804discovery@motleyrice.com]
**Sent:** Friday, September 18, 2020 10:57 AM
**To:** MDL 2804
**Subject:** FW: EXTERNAL-CT2: Keyes Materials

**From:** Petkis, Steve <SPetkis@cov.com>
**Sent:** Friday, September 18, 2020 4:56:09 PM
**To:** 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>;
'track2opioiddefendants@reedsmith.com' <track2opioiddefendants@reedsmith.com>
**Cc:** Hester, Timothy <thester@cov.com>
**Subject:** EXTERNAL-CT2: Keyes Materials

Counsel,

Dr. Keyes's expert report references meetings that she attended with "local city and county officials" in Huntington and Cabell County. *See* Keyes Rep. at 41, 46.  During her deposition in this matter, Dr. Keyes testified that she has preserved notes of those meetings.  Defendants request that you promptly produce any notes of the meetings that Dr. Keyes referenced in her report or testimony in this matter.

Best,

Steve

**Stephen Petkis**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5801 | spetkis@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Microsoft 365 Groups

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Huntington meeting          3/4/20

Mayor Steve Williams
Mayor elected in 2012/2013

2016 - Office of Drug control Policy
  - local effort
  - Michael Bittacelli - Obama administration

2015 - 480 opioid transports
2016 - 1217 overdose transports
  ↓
  EMS brought to hospital

26 overdoses in a 5 block radius the summer that fentanyl arrived. 4 hour period
  → 2 died b/c used alone

2015 - 2,000 auto injectors of nalorone paid for by a company

Taylor Wilson - personal story

Key messages → another evolution is recovery industrial complex
- can't arrest out of the problem
- Save lives (naloxone) but doesn't promote recovery
- Now tx promotion

EMS/police — ↑ rates of suicide + PTSD
↳ First responders - developing wellness programs for compassion fatigue

☆ "City of Solutions" ☆
↳ Huntington not epicenter of heroin epidemic, epicenter of solution to the heroin epidemic.

REDACTED

- every time you get ahead of it, something else smacks us down

## Jan Radar

2017 - more firefighters & EMS died by suicide than in the line of duty.

Opioid epidemic is like an onion and every day there is a new layer revealed

Scale up of workforce
→ mental health
→ EMS
→ Bupe

Bupe providers
Stigma reduction

## Hank Dial

2017 - first responders had 6 deaths a month to see - huge toll on mental health

People who would have been fire & police are dead & addicted

even when big hit on Rx opioids,
price wouldn't change on the street

**Rocky** retired captain
 Commanding the drug unit for
  8 years.

 6 guys for entire metro area
 → got a lot of drugs off
   street but didn't make
   a dent

**Dr O'Connell** - addiction services

 SBIRT  largest substance use
        grant in university hx
 Trained providers
 Applyeed for many grants

 [PROACT] → totally coordinated care
 Provider response addiction care tx
 Treating the system, not the individual
 Whole person wellness.
  - family
  - housing
  - community
  - education/employment

Residental family treatment - 6 months
17 family capacity - 12 families now

Bringing coalitions together

- Opposite of addiction is connection
  → skills, education, work

"Recovery Friendly employers"

- Had <u>no</u> <u>choice</u> as a community but to do that.

Dr. <u>Hansen</u> - clinical addiction services

- Region has poor mental health

  methamphetamine has started
  → 40% of patients coming in tx now are poly w/ <u>meth</u>

☆ 6 yr old who overdosed ☆

<u>Kids</u> → ADHD-like symptoms
         Autism element -
         overstimulated +
         problems changing
         → aggressive nature
            to it.

HIV + Hep C

PRO ACT
→ 2K intakes last year
→ 150 in January

What works in other communities don't always work in Appalachia

Data
→ hospitals have multiple data systems
→ data are not linked & coordinated

- What data do we need, and where is it

- prevention - no one wants to pay for it.

- Capture recapture of Cabell county
- triangulate an estimate
  → live births w/ prenatal expsr
  → people in tx at a time point
  → survey data sources

List of parameters that are needed

Public health
1) Starts w/ Addiction
2) Addiction → abuse
3) Abuse → morbidity
4) Morbidity → mortality

Vital Stats                ED
IQVIA
NAS
ARCOS

David Chaffin
1998 - 1-2 methadone pts a year

NAS of opioid + Gabapentin/ neurontin
withdrawal from 3 wks to 3 months

NAS 150 per 1000 babies

nationally it is 30 per 1000

Dr. Wallenberg — rates of weird infections
↳ septic endocarditis
d,

REDACTED

National NSDUH
WV NSDUH
Sean Allen

    2008 Nat'l NSDUH

      [ OUD → Pain Reliever
            → Heroin

    State level

Sean Allen
    ↳ IDU population

REDACTED