# EXHIBIT 5-g to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

September 24, 2020

Kelly K. McNabb
Partner
kmcnabb@lchb.com

**VIA E-MAIL**

Carl R. Metz
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

RE: *City of Huntington, et al. v. AmerisourceBergen Drug Corp., et al.*
Materials for Dr. Katherine Keyes

Dear Mr. Metz:

In response to your September 22, 2020 letter, please find enclosed the requested calculations related to Dr. Katherine Keyes' sensitivity tests. We disagree with your characterization of Dr. Keyes' testimony, the purported "relevance" of the sensitivity tests, and the assertion that the previous production was incomplete. Contrary to your letter, Dr. Keyes did not testify that the calculations were "relevant" to her analyses. All of the calculations relevant to Dr. Keyes' report were provided in the workbook that you received several weeks ago.

Very truly yours,

Kelly K. McNabb

cc: mdl2804discovery@motleyrice.com
Track2OpioidDefendants@reedsmith.com

San Francisco   New York   Nashville   Munich   www.lieffcabraser.com

* suppressed values were set to 5

|  |  | All opioids: T40.0-T40.4 | Rx opioids including synthetic: T40.2, T40.3, T40.4 | Rx opioids not including synthetic: T40.2, T40.3 | Synthetic opioids only: T40.2-T40.4 minus T40.2 and T40.3 | Only syntheric opioids / all Rx opioids (We used WV rates as Cabell rates were based on small numbers) |
|---|---|---|---|---|---|---|
| 1999 |  | 5 | 5 | 5 | 0 | 0.44444444 |
| 2000 |  | 5 | 5 | 5 | 0 | 0.18918919 |
| 2001 |  | 12 | 12 | 5 | 7 | 0.20610687 |
| 2002 |  | 15 | 15 | 12 | 3 | 0.14792899 |
| 2003 |  | 15 | 15 | 5 | 10 | 0.13612565 |
| 2004 |  | 17 | 17 | 13 | 4 | 0.19166667 |
| 2005 |  | 5 | 5 | 5 | 0 | 0.2189781 |
| 2006 |  | 21 | 20 | 16 | 4 | 0.12 |
| 2007 |  | 37 | 33 | 28 | 5 | 0.18927445 |
| 2008 |  | 25 | 25 | 19 | 6 | 0.15789474 |
| 2009 |  | 5 | 5 | 5 | 0 | 0.15822785 |
| 2010 |  | 25 | 23 | 23 | 0 | 0.12296984 |
| 2011 |  | 36 | 29 | 26 | 3 | 0.09160305 |
| 2012 |  | 22 | 18 | 18 | 0 | 0.09512761 |
| 2013 |  | 42 | 26 | 24 | 2 |  |
| 2014 |  | 45 | 32 | 27 | 5 |  |
| 2015 |  | 69 | 48 | 29 | 19 |  |
| 2016 |  | 87 | 69 | 29 | 40 |  |
| 2017 |  | 132 | 124 | 24 | 100 |  |
| 2018 | Cabell | 105 | 104 | 17 | 87 |  |
| 1999 |  | 28 | 27 | 15 | 12 | 0.44444444 |
| 2000 |  | 39 | 37 | 30 | 7 | 0.18918919 |
| 2001 |  | 135 | 131 | 104 | 27 | 0.20610687 |
| 2002 |  | 174 | 169 | 144 | 25 | 0.14792899 |
| 2003 |  | 193 | 191 | 165 | 26 | 0.13612565 |
| 2004 |  | 247 | 240 | 194 | 46 | 0.19166667 |
| 2005 |  | 138 | 137 | 107 | 30 | 0.2189781 |

| Year | Region | | | | | |
|---|---|---|---|---|---|---|
| 2006 | | 279 | 275 | 242 | 33 | 0.12 |
| 2007 | | 328 | 317 | 257 | 60 | 0.18927445 |
| 2008 | | 367 | 342 | 288 | 54 | 0.15789474 |
| 2009 | | 175 | 158 | 133 | 25 | 0.15822785 |
| 2010 | | 447 | 431 | 378 | 53 | 0.12296984 |
| 2011 | | 547 | 524 | 476 | 48 | 0.09160305 |
| 2012 | | 464 | 431 | 390 | 41 | 0.09512761 |
| 2013 | | 487 | 414 | 368 | 46 | |
| 2014 | | 541 | 437 | 383 | 54 | |
| 2015 | | 621 | 512 | 380 | 132 | |
| 2016 | | 728 | 640 | 340 | 300 | |
| 2017 | | 828 | 795 | 304 | 491 | |
| 2018 | WV | 696 | 681 | 234 | 447 | |
| 1999 | | 5441 | 4030 | 3442 | 588 | 0.14590571 |
| 2000 | | 5848 | 4400 | 3785 | 615 | 0.13977273 |
| 2001 | | 6957 | 5528 | 4770 | 758 | 0.13712012 |
| 2002 | | 9168 | 7456 | 6483 | 973 | 0.13049893 |
| 2003 | | 10237 | 8517 | 7461 | 1056 | 0.12398732 |
| 2004 | | 11449 | 9857 | 8577 | 1280 | 0.12985695 |
| 2005 | | 12570 | 10928 | 9612 | 1316 | 0.1204246 |
| 2006 | | 15338 | 13723 | 11589 | 2134 | 0.15550536 |
| 2007 | | 16391 | 14408 | 12796 | 1612 | 0.11188229 |
| 2008 | | 17307 | 14800 | 13149 | 1651 | 0.11155405 |
| 2009 | | 18322 | 15597 | 13523 | 2074 | 0.13297429 |
| 2010 | | 19155 | 16651 | 14583 | 2068 | 0.12419674 |
| 2011 | | 20588 | 16917 | 15140 | 1777 | 0.10504227 |
| 2012 | | 21036 | 16007 | 14240 | 1767 | 0.1103892 |
| 2013 | | 23153 | 16235 | 14145 | 2090 | |
| 2014 | | 27119 | 18893 | 14838 | 4055 | |
| 2015 | | 31546 | 22598 | 15281 | 7317 | |
| 2016 | | 40778 | 32445 | 17087 | 15358 | |
| 2017 | | 46394 | 40051 | 17029 | 23022 | |
| 2018 | National | 45925 | 40893 | 14975 | 25918 | |

| Average of T40.4 only deaths directly attributable (average of average, 17.6) | | | All T40.4 deaths directly attributable | | | No T40.4 de |
|---|---|---|---|---|---|---|
| Directly attributable to Rx opiods | Deaths due to non-Rx opioids | Deaths due to non-Prescription Opioids attributable to Prescription Opioids | Directly attributable to Rx opiods | Deaths due to non-Rx opioids | Deaths due to non-Prescription Opioids attributable to Prescription Opioids | Directly attributable to Rx opiods |
| 5 | 0 | 0 | 5 | 0 | 0 | 5 |
| 5 | 0 | 0 | 5 | 0 | 0 | 5 |
| 12 | 0 | 0 | 12 | 0 | 0 | 5 |
| 15 | 0 | 0 | 15 | 0 | 0 | 12 |
| 15 | 0 | 0 | 15 | 0 | 0 | 5 |
| 17 | 0 | 0 | 17 | 0 | 0 | 13 |
| 5 | 0 | 0 | 5 | 0 | 0 | 5 |
| 20 | 1 | 1 | 20 | 1 | 1 | 16 |
| 33 | 4 | 2 | 33 | 4 | 2 | 28 |
| 25 | 0 | 0 | 25 | 0 | 0 | 19 |
| 5 | 0 | 0 | 5 | 0 | 0 | 5 |
| 23 | 2 | 1 | 23 | 2 | 1 | 23 |
| 29 | 7 | 4 | 29 | 7 | 4 | 26 |
| 18 | 4 | 2 | 18 | 4 | 2 | 18 |
| 24 | 18 | 10 | 26 | 16 | 9 | 24 |
| 28 | 17 | 9 | 32 | 13 | 7 | 27 |
| 32 | 37 | 20 | 48 | 21 | 11 | 29 |
| 36 | 51 | 27 | 69 | 18 | 10 | 29 |
| 42 | 90 | 48 | 124 | 8 | 4 | 24 |
| 32 | 73 | 39 | 104 | 1 | 1 | 17 |
| 27 | 1 | 1 | 27 | 1 | 1 | 15 |
| 37 | 2 | 1 | 37 | 2 | 1 | 30 |
| 131 | 4 | 2 | 131 | 4 | 2 | 104 |
| 169 | 5 | 3 | 169 | 5 | 3 | 144 |
| 191 | 2 | 1 | 191 | 2 | 1 | 165 |
| 240 | 7 | 4 | 240 | 7 | 4 | 194 |
| 137 | 1 | 1 | 137 | 1 | 1 | 107 |

| | | | | | | |
|---:|---:|---:|---:|---:|---:|---:|
| 275 | 4 | 2 | 275 | 4 | 2 | 242 |
| 317 | 11 | 6 | 317 | 11 | 6 | 257 |
| 342 | 25 | 13 | 342 | 25 | 13 | 288 |
| 158 | 17 | 9 | 158 | 17 | 9 | 133 |
| 431 | 16 | 9 | 431 | 16 | 9 | 378 |
| 524 | 23 | 12 | 524 | 23 | 12 | 476 |
| 431 | 33 | 18 | 431 | 33 | 18 | 390 |
| 376 | 111 | 59 | 414 | 73 | 39 | 368 |
| 393 | 148 | 79 | 437 | 104 | 56 | 383 |
| 403 | 218 | 116 | 512 | 109 | 58 | 380 |
| 393 | 335 | 179 | 640 | 88 | 47 | 340 |
| 391 | 437 | 233 | 795 | 33 | 18 | 304 |
| 313 | 383 | 205 | 681 | 15 | 8 | 234 |
| 4030 | 1411 | 753 | 4030 | 1411 | 753 | 3442 |
| 4400 | 1448 | 773 | 4400 | 1448 | 773 | 3785 |
| 5528 | 1429 | 763 | 5528 | 1429 | 763 | 4770 |
| 7456 | 1712 | 914 | 7456 | 1712 | 914 | 6483 |
| 8517 | 1720 | 918 | 8517 | 1720 | 918 | 7461 |
| 9857 | 1592 | 850 | 9857 | 1592 | 850 | 8577 |
| 10928 | 1642 | 877 | 10928 | 1642 | 877 | 9612 |
| 13723 | 1615 | 862 | 13723 | 1615 | 862 | 11589 |
| 14408 | 1983 | 1059 | 14408 | 1983 | 1059 | 12796 |
| 14800 | 2507 | 1339 | 14800 | 2507 | 1339 | 13149 |
| 15597 | 2725 | 1455 | 15597 | 2725 | 1455 | 13523 |
| 16651 | 2504 | 1337 | 16651 | 2504 | 1337 | 14583 |
| 16917 | 3671 | 1960 | 16917 | 3671 | 1960 | 15140 |
| 16007 | 5029 | 2685 | 16007 | 5029 | 2685 | 14240 |
| 14411 | 8742 | 4668 | 16235 | 6918 | 3694 | 14145 |
| 15353 | 11766 | 6283 | 18893 | 8226 | 4393 | 14838 |
| 16211 | 15335 | 8189 | 22598 | 8948 | 4778 | 15281 |
| 19039 | 21739 | 11609 | 32445 | 8333 | 4450 | 17087 |
| 19955 | 26439 | 14118 | 40051 | 6343 | 3387 | 17029 |
| 18269 | 27656 | 14768 | 40893 | 5032 | 2687 | 14975 |

| Deaths due to non-Rx opioids | Deaths due to non-Prescription Opioids attributable to Prescription Opioids | Average of T40.4 only deaths directly attributable (average of average, 17.6 (summed average, 17.1) | | Assuming average numb 2012 Rx fentanyl deat | | |
|---|---|---|---|---|---|---|
| | | Directly attributable to Rx opiods | Deaths due to non-Rx opioids | Deaths due to non-Prescription Opioids attributable to Prescription Opioids | Directly attributable to Rx opiods | Deaths due to non-Rx opioids |
| 0 | 0 | 5 | 0 | 0 | 5 | 0 |
| 0 | 0 | 5 | 0 | 0 | 5 | 0 |
| 7 | 4 | 12 | 0 | 0 | 12 | 0 |
| 3 | 2 | 15 | 0 | 0 | 15 | 0 |
| 10 | 5 | 15 | 0 | 0 | 15 | 0 |
| 4 | 2 | 17 | 0 | 0 | 17 | 0 |
| 0 | 0 | 5 | 0 | 0 | 5 | 0 |
| 5 | 3 | 20 | 1 | 1 | 20 | 1 |
| 9 | 5 | 33 | 4 | 2 | 33 | 4 |
| 6 | 3 | 25 | 0 | 0 | 25 | 0 |
| 0 | 0 | 5 | 0 | 0 | 5 | 0 |
| 2 | 1 | 23 | 2 | 1 | 23 | 2 |
| 10 | 5 | 29 | 7 | 4 | 29 | 7 |
| 4 | 2 | 18 | 4 | 2 | 18 | 4 |
| 18 | 10 | 24.342 | 17.658 | 9 | 27 | 15 |
| 18 | 10 | 27.855 | 17.145 | 9 | 30 | 15 |
| 40 | 21 | 32.249 | 36.751 | 20 | 32 | 37 |
| 58 | 31 | 35.84 | 51.16 | 27 | 32 | 55 |
| 108 | 58 | 41.1 | 90.9 | 49 | 27 | 105 |
| 88 | 47 | 31.877 | 73.123 | 39 | 20 | 85 |
| 13 | 7 | 27 | 1 | 1 | 27 | 1 |
| 9 | 5 | 37 | 2 | 1 | 37 | 2 |
| 31 | 17 | 131 | 4 | 2 | 131 | 4 |
| 30 | 16 | 169 | 5 | 3 | 169 | 5 |
| 28 | 15 | 191 | 2 | 1 | 191 | 2 |
| 53 | 28 | 240 | 7 | 4 | 240 | 7 |
| 31 | 17 | 137 | 1 | 1 | 137 | 1 |

| | | | | | | |
|---:|---:|---:|---:|---:|---:|---:|
| 37 | 20 | 275 | 4 | 2 | 275 | 4 |
| 71 | 38 | 317 | 11 | 6 | 317 | 11 |
| 79 | 42 | 342 | 25 | 13 | 342 | 25 |
| 42 | 22 | 158 | 17 | 9 | 158 | 17 |
| 69 | 37 | 431 | 16 | 9 | 431 | 16 |
| 71 | 38 | 524 | 23 | 12 | 524 | 23 |
| 74 | 40 | 431 | 33 | 18 | 431 | 33 |
| 119 | 64 | 375.866 | 111.134 | 59 | 403 | 84 |
| 158 | 84 | 392.234 | 148.766 | 79 | 418 | 123 |
| 241 | 129 | 402.572 | 218.428 | 117 | 415 | 206 |
| 388 | 207 | 391.3 | 336.7 | 180 | 375 | 353 |
| 524 | 280 | 387.961 | 440.039 | 235 | 339 | 489 |
| 462 | 247 | 310.437 | 385.563 | 206 | 269 | 427 |
| 1999 | 1067 | 4030 | 1411 | 753 | 4030 | 1411 |
| 2063 | 1102 | 4400 | 1448 | 773 | 4400 | 1448 |
| 2187 | 1168 | 5528 | 1429 | 763 | 5528 | 1429 |
| 2685 | 1434 | 7456 | 1712 | 914 | 7456 | 1712 |
| 2776 | 1482 | 8517 | 1720 | 918 | 8517 | 1720 |
| 2872 | 1534 | 9857 | 1592 | 850 | 9857 | 1592 |
| 2958 | 1580 | 10928 | 1642 | 877 | 10928 | 1642 |
| 3749 | 2002 | 13723 | 1615 | 862 | 13723 | 1615 |
| 3595 | 1920 | 14408 | 1983 | 1059 | 14408 | 1983 |
| 4158 | 2220 | 14800 | 2507 | 1339 | 14800 | 2507 |
| 4799 | 2563 | 15597 | 2725 | 1455 | 15597 | 2725 |
| 4572 | 2441 | 16651 | 2504 | 1337 | 16651 | 2504 |
| 5448 | 2909 | 16917 | 3671 | 1960 | 16917 | 3671 |
| 6796 | 3629 | 16007 | 5029 | 2685 | 16007 | 5029 |
| 9008 | 4810 | 14502.39 | 8650.61 | 4619 | 15550 | 7603 |
| 12281 | 6558 | 15531.405 | 11587.595 | 6188 | 16243 | 10876 |
| 16265 | 8686 | 16532.207 | 15013.793 | 8017 | 16686 | 14860 |
| 23691 | 12651 | 19713.218 | 21064.782 | 11249 | 18492 | 22286 |
| 29365 | 15681 | 20965.762 | 25428.238 | 13579 | 18434 | 27960 |
| 30950 | 16527 | 19406.978 | 26518.022 | 14161 | 16380 | 29545 |

| er of 1999-<br>ths/year<br><br>Deaths due to non-Prescription Opioids attributable to Prescription Opioids | Total prescription opioid attributable<br><br>**Average of T40.4 only deaths directly attributable (average of average, 17.6)** | Total prescription opioid attributable<br><br>**All T40.4 deaths directly attributable** |
|---|---|---|
| 0 | 5 | 5 |
| 0 | 5 | 5 |
| 0 | 12 | 12 |
| 0 | 15 | 15 |
| 0 | 15 | 15 |
| 0 | 17 | 17 |
| 0 | 5 | 5 |
| 1 | 21 | 21 |
| 2 | 35 | 35 |
| 0 | 25 | 25 |
| 0 | 5 | 5 |
| 1 | 24 | 24 |
| 4 | 33 | 33 |
| 2 | 20 | 20 |
| 8 | 34 | 35 |
| 8 | 37 | 39 |
| 20 | 52 | 59 |
| 29 | 63 | 79 |
| 56 | 90 | 128 |
| 45 | 71 | 105 |
| 1 | 28 | 28 |
| 1 | 38 | 38 |
| 2 | 133 | 133 |
| 3 | 172 | 172 |
| 1 | 192 | 192 |
| 4 | 244 | 244 |
| 1 | 138 | 138 |

| | | |
|---:|---:|---:|
| 2 | 277 | 277 |
| 6 | 323 | 323 |
| 13 | 355 | 355 |
| 9 | 167 | 167 |
| 9 | 440 | 440 |
| 12 | 536 | 536 |
| 18 | 449 | 449 |
| 45 | 435 | 453 |
| 66 | 472 | 493 |
| 110 | 519 | 570 |
| 189 | 572 | 687 |
| 261 | 624 | 813 |
| 228 | 518 | 689 |
| 753 | 4783 | 4783 |
| 773 | 5173 | 5173 |
| 763 | 6291 | 6291 |
| 914 | 8370 | 8370 |
| 918 | 9435 | 9435 |
| 850 | 10707 | 10707 |
| 877 | 11805 | 11805 |
| 862 | 14585 | 14585 |
| 1059 | 15467 | 15467 |
| 1339 | 16139 | 16139 |
| 1455 | 17052 | 17052 |
| 1337 | 17988 | 17988 |
| 1960 | 18877 | 18877 |
| 2685 | 18692 | 18692 |
| 4060 | 19079 | 19929 |
| 5808 | 21636 | 23286 |
| 7935 | 24400 | 27376 |
| 11901 | 30648 | 36895 |
| 14931 | 34073 | 43438 |
| 15777 | 33037 | 43580 |

| No T40.4 deaths directly attributable | Average of T40.4 only deaths directly attributable (average of average, 17.6 (summed average, 17.1) | Assuming average number of 1999-2012 Rx fentanyl deaths/year |
|---|---|---|
| Total prescription opioid attributable | Total prescription opioid attributable | Total prescription opioid attributable |
| 5 | 5 | 5 |
| 5 | 5 | 5 |
| 9 | 12 | 12 |
| 14 | 15 | 15 |
| 10 | 15 | 15 |
| 15 | 17 | 17 |
| 5 | 5 | 5 |
| 19 | 21 | 21 |
| 33 | 35 | 35 |
| 22 | 25 | 25 |
| 5 | 5 | 5 |
| 24 | 24 | 24 |
| 31 | 33 | 33 |
| 20 | 20 | 20 |
| 34 | 33.342 | 35 |
| 37 | 36.855 | 38 |
| 50 | 52.249 | 52 |
| 60 | 62.84 | 61 |
| 82 | 90.1 | 83 |
| 64 | 70.877 | 65 |
| 22 | 28 | 28 |
| 35 | 38 | 38 |
| 121 | 133 | 133 |
| 160 | 172 | 172 |
| 180 | 192 | 192 |
| 222 | 244 | 244 |
| 124 | 138 | 138 |

| | | |
|---:|---:|---:|
| 262 | 277 | 277 |
| 295 | 323 | 323 |
| 330 | 355 | 355 |
| 155 | 167 | 167 |
| 415 | 440 | 440 |
| 514 | 536 | 536 |
| 430 | 449 | 449 |
| 432 | 434.866 | 448 |
| 467 | 471.234 | 484 |
| 509 | 519.572 | 525 |
| 547 | 571.3 | 564 |
| 584 | 622.961 | 600 |
| 481 | 516.437 | 497 |
| 4509 | 4783 | 4783 |
| 4887 | 5173 | 5173 |
| 5938 | 6291 | 6291 |
| 7917 | 8370 | 8370 |
| 8943 | 9435 | 9435 |
| 10111 | 10707 | 10707 |
| 11192 | 11805 | 11805 |
| 13591 | 14585 | 14585 |
| 14716 | 15467 | 15467 |
| 15369 | 16139 | 16139 |
| 16086 | 17052 | 17052 |
| 17024 | 17988 | 17988 |
| 18049 | 18877 | 18877 |
| 17869 | 18692 | 18692 |
| 18955 | 19121.39 | 19610 |
| 21396 | 21719.405 | 22051 |
| 23967 | 24549.207 | 24621 |
| 29738 | 30962.218 | 30393 |
| 32710 | 34544.762 | 33365 |
| 31502 | 33567.978 | 32157 |

