# EXHIBIT 6-b to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

# Schedule 1

# Andrew Kolodny, MD
46-58 Hanford Street
Douglaston, New York 11362
(917) 582-9005
andrewjkolodny@gmail.com

## EDUCATION AND TRAINING

**Columbia University College of Physicians and Surgeons**, New York, NY
  Fellowship in Public Psychiatry (2003-2004)

**Unites States Senate,** Washington, DC
  Daniel X Freedman Health Policy Fellowship (2003)

**Mount Sinai School of Medicine**, New York, NY
  Internship & Residency in Psychiatry (1999-2003)

**Temple University School of Medicine**, Philadelphia, PA
  M.D. (1995-1999)

**Queens College**, Flushing, NY
  B.A., Sociology (1989-1994)

## LICENSURE AND BOARD CERTIFICATION

New York State Medical License
American Board of Psychiatry & Neurology
American Board of Addiction Medicine

## PRESENT POSITIONS

**Brandeis University**, Heller School for Social Policy and Management, Waltham, MA.
  Medical Director, Opioid Policy Research Collaborative (2016 – present)

**Columbia University**, Mailman School of Public Health, New York, NY.
  Course Director, Addressing the Opioid Crisis (2018– present)

**Physicians for Responsible Opioid Prescribing**
  Executive Director (2014 – present)
  President (2011 – 2014)

1

## PAST POSITIONS

**Phoenix House**, New York, NY
    Chief Medical Officer & Senior Vice President (2013-2016)

**Maimonides Medical Center**, Brooklyn, NY
    Chair, Department of Psychiatry (2008 – 2013)
    Vice Chair, Department of Psychiatry (2006 – 2008)

**New York City Department of Health and Mental Hygiene,** New York, NY
    Office of the Executive Deputy Commissioner
    Medical Director for Special Projects (2003-2005)

## ACADEMIC APPOINTMENTS

**New York University, Global Institute of Public Health**
    Research Professor

**Brandeis University, Heller School for Social Policy and Management**
    Senior Scientist

**Columbia University, Mailman School of Public Health**
    Adjunct Assistant Professor in Health Policy and Management

**Columbia University College of Physicians and Surgeons**
    Department of Psychiatry, Public Psychiatry Fellowship Program
    Voluntary Faculty

## CONSULTING AND ADVISING

National Judicial Opioid Task Force
Pennsylvania Department of Aging
The National Governors Association
The National Association of Attorneys General
New York State Interagency Task Force

2

## AWARDS

Partnership for Drug Free New Jersey 2019 Angel of Hope Award
University of Chicago 2018 Leon I. Goldberg Award
Dynamite Youth Center Foundation Annual Award
Brooklyn Housing & Family Services Annual Award
American Association of Psychiatric Administrators Annual Award
NYC Department of Health and Mental Hygiene Outstanding Service Award
Mount Sinai School of Medicine Mildred Hope Witkin Award
American Psychiatric Foundation Daniel X. Freedman Congressional Fellowship
Mount Sinai School of Medicine Teacher of the Year
City University of New York Jonas Salk Award
Ford Foundation Diversity Initiative Award

## GRANT SUPPORTED RESEARCH

Co-Investigator, Risk Management and Compensation in the Era of Naloxone. Funded by the National Institutes of Health.

Principal Investigator, Impact of the New Jersey State Opioid Prescribing Law. Funded by Partnership for Drug Free New Jersey

Principal Investigator, Utilization of the New York State Prescription Drug Monitoring Program to Reduce Risky Prescribing. Funded by the United States Food and Drug Administration

Principal Investigator, Treatment of Opioid Addicted Chronic Pain Patients with Buprenorphine. Funded by Maimonides Medical Center Research Foundation.

Co-investigator, Pilot Study of Buprenorphine Maintenance for Opioid Addicted Jail Inmates. Funded by National Institute on Drug Abuse.

Co-investigator, Substance Abuse, HIV, & Hepatitis Prevention for Minority Populations and Minority Reentry Populations in Communities of Color, funded by the Substance Abuse and Mental Health Services Administration.

## JOURNAL PEER REVIEWS

New England Journal of Medicine
JAMA
JAMA Internal Medicine
JAMA Psychiatry
Health Affairs
Public Health Reports

3

## JOURNAL PEER REVIEWS (continued)

Journal of Public Health
Drug and Alcohol Dependence
American Journal of Public Health
The American Journal on Addictions
American Journal of Preventive Medicine
Substance Abuse: Research and Treatment

## PUBLICATIONS

*Academic Journals & Books*

1. Kolodny A. How FDA Failures Contributed to the Opioid Crisis. AMA J Ethics. 2020;22(8):E743-750. doi: 10.1001/amajethics.2020.743.

2. Hall OT, Hall OE, Kolodny A, et al. Assessment of Excess Mortality Associated with Drug Overdose in Ohio From 2009 to 2018. JAMA Network Open. 2020 Apr; 3(4): e202183. Published online 2020 Apr 7.

3. Alexander GC, Kolodny A. Initial Opioid Prescriptions among U.S. Patients, 2012-2017. N Engl J Med. 2019 Jun 27;380(26):2587.

4. Kolodny A, Frieden TF. Government Actions to Curb the Opioid Epidemic-Reply. JAMA. 2018 Apr 17;319(15):1620-1621.

5. Kolodny A, Frieden TF. Ten Steps the Federal Government Should Take Now to Reverse the Opioid Addiction Epidemic. JAMA. 2017 Oct 24;318(16):1537-1538.

6. Lin D, Lucas E, Murimi IB, Kolodny A, Alexander GC. Potential Financial Conflicts of Interest and Federal Opioid Guidelines:  A Cross Sectional Study. JAMA Intern Med. 2017 Mar 1;177(3):427-428.

7. Kolodny A. Chronic Pain Patients Are Not Immune to Opioid Harms (letter). J Pain Palliat Care Pharmacother. 2016 Dec;30(4):330-331.

8. Hwang CS, Turner LW, Kruszewski SP, Kolodny A, Alexander GC. Primary Care Physicians' Knowledge and Attitudes Regarding Prescription Opioid Abuse and Diversion. Clin J Pain. 2016 Apr; 32(4):279-84.

9. Kolodny A, Courtwright DT, Hwang CS, Kreiner P, Eadie JL, Clark TW, Alexander GC. The Prescription Opioid and Heroin Crisis: A Public Health Approach to an Epidemic of Addiction. Annual Rev Public Health. 2015 Mar 18;36:559-74.

10. Ballantyne JC, Kolodny A. Preventing prescription opioid abuse (letter). JAMA. 2015 Mar 10;313(10):1059.

11. Hwang CS, Turner LW, Kruszewski SP, Kolodny A, Alexander GC. Prescription Drug Abuse: A National Survey of Primary Care Physicians. JAMA Intern Med. 2015 Feb;175(2):302-4.

12. Kolodny A. Better late than never: time to up-schedule hydrocodone combination products. Pain Medicine, 2013;11:1627-1628.

13. Ballantyne J, Sullivan M, Kolodny A.  Opioid Dependence vs Addiction—A Distinction Without a Difference?  Arch Intern Med. 2012;1 72(17):1342-1343.

14. Von Korff M, Kolodny A, Deyo R, Chou R.  Long-Term Opioid Therapy Reconsidered. Annals of Internal Medicine.  2011; 155-325-328.

15. Harrison M, Lednyak L, Kolodny A, Petit J. Buprenorphine: an office-based treatment for opioid dependence. City Health Information. 2008;27(4):25–32.

16. Magura S, Lee S, Salsitz E, Kolodny A, Whitley S, Taubes T, Seewald R, Joseph H, Kayman D, Fong C, Marsch L, Rosenblum A. Outcomes of Buprenorphine Maintenance in Office- based Practice. Journal of Addictive Disorders. 2007; 26(2):13-23.

17. Kolodny A. Psychiatrists as Administrators: The Perspective of a Mental Health Department Psychiatrist. Psychiatric Quarterly. 2007; April 14.

18. Kolodny A. Psychiatric consequences of methamphetamine use. Journal of GLBT Psychotherapy. 2006; 10:67-72.

19. Wainberg M, Kolodny A, Drescher J. Crystal meth and MSM: What mental health care professionals need to know. Binghamton, NY: Haworth Press, 2006.

20. Kolodny A, Sederer L. Brief interventions for alcohol problems. City Health Information. 2005; 24(8): 51-58. 2005.

21. Sederer LI, Kolodny AJ. Taking issue: Office based buprenorphine offers a second chance. Psychiatric Services. 2004; 55:743.

22. Sederer LI, Kolodny AJ. Detecting and treating depression in adults. City Health Information. 2004; 23(1):1-8.

23. Kolodny A, Lamon S, Sederer L. Buprenorphine: A new office-based treatment for opioid dependence. City Health Information. 2004; 23(4): 19-22.

24. Wainberg M, Kolodny A, Siever L. Personality Disorders.  In: Preskorn SH, Feighner JP,

5

Stanga CY & Ross R, eds., Antidepressants: Past, Present and Future. Springer Verlag, Berlin, Germany, 2004: 489-515.

25. American Psychiatric Association: Practice guideline for the treatment of patients with bipolar disorder (revision). American Journal of Psychiatry 159 (April Supplement):1-50, 2002. (Development and editing process).

26. Kolodny A, McVeigh T, Galea S. A neighborhood analysis of opiate overdose mortality in New York City and potential interventions: A discussion document, August 2003 (on file with the New York City Department of Health and Mental Hygiene).

27. American Psychiatric Association: Practice guideline for the assessment and treatment of patients with suicidal behaviors. American Journal of Psychiatry 160 (Nov. Supplement):1-60, 2003 (Development and editing process).

28. Min P, Kolodny A. The Middleman Minority Characteristics of Korean Immigrants in the United States. In: Kim K, ed. Koreans in the Hood: Conflict with African Americans. Baltimore: Johns Hopkins University Press, 1999: 131-154.

*Non-Academic*

1. Kolodny, A. "The Opioid Epidemic in 6 Charts." The Conversation. Oct 4, 2017.

2. Kolodny, A. "Trump is not off to a good start with opioid addiction." The Hill. April 25, 2017.

3. Kolodny, A. "Crooked Doctors Are Not Fueling the Opioid Epidemic." New York Times. Feb 17, 2016.

4. Kolodny, A. "Crush-Resistant Opioids: Not All They're Cracked Up to Be." Media Planet. Nov 8, 2015.

5. Kolodny A. "Naloxone: Necessary but Not Nearly Enough." HuffPost. June 11, 2014.

6. Kolodny, A. "Zohydro: The FDA-Approved Prescription for Addiction." HuffPost. Feb 26, 2014.

7. Kolodny, A. "Opioids Are Rarely the Answer." New York Times. Feb 15, 2012.

**SELECTED KEYNOTE PRESENTATIONS**

The Prescription Opioid and Heroin Crisis: Responding to an Epidemic of Addiction
The American Association of Oral and Maxillofacial Surgeons Annual Conference

6

San Francisco, CA, October 12, 2017.

The Prescription Opioid Addiction Crisis
California Healthcare Foundation
Oakland, CA, September 22, 2016.

The North American Opioid Addiction Epidemic
International Medicine in Addiction Conference
Melbourne, Australia, March 21, 2015.

The North American Opioid Addiction Epidemic
World Health Organization
Geneva, Switzerland, Nov 6, 2014.

Overview of the Opioid Analgesic Epidemic.
National Governors' Association Meeting
Frankfort, Kentucky, January 15, 2013.

An Iatrogenic Epidemic—Lessons from the Opioid Experiment
Seventh Annual Conference of The Addiction Institute of New York
New York NY March 2, 2012.

The History of Heroin Treatment: from Methadone to Buprenorphine
Bicentennial Celebration, New York City Department of Health and Mental Hygiene
New York, NY, August 24, 2005.

The History of Heroin Treatment: from Methadone to Buprenorphine
Bicentennial Celebration, New York City Department of Health and Mental Hygiene
New York, NY, August 24, 2005.

---

**SELECTED TESTIMONY**

U.S. Senate, Caucus on International Narcotics Control, "America's Addiction to Opioids: Heroin and Prescription Drug Abuse," 113th Congress, May 14, 2014.

U.S. Senate, Committee on Homeland Security and Governmental Affairs, "Unintended Consequences: Medicaid and the Opioid Epidemic," January 17, 2018.

U.S. House of Representatives, Committee on Energy & Commerce, Subcommittee on Health. "Combatting the Opioid Crisis," February 28, 2018.

U.S. District Court for the Northern District of Ohio. "Multi-District Litigation Against Opioid Manufacturers and Distributers," January 31, 2018. Invited by counsel for county governments to testify about causes of the U.S. opioid crisis.

7

District Court, Cleveland County, State of Oklahoma. "Oklahoma Attorney General vs Purdue Pharma et al." July 2019. Testified as an expert witness for the State of Oklahoma.

---

**SELECTED MEDIA APPEARANCES**

The Wall Street Journal, November 27, 2019. "Major League Baseball Close to a New Opioids Policy."

The New York Times, April 24, 2019. "Trump Declares Commitment to Ending Opioid Crisis 'Once and for All'."

The Financial Times, June 20, 2018. "Rehab USA: how should America treat its opioid victims?"

New York Times, February 14, 2018. How a Police Chief, a Governor and a Sociologist Would Spend $100 Billion to Solve the Opioid Crisis.

The New Yorker, October 30, 2017. "The Family that Built an Empire of Pain."

New York Times, January 17, 2016. "Drug Overdoses Propel Rise in Mortality Rates of Young Whites."

C-SPAN Washington Journal, October 25, 2015. "Dr. Andrew Kolodny on Combating Drug Abuse."

New York Times, October 22, 2015. "Obama Strikes Personal Note as He Urges Help for Addiction."

New York Times, October 8, 2015. "F.D.A. Approval of OxyContin Use for Children Continues to Draw Scrutiny."

NPR On Point with Tom Ashbrook, October 6, 2015. "American Opioid Addiction Keeps Growing."

Wall Street Journal, April 1, 2015. "FDA Offers Guidance on Developing Opioids Less Prone to Be Abused."

Forbes, February 6, 2015. "How Obama Plans to Combat Prescription Opioid And Heroin Abuse In 2016."

PBS NewsHour, January 6, 2015. "How Should the U.S. Regulate Powerful Painkillers? Boston Globe. Dec 29, 2014.

Groups unite against curbing painkillers USA Today, Dec 15, 2014. Doctors prescribing most potent painkillers face scrutiny."

8

New York Times, November 20, 2014. "FDA Approves Hysingla, a Powerful Painkiller."

Wall Street Journal, October 1, 2014. "Maker of Painkiller Tries to Curb Abuse."

Washington Post, September 28, 2014. "Overdose deaths spur families to march on Mall over opioid epidemic."

New York Times, August 28, 2014. Heroin's Death Toll Rising in New York, Amid a Shift in Who Uses It

LA Times, July 25, 2014. FDA approves new opioid pain reliever designed to be hard to abuse

Wall Street Journal, January 25, 2013. FDA Panel Calls for New Curbs on Common Painkiller

Washington Post, December 30, 2012. "Rising Painkiller Addiction Shows Damage from Drugmakers' Role in Shaping Medical Opinion."

9