# EXHIBIT 6-c to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

**Schedule 2: Testimony**

**Trial Testimony:**

*State of Oklahoma, et al. v. Purdue Phamra L.P., et al.*
District Court of Cleveland County, State of Oklahoma Case No. CJ-2017-816

**Deposition Testimony:**

*State of Oklahoma, et al. v. Purdue Phamra L.P., et al.*
District Court of Cleveland County, State of Oklahoma Case No. CJ-2017-816

*In Re.: National Prescription Opiate Litigation*
Northern District of Illinois Case No. 2017-md-2804

*Cody Sparrow, et al. vs William E. Hough MD, et al.*
Circuit Court of the Thirteenth Judicial Circuit County of Grundy, State of Illinois Case No. 2009-L-62