# EXHIBIT 6-e to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

**Schedule 4. Additional Materials Considered**

**Depositions and Exhibits:**

Kelly Deposition, Dkt. # 1963-14

Russell Portenoy Deposition (01/24/19), Dkt. # 1969-11

Perry Fri Deposition

Rita Norton Deposition exhibit no. 448.

Kathleen Foley Deposition

Melanie Rosenblatt Deposition (05/31/19)

Michael Miller Deposition (06/04/19)

Elizabeth Tatum Deposition (12/11/18)

Burt Rosen Deposition, Dkt. # 1970-10

Alan Must Deposition (3/14/19), Dkt. #1968-13

**Articles and Websites:**

1. Tesfaye, N. (2019, May 29). *Associate Companies.* Home National Association of Chain Drug Stores (NACDS). https://www.nacds.org/membership/directories/associate-companies/

2. Ornstein, C., & Weber, T. (2012, May 8). senate panel investigates drug companies ties to paingroups. Washington Post. https://www.washingtonpost.com/national/health-science/senate-panel-investigates-drug-companies-ties-to-paingroups/2012/05/08/gIQA2X4qBU_story.html?utm_term=.923591ad4d49

3. http://archive.jsonline.com/watchdog/watchdogreports/120331689.html/

4. Model Policy for the Use of Controlled Substances for the Treatment of Pain (2004)

5. Scott Fishman, FSMB Responsible Opioid Prescribing: A Clinician's Guide (2007)

6. Managing Persistent Pain in Older Persons – American Geriatric Society (1998)

7. Management of Persistent Pain in Older Persons-American Geriatric Society (2002)

8. The Pharmacological Management of Pain in Older Persons (2009).

9. Russell K. Portenoy & Kathleen M. Foley, Chronic Use Of Opioid Analgesics In Non-Malignant Pain: Report Of 38 Cases, Pain 25.2, 171-186 (1986)

10. Thomas Catan & Evan Perez, A Pain-Drug Champion Has Second Thoughts, Wall. St. J. (Dec. 17, 2012), https://www.wsj.com/articles/SB10001424127887324478304578173342657044604

11. Fueling and Epidemic, Exposing the Financial Ties Between Opioid Manufacturers and Third Party Advocacy Groups, U.S. Senate Homeland Security and Governmental Affairs Committee, Minority Staff Report (Feb. 2018)

12. Fueling an Epidemic: Exposing the Financial Ties Between Opioid Manufacturers and Third Party Advocacy Groups (Report 2) (https://www.hsdl.org/?abstract&did=808171)

13. Fauber, J. (2011, April 10). UW group ends drug firm funds. The Milwaukee Journal Sentinel. http://archive.jsonline.com/watchdog/watchdogreports/120331689.html/

14. AAPM & APS, The Use of Opioids for the Treatment of Chronic Pain: A consensus statement from the American Academy of Pain Medicine and the American Pain Society, 6 J. of Pain 1, 77-79 (1997)

15. Past Presidents, American Academy of Pain Medicine, available at https://painmed.org/about/board/council-ofpast-presidents, last accessed on July 30, 2019

16. Paula Moyer, The Current State of Pain Management, MedScape (2005), https:www.medscape.org/viewarticle/500829

17. Corporate Relations Council, American 97 and no Academy of Pain Medicine, available at https://painmed.org/about/corporate-support/corporate-relations-council, last accessed on July 30, 2019; see also, Corporate Relations Council: Striving for Better Patient Care, American Academy of Pain Medicine, available at https://painmed.org/uploads/about/aapm-corporate-relations-council-brochure.pdf, last accessed on July 30, 2019

18. https://www.successfactors.com/content/ssf-site/en/resources/knowledge-hub/educational-articles/jointcommission-compliance.html

19. Federation of Medical Boards of the United States, Inc., Model Guidelines for the Use of Controlled Substances for the Treatment of Pain (May 2, 1998) (hereinafter "FSMB, Model Guidelines")

20. Murphy, B. (2017, May 31) For first time, physician practice owners are not the majority. American Medical Association. https://www.ama-assn.org/practice-management/economics/first-time-physician-practice-owners-are-not-majority

21. Joint Commission on Accreditation of Healthcare Organizations, Pain Standards for 2001 (2001); https://www.jointcommission.org/assets/1/6/Pain_Std_History_Web_Version_05122017.pdf

**Produced Documents:**

| | |
|---|---|
| 2018-02-05_RP_000221-000741 | JAN-MS-00313716 |
| ABDCMDL00169889 | JAN-MS-00324305 |
| ABT-MDL-KY-0043299 | PDD1701481531 |
| CAH_MDL2804_00886155 | PKY181656516 |
| CHC00068828 | PPLP003477086 |
| CHI_001715794 | PPLP004266177 |
| CHI_001978630 | PPLP004299456 |
| CVS-MDLT1-000121577 | PPLPC018000050847 |
| E513_00028712 | PPLPC022000024918 |
| END00033238 | PPLPC02500001258 |
| END00041232 | ML00055624 |
| ENDO-CHI_LIT-00247966 | JAN-MS-00306713 |
| ENDO-OPIOID_MDL01444991 | CAH_MDL2804_00861971 |
| ENDO-OPIOID_MDL01445157 | PPLPC024000125469 |
| ENDO-OPIOID_MDL-01445159 | PPLPC017000604922 |
| ENDO-OPIOID_MDL-03355279 | APS-MDL00000001 |
| ENDO-OPIOID_MDL-03355281 | SFC00000001 |
| ENDO-OPIOID_MDL-04669404 | CVS-MDLT1-000102930 |
| ENDO-OPIOID_MDL-04669526 | WIS_PPSG_008292 |
| ENDO-OPIOID_MDL-04754767 | PKY183381048 |
| ENDO-OR-CID-00559762 | PPLP003477687 |
| EPI001038487 | ENDO-OPIOID_MDL-01444993 |
| EPI001059511 | EPI000664622 |
| FSMB0000017 | INSYS-MDL003350902 |
| HDA_MDL_000117241 | ENDO-OPIOID_MDL-03355280 |
| HDA_MDL_000158258 | PPLP004496559 |
| INSYS-MDL-003350902 | ENDO-OPIOID_MDL-04669418 |
| INSYS-MDL-006047762 | ENDO-OPIOID_MDL-04669540 |
| INSYS-MDL-010473678 | EPI000649269 |
| INSYS-MDL-010477468 | PPLP003985888 |
| INSYS-MDL-010477473 | ENDO-OPIOID_MDL-02212590 |
| JAN-MS-00000001 | PPLP004052907 |
| JAN-MS-00247231 | PKY182577992 |

| | |
|---|---|
| JAN-MS-00262912 | HDA_MDL_000117082 |
| JAN-MS-00264548 | HDA_MDL_000117141 |
| JAN-MS-00306275 | INSYS-MDL-010471732 |
| JAN-MS-00323434 | INSYS-MDL-010477470 |
| JAN-MS-00350802 | INSYS-MDL-005393278 |
| JAN-MS-00350962 | END00735356 |
| JAN-MS-00395592 | JAN-MS-00306263 |
| JAN-MS-00395596 | JAN-MS-00395603 |
| JAN-MS-00395613 | JAN-MS-00395611 |
| JAN-MS-00395630 | JAN-MS-00315325 |
| JAN-MS-00409782 | JAN-MS-00308836 |
| JAN-MS-00410890 | JAN-MS-00314059 |
| JAN-MS-00474421 | JAN-MS-00323859 |
| JAN-MS-00828205 | JAN-MS-00325962 |
| JAN-MS-00918396 | JAN-MS-00393409 |
| JAN-MS-00927589 | JAN-MS-00395594 |
| JAN-MS-00928065 | JAN-MS-00395599 |
| JAN-MS00938504 | JAN-MS-00395614 |
| JAN-MS-01006283 | JAN-MS-00264370 |
| JAN-MS-01052128 | JAN-MS-01239356 |
| JAN-MS-01052165 | JAN-MS-00474423 |
| JAN-MS-01052181 | JAN-MS-00408422 |
| JAN-MS-01151875 | JAN-MS-00949290 |
| JAN-MS-02659095 | JAN-MS-00932379 |
| JAN-MS-03089430 | JAN-MS-00928067 |
| JAN-MS-04290083, | JAN-MS-00925643 |
| MNK-T1_0005823847 | JAN-MS-00246903 |
| MNK-T1_0008005740 | JAN-MS-00456087 |
| PDD8801161604 | JAN-MS-00456093 |
| PDD8801201589 | JAN-MS-01051754 |
| PDD8801293266 | JAN-MS-00427861 |
| PKY180481336 | JAN-MS-04290087 |
| PKY180770966 | PDD8801320902 |
| PKY180790274 | PDD1701853088 |
| PKY181058664 | PKY180772092 |
| PKY181128168 | PDD1701553475 |
| PKY181221797 | PPLPC013000032704 |
| PKY182620813 | ENDO-OPIOID_MDL-01610298 |
| PKY182717470 | PLTF_2804_000013560 |
| PPLP003892671 | PDD1701260996 |
| PPLP004065294 | PKY180784295 |
| PPLP004081148 | APS-MDL00000005 |
| PPLP004272094 | JAN-MS-00313199 |
| PPLP004303706 | JAN-MS-00312347 |

| | |
|---|---|
| PPLPC005000220230 | PPLPC025000005629 |
| PPLPC011000093410 | CHI_002300587 |
| PPLPC011000093411 | PPLPC019001182680 |
| PPLPC017000347668 | PPLP004266519 |
| PPLPC017000683105 | PPLP004051807 |
| PPLPC019000247613 | ENDO-OPIOID_MDL-01412623 |
| PPLPC019000632316 | PPLPC018001287703 |
| PPLPC019001239393 | PPLPC005000220232 |
| PPLPC020000005715 | PPLPC019000632314 |
| PPLPC021000028121 | PPLPC017000687083 |
| PPLPC021000071400 | JAN-MS-02494558 |
| PPLPC023000039492 | PPLP004282881 |
| PPLPC023000876706 | ENDO-OPIOID_MDL-01445020 |
| PPLPC037000008901 | PPLPC018000617695 |
| PPLPC045000004928 | PPLPC009000019931 |
| PPLPC051000064077 | PDD8801291781 |
| TEVA_MDL_A_05508891 | PPLPC021000028122 |
| WIS_Joranson_000071 | PPLPC021000222248 |
| WIS_PPSG_000026 | TEVA_MDL_A_0550903905508891 |
| WIS_PPSG_005251 | PPLPC023000876707 |
| WIS_PPSG_006938 | JAN-MS-00307337 |
| WIS_PPSG_008286 | PPLPC012000065091 |
| PKY180470186 | PPLPC037000007677 |
| WIS_PPSG_000036 | PPLPC022000045283 |
| CHI_00443601 | EPI000066634 |
| PKY181678252 | TEVA_MDL_A_05508908-8909 |