EXHIBIT 6-f to PLAINTIFFS'
APPENDIX OF EXPERT REPORTS



**Erin K. Dickinson**
ATTORNEY AT LAW

4532 N OAKLAND AVE
WHITEFISH BAY, WI 53211
**414.210.3767** OFFICE
414.861.0438 CELL

September 3, 2020

**VIA EMAIL**

MDL 2804 Counsel of Record

**RE.:**      ***In Re MDL 2804: Track CT2 Expert Dr. Andrew Kolodny***

Dear Counsel,

In preparing for his deposition, Dr. Kolodny noticed a missing cite in one of the footnotes of his report (footnote 318).  The correct cite should be to 3/26/2009 Correspondence from Sauers to Marchione.   Please consider this correspondence an errata to his report making that change.  The document Dr. Kolodny is referencing is publicly available but is also attached to this correspondence.

Finally, since the time of his report, Dr. Kolodny has been provided with copies of all expert reports submitted in the case (Plaintiffs and Defendants).

Sincerely,

**CRUEGER DICKINSON LLC**

Erin K. Dickinson