| | |
|---|---|
| **From:** | McNabb, Kelly K. |
| **To:** | "mwcarey@csdlawfirm.com"; "sruby@cdkrlaw.com"; "drpogue@csdlawfirm.com"; "rfranks@cdkrlaw.com"; "emainigi@wc.com"; "lheard@wc.com"; "ahardin@wc.com"; "jwicht@wc.com" |
| **Cc:** | "Ritter, Ann"; "mchristenson@motleyrice.com"; do Amaral, Paulina; Arbitblit, Donald C.; Paralegal-Opioid; "Track2OpioidDefendants@reedsmith.com"; "mdl2804discovery@motleyrice.com" |
| **Subject:** | CT2 - Deposition of Dr. Anna Lembke |
| **Date:** | Wednesday, September 16, 2020 6:28:43 PM |
| **Attachments:** | 2020.09.16 Ltr re Lembke Depo.pdf<br>Errata to Lembke"s CT2 report.pdf<br>2020.09.16 DR. ANNA LEMBKE CT2 SUPPLEMENTALS MATERIAL CONSIDERED.pdf |

Counsel,

Please see attached correspondence, errata, and supplemental materials considered list, including materials in the below link.

//link//

Thank you,

**Kelly K. McNabb**
Partner
kmcnabb@lchb.com
t 212.355.9500
f 212.355.9592
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

**Lieff
Cabraser
Heimann &
Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

September 16, 2020

Kelly K. McNabb
Partner
kmcnabb@lchb.com

**VIA E-MAIL**

Steven R. Ruby
Michael W. Carey
David R. Pogue
Raymond S. Franks II
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@csdlawfirm.com
rfranks@cdkrlaw.com

Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer G. Wicht
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
jwicht@wc.com

RE: *City of Huntington and Cabell County Commission v. AmerisourceBergen Drug Corp., et al.;* Case No. 3:17-cv-01362 (S.D.W.V.)

Dear Counsel:

We are in receipt of the Notice of Remote Deposition of Anna Lembke, M.D. to take place on September 17, 2020 at 10:30 ET. Pursuant to Fed. R. Civ. P. 26(b)(2)(C) and Special Master Wilkes's September 15, 2020 ruling during the deposition of Dr. Katherine Keyes, Plaintiffs object to questioning that is duplicative of the testimony and subject matter previously given in *In re: Nat'l Prescription Opiate Lit.,* MDL No. 2804, or in the New York State coordinated proceeding, *In re: Opioid Lit.*, 400000/2017. Plaintiffs do not object to questioning that is specific to issues relating to Cabell County/Huntington. Plaintiffs also do not object to questioning as to any aspects of the CT2 Report that materially add to or differ from the CT1 Report.

Pursuant to Fed. R. Civ. P. 26(a)(2)(E), please find enclosed Dr. Anna Lembke's supplemental materials considered list. Please note, these materials are provided pursuant to the Rule, and not as the basis for any new or different opinions from those set forth in Dr. Lembke's report. Please also find enclosed an errata related to the chart in her report titled Dose and Duration of Prescription Opioids Are the Strongest Risk Factors for OUD.

September 16, 2020
Page 2

Very truly yours,

Kelly K. McNabb

DCA/wp
Enclosures
cc:    mdl2804discovery@motleyrice.com
        Track2OpioidDefendants@reedsmith.com
2040599.2

**DR. ANNA LEMBKE**

**CT2 SUPPLEMENTAL MATERIALS CONSIDERED LIST**

1. FDA label - OxyContin. Reference ID: 4326201.

2. Hammer, D. Advocates demand funding, focus on pain as its own disease. Associated Press Writer. July 22, 2006.

3. Landsman-Blumberg PB, Katz N, Gajria K, et al. Health care resource use and cost differences by opioid therapy type among chronic noncancer pain patients. J Pain Res. 2017;10:1713-1722. Published 2017 Jul 21. doi:10.2147/JPR.S130913

4. Linkedin Profile of Adrienne Minecci, https://www.linkedin.com/in/adrienne-minecci-a23338a8

5. Linkedin Profile of Bill Whyte, https://www.linkedin.com/in/bill-whyte-99885bb/

6. Linkedin Profile of Dominic Lazzaro, https://www.linkedin.com/in/dominic-lazzaro-proferogroup/

7. Linkedin Profile of Hazel Doydum, https://www.linkedin.com/in/hazeldoydum/

8. Linkedin Profile of Kati Chupa, https://www.linkedin.com/in/kati-chupa-8a160817/

9. Moore, P, et al. Combining ibuprofen and acetaminophen for acute pain management after third-molar extractions: Translating clinical research to dental practice. Journal of the American Dental Association. August 2013.

10. Norn, Svend et al. "Opiumsvalmuen og morfin gennem tiderne" [History of opium poppy and morphine]. Dansk medicinhistorisk arbog vol. 33 (2005): 171-84 (English language abstract only).

11. Pew Charitable Trust. Persuading the Prescribers: Pharmaceutical Industry Marketing and its Influence on Physicians and Patients. November 11, 2013. https://www.pewtrusts.org/en/research-and-analysis/fact-sheets/2013/11/11/persuading-the-prescribers-pharmaceutical-industry-marketing-and-its-influence-on-physicians-and-patients

12. Washington Post. Drilling into the DEA's pain pill database. January 17, 2020. https://www.washingtonpost.com/graphics/2019/investigations/dea-pain-pill-database/

**DR. ANNA LEMBKE**

**CT2 SUPPLEMENTAL MATERIALS CONSIDERED LIST**

**BATES STAMPED DOCUMENTS**

13. ALLERGAN_MDL_03255938

14. ALLERGAN_MDL_03733190

15. ALLERGAN_MDL_03733544

16. JAN-LA-00096814

17. JAN-MS-00311338

18. JAN-MS-00326339

19. JAN-MS-00326341

20. JAN-MS-00785795

21. JAN-MS-00814132

22. JAN-MS-00814133

23. JAN-MS-00864519

24. JAN-MS-01071366

25. JAN-TX-00001490

26. JAN-TX-00001492

27. JAN-TX-00002318

28. JAN-TX-00004105

29. JAN-TX-00005143

30. JAN-TX-00009775

31. JAN-TX-00015731

32. JAN-TX-00022608

33. JAN-TX-00034444

34. JAN-TX-00038692

35. JAN-TX-00039480

## DR. ANNA LEMBKE

## CT2 SUPPLEMENTAL MATERIALS CONSIDERED LIST

36. JAN-TX-00053505

37. JAN-TX-00059363

38. JAN-TX-00066292

39. JAN-TX-00066294

40. JAN-TX-00068278

41. JAN-TX-00098902

42. JAN-TX-00277836

43. JAN-TX-00319956

44. MNK-T1_0005053501

45. MNK-T1_0005053502

46. PDD1502117658

47. PDD1701098054

48. PDD1701107091

49. PLT-02U0182F

50. PPLPC012000457064

51. PPLPC031000385886

52. TEVA_MDL_A_02414300

53. TEVA_MDL_A_03010773

54. TEVA_MDL_A_08855370

3

2039019.2

**ERRATA TO THE AUGUST 3, 2020 EXPERT REPORT OF ANNA LEMBKE**

September 16, 2020

In re: Opioid Litigation, West Virginia Cases No. 3:17-01362

Confidential
Subject to Protective Order

Page 127, chart "Dose and Duration of Prescription Opioids Are the Strongest Risk Factors for OUD", should be replaced with the following:



2