# EXHIBIT 8-b to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

**Errata Sheet for the 08.03.2020 Expert Report of Thomas McGuire, Ph.D.**

| | | Harm Valuation Changes | | |
|---|---|---|---|---|
| Page Number | Location | Now Reads | Should Read | Reason Thereof |
| 6 | ¶13 | I estimate, to a reasonable degree of certainty in the area of applied microeconomics, that the magnitude of the net economic costs imposed by the sales and distribution of prescription opioid products over the period 2006-2018 is approximately $4.17 billion. | I estimate, to a reasonable degree of certainty in the area of applied microeconomics, that the magnitude of the net economic costs imposed by the sales and distribution of prescription opioid products over the period 2006-2018 is approximately $3.577 billion. | Input change in Dr. Keyes' report. |
| 7, 59 | Table 1 | Excess Mortality…$3,437.8  Excess Morbidity… $501.3  Total… $4,169.2 | Excess Mortality…$2,853.0  Excess Morbidity…$494.0  Total… $3,577.2 | Input change in Dr. Keyes' report. See Table 1 below |
| 8 | Figure 1 | Mortality …82.46%  Morbidity …12.02%  Property Value Loss …2.21%  Crime …1.86%  Child Maltreatment …1.39%  NAS …0.06% | Mortality …79.76%  Morbidity …13.81%  Property Value Loss …2.58%  Crime …2.16%  Child Maltreatment …1.62%  NAS …0.07% | Input change in Dr. Keyes' report. See Figure 1 below |
| 8 | ¶15 | …over this 13-year period, to approximately $43 thousand per person in the Community. | …over this 13-year period, to approximately $37 thousand per person in the Community. | Input change in Dr. Keyes' report. |
| 20 | ¶39 | Over the entire time period, over half of deaths, approximately 85.4% (556/651) were due directly to prescription opioids. 52 deaths were from a non-prescription opioid that were attributable to the user starting on prescription opioids | Over the entire time period, over half of deaths, approximately 53.3% (347/651) were due directly to prescription opioids. 163 deaths were from a non-prescription opioid that were attributable to the user starting on prescription opioids | Input change in Dr. Keyes' report. See Table 2 below |
| 20 | Table 2 | Changes in mortality counts from 2013-2018. See Table 2 below | Changes in mortality counts from 2013-2018. See Table 2 below | Input change in Dr. Keyes' report. See Table 2 below |
| 21 | ¶41 | The figure conveys visually that the vast majority of the deaths were directly due to prescription opioids. | The figure conveys visually that the vast majority of the deaths were ~~directly~~ due to prescription opioids. | Input change in Dr. Keyes' report. |
| 21 | Figure 3 | Changes in mortality counts from 2013-2018. See Figure 3 below | Changes in mortality counts from 2013-2018. See Figure 3 below | Input change in Dr. Keyes' report. See Figure 3 below |

| | | | |
|---|---|---|---|
| 22 | ¶43 | Over this 13-year time period, the measure of the economic value of lost lives is over $3.43 billion for Cabell County | Over this 13-year time period, the measure of the economic value of lost lives is over $2.85 billion for Cabell County | Input change in Dr. Keyes' report. See Table 3 below |
| 24 | Figure 5 | Cabell County Series, Year 2010: 0.053 | Cabell County Series, Year 2010: 0.043 | Input change in Dr. Keyes' report. See Figure 5 below |
| 25 | Table 4 | 2010 All OUD Cases: 5,089 | 2010 All OUD Cases: 4,162 | Input change in Dr. Keyes' report. See Table 4 below |
| 25 | Table 4 | 2010 OUD cases directly due to prescription opioids: 4,867 | 2010 OUD cases directly due to prescription opioids: 3,981 | Input change in Dr. Keyes' report. See Table 4 below |
| 25 | Table 4 | 2010 OUD cases due to non-prescription opioids: 222 | 2010 OUD cases due to non-prescription opioids: 181 | Input change in Dr. Keyes' report. See Table 4 below |
| 25 | Table 4 | 2010 OUD cases due to non-prescription opioids attributable to prescription opioids: 118 | 2010 OUD cases due to non-prescription opioids attributable to prescription opioids: 97 | Input change in Dr. Keyes' report. See Table 4 below |
| 29 | ¶54 | Over this time period, the measure of the economic cost of excess health care use is over $501 million for Cabell County. | Over this time period, the measure of the economic cost of excess health care use is over $494 million for Cabell County. | Input change in Dr. Keyes' report. See Table 5 below |
| 30 | Table 4 | 2010 Total OUD cases due to prescription opioids: 4,985 | 2010 Total OUD cases due to prescription opioids: 4,078 | Input change in Dr. Keyes' report. See Table 4 below |
| 58 | ¶106 | Over these thirteen years, the costs attributable to the sales and distribution of prescription opioids in the Cabell Huntington Community totaled over $4.17 billion dollars, implying a cost of over $43 thousand per Cabell Huntington Community resident. | Over these thirteen years, the costs attributable to the sales and distribution of prescription opioids in the Cabell Huntington Community totaled over $3.577 billion dollars, implying a cost of over $37 thousand per Cabell Huntington Community resident. | Input change in Dr. Keyes' report. |
| 58 | ¶107 | If I use the cost for 2018 as an estimate of the costs for each of 2019 and 2020, my estimates increase by $1.7 billion | If I use the cost for 2018 as an estimate of the costs for each of 2019 and 2020, my estimates increase by $1.2 billion | Input change in Dr. Keyes' report. |
| 63 | ¶112 | Ongoing harms of more than $4 billion imposed on a small community over 13 years establish that the harms from prescription opioids are of sufficient magnitude to constitute a public nuisance. The population of the Cabell Huntington Community was 96,619 in 2018. The costs reported in Table 1 amounted, over | Ongoing harms of more than $3.5 billion imposed on a small community over 13 years establish that the harms from prescription opioids are of sufficient magnitude to constitute a public nuisance. The population of the Cabell Huntington Community was 96,619 in 2018. The costs reported in Table 1 amounted, over | Input change in Dr. Keyes' report. |

| | | the period covered in my Report, to approximately $43 thousand per person in the Community. These costs are net of any economic benefits from workforce participation. | the period covered in my Report, to approximately $37 thousand per person in the Community. These costs are net of any economic benefits from workforce participation. | |

## Typographical and Citation Changes

| Page Number | Location | Now Reads | Should Read | Reason Thereof |
|---|---|---|---|---|
| 15 | ¶30, Ft. 39 | Expert Report of Professor Katherine Keyes, in this matter, August 3, 2020 (hereafter Keyes Report). p. 7. | Expert Report of Professor Katherine Keyes, in this matter, August 3, 2020 (hereafter Keyes Report). p. 8. | Correction of citation |
| 16 | ¶31, Ft. 42 | Keyes Report, Opinion 5, p. 5. | Keyes Report, Opinion 5, p. 6. | Correction of citation |
| 17 | ¶33, Ft. 48 | Keyes Report, p. 44 contains a discussion of the causal link between prescription opioids and subsequent heroin use. | Keyes Report, p. 46-50 contains a discussion of the causal link between prescription opioids and subsequent heroin use. | Correction of citation |
| 18 | ¶36, Ft. 56 | Keyes Report, Figure 8. See page 31 of her report for a description of the methodology and sources for these figures. | Keyes Report, Figure 8. See page 33 of her report for a description of the methodology and sources for these figures. | Correction of citation |
| 19-20 | ¶37, Ft. 58 | Keyes Report, p. 48. | Keyes Report, p. 50. | Correction of citation |
| 22 | ¶43, Ft. 63 | The HHS Guidelines report lower and upper bounds for national a VSL of $4.4 million and $14.2 million for 2014. Using these values instead of the average used above results in an economic value of lost lives of $1.6 billion and $5.3 billion, respectively. Note that the number of intentional deaths data in Cabell County are too few to determine a reliable estimate. Data are suppressed due to small numbers in several years during this period. I therefore make no adjustments for intentional deaths in this report. See Keyes Report, p. 33. | The HHS Guidelines report lower and upper bounds for national a VSL of $4.4 million and $14.2 million for 2014. Using these values instead of the average used above results in an economic value of lost lives of $1.6 billion and $5.3 billion, respectively. Note that the number of intentional deaths data in Cabell County are too few to determine a reliable estimate. Data are suppressed due to small numbers in several years during this period. I therefore make no adjustments for intentional deaths in this report. See Keyes Report, p. 35. | Correction of citation |
| 23 | ¶45. Ft. 64 | See Keyes Report, Section III, pp. 7-8 for a discussion on the distinction between OUD, opioid abuse, and opioid dependence, which are defined *disorders*. Professor Keyes also | See Keyes Report, Section III, pp. 8-9 for a discussion on the distinction between OUD, opioid abuse, and opioid dependence, which are defined *disorders*. Professor Keyes also | Correction of citation |

| | | discusses related *symptoms*, such as physical opioid dependence, opioid tolerance, and withdrawal which are included in the definition of OUD. | discusses related *symptoms*, such as physical opioid dependence, opioid tolerance, and withdrawal which are included in the definition of OUD. | |
|---|---|---|---|---|
| 24 | ¶47, Ft. 68-69 | Keyes Report, Figure 14 (p. 42). | Keyes Report, Figure 14 (p. 44). | Correction of citation |
| 25 | ¶47, Ft. 70 | Keyes Report, p. 48. | Keyes Report, p. 49-50. | Correction of citation |
| 25 | ¶47, Ft. 71 | See Keyes Report, pp. 47-48, for a description of the methodology used to compile these estimates. | See Keyes Report, pp. 48-50, for a description of the methodology used to compile these estimates. | Correction of citation |
| 39 | ¶72, Ft. 123 | Keyes Report, p. 36. | Keyes Report, p. 38. | Correction of citation |
| 41 | ¶73, Ft. 131 | H. Uebel, *et al.*, *op. cit.* Professor Keyes discusses the adverse downstream consequences at length in her report (Keyes Report, p. 36). | H. Uebel, *et al.*, *op. cit.* Professor Keyes discusses the adverse downstream consequences at length in her report (Keyes Report, p. 38). | Correction of citation |
| 42 | Table 7 Footnote | Sources: Keyes Report, Table 1 and Appendix C, Tables C.III.1 - C.III.3 | Sources: Keyes Report, Table 1; Appendix C, Table C.III.1; Quantitative Backup, Tables C.III.2 - C.III.3 | Correction of typographical error |
| Quantitative Backup. Sheet: 'Mortality – Q' | Source: [1], [2], [4] | Keyes Report, Figure 14. | Keyes Report, Figure 16. | Correction of typographical error |
| Quantitative Backup. Sheet: 'Morbidity - $' | Source [2] | [2] = [1] * Table CII.5 [10] | [2] = [1] * Table CII.5 [11] | Correction of typographical error |
| Quantitative Backup. Sheet: 'Morbidity - $' | Source [3] | [3] = [1] * Table CII.5 [11] | [3] = [1] * Table CII.5 [10] | Correction of typographical error |

**Table 1**
**Monetary Value of the Net Economic Costs Attributed to the Sales and Distribution of Prescription Opioids in the Cabell Huntington Community**
**2006-2018**

| Harms Due to Sales & Distribution of Prescription Opioids | Valuation ($millions) |
|---|---|
| Excess deaths | $2,853.0 |
| Excess morbidity | $494.0 |
| Excess neonatal abstinence syndrome | $2.6 |
| Excess crimes | $77.4 |
| Excess property value loss | $92.3 |
| Excess child maltreatment | $57.9 |
| **Total** | **$3,577.2** |

Sources: Tables 3, 5, 7, 8, 9, and Section III.E of this Report.



**Figure 1
Percentage Value of Each Harm Attributed to the
Sales and Distribution of Prescription Opioids
in the Cabell Huntington Community
2006-2018**

**Table 2**
**Deaths due to Prescription Opioids in Cabell County**
**2006-2018**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All deaths due to opioids | 21 | 37 | 25 | 5 | 25 | 36 | 22 | 42 | 45 | 69 | 87 | 132 | 105 | **651** |
| Deaths directly due to prescription opioids | 20 | 33 | 25 | 5 | 23 | 29 | 18 | 24 | 28 | 32 | 36 | 42 | 32 | **347** |
| Deaths due to non-prescription opioids | 1 | 4 | 0 | 0 | 2 | 7 | 4 | 18 | 17 | 37 | 51 | 90 | 73 | **304** |
| Deaths due to non-prescription opioids due to prescription opioids | 1 | 2 | 0 | 0 | 1 | 4 | 2 | 10 | 9 | 20 | 27 | 48 | 39 | **163** |
| **Total deaths due to prescription opioids** | **21** | **35** | **25** | **5** | **24** | **33** | **20** | **34** | **37** | **52** | **63** | **90** | **71** | **510** |

Sources: Keyes Report, Figure 16.

**Figure 3**
**Deaths Due to Prescription Opioids in Cabell County**
**2006-2018**
**Replication of Keyes Report, Figure 16**



**Table 3**
**Valuation of Mortality Due to Prescription Opioids in Cabell County**
**2006-2018**

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total deaths attributed to prescription opioids | 21 | 35 | 25 | 5 | 24 | 33 | 20 | 34 | 37 | 52 | 63 | 90 | 71 | 510 |
| VSL ($millions) | $4.6 | $3.9 | $4.2 | $4.8 | $5.2 | $5.7 | $5.4 | $6.3 | $5.1 | $6.3 | $6.4 | $5.2 | $6.5 | |
| Valuation ($millions) | $96.1 | $137.5 | $104.6 | $24.0 | $125.5 | $186.6 | $107.2 | $212.9 | $190.2 | $329.1 | $403.4 | $471.9 | $464.0 | $2,853.0 |

Sources: Keyes Report, Figure 16. Appendix C, Table C.I.1



**Figure 5
OUD Prevalence
National, West Virginia and Cabell County
Replication of Keyes Report, Figure 13**

**Table 4**
**Morbidity Due to Prescription Opioids in Cabell County**
**2006-2018**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All OUD cases | 3,959 | 6,105 | 3,475 | 3,819 | 4,162 | 6,359 | 3,763 | 7,692 | 6,677 | 8,257 | 8,403 | 10,643 | 8,252 | 81,566 |
| OUD cases directly due to prescription opioids | 3,745 | 5,776 | 3,385 | 3,721 | 3,981 | 6,083 | 3,264 | 6,674 | 5,267 | 6,076 | 5,711 | 7,156 | 5,800 | 66,639 |
| OUD cases due to non-prescription opioids | 214 | 329 | 90 | 98 | 181 | 276 | 499 | 1,018 | 1,410 | 2,181 | 2,692 | 3,487 | 2,452 | 14,927 |
| OUD cases due to non-prescription opioids due to prescription opioids | 114 | 176 | 48 | 52 | 97 | 147 | 266 | 544 | 753 | 1,164 | 1,437 | 1,862 | 1,309 | 7,969 |
| **Total OUD cases due to prescription opioids** | **3,859** | **5,952** | **3,433** | **3,773** | **4,078** | **6,230** | **3,530** | **7,218** | **6,020** | **7,240** | **7,148** | **9,018** | **7,109** | **74,608** |
| Share of OUD cases due to prescription opioids | 97.5% | 97.5% | 98.8% | 98.8% | 98.0% | 98.0% | 93.8% | 93.8% | 90.2% | 87.7% | 85.1% | 84.7% | 86.1% | 91.5% |

Sources: Keyes Report, Figure 14.

**Table 5**
**Morbidity and Excess Health Care Costs Attributed to the Sales and Distribution of Prescription Opioids**
**Cabell County, 2006-2018**

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total OUD cases due to prescription opioids | 3,859 | 5,952 | 3,433 | 3,773 | 4,078 | 6,230 | 3,530 | 7,218 | 6,020 | 7,240 | 7,148 | 9,018 | 7,109 | 74,608 |
| Share of OUD cases covered by Medicare/Commercial payers | 43.6% | 39.0% | 43.8% | 43.8% | 39.3% | 40.9% | 38.9% | 37.7% | 34.9% | 34.5% | 34.4% | 32.0% | 32.0% | |
| Share of OUD cases covered by Medicaid/Uninsured | 56.4% | 61.0% | 56.3% | 56.3% | 60.7% | 59.1% | 61.1% | 62.3% | 65.1% | 65.5% | 65.6% | 68.0% | 68.0% | |
| Excess health care costs per OUD case covered by Medicare/Commercial payers | $13,567 | $12,914 | $11,761 | $11,781 | $12,017 | $10,866 | $10,344 | $8,878 | $8,878 | $8,878 | $8,878 | $8,878 | $8,878 | |
| Excess health care costs per OUD case covered by Medicaid/Uninsured | $6,044 | $5,753 | $5,240 | $5,249 | $5,354 | $4,841 | $4,609 | $3,955 | $3,955 | $3,955 | $3,955 | $3,955 | $3,955 | |
| **Total excess health care costs due to prescription opioids ($ mil)** | **$36.0** | **$50.9** | **$27.8** | **$30.6** | **$32.5** | **$45.5** | **$24.2** | **$41.9** | **$34.2** | **$40.9** | **$40.4** | **$49.9** | **$39.3** | **$494.0** |

Source: Keyes Report, Figure 14 and Appendix C, Tables C.II.4 and C.II.5

Prof. Thomas McGuire    ERRATA – Public Nuisance – Cabell Huntington Community, West Virginia    12