# EXHIBIT 8-c to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

# Errata Sheet for the August 3rd, 2020 Expert Report of Thomas McGuire, Ph.D.
## September 23, 2020

| Harm Valuation Changes ||||| 
|---|---|---|---|---|
| Page Number | Location | Now Reads | Should Read | Reason Thereof |
| 6 | ¶13 | I estimate, to a reasonable degree of certainty in the area of applied microeconomics, that the magnitude of the net economic costs imposed by the sales and distribution of prescription opioid products over the period 2006-2018 is approximately $4.17 billion. | I estimate, to a reasonable degree of certainty in the area of applied microeconomics, that the magnitude of the net economic costs imposed by the sales and distribution of prescription opioid products over the period 2006-2018 is approximately $3.499 billion. | Dr. Keyes Errata |
| 7, 59 | Table 1 | Excess Mortality…$3,437.8<br>Excess Morbidity… $501.3<br>Total… $4,169.2 | Excess Mortality…$2,775.7<br>Excess Morbidity…. $494.0<br>Total… $3,499.9 | Dr. Keyes Errata. See Table 1 below |
| 8 | Figure 1 | Mortality …82.46%<br>Morbidity …12.02%<br>Property Value Loss …2.21%<br>Crime …1.86%<br>Child Maltreatment …1.39%<br>NAS …0.06% | Mortality …79.31%<br>Morbidity …14.12%<br>Property Value Loss …2.64%<br>Crime …2.21%<br>Child Maltreatment …1.66%<br>NAS … 0.07% | Dr. Keyes Errata. See Table 1 below |
| 8 | ¶15 | …over this 13-year period, to approximately $43 thousand per person in the Community. | …over this 13-year period, to approximately $36 thousand per person in the Community. | Dr. Keyes Errata |
| 19 | Figure 2 | National Rate:<br>2013: 4.559<br>2014: 4.815<br>2015: 5.044<br>2016: 5.892<br>2017: 6.126<br>2018: 5.584 | National Rate:<br>2013: 4.919<br>2014: 5.094<br>2015: 5.191<br>2016: 5.723<br>2017: 5.659<br>2018: 5.007 | Dr. Keyes Errata. See Figure 2 below |
| 19 | Figure 2 | West Virginia Rate:<br>2013: 20.277<br>2014: 21.24<br>2015: 21.853<br>2016: 21.462<br>2017: 21.533<br>2018: 17.333 | West Virginia Rate:<br>2013: 21.733<br>2014: 22.591<br>2015: 22.504<br>2016: 20.479<br>2017: 18.669<br>2018: 14.896 | Dr. Keyes Errata. See Figure 2 below |
| 19 | Figure 2 | Cabell County Rate:<br>2013: 24.708<br>2014: 28.834<br>2016: 37.505<br>2017: 44.23<br>2018: 34.326 | Cabell County Rate:<br>2013: 27.797<br>2014: 30.893<br>2016: 33.338<br>2017: 28.434<br>2018: 21.454 | Dr. Keyes Errata. See Figure 2 below |

Prof. Thomas McGuire

| Harm Valuation Changes (cont.) ||||
|---|---|---|---|---|
| Page Number | Location | Now Reads | Should Read | Reason Thereof |
| 20 | ¶39 | Over the entire time period, over half of deaths, approximately 85.4% (556/651) were due directly to prescription opioids. 52 deaths were from a non-prescription opioid that were attributable to the user starting on prescription opioids | Over the entire time period, over half of deaths, approximately 49.3% (321/651) were due directly to prescription opioids. 176 deaths were from a non-prescription opioid that were attributable to the user starting on prescription opioids. | Dr. Keyes Errata. See Table 2 below |
| 20 | Table 2 | Deaths directly due to Prescription opioids:<br>2013: 24<br>2014: 28<br>2016: 36<br>2017: 42<br>2018: 32<br>Total: 347 | Deaths directly due to Prescription opioids:<br>2013: 27<br>2014: 30<br>2016: 32<br>2017: 27<br>2018: 20<br>Total: 321 | Dr. Keyes Errata. See Table 2 below |
| 20 | Table 2 | Deaths due to non-Prescription opioids:<br>2013: 18<br>2014: 17<br>2016: 51<br>2017: 90<br>2018: 73<br>Total: 304 | Deaths due to non-Prescription opioids:<br>2013: 15<br>2014: 15<br>2016: 55<br>2017: 105<br>2018: 85<br>Total: 330 | Dr. Keyes Errata. See Table 2 below |
| 20 | Table 2 | Deaths due to non-prescription opioids due to prescription opioids:<br>2013: 10<br>2014: 9<br>2016: 27<br>2017: 48<br>2018: 39<br>Total: 163 | Deaths due to non-prescription opioids due to prescription opioids:<br>2013: 8<br>2014: 8<br>2016: 29<br>2017: 56<br>2018: 45<br>Total: 176 | Dr. Keyes Errata. See Table 2 below |
| 20 | Table 2 | Total deaths due to prescription opioids:<br>2013: 34<br>2014: 37<br>2016: 63<br>2017: 90<br>2018: 71<br>Total: 510 | Total deaths due to prescription opioids:<br>2013: 35<br>2014: 38<br>2016: 61<br>2017: 83<br>2018: 65<br>Total: 497 | Dr. Keyes Errata. See Table 2 below |
| 20 | ¶40 | In total, over the period, 2006-2018, 608 Cabell County residents died to the sales and distribution of prescription opioids. | In total, over the period, 2006-2018, 497 Cabell County residents died to the sales and distribution of prescription opioids. | Dr. Keyes Errata. See Table 2 below |
| 21 | ¶41 | The figure conveys visually that the vast majority of the deaths were directly due to prescription opioids. | The figure conveys visually that the vast majority of the deaths were ~~directly~~ due to prescription opioids. | Dr. Keyes Errata. |

September 23rd, 2020 ERRATA – Public Nuisance – Cabell Huntington Community, West Virginia

2

| Harm Valuation Changes (cont.) | | | | |
|---|---|---|---|---|
| Page Number | Location | Now Reads | Should Read | Reason Thereof |
| 22 | Table 3 | Total deaths attributed to prescription opioids:<br>2013: 34<br>2014: 37<br>2016: 63<br>2017: 90<br>2018: 71<br>Total: 510 | Total deaths attributed to prescription opioids:<br>2013: 35<br>2014: 38<br>2016: 61<br>2017: 83<br>2018: 65<br>Total: 497 | Dr. Keyes Errata. See Table 3 below |
| 22 | Table 3 | Valuation ($millions):<br>2013: $212.9<br>2014: $190.2<br>2016: $403.4<br>2017: $471.9<br>2018: $464.0<br>Total: $2,853.0 | Valuation ($millions):<br>2013: $219.1<br>2014: $195.4<br>2016: $390.6<br>2017: $435.2<br>2018: $424.8<br>Total: $2,775.7 | Dr. Keyes Errata. See Table 3 below |
| 22 | ¶43 | Over this 13-year time period, the measure of the economic value of lost lives is over $3.43 billion for Cabell County | Over this 13-year time period, the measure of the economic value of lost lives is over $2.78 billion for Cabell County | Dr. Keyes Errata. See Table 3 below |
| 24 | Figure 5 | Cabell County Series, Year 2010: 0.053 | Cabell County Series, Year 2010: 0.043 | Dr Keyes Errata. See Table 4 below |
| 25 | Table 4 | 2010 All OUD Cases: 5,089 | 2010 All OUD Cases: 4,162 | Dr Keyes Errata. See Table 4 below |
| 25 | Table 4 | 2010 OUD cases directly due to prescription opioids: 4,867 | 2010 OUD cases directly due to prescription opioids: 3,981 | Dr Keyes Errata. See Table 4 below |
| 25 | Table 4 | 2010 OUD cases due to non-prescription opioids: 222 | 2010 OUD cases due to non-prescription opioids: 181 | Dr Keyes Errata. See Table 4 below |
| 25 | Table 4 | 2010 OUD cases due to non-prescription opioids attributable to prescription opioids: 118 | 2010 OUD cases due to non-prescription opioids attributable to prescription opioids: 97 | Dr Keyes Errata. See Table 4 below |
| 29 | ¶54 | Over this time period, the measure of the economic cost of excess health care use is over $501 million for Cabell County. | Over this time period, the measure of the economic cost of excess health care use is over $494 million for Cabell County. | Dr Keyes Errata. See Table 4 below |
| 30 | Table 5 | 2010 Total OUD cases due to prescription opioids: 4,985 | 2010 Total OUD cases due to prescription opioids: 4,078 | Dr Keyes Errata. See Table 5 below |
| 30 | Table 5 | 2010 Total excess health care costs due to prescription opioids ($ mil): 39.6 | 2010 Total excess health care costs due to prescription opioids ($ mil): 32.5 | Dr Keyes Errata. See Table 5 below |

| Harm Valuation Changes (cont.) ||||||
| Page Number | Location | Now Reads | Should Read | Reason Thereof |
|---|---|---|---|---|
| 30 | Table 5 | Total OUD cases due to prescription opioids: 75,515 | Total OUD cases due to prescription opioids: 74,608 | Dr Keyes Errata. See Table 5 below |
| 30 | Table 5 | Total excess health care costs due to prescription opioids ($ mil): 501.3 | Total excess health care costs due to prescription opioids ($ mil): 494.0 | Dr Keyes Errata. See Table 5 below |
| 58 | ¶106 | Over these thirteen years, the costs attributable to the sales and distribution of prescription opioids in the Cabell Huntington Community totaled over $4.17 billion dollars, implying a cost of over $43 thousand per Cabell Huntington Community resident. | Over these thirteen years, the costs attributable to the sales and distribution of prescription opioids in the Cabell Huntington Community totaled over $3.499 billion dollars, implying a cost of over $36 thousand per Cabell Huntington Community resident. | Dr. Keyes Errata |
| 58 | ¶107 | If I use the cost for 2018 as an estimate of the costs for each of 2019 and 2020, my estimates increase by $1.7 billion | If I use the cost for 2018 as an estimate of the costs for each of 2019 and 2020, my estimates increase by $1.16 billion | Dr. Keyes Errata |
| 63 | ¶112 | Ongoing harms of more than $3.5 billion imposed on a small community over 13 years establish that the harms from prescription opioids are of sufficient magnitude to constitute a public nuisance.  The population of the Cabell Huntington Community was 96,619 in 2018.  The costs reported in Table 1 amounted, over the period covered in my Report, to approximately $37 thousand per person in the Community.  These costs are net of any economic benefits from workforce participation. | Ongoing harms of more than $3.4 billion imposed on a small community over 13 years establish that the harms from prescription opioids are of sufficient magnitude to constitute a public nuisance.  The population of the Cabell Huntington Community was 96,619 in 2018.  The costs reported in Table 1 amounted, over the period covered in my Report, to approximately $36 thousand per person in the Community.  These costs are net of any economic benefits from workforce participation. | Dr. Keyes Errata |

| Typographical and Citation Changes ||||| 
|---|---|---|---|---|
| Page Number | Location | Now Reads | Should Read | Reason Thereof |
| 15 | ¶30, Ft. 39 | Expert Report of Professor Katherine Keyes, in this matter, August 3, 2020 (hereafter Keyes Report), p. 7. | Expert Report of Professor Katherine Keyes, in this matter, August 3, 2020 (hereafter Keyes Report), p. 8. | Correction of citation |
| 16 | ¶31, Ft. 42 | Keyes Report, Opinion 5, p. 5. | Keyes Report, Opinion 5, p. 6. | Correction of citation |
| 17 | ¶33, Ft. 48 | Keyes Report, p. 44 contains a discussion of the causal link between prescription opioids and subsequent heroin use. | Keyes Report, p. 46-50 contains a discussion of the causal link between prescription opioids and subsequent heroin use. | Correction of citation |
| 18 | ¶36, Ft. 56 | Keyes Report, Figure 8. See page 31 of her report for a description of the methodology and sources for these figures. | Keyes Report, Figure 8. See page 33 of her report for a description of the methodology and sources for these figures. | Correction of citation |
| 19-20 | ¶37, Ft. 58 | Keyes Report, p. 48. | Keyes Report, p. 50. | Correction of citation |
| 22 | ¶43, Ft. 63 | The HHS Guidelines report lower and upper bounds for national a VSL of $4.4 million and $14.2 million for 2014. Using these values instead of the average used above results in an economic value of lost lives of $1.6 billion and $5.3 billion, respectively. Note that the number of intentional deaths data in Cabell County are too few to determine a reliable estimate. Data are suppressed due to small numbers in several years during this period. I therefore make no adjustments for intentional deaths in this report. See Keyes Report, p. 33. | The HHS Guidelines report lower and upper bounds for national a VSL of $4.4 million and $14.2 million for 2014. Using these values instead of the average used above results in an economic value of lost lives of $1.6 billion and $5.3 billion, respectively. Note that the number of intentional deaths data in Cabell County are too few to determine a reliable estimate. Data are suppressed due to small numbers in several years during this period. I therefore make no adjustments for intentional deaths in this report. See Keyes Report, p. 35. | Correction of citation |
| 23 | ¶45. Ft. 64 | See Keyes Report, Section III, pp. 7-8 for a discussion on the distinction between OUD, opioid abuse, and opioid dependence, which are defined *disorders*. Professor Keyes also discusses related *symptoms*, such as physical opioid dependence, opioid tolerance, and withdrawal which are included in the definition of OUD. | See Keyes Report, Section III, pp. 8-9 for a discussion on the distinction between OUD, opioid abuse, and opioid dependence, which are defined *disorders*. Professor Keyes also discusses related *symptoms*, such as physical opioid dependence, opioid tolerance, and withdrawal which are included in the definition of OUD. | Correction of citation |
| 24 | ¶47, Ft. 68-69 | Keyes Report, Figure 14 (p. 42). | Keyes Report, Figure 14 (p. 44). | Correction of citation |
| 25 | ¶47, Ft. 70 | Keyes Report, p. 48. | Keyes Report, p. 49-50. | Correction of citation |

| Typographical and Citation Changes (cont.) ||||||
| Page Number | Location | Now Reads | Should Read | Reason Thereof |
|---|---|---|---|---|
| 25 | ¶47, Ft. 71 | See Keyes Report, pp. 47-48, for a description of the methodology used to compile these estimates. | See Keyes Report, pp. 48-50, for a description of the methodology used to compile these estimates. | Correction of citation |
| 39 | ¶72, Ft. 123 | Keyes Report, p. 36. | Keyes Report, p. 38. | Correction of citation |
| 41 | ¶73, Ft. 131 | H. Uebel, *et al.*, *op. cit.* Professor Keyes discusses the adverse downstream consequences at length in her report (Keyes Report, p. 36). | H. Uebel, *et al.*, *op. cit.* Professor Keyes discusses the adverse downstream consequences at length in her report (Keyes Report, p. 38). | Correction of citation |
| 42 | Table 7 Footnote | Sources: Keyes Report, Table 1 and Appendix C, Tables C.III.1 - C.III.3 | Sources: Keyes Report, Table 1; Appendix C, Table C.III.1; Quantitative Backup, Tables C.III.2 - C.III.3 | Correction of typographical error |
| Quantitative Backup. Sheet: 'Mortality – Q' | Source: [1], [2], [4] | Keyes Report, Figure 14. | Keyes Report, Figure 16. | Correction of typographical error |
| Quantitative Backup. Sheet: 'Morbidity - $' | Source [2] | [2] = [1] * Table CII.5 [10] | [2] = [1] * Table CII.5 [11] | Correction of typographical error |
| Quantitative Backup. Sheet: 'Morbidity - $' | Source [3] | [3] = [1] * Table CII.5 [11] | [3] = [1] * Table CII.5 [10] | Correction of typographical error |

**Table 1**
**Monetary Value of the Net Economic Costs Attributed to the Sales and Distribution of Prescription Opioids in the Cabell Huntington Community 2006-2018**

| Harms Due to Sales & Distribution of Prescription Opioids | Valuation ($millions) |
|---|---|
| Excess deaths | $2,775.7 |
| Excess morbidity | $494.0 |
| Excess neonatal abstinence syndrome | $2.6 |
| Excess crimes | $77.4 |
| Excess property value loss | $92.3 |
| Excess child maltreatment | $57.9 |
| **Total** | **$3,499.9** |



**Figure 1**
**Percentage Value of Each Harm Attributed to the Sales and Distribution of Prescription Opioids in the Cabell Huntington Community**
**2006-2018**

**Figure 2**
**Prescription Opioid Death Rates**
**National, West Virginia and Cabell County Rates**
**Replication of Keyes Report, Figure 8**



**Table 2**
**Deaths due to Prescription Opioids in Cabell County**
**2006-2018**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All deaths due to opioids | 21 | 37 | 25 | 5 | 25 | 36 | 22 | 42 | 45 | 69 | 87 | 132 | 105 | **651** |
| Deaths directly due to prescription opioids | 20 | 33 | 25 | 5 | 23 | 29 | 18 | 27 | 30 | 32 | 32 | 27 | 20 | **321** |
| Deaths due to non-prescription opioids | 1 | 4 | 0 | 0 | 2 | 7 | 4 | 15 | 15 | 37 | 55 | 105 | 85 | **330** |
| Deaths due to non-prescription opioids due to prescription opioids | 1 | 2 | 0 | 0 | 1 | 4 | 2 | 8 | 8 | 20 | 29 | 56 | 45 | **176** |
| **Total deaths due to prescription opioids** | 21 | 35 | 25 | 5 | 24 | 33 | 20 | 35 | 38 | 52 | 61 | 83 | 65 | **497** |

**Figure 3**
**Deaths Due to Prescription Opioids in Cabell County**
**2006-2018**
**Replication of Keyes Report, Figure 16**



September 23rd, 2020 ERRATA – Public Nuisance – Cabell Huntington Community, West Virginia

Prof. Thomas McGuire

11

**Table 3**
**Valuation of Mortality Due to Prescription Opioids in Cabell County**
**2006-2018**

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total deaths attributed to prescription opioids | 21 | 35 | 25 | 5 | 24 | 33 | 20 | 35 | 38 | 52 | 61 | 83 | 65 | 497 |
| VSL ($millions) | $4.6 | $3.9 | $4.2 | $4.8 | $5.2 | $5.7 | $5.4 | $6.3 | $5.1 | $6.3 | $6.4 | $5.2 | $6.5 | |
| Valuation ($millions) | $96.1 | $137.5 | $104.6 | $24.0 | $125.5 | $186.6 | $107.2 | $219.1 | $195.4 | $329.1 | $390.6 | $435.2 | $424.8 | $2,775.7 |

**Figure 5**
**OUD Prevalence**
**National, West Virginia and Cabell County**
**Replication of Keyes Report, Figure 13**



**Table 4**
**Morbidity Due to Prescription Opioids in Cabell County**
**2006-2018**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All OUD cases | 3,959 | 6,105 | 3,475 | 3,819 | 4,162 | 6,359 | 3,763 | 7,692 | 6,677 | 8,257 | 8,403 | 10,643 | 8,252 | 81,566 |
| OUD cases directly due to prescription opioids | 3,745 | 5,776 | 3,385 | 3,721 | 3,981 | 6,083 | 3,264 | 6,674 | 5,267 | 6,076 | 5,711 | 7,156 | 5,800 | 66,639 |
| OUD cases due to non-prescription opioids | 214 | 329 | 90 | 98 | 181 | 276 | 499 | 1,018 | 1,410 | 2,181 | 2,692 | 3,487 | 2,452 | 14,927 |
| OUD cases due to non-prescription opioids due to prescription opioids | 114 | 176 | 48 | 52 | 97 | 147 | 266 | 544 | 753 | 1,164 | 1,437 | 1,862 | 1,309 | 7,969 |
| **Total OUD cases due to prescription opioids** | **3,859** | **5,952** | **3,433** | **3,773** | **4,078** | **6,230** | **3,530** | **7,218** | **6,020** | **7,240** | **7,148** | **9,018** | **7,109** | **74,608** |
| Share of OUD cases due to prescription opioids | 97.5% | 97.5% | 98.8% | 98.8% | 98.0% | 98.0% | 93.8% | 93.8% | 90.2% | 87.7% | 85.1% | 84.7% | 86.1% | 91.5% |

**Table 5**
**Morbidity and Excess Health Care Costs Attributed to the**
**Sales and Distribution of Prescription Opioids**
**Cabell County, 2006-2018**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total OUD cases due to prescription opioids | 3,859 | 5,952 | 3,433 | 3,773 | 4,078 | 6,230 | 3,530 | 7,218 | 6,020 | 7,240 | 7,148 | 9,018 | 7,109 | 74,608 |
| Share of OUD cases covered by Medicare/Commercial payers | 43.6% | 39.0% | 43.8% | 43.8% | 39.3% | 40.9% | 38.9% | 37.7% | 34.9% | 34.5% | 34.4% | 32.0% | 32.0% | |
| Share of OUD cases covered by Medicaid/Uninsured | 56.4% | 61.0% | 56.3% | 56.3% | 60.7% | 59.1% | 61.1% | 62.3% | 65.1% | 65.5% | 65.6% | 68.0% | 68.0% | |
| Excess health care costs per OUD case covered by Medicare/Commercial payers | $13,567 | $12,914 | $11,761 | $11,781 | $12,017 | $10,866 | $10,344 | $8,878 | $8,878 | $8,878 | $8,878 | $8,878 | $8,878 | |
| Excess health care costs per OUD case covered by Medicaid/Uninsured | $6,044 | $5,753 | $5,240 | $5,249 | $5,354 | $4,841 | $4,609 | $3,955 | $3,955 | $3,955 | $3,955 | $3,955 | $3,955 | |
| **Total excess health care costs due to prescription opioids ($ mil)** | $36.0 | $50.9 | $27.8 | $30.6 | $32.5 | $45.5 | $24.2 | $41.9 | $34.2 | $40.9 | $40.4 | $49.9 | $39.3 | $494.0 |

Source: Keyes Report, Figure 14 and Appendix C, Tables C.II.4 and C.II.5