EXHIBIT 12-b to PLAINTIFFS'
APPENDIX OF EXPERT REPORTS

**EXPERT REPORT OF GORDON SMITH**
**M.B., CH.B. (MD EQUIVALENT OTAGO UNIVERSITY), MPH**

# APPENDIX A

Curriculum Vitae

Gordon S. Smith - CV

## CURRICULUM VITAE
## Gordon Stephen Smith, MB, ChB, MPH

**Date:   July 6, 2020**

<u>**Contact Information**</u>

Gordon S. Smith, MB, ChB (MD equivalent), MPH
Stuart M. and Joyce N. Robbins Distinguished Professor
Department of Epidemiology, G103C HSN
School of Public Health, West Virginia University
PO Box 9190, Morgantown, WV 26506-9190
Ph: 304 581 1686   Admin, 304-293-4606 Fax 304-293-2700
Gordon.smith@hsc.wvu.edu

<u>**Language**</u>: English (Native language); Neo-Melanesian (Formerly fluent)

<u>**Citizenship**</u>: New Zealand; U.S. Permanent Resident

<u>**Education**</u>

| Degree/Year: | Institution and Field |
| --- | --- |
| M.B., Ch.B. 1975 | University of Otago Medical School, Dunedin, New Zealand. 1970 - 1974.Wellington Clinical School, Wellington, New Zealand, 1975 Trainee internship, first-in-class, surgery. Graduated M.B., Ch.B. (Otago), December, 1975. (equivalent to M.D. in U.S.) |
| M.P.H. 1981 | Harvard School of Public Health, Boston, Massachusetts.  Areas of concentration: Epidemiology, International Health, Tropical Public Health. |

<u>**Post Graduate Training**</u>

1975-1977    Wellington Hospital, Wellington, New Zealand.
Rotating internship including medicine, surgery, accident emergency and psychiatry

2

Gordon S. Smith - CV

|  | Family practice experience (rural and urban). |
|---|---|
| 1977 | Mater Children's Hospital, South Brisbane, Australia. Pediatric resident, training program in General Pediatrics. |
| 1982-1985 | Centers for Disease Control, Atlanta, Georgia.  Preventive Medicine Resident and Epidemic Intelligence Service (E.I.S.) officer.  Training in epidemiology and preventive medicine.  Areas of specialization:  Public Health Epidemiology, Infectious Diseases, Surveillance Systems, Injury Control. |

## Further Professional Education

| 1981 | Epidemiology and Public Health Administration in Disease Control. Training course (7010-F) Centers for Disease Control, Atlanta, Georgia. |
|---|---|
| 1985 | New England Epidemiology Institute, Summer Epidemiology Course, Amherst, Massachusetts, July. |

## Medical Licenses

| 1975 | New Zealand Medical Board |
|---|---|
| 1975 | E.C.F.M.G. |
| 1977 | State of Queensland Medical Board, Australia |
| 1978 | Papua New Guinea Medical Board |

## Employment History

### Faculty Appointments

| 1982-1984 | University of Colorado Medical School. Assistant Clinical Professor, Preventive Medicine and Epidemiology. |
|---|---|
| 1984-1985 | Division Of Injury Epidemiology And Control, Center For Environmental Health, Centers For Disease Control, Atlanta, Georgia; Medical Epidemiologist and Preventive Medicine Resident, conducting research and program development on the epidemiology of injuries.  Wrote major policy paper for the Centers for Disease Control and the Carter Center of Emory University on currently available intervention strategies to reduce the burden of illness due to injuries, as part of the Carter Center "Closing the Gap" Health Policy Project. |
| 1985 - 2002 | Associate Professor, Joint Appointment Department of Epidemiology, The Johns Hopkins School of Public Health |
| 1985 - 1992 | The Johns Hopkins School of Hygiene and Public Health, Assistant Professor, Division of Public Health, Department of Health Policy and Management. Core faculty, Injury Prevention Center. |

Gordon S. Smith - CV

| | |
|---|---|
| 1989 | Associate Professor, Joint Appointment Department of Emergency Medicine, The Johns Hopkins School of Medicine |
| 1990 - 2002 | Director, Occupational Injury Prevention/Safety Science Training Program.  Johns Hopkins Educational Resource Center |
| 1992 - 2002 | Associate Professor, Faculty of Hygiene and Public Policy Department of Health Policy and Management, The Johns Hopkins School of Public Health |
| 1997 - 2002 | Visiting Professor, Department of Community Health, Faculty of Medicine and Health Science, The University of Auckland, New Zealand. |
| 2002 - Present | Adjunct Associate Professor, Faculty of Hygiene and Public Policy Department of Health Policy and Management, The Johns Hopkins Bloomberg School of Public Health |
| 2007 – 2009 | Visiting Scientist, Harvard School of Public Health, Department of Environmental Health. A research position working on our NIOSH funded ladder study until the appointment at University of Maryland came through. |
| 2007- 2016 | Professor Epidemiology & Public Health, University of Maryland School of Medicine, National Study Center for Trauma and EMS |
| 2016- Present | Adjunct Professor Epidemiology & Public Health, University of Maryland School of Medicine, National Study Center for Trauma and EMS |
| 2017- Present | Adjunct Professor Department of Emergency Medicine, School of Medicine, West Virginia University |
| 2016- Present | Stuart M. and Joyce N. Robbins Distinguished Professor Department of Epidemiology School of Public Health, West Virginia University |

## Other Employment

| | |
|---|---|
| 1973<br>Nov - Dec | Highland View Hospital, Cleveland, Ohio, U.S.A., Clinical Clerkship. |
| 1975<br>Feb - May | Cook Islands Health Service, Rarotonga, Cook Islands, South Pacific, Medical School Elective, Medical Officer, Medicine, Tuberculosis and Leprosy, National Hospital, Rarotonga.  Duties included inpatient and outpatient care, community home visiting and provision of primary care on an isolated atoll. |
| 1977-1978 | Papua New Guinea Health Services, Papua New Guinea Relieving Medical Officer |

4

Gordon S. Smith - CV

Position included superintendent of a small provincial hospital, physician in charge of medicine and pediatrics for a large provincial hospital, and private practice in several cities.

1978-1980    Southern Highlands Integrated Rural Development Project, World Bank, Tari, Papua New Guinea.  Employed as Director, Tari Research Unit, a population-based epidemiological surveillance research program into the major disease patterns and nutritional status of an isolated rural, subsistence population. The unit was part of an integrated research and rural development project which included health, nutrition, education, agriculture and development planning, and was funded by the World Bank.  Duties included the supervision of 26 reporters and staff, data collection and processing, project design and evaluation, execution of several large field surveys, and evaluating the local health delivery system, with special emphasis on maternal and child health.  Other activities included clinical duties at the hospital, supervision, and in-service training of primary health care workers.

1981-1982    Harvard School of Public Health, Teaching Assistant worked for R. L. Nicholas, M.D., Professor of Microbiology.  Developed case materials and assisted in teaching courses in Infectious Disease Epidemiology, Decision Making in the Control of Infectious Diseases, Urban and Industrial Health Planning in Developing Countries, and Health Organization in Developing Countries, which included development of surveillance systems.

1982    Harvard Medical School Research Fellow, Hospital Epidemiology. Brigham and Women's Hospital/Channing Laboratory. Part-time consultancy to design and implement an antibiotic audit and surveillance system for the Brigham and Women's Hospital - working in association with Dr. E. Kass, Director, Channing Laboratory, Harvard Medical School.

1982-1984    Epidemiology Program Office Centers for Disease Control, Atlanta; Epidemic Intelligence Officer and Preventive Medicine Resident on assignment to Colorado Department of Health.  A general epidemiology position covering both acute and chronic diseases, acute outbreak investigations, and maintenance of the state surveillance program.

2001 – 2007    Principal Research Scientist, Liberty Mutual Research Institute for Safety, Hopkinton, MA.  Duties include design, execution, and publishing of peer-reviewed research on occupational injuries, a year directing the Center for Safety Research, and collaborating on research projects with colleagues both inside and outside the Institute. This position was a senior research position equivalent to a research professor with no major teaching responsibilities except I did teach as part of out joint program with the Harvard School of Public Health.

Gordon S. Smith - CV

2007 – 2007   Consultant, Injury Research Services, Westborough, MA. Injury prevention
consulting until the appointment at University of Maryland came through.


## Professional Society Memberships

American College of Epidemiology-Elected Fellow 1986
American Public Health Association
  Injury Control and Emergency Health Services Section
     Program Committee  1993-1999
     Data Committee  1995-present
     Reviewer Student Paper Competition  1994-present
Australasian Epidemiological Association - Elected 1987
International Epidemiological Association
International Society for Child and Adolescent Injury Prevention-Elected 1995
International Council on Alcohol, Drugs and Traffic Safety - Elected 1995
Research Society on Alcoholism - Elected 1995, lapsed renewed 2010
Society for Advancement of Violence and Injury Research
     Member SAVIR Scientific Policy and Research Committee- June 2007
Society for Epidemiologic Research
     Program Committee - 1994
     Abstract Reviewer 1994 -2000


## Grant Support

**ACTIVE**

**UG3DA044825  (Feinberg Smith Co-PI ) 07/01/2017 - 11/30/2020  2.4 Calendar Months**
National Institute of Drug Abuse                                  $400,000
Rural West Virginia Responds to Opioid Injection Epidemics: From Data to Action
The goals of this project are to develop a novel, integrated prevention, harm reduction, and
treatment strategy to rapidly identify and mitigate HIV microepidemics, so that we can limit
further spread of HIV, HCV and other diseases and reduce hazardous injection drug use,
including drug overdoses, in southern WV.
Role: Co-PI


**U54GM104942-02     (Hodder)            7/01/17-6/30/22     0.24 Calendar Months**
NIH/NIGMS                                                      $4,000,000
WV IDeA CTR
WVU Clinical and Translational Science Award (CTSA)
The overall goal of the West Virginia Clinical and Translational Science Institute (WVCTSI)
IDeA CTR Program is to serve as a collaborative hub, leading statewide innovation in clinical
and translational research to catalyze and accelerate the development of solutions to improve
health disparity outcomes. This involves continuing to build on our competitive clinical and

Gordon S. Smith - CV

translational science infrastructure and expand our capacity to conduct clinical and translational research in order to meet our long-term goal of eliminating health and healthcare disparities amongst West Virginians/Appalachians.
Role: Associate Director of the Clinical Research Design, Epidemiology, and Biostatistics Core (CRDEB)

**PENDING**

**R01DA049823-01   (Smith)**                          **9/1/19 to 8/31/2024**              **2.40 calendar months**
NIH/NIDA                                                                                                    $250,000
Wastewater Epidemiology: An applied method for quantifying local patterns in substance abuse, Naloxone, and medication assisted treatment to inform policy and prevention
The overall goal of our application is to develop a novel wastewater surveillance program for monitoring shifts in drug use patterns and institutionalize it for more effective delivery of interventions.

**Rudisill PI     07/01/2020 - 06/30/2021**                          **0.24 Calendar Months**
National Institute of Drug Abuse                                                          $175,000
The Effects of Cannabidiol on the Driving Ability of Healthy Adults: A Clinical Trial
The major goals of this project are to assess the perceived and actual effects of cannabidiol (CBD) on the driving ability of healthy adults ages 18-30 years using a driving simulator and psychological testing. Our long-term goal following completion of this exploratory R21 is to definitively determine the effects of, CBD on driving performance and motor vehicle collision risk.
Role: Co-I.

**PAST FUNDING**

**R21DA040187             (Smith PI)     09/30/2016 -07/31/2019     2.16 Calendar Months**
National Institute of Drug Abuse                                                          $ 359,890
Drugs and Driving: Developing a Sentinel Drug FARS for Research
Currently, there is no reliable system to assess the involvement of drugs in fatally injured drivers either nationally or at the state level. The main goal of this R27 exploratory grant is to demonstrate the feasibility of developing a sentinel Drug-FARS research database to investigate important issues regarding drugs and traffic crash risk. It involves developing a toxicology database from medical examiner records that can be linked at the state level to the Fatality Analysis Reporting System (FARS), a census of all fatal vehicle crashes.
Role: PI

**R49 CE000345) (Bossarte PI)**                          **08/01/2012 to 07/31/2019     No funded effort**
CDC  WVU Injury Control Research Center              $723,798
Major goal: Conduct injury research, training, and education.
Role: Research Affiliate

Gordon S. Smith - CV

**R01AA018313-03 (Smith PI)**          05/1/2010 – 04/30/2017          **5.2 Calendar**
**(43.2% Effort)**
National Institutes for Health (NIH)          $403,183 d.c.
Hangovers and Traffic Injuries: Is Alcohols Influence Greater Than Expected?
Role:PI
The primary objectives of the study are to identify and quantify the role of hangovers in traffic
injuries by assessing biomarkers of recent alcohol consumption in urine among Motor Vehicle
Crash (MVC) cases admitted to the University of Maryland R. Adams Cowley Shock Trauma
Center (STC) as well as all deaths from the medical examiner for the entire state of Maryland for
4 years.

**OPASS-14-13848-G (Tracy)**          **01/01/14-06/30/17**          **2.40**
**calendar (20% Effort)**
Maryland Department of Health and Mental Hygiene          $740,000
Research and Evaluation for the Maryland Center of Excellence for Problem Gambling
The goal of this study is to examine the public health impact of legalizing casino gambling. The
current study is examining the effect of the recent legalization of casino gambling in Maryland on
traffic crashes, particularly alcohol-related crashes as they are the only 24 hour alcohol outlets in
the state.
Role: Co-Investigator

**D43 (Hirshon PI)**          4/1/11 – 3/31/16          **0.0 Calendar/**
**Exec Comm.**
NIH/Fogarty International Center          $121,122 d.c.
Injury Prevention Research in Egypt and the Middle East
Role: Co-Investigator
This grant is designed to help health professionals in Egypt, Libya and the Arab Middle East to
increase their knowledge and understanding of human trauma and injury prevention and apply
this knowledge in public health practice in order to decrease the significant mortality and
morbidity caused by injuries.

**NIH 2K12HD043489-11 (Tracy PI)**          09/26/02 – 07/31/17          **0.24**
**calendar (2% effort)**
Maryland's Organized Research Effort in Women's Health (MORE-WH)          $2,299,837
(cost share)
Mentoring a scholar. This project will continue a program already established at University of
Maryland to train junior faculty scholars in interdisciplinary research in women's health.
Role: Co-Investigator

**R21 AG042768-01 (Zuckerman)**          8/1/2012 – 7/30/2014          **0.48 Calendar**
National Institutes for Health (NIH)          $150,000
Long-Term Anticoagulation Therapy after Traumatic Brain Injury in Older Adults
The specific aims of this project are to describe AC treatment patterns among Medicare
beneficiaries age 65 and over before and after an episode of TBI; Among Medicare beneficiaries
who were receiving long-term AC therapy at the time of a TBI episode, to estimate the

8

Gordon S. Smith - CV

probability of resumption of AC therapy, and to identify factors associated with longer time to resumption of AC therapy; Among Medicare beneficiaries who were receiving long-term AC therapy at the time of a TBI episode, to compare the clinical outcomes of those who do and those who do not resume AC therapy after the TBI

**EMW-2009-FP-00427(Taylor, Site-PI Smith)     06/11/2010 – 06/10/2013     1.3 Calendar**
Drexel University / FEMA                         $36,631 d.c.
Firefighter Non-Fatal Injury Surveillance System (F-NISS)
The objective of this study is to create and test the architecture of a national Firefighter Non-fatal Injury Surveillance System (F-NISS) that standardizes information from various surveillance systems and unifies these into a single-source data structure applicable at the national, regional, and local levels.  The goal of F-NISS is to describe firefighter injuries accurately and consistently.

2001 – 2007   Was Principal Research Scientist, Liberty Mutual Research Institute for Safety, Hopkinton, MA. Was on hard money until 2007 when I moved to University of Maryland

Source: Department of Defense
Project Title and Number:  Preventing the Consequences of Alcohol Abuse:  Identification of Soldiers at High Risk for Fatal Injury
P.I. Gordon S. Smith
Percent of Appointment: 50%
Dates: 7/1/01 - 6/30/04
Grant Type: R01
Annual Direct Costs: $367,272
Total Direct Costs:  $1,101,816

Source: National Institute of Occupational Safety and Health
Project Title and Number:  Predictors of Low-Back Injury and Disability in the U.S. Army R01 OH03703-01A1
P.I. Gordon S. Smith
Percent of Appointment: 25%
Dates: 9/1/99 - 8/31/02
Grant Type: R01
Annual Direct Costs: $154,230
Total Direct Costs:  $462,690

Source:  Centers for Disease Control
Project Title and Number:  Injury Control Research Center,  R49CCR302486
P.I.: Ellen MacKenzie, Gordon Smith, Co-investigator
Percent of Appointment: 10%
Grant Type: R04 Center Grant
Dates: 09/01/99 - 8/31/04
Annual Direct Costs: $750,000
Total Direct Costs:  $3,161,481

Gordon S. Smith - CV

Source: National Institute of Occupational Safety and Health
Project Title and Number:  Occupational Injury Prevention/Safety Sciences Training
T42CCT310419
P.I.: Gordon Smith
Percent of Appointment: 15%
Dates: 7/1/90 - 6/30/02
Grant Type: T42
Annual Direct Costs: $ 107,296
Total Direct Costs:  $ 1,300,000

Source:  Centers for Disease Control
Project Title and Number:  Injury Prevention Research Center
P.I.: Ellen MacKenzie, Gordon Smith, Co-investigator
Percent of Appointment: 5-10%
Dates: 09/01/94 - 8/31/99
Annual Direct Costs: $ 750,000
Total Direct Costs:  $3,750,000

Source: National Institute of Alcohol Abuse and Alcoholism
Project Title and Number: Alcohol-Related Drowning and Serious Boating Injuries.
P.I.: Gordon S. Smith, Co-P.I. Penelope Keyl
Percent of Appointment: 52%
Dates: 4/01/95 - 3/31/00
Grant Type: R01
Annual Direct Costs: $356,795
Total Direct Costs:  $1,780,000

Source and I.D. No.: Department of Defense, Women's Health Research Program
Title: Injury to women in the military
P.I.: Gordon Smith
% Effort: 20%
Dates: 6/1/95 - 9/31/99
Grant Type: R01
Annual Direct Costs: $166,206
Total Direct Costs: $ 664,825 Indirect Costs: $ 421,158

Source: National Center for Earthquake Engineering Research (NCEER)
Project Title and Number: Casualty Assessment and Estimation in Earthquakes (#4004C)
P.I.: Gordon S. Smith
Percent of Appointment: 3%
Dates: 9/1/92 - 8/31/97
Annual Direct Costs:  $15,835 (year 5)

10

Gordon S. Smith - CV

<u>Source</u>: The Pacific Institute for Research and Evaluation/National Institute on Alcohol Abuse and Alcoholism
<u>Project Title and Number</u>: Injuries from alcohol: Incidence of Cost -  Subcontract from The Pacific Institute for Research and Evaluation
<u>P.I.</u>: Gordon S. Smith/Co-Investigator: Ted Miller
<u>Dates</u>: 4/1/93 - 3/31/98
<u>Percent of Appointment</u>: 20%
<u>Annual Direct Costs</u>: $40,387 Subcontract (Total grant $143,520)

<u>Source</u>: Center to Protect Worker's Rights
<u>Title</u>: Fatalities in Construction: A Pilot Study
<u>P.I.</u>: Gordon S. Smith
<u>My Role</u>: Principal Investigator
<u>% Effort</u>: 1%
Dates Entire Project: 9/1/94 - 8/31/96
<u>Direct Costs</u> (Entire project): $ 16,516
<u>Dates Current Year</u>: same as above
<u>Direct Costs</u> (Current): $ $16,516

<u>Source</u>: UAW/Chrysler National Joint Committee on Health & Safety
<u>Project Title and Number</u>: Injury epidemiology in motor vehicle manufacturing.
<u>P.I.</u>: Susan Baker, Co-Investigator: Gordon Smith
<u>Percent of Appointment</u>: 10%
<u>Dates</u>: 6/1/92 - 5/31/94
<u>Annual Direct Costs</u>: $122,990 (year 1)

<u>Source</u>: National Institute of Alcohol Abuse and Alcoholism
<u>Project Title and Number</u>: FIRST Award -- Alcohol-Related Drowning and Occupational Injuries #1R29AA07700-05 P.I. Gordon Smith
<u>Percent of Appointment</u>: 50%
<u>Dates</u>: 4/1/88 - 3/31/94
<u>Annual Direct Costs</u>: $ 74,280 (Year 5) (Total $349,809)

<u>Source</u>: Maryland State Police/National Highway Traffic Safety Administration
<u>Project Title</u>: FARS Data and Medical Examiner Systems
<u>P.I.</u>: Gordon S. Smith
<u>Percent of Appointment</u>: 0%
<u>Dates</u>: 9/14/90 - 4/15/91
<u>Annual Direct Costs</u>: $7,104
<u>Description</u>: This study explored the feasibility of linking medical examiner and Fatal Accident reporting System records.

<u>Source</u>: Swedish Work Environment Fund/National Institute Occupational Health
<u>Project Title and Number</u>: Shift Work and Occupational Injuries
P.I. Gordon S. Smith

11

Gordon S. Smith - CV

Percent of Appointment: 9%
Dates: 8/1/88 - 12/31/90
Annual Direct Costs: $13,216

Source: National Institute of Occupational Health and Safety
Project Title and Number: Medical Examiner Surveillance for Occupational Fatalities.
P.I.: Gordon Smith
Percent of Appointment: 0%
Dates: 10/01/89 - 9/30/90
Annual Direct Costs: $9,900

Source: National Institute of Occupational Health and Safety
Project Title and Number: An Evaluation of Fatal Occupational Injury Reporting by Death Certificates.
P.I.: Gordon Smith
Percent of Appointment: 5%
Dates: 10/01/89 - 9/30/90
Annual Direct Costs: $9,990

Source: National Science Foundation
Project Title and Number: Earthquake Injury Epidemiology & Building Damage from the October 17, 1989 Loma Prieta Earthquake: County of Santa Cruz.
P.I.: Nick Jones, Co.P.I. Gordon Smith
Percent of Appointment: 3.5%
Dates: 4/1/90 - 3/31/91
Annual Direct Costs: $ 85,243

Source: National Institute of Occupational Safety and Health
Project Title and Number: Back Injuries in Municipal Employees RO1 04 02574
P.I.: Susan Baker; Gordon Smith, Investigator
Percent of Appointment: 10%
Dates: 10/01/88 - 9/30/91
Annual Direct Costs: $142,265 (Year 3) (Total $ 422,398)

Source: National Center for Earthquake Engineering Research (NCEER)
Project Title and Number: Earthquake Injury Epidemiology and Search and Rescue in Collapsed Buildings (#90 - 4004C)
P.I.: Gordon S. Smith
Percent of Appointment: 7%
Dates: 9/1/88 - 12/31/91
Annual Direct Costs: $27,778 (year 3)

Source: National Highway Traffic Safety Administration
Project Title and Number: Impact of Injuries on American Society
P.I. Ellen MacKenzie (Co-P.I. Gordon Smith)

Gordon S. Smith - CV

Percent of Appointment: 20%
Dates: 1/1/88 - 12/30/88
Annual Direct Costs: $152,538

Source: National Center for Earthquake Engineering Research/National Science Foundation
Project Number and Title: Epidemiology of injuries following natural disasters
P.I.: Gordon Smith
Percent of Appointment: None (support only)
Dates: 9/1/87 - 8/31/88
Annual Direct Costs: $5,000

Source: Natural Hazards Research and Applications Center
Project Title and Number: Field Investigation of Medical and Epidemiological Aspects of Natural Disasters (Rapid Response Grant)
P.I.: Eric Noji (Co-P.I. Gordon S. Smith)
Percent of Appointment:  none (travel only)
Dates:  10/01/86 - 9/30/88 (extended to 9/30/89)
Annual Direct Costs: $5,000

Source: National Science Foundation
Project Title and Number: Earthquake injury epidemiology for mitigation and response
P.I.: Nicholas Jones (Co-P.I. Gordon Smith)
Percent of Appointment:  none (supports research assistants only)
Dates: 7/1/88 - 6/30/89
Annual Direct Costs:  $47,920

Source: Biomedical Research Support Grant Program, JHU/NIH
Project Title and Number: Shift work and Occupational Injuries: Parts I&II
P.I.: Gordon S. Smith
Percent of Appointment: 11% & 0% ?
Dates: 7/1/87 - 3/31/89
Annual Direct Costs: $10,000 (Yr. 1), $3,500 (Yr. 2) (Total $13,500)

Source: Association of Schools of Public Health/Centers for Disease Control
Project Title and Number: Injuries as a Cause of Hospitalization
P.I.: Gordon S. Smith
Percent of Appointment: year 1 - 25%; year 2 - 19%
Dates: 10/15/85 - 7/14/88
Annual Direct Costs: $27,316 (Total Direct Costs: $58,768)

Source:  Institute for International Health/Agency for International Development
Project Title and Number: Verbal autopsy:  A critical analysis and proposals for validation studies
P.I.: Gordon S. Smith
Percent of Appointment: 15% for 6 months

Gordon S. Smith - CV

<u>Dates</u>: 9/1/87 - 3/31/88
<u>Annual Direct Costs</u>: $13,850

<u>Source</u>: National Academy of Sciences
<u>Project Title and Number</u>: Rapid Epidemiologic Assessment
<u>P.I.</u>: Gordon S. Smith
<u>Percent of Appointment</u>: 30% (year 1); 25% (year 2)
<u>Dates</u>: 9/1/85 - 10/31/87
<u>Annual Direct Costs</u>: $30,000 (year 1); $30,000 (year 2) (total of $60,000)

<u>Sources</u>: Association of Schools of Public Health/NIOSH
<u>Project Title and Number</u>: A research plan to index causes of worksite injuries
<u>P.I.</u>: Gordon S. Smith (Replace Carol Scatarige)
<u>Percent of Appointment</u>: 5%
<u>Dates</u>: 11/1/85 - 10/31/86
<u>Annual Direct Costs</u>: $17,649

<u>Source</u>: Maryland Department of Transportation
<u>Project Title and Number</u>: Evaluation and effects of Maryland Seat belt laws
<u>P.I.</u>: Susan Baker, Co-Investigator: Gordon Smith
<u>Percent of Appointment</u>:16%
<u>Dates</u>: 9/15/87 - 1/15/88
<u>Annual Direct Costs</u>:$37,700

<u>Source</u>: National Institute on Aging (NIH)
<u>ID</u>: IR01 AG06608-01
<u>Project Title and Number</u>: Epidemiology of hospitalized injuries in the aging
<u>P.I.</u>: Susan Baker
<u>Percent of Appointment</u>: 5%
<u>Dates</u>: 7/1/86 - 6/30/87
<u>Annual Direct Costs</u>:$71,726

<u>Source</u>: Public Health Commission - District of Columbia, Dept. of Health
<u>Project Title and Number</u>: Violence Epidemiology
<u>P.I.</u>: Stephen Teret, Co-Investigator: Gordon Smith
<u>Percent of Appointment</u>: 10%
<u>Dates</u>: 7/1/85 - 6/30/86
<u>Annual Direct Costs</u>: $27,070

<u>Source</u>: Mellon Foundation
<u>Title</u>: Health Program Alliance
<u>P.I.</u>: Marshall McBean
<u>Percent of Appointment</u>: 25%
<u>Dates</u>: 7/1/85 - 6/30/87

14

Gordon S. Smith - CV

## Publications

**Peer- Reviewed Journal Articles:** (*Student first authors, ** Last Author Smith GS. Note at Johns Hopkins senior author was usually placed 2nd while convention at University of Maryland is to place them last. For articles where I was senior author under UMB guidelines **SMITH GS** is in bold )

1       Centers for Disease Control (Smith GS, Fontaine RE, Hopkins RS).  Schistosomiasis among river rafters - Ethiopia.  Morbidity and Mortality Weekly Report (MMWR) 1983; 32:587-586.

2       **Smith GS,** Blaser MJ. Fatalities associated with campylobacter jejune infections.  Journal of American Medical Association 1985; 253:2873-2875.

3       Centers of Disease Control (Smith S, Smith GS, Jenkenson S, Middaugh J)  Injuries Associated with Three-wheel All-Terrain Vehicles - Alaska.  Morbidity and Mortality Weekly Report (MMWR) 1985; 34:213-215.

4       **Smith GS**.  Measuring the gap for unintentional injuries.  The Carter Center Health Policy Project.  Public Health Reports  1985; 100:565-568.

5       Wilson RW, Barancik JI, Gallagher SS, Sattin RW, Smith GS, Sokal DC.  Injury morbidity and mortality overview workshop.  Public Health Reports 1985; 100:560-561.

6       Cooper ER, Ellison RT, Smith GS, Blaser MJ, Reller LB, Paisley JW.  Rifampin-resistant meningococcal disease in a prophylaxed contact.  Journal of Pediatrics 1986; 108:93-96.

7       Edungbola LD, Watts SJ, Kale OO, Smith GS, Hopkins DR.  A method of rapid assessment of the distribution and endemicity of dracunculiasis in Nigeria.  Social Science and Medicine 1986; 23 (6):555-558.

8       **Smith GS.**  Injuries as a preventable disease:  The control of occupational injuries from the medical and public health perspective.  Journal of Ergonomics 1987; 30:213-220.

9       Rockett IRH, Smith GS.  Injuries in relation to chronic disease:  An international view of premature mortality.  American Journal of Public Health 1987; 77:1345-1346.

10      **Smith GS**, Falk H. Unintentional Injuries, American Journal of Preventive Medicine 1987; (5,Sup):143-63.

11      **Smith GS**, Kraus JF.  Alcohol and residential, recreational, and occupational injuries:  A review of the epidemiologic evidence.  Annual Review of Public Health 1988; 9:99-121.

12      *Suruda A, Smith GS, Baker SP.  Death from trench cave-ins in the construction industry.  Journal of Occupational Medicine 1988; 30:552-555.

13      Istre GR, Tinnell C, Ouimette D, Gunn RA, Schillam P, Smith GS, Hopkins R.  Surveillance for injuries:  Cluster of finger amputations from snowblowers.  Public Health Reports 1989; 104:155-157.

14      **Smith GS**, Blum D, Huttly SRA, Okeke N, Kirkwood BR, Feachem RG.  Disability from dracunculiasis:  Impact on mobility.  Annals of Tropical Medicine and Parasitology 1989; 83:151-158.

15      Imo State Evaluation Team (Ajala M, Akiyobi C, Blum D, Cairncross S, Carson D, Dosunmu-Ogunbi O, Emeh R, Feachem R, Huttly S, Kirkwood B, Okeke N, Okoro J, Smith G)  Evaluating water and sanitation projects:  lessons from Imo State, Nigeria.  Health Policy and Planning 1989; 4(1):40-49.

Gordon S. Smith - CV

16      *Bhatnagar MK, **Smith GS**.  Trauma in the Afghan guerilla war:  Effects of lack of access to care.  Surgery 1989; 105:699-705.

17      Rockett IRH, Smith GS**.  Injuries and the Australian mortality mosaic:  a comparison with the United Kingdom and New Zealand.  Public Health 1989; 103:353-361.

18      *Salive ME, **Smith GS**, Brewer TF.  Suicide mortality in the Maryland state prison system, 1979-1987.  Journal of American Medical Association 1989; 262:365-369.  Subsequent correspondence in JAMA 1989;262:3403.

19      Rockett IRH, Smith GS.  Homicide, suicide, motor vehicle crash and fall mortality:  United States' experience in a comparative perspective.  American Journal of Public Health 1989; 79:1396-1400.

20      *Bacon EW, **Smith GS**, Baker SP.  Geographic variation in the occurrence of hip fractures among the elderly white population of the United States.  American Journal of Public Health 1989; 79:1556-1558.

21      Rice DP, Kaufman SR, McLoughlin L, Max M, Mackenzie EJ, Smith GS, Salkever DS, de Lissavoy GV, Jones AS, Miller TR, Robertson LS, Faigin BM.  Cost of Injury - United States: A Report to Congress, 1989.  Morbidity and Mortality Weekly Report 1989; 38:743-746.

22      **Smith GS.**  Development of rapid epidemiologic assessment methods to evaluate health status and delivery of health services.  International Journal of Epidemiology 1989; 18(Sup.2):2-15.

23      Selwin BJ, Frerichs RR, Smith GS, Olson J.  Rapid Epidemiologic Assessment:  the evolution of a new discipline.  International Journal of Epidemiology 1989; 18(Sup.2):1.

24      Wong TW, Poon WO, Lee J, Yiu PC, Fung KP, Smith GS, McLean AJ.  Non-fatal injuries among motorcyclists treated as inpatients in a general hospital.  Annals Academy of Medicine Singapore 1989;18:672-674.

25      *Honkanen R, Koivumaa-Honkanen H, **Smith, G**.  Males as a high risk group for trauma: The Finnish Experience.  Journal of Trauma 1990;30:155-162.

26      **Smith GS.** The physician's role in injury prevention: beyond the preventive services task force report. Journal of General Internal Medicine 1990;5:S67-S73.

27      *Marganitt B, Mackenzie EJ, Smith GS, Damiano AM.  Coding external-causes of injury (E-codes) in Maryland hospital discharges 1979-1988; a statewide study to explore the uncoded population.  American Journal of Public Health 1990;80(12):1463-1466.

28      Jones NP, Krimgold F, Noji EK, Smith GS.  Considerations in the epidemiology of earthquake injuries.  Earthquake Spectra 1990;6(3):507-528.

29      *Salive ME, **Smith GS**.  Death in Prison: changing mortality patterns among male prisoners in Maryland, 1979-87.  American Journal of Public Health 1990;80:1479-1480.

30      *Honkanen R, **Smith GS.**  Impact of acute alcohol intoxication on the severity of injury:  a cause-specific analysis of non-fatal trauma.  Injury 1990;21:353-357.

31      MacKenzie EJ, Morris JA, Smith GS, Fahey M.  Acute Hospital Costs of Trauma in the United States: Implications for Regionalized Systems of Care.  Journal of Trauma, 1990;30:1096-1103.

32      MacKenzie EJ, Morris JA, de Lissavoy GV, Smith GS, Fahey M.  Acute Hospital Costs of Pediatric Trauma in the United States: How Much and Who Pays?  Pediatric Surgery, 1990;25(9):970-976.

Gordon S. Smith - CV

33      Huttley SR, Blum D, Kirkwood BR, Emeh RN, Okeke N, Ajala M, Smith GS, Carson DC, Dosunmu-Ogunbi O, Feachem RG.  The Imo State (Nigeria) Drinking Water Supply and Sanitation Project, 2.  Impact on dracunculiasis, diarrhea and nutritional status. Transactions of the Royal Society of Tropical Medicine and Hygiene 1990;84:316-21.

34      *Wong TW, Phoon W, Yiu IP, Fung KP, **Smith GS**.  Motorcyclist Traffic Accidents and Risk Factors: A Singapore Study.  Asia-Pacific Journal of Public Health, 1990;4:34-38.

35      *Suruda A, Floccare D, **Smith GS.**  Deaths and injuries from tire explosions during servicing. Annals of Emergency Medicine 1991;20:848-851.

36      *Honkanen R, **Smith GS.**  Impact of acute alcohol intoxication on patterns of non-fatal trauma: cause-specific analysis of head injury effect. Injury 1991;22:225-229.

37      *Perneger T, **Smith GS**. The Driver's Role in Fatal Two-Car Crashes: A Paired "Case Control" Study. American Journal of Epidemiology 1991;134:1138-45.

38      **Smith GS,** Barss P.G.  Unintentional Injuries in Developing Countries: The Epidemiology of a Neglected Problem. Epidemiologic Reviews 1991;228-266.

39      **Smith GS**, Langlois JA, Buechner JS.  Methodological issues in using hospital discharge data to determine the incidence of hospitalized injuries. American Journal of Epidemiology 1991;134:1146-58.

40      Soderstrom CA, Dischinger PC, Smith GS, McDuff DR, Hebel JR, Gorelick DA. Psychoactive substance dependence among trauma center patients. Journal of the American Medical Association 1992;267:2756-59.

41      Occupational Injury Prevention Panel (Baker SP. Chair, Smith GS. and other contributors). Occupational Injury Prevention: Position Paper Executive Summary. Morbidity and Mortality Weekly Report, 1992;4(RR-6):21-26.

42      Baker SP, Conroy C, Johnston JJ, .... Smith GS et al.  Occupational Injury Prevention. Journal of Safety Research 1992;23(2):129-133.

43      *Bhatnagar MK, Curtis MJ, **Smith GS.**  Musculoskeletal injuries in the Afghan war. Injury 1992;23:545-48..

44      *Johnson KC, Ford DE, **Smith GS.**  The current practices of internists in the prevention of residential fire injury. American Journal Of Preventive Medicine 1993;9:39-44.

45      *Hinton RY, **Smith GS.**  The association of age, race and sex with the location of proximal femoral fractures in the elderly.  Journal of Bone and Joint Surgery 1993;75-A:752-759.

46      Rockett IRH, Smith GS.  Covert suicide among elderly Japanese females: Questioning unintentional drownings. Social Science and Medicine 1993;36:1467-72.

47      Howland J, Smith GS, Mangione T, Hingson R, DeJong W, and Bell N. Missing the Boat on Drinking and Boating Journal of the American Medical Association 1993;270:91-92.

48      Soderstrom CA, Smith GS. Alcohol's effect on trauma outcomes: a reappraisal of conventional wisdom Journal of the American Medical Association 1993;270:93-4.

49      *Forjuoh SN, **Smith GS.**  Case-fatality rates by body part affected and trends in hospitalized burns in Maryland, 1981-90. Burns 1993;19:387-391.

50      *Brenner RA, **Smith GS,** Overpeck MD.  Divergent trends in childhood drowning rates, 1971 through 1988. Journal of the American Medical Association 1994;271:1606-8.

51      *Wagner RM, Jones NP, **Smith GS.**  Risk factors for casualties in earthquakes: the application of epidemiologic principles to structural engineering. Structural Safety 1994;13:177-200.

Gordon S. Smith - CV

52    *Li G, **Smith GS,** Baker SP.  Drinking behavior in relation to cause of death among U.S. adults.  American Journal of Public Health 1994;84:1402-6.

53    *Wagner RM, Jones NP, **Smith GS,** Krimgold F. Study methods and progress report: A case-control study of the casualties associated with the Loma Prieta Earthquake: County of Santa Cruz. US Geological Survey Professional Paper.  1994;1553-A:A39-62.

54    *Forjuoh SN, Keyl PM, Diener-West, M, Smith GS, Guyer B.  Prevalence and age-specific incidence of burns in Ghanaian children.  Journal of Tropical Pediatrics 1995;41:273-277.

55    *Langlois JA, **Smith GS,** Baker SP, Langley J.  International comparisons of injury mortality in the elderly: issues and differences between New Zealand and the United States.  International Journal of Epidemiology 1995;24:136-143.

56    *Langlois JA, **Smith GS,** Nelson DE, Sattin RW, Stevens JA, DeVito CA.  Dependence in activities of daily living as a risk factor for fall injury events among older people living in the community. Journal of the American Geriatric Society 1995;43:275-278.

57    *Forjuoh SN, Guyer B, **Smith GS.**  Childhood burns in Ghana: epidemiological characteristics and home-based treatment. Burns, 1995;21:24-28.

58    *Langlois JA, Buechner JS, O'Connor EA, Nacar EQ, **Smith GS**.  Improving the E coding of hospitalizations for injury: do hospital records contain adequate documentation? American Journal of Public Health. 1995;85:1261-1265.

59    *Hinton RY, Lennox DW, Ebert FR, Jacobsen SJ, **Smith GS**.  Relative rates of fracture of the hip in the United States.  Journal of Bone and Joint Surgery. 1995;77-A:695-701.

60    *Forjuoh SN, Guyer B, Strobino DM, Keyl PM, Diener-West M, **Smith GS.**  Risk factors for childhood burns: a case-control study of Ghanaian children. Journal of Epidemiology and Community Health 1995;49:189-193.

61    **Smith GS,** Brenner RA.  The changing risks of drowning for adolescents in the U.S. and effective control strategies.  Adolescent Medicine 1995;6(2):153-170.

62    Kirsch TD, Hilwig WK, Holder YA, Smith GS, Pooran S, Edwards R.  Epidemiology and practice of emergency medicine in a developing country. Annals of Emergency Medicine 1995;26:361-367

63    **Smith GS.** Drowning prevention in children:  the need for new strategies. Injury Prevention 1995;1: 216-217.

64    Kirsh TD, Beaudreau RW, Smith GS, Holder YA.  Pediatric injuries presenting to an emergency department in a developing country.  Pediatric Emergency Medicine. 1996;12:411-415.

65    *Klein-Schwartz W, **Smith GS.** Agricultural and horticultural chemical poisonings: mortality and morbidity in the United States.  Annals of Emergency Medicine.  1997; 29:232-238.

66    Sorock GS, Smith GS, Reeve G, Dement J, Stout N, Layne L, Pastula S.  Three perspectives on work-related injury surveillance systems: narrative data analysis, data set linkage, and comprehensive company-wide surveillance. American Journal of Industrial Medicine.  1997;32:116-128.

67    Mittleman MA, Maldonado G, Gerberich SG, Smith GS, Sorock GS.  Alternative approaches to analytical designs in occupational injury epidemiology.  American Journal of Industrial Medicine.  1997;32:129-141.

18

68    Soderstrom CA, Dischinger PC, Smith GS, Hebel JR, McDuff DR, Gorelick DA, Kerns TJ, Ho SM, Read KM. Alcoholism at the time of injury among trauma center patients: vehicular crash victims compared with other patients. <u>Accident Analysis and Prevention</u>. 1997;29(6):715-721.

69    Li G, Keyl PM, Smith GS, Baker SP.  Alcohol and injury severity: a reappraisal of the continuing controversy.  <u>Journal of Trauma</u>.  1997;42:562-569.

70    Soderstrom CA, Smith GS,  Dischinger PC, McDuff DR, Hebel JR, Gorelick DA, Kerns TJ, Ho SM, Read KM.  Psychoactive substance use disorders among seriously injured trauma center patients .  <u>JAMA</u>.  1997;277:1769-1774.

71    Soderstrom CA, Smith GS, Kufera JA, Dischinger PC, Hebel JR, McDuff DR, Gorelick DA, Ho SM, Kerns TJ, Read KM.  The accuracy of the CAGE, the Brief Michigan Alcoholism Screening Test, and the Alcohol Use Disorders Identification Test in screening trauma center patients for alcoholism.  <u>Journal of Trauma</u>.  1997;43:962-969.

72    Rauchschwalbe R.  Brenner RA, **Smith GS.**  The role of bathtub rings and seats in infant drowning deaths.  <u>Pediatrics</u>.  1997;100(4):e1:1-5.

73    *McCullough PA, **Smith GS.**  Evaluation of narrative text for case finding: the need for case accuracy measurement.  <u>American Journal of Industrial Medicine</u>.  1998; 34: 133-136.

74    *Levick N, Winston F, Aitken S, Freemantle R, Marshall F, **Smith G.**  Development and Application of a Dynamic Testing Procedure for Ambulance Paediatric Patient Restraint Systems.  <u>Society of Automotive Engineers Australian Journal</u>. 1998;58(2):45-51.

75    *Warner M, Baker SP, Li G, **Smith GS**. Acute traumatic injuries in automotive manufacturing.  <u>American Journal of Industrial Medicine</u>. 1998; 34: 351-358

76    Ytterstad B, Smith GS, Coggan CA. Harstad Injury Prevention Study: prevention of burns in young children by community based intervention. <u>Injury Prevention</u>. 1998;4:176-180.

77    Lestina DC, Miller TR, Smith GS.  Creating injury episodes using medical claims data. <u>Journal of Trauma</u>. 1998;45:565-569.

78    Ameratunga SN, Norton RN, MacMahon SW, Smith GS, Jackson RT, Currie R, Langley JD, Sharpe SS, Cheng A, Woodfield DG.  A prospective cohort study of blood donors: methodological issues in the investigation of injuries and chronic diseases.  <u>Australian and  New Zealand  Journal of Public Health</u>. 1998;22:578-582.

79    Soderstrom CA, Dischinger PC, Kerns TJ, Kufera JA, McDuff DR, Gorelick DA, Smith GS. Screening trauma patients for alcoholism according to NIAAA guidelines with alcohol use disorders identification test questions.  <u>Alcoholism Clinical & Experimental Research</u>. 1998;22:1470-1475.

80    **Smith GS,** Langley JD. Drowning surveillance: how well do E codes identify submersion fatalities.  <u>Injury Prevention</u>. 1998;4:135-139.

81    *Ameratunga SN, Alexander CS, **Smith GS,** Lennon DR, Norton RN.  Trauma-related hospitalizations among urban adolescents in New Zealand: priorities for prevention. <u>Journal of Adolescent Health</u>. 1999;25:75-83.

82    Myers AH, Baker SP, Li G, Smith GS, Wiker S, Liang KY, Johnson JV. Back injury in municipal workers: a case-control study. <u>American Journal of Public Health</u>. 1999;89:1036-1041.

Gordon S. Smith - CV

83    *Hinton RY, Lincoln AE, Crockett MM, Sponseller P, **Smith GS.**  Fractures of the femoral shaft in children: incidence, mechanisms, and sociodemographic risk factors. Journal of Bone and Joint Surgery.  1999;81-A:500-509.

84    **Smith GS,** Branas CC, Miller TR.  Fatal non-traffic injuries involving alcohol: a meta-analysis.   Annals of Emergency Medicine.  1999;33:659-668.

85    **Smith GS,** Howland JH.  Declines in drowning: exploring the epidemiology of favorable trends.  JAMA.  1999;281:2245-2247.

86    Stone DH, Morrison A, Smith GS.  Emergency Department injury surveillance systems: the best use of limited resources?  Injury Prevention.   1999;5:166-167.

87    *Collins JW, **Smith GS,** Baker SP, Warner M.  Injuries related to forklifts and other powered industrial vehicles in automobile manufacturing.  American Journal of Industrial Medicine.  1999;36:513-521.

88    *Collins JW, **Smith GS,** Baker SP, Warner M.  A case-control study of forklift and other powered industrial vehicle incidents. American Journal of Industrial Medicine. 1999;36:522-531.

89    Overpeck MD, Brenner RA, Trumble AC, Smith GS, MacDorman MF, Brendes HW. Infant injury deaths with unknown intent: What else do we know?  Injury Prevention. 1999;5:272-5.

90    *Cubbin C, LeClere FB, Smith GS.  Socioeconomic status and occurrence of fatal and nonfatal injury in the United States.  American Journal of Public Health. 2000;90:70-77.

91    **Smith GS,** Dannenberg AL, Amoroso PJ.  Hospitalization due to injury in the military: evaluation of current data and recommendations on its use for injury prevention. American Journal of Preventive Medicine.  2000;18(3S):41-53.

92    *Lincoln AE, **Smith GS,** Baker SP.  The use of existing military administrative and health databases  for injury research. American Journal of Preventive Medicine. 2000;18(3S):8-13.

93    Amoroso PJ, Smith GS, Bell NS.  Qualitative assessment of cause-of-injury coding in U.S. military hospitals: NATO Standardization Agreement (STANAG) 2050. American Journal of Preventive Medicine. 2000;18(3S):174-187.

94    Amoroso PJ, Bell NS, Smith GS, Senier L, Picket D.  Viewpoint: A comparison of cause-of-injury coding in US military and civilian hospitals. American Journal of Preventive Medicine.  2000;18(3S):164-173.

95    *Lauder TD, Baker SP, Smith GS, Lincoln AE.  Sports and physical training injury in hospitalizations in the Army.  American Journal of Preventive Medicine. 2000;18(3S):118-128.

96    Bell NS, Amoroso PJ, Vore MM, Smith GS, Jones BH.  Self reported risk-taking behaviors and hospitalization for motor vehicle injury among active duty Army. American Journal of Preventive Medicine. 2000;18(3S):85-95.

97    *Lincoln AE, Vernick JS, Ogaitis S, **Smith GS**, Mitchell CD, Agnew J.  Interventions for the primary prevention of work-related carpel tunnel syndrome.  American Journal of Preventive Medicine. 2000;18(4S):37-50.

98    *Cubbin C, LeClere FB, **Smith GS**.  Socioeconomic status and injury mortality: individual and neighborhood determinants.  Journal of Epidemiology and Community Health.  2000;54:517-24.

Gordon S. Smith - CV

99      *Wong TY, **Smith GS**, Lincoln AE, Tielsch J.  Ocular trauma in the United States Army: hospitalization records from 1985 through 1994, <u>American Journal of Ophthalmology</u>. 2000;129:645-50.

100     *Gardiner JP, Judson JA, Smith GS, Jackson R, Norton RN.  A decade of intensive care unit trauma admissions in Auckland.  <u>New Zealand Medical Journal</u>.  2000;113:327-30.

101     *Warner M, **Smith GS,** Langley JD.  Drowning and alcohol in New Zealand: what do the coroners' files tell us?  <u>Australian and New Zealand Journal of Public Health</u>. 2000;24:387-90.

102     *Veazie MA, **Smith GS.**  Heavy drinking, alcohol dependence and injuries at work among young workers in the United States labor force. <u>Alcoholism: Clinical and Experimental Research</u>.  2000;24:1811-20.

103     Cormack RM, Chang YF, **Smith GS.**  Estimating deaths from industrial injury by capture-recapture:  a cautionary tale.  <u>International Journal of Epidemiology</u>. 2000;29:1053-1059.

104     Brenner RA, Trumble AC, Smith GS, Kessler EP, Overpeck MD. Where children drown, United States, 1995. <u>Pediatrics</u>. 2001;108:85-9.

105     Miller TR, Lestina DC, **Smith GS.**  Injury risk among medically identified alcohol and drug abusers. <u>Alcohol Clin Exp Res</u>. 2001;25:54-9.

106     **Smith GS**.  Public health approaches to occupational injury prevention: do they work? <u>Inj Prev.</u> 2001 Sep;7 Suppl 1:i3-10.

107     Bell NS, Amoroso PJ, Yore MM, Senier L, Williams JO, Smith GS, Theriault A. Alcohol and other risk factors for drowning among male active duty U.S. army soldiers. <u>Aviat Space Environ Med</u>. 2001 Dec;72(12):1086-95.

108     Sorock GS, Lombardi DA, Gabel CL, Smith GS, Mittleman MA.  Case-crossover studies of occupational trauma: methodological caveats.  <u>Inj Prev</u>. 2001 Sep;7 Suppl 1:i38-42.

109     Langley JD, Warner M, Smith GS, Wright C.  Drowning-related deaths in New Zealand, 1980-94. <u>Aust N Z J Public Health</u>. 2001 Oct;25(5):451-7.

110     **Smith GS,** Keyl PM, Hadley JA, Bartley CL, Foss RD, Tolbert WG, McKnight J. Drinking and recreational boating fatalities: a population-based case-control study. <u>JAMA</u>. 2001 Dec 19;286(23):2974-80.

111     Soderstrom CA, Ballesteros MF, Dischinger PC, Kerns TJ, Flint RD, Smith GS. Alcohol/drug abuse, driving convictions, and risk-taking dispositions among trauma center patients.  <u>Accid Anal Prev</u>. 2001 Nov;33(6):771-82.

112     Levy DT, Miller TR, Mallonee S, Spicer RS, Romano EO, Fisher DA, **Smith GS.**  Blood alcohol content (BAC)-negative victims in alcohol-involved injury incidents. <u>Addiction</u>. 2002 Jul; 97(7):909-14.

113     *Girasek DC, Gielen AC, **Smith GS.**  Alcohol's contribution to fatal injuries: a report on public perceptions.  <u>Ann Emerg Med</u>. 2002 Jun;39(6):622-30.

114     *Cubbin C, **Smith GS.**  Socioeconomic inequalities in injury:  Critical issues in design and analysis.  <u>Ann Rev Public Health</u>. 2002;23:349-75.

115.    *Lincoln AE, **Smith GS**, Amoroso PJ, Bell NS.  The natural history and risk factors of musculoskeletal conditions resulting in disability among US Army personnel.  <u>Work</u>. 2002;18:99-113.

116.    *Maguire BJ, Hunting KL, Smith GS, Levick NR.  Occupational fatalities in emergency medical services: a hidden crisis.  <u>Ann Emerg Med</u>. 2002;40:625-32.

Gordon S. Smith - CV

117. Hadley JA, **Smith GS.**  Evidence for an early onset of endogenous alcohol production in bodies recovered from the water: implications for studying alcohol and drowning. <u>Accid Anal Prev</u>. 2003;35:763-769.

118. *Lincoln AE, **Smith GS,** Amoroso PJ, Bell NS.  The effect of cigarette smoking on musculoskeletal-related disability. <u>Am J Ind Med</u>. 2003;43:337-349.

119. *Dunn WR, Lincoln AE, Hinton RY, **Smith GS,** Amoroso PJ.  Occupational disability after hospitalization for the treatment of an injury of the anterior cruciate ligament. <u>J Bone Joint Surg Am</u>. 2003;85-A(9):1656-1666.

120. **Smith GS.**  Injury prevention: blurring the distinctions between home and work. <u>Inj Prev.</u> 2003;9:3-5.

121. *Copley GB, **Smith GS,** Grayson JK, Gibson RL.  Comparison of two sources of U.S. Air Force injury mortality data. <u>Mil Med</u>. 2003;168:792-796.

122. *Lunetta P, **Smith GS,** Penttila A, Sajantila A.  Undetermined drowning. <u>Med Sci Law</u>. 2003;43:207-214.

123. *Spicer RS, Miller TR, **Smith GS.**  Worker substance use, workplace problems and the risk of occupational injury: a matched case-control study. <u>J Stud Alcohol</u>. 2003;64:570-578.

124. Rockett IR, Putnam SL, Jia H, Smith GS.  Assessing substance abuse treatment need: a statewide hospital emergency department study.  <u>Ann Emerg Med</u>. 2003;41:802-813.

125. Brenner RA, Saluja G, **Smith GS.** Swimming lessons, swimming ability, and the risk of drowning. <u>Inj Control Saf Promot</u>. 2003 Dec;10(4):211-6.

126. Vinson DC, Maclure M, Reidinger C, **Smith GS.**  A population-based case-crossover and case-control study of alcohol and the risk of injury. <u>J Stud Alcohol</u>. 2003;64:358-366

127. Wellman HM, Lehto MR, Sorock GS, Smith GS.  Computerized coding of injury narrative data from the National Health Interview Survey. <u>Accid Anal Prev</u>. 2004;36:165-171.

128. **Smith GS,** Howland J, Hadley J, Keyl P, Foss R. Risk of harm associated with low BACs: lesions outside the highway.  Report on Summer Workshop on Low Blood Alcohol Concentrations, held in Woods Hole, Massachusetts; July 23-24, 2001. *Transportation Research Board (TRB) Circular*. (in press).

129. Levy DT, Mallonee S, Miller TR, Smith GS, Spicer RS, Romano EO, Fisher DA. Alcohol involvement in burn, submersion, spinal cord, and brain injuries.  <u>Med Sci Monit.</u> 2004; 10: CR17-24.

130. Lincoln AE, Sorock GS, Courtney TK, Wellman HM, Smith GS, Amoroso PJ.  Using narrative text and coded data to develop hazard scenarios for occupational injury interventions. <u>Inj Prev</u>. 2004 Aug;10(4):249-54.

131. *Lunetta P, **Smith GS,** Penttila A, Sajantila A.  Unintentional drowning in Finland 1970-2000: a population-based study. <u>Int J Epidemiol</u>. 2004 Oct;33(5):1053-63. Epub 2004 Jun 24.

132. **Smith GS,** Veazie MA, Benjamin KL. The Use of Sentinel Injury Deaths to Evaluate the Quality of Multiple Source Reporting for Occupational Injuries. <u>Ann Epidemiol</u>. 2005 Mar;15(3):219-27.

133. Rockett IR, Putnam SL, Jia H, Chang CF, Smith GS.  Unmet Substance Abuse Treatment Need, Health Services Utilization, and Cost: A Population-Based Emergency Department Study. <u>Ann Emerg Med</u>. 2005 Feb;45(2):118-27

Gordon S. Smith - CV

134. **Smith GS,** Lincoln AE, Wong TY, Bell NS, Vinger PF, Amoroso PJ, Lombardi DA. Does Occupation Explain Gender and Other Differences in Work-Related Eye Injury Hospitalization Rates? J Occup Environ Med. 2005 Jun;47(6):640-648

135. Lombardi DA, Pannala R, Sorock GS, Wellman H, Courtney TK, Verma S, Smith GS. Welding related occupational eye injuries: a narrative analysis. Inj Prev. 2005 Jun;11(3):174-9.

136. **Smith GS,** Wellman HM, Sorock GS, Warner M, Courtney TK, Pransky GS, Fingerhut LA.   Injuries at work in the US adult population: contributions to the total injury burden. Am J Public Health. 2005 Jul;95(7):1213-9.

137. Huang Y, Roetting M, McDevitt JR, Melton D, Smith GS.  Feedback by technology: Truck drivers' attitude and opinion.  Transportation Research Part F: Traffic Psychology and Behavior.  2005:8; 277-297.

138. Lunetta P, Tiirikainen K, Smith GS, Penttila A, Sajantila A.  How well does a national newspaper reporting system profile drowning?  Int J Inj Contr Saf Promot. 2006 Mar;13(1):35-41.

139. *Saluja G, Brenner RA, Trumble AC, Smith GS, Schroeder T, Cox C.  Swimming pool drownings among US residents aged 5-24 years: understanding  racial/ethnic disparities. Am J Public Health. 2006 Apr;96(4):728-33. Epub 2006 Feb 28.

140. Rockett IR, Putnam SL, Jia H, Smith GS.   Declared and undeclared substance use among emergency department patients: a  population-based study.  Addiction. 2006 May;101(5):706-12.

141. **Smith GS,** Huang YH, Ho M, Chen PY.  The relationship between safety climate and injury rates across industries: the  need to adjust for injury hazards. Accid Anal Prev. 2006 May;38(3):556-62. Epub 2006 Jan 23.

142. Huang YH, Ho M, Smith GS, Chen PY.  Safety climate and self-reported injury: assessing the mediating role of employee safety control.  Accid Anal Prev. 2006 May;38(3):425-33. Epub 2006 Jan 25.

143. **Smith GS,** Sorock GS, Wellman HM, Courtney TK, Pransky GS.  Blurring the distinctions between on and off the job injuries: similarities and differences in circumstances.  Inj Prev. 2006 Aug;12(4):236-41

144. **Smith GS,** Timmons RA, Lombardi DA, Mamidi DK, Matz S, Courtney TK, Perry MJ. Work-related ladder fall fractures: Identification and diagnosis validation using narrative text.  Accid Anal Prev. 2006 Sep;38(5):973-80. Epub 2006 Jun 5

145. *Martins SS, Copersino ML, Soderstrom CA, Smith GS,  Dischinger PC, McDuff DR, Hebel JR, Kerns TJ, Ho SM,  Read KM,  & Gorelick DA: Risk of psychoactive substance dependence among substance users in a trauma inpatient  population, Journal of Addictive Diseases 2007. 26:71-77.

146. Verma SK, Sorock GS, Pransky GS, Courtney TK, Smith GS.  Occupational Physical Demands and Same-Level Falls Resulting in Fracture in Female Workers: An Analysis of Workers' Compensation Claims.  Injury Prevention 2007:13:32-36.

147. Keyserling WM, Smith GS.  Using process control concepts to model conditions required for sudden-onset occupational injuries. J Occup Environ Hyg. 2007 Jul;4(7):467-75.

148. Martins SS, Copersino ML, Soderstrom CA, Smith GS, Dischinger PC, McDuff DR, Hebel JR, Kerns TJ, Ho SM, Read KM, Gorelick DA. Sociodemographic characteristics associated with substance use status in a trauma inpatient population. J Addict

23

Gordon S. Smith - CV

Dis. 2007;26(2):53-62

149.  Ryb GE, Dischinger PC, Smith GS, Soderstrom CA.  School suspensions, injury-prone behaviors, and injury history. J Trauma. 2008 Nov;65(5):1106-11.

150.  Ryb G, Dischinger P, Smith G, Soderstrom C. Adult correlates of early behavioral maladjustment: a study of injured drivers. Annu Proc Assoc Adv Automot Med. 2008;52:39-48.

151.  Lombardi DA, Matz S, Brennan MJ, Smith GS, Courtney TK. Etiology of work-related electrical injuries: a narrative analysis of workers' compensation claims. J Occup Environ Hyg. 2009 Oct;6(10):612-23.

152.  Hirshon JM, Warner M, Irvin CB, Niska RW, Andersen DA, Smith GS, McCaig LF. Research using emergency department-related data sets: current status and future directions. Acad Emerg Med. 2009 Nov;16(11):1103-9.

153.  Verster JC, Stephens R, Penning R, Rohsenow D, McGeary J, Levy D, McKinney A, Finnigan F, Piasecki TM, Adan A, Batty GD, Fliervoet LA, Heffernan T, Howland J, Kim DJ, Kruisselbrink LD, Ling J, McGregor N, Murphy RJ, van Nuland M, Oudelaar M, Parkes A, Prat G, Reed N, Slutske WS, Smith G, Young M, Alcohol Hangover Research Group. The alcohol hangover research group consensus statement on best practice in alcohol hangover research. Curr Drug Abuse Rev. 2010 Jun;3(2):116-26.

154.  Lombardi DA, Folkard S, Willetts JL, Smith GS. Daily sleep, weekly working hours, and risk of work-related injury: US National Health Interview Survey (2004-2008). Chronobiol Int. 2010 Jul;27(5):1013-30.

155.  Day HR, El-Setouhy M, El-Shinawi M, Assem A, Ismail M, Salem M, Smith GS, Hirshon JM. Young Egyptians' perceptions, attitudes and knowledge of injuries. Inj Prev. 2010 Oct;16(5):348-51.

156.  Dischinger P, Li J, Smith GS, Ho S, Auman K, Shojai D. Prescription medication usage and crash culpability in a population of injured drivers. Ann Adv Automot Med. 2011;55:207-16.

157.  Li JY, Zhang YF, Smith GS, Xue CJ, Luo YN, Chen WH, Skinner CJ, Finkelstein J. Quality of reporting of randomized clinical trials in tai chi interventions-a systematic review. Evid Based Complement Alternat Med. 2011;2011:383245.

158.  Li J, Amr S, Braver ER, Langenberg P, Zhan M, Smith GS, Dischinger PC. Are current law enforcement strategies associated with a lower risk of repeat speeding citations and crash involvement? A longitudinal study of speeding Maryland drivers. Ann Epidemiol. 2011 Sep;21(9):641-7.

159.  Lombardi DA, Smith GS, Courtney TK, Brennan MJ, Kim JY, Perry MJ. Work-related falls from ladders--a follow-back study of US emergency department cases. Scand J Work Environ Health. 2011 Nov;37(6):525-32.

160.  Thornley S, Kool B, Robinson E, Marshall R, Smith GS, Ameratunga S. Alcohol and risk of admission to hospital for unintentional cutting or piercing injuries at home: a population-based case-crossover study. BMC Public Health. 2011 Nov 9;11:852.

161.  Salah Eldin W, Hirshon JM, Smith GS, Kamal AA, Abou-El-Fetouh A, El-Setouhy M. Health-related quality of life after serious occupational injury in Egyptian workers: a cross-sectional study. BMJ Open. 2012;2(6).

Gordon S. Smith - CV

162.    Rockett IR, Regier MD, Kapusta ND, Coben JH, Miller TR, Hanzlick RL, Todd KH,
        Sattin RW, Kennedy LW, Kleinig J, Smith GS. Leading causes of unintentional and
        intentional injury mortality: United States, 2000-2009. Am J Public Health. 2012
        Nov;102(11):e84-92.

163.    **Zhu M, Zhao S, Coben JH, **Smith GS**. Why more male pedestrians die in vehicle-
        pedestrian collisions than female pedestrians: a decompositional analysis. Inj Prev. 2013
        Aug;19(4):227-31.

164.    Verster JC, Alford C, Bervoets AC, de Klerk S, Grange JA, Hogewoning A, Jones K,
        Kruisselbrink DL, Owen L, Piasecki TM, Raasveld SJ, Royle S, Slutske WS, Smith GS,
        Stephens R; Alcohol Hangover Research Group. Hangover research needs: proceedings
        of the 5th Alcohol Hangover Research Group meeting. Curr Drug Abuse Rev. 2013
        Sep;6(3):245-51.

165.    Taylor JA, Lacovara AV, Smith GS, Pandian R, Lehto M. Near-miss narratives from the
        fire service: a Bayesian analysis. Accid Anal Prev. 2014 Jan;62:119-29.

166.    Afshar M, Smith GS, Terrin ML, Barrett M, Lissauer ME, Mansoor S, Jeudy J, Netzer G.
        Blood alcohol content, injury severity, and adult respiratory distress syndrome. J Trauma
        Acute Care Surg. 2014 Jun;76(6):1447-55.

167.    **McAninch J, Greene C, Sorkin JD, Lavoie MC, **Smith GS**. Higher psychological
        distress is associated with unintentional injuries in US adults. Inj Prev. 2014
        Aug;20(4):258-65.


168.    Albrecht JS, Liu X, Baumgarten M, Langenberg P, Rattinger GB, Smith GS, Gambert
        SR, Gottlieb SS, Zuckerman IH. Benefits and risks of anticoagulation resumption
        following traumatic brain injury. JAMA Intern Med. 2014 Aug;174(8):1244-51.

169.    Rockett IR, Smith GS, Caine ED, Kapusta ND, Hanzlick RL, Larkin GL, Naylor CP,
        Nolte KB, Miller TR, Putnam SL, De Leo D, Kleinig J, Stack S, Todd KH, Fraser DW.
        Confronting Death From Drug Self-Intoxication (DDSI): Prevention Through a Better
        Definition. Am J Public Health. 2014 Dec;104(12):e49-55.

170.    Liu X, Baumgarten M, Smith G, Gambert S, Gottlieb S, Rattinger G, Albrecht J,
        Langenberg P, Zuckerman I. Warfarin usage among elderly atrial fibrillation patients with
        traumatic injury, an analysis of United States Medicare fee-for-service enrollees. J Clin
        Pharmacol. 2015 Jan;55(1):25-32

171.    Rockett IR, Hobbs GR, Wu D, Jia H, Nolte KB, Smith GS, Putnam SL, Caine ED.
        Variable Classification of Drug-Intoxication Suicides across US States: A Partial Artifact
        of Forensics? PLoS One. 2015 Aug 21;10(8):e0135296. doi:
        10.1371/journal.pone.0135296. eCollection 2015. Erratum in: PLoS One.
        2015;10(9):e0137933.

172.    Afshar M, Richards S, Mann D, Cross A, Smith GS, Netzer G, Kovacs E, Hasday J.
        Acute immunomodulatory effects of binge alcohol ingestion. Alcohol. 2015
        Feb;49(1):57-64.

173.    Albrecht JS, Liu X, Smith GS, Baumgarten M, Rattinger GB, Gambert SR, Langenberg
        P, Zuckerman IH. Stroke incidence following traumatic brain injury in older adults. J
        Head Trauma Rehabil. 2015 Mar-Apr;30(2):E62-7.

174.    Mansoor S, Afshar M, Barrett M, Smith GS, Barr EA, Lissauer ME, McCurdy MT,
        Murthi SB, Netzer G. Acute respiratory distress syndrome and outcomes after near

Gordon S. Smith - CV

hanging. Am J Emerg Med. 2015 Mar;33(3):359-62.

175.  **Zhu M, Cummings P, Zhao S, Coben JH, **Smith GS**. The association of graduated driver licensing with miles driven and fatal crash rates per miles driven among adolescents. Inj Prev. 2015 Apr;21(e1):e23-7.

176.  Elboray S, Elawdy MY, Dewedar S, Elezz NA, El-Setouhy M, Smith GS, Hirshon JM. Knowledge, attitudes, and practices of family physicians and nurses regarding unintentional injuries among children under 15 years in Cairo, Egypt. Int J Inj Contr Saf Promot. 2015 Jul 15:1-8. [Epub ahead of print]

177.  Albrecht JS, Kiptanui Z, Tsang Y, Khokhar B, Smith GS, Zuckerman IH, Simoni-Wastila L. Patterns of Depression Treatment in Medicare Beneficiaries with Depression after Traumatic Brain Injury. J Neurotrauma. 2015 Aug 15;32(16):1223-9.

178.  **Afshar M, Netzer G, Murthi S, **Smith GS**. Alcohol exposure, injury, and death in trauma patients. J Trauma Acute Care Surg. 2015 Oct;79(4):643-8.

179.  Dezman ZD, Comer AC, Smith GS, Narayan M, Scalea TM, Hirshon JM. Failure to clear elevated lactate predicts 24-hour mortality in trauma patients. J Trauma Acute Care Surg. 2015 Oct;79(4):580-5.

180.  **Albrecht JS, Hirshon JM, McCunn M, Bechtold KT, Rao V, Simoni-Wastila L, **Smith GS**. Increased Rates of Mild Traumatic Brain Injury Among Older Adults in US Emergency Departments, 2009-2010. J Head Trauma Rehabil. 2015 Oct 16. [Epub ahead of print].

181.  Azab SM, Hirshon JM, Hayes BD, El-Setouhy M, Smith GS, Sakr ML, Tawfik H, Klein-Schwartz W. Epidemiology of acute poisoning in children presenting to the poisoning treatment center at Ain Shams University in Cairo, Egypt, 2009-2013. Clin Toxicol (Phila). 2016;54(1):20-6.

182.  **Afshar M, Netzer G, Salisbury-Afshar E, Murthi S, **Smith GS**. Injured patients with very high blood alcohol concentrations. Injury. 2016 Jan;47(1):83-8.

183.  Fell JC, Beirness DJ, Voas RB, Smith GS, Jonah B, Maxwell JC, Price J, Hedlund J. Can Progress in Reducing Alcohol-Impaired Driving Fatalities Be Resumed? Results of a Workshop Sponsored by the Transportation Research Board Alcohol, Other Drugs, and Transportation Committee (ANB50). Traffic Inj Prev. 2016 Mar 15:0. [Epub ahead of print]

184.  **Dezman ZD, Comer AC, Narayan M, Scalea TM, Hirshon JM, **Smith GS**. Alcohol consumption decreases lactate clearance in acutely injured patients. Injury. 2016 Mar 22. pii: S0020-1383(16)30034-1. doi: 10.1016/j.injury.2016.03.007. [Epub ahead of print]

185.  ** Afshar M, Smith GS, Cooper RS, Murthi S, Netzer G. Trauma indices for prediction of acute respiratory distress syndrome. J Surg Res. 2016 Apr;201(2):394-401.

186.  **Vallmuur K, Marucci-Wellman HR, Taylor JA, Lehto M, Corns HL, **Smith GS.** Harnessing information from injury narratives in the 'big data' era: understanding and applying machine learning for injury surveillance. Inj Prev. 2016 Apr;22 Suppl 1:i34-i42.

187.  Rice TM, Troszak L, Ouellet JV, Erhardt T, Smith GS, Tsai BW. Motorcycle helmet use and the risk of head, neck, and fatal injury: Revisiting the Hurt Study. Accid Anal Prev. 2016 Jun;91:200-7.

188.  ** Albrecht JS, McCunn M, Stein DM, Simoni-Wastila L, Smith GS. Sex differences in mortality following isolated traumatic brain injury among older adults. J Trauma Acute Care Surg. 2016 Sep;81(3):486-92.

26

Gordon S. Smith - CV

189.  Ameratunga S, Kool B, Sharpe S, Reid P, Lee A, Civil I, Smith G, Thornton V, Walker M, Whittaker R. Effectiveness of the YourCall™ text message intervention to reduce harmful drinking in patients discharged from trauma wards: protocol for a randomised controlled trial. BMC Public Health. 2017 Jan 9;17(1):48.

190.  ** Strong BL, Greene CR, Smith GS. Trauma Recidivism Predicts Long-term Mortality: Missed Opportunities for Prevention (Retrospective Cohort Study). Ann  Surg. 2017 May; 265(5):847-853.

191.  Lavoie MC, Langenberg P, Villaveces A, Dischinger PC, Simoni-Wastila L, Hoke K, Smith GS. Effect of Maryland's 2011 Alcohol Sales Tax Increase on Alcohol-Positive Driving. Am J Prev Med. 2017 Jul;53(1):17-24.

192.  Afshar M, Burnham EL, Joyce C, Clark BJ, Yong M, Gaydos J, Cooper RS, Smith GS, Kovacs EJ, Lowery EM. Cut-Point Levels of Phosphatidylethanol to Identify Alcohol Misuse in a Mixed Cohort Including Critically Ill Patients. Alcohol Clin  Exp Res. 2017 Oct;41(10):1745-1753.

193.  Albrecht JS, Slejko JF, Stein DM, Smith GS. Treatment Charges for Traumatic Brain Injury Among Older Adults at a Trauma Center. J Head Trauma Rehabil. 2017 Nov/Dec;32(6):E45-E53.

194.  Khokhar B, Simoni-Wastila L, Slejko JF, Perfetto E, Zhan M, Smith GS. Patterns of Statin Use in Older Medicare Beneficiaries With Traumatic Brain Injury. J Pharm Technol. 2017; 33(4):156-166.

195.  Khokhar B, Simoni-Wastila L, Slejko JF, Perfetto E, Zhan M, Smith GS. In-Hospital Mortality Following Traumatic Brain Injury Among Older Medicare Beneficiaries, Comparing Statin Users With Nonusers. J Pharm Technol. 2017 Dec;33(6):225-236.

196.  Khokhar B, Simoni-Wastila L, Slejko JF, Perfetto E, Zhan M, Smith GS. Mortality and Associated Morbidities Following Traumatic Brain Injury in Older Medicare Statin Users. J Head Trauma Rehabil. 2018 Nov/Dec;33(6):E68-E76.

197.  Albrecht JS, Afshar M, Stein DM, Smith GS. Association of Alcohol With Mortality After Traumatic Brain Injury. Am J Epidemiol. 2018 Feb 1;187(2):233-241.

198.  Rudisill TM, Smith G, Chu H, Zhu M. Cellphone Legislation and Self-Reported Behaviors Among Subgroups of Adolescent U.S. Drivers. J Adolesc Health. 2018 May;62(5):618-625.

199.  Dezman ZDW, Comer AC, Smith GS, Hu PF, Mackenzie CF, Scalea TM, Hirshon JM. Repeat lactate level predicts mortality better than rate of clearance. Am J Emerg Med. 2018 Nov;36(11):2005-2009.

200.  Dai Z, Abate MA, Smith GS, Kraner JC, Mock AR. Fentanyl and fentanyl-analog involvement in drug-related deaths. Drug Alcohol Depend. 2019 Mar 1;196:1-8.

201.  El-Menyar A, Consunji R, Asim M, Mekkodathil A, Latifi R, Smith G, Parchani A, Al-Thani H. Traumatic brain injury in patients screened for blood alcohol concentration based on the mechanism of injury. Brain Inj. 2019;33(4):419-426.

202.  Pesarsick J, Gwilliam M, Adeniran O, Rudisill T, Smith G, Hendricks B. Identifying high-risk areas for nonfatal opioid overdose: a spatial case-control study using EMS run data. Ann Epidemiol. 2019 Aug;36:20-25.

203.  Minc SD, Hendricks B, Misra R, Ren Y, Thibault D, Marone L, Smith GS. Geographic variation in amputation rates among patients with diabetes and/or peripheral arterial disease in the rural state of West Virginia identifies areas for improved care. J Vasc Surg.

Gordon S. Smith - CV

2019 Oct 29. pii: S0741-5214(19)32163-9.

204. Rudisill TM, Menon S, Hendricks BM, Zhu M, Smith GS.  Differences between occupational and non-occupational-related motor vehicle collisions in West Virginia: a cross-sectional and spatial analysis.  PLoS One. 2019 Dec 31;14(12):e0227388

205. Minc SD, Goodney PP, Misra R, Thibault D, Smith GS, Marone L. The effect of rurality on the risk of primary amputation is amplified by race. J Vasc Surg. 2020 Jan 18. pii: S0741-5214(19)32644-8. doi: 10.1016/j.jvs.2019.10.090. [Epub ahead of print]

206. Tressler SR, Smith GS, Hendricks BM. Impact of a vaccine intervention on county-level rates of acute hepatitis B in West Virginia, 2011-2018. Prev Med. 2020 Aug;137:106121. doi: 10.1016/j.ypmed.2020.106121. Epub 2020 May 8.

207. Dai Z, Abate MA, Long DL, Smith GS, Halki TM, Kraner JC, Mock AR. Quantifying enhanced risk from alcohol and other factors in polysubstance-related deaths. Forensic Sci Int. 2020 May 31;313:110352. doi: 10.1016/j.forsciint.2020.110352. Epub ahead of print

**Non Peer-Reviewed Publications**

**Books and Monographs**

1   Barss PG, Smith GS, Mohan D, Baker SP.  Injury Prevention:  An International Perspective.  Epidemiology, Surveillance and Policy. New York, NY: Oxford University Press, 1998.

2   Rice DP, Mackenzie and Associates (Jones AS, Kaufman SR, de Lissavoy GV, Max W, McLoughlin E, Miller TR, Robertson LS, Salkever DS, Smith GS).  Cost of injury in the United States: a report to congress.  San Francisco, CA: Institute for Health & Aging, University of California and Injury Prevention, The Johns Hopkins University, 1989.

3   Jones NP, Noji EK, Smith GS, Krimgold F, Eds.:  Proceedings of the international workshop on earthquake injury epidemiology: implications for mitigation and response. The Johns Hopkins University, Baltimore, Maryland, 10-12 July 1989.

4   Gray RH, Smith GS, Barss P.  The use of verbal autopsy methods to determine selected causes of death in children.  Institute for International Programs, Johns Hopkins University, Baltimore, MD.  Occasional Paper No. 10, 1990:1-46.

5   Amoroso PJ, Yore MM, Smith GS, Lopez M. Analysis of military occupational specialties and hospitalization; Part 1: 25 largest Army enlisted occupations. U.S. Army Research Institute of Environmental Medicine Technical Note No. 98-7. Natick, MA. December 1997.

6   Armed Forces Epidemiologic Board Injury Work Group (Includes Smith GS).  Injuries in the military: a hidden epidemic.  US Army Armed Forces Epidemiology Board, Aberdeen, MD.  1997.

**Letters in Peer Reviewed Journals**

1   Rodriquez JG, Sattin RW, and Smith GS.  Traumatic hemorrhage of the adrenal gland (Letter). New England Journal of Medicine 1985;312:124.

Gordon S. Smith - CV

2       *Salive ME, Smith GS, Brewer, TF.  Prison rape and suicide (Letter).  <u>Journal of American Medical Association</u> 1989;262:3403.

3       *Bacon EW, Smith GS, Baker SP.  Lifetime risk of a hip fracture (Letter).  <u>American Journal of Public Health</u> 1990;80:500-501.

4       Gielen AC, Smith GS, Chaulk P, Guyer B.  Risk of injury to children in daycare (Letter).  <u>Pediatrics</u> 1990;86(5):807-808.

5       Krishnan R, Smith GS.  Motorcycle injuries in South-east Asia (Letter).  <u>World Health Forum</u> 1994;15:186-187.

6       Levick NR, Winkel KD, Smith GS.  European wasps: an emerging hazard in Australia [letter]. <u>Australian Medical Journal</u>.  1997;167:650-651.

7       Smith GS, Lincoln A.  Distinguishing back-belt effects from other factors in reduction of back injuries [letter].  <u>International Journal of Occupational and Environmental Health</u>. 1997;3:237-238


**Book Reviews**

1       Smith GS.  The safety belt proponents guide. <u>Center</u> 1985; 4:18.

2       Smith GS. Injury research and prevention: a text. <u>Injury Prevention</u>. 1997;3:232-233.


**Chapters in Books and Proceedings**

1       Wassilak S, Smith GS, Garbe P, Burston D, Manclark C, and Orenstein W.  Pertussis outbreak in Colorado:  Use of a newly-developed diagnostic test.  In: <u>Proceedings of the 18th Immunization Conference</u>, Atlanta, 1983.  Centers for Disease Control.

2       Smith GS, Hopkins RS.  Keystone as a site to study influenza.  In: Kendal AP, and Patricia, PA, eds. <u>Options for the Control of Influenza</u>.  UCLA Symposia on Molecular and Cellular Biology, New Series, Vol 36.  New York:  Alan R. Liss, Inc., 1986.

3       Waxweiller RJ, Kruse T, Smith GS.  Proposed modifications to the transportation injury codes for the tenth-revision of the International Classification of Diseases.  <u>Proceedings of the 31st Conference of the American Association of Automotive Medicine</u>, 1987, p. 133-157.

4       Smith GS.  Research Issues In The Epidemiology Of Injuries Following Earthquakes.  In: <u>Proceedings of the International Workshop on Earthquake Injury Epidemiology: Implications for Mitigation and Response</u>.  The Johns Hopkins University, Baltimore, Maryland 10-12 July 1989.  Jones NP, Noji EK, Smith GS, Krimgold F, Eds., 1989.

5       Noji EK, Jones NP, Smith GS, Krimgold FR.  Use of quantitative measures of injury severity on earthquake research.  In: <u>Proceedings of the International Workshop on Earthquake Injury Epidemiology: Implications for Mitigation and Response</u>.  The Johns Hopkins University, Baltimore, Maryland 10-12 July 1989.  Jones NP, Noji EK, Smith GS, Krimgold F, Eds., 1989.

6       Smith GS. The application of epidemiology to the reduction of earthquake related casualties: Research needs.  In: Hays WW, ed. <u>Proceedings of Conference XLIX, a meeting of the U.S. Ad Hoc Working Group on: Earthquake Related Casualties</u>.  Reston, Virginia: United States Geological Survey 1990: 81-94. (USGS Open File Report 90-244).

Gordon S. Smith - CV

7     Jones NP, Krimgold F, Noji EK, Smith, GS.  Epidemiology of injuries following building collapse.  In: Hays WW, ed. <u>Proceedings of Conference XLIX, a meeting of the U.S. Ad Hoc Working Group on: Earthquake Related Casualties</u>.  Reston, Virginia: United States Geological Survey 1990:17-19. (USGS Open File Report 90-244).

8     Jones, NP, Noji EK, Smith GS, Krimgold F.  Preliminary earthquake injury epidemiology report.  In: Bolin R, ed. <u>The Loma Prieta Earthquake: studies of short-term impacts</u>. Bolder: Institute of Behavioral Science, University of Colorado, 1990:33-43. (Program on Environment and Behavior; Monograph No. 50).

9     Baker SP, Myers AH, Smith, GS.  Injury Prevention in the Workplace.  In: Green G, Baker F (eds.). <u>Work, Health and Productivity</u>. Oxford University Press, New York, 1991. Ch.7, pp 86-99.

10    Buechner JS, Smith GS. Surveillance of injury morbidity using hospital discharge data. In: <u>Proceedings of the 1991 Public Health Conference on Records and Statistics</u>. Hyattsville, MD. National Center for Health Statistics 1991.

11    Occupational Injury Prevention Panel (Baker SP, Chair; Smith GS and others, contributors).  Occupational Injury Prevention.  pp. 325-374. In: Centers for Disease Control. <u>Position Papers from the Third National Injury Control Conference: Setting the National Agenda for Injury Control in the 1990s</u>. 1992, Division of Injury Control, National Center for Environmental Health and Injury Control. Atlanta GA  30333.

12    Smith GS. Injury Prevention Principles: Overview. In: Ozanne-Smith J., Hawkins C (eds). <u>Short Course on Injury Research and Prevention</u>. Melbourne, Australia.  Monash University Accident Research Center, 1992.

13    Smith GS.  Injury Research Methodology - Epidemiology. In: Ozanne-Smith J., Hawkins C (eds). <u>Short Course on Injury Research and Prevention</u>. Melbourne, Australia.  Monash University Accident Research Center, 1992.

14    Jones NP, Wagner RM, Smith GS.  A case-control study of the casualties associated with the Loma Prieta Earthquake: County of Santa Cruz. <u>Proceedings of the 10th World Conference on Earthquake Engineering</u>. Madrid, Spain, July, 1992, pp. 6253-6258.  A.A. Balkema Publishers, Rotterdam, Netherlands, 1992.

15    Jones NP, Wagner RM, Smith GS.  Injuries and building data pertinent to the Loma Prieta Earthquake: County of Santa Cruz.  <u>Proceedings of the U.S. National Earthquake Conference</u>, Memphis, May, 1993.

16    Jones NP, Noji EK, Smith GS, Wagner RM.  Casualty in Earthquakes.  In: Committee on Socioeconomic Impacts, eds. <u>Earthquake Hazard Reduction in the Central United States: A Time for Examination and Action</u>. Monograph 5. Memphis, TN: Central United States Consortium, 1993: 19-68.

17    Stansfield SK, Smith GS, McGreevey WP. Injury. Ch. 25. In: Jamison DT, Mosley WH, Measham AR, Bobadilla JL (Eds). <u>Disease Control Priorities in Developing Countries</u>, Published for the World Bank by Oxford University Press, New York, 1993, pp 609-633.

18    Jones NP, Smith GS.  Reduction of earthquake casualties.  In: National Center for Earthquake Engineering Research.  <u>Report to the National Science Foundation</u>.  Buffalo NY, 1994.

19    Jones NP, Smith GS, Wagner RM.  Morbidity and mortality in the Loma Prieta Earthquake: a review of recent findings.  In: <u>Research Accomplishments, 1986-1994</u>, National Center for Earthquake Engineering Research, Buffalo NY, 1995 pp. 95-106.

Gordon S. Smith - CV

20      Howland J, Mangione T, Hingson R, Smith GS, Bell N.  Alcohol as a risk factor for
        drowning and other aquatic injuries.  In: Watson RR (Ed).  Drug and Alcohol Abuse
        Reviews, Vol. 7: Alcohol, Cocaine, and Accidents. Humana Press Inc., Totowa, NJ.
        1995, pp 85-104.

21      Smith GS, Langlois JA, Rockett IRH.  International comparisons of injury mortality:
        hypothesis generation, ecological studies, and some data problems.  In: Proceedings of
        the International Collaborative Effort on Injury Statistics, Volume 1.  National Center for
        Health Statistics, Hyattsville, MD (DHHS Publication No. (PHS) 95-1252), 1995;13:1-
        15.  Available at:      http://www.cdc.gov/nchs/data/ice/ice95v1/ice_i.pdf

22      Rockett IRH, Smith GS.  Suicide misclassification in an international context. In:
        Proceedings of the International Collaborative Effort on Injury Statistics, Volume 1.
        National Center for Health Statistics, Hyattsville, MD (DHHS Publication No. (PHS) 95-
        1252), 1995;26:1-18. Available at:http://www.cdc.gov/nchs/data/ice/ice95v1/ice_i.pdf

23      Smith GS and the WET ICE Collaborative Group.  International comparisons of injury
        mortality databases:  evaluation of their usefulness for drowning prevention and
        surveillance.  In Proceedings of the International Collaborative Effort on Injury Statistics
        Volume II.  Melbourne Meeting:  Working Papers.  Public Health Service, Centers for
        Disease Control and Prevention, National Center for Health Statistics, Hyattsville,
        Maryland.  September 1996.  DHHS Publication No. (PHS) 96-1252.  pp 6:1-29.
        Available at: http://www.cdc.gov/nchs/data/ice/ice95v2/c06.pdf

24      Langley JD, Smith GS.  Hidden drownings: A New Zealand Case Study.  In: Proceedings
        of the International Collaborative Effort on Injury Statistics Volume II.  Melbourne
        Meeting:  Working Papers.  Public Health Service, Centers for Disease Control and
        Prevention, National Center for Health Statistics, Hyattsville, Maryland.  September
        1996.  DHHS Publication No. (PHS) 96-1252.  pp 5:1-8.

25      Soderstrom CA, Kerns TJ, Ho SM, Dischinger PC, Read KM, Smith GS.  Assessment of
        current alcoholism rates among vehicular and non-vehicular patients admitted to a trauma
        center.  Proceedings of the 40th Annual Meeting of the American Association for the
        Advancement of Automotive Medicine 1996;40:247-261.

26      Smith GS, Dannenberg AL, Runyan C.  Injury hospitalization in the military.  Chapter 3.
        In: Armed Forces Epidemiologic Board Injury Work Group Injuries in the military: a
        hidden epidemic: US Army Forces Epidemiology Board, Aberdeen, MD.  1997.

27      Smith GS, Veazie MA. Principles of prevention:  The public health approach to
        preventing injuries in the workplace. In: ILO Encyclopedia of Occupational Health and
        Safety. International Labor Office, Geneva, Switzerland, 1998;56:26-30. Available at:
        http://www.ilo.org/encyclopaedia/

28.     Smith, GS.; Keyl, P.; Hadley, J.; McKnight,J.; Foss, RD. Alcohol and Boating:
        Who Drinks and Who Dies. In: Proceedings T2000, International Conference on
        Alcohol, Drugs and Traffic Safety, Stockholm, Sweden. May , 2000.

29.     Foss RD, Bartley CL, Smith GS.  Alcohol and boating-related fatalities in North
        Carolina. In: Proceedings T2000, International Conference on Alcohol, Drugs and
        Traffic Safety, Stockholm, Sweden. May , 2000.

30.     Smith GS.  International comparisons of drowning mortality: The value of
        multiple cause data. Chapter 20 In:  Proceedings of the International Collaborative
        Effort on Injury Statistics, Volume III, Washington DC: 2nd Symposium, June

Gordon S. Smith - CV

1999. National Center for Health Statistics, Hyattsville, Maryland. April 2000. Available on the internet at: http://www.cdc.gov/nchs/injury/ice/pro-iii.htm

31.    Smith, G.S.  The global burden of drowning.  In: Bierens J (Ed.) Handbook on Drowning Prevention, Rescue, Treatment.  Springer Press, Heidelberg, Germany.  2006.

32.    Lunetta P, Smith GS. The role of alcohol in injury deaths.  Chapter 13.  In: Preedy VR, Watson RR (Eds.).Comprehensive Handbook of Alcohol Related Pathology.  Academic Press, Elsevier, London, 2004.  pp. 147-164.

33.    GS Smith, DA Lombardi, H Corns, TK Courtney, JT Dennerlein, X Dong, M Perry. The Impact of Age on the Relative Risk of Mortality from Work-Related Ladder Falls Compared to Other Types of Occupational Injuries in the US. Proceedings of: International Conference on Slips, Trips and Falls 2007: From Research to Practice, Hopkinton, MA, August 22-23, 2007

**Technical Reports and Other Non Peer Reviewed Publications**

Smith GS, Nichols RL.  Fictitia:  A case study on health surveillance systems.  Harvard School of Public Health, Boston, MA, 1982.

Maupin GO, Smith GS, Barnes AM.  Two cases of bubonic plague in children - Southern Colorado.  Epidemic Aid Report EPI - 82-74-2.  Centers for Disease Control, Atlanta, GA. November 1983.

Smith GS, and Falk H.  Unintentional injuries:  Intervention strategies and their potential for reducing human losses.  A position paper for The Carter Center "Closing the Gap" Project, 1984.  The Carter Center of Emory University, Atlanta.

Smith GS.  The Integration of Dracunculiasis (Guinea Worm) Eradication into the UNICEF Water and Sanitation Project in Nigeria, 1984.  Report to the United Nations Children's Fund (UNICEF), Logos, Nigeria, 1984.

Smith GS, and Falk H.  Executive summary:  Unintentional injuries:  Intervention strategies and their potential for reducing human losses.  In:  Carter Center Closing the Gap Health Policy Project, National Health Policy Consultation, Atlanta: Interim Summary, November 26-28, 1984.  The Carter Center of Emory University, Atlanta, 1985.

Smith GS.  Beyond drunk driving and violence:  The role of alcohol in home and occupational injuries.  A paper prepared for Conference on "Research Issues in Prevention of Alcohol Related Injuries," Prevention Research Center/The National Institute on Alcohol Abuse and Alcoholism.  Berkeley, CA, 1986.

Smith GS, Barss P.  Beyond the motor vehicle:  The importance of other unintentional injuries as a preventable cause of ill health in developing countries.  In: "Risks Old and New:  A Global Consultation on Health."  Carter Center, Emory University, Atlanta, GA 30322, 1986.

Gordon S. Smith - CV

Smith GS, Madhava V.  Occupational injuries in developing countries.  In: "Risks Old and New:  A Global Consultation on Health."  Emory University, Atlanta, GA 30322, 1986.

Spivack PS, Smith GS.  Childhood Injuries in Connecticut: Development of New Data Sources. Report to New England Network to Prevent Childhood Injuries.  Grant # MCJ-253722-01-0 from Bureau of Health Care Delivery and Assistance, HHS, Rockville, MD, October 1986.

Smith GS, Olson JG.  Rapid Epidemiologic Assessment:  Evaluation of Health Problems and Programs.  BOSTID Developments National Research Council, 1987; 7:16-19.

Smith GS, Olson, JG.  A shot in the arm for health information systems.  Agricultural Information Development Bulletin 1989; 11(1): 22-24.

Barss P, Smith GS, Mohan D, Baker SP.  Injuries of adults in developing countries: epidemiology and policy. Report to the World Bank, Adult Health Project, Washington, D.C., 1989.

Stansfield SK, Smith GS, McGreevey WP.  Injury and Poisoning.  Report to the World Bank, Health Sector Priorities Review, Washington, D.C., December, 1989.

Noji EK, Smith GS.  The prevalence of alcohol use among patients seen at the Johns Hopkins Hospital Emergency Department.  Final Report to the Blades Center for Clinical Practice and Research in Alcoholism, the Johns Hopkins Medical Institutions, November 1989.

Smith GS, Jenkins EL.  User's Guide for an Automated Data System for the Office of the Chief Medical Examiner, State of Maryland.  Report to the National Institute on Occupational Safety and Health (NIOSH) 1990.

Ford D, Wilson M, Smith G.  Prevention of Motor Vehicle Injuries.  Welch Center Prevention Report 1990;2:1-6.  The Johns Hopkins Medical Institutions, Baltimore, MD.

Smith GS, Jenkins EL, Goldstein M.  Surveillance for fatal occupational injuries: an evaluation of NTOF and other reporting sources for falls, electrocution and machinery injuries, 1980-1986. Report to Division of Safety Research, NIOSH, Morgantown, WV. 1991.

Panel on Occupational Injury (Baker SP, Chair, Smith GS and others).  Occupational Injury Prevention. Centers for Disease Control. Position Papers prepared for Centers for Disease Control, 1992.

Smith GS.  The role of alcohol and other drugs in aquatic injuries.  In: Association of Trial Lawyers of America/Johns Hopkins Injury Prevention Center.  Good Sports: Preventing Recreational Injuries.  Washington, D.C.: Association of Trial Lawyers of America, 1992:12-14.

Gordon S. Smith - CV

Myers AH, Baker SP, Smith GS, et al.  <u>Back Injuries in Municipal Employees</u>.  A Report to the National Institute of Occupational Safety and Health, Centers for Disease Control, 1992.

Smith GS, Coggan C, Koelmeyer T, Patterson P, Gordon A.  "The role of alcohol in drowning and boating deaths in the Auckland Region."  A report to the Alcohol Advisory Council of New Zealand. 1999.

Smith GS, Coggan C, Hooper R, Patterson P, Farnie V.  "Boating Safety Survey – Stage 1." Injury Prevention Research Centre, University of Auckland, New Zealand, Centre Report Series No. 4b.  February 2000.

Pransky, G., Courtney, T., Huang, Y.H., Lesch, M., Robertson, M., Roetting, M., Shaw, W., Smith, G. & Sorock, G. (2003). Aging And Work. Liberty Mutual Research Institute for Safety Technical Memorandum TM03-04

Smith GS, Wellman HM, Sorock GS, Courtney TK, Pransky GS.  The Contribution of Work and Non-Work Injuries to the Injury Burden of Working Age Adults. Liberty Mutual Research Institute for Safety, Technical Memorandum No. 05- 05.2005

Smith GS,  Lombardi DA, Mamidi DK, Matz S, Courtney TK, Timmons RA, Perry MJ.  The Use of Workers' Compensation Claims Data to Identify Specific Injury Causes and Validate Diagnoses using Narrative Text: Work-related Ladder Fall Fractures. Liberty Mutual Research Institute for Safety, Technical Memorandum No. 05-16. 2005

Smith GS, Lombardi DA. The Use of the Census of Fatal Occupational Injuries (CFOI) for Studying Fatal Occupation Injuries: Documentation of Methodological Approaches using Fatal Ladder Falls. Technical Memorandum, Liberty Mutual Research Institute for Safety, 2006

Horrey WJ, Pransky G, Huang Y, Smith G Melton D. Issues Surrounding an Aging Workforce in the Commercial Transport Industry. Technical Memorandum, Liberty Mutual Research Institute for Safety, 2006.

Drugged Driving Committee (Includes Smith GS). Drugged Driving Research: A White Paper. Prepared for the National Institute on Drug Abuse. Institute for Behavior and Health, Rockville MD. 2011.