# EXHIBIT 12-c to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

**EXPERT REPORT OF GORDON SMITH**
**M.B., CH.B. (MD EQUIVALENT OTAGO UNIVERSITY), MPH**

# APPENDIX B

List of Materials Considered

## **Materials Considered**

1. All documents referenced in my Expert Witness Report dated August 3, 2020.