# EXHIBIT 2-h to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

Second Errata Sheet for the 08.03.3030 Expert Report of George Barre
Further revisions to "Barrett Appx M--Final Economic Calculations HU
Revisions below are reflected in green-highlighted cells, rows, and tab

| Revision Category | Tab Name |
|---|---|
| #6: Peer/Family Mentoring Costs | Socioemotional Parent Children |
| | 4C Families and Children |
| #5: Summary Table | Summary $s |

ett
HUNTINGTON ABATEMENT August 3 2020--confidential" and "Barrett Appx M--Final Economic Calcu
s of "Barrett Appx M Final Economic Calculations HUNTINGTON ABATEMENT--September 23 Revis

| Affected Cell(s) or Row(s) | Previously Read | Now Reads |
|---|---|---|
| Cell F43, "Peer/Family Mentoring Services Cost Per Family" | $30,000 | $12,500 |
| Cells B47-B62 and D47-D61 | see Appendix M to August 3, 2020 report | see September 23, 2020 Revised Errata to Appendix M |
| All figures in Row 17, 18, and 22 | see Appendix M to August 3, 2020 report | see September 23, 2020 Revised Errata to Appendix M |
| All figures in row 93, "4C1b. Support for Children Living with Parents with Opioid Use Disorder (Interventions)" | see Appendix M to August 3, 2020 report | see September 23, 2020 Revised Errata to Appendix M |
| All figures in row 106, "Total" | | see September 23, 2020 Revised Errata to Appendix M |
| All figures in row 108, "Discount Factor @ 3.73%" | n/a | see September 23, 2020 Revised Errata to Appendix M |
| All figures in row 110, "Present Value @ 3.73%" | n/a | see September 23, 2020 Revised Errata to Appendix M |

lations HUNTINGTON ABATEMENT August 26 2020--confidential"
sion--confidential"

| Explanation |
|---|
| Revision based on September 14, 2020 Errata Sheet 2 to report of Nancy K. Young, Ph.D., which states "Peer Mentor Services, such as the START program: 'Cost Estimates' column should state '$12,500 annually per family'*".  August 3, 2020 Young report had listed "$30,000 annually per family." Appendix D to Dr. Alexander's report, Tab 4C. Families and Children, row 54, specifies "Peer/family mentoring services cost per family." |
| Figures automatically update based on revision to F43 |
| Figures automatically update based on revisions in "Socioemotional Parent Children" tab |
| Figures automatically update based on revisions in "4C Families and Children" tab |
| Figures automatically update based on revisions in row 93 |
| Added calculation of present value, in case helpful to the Court |