# EXHIBIT 5-f (PART II) to PLAINTIFFS' APPENDIX OF EXPERT REPORTS

4/16 Burnett meeting

Dr. Kilkenny + Amy

REDACTED

- 900 OUD treatment
  - 2/3 recieving outpatient
  - MAT
  → maybe 1500 to be in treatment

REDACTED

5/13/20 Superintendant of
Cabell schools

Board of education
___

440 new students in school system
w/ opioid abuse/neglect backgrounds
___

Kids in Cabell
Behavioral issues
Support services at home no longer
↳ live w/ grandparents

( last 5 years ↑ in school psych
       Speech
       Behavioral
  add $14 counselors
       many social workers
       etc.
  lost about 1200 students (? why)
  had to increase autism
       and special ed aids

Tim, Kechy Watts

Overall need of support

Heather

- Positive behavior support systems
- Kids are frequently moving in and out of the country
  ↳ different to plan for optimal training

Side effects of medications

REDACTED

[ Tim ]

- what about school performance

※ Huntington High had lowest graduation rate in all of West Virginia

Kelly - working w/ Marshall Health

## New School in Downtown Huntington

- 1/2 of kids in public school system come from someone other than a parent

DHHR

---

- vaping
- drug courts
  ↳ marijuana at high school level

-Random drug screen all tech ed students
↓
deterrant for some students

School system- kids in trauma & emotional issues
↳ all Title I schools which are high poverty
most living in trauma every day.
→ most kids are still in elementary & middle school

Schools in Huntington are in poverty, but not just a poverty issue
↳ opioid epidemic affected population well beyond those in poverty

Citizens

1700 employees in the county

451 students in homeless shelter
12,800 in the school district

REDACTED

5/20/20

Cabell/Huntington Law Enforcement

Official Dial → City manager
Ray Cornwell — Chief of police
↳ works at police department

▷ 5 years

Large population w/ substance use disorder

24 overdoses w/in 4 hours

- raid a house + search crime scene
- help folks go into recovery

- Violence came to Huntington
  → homicide rates quadrupled

"Typical crack addict"
  vs
regular working class people

Hurt on the job → given by doctors, turning to the street

Drain on resources
  → equiptment
  → recruit
  → retain

Domestic violence goes up

[ Courtney Hessler ]
  → drug related homicides

- Families
- Naloxone carrying (other harm reduction)
- COVID impact?

→ everyone affected

Shortage in Foster Homes in WV

Protocols where school was notified if kids exposed to violence

→ naloxone from health department signed out, now more of an EMS thing

Harm reduction ~ quick response team
↳ made having heroin in your system an ordinance
↓
So that you came to court and have the opportunity to come to drug court instead of jail.

Police provides test strips

# Cabell EMS
5/26/20

Gorder Merry
↳ director

Marsha Knight

Steve Murray

[241] → 103 this month
       52 last month
       ↳ increase in overdoses in the last month

- Medic suicide

2019   83    Naloxone
2020   111   administering
↳ have it all on record

Problem started
   w/ Addictive personality
   + low income
   → overdose not a big deal

Cabell EMS                    5/20

Addiction started b/c of pills

Huge mental health toll

QRT - Quick Response Team

Shootings

Gardner Merry data - has all the data