IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON**
    Plaintiff,

v.    Civil Action No. 3:17-cv-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    Defendants.

---

**CABELL COUNTY COMMISSION,**
    Plaintiff,

v.    *Consolidated Case*:
    Civil Action No. 3:17-cv-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    Defendants.

---

**APPENDIX OF EXHIBITS FILED UNDER SEAL IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PROXIMATE CAUSATION GROUNDS**

90967256.1

| Exhibit | |
|---|---|
| 1 | Expert Report of Andrew Kolodny, MD dated 8/3/20 [FILED UNDER SEAL] |
| 2 | Expert Report of G. Caleb Alexander, MD, MS dated 8/3/20 [FILED UNDER SEAL] |
| 3 | Expert Report of Craig J. McCann, PH.D, CFA dated 8/3/20 [FILED UNDER SEAL] |
| 4 | Expert Report of Lacey R. Keller dated 8/3/20 [FILED UNDER SEAL] |
| 5 | Expert Report of Katherine Keyes, PHD dated 8/3/20 [FILED UNDER SEAL] |
| 6 | Expert Report of Michael Siegel, MD, MPH dated 8/3/20 [FILED UNDER SEAL] |
| 7 | Expert Report of James Rafalski dated 8/3/20 [FILED UNDER SEAL] |
| 8 | Expert Report of Anna Lembke, MD dated 8/1/20 [FILED UNDER SEAL] |
| 9 | Expert Report of Daniel Cicarrone, MD, MPH dated 8/3/20 [FILED UNDER SEAL] |
| 10 | Expert Report of Judith Feinberg, MD dated 8/3/20 [FILED UNDER SEAL] |
| 11 | Expert Report of Thomas McGuire dated 8/3/20 [FILED UNDER SEAL] |
| 12 | Expert Report of Jakki J. Mohr, Ph.D dated 8/3/20 [FILED UNDER SEAL] |
| 34 | Transcript of Hearing 5/28/20, 17-md-02804 [FILED UNDER SEAL] |
| 35 | Expert Report of R. Corey Waller, MD, MS dated 8/3/20 [FILED UNDER SEAL] |

Dated:  October 6, 2020                                                         Respectfully submitted,

**THE CITY OF HUNTINGTON**
/s/ *Anne McGinness Kearse*
Anne McGinness Kearse
WVSB No. 12547
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

Linda Singer
David I. Ackerman
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com

Charles R. "Rusty" Webb
WV No. 4782
**THE WEBB LAW CENTRE**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

**CABELL COUNTY COMMISSION**
/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.
WVSB Bar No. 7443
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
PO Box 1180
Huntington, West Virginia 25714-1180
Mobile: 304-654-8281
paul@farrell.law

/s/ *Anthony J. Majestro*
Anthony J. Majestro
WVSB No. 5165
J.C. Powell
WVSB No. 2957
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

Michael A. Woelfel
WVSB No. 4106
**WOELFEL AND WOELFEL, LLP**
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

On Brief:

M. Michelle Carreras
**THE LANIER LAW FIRM**
10940 w. Sam Houston Parkway N.
Houston, TX 77064
Tel: 713-659-5200
Fax: 713-659-2204
michelle.carreras@lanierlawfirm.com

Andrea Bierstein
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949
abierstein@simmonsfirm.com

Lou Bograd
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lbograd@motleyrice.com

Anthony J. Majestro
WVSB No. 5165
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

Paulina do Amaral
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLC**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel:  212-355-9500
Fax:  212-355-9592
pdoamaral@LCHB.com

**CERTIFICATE OF SERVICE**

      I certify that on October 6, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to: Track2OpioidDefendants@ReedSmith.com and CT2_Opioid_Team@mail-list.com.

                                        */s/ J.C.Powell*
                                        J.C. Powell