# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : | CIVIL ACTION NO. 3:17-01362 |
| | : | |
| **Cabell County Commission and City of Huntington, WV** | : | and |
| | : | |
| | : | CIVIL ACTION NO. |
| | : | 3:17-01665 |

EXPERT REPORT OF CRAIG J. MCCANN, PH.D., CFA

August 3, 2020

**Table of Contents**

I.    Qualifications and Remuneration ......................................................- 1 -
      A.    Qualifications ....................................................................- 1 -
      B.    Remuneration ...................................................................- 2 -
II.   Materials Considered ......................................................................- 2 -
III.  Assignment ....................................................................................- 8 -
IV.   Summary of Opinions......................................................................- 8 -
V.    National ARCOS Data ..................................................................- 10 -
      A.    Receipt of ARCOS Data from the DEA ........................- 10 -
      B.    ARCOS Data Fields Produced by DEA...........................- 12 -
            1.    Seller DEA Number..............................................- 13 -
            2.    Seller Business Activity .......................................- 14 -
            3.    Seller Name and Address......................................- 14 -
            4.    Buyer DEA Number .............................................- 14 -
            5.    Buyer Business Activity .......................................- 14 -
            6.    Buyer Name and Address......................................- 15 -
            7.    Transaction Codes................................................- 15 -
            8.    Drug Code and Drug Name ..................................- 16 -
            9.    National Drug Code ..............................................- 16 -
            10.   Quantity................................................................- 17 -
            11.   Unit ......................................................................- 18 -
            12.   Action Indicator ...................................................- 18 -
            13.   Order Form Number ............................................- 19 -
            14.   Correction Number ..............................................- 19 -
            15.   Strength ................................................................- 19 -
            16.   Transaction Date ..................................................- 19 -
            17.   Calculated Base Weight in Grams ........................- 19 -
            18.   Dosage Units.........................................................- 20 -
            19.   Transaction ID ......................................................- 20 -
      C.    Supplementing the ARCOS Data.....................................- 21 -
            1.    Drug Labeler .........................................................- 21 -
            2.    MME Conversion Factor .......................................- 22 -
            3.    Additional Pharmacy Information .........................- 22 -
      D.    Exclusions and Corrections to ARCOS Data....................- 23 -
      E.    Comparing ARCOS Data to Retail Drug Summary Reports.- 26 -
      F.    Shipments to Dispensers in ARCOS Data .........................- 29 -
VI.   Opioid Shipment Summary ............................................................- 33 -

i

A.     ARCOS Summary on Shipment to Cabell County and the City of Huntington, WV ............................................................- 33 -
B.     Defendants' Shipment Summary .........................................- 40 -
     1.    Cardinal Health ............................................................- 42 -
     2.    AmerisourceBergen Drug ............................................- 48 -
     3.    McKesson Corporation ................................................- 53 -
VII.   Flagged Distributor Defendants Transactions ................................- 57 -
A.     Method 1: Maximum Monthly, Trailing Six-month Threshold .- 58 -
B.     Method 2: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold .....................................................- 61 -
C.     Method 3: Twice Trailing Twelve-Month Average Pharmacy Dosage Units ......................................................................- 65 -
D.     Method 4: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units ...................................................- 68 -
E.     Method 5: Maximum 8,000 Dosage Units Monthly ............- 71 -
F.     Method 6: Maximum Daily Dosage Units ...........................- 74 -
VIII.   Charts and Reports ........................................................................- 77 -
IX.   Conclusion ...................................................................................- 83 -
Appendix 1 Craig McCann Resume .........................................................- 85 -
Appendix 2 Corrections to the ARCOS Data .........................................- 106 -
A.     Duplicate Transactions .....................................................- 107 -
B.     NDC Dictionary ...............................................................- 107 -
C.     Erroneous Transactions ....................................................- 109 -
     1.    Transactions where ACTION_INDICATOR and CORRECTION_ NO are both populated. ...............- 110 -
     2.    Adjustments to previously reported transactions.....- 110 -
     3.    Deletions of previously reported transactions. ........- 110 -
     4.    Corrections of previously reported transactions......- 111 -
D.     Transactions Involving Reverse Distributors, Analytical Labs, Importers, Exporters or Researchers ...................................- 111 -
E.     Transactions between ARCOS Registrants .......................- 112 -
F.     Transactions with Obvious Errors in Quantity ..................- 112 -
G.     Transaction Code "X" ......................................................- 113 -
Appendix 3 Frequency and definition of transaction codes ...................- 115 -
Appendix 4 Corrections to DEA's NDC Dictionary ..............................- 116 -
Appendix 5 MME Conversion Factors (from CDC) ..............................- 117 -
Appendix 6 ARCOS Summary ................................................................- 119 -

Appendix 7 Cabell County and the City of Huntington, WV Flagged Distributor Defendant Transaction Reports ............................................- 119 -

Appendix 8 Map of Cabell County and the City of Huntington, WV....- 119 -

Appendix 9 Cabell County and the City of Huntington, WV Additional Expert Report Figures and Charts .....................................................................- 120 -

Appendix 10 Other Exhibits .................................................................- 120 -

iii

## Table of Figures

Figure 1 ARCOS Data Fields Produced by DEA .......................................................- 12 -
Figure 2 Dosage Units Reported Both in the ARCOS Data and Cardinal Health's
        Transactional Data, January 2006 through December 2014 .......................- 42 -
Figure 3 Dosage Units Reported only in the ARCOS Data and only in the Cardinal
        Health's Transactional Data, January 2006 through December 2014..........- 43 -
Figure 4 Dosage Units Reported in the ARCOS Data or AmerisourceBergen's
        Transactional Data, January 2006 through December 2014 .......................- 48 -
Figure 5 Dosage Units Reported only in the ARCOS Data and only in the
        AmerisourceBergen's Transactional Data, January 2006 through December
        2014 .........................................................................................................- 49 -
Figure 6 Dosage Units Reported in the ARCOS Data or McKesson's Transactional Data,
        January 2006 through December 2014....................................................- 53 -
Figure 7 Dosage Units Reported only in the ARCOS Data and only in the McKesson's
        Transactional Data, January 2006 through December 2014 .......................- 54 -
Figure 8 Trailing Six-Month Maximum Threshold Flagged Transactions, Cabell County
        and the City of Huntington, WV 1996 to 2018 .............................................- 60 -
Figure 9 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged
        Transactions, Cabell County and the City of Huntington, WV 1996 to 2018 - 64
        -
Figure 10 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold
        Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to
        2018 ..........................................................................................................- 67 -
Figure 11 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units
        Threshold Flagged Transactions, Cabell County and the City of Huntington,
        WV 1996 to 2018 .....................................................................................- 70 -
Figure 12 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions,
        Cabell County and the City of Huntington, WV 1996 to 2018 ...................- 73 -
Figure 13 Maximum Daily Dosage Units Threshold, Any Order Subsequent to a Flagged
        Transaction, Cabell County and the City of Huntington, WV 1996 to 2018 . - 76
        -

iv

## Table of Tables

Table 1 ARCOS Opioid Transaction Data Produced by DEA ..................................- 11 -
Table 2 Drug Codes and Drug Names in the ARCOS Data ........................................- 16 -
Table 3 Unit of Measurement Codes ..........................................................................- 18 -
Table 4 ARCOS Transactions, Grouped by Transaction Participant ..........................- 24 -
Table 5 Comparison Corrected ARCOS Data and RDSR ...........................................- 28 -
Table 6 Ratios of Retail Drug Summary Report and ARCOS Drug Weights..............- 29 -
Table 7 Transactions in the ARCOS Data by Reporter's Business Activity................- 30 -
Table 8 Transactions in the ARCOS Data by Buyer's Business Activity ....................- 30 -
Table 9 Dispenser Transactions in the ARCOS Data, by Drug Name .........................- 31 -
Table 10 Transactions by Buyer's State ......................................................................- 32 -
Table 11 Transactions by Year ...................................................................................- 33 -
Table 12 Transactions in Cabell County and the City of Huntington, WV by Drug....- 34 -
Table 13 Transactions in Cabell County and the City of Huntington, WV by Reporter's
        Business Activity.............................................................................................- 35 -
Table 14 Transactions in Cabell County and the City of Huntington, WV by Buyer's
        Business Activity.............................................................................................- 36 -
Table 15 Transactions in Cabell County and the City of Huntington, WV by Year ....- 37 -
Table 16 Top 20 Labelers, Cabell County and the City of Huntington, WV, ARCOS
        Data, 2006-2014. ...........................................................................................- 38 -
Table 17 Oxycodone and Hydrocodone Shipments to Selected Pharmacies in Cabell
        County and the City of Huntington, WV, MME, 2006 - 2014.....................- 39 -
Table 18 Oxycodone and Hydrocodone Shipments to Selected Pharmacies in Cabell
        County and the City of Huntington, WV, by Distributor Market Share, 2006 -
        2014 ................................................................................................................- 40 -
Table 19 Overlap between ARCOS Data and Defendant Data ....................................- 41 -
Table 20 Comparison by Drug code in ARCOS Data vs. Cardinal Health's Transactional
        Data, Excluding March 2008.........................................................................- 45 -
Table 21 Labelers' Market Shares in Cardinal Health Oxycodone and Hydrocodone
        Shipments in Dosage Units, 2006-2014 ........................................................- 46 -
Table 22 Cardinal Health Oxycodone and Hydrocodone Shipments to Dispensers in
        Dosage Units, 2006-2014 ..............................................................................- 47 -
Table 23 Comparison by Drug code in ARCOS Data vs. AmerisourceBergen's
        Transactional Data..........................................................................................- 50 -
Table 24 Labelers' Market Shares in AmerisourceBergen Oxycodone and Hydrocodone
        Shipments in Dosage Units, 2006-2014 ........................................................- 51 -
Table 25 AmerisourceBergen Oxycodone and Hydrocodone Shipments to Dispensers in
        Dosage Units, 2006-2014 ..............................................................................- 52 -
Table 26 Comparison by Drug code in ARCOS Data vs. McKesson's Transactional Data-
        55 -
Table 27 Labelers' Market Shares in McKesson Oxycodone and Hydrocodone Shipments
        in Dosage Units, 2006-2014 ..........................................................................- 56 -
Table 28 McKesson Oxycodone and Hydrocodone Shipments to Dispensers in Dosage
        Units, 2006-2014 ...........................................................................................- 57 -

Table 29 Trailing Six-Month Maximum Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME......................- 59 -

Table 30 Trailing Six-Month Maximum Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018 ............................................- 61 -

Table 31 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME ......................................................................................................- 63 -

Table 32 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018 - 65 -

Table 33 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME ...................................................................................- 66 -

Table 34 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018 ...............................................................................................................- 68 -

Table 35 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME.................................................................- 69 -

Table 36 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018 ....................................................................................- 71 -

Table 37 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME- 72 -

Table 38 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018 ...................- 74 -

Table 39 Maximum Daily Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME.......................- 75 -

Table 40 Maximum Daily Dosage Units Threshold Flagged Transactions in Cabell County and the City of Huntington, WV 1996 to 2018 ..............................- 77 -

Table 41 Exclusions and Corrections to the ARCOS Data.........................................- 114 -

## I.    Qualifications and Remuneration

### A. Qualifications

1.      I am the President of Securities Litigation and Consulting Group, Inc. ("SLCG"). SLCG was founded in 2000 to apply finance, economics, statistics and mathematics in litigation and consulting. SLCG staff includes professionals with PhDs and advanced degrees in applied mathematics, statistics, finance and economics.

2.      Prior to founding SLCG, I was a Director at LECG, a business unit of Navigant Consulting, Inc. Prior to joining LECG, I was Managing Director, Securities Litigation at KPMG LLP for two years. I was a senior financial economist in the Office of Economic Analysis at the U.S. Securities and Exchange Commission (the "SEC") from 1992 to 1993 and from 1994 to 1995.

3.      I have taught graduate economics and finance courses at the University of South Carolina, Virginia Tech, Georgetown University and at the University of Maryland, College Park.

4.      I have been hired as a consultant and expert witness in investigations by many state and federal agencies including the SEC, the Federal Deposit Insurance Corporation and the U.S. Department of Justice.

5.      My work as a consultant and expert witness over the past 25 years has required me to extract or receive data, process and validate the data and produce varied statistical analyses.

- 1 -

6.      I earned a Ph.D. in Economics from the University of California, at Los Angeles. My graduate studies included extensive coursework in mathematics, statistics and econometrics.

7.      My resume, which includes a list of all publications authored by me within the last 10 years and the cases in which I have testified as an expert at trial or by deposition within the last four years, is attached as Appendix 1.

8.      I previously provided expert testimony on substantially the same issues discussed below through written reports and depositions in *In Re National Prescription Opiate Litigation* and *In Re Opioid Litigation* more fully identified in my resume.

### B. Remuneration

9.      SLCG is being compensated for its time and expenses. My hourly rate is $475 per hour. Other SLCG personnel working on this matter have billing rates of $100 to $350 per hour.

## II.    Materials Considered

10.     In preparing this report, I have considered the following documents:

a.  Automation of Reports and Consolidated Orders System ("ARCOS") electronic data, received from the Drug Enforcement Administration (hereafter, "ARCOS Data");

b.  "ARCOS Retail Drug Summary Reports," Drug Enforcement Administration, 2000-2019, (available at www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html);

- 2 -

c.  "National Drug Code Dictionary," Drug Enforcement
Administration, November 2018 (current version available at
www.deadiversion.usdoj.gov/arcos/ndc/ndcfile.txt);

d.  "NDC Dictionary Instructions," Drug Enforcement
Administration, October 2010 (current version available at
www.deadiversion.usdoj.gov/arcos/ndc/readme.txt);

e.  "NDC/NHRIC Labeler Codes," U.S. Food & Drug Administration,
January 2018 (current version available at
www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeli
ng/ucm191017.htm);

f.  "Opioid Oral Morphine Milligram Equivalent (MME) Conversion
Factors," Centers for Disease Control and Prevention, August 2017
(current version available at
www.cdc.gov/drugoverdose/resources/data.html);

g.  "Full Replacement Monthly NPI File," Centers for Medicare and
Medicaid Services, November 2018 (current version available at
download.cms.gov/nppes/NPI_Files.html);

h.  ARCOS Registrant Handbook, Drug Enforcement Administration,
August 1997 (current version available at
www.deadiversion.usdoj.gov/arcos/handbook/full.pdf);

i.  Masters Pharmaceutical, Inc. v. Drug Enforcement Administration,
861 F.3d 206 (D.C. Cir. 2017);

j.  U.S. Dep't of Justice, DEA, Chemical Handler's Manual: A Guide
to Chemical Control Regulations (2004), (WAGMDL00395965);

k.  U.S. Dep't of Justice, DEA, *Diversion Investigators Manual* (1990) (CAH_MDL_PRIORPROD_DEA07_01176247);

l.  U.S. Dep't of Justice, DEA, *Diversion Investigators Manual* (1996) (CAH_MDL2804_02203353);

m.  Administrative Memorandum of Agreement (between DEA and Mallinckrodt);[1]

n.  "Red Flags and Warning Signs Ignored: Opioid Distribution and Enforcement Concerns in West Virginia," Prepared by the Energy and Commerce Committee, Majority Staff, December 19, 2018, (US-DEA-00025303 – 00025627);

o.  Defendants' Transactional Data in West Virginia (ABDCMDL00003913; ABDCMDL01911435 - ABDCMDL01911478; ABDC-WVFED00000001 - ABDC-WVFED00000009; CAH_MDL2804_03468426 - CAH_MDL2804_03468433; MCKMDL01391022 - MCKMDL01391081; MCKMDL01391082 - MCKMDL01391096; MCKMDL01391099 - MCKMDL01391111; MCKMDL01391112 - MCKMDL01391126);

p.  Drug Emporium dispensing data (DE0034480- DE0034486);

---

[1] www.justice.gov/usao-edmi/press-release/file/986026/download

q.  Suspicious Order Reports produced by the DEA
(DEA_000000001(confidential_suspicious_trans_oh_wv_al_il_mi _
fl_20060101-20141231.xlsx); SORS-000001 - SORS-2932);

r.  Suspicious Order Reports produced by AmerisourceBergen Drug,
Cardinal Health and McKesson Corporation
(ABDCMDL01911479; ABDCMDL01911482;
ABDCMDL00003913; CAH_MDL2804_03468434;
CAH_FEDWV_00377023-CAH_FEDWV_00377825;
CAH_MDL_PRIORPROD_DEA07_01544958;
CAH_MDL_PRIORPROD_DEA07_01641502;
CAH_MDL_PRIORPROD_DEA07_01190057;
CAH_MDL2804_00689780; CAH_MDL2804_00718279;
CAH_MDL2804_00613605; CAH_MDL2804_00719378;
CAH_MDL_PRIORPROD_DEA07_01120515;
CAH_MDL_PRIORPROD_DEA07_02731023-R;
CAH_MDL_PRIORPROD_DEA07_01544958-R;
CAH_MDL_PRIORPROD_DEA07_01641502-R;
CAH_MDL_PRIORPROD_DEA07_01649530-R;
CAH_MDL_PRIORPROD_DEA07_01658177-R;
CAH_MDL_PRIORPROD_DEA07_01667412-R;
CAH_MDL_PRIORPROD_DEA07_01679058-R;
CAH_MDL_PRIORPROD_DEA07_01698986-R;
CAH_MDL_PRIORPROD_DEA07_01708184-R;
CAH_MDL_PRIORPROD_DEA07_01718249-R;
CAH_MDL_PRIORPROD_DEA07_01731023-R;
CAH_MDL_PRIORPROD_DEA07_01738760-R;

CAH_MDL_PRIORPROD_DEA07_01746932-R;

CAH_MDL_PRIORPROD_DEA07_01756326-R;

CAH_MDL_PRIORPROD_DEA07_01761369-R;

CAH_MDL_PRIORPROD_DEA07_01769514-R;

CAH_MDL_PRIORPROD_DEA07_01774365-R;

CAH_MDL_PRIORPROD_DEA07_01778618-R;

CAH_MDL_PRIORPROD_DEA07_01783983-R;

CAH_MDL_PRIORPROD_DEA07_01788800-R;

CAH_MDL_PRIORPROD_DEA07_01793846-R;

CAH_MDL_PRIORPROD_DEA07_01798617-R;

CAH_MDL_PRIORPROD_DEA07_01803669-R;

CAH_MDL_PRIORPROD_DEA07_01810924-R;

CAH_MDL_PRIORPROD_DEA07_01815068-R;

CAH_MDL_PRIORPROD_DEA07_01820263-R;

CAH_MDL_PRIORPROD_DEA07_01829063-R;

CAH_MDL_PRIORPROD_DEA07_01833389-R;

CAH_MDL_PRIORPROD_DEA07_01837849-R;

CAH_MDL_PRIORPROD_DEA07_01845055-R;

CAH_MDL2804_03060159; CAH_MDL2804_03060627;

CAH_MDL2804_01909637; CAH_MDL2804_01909938;

CAH_MDL2804_01212458; CAH_MDL2804_01212460;

CAH_MDL2804_01212684; CAH_MDL2804_01212686;

CAH_MDL2804_01214790; CAH_MDL2804_01214792;

CAH_MDL2804_01215078;  CAH_MDL2804_01215080;

CAH_MDL2804_01215082; CAH_MDL2804_01215084;

CAH_MDL2804_01215394; CAH_MDL2804_01215638;

CAH_MDL2804_01215640; CAH_MDL2804_01215642;
CAH_MDL2804_01215644; CAH_MDL2804_01216962;
CAH_MDL2804_01217648; CAH_MDL2804_01218306;
CAH_MDL2804_01218622; CAH_MDL2804_01218624;
CAH_MDL2804_01218626; CAH_MDL2804_01222854;
CAH_MDL2804_01222856; CAH_MDL2804_01222858;
CAH_MDL2804_01223654;  CAH_MDL2804_01223656;
CAH_MDL2804_01223658; CAH_MDL2804_01226130;
CAH_MDL2804_01226132; CAH_MDL2804_01226138;
CAH_MDL2804_01226146; CAH_MDL2804_01226148;
CAH_MDL2804_01226150; CAH_MDL2804_01226166;
CAH_MDL2804_01226168; CAH_FEDWV_00377023 -
CAH_FEDWV_00377825; MCKMDL01391127).

s.  Deposition of Thomas Prevoznik, April 17-18, 2019, May 17,
    2019 and exhibits thereto;

t.  Corrected Joint and Third Amended Complaint, Cabell County
    Commission and City of Huntington, West Virginia;

u.  Discovery Ruling No. 12 Regarding Suspicious Order
    Interrogatory [Doc. 1174];

v.  Cardinal Health DEA Compliance Manual
    (CAH_MDL_PRIORPROD_DEA07_01383895);

w.  McKesson Operations Manual Lifestyle Drug Monitoring Program
    (MCKMDL00355251);

x.  Other documents cited in the text and footnotes below.

- 7 -

### III. Assignment

11.    I have been asked by Plaintiffs' Counsel to document how I processed, validated and augmented opioid transaction data produced by the Drug Enforcement Administration ("DEA") and internal Transactional Data (identified in paragraph "10.o" above) produced by the Distributor Defendants, to attribute transactions with Dispensers to Distributor Defendants in this report.[2]

12.    I have been asked to summarize shipments in the ARCOS Data, especially those shipments into Cabell County and the City of Huntington, WV attributable to all the Defendants.

13.    I have also been asked to report the results of applying certain algorithms to the ARCOS Data and Distributor Defendants' Transactional Data.

### IV. Summary of Opinions

14.    Based upon my comparison of the ARCOS Data produced by the DEA and the public ARCOS Retail Drug Summary Reports, I conclude that, after correcting a relatively small number of records records as explained in more detail below, the ARCOS Data produced by the DEA is reliable.

15.    I conclude that the ARCOS Data is reliable in part because it closely matches the DEA's Retail Drug Summary Reports for January 2006 through December 2014. Retail Drug Summary Reports summarize the weight of drugs in reported transactions with consumers in each of the 50

---

[2] As explained more fully below I use "Dispensers" to refer to businesses that dispense drugs to patients such as pharmacies and hospitals.

states and the District of Columbia. Where there were discrepancies between the ARCOS Data produced by the DEA and the Retail Drug Summary Reports, I was able to identify and correct the error in either the ARCOS Data or the Retail Drug Summary Reports.

16.     In Section V, I describe the ARCOS Data produced by the DEA and report national summary statistics for the ARCOS Data, after correcting minimal errors explained fully in Appendix 2. In addition, I compare the processed ARCOS Data to Retail Drug Summary Reports published by the DEA to verify that the shipments of opioids to dispensing outlets in the ARCOS Data are consistent with the amount of each opioid the DEA calculates was shipped into each 3-digit zip code each quarter.

17.     In Section VI, I report summary statistics for subsets of the processed ARCOS Data covering Cabell County and the City of Huntington, WV. These summary statistics show that between 2006 and 2014, Dispensers in Cabell County and the City of Huntington, WV received 127.9 million Dosage Units or 3.3 billion MME of opioids. Given the region's 99,946 average population during this same time period,[3] Dispensers received enough opioids for every resident in Cabell County and the City of Huntington, WV to consume 142 Dosage Units or 3,650 MME every year from 2006 to 2014.

18.     In Section VII, I describe a non-exhaustive set of algorithms that can be systematically applied to the ARCOS Data, supplemented with Defendants' Transactional Data.

---

[3] United States Census Bureau, https://www.census.gov/

19.    In Section VIII, I describe certain charts and tables that are attached to this report.  In Section IX, I summarize my conclusions.

20.    I continue to review documents and gather information and reserve the right to update my analysis and opinions based upon that further review of documents and based on any new information including, possibly, reports of other experts I may receive.

## V.    National ARCOS Data

21.    ARCOS is the system through which manufacturers and distributors report transactions of controlled substances to the DEA.[4] ARCOS Data covers all fifty states, the District of Columbia, Puerto Rico, Guam, U.S. Virgin Islands, American Samoa, and the Northern Mariana Islands, Armed Forces-Americas, Armed Forces-EMEA, Armed Forces-Pacific, and Palau.

### A. Receipt of ARCOS Data from the DEA

22.    In the multi-district litigation, the DEA produced a set of ARCOS Data reflecting transactions in drug products containing one or more of fourteen drugs: buprenorphine, codeine, dihydrocodeine, fentanyl, hydrocodone, hydromorphone, levorphanol, meperidine, methadone, morphine, powdered opium, oxycodone, oxymorphone, and tapentadol from January 1, 2006 through December 31, 2014.

23.    On or about April 20, 2018, the DEA produced ARCOS Data reflecting transactions in oxycodone, hydrocodone, hydromorphone, and fentanyl for six states: Alabama, Florida, Illinois, Michigan, Ohio, and West

---

[4] www.deadiversion.usdoj.gov/arcos/index.html, accessed on 29 November 2018.

Virginia. On or about May 20, 2018, the DEA produced transaction data for these four drugs for the remaining states. The May 20, 2018 production was missing pharmacy names and had some duplicate transactions and obvious errors. At my request, the DEA reproduced the May 20, 2018 data with pharmacy names and errors in the May 20, 2018 production largely corrected on or about June 5, 2018.

24.     Additionally, the DEA produced ARCOS Data for all states for oxymorphone, tapentadol, buprenorphine, and morphine on or about July 6, 2018; for codeine, dihydrocodeine, meperidine, and powdered opium on or about July 24, 2018; and for methadone and levorphanol on or about August 28, 2018. The timing and amount of ARCOS Data produced by the DEA are summarized in Table 1. In total, the ARCOS Data has 500,709,803 transaction records – 444,819,182 transaction records involving Dispensers.

Table 1 ARCOS Opioid Transaction Data Produced by DEA

| Drug Name | Drug Code | # of All Transactions | Transactions with Dispensers | | | | |
|---|---|---|---|---|---|---|---|
| | | | # of Transactions | Dosage Units | Dosage Units % | Calculated Base Weight | Calculated Weight % |
| Received June 5, 2018 | | | | | | | |
| Hydrocodone | 9193 | 189,611,242 | 174,829,777 | 74,285,510,348 | 53 04% | 436,729,519 | 25 85% |
| Oxycodone | 9143 | 116,411,941 | 106,210,465 | 39,978,942,635 | 28 54% | 494,278,594 | 29 25% |
| Fentanyl | 9801 | 51,159,276 | 42,971,667 | 914,488,221 | 0 65% | 8,096,158 | 0 48% |
| Hydromorphone | 9150 | 17,446,169 | 14,435,387 | 2,571,523,184 | 1 84% | 15,161,478 | 0 90% |
| **Subtotal** | | **374,628,628** | **338,447,296** | **117,750,464,388** | **84.07%** | **954,265,749** | **56.48%** |
| | | | | | | | |
| Received July 6, 2018 | | | | | | | |
| Morphine | 9300 | 49,243,546 | 39,880,848 | 6,365,919,333 | 4 55% | 222,022,285 | 13 14% |
| Buprenorphine | 9064 | 26,275,507 | 24,153,401 | 1,857,399,214 | 1 33% | 152,570,080 | 9 03% |
| Oxymorphone | 9652 | 6,033,613 | 5,008,054 | 633,293,763 | 0 45% | 11,042,968 | 0 65% |
| Tapentadol | 9780 | 3,376,288 | 2,827,854 | 353,918,908 | 0 25% | 28,776,260 | 1 70% |
| **Subtotal** | | **84,928,954** | **71,870,157** | **9,210,531,218** | **6.58%** | **414,411,593** | **24.53%** |
| | | | | | | | |
| Received July 24, 2018 | | | | | | | |
| Codeine | 9050 | 17,644,740 | 14,728,585 | 5,904,595,163 | 4 22% | 149,048,894 | 8 82% |
| Meperidine | 9230 | 6,069,787 | 4,439,671 | 296,424,349 | 0 21% | 25,276,542 | 1 50% |
| Dihydrocodeine | 9120 | 1,150,066 | 762,778 | 47,182,023 | 0 03% | 1,051,401 | 0 06% |
| Opium, Powdered | 9639 | 509,879 | 335,515 | 8,000,328 | 0 01% | 383,634 | 0 02% |
| **Subtotal** | | **25,374,472** | **20,266,549** | **6,256,201,863** | **4.47%** | **175,760,471** | **10.40%** |
| | | | | | | | |
| Received August 28, 2018 | | | | | | | |
| Methadone | 9250 | 15,668,247 | 14,167,720 | 6,829,158,005 | 4 88% | 145,228,224 | 8 59% |
| Levorphanol | 9220 | 109,502 | 67,460 | 14,402,593 | 0 01% | 18,947 | 0 00% |
| **Subtotal** | | **15,777,749** | **14,235,180** | **6,843,560,598** | **4.89%** | **145,247,171** | **8.60%** |
| | | | | | | | |
| **Total** | | **500,709,803** | **444,819,182** | **140,060,758,067** | **100.00%** | **1,689,684,984** | **100.00%** |

## B. ARCOS Data Fields Produced by DEA

25.     The ARCOS Data produced by the DEA has the 34 fields illustrated in Figure 1 for each transaction record. Twelve of the 34 fields are submitted with each transaction record by the Reporting Registrant, the DEA registered entity reporting the opioid shipment through ARCOS. These twelve fields are defined in the ARCOS Handbook.[5] The remaining 22 fields were appended by the DEA to the transaction records submitted by the Reporting Registrant.[6] Eighteen of the 22 fields are information about the Reporting Registrant and the Associate Registrant, keyed off their DEA numbers.[7] Three of the remaining four fields are either taken from the NDC (for National Drug Code) Dictionary or are calculated using variables therein and appear to have been imported by the DEA into the data it produced by matching each transaction's NDC number with the NDC number in the NDC Dictionary.[8]

Figure 1 ARCOS Data Fields Produced by DEA



---

[5] "ARCOS Registrant Handbook," Drug Enforcement Administration, August 1997 ("ARCOS Handbook"). Current version available at www.deadiversion.usdoj.gov/arcos/handbook/full.pdf.

[6] The 22 fields are Reporter Business Activity, Reporter Name (2 fields), Reporter Address (6 fields), Buyer Business Activity, Buyer Name (2 fields), and Buyer Address (6 fields), Drug Code, Drug Name, Calculated Base Weight in Grams, and Dosage Unit.

[7] The 18 fields are Reporter Business Activity, Reporter Name (2 fields), Reporter Address (6 fields), Buyer Business Activity, Buyer Name (2 fields), and Buyer Address (6 fields).

[8] Drug Code and Drug Name are both in the NDC Dictionary. Calculated Base Weight in Grams is calculated using Ingredient Base Weight in the NDC Dictionary and Quantity, Unit, and Strength in the ARCOS Data.

26.    The first 10 fields provide information on the Reporting Registrant. The DEA identified these Reporter DEA numbers and associated fields as "Seller" fields and so, unless the context requires otherwise, I refer to the Reporting Registrant as the "Seller" and the associated fields as "Seller" fields. This information includes a Seller's DEA Number, a description of the Seller's Business Activity (primarily Manufacturer, Distributor or Reverse Distributor), Name and Address (6 fields).

27.    The next 10 fields provide information on the Associate Registrant, typically a receiver of the opioid shipment.[9] The DEA identified the Associate Registrant DEA numbers and associated fields as "Buyer" fields and so, unless the context requires otherwise, I refer to the Associate Registrant as the "Buyer" and the associated fields as "Buyer" fields. This information includes the Buyer's DEA Number, a description of the Buyer's Business Activity (primarily Distributor or Retail or Chain Pharmacy), Name and Address (6 fields).

28.    The final 14 fields provide information about the transaction. This information includes Drug Name and Drug Code (*e.g.*, 9143 for oxycodone products), NDC Number, Quantity, Unit, Strength, Dosage Unit, Calculated Base Weight in Grams, Transaction Code (*e.g.*, whether the transaction was a Purchase or a Sale), Transaction Date, Transaction Identifier, Correction Number, Action Indicator, and Order Form Number.

### 1.    Seller DEA Number

29.    The ARCOS Data produced by the DEA includes 1,506 distinct Seller DEA Numbers. Manufacturers and distributors typically have more

---

[9] *See*, ARCOS Handbook at pp. 5-36 – 5-37.

- 13 -

than one DEA number as each facility manufacturing or distributing controlled substances must have its own DEA number.[10]

### 2.   *Seller Business Activity*

30.   The ARCOS Data lists one "Business Activity" for each Seller DEA Number. There are six distinct Seller Business Activities in the ARCOS Data: Manufacturer, Manufacturer (Bulk), Chemical Manufacturer, Distributor, Chempack/SNS Distributor, and Reverse Distributor.

### 3.   *Seller Name and Address*

31.   The ARCOS Data provides a business address for each Seller DEA Number, but there is not a one-to-one mapping between the addresses and the Seller DEA Numbers. Some Seller DEA Numbers are associated with multiple addresses, and some addresses are associated with more than one contemporaneous Seller DEA Number. Multiple Seller DEA Numbers can also be associated with the same address over time as locations are occupied by businesses newly registered with the DEA.

### 4.   *Buyer DEA Number*

32.   The ARCOS Data includes 304,785 distinct Buyer DEA Numbers. 1,465 DEA numbers are listed as both Sellers and Buyers, although not in the same transaction.

### 5.   *Buyer Business Activity*

33.   The ARCOS Data includes 54 distinct Buyer Business Activities including Manufacturer, Distributor, Reverse Distributor, Analytical Lab, Retail Pharmacy, Chain Pharmacy, Mail Order Pharmacy and Hospital/Clinic. Some Buyer DEA Numbers have more than one Buyer Business Activity.

---

[10] *See*, ARCOS Handbook at 1-5.

### 6. *Buyer Name and Address*

34.     The ARCOS Data provides a business address for each Buyer DEA Number, but there is not a one-to-one mapping between the addresses and the Buyer DEA Numbers. Some Buyer DEA Numbers are associated with multiple addresses, and some addresses are associated with more than one contemporaneous Buyer DEA Number. Multiple Buyer DEA Numbers can also be associated with the same address over time as locations are occupied by businesses newly registered with the DEA.

### 7. *Transaction Codes*

35.     Each transaction record includes a code that identifies whether the transaction being reported increases or decreases the Reporter's inventory of the drug. In my later analysis, I focus on transaction code "S" which denotes a transaction in which a drug is shipped from the Seller, typically a distributor, to a Buyer, typically a pharmacy. Appendix 3 reports the percentage of transactions in the ARCOS Data in each Transaction Code and provides the ARCOS Handbook description.[11]

---

[11] ARCOS Handbook §5.4.3, p. 5-7.

### 8.   Drug Code and Drug Name

36.    The Drug Code is a four digit Administration Controlled Substance Code Number common to each controlled substance or basic class thereof.[12] For instance, whether delivered through skin patches or nasal sprays, fentanyl transactions are identified by the Drug Code 9801 and whether formed in 5 mg or 20 mg tablets, oxycodone transactions are identified with the Drug Code 9143. See Table 2.

Table 2 Drug Codes and Drug Names in the ARCOS Data

| Sorted by Drug Name | | Sorted by Drug Code | |
|---|---|---|---|
| Drug Code | Drug Name | Drug Code | Drug Name |
| 9064 | Buprenorphine | 9050 | Codeine |
| 9050 | Codeine | 9064 | Buprenorphine |
| 9120 | Dihydrocodeine | 9120 | Dihydrocodeine |
| 9801 | Fentanyl | 9143 | Oxycodone |
| 9193 | Hydrocodone | 9150 | Hydromorphone |
| 9150 | Hydromorphone | 9193 | Hydrocodone |
| 9220 | Levorphanol | 9220 | Levorphanol |
| 9230 | Meperidine | 9230 | Meperidine |
| 9250 | Methadone | 9250 | Methadone |
| 9300 | Morphine | 9300 | Morphine |
| 9639 | Opium | 9639 | Opium |
| 9143 | Oxycodone | 9652 | Oxymorphone |
| 9652 | Oxymorphone | 9780 | Tapentadol |
| 9780 | Tapentadol | 9801 | Fentanyl |

### 9.   National Drug Code

37.    Drug packages are uniquely identified in the ARCOS Data by a National Drug Code, or NDC. The NDC has three segments, which identify the drug product's manufacturer or distributor, active ingredient, strength and formulation of the product, and the package size.[13] For example, 00603-3882-

---

[12] See, Controlled Substances by DEA Drug Code Number, Current version available at https://www.deadiversion.usdoj.gov/schedules/orangebook/d_cs_drugcode.pdf; *see also*, 21 CFR 1308.03.

[13] "NDC Dictionary Instructions," Drug Enforcement Administration, October 2010. Current version available at https://www.deadiversion.usdoj.gov/arcos/ndc/readme.txt.

28 identifies Par Pharmaceutical manufactured 7.5 mg hydrocodone / 500 mg acetaminophen tablets in packages of 30. NDCs ending in "**" identify bulk packages of the drug identified by the first 9 digits of the NDC.

38.     There are 23,280 unique NDCs in the ARCOS Data. The controlled substances in each drug product are identified by a separate Drug Code.

### 10.     Quantity

39.     Quantity is the number of packages, weight or volume reported in the transaction.[14] A package can take many different forms, including a bottle of pills, a bottle of liquid, a box containing multiple bottles of drug product, a container of bulk drug powder, a box of skin patches, or a larger box containing smaller boxes of skin patches.[15]

---

[14] ARCOS Handbook § 5.11.1 p., 5-30.

[15] ARCOS Handbook § 5.11.

### 11.   Unit

40.     The Unit code identifies the unit of measurement for the Quantity field. It is used with the Quantity and Strength fields to determine the amount of drug in a transaction.[16] The Unit codes 1, 2, 3 and 4 specify weight units from micrograms to kilograms.[17] See Table 3.

Table 3 Unit of Measurement Codes

| Unit | Measurement |
|------|-------------|
| 1 | Micrograms |
| 2 | Milligrams |
| 3 | Grams |
| 4 | Kilograms |
| 5 | Milliliters |
| 6 | Liters |
| D | Dozens |
| K | Thousands |

### 12.   Action Indicator

41.     The Action Indicator field is either blank or coded D (for delete), A (for adjust) or I (for insert). The Reporter uses transactions coded D to report to the DEA that a previously reported incorrect transaction should be deleted. The Reporter uses transactions coded A to report that a previously reported incorrect transaction should be revised to reflect updated information in the current record. That is, that the previously reported transaction should be replaced with the current transaction record coded A. The Reporter uses

---

[16] ARCOS Handbook § 5.12.1, p. 5-33.

[17] Since there are 1 billion micrograms in a kilogram, a transaction coded with a 4 in the Unit field when the Quantity field assumes the Units are micrograms will have a Quantity that is 1 billion times too large. Some of the errors in the ARCOS Data appear to result from incorrect Unit codes being entered by the Reporting Registrant into ARCOS.

transactions coded I to report transactions which should have been reported in a previous month but were not and so are being reported late.[18]

### 13.    Order Form Number

42.    The Order Form Number identifies a batch of one or more transactions submitted through ARCOS.[19]

### 14.    Correction Number

43.    The Correction Number identifies a correction transaction which replaces a previously submitted transaction that had been rejected by ARCOS.[20]

### 15.    Strength

44.    Strength reports the purity of bulk raw material in a transaction, relative to the purity of the NDC, in hundredths of a percentage point. Strength can also refer to the amount by which a quantity of one in the transaction falls short of or exceeds the standard size package of the NDC.[21]

### 16.    Transaction Date

45.    Transaction Date is the date a shipment occurred, not the date an order was placed by the Buyer or received by the Seller or the date of some other activity.[22]

### 17.    Calculated Base Weight in Grams

46.    The Calculated Base Weight in Grams is the total active ingredient weight, in grams, of a drug in the reported transaction. The

---

[18] ARCOS Handbook §5.9.2, p. 5-20 and §7.5, p. 7-12.

[19] ARCOS Handbook §5.14.1, p. 5-38 and §5.14.3, p. 5-40.

[20] ARCOS Handbook, §5.16, p. 5-42.

[21] ARCOS Handbook, §5.17, p. 5-43.

[22] ARCOS Handbook, §5.15.1, p. 5-40.

- 19 -

Calculated Base Weight in Grams in the ARCOS Data produced by the DEA was not reported by the Sellers. Rather, it was calculated by the DEA and appended (along with information about the Buyer and the Seller, the Drug Code, the Drug Name, and the Dosage Units) by the DEA before the data was produced. As explained in Appendix 2, I verify the Calculated Base Weight in Grams for each transaction using the NDC Dictionary.

### 18.   Dosage Units

47.   Dosage Units is the number of packages in the transaction, multiplied by the number of discrete individual drug products (*e.g.*, pills, patches, lozenges) in each package. Dosage Unit is only populated if the drug product is delivered as a capsule, tablet, film, suppository, patch, lollipop, or lozenge. The Dosage Unit in the ARCOS Data was not reported by the Sellers. Rather, it was calculated by the DEA and appended by the DEA before the data was produced to us. As explained later in this report, I verify Dosage Units for each transaction using the NDC Dictionary.

### 19.   Transaction ID

48.   The Transaction ID uniquely identifies the transactions submitted by each Seller each month.[23] Each Seller restarts the Transaction ID each month at 1. For example, a Seller submitting 33, 41 and 17 transactions over a three-month period would submit transactions numbered 1 to 33 the first month, 1 to 41 the second month and 1 to 17 the third month. A later correction, adjustment or deletion should have the same Transaction ID as the record being corrected, adjusted or deleted. A late transaction uses the next available Transaction ID for the month in which the transaction

---

[23] ARCOS Handbook, §5.18, pp. 5-46 through 5-47.

should have been reported, not a Transaction ID for the month in which the late transaction is being reported.

### C. Supplementing the ARCOS Data

49.    I added several fields to the ARCOS Data to assist in my analysis. The fields are drug Labeler names from the FDA, drug Labeler company families, Seller company families, drug product potency information from the CDC's Morphine Milligram Equivalents (MME) conversion table, and Buyer business activities from the Centers for Medicare and Medicaid Services.

#### 1.    *Drug Labeler*

50.    The ARCOS Data includes the Seller name but not the Labeler name. As explained by the DEA, "A Labeler is any firm that manufacturers, distributes or repacks/relabels a drug product."[24] The Labeler is identified in the first segment of the NDC. The FDA, which assigns the Labeler identifier used in the NDC, maintains a public list of Labeler identifiers and their associated companies. I used the FDA's list of drug Labelers to add the names of the drug Labelers to the ARCOS Data.[25]

51.    After adding Labeler names, I manually reviewed the names and grouped them into company families. For example, I assigned "Teva Pharmaceuticals USA, Inc." and "Teva Parenteral Medicines, Inc." to the same "Teva" company family.

---

[24] NDC Dictionary Instructions. *See also*, ARCOS Handbook, §6.1.2.1, p. 6-2.

[25] NDC/NHRIC Labeler Codes," U.S. Food & Drug Administration. Available at www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/ucm191017.htm.

### 2.    MME Conversion Factor

52.    Because each drug can be prescribed in more than one dosage strength (*e.g.*, 5 mg or 10 mg), compiling only the number of pills shipped provides a partial picture of the number of drugs shipped. Also, since different drugs can have different potencies, compiling only the total weight of active ingredient shipped also provides a partial picture of the number of drugs shipped.

53.    The CDC has published "MME conversion factors" that allow opioids to be directly comparable to one another by converting different drugs and dosage strengths into morphine milligram equivalents.[26] I added the MME conversion factor to the ARCOS Data, matching the NDC in the CDC table to the NDC in the ARCOS Data.

### 3.    Additional Pharmacy Information

54.    I supplemented the Buyer Business Activity field with data from the Centers for Medicare and Medicaid Services, which assigns National Provider Identifiers ("NPIs") to most covered health care providers in the United States. In addition to assigning and tracking NPIs, the Centers for Medicare and Medicaid Services provides a classification of Buyers' Business Activities that is more detailed than the classification in the ARCOS Data, allowing me to better identify mail-order pharmacies, long-term care pharmacies, and managed care pharmacies. I used the Buyer Name and

---

[26]   National Center for Injury Prevention and Control. CDC compilation of benzodiazepines, muscle relaxants, stimulants, zolpidem, and opioid analgesics with oral morphine milligram equivalent conversion factors, 2018 version. Atlanta, GA: Centers for Disease Control and Prevention; 2018. Available at www.cdc.gov/drugoverdose/resources/data.html.

Address in the ARCOS Data to look up each Buyer in the NPI database.[27] I used the NPI database to identify mail-order, long-term care and managed care pharmacies, but I otherwise relied on the Buyer Business Activity in the ARCOS Data.

### D. Exclusions and Corrections to ARCOS Data

55.     The ARCOS Data is composed of transactions, or shipments, of opioids between various entities. Table 4 summarizes the number of transactions, the total Dosage Units, and the total Calculated Base Weight in Grams transacted between various types of entities as reflected in the ARCOS data I received.

---

[27] NPI database.

## Table 4 ARCOS Transactions, Grouped by Transaction Participant

| | # of Transactions | % | Dosage Units | Dosage Units % | Calculated Base Weight | Calculated Weight % |
|---|---|---|---|---|---|---|
| **Shipments to Dispensers** | | | | | | |
| from Manufacturers | 2,762,706 | 0.55% | 1,963,746,971 | 0.18% | 37,570,470 | 0.00% |
| from Distributors | 422,984,879 | 84.48% | 134,013,039,950 | 12.07% | 1,444,335,948 | 0.13% |
| from Reverse Distributors | 2,253 | 0.00% | 687,343 | 0.00% | 22,300 | 0.00% |
| Total to Dispensers | **425,749,838** | **85.03%** | **135,977,474,264** | **12.25%** | **1,481,928,717** | **0.13%** |
| **Shipments to Distributors** | | | | | | |
| from Manufacturers | 1,550,685 | 0.31% | 291,953,694,524 | 26.30% | 3,179,271,563 | 0.29% |
| from Distributors | 24,798,146 | 4.95% | 350,052,547,710 | 31.53% | 3,606,767,355 | 0.33% |
| from Reverse Distributors | 1,327,210 | 0.27% | 107,448,095 | 0.01% | 1,506,287 | 0.00% |
| from Dispensers | 2,285,969 | 0.46% | 632,110,738 | 0.06% | 6,866,875 | 0.00% |
| from Analytical Labs | 1,198 | 0.00% | 43,046,052 | 0.00% | 611,594 | 0.00% |
| from Other Buyers | 40,128 | 0.01% | 1,014,177,881 | 0.09% | 8,865,834 | 0.00% |
| Total to Distributors | **30,003,336** | **5.99%** | **643,803,024,999** | **57.99%** | **6,803,889,509** | **0.62%** |
| **Shipments to Manufacturers** | | | | | | |
| from Manufacturers | 151,021 | 0.03% | 97,475,133,509 | 8.78% | 8,778,096,383 | 0.80% |
| from Distributors | 226,226 | 0.05% | 12,083,288,652 | 1.09% | 94,142,768 | 0.01% |
| from Reverse Distributors | 110,312 | 0.02% | 2,392,297,817 | 0.22% | 11,910,069 | 0.00% |
| from Dispensers | 40,899 | 0.01% | 1,875,916,549 | 0.17% | 13,588,120 | 0.00% |
| from Analytical Labs | 7,807 | 0.00% | 223,368,384 | 0.02% | 2,195,824 | 0.00% |
| from Other Buyers | 3,045 | 0.00% | 37,359,432 | 0.00% | 66,828,227 | 0.01% |
| Total to Manufacturers | **539,310** | **0.11%** | **114,087,364,343** | **10.28%** | **8,966,761,391** | **0.81%** |
| **Shipments to Reverse Distributors** | | | | | | |
| from Manufacturers | 697,001 | 0.14% | 105,770,466,624 | 9.53% | 512,315,637,438 | 46.56% |
| from Distributors | 1,669,040 | 0.33% | 3,020,403,832 | 0.27% | 42,645,345 | 0.00% |
| from Reverse Distributors | 5,781,563 | 1.15% | 469,806,226 | 0.04% | 9,848,999 | 0.00% |
| from Dispensers | 16,738,061 | 3.34% | 1,562,427,349 | 0.14% | 187,184,003 | 0.02% |
| from Analytical Labs | 64,158 | 0.01% | 127,606,571 | 0.01% | 30,334,732,147 | 2.76% |
| from Other Buyers | 16,643 | 0.00% | 84,150,318 | 0.01% | 270,182,657 | 0.02% |
| Total to Reverse Distributors | **24,966,466** | **4.99%** | **111,034,860,921** | **10.00%** | **543,160,230,589** | **49.36%** |
| **Shipments to Analytical Labs** | | | | | | |
| from Manufacturers | 167,272 | 0.03% | 745,098,504 | 0.07% | 215,457,334 | 0.02% |
| from Distributors | 14,228 | 0.00% | 115,326,842 | 0.01% | 2,420,568 | 0.00% |
| from Reverse Distributors | 19,195,712 | 3.83% | 102,987,574,384 | 9.28% | 539,621,113,047 | 49.04% |
| Total to Analytical Labs | **19,377,212** | **3.87%** | **103,847,999,730** | **9.35%** | **539,838,990,949** | **49.06%** |
| **Shipments to Other Buyers** | | | | | | |
| from Manufacturers | 20,501 | 0.00% | 658,932,070 | 0.06% | 80,325,531 | 0.01% |
| from Distributors | 38,625 | 0.01% | 697,580,301 | 0.06% | 10,941,320 | 0.00% |
| from Reverse Distributors | 8,938 | 0.00% | 1,181,695 | 0.00% | 36,084 | 0.00% |
| Total to Other Buyers | **68,064** | **0.01%** | **1,357,694,066** | **0.12%** | **91,302,935** | **0.01%** |
| **Shipments Lost in Transit** | | | | | | |
| from Manufacturers | 106 | 0.00% | 7,191,204 | 0.00% | 94,303 | 0.00% |
| from Distributors | 4,809 | 0.00% | 89,721,403 | 0.01% | 572,751 | 0.00% |
| from Reverse Distributors | 662 | 0.00% | 55,064 | 0.00% | 1,071 | 0.00% |
| Total Lost in Transit | **5,577** | **0.00%** | **96,967,670** | **0.01%** | **668,125** | **0.00%** |
| **Total** | **500,709,803** | **100.00%** | **1,110,205,385,993** | **100.00%** | **1,100,343,772,214** | **100.00%** |

56.    85.03% of transactions reported in the ARCOS Data involve shipments to Buyers whose Business Activity suggests they dispense drugs to

patients. I call these Buyers "Dispensers." [28] 3.8% of transactions involve shipments from Dispensers back to manufacturers or distributors. [29] 5.99% of transactions reported in the ARCOS Data involve shipments to Distributors. The number of transactions from Manufacturers to Distributors is small relative to the number of transactions from Distributors to Distributors but the Dosage Units and Calculated Based Weight in Grams is similar.

57.    Table 4 is not entirely informative of the actual flow of opioids because some transactions reported by Reverse Distributors ("from Manufacturers" and "to Analytical Labs") have incorrect Dosage Units and Calculated Base Weights in Grams. I do not use these Reverse Distributor transactions in the analysis I present below.

58.    Only 0.03% of transactions are shipments to or from importers, exporters, or researchers ("Other Buyers"). [30]

59.    I removed seven types of transactions from the ARCOS Data before conducting further analysis:

- Obvious duplicate transactions, when the same transaction was reported to ARCOS more than once by the same registrant.

---

[28] I include the following Buyer Business Activities as Dispensers: any Buyer Business Activity beginning with "MLP"; any Buyer Business Activity containing "PHARMACY", "PRACTITIONER", "CLINIC", "MAINT" or "DETOX"; and "AUTOMATED DISPENSING SYSTEM", "CANINE HANDLER", and "TEACHING INSTITUTION."

[29] I include the following Buyer Business Activities as manufacturers or distributors: any Buyer Business Activity containing "MANUF" or "DISTRIB."

[30] Other Buyers have Buyer Business Activity containing "IMPORT", "EXPORT", or "RESEARCHER."

- 25 -

- Transactions where the Drug Code from the NDC Dictionary is not one of the 14 opioids listed in Table 1.

- Transactions where the Action Indicator code, Correction Number, or both suggest the reported transaction is erroneous.

- Transactions involving reverse distributors, analytical labs, importers, exporters, or researchers.

- Transactions reported by the registrant receiving the shipment when two registrants reported the same transaction, keeping the transaction reported by the registrant sending the shipment.

- Transactions with obvious errors in the reported Quantity.

- Transactions where the Transaction Code is "X" (Lost-in-Transit.)

60.    I also corrected the Calculated Base Weight In Grams when it was calculated using an incorrect Ingredient Base Weight from the NDC Dictionary. Appendix 2 provides a detailed explanation of these exclusions and corrections.

### E. Comparing ARCOS Data to Retail Drug Summary Reports

61.    The DEA publishes six ARCOS Retail Drug Summary Reports ("RDSR") each year, which summarize the weight of opioids reported in ARCOS transactions by various combinations of Drug Code, Calendar Quarter, Buyer State, Buyer Zip Code, or Buyer's business activity.[31] The

---

[31] The six summary reports are updated on an ad hoc basis. The DEA website states that the summary reports are "susceptible to future updates and corrections, without notice, as new information is obtained" (www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).

least aggregated Retail Drug Summary Report, Report 1, aggregates opioid weight by quadruples of Drug Code, Calendar Quarter, Buyer's State, and the first three digits of the Buyer's Zip Code. As a check on my procedures for correcting the ARCOS Data, I compared the corrected ARCOS Data to ARCOS Retail Drug Summary Report 1.

62.     I calculated the total Calculated Base Weight in Grams in the corrected ARCOS Data for each Drug Code, Calendar Quarter, Buyer's State, and three-digit Buyer's Zip Code. I then compared the weights I calculated to the weights reported in ARCOS Retail Drug Summary Report 1.[32]

63.     There are 409,061 Drug Code/Calendar Quarter/State/3-digit zip code quadruples in either the ARCOS Data or the RDSR dataset. 408,389 of these observations are in both datasets, 457 are only in the ARCOS Data and 215 are only in the RDSR data. See Table 5.

64.     The 457 observations that are in the ARCOS Data but not in the RDSRs have a total Calculated Base Weight in Grams of 217,068 grams. 216,544 grams (99.8%) of the 217,068 grams are from zip code 851** in Arizona.[33] The RDSRs do not report any weights for zip code 851** in 2006 and 2007, even though there are shipments to Buyers in this zip code in 2006 and 2007 in the ARCOS Data and the RDSRs closely match the ARCOS data for 851** after 2007. Other than the observations Retail Drug Summary Report 1 is missing for zip code 851** in 2006 and 2007, only 3,231 grams

---

[32] I compared the weights for all quadruples created using all 14 Drug Codes in the ARCOS Data, every calendar quarter from 2006 through 2014, and all 50 states, the District of Columbia, Puerto Rico, American Samoa, and the Virgin Islands.

[33] 109 of the 457 transactions are from zip code 851** in Arizona.

are in observations where there is not some data in both the ARCOS Data and RDSRs out of 1.4 billion grams.

Table 5 Comparison Corrected ARCOS Data and RDSR

| Drug Code | Drug Code/Quarter/State/ 3-digit Zip Codes in Both Datasets | | | Drug Code/Quarter/State/ Zip Codes in ARCOS Only | | Drug Code/Quarter/State/ Zip Codes in RDSR Only | |
|---|---|---|---|---|---|---|---|
| | N | Weight of Base Drug (ARCOS) | Weight of Base Drug (RDSR) | N | Weight of Base Drug | N | Weight of Base Drug |
| 9780 | 21,175 | 27,832,183 | 27,836,251 | 0 | 0 | 1 | 8 |
| 9220L | 13,821 | 17,098 | 16,555 | 26 | 64 | 27 | 20 |
| 9639 | 30,138 | 312,322 | 5,549,118 | 11 | 21 | 34 | 81 |
| 9064 | 31,923 | 13,056,340 | 12,949,923 | 34 | 403 | 5 | 6 |
| 9801 | 32,116 | 4,383,862 | 4,266,080 | 12 | 501 | 12 | 7 |
| 9652 | 31,287 | 11,059,802 | 10,638,657 | 12 | 583 | 13 | 46 |
| 9120 | 23,214 | 755,277 | 746,160 | 299 | 590 | 42 | 69 |
| 9150 | 32,042 | 12,838,084 | 12,899,632 | 8 | 930 | 6 | 8 |
| 9230 | 32,049 | 22,785,269 | 23,105,649 | 11 | 4,407 | 11 | 147 |
| 9050 | 32,155 | 140,440,556 | 149,474,318 | 8 | 24,695 | 13 | 138 |
| 9250B | 32,075 | 133,963,921 | 134,698,794 | 8 | 11,505 | 9 | 78 |
| 9193 | 32,164 | 337,565,862 | 340,741,300 | 10 | 41,620 | 16 | 1,342 |
| 9300 | 32,111 | 195,236,784 | 195,377,422 | 10 | 54,031 | 13 | 456 |
| 9143 | 32,119 | 489,503,746 | 490,414,951 | 8 | 77,718 | 13 | 302 |
| **Total** | **408,389** | **1,389,751,107** | **1,408,714,811** | **457** | **217,068** | **215** | **2,707** |

65.    It is possible that both the ARCOS Data and the RDSRs have drug weights, but the weights differ between the ARCOS Data and the RDSRs data. To test this possibility, I calculate the ratio of the weight of each drug, each quarter, each state and 3-digit zip code reported in the RDSRs to the weights I calculated from the ARCOS transactions for the observations in both the RDSRs and the ARCOS transactions. A ratio of 1 (less than 1, more than 1) means the RDSRs summary weights equal (are less than, are more than) the weights I aggregate up to using the ARCOS transaction data.

66.    Table 6 reports the results of this test of the ARCOS Data. 270,300 or 66.2% of the 408,389 Drug Code/Quarter/State/3-digit zip code quadruple observations in both ARCOS and the RDSRs have ratios between 0.995 and 1.005. That is, 2/3[rds] of the observations have RDSRs reported summary weights within 0.5% of the weights I aggregate up from the ARCOS

transaction data. 72.4% of the observations have RDSRs reported summary weights within 1.0% of the weights I aggregate up from the processed ARCOS transaction data.

67.     The RDSRs confirm the accuracy of the ARCOS Data I received. The correlation between the RDSRs' reported drug weight and the weights I calculate from the ARCOS Data is **0.999** on a scale from -1.00 to +1.00.

Table 6 Ratios of Retail Drug Summary Report and ARCOS Drug Weights

| Drug Code | N | N(%) | 1st Percentile | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile | 99th Percentile |
|---|---|---|---|---|---|---|---|---|---|
| 9050 | 32,155 | 7.9% | 0.97 | 1.01 | 1.04 | 1.07 | 1.11 | 1.20 | 1.32 |
| 9064 | 31,923 | 7.8% | 0.76 | 0.92 | 1.00 | 1.00 | 1.00 | 1.02 | 1.09 |
| 9120 | 23,214 | 5.7% | 0.00 | 0.71 | 1.00 | 1.00 | 1.00 | 1.01 | 1.19 |
| 9143 | 32,119 | 7.9% | 0.90 | 0.97 | 1.00 | 1.00 | 1.00 | 1.02 | 1.11 |
| 9150 | 32,042 | 7.8% | 0.82 | 0.97 | 1.00 | 1.00 | 1.00 | 1.03 | 1.28 |
| 9193 | 32,164 | 7.9% | 0.89 | 0.98 | 1.00 | 1.00 | 1.00 | 1.04 | 1.35 |
| 9220L | 13,821 | 3.4% | 0.93 | 0.93 | 0.99 | 1.00 | 1.00 | 1.03 | 1.03 |
| 9230 | 32,049 | 7.8% | 0.89 | 0.98 | 1.00 | 1.00 | 1.01 | 1.12 | 1.37 |
| 9250B | 32,075 | 7.9% | 0.86 | 0.99 | 1.00 | 1.00 | 1.00 | 1.02 | 1.30 |
| 9300 | 32,111 | 7.9% | 0.88 | 0.98 | 1.00 | 1.00 | 1.00 | 1.03 | 1.17 |
| 9639 | 30,138 | 7.4% | 0.91 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.06 |
| 9652 | 31,287 | 7.7% | 0.75 | 0.94 | 1.00 | 1.00 | 1.00 | 1.00 | 1.10 |
| 9780 | 21,175 | 5.2% | 0.93 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.07 |
| 9801 | 32,116 | 7.9% | 0.84 | 0.95 | 0.98 | 1.00 | 1.00 | 1.06 | 1.31 |
| **Total** | **408,389** | **100.0%** | **0.81** | **0.96** | **1.00** | **1.00** | **1.00** | **1.09** | **1.24** |

## F. Shipments to Dispensers in ARCOS Data

68.     Table 7 summarizes the shipments to Dispensers in the ARCOS Data, grouped by the Reporter's Business Activity. Distributors account for 98.6% of Dosage Units, 97.9% of Calculated Base Weight in Grams and 97.9% of MME shipped to Dispensers. Manufacturers account for the remaining 1.4% of Dosage Units, 2.1% of Calculated Base Weight in Grams and 2.1% of MME shipped to Dispensers.

- 29 -

Table 7 Transactions in the ARCOS Data by Reporter's Business Activity

| Reporter Business Activity | Transactions | Dosage Units | Dosage Units % | Calculated Base Weight | Calculated Weight % | MME | MME % |
|---|---|---|---|---|---|---|---|
| Distributor | 421,688,737 | 133,696,183,474 | 98.56% | 1,356,774,602 | 97.93% | 2,680,939,090,026 | 97.90% |
| Manufacturer | 2,756,345 | 1,955,463,856 | 1.44% | 28,614,923 | 2.07% | 57,352,346,163 | 2.09% |
| Manufacturer (Bulk) | 236 | 0 | 0.00% | 24,138 | 0.00% | 109,124,308 | 0.00% |
| Chempack/Sns Distributor | 5 | 3,100 | 0.00% | 12 | 0.00% | 12,108 | 0.00% |
| Chemical Manufacturer | 13 | 100 | 0.00% | 1 | 0.00% | 1,535 | 0.00% |
| **Total** | **424,445,336** | **135,651,650,530** | **100.00%** | **1,385,413,675** | **100.00%** | **2,738,400,574,140** | **100.00%** |

69.    Table 8 summarizes the same shipments to Dispensers, grouped by Buyer's Business Activity. Chain and retail pharmacies received 90% of Dosage Units and 81.0% of MME.

Table 8 Transactions in the ARCOS Data by Buyer's Business Activity

| Buyer Business Activity | Transactions | Dosage Units | Dosage Units % | Calculated Base Weight | Calculated Weight % | MME | MME % |
|---|---|---|---|---|---|---|---|
| Chain Pharmacy | 246,993,756 | 73,846,902,224 | 54 44% | 666,098,190 | 48 08% | 1,233,742,133,114 | 45 05% |
| Retail Pharmacy | 140,928,109 | 48,183,196,197 | 35 52% | 513,421,684 | 37 06% | 984,595,895,476 | 35 96% |
| Maint & Detox | 470,511 | 272,879,042 | 0 20% | 54,709,104 | 3 95% | 206,582,513,676 | 7 54% |
| Hospital/Clinic | 27,089,943 | 4,435,827,523 | 3 27% | 47,571,404 | 3 43% | 95,242,525,192 | 3 48% |
| Hosp/Clinic-VA | 2,053,498 | 3,146,704,703 | 2 32% | 30,723,236 | 2 22% | 55,414,503,916 | 2 02% |
| Comp/Maint/Detox | 13,065 | 66,181,228 | 0 05% | 12,379,759 | 0 89% | 47,864,583,656 | 1 75% |
| M/O Pharmacy | 1,015,020 | 2,068,917,079 | 1 53% | 22,736,201 | 1 64% | 40,193,271,544 | 1 47% |
| Maintenance | 34,551 | 60,050,461 | 0 04% | 9,232,603 | 0 67% | 37,399,070,506 | 1 37% |
| Practitioner | 4,365,300 | 688,149,212 | 0 51% | 7,234,690 | 0 52% | 10,911,646,458 | 0 40% |
| Pharmacy - Fed | 36,783 | 1,766,946,083 | 1 30% | 11,013,648 | 0 79% | 7,505,331,082 | 0 27% |
| Hosp/Clinic- Mil | 455,482 | 565,110,433 | 0 42% | 4,305,257 | 0 31% | 6,314,893,792 | 0 23% |
| Practitioner-DW/100 | 173,678 | 72,404,042 | 0 05% | 880,718 | 0 06% | 3,189,084,906 | 0 12% |
| Hosp/Clinic Fed | 252,979 | 197,583,781 | 0 15% | 1,892,015 | 0 14% | 2,282,801,280 | 0 08% |
| Compound/Maint | 1,286 | 2,521,190 | 0 00% | 581,802 | 0 04% | 2,119,819,133 | 0 08% |
| Practitioner-DW/30 | 142,702 | 81,329,236 | 0 06% | 1,134,323 | 0 08% | 2,024,621,648 | 0 07% |
| Central Fill Pharmacy | 177,455 | 158,835,097 | 0 12% | 1,062,841 | 0 08% | 1,432,551,008 | 0 05% |
| Practitioner-DW/275 | 78,406 | 14,434,889 | 0 01% | 156,531 | 0 01% | 1,041,776,185 | 0 04% |
| Other* | 162,812 | 23,678,110 | 0 02% | 279,668 | 0 02% | 543,551,549 | 0 02% |
| **Total** | **424,445,336** | **135,651,650,530** | **100.00%** | **1,385,413,675** | **100.00%** | **2,738,400,574,122** | **100.00%** |

* Each of the following Buyer Business Activities account for 0 01% or less of Dosage Units, Calculated Base Weight, and MME: Automated Dispensing System, Canine Handler, Chain Hosp/Clinic, Compound/Detox, Detoxification, MLP-Ambulance Service, MLP-Animal Shelter, MLP-Dept Of State, MLP-Euthanasia Technician, MLP-Military, MLP-Naturopathic Physician, MLP-Nurse Practitioner, MLP-Nurse Practitioner-DW/100, MLP-Nurse Practitioner-DW/30, MLP-Optometrist, MLP-Physician Assistant, MLP-Physician Assistant-DW/100, MLP-Physician Assistant-DW/30, MLP-Registered Pharmacist, Pharmacy- Mil, Practitioner-Military, and Teaching Institution

70.    Table 9 summarizes the shipments to Dispensers reported in the ARCOS Data, by Drug Name sorted by MME. I separate the two treatment drugs - methadone and buprenorphine – from the other twelve opioids. 81.8%

of the Dosage Units, 59.6% of the drug weight and 39.0% of the MME are in hydrocodone and oxycodone transactions. Fentanyl's ranking by MME is much higher than its ranking by Dosage Units and Calculated Base Weight because of fentanyl's extraordinary potency.

Table 9 Dispenser Transactions in the ARCOS Data, by Drug Name

| Drug Name | # of Transactions | Dosage Units | Dosage Units % | Calculated Base Weight | Calculated Weight % | MME | MME % |
|---|---|---|---|---|---|---|---|
| Oxycodone | 102,506,041 | 39,443,630,888 | 29.08% | 487,790,154 | 35.21% | 731,685,231,566 | 26.72% |
| Fentanyl | 40,394,370 | 827,665,591 | 0.61% | 4,254,573 | 0.31% | 429,748,696,115 | 15.69% |
| Hydrocodone | 169,213,326 | 71,498,484,824 | 52.71% | 337,372,776 | 24.35% | 337,372,775,584 | 12.32% |
| Morphine | 36,462,788 | 6,160,024,567 | 4.54% | 194,933,834 | 14.07% | 194,933,833,974 | 7.12% |
| Hydromorphone | 13,585,979 | 2,508,943,791 | 1.85% | 12,802,431 | 0.92% | 51,209,722,227 | 1.87% |
| Oxymorphone | 4,680,598 | 603,913,954 | 0.45% | 10,692,502 | 0.77% | 32,077,506,313 | 1.17% |
| Codeine | 13,527,178 | 5,544,062,787 | 4.09% | 139,874,124 | 10.10% | 20,981,118,649 | 0.77% |
| Tapentadol | 2,683,189 | 341,800,982 | 0.25% | 27,775,137 | 2.00% | 11,110,054,972 | 0.41% |
| Meperidine | 3,714,651 | 277,898,650 | 0.20% | 22,431,778 | 1.62% | 2,243,177,782 | 0.08% |
| Opium, Powdered | 256,128 | 6,413,324 | 0.00% | 311,913 | 0.02% | 311,912,513 | 0.01% |
| Dihydrocodeine | 577,799 | 35,923,889 | 0.03% | 742,597 | 0.05% | 185,649,366 | 0.01% |
| Levorphanol | 52,699 | 12,966,499 | 0.01% | 16,690 | 0.00% | 183,588,300 | 0.01% |
| Buprenorphine | 23,135,402 | 1,798,787,322 | 1.33% | 12,952,085 | 0.93% | 393,584,618,696 | 14.37% |
| Methadone | 13,655,188 | 6,591,133,464 | 4.86% | 133,463,081 | 9.63% | 532,772,688,062 | 19.46% |
| **Total** | **424,445,336** | **135,651,650,530** | **100.00%** | **1,385,413,675** | **100.00%** | **2,738,400,574,120** | **100.00%** |

71. The distribution of shipments to Dispensers reported in the ARCOS Data by the Buyer's State is presented in Table 10. Dispensers in California received the most Dosage Units, Calculated Base Weight in Grams and MME of any state, followed by Florida, New York, Pennsylvania, Texas and Ohio. These six states account for a little more than 36% of the opioid shipments by Dosage Units, by Calculated Base Weight in Grams and by MME.

72.     States at the top of Table 10 are also the most populous states so the last two columns list the states' average annual MME per capita and ranking by average MME per capita over the 2006-2014 period. I have highlighted in bold the top 10 states by average annual MME per capita.

## Table 10 Transactions by Buyer's State

| Buyer State | Transactions | Dosage Units | % | Calculated Base Weight | % | MME | % | Annual MME per Capita | MME Per Capita Rank |
|---|---|---|---|---|---|---|---|---|---|
| California | 34,116,345 | 14,265,132,224 | 10 52% | 144,147,037 | 10 40% | 246,864,541,563 | 9 01% | 734 8 | 43 |
| **Florida** | **27,628,426** | **9,099,330,210** | **6.71%** | **118,357,248** | **8.54%** | **226,144,996,345** | **8.26%** | **1,333.3** | **9** |
| New York | 20,740,851 | 5,966,272,302 | 4 40% | 73,009,828 | 5 27% | 172,892,443,895 | 6 31% | 990 0 | 28 |
| Pennsylvania | 19,606,575 | 5,665,746,405 | 4 18% | 64,932,734 | 4 69% | 148,534,872,481 | 5 42% | 1,298 4 | 13 |
| Texas | 27,614,019 | 8,737,945,396 | 6 44% | 71,856,185 | 5 19% | 129,487,655,984 | 4 73% | 570 0 | 48 |
| Ohio | 17,248,190 | 5,806,957,336 | 4 28% | 54,539,897 | 3 94% | 111,223,947,220 | 4 06% | 1,071 0 | 23 |
| **Tennessee** | **13,686,994** | **5,993,947,214** | **4.42%** | **57,448,467** | **4.15%** | **102,641,656,039** | **3.75%** | **1,794.3** | **1** |
| Michigan | 15,665,617 | 5,094,496,732 | 3 76% | 50,508,260 | 3 65% | 91,323,801,371 | 3 33% | 1,027 4 | 25 |
| North Carolina | 15,654,076 | 4,441,013,844 | 3 27% | 42,677,459 | 3 08% | 87,372,100,437 | 3 19% | 1,014 0 | 26 |
| New Jersey | 10,342,159 | 2,589,817,832 | 1 91% | 36,888,703 | 2 66% | 83,481,448,017 | 3 05% | 1,053 6 | 24 |
| Georgia | 14,464,310 | 3,802,194,109 | 2 80% | 37,640,793 | 2 72% | 75,391,358,665 | 2 75% | 862 5 | 36 |
| Massachusetts | 7,058,475 | 2,379,990,293 | 1 75% | 26,492,427 | 1 91% | 71,981,327,783 | 2 63% | 1,218 3 | 17 |
| Illinois | 12,612,003 | 3,823,214,843 | 2 82% | 34,861,504 | 2 52% | 67,936,505,921 | 2 48% | 587 8 | 47 |
| Maryland | 7,629,534 | 2,146,560,799 | 1 58% | 28,424,966 | 2 05% | 66,106,984,483 | 2 41% | 1,269 0 | 14 |
| Washington | 10,156,644 | 3,498,898,315 | 2 58% | 32,581,129 | 2 35% | 65,420,242,836 | 2 39% | 1,078 3 | 22 |
| Arizona | 9,178,310 | 3,273,706,576 | 2 41% | 37,735,956 | 2 72% | 64,285,967,929 | 2 35% | 1,114 9 | 19 |
| Indiana | 10,773,851 | 3,521,917,055 | 2 60% | 31,448,358 | 2 27% | 64,109,285,889 | 2 34% | 1,097 6 | 21 |
| **Alabama** | **9,959,358** | **2,963,633,101** | **2.18%** | **28,990,594** | **2.09%** | **57,270,835,531** | **2.09%** | **1,329.7** | **10** |
| Virginia | 10,171,929 | 2,872,487,719 | 2 12% | 27,961,583 | 2 02% | 56,413,488,176 | 2 06% | 781 1 | 40 |
| **Kentucky** | **8,671,161** | **2,947,906,562** | **2.17%** | **24,361,382** | **1.76%** | **52,374,434,100** | **1.91%** | **1,338.4** | **7** |
| Missouri | 10,022,961 | 2,941,804,636 | 2 17% | 28,621,758 | 2 07% | 51,080,051,512 | 1 87% | 946 6 | 31 |
| Louisiana | 7,758,253 | 2,227,529,349 | 1 64% | 21,955,349 | 1 58% | 46,554,530,799 | 1 70% | 1,138 1 | 18 |
| Wisconsin | 8,457,886 | 2,278,805,560 | 1 68% | 22,941,012 | 1 66% | 45,620,840,529 | 1 67% | 890 8 | 34 |
| Oregon | 6,501,855 | 2,456,823,189 | 1 81% | 23,192,996 | 1 67% | 45,160,716,051 | 1 65% | 1,307 7 | 11 |
| Connecticut | 4,679,646 | 1,219,237,554 | 0 90% | 16,840,541 | 1 22% | 42,067,293,465 | 1 54% | 1,305 6 | 12 |
| Oklahoma | 7,754,529 | 2,347,961,706 | 1 73% | 23,800,260 | 1 72% | 41,501,551,598 | 1 52% | 1,226 6 | 16 |
| South Carolina | 7,416,518 | 2,956,556,366 | 2 18% | 25,838,500 | 1 87% | 40,865,381,018 | 1 49% | 979 5 | 30 |
| Colorado | 7,121,903 | 2,050,906,201 | 1 51% | 19,449,200 | 1 40% | 36,614,699,322 | 1 34% | 805 9 | 39 |
| **Nevada** | **4,039,930** | **2,143,345,688** | **1.58%** | **20,389,639** | **1.47%** | **32,505,416,537** | **1.19%** | **1,336.3** | **8** |
| **West Virginia** | **4,032,495** | **1,374,953,247** | **1.01%** | **12,756,235** | **0.92%** | **27,710,480,517** | **1.01%** | **1,660.4** | **3** |
| Utah | 4,648,363 | 1,191,841,154 | 0 88% | 13,030,889 | 0 94% | 27,531,764,590 | 1 01% | 1,102 3 | 20 |
| Minnesota | 5,782,242 | 1,535,649,700 | 1 13% | 13,896,692 | 1 00% | 27,168,699,232 | 0 99% | 568 4 | 49 |
| Arkansas | 5,716,135 | 1,570,116,921 | 1 16% | 15,005,209 | 1 08% | 24,092,530,804 | 0 88% | 916 2 | 33 |
| Mississippi | 5,351,588 | 1,386,176,032 | 1 02% | 12,141,217 | 0 88% | 23,801,384,700 | 0 87% | 890 3 | 35 |
| Kansas | 4,645,815 | 1,446,151,301 | 1 07% | 12,814,722 | 0 92% | 22,137,306,013 | 0 81% | 860 5 | 37 |
| **Maine** | **2,289,289** | **702,600,065** | **0.52%** | **7,765,542** | **0.56%** | **20,820,594,825** | **0.76%** | **1,742.6** | **2** |
| New Mexico | 2,714,819 | 919,096,920 | 0 68% | 9,352,637 | 0 68% | 17,477,821,530 | 0 64% | 940 6 | 32 |
| Iowa | 4,138,446 | 994,351,152 | 0 73% | 8,270,308 | 0 60% | 15,032,797,129 | 0 55% | 547 6 | 50 |
| New Hampshire | 2,011,289 | 509,797,959 | 0 38% | 5,997,523 | 0 43% | 14,809,345,496 | 0 54% | 1,249 7 | 15 |
| **Rhode Island** | **1,348,121** | **423,647,440** | **0.31%** | **5,161,088** | **0.37%** | **13,262,708,605** | **0.48%** | **1,399.2** | **6** |
| **Delaware** | **1,462,882** | **467,147,993** | **0.34%** | **6,165,846** | **0.45%** | **12,411,013,365** | **0.45%** | **1,532.7** | **4** |
| Idaho | 2,417,843 | 695,476,072 | 0 51% | 6,187,731 | 0 45% | 11,836,474,073 | 0 43% | 837 2 | 38 |
| Hawaii | 1,267,488 | 446,244,115 | 0 33% | 5,130,595 | 0 37% | 9,034,756,341 | 0 33% | 736 1 | 42 |
| Montana | 1,929,339 | 485,957,713 | 0 36% | 4,703,802 | 0 34% | 8,888,624,223 | 0 32% | 997 1 | 27 |
| Nebraska | 2,559,570 | 547,121,781 | 0 40% | 4,695,675 | 0 34% | 8,469,741,825 | 0 31% | 514 3 | 51 |
| **Vermont** | **1,021,829** | **262,308,022** | **0.19%** | **2,682,428** | **0.19%** | **8,365,302,057** | **0.31%** | **1,485.2** | **5** |
| Alaska | 983,607 | 303,646,336 | 0 22% | 3,094,359 | 0 22% | 6,309,325,701 | 0 23% | 981 8 | 29 |
| South Dakota | 1,112,368 | 277,677,404 | 0 20% | 2,576,594 | 0 19% | 4,483,095,365 | 0 16% | 610 3 | 45 |
| District of Columbia | 381,866 | 145,978,288 | 0 11% | 2,061,012 | 0 15% | 3,980,538,365 | 0 15% | 731 0 | 44 |
| Wyoming | 960,004 | 238,165,303 | 0 18% | 2,128,620 | 0 15% | 3,870,354,803 | 0 14% | 762 0 | 41 |
| North Dakota | 937,630 | 213,406,437 | 0 16% | 1,901,186 | 0 14% | 3,677,539,067 | 0 13% | 605 8 | 46 |
| **Total** | **424,445,336** | **135,651,650,530** | **100.00%** | **1,385,413,675** | **100.00%** | **2,738,400,574,122** | **100.00%** | | |

- 32 -

73. The distribution of shipments to Dispensers reported in the ARCOS Data by year is presented in Table 11. The number of transactions, Dosage Units, Calculated Base Weight in Grams and MME all increased between 40% and 50% from 2006 to 2011.

Table 11 Transactions by Year

| Year | Transactions | Dosage Units | Dosage Units % | Calculated Base Weight | Calculated Weight % | MME | MME % |
|------|-------------|--------------|----------------|------------------------|---------------------|-----|-------|
| 2006 | 39,555,401 | 11,739,835,283 | 8.65% | 122,596,756 | 8.85% | 227,932,856,076 | 8.32% |
| 2007 | 43,199,221 | 13,039,464,062 | 9.61% | 133,746,179 | 9.65% | 256,113,510,889 | 9.35% |
| 2008 | 44,277,708 | 14,161,966,782 | 10.44% | 143,369,466 | 10.35% | 272,470,450,720 | 9.95% |
| 2009 | 45,512,661 | 15,159,741,337 | 11.18% | 154,460,272 | 11.15% | 298,050,302,275 | 10.88% |
| 2010 | 48,012,352 | 15,964,409,642 | 11.77% | 165,940,621 | 11.98% | 325,429,971,159 | 11.88% |
| 2011 | 51,048,709 | 16,961,507,438 | 12.50% | 173,058,621 | 12.49% | 337,643,155,421 | 12.33% |
| 2012 | 51,898,574 | 16,833,678,959 | 12.41% | 170,937,528 | 12.34% | 342,222,622,755 | 12.50% |
| 2013 | 52,249,937 | 16,130,731,009 | 11.89% | 162,374,915 | 11.72% | 337,765,488,198 | 12.33% |
| 2014 | 48,690,773 | 15,660,316,018 | 11.54% | 158,929,318 | 11.47% | 340,772,216,622 | 12.44% |
| **Total** | **424,445,336** | **135,651,650,530** | **100.00%** | **1,385,413,675** | **100.00%** | **2,738,400,574,116** | **100.00%** |

## VI.  Opioid Shipment Summary

### A. ARCOS Summary on Shipment to Cabell County and the City of Huntington, WV

74. In this section, I summarize opioid shipment transactions by drug, by reporter's business activity, by buyer's business activity, and by year for Cabell County and the City of Huntington, WV.

75. According to the ARCOS Data, between 2006 and 2014, Dispensers in Cabell County and the City of Huntington, WV received 3.3 billion MME of opioids. Table 12 through Table 15 (also Appendix 6A Table 1a-d) summarize those transactions reported in the ARCOS Data for Cabell County and the City of Huntington, WV.

- 33 -

76.    According to the ARCOS Data, between 2006 and 2014, Dispensers in Cabell County and the City of Huntington, WV received 127.9 million Dosage Units of opioids. As shown in Table 12, oxycodone accounted for 32.6% of all Dosage Units and 22.5% of MME. Hydrocodone accounted for 53.3% of all Dosage Units and 9.5% of MME. Buprenorphine and fentanyl have a large MME relative to their Dosage Units because both are often prescribed as skin patches, which deliver the drug for up to one week.

Table 12 Transactions in Cabell County and the City of Huntington, WV by Drug

| Drug Name | # of Transactions | Dosage Units | Dosage Units % | MME | MME % |
|---|---|---|---|---|---|
| Oxycodone | 77,260 | 41,632,500 | 32.55% | 738,442,406 | 22.49% |
| Fentanyl | 33,856 | 693,654 | 0.54% | 380,439,319 | 11.59% |
| Hydrocodone | 130,764 | 68,179,000 | 53.31% | 312,916,961 | 9.53% |
| Morphine | 27,092 | 5,675,899 | 4.44% | 168,681,159 | 5.14% |
| Oxymorphone | 6,508 | 789,860 | 0.62% | 47,493,620 | 1.45% |
| Hydromorphone | 8,274 | 982,178 | 0.77% | 28,921,338 | 0.88% |
| Codeine | 8,146 | 2,132,655 | 1.67% | 9,247,220 | 0.28% |
| Tapetal | 1,332 | 140,100 | 0.11% | 4,378,400 | 0.13% |
| Opium, Powdered | 411 | 10,980 | 0.01% | 586,800 | 0.02% |
| Meperidine | 692 | 28,500 | 0.02% | 390,563 | 0.01% |
| Levorphanol | 24 | 4,200 | 0.00% | 54,087 | 0.00% |
| Dihydrocodeine | 100 | 6,857 | 0.01% | 23,241 | 0.00% |
| Buprenorphine | 21,103 | 2,634,828 | 2.06% | 584,911,335 | 17.82% |
| Methadone | 8,514 | 4,991,700 | 3.90% | 1,006,496,311 | 30.66% |
| **Total** | **324,076** | **127,902,911** | **100.00%** | **3,282,982,760** | **100.00%** |

77.   Table 13 shows that virtually all transactions involving Dispensers in Cabell County and the City of Huntington, WV were reported by Distributors.

Table 13 Transactions in Cabell County and the City of Huntington, WV by Reporter's Business Activity

| Reporter Business Activity | # of Transactions | Dosage Units | Dosage Units % | MME | MME % |
|---|---|---|---|---|---|
| Distributor | 322,780 | 127,864,851 | 99.97% | 3,052,915,737 | 92.99% |
| Manufacturer | 1,296 | 38,060 | 0.03% | 230,067,023 | 7.01% |
| Manufacturer (Bulk) | 0 | 0 | 0.00% | 0 | 0.00% |
| **Total** | **324,076** | **127,902,911** | **100.00%** | **3,282,982,760** | **100.00%** |

- 35 -

78.    In Cabell County and the City of Huntington, WV, retail pharmacies accounted for 43.4% of opioid Dosage Units and 36.6% of opioid MME, and chain pharmacies for 33.9% of Dosage Units and 22.3% of MME on all 14 opioid drugs. The only buyer in Main & Detox, Huntington Treatment Center, only purchased buprenorphine and methadone, which accounted for only 0.6% of Dosage Units, but 25.7% of MME. See Table 14.

Table 14 Transactions in Cabell County and the City of Huntington, WV by Buyer's Business Activity

| Buyer Business Activity | # of Transactions | Dosage Units | Dosage Units % | MME | MME % |
|---|---|---|---|---|---|
| Retail Pharmacy | 155,190 | 55,539,321 | 43.42% | 1,202,221,843 | 36.62% |
| Maint & Detox | 746 | 771,420 | 0.60% | 844,659,018 | 25.73% |
| Chain Pharmacy | 121,982 | 43,303,313 | 33.86% | 733,172,274 | 22.33% |
| Hosp/Clinic-VA | 12,737 | 22,858,718 | 17.87% | 322,776,384 | 9.83% |
| Hospital/Clinic | 30,685 | 4,782,196 | 3.74% | 158,337,562 | 4.82% |
| M/O Pharmacy | 634 | 507,245 | 0.40% | 18,634,974 | 0.57% |
| Practitioner-DW/275 | 140 | 7,504 | 0.01% | 1,507,282 | 0.05% |
| Practitioner | 1,848 | 129,026 | 0.10% | 1,227,302 | 0.04% |
| Practitioner-DW/30 | 67 | 1,982 | 0.00% | 297,289 | 0.01% |
| Practitioner-DW/100 | 23 | 1,966 | 0.00% | 146,528 | 0.00% |
| MLP-Nurse Practitioner | 14 | 180 | 0.00% | 1,199 | 0.00% |
| MLP-Physician Assistant | 9 | 40 | 0.00% | 1,073 | 0.00% |
| MLP-Ambulance Service | 1 | 0 | 0.00% | 30 | 0.00% |
| **Total** | **324,076** | **127,902,911** | **100.00%** | **3,282,982,760** | **100.00%** |

79.   Table 15 lists all Dispenser transactions in Cabell County and the City of Huntington, WV by transaction year.

Table 15 Transactions in Cabell County and the City of Huntington, WV by Year

| Transaction Year | # of Transactions | Dosage Units | Dosage Units % | MME | MME % |
|---|---|---|---|---|---|
| 2006 | 32,221 | 13,115,131 | 10.25% | 364,042,774 | 11.09% |
| 2007 | 35,675 | 14,643,414 | 11.45% | 370,363,692 | 11.28% |
| 2008 | 35,239 | 15,919,340 | 12.45% | 351,262,510 | 10.70% |
| 2009 | 37,282 | 15,770,203 | 12.33% | 368,069,707 | 11.21% |
| 2010 | 37,978 | 14,836,779 | 11.60% | 386,724,054 | 11.78% |
| 2011 | 38,395 | 14,761,140 | 11.54% | 376,467,892 | 11.47% |
| 2012 | 37,001 | 13,436,335 | 10.51% | 351,958,896 | 10.72% |
| 2013 | 36,955 | 12,257,857 | 9.58% | 336,517,673 | 10.25% |
| 2014 | 33,330 | 13,162,712 | 10.29% | 377,575,562 | 11.50% |
| **Total** | **324,076** | **127,902,911** | **100.00%** | **3,282,982,760** | **100.00%** |

80.   Table 16 lists the top 20 Labelers of the 12 drugs, excluding buprenorphine and methadone, by MME - accounting for 97.4% of the total MME shipped to Dispensers - in Cabell County and the City of Huntington, WV.

Table 16 Top 20 Labelers, Cabell County and the City of Huntington, WV, ARCOS Data, 2006-2014.

| Rank | Labeler | MME | Percent | Cumulative |
|------|---------|-----|---------|------------|
| 1 | SpecGx LLC | 467,340,622 | 27.63% | 27.63% |
| 2 | Actavis Pharma, Inc. | 389,416,798 | 23.02% | 50.65% |
| 3 | Purdue Pharma LP | 153,524,103 | 9.08% | 59.72% |
| 4 | Mylan Pharmaceuticals, Inc. | 143,335,667 | 8.47% | 68.20% |
| 5 | Par Pharmaceutical | 141,061,474 | 8.34% | 76.54% |
| 6 | Sandoz Inc | 84,490,450 | 4.99% | 81.53% |
| 7 | Janssen Pharmaceuticals, Inc. | 51,481,998 | 3.04% | 84.58% |
| 8 | Endo Pharmaceuticals, Inc. | 46,015,226 | 2.72% | 87.30% |
| 9 | KVK-Tech, Inc. | 29,013,764 | 1.72% | 89.01% |
| 10 | Rhodes Pharmaceuticals | 24,074,415 | 1.42% | 90.43% |
| 11 | West-Ward Pharmaceuticals Corp. | 22,270,157 | 1.32% | 91.75% |
| 12 | Amneal Pharmaceuticals LLC | 18,174,333 | 1.07% | 92.82% |
| 13 | Ethex Corporation | 16,923,939 | 1.00% | 93.83% |
| 14 | Hospira, Inc. | 16,711,373 | 0.99% | 94.81% |
| 15 | Teva Pharmaceuticals USA, Inc. | 14,802,439 | 0.88% | 95.69% |
| 16 | Baxter Healthcare Corporation | 7,742,203 | 0.46% | 96.15% |
| 17 | Apotex Corp. | 7,482,195 | 0.44% | 96.59% |
| 18 | Sun Pharmaceutical Industries, Inc. | 5,407,951 | 0.32% | 96.91% |
| 19 | Xanodyne Pharmaceuticals, Inc. | 4,684,086 | 0.28% | 97.18% |
| 20 | Professional Compounding Centers of America dba PCCA | 4,185,149 | 0.25% | 97.43% |

81.    Table 17 and Table 18 show the oxycodone and hydrocodone shipments to selected pharmacies in Cabell County and the City of Huntington, WV, in MME and Distributor market shares, respectively (see also Appendix 10K).[34]

Table 17 Oxycodone and Hydrocodone Shipments to Selected Pharmacies in Cabell County and the City of Huntington, WV, MME, 2006 - 2014

| | DU Market Share %[9] | MME Market Share %[10] | Distributor MME to the Pharmacy | | | | | | |
| | | | ABDC | MCK | CAH | Self-Distributed | Other | Total DU | Total MME |
|---|---|---|---|---|---|---|---|---|---|
| *Selected Independent Pharmacies* | | | | | | | | | |
| Fruth (4 pharmacies)[1] | 18.24% | 13.39% | 61,348,864 | 240,495 | 51,640,559 | - | 3,105,795 | 14,850,710 | 116,335,714 |
| SafeScript (1 pharmacy)[2] | 5.42% | 13.30% | 98,468,248 | - | - | - | 17,121,784 | 4,414,640 | 115,590,031 |
| Medicine Shoppe (2 pharmacies)[3] | 7.25% | 11.99% | 10,082,892 | 9,081 | 82,825,762 | - | 11,285,022 | 5,900,850 | 104,202,758 |
| McCloud (1 pharmacy)[4] | 5.55% | 8.20% | 70,714,865 | - | - | - | 533,856 | 4,519,980 | 71,248,721 |
| Drug Emporium (1 pharmacy)[5] | 4.83% | 5.72% | 49,652,259 | - | - | - | 71,437 | 3,928,100 | 49,723,696 |
| **Selected Independent Totals** | **41.29%** | **52.60%** | **290,267,128** | **249,576** | **134,466,321** | **-** | **32,117,894** | **33,614,280** | **457,100,919** |
| | | | | | | | | | |
| *Selected National Chain Pharmacies* | | | | | | | | | |
| CVS (4 pharmacies)[6] | 17.45% | 14.36% | - | - | 83,412,122 | 41,345,969 | - | 14,204,630 | 124,758,090 |
| Rite Aid (5 pharmacies)[7] | 10.81% | 8.33% | - | 46,612,570 | - | 25,502,244 | 307,556 | 8,801,300 | 72,422,370 |
| Walgreens (2 pharmacies)[8] | 3.10% | 2.90% | 8,857,879 | 17,405 | 835,817 | 15,501,912 | 3,559 | 2,522,800 | 25,216,573 |
| **National Chain Totals** | **31.36%** | **25.59%** | **8,857,879** | **46,629,975** | **84,247,939** | **82,350,125** | **311,116** | **25,528,730** | **222,397,034** |
| | | | | | | | | | |
| **Selected Grand Total** | **72.65%** | **78.19%** | **299,125,007** | **46,879,551** | **218,714,260** | **82,350,125** | **32,429,010** | **59,143,010** | **679,497,953** |

---

[34] Selected Pharmacies include: four Fruth pharmacies: Fruth Pharmacy #5 (AF1585922), Fruth Pharmacy #12 (BS1588168), Fruth Pharmacy #2 (AS7523118) and Fruth Pharmacy #11 (BF1434555); SafeScript Pharmacy #6 (BS8246349); two Medicine Shoppe pharmacies: T and J Enterprises Inc DBA Medicine Shoppe (BT5541760) and Medicap Pharmacy (BM7641512); McCloud Family Pharmacy (BM9558733); Drug Emporium (BD0427927); four CVS pharmacies: CVS/Pharmacy # 03391 (BR4365486), CVS/Pharmacy # 04419 (BR4301545), CVS/Pharmacy # 04425 (BR4321787) and CVS/Pharmacy # 03480 (AR6055025); five Rite Aid pharmacies: Rite Aid #968 (AR6070178), Rite Aid #3423 (FR0711552), Rite Aid #3311 (BR3421954), Rite Aid #950 (AC2986872) and Rite Aid Discnt Phcy #3423 (BR3813664); two Walgreens pharmacies: Walgreens #11977 (FW1925568) and Walgreens #11980 (FW1365748).

Table 18 Oxycodone and Hydrocodone Shipments to Selected Pharmacies in Cabell County and the City of Huntington, WV, by Distributor Market Share, 2006 - 2014

| | DU Market Share %[9] | MME Market Share %[10] | ABDC | MCK | CAH | Self-Distributed | Other | Total DU | Total MME |
|---|---|---|---|---|---|---|---|---|---|
| | | | Distributor MME % for the Pharmacy[11] | | | | | | |
| *Selected Independent Pharmacies* | | | | | | | | | |
| Fruth (4 pharmacies)[1] | 18.24% | 13.39% | 52.73% | 0.21% | 44.39% | - | 2.67% | 14,850,710 | 116,335,714 |
| SafeScript (1 pharmacy)[2] | 5.42% | 13.30% | 85.19% | - | - | - | 14.81% | 4,414,640 | 115,590,031 |
| Medicine Shoppe (2 pharmacies)[3] | 7.25% | 11.99% | 9.68% | 0.01% | 79.49% | - | 10.83% | 5,900,850 | 104,202,758 |
| McCloud (1 pharmacy)[4] | 5.55% | 8.20% | 99.25% | - | - | - | 0.75% | 4,519,980 | 71,248,721 |
| Drug Emporium (1 pharmacy)[5] | 4.83% | 5.72% | 99.86% | - | - | - | 0.14% | 3,928,100 | 49,723,696 |
| **Selected Independent Totals** | **41.29%** | **52.60%** | **63.50%** | **0.05%** | **29.42%** | **-** | **7.03%** | **33,614,280** | **457,100,919** |
| | | | | | | | | | |
| *Selected National Chain Pharmacies* | | | | | | | | | |
| CVS (4 pharmacies)[6] | 17.45% | 14.36% | - | - | 66.86% | 33.14% | - | 14,204,630 | 124,758,090 |
| Rite Aid (5 pharmacies)[7] | 10.81% | 8.33% | - | 64.36% | - | 35.21% | 0.42% | 8,801,300 | 72,422,370 |
| Walgreens (2 pharmacies)[8] | 3.10% | 2.90% | 35.13% | 0.07% | 3.31% | 61.48% | 0.01% | 2,522,800 | 25,216,573 |
| **National Chain Totals** | **31.36%** | **25.59%** | **3.98%** | **20.97%** | **37.88%** | **37.03%** | **0.14%** | **25,528,730** | **222,397,034** |
| | | | | | | | | | |
| **Selected Grand Total** | **72.65%** | **78.19%** | **44.02%** | **6.90%** | **32.19%** | **12.12%** | **4.77%** | **59,143,010** | **679,497,953** |

## B. Defendants' Shipment Summary

82.     In addition to receiving the ARCOS Data produced by the DEA, I received Transactional Data produced in discovery by three Defendants, AmerisourceBergen Drug, Cardinal Health, and McKesson Corporation. I analyzed the Defendants' Transactional Data and found that there are small gaps in the data produced by Defendants. I compared transactions in each Defendant's Transactional Data to the ARCOS Data. I matched the transactions based on NDC, Buyer's DEA Number, Quantity, and the transaction date (within ±5 days). After matching the transactions, I converted the transaction Quantity to both Dosage Units and MME.

83.     Table 19 presents summary statistics comparing the ARCOS Data and the Defendants' Transactional Data. The transactions summarized in Table 19 consist of all transactions by Dispensers in Cabell County and the City of Huntington, WV from January 1, 2006 through December 31, 2014, involving the 14 opioids in Table 12.

Table 19 Overlap between ARCOS Data and Defendant Data

| Defendant | Transaction in Both Datasets | | Tranactions Only in ARCOS | | | | Transactions Only in Defendants | | | |
| | Dosage Unit | MME | Dosage Unit | % | MME | % | Dosage Unit | % | MME | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Cardinal Health | 21,900,738 | 576,084,297 | 5,933 | 0.03% | 83,633 | 0.01% | 84,431 | 0.39% | 2,264,666 | 0.39% |
| AmerisourceBergen Drug | 41,539,089 | 841,218,973 | 32,135 | 0.08% | 1,024,980 | 0.12% | 27,670 | 0.07% | 369,063 | 0.04% |
| McKesson Corporation | 30,171,356 | 601,399,381 | 3,700 | 0.01% | 28,915 | 0.00% | 67,865 | 0.22% | 957,501 | 0.16% |
| **Total** | **93,611,183** | **2,018,702,651** | **41,768** | **0.04%** | **1,137,527** | **0.06%** | **179,966** | **0.19%** | **3,591,230** | **0.18%** |

84.     Using my matching criteria, over 99.8% of all MME or Dosage Units in either the ARCOS Data or the datasets produced by Defendants are in both the ARCOS Data and the datasets produced by Defendants (*i.e.*, the MME and Dosage Units are in the intersection of the ARCOS Data and the datasets produced by Defendants).

85.     The 99.8% overlap between the ARCOS Data and the datasets produced by Defendants demonstrates that the ARCOS Data and the datasets produced by Defendants in discovery are both reliable. The remainder of this section explains the slight differences between the ARCOS Data and the Defendants' data.

### 1.   Cardinal Health

86.    Figure 2 shows the matched Dosage Units reported each month in the ARCOS Data and in Cardinal Health's Transactional Data in Cabell County and the City of Huntington, WV.

Figure 2 Dosage Units Reported Both in the ARCOS Data and Cardinal Health's Transactional Data, January 2006 through December 2014



87.    Figure 3 shows the Dosage Units reported only in the ARCOS data and only in the Cardinal Health's Transactional Data in logarithm scale in Cabell County and the City of Huntington, WV.

Figure 3 Dosage Units Reported only in the ARCOS Data and only in the Cardinal Health's Transactional Data, January 2006 through December 2014



88.    Virtually all of the transactions in Cardinal Health's Transactional Data and in the ARCOS Data match, with the exception of March 2008, when the ARCOS Data appears to be missing much of Cardinal Health's transactions. There are no Cardinal Health shipments to Buyers in Cabell County and the City of Huntington, WV in the ARCOS Data produced by the DEA for 21 consecutive days in March 2008, from March 11 to March 31, 2008, while Cardinal Health's Transactional Data produced in discovery include substantial shipments. The otherwise nearly perfect overlap of the ARCOS Data and the Cardinal Health's Transactional Data suggests that both are accurate and complete although the ARCOS Data should be supplemented

with March 2008 Cardinal Health's Transactional Data produced in discovery.[35]

89.    Other very minor differences between Cardinal Health's Transactional Data and the ARCOS Data include transactions that Cardinal Health reversed on the same day it recorded them in its own system and never reported the offsetting pairs of transactions to ARCOS. These transactions have zero impact. Cardinal Health produced those offsetting entries in discovery even though they don't reflect executed transactions and Cardinal Health apparently did not report the offsetting transaction to the ARCOS system in real time. Also, I observed that some offsetting transactions in the ARCOS Data were reported more than 5 days later than Cardinal Health's Transactional Data, causing small mismatches in my comparison.

---

[35] In my calculation below I insert these missing March 2008 transactions Cardinal Health produced in discovery into the ARCOS Data.

90.    Table 20 summarizes the results of matching ARCOS Data and Cardinal Health's Transactional Data, excluding transactions in March 2008. 99.9% of the Dosage Units and MME reported in transactions in either the ARCOS data or Cardinal Health's Transactional Data are reported in both the ARCOS Data and Cardinal Health's Transactional Data.

Table 20 Comparison by Drug code in ARCOS Data vs. Cardinal Health's Transactional Data, Excluding March 2008

| Base Drug | Matched DU | Matched MME | Only in ARCOS | | | | Only in Defendant Data | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DU | MME | DU | % | MME | % | DU | % | MME | % |
| 9050 | 325,780 | 1,451,698 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9064 | 191,070 | 127,028,210 | 0 | 0.00% | 0 | 0.00% | 90 | 0.05% | 21600 | 0.02% |
| 9120 | 2,200 | 9,937 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9143 | 9,906,820 | 207,398,285 | 600 | 0.01% | 20171 | 0.01% | 800 | 0.01% | 25550 | 0.01% |
| 9150 | 254,356 | 3,735,262 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9193 | 8,584,490 | 47,181,082 | 1720 | 0.02% | 8748 | 0.02% | 1720 | 0.02% | 8748 | 0.02% |
| 9220 | 3,100 | 39,583 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9230 | 14,200 | 118,066 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9250 | 1,137,400 | 46,345,178 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9300 | 864,740 | 26,626,981 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9639 | 1,200 | 55,080 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9652 | 324,840 | 18,648,057 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9780 | 61,860 | 1,960,600 | 200 | 0.32% | 4000 | 0.20% | 200 | 0.32% | 4000 | 0.20% |
| 9801 | 201,860 | 94,828,183 | 10 | 0.00% | 5100 | 0.01% | 10 | 0.00% | 5100 | 0.01% |
| **Total** | **21,873,916** | **575,426,204** | **2,530** | **0.01%** | **38,019** | **0.01%** | **2,820** | **0.01%** | **64,998** | **0.01%** |

91.    Table 21 shows the Labelers of oxycodone and hydrocodone shipped by Cardinal Health to Cabell County and the City of Huntington, WV and Labeler market shares in Dosage Units.

Table 21 Labelers' Market Shares in Cardinal Health Oxycodone and Hydrocodone Shipments in Dosage Units, 2006-2014

| Labeler Name | Oxycodone | Hydrocodone | Total | % |
|---|---|---|---|---|
| Mallinckrodt/SpecGx LLC | 4,056,900 | 3,391,160 | 7,448,060 | 40% |
| Watson/Actavis/Allergan | 2,277,800 | 3,501,800 | 5,779,600 | 31% |
| Par Pharmaceutical | 1,417,500 | 807,060 | 2,224,560 | 12% |
| Amneal | 243,600 | 677,400 | 921,000 | 5% |
| Purdue | 819,100 | 0 | 819,100 | 4% |
| KVK-Tech, Inc. | 334,400 | 0 | 334,400 | 2% |
| West-Ward | 275,400 | 0 | 275,400 | 1% |
| Sun Pharmaceutical | 51,000 | 99,600 | 150,600 | 1% |
| Ethex Corporation | 149,700 | 0 | 149,700 | 1% |
| UCB, Inc. | 0 | 116,100 | 116,100 | 1% |
| Endo | 99,700 | 0 | 99,700 | 1% |
| Teva | 78,600 | 2,000 | 80,600 | 0% |
| McKesson Corporation | 0 | 49,400 | 49,400 | 0% |
| American Health Packaging | 10,300 | 35,480 | 45,780 | 0% |
| Alvogen, Inc. | 43,900 | 0 | 43,900 | 0% |
| Mylan Pharmaceuticals | 25,100 | 0 | 25,100 | 0% |
| Forest Laboratories | 0 | 15,700 | 15,700 | 0% |
| Major Pharmaceuticals | 0 | 15,500 | 15,500 | 0% |
| Abbott/AbbVie | 0 | 12,300 | 12,300 | 0% |
| Hawthorn Pharmaceuticals | 0 | 6,800 | 6,800 | 0% |
| Other Labelers | 74,800 | 58,420 | 133,220 | 1% |
| **Total** | **9,957,800** | **8,788,720** | **18,746,520** | **100%** |

- 46 -

92.    Table 22 lists the Dispensers that Cardinal Health shipped oxycodone and hydrocodone to in Cabell County and the City of Huntington, WV.

Table 22 Cardinal Health Oxycodone and Hydrocodone Shipments to Dispensers in Dosage Units, 2006-2014

| Dispenser Name | Oxycodone | Hydrocodone | Total | % |
|---|---|---|---|---|
| CVS | 4,329,700 | 777,230 | 5,106,930 | 27% |
| Kroger | 1,105,800 | 217,210 | 1,323,010 | 7% |
| Kmart | 184,900 | 857,760 | 1,042,660 | 6% |
| Walgreen Co | 39,800 | 14,560 | 54,360 | 0% |
| Other Chain Pharmacy | 0 | 0 | 0 | 0% |
| **Chain Pharmacy Total** | **5,660,200** | **1,866,760** | **7,526,960** | **40%** |
| Retail Pharmacy | 4,092,760 | 6,599,730 | 10,692,490 | 57% |
| Closed Door Pharmacy | 67,100 | 112,600 | 179,700 | 1% |
| Mail Order Pharmacy | 0 | 0 | 0 | 0% |
| Other Dispensers | 137,740 | 209,630 | 347,370 | 2% |
| **Grand Total** | **9,957,800** | **8,788,720** | **18,746,520** | **100%** |

 2.     *AmerisourceBergen Drug*

93.     AmerisourceBergen did not provide Buyer DEA numbers in the Transactional Data it produced, but later provided a dictionary matching the account number with one or multiple DEA numbers.[36]

94.     Figure 4 shows the matched Dosage Units reported each month in the ARCOS Data and in AmerisourceBergen's Transactional Data in Cabell County and the City of Huntington, WV.

Figure 4 Dosage Units Reported in the ARCOS Data or AmerisourceBergen's Transactional Data, January 2006 through December 2014



---

[36] In AmerisourceBergen's Transactional Data there are 26 accounts numbers that share the common DEA Licenses AC2977556, BC3917436, and FM4902400. In ARCOS, the first DEA number belongs to Cabell Huntington Hospital (business activity Hospital/Clinic) and the second DEA number belongs to Cabell Huntington Outpatient Pharmacy (business activity as Retail Pharmacy). I cannot find the last DEA number in the ARCOS data I received.

95.     Figure 5 shows the Dosage Units reported only in the ARCOS data and only in the AmerisourceBergen's Transactional Data in logarithm scale in Cabell County and the City of Huntington, WV.

Figure 5 Dosage Units Reported only in the ARCOS Data and only in the AmerisourceBergen's Transactional Data, January 2006 through December 2014



96.    The comparison shows that nearly all the Dosage Units and MME in the AmerisourceBergen's Transactional Data (99.9%) are also found in ARCOS Data. See Table 23.

Table 23 Comparison by Drug code in ARCOS Data vs. AmerisourceBergen's Transactional Data

| Base Drug | Matched DU | Matched MME | Only in ARCOS | | | | Only in Defendant Data | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DU | MME | DU | % | MME | % | DU | % | MME | % |
| 9050 | 531,400 | 2,364,395 | 1400 | 0.26% | 4973 | 0.21% | 15500 | 2.92% | 51716 | 2.19% |
| 9064 | 306,328 | 123,555,616 | 2820 | 0.92% | 601237 | 0.49% | 1260 | 0.41% | 129600 | 0.10% |
| 9120 | 600 | 2,937 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9143 | 13,351,960 | 308,324,664 | 4700 | 0.04% | 139428 | 0.05% | 2700 | 0.02% | 95477 | 0.03% |
| 9150 | 302,820 | 15,120,338 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9193 | 23,739,520 | 112,794,610 | 20800 | 0.09% | 107206 | 0.10% | 7300 | 0.03% | 29775 | 0.03% |
| 9220 | 800 | 10,215 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9230 | 1,300 | 158,940 | 0 | 0.00% | 22 | 0.01% | 0 | 0.00% | 0 | 0.00% |
| 9250 | 1,586,100 | 74,913,996 | 1100 | 0.07% | 64397 | 0.09% | 100 | 0.01% | 28621 | 0.04% |
| 9300 | 1,069,244 | 39,864,028 | 600 | 0.06% | 18297 | 0.05% | 800 | 0.07% | 28874 | 0.07% |
| 9639 | 7,608 | 410,040 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9652 | 346,440 | 22,743,866 | 600 | 0.17% | 40145 | 0.18% | 0 | 0.00% | 0 | 0.00% |
| 9780 | 42,840 | 1,313,600 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9801 | 252,129 | 139,641,727 | 115 | 0.05% | 49275 | 0.04% | 10 | 0.00% | 5000 | 0.00% |
| **Total** | **41,539,089** | **841,218,973** | **32,135** | **0.08%** | **1,024,980** | **0.12%** | **27,670** | **0.07%** | **369,063** | **0.04%** |

97.     Table 24 shows the Labelers of oxycodone and hydrocodone shipped by AmerisourceBergen to Cabell County and the City of Huntington, WV and the Labeler market shares in Dosage Units.

Table 24 Labelers' Market Shares in AmerisourceBergen Oxycodone and Hydrocodone Shipments in Dosage Units, 2006-2014

| Labeler Name | Oxycodone | Hydrocodone | Total | % |
|---|---|---|---|---|
| Watson/Actavis/Allergan | 4,024,000 | 17,924,000 | 21,948,000 | 59% |
| Mallinckrodt/SpecGx LLC | 4,735,400 | 3,700,540 | 8,435,940 | 23% |
| Par Pharmaceutical | 1,334,700 | 1,341,790 | 2,676,490 | 7% |
| Purdue | 1,463,160 | 0 | 1,463,160 | 4% |
| Amneal | 72,300 | 552,700 | 625,000 | 2% |
| Endo | 586,400 | 0 | 586,400 | 2% |
| KVK-Tech, Inc. | 285,700 | 0 | 285,700 | 1% |
| American Health Packaging | 108,100 | 74,780 | 182,880 | 0% |
| Ethex Corporation | 176,200 | 0 | 176,200 | 0% |
| Alvogen, Inc. | 164,000 | 0 | 164,000 | 0% |
| UCB, Inc. | 0 | 148,200 | 148,200 | 0% |
| Mylan Pharmaceuticals | 114,200 | 0 | 114,200 | 0% |
| Teva | 105,200 | 1,800 | 107,000 | 0% |
| West-Ward | 104,600 | 0 | 104,600 | 0% |
| Sun Pharmaceutical | 78,300 | 7,700 | 86,000 | 0% |
| McKesson Corporation | 0 | 34,950 | 34,950 | 0% |
| Major Pharmaceuticals | 0 | 33,500 | 33,500 | 0% |
| Abbott/AbbVie | 0 | 29,900 | 29,900 | 0% |
| Forest Laboratories | 0 | 27,300 | 27,300 | 0% |
| Hawthorn Pharmaceuticals | 0 | 1,900 | 1,900 | 0% |
| Other Labelers | 111,400 | 20,880 | 132,280 | 0% |
| **Total** | **13,463,660** | **23,899,940** | **37,363,600** | **100%** |

98.    Table 25 lists the Dispensers that AmerisourceBergen shipped oxycodone and hydrocodone to in Cabell County and the City of Huntington, WV.

Table 25 AmerisourceBergen Oxycodone and Hydrocodone Shipments to Dispensers in Dosage Units, 2006-2014

| Dispenser Name | Oxycodone | Hydrocodone | Total | % |
|---|---|---|---|---|
| Walgreen Co | 315,200 | 321,680 | 636,880 | 2% |
| Other Chain Pharmacy | 0 | 0 | 0 | 0% |
| **Chain Pharmacy Total** | **315,200** | **321,680** | **636,880** | **2%** |
| Retail Pharmacy | 10,159,340 | 17,833,920 | 27,993,260 | 75% |
| Closed Door Pharmacy | 1,073,300 | 3,747,960 | 4,821,260 | 13% |
| Mail Order Pharmacy | 264,400 | 7,000 | 271,400 | 1% |
| Other Dispensers | 1,651,420 | 1,989,380 | 3,640,800 | 10% |
| **Grand Total** | **13,463,660** | **23,899,940** | **37,363,600** | **100%** |

### 3. McKesson Corporation

99.    Figure 6 shows the matched Dosage Units reported each month in the ARCOS Data and in McKesson's Transactional Data in Cabell County and the City of Huntington, WV.

Figure 6 Dosage Units Reported in the ARCOS Data or McKesson's Transactional Data, January 2006 through December 2014



100.   Figure 7 shows the Dosage Units reported only in the ARCOS data and only in the McKesson's Transactional Data in logarithm scale in Cabell County and the City of Huntington, WV.

Figure 7 Dosage Units Reported only in the ARCOS Data and only in the McKesson's Transactional Data, January 2006 through December 2014



101. The comparison shows that nearly all the Dosage Units and MME in the McKesson's Transactional Data (99.8%) are also found in transactions in ARCOS. See Table 26.

Table 26 Comparison by Drug code in ARCOS Data vs. McKesson's Transactional Data

| Base Drug | Matched DU | Matched MME | Only in ARCOS | | | | Only in Defendant Data | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DU | MME | DU | % | MME | % | DU | % | MME | % |
| 9050 | 515,200 | 2,108,182 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9064 | 340,896 | 137,719,224 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9120 | 500 | 2,098 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9143 | 15,654,640 | 154,870,219 | 3600 | 0.02% | 24206 | 0.02% | 35500 | 0.23% | 296181 | 0.19% |
| 9150 | 355,990 | 6,259,751 | 0 | 0.00% | 709 | 0.01% | 0 | 0.00% | 2979 | 0.05% |
| 9193 | 8,109,640 | 35,031,767 | 0 | 0.00% | 0 | 0.00% | 16260 | 0.20% | 56332 | 0.16% |
| 9220 | 200 | 2,554 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9230 | 11,300 | 58,913 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9250 | 1,356,900 | 48,055,486 | 0 | 0.00% | 0 | 0.00% | 7700 | 0.57% | 275475 | 0.57% |
| 9300 | 3,526,019 | 94,315,277 | 0 | 0.00% | 0 | 0.00% | 8200 | 0.23% | 198423 | 0.21% |
| 9639 | 1,824 | 102,240 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9652 | 84,560 | 4,721,662 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 9780 | 26,840 | 828,200 | 100 | 0.37% | 4000 | 0.48% | 0 | 0.00% | 0 | 0.00% |
| 9801 | 186,847 | 117,323,807 | 0 | 0.00% | 0 | 0.00% | 205 | 0.11% | 128110 | 0.11% |
| **Total** | **30,171,356** | **601,399,381** | **3,700** | **0.01%** | **28,915** | **0.00%** | **67,865** | **0.22%** | **957,501** | **0.16%** |

102.   Table 27 shows the Labelers of oxycodone and hydrocodone shipped by McKesson to Cabell County and the City of Huntington, WV and Labeler market shares in Dosage Units.

Table 27 Labelers' Market Shares in McKesson Oxycodone and Hydrocodone Shipments in Dosage Units, 2006-2014

| Labeler Name | Oxycodone | Hydrocodone | Total | % |
|---|---|---|---|---|
| Mallinckrodt/SpecGx LLC | 11,232,900 | 5,875,460 | 17,108,360 | 74% |
| Par Pharmaceutical | 1,983,100 | 1,390,630 | 3,373,730 | 15% |
| Watson/Actavis/Allergan | 576,700 | 491,000 | 1,067,700 | 5% |
| West-Ward | 547,000 | 0 | 547,000 | 2% |
| Amneal | 252,900 | 46,300 | 299,200 | 1% |
| Purdue | 224,240 | 0 | 224,240 | 1% |
| Ethex Corporation | 175,000 | 0 | 175,000 | 1% |
| Mylan Pharmaceuticals | 101,000 | 0 | 101,000 | 0% |
| KVK-Tech, Inc. | 50,000 | 0 | 50,000 | 0% |
| Teva | 24,900 | 11,800 | 36,700 | 0% |
| Endo | 17,400 | 0 | 17,400 | 0% |
| Sun Pharmaceutical | 14,200 | 1,400 | 15,600 | 0% |
| Alvogen, Inc. | 14,700 | 0 | 14,700 | 0% |
| Hawthorn Pharmaceuticals | 0 | 12,900 | 12,900 | 0% |
| UCB, Inc. | 0 | 6,600 | 6,600 | 0% |
| Abbott/AbbVie | 0 | 4,500 | 4,500 | 0% |
| McKesson Corporation | 0 | 3,400 | 3,400 | 0% |
| Forest Laboratories | 0 | 1,500 | 1,500 | 0% |
| Major Pharmaceuticals | 0 | 1,300 | 1,300 | 0% |
| American Health Packaging | 200 | 0 | 200 | 0% |
| Other Labelers | 69,500 | 23,180 | 92,680 | 0% |
| **Total** | **15,283,740** | **7,869,970** | **23,153,710** | **100%** |

103.   Table 28 lists the Dispensers that McKesson shipped oxycodone and hydrocodone to in Cabell County and the City of Huntington, WV.

Table 28 McKesson Oxycodone and Hydrocodone Shipments to Dispensers in Dosage Units, 2006-2014

| Dispenser Name | Oxycodone | Hydrocodone | Total | % |
|---|---|---|---|---|
| Rite Aid | 2,396,440 | 843,040 | 3,239,480 | 14% |
| Target Stores | 140,800 | 500,270 | 641,070 | 3% |
| Wal-Mart | 21,300 | 143,860 | 165,160 | 1% |
| Kroger | 0 | 3,800 | 3,800 | 0% |
| Walgreen Co | 0 | 3,000 | 3,000 | 0% |
| Other Chain Pharmacy | 0 | 0 | 0 | 0% |
| **Chain Pharmacy Total** | **2,558,540** | **1,493,970** | **4,052,510** | **18%** |
| Retail Pharmacy | 305,320 | 141,730 | 447,050 | 2% |
| Closed Door Pharmacy | 187,400 | 560,200 | 747,600 | 3% |
| Mail Order Pharmacy | 154,300 | 500 | 154,800 | 1% |
| Other Dispensers | 12,078,180 | 5,673,570 | 17,751,750 | 77% |
| **Grand Total** | **15,283,740** | **7,869,970** | **23,153,710** | **100%** |

## VII.   Flagged Distributor Defendants Transactions

104.   I implemented various approaches to identify transactions meeting specified criteria using the non-public ARCOS Data from 2006 to 2014, supplemented with Defendants' Transactional Data where the ARCOS Data is obviously missing but are included in the transactions produced by Distributor Defendants in discovery and to the extent I have Defendants' Transactional Data for the periods before 2006 and after 2014. I calculated the results separately for each of twelve controlled substance drug codes.[37]

---

[37] I do not analyze transactions in two treatment drugs: buprenorphine and methadone.

## A. Method 1: Maximum Monthly, Trailing Six-month Threshold

105.   Under the first approach, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed the highest number of Dosage Units shipped by the Distributor Defendant to the pharmacy in any one of the six preceding calendar months.[38] For example, if the number of Dosage Units containing hydrocodone shipped from a Distributor Defendant to a pharmacy in February, March, April, May, June, and July was 5,000; 10,000; 7,000; 8,000; 9,000; and 9,500 respectively, a requested transaction in August would be flagged if it would cause the number of Dosage Units containing hydrocodone the Distributor Defendant shipped to the pharmacy to exceed 10,000. Any reported transactions containing hydrocodone on that date and all reported transactions containing hydrocodone from that Distributor Defendant to that pharmacy thereafter are flagged.

---

[38] In this approach and the others implemented below (with the exception of Method 2: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold) my calculation is based on the entire shipment of this Distributor Defendants, not of individual Distribution Center.

106.  Table 29 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Trailing Six-Month Maximum Threshold.

Table 29 Trailing Six-Month Maximum Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|---|---|---|---|
| 1996 | 3,676,079 | 3,420 | 0.1% |
| 1997 | 2,971,440 | 1,593,871 | 53.6% |
| 1998 | 5,628,469 | 2,903,431 | 51.6% |
| 1999 | 9,748,424 | 7,090,993 | 72.7% |
| 2000 | 13,277,798 | 10,055,886 | 75.7% |
| 2001 | 16,011,946 | 11,090,098 | 69.3% |
| 2002 | 20,776,512 | 13,782,638 | 66.3% |
| 2003 | 24,095,532 | 16,775,991 | 69.6% |
| 2004 | 33,812,841 | 16,742,681 | 49.5% |
| 2005 | 88,976,826 | 36,047,335 | 40.5% |
| 2006 | 101,663,192 | 75,807,024 | 74.6% |
| 2007 | 106,658,684 | 83,086,310 | 77.9% |
| 2008 | 113,665,454 | 86,871,826 | 76.4% |
| 2009 | 128,134,351 | 101,592,902 | 79.3% |
| 2010 | 134,446,855 | 88,948,942 | 66.2% |
| 2011 | 123,822,352 | 95,754,631 | 77.3% |
| 2012 | 98,917,207 | 78,017,593 | 78.9% |
| 2013 | 86,041,530 | 62,996,586 | 73.2% |
| 2014 | 88,675,236 | 67,936,969 | 76.6% |
| 2015 | 88,769,151 | 63,922,004 | 72.0% |
| 2016 | 68,217,935 | 45,441,503 | 66.6% |
| 2017 | 49,205,864 | 32,127,807 | 65.3% |
| 2018 | 24,161,252 | 14,767,536 | 61.1% |
| **Total** | **1,431,354,928** | **1,013,357,980** | **70.8%** |

107.   Figure 8 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Trailing Six-Month Maximum Threshold methodology. The Trailing Six-Month Maximum Threshold methodology flags 71.9% of transactions accounting for 87.0% of Dosage Units, 70.8% of MME and 85.0% of drug weight shipped into Cabell County and the City of Huntington, WV. Additional charts and tables reflecting the result of applying this methodology and the methodologies below to each Distributor Defendant are in Appendix 7.

Figure 8 Trailing Six-Month Maximum Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018



108.   Table 30 summarizes the transactions flagged based on the Trailing Six-Month Maximum Threshold Approach in Cabell County and the City of Huntington, WV.

Table 30 Trailing Six-Month Maximum Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 28,821 | 39,960 | 6,080 | 363 | 2,175 | 3,493 | **80,892** |
| Cardinal Health | 47,104 | 31,744 | 8,824 | 1,263 | 2,273 | 4,059 | **95,267** |
| McKesson Corporation | 7,900 | 7,188 | 953 | 35 | 225 | 323 | **16,624** |
| **Total** | **83,825** | **78,892** | **15,857** | **1,661** | **4,673** | **7,875** | 192,783 |

## B. Method 2: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold

109.   Under the second approach, when a transaction causes the number of dosage units shipped to a pharmacy in a month to exceed the highest number of dosage units shipped to the pharmacy in any one of the six preceding months, the dosage units of highest month in the preceding six months becomes threshold which is then applied in all subsequent months. For example, if the number of Dosage Units containing hydrocodone shipped from a Distributor Defendant to a pharmacy in February, March, April, May, June, and July was 5,000; 10,000; 7,000; 8,000; 9,000; and 9,500 respectively, a requested transaction in August would be flagged if it would cause the number of Dosage Units containing hydrocodone the Distributor Defendant shipped to the Pharmacy to exceed 10,000. Any reported transactions containing hydrocodone on that date and to the month-end from that

- 61 -

Distributor Defendant to that pharmacy are flagged. This 10,000 Dosage Units number becomes the fixed monthly hydrocodone limit of this pharmacy thereafter and the excess, if any, of the pharmacy's monthly receipt in excess of 10,000 is flagged.

110.   Table 31 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Trailing Six-Month Maximum, Fixed After Triggered Threshold.

Table 31 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|-----------------------|-------------|-----|
| 1996 | 3,676,079 | 3,420 | 0.1% |
| 1997 | 2,971,440 | 312,675 | 10.5% |
| 1998 | 5,628,469 | 997,240 | 17.7% |
| 1999 | 9,748,424 | 2,731,685 | 28.0% |
| 2000 | 13,277,798 | 5,514,927 | 41.5% |
| 2001 | 16,011,946 | 7,606,045 | 47.5% |
| 2002 | 20,776,512 | 10,267,103 | 49.4% |
| 2003 | 24,095,532 | 11,100,720 | 46.1% |
| 2004 | 33,812,841 | 10,324,445 | 30.5% |
| 2005 | 88,976,826 | 17,192,783 | 19.3% |
| 2006 | 101,663,192 | 23,371,988 | 23.0% |
| 2007 | 106,658,684 | 28,493,906 | 26.7% |
| 2008 | 113,665,454 | 33,981,741 | 29.9% |
| 2009 | 128,134,351 | 41,690,495 | 32.5% |
| 2010 | 134,446,855 | 43,889,971 | 32.6% |
| 2011 | 123,822,352 | 43,667,286 | 35.3% |
| 2012 | 98,917,207 | 43,727,403 | 44.2% |
| 2013 | 86,041,530 | 29,570,696 | 34.4% |
| 2014 | 88,675,236 | 32,701,298 | 36.9% |
| 2015 | 88,769,151 | 33,657,518 | 37.9% |
| 2016 | 68,217,935 | 21,249,246 | 31.1% |
| 2017 | 49,205,864 | 13,490,556 | 27.4% |
| 2018 | 24,161,252 | 5,795,757 | 24.0% |
| **Total** | **1,431,354,928** | **461,338,903** | **32.2%** |

111.   Figure 9 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Trailing Six-Month Maximum, Fixed After Triggered Threshold methodology. The Trailing Six-Month Maximum, Fixed After Triggered Threshold methodology flags 27.6% of transactions accounting for 37.7% of Dosage Units, 32.2% of MME and 37.2% of drug weight shipped into Cabell County and the City of Huntington, WV.

Figure 9 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018



112.   Table 32 summarizes the transactions flagged based on the Trailing Six-Month Maximum, Fixed After Triggered Threshold Approach in Cabell County and the City of Huntington, WV.

Table 32 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 9,322 | 8,668 | 1,284 | 22 | 930 | 289 | **20,515** |
| Cardinal Health | 32,413 | 13,121 | 1,958 | 32 | 820 | 238 | **48,582** |
| McKesson Corporation | 1,486 | 3,318 | 56 | 2 | 18 | 37 | **4,917** |
| **Total** | **43,221** | **25,107** | **3,298** | **56** | **1,768** | **564** | **74,014** |

## C. Method 3: Twice Trailing Twelve-Month Average Pharmacy Dosage Units

113.   Under the third approach, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed twice the trailing twelve-month average Dosage Units to retail and chain pharmacies served by the Distributor Defendant.

114.   Table 33 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold.

Table 33 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|---|---|---|---|
| 1996 | 3,676,079 | 0 | 0.0% |
| 1997 | 2,971,440 | 2,362,764 | 79.5% |
| 1998 | 5,628,469 | 3,595,390 | 63.9% |
| 1999 | 9,748,424 | 8,066,810 | 82.7% |
| 2000 | 13,277,798 | 10,895,447 | 82.1% |
| 2001 | 16,011,946 | 12,605,642 | 78.7% |
| 2002 | 20,776,512 | 14,929,318 | 71.9% |
| 2003 | 24,095,532 | 16,752,464 | 69.5% |
| 2004 | 33,812,841 | 20,446,643 | 60.5% |
| 2005 | 88,976,826 | 59,408,863 | 66.8% |
| 2006 | 101,663,192 | 72,870,255 | 71.7% |
| 2007 | 106,658,684 | 87,189,516 | 81.7% |
| 2008 | 113,665,454 | 92,792,677 | 81.6% |
| 2009 | 128,134,351 | 110,223,308 | 86.0% |
| 2010 | 134,446,855 | 115,372,460 | 85.8% |
| 2011 | 123,822,352 | 110,624,242 | 89.3% |
| 2012 | 98,917,207 | 86,615,737 | 87.6% |
| 2013 | 86,041,530 | 70,990,924 | 82.5% |
| 2014 | 88,675,236 | 74,371,152 | 83.9% |
| 2015 | 88,769,151 | 71,245,074 | 80.3% |
| 2016 | 68,217,935 | 52,268,956 | 76.6% |
| 2017 | 49,205,864 | 35,537,464 | 72.2% |
| 2018 | 24,256,687 | 14,910,444 | 61.7% |
| **Total** | **1,431,450,363** | **1,144,075,550** | **79.9%** |

115.   Figure 10 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Twice Trailing Twelve-month Average Pharmacy Dosage Units methodology. The Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology flags 70.5% of transactions accounting for 81.5% of Dosage Units, 79.9% of MME and 80.7% of drug weight shipped into Cabell County and the City of Huntington, WV.

Figure 10 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018



116. Table 34 summarizes the transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold in Cabell County and the City of Huntington, WV.

Table 34 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 23,363 | 35,026 | 4,422 | 746 | 2,566 | 7,340 | **73,463** |
| Cardinal Health | 39,553 | 33,354 | 8,576 | 1,693 | 3,096 | 17,819 | **104,091** |
| McKesson Corporation | 4,802 | 3,521 | 414 | 48 | 620 | 1,843 | **11,248** |
| **Total** | **67,718** | **71,901** | **13,412** | **2,487** | **6,282** | **27,002** | **188,802** |

## D. Method 4: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units

117. Under the fourth approach, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed three times the trailing twelve-month average Dosage Units to retail and chain pharmacies served by the Distributor Defendant.

- 68 -

118. Table 35 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold.

Table 35 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|----------------------|-------------|------|
| 1996 | 3,676,079 | 0 | 0.0% |
| 1997 | 2,971,440 | 2,047,426 | 68.9% |
| 1998 | 5,628,469 | 3,105,597 | 55.2% |
| 1999 | 9,748,424 | 6,189,206 | 63.5% |
| 2000 | 13,277,798 | 9,170,847 | 69.1% |
| 2001 | 16,011,946 | 10,202,920 | 63.7% |
| 2002 | 20,776,512 | 13,154,352 | 63.3% |
| 2003 | 24,095,532 | 14,075,836 | 58.4% |
| 2004 | 33,812,841 | 17,308,963 | 51.2% |
| 2005 | 88,976,826 | 43,529,339 | 48.9% |
| 2006 | 101,663,192 | 51,470,923 | 50.6% |
| 2007 | 106,658,684 | 72,005,547 | 67.5% |
| 2008 | 113,665,454 | 75,272,916 | 66.2% |
| 2009 | 128,134,351 | 89,607,725 | 69.9% |
| 2010 | 134,446,855 | 95,224,357 | 70.8% |
| 2011 | 123,822,352 | 94,590,943 | 76.4% |
| 2012 | 98,917,207 | 68,093,595 | 68.8% |
| 2013 | 86,041,530 | 50,535,583 | 58.7% |
| 2014 | 88,675,236 | 49,750,851 | 56.1% |
| 2015 | 88,769,151 | 47,351,026 | 53.3% |
| 2016 | 68,217,935 | 32,428,136 | 47.5% |
| 2017 | 49,205,864 | 22,093,552 | 44.9% |
| 2018 | 24,256,687 | 7,733,058 | 31.9% |
| **Total** | **1,431,450,363** | **874,942,698** | **61.1%** |

119.   Figure 11 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology. The Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology flags 50.9% of transactions accounting for 63.6% of Dosage Units, 61.1% of MME and 62.5% of drug weight shipped into Cabell County and the City of Huntington, WV.

Figure 11 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018



120.    Table 36 summarizes the transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold in Cabell County and the City of Huntington, WV.

Table 36 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 17,165 | 28,049 | 2,226 | 247 | 2,210 | 3,904 | **53,801** |
| Cardinal Health | 25,932 | 28,187 | 6,978 | 736 | 2,314 | 13,915 | **78,062** |
| McKesson Corporation | 1,989 | 1,285 | 30 | 0 | 308 | 954 | **4,566** |
| **Total** | **45,086** | **57,521** | **9,234** | **983** | **4,832** | **18,773** | **136,429** |

## E. Method 5: Maximum 8,000 Dosage Units Monthly

121.    Under the fifth approach, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed 8,000 Dosage Units.[39]

---

[39] McKesson Operations Manual for Pharma Distribution dated May 16, 2007 shows the dosage threshold of 8,000 on oxycodone or hydrocodone (MCK-WVAG-003-0001047, MCKMDL00355251).

- 71 -

122. Table 37 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Maximum 8,000 Dosage Units Monthly Threshold.

Table 37 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------------------------|-------------|------|
| 1996 | 3,676,079 | 82,531 | 2.2% |
| 1997 | 2,971,440 | 57,668 | 1.9% |
| 1998 | 5,628,469 | 137,467 | 2.4% |
| 1999 | 9,748,424 | 2,107,662 | 21.6% |
| 2000 | 13,277,798 | 3,246,199 | 24.4% |
| 2001 | 16,011,946 | 4,139,172 | 25.9% |
| 2002 | 20,776,512 | 8,376,490 | 40.3% |
| 2003 | 24,095,532 | 9,361,409 | 38.9% |
| 2004 | 33,812,841 | 11,460,331 | 33.9% |
| 2005 | 88,976,826 | 42,778,692 | 48.1% |
| 2006 | 101,663,192 | 56,120,423 | 55.2% |
| 2007 | 106,658,684 | 63,593,810 | 59.6% |
| 2008 | 113,665,454 | 67,861,342 | 59.7% |
| 2009 | 128,134,351 | 83,984,882 | 65.5% |
| 2010 | 134,446,855 | 86,737,762 | 64.5% |
| 2011 | 123,822,352 | 76,330,784 | 61.6% |
| 2012 | 98,917,207 | 62,738,809 | 63.4% |
| 2013 | 86,041,530 | 49,967,716 | 58.1% |
| 2014 | 88,675,236 | 54,842,075 | 61.8% |
| 2015 | 88,769,151 | 56,247,880 | 63.4% |
| 2016 | 68,217,935 | 41,881,116 | 61.4% |
| 2017 | 49,205,864 | 28,280,472 | 57.5% |
| 2018 | 24,256,687 | 12,406,513 | 51.1% |
| **Total** | **1,431,450,363** | **822,741,206** | **57.5%** |

123. Figure 12 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Maximum 8,000 Dosage Units Monthly Threshold methodology. The Maximum 8,000 Dosage Units Monthly Threshold methodology flags 52.7% of transactions accounting for 78.0% of Dosage Units, 57.5% of MME and 68.4% of drug weight shipped into Cabell County and the City of Huntington, WV.

Figure 12 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018



124.   Table 38 summarizes the transactions flagged based on the Maximum 8,000 Dosage Units Monthly Threshold Approach in Cabell County and the City of Huntington, WV.

Table 38 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 23,006 | 41,230 | 0 | 0 | 635 | 0 | **64,871** |
| Cardinal Health | 37,293 | 29,845 | 0 | 0 | 0 | 957 | **68,095** |
| McKesson Corporation | 4,294 | 3,858 | 0 | 0 | 0 | 0 | **8,152** |
| **Total** | **64,593** | **74,933** | **0** | **0** | **635** | **957** | **141,118** |

## F.  Method 6: Maximum Daily Dosage Units

125.   Under the sixth approach, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a day to exceed a specified number of Dosage Units that varies by drug type and within some drug types by formulation.[40]

---

[40] Maximum Daily Dosage Units used as specified in CAH_MDLPRIORPRO_DEA07_01384160.

126.   Table 39 reports Total MME and % of Total MME in transactions flagged in Cabell County and the City of Huntington, WV using the Maximum Daily Dosage Units Threshold.

Table 39 Maximum Daily Dosage Units Threshold Flagged Transactions, Cabell County and the City of Huntington, WV, Total MME and % MME

| Year | Defendants' Total MME | Flagged MME | % |
|------|------|------|------|
| 1996 | 2,519,961 | 1,574,927 | 62.5% |
| 1997 | 2,413,289 | 2,104,427 | 87.2% |
| 1998 | 4,222,541 | 2,823,792 | 66.9% |
| 1999 | 7,826,526 | 6,504,370 | 83.1% |
| 2000 | 10,487,500 | 8,981,926 | 85.6% |
| 2001 | 11,927,688 | 10,214,757 | 85.6% |
| 2002 | 15,376,605 | 13,946,810 | 90.7% |
| 2003 | 17,556,749 | 16,313,422 | 92.9% |
| 2004 | 24,014,632 | 21,346,116 | 88.9% |
| 2005 | 67,920,944 | 63,805,660 | 93.9% |
| 2006 | 78,868,523 | 75,081,191 | 95.2% |
| 2007 | 81,618,726 | 78,656,011 | 96.4% |
| 2008 | 86,711,380 | 84,412,142 | 97.3% |
| 2009 | 100,055,902 | 98,287,999 | 98.2% |
| 2010 | 101,300,482 | 98,876,182 | 97.6% |
| 2011 | 88,085,792 | 86,813,965 | 98.6% |
| 2012 | 71,590,543 | 69,902,950 | 97.6% |
| 2013 | 63,136,525 | 61,230,957 | 97.0% |
| 2014 | 66,036,736 | 64,073,295 | 97.0% |
| 2015 | 67,531,414 | 65,620,692 | 97.2% |
| 2016 | 50,460,085 | 48,684,671 | 96.5% |
| 2017 | 35,801,386 | 34,469,580 | 96.3% |
| 2018 | 18,755,215 | 17,385,450 | 92.7% |
| **Total** | **1,074,219,144** | **1,031,111,294** | **96.0%** |

- 75 -

127.   Figure 13 illustrates total opioid transactions from Distributor Defendants to retail and chain pharmacies into Cabell County and the City of Huntington, WV from 1996 to 2018 and those transactions which would be flagged by the Maximum Daily Dosage Units Threshold methodology. The Maximum Daily Dosage Units Threshold methodology flags 88.0% of transactions accounting for 96.1% of Dosage Units, 96.0% of MME and 93.1% of drug weight shipped into Cabell County and the City of Huntington, WV.

Figure 13 Maximum Daily Dosage Units Threshold, Any Order Subsequent to a Flagged Transaction, Cabell County and the City of Huntington, WV 1996 to 2018



128.   Table 40 summarizes the transactions flagged based on the Maximum Daily Dosage Units Threshold Approach in Cabell County and the City of Huntington, WV.

Table 40 Maximum Daily Dosage Units Threshold Flagged Transactions in Cabell County and the City of Huntington, WV 1996 to 2018

| # of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| AmerisourceBergen Drug | 30,063 | 43,951 | 5,601 | 1,059 | n/a | 724 | **81,398** |
| Cardinal Health | 47,440 | 37,183 | 8,936 | 1,395 | n/a | 2,092 | **97,046** |
| McKesson Corporation | 8,014 | 7,838 | 1,412 | 75 | n/a | 48 | **17,387** |
| **Total** | **85,517** | **88,972** | **15,949** | **2,529** | **n/a** | **2,864** | **195,831** |

## VIII.  Charts and Reports

129.   I have created additional Excel Macro and diagnostic tools, which allow the overlay of selected orders upon the ARCOS data and/or Defendants' Transactional Data and provide the ability to sort, compare, and view the order history of an individual pharmacy. These macros and diagnostic tools are being provided with this report.

130.   In Appendix 8 I have created a map illustrating the location of Cabell County (red) and the City of Huntington (yellow), along with the zip code 257** and 255** that covers the entire area.[41]

---

[41] Source: www.zeemaps.com

131.   In addition, I have created a set of Charts and Tables that are too voluminous to be displayed and discussed fully here-in. Those additional Charts and Tables are attached in Appendix 9 and Appendix 10, described generally in this section.

- **Appendix 9A: State Oxycodone and Hydrocodone MME Per Capita, 1997-2019**

132.   Using ARCOS data produced by the DEA for 2006-2014 and public ARCOS Retail Drug Summary Reports otherwise, I plot total oxycodone and hydrocodone MME per capita, by State from 1997 to 2019. There is one chart and a 2-page backup summary table for oxycodone and hydrocodone.

133.   In the two charts, the line reflecting West Virginia MME per capita is highlighted using red. The rest of the states are drawn in light grey.

134.   The 2-page backup summary tables report oxycodone and hydrocodone MME per capita each year and averaged over the 1997-2019 period. The states are sorted by average MME per capita over the entire 23-year period.

- **Appendix 9B: Oxycodone and Hydrocodone Distribution by Distributor Defendant**

135.   Using ARCOS data produced by the DEA for 2006-2014 and Distributor Defendants' Transactional Data for the periods before 2006 and after 2014, I plot all Distributor Defendants' shipments of oxycodone and hydrocodone into Cabell County and the City of Huntington, WV.

136.   There are two versions of this chart. One version is a stacked bar chart in which the height of a colored section of each bar corresponds to

shipments by each Distributor Defendant according to the color-coded legend. The second version of the chart is a line graph in which each Distributor Defendant's shipments are reflected by the same color-coding as the stacked bar chart.

- **Appendix 9C: All Distributor Defendants Oxycodone and Hydrocodone Distribution**

137.   Using ARCOS data produced by the DEA for 2006-2014 and Distributor Defendants' Transactional Data for the periods before 2006 and after 2014, I plot all Distributor Defendants' shipments of oxycodone and hydrocodone into Cabell County and the City of Huntington, WV from 1996 to 2018 in Dosage Units, MME and weight in milligram.

- **Appendix 9D: All Seller Oxycodone and Hydrocodone Distribution, by Zip Code and by Drug**

138.   Using public ARCOS Retail Drug Summary Reports, I plot all shipments of oxycodone and hydrocodone into West Virginia and into all zip-codes in West Virginia from 1997 to 2019 in MME and weight in milligram.

139.   ARCOS Retail Drug Summary Reports report State and 3-digit zip-code information. County boundaries do not coincide precisely with 3-digit zip-code boundaries. These charts - and any other chart, figure or analysis using ARCOS Retail Drug Summary Reports - use the 3-digit zip-codes.

- **Appendix 9E: Individual Distributor Defendant Oxycodone Distribution in Cabell County and the City of Huntington, WV, by Total Dosage, Total MME, Total Drug Base Weight**

140.   Using ARCOS data produced by the DEA for 2006-2014 and Distributor Defendants' Transactional Data for the periods before 2006 and

after 2014, I plot each Distributor Defendants' monthly shipments of oxycodone into Cabell County and the City of Huntington, WV in Dosage Units, MME and base weight in milligram.

- **Appendix 9F: Individual Distributor Defendant Hydrocodone Distribution in Cabell County and the City of Huntington, WV, by Total Dosage, Total MME, Total Drug Base Weight**

141.  Using ARCOS data produced by the DEA for 2006-2014 and Distributor Defendants' Transactional Data for the periods before 2006 and after 2014, I plot each Distributor Defendants' monthly shipments of hydrocodone into Cabell County and the City of Huntington, WV in Dosage Units, MME and base weight in milligram.

- **Appendix 9G: Oxycodone and Hydrocodone Distribution to Individual Pharmacies by All Distributors**

142.  Using ARCOS data produced by the DEA for 2006-2014 and Distributor Defendants' Transactional Data for the periods before 2006 and after 2014, I plot all distributors' shipments of oxycodone and hydrocodone to each pharmacy that received oxycodone or hydrocodone from any of the Distributor Defendants in Cabell County and the City of Huntington, WV in Dosage Units, MME and base weight in milligram. Shipments made by non-defendant distributors are aggregated into the "Other" category.

- **Appendix 9H: Pharmacy Reports**

143.  Using ARCOS data produced by the DEA for 2006-2014, I tabulate and report Dosage Units, MME and drug weight in milligram shipped to retail and chain pharmacies in Cabell County and the City of Huntington, WV. I list the pharmacies sorted by total MME. For each year, I report the

Dosage Units and drug weight in milligram of oxycodone and hydrocodone, and the Dosage Units and MME of the two drugs received by each pharmacy from each Distributor. For comparison purposes, I list the average pharmacy MME in the county and the state each year and each pharmacy's percentile rank by MME in the state each year.

- **Appendix 9I: Distributor Reports**

144.   Using ARCOS data produced by the DEA for 2006-2014, I tabulate and report the total Dosage Units per capita by year and by state. I rank states by average Dosage Units per capita over the 2006-2014 period and plot the 25 states with the highest average Dosage Units per capita.

145.   I tabulate and report the total MME per capita by year and by state and rank states by average MME per capita over the 2006-2014 period and plot the 25 states with the highest average MME per capita.

146.   I tabulate and report the MME and Dosage Units each year and totaled over the 2006-2014 period and market shares over the 2006-2014 period for each Distributor. I further break down the Distributors' annual shipments and total shipments and market share over the 2006-2014 period into the Distributors' individual DEA numbers.

- **Appendix 9J: Oxycodone and Hydrocodone Distribution to Individual Pharmacies by Distributor Defendant**

147.   Using ARCOS data for 2006-2014 and Distributor Defendants' Transactional Data for the periods before 2006 and after 2014, I plot shipments of oxycodone and hydrocodone to individual pharmacies by Distributor Defendant and by drug strength.

- **Appendix 9K: Oxycodone and Hydrocodone Distribution to Individual Pharmacies by Distribution Centers**

148.   Using processed ARCOS data for 2006-2014 and Distributor Defendants' Transactional Data before 2006 and after 2014, I plot Distributor Defendant Distributor Centers' monthly shipments of oxycodone and hydrocodone into individual pharmacies in Cabell County and the City of Huntington, WV. In the same chart, I also plot the state and national mean and median of the same-month shipment of all chain or retail pharmacies, depending on the business activity of this pharmacy.

- **Appendix 9L: Grouped Pharmacy Reports**

149.   I tabulate and report defendant shipments of oxycodone and hydrocodone to 3 individual pharmacies and 5 groups of pharmacies in Cabell County and the City of Huntington, WV, including Drug Emporium, McCloud Family Pharmacy, SafeScript Pharmacy, four CVS stores, four Fruth stores, two Medicine Shoppe/Medicap stores, five Rite Aid stores, and two Walgreen stores. These reports, including monthly or annual charts by Distributor Defendants and an annual chart by drug strength, are similar to the individual pharmacy reports in Appendix 9.

- **Appendix 10: Other Exhibits**

150.   I have been asked by Plaintiff's Counsel to create similar reports in Appendix 9 for pharmacies outside of Cabell County or the City of Huntington, WV. In addition, I created some reports employing a different layout using the numbers in Appendix 9 or the tables/figures of this expert report.

## IX.    Conclusion

151.    Based upon my comparison of the ARCOS Data produced by the DEA, the public ARCOS Retail Drug Summary Reports, and the Defendants' Transactional Data, I conclude that - after correcting a relatively small number of records - the ARCOS Data produced by the DEA is complete and reliable.

152.    I further conclude that Cardinal Health's Transactional Data, AmerisourceBergen Drug's Transactional Data, and McKesson Corporation's Transactional Data produced in discovery are reliable sources of transaction data before 2006 and after 2014.

153.    The ARCOS Data can be used to identify transactions into a state, county, zip code or individual pharmacy meeting certain criteria as I have illustrated above.

154.    I continue to review documents and gather information and reserve the right to update my analysis and opinions based upon that further review of documents and based on any new information including, possibly, reports of other experts I may receive.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.


Executed on August 3, 2020


Craig J. McCann, Ph.D., CFA

- 84 -

# Appendix 1 Craig McCann Resume

Appendices Page A-1 of 7542



## Craig McCann, PhD, CFA
**Principal**

CRAIGMCCANN@SLCG.COM
703-246-9381

### Key Qualifications

Dr. McCann is Principal, Securities Litigation and Consulting Group, Inc. He is experienced in securities class action litigation, financial analysis, investment management and valuation. Dr. McCann has taught graduate investment management at Georgetown University and at the University of Maryland, College Park. He held a Series 7 and a Series 63 NASD. Dr. McCann is a Chartered Financial Analyst.



Dr. McCann received a B.A. and an M.A. in Economics from the University of Western Ontario and a Doctorate degree in Economics from the University of California, at Los Angeles. Dr. McCann's fields of graduate study were industrial organization, mathematical economics and information and uncertainty. His dissertation examined the incidence of golden parachutes and their effect on stock prices. After receiving his doctorate degree, Dr. McCann taught economics at the University of South Carolina.

Prior to founding Securities Litigation and Consulting Group, Dr. McCann was Director at LECG and Managing Director, Securities Litigation at KPMG. Dr. McCann was a senior financial economist at the Securities and Exchange Commission. There he focused on investment management issues and contributed financial analysis to numerous investigations involving alleged insider trading, securities fraud, personal trading abuses and broker-dealer misconduct.

Dr. McCann was a Senior Consultant at a consulting firm where he managed projects involving alleged securities fraud, insider trading, and market manipulation. These projects included analysis of materiality, causation, damages and class certification. In addition, he has consulted on transfer pricing, breach of contract, labor and antitrust cases as well as on various regulatory matters.

Dr. McCann has published in the *Alternative Investment Analyst Review, Financial Services Review, Investments & Wealth Monitor, Journal of Alternative Investments, Journal of Applied Corporate Finance, Journal of Asset Management, Journal of Business Valuation and Economic Loss Analysis, Journal of Computational Finance, Journal of Derivatives, Journal of Derivatives & Hedge Funds, Journal of Financial Transformation, Harvard Business Review, Journal of Index Investing, Journal of Investing, Journal of Legal Economics, Journal of Real Estate Portfolio Management, Journal of Retirement, Journal of Risk* and *Journal of Wealth Management*. He has testified in state and federal court, in NASD, NYSE, JAMS and AAA arbitration proceedings and before the United States Senate and has been quoted in the *New York Times, Wall Street Journal, Washington Post, Bloomberg Markets, Reuters, Boston Globe, Bond Buyer, American Banker, Money Magazine, Kiplinger Retirement Report,* and *Crain's Investment News.*

Craig J. McCann
(page 1)

- 86 -

## Professional Experience

SECURITIES LITIGATION AND CONSULTING GROUP, INC.
2000 -        *Principal*
              Provides expert consulting and testifying in securities class actions, investment management,
              labor and valuation disputes.

NAVIGANT CONSULTING, INC. / LECG
1999-2000     *Director*
              Provided expert consulting and testifying in complex litigation.

KPMG llp
1997-1999     *Managing Director, Securities Litigation*
              Directed projects in complex litigation.

UNIVERSITY OF MARYLAND, COLLEGE PARK
1995-1998     *Adjunct Professor of Finance*
              Taught graduate investment management.

GEORGETOWN UNIVERSITY
1996          *Adjunct Professor of Finance*
              Taught graduate investment management.

NATIONAL ECONOMIC RESEARCH ASSOCIATES
1995-1997     *Senior Consultant*
              Directed projects in the economics of complex securities litigation.

VIRGINIA TECH
1995-1997     *Adjunct Professor of Economics*
              Taught graduate managerial economics.

U.S. SECURITIES AND EXCHANGE COMMISSION
1994-1995     *Professional Fellow and Acting Associate Chief Economist for Policy*
              Reviewed Commission initiatives and coordinated research in support of Chief Economist.
              Conducted research into portfolio performance, personal trading and quantitative risk measures.
              Provided financial analysis in support of enforcement.

ECONOMIC ANALYSIS CORPORATION
1993-1994     *Senior Economist*
              Directed projects involving analysis of vertical and horizontal practices, mergers, and general
              business damages.

U.S. SECURITIES AND EXCHANGE COMMISSION
1992-1993     *Academic Fellow*
              Conducted research into the valuation and expensing of employee stock options, reviewed policy
              proposals and supported enforcement actions.

UNIVERSITY OF SOUTH CAROLINA, COLLEGE OF BUSINESS
1987-1992     *Assistant Professor*
              Taught economics, antitrust and public policy towards business at undergraduate, masters, MBA and
              doctorate levels.

Craig J. McCann
(page 2)

- 87 -

## Education

UNIVERSITY OF CALIFORNIA, LOS ANGELES
1989        Ph.D., Economics
1986        M.A., Economics

UNIVERSITY OF WESTERN ONTARIO
1983        M.A., Economics
1982        B.A., Economics

Chartered Financial Analyst
Series 7 NASD Registration (1997-1999)
Series 63 NASD Registration (1997-1999)

## Professional Activities

American Economic Association
American Finance Association
Chartered Financial Analyst Institute
Washington Society of Investment Analysts

## Testimony, Depositions, Reports and Affidavits

### Federal Court

*In Re National Prescription Opiate Litigation* United States District Court, Southern District of West Virginia, Civil Action No. 3:17-01362 and 3:17-01665.
> Expert Report, August 3, 2020.

*Frieda Mae Rogers v . Wilmington Trust Company et al* United States District Court, District of Delaware, Case No. 18-116-GMS.
> Trial Testimony, February 27, 2020.
> Deposition, September 20, 2019.
> Expert Report, July 26, 2019.

*USA v. James W. Millegan*, US District Court, District of Oregon, Portland Division, Case No. 3:19-cr-00528-IM.
> Expert Report, January 16, 2020.

*In Re National Prescription Opiate Litigation* United States District Court, Northern District of Ohio, Eastern Division, Case No. 17-MD-2804 (DAP).
> Deposition, May 9-10, 2019.
> Second Supplemental Expert Report, April 15, 2019.
> Supplemental Expert Report, April 3, 2019
> Expert Report, March 25, 2019.

*Securities and Exchange Commission v. RPM International, Inc. et al*, United States District Court, District of Columbia, Case No. 1:16-cv-01803 (ABJ)
> Deposition, April 23, 2019.
> Rebuttal Expert Report, December 20, 2018.
> Expert Report, November 2, 2018.

Appendices Page A-4 of 7542

*Gary and Caryl Luis et al v. RBC Capital Markets, LLC*, United States District Court, District of Minnesota, Case No. 0:16-cv-3873-SRN-TNL
> Deposition, February 21, 2019.
> Expert Report, October 20, 2018.

*Peaker Energy Group, LLC et al v Cargill Incorporated et al*, United States District Court Eastern District of Louisiana, Case No. 2:14-CV-02106.
> Deposition, October 28, 2016.
> Expert Report, August 5, 2016.

*Ernest O. Abbit et al v ING USA Annuity and Life Insurance Company et al*, United States District Court, Southern District of California, Case No: CV 05-6838
> Declaration, April 7, 2016.
> Deposition, March 13, 2015.
> Expert Report, February 20, 2015.

*Patsy Chambers, et al v North American Company for Life*, United States District Court for the Southern District of Iowa Central Division, No. 4:11-CV-00579-JAJ-CFB
> Reply Expert Report, April 22, 2015.
> Deposition, February 27, 2015.
> Supplemental Expert Report, January 30, 2015.
> Expert Report, August 18, 2014.
> Deposition, July 29, 2014.
> Expert Report, March 17, 2014.

*Vida F. Negrete, et al v. Allianz Life Insurance Company*, United States District Court, Central District of California, Case No: CV 05-6838
> Declaration, November 1, 2013.
> Deposition, May 1, 2012.
> Expert Report, March 9, 2012.
> Hearing Testimony, October 5, 2011.
> Declaration, September 15, 2011.
> Deposition, May 27, 2011.
> Supplemental Declaration, March 31, 2011.
> Deposition, October 29, 2008.
> Declaration, July 25, 2008.
> Second Supplemental Declaration, September 18, 2006.
> Supplemental Declaration, July 16, 2006.
> Declaration, May 26, 2006.

*The Municipal Corporation of Bremanger, et al v Citigroup, Inc.et al.* United States District Court, Southern District of New York, Civil Action, Civil Action No. 09-CV-7058.
> Declaration, July 13, 2012.
> Deposition, April 18, 2012.
> Rebuttal Expert Report, March 28, 2012.
> Expert Report, February 29, 2012.

*Bank of America, N.A. v JB Hanna et al.* United States District Court, Western District of Arkansas, Civil Action, Civil Action No. 10-5220
> Deposition, April 16, 2012.
> Expert Report, March 19, 2012.

Craig J. McCann
(page 4)

- 89 -

*In re: Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation*, United States District Court, Southern District of New York, Civil Action 09-MD-2072 (MGC)
> Hearing Testimony, October November December 2011.
> Rebuttal Expert Report, September 14, 2011.
> Deposition, August 2, 2011.
> Expert Report, June 30, 2011.

*Susan Antilla v. L. J. Altfest & Co., Inc.,*, United States District Court, District of Connecticut, No. 3:09-CV-2128-VLB.
> Deposition, December 20, 2011.
> Expert Report, August 12, 2011.

*In re : International Management Associates, LLC*, United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, Case No. 06-62966.
> Declaration, December 16, 2011.
> Expert Report, July 7, 2011.

*Thomas Todd Martin, III et al v Wachovia Bank, NA et al*, United States District Court, Northern District of Alabama, Case No.: CV-09-902464
> Expert Report, June 17, 2011.

*Corporate America Credit Union v Joseph Herbst, et al*, United States District Court, Northern District of Alabama, Case No.: CV-09-J-2126-S
> Rebuttal Expert Report, May 23, 2011.

*Sierra-Sonora Enterprises, Inc. et al v Domino's Pizza, LLC et al*, United States District Court, District of Arizona, NO. 2:10-cv-00105-JAT
> Expert Report, August 24, 2010.

*Houston Police Officer's Pension System v. State Street Bank and Trust Company and State Street Global Advisors, Inc.* United States District Court, Southern District of Texas, Houston Division, No. 08-05442-RJH
> Declaration, July 1, 2010.
> Deposition, May 10, 2010.
> Rebuttal Expert Report, March 19, 2010.
> Expert Report, January 15, 2010.

*Akanthos Capital Management, LLC, et al. v CompuCredit Holdings Corporation*, United States District Court, Northern District of Georgia, Atlanta Division, No. 1:10-CV-844-TCB
> Declaration, May 7, 2010.

*Securities and Exchange Commission v. Kederio Ainsworth et al*, United States District Court, central District of California, Eastern Division, Civil Action No. EDCV08-1350 VAP(OPx)
> Deposition, February 2, 2010.
> Supplemental Expert Report, January 5, 2010.
> Expert Report, December 11, 2009.

*Florence Smith v National Western Life Insurance Company* United States District Court, Middle District of Pennsylvania, Civil Action no. 08-2119
> Expert Report, January 4, 2010.

*City of Cedar Rapids and Cedar Rapids/Linn county Solid Waste Agency v. Wells Fargo Brokerage Services, LLC.* United States District Court, Northern District of Iowa, Cedar Rapids Division, No. ___
> Rebuttal Expert Report, December 2, 2009.
> Expert Report, September 3, 2009.

Craig J. McCann
(page 5)

Appendices Page A-6 of 7542

*Daniel G. Schmidt, III v Wachovia Bank, N.A.* United States District Court, Southern District of Texas, Houston Division, No. 08-05442-RJH
> Deposition, February 25, 2010.
> Expert Report, October 30, 2009.

*In Re Midland National Insurance Co. Annuity Sales Practices Litigation,* United States District Court, Central District of California, No. MDL No. 07-1825 CAS (MANx).
> Deposition, September 12, 2009.
> Supplemental Declaration, June 19, 2009.
> Deposition, January 8, 2008.
> Declaration, October 31, 2007.
> Deposition, July 27, 2007.
> Declaration, July 16, 2007.
> Declaration, July 2, 2007.
> Declaration, June 29, 2007.

*Securities and Exchange Commission v. Biovail Corporation et al,* United States District Court, Southern District of New York, Civil Action No. 08 CIV 02979 (LAK)
> Expert Report, July 2, 2009.

*CountryMark Cooperative, LLP, v Morgan Keegan & Company, Inc.,* United States District Court, Southern District of Indiana, Case No: 1:08-cv-00118-RLY-JMS
> Expert Report, April 6, 2009.

*Amy J. Straily et al v UBS Financial services, Inc.,* United States District Court, District of Colorado, Case No: 07-cv-00884-REB-KMT
> Deposition, February 22, 2009.
> Supplemental Expert Report, January 16, 2009.
> Expert Report, January 16, 2009.

*Securities and Exchange Commission v. Competitive Technologies, et al,* United States District Court, District of Connecticut, Civil Action No. 304-CV-1331 JCH.
> Trial Testimony, October 7, 2008.
> Trial Testimony, November 15, 2007.
> Deposition, February 22, 2006.
> Expert Report, January 30, 2006.

*In Re American Equity Annuity Practices and Sales Litigation,* United States District Court, Central District of California, No. MDL No. CV-05-6735-CAS (MANx).
> Deposition, July 24, 2008.
> Declaration, April 21, 2008.

*In re Alstom SA Securities Litigation,* United States District Court, Southern District of New York, Case No: 03-CV-6595 (VM).
> Affidavit, January 4, 2008.

*Vida F. Negrete, et al v. Fidelity and Guaranty Life Insurance Company,* United States District Court, Central District of California, Case No: CV 05-6837.
> Declaration, January 22, 2008.
> Declaration, December 26, 2007.
> Deposition, August 28, 2007.
> Declaration, July 23, 2007.

Craig J. McCann
(page 6)

- 91 -

*Youwin (Kevin) Ma et al v Merrill Lynch & Co., Inc. and Irene S. Ng,* United States District Court, Southern District of New York, Case No. 06 CV 15497.
> Expert Report, December 24, 2007.

*Dale Sakai v Merrill Lynch Life Insurance Company,* United States District Court, Northern District of California, Case No: CV 06-2581.
> Deposition, December 10, 2007.
> Expert Report, October 26, 2007.

*Securities and Exchange Commission v. Louis E. Rivelli, et al,* United States District Court, District of Colorado, Civ. 05-CV-1039 RPM-MJW
> Deposition, March 3, 2008.
> Expert Report, October 8, 2007.

*Kevin Lamkin, et al v. UBS PaineWebber, Inc.,* United States District Court, Southern District of Texas, Civil Action No. H-02-0851
> Deposition, February 28, 2007.
> Expert Report, June 1, 2006.

*Carmen Migliaccio, et al. v. Midland National Life Insurance Company,* United States District Court, Central District of California, Case No: CV 05-6838.
> Deposition, February 13, 2007.
> Declaration, December 28, 2006.

*Gary Yokoyama, et al. v. Midland National Life Insurance Company,* United States District Court, District of Hawaii, Case No. 05-00303 MS KSC.
> Deposition, November 20, 2006.
> Declaration, November 10, 2006.
> Declaration, May 4, 2006.

*Samuel Cooper, et al v. Pacific Life Insurance Company et al,* United States District Court, Southern District of Georgia, Case No. CV 203-131
> Deposition, September 12, 2006.
> Expert Report, July 5, 2006.

*United States of America v. Jamie Olis,* United States District Court, Southern District of Texas, Criminal Number H-03-217.
> Expert Report, December 23, 2005.

*David Henderlight and Christine Henderlight v AmSouth Bank,* United States District Court, Eastern District of Tennessee, Knoxville Division Civil Action No: 3:02-CV-169.
> Deposition, July 7, 2005.
> Expert Report, January 18, 2005.

*United States of America v. Bernard J. Ebbers* United States District Court, Southern District of New York, Docket S4 02 Cr. 1144 (BSJ).
> Expert Report June 8, 2005.

*In Re: Kaiser Group International, Inc. et al.,* United States Bankruptcy Court for the District of Delaware, Case Nos. 00-2263 to 00-2301 (MFW).
> Declaration, May 29, 2005.

*United States of America v. Shawn P. McGhee* United States District Court, District of Eastern Virginia, Docket 04-495.
> Expert Report March 4, 2005.

Craig J. McCann
(page 7)

*Walnut Capital Partners et al. v Key Bank / McDonald Investments, Inc.*, United States District Court, Western District of Pennsylvania, Case No. 03-CV-0284.
> Affidavit, February 14, 2005.
> Deposition, September 8, 2004.
> Supplemental Expert Report July 2, 2004.
> Expert Report June 1, 2004.

*Securities and Exchange Commission v. David Gane et al* United States District Court, Southern District of Florida Miami Division, Civil Action No:03-61553.
> Trial Testimony, December 10, 2004.
> Deposition August 2, 2004.
> Expert Report July 20, 2004.

*Simon Falic et al v Legg Mason Wood Walker, Inc.*, United States District Court, Southern District of Florida, West Palm Beach Division Civil Action No. 03-80377.
> Expert Report, October 19, 2004.

*Securities and Exchange Commission v. David W. Butler* United States District Court, Western District of Pennsylvania, Civil Action No. 00-1827.
> Trial Testimony September 21, 2004.
> Expert Report January 9, 2003.
> Deposition, October 26, 2001.
> Expert Report October 15, 2001.

*United States of America v. Franklin C. Brown* United States District Court, Middle District of Pennsylvania CR-02-146-02.
> Trial Testimony, August 6, 2004.
> Expert Report July 19, 2004.

*United States of America v. Jeffry R. Anderson* United States District Court, District of Eastern Virginia, Docket 1:03-CR-444.
> Expert Report January 2, 2004.

*United States of America v. Scott H. Miller* United States District Court, District of Eastern Virginia, Docket No. 03-443-A.
> Expert Report December 3, 2003.

*In re: World Access, Inc. Securities Litigation*, United States District Court, Northern District of Georgia Atlanta Division, 1:99-CV-0043-ODE.
> Rebuttal Expert Report August 8, 2003.
> Expert Report June 27, 2003.

*In re: Pediatric Services of America, Inc. Securities Litigation*, United States District Court, Northern District of Georgia Atlanta Division.
> Expert Report November 19, 2001.
> Affidavit, October 13, 2000.

*United States of America v. Paul F. Polishan* United States District Court, Middle District of Pennsylvania No.3: CR-96-274.
> Trial Testimony November 15, 2001.
> Expert Report November 5, 2001.

Appendices Page A-9 of 7542

*Kantishna Mining Company, Inc. et al v. Gail Norton et al* United States District Court, District of Alaska F98-007 CV.
>Declaration, June 1, 2001.
>Expert Report and Declaration, April 17, 2001.

*H. James Griggs et al v. Pace American Group, Inc., Coopers & Lybrand L.L.P., et al* United States District Court, District of Arizona.
>Trial Testimony, March 13, 2001.
>Deposition, December 4, 2000.
>Expert Report, November 14, 2000.

*David Lesser, et al v Quadramed Corporation* United States District Court, District of Eastern Virginia No: 00 Civ. 606-A.
>Expert Report, September 8, 2000.

*John Tenaglia and The Tenaglia Family Partnership v. A.F. Best Securities et al,* United States District Court, Southern District of Florida.
>Expert Report, March 31, 2000.

*UMG Recordings, Inc. et al v. MP3.com, Inc.,* United States District Court, Southern District of New York, No:00 Civ. 0472.
>Expert Report, August 8, 1999.

*Jonathan Bekhor et al v. Josephthal Holdings et al,* United States District Court, Southern District of New York, No: 96 Civ. 4156.
>Deposition, September 30, 1999.
>Expert Report, August 20, 1999.

*John Shane and Beth Goodman v. Tokai Bank,* United States District Court, Southern District of New York, No:96 Civ. 5187.
>Trial Testimony, October 23, 24 1997.
>Deposition, October 19, 1997.
>Expert Report, October 18, 1997.

## State Court

*State of Ohio v McKesson et al.* Court of Common Pleas, Madison County, Ohio, Case No. CVH20180055
>Deposition, July 15, 2020.
>Expert Report, February 22, 2020.

*In Re Opioid Litigation, 400000/2017* Case Nos. County of Suffolk, 400001/2017, County of Nassau, 400008/2017; and New York State, 400016/2018
>Deposition, January 27, 2020.
>Expert Report, December 18, 2019.

*In Re Jeffrey Bryan Hall,* State of Ohio, Franklin County, Case No. 04124-17-CR
>Expert Report, December 31, 2019.

*Wayne Harwell v Texas Next Captial, L.P., et al* District Court, Bexar County, Texas, 166th Judicial District, Case No. 2017CI03737
>Deposition, November 26, 2019.
>Expert Report, February 21, 2019.

Craig J. McCann<br>(page 9)

- 94 -

*State of Washington v. CLA Estate Services, Inc.*, King County Superior Court, Washington, No. 18-2-06309-4 SEA
    Deposition, August 7, 2019.
    Expert Report, June 14, 2019.

*In Re: Lawrence J. and Florence A. DeGeorge Charitable Trust et al v Lawrence F. DeGeorge et al*, In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Probate Division, Case No. 502012CP004397XXXXMB
    Trial Testimony, August 21, 2017.

*Douglas Ballinger, et al v Regions Investment Management Inc. et al* In the Sixth Circuit Court of Tennessee for the Twentieth Judicial District at Nashville.
    Deposition, April 26, 2017.
    Expert Report, March 8, 2017.

*Travis A. Medve v JP Morgan Chase Bank, N.A., et al*, In the District Court of Harris County, Texas, 61st Judicial District, Cause No. 2015-38122
    Deposition, February 24, 2017.
    Expert Report, December 5, 2016.

*Jack Loperena v Steve Antry, et al*, In the District Court of Tulsa County, State of Oklahoma CJ-2013-03058
    Trial Testimony, June 10, 2016.
    Deposition, November 4, 2015.

*Roberta Mell v Resnick Investment Advisors, LLC* Superior Court, Judicial District of Stamford/Norwalk State of Connecticut, CV 13-6019201S
    Deposition, March 11, 2016.
    Expert Report, November 3, 2015.

*Frances Brilliard, et al v Morgan Asset Management Inc. et al* In the Circuit Court of Tennessee for the Thirteenth District at Memphis, Shelby County, Case No: DC-09-14448.
    Deposition, February 20, 2015.
    Expert Report, January 2, 2015.

*Purdue Avenue Investors L.P. et al v Morgan Keegan & Co. Inc, et al*, In the District Court, Dallas County, Texas, 101st Judicial District, Case No: DC-09-14448.
    Trial Testimony, October 16, 2014.
    Deposition, August 22, 2014.
    Expert Report, July 15, 2014.

*Francis P. Maybank v BB&T Corporation, et al*, State of South Carolina, County of Greenville, Court of Common Pleas, C.A. No. 2011-CP-23-8578.
    Trial Testimony, June 19, 2014.
    Deposition, February 7, 2014.

*Robert L. McDonald v Camarind, Mogey & Fife et al*, In The Court of Common Pleas of Allegheny County, Pennsylvania, Case No. CD-11-016862.
    Expert Report, July 11, 2013.

*Commonwealth v. Brett B. Weinstein, Esquire, et al.* No. 239 M.D. 2006, *Commonwealth v. Estate Planning Advisors Corp, et al.* No. 740 M.D. 2004, and *Commonwealth v. Brett B. Weinstein, Esquire, et al.* No. 576 M.D. 2001, Commonwealth Court of Pennsylvania.
    Expert Report, April 8, 2013.

Craig J. McCann
(page 10)

- 95 -

*Firefighters Retirement System v Regions Bank et al,* State of Louisiana, Nineteenth Judicial District Court for the Parish of East Baton Rouge, Docket No. 56874, Division 25.
> Expert Report, November 1, 2012.
> Expert Report, July 20, 2012.

*C. Randall Lewis, Receiver v. Steve Taylor,* District Court, Denver County, Co., Case No. 2011CV2071.
> Affidavit, November 1, 2012.
> Expert Report, October 8, 2012.

*In Re International Textile Group, Inc. Merger Litigation,* State of South Carolina, County of Greenville, Court of Common Pleas, C.A. No. 2009-CP-23-3346.
> Deposition, October 24, 2012.
> Supplemental Expert Report, October 19, 2012.
> Supplemental Expert Report, July 27, 2012.
> Deposition, December 8, 2011.
> Expert Report, July 20, 2011.
> Deposition, May 13 and May 14, 2011.
> Expert Report, April 1, 2011.

*Lennar Corporation et al v Briarwood Capital, LLC et al* Circuit Court, Miami-Dade County, CACE 08-55741 CA 40
> Deposition, September 18, 2012.
> Expert Report, August 16, 2012.

*Susan W. Gore v Robert Gore et al* Chancery Court, Delaware, C.A. No. 4237-VCN
> Rebuttal Expert Report, September 7, 2012.
> Expert Report, June 27, 2012.

*Woodbridge Holdings, LLC v Prescott Group Aggressive Small Cap Master Fund et al,* Circuit Court, Broward County, CACE 09-64811.
> Trial Testimony, May 31, 2012.
> Rebuttal Report, May 23, 2011.
> Deposition, May 4, 2012.
> Rebuttal Report, April 24, 2011.
> Expert Report, April 2, 2011.

*Pursuit Partners, LLC and Pursuit Management, LLC v. UBS AG Securities LLC et al,* Superior Court, Judicial District of Stamford-Norwalk at Stamford No. X05-CV-08-4013452-S
> Deposition, June 7, 2011.
> Expert Report, May 5, 2011.

*Petition of Bank One Trust Company, N.A. For Instruction and Construction of Trust,* District Court, Tulsa County, State of Oklahoma, Case No. PT-2006-013
> Trial Testimony, April 19 and May 19, 2011.
> Supplemental Expert Report, November 16, 2009.
> Deposition, December 15, 2008.
> Expert Report, June 13, 2008.

*BB&T Asset Management, Inc., et al v Frederick V. Martin,* Virginia Circuit Court for the City of Norfolk Case No. CL07006153-00
> Expert Report, August 15, 2008.

Craig J. McCann
(page 11)

- 96 -

*Ross Gampel et al v Northern Trust Bank of Florida*, Circuit Court, Broward County, CACE
05-18352 CA 31,
   Deposition, April 17, 2008.

*Cynthia Weiss v Robert Sturman, et al* In The Court of Common Pleas of Philadelphia County,
August Term, 2006 NO. 3332
   Expert Report January 23, 2008.

*Salix Affiliates et al v Lattimore, Black, Morgan & Cain, P.C.*, Chancery Court, Tennessee Case
No. 06-1500-IV
   Deposition, December 5, 2007.
   Expert Report, September 21, 2007.

*Tafazzoli Family Limited, et al v. TradeStation Group, Inc. et al* Circuit Court, Miami-Dade
County, CACE 03-19815 CA 40.
   Deposition, September 18, 2007.

*Glenn Wall, et al v. James F. Bottoms, et al* State Court of Fulton County, Georgia, Case No.
06VS091950F.
   Deposition, June 19, 2007.

*Andrew A. Allen Family Limited Partnership v. TradeStation et al* Circuit Court, Broward County,
CACE 03-014229.
   Trial Testimony, May 4, 2007.
   Deposition, February 20, 2007.

*Remmora Investments v Robert Orr*, Circuit Court of Fairfax County, VA No. 187948
   Trial Testimony, November 20, 2006.
   Deposition, October 9, 2006.

*Gerardo Martin Demeruis Chaul, et al, v. Mohammed Abu-Ghazaleh, et al* Circuit Court, Miami-
Dade County, CACE 02-31670 CA 32.
   Trial Testimony, November 6, 2006.
   Deposition, October 11, 2005.
   Expert Report July 15, 2005.

*Calomiris v Calomiris*, District of Columbia Superior Court, Civil Action No. 05-0004062
   Deposition, October 11, 2006.

*Jack Holtsberg and Elaine M. Holtsberg v. Citigroup et al* Circuit Court, Palm Beach County,
CACE 50 2004CA000837
   Affidavit, August 28, 2006.

*Majestic Enterprises v. Northern Trust Bank of Florida* Circuit Court, Broward County, CACE 03-
19243.
   Deposition, July 26, 2006.

*San Carlos Apache Tribe Government Employee's 401(K) v. A. Thomas Ullmann et al*, Superior Court
of Arizona, Case No. CV2005-005942.
   Supplemental Expert Report, July 24, 2006.
   Expert Report, June 30, 2006.

*Patrick T. Noonan and Nancy J. Noonan v. Hackett Investment Advisors, Inc. et al*, Superior Court of
Arizona, No. CV2005-010186.
   Deposition, June 21, 2006.

Craig J. McCann
(page 12)

- 97 -

*Stephen F. Johnston et al v Baran Group et al*, Superior Court of Fulton County, State of Georgia, Case No. 2004CV89313.
> Deposition, June 28, 2006.
> Expert Report June 9, 2006.

*Carol Pomerantz et al v. Northern Trust Bank of Florida, et al* Circuit Court, Broward County, CACE 02-015246-08,
> Deposition, October 5 and October 12, 2005.

*Carney Family Irrevocable Trust of 1999 v State Street Global Advisors, et al* Superior Court of Commonwealth of Massachusetts, CIV. 03-2716 BLS 2
> Deposition, June 21, 2005.

*Trust Estate of Emanuel Rosenfeld, Settlor* In The Court of Common Pleas of Philadelphia County, Orphans' Court Division, O.C. NO. 1664 IV OF 2002
> Trial Testimony, May 3, 2005.
> Expert Report April 8, 2005.

*Esi U. Chamness et al v. Northern Trust Bank of Florida, et al* Circuit Court, Broward County, CACE 03-001939-12,
> Deposition, February 17 and February 18, 2005.
> Affidavit, November 19, 2004.

*Ponswamy Rajalingham et al v Urecoats International, Inc. et al*, Circuit Court, Broward County, CACE 02-009324,
> Deposition, March 1, 2004.

*William J. Kerley v. McCullough, Sherrill LLP, et al* State Court of Fulton County, State of Georgia, Civil Action No. 02VS028870E,
> Affidavit, March 12, 2004.
> Deposition, September 11, 2003.

*Plantation Sales, Inc. dba Plantation Nissan/Volvo v Northern Trust Bank of Florida*, Circuit Court, Broward County, CACE 02-006761 (05),
> Deposition, February 19, 2004.

*Century Business Services v Victor C. Moore*, Court of Common Pleas, Cuyahoga County, Case No. 469291,
> Trial Testimony, February 9, 2004.
> Deposition, January 19, 2004.

*Michael B. Holt, as Trustee of the Mark E. Munro Charitable Remainder Unitrust, v. Merrill Lynch Trust Co., et al* Superior Court of New Jersey, Docket # ESX-L-6713-02
> Deposition, January 15, 2004.
> Expert Report, September 8, 2003.

*Jack E. Forbes v. A.G. Edwards, et al* Circuit Court of Monongalia County, State of West Virginia, Civil Action No. 01-C-325
> Trial Testimony, December 11, 2003.
> Deposition, September 30, 2003.

*In re: Thompsons vs. Glenmede Trust Company*, Court of Common Pleas Philadelphia County, Pennsylvania February Term 2002, 004428
> Expert Report, August 25, 2003.

Craig J. McCann
(page 13)

- 98 -

*In re: Moutsatsos vs. Glenmede Trust Company*, Court of Common Pleas Philadelphia County, Pennsylvania May Term 2001, 003659
      Expert Report, July 7, 2003.

*Nancy J. Needham et al v. Advanced Communications et al* Circuit Court of Florida, Fifteenth Judicial Circuit, Case No.: 00-0067-CA-HDH
      Affidavit, May 15, 2003.

*JDN Realty et al v. McCullough, Sherrill LLP, et al* Superior Court of the State of Georgia, Civil Action No. 01-CV-39193,
      Deposition, April 8, 2003.

*Dezendorf v Riggs Bank*, District of Columbia Superior Court, Civil Action No. 00502-01
      Deposition, April 24, 2002.

*Ratcliff Family Charitable Remainder Trust et al v. Appletree Capital Management et al* Circuit Court of Collier County, Florida Case No.: 00-0067-CA-HDH
      Affidavit, August 22, 2001.

*Mahvash Sabet v. Olde Discount Corporation et al*, Superior Court of Arizona
      Affidavit, July 31, 2001.
      Trial Testimony, April 24 and April 25, 2001.
      Deposition, January 22 and January 23, 2001.
      Supplemental Expert Report, October 11, 2000.
      Expert Report, August 31, 2000.
      Affidavit, February 17, 2000.

*Pierce v van Beuren*, Circuit Court of Rappahannock County, VA
      Trial Testimony, January 24, 2001.

*Jason A. Forge et al v. National Semiconductor Corp. et al*, Superior Court of the State of California, County of Santa Clara CV 770082
      Deposition, May 18, 2000.

## International

*Great Canadian Gaming Corp., et al v. British Columbia Lottery Commission* Supreme Court of British Columbia, Vancouver Registry No.: S-152587.
      Expert Report, March 23, 2019.

*In the Matter of Home Capital Group Inc et al*, before the Ontario Securities Commission
      Expert Report, May 26, 2017.

*In the Matter of Jowdat Waheed and Bruce Walter*, before the Ontario Securities Commission
      Expert Report, December 24, 2012.

*In the Matter of Biovail Corporation et al*, before the Ontario Securities Commission
      Trial Testimony, April 9, 2009.
      Expert Report, February 27, 2009.

Craig J. McCann
(page 14)

- 99 -

## AAA, JAMS and Other Arbitrations

*Denise Pierson Newman et al v Millennium Trust Company*, JAMS Arbitration
　　　Expert Report, September 3, 2019.

*Joseph M. Piccirilli et al v U.S Trust*, JAMS Arbitration
　　　Rebuttal Expert Report, April 17, 2019
　　　Expert Report, March 15, 2019.

*Kasti Shirvaninan v Citigroup Global Markets Inc. (f/k/a) Salomon Smith Barney* AAA
Arbitration
　　　Trial Testimony, December 16, 2016.
　　　Trial Testimony, February 8, 2016.
　　　Deposition, January 15, 2016.

*Estate of Carroll S. Walraven v Genspring*, JAMS Arbitration
　　　Expert Report, May 3, 2016.

*Poston Lumber, LLC et al v TBSG, LLC et al* JAMS Arbitration
　　　Trial Testimony, April 13, 2016.

*Albert C. Woodroof et al v Genspring*, JAMS Arbitration
　　　Expert Report, March 13, 2015.

*Michael Gould and Janice Gould v Genspring*, JAMS Arbitration
　　　Expert Report, January 12, 2015.

*Metzler et al v Calhoun et al*, Henning Mediation & Arbitration
　　　Trial Testimony, October 16, 2014.

*Oscar Williams et al v Montecito*, AAA Arbitration
　　　Trial Testimony, August 26, 2014.

*Auto City Service, Inc., et al v , JP Morgan Chase Bank*, AAA Arbitration
　　　Expert Report, July 9, 2014.

*Allina Health System v UBS Securities, LLC*, AAA Arbitration
　　　Declaration, March 5, 2014.

*Randal Golden v Genspring*, AAA Arbitration
　　　Expert Report, November 1, 2013.

*Richard Golden v Genspring*, AAA Arbitration
　　　Trial Testimony, June 6, 2012.
　　　Rebuttal Expert Report, May 21, 2012.
　　　Expert Report, April 6, 2012.

*St. Anthony Foundation vs. SCM Advisors, LLC* AAA Arbitration
　　　Trial Testimony, March 8, 2011.

*Stephen Tigerman v Heller Capital Resources, Inc. et al* JAMS Arbitration
　　　Trial Testimony, February 9, 2011.
　　　Deposition, January 6, 2011.

*Peter Fusco v Fisher Investments, Inc.* AAA Arbitration,
　　　Trial Testimony, September 16, 2010.

Craig J. McCann
(page 15)

- 100 -

*Elliott C. Levinthal al v. First Republic Securities Company LLC et al* AAA Arbitration
  Trial Testimony, April 7, 2010.

*Matthew Schoenberg et al v Wells Fargo Bank, N.A. et al* AAA Arbitration
  Trial Testimony, January 11, 2010.
  Deposition, January 5, 2010.
  Expert Report, December 11, 2009.

*Robert Tandler et al v. First Republic Securities Company LLC et al* AAA Arbitration
  Trial Testimony, August 25, 2009.

*CRG Partners, Inc. et al v Genesis Technology Group,* AAA Arbitration
  Trial Testimony, December 4 and December 23, 2008.
  Deposition, November 26, 2008 and December 19, 2008.
  Supplemental Expert Report, December 18, 2008.
  Expert Report, November 24, 2008.

*Anthony Ostlund & Baer, P.A. et al v Vigilant Investors L.P. et al.* AAA Arbitration
  Trial Testimony, October 30, 2008.

*Dominion Terminal Associates v. CSX Transportation, Inc.,* AAA Arbitration
  Deposition, June 23, 2006.
  Expert Report, May 17, 2006.
  Declaration, February 9, 2006.

*Bradley Markham and John Truchanowicz v Black Box Inc.,* AAA Arbitration
  Trial Testimony, June 4, 2002.
  Expert Report, May 22, 2002.

*Douglas Millar et al v Merrill Lynch, et al* JAMS Arbitration.
  Trial Testimony, May 9, 2002
  Supplemental Expert Report, April 10, 2002.
  Expert Report, March 23, 2002.

*Raymond H. Stanton II and Raymond H. Stanton III v. Cendant Corporation,* AAA Arbitration,
  Trial Testimony, October 16 and 18, 2000.
  Expert Report, February 9, 2000.

## NASD, NYSE and FINRA Arbitrations

Dr. McCann has testified before approximately 400 NASD, NYSE, and FINRA arbitrations.

## Miscellaneous Testimony

*New Hampshire, Secretary of State, Bureau of Securities Regulation v Steven Meyer.* State of New Hampshire, Secretary of State, Bureau of Securities Regulation
  Affidavit, June 29, 2017.

*In the Matter of Zachary Mannes and Raphi Capital Management LLC* Before the Securities Commissioner of Maryland, Case No. 2015-0128
  Expert Report, November 1, 2016.

Craig J. McCann
(page 16)

Appendices Page A-17 of 7542

*In the Matter of Timothy K. Fife* Before the Ohio Department of Commerce, Division of Securities, Case No. 14-028
> Hearing Testimony, September 9, 2015.

*In the Matter of St. Bernard Financial Services, Inc., Robert Keenan and Steele Stebpens,* Before the Arkansas Securities Commissioner, Case No. S-12-0063
> Hearing Testimony, April 6, 2015.
> Deposition, September 8, 2014.
> Expert Report, December 20, 2013.

*In the Matter of Focus Capital and Nicolas Rowe. Respondent.* State of New Hampshire, Secretary of State, Bureau of Securities Regulation
> Expert Report, December 7, 2012.

*In the Matter of: UBS Financial Services, Inc. Respondent.* State of New Hampshire, Secretary of State, Bureau of Securities Regulation
> Expert Report, February 17, 2011.

*South Beach Securities Inc.* before the National Securities Clearing Corporation,
> Hearing Testimony February 9, 2000.
> Expert Report January 31, 2000.

*Report on The Adequacy of the SIPC Fund* to the Board of Directors of Securities Investor Protection Corporation, April 22, 1998.

Before the Subcommittee on Securities of the Senate Banking Housing and Urban Affairs Committee, "How (and Why) Companies Should Value Their Employee Stock Options" Senate Hearings No. 103-359, October 21, 1993.

## Publications and Working Papers (available at www.slcg.com)

"UBS Yield Enhancement Strategy Returns - and then the Losses – Were Caused by Equity Market Exposure" with Regina Meng and Edward O'Neal, 2019, working paper.

"Rating Brokerage Firms by Their Complaint Histories Rather Than by Their Brokers' Histories," with Chuan Qin and Mike Yan, 2017, working paper.

"Efficient Valuation of Equity-Indexed Annuities Under Levy Processes Using Fourier-Cosine Series" with Geng Deng, Tim Dulaney and Mike Yan, 2017, *Journal of Computational Finance.* Vol 21, No 2, pp 1-27.

"How Widespread and Predictable is Stock Broker Misconduct?" with Mike Yan and Chuan Qin, *Journal of Investing,* Summer 2017, pp. 6-25.

"Structured Products and the Mischief of Self-Indexing" with Mike Yan and Geng Deng, *Journal of Index Investing,* Spring 2017, pp. 16-29.

"An Empirical Analysis of Non-traded REITs", with Brian Henderson and Joshua Mallett, *Journal of Wealth Management,* 19(1): 83-94, Summer 2016.

"Fiduciary Duties and Non-Traded REITs" *Investments & Wealth Monitor* July/August 2015.

"Ex-post Structured Product Returns: Index Methodology and Analysis" with Geng Deng, Tim Dulaney, Tim Husson and Mike Yan, *Journal of Investing,* Summer 2015, Vol. 24, No. 2: pp. 45–58.

"Structured Certificates of Deposit: Introduction and Valuation", with Geng Deng, Tim Dulaney and Tim Husson, *Financial Services Review* Volume 23, Number 3, 2014.

Craig J. McCann
(page 17)

- 102 -

"Large Sample Valuations of Tenancies-in-Common" with Timothy Husson, Edward O'Neil and Carmen Taveras, *Journal of Real Estate Portfolio Management*, vol. 20, no. 2 2014.

"A Primer on Non-Traded REIT's and Other Alternative Real Estate Investments" with Tim Husson and Carmen Taveras, *Alternative Investment Analyst Review*, 2014.

"Dual Directional Structured Products" with Geng Deng, Tim Dulaney and Tim Husson, 2014. *Journal of Derivatives and Hedge Funds* Volume 20, Issue 2 (May 2014).

"Private Placement Real Estate Valuation" with Timothy Husson, Edward O'Neil and Carmen Taveras, 2014, *Journal of Business Valuation and Economic Loss Analysis* Volume 9, Issue 1 (Jan 2014).

"Valuation of Structured Products" with Geng Deng and Tim Husson, 2014, *Journal of Alternative Investments* Spring 2014, Vol. 16, No. 4: pp. 71–87

"Modeling a Risk-Based Criterion for a Portfolio with Options" with Geng Deng and Tim Dulaney, *Journal of Risk*. Vol. 16, No. 6.

"The Fall of Willow" with Geng Deng, 2014.

"Structured Product Based Variable Annuities" with Geng Deng, Tim Dulaney and Tim Husson, *Journal of Retirement* Winter 2014, Vol. 1, No. 3: pp. 97-111.

"Valuation of Reverse Convertibles in the Variance Gamma Economy" with Geng Deng and Tim Dulaney, *Journal of Derivatives and Hedge Funds*. (2013) 19, 244–258.

"Crooked Volatility Smiles: Evidence from Leveraged and Inverse ETF Options" with Geng Deng, Tim Dulaney and Mike Yan, *Journal of Derivatives and Hedge Funds*, (2013) 19, 278–294.

"Robust Portfolio Optimization with Value-at-Risk Adjusted Sharpe Ratios," with Geng Deng, Tim Dulaney and Olivia Wang *Journal of Asset Management*, (2013) 14, 293–305.

"Using EMMA to Assess Municipal Bond Markups" with Geng Deng, 2013.

"Municipal Bond Markups" with Geng Deng, 2013.

"Optimizing Portfolio Liquidation Under Risk-Based Margin Requirements" with Geng Deng and Tim Dulaney, *Journal of Finance and Investment Analysis*, vol. 2, no. 1, 2013, 121-153.

"The Priority Senior Secured Income Fund," with Tim Dulaney and Tim Husson, 2013.

"What is a TIC Worth?" with Tim Husson and Carmen Taveras, 2013.

"The Rise and Fall of Apple-linked Structured Products" with Geng Deng, Tim Dulaney and Mike Yan, 2013.

"Are VIX Futures ETPs Effective Hedges?" with Geng Deng and Olivia Wang, 2012, *Journal of Index Investing*, 3(3):35-48, Winter 2012.

"The Properties of Short Term Investing in Leveraged ETFs" with Geng Deng, *Journal of Financial Transformation*, October 2012.

"Leveraged Municipal Bond Arbitrage: What Went Wrong?" with Geng Deng, 2012, *Journal of Alternative Investments*, Spring 2012, Vol. 14, No. 4: pp. 69–78.

"Isolating the Effect of Day-Count Conventions on the Market Value of Interest Rate Swaps" with Geng Deng, Tim Dulaney and Tim Husson, 2012.

"CLOs, Warehousing, and Banc of America's Undisclosed Losses" with Tim Husson and Olivia Wang, 2012.

- 103 -

"Using Monte-Carlo Simulation Techniques to Value Partial Interests in Trusts and Assess the Prudent Investor Standard" with Geng Deng and Tim Husson, 2012.

"Rethinking the Comparable Companies Valuation Method" with Paul Godek, Dan Simundza and Carmen Taveras, 2011.

"The Anatomy of Principal Protected Absolute Return Barrier Notes" with Geng Deng, Ilan Guedj and Joshua Mallett, 2011, *Journal of Derivatives*, Winter 2011, Vol. 19, No. 2: pp. 61-70.

"Modeling Autocallable Structured Products" with Geng Deng and Joshua Mallett, 2011, *Journal of Derivatives & Hedge Funds* 17, 326–340.

"What Does a Mutual Fund's Term Tell Investors?" with Geng Deng and Edward O'Neal, *Journal of Investing* Summer 2011 vol. 20.

"The VXX ETN and Volatility Exposure" with Tim Husson, 2011.

"Futures-Based Commodities ETFs" with Ilan Guedj and Guohua Li, *Journal of Index Investing*, Summer 2011 vol. 2, no. 1.

"What Does a Mutual Fund's Average Credit Quality Tell Investors?" with Geng Deng and Edward O'Neal, *Journal of Investing* Winter 2010 vol. 19, no. 4.

"Leveraged ETFs, Holding Periods and Investment Shortfalls" with Ilan Guedj and Guohua Li, 2010, *Journal of Index Investing* Winter 2010 vol. 1, no. 3.

"Charles Schwab YieldPlus" with Geng Deng, and Edward O'Neal, 2010.

"What TiVo and JP Morgan teach us about Reverse Convertibles", with Geng Deng, Edward O'Neal, and Guohua Li, 2010.

"The Risks of Preferred Stock Portfolios," with Guohua Li and Edward O'Neal, 2010.

"Auction Rate Securities" with Edward O'Neal, 2010.

"Structured Products in the Aftermath of Lehman Brothers" with Geng Deng and Guohua Li, 2009.

"Oppenheimer Champion Income Fund" with Geng Deng and Joshua Mallett, 2009.

"Regions Morgan Keegan and the Abuse of Structured Finance", 2009.

"An Economic Analysis of Equity-Indexed Annuities", 2008.

"A CMO Primer: The Law of Conservation of Structured Securities Risk", 2007.

"Are Structured Products Suitable for Retail Investors?" with Dengpan Luo, 2006.

"An Overview of Equity-Indexed Annuities" with Dengpan Luo, 2006.

"Annuities" with Kaye A. Thomas, 2005.

"Optimal Exercise of Employee Stock Options and Securities Arbitrations" with Kaye A. Thomas, 2005.

"Concentrated Investments, Uncompensated Risk and Hedging Strategies" with Dengpan Luo, , 2004.

"The Use of Leveraged Investments to Diversify a Concentrated Position" with Dengpan Luo, *Securities Arbitration 2004 Handbook* PLI.

"Detecting Personal Trading Abuses", 2003.

"Churning Revisited: Trading Costs and Control" with Dengpan Luo, *Securities Arbitration 2003 Handbook* PLI.

"The Suitability of Exercise and Hold," with Dengpan Luo, *Securities Arbitration 2002 Handbook*, PLI.

Craig J. McCann
(page 19)

- 104 -

"Spreads, Markups, Sales Credits and Trading Costs," with Richard Himelrick, Esq.

"The Prudent Investor Rule, Uniform Prudent Investor Act and Financial Theory," 2000.

"Economic Analysis in Broker Customer Disputes Involving Allegations of Churning," *Journal of Legal Economics* 9:1 Spring/Summer 1999.

"A Comment on Accelerated Trading Models Used in Securities Class Action Lawsuits," with David Hsu, *Journal of Legal Economics* 8:3 Winter 1998-1999.

"How (and Why) Companies Should Value Their Employee Stock Options," *Journal of Applied Corporate Finance* Summer 1994, Volume 7 number 2, page 91.

"Perspectives: Taking Account of Stock Options," *Harvard Business Review* January-February 1994, Volume 72 number 1, page 27.

"Golden Parachutes: A Theoretical and Empirical Investigation," unpublished Ph.D. dissertation, UCLA, 1989.

### Presentations at Conferences and Colloquia

Dr. McCann has been invited to speak on prudent investment management practices, financial analysis in securities arbitration, securities class action lawsuits and antitrust litigation on more than 65 continuing legal education and conference panels around the country.

August 3, 2020

Craig J. McCann
(page 20)

- 105 -

## Appendix 2 Corrections to the ARCOS Data

155.   I exclude certain transactions in the ARCOS Data and make corrections to other transactions in the ARCOS Data.

156.   I make eight types of changes:

a.   I exclude duplicate transactions, when the same transaction was reported to ARCOS more than once by the same registrant.

b.   I exclude transactions where the Drug Code from the NDC dictionary is not one of the 14 opioids listed in Table 1.

c.   I exclude transactions where the Action Indicator code, Correction Number, or both suggest the reported transaction is erroneous.

d.   I exclude all transactions involving reverse distributors, analytical labs, importers, exporters, or researchers, because they are not relevant to my analysis. In addition, reverse distributors overstate the quantity of opioids shipped for destruction.

e.   I exclude transactions between two registrants, when the transaction is reported by the registrant receiving the shipment, because the transaction was already reported to ARCOS by the registrant sending the shipment.

f.   I exclude transactions with obvious errors in the reported Quantity.

g.   I exclude transactions with Transaction Code "X" (Lost-in-Transit), because "Transaction Code X is an explanatory

- 106 -

transaction code which does not affect an ARCOS registrant's inventory."[42]

h. I correct the Calculated Base Weight In Grams when it was calculated using an incorrect Ingredient Base Weight from the NDC dictionary.

## A. Duplicate Transactions

157. The ARCOS Data had 610,381 duplicate transactions in December 2007 for one of the Cardinal Health distribution centers (Seller DEA Number: RC0221236). I kept one of each group of exact duplicate transactions so that there was only one record of each transaction.

## B. NDC Dictionary

158. Three of the fields in the ARCOS Data (NDC, Drug Code, and Drug Name) can also be found in the NDC Dictionary.[43] I checked the accuracy of the Drug Code and Drug Name in the ARCOS Data by comparing those fields to the information in the NDC Dictionary.[44] When the two sources listed different Drug Codes or Drug Names, I updated the ARCOS Data to

---

[42] ARCOS Handbook, §5.8.3, p. 5-19.

[43] The DEA's NDC dictionary is available at www.deadiversion.usdoj.gov/arcos/ndc/ndcfile.txt. The dictionary is explained at www.deadiversion.usdoj.gov/arcos/ndc/readme.txt. The DEA updates the NDC dictionary monthly to correct errors, add new drug products, and remove discontinued drug products. I used the NDC dictionary updated on November 1, 2018, plus any discontinued drug products from earlier versions of the NDC dictionary in May 2018 – October 2018. An alternative NDC dictionary is maintained by the FDA (www.accessdata.fda.gov/scripts/cder/ndc/index.cfm).

[44] I matched the ARCOS Data to the NDC Dictionary using NDC. For the Drug Code, I compared the first four digits of the Drug Code in the ARCOS Data to the first four digits of the Drug Code in the DEA's NDC dictionary. 156 NDCs in the ARCOS Data were not in the DEA's NDC dictionary.

- 107 -

reflect the information in the November 2018 NDC Dictionary because the NDC Dictionary is updated monthly and I observe the DEA correcting errors in the NDC Dictionary. As a result of the comparison, I updated the Drug Code and Drug Name in 1,729 reported transactions (less than 0.0001% of the transactions).

159.   After confirming the accuracy of the Drug Codes and Drug Names in the ARCOS Data, I found and removed 1,664 transactions (less than 0.0001% of the transactions) reported in the ARCOS Data which did not include any of the fourteen opioids in Table 1.

160.   I also checked the accuracy of Calculated Base Weight in Grams in the ARCOS Data and found some NDCs for which the ARCOS Data incorrectly reported the Calculated Based Weight in Grams because it relied on an incorrect Ingredient Base Weight in the NDC Dictionary.[45] I reviewed the Ingredient Base Weights in the NDC Dictionary for all NDCs with Dosage Units in the ARCOS Data and flagged Ingredient Base Weights as potentially incorrect if the weight of the drug per dosage form (*e.g.*, capsule, tablet, patch) was significantly different than other drug products with the same base drug and dosage strength.

161. For example, the NDC Dictionary reported that NDC 00056012770 (Percocet 5 mg tablets) contains 0.4483 milligrams of oxycodone per 100 tablets (0.004483 milligrams per tablet). Given other data in the NDC Dictionary, it is apparent that each 5-milligram tablet has 4.483

---

[45] Calculated Base Weight in Grams is a function of the Quantity, Unit, and Strength fields in the ARCOS Data, and the Ingredient Base Weight in the NDC Dictionary.

- 108 -

milligrams of oxycodone.[46] I concluded that this NDC's Ingredient Base Weight in the NDC Dictionary and Calculated Base Weight in Grams in the ARCOS Data should be 1,000 times larger, and accordingly increased the Calculated Base Weight in Grams for this NDC.

162.    I corrected the Calculated Base Weight in Grams of 14 NDCs in 285,891 reported transactions (approximately 0.06% of the reported transactions).[47] The DEA's NDC Dictionary also includes the trade name of the drug product ("Trade/Product Name") and the dosage form ("Package Measure"), which I added to the ARCOS Data.

163.    Finally, I checked the accuracy of the Dosage Unit in the ARCOS Data by using the NDC Dictionary. I multiplied the Quantity in the ARCOS Data by the Package Quantity in the NDC Dictionary. I did not find any discrepancies.

## C. Erroneous Transactions

164.    I found and corrected four categories of erroneous transactions in the ARCOS Data.

---

[46] The drug's Ingredient Base Weight (*e.g.*, 448.3 mg per 100 tablets) does not match the dosage strength (*e.g.*, 500 mg per 100 tablets) because the Ingredient Base Weight is presented in terms of the anhydrous base form of the drug, while the dosage strength is presented in terms of the salt form of the drug. *See* p. 6-3 and Appendix 3 of the ARCOS Handbook.

[47] Subsequent versions of the DEA's NDC dictionary appear to have been updated to correct the errors I found. Thus, each version of the DEA's NDC dictionary should be evaluated separately for necessary drug weight corrections.

- 109 -

1.   *Transactions   where   ACTION_INDICATOR   and   CORRECTION_ NO are both populated.*

165.   The ARCOS Handbook explains that both the Action Indicator and Correction Number fields should never be populated for the same transaction. I found and deleted 59,223 such erroneous transactions (approximately 0.01% of the transactions).[48]

2.   *Adjustments to previously reported transactions.*

166.   Reporters can adjust a previously reported transaction by submitting an adjusted transaction to ARCOS with ACTION_INDICATOR = "A" and submitting a deletion request for the originally reported transaction.[49] I identified 483,885 instances where the ARCOS Data included an adjusted transaction and either the originally reported transaction, the deletion request, or both.[50] I deleted the deletion request and the originally reported transaction.

3.   *Deletions of previously reported transactions.*

167.   Reporters can delete a previously reported transaction from ARCOS by re-submitting the transaction with ACTION_INDICATOR = "D".[51] I identified 2,492 instances where the ARCOS Data included the

---

[48] *See* ARCOS Handbook, §7.4, p. 7-5.

[49] *See* ARCOS Handbook, §5.9.2, p. 5-20; §7.5.1, p. 7-13; and §7.8.2, p. 7-19.

[50] I identified the original record by matching the Reporter DEA Number, the Buyer DEA Number, the transaction month and year, the Drug Code, and the Transaction ID.

[51] *See* ARCOS Handbook, §5.9, pp. 5-19 through 5-20, and §7.5.1, p. 7-12.

- 110 -

deletion request and the original reported transaction.[52] I deleted the original transaction and the deletion request.

### 4.    *Corrections of previously reported transactions.*

168.   Reported transactions are sometimes rejected by ARCOS. The Reporter can then re-submit the transaction as a correction transaction. Correction transactions are identified by a record identifier in the CORRECTION_NO field.[53] I identified 17,320 instances where the ARCOS Data included both the rejected transaction and the corrected transaction. I kept the corrected transaction and deleted the originally reported transaction.[54]

### D. Transactions Involving Reverse Distributors, Analytical Labs, Importers, Exporters or Researchers

169.   Reverse distributors, manufacturers and distributors ship opioids to analytical labs for destruction. Usually, manufacturers and distributors ship the opioids to the reverse distributors, who then ship them to the analytical labs. However, manufacturers and distributors sometimes ship opioids directly to analytical labs. Opioids shipped to reverse distributors or analytical labs are virtually never subsequently shipped to Dispensers.[55] I exclude transactions in the ARCOS Data involving reverse distributors or analytical labs because my analysis is focused on the flow of opioids to Dispensers.

---

[52] I identified the original record by matching the Reporter DEA Number, the Buyer DEA Number, the Transaction ID, the Transaction Date, the Order Form Number, the NDC, and the Quantity.

[53] *See* ARCOS Handbook, §5.16, p.5-42 and §7.5, pp. 7-12 through 7-15.

[54] I identified the original record by matching the Reporter DEA Number, the Buyer DEA Number, the transaction month and year, the Drug Code, and the Transaction ID.

[55] The ARCOS Data reports 23,275 grams (Calculated Base Weight) of opioids were shipped from reverse distributors to Dispensers.

- 111 -

170.   In addition, a number of transactions reported by reverse distributors have astronomical Calculated Base Weight in Grams either because the Unit code, used to specify the Quantity's unit of measurement, is set for kilograms when the most likely unit is milligrams for most opioids or micrograms for fentanyl, or because the Quantity itself is astronomical. For example, one pair of transactions reported by a reverse distributor in Georgia includes a receipt (coded P) of 45,902 metric tons of morphine from a manufacturer and a matched shipment for destruction (coded Y) to an analytical lab in Florida. In total, the ARCOS Data reflects 539,839 metric tons of opioids being shipped to analytical labs for destruction.

171.   The ARCOS Data reports a relatively small quantity of opioids (91.3 metric tons of Calculated Base Weight) being sent to importers, exporters or researchers. I exclude transactions in the ARCOS Data involving importers, exporters or researchers because my analysis is focused on the flow of opioids to Dispensers.

### E. Transactions between ARCOS Registrants

172.   Transactions between ARCOS registrants should be reported twice in the ARCOS Data, once by each registrant. For example, a shipment from a manufacturer to a distributor should be reported once by the manufacturer and once by the distributor. To avoid double-counting, I keep the transaction reported by the registrant sending the shipment, and exclude the transaction reported by the registrant receiving the shipment.

### F. Transactions with Obvious Errors in Quantity

173.   I also exclude transactions with obvious errors in Quantity. For example, I exclude a single sale transaction of Hydrocodone/APAP tablets

- 112 -

from a distributor to a practitioner in the Northern Mariana Islands that has a Calculated Base Weight of 34 metric tons.

### G. Transaction Code "X"

174.  I exclude all transactions with Transaction Code "X". The ARCOS Handbook explains that this code "is used by the seller to report the loss or theft of an in-transit shipment of a reportable controlled substance. It is reported **in addition** to the normal sales transaction (transaction code S). Transaction code X is an **explanatory** transaction code that does not affect an ARCOS registrant's inventory."[56]

175.  Table 41 summarizes the effect of my exclusions and corrections on the number of transactions and the total Calculated Base Weight in Grams in the ARCOS Data.

---

[56] ARCOS Handbook, §5.8.3, p. 5-19 (emphasis in original).

- 113 -

Table 41 Exclusions and Corrections to the ARCOS Data

| | Change in # of Transactions | Change in Calculated Base Weight |
|---|---|---|
| **Exclude Duplicate Transactions** | | |
| Cardinal Health Distributor, Dec. 2007 (DEA: ▮▮▮▮▮) | (610,381) | (1,747,195) |
| **Exclude Irrelevant Drug Codes** | (1,664) | (53) |
| **Exclude Erroneous Transactions** | | |
| Action Indicator and Correction No. | | |
| Both Populated | (59,223) | (69,513,829) |
| Adjustments to Previous Transactions | (483,885) | (26,215,303) |
| Deletions of Previous Transactions | (2,492) | (2,218,380) |
| Corrections of Previous Transactions | (17,320) | (1,715,081) |
| Total Erroneous Transactions | (562,920) | (99,662,593) |
| **Exclude Transactions Involving Reverse Distributors, Analytical Labs, Importers, Exporters or Researchers** | (45,398,192) | (1,083,219,607,303) |
| **Exclude Double-Reporting of Transactions between Registrants** | (14,508,254) | (8,671,652,671) |
| **Exclude Transactions with Obvious Errors in Quantity** | (1) | (34,053,752) |
| **Exclude Transaction Code "X" (Lost-in-Transit)** | (3,729) | (116,009) |
| **Fix Calculated Base Weight in Grams** | - | (183,394,936) |
| **Total Effect of Exclusions and Corrections** | **(61,085,141)** | **(1,092,210,234,512)** |

- 114 -

## Appendix 3 Frequency and definition of transaction codes

| Transaction Code | % of Transactions | Impact on Inventory | Description |
|---|---|---|---|
| S | 88.43% | - | Sale, Disposition, or Transfer |
| Y | 3.84% | - | Destroyed |
| Z | 0.00% | - | Receipt by Government (seizures, samples, etc.) |
| Q | 0.00% | - | Sampling (manufacturers only) |
| K | 0.00% | - | Used in Preparations (manufacturers only) |
| N | 0.00% | - | Nonrecoverable Waste (manufacturers only) |
| P | 7.14% | + | Purchase or Receipt |
| R | 0.55% | + | Return |
| V | 0.03% | + | Unsolicited Return |
| G | 0.00% | + | Government Supplied |
| L | 0.00% | + | Reversing (manufacturers only) |
| M | 0.00% | + | Manufactured (manufacturers only) |
| W | 0.00% | + | Recovered Waste (manufacturers only) |
| J | 0.00% | + | Return of Sample to Inventory (manufacturers only) |
| X | 0.00% | n/a | Lost-in-Transit |

- 115 -

## Appendix 4 Corrections to DEA's NDC Dictionary

| NDC | Ingredient Base Weight in Grams in NDC Dictionary | Corrected Ingredient Base Weight in Grams |
|---|---|---|
| 00603388228 | 136.215000 | 0.136215 |
| 00781560210 | 0.000892 | 4.460500 |
| 00056012770 | 0.000448 | 0.448300 |
| 00591245401 | 3,586.000000 | 3.586000 |
| 005913578** | 0.000001 | 0.004500 |
| 107020184** | 2.241250 | 0.002241 |
| 27280BH5701 | 0.570000 | 0.057000 |
| 52493019110 | 0.003020 | 0.030200 |
| 674330154** | 0.000026 | 0.003027 |
| 674330888** | 0.000705 | 0.021363 |
| 000440623** | 0.000024 | 0.023900 |
| 00062A01628 | 0.695094 | 0.397197 |
| 00062A03228 | 0.695094 | 0.794394 |
| 000540438** | 0.580400 | 290.200000 |

- 116 -

# Appendix 5 MME Conversion Factors (from CDC)

Opioid Oral Morphine Milligram Equivalent (MME) Conversion Factors[1,2]

| Type of Opioid (strength units) | MME Conversion Factor |
|---|---|
| Buprenorphine film/tablet[3] (mg) | 30 |
| Buprenorphine patch[4] (mcg/hr) | 12.6 |
| Buprenorphine film (mcg) | 0.03 |
| Butorphanol (mg) | 7 |
| Codeine (mg) | 0.15 |
| Dihydrocodeine (mg) | 0.25 |
| Fentanyl buccal or SL tablets, or lozenge/troche[5] (mcg) | 0.13 |
| Fentanyl film or oral spray[6] (mcg) | 0.18 |
| Fentanyl nasal spray[7] (mcg) | 0.16 |
| Fentanyl patch[8] (mcg) | 7.2 |
| Hydrocodone (mg) | 1 |
| Hydromorphone (mg) | 4 |
| Levorphanol tartrate (mg) | 11 |
| Meperidine hydrochloride (mg) | 0.1 |
| Methadone[9] (mg) | 3 |
| >0, <= 20 | 4 |
| >20, <=40 | 8 |
| >40, <=60 | 10 |
| >60 | 12 |
| Morphine (mg) | 1 |
| Opium (mg) | 1 |
| Oxycodone (mg) | 1.5 |
| Oxymorphone (mg) | 3 |
| Pentazocine (mg) | 0.37 |
| Tapentadol[10] (mg) | 0.4 |
| Tramadol (mg) | 0.1 |

[1] The MME conversion factor is intended only for analytic purposes where prescription data is used to calculate daily MME. It is to be used in the formula: Strength per Unit X (Number of Units/ Days Supply) X MME conversion factor = MME/Day. This value does not constitute clinical guidance or recommendations for converting patients from one form of opioid analgesic to another. Please consult the manufacturer's full prescribing information for such guidance. Use of this file for the purposes of any clinical decision-making warrants caution.

[2] National Center for Injury Prevention and Control. CDC compilation of benzodiazepines, muscle relaxants, stimulants, zolpidem, and opioid analgesics with oral morphine milligram equivalent conversion factors, 2016 version. Atlanta, GA: Centers for Disease Control and Prevention; 2016. Available at https://www.cdc.gov/drugoverdose/media/. For more information, send an email to Mbohm@cdc.gov.

[3] Buprenorphine formulations with a FDA approved indication for Medication Assisted Treatment (MAT) are excluded from Medicare's Overutilization Monitoring System's opioid overutilization reporting.

- 117 -

[4] The MME conversion factor for buprenorphine patches is based on the assumption that one milligram of parenteral buprenorphine is equivalent to 75 milligrams of oral morphine and that one patch delivers the dispensed micrograms per hour over a 24 hour day. Example: 5 ug/hr buprenorphine patch X 24 hrs = 120 ug/day buprenorphine = 0.12 mg/day = 9 mg/day oral MME. In other words, the conversion factor not accounting for days of use would be 9/5 or 1.8.

However, since the buprenorphine patch remains in place for 7 days, we have multiplied the conversion factor by 7 (1.8 X 7 = 12.6). In this example, MME/day for four 5 μg/hr buprenorphine patches dispensed for use over 28 days would work out as follows: Example: 5 ug/hr buprenorphine patch X (4 patches/28 days) X 12.6 = 9 MME/day. Please note that because this allowance has been made based on the typical dosage of one buprenorphine patch per 7 days, you should first change all Days Supply in your prescription data to follow this standard, i.e., Days Supply for buprenorphine patches= # of patches x 7.

[5] The MME conversion factor for fentanyl buccal tablets, sublingual tablets, and lozenges/troche is 0.13. This conversion factor should be multiplied by the number of micrograms in a given tablet or lozenge/troche.

[6] The MME conversion factor for fentanyl film and oral spray is 0.18. This reflects a 40% greater bioavailability for films compared to lozenges/tablets and 38% greater bioavailability for oral sprays compared to lozenges/tablets.

[7] The MME conversion factor for fentanyl nasal spray is 0.16, which reflects a 20% greater bioavailability for sprays compared to lozenges/tablets.

[8] The MME conversion factor for fentanyl patches is based on the assumption that one milligram of parenteral fentanyl is equivalent to 100 milligrams of oral morphine and that one patch delivers the dispensed micrograms per hour over a 24 hour day. Example: 25 ug/hr fentanyl patch X 24 hrs = 600 ug/day fentanyl = 60 mg/day oral morphine milligram equivalent.
In other words, the conversion factor not accounting for days of use would be 60/25 or 2.4.

However, since the fentanyl patch remains in place for 3 days, we have multiplied the conversion factor by 3 (2.4 X 3 = 7.2). In this example, MME/day for ten 25 μg/hr fentanyl patches dispensed for use over 30 days would work out as follows:
Example: 25 ug/hr fentanyl patch X (10 patches/30 days) X 7.2 = 60 MME/day. Please note that because this allowance has been made based on the typical dosage of one fentanyl patch per 3 days, you should first change all Days Supply in your prescription data to follow this standard, i.e., Days Supply for fentanyl patches= # of patches X 3.

[9] The CDC MME conversion factor to calculate morphine milligram equivalents is 3. CMS uses this conversion factor when analyzing Medicare population opioid use. CMS uses the graduated methadone MME conversion factors to calculate MME within the Overutilization Monitoring System (OMS) for identifying and reporting potential opioid overutilizers.
https://www.cdc.gov/drugoverdose/pdf/calculating_total_daily_dose-a.pdf.

[10] Tapentadol is a mu receptor agonist and norepinephrine reuptake inhibitor. Oral MMEs are based on degree of mu-receptor agonist activity, but it is unknown if this drug is associated with overdose in the same dose-dependent manner as observed with medications that are solely mu receptor agonists

- 118 -

## Appendix 6 ARCOS Summary

176.   Appendix 6A summarizes opioid shipment transactions reported in the ARCOS Data by drug, by reporter's business activity, by buyer's business activity, and by year for Cabell County and the City of Huntington, WV.

177.   Appendix 6B summarizes opioid shipment transactions reported in the ARCOS Data by drug, by reporter's business activity, by buyer's business activity, and by year for West Virginia and all its counties

178.   This appendix is attached as a separate 174-page PDF.

## Appendix 7 Cabell County and the City of Huntington, WV Flagged Distributor Defendant Transaction Reports

179.   This appendix shows the result of implementing various methodologies described in Section VII to identify transactions meeting specified criteria using the non-public ARCOS Data from 2006 to 2014, supplemented with Defendant Transactional Data, of each Distributor Defendant.

180.   This appendix is attached as a separate 218-page PDF.

## Appendix 8 Map of Cabell County and the City of Huntington, WV

181.   This appendix includes a map illustrating the location of Cabell County (red) and the City of Huntington (yellow), along with the zip code 257** and 255** that covers the entire city and county.

182.   This appendix is attached as a separate 2-page PDF.

- 119 -

## Appendix 9 Cabell County and the City of Huntington, WV Additional Expert Report Figures and Charts

183. This appendix is described in Section VIII and attached as a separate 4,584-page PDF.

## Appendix 10 Other Exhibits

184. This appendix is described in Section VIII and attached as a separate 2,528-page PDF.