# EXHIBIT D

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4                       - - -
 5

    IN RE:  NATIONAL          :   HON. DAN A.
 6  PRESCRIPTION OPIATE       :   POLSTER
    LITIGATION                :
 7                            :
    APPLIES TO ALL CASES      :   NO.
 8                            :   1:17-MD-2804
                              :
 9
                - HIGHLY CONFIDENTIAL -
10
       SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                         - - -
12
                     May 10, 2019
13
                         - - -
14
15          Videotaped deposition of
    PATRICK KELLY, taken pursuant to notice,
16  was held at the offices of Baron & Budd,
    600 New Hampshire Avenue, NW, Washington,
17  D.C., beginning at 8:58 a.m., on the
    above date, before Michelle L. Gray, a
18  Registered Professional Reporter,
    Certified Shorthand Reporter, Certified
19  Realtime Reporter, and Notary Public.
20                       - - -
21
             GOLKOW LITIGATION SERVICES
22        877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          staff-to-staff meetings.  Seldom
 2          to the member representatives
 3          participate in those meetings.  So
 4          these are staff briefings.
 5    BY MR. PIFKO:
 6          Q.    That's where the questions
 7    are provided?
 8                MR. WEINSTEIN:  Objection to
 9          form.  Foundation.
10                THE WITNESS:  Again, that's
11          where I -- if they were provided,
12          again, I don't know what was
13          provided.  This was looking at a
14          draft document of some kind.  I am
15          not sure which specific questions
16          were provided or if any of the
17          questions were provided.
18    BY MR. PIFKO:
19          Q.    Okay.  But in your ordinary
20    practice as part of your lobbying
21    efforts, that's how questions would be
22    provided, you would have your staff
23    members meet with lawmakers' staff
24    members and that's when you would discuss
```

Highly Confidential - Subject to Further Confidentiality Review

1  your views and provide potential
2  questions?
3         A.    Correct.
4               MR. WEINSTEIN:  Objection to
5         form.
6               THE WITNESS:  Sorry.
7  BY MR. PIFKO:
8         Q.    Go a few more tactics down.
9  Number 6, it says, "Educate and seek
10 advocates for HDMA among pain community
11 who will assist in delivering our message
12 to Hill."
13              Do you see that?
14        A.    I do.
15        Q.    So you were going to, as
16 part of this effort, you were going to
17 also enlist others in the pain community
18 to communicate your message to lawmakers;
19 that's correct?
20              MS. CHARLES:  Objection to
21        form.
22              THE WITNESS:  That's what
23        this indicates.
24 BY MR. PIFKO:

Highly Confidential - Subject to Further Confidentiality Review

```
 1
 2                    CERTIFICATE
 3
 4
 5            I HEREBY CERTIFY that the
     witness was duly sworn by me and that the
 6   deposition is a true record of the
     testimony given by the witness.
 7
              It was requested before
 8   completion of the deposition that the
     witness, PATRICK KELLY, have the
 9   opportunity to read and sign the
     deposition transcript.
10
11
12   _____Michelle L. Gray_____
     MICHELLE L. GRAY,
13   A Registered Professional
     Reporter, Certified Shorthand
14   Reporter, Certified Realtime
     Reporter and Notary Public
15   Dated:  May 13, 2019
16
17
18            (The foregoing certification
19   of this transcript does not apply to any
20   reproduction of the same by any means,
21   unless under the direct control and/or
22   supervision of the certifying reporter.)
23
24
```