IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

CIVIL ACTION NO. 3:17-01362

CABELL COUNTY COMMISSION,
    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,
    Defendants.

CIVIL ACTION NO. 3:17-01665

**PARTIES' JOINT STIPLUATION**

The parties represent to the Court that having met and conferred and upon determining that good cause exists for the foregoing, hereby stipulate as follows:

1. Manufacturers and Distributors are required to report all transactions involving Schedule II controlled substances and transactions involving certain Schedule III narcotics to DEA's Automation of Reports and Consolidated Order System ("ARCOS").

2. DEA can and does use ARCOS data to create summary reports showing how many controlled substances were manufactured and distributed throughout the United States.

3. Data from ARCOS has been available to DEA and other federal law-enforcement officials since at least 1996.

4. The data produced by the United States Drug Enforcement Administration ("DEA") related to the Automated Records and Consolidation Orders System ("ARCOS Data") reflecting transactions in drug products containing one or more of fourteen drugs: buprenorphine, codeine, dihydrocodeine, fentanyl, hydrocodone, hydromorphone, levorphanol, meperidine, methadone, morphine, powdered opium, oxycodone, oxymorphone, and tapentadol for the period of January 1, 2006 through December 31, 2014 shall be deemed authentic for the purposes of this litigation.

5. This Joint Stipulation does not apply to data compilations, calculations, summaries, or other materials derived from the data referred to in Paragraph 4.

The Clerk is directed to send a copy of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this ___ day of May, 2021.

ENTER:

_____
David A. Faber
Senior United States District Judge

Dated: May 5, 2021

**THE CITY OF HUNTINGTON**

/s/ *Anne McGinness Kearse*
Anne McGinness Kearse (WVSB No 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

Respectfully submitted,

**CABELL COUNTY COMMISSION**

/s/ *Paul T. Farrell Jr.*
Paul T. Farrell, Jr. (WVSB Bar No. 7443)
**FARRELL & FULLER LLC**
1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico 00907
Mobile: 304-654-8281
paul@farrell.law

| | |
|---|---|
| Linda Singer<br>David I. Ackerman<br>**MOTLEY RICE LLC**<br>401 9th Street NW, Suite 1001<br>Washington, DC 20004<br>Tel:  202-232-5504<br>Fax:  202-386-9622<br>lsinger@motleyrice.com<br>dackerman@motleyrice.com | /s/ *Anthony J. Majestro*<br>Anthony J. Majestro (WVSB No. 5165)<br>**POWELL & MAJESTRO, PLLC**<br>405 Capitol Street, Suite P-1200<br>Charleston, WV 25301<br>304-346-2889 / 304-346-2895 (f)<br>amajestro@powellmajestro.com |
| Charles R. "Rusty" Webb (WVSB No. 4782)<br>**The Webb Law Centre, PLLC**<br>716 Lee Street, East<br>Charleston, West Virginia 25301<br>Telephone: (304) 344-9322<br>Facsimile: (304) 344-1157<br>rusty@rustywebb.com | Michael A. Woelfel (WVSB No. 4106)<br>**WOELFEL AND WOELFEL, LLP**<br>801 Eighth Street<br>Huntington, West Virginia 25701<br>Tel. 304.522.6249<br>Fax. 304.522.9282<br>mikewoelfel3@gmail.com |

**McKesson Corporation**
By Counsel:

| | |
|---|---|
| /s/ Jeffrey M. Wakefield<br>Jeffrey M. Wakefield (WVSB # 3894)<br>**FLAHERTY SENSABAUGH BONASSO PLLC**<br>P.O. BOX 3843<br>Charleston, WV 25338-3843<br>Telephone: (304) 345-0200<br>jwakeield@flahertylegal.com | /s/ Timothy C. Hester<br>Timothy C. Hester<br>Mark H. Lynch<br>Christian J. Pistilli<br>Laura Flahive Wu<br>**COVINGTONG & BURLING LLP**<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 200001<br>Tel: (202) 662-5324<br>thester@cov.com<br>mlynch@cov.com<br>cpistilli@cov.com<br>lflahivewu@cov.com |

**AmerisourceBergen Drug Company**
By Counsel:

   /s/ Gretchen M. Callas
Gretchen M. Callas (WVSB # 7136)
**JACKSON KELLY PLLC**
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

   /s/Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

**Cardinal Health, Inc.**
By Counsel:

  /s/ Steven R. Ruby
Michael W. Carey (WVSB # 635)
Steven R. Ruby (WVSB # 10752)
David R. Pogue (WVSB # 10806)
Raymond S. Franks II (WVSB # 6523)
**CAREY DOUGLASS KESSLER & RUBY PLLC**
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com

   /s/ Enu Mainigi
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer G. Wicht
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
jwicht@wc.om

## CERTIFICATE OF SERVICE

I certify that on May 10, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Anthony J. Majestro*

Anthony J. Majestro (WVSB 5165)
