UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **THE CITY OF HUNTINGTON,**<br><br>        Plaintiff,<br><br>v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*,<br><br>        Defendants. | **Civil Action No. 3:17-01362** |
| **CABELL COUNTY COMMISSION,**<br><br>        Plaintiff,<br><br>v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION,** *et al.*,<br><br>        Defendants. | **Civil Action No. 3:17-01665** |

## **NOTICE OF APPEARANCE**

Please take notice that Emily L. Ford of the law firm of Flaherty Sensabaugh Bonasso, PLLC, hereby enters her appearance as additional counsel for McKesson Corporation in the above referenced matters.

                                                                  **MCKESSON CORPORATION**
                                                                  By Counsel

*/s/ Emily L. Ford*
Jeffrey M. Wakefield (WV Bar #3894)
Emily L. Ford, Esquire (WV Bar #13885)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
Charleston, WV 25301
304-345-0200
304-345-0260 fax
JWakefield@flahertylegal.com
EFord@flahertylegal.com