IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

_____x
                                :
THE CITY OF HUNTINGTON,         :      Civil Action
                                :
              Plaintiff,        :      No.  3:17-cv-01362
                                :
v.                              :
                                :
AMERISOURCEBERGEN DRUG          :
CORPORATION, et al.,            :
                                :
              Defendants.       :
_____x
                                :
CABELL COUNTY COMMISSION,       :      Civil Action
                                :
              Plaintiff,        :      No. 3:17-cv-01665
                                :
v.                              :
                                :
AMERISOURCEBERGEN DRUG          :
CORPORATION, et al.,            :
                                :
              Defendants.       :
_____x


BENCH TRIAL - VOLUME 7
BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
UNITED STATES DISTRICT COURT
IN CHARLESTON, WEST VIRGINIA


MAY 11, 2021

**APPEARANCES:**

**For the Plaintiff,**
**Cabell County Commission:**

**MR. PAUL T. FARRELL, JR.**
Farrell & Fuller, LLC
1311 Ponc De Leon, Suite 202
San Juan, PR  00907

**MR. ANTHONY J. MAJESTRO**
Powell & Majestro
Suite P-1200
405 Capitol Street
Charleston, WV  25301

**MR. DAVID I. ACKERMAN**
Motley Rice
Suite 1001
401 9th Street NW
Washington, DC

**MR. PETER J. MOUGEY**
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Suite 600
316 South Baylen Street
Pensacola, FL  32502

**MR. MICHAEL J. FULLER, JR.**
Farrell & Fuller
Suite 202
1311 Ponce De Leon
San Juan, PR  00907

**APPEARANCES (Continued):**

**For the Plaintiff,**
**Cabell County Commission:**

**MS. MILDRED CONROY**
The Lanier Law Firm
Tower 56
126 East 56th Street, 6th Floor
New York, NY  1022

**MS. PEARL A. ROBERTSON**
Irpino Avin Hawkins Law Firm
2216 Magazine Street
New Orleans, LA  70130

**MR. MICHAEL W. WOELFEL**
Woelfel & Woelfel
801 Eighth Street
Huntington, WV  25701

**MR. CHARLES R. WEBB**
The Webb Law Center
716 Lee Street East
Charleston, WV  25301

**MS. ANNIE KOUBA**
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

**MR. MARK P. PIFKO**
Baron & Budd
Suite 1600
15910 Ventura Boulevard
Encino, CA  91436

**For the Plaintiff,**
**City of Huntington:**

**MS. ANNE MCGINNESS KEARSE**
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

**MS. LINDA J. SINGER**
Motley Rice
Suite 1001
401 Ninth Street NW
Washington, DC  20004

**MS. TEMITOPE LEYIMU**
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

**For the Defendant,**
**Cardinal Health:**

**MS. ENU MAINIGI**
**MS. JENNIFER WICHT**
Williams Connolly
725 Twelfth Street NW
Washington, DC  20005

**MS. SUZANNE SALGADO**
725 Twelfth Street NW
Washington, DC  20005

**MR. STEVEN R. RUBY**
Carey Douglas Kessler & Ruby
901 Chase Tower
707 Virginia Street, East
Charleston, WV  25301

**APPEARANCES (Continued):**

**For the Defendant,**
**Cardinal Health:**

**MS. ASHLEY W. HARDIN**
**MR. ISIA JASIEWICZ**
Williams & Connolly
25 Twelfth Street, NW
Washington, DC  20005

**APPEARANCES (Continued):**

**For the Defendant,**
**McKesson:**

**MR. TIMOTHY C. HESTER**
**MR. PAUL W. SCHMIDT**
**MS. LAURA M. FLAHIVE WU**
**MR. ANDREW STANNER**
Covington & Burling
One City Center
850 Tenth Street NW
Washington, DC  20001

**MR. JEFFREY M. WAKEFIELD**
Flaherty Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV  25338-3843

**APPEARANCES (Continued):**

**For the Defendant,**
**AmerisourceBergen Drug Corporation:**

**MS. SHANNON E. MCCLURE**
**MR. JOSEPH J. MAHADY**
Reed Smith
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA  19103

**MS. GRETCHEN M. CALLAS**
Jackson Kelly
P.O. Box 553
Charleston, WV  25322

**APPEARANCES (Continued):**

**MR. ROBERT A. NICHOLAS**
Reed Smith
Suite 3100
Three Logan Square
1717 Arch Street
Philadelphia, PA  19103

**MS. ELIZABETH CAMPBELL**
1300 Morris Drive
Chesterbrook, PA  19087


Court Reporter:            Ayme Cochran, RMR, CRR
Court Reporter:            Lisa A. Cook, RPR-RMR-CRR-FCRR

Proceedings recorded by mechanical stenography;
transcript produced by computer.

1          PROCEEDINGS had before The Honorable David A. Faber,

2     Senior Status Judge, United States District Court, Southern

3     District of West Virginia, in Charleston, West Virginia, on

4     May 11, 2021, at 9:00 a.m., as follows:

5               THE COURT:  Dr. McCann -- I'm sorry, Mr. Farrell?

6               MR. FARRELL:  Briefly, Judge.  Last night, we

7     disclosed to the defendants the documents we may use to

8     cross examine AmerisourceBergen, as well as the -- I forgot

9     which word I used.  We disclosed what we may use and what we

10    most likely will use and the defendants have lodged

11    objections to the use of those documents.  And so, I just

12    wanted to address it with the Court.  We plan on calling him

13    today and so, there probably needs to be some mechanism to

14    resolve the objections.

15              THE COURT:  Mr. Nicholas?

16              MR. NICHOLAS:  Thank you, Your Honor.  Yes.  Last

17    night, the plaintiffs sent over 350 documents.  I called Mr.

18    Farrell.  I said, you know, what's the deal?  He then sent

19    over 138 of a subset, but the subset was 138 documents and

20    even of that subset, he basically said these are the

21    documents that we're starting with or that we -- you know,

22    something like that.

23         He's right, we lodged objections.  The objections we

24    lodged were at 6:00 in the morning because we were going

25    through all of these things.  I think this is not in

1  accordance with the directive that Your Honor gave

2  yesterday.

3      It's not consistent with the stipulation we've entered

4  into.  It's not consistent with what's been happening up

5  until now.  Up until now, this thing has been working fine.

6  They've been sending over 20 to 30 documents that they

7  intend to use on their direct examination.

8      There's nothing broken here.  It's just Mr. Farrell

9  doesn't want to do it or whatever.  You know, for whatever

10  reason, he doesn't want to do it with this witness because

11  he's going to treat him as a hostile witness.

12      And, you know, I would have -- I would have stood up

13  anyway this morning to say we would -- we would request that

14  Mr. Farrell provide us with the documents that he is going

15  to use in his direct examination.  He has not done that yet.

16  He's obviously not going to use 138 documents this

17  afternoon, or tomorrow morning, or whatever it is.

18          THE COURT:  Mr. Farrell, why can't you give them

19  the documents that you know you're going to use in your

20  direct examination?

21          MR. FARRELL:  With the risk of imposing the ire of

22  the Court, this is not a hostile witness.  This isn't an

23  adverse witness.  This is the adverse party.  And so, as the

24  trajectory of this case has developed, the gotcha's continue

25  to build based on disclosures.

1       If this witness testifies to A and I want to show him

2   B, then if it's not on this pre-disclosed list, the

3   defendants are going to object that I can't talk about

4   Document B.

5       So, to be clear, the defendants -- AmerisourceBergen

6   itself disclosed more than 20 million documents in this

7   discovery.  We've distilled it down to a core set.  I'm

8   simply trying to lay down an area of expected testimony that

9   includes foundational documents for me to be able to rely

10  upon.

11      Now, if -- I will literally show him, show

12  AmerisourceBergen, the order of the first 20 documents I

13  intend to use.  What I am hesitant to do is to limit my

14  entire examination to 20 documents if I need to build out

15  foundation or --

16          THE COURT:  Well, let's cut this short.  Give them

17  the 20 documents and then, if you need other ones, we'll

18  deal with them when they come up in the context that they

19  come up.  And that's the best I can do.

20      I don't want to totally cut you off, but we've got to

21  do something.  We've got to do something reasonable here and

22  there might be a little gamesmanship going on here, I don't

23  know, but give them the 20 and we'll take it from there and,

24  if you need something else, we'll deal with it when it comes

25  up.  And, obviously, there might be situations where you'll

```
1    need something else, I don't know, but to give them 130-some
2    defeats the purpose of the disclosures in my opinion.
3         MR. FARRELL:  Respectfully, Judge, perhaps this is
4    my fault.  I'm having a hard time understanding the purpose
5    of me telling the bad guys what documents I'm going to use
6    to cross examine the bad guys.
7         THE COURT:  Well, I don't know that they're bad
8    guys yet, Mr. Farrell.  You have yet to prove that.  And
9    you're saying you're going to cross examine them, but you're
10   calling them as your witnesses and I don't know whether
11   they're going to be subject to cross examination or not.
12   They have to become hostile before you can cross examine
13   them if you call them, if I understand the rules correctly.
14        MR. FARRELL:  Well, Judge, Rule 611 allows me to
15   use non-leading questions with an adverse party.  So, this
16   isn't -- and I completely understand the purpose of what
17   you're trying to say.  If we're going to call a party that
18   is a non-party, then I can't just show up and start leading
19   and I -- and I need to follow the rules.  It's just when
20   it's the actual party on the other side of the V is where
21   I'm having trouble distinguishing.
22        MR. NICHOLAS:  I'm not sure that I want to respond
23   to how this is going to go because I'm not sure I understand
24   what he's saying right now.  My only request is can we get
25   the 20 documents this morning because this witness is being
```

1    put on the stand possibly this afternoon.

2            MR. FARRELL:  And, Judge, I think -- and I told

3    the other side, I think you could reasonably presume that

4    the black flags that I walked through -- but I will

5    literally handwrite out the sequence of the first 30

6    documents that I envision this witness to be asked about.

7            MR. NICHOLAS:  Well, I know the Court doesn't want

8    to prolong this and I don't want to prolong it either.  He

9    said it's 20 documents.  We're already up to 30.  He's

10   giving me a generic description of the black flags, which I

11   guess was --

12           THE COURT:  He slipped in more on us there, Mr.

13   Nicholas.

14           MR. NICHOLAS:  So, you know, I just want the --

15   it's not that complicated.  I just want the documents he's

16   going to use and I'd like them this morning.

17           MR. FARRELL:  Judge, this belies the point.  The

18   defendants, and very rightfully so, want to put a box of

19   documents that I'm only allowed to use with their own

20   employees, their own witnesses.

21           THE COURT:  Well, I know.  You're -- we're all

22   arguing about this and I think you understand my ruling.  I

23   want you to give him -- give him 30.  I'll give you 30.  And

24   if the situation develops that you need something else,

25   we'll deal with it at that time, but we need to do something

1    reasonable here and I think 30 is reasonable.  And that's

2    what I'm going to have you do.

3         And I don't want to put you in a straitjacket if

4    something comes up where you need -- feel like you need

5    something else.  Then, we'll deal with it at that time.

6         Mr. Nicholas?

7              MR. NICHOLAS:  Can we have the documents this

8    morning, the 30?

9              THE COURT:  Can they have 30 this morning?

10              MR. FARRELL:  I will write them out now, Judge.

11              THE COURT:  Okay, very good.  They can have them

12    --

13              MR. FARRELL:  By break.

14              THE COURT:  So, your answer is yes?

15              MR. FARRELL:  Yes.

16              THE COURT:  Okay.

17         Dr. McCann, would you be kind enough to resume the

18    witness stand?

19         Good morning, sir.

20              THE WITNESS:  Good morning.

21              MR. MOUGEY:  Good morning, Your Honor.

22         Good morning, Dr. McCann.

23              THE WITNESS:  Good morning.

24              BY MR. MOUGEY:

25    Q.   Dr. McCann, we were proceeding through the pharmacy

1   packets yesterday afternoon when we finished and I have

2   Fruth up on the screen, sir, marked as Plaintiffs' Exhibit

3   44752, Fruth Pharmacy.  Dr. McCann, how many Fruth

4   Pharmacies are there in the Cabell-Huntington area?

5   **A.**   I'm not sure in total, but four at least.

6   **Q.**   Four at least?  And to go back to the list we were

7   using yesterday, would you please point out to the Court

8   where the Fruth Pharmacies are on this list sorted by MME on

9   Page 2 of Exhibit 44752?

10  **A.**   Yes.  Looking down from the top, six rows, you see

11  Fruth Pharmacy 5.  And then right below that, Fruth Pharmacy

12  12.  And then, skipping five rows, you see Fruth Pharmacy 2.

13  And down another eight or ten rows, you see Fruth Pharmacy

14  11.

15  **Q.**   And the dosage units, would you walk through each of

16  the Fruth's with dosage units and MMEs starting with the

17  first entry on Page 2?

18  **A.**   Yes.  Fruth Pharmacy 5 had 4,346,490 dosage units and

19  39,448,389 MME.

20      Directly below that, Fruth 12 had 4,997,620 dosage

21  units and 36,542,089 total MME.

22      Further down, Fruth #2 had 3,311,630 dosage units and

23  25,790,501 MME.

24      Then the last Fruth, Fruth #11, had 2,194,970 dosage

25  units and 14,554,735 MME.

1    **Q.**   Dr. McCann, similar to the previous pharmacy packets on

2    Page number 6, would you please walk the Court through the

3    summary of the combined pharmacies of where each of the oxy

4    and hydrocodone came from for the ARCOS period, '06 to '04

5    -- '14?

6    **A.**   Yes.  Looking in the top panel of this exhibit, the

7    combined pharmacies had 14,850,710 dosage units.  53% of

8    those came from AmerisourceBergen and 45% of those dosage

9    units came from Cardinal Health.  Combined, they had

10   116,335,714 MME.  Of that, 53% came from AmerisourceBergen

11   and 44% came from Cardinal Health.

12   **Q.**   Dr. McCann, on the -- in the preceding sections on Page

13   6 and 7, have you also summarized these shipments from the

14   distributors Fruth Pharmacy by Fruth Pharmacy individually?

15   **A.**   Yes.

16   **Q.**   I'm going to just continue with the combined on the

17   next page, on 13, and, Dr. McCann, when reviewing this

18   chart, how are you able to discern whether or not these are

19   all the Fruth's combined or a Fruth store individually?

20   **A.**   In the upper left-hand corner, it says "Fruth

21   Pharmacies combined", and then it gives the DEA registrant

22   number for the four Fruth Pharmacies.

23   **Q.**   Okay.  And, Dr. McCann, similar to previous slides,

24   let's stick with 2009.  And would you please summarize for

25   the Court the total amount of hydro and oxy that went to the

1    combined four Fruth Pharmacies in 2009?

2    **A.**    Approximately one and a half million doses of

3    hydrocodone and a little over 400,000 doses of hydrocodone

4    went to -- to these four pharmacies.  So, in total, just a

5    little bit less than 2 million.  That's right, 1.9 million.

6    **Q.**    For 2009.  I'm going to come back to this slide on the

7    summary for now.  I'm going to proceed to Page 15.  And

8    would you please explain to the Court what you have

9    summarized on Page 15 of Plaintiffs' Exhibit 44752?

10   **A.**    Yes.  The blue color is ABDC, AmerisourceBergen.  The

11   red color is Cardinal.  And the height of the bars reflect

12   the monthly shipments of hydrocodone to these Fruth

13   Pharmacies.  We saw on a previous table of data that between

14   them, they account for roughly 98% of the hydrocodone and

15   oxycodone.  So, that's why this graph is almost entirely

16   either blue or red.

17   **Q.**    Dr. McCann, I'm going to fast forward to the similar

18   format, or same format, as Page 15 to Page 18.  Now, is this

19   hydro or oxy?

20   **A.**    This is oxy, oxycodone.

21   **Q.**    Okay.  And please explain to the Court what you have

22   summarized on Page 18 similar to the hydrocodone slide you

23   just looked at.

24   **A.**    Yes.  It looks very similar.  The graph is really

25   entirely all blue or all red because between Cardinal and

1    AmerisourceBergen, they account for 98% of the oxycodone and

2    hydrocodone shipped to the Fruth Pharmacies.

3    **Q.**   And which -- are you able to identify approximately the

4    time period that the oxycodone shipments changed from

5    AmerisourceBergen to Cardinal by looking at Page 18?

6    **A.**   Yes.  I believe it's at the end of 2010.

7    **Q.**   Is the same time periods, to switch from

8    AmerisourceBergen on hydrocodone, as it was on the oxycodone

9    we just looked at?

10   **A.**   Yes.

11   **Q.**   Approximately?

12   **A.**   Yes.

13   **Q.**   And, Dr. McCann, to go back to 2009, 1.9 million of oxy

14   and hydro, where did the overwhelming majority of that oxy

15   and hydro shipment come from, which distributor in 2009?

16   **A.**   AmerisourceBergen.

17   **Q.**   Now, yesterday, we had calculated a per capita and a

18   total number of dosage units from three pharmacies in 2009

19   from AmerisourceBergen; do you recall?

20   **A.**   Yes.

21   **Q.**   Do you recall what those numbers were either per cap or

22   total?

23   **A.**   I recall that they total to, coincidentally, about

24   1.9 million and with approximately 100,000 population, it

25   worked out to 19 dosage units of oxy and hydro per capita.

1  **Q.**  2009, another 1.9 million approximately from

2  AmerisourceBergen.  Would you please combine the oxy and

3  hydro from the Fruth Pharmacies to the calculations you did

4  yesterday for a total between the three pharmacies that we

5  covered yesterday and Fruth for total pills and per cap?

6  **A.**  Well, adding this 1.9 million to the 1.9 million we

7  talked about yesterday for the other three pharmacies, you

8  get 3.8 million or approximately 38 dosage units of

9  oxycodone and hydrocodone per capita.

10  **Q.**  In how many years?

11  **A.**  In one year.

12  **Q.**  In one year.  Dr. McCann, would you please also total

13  in 2011 the hydro and oxy dosage unit?

14  **A.**  It totals right about 1.5 million.  The oxy is a bit

15  more than 300 million -- 300,000 and the hydro is a little

16  bit less than 1.2 million.  So, they total 1.5 million.

17  **Q.**  And from the summaries that we just reviewed, where did

18  the overwhelming majority of the oxy and hydrocodone come

19  from in 2011 from the Fruth stores?

20  **A.**  Cardinal Health.

21  **Q.**  Dr. McCann, would you please turn the 1.5 million just

22  from Fruth into a per capita number for Cabell County in

23  2011 based on the approximate population of a hundred

24  thousand?

25  **A.**  That's 15 dosage units per capita.

1      **Q.**   Just from the Fruth stores?

2      **A.**   Yes.

3      **Q.**   And in only 2011, correct?

4      **A.**   Correct.

5             MR. MOUGEY:  I apologize, Your Honor, for skipping

6      through here.  I'm trying to --

7             BY MR. MOUGEY:

8      **Q.**   Dr. McCann, Page 62 of Plaintiffs' Exhibit 44752 --

9      **A.**   Yes.

10     **Q.**   Would you please walk the Court through the summary on

11     Page 62?

12     **A.**   This says oxycodone shipments from AmerisourceBergen to

13     the Fruth Pharmacies.  It includes the ARCOS time period, as

14     well as the defendant transactional data, what we've been

15     referring to as the defendant transactional data, but the

16     data that was produced in discovery by AmerisourceBergen.

17     So, it starts in late 2004 and runs through the end of the

18     distribution by AmerisourceBergen to the Fruth Pharmacies.

19     **Q.**   All right.  Dr. McCann, on the following page, 69,

20     would you please explain the summary on Page 69 of the

21     different oxycodone strengths?

22     **A.**   Well, as with the other exhibits we looked at

23     yesterday, this exhibit summarizes or subtotals the dosage

24     units by strength.  According to the legend that's on the

25     far right, the prominent bars, you can see green is the

1     five-milligram, but then the blue is the ten-milligram.  The

2     purple is the 15-milligram.  And the 30 is the 30-milligram,

3     is the 30-milligram oxycodone pills.

4     **Q.**   Dr. McCann, same exercise with Cardinal on Page 75.

5     Please explain to the Court the summary included here.

6     **A.**   These are the Cardinal shipments of oxycodone to the

7     Fruth Pharmacies.  It includes the ARCOS time period and the

8     additional data produced by Cardinal Health after the end of

9     the ARCOS time period.  You can see that it picks up at the

10    beginning of 2010 and runs through the end of our data.

11    **Q.**   Strength slide?

12    **A.**   Yes.  This is the same as the one that we just looked

13    at, the same layout as the dosage units of oxycodone

14    subtotaled by strength according to the legend on the right.

15    And it's the same color scheme, so you can see the blue is

16    the ten; and the purple is the 15; and the pink is the 30.

17            MR. MOUGEY:  Your Honor, if you would give me just

18    a second, I'm going to fast forward through several of these

19    so we can skip to Rite Aid.

20            BY MR. MOUGEY:

21    **Q.**   Dr. McCann, we just covered the combined slides up to

22    Page 84 for the Fruth Pharmacies.

23            THE COURT:  Mr. Mahady?

24            MR. MAHADY:  Your Honor, Mr. Mougey did not try

25    and introduce into evidence, but since we are moving on to

```
 1    another pharmacy, I do want to note that we have the same

 2    objection as yesterday to the extent they're trying.

 3              MR. MOUGEY:  Actually, I was just for the -- I was

 4    just trying to move them in, just so we can make sure we're

 5    on the same page before --

 6              MR. MAHADY:  Okay.

 7              MR. MOUGEY:  -- I move forward, but the plaintiffs

 8    do move Exhibit 44752 into evidence.

 9              THE COURT:  All right.

10              MR. MOUGEY:  With Mr. Mahady's standing

11    objections.

12              THE COURT:  All right.  Your objections are noted

13    for the record.

14              MR. MAHADY:  Thank you, Your Honor.

15              BY MR. MOUGEY:

16    Q.   All right.  Rite Aid, which we've marked as Plaintiffs'

17    Exhibit 44757, Dr. McCann, would you please identify for the

18    Court where the Rite Aid pharmacies are on this summary

19    page?

20    A.    Yes.  The first Rite Aid is about ten rows down and the

21    page column is at 51.  The next one is a few rows further

22    down at Page number 76.  A few rows down again at Page

23    number 103.  Skipping one, at Page 113 is another, and I

24    believe that's it.

25    Q.   All right.  Would you please just walk the Court
```

1    through the dosage units that total MME for each of the Rite

2    Aid pharmacies?

3    **A.**   Yes.  Rite Aid 968 had 2,960,490 dosage units and

4    25,802,016 total MME.  Rite Aid 3423 had 1,887,010 dosage

5    units and 17,548,450 total MME.  Rite Aid 3311 had 1,821,040

6    dosage units and 12,783,195 MME.  Rite Aid 950 had 1,717,860

7    dosage units and 12,518,872 MME.

8    **Q.**   Dr. McCann, on Page 6 of Plaintiffs' Exhibit 44757,

9    would you please walk the Court through the combined

10   summaries of where the oxycodone and hydrocodone shipments

11   came from?

12   **A.**   Yes.  Combined, the four Rite Aid pharmacies had

13   8,801,300 dosage units.  63% of that was distributed by Rite

14   Aid and 37% by McKesson.  Combined, the four pharmacies had

15   72,422,370 MME.  35% of that was distributed by Rite Aid and

16   64% by McKesson.

17   **Q.**   So, the 64% is from McKesson on MME and 56% on the

18   dosage units?

19   **A.**   I'm sorry.  56% on the weight and 37% on the dosage

20   units.

21   **Q.**   Thank you.  And 37% of the dosage units?

22   **A.**   Correct.

23   **Q.**   Now, from Page 6, Dr. McCann, are you able to identify

24   whether it was oxy, or hydro, or a combination of the two

25   from McKesson and/or Rite Aid?

1    **A.**   Not from this page.

2    **Q.**   And fast forward two pages.  Please walk the Court

3    through what you have summarized on Page 17 of Plaintiff

4    Exhibit 44757.

5    **A.**   This is the distribution of oxycodone to the four Rite

6    Aid pharmacies.  McKesson in black.  AmerisourceBergen in

7    blue.  Other in a beige color.  They're just a few tips.

8    So, all of the oxycodone for most of the time, almost all of

9    the oxycodone, except for those little tips up through the

10   end of 2018, is coming from McKesson.

11   **Q.**   And, again, the yellow time periods are ARCOS, Dr.

12   McCann?

13   **A.**   Yes.

14   **Q.**   And the time periods that are book-ending ARCOS are

15   from the datasets from where?

16   **A.**   From the defendants, McKesson, AmerisourceBergen, and

17   Cardinal Health.

18   **Q.**   Dr. McCann, I am going to skip to Page 14, similar

19   slide on the hydrocodone.  Would you please walk the Court

20   through what you've summarized similar to the oxycodone we

21   just reviewed where the distribution came from for the

22   hydrocodone to the combined Rite Aid stores?

23   **A.**   Yes.  The hydrocodone came from Rite Aid.  I think the

24   term used is they self-distributed, Rite Aid did, that is.

25   The amounts reflected are in the green bars.  McKesson

1    distributed the hydrocodone in the gray bars.  And

2    AmerisourceBergen, at the end, the hydrocodone reflected by

3    the heights of the blue bars.

4    **Q.**   Dr. McCann, are you able to identify from Page 14 when

5    McKesson became the -- what appears to be either the primary

6    or sole distributor of hydrocodone to Rite Aid

7    approximately?

8    **A.**   Yes.  In the second half of 2015.

9    **Q.**   Where the lines shift from the green to the gray?

10   **A.**   Yes.

11   **Q.**   And prior to that, was McKesson also distributing some

12   of the hydrocodone to Rite Aid?

13   **A.**   Yes.

14   **Q.**   And post-2018, it appears approximately who then picked

15   up the hydrocodone shipments to Rite Aid?

16   **A.**   AmerisourceBergen.

17   **Q.**   And that's identified by the blue?

18   **A.**   Yes.

19   **Q.**   If you'll return to Page 12 of Plaintiffs' Exhibit

20   44757, the -- what color is the oxycodone here, Dr. McCann?

21   **A.**   Blue.

22   **Q.**   All right.  So, the blue on the charts that we just

23   reviewed during the ARCOS time period came from which

24   distributor?

25   **A.**   From McKesson.

1    **Q.**   And the hydrocodone came from during the ARCOS time

2    period a combination of which distributors?

3    **A.**   Rite Aid and McKesson.

4    **Q.**   And similar to the previous exercise, if we add it up,

5    either 2009 or 2010, just from the Rite Aid Pharmacies, what

6    was the total number of dosage units of hydrocodone and

7    oxycodone that came into the community through Rite Aid?

8    **A.**   In 2009, it's about 1.1 million dosage units and in

9    2010, a little bit less.  A little bit more than a million,

10   but about a million.

11   **Q.**   Turn to Page 72.  Similar to the strength charts that

12   you've reviewed prior, would you please just walk the Court

13   quickly through what you have summarized on Page 72?

14   **A.**   Yes.  It's the same layout.  It's taking the shipments

15   of oxycodone by McKesson to the Rite Aid Pharmacies and

16   subtotaling the dosage units by strength according to the

17   legend that's on the right.

18   **Q.**   And then, one last page in the pharmacy deck for Rite

19   Aid, Page 31.  Dr. McCann, would you please summarize what

20   you've identified in Page 31 of Plaintiffs' Exhibit 44757?

21   **A.**   Yes.  This is the subset of the hydrocodone shipments

22   we looked at on a previous slide that isolates the McKesson

23   shipments.  The McKesson shipment of hydrocodone to these

24   Rite Aid Pharmacies monthly is reflected in the heights of

25   these gray bars.

```
 1    Q.   And just an approximate number from 2015 to 2018 or '19

 2    from McKesson shipments of hydrocodone in to Rite Aid?

 3    A.   A little bit more than 30,000 dosage units per month.

 4    Q.   And just turn that into an annual number, if you would,

 5    please, sir.

 6    A.   12 times 30 would -- 12 times 30 would be 360,000, so a

 7    little more than 360,000 in a 12-month period.

 8         MR. MOUGEY:  Your Honor, plaintiffs move

 9    Exhibit 44757 into evidence.

10         MR. SCHMIDT:  We make the same objection and ask

11    that ruling be preserved on this.

12         THE COURT:  Objection is preserved and I'm going

13    to reserve the ruling for the reasons previously stated.

14         BY MR. MOUGEY:

15    Q.   Dr. McCann, if you would please turn to Plaintiffs'

16    Exhibit 44748, 44748, and there's -- if memory serves me

17    correctly, there's two 44748s.  This is the CVS Pharmacy

18    packet.

19    A.   Yes.

20    Q.   Dr. McCann, based on Page 1 of Plaintiffs' Exhibit

21    44748, how many different CVSs are there in the Cabell

22    County City of Huntington area?

23    A.   Four.

24    Q.   Four?  And those are listed here on the first page?

25    A.   Yes.
```

1  **Q.**   Dr. McCann, turning to Page 2 and 3, which is the list

2  sorted by MME, would you please identify for the Court where

3  the CVS pharmacies are listed?

4  **A.**   Yes.  The first one is five rows down.  It's at Page

5  Marker 20.  And then skipping three, there are two more at

6  Page Markers 41 and 46.  And the fourth one is four more

7  rows down at Page Marker 66.

8          MR. MOUGEY:  Your Honor, just a housekeeping

9  issue.  The page numbers that I have identified here, if you

10  are to go back later and try to figure out where those are,

11  when we broke these documents apart trying to shrink them

12  down, those page numbers are inapplicable to what we have in

13  the record at this point.  So, later, if you're trying to

14  find those by page numbers, when I separated these out to

15  shrink the volume down pursuant to your direction, those

16  page numbers are no longer applicable.  Does that make

17  sense?

18          THE COURT:  Okay.

19          MR. MOUGEY:  Okay.

20          BY MR. MOUGEY:

21  **Q.**   Dr. McCann, for those four CVSs, would you please walk

22  the Court through the combined total for each of the

23  distributors for hydrocodone and oxycodone as identified on

24  Page 6?

25  **A.**   Yes.  Combined, the four CVS pharmacies received

1    14,204,630 dosage units.  64% of those dosage units were

2    distributed by CVS and 36% by Cardinal Health.  And MME, the

3    four pharmacies received 124,728,090 MME.  33% of that was

4    distributed by CVS and 67% by Cardinal Health.

5    **Q.**   All right.  So, 67% of the MME and 36% of the dosage

6    units from Cardinal?

7    **A.**   Correct.

8    **Q.**   And 64% of the dosage units and 33% of the MME from --

9    self-distributed from CVS?

10   **A.**   Yes.

11   **Q.**   And are you able to discern by looking just at those

12   numbers which distributor shipped which proportion of the

13   hydrocodone and oxycodone?

14   **A.**   No.

15   **Q.**   Dr. McCann, direct your attention to Page 16 of

16   Plaintiffs' Exhibit 4478.  Please explain to the Court what

17   you've summarized on this particular page.

18   **A.**   This is all of the shipments of oxycodone to the four

19   CVS pharmacies.  And you can see it's all red, so all of the

20   oxycodone came from Cardinal.

21   **Q.**   And the ARCOS period, again, 2006 to end of 2014?

22   **A.**   Yes.

23   **Q.**   All right.

24       MS. SALGADO:  Your Honor, just preserving our

25   objection on the time frame, recognizing Your Honor has

```
 1    ruled going back to -- with the data to 1996 uniquely to

 2    Cardinal.

 3              THE COURT:  All right.  The record will so show.

 4              BY MR. MOUGEY:

 5    Q.   Dr. McCann, outside of the datasets from the DEA

 6    governmental ARCOS, where did the remaining dataset come

 7    from for the Cardinal shipments of oxycodone to CVS?

 8    A.   I apologize, Mr. Mougey.  Could you ask that again,

 9    please?

10    Q.   Certainly.  Where did the dataset outside of the DEA

11    ARCOS 2006 to 2014, where -- who produced the data?  Where

12    did you get the data to build the summary?

13    A.   It was produced by Cardinal Health in discovery.

14    Q.   So, let's start in 1998, just an approximate percentage

15    increase of dosage units from 1998 to the beginning of 2010.

16    Just approximately as a percentage what is the increase of

17    oxycodone distribution to CVS stores in Cabell County and

18    the City of Huntington?

19    A.   It's approximately five times as large in 2010 and '11

20    as it was in 1998 and 1999.  So, it's increased by 4-500%.

21    Q.   Dr. McCann, would you please walk the Court again

22    through just the summary you have on Page 55 identifying the

23    different strengths of the oxycodone shipped by Cardinal?

24    A.   Yes.  Again, this is taking the transaction data of

25    shipments of oxycodone to the four pharmacies from Cardinal
```

1    Health and subtotaling.  So, grouping it by year and then

2    subtotaling it by the strength of the pills.  According to

3    the legend on the right, same color scheme as on the

4    previous exhibits we looked at.

5    **Q.**   Dr. McCann, I'm going to skip a series of slides and go

6    to Page 13.  Would you please explain to the Court what we

7    -- what you have identified on Page 13 of the hydrocodone

8    shipments to CVS?

9    **A.**   Yes.  The hydrocodone was shipped in the ARCOS time

10   period primarily self-distributed by CVS and then later

11   primarily distributed by Cardinal Health.

12   **Q.**   And the time frame when it appears that from your

13   summary that Cardinal Health became the either sole or

14   primary distributor of hydrocodone to CVS?

15   **A.**   Sometime in 2015 or '16.

16          MR. MOUGEY:  Your Honor, plaintiffs move

17   Exhibit 44748 into evidence.

18          MS. SALGADO:  Same objections, Your Honor.

19          THE COURT:  All right.

20          BY MR. MOUGEY:

21   **Q.**   Dr. McCann, turn next to Plaintiffs' Exhibit 44751,

22   Family Discount Pharmacy Report.

23          MS. SALGADO:  Your Honor, just a note.  This is --

24   this is a pharmacy outside of Cabell and Huntington and, as

25   we've discussed, we maintain our objection based on

1     geographic scope.

2             THE COURT:  All right.  Your objection is

3     preserved for the record.  I'll go ahead and hear it.

4             MR. MOUGEY:  As long as we're putting pins in each

5     of these objections, Your Honor has ruled on the systemic

6     issue around the country.  What we've done here is just a

7     few examples within the State of West Virginia.  Just making

8     sure we're all on the same page, Your Honor.

9             MS. SALGADO:  We dispute that characterization and

10    we think this does not fit into the Court's rulings on the

11    narrow exceptions to geographic scope and can address that

12    at a later time.

13            THE COURT:  All right.  Mr. Schmidt, do you want

14    to say anything?

15            MR. SCHMIDT:  I was just going to join and say our

16    understanding is this issue is preserved until following the

17    exam, but this is an issue, obviously, that impacts all of

18    the defendants.  And so, as long as we've preserved this

19    issue on these pharmacies that are outside Cabell County, we

20    don't need to stand up and object every time, but it is an

21    issue that I think is going to come up again.

22            THE COURT:  Mr. Mahady?

23            MR. MAHADY:  Nothing to add, Your Honor.

24            THE COURT:  All right.  Go ahead, Mr. Mougey.

25            MR. MOUGEY:  Thanks, Your Honor.

```
 1              BY MR. MOUGEY:
 2    Q.    Dr. McCann, we've just covered a series of pharmacies,
 3    CVS, and Rite Aid, Fruth that were combined.  How many
 4    pharmacies now are we back to in the Family Discount
 5    Pharmacy packet?
 6    A.    Just one.  I'm sorry.  I believe just one.  I'm a
 7    little bit confused.  There's one further down that appears
 8    to be a second one.  There's only -- I only have -- I only
 9    have exhibits that follow that first page for the first one,
10    number 565.
11    Q.    The DEA number?
12    A.    Yes.  The DEA number, I'm sorry, is BF0660565.
13    Q.    Yes, sir.  And how many DEA numbers are there on that
14    first page?
15    A.    Oh, I'm sorry.  There are 13.
16    Q.    I think you and I are on separate pages, Dr. McCann.
17    Let me take you to Page 1 of the pharmacy packet.
18    A.    I am looking at the wrong page.
19    Q.    My apologies.  How many DEA numbers are on that Page 1
20    of the Family Discount Pharmacy Report?
21    A.    One.
22    Q.    Okay.  And that's the DEA number that ends in 565?
23    A.    Correct.
24    Q.    All right.  Dr. McCann, this next series of pharmacy
25    packets that we're going to review, would you just walk the
```

1  Court through how you've organized each of those on this
2  following slide, Page 2?
3  **A.**    They're sorted by MME, same as the -- as the list of
4  pharmacies that we went through previously.  So, the first
5  one is Westside Pharmacy.  The second one is Family Discount
6  Pharmacy.
7  **Q.**    And how many total dosage units came in through Family
8  Discount Pharmacy?
9  **A.**    15,544,160.
10  **Q.**    And the total MME?
11  **A.**    121,309,017.
12  **Q.**    I'm going to skip to Page 54, Dr. McCann.  For the
13  hydrocodone, would you please explain to the Court what
14  you've summarized on Page 54?
15  **A.**    These are the shipments by distributor of hydrocodone
16  to Family Discount Pharmacy.  Cardinal in red.  McKesson in
17  gray.  ABDC in blue.
18  **Q.**    And, as Mr. Schmidt pointed out yesterday, can you make
19  the distinction between the gray and the kind of tan or
20  beige color?
21  **A.**    Yes.  I couldn't on the one yesterday, but here, I can
22  see the distinction.  There's enough colors there to see the
23  distinction.
24  **Q.**    And let's just start from the left-hand side with the
25  gray color.  Dr. McCann, can you identify the beginning in

1   2005 until what appears to be the beginning of 2008 which

2   distributor these shipments of hydrocodone to Family

3   Discount Pharmacy came from?

4   **A.**   Primarily coming from McKesson.

5   **Q.**   And the red, sir, is?

6   **A.**   Cardinal.

7   **Q.**   So, the -- and then the tan color, you've identified as

8   what, sir?

9   **A.**   Other.

10   **Q.**   All right.  So, the hydrocodone shipments to Family

11   Discount Pharmacy other than this tan color is from McKesson

12   and Cardinal?

13   **A.**   Yes.

14   **Q.**   Turn to Page 58.  Would you please explain to the Court

15   what you've summarized or compiled on Page 58 of Plaintiffs'

16   Exhibit 44751?

17   **A.**   I'm sorry.  68?

18   **Q.**   Yes.  I'm sorry.  Yes, 68.  Thank you.

19   **A.**   Well, it's the shipments of Cardinal Health that we saw

20   on the previous slide overlaid with shipments that is of

21   hydrocodone to Family Discount Pharmacy overlaid with

22   averages for West Virginia and for the country of shipments

23   of hydrocodone from Cardinal Health to pharmacies.

24   **Q.**   Would you please explain to the Court the scale on the

25   left-hand side of the dosage units per month?

1    **A.**    Yes.  You can see that the scale there is in increments

2    of 20,000 per month.

3    **Q.**    And so, McKesson shipment -- I'm sorry.  Cardinal

4    shipment into the Family Discount Pharmacy 2010, 2011, just

5    approximately per year is what, sir?

6    **A.**    Well, approximately 80,000 per month or a million per

7    year.

8    **Q.**    Just from Cardinal?

9    **A.**    Correct.

10   **Q.**    Dr. McCann, have you done a similar analysis for the

11   hydrocodone coming from McKesson?

12   **A.**    Yes, on Slide 84.

13   **Q.**    And would you please explain to the Court what data

14   you've compiled on Page 84, sir?

15   **A.**    Similar to the previous slide, this one is McKesson

16   shipments of hydrocodone to Family Discount Pharmacy

17   overlaid with their average shipments to the pharmacies in

18   West Virginia and around the country.

19   **Q.**    And the scale on the left-hand side on dosage units?

20   **A.**    It's a little bit coarser scale.  This scale is in

21   increments of 50,000.

22   **Q.**    And just approximate number of monthly shipments from

23   McKesson of hydrocodone into the Family Discount Pharmacy in

24   -- from 2005 until 2008, sir?

25   **A.**    On an annual basis, it's -- it's more than one and a

1    quarter million.

2    **Q.**   On an annual basis?

3    **A.**   Yes.

4    **Q.**   Of just hydrocodone?

5    **A.**   Yes.

6    **Q.**   Dr. McCann, turn your attention to Page 10 of the

7    Family Discount Pharmacy packet, sir.  Would you please walk

8    the Court through the data you've compiled on this page?

9    **A.**   Yes.  This is the oxycodone distributions to this

10   Family Discount Pharmacy.  The black bars represent -- the

11   heights of the black bars represent the shipments from

12   McKesson.  The height of the red bars, the shipments from

13   Cardinal.  And the blue bars, the shipments -- the heights

14   of the blue bars, the shipments from AmerisourceBergen.

15   **Q.**   Dr. McCann, the -- what is the only color on this slide

16   of shipments to oxycodone to the Family Discount Pharmacy

17   that didn't come from one of the parties in this courtroom?

18   **A.**   It's the tan color.  There's some tips prior to 2015

19   and then some months in 2015 where it's all tan.

20   **Q.**   So, any of the tan-ish color is from one of the parties

21   -- from a party or parties outside of the courtroom?

22   **A.**   That's my understanding.

23            MR. MOUGEY:  Your Honor, Plaintiffs move 44751.

24            MS. SALGADO:  Same objections, Your Honor.

25            MR. SCHMIDT:  Same objection.

1           THE COURT:  I'm reserving a ruling on the

2     objections.  Your objections are shown.

3               B MR. MOUGEY:

4     **Q.**   Dr. McCann, let's turn your attention to Exhibit 44750,

5     Family Discount Pharmacy of Stollings, Inc.  How many

6     numbers are identified on Plaintiffs' Exhibit 44750?

7     **A.**   One.

8     **Q.**   Dr. McCann, would you please identify for the Court

9     Page 2 where Family Discount Pharmacy with a DEA number of

10    567 appears on Page 2?

11    **A.**   It's three rows up from the bottom.

12    **Q.**   Three rows up from the bottom?  The total dosage units

13    into Family Discount Pharmacy with the DEA number ending in

14    567?

15    **A.**   3,308,400.

16    **Q.**   And the total MME, sir?

17    **A.**   20,629,035.

18    **Q.**   Dr. McCann, would you please explain to the Court what

19    you've compiled on Page 7 of Plaintiffs' Exhibit 44750?

20    **A.**   This is the shipments of oxycodone and hydrocodone to

21    this pharmacy by year subtotaled by oxycodone and by

22    hydrocodone.

23    **Q.**   And just to select the years for a total, 2010, 2009,

24    total of dosage units that came in through Family Discount

25    Pharmacy with the DEA number ending in 567?

1   **A.**   It's approximately 400,000 dosage units, a little bit

2   more than that in 2010, but approximately 400,000 dosage

3   units each year.

4   **Q.**   Dr. McCann, Page number 41 of Plaintiffs'

5   Exhibit 44750, please explain to the Court what you've

6   compiled on this page.

7   **A.**   This is the dosage units of hydrocodone shipped to

8   Family Discount Pharmacy of Stollings.  The height of the

9   gray bars reflects the shipments from McKesson.  The height

10   of the red bars, the shipments from Cardinal.  And there are

11   some -- some beige tips that reflect shipments from other

12   distributors.

13   **Q.**   I've indicated on the electronic board on Page 41 where

14   you have identified the tips that are tan, as opposed to

15   gray.  Did I get that about -- did I get that right, Dr.

16   McCann?

17   **A.**   Yes.

18   **Q.**   So, in totality, the hydrocodone shipment, the --

19   almost all came from McKesson and Cardinal to Family

20   Discount?

21   **A.**   That's correct.

22   **Q.**   Dr. McCann, turn your attention to Page number 59.

23   Would you please explain to the Court what you've compiled

24   on Page 59?

25   **A.**   These are a subset of the shipments we were looking at

1    earlier.  These are the shipments from McKesson to this

2    pharmacy and the green line is the national -- I'm sorry,

3    the West Virginia average of McKesson shipments of

4    hydrocodone to pharmacies in West Virginia and the gold

5    color line is McKesson's national average shipments of

6    hydrocodone to pharmacies.

7    **Q.**   And, Dr. McCann, what is the dosage units scale on the

8    left-hand side from what came from McKesson say, for

9    example, from 2005 to 2009 per month just roughly?

10   **A.**   I apologize, Mr. Mougey.  Could you ask that again,

11   please?

12   **Q.**   Yes.  Just generally, what is the amount of dosage

13   units coming from McKesson of hydrocodone to Family Discount

14   Pharmacy with the DEA number ending 567?

15   **A.**   It's about 25,000 dosage units per month.

16   **Q.**   And then per year?

17   **A.**   That would be 300,000.

18   **Q.**   Dr. McCann, I believe you have compiled a similar

19   analysis, sir, summary for Cardinal?

20   **A.**   Yes.

21   **Q.**   And please explain to the Court what you have compiled

22   on Page 44, sir.

23   **A.**   It is the same basic layout.  It's a subset of all of

24   the shipments of hydrocodone to this pharmacy.  It's the

25   Cardinal Health shipments and I've overlaid with the

```
1    Cardinal Health shipments to this -- pharmacy of

2    hydrocodone, that is, the West Virginia and national average

3    shipments of Cardinal Health to pharmacies of hydrocodone.

4              MR. MOUGEY:  Your Honor, plaintiffs move Exhibit

5    44750 into evidence.

6              MS. SALGADO:  Same objections, Your Honor.

7              THE COURT:  Same ruling.

8              BY MR. MOUGEY:

9    Q.   Dr. McCann, direct your attention to what I've marked

10   as Plaintiffs' Exhibit 44753, Hurley Drug Company Pharmacy

11   from Bates number -- I'm sorry -- DEA number 401.

12   A.   Yes.

13   Q.   Please direct the Court to -- on your summary page of 2

14   where Hurley falls.

15   A.   It's five rows down from the top.

16   Q.   And the total dosage units from Hurley?

17   A.   9,869,830.

18   Q.   During what period, Dr. McCann?

19   A.   It's the ARCOS time period, 2006 to 2014.

20   Q.   And then the total MME, sir?

21   A.   64,416,766.

22   Q.   Dr. McCann, direct you to Page 68, Hurley Drug Company

23   hydrocodone shipments from Cardinal, sir?

24   A.   Yes.

25   Q.   Would you please explain to the Court what you've
```

1  compiled on Page 68?

2  **A.**    Yes.  These are the shipments of hydrocodone monthly

3  from Cardinal Health to Hurley reflected in the heights of

4  these red bars and then overlaid on top of the actual

5  shipments each month from Cardinal.  Cardinal's average

6  shipments to pharmacies in the state and nationally in the

7  green and yellow or gold lines.

8  **Q.**   And, Dr. McCann, just roughly, during the periods '06,

9  '07, 2009, '10 and '11, what -- what is the dosage units per

10  month, just approximately, that Cardinal was shipping to

11  Hurley?

12  **A.**    Approximately 40,000 a month.

13  **Q.**   And then, Dr. McCann, I believe you've compiled a

14  similar summary on Page 84 for McKesson, sir?

15  **A.**    Yes.

16  **Q.**   And please explain to the Court what you've summarized

17  on Page 84.

18  **A.**    It's McKesson's shipments of hydrocodone to this

19  pharmacy.  The height of the gray bars reflect the monthly

20  shipments from McKesson of hydrocodone and -- to this

21  pharmacy.  The green line reflects the average shipments

22  monthly to all pharmacies that McKesson shipped hydrocodone

23  to in West Virginia.  And the gold line, the average of

24  hydrocodone shipments to all pharmacies that McKesson

25  shipped hydrocodone to nationally.

```
 1    Q.    And just on the scale on the left-hand side from

 2    McKesson the dosage units per month, sir, from 2000 -- late

 3    2014 to midway-2017?

 4    A.    Approximately 25,000 dosage units per month.

 5    Q.    And annually, sir?

 6    A.    That would be 300,000.

 7              MR. MOUGEY:  Your Honor, plaintiffs move in

 8    Exhibit 44753, the compilation from Hurley.

 9              MS. SALGADO:  Same objections, Your Honor, on

10    improper summaries and also just want to reiterate our

11    standing objection as to geographic scope to this portion of

12    the outside of Cabell-Huntington presentation.

13              MR. SCHMIDT:  Same, Your Honor.

14              BY MR. MOUGEY:

15    Q.    Dr. McCann, let's move to Plaintiffs' Exhibit 44759,

16    Strosnider.  How many DEA numbers?  Sorry.

17    A.    One.

18    Q.    One.  And would you please point the Court to where

19    Strosnider is on this compilation of pharmacies?

20    A.    Yes.  It's four down from the top.

21    Q.    And total dosage units during the ARCOS period from --

22    I'm sorry -- to Strosnider of oxycodone and hydrocodone?

23    A.    13,169,550.

24    Q.    And, Dr. McCann, if you would please turn to Page 27 of

25    Exhibit 44759 and explain to the Court what you've
```

1    summarized on this page.

2    **A.**    It's McKesson shipments of hydrocodone to this

3    pharmacy.  The heights of the -- vertical height of the gray

4    bars reflect the monthly shipments of hydrocodone to this

5    pharmacy.  And then, the green line reflects the monthly

6    shipments on average to -- of McKesson of hydrocodone to

7    pharmacies that it serviced in West Virginia.  And the gold,

8    the monthly average of hydrocodone shipments from McKesson

9    to the pharmacies that McKesson shipped hydrocodone to.

10   **Q.**    And, Dr. McCann, the scale on the left-hand side of the

11   monthly dosage units from McKesson to Strosnider?

12   **A.**    The scale is in increments of 50,000.

13   **Q.**    And the monthly amount, what appears to be

14   approximately January of '06 towards the end of 2007, just

15   on average, what does that roughly equate to?

16   **A.**    It's about 175,000 per month.

17   **Q.**    All right.  And annualized for each of those years?

18   **A.**    A little bit more than 2 million.

19   **Q.**    Is that in total or per year?

20   **A.**    Per year.

21   **Q.**    So, close to roughly 4 million for the total period?

22   **A.**    Yes.  I'd have to add it all up, but it looks to be

23   about 175 per month, which would be 4 million over a

24   two-year period.

25              MR. MOUGEY:  Your Honor, plaintiffs move

1   Exhibit 44759 in, the compilation for Strosnider.

2           MR. SCHMIDT:  Same two objections as before, Your

3   Honor.

4           THE COURT:  The objections are preserved by the

5   Court.

6           BY MR. MOUGEY:

7   **Q.**   Dr. McCann, please turn to or pull Plaintiffs'

8   Exhibit 44744, Aracoma Drug Company.

9   **A.**   Yes.

10  **Q.**   And how many DEA numbers, sir?

11  **A.**   One.

12  **Q.**   And, Dr. McCann, where does Aracoma fall on the summary

13  page of Page 2 of 44744?

14  **A.**   It's pretty much in the middle.  It's down about seven

15  or eight rows from the top.

16  **Q.**   And total number of dosage units into Aracoma?

17  **A.**   3,333,180.

18  **Q.**   And total MME, sir?

19  **A.**   27,661,373.

20  **Q.**   And, Dr. McCann, what time period does this cover on

21  Page 2?

22  **A.**   2006 to 2014.

23  **Q.**   Which is the ARCOS period?

24  **A.**   Yes.

25  **Q.**   And, Dr. McCann, if you'd please turn to Page 42 and

1     explain to the Court what you have summarized on Page 42

2     regarding the hydrocodone shipments to Aracoma.

3     **A.**    This is the hydrocodone shipments from all distributors

4     to this drugstore for the -- for the ARCOS period, plus the

5     additional period before and after, supplemented by the

6     defendant transaction data.

7     **Q.**    All right.  And, Dr. McCann, let's attempt to

8     distinguish here the difference between the McKesson, which

9     is the gray, and then the other, which is the tan, correct?

10    **A.**    Yes.

11    **Q.**    And ABC also distributed to Aracoma?

12    **A.**    Yes.  Reflected in the heights of the blue segments of

13    the bars, that's the ABDC shipments.

14    **Q.**    And the red, sir?

15    **A.**    Is the Cardinal Health shipments.

16    **Q.**    All right.  And the predominant other outside of

17    McKesson is in the 2008 and 2009?

18    **A.**    Correct.

19    **Q.**    And there's also other outside of McKesson, as you

20    referred to prior, some of the tips, correct, sir?

21    **A.**    Yes.

22    **Q.**    Are you able to discern where the majority of the

23    hydrocodone to Aracoma came from by looking at Page 42?

24    **A.**    Yes.

25    **Q.**    And where is that, Dr. McCann?  Who is that from, Dr.

1    McCann?

2    **A.**   It's from McKesson.

3    **Q.**   Dr. McCann, similarly, the oxycodone to Aracoma, would

4    you please explain to the Court what you've summarized on

5    Page 10 of Plaintiffs' Exhibit 44744?

6    **A.**   Yes.  Again, the heights of the bars are the monthly

7    dosage units.  The red bars reflect shipments from Cardinal.

8    And the black bars reflect shipments from McKesson.

9    **Q.**   And the time period that you have compiled on Page 10

10   covering McKesson's shipments to Aracoma?

11   **A.**   It's the -- what we've been referring to as the ARCOS

12   time period, the period over which we had transaction data

13   from the government, supplemented with the additional data

14   we received from the defendants in discovery.

15   **Q.**   And are you able to identify based on Page 10 where

16   almost all of the oxycodone came from to Aracoma?

17   **A.**   Yes.  It virtually all came from McKesson.

18   **Q.**   All right.  So, Dr. McCann, if we return to Page 6, the

19   summary of the oxy and hydro, would you please identify for

20   the Court where you can calculate the number of dosage units

21   that went into Aracoma from McKesson other than those

22   Cardinal shipments during the ARCOS period from '6 to '14?

23   **A.**   Yes.  It's -- the height of the blue bars on this graph

24   for oxycodone reflect almost only shipments from McKesson.

25   There's a small amount of shipments, relatively small

1      amount, in the red bars for Cardinal Health, but the rest

2      would be all black.

3      **Q.**   And, Dr. McCann, if you would, sir, on the hydrocodone

4      from McKesson, let's start with just an easier period from

5      2005 to 2009.  Where did most of the hydrocodone come from

6      shipped to Aracoma?

7      **A.**   It came from McKesson.

8      **Q.**   And 2011 to 2014, where did most of the -- almost all

9      of the hydrocodone come from to Aracoma?

10     **A.**   From McKesson.

11     **Q.**   And those middle years, sir, 2009 and '10, the hydro

12     was a combination of what, sir, from the distributors?

13     **A.**   Well, a little bit from each of the three distributors

14     here, but mostly from other distributors.

15     **Q.**   Yes, sir.  Dr. McCann, go to Page 36.  This is the

16     oxycodone broken down by strength.  Would you please walk

17     the Court through your summary on this page?

18     **A.**   Yes.  This is a similar summary exhibit that we've seen

19     before.  It groups the shipments by year and then subtotals

20     by McKesson's shipments and by the drug strength according

21     to the legend that's on the right.

22               MR. MOUGEY:  And I apologize for bouncing between

23     hydro and oxy, but, Your Honor, just to refresh.

24               BY MR. MOUGEY:

25     **Q.**   The oxy came to Aracoma came from which distributor,

1    Dr. McCann, as identified on Page 10?

2    **A.**   From McKesson.

3    **Q.**   All right.  And go back to the strength slide on Page

4    36.  The total dosage units are -- for oxycodone to Aracoma

5    are summarized on this page, sir?

6    **A.**   Yes.

7    **Q.**   And just -- would you walk the Court through just

8    roughly kind of year by year, beginning in 2004, the annual

9    shipments of oxycodone from almost all of McKesson to

10   Aracoma?

11   **A.**   Yes.  In the first year they had a little bit more than

12   10,000 dosage units.  That increases over time to

13   approximately 45,000, approximately 32,000, 45,000 again,

14   and then a little over 60,000, almost 80,000, almost 90,000.

15   A couple of years, a little bit more than 60,000, and then

16   as high as 93- or 94,000, and then declining 80,000, 75,000,

17   42,000 and down to under 10,000 again.

18          MR. MOUGEY:  Plaintiffs move Exhibit 44744 into

19   evidence.

20          MR. SCHMIDT:  Same objection as to geography and

21   improper exhibit.

22          MR. MAHADY:  Same objection, Your Honor.

23          THE COURT:  The objections are shown on the record

24   and the Court will reserve ruling on them.

25          MR. SCHMIDT:  Thank you, Your Honor.

```
 1              THE COURT:  Mr. Mougey, Chapmanville, West
 2    Virginia, I can take judicial notice of where it is.  It's
 3    in Logan County, significantly removed geographically from
 4    Huntington.  Why is that relevant?
 5              MR. MOUGEY:  I'm -- can I defer to some of my
 6    counsel, Judge, to connect the dots for you under 104(b)?  I
 7    think every one of these are going to be tied back on
 8    several issues, one being the systemic issue which Judge
 9    Polster ruled on, but others, as well, and I think Mr.
10    Farrell is going to walk you through some of the documents
11    as we move forward the next couple of weeks.  I appreciate
12    your patience walking through that.
13         Judge, I'm going to shift gears into a different series
14    of exhibits.  I don't have -- might have maybe 45 minutes
15    left.  What would you like me to do?
16              THE COURT:  Well, we can take a ten-minute break
17    here and press on, if this is a convenient stopping point.
18              MR. MOUGEY:  That would be great, Judge.
19              THE COURT:  All right.  We'll be in recess until
20    about 10:30.
21              MR. MOUGEY:  Thank you.
22         (Recess taken)
23         (Proceedings resumed at 10:36 a.m.)
24              THE COURT:  Okay, Mr. Mougey.
25              MR. MOUGEY:  Thank you, Judge.
```

1   BY MR. MOUGEY:

2   **Q.**   Dr. McCann, let's move to Plaintiffs' Exhibit

3   42879.

4              MR. MOUGEY:  Your Honor, I just have a few cleanup

5   miscellaneous compilations I needed to get through, so bear

6   with me.

7   BY MR. MOUGEY:

8   **Q.**   All right, Dr. McCann, do you have it in front of

9   you?

10  **A.**   Yes.

11  **Q.**   All right, Page 1 of Exhibit 42879, would you just

12  please explain to the Court what you summarized regarding

13  the McKesson shipments in the United States?

14  **A.**   Yes.  It's a subtotal of the total dosage units of all

15  opioids shipped by McKesson during the ARCOS time period

16  2006 to 2014.

17  **Q.**   And, Dr. McCann, we've been discussing oxy and hydro

18  since we narrowed some of the focus initially.  Is this all

19  14 drugs?

20  **A.**   It is, although some of them may not have dosage units.

21  So there may not literally be an entry here somewhere for

22  each of the 14, but the intention is wherever there is a

23  dosage unit for any of those 14 drugs, it's subtotaled in

24  this chart.

25  **Q.**   And I know we've already hit this, but why wouldn't

1    there be dosage units for some of the drugs?

2    **A.**   Well, if the drug is in a liquid form, for instance,

3    the dosage unit field is not populated.  But -- so,

4    typically, if there's a dosage unit, it's one of seven

5    different hard formulations like a pill, a tablet, a caplet,

6    a lozenge.

7    **Q.**   Dr. McCann, so when you say it's in the thousands, what

8    exactly does that mean?

9    **A.**   Well, so, the increments you can see here are in

10   500,000, and we quickly get to two million, three million,

11   and four million.  Those are multiplied then by 1,000 to get

12   the scale.  And, so, it means that these are in billions;

13   one billion, one and a half billion, two billion, two and a

14   half billion, three billion, so on.

15   **Q.**   So, essentially, we can just add three zeros to get the

16   correct -- or convert from the thousands into the actual

17   number?

18   **A.**   Yes, that's correct.

19   **Q.**   All right.  So would you please just walk the Court

20   through beginning in 2006 the total dosage units during the

21   ARCOS period from McKesson from '06 to '14?

22   **A.**   Yes.  The dosage units grows from 2006 to 2007 from a

23   little more than two billion to a little bit less than two

24   and a half billion.  In 2008 it's about 2.8 billion; 2009,

25   about 2.9 billion; 2010, about three billion; and then a

1    little bit more than that, 3.2 billion in 2011, '12 and '13;

2    and a little bit more than that, 3.3 or 3.4 billion in 2014.

3            MR. MOUGEY:  Your Honor, plaintiffs move Exhibit

4    42879 summarizing the total dosage units from McKesson into

5    the U.S.

6            MR. SCHMIDT:  Same objection, Your Honor.

7            THE COURT:  All right.  I'll reserve ruling on it.

8        Go ahead, Mr. Mougey.

9    BY MR. MOUGEY:

10   **Q.**   Dr. McCann, 44318.

11   **A.**   Yes.

12   **Q.**   Would you just start with the upper left-hand corner

13   and describe for the Judge what is summarized on Page 1 of

14   44318?

15   **A.**   Yes.  This is shipments of oxycodone nationally during

16   the ARCOS time period by Cardinal Health to all dispensers.

17   **Q.**   And for which drug, Dr. McCann?

18   **A.**   Oxycodone.

19   **Q.**   And, so, each of the states that -- actually, just walk

20   through the contents of the chart, not in detail, obviously,

21   but just the categories.

22   **A.**   Sure.  So the data here is, is subtotals of oxycodone

23   shipments by Cardinal Health in dosage units by year and by

24   state.  So across the top you've got the all states figure

25   for 2006, 2007, and so on into 2014, and then a total in the

1    far right column.

2        And then below that for each year you've got a subtotal

3    of the dosage units of oxycodone Cardinal shipped into each

4    state sorted alphabetically, so Alaska first -- I'm sorry --

5    yes, Alaska first and Wyoming last.

6    **Q.**   All right, Dr. McCann, let's continue just onto Page 2.

7    Is that the same compilation that you've just described

8    inclusive of all states?

9    **A.**   Yes, that's correct.

10   **Q.**   And, Dr. McCann, the totals are both vertically and

11   horizontally?

12   **A.**   Right.  You can think of the row across the top as the

13   total across the states.  And then the totals on the left

14   across all the states by year, and then the totals on the

15   right across all years for each state.

16       So there's two sets of totals there for the grand

17   total, if you will, in the upper right-hand corner of the

18   first page of each of these.  For oxycodone it was

19   10,414,966,518.  And for hydrocodone it was 5,929,872,902

20   dosage units.

21   **Q.**   All right.  Before we go to hydrocodone, stay with me

22   and let's stick with this just a second on how this is laid

23   out.

24       So if Your Honor wanted to calculate the total for West

25   Virginia over the ARCOS period, it would be on the

1    right-hand column, Dr. McCann?

2    **A.**    Yes, that's correct.  It's the 130,796,385 dosage unit

3    figure there.

4    **Q.**    And if the Court wanted to compare the shipments from

5    Cardinal on oxy -- of oxy into West Virginia compared to

6    other states over the entire ARCOS time period, it would

7    just be on that far right column?

8    **A.**    Right.  That would cover the entire time period.  And

9    each column to the left would allow you to compare year by

10   year.

11   **Q.**    And if we go back to the first page, the numbers at the

12   top year by year are the total for all of the states;

13   correct, sir?

14   **A.**    Correct.

15   **Q.**    And if Your Honor wanted to look at West Virginia as a

16   percentage of the whole for that given year, would that be

17   an effective way to do that?

18   **A.**    Yes.  For that year you would take the number in the

19   cell for West Virginia and divide it by the total for that

20   year across the states.

21   **Q.**    All right.  Is Page Number 3 the same layout for

22   hydrocodone?

23   **A.**    Yes.

24   **Q.**    And, again, all dispensers of hydrocodone for Cardinal

25   Health?

1    **A.**   Yes, that's correct.

2              MR. MOUGEY:  Your Honor, plaintiffs move Exhibit

3    44318 into evidence for compiling the state by state data

4    during the ARCOS time period.

5              THE COURT:  Ms. Salgado.

6              MS. SALGADO:  Yes, Your Honor, the same objection.

7    And also I believe that this particular set of calculations

8    was also not included in Dr. McCann's expert report.

9              THE COURT:  Was it included in his expert report,

10   Mr. Mougey?

11             MR. MOUGEY:  I'll have to go back.  I find it hard

12   to believe that the compilations on state by state weren't

13   in the expert report.  I mean, we had 7,000 pages.  I'll be

14   happy to go back.

15             THE COURT:  All right.  The record will show your

16   objection on both grounds.

17             MR. MOUGEY:  Your Honor, if I could just add one

18   thing.  I do believe, however, Mr. Fuller, who is not in

19   here, provided this document to Cardinal Health.  They were

20   the subject of a 1006 issue that was brought to Your Honor

21   and those have been published and produced to the other side

22   for quite some time.

23       So I'll double-check, Your Honor, just to make sure.

24   But either way, this isn't the first time the defendants

25   have seen this -- or, I'm sorry -- Cardinal has seen this

1    document.

2              MS. SALGADO:  I'll just add just a flag.

3    Typically we've seen a sourcing at the bottom of the page

4    for particular portions of his appendix.  So I'm just noting

5    for the record we don't see any sourcing here.  Thank you.

6              MR. MAHADY:  Same objections, Your Honor.  Thank

7    you.

8              THE COURT:  All right.

9    BY MR. MOUGEY:

10   **Q.**   I apologize.  I just lost my place.  Was I on --

11   Dr. McCann, was I on 44318?

12   **A.**   Yes.

13   **Q.**   I'll turn to 44723, Page 1.  Dr. McCann, is this a

14   compilation for AmerisourceBergen similar to what we just

15   saw for Cardinal?

16   **A.**   Yes.

17   **Q.**   And the compilations both vertically and horizontally

18   are done the same way that it was with the Cardinal, the

19   previous exhibit we just walked through?

20   **A.**   Yes.  Each cell is the subtotal of the shipments of

21   hydrocodone by AmerisourceBergen into a state during a

22   particular year.

23        And then the row across the top is a total for all the

24   states each year.  And the totals on the right are totals

25   across the state for all the years.

```
 1        So they're a set of subtotals within the cell, and then
 2   across the top and the side additional subtotaling for the
 3   grand total in the upper right-hand corner.
 4   Q.   And the grand total for hydrocodone for
 5   AmerisourceBergen is what, sir?
 6   A.   8,814,700,230.
 7   Q.   And then each of the states in the following vertical
 8   column, vertical rows below that are state by state totals?
 9   A.   Yes.
10           MR. MOUGEY:  Your Honor, plaintiffs move Exhibit
11   44723 into evidence.
12           MR. MAHADY:  Same objection, Your Honor.
13           THE COURT:  All right.
14   BY MR. MOUGEY:
15   Q.   Dr. McCann, 44726, same layout as the
16   AmerisourceBergen and the Cardinal exhibits we just
17   walked through, compilation nationwide?
18   A.   Yes, that's correct.  It's the subtotal of the dosage
19   units of hydrocodone shipped by McKesson into each state
20   each year, and then further subtotaled by year and by state
21   with a grand total in the upper right-hand corner.
22   Q.   And the grand total for McKesson for hydrocodone is?
23   A.   12,147,330,630.
24   Q.   And if you turn to Page 2, the total for West Virginia
25   on the second row from the bottom across the entire ARCOS
```

1    time period for hydrocodone?

2    **A.**   From McKesson 110,021,090 dosage units.

3            MR. MOUGEY:  Your Honor, plaintiffs move Exhibit

4    44726 into evidence.

5            MR. SCHMIDT:  Same objection as before, also the

6    objection that this was not a disclosed demonstrative or

7    exhibit in his expert report.

8            THE COURT:  All right.  The objection is shown on

9    the record and I'll reserve my ruling for the reasons

10   previously stated.

11           MR. MOUGEY:  Thank you, Your Honor.

12   BY MR. MOUGEY:

13   **Q.**   Dr. McCann, 44731.  We've flip-flopped between

14   McKesson and AmerisourceBergen, but is this the same

15   layout as the prior slide, prior compilations we just

16   reviewed, Dr. McCann?

17   **A.**   I apologize.  I don't think you've changed it on the

18   screen.

19   **Q.**   Thank you.  There we go.

20   **A.**   Yes, that's correct.

21   **Q.**   All right.  AmerisourceBergen, oxycodone; correct?

22   **A.**   Yes.

23   **Q.**   All right.  And the grand total for the ARCOS time

24   period for ABDC and oxycodone across the U.S. is?

25   **A.**   6,130 -- I'm sorry -- 6,137,854,790 dosage units.

1    **Q.**   And the State of West Virginia from AmerisourceBergen

2    total for oxycodone during the ARCOS time period?

3    **A.**   66,184,285.

4             MR. MOUGEY:  Your Honor, plaintiffs move Exhibit

5    44731 into evidence.

6             MR. MAHADY:  Your Honor, same objection on 1006,

7    geographic scope, and lack of disclosure.

8             THE COURT:  All right.  The objection is shown for

9    the record.  I'll reserve my ruling.

10   BY MR. MOUGEY:

11   **Q.**   All right, Dr. McCann, one more, Exhibit 44734,

12   McKesson oxycodone, same layout with the data that we

13   just walked through?

14   **A.**   Yes, that's correct.

15   **Q.**   Total McKesson oxycodone for the ARCOS time period for

16   all states '06 to '14?

17   **A.**   For oxycodone it was 11,272,938,250 dosage units.

18   **Q.**   And the State of West Virginia on the second page?

19   **A.**   116,528,380 dosage units.

20   **Q.**   And, Dr. McCann, let's go back to the totals that we've

21   just covered on each of the charts for the -- each of the

22   years of ARCOS on the top, on the compilation on the top.

23   Okay?

24   **A.**   Yes.

25   **Q.**   Would you just -- if the Court wanted to see or

1    identify the increase in percentages across the state -- I'm

2    sorry -- increasing dosage units across the country, either

3    all of the states combined or state by state, will you walk

4    the Court through how to use this compilation to do that?

5    **A.**   Well, the row -- the columns are organized by year.

6    And, so, for the nation, it's the first row.  And you see

7    the numbers increasing from 843 million to 990 million to

8    1,161,000,000; and then as we go over peaking in 2013 at

9    1,484,727,050 dosage units.

10        And you see a similar pattern for many of these rows

11   which reflect individual states, including the West Virginia

12   row which was second up from the bottom.

13   **Q.**   All right.  On the West Virginia total starting with

14   2006, the total oxy shipped into West Virginia by

15   AmerisourceBergen for the first year of the ARCOS data

16   period is what, sir?

17   **A.**   I apologize.  I think I'm on a different exhibit.  I'm

18   on 44734.

19   **Q.**   I screwed up the screen.  I apologize.

20   **A.**   There you have it.

21   **Q.**   Thank you.  All right.  Let's do that again.  I

22   apologize.

23        Starting in 2006 in West Virginia the oxycodone

24   shipments from McKesson, would you just walk the Court

25   through on each of these defendants how the Court can look

1    at year to year to year in West Virginia to see the

2    proportional increases?

3    **A.**   Sure.  This example is for McKesson's shipments of

4    oxycodone.  And the dosage units increased from looking

5    second row up from the bottom under the 2006 column

6    10,206,440, 11,819,160, 13,408,960.  And then as we go

7    further to the right peaking on this table at 15,109,160 in

8    2014.

9    **Q.**   Dr. McCann, the increase from 2006 to 2014 is a

10   percentage just roughly?

11   **A.**   Very close to 50 percent, not quite 50 percent.

12           MR. MOUGEY:  Your Honor, I don't have anything

13   further with Dr. McCann -- I apologize.  Plaintiffs move

14   44734 into evidence subject to the same objections.

15           MR. SCHMIDT:  Same objections, including lack of

16   disclosure.

17           THE COURT:  Same ruling.  Go ahead.

18           MR. MOUGEY:  Your Honor, I don't have anything

19   further for Dr. McCann at this time.  I think what the issue

20   is is kind of where we started three, four, five days ago

21   about the volume of 1006s and some of the issues that we

22   had.  So -- that Mr. Mahady raised, in addition to the issue

23   that he's raised since then.

24       What -- you obviously have given them an opportunity to

25   cross prior to introducing these exhibits.  I would ask for

```
 1    some leniency from Your Honor before I pass the witness.  I
 2    just wanted to, to steal Mr. Mahady's phrase, put a pin or a
 3    marker down that depending on what they raise on cross with
 4    some of the preliminary issues of having these 1006s
 5    introduced, I may need to, to go back into some of the
 6    details that we've carved down today depending on what the
 7    cross is.  So I'm more than happy to pass the witness --
 8              THE COURT:  Well, we'll cross that bridge when we
 9    get to it.
10              MR. MOUGEY:  I just wanted to make sure I just
11    pointed that out, Your Honor.
12              THE COURT:  Do you have something, Mr. Mahady?
13              MR. MAHADY:  Yes, Your Honor, just a point of
14    clarification.
15         I understand that the plaintiffs may need to revisit
16    something when they redirect the witness.  But I'm concerned
17    what Mr. Mougey is saying is that when Dr. McCann comes back
18    in a couple weeks for phase two that they intend to raise
19    issues about the ARCOS data with him again.
20         And the reason I have that concern is that Mr. Mougey
21    told me a few days ago that that was his intention to ask
22    the Court.
23         And we feel very strongly that Dr. McCann is here today
24    to testify to the ARCOS data and his analysis of the ARCOS
25    data.  Phase two, which is clearly laid out in the parties'
```

1   stipulation, relates to his flagging methodology.  They are

2   completely separate.  It's why the plaintiffs asked for him

3   to be bifurcated.

4       So to the extent they have questions about the ARCOS

5   data or the underlying data for distribution, those

6   questions need to be asked in phase one and we strongly

7   object to any of that coming up again in phase two.

8           THE COURT:  Well, you separated it in two.  You

9   ought to finish with part one, shouldn't you?

10          MR. MOUGEY:  I agree, Your Honor, but I also --

11  Mr. Mahady is objecting to something I haven't even raised,

12  Your Honor.

13      So what I asked for was a little leniency.  Mr. Mahady

14  insisted that I get these number of exhibits down.  I did.

15  I have -- at this point, I just want to have a window into

16  what the complaint is rather than with the 1006s.

17          THE COURT:  Well, I'm not in a position to commit

18  to you on that, Mr. Mougey.  I've got to wait and see what

19  happens.

20          MR. MOUGEY:  I haven't even asked for it, Your

21  Honor.  Mr. Mahady is objecting to something I haven't even

22  asked for.

23          THE COURT:  Well, you asked for leniency for

24  something.

25          MR. MOUGEY:  I just said -- all I'm asking is when

```
 1    I go to pass, pass the witness with the understanding that

 2    you've given the other side the opportunity to cross prior

 3    to introducing these exhibits.  And I might -- depending on

 4    what they're --

 5              THE COURT:  You get, you get to redirect him if

 6    there's room for you to legitimately do that, Mr. Mougey.

 7              MR. MOUGEY:  I understand that.  I understand.

 8              THE COURT:  Okay.

 9              MR. MOUGEY:  That's all -- that's the only point

10    I'm making and I'm certainly not at this point, not seeing

11    what the cross is or what the issues are with -- as you

12    know, Your Honor, we've been trying to frame this 1006 for

13    two months.  I'm just making sure that's -- I haven't asked

14    to bring Dr. McCann back, so I don't think that's ground we

15    need to plow at this point.

16              THE COURT:  Okay.

17         I've got a couple questions for you, Dr. McCann.

18              THE WITNESS:  Yes, Your Honor.

19              THE COURT:  The analysis you've given here, if I

20    understand it, is based on the ARCOS data for 2006 to 2014

21    and data supplied by the defendants for that period and also

22    periods before and after 2006 to 2014.  Is that right?

23              THE WITNESS:  That's 99 percent of the data.

24    There is a little bit of information taken from two or three

25    other government sources that are publicly available.
```

1        The DEA has an NDC dictionary it's called.  The FDA has

2   a dictionary of labelers.  The CDC has just a single-page

3   description and set of factors for MME conversion, and the

4   Census Bureau.

5        So it's primarily the data you described, 99.9 percent,

6   but a little bit of supplement from these other government

7   sources.

8             THE COURT:  And you explained all that at the

9   beginning of your testimony?

10            THE WITNESS:  Yes, Your Honor.

11            THE COURT:  And I just had you explain it again.

12            THE WITNESS:  That's my pleasure.

13            THE COURT:  All this data you use, is it of a type

14   reasonably relied upon by experts in your field when forming

15   opinions such as the ones you've expressed in your

16   testimony?

17            THE WITNESS:  Yes, absolutely.

18            THE COURT:  Okay.

19        Mr. Mahady, you may cross-examine.

20            MR. MAHADY:  Your Honor, for timing purposes, I

21   understand you have something at noon.  What time do you

22   want us out of here?

23            THE COURT:  Well, I've got to take a plea at noon

24   and it will take a half hour to 45 minutes.  I don't see any

25   reason why we can't just press on and go to noon or close to

```
 1    it, Mr. Mahady.
 2              MR. MAHADY:  Sure.
 3          Good morning, Your Honor.
 4                          CROSS EXAMINATION
 5    BY MR. MAHADY:
 6    Q.   Dr. McCann, my name is Joe Mahady.  I represent
 7    AmerisourceBergen along with my colleagues here at
 8    counsel table.  It's nice to meet you.
 9    A.   Good to meet you, Mr. Mahady.
10    Q.   I'm going to go first.  I'm going to ask you some more
11    general questions, some questions specific about
12    AmerisourceBergen, and then I suspect you'll have questions
13    from Cardinal Health and McKesson corporation.
14         I want to start making sure I understand your
15    background and the opinions you're testifying to in this
16    case.
17         Dr. McCann, you're an economist; correct?
18    A.   Yes.
19    Q.   You're not an epidemiologist?
20    A.   Correct.
21    Q.   You're not a medical doctor?
22    A.   Correct.
23    Q.   You're not a pharmacist?
24    A.   Correct.
25    Q.   You're not an expert on medical need for prescription
```

1    opioids; right?

2    **A.**    Correct.

3    **Q.**    And you have not studied the medical needs for Cabell

4    County or the City of Huntington; correct?

5    **A.**    Correct.

6    **Q.**    And you cannot tell this Court how many prescription

7    opioids should have been distributed to Cabell County or the

8    City of Huntington; correct?

9    **A.**    Correct.

10   **Q.**    You cannot say whether or not all the charts you showed

11   over the last day and a half show over-supply or

12   under-supply; correct?

13   **A.**    Correct.

14   **Q.**    Now, your expert practice is primarily related to

15   security litigation; correct?

16   **A.**    Over my entire career, that's correct.

17   **Q.**    Okay.  And before you were retained by the plaintiff

18   lawyers, you had never worked with the ARCOS data?

19   **A.**    Correct.

20   **Q.**    Okay.  And you don't believe anyone on your team that

21   you described the other day had worked with the ARCOS data

22   either; correct?

23   **A.**    Correct.

24   **Q.**    And, so, in the 600 or so cases where you've testified

25   as an expert, none of them had anything to do with ARCOS

1    data; correct?

2    **A.**    No, I would include in that list six or seven opioid

3    related cases that I have filed expert reports in, had

4    depositions taken, or testified at hearings.

5    **Q.**    Okay.  And all six or seven cases that you're referring

6    to there, those all relate to the most recent wave of opioid

7    litigation; correct?

8    **A.**    Correct.

9    **Q.**    And separate from those, the other 594, none of them

10   involved the ARCOS data; correct?

11   **A.**    Correct.

12   **Q.**    Okay.  And, so, as it relates to your understanding and

13   interpretation of the ARCOS data, when your team was

14   retained by the plaintiffs' lawyers, you all were pretty

15   much starting from scratch; right?

16   **A.**    With respect to the specifics of the ARCOS data, yes,

17   not starting from scratch literally, but we were not

18   familiar with the details of the ARCOS data.

19   **Q.**    Okay.  Thank you.  And I want to talk a little bit now

20   about what is ARCOS and just make sure I understood your

21   testimony.

22          The ARCOS data, that is from the system where

23   manufacturers and distributors report transactions of

24   certain controlled substances to the DEA; correct?

25   **A.**    Correct.

1    **Q.**   Okay.  The data goes to the DEA at its most basic

2    terms; right?

3    **A.**   That's my understanding, yes.

4    **Q.**   And it's coming from AmerisourceBergen, McKesson, and

5    Cardinal Health; right?

6    **A.**   Correct.

7    **Q.**   And you understand that the United States Drug

8    Enforcement Administration is our federal regulator;

9    correct?

10    **A.**   There may be other regulators that you're subject to,

11    but my understanding is that you're subject to DEA

12    regulation, yes.

13    **Q.**   Okay.  But they are our primary federal regulator as it

14    relates to our distribution of controlled substances; right?

15    **A.**   That's my understanding.

16    **Q.**   And they are also a federal regulator overseeing the

17    very pharmacies that we shipped to in Huntington/Cabell;

18    correct.

19    **A.**   I'm not particularly familiar with pharmacy regulation.

20    I understand that there's a significant amount of state

21    regulation of pharmacies.  And, so, I don't know whether I

22    would agree with you that they're the primary regulator of

23    pharmacies.

24    **Q.**   Okay.

25    **A.**   But, but I do understand that they're your primary

1    regulator.

2    **Q.**   Okay.  And for a pharmacy to dispense controlled

3    substances, they have to be licensed by the DEA; right?

4    **A.**   That's my understanding, yes.

5    **Q.**   Okay.  And, so, at a minimum, the DEA is one of the

6    licensing bodies for the pharmacies in Cabell County and the

7    City of Huntington; correct?

8    **A.**   I don't how if it's referred to as licensing.  They

9    have to be registered with the DEA and they have a DEA

10   registrant number.  I don't know if they're described as

11   licensed by the DEA or not.

12   **Q.**   Okay.  That's fine.  And to be clear, in all of your

13   analysis, you did not find any evidence that

14   AmerisourceBergen, McKesson, or Cardinal distributed to

15   unlicensed pharmacies; right?

16   **A.**   Correct.

17   **Q.**   Okay.  Now, a lot of the charts that we've looked at

18   over the last few days have been aggregate numbers, whether

19   it be by month, by year, statewide.  That's not what the

20   ARCOS data shows; correct?

21   **A.**   No, I disagree with that.  These are subtotals of what

22   the ARCOS data detail has in it.  So this is, in fact, what

23   the ARCOS data shows at a subtotal level, not down to the

24   individual transaction of which there's nearly 500 million

25   in the data we got.

1    **Q.**   Okay.  That's fair.  But the ARCOS data itself, what is

2    in the database?  It's transaction level detail.  Right?

3    **A.**   Correct.

4    **Q.**   And there's 500 million of them?

5    **A.**   Correct.

6    **Q.**   Okay.  And on a weekly or monthly basis,

7    AmerisourceBergen, Cardinal, and McKesson were transmitting

8    that information to the DEA in real-time; right?

9    **A.**   I don't know about in real-time.  But back in the day,

10   as you said, weekly or perhaps monthly, I think the ARCOS

11   handbook describes the period as monthly, but it might be

12   more or less frequent than that.

13   **Q.**   Okay.  But the -- let's just take a month, March, 2006.

14   The data that you reviewed in the ARCOS database for March,

15   2006, that was reported by AmerisourceBergen in or around

16   March, 2006; right?

17   **A.**   I believe in April of 2006.  I don't believe in March

18   of 2006.  But that's just based on my read of the ARCOS

19   handbook which describes the submission as being in sort of

20   a batch process at the beginning of the month submission of

21   the shipments from the prior month.

22        But whether that practice changed over time to be more

23   frequent or more continuous, I don't know.  It's just what's

24   described in the ARCOS handbook.

25   **Q.**   Okay.  But you don't know specifically because you've

1    never worked with the ARCOS data before; correct?

2    **A.**    No, I don't think they connect that way.  I don't know

3    because I didn't work for AmerisourceBergen during that time

4    period or for the DEA.

5         If I had worked with the ARCOS data five years ago, I

6    still wouldn't know in March of 2006 whether the data was

7    reported weekly or reported at the beginning of April, which

8    is what's implied by the ARCOS handbook.

9    **Q.**    And that's fine.  So your understanding is that the

10   March, 2006, data for AmerisourceBergen was reported in

11   April of 2006.  Is that fair?

12   **A.**    That's my general read of the ARCOS handbook, yes.

13   **Q.**    Okay.  And, so, the data that you summarized from 2006

14   was available to the DEA in 2006-2007; right?

15   **A.**    Virtually all of it, yes.

16   **Q.**    Okay.  And the same is true for 2007.  The data that

17   you analyzed and summarized for this Court from 2007, that

18   data was in the DEA's possession in 2007-2008; right?

19   **A.**    Virtually all of it.

20   **Q.**    Okay.  And, so, while you were hired to testify in 2021

21   about what that 2006-2007 data shows, that 2006-2007 data

22   has been in the possession of the DEA for the last 13 or 14

23   years.  Right, Dr. McCann?

24   **A.**    That's correct.

25   **Q.**    Okay.  Now, you also testified yesterday about how you

```
1    determined that the ARCOS data and the transactional data
2    produced by the defendants was reliable; correct?
3    A.   Correct.
4    Q.   And one way you did that was to compare the ARCOS data
5    produced by the DEA in the opioid litigation against the
6    transactional data produced by the defendants in this very
7    litigation; correct?
8    A.   Correct.
9    Q.   And so I understand what you did, you compared the
10   company's internal records of what they shipped into
11   Huntington/Cabell versus what the DEA had in its files about
12   what the company shipped to Huntington/Cabell; correct?
13   A.   Correct.
14   Q.   And to use your words from yesterday, you determined
15   that the records match up virtually perfectly; correct?
16   A.   Correct.
17   Q.   Okay.  And I believe for AmerisourceBergen it was
18   99.9 percent; right?
19   A.   Correct.
20   Q.   Okay.  And, so, at its most basic terms, what that
21   means is that everything AmerisourceBergen -- every pill
22   AmerisourceBergen shipped into Cabell County and the City of
23   Huntington for the period from 2006 to 2014 was reported to
24   its federal regulator, the United States Drug Enforcement
25   Administration; right?
```

1    **A.**    Correct.

2    **Q.**    They had it all?

3    **A.**    What do you mean by it all?

4    **Q.**    The DEA had all that data.

5    **A.**    Correct.

6    **Q.**    And it's had it all along; right?

7    **A.**    That's my general understanding.  I don't have

8    first-hand knowledge of that.  But the data that was

9    produced to me by the DEA in 2018 reflects the same

10   transactions in 2006 and 2007 that your internal data

11   produced in discovery reflect.

12   **Q.**    Okay.  And you -- in addition to determining that the

13   DEA's records were complete and reliable, you determined

14   that AmerisourceBergen's internal transactional data was

15   complete and reliable as well; right?

16   **A.**    They're really interchangeable.  I have been talking

17   about the ARCOS data supplemented with defendant transaction

18   data.  Virtually everything I've said could be rhetorically

19   framed slightly differently.

20       I could say that all of my analysis is on the defendant

21   transaction data produced in discovery supplemented with a

22   little bit of ARCOS data where there were some missing

23   transactions in the defendant data.

24       So I believe they're interchangeable.  I believe

25   they're both reliable.

1    Q.   Okay.  Thank you.  And we have spent a lot of time on

2    this chart which I'm going to refer to throughout my

3    questioning as the matrix.  Okay?  I think that's a term I'm

4    taking from Mr. Farrell.

5         This matrix was prepared using the DEA's data; right?

6    A.   That's correct.

7    Q.   Okay.  And, so, if we were to take, say, SafeScript

8    Pharmacy #6, January, 2006, 38,100 dosage units from

9    AmerisourceBergen and oxycodone, you're getting that from

10   the DEA's files?

11   A.   Correct, not that number precisely, but the numbers

12   that subtotal up to that number, that's correct.

13   Q.   Okay.  And the reason that 38,100 figure is in the

14   DEA's files is because AmerisourceBergen told the DEA that

15   we shipped 38,100 dosage units of oxycodone to SafeScript

16   Pharmacy #6 in January of 2006; right?

17   A.   Not in that form, but in, in detail that would add up

18   to that number.

19   Q.   Right.  So AmerisourceBergen actually gave the DEA more

20   detail than what this figure shows; right?

21   A.   I don't know if that means the same import, but

22   certainly the numbers are more disaggregated than the

23   subtotal that's reflected on that exhibit.

24   Q.   Okay.  So we didn't just tell them how much we reported

25   that month.  We told them how much we reported on the days

1    we shipped.  Correct?

2    **A.**    Correct.

3    **Q.**    And the amount we shipped on those days?

4    **A.**    Correct.

5    **Q.**    Okay.  And the strength that we shipped on those dates;

6    right?

7    **A.**    At least something that could be -- the NDC code could

8    be used to determine the strength.  There is a strength

9    field, but that's different than the strength of the pill.

10   **Q.**    Okay.

11   **A.**    It's -- I won't explain it.  It's a different field.

12   It's labeled strength, but it's different than 5-milligram

13   or 10-milligram.  But the NDC code would allow someone, as

14   it allowed me, to figure out what the, what the strength is

15   in terms of 5- or 10-milligram pills.

16   **Q.**    Okay.  And, so, when Mr. Mougey walked you through this

17   chart and asked you to describe the amount of pills we

18   shipped in January, 2006 versus January of 2010, that's

19   something the DEA could have done as well; right?

20   **A.**    I don't know what their internal capabilities were, but

21   I know that they had the transactions records that you

22   submitted.  They, as I said, matched what you produced in

23   discovery here.

24   **Q.**    Okay.  But neither you or your counsel or both describe

25   this chart as simple math; right?

1    **A.**    It is simple math.  It's just subtotals really.

2    **Q.**    Okay.  And do you think the DEA is capable of doing

3    simple math?

4    **A.**    Again, I'm -- I don't know what their capabilities

5    were.

6    **Q.**    Okay.  But you, you could know what their capabilities

7    are because you have spoken to a number of current and

8    former DEA people during the course of this litigation;

9    right?

10   **A.**    Correct.

11   **Q.**    Okay.  And you've talked to James Rafalski who is the

12   plaintiffs' expert in this case; correct?

13   **A.**    Yes.

14   **Q.**    And you've talked to Joe Rannazzisi as well; right?

15   **A.**    Correct.

16   **Q.**    All right.  Have you shared with those individuals your

17   conclusion that the distributor defendants disclosed all

18   shipments of opioids into Cabell County and the City of

19   Huntington with the DEA in real-time?

20   **A.**    I didn't accept your characterization of real-time a

21   few minutes ago, but if you take that out and just say over

22   time as shipments were occurring, I would, I would answer,

23   no, I have had very limited discussions with Mr. Rafalski

24   and virtually none with Mr. Rannazzisi, but not literally

25   none.  So when you asked me if I had spoken to them, I said

1    "yes."

2    **Q.**   Okay.  I just want to clear up this real-time thing

3    real quick because it's an important point.

4        Do you recall testifying in this case that the

5    distributor defendants were reporting the ARCOS data to the

6    DEA in real-time?

7    **A.**   I don't recall if I used that phrase "real-time."  I

8    may have.  But what I meant certainly was not as it was

9    shipped the same instant it was being reported the way, for

10   instance, a security trade is.

11       I was meaning that on a monthly basis, or approximately

12   a monthly basis back through time, the distributors were

13   reporting their shipments to the DEA.  If I used the term

14   "real-time," I didn't mean literally real-time the way

15   securities transactions are reported, but I meant

16   approximately within, within a month.  My, my understanding

17   was at the beginning of each month, the previous month's

18   shipments were reported.

19   **Q.**   Okay.  So what you're saying is there may have been a

20   month lag, but that's really it?

21   **A.**   No more than a month lag.

22   **Q.**   Okay.  Are you aware that since, I believe, 2007 in

23   addition to the ARCOS reporting, AmerisourceBergen has been

24   reporting to the DEA all of its opioid transactions on a

25   daily basis?

**A.**   No, I, I did not know whether there was a change in the frequency of the reporting.

**Q.**   Okay.  Circling back to your conversations with Mr. Rafalski and Mr. Rannazzisi, I believe you testified that you did not tell them that you did a virtually perfect job with their ARCOS reporting; correct?

**A.**   I apologize.  Could you ask me that again?  My chair is squeaking and sometimes it overwhelms your voice.

**Q.**   That's fine.  I've got to talk louder I guess.

You did not tell Mr. Rannazzisi or Mr. Rafalski that the three distributor defendants here did a virtually perfect job when it comes to ARCOS reporting for this jurisdiction; correct?

**A.**   I don't know about the characterization of a nearly perfect job.  But if you're referring to the 99.9 percent overlap between the ARCOS data provided by the government and your internal transactions, I didn't convey that to them myself, although it's reflected in my expert report which they may have reviewed.  So they may have gotten that information from me through my expert report.

**Q.**   Okay.  You understand that Mr. Rannazzisi has been retained by plaintiffs' lawyers in the opioid litigation?

**A.**   Yes.

**Q.**   And you understand that he's been fairly critical of the three distributor defendants over the last few years?

1    **A.**   I don't know one way or another.  I haven't seen any of

2    his testimony.  I haven't read any of his transcripts.  And

3    I don't recall having read any expert reports.  So I don't

4    know what his testimony has been.

5    **Q.**   Okay.  You have not seen him on the national news

6    talking about distributors?

7    **A.**   No.

8    **Q.**   Okay.  Have you ever asked him what, if anything, his

9    DEA did with all the data that we provided him?

10   **A.**   There's some characterizations in that question I, I --

11   going to the meat of the question, no, I don't, I don't

12   recall having any such discussion with him where that topic

13   would have come up.

14   **Q.**   Are you interested to know what his DEA did with all

15   the information we sent him year after year, month after

16   month?

17   **A.**   I have some public policy interest in my history and

18   I'm, I'm interested in, in public policy.  So I would be

19   interested in that.  But it would be outside the scope of

20   my, my work as an expert in this case.

21   **Q.**   That's fair.  But at least as it relates to the

22   distributor defendants reporting to the DEA, there was

23   complete transparency with what we shipped into Cabell

24   County and the City of Huntington and our disclosures to the

25   DEA.  Right?

1    **A.**   By complete transparency if you mean that you reported

2    your shipments, the answer is "yes."

3    **Q.**   We reported all of the shipments; right?

4    **A.**   Correct.

5    **Q.**   Okay.  Let's talk a little bit about the other

6    mechanism you used to verify the accuracy of the ARCOS data.

7    And that's the DEA's quarterly reports.

8         Do you recall testifying about the ARCOS Retail Drug

9    Summary Reports, Dr. McCann?

10   **A.**   Yes.

11   **Q.**   Okay.  And I believe you testified that they are

12   published by the DEA using the information reported by the

13   distributors; correct?

14   **A.**   Correct.

15   **Q.**   These reports are public?

16   **A.**   Correct.

17   **Q.**   These reports are on the DEA's website?

18   **A.**   Correct.

19   **Q.**   And they are there for anyone in this courtroom or

20   around the country or around the world to click on to

21   review?

22   **A.**   If you know where to find them, they're there, yes.

23   **Q.**   Okay.  And you can find them pretty quickly on a quick

24   Google search; right?

25   **A.**   Yeah, if you know what you're looking for.  It takes a

1    minute to find them, but you can find them.

2    **Q.**    Okay.  And I believe based on your testimony, these

3    reports have been published since at least 1997; correct?

4    **A.**    Yes.  If I said it that way, I perhaps should have said

5    it slightly differently.  I see the data covering periods

6    back to 1997.  Whether, you know, they were back-filled,

7    first published in 1998 and it included 1997 data, I don't

8    recall that particular detail.  But the, the data from 1997

9    forward is published, or was published at one point.

10   **Q.**    Published and public; right?

11   **A.**    Correct.

12   **Q.**    All right.  And what the DEA is publishing with these

13   quarterly reports are -- I think you said this -- the

14   quantity of opioids distributed to a specific zip code;

15   right?

16   **A.**    Close.  It's -- so the way the report is laid out, it

17   is first by drug; and then for the drug, it's by state; and

18   then within the state, it's by three-digit zip code.

19        So the shipments are by drugs, the three-digit zip

20   codes in a calendar quarter.

21   **Q.**    Okay.

22   **A.**    Sometimes that three-digit zip code might cross state

23   borders.  And, so, you would have the same zip code show up

24   twice in the table, one in one state -- once in one state

25   and once in the adjoining state.  So it's a little bit more

1    complicated, but close to what you said.

2    **Q.**   Okay.  Thank you for the clarification.  I appreciate

3    it.

4         I want to pull up the chart that you created using the

5    quarterly reports for zip code 255 and 257.

6         Dr. McCann, do you recognize this as the chart that you

7    prepared using the quarterly reports?

8    **A.**   Yes.

9    **Q.**   And the metric here is MME; right?

10   **A.**   Yes.

11   **Q.**   And what is MME?

12   **A.**   Morphine milligram equivalent.

13   **Q.**   Okay.  And morphine milligram equivalent -- I'm just

14   going to stick with MME because I will get that wrong --

15   that is not in the ARCOS data produced by the DEA in this

16   case; right?

17   **A.**   Correct.

18   **Q.**   You calculated MME?

19   **A.**   Correct.

20   **Q.**   And you calculated MME based off of the equations that

21   you got from the CDC website; right?

22   **A.**   And the calculated base rate in grams in the ARCOS

23   data.

24   **Q.**   Okay.  And, again, you created this chart using the

25   publicly available information; correct?

1    **A.**    Correct.

2    **Q.**    All right.  This chart, 255 and 257, covers a broader

3    geographic area than just Cabell County and City of

4    Huntington; right?

5    **A.**    Correct.

6    **Q.**    All right.  Let me pull up the map.  All right.  So

7    here you've got Cabell County and the City of Huntington,

8    but this chart covers this whole period; correct?

9    **A.**    Correct.

10    **Q.**    All right.  If we can go back to the chart, please.

11           I just want to look at a couple things on the chart and

12    tell me if you agree.

13           Based off of this chart which shows distribution by all

14    distributors, not just the three defendants, the

15    distribution of oxycodone and hydrocodone steadily increased

16    from the late '90s to a peak in about 2009; correct?

17    **A.**    Correct.

18    **Q.**    And then we see a notch in 2014?

19    **A.**    Correct.

20    **Q.**    And then a pretty steady decline in 2016 forward;

21    correct?

22    **A.**    Correct.

23    **Q.**    All right.  I'm checking my time here.  I'll keep

24    going.

25           Dr. McCann, you have also performed a fair amount of

```
 1    per capita analysis; correct?

 2    A.    Correct.

 3    Q.    And if you have Plaintiffs' Exhibit P-44711 before you,

 4    can you pull that out?  I believe it's the slide deck that

 5    looks like this.

 6              MR. MOUGEY:  Mr. Mahady, would you show me?

 7              MR. MAHADY:  This one (indicating).

 8              MR. MOUGEY:  Thank you.

 9              THE WITNESS:  I'm sorry.  I might have shuffled

10    some papers here.

11              MR. MAHADY:  That's all right.

12        Your Honor, may I approach?

13              THE COURT:  Yes.

14              MR. MAHADY:  It was the first deck.

15              THE WITNESS:  Okay.  I apologize.  The number

16    again, Mr. Mahady?

17    BY MR. MAHADY:

18    Q.    It's P-44711.  Let's hold on that.  We'll figure it

19    out during the lunch break.  I'm going to jump to

20    somewhere else and we can come back to it.

21    A.    I'm sorry.  I did find it if you want to --

22    Q.    You did?

23    A.    I did.

24    Q.    Put it to the side.  We'll come back.

25          All right.  I want to talk to you briefly, and we're
```

1    going to search for another document, about SafeScript

2    Pharmacy #6.  And, so, Dr. McCann, that's P-44758.

3    **A.**   Yes.

4    **Q.**   All right.  Now, I want to turn to the page that's

5    stapled that shows the three distributors to SafeScript #6.

6         If you could pull that up on the screen, please,

7    P-44758.

8         Okay.  There we go, if we could go to the next page,

9    please.  Keep going, please.  Keep going.  All right.

10   There's a lot more to that document.  I believe it's Page 6.

11   Okay.  There we go.

12        Dr. McCann, this was based off of your analysis of the

13   ARCOS data; correct?

14   **A.**   Yes.

15   **Q.**   And what your analysis showed is that

16   AmerisourceBergen, Miami-Luken, and Anda, Inc., all serviced

17   SafeScript Pharmacy #6 at some point during the period from

18   2006 to 2014; correct?

19   **A.**   Correct.

20   **Q.**   Okay.  Now, AmerisourceBergen was not provided

21   Miami-Luken's distribution numbers at the time Miami-Luken

22   was servicing SafeScript #6; correct?

23   **A.**   I don't know what AmerisourceBergen knew or didn't know

24   as it was shipping these dosage units to SafeScript.

25   **Q.**   But as a general matter, a distributor knows what they

1    ship to a pharmacy; correct?

2    **A.**    Unless they know in some other way what other

3    distributors are shipping to that pharmacy, that would be

4    correct.

5    **Q.**    Okay.  And if you assume that the distributors do not

6    share their distribution data with each other, the DEA is

7    the only one that has the complete picture of who is

8    servicing the pharmacy; correct?

9    **A.**    No, that wouldn't be correct.

10   **Q.**    Who else has a complete picture that AmerisourceBergen,

11   Miami-Luken, and Anda were all servicing SafeScript #6?

12   **A.**    Well, SafeScript #6 obviously.

13   **Q.**    Fair point.  Beyond SafeScript #6 and the DEA, no one

14   else had a complete picture of the distribution to

15   SafeScript #6; correct?

16            MR. MOUGEY:  Objection, calls for speculation.

17            THE COURT:  Overruled, if he knows.

18            THE WITNESS:  Again, I don't think that you can

19   say that.  We don't know whether SafeScript did or would

20   have shared that information with AmerisourceBergen,

21   Miami-Luken, or Anda.  So whether, whether it's only the DEA

22   and SafeScript #6 that knows who's shipping to SafeScript #6

23   may or may not be true.

24   BY MR. MAHADY:

25   **Q.**    Okay.  You understand that the distributor

1    defendants have been asking the DEA for access to the

2    ARCOS data for over a decade?

3    **A.**   No.

4    **Q.**   Okay.  And, so, you don't know that the DEA refused to

5    provide access to the ARCOS data to the distributor

6    defendants?

7    **A.**   Correct.  I don't know that.

8    **Q.**   Okay.  Could you turn to the bar chart, please, Page

9    Number 10.  Okay.  You prepared this chart; correct, Dr.

10   McCann?

11   **A.**   Yes.

12   **Q.**   And at its most basic terms, what this chart shows is

13   that for every year from 2007 through 2012

14   AmerisourceBergen -- this is -- I'm sorry.  Let me back up.

15   This is all distributors' distribution to SafeScript, not

16   just AmerisourceBergen; correct?

17   **A.**   Correct.

18   **Q.**   But what this chart shows is that for the period from

19   2007 through 2012, SafeScript's -- the distribution of

20   oxycodone to SafeScript was decreasing every year?

21   **A.**   Correct.

22   **Q.**   And the peak was in 2007, some 14 years ago; right?

23   **A.**   Correct.

24   **Q.**   And the peak distribution for hydrocodone was 14 years

25   ago as well?

1   **A.**   Correct.

2   **Q.**   And with the exception of a slight uptick in 2011, the

3   hydrocodone distribution to SafeScript #6 has been

4   decreasing since 2007; correct?

5   **A.**   I would say it a little differently.  It hasn't been

6   decreasing since 2007.  It decreased between 2007 and early

7   2012 and then stopped all together.

8   **Q.**   Okay.  Can you pull out your matrix?  I just have a

9   couple questions here.  Let me know when you have it and

10  I'll tell you where I'm going to focus.

11  **A.**   I'm sorry.  Can you give me the folder number for the

12  matrix?

13  **Q.**   Sure.  It's P-43225.

14  **A.**   Yes, I have it.

15  **Q.**   Okay.  I want to direct your attention to the

16  AmerisourceBergen chart for oxycodone distribution for

17  SafeScript Pharmacy #6 in the 2011 time period.  To make

18  life a little bit easier for everyone, I believe we pulled

19  it out.

20      Okay.  We can begin while we wait for that to come up.

21      Dr. McCann, how much oxycodone did AmerisourceBergen

22  distribute to SafeScript Pharmacy in June of 2011?

23  **A.**   42,240 dosage units.

24  **Q.**   And in July, 2011?

25  **A.**   35,000 dosage units.

1    **Q.**   And in August, 2011?

2    **A.**   44,700 dosage units.

3    **Q.**   Okay.  In September of 2011 there is a material drop in

4    SafeScript's -- or AmerisourceBergen's distribution of

5    oxycodone to SafeScript Pharmacy #6; correct?

6    **A.**   Not in September.  In September it went up.  But in

7    October it looks like it dropped.

8    **Q.**   In September I'm seeing 27,900 on your chart.

9    **A.**   I apologize.  I need to get a straight edge.  But, yes,

10   you're right.

11   **Q.**   Okay.  And, so, we do see a material drop in September

12   and we remain below 30,000 in October; correct?

13   **A.**   Correct.

14   **Q.**   And at no point after August, 2011, does SafeScript's

15   distribution -- or AmerisourceBergen's distribution to

16   SafeScript approach the 44,700 figure again; correct?

17   **A.**   Correct.  The highest it got was 35,200 in the

18   remaining four or five months.

19   **Q.**   Okay.  There we go.  Thank you.

20         I just want to show you one document that the

21   plaintiffs used in their opening.

22               MR. MAHADY:  Ms. Pierce, if you can give me

23   SafeScript's email, please.

24         May I approach the witness, Your Honor?

25               THE COURT:  Yes.

1              THE WITNESS:  Thank you.

2    BY MR. MAHADY:

3    Q.   Dr. McCann, let me know when you've had a chance to

4    read this document.

5              MR. MAHADY:  For the record, this is document

6    stamped AM-WV-01473.

7              THE WITNESS:  Yes, I see this.

8    BY MR. MAHADY:

9    Q.   Okay.  And, Dr. McCann, in July of 2011, according

10   to this email, SafeScript sent a threshold increase

11   request for oxycodone products; correct?

12   A.   Well, that's not how I would characterize the email

13   that I just read.  It appears to be at the bottom, anyway,

14   an email from SafeScript to Amerisource.  And reading

15   between the lines, it appears to be SafeScript responding to

16   some concerns that AmerisourceBergen has.

17   Q.   Okay.  But if you look at the top email, it says, "The

18   customer has been adjusted and is now set at the maximum

19   they can receive for this product."  Correct?

20   A.   Correct.

21   Q.   All I want to ask you is -- this is August of 2011.

22   Just from your analysis of the ARCOS data, after August,

23   2011, SafeScript's purchasing for oxycodone actually went

24   down; correct?

25   A.   This email seems to have been effective.

**Q.** Effective in lowering SafeScript's purchasing; correct?

**A.** Correct.

**Q.** Okay. Now, before we break for lunch, I just want to go over again a couple of things that you've testified about already.

Dr. McCann, to process the data and analyze the data that you turned into charts, you obtained some information from various government agencies; correct?

**A.** Correct.

**Q.** And you pulled information from the CDC; right?

**A.** Correct.

**Q.** The Census Bureau?

**A.** Correct.

**Q.** And CMS?

**A.** Correct.

**Q.** And the FDA?

**A.** Correct.

**Q.** And all of that data that you pulled, or that information that you pulled was used to supplement the ARCOS data that you used to create your charts; correct?

**A.** I, I hesitate because I'm just trying to make sure that all of those supplements were used in at least one version of the charts that I presented, and all of that data, all that additional government data. I think it was all used one place or another.

1          There are many -- there are some charts and tables that

2     don't involve anything but the, the ARCOS data maybe with

3     the NDC dictionary from the DEA.  But there are other charts

4     and tables that used data from the Census Bureau, the CMS,

5     the CDC, and the FDA as you suggest.

6     **Q.**   Okay.  And wherever you showed us a chart that involved

7     the per capita analysis, that included information from the

8     Census Bureau; right?

9     **A.**   Correct.

10    **Q.**   That population -- those population figures, you cannot

11    find that in the ARCOS database; right?

12    **A.**   Correct.

13    **Q.**   And you cannot find those in AmerisourceBergen's

14    transactional data; right?

15    **A.**   Correct.

16    **Q.**   Same for Cardinal?

17    **A.**   Correct.

18    **Q.**   Same for McKesson?

19    **A.**   Correct.

20    **Q.**   And in the ARCOS data itself, there's no field that

21    says what an average is for a pharmacy, whether it be in the

22    nation, the State of West Virginia, or Cabell-Huntington.

23    That's math that you and your team performed; right?

24    **A.**   Right.  It's very simple subtotals and, and averages,

25    correct.

**Q.**   Okay.  How, how long was the piece of code that you used to calculate what AmerisourceBergen's average distribution was to a pharmacy in the United States?

**A.**   Well, I'm not sure if it would be one line or two lines.  It might be three lines of code.  Once you have sub-setted the data down to AmerisourceBergen's shipments to retail and chain pharmacies, it's something you could do on Excel with a simple formula.

And, so, I'm not sure -- the code that would be required to do that calculation is one or two lines.  It reads in the data for the shipments of AmerisourceBergen to every pharmacy, and it does a simple average calculation.

**Q.**   Okay.  But that was a code that you and your team had to create; right?

**A.**   Correct.

**Q.**   And that was to generate an output that showed averages; correct?

**A.**   Correct.

**Q.**   But I can't go into the ARCOS data that you received from the DEA and filter it to show me an average for AmerisourceBergen's distribution nationwide; right?

**A.**   Well, really close.  When you would filter it for those shipments, you would then just sum up the numbers in what's left in the column after you've done the filtering and divide by the number of items in the column.

```
 1        So it's true that you have to do that little bit of

 2   fifth grade math, but you would have to do that, yes.

 3   Q.  You have no idea where I was in fifth grade.  It's more

 4   like seventh grade I think for me.

 5            MR. MAHADY:  All right, Your Honor, I'm at a

 6   pretty good breaking point, but I'll do whatever you want.

 7            THE COURT:  Well, I've got to take a plea at noon,

 8   so I think it would be appropriate to quit now.

 9            MR. MAHADY:  Okay.  Thank you, Your Honor.

10            THE COURT:  We'll be in recess until 2:00.

11        (Recess taken at 11:48 a.m.)

12            THE COURT:  All right.  Mr. Mahady, you may

13   resume.

14            MR. MAHADY:  Good afternoon, Your Honor.

15        Good afternoon, Dr. McCann.

16            BY MR. MAHADY:

17   Q.  Dr. McCann, I want to pivot now and talk about the work

18   you did with the ARCOS data.  If I understood your testimony

19   from yesterday, the first thing you did when you received

20   the ARCOS data before you conducted any analysis was to

21   process the ARCOS data, correct?

22   A.  Yes, very broadly speaking.  I think all the first

23   steps could be described as processing.

24   Q.  Okay.  But then you conducted your analysis of the

25   ARCOS data, right?
```

1   **A.**   Well, limited to kind of summaries of the data,

2   subtotals and that sort of thing.  We didn't do any

3   statistical analysis or drawing any inferences beyond those

4   subtotals.

5   **Q.**   Okay.  And I believe you testified yesterday that the

6   subtotals you calculated to show a distributor defendant's

7   distribution volume was based on Transaction Code S; is that

8   correct?

9   **A.**   I apologize.  I didn't catch the last couple of words.

10  **Q.**   Sure.  The subtotals that you calculated to show a

11  distributor defendant's distribution was based on the

12  Transaction Code S in the ARCOS data, correct?

13  **A.**   Correct.

14  **Q.**   And just so I'm clear, the matrix that we've spent a --

15  spent a lot of time talking about, that's based off of

16  Transaction Code S, correct?

17  **A.**   Correct.

18  **Q.**   And it does not include other transaction codes, right?

19  **A.**   Correct.

20  **Q.**   And the various charts and tables that Mr. Mougey

21  walked you through, those also are all based entirely off of

22  Transaction Code S, correct?

23  **A.**   Yes, I think so.  I'm not aware of any other

24  transaction that would be included except those that are

25  identified with an S.

1    **Q.**   Okay.  Dr. McCann, I want to show you Appendix 3 of

2    your expert report.  Dr. McCann, have you been given a copy?

3    **A.**   No.

4    **Q.**   You're the most important person to have it.

5    **A.**   Thank you.

6    **Q.**   Dr. McCann, do you recognize this as Appendix 3 to your

7    expert report that you issued in this case?

8    **A.**   Yes.

9    **Q.**   Okay.  And if we start in the left column, that lists

10   the transaction codes that appear in the ARCOS data produced

11   by the DEA, correct?

12   **A.**   Correct.

13   **Q.**   And in the second column, it shows the percentage of

14   transactions in the ARCOS data that relate to that

15   transaction code, correct?

16   **A.**   Correct.

17   **Q.**   And the third column shows impact on inventory, and

18   what that is saying is that where you see a negative, that

19   shows a reduction in inventory, correct?

20   **A.**   Correct.

21   **Q.**   And where you see a plus sign, that shows an increase

22   in inventory, correct?

23   **A.**   Correct.

24   **Q.**   And all of your analysis, as you just testified, was

25   based off of the Transaction Code S, which I'm going to

1  totally botch this, but let me see if I can move it.  No.

2  Okay, good start.

3       So, all of your analysis, as you testified, was based

4  off of the Transaction Code S, correct?

5  **A.**  Correct.

6  **Q.**  All right.  That makes up 88.43% of the transactions in

7  the ARCOS data that you received from the DEA, right?

8  **A.**  Correct.

9  **Q.**  And the reason you focused on Transaction Code S was

10  because it would show a reduction in the distributors'

11  inventory when they shipped opioids to their customers,

12  correct?

13  **A.**  No, that's not why I focused on S.  It's because the S

14  Transactions reflect shipments from distributors to --

15  primarily to dispensers.

16  **Q.**  Okay.

17  **A.**  But, as a result, that shipment results in a reduction

18  of the inventory of the distributor.

19  **Q.**  Okay.  I think we're saying roughly the same thing, but

20  let me try and clarify.  Transaction Code S shows a shipment

21  from the distributors to their customers, correct?

22  **A.**  Correct.

23  **Q.**  And when you did your analysis, you did not consider

24  the 3.84% of the transactions that were destroyed?

25  **A.**  It's not a matter of not considering.  I considered

1    them.  We recognized them.  We calculate them to be 3.8% of

2    the transactions, but we didn't -- we didn't include them in

3    the subset of the data that reflect shipments from

4    distributors to -- and manufacturers, for that matter, to

5    dispensers.

6    **Q.**   Okay.  And you also did not include in that analysis

7    the Transaction Code P, 7.14% percent of the transactions

8    which are purchased or received, correct?

9    **A.**   Correct, and I can explain, if you want.

10   **Q.**   I'm okay for now.

11           And you also did not include the .55% of the

12   Transaction Code R in the ARCOS data for return, correct?

13   **A.**   Correct.

14   **Q.**   And the same is true for V, unsolicited return, .03%,

15   correct?

16   **A.**   Correct.

17   **Q.**   So, when we look at your charts, they do not reflect

18   100% of the ARCOS data?  At most, they reflect 88.43% of the

19   ARCOS data, correct, Dr. McCann?

20   **A.**   Correct.

21   **Q.**   Okay.  Now, sticking with the third column, impact on

22   inventory, the S Transaction has a negative impact on the

23   inventory of, say, a distributor, correct?

24   **A.**   Correct.

25   **Q.**   Okay.  So, for example, if AmerisourceBergen were to

1   ship 5,000 oxycodone units and it has a transaction code of

2   S, that reflects a 5,000 dosage unit reduction in

3   AmerisourceBergen's inventory, right?

4   **A.**   It may not.  It may be a shipment from one

5   AmerisourceBergen DEA number to another AmerisourceBergen

6   DEA number.  So, it shows up in the data as both an S and a

7   P Transaction and then that effect is no change in

8   AmerisourceBergen's overall inventory.

9   **Q.**   Okay.  I appreciate the clarification.  Let's stick

10  with AmerisourceBergen to a pharmacy.  If AmerisourceBergen

11  ships 5,000 dosage units of oxycodone to a pharmacy in

12  Cabell County, that would be reflecting a negative impact on

13  inventory, correct?

14  **A.**   Correct.

15  **Q.**   And this is how the DEA tracks the distribution of

16  opioids in the United States, pluses and minuses, and they

17  can keep an eye on which registrants have what inventory,

18  correct?

19  **A.**   I don't know what the DEA does internally with this

20  data.

21  **Q.**   Okay.  But this is the purpose of the ARCOS database,

22  to track the inventory of opioids as they move through the

23  system, right?

24  **A.**   I don't know if that's correct either, whether it is to

25  track as it moves through the system, as you just said, or

1    to have an audit trail, if you will, to go back and

2    investigate shipments after the fact, or for some other

3    purpose.

4    **Q.**   Okay.  Dr. McCann, are you aware that sometimes opioid

5    shipments are returned or re-acquired by a wholesale

6    distributor from their pharmacy customer?

7    **A.**   Yes.

8    **Q.**   Okay.  But you did not consider those in your analysis,

9    correct?

10   **A.**   We did.  We investigated that and I don't recall --

11   early on, and I don't recall exactly the reason, but we --

12   we ended up deciding that the -- that the R Transactions

13   should not be offset against the S Transactions.  And I

14   apologize.  As I'm sitting here, I don't recall why, why

15   that was the case.

16   **Q.**   Okay.  So, you consciously made the decision not to

17   include product returning to the wholesale distributors as

18   an offset against the amount of dosage units they shipped;

19   is that your testimony here today?

20   **A.**   That's my recollection.  I would have to check, but

21   there might be some instances where the negatives from the

22   pharmacy's perspective, the shipment back to a distributor

23   was included.  They're -- they're really diminimous, but I

24   don't recall now exactly the decision we made with respect

25   to that a couple of years ago.

1    Q.    Okay.  What's your definition of diminimous?

2    A.    Well, so, for instance, what was described as

3    corrections and exclusions and incorrectly described it in

4    an objection yesterday amounts to, in my view, two one

5    hundredths of 1% of the total MME in the data and so, that's

6    clearly diminimous.

7              MR. SCHMIDT:  Your Honor, I don't know which

8    objection he's referring to, but it's not appropriate for

9    the witness to be jousting on objections and whether he

10   thinks they're correct or not, so I will ask that that be

11   stricken.

12             THE COURT:  Sustained.

13             THE WITNESS:  I apologize.

14        So, if the -- if the amount is so small that it does

15   not show up in what I think of as the rounding error of any

16   of the calculations that we did, then I would describe that

17   as diminimous from the perspective of my data analysis.

18   Q.    Okay.

19   A.    There may be a legal definition that's different than

20   that, but the inclusion of the R Transactions didn't have --

21   wouldn't have had any meaningful impact on any of the

22   conclusions that I reached or the calculations that I made.

23   Q.    Okay.  Are you aware that distributors sometimes used

24   the P Transaction Code interchangeably with the R

25   Transaction Code?

1    **A.**   I'm not aware of that.  It's not consistent with *The*

2    *ARCOS Handbook*.  The vast majority of the P Transactions are

3    not as you described.  They're a distributor recording a

4    transaction where they received drugs from a manufacturer or

5    a distributor DEA registrant facility receiving drugs from

6    another distributor's facility.  That's the -- that's

7    virtually all of the -- the P Transactions.

8    **Q.**   Okay.  Did you analyze the ARCOS data to see if the

9    distributors recorded any P Transactions showing product

10   being received back from a pharmacy?

11   **A.**   I don't recall.

12   **Q.**   Okay.  And whether it's P, or R, or V, it all has the

13   same impact on AmerisourceBergen's inventory, correct?  It

14   would show a product being received or returned to

15   AmerisourceBergen and having a positive impact on its

16   inventory, correct, Dr. McCann?

17   **A.**   No, that's not correct.  The vast majority of the P

18   Transactions are receipts from manufacturers or receipts

19   from other perhaps AmerisourceBergen's own distribution

20   centers.

21   **Q.**   Okay.  Dr. McCann, did you review AmerisourceBergen's

22   transactional data to see whether or not the transactional

23   data reflected any returns from pharmacies in Cabell or

24   Huntington?

25   **A.**   Yes, although I don't recall -- I don't -- I just don't

1    recall the results of that review other than our conclusion

2    that it was diminimous and should not be included in the

3    subset that I summarized.

4    **Q.**   Okay.  And so, your testimony here today is that the

5    returns, if any, in AmerisourceBergen's transactional data

6    that you relied on for your expert report and expert

7    testimony, they were diminimous?

8    **A.**   That's correct.

9    **Q.**   Okay.  Dr. McCann, I want to turn to the pharmacy

10   packet that you testified to regarding McCloud Pharmacy.

11   It's P-44754.  And, specifically, Dr. McCann, I want to

12   begin by looking at Page 12.  Dr. McCann, do you have this

13   up?

14   **A.**   I do, yes.

15   **Q.**   Okay.  And do you recall testifying about this chart

16   yesterday during the plaintiffs questioning?

17   **A.**   Yes.

18   **Q.**   Okay.  Dr. McCann, is there any month in that chart

19   that stands out more than the other ones as it relates to

20   ABDC's distribution in blue?

21   **A.**   Yes.  There's one -- one spike and a couple much lower

22   values.

23   **Q.**   Okay.  I want to focus on the spike and, to do so, I

24   want to go back and look at the matrix for the late 2011

25   time period for McCloud Pharmacy.  And to help, I believe

1    we've culled it out on the screen.  Okay.  And this, Dr.

2    McCann, is P-43225.

3        And we're talking about hydrocodone.  Okay.  Now, that

4    spike, if we were to locate it on your matrix, is October of

5    2011, correct?

6    **A.**    Correct.

7    **Q.**    And the reason that spike is so prominent on the chart

8    is because in August, 2011, McCloud -- or AmerisourceBergen

9    distributed 27,400 dosage units of hydrocodone to McCloud

10   Pharmacy and, in September, they distributed 24,500 dosage

11   units of hydrocodone to McCloud; but then, in October, your

12   matrix shows that AmerisourceBergen's distribution to

13   McCloud Pharmacy was 57,720 dosage units of hydrocodone,

14   correct?

15   **A.**    Correct.

16   **Q.**    Okay.  Prior to testifying here today and giving expert

17   opinion on the accuracy of this chart, did you look to see

18   if there was any explanation in the ARCOS data or the

19   transactional data about the nature of that spike?

20   **A.**    No.

21   **Q.**    Okay.  Dr. McCann, I want to take a look at both the

22   ARCOS data that you and your team processed and

23   AmerisourceBergen's transactional data for October, 2011.

24       Dr. McCann, to assist the Court, I'm going to pull up a

25   demonstrative.

```
1              MR. MOUGEY:  Mr. Mahady, would you please just

2      identify what this is from and what this is?

3              MR. MAHADY:  Sure.  We can give you the page

4      numbers.  One second.

5          All right.  So, the ARCOS data is Dr. McCann's as to

6      the ARCOS data.  The transactional data is ABDC-MDL-01911460

7      and it's on Dr. McCann's list of reliance materials.  I

8      think --

9              MR. MOUGEY:  Is it on your list of documents

10     you're using today?

11             MR. MAHADY:  We do not have to exchange the list

12     of documents we're using on cross.

13             COURT REPORTER:  I'm sorry.  Could you repeat

14     that?  I'm having trouble hearing you, Mr. Mahady.

15             MR. MAHADY:  We do not have to exchange the list

16     of documents we intend to use with Dr. McCann on cross.

17             MR. ACKERMAN:  So, Your Honor, we'd voice an

18     objection.  If you look at Paragraph --

19             COURT REPORTER:  I'm sorry, sir --

20             MR. ACKERMAN:  I'm sorry.  David Ackerman.  I

21     apologize.  It's Page 6 of ECF 1029, which is the parties'

22     stipulation on exhibits.  There is a paragraph that says

23     "cross examination documents" and that paragraph reads, "The

24     parties must include on their exhibit lists all exhibits

25     they intend to use on cross examination other than for
```

1    purposes of impeachment or rebuttal and if they don't have

2    it on their exhibit list, they disclose it at 7:00 p.m. the

3    day prior to their expected use at trial."  This document

4    was not disclosed last night.

5           MR. MAHADY:  Your Honor, first, this is being used

6    for impeachment.  Second, the transactional data is on

7    AmerisourceBergen's exhibit list.  So, I request permission

8    to proceed with my questioning.

9           MR. MOUGEY:  Your Honor, this isn't -- this is not

10   impeachment, and it was not on the exhibit list, and if

11   we're going to hold each other to the rules, as they've held

12   us repeatedly to the rules, I think we all need to stick to

13   it.

14          THE COURT:  How is it impeachment?

15          MR. MAHADY:  It goes to his credibility, what he

16   considered and what he didn't, and it is on our exhibit

17   list.  This is the spreadsheet that he cites in his expert

18   report as his reliance materials and he has repeatedly

19   testified that he made an expert determination that R

20   transactional data is highly reliable and we're just asking

21   the witness if he considered certain transactions in R -- in

22   both his ARCOS data and R transactional data.  I mean, they

23   don't -- the plaintiffs don't want us to ask the question

24   because they don't like the line of questioning.

25          THE COURT:  Well, I think it arguably is

 1    impeachment and I'm going to overrule the objection.

 2         You go ahead, Mr. Mahady.

 3              MR. MAHADY:  Thank you, Your Honor.

 4    **Q.**   Okay.  Dr. McCann, I'm going to pull up a demonstrative

 5    right now that contains a subset of entries that appear in

 6    both the ARCOS data and the transactional data that you

 7    analyzed in this case.  Do you see that demonstrative, Dr.

 8    McCann?

 9    **A.**   I do, yes.

10    **Q.**   Now, I want to first begin with the ARCOS data.  In the

11    month --

12              MR. MOUGEY:  I apologize, Mr. Mahady.  Would you

13    please point us to the source document of where we are?

14         (Discussion held off the record)

15              BY MR. MAHADY:

16    **Q.**   We can start with the transactional data because I

17    think that's slightly more manageable.  Dr. McCann, you were

18    provided what looks like a printout from Excel Spreadsheet

19    and, at the top, it has Bates label ABCD-MDL-01911460.  Do

20    you see that, Dr. McCann?

21    **A.**   Yes.

22    **Q.**   Okay.  Now, I want you to go down to Row 35 and I

23    actually want you to turn to the next page so we can confirm

24    that we're talking about McCloud Family Pharmacy.

25    **A.**   Yes.

1  **Q.**  Okay.  And do you -- do you recognize this data as

2  generally what AmerisourceBergen's transactional data looked

3  like?

4  **A.**  Yes.

5  **Q.**  Okay.  And Row 35, hydrocodone, on October 18th, 2011,

6  it has a -1 for quantity shipped, correct?

7  **A.**  Yes.

8  **Q.**  And if we go back to Column G, item size, it has an

9  item size of 100, correct?

10  **A.**  Yes.

11  **Q.**  And so, just based on AmerisourceBergen's transactional

12  data that you relied on in this case, 100 dosage units were

13  returned to AmerisourceBergen from McCloud Family Pharmacy

14  on October 18th 2011, correct?

15  **A.**  I don't know.  I would have to investigate this a

16  little bit further, but that's what it looks like.

17  **Q.**  Okay.  And if you go down to Tab 40, 41 and 42 and move

18  over to column N, we see three additional transactions

19  showing negative quantity shipped, correct?

20  **A.**  Correct.

21  **Q.**  And on October 21st, there shows a -12 quantity shipped

22  with an item size of 500, correct?

23  **A.**  Correct.

24  **Q.**  And 12 -- -12 times 500 is -6,000, correct?

25  **A.**  Correct.

1    **Q.**   And if you look at the next row, that shows a -10

2    quantity shipped and 500 item size for a -5,000, correct?

3    **A.**   Correct.

4    **Q.**   And if we go to the next row, there's a -4 quantity

5    shipped, item size 1,000, correct?

6    **A.**   Correct.

7    **Q.**   Now all three of those transactions based off of

8    sitting here today look like returns to AmerisourceBergen

9    from McCloud Family Pharmacy in October of 2011, correct?

10   **A.**   Correct.

11   **Q.**   Okay.  And Row 46, lastly for October, there's a -1

12   quantity shipped, item size 100, for an additional return of

13   100 dosage units of hydrocodone, correct?

14   **A.**   Correct.

15   **Q.**   Okay.  And, Dr. McCann, you testified that you and your

16   team did not consider these returns when you were preparing

17   your charts and summaries, correct?

18   **A.**   I would have to confirm that, but I -- I believe that's

19   correct.

20   **Q.**   Okay.  And when we add up the returns in ABDC's

21   transactional data, we see 100, -4 x 1,000, 4,000.00 and -10

22   x 500, 5,000 and -12 x 500, 6,000 and -1, 100, for a return

23   in the month of October of 15,200 dosage units from McCloud

24   Pharmacy to AmerisourceBergen, correct?

25   **A.**   Correct.

1   **Q.**   And that 15,200 offsets the 57,200 in your matrix,

2   correct?

3   **A.**   I'd have to check, but based on this document that

4   you've shown me, that seems to be correct.

5   **Q.**   Okay.  We can go to the McCloud Family Pharmacy

6   demonstrative.  Okay.  So, for the month of October, you did

7   not consider the 15,200 dosage units of hydrocodone that

8   were returned to AmerisourceBergen from McCloud Pharmacy,

9   you just established, correct?

10  **A.**   I would have to check, but I believe that's correct.

11  **Q.**   And your analysis also did not consider the 7,000

12  dosage units of hydrocodone that were returned in November

13  of 2011, correct?

14  **A.**   Again, I would have to check, but your document

15  reflects a negative quantity that month.

16  **Q.**   Okay.  And that was not part of your analysis?

17  **A.**   I believe that's correct.

18  **Q.**   Okay.  Now, we talked a little bit about diminimous

19  earlier, but what percentage of 57,720 is 15,200?

20  **A.**   It's about -- it's a little bit more than 20%.

21  **Q.**   Okay.

22  **A.**   Between 20 and 25%.

23  **Q.**   And a 20% overstatement of AmerisourceBergen's

24  distribution to McCloud Family Pharmacy in October of 2011

25  is not diminimous, right, Dr. McCann?

1   **A.**   That's not how I define diminimous.  I didn't reach any

2   conclusion based on that month.  I said that it was, in my

3   view, diminimous relative to all of the analysis, all of the

4   analysis that we did, and I just have to go back and check,

5   but I believe that would also be true for

6   AmerisourceBergen's shipments to McCloud Family Pharmacy.

7   **Q.**   I appreciate that, but for the October, 2011 spike that

8   you testified about yesterday, that 15,200 or greater than

9   20% reduction is not diminimous, correct?

10  **A.**   I didn't testify about that spike yesterday, but I did

11  testify about shipments to McCloud Pharmacy and 15,200, if

12  that is correct, is -- I would not say it's diminimous

13  relative to the 57,000 that month.

14  **Q.**   It's material.

15  **A.**   At least for that month.  I didn't draw a conclusion

16  based on that month, but in isolation, I would say yes.

17  **Q.**   Okay.  I just want to go through a couple more months.

18  Dr. McCann, by focusing on the S Transaction Code, you did

19  not include the thousand dosage units that were returned in

20  December, 2011 based on your understanding as you sit here

21  today, correct?

22  **A.**   That's correct.  I would have to go back and check, but

23  my recollection is that we did not include the R

24  Transactions, at least in most of our subtotals, because

25  they are quite small.

1   **Q.**   And these transactions, they were noted as a P

2   Transaction in the ARCOS data, and I'm happy to show you

3   that, if you would like, Dr. McCann.

4   **A.**   Well, the ARCOS manual says that if they're actually

5   returned, they should be coded R, not P.

6   **Q.**   Okay.  But you have never practiced in the industry?

7   You've never submitted a report to the ARCOS data, right?

8   **A.**   Correct.

9   **Q.**   Okay.  You're just basing this off of a policy from

10   1997, correct?

11   **A.**   No, I don't think so.  I think that's a policy that

12   continued.  The ARCOS manual was on the DEA website until

13   very recently.  I don't know if it still is, but it was

14   there still in that form very recently.

15   **Q.**   Okay, but as you testified this morning, the ARCOS data

16   and AmerisourceBergen's transactional data are both highly

17   reliable sources of information, right?

18   **A.**   Correct.

19   **Q.**   And even if it shows up in a P in the ARCOS data, that

20   does not negate the fact that AmerisourceBergen's

21   transactional data showed 15,200 dosage units in October,

22   2011 being returned to AmerisourceBergen from McCloud Family

23   Pharmacy, correct?

24   **A.**   There may be some inconsistency between the ARCOS data

25   and AmerisourceBergen data for that pharmacy for that month.

1    **Q.**   But AmerisourceBergen's transactional data that you

2    relied on to form your opinions in this case definitively

3    show 15,200 dosage units returning to AmerisourceBergen,

4    correct?

5    **A.**   I don't believe that it shows that definitively.  As I

6    said, I would have to look at this some more and compare it

7    to the ARCOS data and try and understand why there's a

8    difference between the AmerisourceBergen data and the ARCOS

9    data which, in this case, has matched very closely.

10   **Q.**   Okay.  And in both the ARCOS data and the transactional

11   data, there shows 15,200 dosage units being returned to

12   AmerisourceBergen's inventory, correct?

13   **A.**   That appears to be the case.

14   **Q.**   Okay.  When you testified yesterday that you narrowed

15   down the ARCOS data to, quote, "what they were interested

16   in", is this what you were referring to?

17   **A.**   No.  Well, what I was primarily referring to was two

18   things, that each transaction where both sides is a

19   reporting entity, so it could be two distribution facilities

20   or a manufacturer and a distributor.  Both of those

21   transactions get reported; one is an S, one is a P.

22        Also, there are shipments that don't end up in

23   commerce.  So, the shipments that go to reverse distributors

24   and then to analytical labs don't end up in commerce.  And

25   so, I -- with the instructions of the DEA staff, and the

1    former DEA agents, and the help of the ARCOS manual, we

2    determined that those transactions that resulted in pills

3    going into commerce were the S Transactions and to include

4    the other transactions between, for instance, reverse

5    distributors and analytical labs would -- would not

6    accurately reflect the flow of opioids.

7    **Q.**   Okay.  And yesterday you testified that you talked to

8    the DEA people for ten minutes, right?

9    **A.**   Something like that.

10   **Q.**   Okay.

11   **A.**   I'm sorry, the current DEA people.

12   **Q.**   Current.

13   **A.**   Something like ten minutes, yes.

14   **Q.**   And you've only talked to James Rafalski on a few

15   limited occasions, as you've testified before, right?

16   **A.**   Correct.  Primarily early on when we first got the

17   data.

18   **Q.**   Okay.  And I believe you've testified that you only

19   said hello to Joe Rannazzisi at a lunch line at a meeting

20   with the plaintiffs' lawyers, right?

21   **A.**   I think that's correct.

22   **Q.**   Okay.  So, when you testified yesterday that this chart

23   of McCloud Pharmacy accurately reflected AmerisourceBergen's

24   distribution, that was not correct?

25   **A.**   No.  I believe it was correct.  And I still believe it

1    was correct.  What I described was the process of narrowing

2    that data according to the manual and the information that

3    we received from the DEA and former DEA agents to focus on

4    the S Transactions, just as I explain in my expert report,

5    and then summarized those S Transactions.

6         And, as I said, the R Transactions, we looked at them

7    very carefully, but there's some -- some confusion in the

8    interpretation of some of those R Transactions and the --

9    and the magnitude of them is really quite small.  You've

10   identified one month where there are perhaps 20 or 25% of

11   that month's shipments but, overall, there were a truly,

12   truly tiny percent of the overall shipments.

13   Q.   Okay.  But for that one month, this chart is not

14   accurate, correct?  It does not show offsetting returns or

15   product re-acquired by AmerisourceBergen, correct?

16   A.   Those are two separate questions.  I agree that they do

17   not -- it does not reflect -- it appears to not reflect the

18   15,200 units that AmerisourceBergen's transactional records

19   seem to show were returned that month by that pharmacy, but

20   they -- the chart accurately reflects the S Transactions

21   from AmerisourceBergen to that pharmacy over the entire time

22   period that the returns, even for this pharmacy, would

23   likely be very tiny.  They're tiny for the entire dataset.

24   Q.   Okay.  But the chart is not called S Transactions.

25   It's called distribution.

```
1    A.    Correct.

2    Q.    Dr. McCann, you've had at least two federal courts

3    question the accuracy and methodology of your expert

4    calculations before, correct?

5    A.    I think one federal court, but you may have in mind

6    something else.

7    Q.    Okay.  Dr. McCann, do you recall testifying in an

8    arbitration called Morgan Keegan & Co. v. Garrett?

9    A.    Yes.

10   Q.    Okay.  And the District Court in that case vacated an

11   arbitration award based on fraud, correct?

12   A.    Correct.

13   Q.    Okay.  And you were the expert for the claimant in that

14   arbitration, correct?

15   A.    Correct.

16   Q.    And after the District Court issued its opinion, you

17   moved to intervene in the District Court case itself,

18   correct?

19   A.    And to the Fifth Circuit, yes.

20   Q.    Okay.  I want to pull up a document and show you.

21          MR. MAHADY:  Your Honor, may I approach the

22   witness?

23          THE COURT:  Yes.

24          THE WITNESS:  Thank you.

25          BY MR. MAHADY:
```

1    **Q.**   Dr. McCann --

2             MR. MAHADY:  If you could publish the document,

3    please.  Go to Page 1, please.

4             BY MR. MAHADY:

5    **Q.**   Dr. McCann, have you seen this document before?

6    **A.**   Yes.

7    **Q.**   Okay.  And this is the District Court for the Southern

8    District of Texas's opinion on your Opinion on Intervention,

9    correct?

10   **A.**   Correct.

11   **Q.**   And by way of background, the District Court explained

12   that, in 2010, a group of investors arbitrated a claim

13   against Morgan Keegan & Company, Inc. saying that it misled

14   them about their investments in bond funds.  Does that kind

15   of refresh your recollection about what this case is about?

16   **A.**   I don't need any refreshing.

17   **Q.**   Okay.

18   **A.**   I recall what this case is about.

19   **Q.**   Okay.  It goes on to say that, "The arbitration in

20   August of 2010 included testimony from Craig McCann, the

21   claimant's technical witness.  In November of 2010, Morgan

22   Keegan moved to vacate the award.  One basis for vacating

23   the decision was McCann's testimony."  Did I read that

24   correctly?

25   **A.**   Yes.

1    **Q.**   Okay.  And it goes on to say that, "The Court found

2    that he knowingly testified that his results were

3    technically authentic and reliable when he then knew - as he

4    later testified - that they were wrong."  Correct?

5    **A.**   That's what he wrote.

6    **Q.**   Dr. McCann, if you can turn to Page 3 where it says

7    "McCann" and then we're going to turn to Page 4.  Stay here,

8    actually.  So, when we get to the section about you, he says

9    -- and just to be clear, you are the Craig McCann they're

10    talking about in this case?

11    **A.**   I am.

12    **Q.**   Thanks.  "Having voluntarily testified, he assumed the

13    risk of an adverse evaluation by the court.  A technical

14    witness cannot accept money to testify for a party and then

15    erase his presence because a court rejects his competence,

16    coherence, or credibility."  Did I read that correctly?

17    **A.**   Yes.

18    **Q.**   Okay.  Turn to the next page.  I want to start --

19    THE COURT:  Was this the same, the judge who

20    denied your motion to intervene, was it the same judge who

21    made the critical findings of you in the same, in the case,

22    or was that a different judge?

23    THE WITNESS:  It was the same judge at the

24    District Court level.  The underlying case was a securities

25    arbitration, a FINRA arbitration.  The judge vacated the

1    award, it was a $9.2 million award, on a couple of

2    jurisdictional grounds and on what he said was knowingly

3    false testimony by me.  And he wrote that without a

4    transcript of the underlying arbitration or evidentiary

5    hearing.  I spent a lot of my own money to try and intervene

6    to get a day in this court.

7              THE COURT:  Well, I understand that, but my

8    question is simply was it the same judge in both

9    proceedings?

10             THE WITNESS:  Yes.

11             THE COURT:  Judge Hughes?

12             THE WITNESS:  The same judge in the -- the same

13   judge in the District Court.  He was not involved in the

14   arbitration or in the Fifth Circuit opinion.

15             THE COURT:  Right, but he was the same judge that

16   issued the opinion on intervention; is that right?

17             THE WITNESS:  Correct.

18             THE COURT:  Okay.

19             BY MR. MAHADY:

20   Q.   And, Dr. McCann, I want to turn back to the paragraph

21   starting with "Ironically", and I'll read that paragraph.

22   "Ironically, McCann has asked the Court to change its

23   judgment to say that it merely did not believe his

24   testimony.  Of course, mere disbelief is categorically

25   distinct from what the court did find - active, knowing

1    misrepresentation.  No, the court will not dishonestly skew

2    its decision to obscure the witness's actual behavior."  Did

3    I read that correctly?

4    **A.**   Yes.

5    **Q.**   And the Court then says, "He took a check, and he took

6    an oath, but he was faithful to only one."  Did I read that

7    correctly?

8    **A.**   You did.

9    **Q.**   Dr. McCann, you appealed this order to the Fifth

10   Circuit and the Fifth Circuit dismissed that appeal,

11   correct?

12   **A.**   No, that's not precisely how it happened.  I filed a

13   motion to appeal directly to the Fifth Circuit after the

14   District Court opinion.  The -- and I filed simultaneously a

15   motion to intervene in the District Court directly.

16        Judge Hughes sat on my petition until after the Fifth

17   Circuit ruled that I didn't have standing because I wasn't a

18   party to the underlying arbitration and because I wasn't a

19   lawyer.  If I had been a lawyer, I would have had standing.

20        So, the Fifth Circuit denied me standing and then,

21   Judge Hughes denied me a day in this court.

22   **Q.**   Okay.

23   **A.**   The story continued after that, of course, but that's

24   where we are up to this point.

25   **Q.**   Okay.  And, Dr. McCann, the Fifth Circuit did vacate

1    the District Court's finding of fraud in the underlying

2    case, correct?

3    **A.**   I wouldn't say vacate.  They reversed the judge on all

4    grounds, including his comments about me, and they

5    reinstated the $9.2 million award.

6    **Q.**   The Fifth Circuit opinion did not say that your

7    testimony in the underlying case was correct.  I think we

8    can all agree that there was an issue with your testimony in

9    your calculation in the arbitration, right?

10   **A.**   It gets a little bit complicated, but there was a

11   calculation unrelated to what the issue was that Morgan

12   Keegan presented to the judge where, before the next

13   arbitration, and before the award in this arbitration was

14   rendered, I made Morgan Keegan aware of a change in the

15   calculation that went in favor of the claimants and further

16   against Morgan Keegan.  And so, there is a calculation that

17   is on an unrelated point that changed favorably for the

18   claimant.

19       And what the Fifth Circuit said was any change in any

20   -- that the calculations were on Morgan Keegan's data.

21   There were calculations that I explained.  There were

22   calculations that were not -- any change, not intentional,

23   and did not -- did not support any finding, any of the very

24   harsh language that Judge Hughes used about me colloquially,

25   and maybe with some emotion, I apologize, no respect, but

1   Judge Hughes just made up the things that he said about me.

2   **Q.**   Okay.  That's actually what the Fifth Circuit said, is

3   that the other party could have discovered the error in the

4   calculation at the time of the hearing, correct?

5   **A.**   Well, and a lot more than that, but that was part of

6   what they said.  They said that in the body of the text and

7   then they dropped a footnote and said that there was

8   absolutely -- their exact language, I think, was a complete

9   absence of any evidence that Dr. McCann knowingly gave false

10  testimony.

11  **Q.**   Okay.  Eight days after that District Court issued its

12  opinion on the order to intervene, a separate District Court

13  in the Southern District of New York also criticized your

14  analysis in a separate distinct case, correct?

15  **A.**   Correct.

16  **Q.**   Dr. McCann, I want to show you that case.  Dr. McCann,

17  you testified as an expert in this case, *In re:  Federal*

18  *Home Mortgage Corp. Securities Litigation*?

19  **A.**   Yes.

20  **Q.**   Okay.  And this specific opinion here came during, I

21  believe, the class certification --

22  **A.**   Correct.

23  **Q.**   -- stage?  Okay.  And you were the expert for the

24  plaintiffs in this case?

25  **A.**   Correct.

1    **Q.**   And if we turn to Page 6 of the opinion, and looking at

2    the paragraph starting on the right after "listening", the

3    Court's conclusion in that case where you testified was

4    that, "After listening to the testimony of both experts and

5    examining their study methods, I found Bajaj's testimony

6    credible, reliable and persuasive.  In contrast, McCann's

7    analysis changed so many times in important ways and was so

8    internally inconsistent that I found it unreliable and

9    unpersuasive.  After listening carefully to all of his

10   testimony about his two inconsistent event studies, I could

11   not credit his testimony, and I have serious reservations

12   about the admissibility of such poorly supported opinions."

13   Did I read that correctly?

14   **A.**   Yes.

15   **Q.**   Okay.  And if we look on Page 7, the Court further went

16   on to state, "McCann's testimony about the efficiency of the

17   market was unreliable and unpersuasive.  His first event

18   study was deeply flawed."  Did I read that correctly?

19   **A.**   Yes.

20   **Q.**   Okay.  And you are the Craig McCann they're referring

21   to in that opinion, correct?

22   **A.**   I am.

23   **Q.**   Okay.  Dr. McCann, we talked this morning about -- or

24   just now about the distribution calculations that you made

25   for AmerisourceBergen, and before we move on from that, I

1    just want to go through the heading of this chart.  And I

2    think we can do it pretty quickly.  You testified that this

3    is based off of Transaction Code S, correct?

4    **A.**    Correct.

5    **Q.**    Okay.  And so, you did not separately analyze

6    AmerisourceBergen's transactional data or other transaction

7    codes in the ARCOS to see if it would have an effect on the

8    national -- the national figures, the West Virginia figures,

9    or the Huntington-Cabell County figures, correct?

10   **A.**    Separate from the other transaction codes that are in

11   the ARCOS data, are you asking did I, separate from the

12   ARCOS data, evaluate the codes in the AmerisourceBergen data

13   to see if any discrepancies in those codes would have

14   further affected the results?

15   **Q.**    Let me state it differently.  This matrix is based off

16   of the S Transaction Code, correct?

17   **A.**    Correct.

18   **Q.**    And you did not review AmerisourceBergen's

19   transactional data to see what, if any, impact it would have

20   on the various averages and pharmacies identified on this

21   matrix, correct?

22   **A.**    Well, that's not quite right because we certainly

23   compared the AmerisourceBergen data to the ARCOS data and

24   where there was -- where there were transactions in the

25   ARCOS data missing that could be found in the

```
 1    AmerisourceBergen data, we supplemented the ARCOS data with

 2    the AmerisourceBergen data.

 3    Q.   But not to include returns, correct?

 4    A.   I'd have to just confirm that to be a hundred percent

 5    sure, but that's my understanding.

 6    Q.   But it did not include returns, right?

 7    A.   Correct.

 8    Q.   Okay.  When we talk about a per capita figure, what you

 9    did was divide the distribution figure by a population base,

10    right?

11    A.   Correct.

12    Q.   Okay.  And you used the Census Bureau data to determine

13    what population figure you would use, correct?

14    A.   Correct.

15    Q.   And for Cabell County and the City of Huntington, you

16    used 99,946, correct?  You can check.  This is not a memory

17    test.

18    A.   I don't know where on the documents in front of me to

19    find that, but there is a document somewhere with that

20    population.

21    Q.   Okay.  And that was based off of the Census data?

22    A.   Correct.

23    Q.   Okay.  And just to make this as simple as possible,

24    that is the amount of -- those are the amount of individuals

25    living in Cabell County and the City of Huntington, correct?
```

1    **A.**   That's how I would interpret it.

2    **Q.**   Okay.  Did you do any analysis to determine whether or

3    not that was an appropriate number to use for this case?

4    **A.**   It -- it's the -- the population statistics that I see

5    used in other studies of per capita magnitudes, including

6    per capita magnitudes of opioid shipments, I didn't question

7    it.  I'm not sure what other population measure you would

8    suggest.

9    **Q.**   Okay.  Well, are you aware that Huntington and Cabell

10   are regional healthcare hubs for West Virginia?

11   **A.**   I've heard that said.

12   **Q.**   Okay.  And you did look at the distribution data

13   closely to see that AmerisourceBergen distributed hundreds

14   of thousands of products to Cabell Huntington Hospital and

15   St. Mary's, correct?

16   **A.**   I don't recall those names, but I recall that they

17   shipped to hospitals.

18   **Q.**   Okay.  And McKesson Corporation shipped to a VA

19   Hospital in the geographic region, as well, correct?

20   **A.**   Correct.  We talked about that a bit yesterday.

21   **Q.**   Okay.  Now, did you have -- strike that.  Did you look

22   on the City of Huntington's website to see if it had any

23   information about the City's role as a regional healthcare

24   hub?

25   **A.**   No, not that I recall.

```
 1    Q.   Okay.  I just want to publish the City of Huntington
 2    website, the plaintiff in this case.
 3         Okay.  And, Dr. McCann, on the City of Huntington's
 4    website, it identifies Cabell Huntington Hospital and it
 5    says, "Cabell Huntington Hospital is a non-profit, regional
 6    referral center with 303 staffed beds.  In 1956, Cabell
 7    Huntington opened and it now cares for patients from more
 8    than 29 counties throughout West Virginia, Eastern Kentucky,
 9    and Southern Ohio."  Did I read that correctly?
10    A.   Yes.
11    Q.   Okay.  And did you look at the Cabell Huntington
12    Hospital publicly available LinkedIn page to see how it
13    describes itself?
14    A.   No.
15    Q.   Okay.
16              MR. MAHADY:  Can you please pull that up?
17              BY MR. MAHADY:
18    Q.   "Cabell Huntington Hospital is a not-for-profit,
19    regional referral center located in Huntington, West
20    Virginia.  We care for patients from more than 29 counties
21    throughout West Virginia, Eastern Kentucky, and Southern
22    Ohio.  We are the hospital of choice to over 50,000
23    residents in our city and more than 360,000 regionally."
24    Did I read that correctly?
25    A.   Yes.
```

1    **Q.**   Okay.  But you did not consider the fact that this area

2    is a regional healthcare hub when you decided to use the

3    Census Bureau data of 96,000, correct?

4    **A.**   There seems to be a disconnect there, but I -- I used

5    the Census Bureau data for population and not some -- not

6    the population for some extended geography.

7    **Q.**   Okay.  But people that reside in that extended

8    geography come to Cabell and Huntington to receive health

9    care, correct?

10   **A.**   That appears to be the case.

11   **Q.**   And they can come to Cabell and Huntington to receive

12   opioid prescriptions, correct?

13   **A.**   Yes, I would expect so.

14   **Q.**   And they can come to Cabell and Huntington to have

15   their opioid prescriptions filled at pharmacies in

16   Cabell-Huntington, correct?

17   **A.**   I don't know personally, but in general, people can

18   travel from outside Cabell and Huntington into Cabell and

19   Huntington City.  People from Cabell County and Huntington

20   City can travel outside to other counties to get their

21   prescriptions.  Drugs travel.

22   **Q.**   Okay.

23   **A.**   I don't know the direction or the -- the net direction

24   of any -- any travel of drugs here.

25   **Q.**   Okay.

```
1              MR. MAHADY:  Your Honor, I'm at a natural breaking

2    point.  Do you want me to keep going or do you want to take

3    a quick break?

4              THE COURT:  Well, we've only been at it about an

5    hour.

6              MR. MAHADY:  I can keep going.

7              THE COURT:  Okay.

8              BY MR. MAHADY:

9    Q.   Dr. McCann, just a couple of questions about the

10   healthcare supply chain.  Doctors write prescriptions,

11   correct?

12   A.   That's my understanding.

13   Q.   And your understanding is that distributors like

14   AmerisourceBergen, Cardinal and McKesson, they don't write

15   prescriptions, correct?

16   A.   That's my understanding.

17   Q.   Okay.  You have offered opinions over the last day and

18   a half about the distributor defendants per capita

19   distribution into Cabell and Huntington, correct?

20   A.   Correct.

21   Q.   And I believe you testified that dispensers received

22   enough opioids for every resident in Cabell County and the

23   City of Huntington, West Virginia to consume 142 dosage

24   units every year from 2006 to 2014, correct?

25   A.   I don't recall that number exactly, but there is such a
```

1    number on one of the exhibits that we looked at yesterday.

2    **Q.**   Okay.  Do you have this document?  I think you located

3    it earlier.  It's P-44711.  Looking at the page ending in

4    03.

5    **A.**   Yes, I see that number.

6    **Q.**   Okay.  And this chart, this chart reflects the per

7    capita analysis that you did for the United States, West

8    Virginia, and Cabell County, and City of Huntington,

9    correct?

10   **A.**   Correct.

11   **Q.**   And I believe you testified yesterday that the per

12   capita distribution in the City of Huntington and Cabell

13   County was higher than the state average and even higher

14   than the national average, correct?

15   **A.**   Correct.

16   **Q.**   Okay.  Did you do any analysis to understand why that

17   may be?

18   **A.**   No.

19   **Q.**   You have spoken with plaintiffs' expert Lacey Keller

20   before, correct?

21   **A.**   Correct.

22   **Q.**   In fact, you've spoken and met with her on multiple

23   occasions at various meetings, correct?

24   **A.**   Yes, although very limited.  Yes, but limited.

25   **Q.**   Okay.  Are you aware that Lacey Keller has been

```
 1    retained as an expert by the plaintiffs in this case?
 2    A.    No.
 3    Q.    Okay.  I want to show you some of the conclusions that
 4    Ms. Keller reached in the report that she issued on behalf
 5    of plaintiffs in this case.
 6              MR. MOUGEY:  Objection, Your Honor.  There's no
 7    foundation to ask Dr. McCann about another expert's report
 8    and conclusions in that report.
 9              MR. MAHADY:  Your Honor, if I may?  I'm sorry.
10              THE COURT:  Well, it gives you a good faith basis
11    to question him, but I don't know whether you can show him
12    the report or not.
13              MR. MAHADY:  Your Honor, Dr. McCann has repeatedly
14    testified over the last day and a half that the distributor
15    defendants per capita distribution into the City and the
16    County was higher than state averages, than national
17    averages.  He also repeatedly testified that R distribution
18    into Cabell County and the City of Huntington was higher
19    than AmerisourceBergen's average distribution into West
20    Virginia and even higher than the average distribution to
21    the nation.  I want to ask him if he considered the fact
22    about prescribing and the two are obviously related,
23    intertwined, and I have some limited questioning about those
24    opinions.
25              MR. MOUGEY:  Your Honor, that's far -- I've sat
```

1     here and listened to questions about Dr. McCann's background

2     as a pharmacist, a medical professional.  It's far outside

3     the scope of what Dr. McCann was called to do.  There's a

4     series of other experts that are coming from both sides to

5     hit on those facts.  Way outside the scope of what Dr.

6     McCann was called to opine on.

7               MR. MAHADY:  Your Honor, I'm asking him if he

8     considered the opinions in the report or if they explain the

9     distribution figures that he's testified about repeatedly.

10              THE COURT:  Well, you can ask him the question,

11    but -- I'll let you ask the question you just posed and

12    we'll see where we go from here, Mr. Mougey.

13              MR. MOUGEY:  Thank you, Your Honor.

14              MR. MAHADY:  Okay.  Your Honor, may I approach the

15    witness?

16              THE COURT:  Yes.  Well, what are you going to do

17    now?

18              MR. MAHADY:  Can I give him the document or no?

19              THE COURT:  What's in your hand?

20              MR. MAHADY:  The report --

21              THE COURT:  Of the other --

22              MR. MAHADY:  And she issued --

23              THE COURT:  Of the other expert --

24              MR. MAHADY:  Yes.  And she issued --

25              THE COURT:  Of Dr. Keller?

```
1              MR. MAHADY:  Yes.  And she issued --

2              THE COURT:  Well, you can --

3              COURT REPORTER:  Okay, I'm sorry.  What --

4              THE COURT:  -- use it as a good faith basis to

5      question him, but I don't think you can show it to him.

6      Isn't that right, Mr. --

7              MR. MOUGEY:  I agree at the very -- at the least,

8      yes, Your Honor.

9              THE COURT:  All right.  Ask him about it and don't

10     show it to him.

11             MR. MAHADY:  And, Your Honor, I'll just note that

12     the plaintiffs use one of Dr. Keller's charts in their

13     opening presentation.

14             THE COURT:  Well, I don't remember that and I

15     don't think there was an objection to it, so --

16             MR. MAHADY:  Okay.

17             THE COURT:  I'll let you start by doing what I

18     told you I'd permit you to do and then we'll see where we go

19     from there, Mr. Mahady.

20             MR. MAHADY:  Okay.

21             BY MR. MAHADY:

22     Q.   Dr. McCann, in analyzing the defendants' per capita

23     distribution into Cabell County and the City of Huntington,

24     did you consider the fact that opioid dosage units

25     prescribed in Cabell County trended above state and national
```

1    averages every year?

2    **A.**    Yes.  It's reflected in the -- in the exhibits that I

3    presented.

4    **Q.**    Okay.  And I'm talking about prescribing, not

5    distribution.

6    **A.**    Oh, I'm sorry.  I don't have data on prescriptions

7    written, so I don't have the ability to compare the

8    prescriptions written or, for that matter, prescriptions

9    filled on a prescription basis.  So, I -- that can't be

10   included in the data I presented summaries for.

11   **Q.**    I'm asking if you considered it?  Did you consider the

12   fact that, in 2006, Cabell County ranked eighth in the

13   entire nation for opioid prescribing per capita?

14   **A.**    No, I didn't know that.

15   **Q.**    Okay.  Did you consider the fact that prescribed dosage

16   units continued to rise after 2006 with dosage units in

17   Cabell County peaking in 2009, when every resident of the

18   county could have been prescribed nearly 160 dosage units

19   each?

20   **A.**    I didn't know that or the previous fact, but they're

21   both consistent with the summaries that I presented on

22   distribution, but these two items are not part of the data

23   that I reviewed.

24   **Q.**    Okay.  And the fact that prescribing in Cabell County

25   peaked in 2009 is entirely consistent with your countless

1    opinions that distribution peaked in 2009, correct?

2    **A.**    Correct.  That's what I say.  They're two sides of the

3    same coin.

4    **Q.**    They are two sides of the same coin.  And that's

5    because prescribing in Cabell County drove distribution in

6    Cabell County, correct?

7              MR. MOUGEY:  Objection, Your Honor.  Far outside

8    the scope of what the -- Dr. McCann's opinions were on.

9              MR. MAHADY:  Your Honor, he just testified that

10   it's two sides of the same coin.

11             THE COURT:  Yes.  Overruled.  You can ask him.

12             THE WITNESS:  Which is driving which is, I think,

13   a significant part of what the litigation is about, was that

14   doctor behavior, and was that doctor behavior influenced by

15   actions of the parties, or was it the actions of the

16   manufacturers and distributors?  I don't have an opinion one

17   way or another other than to recognize that they're related.

18   As I said, two sides of the same coin.

19             MR. MAHADY:  Okay.

20             BY MR. MAHADY:

21   **Q.**    AmerisourceBergen, Cardinal Health and McKesson did not

22   write all of those prescriptions in 2009 in Cabell County,

23   correct?

24   **A.**    Correct.

25   **Q.**    Those prescriptions were written by the doctors in

1  Cabell County, correct?

2  **A.**   As you've explained the fact to me, yes.

3  **Q.**   And you offered a lot of opinions about MMEs and MMEs

4  rising.  Did you consider the fact that not only was there

5  an increase in prescriptions in Cabell County, but the

6  prescriptions got progressively larger with more MMEs as

7  time progressed?

8  **A.**   Yes.  We saw that in the various dosage strength charts

9  that I put up yesterday and today where the -- the sort of

10  -- for instance, the pink sections of the bars which

11  represented 30-milligram pills grew over time, while the

12  relative size of the lower dosage pills declined.  So, it

13  did appear that the higher dosage pills became more

14  prevalent over time.

15  **Q.**   Okay.  And so, your charts are consistent with a

16  finding that prescriptions for more powerful opioids were

17  being written in Cabell County as time progressed, correct?

18  **A.**   That's correct, or at least the distribution of higher

19  strength opioids into Cabell County increased over time.

20  **Q.**   Okay.  And that distribution was used to fill the

21  prescriptions that were written by the Cabell County

22  doctors, correct?

23  **A.**   I don't know who wrote the prescriptions, but accepting

24  your representation that the prescriptions increased over

25  time and those prescriptions were for higher strength drugs,

1    then I think logically those two go together.

2    **Q.**   Okay.  And while you may not know exactly who wrote

3    those prescriptions, you do know that it wasn't

4    AmerisourceBergen, McKesson or Cardinal Health, right?

5    **A.**   Correct.

6    **Q.**   Okay.

7          MR. MAHADY:  Your Honor, I request permission to

8    show the witness a chart from Dr. Keller's report.  This

9    chart shows MME -- shows prescriptions from 1997 to 2017 and

10   it tracks it in MME.  The reason I want to show the witness

11   this chart is because we spent a lot of time looking at that

12   orange and blue chart showing distribution over roughly the

13   same exact time period in the same exact measurement, MME.

14         THE COURT:  Is there any objection to this, Mr.

15   Mougey?

16         MR. MOUGEY:  Yes, sir.  There continues to be.  If

17   Mr. Mahady has a question about this specific chart from

18   this specific expert witness, he should ask Ms. Keller, Ms.

19   Keller about it.  Dr. McCann hasn't had any opportunity to

20   review the chart, has already testified that he hasn't

21   reviewed her report, has not looked at her methodologies,

22   and to ask him to review that and provide testimony on it is

23   improper, Your Honor.

24         MR. MAHADY:  Your Honor, it's a pretty basic

25   chart.  If he can't explain it, I will accept that but, you

```
 1    know, he's already testified that prescribing and

 2    distribution is two sides of the same coin.  I just want to

 3    show him one last chart and I will move on.

 4              MR. MOUGEY:  Your Honor --

 5              THE COURT:  This is a chart that Keller put

 6    together?

 7              MR. MAHADY:  Yes.

 8              THE COURT:  Well --

 9              MR. MOUGEY:  If it's just one chart, Your Honor,

10    and if he wants to just put one chart in front of the

11    witness to make it easy, that's fine, Your Honor.

12              MR. MAHADY:  Thanks, Mr. Mougey.

13              THE COURT:  I have a little problem with you

14    getting her conclusions before the Court.  You can ask him

15    about the stuff that's reflected in the chart as a basis for

16    your cross examination, but I don't think I can let you show

17    him the chart and demonstrate the chart.

18              MR. MAHADY:  Okay, Your Honor, because what I

19    wanted to do was show him a comparison of his chart and her

20    chart to see if there is a correlation between the two.

21              THE COURT:  Well, can't you phrase questions that

22    will bring that out without showing him the chart?

23              MR. MAHADY:  Making me work, Your Honor.  I can

24    try.

25              BY MR. MAHADY:
```

1    **Q.**   Dr. McCann, when we looked at your chart for the

2    255/257 area code, we saw a steady rise in distribution from

3    '97 to a peak in 2009, correct?

4    **A.**   Yes.

5    **Q.**   Okay.  And you also testified that there was a notch in

6    2014, correct?

7    **A.**   Correct.

8    **Q.**   And a rather significant slope down after 2016,

9    correct?

10   **A.**   Correct.

11   **Q.**   Okay.  Did you consider the fact that prescribing of

12   opioids based on MMEs also increased from 1997 to a peak in

13   and around 2009?

14   **A.**   I didn't think about the prescribing issue in the

15   context of this case at all.

16   **Q.**   Okay.  And did you consider the fact that, in 2014,

17   where we see a notch in distribution, there's a

18   corresponding notch in prescribing?

19   **A.**   It's the same answer.  I didn't consider the

20   prescribing behavior in any aspect of my work in this case.

21   **Q.**   Because you chose just to look at one side of the

22   related coin, correct?

23   **A.**   No, it's because my task was to present summaries of

24   the opioid shipment data for the Court to use if it found

25   them useful.  Someone else would be talking about other

```
 1    aspects of this case.  It's not a matter of me choosing
 2    anything.
 3              COURT REPORTER:  I'm sorry.  What was that?
 4              THE WITNESS:  It's not a matter of me choosing
 5    anything.
 6              BY MR. MAHADY:
 7    Q.   And it was the plaintiffs who gave you your task,
 8    correct?
 9    A.   Correct.
10    Q.   All right.  Last question on this.  Dr. McCann, it
11    logically flows that AmerisourceBergen's average
12    distribution to a customer in Cabell County would be higher
13    than its average distribution to the customer in West
14    Virginia when the prescribing rates in Cabell County are
15    significantly higher than the per capita prescribing rates
16    in West Virginia, correct?
17    A.   No, I don't think that logically follows.  It only
18    logically follows if drugs don't cross zip code boundaries
19    and they -- they clearly do.  We don't have PDMP data or PMP
20    data here, but if we did, we'd see that the distances that
21    patients travel to get prescriptions filled or to see their
22    doctors.  So -- but I know from other jurisdictions that
23    patients drive sometimes very long distances.
24         So, what you've just said is not a logical conclusion.
25    It may be an empirical fact.  I don't know.  We don't have
```

1    the data to demonstrate that, but it's not a logical

2    conclusion.

3    **Q.**   Okay.  Dr. McCann, can you pull out the matrix?

4    **A.**   Yes.

5    **Q.**   I just want to go through a couple of customers really

6    quickly.  Starting with SafeScript, if you turn to the page

7    ending in 003 --

8    **A.**   Yes.

9    **Q.**   I'm sorry, 002, and you go to February of 2012, March,

10   2012.

11   **A.**   Yes.

12   **Q.**   AmerisourceBergen has not distributed oxycodone to

13   SafeScript since 2012, correct?

14   **A.**   Correct.

15   **Q.**   And if you go over to the right to Medical Park

16   Pharmacy, AmerisourceBergen has not distributed oxycodone to

17   Medical Park Pharmacy since March of 2012, correct?

18   **A.**   I'm sorry.  Maybe --

19   **Q.**   It's three over from SafeScript?

20   **A.**   Maybe May of 2012.

21   **Q.**   May of 2012, that's fine.  AmerisourceBergen has not

22   distributed oxycodone to Medical Park Pharmacy since May of

23   2012, correct?

24   **A.**   Correct.

25   **Q.**   Okay.  Flip back to the first page.  Fruth Pharmacies,

1    AmerisourceBergen has not distributed oxycodone to Fruth #5

2    since January, 2010, correct?

3    **A.**    Yes.

4    **Q.**    And the same is true for Fruth #12?

5    **A.**    Yes.

6    **Q.**    And Fruth #2?

7    **A.**    Yes.

8    **Q.**    And Fruth #11?

9    **A.**    Yes.

10   **Q.**    Okay.

11          MR. MAHADY:  Your Honor, if I may confer with my

12   side to see what, if anything, I have left and then I'll

13   pass the witness.

14          THE COURT:  Yes.  Maybe this is a good time for a

15   break now.

16          MR. MAHADY:  Okay, thank you.

17          THE COURT:  We'll be in recess for about ten

18   minutes.

19       (Recess taken)

20       (Proceedings resumed at 3:35 p.m.)

21          THE COURT:  Is Dr. McCann in the courtroom?

22       (Pause)

23          THE COURT:  Okay, Mr. Mahady.

24   BY MR. MAHADY:

25   **Q.**    Dr. McCann, I have no further questions.  Thank you

1    for your time.

2    **A.**    Thank you.

3              MR. SCHMIDT:  May I proceed, Your Honor?

4              THE COURT:  Mr. Schmidt, yes, you may.

5              MR. SCHMIDT:  Thank you.

6                      CROSS EXAMINATION

7    BY MR. SCHMIDT:

8    **Q.**    Dr. McCann, good afternoon.  How are you doing?

9    **A.**    Well, thank you.  Thank you very much.

10   **Q.**    My name is Paul Schmidt and I represent McKesson in

11   this case and I'm going to largely focus on questions

12   relating to McKesson.  Most of them will be on new topics

13   beyond what Mr. Mahady covered, but there will be a few I go

14   over that he touched on just to make sure I covered them as

15   to McKesson.  I'll ask you to just bear me on that.  Okay?

16   **A.**    Yes.  Thank you.

17   **Q.**    Dr. McCann, you relied on ARCOS data in all or almost

18   all of your analyses in some form; correct?

19   **A.**    Right.

20   **Q.**    As to McKesson, as to McKesson transactions in ARCOS

21   that you used, that you relied on, that data from ARCOS came

22   from McKesson; correct?

23   **A.**    That's my understanding, yes.

24   **Q.**    And you found that data that McKesson reported to the

25   DEA into ARCOS and that you relied on from ARCOS to be

1   reliable; correct?

2   **A.**   Correct.

3   **Q.**   In fact, yesterday you said it was highly reliable;

4   correct?

5   **A.**   Correct.

6   **Q.**   Same is true for Cardinal; correct?

7   **A.**   Right.

8   **Q.**   And in part, that's because you checked that data that

9   was reported to McKesson -- reported to the DEA by McKesson

10   and Cardinal with the data they had in their files and, as

11   you said yesterday, you found it to be virtually identical;

12   correct?

13   **A.**   Correct.

14   **Q.**   I think you've testified that you've -- in all your

15   testimony you can't recall seeing this correspondence

16   between datasets in any litigation you've done over the past

17   30 years; correct?

18   **A.**   I don't recall making that comment, but I, I would not

19   be surprised.  I think that that is a correct statement.

20   **Q.**   Okay.  And that's true from more than 30 years of

21   testifying in over 600 cases that you said you handled?

22   **A.**   Correct.  Any time -- you don't often have two

23   independent sources of the same data to check, but we have

24   that here and the match is nearly perfect.

25   **Q.**   And in commenting on that nearly perfect match in the

1    data that the defendants reported into the ARCOS database,

2    you have no criticisms in your report of any meaningful gaps

3    in the data that Cardinal or McKesson or ABDC provided;

4    correct?

5    **A.**   I think that's correct in this case.

6    **Q.**   You found that the pharmacy -- I'm sorry.  Let me say

7    that again.  You found that the data McKesson reported to

8    the DEA regarding its sales was accurate; correct?

9    **A.**   Correct.

10   **Q.**   You found that the data McKesson reported to the DEA

11   regarding the pharmacies it was selling to was accurate;

12   correct?

13   **A.**   I'm sorry.  What's the distinction between that and the

14   previous question?

15   **Q.**   First were sales.  The second is pharmacies, the

16   pharmacies reported were correct.  Let me break it down.

17   You understand there is a pharmacy field --

18   **A.**   Yes.

19   **Q.**   -- in the ARCOS dataset?  And McKesson reported

20   pharmacy data to the DEA, correct, in those pharmacy fields?

21   **A.**   Right.  The pharmacy is identified in the shipment

22   transaction record and that's what I thought you meant by

23   sales.  But, yes, they match on the pharmacy.

24   **Q.**   You found the data that was reported regarding the

25   timing of the sales to be accurate for McKesson; correct?

1    **A.**    Correct.

2    **Q.**    You found the data that was reported regarding the

3    prescription opioids involved was accurate as to McKesson;

4    correct?

5    **A.**    Correct.

6    **Q.**    You found the data regarding the quantities, the

7    strength, the NDC codes regarding McKesson was accurate;

8    correct?

9    **A.**    Correct.

10   **Q.**    And that's true for Cardinal and ABDC; correct?

11   **A.**    Correct.

12   **Q.**    You were asked about how DEA makes some of that data

13   that it receives from distributors publicly available

14   through its ARCOS Retail Drug Summary Reports.  Do you

15   recall that?

16   **A.**    Yes.

17   **Q.**    Those ARCOS Retail Drug Summary Reports that are made

18   publicly available tell the public about the amount of

19   controlled substances distributed according to certain

20   parameters like state and zip code, among other things;

21   correct?

22   **A.**    Correct.

23   **Q.**    And you used those publicly reported summaries from the

24   DEA to prepare some of your charts on the volume of

25   oxycodone and hydrocodone; correct?

1    **A.**   Correct.

2    **Q.**   And just so the Court knows what we're talking about,

3    could we put up P-44711, please?

4         If you want to follow along with the document in your

5    hands, please do and I'll give you a second to find it.  But

6    I just want to show you a couple of pages from this.

7         Let's go to Page 4 and then Page 5.

8         These are both national data involving all

9    distributors; correct?

10   **A.**   Correct.

11   **Q.**   And this is data that the DEA was reporting publicly at

12   the time it became available to the DEA, correct, through

13   these, through these summary reports?  Correct?

14   **A.**   Correct.

15   **Q.**   Let's go to Pages 8 and 9.  That's data regarding West

16   Virginia on Page 8 and Page 9 from all distributors;

17   correct?

18   **A.**   Correct.

19   **Q.**   And that's data that the DEA was making public as it

20   was made available to the DEA; correct?

21   **A.**   Correct.

22   **Q.**   And let's go to Page 11 and 12.  This is zip code data

23   on 11 and 12 from all distributors; correct?

24   **A.**   Correct.

25   **Q.**   And those come from data that was publicly available

1     shortly after it was provided to the DEA; correct?

2     **A.**    Correct.  Each time I answered that question saying,

3     yes, that the DEA made it publicly available as the DEA

4     received it, I don't mean literally that we -- within a few

5     months they aggregate it up into a quarterly report and

6     produce it, but within a few months they produced the lag

7     few months' records.

8     **Q.**    Are you aware of any limitation to keep anyone such as

9     the City of Huntington or Cabell County from looking at this

10    data as it became available and creating a chart like this

11    based on the data that was then available?

12    **A.**    Not that I'm aware of.

13    **Q.**    Are you aware of anything that you were able to do with

14    the DEA data in terms of analyses that the DEA itself could

15    not do?

16    **A.**    I just don't know the level of sophistication of the IT

17    people internally at the DEA back today, and certainly not

18    in 1997 or 2007.  I just don't know.  I know that they were

19    pretty sophisticated.

20    **Q.**    If I tell you they could do everything you could do, do

21    you know if that's true or not?

22    **A.**    I don't.

23    **Q.**    And you never asked in any of your discussions with DEA

24    people including the ones paid by the plaintiffs?

25    **A.**    No, that's not true.

1  **Q.**   Did you ask them -- did you ask them if they could do

2  the same kind of analyses you could do?

3  **A.**   Yes, either I asked them or they offered that they

4  could, in fact, not do the kind of queries the way we do

5  them.

6  **Q.**   Which ones did they not do?

7  **A.**   Well, my recollection of the conversations with the

8  former DEA agents when we first received the data and were

9  viewing it on large-scale screens in our offices and talking

10  through some summaries, my recollection was that they said

11  if they requested a report from the field, reports that we

12  were producing in minutes, it would come back perhaps weeks

13  later.

14      So there was some issue -- whether it was bureaucratic

15  or technological, I don't know.  There was some issue that

16  meant, at least back when they were working there, they were

17  not able to access the data in the field the way we were

18  able to access it in the office.

19  **Q.**   Okay.  So aside from whatever this timing issue was of,

20  as you said, a few weeks, are you aware of any inability

21  they had to create at some level within DEA headquarters the

22  same kind of reports you created?

23  **A.**   I don't know one way or the other.

24  **Q.**   Okay.  These public reports that we're talking about,

25  they don't contain pharmacy specific data; correct?

1    **A.**    Correct.

2    **Q.**    And you were asked about whether DEA refused to share

3    pharmacy data with distributors.  Do you recall being asked

4    about that?  If you don't, that's fine.

5    **A.**    I remember a similar question, but it wasn't exactly

6    the same as that.  I think the question was whether I was

7    aware that the DEA refused to provide ARCOS data to the

8    distributors.

9    **Q.**    Yes, that's what I was getting at.  Do you remember

10   being asked that question?

11   **A.**    Yes.

12   **Q.**    You've looked in the course of your work at various DEA

13   websites and documents to educate yourself about ARCOS and

14   the DEA; correct?

15   **A.**    Correct.

16   **Q.**    Let me show you something from one of those websites.

17            MR. SCHMIDT:  May I approach, Your Honor?

18            THE COURT:  Yes.

19   BY MR. SCHMIDT:

20   **Q.**    Dr. McCann, I've put in front of you MC-WV-1077.

21   If you could put that up on the screen, you'll see that

22   this has the DEA header on it and it's dated

23   February 14th, 2018.  Do you see that?

24   **A.**    Yes.

25   **Q.**    And it says in the second paragraph -- well, the title

1    of the, of this website posting is "DEA Creates New Resource

2    to Help Distributors Avoid Over-Supplying of Opioids."  Do

3    you see that?

4    **A.**   Yes.

5    **Q.**   And you understand that this is talking about ARCOS?

6    **A.**   Yes.

7    **Q.**   Is this the type of DEA document talking about ARCOS

8    that you looked at in the course of doing your work, whether

9    you saw this specific document or not?

10   **A.**   This is a press release.  I don't recall looking at any

11   press releases on the DEA website.

12   **Q.**   Okay.  Let's look at what this says.

13        In the second paragraph it says, "DEA added a new

14   feature to its ARCOS on-line reporting system, a

15   comprehensive drug reporting system that monitors the flow

16   of controlled substances from their point of manufacture

17   through commercial distribution channels to the point of

18   sale at the dispensing retail level."

19        Do you see that reference to the new feature they added

20   to the ARCOS on-line reporting system?

21   **A.**   I do, yes.

22   **Q.**   They go on to say, "This newly added function will

23   allow the more than 1,500 DEA registered manufacturers and

24   distributors to view the number of competitors who have sold

25   a particular controlled substance to a prospective customer

1    in the last six months."

2         Do you see that?

3    **A.**   Yes.

4    **Q.**   Were you aware that in February or around February of

5    2018 the DEA added a new feature to ARCOS to allow companies

6    like McKesson, Cardinal, and ABDC for the first time to view

7    the number of competitors who sold a particular controlled

8    substance to a prospective customer in the last six months?

9    Were you aware of that?

10   **A.**   No.

11   **Q.**   It goes on to say in the next paragraph, and I'm about

12   halfway down, "This new tool will provide valuable

13   information for distributors to consider as part of their

14   assessment."

15        Do you see that?

16   **A.**   Yes.

17   **Q.**   Were you aware that prior to 2018 distributors did not

18   have this tool of viewing the number of competitors who had

19   sold a particular controlled substance to a prospective

20   customer in the last six months?  Were you aware of that?

21   **A.**   I wasn't aware of the existence of the tool, so I'm not

22   aware of the absence of it before this date.

23   **Q.**   Are you aware that the DEA has been criticized for not

24   sharing ARCOS data with distributors earlier than this point

25   in time?

1    **A.**    No.

2              MR. SCHMIDT:  Your Honor, we would move this into

3    evidence.

4              THE COURT:  Any objection?

5              MR. MOUGEY:  No, Your Honor, we don't have any

6    objection.

7              THE COURT:  It's admitted.

8    BY MR. SCHMIDT:

9    **Q.**    Dr. McCann, changing gears, I want to focus on

10   Huntington and Cabell now if we may.

11             You understand that ABDC, Cardinal, and McKesson were

12   not the only distributors that shipped opioids into Cabell

13   County and Huntington?

14   **A.**    Yes.

15   **Q.**    According to the ARCOS data you reviewed, 36 different

16   distributors other than the three defendants in this

17   courtroom supplied oxycodone and hydrocodone to Huntington

18   and Cabell during the time period that you looked at;

19   correct?

20   **A.**    I don't recall the, the number that you state, 36, but

21   there were others, most of them quite de minimis quantities,

22   but there were roughly -- and visually what I see is sort of

23   a listing that goes on for most of a page, so 36 would sound

24   right.

25   **Q.**    Okay.  Let's look at that listing.  You included that

```
 1    as an appendix to your report; correct?

 2    A.    I may have.

 3    Q.    Okay.  Let's take a look at it so you're not flying

 4    blind.

 5         Could we put up Page 748 of Appendix 9.

 6              MR. SCHMIDT:  And, Your Honor, I don't intend to

 7    move this into evidence because it's part of his expert

 8    report, but I'll just pass out copies if that's useful if I

 9    may approach.

10              THE WITNESS:  Thank you.

11    BY MR. SCHMIDT:

12    Q.    Thank you, Dr. McCann.

13         This is the table I was referring to, Dr. McCann.  This

14    might have been the table you were thinking of.  If you look

15    here, it shows oxycodone -- let me see if I can write on the

16    screen.

17         It shows oxycodone and hydrocodone.  It's got a total

18    MME and then it has marketing share, and it has the actual

19    volume of MME for the different companies.

20         Do you see that, sir?

21    A.    Yes.

22    Q.    And if we start after the three defendants and continue

23    down, you'll see on your copy it actually continues to the

24    next page and that's 36 pharmacies, correct, or 36

25    distributors?  I apologize.
```

1    **A.**    Yes.  Most of them are effectively zero -- 0.0 percent,

2    but, yes, they're all listed there.

3    **Q.**    And to that point, if we could go back to the first

4    page, please, Mr. Reynolds.

5         If we start counting the MMEs for those distributors,

6    we very quickly get close to 200 million MMEs; correct?

7    **A.**    For all of the ones after the top three?

8    **Q.**    Yes, sir.

9    **A.**    I haven't done that, but that may be the case.

10   **Q.**    If you need to do it, if you question the

11   representation, go ahead.  But you can see very quickly 41,

12   33, 33, already you're over 100; 25, 21, 15 already you're

13   at 150, and then it goes on.  Do you see that?

14   **A.**    Yes.

15   **Q.**    Okay.  So it's close to 200 million.  It's not 200

16   million, but it's close to 200 million; correct?

17   **A.**    Correct.

18   **Q.**    That's not a de minimis amount of oxycodone and

19   hydrocodone from those distributors that are not present in

20   this trial in this courtroom; correct?

21   **A.**    Right.  I was referring to the bottom half of this

22   list.  But you're right, there are --

23   **Q.**    Thank you, sir.

24   **A.**    -- four or five other distributors that distributed

25   between one and four percent.

1    **Q.**    Thank you, sir.  Let's take a look at some of the

2    shipment analyses that you showed the Court.  I'd like to

3    put up 44711, Page 12, please.

4         And you looked at this a moment ago.  I think I've left

5    my writing on the board.  Let me see if I can eliminate it.

6         You generated this chart which I think we heard

7    discussed in the opening; correct?

8    **A.**    I don't know about any opening but, yes, this is one of

9    the charts that I created.

10   **Q.**    And this chart, P-44711, Page 12, is created from

11   publicly available ARCOS data; correct?

12   **A.**    Correct.

13   **Q.**    You understand that in addition to distribution rates

14   changing over time, prescribing rates have changed over

15   time; correct?

16   **A.**    I don't know that as a fact, but I expect it to be

17   true.

18   **Q.**    Do you have any evidence of distribution rates changing

19   without prescribing rates first changing?

20   **A.**    I haven't investigated that, any sort of causal

21   relationship or temporal ordering.

22   **Q.**    Now, you, you recall talking about the distribution

23   volume in terms of how much distribution levels had

24   increased up until that 2009 time period.  You recall

25   talking about some of those increases; correct?

```
 1    A.    Yes.

 2    Q.    You did that as to global distribution data; correct?

 3    A.    Correct.

 4    Q.    You did that as to individual distributors; correct?

 5    A.    Correct.

 6    Q.    You did that as to individual pharmacies; correct?

 7    A.    Correct.

 8    Q.    And as you were doing that, you gave some numbers on

 9    the fly as to the percentage increases; correct?

10    A.    Correct.

11    Q.    And you'll recall Mr. Mougey wrote them up on the

12    board, some pretty big numbers; right?

13    A.    Correct.

14    Q.    You didn't once point out that the levels have gone

15    back down, did you?

16    A.    I think I did.

17    Q.    You did in response to Mr. Mahady's question.  You

18    didn't in response to Mr. Mougey's questions.

19    A.    No, there was some questioning about that yesterday

20    briefly, but you're right.  Most of the questions were about

21    the run-up.  I think that the decline is just as interesting

22    as the run-up, but the questions were about the run-up.

23    Q.    Okay.  I just have some questions now about the

24    decline.  But before I do, I want to ask you a question.  Do

25    you understand that this is a case that is only about
```

1    forward-seeking relief?  Do you have that understanding?

2    **A.**   No, I don't understand that.  I don't have an

3    understanding one way or another.

4    **Q.**   Okay.  Do you have an understanding that the plaintiffs

5    in this case have disavowed any claim for past damages?  Do

6    you have that understanding?

7    **A.**   I don't have any understanding of the damage claim at

8    all.

9    **Q.**   Okay.  Are you aware that every distributor's

10   distribution level, every distributor in this case, the

11   levels decreased after 2014?

12   **A.**   I know that generally, yes.

13   **Q.**   Let's take an example of that.

14        Can we show 42879, please, Page 1.

15        This is a demonstrative I believe you showed earlier

16   this morning with Mr. Mougey showing levels increasing up

17   until 2014; correct?

18   **A.**   Correct.

19   **Q.**   And it stops there; correct?

20   **A.**   Correct.

21   **Q.**   But we know they went down after that; correct?

22   **A.**   That's my recollection.  This is just the ARCOS time

23   period, 2006 to 2014.  But my, my expectation would be that

24   McKesson's shipments would have declined after that as, as

25   generally opioid shipments declined after that time.

1    **Q.**   And to be clear, you have McKesson data from after

2    2014, don't you?

3    **A.**   Correct.  It's not on this graph.  It's on another

4    figure that you don't have up on the screen.  So I'm saying

5    that's my recollection.

6    **Q.**   Okay.  I'm showing the Judge what you showed earlier

7    today.  So let's show another one.  Can we show 44734,

8    please?

9         Do you remember being shown a table like this from

10   McKesson, and I think you were shown tables like this for

11   ABDC and Cardinal showing levels increasing up to 2014?  Do

12   you remember being shown that?

13   **A.**   Correct.

14   **Q.**   And do you remember being asked if the Court wanted to

15   figure out how much they were increasing over time, here's

16   how you would do that?  Do you remember being asked that

17   question?

18   **A.**   Yes.

19   **Q.**   If the Court wanted to figure out how much McKesson's

20   levels or ABDC levels or Cardinal's levels have decreased

21   since 2014, how would they do that on that chart?

22   **A.**   Well, they wouldn't from that chart.  They wouldn't do

23   it from the public ARCOS data and they wouldn't do it from

24   the Retail Drug Summary Reports.  The Court would have to do

25   it from the defendant transaction data produced in

1    discovery.

2    **Q.**    And you didn't produce that data in your opinion, did

3    you?

4    **A.**    I think we did look at charts over the last couple of

5    days.  I certainly have it in the expert report, but I think

6    in the last couple of days a very small subset of charts

7    that Mr. Mougey went through with me included the trend over

8    time and McKesson's shipments after 2014.

9    **Q.**    Okay.  We'll stand on the record on that.  You know

10   that they went down for McKesson.  They went down for

11   Cardinal.  They went down for ABDC.

12   **A.**    That's my recollection, yes.

13   **Q.**    And just in terms of what I know we showed the Court so

14   we can quantify it, let's go back to 44711, please, Page 12.

15        And if we go from this height to this low, can you tell

16   us the percentage change in that five-year window?

17   **A.**    Yes.  It's about a 75 percent decline.

18   **Q.**    And you see that the --

19   **A.**    I'm sorry.  It's about a two-thirds decline.  I said

20   75 percent.  It's about a two-thirds decline.

21   **Q.**    Okay, 66 and two-thirds percent?

22   **A.**    Something like that.

23   **Q.**    And you see that the levels in 2019 are about the same

24   as back in this 2001 window; right?

25   **A.**    Yes.  I think that we had a discussion of that

1    yesterday.

2    **Q.**    And you know that's true for each distributor

3    generally?

4    **A.**    That's my recollection, yes.

5    **Q.**    And you know that's true at the pharmacy level; that

6    levels at individual pharmacies in Huntington and Cabell

7    have gone down the same in the, in the same direction the

8    same time period; correct?

9    **A.**    I don't have as clear a recollection of it at the

10   pharmacy level as I do at the national level in total and

11   for each of the main distributors.

12   **Q.**    You understand this is for these two zip codes where

13   these pharmacies are located; correct?

14   **A.**    Correct.

15   **Q.**    Do you know of any pharmacies that actually went up

16   during this time period that you've talked about?

17   **A.**    No.  As I was saying, I don't have a clear recollection

18   of the individual pharmacies' trends during that time

19   period.

20   **Q.**    Okay.  Let's focus on the zip code analysis that you

21   conducted.  This -- just so we have it -- I know you've been

22   questioned about it, but I just want to make sure we have

23   it.  This looks at pharmacies in zip codes starting with

24   255; correct?

25   **A.**    Correct.

1    **Q.**   And ones starting with 257; correct?

2    **A.**   Correct.

3    **Q.**   And you gave us a map to show us exactly how many --

4    how much geography that covers.  Do you recall that?

5    **A.**   Yes.

6    **Q.**   And I think that map you did present; correct?

7    **A.**   Correct.

8    **Q.**   Let's look at that map.  It's in this document at Page

9    10, please.

10         What we see in this map is that there is an area of the

11   257 zip code that is outside Huntington and Cabell; correct?

12   **A.**   Correct.

13   **Q.**   Do you know what the ratio of distribution into that

14   area versus the part of 257 that is inside Huntington and

15   Cabell is?

16   **A.**   Not off the top of my head, no.

17   **Q.**   And we see the same thing with an even larger extent as

18   to the 255 zip code prefix.  Do you see that?

19   **A.**   Yes.

20   **Q.**   And are you aware that the 255 zip code runs into

21   Lincoln County, Mason County, Logan County, Wayne County,

22   Putnam County, and Boone County?

23   **A.**   I don't know off the top of my head what other counties

24   255 partially encompasses.

25   **Q.**   Are you aware from your litigation work that those

1    counties all have lawsuits pending against the distributors

2    here?

3    **A.**   No, I'm not.

4    **Q.**   Are you an expert in any other West Virginia cases?

5    **A.**   Not that I'm aware of.

6    **Q.**   Have you been asked or has it just not gotten to that

7    point yet?

8    **A.**   I'm not aware of my office doing any work for any other

9    county or city in West Virginia besides Huntington City and

10   Cabell County, this case.

11   **Q.**   Do you know if you've been asked?

12   **A.**   Well, I don't recall ever being asked, so I'm pretty

13   sure I haven't been asked.  My memory is still good.

14   **Q.**   Okay.  That's all I was asking, sir.  Do you know how

15   much of the 255 zip code is outside Cabell and Huntington

16   versus inside?

17   **A.**   No.

18   **Q.**   Is it more or less than 50 percent?

19   **A.**   I don't know.

20   **Q.**   So let's go back to your chart.

21   **A.**   I don't know off the top of my head.  The, the ARCOS

22   data would allow you to do that calculation to, to calculate

23   the shipments into all of the physical locations outside of

24   Huntington and Cabell that are in either 257 or 255 --

25   **Q.**   Okay.

1    **A.**    -- and do that calculation.  But that's not, that's not

2    a calculation that we did.

3    **Q.**    Okay.  And that's what I was going to ask you about.

4    Let's go to 44711, 44711, Page 12, please, back to the chart

5    we were looking at.

6          On this chart, this chart contains data from 255 and

7    257 area codes that cover at least six extra counties beyond

8    Cabell County and Huntington; correct?

9    **A.**    It may include parts of six other counties.

10   **Q.**    I'm just going to write that out, six extra counties.

11   And, as you say, you could, if you use the ARCOS data, limit

12   it to just Huntington and Cabell, but you would be looking

13   at 2006-2014; correct?

14   **A.**    Yes.  In fact, we did that.

15   **Q.**    You did that?  We didn't receive that.

16   **A.**    No, that's not right.  You did receive that.

17   **Q.**    Okay.  So when you look at just Huntington and Cabell,

18   how much lower does this bottom line go?

19   **A.**    I don't know.  You would have to look -- we have other

20   charts that I think we've looked at in the last couple of

21   days that give us that information.

22   **Q.**    Okay.  Do you know if it would be higher or lower than

23   that?

24   **A.**    I don't know without looking at the other charts.

25   **Q.**    Do you know if the hydrocodone chart would be higher or

1      lower than that?

2      **A.**    Again, I don't know without looking at the charts.  We

3      have one chart like this that's based on the Retail Drug

4      Summary Reports where, where you can only narrow it down to

5      those three-digit zip codes.  And then we have another chart

6      that doesn't cover as long a time period where it's narrowed

7      specifically to the City of Huntington and Cabell.

8      **Q.**    Okay.  Let's continue.  This includes data for all

9      sellers, all distributors; correct?

10     **A.**    Correct.

11     **Q.**    Do you know how much lower these numbers would be --

12     let's go back to the numbers I had on the screen.  Do you

13     know how much lower these numbers would be if you took out

14     distributors who are not present in this court?

15     **A.**    Yes, not off the top of my head, but in other exhibits

16     that we looked at in the last couple of days.

17     **Q.**    Okay.  You know as to this chart, it would be lower,

18     right, if you took out other distributors?

19     **A.**    Yes.

20     **Q.**    And focusing on this chart, this chart covers all

21     pharmacies; correct?

22     **A.**    Correct.

23     **Q.**    And that includes pharmacies that distributors here

24     never supplied to; correct?

25     **A.**    I'd have to check, but my intuition is that may be

1   true, although I'm not sure.  There's only 42 or 43

2   pharmacies in Cabell County and the City of Huntington.  And

3   I don't know if any of those 42 or 43 were never shipped a

4   single pill by at least one of these defendants.  I don't

5   recall.

6   **Q.**   Let me give you an example.  Do you recall analyzing

7   A-Plus Pharmacy?

8   **A.**   No.

9   **Q.**   Do you recall that none of the distributors here

10   supplied A-Plus Pharmacy?

11   **A.**   No.

12   **Q.**   Did you ever learn that A-Plus Pharmacy was closed down

13   by authorities?

14   **A.**   If I did, I've forgotten.

15   **Q.**   One more point.  This includes V.A. data; right?

16   **A.**   Correct.

17   **Q.**   And if we took out the V.A., these numbers would go

18   lower; correct?

19   **A.**   Yes.  I don't think on the scale you're drawing those

20   arrows, but if you took out the V.A., which we do in our

21   other charts, the numbers will be lower if you narrow it

22   down to a subset of distributors, a subset of pharmacies,

23   and excluding the V.A.  We do that in fact.

24   **Q.**   You just said you'd take out the V.A. in some of your

25   other charts; correct?

1   **A.**   Correct.

2   **Q.**   Why do you do that?

3   **A.**   Well, because my focus really in all of the reports was

4   on shipments to, to retail and chain pharmacies.  And ARCOS

5   has a separate line item for V.A. Hospitals.  And virtually

6   nothing that I reported on, virtually nothing that's in my

7   expert report includes data on the V.A. Hospitals other than

8   a very high level summarizing the ARCOS data where I list

9   all of the buyer business activities, including V.A.

10  Hospital.

11      But all of the, all of the summaries that I presented

12  to the Court exclude the V.A. Hospital, virtually all of

13  them, because they're focused on, on, on pharmacies, retail

14  and chain pharmacies.

15  **Q.**   Did, did you make the decision to exclude the V.A. from

16  virtually all of your analyses or was that something you

17  were directed to do?

18  **A.**   I don't, I don't recall how I came to the understanding

19  that the most informative subtotals summaries would not --

20  of shipments into communities would not include V.A.

21  Hospitals, would include just pharmacies.  And I just don't

22  recall now how that understanding came to me.

23  **Q.**   Could we go to 44711, Page 25, please.  I'll take down

24  this drawing.

25      This is a chart you presented for McKesson; correct?

1    **A.**    Correct.

2    **Q.**    And this actually has a line item for the V.A; correct?

3    **A.**    Correct.  All of the similar charts for the other

4    distributors do as well.

5    **Q.**    So correct?

6    **A.**    Correct.

7    **Q.**    And we see it right here, hospital, clinics, V.A;

8    correct?

9    **A.**    Correct.

10   **Q.**    And we see that the V.A., McKesson's distribution is

11   north of 17 million dosage units; correct?

12   **A.**    Correct.

13   **Q.**    Or 76.1 percent of McKesson's total distribution into

14   Huntington and Cabell, correct, as to oxycodone and

15   hydrocodone?  Correct?

16   **A.**    Correct.

17   **Q.**    That's a pretty material amount, three quarters of what

18   my client did, to omit from most of your analyses, virtually

19   all of your analyses in your words.  You can't remember if

20   you came up with that on your own or you were directed to

21   omit that?

22   **A.**    No, you're not characterizing what I did --

23   **Q.**    Can you answer my question, sir?

24   **A.**    Well, yes, but you're not characterizing my prior

25   testimony correctly.

1   **Q.**   Can you remember whether you decided to omit

2   76.1 percent of my client's distribution in Huntington and

3   Cabell or whether you were told to do that by counsel?  Yes

4   or no?

5   **A.**   I don't recall.

6   **Q.**   Okay.  You agree that this is a very material amount of

7   McKesson's distribution; right?

8   **A.**   Yes, and that's why I excluded it.  That would be one

9   of the reasons why I, I excluded it and discussed it on

10  direct.  It is not included in the, in the five million

11  dosage units that were supplied to retail and chain

12  pharmacies that I discussed.

13      I didn't -- I did not attribute the 17 million dosage

14  units from McKesson to the V.A. clinic other than to

15  identify it.  I discussed it on the record and then focused

16  on the distributions to the retail and chain pharmacies as I

17  did with the other distributors.

18  **Q.**   And you, you have -- we've heard reference today -- you

19  might not have been in court for this because it's before we

20  went on to the testimonial record -- to your flagging

21  analysis.

22      Do you know what I'm referring to in terms of your

23  flagging analyses?

24  **A.**   Yes.

25  **Q.**   And these are analyses where you flagged a level of

1   orders for oxycodone and hydrocodone according to six

2   different methods for each of the individual defendants;

3   correct?

4   **A.**   That's a good summary, yes.

5   **Q.**   Thank you, sir.  And you're aware from reviewing

6   Doctor -- Mr. Rafalski's report that he relies on those

7   flagging methodologies and incorporates them into his work?

8   **A.**   I didn't review Mr. Rafalski's reports, so I don't know

9   that.

10  **Q.**   Fair enough.  In those flagging methodologies you also

11  excluded the V.A., correct, as to McKesson?

12  **A.**   Yeah, I would expect so.

13  **Q.**   Would it help if I showed you your testimony on that

14  point?

15  **A.**   No, but I, I haven't reviewed it in anticipation of

16  testifying because I won't be testifying on that issue for a

17  few weeks.

18       But, yeah, I think all of our flagging algorithm

19  applications are to shipments to retail and chain

20  pharmacies.  So it was not just for McKesson and this

21  jurisdiction, but for all distributors in all jurisdictions

22  exclude the V.A. clinics.

23  **Q.**   This is an important point for me, so I'm going to make

24  sure I have it precise.

25       You don't perform your flagging methodologies on the

1      Veterans Affairs Medical Center in Huntington; correct?

2              MR. MOUGEY:  Objection, Your Honor.  The parties

3      have stipulated that the SOMS and the suspicious order

4      flagging is in phase two of Dr. McCann's testimony.  We

5      bifurcated it.  I didn't mention it once during our entire

6      day, day and a half.

7          Mr. Schmidt does not get a free testimony or deposition

8      at this point onto what's going to occur in two weeks.  We

9      all know Dr. McCann is coming back to finish the rest of his

10     testimony.  It's appropriate to only question him on that

11     part by agreement of the parties.

12             MR. SCHMIDT:  Mr. Mougey is accurate as to us

13     acquiescing in the request to bring him twice on those

14     terms.  All I'm asking -- I'm not going to -- this is

15     literally my last question on the subject.  It's a

16     foundational question.

17             THE COURT:  Overruled.  I'm going to let him

18     answer.

19             MR. SCHMIDT:  I can see why he would make the

20     objection, but I'm not getting into it.

21     BY MR. SCHMIDT:

22     Q.   So let me ask my question again.

23          Dr. McCann, you don't perform your flagging

24     methodologies on the Veterans Affairs Medical Center in

25     Huntington; correct?

1    **A.**   I don't recall.  I don't think so, but I don't recall.

2    **Q.**   Dr. McCann, do you recall --

3              MR. MOUGEY:  Can I get a copy, Mr. Schmidt?

4              MR. SCHMIDT:  Yes, of course.

5              MR. MOUGEY:  Are we still on the SOMS?  Was that

6    the last question?

7              MR. SCHMIDT:  This is the last question.  And, no,

8    we're not still on SOMS.

9    BY MR. SCHMIDT:

10   **Q.**   Do you recall testifying -- being deposed in this

11   case on September 1st, 2020?

12   **A.**   I'm sorry, I don't.

13   **Q.**   Do you see the transcript in front of you?  Let's put

14   it up on the screen, September 1st, 2020.  Let's go to the

15   first page, please.

16   **A.**   Yes, I see that.

17   **Q.**   You do recall giving testimony, deposition testimony in

18   this case; right?

19   **A.**   Well, for some reason, I don't recall this.  I know

20   that I had a Zoom deposition in this case, but I don't

21   remember anything about it.  I had to look up the date to

22   put it on my resume.  I'm sorry, I don't recall anything

23   about the deposition or the questioning.  I suppose it was

24   in my office, but I don't recall anything else.

25   **Q.**   Do you see your name on the front page?

1    **A.**   Yes.

2    **Q.**   Look quickly, if you would, at Page 134.  I'm just

3    going to read the testimony to you.  I'm going to start at

4    line 13.

5    "Question:  You don't perform your flagging

6    methodologies on the Veterans Affairs Medical Center in

7    Huntington; correct?"

8    "Answer:  Correct."

9    Did I read that correctly?

10    **A.**   Yes.

11    **Q.**   When you did give the deposition that you don't

12    remember the date, were you truthful in your testimony?

13    **A.**   Yes, to the best of my ability.

14    **Q.**   Thank you, sir.

15    Let's go back to -- I want to talk about some of the

16    analyses that you've done.  And I want to start with some of

17    your per capita analyses.  Do you recall being asked

18    questions about per capita rates national, statewide, --

19    **A.**   Yes.

20    **Q.**   -- Huntington/Cabell?

21    **A.**   Yes.

22    **Q.**   When you use census data, are you aware that the United

23    States Census Service tabulates data on what it refers to as

24    hard-to-count tracks, places where it's hard to generate

25    complete census data?  Are you aware of that?

1    **A.**    No.

2    **Q.**    Do you know whether parts of Huntington and Cabell are

3    in United States census designated areas as hard to count?

4    **A.**    No.

5    **Q.**    Do you know what that concept means?  Have you heard

6    that just in the news we've all been hearing over the past

7    year about the census, that there's some parts of the

8    country that are hard to count?

9    **A.**    I don't recall that in the, in the last year, --

10   **Q.**    Okay.

11   **A.**    -- but maybe something similar to that just with

12   difficulties related to the 2020 census, whether it was

13   COVID or whether it was, whether it was that some

14   geographies are harder to track.  I don't know.

15   **Q.**    Did you do any adjustment to your per capita analyses

16   to account for whether parts of Huntington and Cabell are

17   hard to count?

18   **A.**    No, not beyond whatever adjustments the Census Bureau

19   would have made if they deemed some adjustment was

20   appropriate.

21   **Q.**    Do you know if they made such adjustments, sir?

22   **A.**    I don't.

23   **Q.**    Dr. Gupta testified last week that West Virginia

24   residents have higher levels of usage of all prescription

25   medications, opioids and non-opioids.  Is that a fact you're

1    familiar with?

2    **A.**   No, it is not.

3    **Q.**   Did you make any adjustments to your per capita

4    accounts to account for overall prescription usage rates

5    nationally, West Virginia, Huntington/Cabell?

6    **A.**   No.  There would be no adjustments to make.

7    **Q.**   Dr. Gupta talked about whether West Virginia residents

8    have higher reported pain than in other parts of the

9    country.  Are you aware of that?

10   **A.**   No.

11   **Q.**   Did you make any adjustments to your per capita numbers

12   to account for conditions and variations in conditions that

13   require pain treatment across the nation, within West

14   Virginia, within Huntington/Cabell?

15   **A.**   No.  There would be no adjustments to make from my

16   perspective.

17   **Q.**   Do you remember -- let's go back to 44711.  In the

18   course of talking about this document, if you just put the

19   first page up on the screen, this is one of the documents

20   where you talked about per capita data.  Do you recall

21   talking about that?

22   **A.**   Oh, --

23   **Q.**   It's not on that screen.  Let's go to Page 19.  This is

24   ABDC.  Do you recall talking about the per capita data in

25   the context of ABDC?

1    **A.**   Yes.

2    **Q.**   You compared the Huntington/Cabell data to national and

3    state rates.  Do you recall that?

4    **A.**   Yes.

5    **Q.**   And you recall Mr. Mougey writing some numbers up on

6    the board as to the variation between Huntington, national,

7    and state?

8    **A.**   Yes.

9    **Q.**   You did the same thing for Cardinal; correct?

10   **A.**   It's my recollection, yes.

11   **Q.**   You did not specifically reference your per capita

12   calculations for McKesson in your testimony; correct?

13   **A.**   I don't recall.

14   **Q.**   Is there a reason you didn't reference McKesson's per

15   capita rates in your testimony?

16   **A.**   I don't recall that I didn't.  I recall answering

17   Mr. Mougey's questions as he put slides like this up.  I

18   don't recall whether there was an analogous slide for

19   McKesson or not.

20   **Q.**   Okay.  I'll help you with that in a second.  Do you

21   know whether McKesson's per capita rates in Huntington and

22   Cabell are higher or lower than national rates or West

23   Virginia rates?

24   **A.**   I don't know.

25   **Q.**   Let's look at what they show.  Could we go to Page 25,

1    please.

2        This is the equivalent chart for McKesson.  Am I

3    correct that McKesson's annual dosage unit per capita,

4    according to your calculations, is 6.90?

5    **A.**   To retail and chain pharmacies, correct.

6    **Q.**   McKesson's annual dosage unit per capita to retail and

7    chain pharmacies in West Virginia is 10.66; correct?

8    **A.**   Correct.

9    **Q.**   McKesson's annual dosage per capita rate for

10   Huntington-Cabell is 5.83; correct?

11   **A.**   Distributions to retail and chain pharmacies, correct.

12   **Q.**   That's lower than the West Virginia rate; correct?

13   **A.**   Correct.

14   **Q.**   That's lower than the national rate; correct?

15   **A.**   Correct.

16   **Q.**   How much lower is it than the West Virginia rate?

17   **A.**   It's about 45 percent lower.

18   **Q.**   How much lower is it than the national rate?

19   **A.**   It's about 15 percent lower.

20   **Q.**   You're remarkable wit the math, Dr. McCann.  It's very

21   impressive.  I commend you on that.

22        Let me ask you some questions now about McKesson's

23   market share.  You remember a few moments ago we talked

24   about the V.A; right?

25   **A.**   Yes.

1    **Q.**   And I asked you those questions about different

2    analyses, including your flagging methodology where you

3    excluded the V.A. from those analyses; correct?

4    **A.**   Correct.

5    **Q.**   And we've also seen on a number of slides that you

6    focused specifically on oxycodone and hydrocodone; correct?

7    **A.**   Correct.

8    **Q.**   I want to look at what your market share calculations

9    are for McKesson if we exclude the V.A., just as you did in

10   your flagging methodology and in many of your other

11   methodologies, and if we only focus on oxycodone and

12   hydrocodone.

13        And what I've done is I've put up on a poster from your

14   report the market share table you have, and it is Appendix

15   9, Page 745.  If you want a printout of it, I can give you a

16   printout of it if that would help.

17             MR. MOUGEY:  I would appreciate it.

18             MR. SCHMIDT:  Of course.

19        May I approach, Your Honor?  I think this is the one we

20   were -- actually, this is a different one than we were

21   looking at earlier, but similar idea.

22             THE WITNESS:  Thank you.

23             MR. SCHMIDT:  You're welcome.

24   BY MR. SCHMIDT:

25   **Q.**   Do you recognize this as an appendix from your

1    report showing the market share for the defendants?

2    **A.**    Yes.

3    **Q.**    Specifically, dosage units to -- I'm going to focus on

4    the Cabell County-Huntington part.  Do you see that?

5    **A.**    Yes.

6    **Q.**    And you use this figure, 37,363,600 for McKesson's

7    market -- to calculate McKesson's market share; correct?

8    **A.**    No, that's AmerisourceBergen.

9    **Q.**    Did I do that wrong?  I'm sorry.  You're right.  Thank

10   you for catching me on that.

11         You used 23,153,710 to calculate McKesson's share;

12   right?

13   **A.**    For this exhibit, for this one page out of 7,500 pages,

14   yes.

15   **Q.**    Yes.  And what I want to do is look at what happens to

16   that number if we take out the V.A. and focus, as this table

17   does and as many of your other analyses do, only on

18   oxycodone and hydrocodone.  Fair?

19   **A.**    Yes.

20   **Q.**    All right.  Let's put back up Exhibit 44711, Page 25.

21   And do you recall looking at this exhibit and talking about

22   the V.A. just a few minutes ago?

23   **A.**    Yes.

24   **Q.**    What I want to do is I want to write down the V.A.

25   number and tell me if I've written it down correctly.  Is

1    McKesson's V.A. share 17,623,110?

2    **A.**   Yes.

3    **Q.**   Do you still have that calculator up there from

4    yesterday?

5    **A.**   No.

6    **Q.**   We have one.

7         MR. SCHMIDT:  May I approach with the calculator,

8    Your Honor?

9         THE COURT:  Yes.

10        THE WITNESS:  Thank you.

11   BY MR. SCHMIDT:

12   **Q.**   And just to orient us as to what we're looking at,

13   this 23 million figure for McKesson on here, that also

14   appears at the bottom of the table we're looking at on

15   the screen, the 44711, Page 25; correct?

16   **A.**   Yes.

17   **Q.**   Okay.  So we're comparing apples to apples.  Can you

18   tell me what McKesson's non-V.A. shipments are?

19   **A.**   I believe it's 5,530,600.

20   **Q.**   That's what we got too.  I'm going to use that number.

21   And if we use that number in place of the 23 million, we see

22   that there are one, two, three, four, five companies that

23   shipped more oxycodone and hydrocodone to Huntington and

24   Cabell than McKesson, excluding the V.A; correct?

25   **A.**   Correct.

1    **Q.**   And have you calculated what McKesson's actual

2    percentage share would be if we took the V.A. out of this

3    total and out of McKesson's share?

4    **A.**   No, but I could if you want.

5    **Q.**   Let's do it together.  I'm going to try to do this the

6    quickest and simplest way I can, Dr. McCann.

7         With the V.A. you took McKesson's amount over the total

8    amount to get the percentage; right?

9    **A.**   Correct.

10   **Q.**   And McKesson's amount is that 23,153,710; correct?

11   **A.**   Correct.

12   **Q.**   Your table doesn't report the total amount.  We added

13   it up many, many times to make sure we got it right, and we

14   got 109,811,500.  If you want to check the math, you can

15   check the math, but I think we're going to get a check on it

16   just by doing the percentage.  So do you mind telling me

17   what percentage this is?

18   **A.**   21.08 percent.

19   **Q.**   And that's what you report; correct?

20   **A.**   I'm sorry.  I didn't do the -- if you would like me to

21   do that division, I will but --

22   **Q.**   Yes, please.

23   **A.**   I'm sure it's 21.08.

24   **Q.**   21.0849 or something like that and it rounds down to

25   21.08?

**A.**   Yes, that's correct.

**Q.**   Okay.  We remove the V.A., McKesson's share goes down

to that 5,530,600 number we talked about; right?

**A.**   Correct.

**Q.**   And what is this if you take out the V.A., if you take

out the V.A. from the 109 million total?

**A.**   I think it's 92,18 -- I'm sorry -- 92,188,390.

**Q.**   Same number we got on that.  Thank you for doing that.

What's that percentage?  What's the new percentage show for

McKesson if you take out the V.A. from both the top and the

bottom, the numerator and the denominator?

**A.**   I think it's 6 percent, 5.99.

**Q.**   And under your rounding conventions, that would be

6 percent; correct?

**A.**   Yes.

**Q.**   Okay.  That would be McKesson's share of oxycodone and

hydrocodone to Cabell County and Huntington if you remove

the V.A. from the total shipments and from McKesson's

shipments, 6 percent; correct?

**A.**   Correct.

**Q.**   I'd like to ask you now about some individual McKesson

pharmacies.  In your review of the ARCOS data and McKesson's

transactional data, you did not identify any shipments by

McKesson or any other distributor here to a pharmacy or

practitioner not licensed by DEA; correct?

**A.**   Correct.

**Q.**   And in your review of the ARCOS data and McKesson's transactional data and the other defendants' transactional data, you did not identify any shipments by them to a pharmacy not licensed by the West Virginia Board of Pharmacy; correct?

**A.**   Correct.

**Q.**   You did not identify any pills that any distributor shipped that were dispensed without there being a valid prescription; correct?

**A.**   Correct.

**Q.**   You have no evidence that the distributor -- that the distribution reflected in the ARCOS data exceeded prescriptions; correct?

**A.**   Correct.

**Q.**   And it's true in your review of the ARCOS data and the transaction data you didn't identify any pharmacy customers of the defendants here as pill mills; correct?

**A.**   Correct.  I didn't investigate any of these questions, these last three or four questions that you've asked me.

**Q.**   And that's true despite all the hours that you and your team have billed in this matter; correct?

**A.**   It was outside the scope of our project.

**Q.**   And just so we have an understanding of the scope of your project and the scope of your work, can you give the

1    Court a sense of how much you have billed overall for all of

2    your opioids work?

3    A.    I'm not sure.  I've been working on it -- we've been

4    working on it three years since March of 2018.  And it's,

5    it's come to occupy a significant amount -- part of my

6    staff's time.

7         I believe approximately $2 million a year out of our

8    five or six million dollars of revenue I've been associated

9    with the opioid project.  But I don't track that and I don't

10   know that with certainly.  But it's around a third of our

11   revenues over the last three years.

12   Q.    And, so, how much is that over the three years total?

13   A.    It's somewhere between five and six million dollars I

14   believe.

15   Q.    Okay.  Let's talk about some of specific pharmacies

16   that you showed the Court for McKesson.

17        Do you recall spending some time talking about the

18   Custom Script Pharmacy?

19   A.    I'm sorry.  My answer included not just the MDL cases,

20   but work that I've done for the State Attorney Generals and

21   other parties.  So I haven't done a -- I haven't catalogued

22   this.  I haven't tracked it.  But I'm just trying to get a

23   sense for you, for the Court of our work across all of the

24   different interested parties, including the Attorney

25   Generals that we've worked for.

1    **Q.**   And that's fair because my question encompassed all of

2    that work, so I appreciate that.  Do you recall spending

3    some time talking about the Custom Script Pharmacy?

4    **A.**   Yes.

5    **Q.**   And they were the only independent McKesson pharmacy

6    customer in Huntington or Cabell County that you discussed;

7    correct?

8    **A.**   I'm sorry, I don't recall.

9    **Q.**   Okay.  Do you recall discussing any others?

10   **A.**   No.

11   **Q.**   You have in front of you P-44747 which is your packet

12   for, for this pharmacy.

13   **A.**   I'm sorry.  4474 --

14   **Q.**   7.

15   **A.**   Thank you.

16   **Q.**   And let me just clear this a minute, if we can put that

17   up on the screen, Mr. Reynolds.

18   **A.**   Yes.

19   **Q.**   Let's go to the second page.  If we look at the second

20   page --

21        And, Mr. Reynolds, are you able to highlight it?

22        We can see that Custom Script is down near the bottom

23   of the page.  It's actually in the bottom half of pharmacies

24   by volume in Huntington/Cabell; correct?

25   **A.**   Yes.

```
 1    Q.    Do you know what kind of customers they serve?

 2    A.    No.

 3    Q.    Do you know how far they are from the nearest cancer

 4    center?

 5    A.    No.

 6    Q.    Do you know how far they are from the nearest hospital?

 7    A.    No.

 8    Q.    Do you know the overall size of their business in terms

 9    of how much prescriptions they have other than opioids?

10    A.    No.

11    Q.    All right.  Let's go to Page 6 which was the next page

12    you showed.  You talked about, I think, the 2010 data and

13    the 2011 data.  Do you see that?

14    A.    And the 2012 and 2013 data, yes.

15    Q.    Okay.  Are those all McKesson shipments?

16    A.    I don't know.

17    Q.    Well, --

18    A.    It's not, it's not in this packet.  It is in other

19    pages that were in this packet but not included in this

20    folder.  So the answer is I don't know.

21    Q.    When you testified about this yesterday, you made no

22    reference to other distributors; correct?

23    A.    I don't recall.

24    Q.    In the packet you have in front of you, there is no

25    reference to any other specific distributor, is there?
```

1    **A.**   Correct.

2    **Q.**   If you look at the packet you have in front of you that

3    was presented to the Court, can you find Page 3 and 4 of

4    that packet?

5    **A.**   No.

6    **Q.**   They're not in there, are they?

7    **A.**   I don't see them.

8    **Q.**   Okay.  Let's take a look.  They were earlier provided

9    to us.  I want to see what they show.

10   **A.**   Thank you.

11   **Q.**   You're welcome.  Do you recognize what I've just handed

12   you -- and we'll put it up on the screen in a moment -- as

13   Pages 3 and 4 of your Custom Script packet labeled Exhibit

14   4 -- labeled demonstrative 44747?

15   **A.**   No, I'm sorry, I don't recognize them as Pages 3 and 4

16   of this demonstrative.  I recognize them as pages out of the

17   appendix to my expert report.

18   **Q.**   Okay.  Do you see at the bottom of the page it has

19   P-44747-003?

20   **A.**   Yes.

21   **Q.**   Do you see the next page has P-44747-004?

22   **A.**   The ones I have say 004 and 005.

23   **Q.**   I'm sorry.  I'm getting my pages wrong.  It has Pages 4

24   and 5 to Exhibit P-44747; correct?

25   **A.**   Correct.

1    **Q.**   Let's put those up on the screen because they're not

2    part of the packet you were given yesterday.

3         Do you see that this is Custom Script Pharmacy, the one

4    we've been discussing?  Do you see that?

5    **A.**   Yes.

6    **Q.**   Opioid shipments by distributor.  Do you see that?

7    **A.**   Yes.

8    **Q.**   Oxycodone, hydrocodone, combined drugs.  Do you see

9    that?

10   **A.**   Yes.

11   **Q.**   I'd like to just focus on the combined -- actually,

12   we'll do each one by one.  If we look at 2010, do you

13   remember on the prior chart your data from 2010, the one

14   that was shown to the Court?

15   **A.**   Correct.

16   **Q.**   On this document we see that a meaningful amount of the

17   dosage units from 2010 were actually supplied by a different

18   distributor called Quest Pharmaceuticals.  Do you see that?

19   **A.**   Yes.

20   **Q.**   And just give us a rough estimation of what fraction of

21   those 2010 distributions came from another distributor.

22   **A.**   About 40 percent.

23   **Q.**   Okay.  And there was also some from Quest, a much lower

24   amount in 2011; correct?

25   **A.**   Correct.

1    **Q.**   None of that is disclosed on the demonstrative that you

2    showed the Court, is it?

3    **A.**   No, I think you're mischaracterizing that

4    demonstrative.  You're right.  It's not on that

5    demonstrative.

6    **Q.**   If we look at hydrocodone, it's even more extreme;

7    correct?  I'll spell it out.  If we look at hydrocodone

8    2010, this different distributor not present here in court,

9    it has 66,000 dosage units; correct?

10   **A.**   Correct.

11   **Q.**   And, roughly speaking, what is that fraction of 2010

12   hydrocodone?

13   **A.**   65 percent.

14   **Q.**   And what about for 2011?

15   **A.**   It's about 55 percent, a little bit more, 60 percent.

16   **Q.**   Okay.  Let's go back -- let's go back to the page we

17   were looking at from the exhibit you showed the Court on

18   direct examination.  It's 44747, Page 6.  The majority of

19   these are not from McKesson; correct?  I'm sorry.  I circled

20   the wrong one.  The majority of these are not from McKesson;

21   correct?

22   **A.**   Correct.

23   **Q.**   The majority of these are not from McKesson; correct?

24   **A.**   Correct.

25   **Q.**   A portion of these are not from McKesson; correct?

**A.**   Correct.

**Q.**   And a bigger portion of these are not from McKesson; correct?

**A.**   Correct.

**Q.**   None of that was pointed out when you showed this document yesterday; correct?

**A.**   No.  I'm sorry, you're mischaracterizing this document if I could explain it.

**Q.**   No, I'd like to ask you if you could answer my questions.  Did you point out -- when you showed this document yesterday and you talked about these numbers, did you tell the Court that some of these numbers did not come from McKesson?  Did you tell the Court that fact?

MR. MOUGEY:  Your Honor, the witness has asked to explain, if he could please explain.  This is the second or third time Mr. Schmidt has cut him off.

MR. SCHMIDT:  I've not cut him off, Your Honor.

THE COURT:  Overruled.  Go ahead and answer it if you can.

THE WITNESS:  I think I did explain this issue yesterday.

This particular tile or graphic that we're looking at is shipments, dosage units of hydrocodone and oxycodone into a particular pharmacy.  And for each of the pharmacies we looked at yesterday, there was a graphic that looked like

```
 1    this and it was all of the distributors into that pharmacy.
 2         So -- and I know that we discussed that on three or
 3    four of the graphs.  I can't tell you that I did it on every
 4    single one, including this one.  But we did that -- I did
 5    that on at least three or four of them.  It was highlighted
 6    that this was all of the shipments from all of the
 7    distributors of oxycodone and hydrocodone to that pharmacy.
 8    BY MR. SCHMIDT:
 9    Q.   You don't recall, as you just said, if you did it
10    with this one?
11    A.   Correct.
12    Q.   And, for the record, it's transcript 177 and 178 from
13    yesterday.
14         Let's look at another document that has a similar
15    issue.
16         Could we cull up 44759.
17         Do you see that this is the packet prepared for
18    Strosnider Pharmacy --
19    A.   Yes.
20    Q.   -- in Kermit, West Virginia?  Do you see that?
21    A.   Yes.
22    Q.   How far is Kermit, West Virginia, from Cabell County?
23    A.   I don't know.
24    Q.   Do you know what county Kermit, West Virginia, is in?
25    A.   No.
```

1    Q.   Do you know if it has any geographical tie to Cabell

2    County or Huntington other than being in the same state?

3    A.   No.

4    Q.   Do you know if any patient from Huntington or Cabell

5    ever went to this pharmacy in Kermit, West Virginia, to fill

6    a prescription?

7    A.   No, I don't have the data that allows us to answer

8    questions like that.

9    Q.   Let's go to the second page.  Yesterday in talking

10   about this table, oxycodone and hydrocodone for Strosnider

11   you made a point of reading into the record the volumes to

12   that pharmacy.  Do you see that?

13   A.   Yes.

14   Q.   There was no mention of other distributors to that

15   pharmacy; correct?  I think you actually did that today.

16   I'm sorry.

17   A.   Yeah.  No, that's not correct.

18   Q.   All right.  We'll have the transcript.  I'll stand on

19   the transcript.  With -- do you have in front of you Exhibit

20   44759?

21   A.   Yes.

22   Q.   Is there anywhere in that document you can point us to

23   where it discloses the large number of dosage units and MMEs

24   that came from distributors other than McKesson to this

25   pharmacy?

1    **A.**    It's implied by the subsequent slides, the third page

2    after this one, but I don't see it spelled out specifically.

3    **Q.**    What other distributors does it name?

4    **A.**    It doesn't name the other distributors.  But if you

5    look at what's page marked 0034, you can see that the dosage

6    units to Strosnider appears to be about 44 and a half

7    million dosage units.

8         We see on the first page we're looking at there's about

9    13 million dosage units.  So we know that there was other

10   pages in this exhibit that were removed as it was narrowed

11   down from 300 -- the entire packet down from thousands of

12   pages to whatever was presented yesterday.

13   **Q.**    Okay.

14   **A.**    And it would be listed there, but it's clear that

15   there's another eight and a half million dosage units from

16   somewhere else.

17   **Q.**    Let's look at the rest of this document.  You have Page

18   27; correct?

19   **A.**    Yes.

20   **Q.**    Let's go to Page 27, please.  And this just shows

21   McKesson.  It doesn't mention any other distributor;

22   correct?

23   **A.**    Correct.

24   **Q.**    And let's go to Page 34.  This just shows McKesson;

25   correct?

1   **A.**   Correct.

2   **Q.**   It doesn't mention any other distributor; correct?

3   **A.**   Correct.

4   **Q.**   Let's look at what was omitted from this document that

5   was given to the Court.

6        Thank you.  Let's go ahead and put this up on the

7   screen, Pages 3 and 4 and 5 from the version of P-44759 that

8   was originally given to us but omitted from the Court

9   presentation.

10           MR. MOUGEY:  Your Honor, I think this is enough of

11   the color about omitted from the Court.  We were ordered to

12   cut this down from the thousands of pages.  We did exactly

13   what we were ordered to by the Court.

14        And contrary to Mr. Schmidt, every single one of the

15   pharmacies that we just went through specifically identify

16   the shipments that came from McKesson.

17        So we didn't omit anything from in front of the Court.

18   We didn't take anything out.  This, this page right here

19   gives the exact number that McKesson shipped to the

20   pharmacies, Your Honor.  And we gave this to the Court and

21   specific number from McKesson.  And we were ordered to

22   remove slides from this deck to cull the numbers down.

23        So the color that we've omitted or somehow haven't

24   presented those to the Court, I let it go three, four, five

25   times but I think --

1            THE COURT:  Okay.  I'll sustain the objection to

2    the editorial comment.  Move on.

3            MR. SCHMIDT:  Sure, Your Honor.  Thank you.

4    BY MR. SCHMIDT:

5    **Q.**   Okay.  Do you see this has combined drug dosage

6    units?

7    **A.**   Yes.

8    **Q.**   Do you see that, sir?

9    **A.**   Yes.

10   **Q.**   This is your data; correct?

11   **A.**   Correct.

12   **Q.**   And we see that in 2010 -- I'm sorry -- 2006 McKesson

13   is the majority but not the only one; correct?

14   **A.**   Correct.

15   **Q.**   2007 is the majority but there are other significant

16   distributors; correct?

17   **A.**   There's one other significant distributor, yes.

18   **Q.**   2008 it's only other distributors; correct?

19   **A.**   I apologize.  Correct.

20   **Q.**   2009 it's only other distributors; correct?

21   **A.**   Correct.

22   **Q.**   2010 McKesson has a minority.  I'm sorry.  2010 is only

23   other distributors; correct?

24   **A.**   Correct.

25   **Q.**   And then in 2011 McKesson has a smaller share; correct?

1    **A.**    Correct.

2    **Q.**    The majority of shipments to this pharmacy were from

3    distributors other than McKesson; correct?

4    **A.**    Correct.

5    **Q.**    Let's turn to Rite-Aid.  You talked about some Rite-Aid

6    pharmacies.  Do you recall that?

7    **A.**    Yes.

8    **Q.**    Let's put up 44757 on the screen.  This was your

9    Rite-Aid document and it was four pharmacies combined;

10   right?

11   **A.**    I apologize.  It took me a minute to find it.  Got it.

12   **Q.**    Okay.  Your Rite-Aid analysis was four pharmacies

13   combined; correct?

14   **A.**    Correct.

15   **Q.**    And you understand that a number of chain pharmacies

16   like Rite-Aid did what's called self-distribution?

17   **A.**    Yes.

18   **Q.**    And that means that they get some of the prescription

19   opioids from traditional distributors like McKesson, but

20   they also get some prescription opioids directly from the

21   manufacturer they distribute to themselves; correct?

22   **A.**    Correct.

23   **Q.**    And if we go to Page 6 of this document, we see the

24   actual allocation between Rite-Aid and McKesson year over

25   year.  Do you see that?

1    **A.**    Yes.

2    **Q.**    And do you see that in the years you have here,

3    Rite-Aid is always the majority distributor when it comes to

4    dosage units?

5    **A.**    Yes.

6    **Q.**    Do you understand that Rite-Aid is actually a defendant

7    in this case, just not in this trial?  Do you have that

8    understanding?

9    **A.**    I'm sorry.  I don't have an understanding one way or

10    the other.

11    **Q.**    You have given opinions against Rite-Aid in other

12    cases; correct?

13    **A.**    I believe so, yes.  At least I recall being

14    cross-examined by Rite-Aid lawyers, so --

15    **Q.**    You must have gave opinions.

16    **A.**    They must have been interested in the case.

17    **Q.**    In this instance for these four Rite-Aids, McKesson was

18    the minority in terms of dosage units; correct?

19    **A.**    Correct.

20    **Q.**    Let's go to Page 12.  McKesson is the minority of these

21    dosage units; correct?

22    **A.**    Correct.

23    **Q.**    When Mr. Mougey put numbers up on the board, most of

24    those numbers applied to Rite-Aid; correct?

25    **A.**    No, they applied to the combined shipments of Rite-Aid

1    and McKesson and a little bit of Anda to these four

2    pharmacies.

3    **Q.**   The majority portion of those combined shipments came

4    from Rite-Aid; correct?

5    **A.**   Correct.

6    **Q.**   Thank you.  Let's go to Page 14 of this document.  You

7    mentioned briefly about the fact that McKesson picked up

8    this Rite-Aid share.  I think you said 2015, but I think

9    it's actually in 2014.  Do you recall giving that testimony?

10   **A.**   Yes.

11   **Q.**   Do you know why McKesson picked up that share?

12   **A.**   No.  I know generally there was something to do with

13   rescheduling of hydrocodone, but it's not really relevant

14   for analyzing or presenting the data.  It may affect the

15   interpretation of the data, but a lot -- like a lot of your

16   other questions, it doesn't really affect the numbers.  It

17   may just affect the interpretation.

18               MR. SCHMIDT:  I'd ask the witness not give

19   commentary on my questions.

20               THE COURT:  Please just answer the question

21   specifically, Dr. McCann.

22   BY MR. SCHMIDT:

23   **Q.**   Can you tell us how much the Rite-Aid bubbles went

24   down when McKesson took over?

25   **A.**   The shipments appear to have declined by approximately

1   half, maybe a little bit less, 40 percent or something like

2   that.

3   Q.   And to be fair to my friends at ABDC, they continued to

4   go down when ABDC took over; correct?

5   A.   Yes, at least through the time period that ABDC was

6   shipping to this pharmacy.

7   Q.   Okay.  Just, just so I cover it, can we put up I think

8   two pages you showed from this.

9        The page we have here, Page 14, can we put it up on the

10   screen beside Page 31.

11        Now I want to focus on the gray lines.  Do you see the

12   gray lines that appear in the same pattern on both but

13   they're higher on the right than they are on the left?

14   A.   Yes.

15   Q.   Is that gray data the same data on two charts?

16   A.   It is.  The vertical scale is a little bit different.

17   Q.   That's what I was going to say.  You just changed the

18   scale on the two charts; correct?

19   A.   Right, because some of the green bars go above the

20   maximum height of the gray bar.

21   Q.   Okay.  And you did that with some of your other charts

22   too.  You changed some of the scale on some of the charts;

23   correct?

24   A.   Correct, to fit the -- to display the data, that's

25   correct.

1    **Q.**   Let's look at Exhibit 44753.  This is Hurley Drug

2    Company in Williamson, West Virginia.  Do you know where

3    that is in West Virginia?

4    **A.**   No.

5    **Q.**   Do you know where Mingo County is relative to Cabell

6    County, how far away it is?

7    **A.**   No.

8    **Q.**   Do you know of any geographical tie between this

9    pharmacy and Cabell-Huntington other than that they're both

10   in West Virginia?

11   **A.**   No.

12   **Q.**   Let's look at Page 84, please.  It's part of your

13   packet, 44753.  Sorry, Page 84.  And do you see you've shown

14   McKesson data here?

15   **A.**   Yes.

16   **Q.**   I want to just illustrate how the scale changes on some

17   of these slides.  Do you have a Page 53 in your packet of

18   Exhibit 44753?

19   **A.**   No.

20   **Q.**   It was produced to us, so let's put that side-by-side

21   on the screen.  Does this data that we see on Page 84 appear

22   on Page 53?

23   **A.**   Yes.

24   **Q.**   Am I correct that that is it?

25   **A.**   Yes.

1    **Q.**   Just that you've changed the scale; correct?

2    **A.**   It's not just that I changed the scale.  The vertical

3    scale is just enough to cover the tallest bars.  And, so,

4    earlier on 84 -- I'm sorry -- on the, on the 53 page, the

5    highest bars reach 200,000.  The highest bars on the 84

6    reach 35,000.

7         And, so, if you were to plot them on the same scale,

8    either on one of the graphs the data would shoot through the

9    ceiling and not be reflected, or on the other graph the

10   values would be so low that you wouldn't see the same

11   pattern.  You wouldn't see the entire pattern.  I think that

12   I plotted these two graphs correctly to illustrate the data

13   fairly.

14   **Q.**   So if you would have carried through this scale that

15   you used here to look at McKesson data alone, the numbers

16   would have been so low that you couldn't see the pattern

17   correctly.  That's what you just told us; correct?

18   **A.**   That's not precisely what I said, or it's not what I

19   meant.

20   **Q.**   Then we'll stand on the record.

21   **A.**   If I might.

22            MR. SCHMIDT:  I'm ready to move on, Your Honor.

23            MR. MOUGEY:  Your Honor, if he can explain.  I

24   mean, he's asked three times to finish, at least finish his

25   answer before Mr. Schmidt interrupts him.

```
 1              THE COURT:  He does have a right to explain his

 2     answer but within reason.

 3          Is this a good place to stop, Mr. Schmidt?

 4              MR. SCHMIDT:  It is, Your Honor.  I have one more

 5     topic, but it's probably going to be 15 minutes.

 6              THE COURT:  All right.  And I'm sure Cardinal will

 7     want to cross as well.  I can't see you behind the chart.

 8              MS. SALGADO:  Your Honor, I'm still here, although

 9     I've been blocked.

10              THE COURT:  Ms. Salgado, you want a chance to bat

11     in this game; correct?

12              MS. SALGADO:  That would be appreciated, Your

13     Honor.

14              THE COURT:  Okay.  Well, we'll be in recess until

15     9:00 in the morning.

16          Dr. McCann, we'll see you back here at 9:00.

17              MS. SALGADO:  Your Honor, just one request, if the

18     Court could please remind the witness not to confer with

19     counsel over the course of the evening.

20              THE COURT:  Well, is there any objection to that?

21     I mean --

22              MR. FARRELL:  No, Judge.  We're aware of our

23     obligations.

24              THE COURT:  I'm sure you are, Mr. Farrell.

25          Don't talk to the lawyers, Dr. McCann.
```

1                 MS. SALGADO:  Thank you, Your Honor.

2                 THE COURT:  All right, I'll see everybody

3       tomorrow.

4           (Trial recessed at 4:58 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        CERTIFICATION:

 2                  I, Ayme A. Cochran, Official Court

 3     Reporter, and I, Lisa A. Cook, Official Court Reporter,

 4     certify that the foregoing is a correct transcript from

 5     the record of proceedings in the matter of The City of

 6     Huntington, et al., Plaintiffs vs. AmerisourceBergen

 7     Drug Corporation, et al., Defendants, Civil Action No.

 8     3:17-cv-01362 and Civil Action No. 3:17-cv-01665, as

 9     reported on May 11, 2021.

10

11            S\Ayme A. Cochran          s\Lisa A. Cook

12               Reporter                   Reporter

13        _

14

15            May 11, 2021

16               Date

17

18

19

20

21

22

23

24

25
```

## #

**#11** [2] - 13:24, 142:8
**#12** [1] - 142:4
**#6** [2] - 85:2, 85:5

## '

**'04** [1] - 14:4
**'06** [5] - 14:4, 40:8, 42:14, 50:21, 58:16
**'07** [1] - 40:9
**'10** [2] - 40:9, 46:11
**'11** [2] - 28:19, 40:9
**'12** [1] - 51:1
**'13** [1] - 51:1
**'14** [4] - 14:5, 45:22, 50:21, 58:16
**'16** [1] - 29:15
**'19** [1] - 25:1
**'90s** [1] - 83:16
**'97** [1] - 139:3

## 0

**0.0** [1] - 155:1
**002** [1] - 141:9
**003** [1] - 141:7
**0034** [1] - 193:5
**004** [1] - 187:22
**005** [1] - 187:22
**00907** [2] - 2:5, 2:17
**03** [1] - 130:4
**03%** [1] - 98:14

## 1

**1** [11] - 25:20, 31:17, 31:19, 49:11, 51:13, 55:13, 108:6, 109:11, 109:22, 117:3, 158:14
**1%** [1] - 101:5
**1,000** [3] - 50:11, 109:5, 109:21
**1,161,000,000** [1] - 59:8
**1,484,727,050** [1] - 59:9
**1,500** [1] - 151:23
**1,717,860** [1] - 21:6
**1,821,040** [1] - 21:5
**1,887,010** [1] - 21:4
**1.1** [1] - 24:8
**1.2** [1] - 17:16
**1.5** [3] - 17:14, 17:16, 17:21
**1.9** [6] - 15:5, 16:13, 16:24, 17:1, 17:6
**10** [9] - 35:6, 45:5,

45:9, 45:15, 47:1, 87:9, 109:1, 109:21, 162:9
**10,000** [2] - 47:12, 47:17
**10,206,440** [1] - 60:6
**10,414,966,518** [1] - 52:19
**10-milligram** [2] - 75:13, 75:15
**10.66** [1] - 177:7
**100** [7] - 108:9, 108:12, 109:12, 109:13, 109:21, 109:22, 155:12
**100%** [1] - 98:18
**100,000** [1] - 16:24
**1001** [2] - 2:10, 4:6
**1006** [3] - 54:20, 58:6, 63:12
**1006s** [3] - 60:21, 61:4, 62:16
**1022** [1] - 3:5
**1029** [1] - 105:21
**103** [1] - 20:23
**104(b** [1] - 48:6
**109** [1] - 182:6
**109,811,500** [1] - 181:14
**10:30** [1] - 48:20
**10:36** [1] - 48:23
**11** [7] - 1:19, 7:4, 13:14, 147:22, 147:23, 204:9, 204:15
**11,272,938,250** [1] - 58:17
**11,819,160** [1] - 60:6
**110,021,090** [1] - 57:2
**113** [1] - 20:23
**116,335,714** [1] - 14:10
**116,528,380** [1] - 58:19
**11:48** [1] - 94:11
**12** [17] - 13:12, 13:20, 23:19, 25:6, 103:12, 108:21, 108:24, 109:22, 147:22, 147:23, 156:3, 156:10, 160:14, 164:4, 197:20
**12,147,330,630** [1] - 56:23
**12,518,872** [1] - 21:7
**12,783,195** [1] - 21:6
**12-month** [1] - 25:7
**121,309,017** [1] - 32:11
**124,728,090** [1] - 27:3

**126** [1] - 3:5
**13** [7] - 14:17, 29:6, 29:7, 31:15, 71:22, 173:4, 193:9
**13,169,550** [1] - 41:23
**13,408,960** [1] - 60:3
**130,796,385** [1] - 53:2
**130-some** [1] - 10:1
**1300** [1] - 6:15
**1311** [2] - 2:4, 2:16
**134** [1] - 173:2
**138** [3] - 7:19, 8:16
**14** [10] - 22:18, 23:4, 49:19, 49:22, 49:23, 71:22, 87:22, 87:24, 198:6, 199:9
**14,204,630** [1] - 27:1
**14,554,735** [1] - 13:25
**14,850,710** [1] - 14:7
**142** [1] - 129:23
**14th** [1] - 150:23
**15** [8] - 15:7, 15:9, 15:18, 17:25, 19:16, 155:12, 177:19, 202:5
**15,109,160** [1] - 60:7
**15,200** [10] - 109:23, 110:1, 110:7, 110:19, 111:8, 111:11, 112:21, 113:3, 113:11, 115:18
**15,544,160** [1] - 32:9
**15-milligram** [1] - 19:2
**150** [1] - 155:13
**15910** [1] - 3:18
**16** [1] - 27:15
**160** [1] - 134:18
**1600** [1] - 3:17
**17** [3] - 22:3, 168:11, 169:13
**17,548,450** [1] - 21:5
**17,623,110** [1] - 180:1
**1717** [2] - 6:6, 6:13
**175** [1] - 42:23
**175,000** [1] - 42:16
**177** [1] - 191:12
**178** [1] - 191:12
**18** [3] - 15:18, 15:22, 16:5
**18th** [2] - 108:5, 108:14
**19** [2] - 16:25, 175:23
**19087** [1] - 6:15
**19103** [2] - 6:6, 6:13
**1956** [1] - 127:6
**1996** [1] - 28:1
**1997** [8] - 81:3, 81:6, 81:7, 81:8, 112:10,

137:9, 139:12, 148:18
**1998** [4] - 28:14, 28:15, 28:20, 81:7
**1999** [1] - 28:20
**1st** [2] - 172:11, 172:14

## 2

**2** [17] - 13:9, 13:12, 13:17, 13:22, 15:5, 26:1, 32:2, 36:9, 36:10, 39:13, 42:18, 43:13, 43:21, 52:6, 56:24, 142:6, 184:7
**2,194,970** [1] - 13:24
**2,960,490** [1] - 21:3
**2.8** [1] - 50:24
**2.9** [1] - 50:25
**20** [11] - 8:6, 9:6, 9:12, 9:14, 9:17, 9:23, 10:25, 11:9, 26:5, 110:22, 115:10
**20%** [3] - 110:20, 110:23, 111:9
**20,000** [1] - 34:2
**20,629,035** [1] - 36:17
**200** [4] - 155:6, 155:15, 155:16
**200,000** [1] - 201:5
**2000** [1] - 41:2
**20001** [1] - 5:12
**20004** [1] - 4:7
**20005** [3] - 4:14, 4:16, 5:5
**2001** [1] - 160:24
**2004** [2] - 18:17, 47:8
**2005** [4] - 33:1, 34:24, 38:9, 46:5
**2006** [34] - 27:21, 28:11, 39:19, 43:22, 49:16, 50:20, 50:22, 51:25, 59:14, 59:23, 60:5, 60:9, 63:20, 63:22, 70:13, 70:15, 70:16, 70:17, 70:18, 71:6, 71:10, 71:11, 71:13, 72:23, 73:10, 74:8, 74:16, 75:18, 85:18, 129:24, 134:12, 134:16, 158:23, 195:12
**2006-2007** [3] - 71:14, 71:21
**2006-2014** [1] - 164:13
**2007** [15] - 42:14, 50:22, 51:25, 71:16, 71:17, 73:10, 77:22, 87:13, 87:19, 87:22,

88:4, 88:6, 148:18, 195:15
**2007-2008** [1] - 71:18
**2008** [5] - 33:1, 34:24, 44:17, 50:24, 195:18
**2009** [25] - 14:24, 15:1, 15:6, 16:13, 16:15, 16:18, 17:1, 24:5, 24:8, 36:23, 38:9, 40:9, 44:17, 46:5, 46:11, 50:24, 83:16, 134:17, 134:25, 135:1, 135:22, 139:3, 139:13, 156:24, 195:20
**2010** [25] - 16:6, 19:10, 24:5, 24:9, 28:15, 28:19, 34:4, 36:23, 37:2, 50:25, 75:18, 117:12, 117:20, 117:21, 142:2, 186:12, 188:12, 188:13, 188:17, 188:21, 189:8, 189:11, 195:12, 195:22
**2011** [33] - 17:13, 17:19, 17:23, 18:3, 34:4, 46:8, 51:1, 88:2, 88:17, 88:22, 88:24, 89:1, 89:3, 89:14, 90:9, 90:21, 90:23, 103:24, 104:5, 104:8, 104:23, 108:5, 108:14, 109:9, 110:13, 110:24, 111:7, 111:20, 112:22, 186:13, 188:24, 189:14, 195:25
**2012** [11] - 87:13, 87:19, 88:7, 141:9, 141:10, 141:13, 141:17, 141:20, 141:21, 141:23, 186:14
**2013** [2] - 59:8, 186:14
**2014** [27] - 27:21, 28:11, 39:19, 41:3, 43:22, 46:8, 49:16, 51:2, 51:25, 60:8, 60:9, 63:20, 63:22, 72:23, 83:18, 85:18, 129:24, 139:6, 139:16, 158:11, 158:17, 158:23, 159:2, 159:11, 159:21, 160:8, 198:9
**2015** [6] - 23:8, 25:1,

29:15, 35:18, 35:19,
198:8
**2016** [2] - 83:20, 139:8
**2017** [1] - 137:9
**2018** [7] - 22:10, 25:1,
73:9, 150:23, 152:5,
152:17, 184:4
**2019** [1] - 160:23
**202** [2] - 2:4, 2:16
**2020** [3] - 172:11,
172:14, 174:12
**2021** [5] - 1:19, 7:4,
71:20, 204:9, 204:15
**21** [1] - 155:12
**21.08** [3] - 181:18,
181:23, 181:25
**21.0849** [1] - 181:24
**21st** [1] - 108:21
**2216** [1] - 3:7
**23** [2] - 180:13, 180:21
**23,153,710** [2] -
179:11, 181:10
**24,500** [1] - 104:10
**25** [6] - 5:5, 155:12,
167:23, 176:25,
179:20, 180:15
**25%** [2] - 110:22,
115:10
**25,000** [2] - 38:15,
41:4
**25,790,501** [1] - 13:23
**25,802,016** [1] - 21:4
**25301** [3] - 2:8, 3:13,
4:19
**25322** [1] - 6:9
**25338-3843** [1] - 5:15
**255** [9] - 82:5, 83:2,
161:24, 162:18,
162:20, 162:24,
163:15, 163:24,
164:6
**255/257** [1] - 139:2
**257** [7] - 82:5, 83:2,
162:1, 162:11,
162:14, 163:24,
164:7
**25701** [1] - 3:10
**27** [3] - 41:24, 193:18,
193:20
**27,400** [1] - 104:9
**27,661,373** [1] - 43:19
**27,900** [1] - 89:8
**28** [3] - 3:15, 4:3, 4:9
**29** [2] - 127:8, 127:20
**29464** [3] - 3:15, 4:4,
4:9
**2:00** [1] - 94:10

## 3

**3** [9] - 26:1, 53:21,
96:1, 96:6, 118:6,
187:3, 187:13,
187:15, 194:7
**3,308,400** [1] - 36:15
**3,311,630** [1] - 13:22
**3,333,180** [1] - 43:17
**3.2** [1] - 51:1
**3.3** [1] - 51:2
**3.4** [1] - 51:2
**3.8** [1] - 17:8
**3.8%** [1] - 98:1
**3.84%** [1] - 97:24
**30** [14] - 8:6, 11:5,
11:9, 11:23, 12:1,
12:8, 12:9, 19:2,
19:16, 25:6, 144:17,
144:20
**30,000** [2] - 25:3,
89:12
**30-milligram** [3] -
19:2, 19:3, 136:11
**300** [2] - 17:15, 193:11
**300,000** [3] - 17:15,
38:17, 41:6
**303** [1] - 127:6
**31** [3] - 24:19, 24:20,
199:10
**3100** [2] - 6:5, 6:12
**316** [1] - 2:13
**32,000** [1] - 47:13
**32502** [1] - 2:14
**33** [2] - 155:12
**33%** [2] - 27:3, 27:8
**3311** [1] - 21:5
**34** [1] - 193:24
**3423** [1] - 21:4
**35** [2] - 107:22, 108:5
**35%** [1] - 21:15
**35,000** [2] - 88:25,
201:6
**35,200** [1] - 89:17
**350** [1] - 7:17
**36** [7] - 46:15, 47:4,
153:15, 153:20,
153:23, 154:24
**36%** [2] - 27:2, 27:5
**36,542,089** [1] - 13:21
**360,000** [3] - 25:6,
25:7, 127:23
**37%** [3] - 21:14, 21:19,
21:21
**37,363,600** [1] - 179:6
**38** [1] - 17:8
**38,100** [3] - 74:8,
74:13, 74:15
**3843** [1] - 5:14

**39,448,389** [1] - 13:19
**3:17-cv-01362** [2] -
1:5, 204:8
**3:17-cv-01665** [2] -
1:11, 204:8
**3:35** [1] - 142:20

## 4

**4** [12] - 42:21, 42:23,
109:4, 109:21,
118:7, 147:7, 187:3,
187:13, 187:14,
187:15, 187:23,
194:7
**4,000.00** [1] - 109:21
**4,346,490** [1] - 13:18
**4,997,620** [1] - 13:20
**4-500%** [1] - 28:20
**40** [3] - 108:17,
188:22, 199:1
**40,000** [1] - 40:12
**400,000** [3] - 15:3,
37:1, 37:2
**401** [3] - 2:10, 4:6,
39:11
**405** [1] - 2:7
**41** [5] - 26:6, 37:4,
37:13, 108:17,
155:11
**42** [6] - 43:25, 44:1,
44:23, 108:17,
166:1, 166:3
**42,000** [1] - 47:17
**42,240** [1] - 88:23
**42879** [4] - 49:3,
49:11, 51:4, 158:14
**43** [2] - 166:1, 166:3
**44** [2] - 38:22, 193:6
**44%** [1] - 14:11
**44,700** [2] - 89:2,
89:16
**44318** [4] - 51:10,
51:14, 54:3, 55:11
**44711** [8] - 156:3,
160:14, 164:4,
167:23, 175:17,
179:20, 180:15
**44723** [2] - 55:13,
56:11
**44726** [2] - 56:15, 57:4
**44731** [2] - 57:13, 58:5
**44734** [4] - 58:11,
59:18, 60:14, 159:7
**4474** [1] - 185:13
**44744** [4] - 43:8,
43:13, 45:5, 47:18
**44747** [2] - 187:14,
189:18
**44748** [4] - 25:16,

25:21, 29:17
**44748s** [1] - 25:17
**44750** [5] - 36:4, 36:6,
36:19, 37:5, 39:5
**44751** [3] - 29:21,
33:16, 35:23
**44752** [5] - 13:3, 13:9,
15:9, 18:8, 20:8
**44753** [5] - 39:10,
41:8, 200:1, 200:13,
200:18
**44757** [7] - 20:17,
21:8, 22:4, 23:20,
24:20, 25:9, 196:8
**44759** [5] - 41:15,
41:25, 43:1, 191:16,
192:20
**4478** [1] - 27:16
**45** [3] - 48:14, 64:24,
177:17
**45%** [1] - 14:8
**45,000** [2] - 47:13
**46** [2] - 26:6, 109:11
**4:58** [1] - 203:4

## 5

**5** [7] - 13:11, 13:18,
75:15, 142:1, 147:7,
187:24, 194:7
**5,000** [5] - 99:1, 99:2,
99:11, 109:2, 109:22
**5,530,600** [2] - 180:19,
182:3
**5,929,872,902** [1] -
52:19
**5-milligram** [1] - 75:12
**5.83** [1] - 177:10
**5.99** [1] - 182:12
**50** [3] - 60:11, 163:18
**50,000** [3] - 34:21,
42:12, 127:22
**500** [7] - 69:24, 70:4,
108:22, 108:24,
109:2, 109:22
**500,000** [1] - 50:10
**51** [1] - 20:21
**53** [3] - 200:17,
200:22, 201:4
**53%** [2] - 14:7, 14:10
**54** [2] - 32:12, 32:14
**55** [2] - 28:22, 189:15
**55%** [1] - 98:11
**553** [1] - 6:8
**56** [1] - 3:4
**56%** [2] - 21:17, 21:19
**565** [2] - 31:10, 31:22
**567** [4] - 36:10, 36:14,
36:25, 38:14
**56th** [1] - 3:5

**57,000** [1] - 111:13
**57,200** [1] - 110:1
**57,720** [2] - 104:13,
110:19
**58** [2] - 33:14, 33:15
**59** [2] - 37:22, 37:24
**594** [1] - 67:9

## 6

**6** [29] - 14:2, 14:13,
21:8, 21:23, 26:24,
45:18, 45:22, 74:8,
74:16, 85:10, 85:17,
85:22, 86:11, 86:12,
86:13, 86:15, 86:22,
88:3, 88:17, 89:5,
105:21, 123:1,
182:12, 182:14,
182:19, 186:11,
189:18, 196:23
**6,000** [2] - 108:24,
109:22
**6,130** [1] - 57:25
**6,137,854,790** [1] -
57:25
**6.90** [1] - 177:4
**60** [1] - 189:15
**60,000** [2] - 47:14,
47:15
**600** [3] - 2:13, 66:24,
144:21
**611** [1] - 10:14
**62** [2] - 18:8, 18:11
**63%** [1] - 21:13
**64%** [4] - 21:16, 21:17,
27:1, 27:8
**64,416,766** [1] - 39:21
**65** [1] - 189:13
**66** [2] - 26:7, 160:21
**66,000** [1] - 189:9
**66,184,285** [1] - 58:3
**67%** [2] - 27:4, 27:5
**68** [4] - 33:17, 33:18,
39:22, 40:1
**69** [2] - 18:19, 18:20
**6:00** [1] - 7:24
**6th** [1] - 3:5

## 7

**7** [5] - 1:16, 14:13,
36:19, 123:15,
185:14
**7,000** [2] - 54:13,
110:11
**7,500** [1] - 179:13
**7.14%** [1] - 98:7
**70130** [1] - 3:8
**707** [1] - 4:18

**716** [1] - 3:12
**72** [2] - 24:11, 24:13
**72,422,370** [1] - 21:15
**725** [2] - 4:13, 4:15
**745** [1] - 178:15
**748** [1] - 154:5
**75** [3] - 19:4, 160:17, 160:20
**75,000** [1] - 47:16
**76** [1] - 20:22
**76.1** [2] - 168:13, 169:2
**7:00** [1] - 106:2

## 8

**8** [2] - 147:15, 147:16
**8,801,300** [1] - 21:13
**8,814,700,230** [1] - 56:6
**80,000** [3] - 34:6, 47:14, 47:16
**801** [1] - 3:10
**84** [10] - 19:22, 34:12, 34:14, 40:14, 40:17, 200:12, 200:13, 200:21, 201:4, 201:5
**843** [1] - 59:7
**850** [1] - 5:12
**88.43%** [2] - 97:6, 98:18

## 9

**9** [4] - 147:15, 147:16, 154:5, 178:15
**9,869,830** [1] - 39:17
**9.2** [2] - 119:1, 121:5
**90,000** [1] - 47:14
**901** [1] - 4:18
**91436** [1] - 3:18
**92,18** [1] - 182:7
**92,188,390** [1] - 182:7
**93** [1] - 47:16
**94,000** [1] - 47:16
**950** [1] - 21:6
**96,000** [1] - 128:3
**968** [1] - 21:3
**98%** [2] - 15:14, 16:1
**99** [1] - 63:23
**99,946** [1] - 125:16
**99.9** [3] - 64:5, 72:18, 78:15
**990** [1] - 59:7
**9:00** [3] - 7:4, 202:15, 202:16
**9th** [1] - 2:10

## A

**A-Plus** [3] - 166:7, 166:10, 166:12
**a.m** [3] - 7:4, 48:23, 94:11
**ABC** [1] - 44:11
**ABCD-MDL-01911460** [1] - 107:19
**ABDC** [15] - 15:10, 32:17, 44:13, 57:24, 145:3, 146:10, 152:6, 153:11, 159:11, 159:20, 160:11, 175:24, 175:25, 199:3, 199:4, 199:5
**ABDC's** [1] - 103:20, 109:20
**ABDC-MDL-01911460** [1] - 105:6
**ability** [2] - 134:7, 173:13
**able** [12] - 9:9, 14:18, 16:3, 21:23, 23:4, 27:11, 44:22, 45:15, 148:13, 149:17, 149:18, 185:21
**absence** [2] - 122:9, 152:22
**absolutely** [2] - 64:17, 122:8
**accept** [3] - 76:20, 118:14, 137:25
**accepting** [1] - 136:23
**access** [4] - 87:1, 87:5, 149:17, 149:18
**accordance** [1] - 8:1
**According** [1] - 153:15
**according** [10] - 18:24, 19:14, 24:16, 29:2, 46:20, 90:9, 115:2, 146:19, 170:1, 177:4
**account** [5] - 15:14, 16:1, 174:16, 175:4, 175:12
**accounts** [1] - 175:4
**accuracy** [3] - 80:6, 104:17, 116:3
**accurate** [7] - 115:14, 145:8, 145:11, 145:25, 146:3, 146:7, 171:12
**accurately** [3] - 114:6, 114:23, 115:20
**Ackerman** [1] - 105:20
**ACKERMAN** [3] - 2:9,

105:17, 105:20
**acquiescing** [1] - 171:13
**acquired** [2] - 100:5, 115:15
**Action** [4] - 1:4, 1:10, 204:7, 204:8
**actions** [2] - 135:15
**active** [1] - 119:25
**activities** [1] - 167:9
**actual** [7] - 10:20, 40:4, 50:16, 120:2, 154:18, 181:1, 196:24
**add** [8] - 24:4, 30:23, 42:22, 50:15, 54:17, 55:2, 74:17, 109:20
**added** [5] - 151:13, 151:19, 151:22, 152:5, 181:12
**adding** [1] - 17:6
**addition** [4] - 60:22, 73:12, 77:23, 156:13
**additional** [7] - 19:8, 44:5, 45:13, 56:2, 91:24, 108:18, 109:12
**address** [2] - 7:12, 30:11
**adjoining** [1] - 81:25
**adjusted** [1] - 90:18
**adjustment** [2] - 174:15, 174:19
**adjustments** [6] - 174:18, 174:21, 175:3, 175:6, 175:11, 175:15
**Administration** [2] - 68:8, 72:25
**admissibility** [1] - 123:12
**admitted** [1] - 153:7
**adverse** [4] - 8:23, 10:15, 118:13
**Affairs** [3] - 171:1, 171:24, 173:6
**affect** [3] - 198:14, 198:16, 198:17
**affected** [1] - 124:14
**afternoon** [6] - 8:17, 11:1, 13:1, 94:14, 94:15, 143:8
**agencies** [1] - 91:8
**agents** [3] - 114:1, 115:3, 149:8
**aggregate** [2] - 69:18, 148:5
**ago** [10] - 60:20, 61:21, 71:5, 76:21, 87:22, 87:25,

100:25, 156:4, 177:23, 179:22
**agree** [2] - 62:10, 68:22, 83:12, 115:16, 121:8, 133:7, 169:6
**agreement** [1] - 171:11
**ahead** [8] - 30:3, 30:24, 51:8, 60:17, 107:2, 155:11, 190:18, 194:6
**Aid** [43] - 19:19, 20:16, 20:18, 20:20, 21:2, 21:3, 21:4, 21:5, 21:6, 21:12, 21:14, 21:15, 21:25, 22:6, 22:22, 22:23, 22:24, 23:6, 23:12, 23:15, 24:3, 24:5, 24:7, 24:15, 24:19, 24:24, 25:2, 31:3, 196:5, 196:9, 196:12, 196:16, 196:24, 197:3, 197:6, 197:11, 197:14, 197:24, 197:25, 198:4, 198:8, 198:23
**Aids** [1] - 197:17
**al** [4] - 1:7, 1:13, 204:6, 204:7
**Alaska** [2] - 52:4, 52:5
**algorithm** [1] - 170:18
**allocation** [1] - 196:24
**allow** [5] - 53:9, 75:13, 151:23, 152:5, 163:22
**allowed** [2] - 11:19, 75:14
**allows** [2] - 10:14, 192:7
**almost** [10] - 15:15, 22:8, 37:19, 45:16, 45:24, 46:8, 47:9, 47:14, 143:17
**alone** [1] - 201:15
**alphabetically** [1] - 52:4
**AM-WV-01473** [1] - 90:6
**Amerisource** [1] - 90:14
**AMERISOURCEBERGEN** [2] - 1:7, 1:13
**AmerisourceBergen** [87] - 6:2, 7:8, 9:5, 9:12, 14:8, 14:10, 15:10, 16:1, 16:5, 16:8, 16:16, 16:19, 17:2, 18:12, 18:16,

18:18, 22:6, 22:16, 23:2, 23:16, 35:14, 55:14, 55:21, 56:5, 56:16, 57:14, 57:21, 58:1, 59:15, 65:7, 65:12, 68:4, 69:14, 70:7, 70:15, 71:3, 71:10, 72:17, 72:21, 72:22, 74:9, 74:14, 74:19, 77:23, 85:16, 85:20, 85:23, 86:10, 86:20, 87:14, 87:16, 88:16, 88:21, 90:16, 93:11, 98:25, 99:5, 99:10, 102:15, 104:8, 108:13, 109:8, 109:24, 110:8, 112:22, 112:25, 113:3, 113:8, 115:15, 115:21, 123:25, 124:12, 124:23, 125:1, 125:2, 126:13, 129:14, 135:21, 137:4, 141:12, 141:16, 141:21, 142:1, 179:8, 204:6
**AmerisourceBergen's** [30] - 73:14, 89:4, 89:15, 92:13, 93:2, 93:6, 93:21, 99:3, 99:8, 102:13, 102:19, 102:21, 103:5, 104:12, 104:23, 106:7, 108:2, 108:11, 110:23, 111:6, 112:16, 112:20, 113:1, 113:12, 114:23, 115:18, 124:6, 124:18, 131:19, 140:11
**amount** [24] - 14:25, 38:12, 42:13, 45:25, 46:1, 68:20, 75:3, 75:17, 83:25, 100:18, 101:14, 125:24, 146:18, 155:18, 168:17, 169:6, 181:7, 181:8, 181:10, 181:12, 184:5, 188:16, 188:24
**amounts** [2] - 22:25, 101:4
**analogous** [1] - 176:18
**analyses** [15] - 143:18, 148:14,

149:2, 156:2,
167:16, 168:18,
168:19, 169:23,
169:25, 173:16,
173:17, 174:15,
178:2, 178:3, 179:17
**analysis** [32] - 34:10,
38:19, 61:24, 63:19,
69:13, 73:20, 84:1,
85:12, 85:15, 90:22,
92:7, 94:20, 94:24,
95:3, 96:24, 97:3,
97:23, 98:6, 100:8,
101:17, 110:11,
110:16, 111:3,
111:4, 122:14,
123:7, 126:2, 130:7,
130:16, 161:20,
169:21, 196:12
**analytical** [2] - 113:24,
114:5
**analyze** [3] - 91:6,
102:8, 124:5
**analyzed** [2] - 71:17,
107:7
**analyzing** [3] - 133:22,
166:6, 198:14
**Anda** [4] - 85:16,
86:11, 86:21, 198:1
**ANDREW** [1] - 5:10
**ANNE** [1] - 4:2
**ANNIE** [1] - 3:14
**annual** [7] - 25:4,
34:25, 35:2, 47:8,
177:3, 177:6, 177:9
**annualized** [1] - 42:17
**annually** [1] - 41:5
**Answer** [1] - 173:8
**answer** [14] - 12:14,
76:22, 80:2, 139:19,
168:23, 171:18,
184:19, 186:20,
190:9, 190:18,
192:7, 198:20,
201:25, 202:2
**answered** [1] - 148:2
**answering** [1] -
176:16
**ANTHONY** [1] - 2:6
**anticipation** [1] -
170:15
**anyway** [2] - 8:13,
90:13
**apart** [1] - 26:11
**apologies** [1] - 31:19
**apologize** [22] - 18:5,
28:8, 38:10, 46:22,
55:10, 57:17, 59:17,
59:19, 59:22, 60:13,
78:7, 84:15, 89:9,

95:9, 100:14,
101:13, 105:21,
107:12, 121:25,
154:25, 195:19,
196:11
**appeal** [2] - 120:10,
120:13
**appealed** [1] - 120:9
**appear** [6] - 96:10,
107:5, 136:13,
198:25, 199:12,
200:21
**APPEARANCES** [6] -
2:1, 3:1, 5:1, 5:6,
6:1, 6:10
**appendix** [4] - 55:4,
154:1, 178:25,
187:17
**Appendix** [4] - 96:1,
96:6, 154:5, 178:14
**apples** [2] - 180:17
**applicable** [1] - 26:16
**applications** [1] -
170:19
**applied** [2] - 197:24,
197:25
**appreciate** [6] - 48:11,
82:2, 99:9, 111:7,
178:17, 185:2
**appreciated** [1] -
202:12
**approach** [9] - 84:12,
89:16, 89:24,
116:21, 132:14,
150:17, 154:9,
178:19, 180:7
**appropriate** [5] - 94:8,
101:8, 126:3,
171:10, 174:20
**approximate** [4] -
17:23, 25:1, 28:14,
34:22
**April** [3] - 70:17, 71:7,
71:11
**Aracoma** [15] - 43:8,
43:12, 43:16, 44:2,
44:11, 44:23, 45:3,
45:10, 45:16, 45:21,
46:6, 46:9, 46:25,
47:4, 47:10
**arbitrated** [1] - 117:12
**arbitration** [12] -
116:8, 116:11,
116:14, 117:19,
118:25, 119:4,
119:14, 120:18,
121:9, 121:13
**Arch** [2] - 6:6, 6:13
**ARCOS** [146] - 14:4,
18:13, 19:7, 19:9,

22:11, 22:14, 23:23,
24:1, 27:21, 28:6,
28:11, 29:9, 39:19,
41:21, 43:23, 44:4,
45:11, 45:22, 49:15,
50:21, 51:16, 52:25,
53:6, 54:4, 56:25,
57:23, 58:2, 58:15,
58:22, 59:15, 61:19,
61:24, 62:4, 63:20,
66:18, 66:21, 66:25,
67:10, 67:13, 67:16,
67:18, 67:20, 67:22,
69:20, 69:22, 69:23,
70:1, 70:10, 70:14,
70:18, 70:24, 71:1,
71:5, 71:8, 71:12,
72:1, 72:4, 73:17,
73:22, 77:5, 77:23,
78:6, 78:12, 78:16,
80:6, 80:8, 82:15,
82:22, 85:13, 87:2,
87:5, 90:22, 91:19,
92:2, 92:11, 92:20,
93:19, 94:18, 94:20,
94:21, 94:25, 95:12,
96:10, 96:14, 97:7,
98:12, 98:18, 98:19,
99:21, 102:2, 102:8,
104:18, 104:22,
105:5, 105:6,
106:22, 107:6,
107:10, 112:2,
112:4, 112:7,
112:12, 112:15,
112:19, 112:24,
113:7, 113:8,
113:10, 113:15,
114:1, 124:7,
124:11, 124:12,
124:23, 124:25,
125:1, 143:17,
143:20, 143:21,
143:25, 145:1,
145:19, 146:14,
146:17, 150:7,
150:13, 151:5,
151:7, 151:14,
151:20, 152:5,
152:24, 153:15,
156:11, 158:22,
159:23, 163:21,
164:11, 167:4,
167:8, 182:22,
183:2, 183:13,
183:16
**area** [9] - 9:8, 13:4,
25:22, 83:3, 128:1,
139:2, 162:10,
162:14, 164:7
**areas** [1] - 174:3

**arguably** [1] - 106:25
**arguing** [1] - 11:22
**arrows** [1] - 166:20
**ASHLEY** [1] - 5:3
**aside** [1] - 149:19
**aspect** [1] - 139:20
**aspects** [1] - 140:1
**assessment** [1] -
152:14
**assist** [1] - 104:24
**associated** [1] - 184:8
**assume** [1] - 86:5
**assumed** [1] - 118:12
**AT** [1] - 1:2
**attempt** [1] - 44:7
**attention** [6] - 27:15,
35:6, 36:4, 37:22,
39:9, 88:15
**Attorney** [2] - 184:20,
184:24
**attribute** [1] - 169:13
**audit** [1] - 100:1
**August** [6] - 89:1,
89:14, 90:21, 90:22,
104:8, 117:20
**authentic** [1] - 118:3
**authorities** [1] -
166:13
**available** [13] - 63:25,
71:14, 82:25,
127:12, 146:13,
146:18, 147:12,
147:20, 147:25,
148:3, 148:10,
148:11, 156:11
**average** [20] - 34:17,
38:3, 38:5, 39:2,
40:5, 40:21, 40:23,
42:6, 42:8, 42:15,
92:21, 93:2, 93:12,
93:20, 130:13,
130:14, 131:19,
131:20, 140:11,
140:13
**averages** [7] - 33:22,
92:24, 93:17,
124:20, 131:16,
131:17, 134:1
**Avin** [1] - 3:7
**Avoid** [1] - 151:2
**award** [6] - 116:11,
117:22, 119:1,
121:5, 121:13
**aware** [30] - 77:22,
95:23, 100:4,
101:23, 102:1,
121:14, 126:9,
130:25, 148:8,
148:12, 148:13,
149:20, 150:7,

152:4, 152:9,
152:17, 152:20,
152:21, 152:22,
152:23, 158:9,
162:20, 162:25,
163:5, 163:8, 170:5,
173:22, 173:25,
175:9, 202:22
**Ayme** [2] - 6:17, 204:2

## B

**back-filled** [1] - 81:6
**background** [3] -
65:15, 117:11, 132:1
**bad** [3] - 10:5, 10:6,
10:7
**Bajaj's** [1] - 123:5
**bar** [2] - 87:8, 199:20
**Baron** [1] - 3:17
**bars** [27] - 5:11,
18:25, 22:25, 23:1,
23:3, 24:25, 35:10,
35:11, 35:12, 35:13,
35:14, 37:9, 37:10,
40:4, 40:19, 42:4,
44:13, 45:6, 45:7,
45:8, 45:23, 46:1,
136:10, 199:19,
201:3, 201:5
**base** [2] - 82:22, 125:9
**based** [29] - 8:25,
17:23, 25:20, 29:25,
45:15, 63:20, 70:18,
81:2, 82:20, 85:12,
95:7, 95:11, 95:15,
95:21, 96:25, 97:3,
108:11, 109:7,
110:3, 111:2,
111:16, 111:20,
116:11, 124:3,
124:15, 125:21,
139:12, 148:11,
165:3
**Based** [1] - 83:13
**basic** [5] - 38:23, 68:1,
72:20, 87:12, 137:24
**basing** [1] - 112:9
**basis** [11] - 34:25,
35:2, 70:6, 77:11,
77:12, 77:25,
117:22, 131:10,
133:4, 134:9, 138:15
**bat** [1] - 202:10
**batch** [1] - 70:20
**Bates** [2] - 39:11,
107:19
**Baylen** [1] - 2:13
**bear** [2] - 49:5, 143:15
**became** [5] - 23:5,

29:13, 136:13, 147:12, 148:10
**become** [1] - 10:12
**beds** [1] - 127:6
**BEFORE** [1] - 1:17
**begin** [3] - 88:20, 103:12, 107:10
**beginning** [10] - 19:10, 28:15, 32:25, 33:1, 47:8, 50:20, 64:9, 70:20, 71:7, 77:17
**behalf** [1] - 131:4
**behavior** [4] - 120:2, 135:14, 139:20
**behind** [1] - 202:7
**beige** [3] - 22:7, 32:20, 37:11
**belies** [1] - 11:17
**below** [5] - 13:11, 13:20, 52:2, 56:8, 89:12
**BENCH** [1] - 1:16
**beside** [1] - 199:10
**best** [2] - 9:19, 173:13
**between** [22] - 15:13, 15:25, 17:4, 32:19, 44:8, 46:22, 57:13, 78:16, 88:6, 90:15, 110:22, 112:24, 113:8, 114:4, 138:20, 144:16, 145:13, 155:25, 176:6, 184:13, 196:24, 200:8
**beyond** [4] - 95:3, 143:13, 164:7, 174:18
**Beyond** [1] - 86:13
**BF0660565** [1] - 31:12
**bifurcated** [2] - 62:3, 171:5
**big** [1] - 157:12
**bigger** [1] - 190:2
**billed** [2] - 183:22, 184:1
**billion** [12] - 50:13, 50:14, 50:23, 50:24, 50:25, 51:1, 51:2
**billions** [1] - 50:12
**bit** [33] - 15:5, 17:14, 17:16, 24:9, 25:3, 31:7, 34:20, 37:1, 42:18, 46:13, 47:11, 47:15, 50:23, 51:1, 51:2, 63:24, 64:6, 67:19, 73:22, 80:5, 81:25, 88:18, 94:1, 108:16, 110:18, 110:20, 121:10,

126:20, 189:15, 198:1, 199:1, 199:16
**black** [7] - 11:4, 11:10, 22:6, 35:10, 35:11, 45:8, 46:2
**blind** [1] - 154:4
**blocked** [1] - 202:9
**blue** [17] - 15:10, 15:16, 15:25, 19:1, 19:15, 22:7, 23:3, 23:17, 23:21, 23:22, 32:17, 35:13, 35:14, 44:12, 45:23, 103:20, 137:12
**Blvd** [3] - 3:15, 4:3, 4:9
**board** [5] - 37:13, 156:5, 157:12, 176:6, 197:23
**Board** [1] - 183:5
**bodies** [1] - 69:6
**body** [1] - 122:6
**Bonasso** [1] - 5:14
**bond** [1] - 117:14
**book** [1] - 22:14
**book-ending** [1] - 22:14
**Boone** [1] - 162:22
**borders** [1] - 81:23
**botch** [1] - 97:1
**bottom** [14] - 36:11, 36:12, 55:3, 56:25, 59:12, 60:5, 90:13, 155:21, 164:18, 180:14, 182:11, 185:22, 185:23, 187:18
**Boulevard** [1] - 3:18
**bouncing** [1] - 46:22
**boundaries** [1] - 140:18
**box** [1] - 11:18
**Box** [2] - 5:14, 6:8
**break** [7] - 12:13, 48:16, 84:19, 91:3, 129:3, 142:15, 145:16
**breaking** [2] - 94:6, 129:1
**bridge** [1] - 61:8
**Bridgeside** [3] - 3:15, 4:3, 4:9
**briefly** [4] - 7:6, 84:25, 157:20, 198:7
**bring** [3] - 63:14, 138:22, 171:13
**broader** [1] - 83:2
**broadly** [1] - 94:22
**broke** [1] - 26:11
**broken** [2] - 8:8, 46:16

**brought** [1] - 54:20
**bubbles** [1] - 198:23
**Budd** [1] - 3:17
**build** [3] - 8:25, 9:14, 28:12
**Bureau** [8] - 64:4, 91:12, 92:4, 92:8, 125:12, 128:3, 128:5, 174:18
**bureaucratic** [1] - 149:14
**Burling** [1] - 5:11
**business** [2] - 167:9, 186:8
**buyer** [1] - 167:9
**BY** [48] - 12:24, 18:7, 19:20, 20:15, 25:14, 26:20, 28:4, 29:20, 31:1, 39:8, 41:14, 43:6, 46:24, 49:1, 49:7, 51:9, 55:9, 56:14, 57:12, 58:10, 65:5, 84:17, 86:24, 90:2, 90:8, 94:16, 107:15, 116:25, 117:4, 119:19, 127:17, 129:8, 133:21, 135:20, 138:25, 140:6, 142:24, 143:7, 150:19, 153:8, 154:11, 171:21, 172:9, 178:24, 180:11, 191:8, 195:4, 198:22

## C

**CA** [1] - 3:18
**Cabell** [86] - 3:2, 13:4, 17:22, 25:21, 28:17, 29:24, 30:19, 41:12, 66:3, 66:7, 69:6, 72:22, 76:18, 79:23, 83:3, 83:7, 92:22, 99:12, 102:23, 124:9, 125:15, 125:25, 126:9, 126:14, 127:4, 127:5, 127:6, 127:11, 127:18, 128:8, 128:11, 128:14, 128:16, 128:18, 128:19, 129:19, 129:22, 130:8, 130:12, 131:18, 133:23, 133:25, 134:12, 134:17, 134:24, 135:5, 135:6,

135:22, 136:1, 136:5, 136:17, 136:19, 136:21, 140:12, 140:14, 148:9, 153:10, 153:12, 153:18, 161:6, 162:11, 162:15, 163:10, 163:15, 163:24, 164:8, 164:12, 164:17, 165:7, 166:2, 168:14, 169:3, 174:2, 174:16, 176:22, 177:10, 179:4, 180:24, 182:17, 185:6, 191:22, 192:1, 192:4, 200:5, 200:9
**CABELL** [1] - 1:10
**cabell** [1] - 2:2
**Cabell-Huntington** [5] - 13:4, 41:12, 92:22, 128:16, 200:9
**calculate** [7] - 45:20, 52:24, 93:2, 98:1, 163:22, 179:7, 179:11
**calculated** [7] - 16:17, 82:18, 82:20, 82:22, 95:6, 95:10, 181:1
**calculation** [10] - 93:10, 93:12, 121:9, 121:11, 121:15, 121:16, 122:4, 163:22, 164:1, 164:2
**calculations** [12] - 17:3, 54:7, 101:16, 101:22, 116:4, 121:20, 121:21, 121:22, 123:24, 176:12, 177:4, 178:8
**calculator** [2] - 180:3, 180:7
**calendar** [1] - 81:20
**CALLAS** [1] - 6:7
**CAMPBELL** [1] - 6:14
**cancer** [1] - 186:3
**cannot** [5] - 66:6, 66:10, 92:10, 92:13, 118:14
**cap** [2] - 16:21, 17:5
**capabilities** [3] - 75:20, 76:4, 76:6
**capable** [1] - 76:2
**capita** [30] - 16:17, 16:25, 17:9, 17:22, 17:25, 84:1, 92:7, 125:8, 126:5, 126:6, 129:18, 130:7,

130:12, 131:15, 133:22, 134:13, 140:15, 173:17, 173:18, 174:15, 175:3, 175:11, 175:20, 175:24, 176:11, 176:15, 176:21, 177:3, 177:6, 177:9
**Capitol** [1] - 2:7
**caplet** [1] - 50:5
**Cardinal** [73] - 4:11, 5:2, 14:9, 14:11, 15:11, 15:25, 16:5, 17:20, 19:4, 19:6, 19:8, 22:17, 27:2, 27:4, 27:6, 27:20, 28:2, 28:7, 28:13, 28:23, 28:25, 29:11, 29:13, 32:16, 33:6, 33:12, 33:19, 33:23, 34:3, 34:8, 35:13, 37:10, 37:19, 38:19, 38:25, 39:1, 39:3, 39:23, 40:3, 40:5, 40:10, 44:15, 45:7, 45:22, 46:1, 51:16, 51:23, 52:3, 53:5, 53:24, 54:19, 54:25, 55:15, 55:18, 56:16, 65:13, 68:5, 69:14, 70:7, 92:16, 129:14, 135:21, 137:4, 144:6, 144:10, 145:3, 146:10, 152:6, 153:11, 159:11, 160:11, 176:9, 202:6
**Cardinal's** [2] - 40:5, 159:20
**care** [2] - 127:20, 128:9
**career** [1] - 66:16
**carefully** [2] - 115:7, 123:9
**cares** [1] - 127:7
**Carey** [1] - 4:17
**carried** [1] - 201:14
**carved** [1] - 61:6
**case** [47] - 8:24, 65:16, 76:12, 77:4, 79:20, 82:16, 96:7, 100:15, 107:7, 108:12, 113:2, 113:9, 113:13, 116:10, 116:17, 117:15, 117:18, 118:10, 118:21, 118:24, 121:2, 121:7, 122:14, 122:16,

122:17, 122:24,
123:3, 126:3, 127:2,
128:10, 131:1,
131:5, 139:15,
139:20, 140:1,
143:11, 145:5,
155:9, 157:25,
158:5, 158:10,
163:10, 172:11,
172:18, 172:20,
197:7, 197:16
**cases** [7] - 66:24,
67:3, 67:5, 144:21,
163:4, 184:19,
197:12
**catalogued** [1] -
184:21
**catch** [1] - 95:9
**catching** [1] - 179:10
**categorically** [1] -
119:24
**categories** [1] - 51:21
**causal** [1] - 156:20
**CDC** [4] - 64:2, 82:21,
91:10, 92:5
**ceiling** [1] - 201:9
**cell** [3] - 53:19, 55:20,
56:1
**census** [5] - 173:22,
173:25, 174:3,
174:7, 174:12
**Census** [10] - 64:4,
91:12, 92:4, 92:8,
125:12, 125:21,
128:3, 128:5,
173:23, 174:18
**Center** [5] - 3:12, 5:11,
171:1, 171:24, 173:6
**center** [3] - 127:6,
127:19, 186:4
**centers** [1] - 102:20
**certain** [3] - 67:24,
106:21, 146:19
**certainly** [8] - 28:10,
63:10, 74:22, 77:8,
124:22, 148:17,
160:5, 184:10
**CERTIFICATION** [1] -
204:1
**certification** [1] -
122:21
**certify** [1] - 204:4
**chain** [1] - 93:7,
129:10, 167:4,
167:14, 169:11,
169:16, 170:19,
177:5, 177:7,
177:11, 196:15
**chair** [1] - 78:7
**chance** [2] - 90:3,

202:10
**change** [7] - 78:1,
99:7, 119:22,
121:14, 121:19,
121:22, 160:16
**changed** [10] - 16:4,
57:17, 70:22,
121:17, 123:7,
156:14, 199:17,
199:22, 201:1, 201:2
**changes** [1] - 200:16
**changing** [4] - 153:9,
156:14, 156:18,
156:19
**channels** [1] - 151:17
**Chapmanville** [1] -
48:1
**characterization** [3] -
30:9, 76:20, 78:14
**characterizations** [1] -
79:10
**characterize** [1] -
90:12
**characterizing** [2] -
168:22, 168:24
**CHARLES** [1] - 3:11
**Charleston** [6] - 2:8,
3:13, 4:19, 5:15, 6:9,
7:3
**CHARLESTON** [2] -
1:2, 1:18
**chart** [69] - 14:18,
49:24, 51:20, 74:2,
75:17, 75:25, 82:4,
82:6, 82:24, 83:2,
83:8, 83:10, 83:11,
83:13, 87:8, 87:9,
87:12, 87:18, 88:16,
89:8, 92:6, 103:15,
103:18, 104:7,
104:17, 114:22,
115:13, 115:20,
115:24, 124:1,
130:6, 137:8, 137:9,
137:11, 137:12,
137:17, 137:20,
137:25, 138:3,
138:5, 138:9,
138:10, 138:15,
138:17, 138:19,
138:20, 138:22,
139:1, 148:10,
156:6, 156:10,
159:21, 159:22,
163:20, 164:4,
164:6, 164:25,
165:3, 165:5,
165:17, 165:20,
167:25, 177:2,
188:13, 202:7

**charts** [30] - 23:22,
24:11, 58:21, 66:10,
69:17, 91:7, 91:20,
91:23, 92:1, 92:3,
95:20, 98:17,
109:17, 133:12,
136:8, 136:15,
146:24, 156:9,
160:4, 160:6,
164:20, 164:24,
165:2, 166:21,
166:25, 168:3,
199:15, 199:18,
199:21, 199:22
**Chase** [1] - 4:18
**check** [14] - 54:23,
100:20, 110:3,
110:10, 110:14,
111:4, 111:22,
120:5, 125:16,
144:23, 165:25,
181:14, 181:15
**checked** [1] - 144:8
**checking** [1] - 83:23
**Chesterbrook** [1] -
6:15
**choice** [1] - 127:22
**choosing** [2] - 140:1,
140:4
**chose** [1] - 139:21
**circled** [1] - 189:19
**Circling** [1] - 78:3
**Circuit** [11] - 116:19,
119:14, 120:10,
120:13, 120:17,
120:20, 120:25,
121:6, 121:19, 122:2
**cites** [1] - 106:17
**City** [30] - 4:1, 5:11,
25:22, 28:18, 66:4,
66:8, 69:7, 72:22,
76:18, 79:24, 83:3,
83:7, 125:15,
125:25, 126:22,
127:1, 127:3,
128:19, 128:20,
129:23, 130:8,
130:12, 131:15,
131:18, 133:23,
148:9, 163:9, 165:7,
166:2, 204:5
**city** [2] - 127:23, 163:9
**CITY** [1] - 1:4
**City's** [1] - 126:23
**Civil** [3] - 1:4, 204:7,
204:8
**civil** [1] - 1:10
**claim** [3] - 117:12,
158:5, 158:7
**claimant** [2] - 116:13,

121:18
**claimant's** [1] - 117:21
**claimants** [1] - 121:15
**clarification** [3] -
61:14, 82:2, 99:9
**clarify** [1] - 97:20
**class** [1] - 122:21
**cleanup** [1] - 49:4
**clear** [10] - 9:5, 69:12,
77:2, 95:14, 118:9,
159:1, 161:9,
161:17, 185:16,
193:14
**clearly** [3] - 61:25,
101:6, 140:19
**click** [1] - 80:20
**client** [1] - 168:18
**client's** [1] - 169:2
**clinic** [1] - 169:14
**clinics** [2] - 168:7,
170:22
**close** [8] - 42:21,
60:11, 64:25, 82:1,
93:22, 155:6,
155:15, 155:16
**Close** [1] - 81:16
**closed** [1] - 166:12
**closely** [2] - 113:9,
126:13
**CMS** [2] - 91:14, 92:4
**Co** [1] - 116:8
**coarser** [1] - 34:20
**Cochran** [3] - 6:17,
204:2, 204:11
**Code** [15] - 95:7,
95:12, 95:16, 95:22,
96:25, 97:4, 97:9,
97:20, 98:7, 98:12,
101:24, 101:25,
111:18, 124:3,
124:16
**code** [22] - 75:7,
75:13, 81:14, 81:18,
81:22, 81:23, 82:5,
93:1, 93:5, 93:9,
93:13, 96:15, 99:1,
139:2, 140:18,
146:20, 147:22,
161:20, 162:11,
162:18, 162:20,
162:15
**coded** [1] - 112:5
**codes** [12] - 81:20,
95:18, 96:10, 124:7,
124:10, 124:12,
124:13, 146:7,
161:12, 161:23,
164:7, 165:5
**coherence** [1] -
118:16

**coin** [6] - 135:3, 135:4,
135:10, 135:18,
138:2, 139:22
**coincidentally** [1] -
16:23
**colleagues** [1] - 65:7
**colloquially** [1] -
121:24
**color** [16] - 15:10,
15:11, 19:15, 22:7,
23:20, 29:3, 32:20,
32:25, 33:7, 33:11,
35:15, 35:18, 35:20,
38:5, 194:11, 194:23
**colors** [1] - 32:22
**column** [14] - 20:21,
52:1, 53:1, 53:7,
53:9, 56:8, 60:5,
93:24, 93:25, 96:9,
96:13, 96:17, 98:21,
108:18
**Column** [1] - 108:8
**columns** [1] - 59:5
**combination** [1] -
21:24, 24:2, 46:12
**combine** [1] - 77:2
**combined** [23] - 14:3,
14:7, 14:9, 14:16,
14:19, 14:21, 15:1,
19:21, 21:9, 21:12,
21:14, 22:22, 26:22,
26:25, 31:3, 59:3,
188:8, 188:11,
195:5, 196:9,
196:13, 197:25,
198:3
**coming** [8] - 22:10,
33:4, 34:11, 38:13,
62:7, 68:4, 132:4,
171:9
**commend** [1] - 177:21
**comment** [2] - 144:18,
195:2
**commentary** [1] -
198:19
**commenting** [1] -
144:25
**comments** [1] - 121:4
**commerce** [3] -
113:23, 113:24,
114:3
**commercial** [1] -
151:17
**COMMISSION** [1] -
1:10
**Commission** [2] - 2:2,
3:2
**commit** [1] - 62:17
**communities** [1] -
167:20

community [1] - 24:7
companies [3] -
152:5, 154:19,
180:22
company [1] - 72:12
Company [5] - 39:10,
39:22, 43:8, 117:13,
200:2
company's [1] - 72:10
compare [5] - 53:4,
53:9, 72:4, 113:6,
134:7
compared [4] - 53:5,
72:9, 124:23, 176:2
comparing [1] -
180:17
comparison [1] -
138:19
competence [1] -
118:15
competitors [3] -
151:24, 152:7,
152:18
compilation [8] - 41:8,
41:19, 43:1, 52:7,
55:14, 56:17, 58:22,
59:4
compilations [4] -
49:5, 54:12, 55:17,
57:15
compiled [11] - 33:15,
34:14, 35:8, 36:19,
37:6, 37:23, 38:18,
38:21, 40:1, 40:13,
45:9
compiling [1] - 54:3
complaint [1] - 62:16
complete [9] - 73:13,
73:15, 79:23, 80:1,
86:7, 86:10, 86:14,
122:8, 173:25
completely [2] -
10:16, 62:2
complicated [3] -
11:15, 82:1, 121:10
comprehensive [1] -
151:15
computer [1] - 6:19
concept [1] - 174:5
concern [1] - 61:20
concerned [1] - 61:16
concerns [1] - 90:16
conclusion [7] -
76:17, 103:1, 111:2,
111:15, 123:3,
140:24, 141:2
conclusions [4] -
101:22, 131:3,
131:8, 138:14
conditions [2] -

175:12
conducted [3] - 94:20,
94:24, 161:21
confer [2] - 142:11,
202:18
confirm [3] - 107:23,
109:18, 125:4
confused [1] - 31:7
confusion [1] - 115:7
connect [2] - 48:6,
71:2
Connolly [2] - 4:13,
5:4
CONROY [1] - 3:3
consciously [1] -
100:16
consider [14] - 97:23,
100:8, 109:16,
110:7, 110:11,
128:1, 133:24,
134:11, 134:15,
136:4, 139:11,
139:16, 139:19,
152:13
considered [6] -
97:25, 106:16,
106:21, 131:21,
132:8, 134:11
considering [1] -
97:25
consistent [6] - 8:3,
8:4, 102:1, 134:21,
134:25, 136:15
consume [1] - 129:23
contain [1] - 149:25
contains [2] - 107:5,
164:6
contents [1] - 51:20
context [3] - 9:18,
139:15, 175:25
continue [5] - 8:24,
14:16, 52:6, 154:22,
165:8
continued [4] -
112:12, 120:23,
134:16, 199:3
Continued [5] - 3:1,
5:1, 5:6, 6:1, 6:10
continues [2] -
137:16, 154:23
continuous [1] - 70:23
contrary [1] - 194:14
contrast [1] - 123:6
controlled [8] - 67:24,
68:14, 69:2, 146:19,
151:16, 151:25,
152:7, 152:19
convenient [1] - 48:17
conventions [1] -
182:13

conversations [2] -
78:3, 149:7
conversion [1] - 64:3
convert [1] - 50:16
convey [1] - 78:17
Cook [3] - 6:18, 204:3,
204:11
copies [1] - 154:8
copy [3] - 96:2,
154:23, 172:3
core [1] - 9:7
corner [5] - 14:20,
51:12, 52:17, 56:3,
56:21
Corp [1] - 122:18
Corporation [3] - 6:2,
126:18, 204:7
corporation [3] - 1:7,
1:13, 65:13
Correct [156] - 53:14,
65:20, 65:22, 65:24,
66:2, 66:5, 66:9,
66:13, 66:19, 66:23,
67:8, 67:11, 67:25,
68:6, 69:16, 70:3,
70:5, 72:3, 72:8,
72:13, 72:16, 72:19,
73:1, 73:5, 74:11,
75:1, 75:2, 75:4,
76:10, 76:15, 80:4,
80:14, 80:16, 80:18,
81:11, 82:17, 82:19,
83:1, 83:5, 83:9,
83:17, 83:19, 83:22,
84:2, 85:19, 87:7,
87:17, 87:21, 87:23,
88:1, 89:13, 89:17,
90:19, 90:20, 91:2,
91:9, 91:11, 91:13,
91:15, 91:17, 92:9,
92:12, 92:15, 92:17,
92:19, 93:15, 93:18,
144:2, 144:5,
144:13, 144:22,
145:9, 146:1, 146:5,
146:9, 146:11,
146:22, 147:1,
147:10, 147:13,
147:14, 147:18,
147:21, 147:24,
148:2, 150:1,
150:15, 155:17,
156:12, 157:3,
157:5, 157:7,
157:10, 157:13,
158:18, 158:20,
159:3, 159:13,
161:14, 161:25,
162:2, 162:7,
162:12, 165:10,

165:22, 166:16,
167:1, 168:1, 168:3,
168:6, 168:9,
168:12, 168:15,
168:16, 173:8,
177:8, 177:13,
177:15, 178:4,
178:7, 180:25,
181:9, 181:11,
182:4, 182:20,
183:1, 183:7,
183:11, 183:15,
183:19, 187:1,
187:25, 188:15,
188:25, 189:10,
189:22, 189:24,
190:1, 190:4,
191:11, 193:23,
194:1, 194:3,
195:11, 195:14,
195:19, 195:21,
195:24, 196:1,
196:4, 196:14,
196:22, 197:19,
197:22, 198:5,
199:24
correct [379] - 18:3,
18:4, 21:22, 27:7,
31:23, 34:9, 37:21,
44:9, 44:18, 44:20,
50:16, 50:18, 52:9,
53:2, 53:13, 54:1,
56:18, 57:20, 57:21,
58:14, 65:17, 66:4,
66:8, 66:12, 66:15,
66:16, 66:22, 67:1,
67:7, 67:10, 67:24,
68:9, 68:18, 69:7,
69:20, 71:1, 71:24,
72:2, 72:7, 72:12,
72:15, 74:6, 74:12,
76:12, 78:6, 78:13,
80:13, 81:3, 82:25,
83:8, 83:16, 83:21,
84:1, 85:13, 85:18,
85:22, 86:1, 86:4,
86:8, 86:9, 86:15,
87:9, 87:16, 88:4,
89:5, 89:12, 89:16,
90:11, 90:24, 91:1,
91:8, 91:20, 92:25,
93:17, 94:21, 95:8,
95:12, 95:13, 95:16,
95:17, 95:19, 95:22,
96:11, 96:12, 96:15,
96:16, 96:19, 96:20,
96:22, 96:23, 97:4,
97:5, 97:8, 97:12,
97:21, 97:22, 98:8,
98:9, 98:12, 98:13,
98:15, 98:16, 98:19,

98:20, 98:23, 98:24,
99:13, 99:14, 99:18,
99:24, 100:9,
101:10, 102:13,
102:16, 102:17,
103:8, 104:5, 104:6,
104:14, 104:15,
108:6, 108:9,
108:14, 108:19,
108:20, 108:22,
108:23, 108:24,
108:25, 109:2,
109:3, 109:5, 109:6,
109:9, 109:10,
109:13, 109:14,
109:17, 109:19,
109:24, 109:25,
110:2, 110:4, 110:9,
110:10, 110:13,
110:17, 111:9,
111:12, 111:21,
111:22, 112:8,
112:10, 112:18,
112:23, 113:4,
113:12, 114:16,
114:21, 114:24,
114:25, 115:1,
115:14, 115:15,
116:1, 116:4,
116:11, 116:12,
116:14, 116:15,
116:18, 117:9,
117:10, 118:4,
119:17, 120:11,
121:2, 121:7, 122:4,
122:14, 122:15,
122:22, 122:25,
123:21, 124:3,
124:4, 124:9,
124:16, 124:17,
124:21, 125:3,
125:7, 125:11,
125:13, 125:14,
125:16, 125:22,
125:25, 126:15,
126:19, 126:20,
128:3, 128:9,
128:12, 128:16,
129:11, 129:15,
129:19, 129:20,
129:24, 130:9,
130:10, 130:14,
130:15, 130:20,
130:21, 130:23,
135:1, 135:2, 135:6,
135:23, 135:24,
136:1, 136:17,
136:18, 136:22,
137:5, 139:3, 139:6,
137:9, 139:9,
139:10, 139:22,

140:8, 140:9, 140:16, 141:13, 141:14, 141:17, 141:23, 141:24, 142:2, 143:18, 143:22, 144:1, 144:4, 144:6, 144:12, 144:17, 144:19, 145:4, 145:5, 145:8, 145:12, 145:16, 145:20, 145:25, 146:4, 146:8, 146:10, 146:21, 146:25, 147:9, 147:12, 147:17, 147:20, 147:23, 148:1, 149:25, 150:14, 153:19, 154:1, 154:24, 155:6, 155:16, 155:20, 156:7, 156:11, 156:15, 156:25, 157:2, 157:4, 157:6, 157:9, 158:17, 158:19, 158:21, 161:8, 161:13, 161:24, 162:1, 162:6, 162:11, 164:8, 164:13, 165:9, 165:21, 165:24, 166:18, 166:25, 167:25, 168:2, 168:5, 168:8, 168:11, 168:14, 170:3, 170:11, 171:1, 171:25, 173:7, 176:9, 176:12, 177:3, 177:5, 177:7, 177:10, 177:11, 177:12, 177:14, 178:3, 178:6, 179:7, 180:15, 180:24, 181:10, 181:19, 182:1, 182:14, 182:19, 182:25, 183:6, 183:10, 183:14, 183:18, 183:22, 185:7, 185:24, 186:22, 187:24, 188:24, 189:7, 189:9, 189:19, 189:21, 189:23, 189:25, 190:3, 190:6, 192:15, 192:17, 193:18, 193:22, 193:25, 194:2, 195:10, 195:13,

195:16, 195:18, 195:20, 195:23, 195:25, 196:3, 196:13, 196:21, 197:12, 197:18, 197:21, 197:24, 198:4, 199:4, 199:18, 199:23, 199:25, 200:24, 201:1, 201:17, 202:11, 204:4
**corrections** [1] - 101:3
**correctly** [15] - 10:13, 25:17, 117:24, 118:16, 120:3, 120:7, 123:13, 123:18, 127:9, 127:24, 168:25, 173:9, 179:25, 201:12, 201:17
**correlation** [1] - 138:20
**correspondence** [1] - 144:15
**corresponding** [1] - 139:18
**counsel** [5] - 48:6, 65:8, 75:24, 169:3, 202:19
**count** [4] - 173:24, 174:3, 174:8, 174:17
**counties** [8] - 127:8, 127:20, 128:20, 162:23, 163:1, 164:7, 164:9, 164:10
**counting** [1] - 155:5
**countless** [1] - 134:25
**country** [7] - 30:6, 33:22, 34:18, 59:2, 80:20, 174:8, 175:9
**COUNTY** [1] - 1:10
**county** [3] - 134:18, 163:9, 191:24
**County** [58] - 2:2, 3:2, 17:22, 25:22, 28:17, 30:19, 48:3, 66:4, 66:7, 69:6, 72:22, 76:18, 79:24, 83:3, 83:7, 99:12, 124:9, 125:15, 125:25, 128:19, 129:22, 130:8, 130:13, 131:16, 131:18, 133:23, 133:25, 134:12, 134:17, 134:24, 135:5, 135:6, 135:22, 136:1, 136:5, 136:17, 136:19, 136:21, 140:12,

140:14, 148:9, 153:13, 162:21, 162:22, 163:10, 164:8, 166:2, 179:4, 182:17, 185:6, 191:22, 192:2, 200:5, 200:6
**County-Huntington** [1] - 179:4
**couple** [19] - 47:15, 48:11, 61:18, 63:17, 83:11, 88:9, 91:4, 95:9, 100:25, 103:21, 111:17, 119:1, 129:9, 141:5, 147:6, 160:4, 160:6, 164:20, 165:16
**course** [9] - 76:8, 119:24, 120:23, 150:12, 151:8, 172:4, 175:18, 178:18, 202:19
**court** [10] - 116:5, 118:13, 118:15, 119:6, 119:25, 120:1, 120:21, 165:14, 169:19, 189:8
**Court** [101] - 6:17, 6:18, 7:2, 7:12, 8:22, 11:7, 13:7, 14:2, 14:25, 15:8, 15:21, 18:10, 19:5, 20:18, 20:25, 21:9, 22:2, 22:19, 24:12, 26:2, 26:22, 27:16, 28:21, 29:6, 32:1, 32:13, 33:14, 33:24, 34:13, 35:8, 36:8, 36:18, 37:5, 37:23, 38:21, 39:13, 39:25, 40:16, 41:18, 41:25, 43:5, 44:1, 45:4, 45:20, 46:17, 47:7, 47:24, 49:12, 50:19, 53:4, 58:25, 59:4, 59:24, 59:25, 61:22, 66:6, 71:17, 104:24, 116:10, 116:16, 116:17, 117:7, 117:11, 118:1, 118:24, 119:13, 119:22, 120:5, 120:14, 120:15, 122:11, 122:12, 123:15, 138:14, 139:24, 147:2, 156:2, 159:14, 159:19, 159:24, 160:13, 167:12,

184:1, 184:16, 184:23, 187:3, 188:14, 189:2, 189:17, 190:12, 190:13, 194:5, 194:8, 194:11, 194:13, 194:17, 194:20, 194:24, 202:18, 204:2, 204:3
**COURT** [114] - 1:1, 1:17, 7:5, 7:15, 8:18, 9:16, 10:7, 11:12, 11:21, 12:9, 12:11, 12:14, 12:16, 19:23, 20:9, 20:12, 25:12, 26:18, 28:3, 29:19, 30:2, 30:13, 30:22, 30:24, 36:1, 39:7, 43:4, 47:23, 48:1, 48:16, 48:19, 48:24, 51:7, 54:5, 54:9, 54:15, 55:8, 56:13, 57:8, 58:8, 60:17, 61:8, 61:12, 62:8, 62:17, 62:23, 63:5, 63:8, 63:16, 63:19, 64:8, 64:11, 64:13, 64:18, 64:23, 84:13, 86:17, 89:25, 94:7, 94:10, 94:12, 101:12, 105:13, 105:19, 106:14, 106:25, 116:23, 118:19, 119:7, 119:11, 119:15, 119:18, 129:4, 129:7, 131:10, 132:10, 132:16, 132:19, 132:21, 132:23, 132:25, 133:2, 133:3, 133:4, 133:9, 133:14, 133:17, 135:11, 137:14, 138:5, 138:8, 138:13, 138:21, 140:3, 142:14, 142:17, 142:21, 142:23, 143:4, 150:18, 153:4, 153:7, 171:17, 180:9, 190:18, 195:1, 198:20, 202:1, 202:6, 202:10, 202:14, 202:20, 202:24, 203:2
**Court's** [3] - 30:10, 121:1, 123:3
**courtroom** [6] - 35:17, 35:21, 80:19, 142:21, 153:17,

155:20
**courts** [1] - 116:2
**cover** [6] - 43:20, 53:8, 164:7, 165:6, 199:7, 201:3
**covered** [6] - 17:5, 19:21, 31:2, 58:21, 143:13, 143:14
**covering** [2] - 45:10, 81:5
**covers** [4] - 83:2, 83:8, 162:4, 165:20
**COVID** [1] - 174:13
**Covington** [1] - 5:11
**Craig** [3] - 117:20, 118:9, 123:20
**create** [3] - 91:20, 93:14, 149:21
**created** [5] - 82:4, 82:24, 149:22, 156:9, 156:10
**Creates** [1] - 151:1
**creating** [1] - 148:10
**credibility** [2] - 106:15, 118:16
**credible** [1] - 123:6
**credit** [1] - 123:11
**critical** [2] - 78:24, 118:21
**criticisms** [1] - 145:2
**criticized** [2] - 122:13, 152:23
**CROSS** [2] - 65:4, 143:6
**cross** [21] - 7:8, 10:6, 10:9, 10:11, 10:12, 60:25, 61:3, 61:7, 61:8, 63:2, 63:11, 64:19, 81:22, 105:12, 105:16, 105:23, 105:25, 138:16, 140:18, 197:14, 202:7
**cross-examine** [1] - 64:19
**cross-examined** [1] - 197:14
**CRR** [2] - 6:17, 6:18
**cull** [2] - 191:16, 194:22
**culled** [1] - 104:1
**current** [3] - 76:7, 114:11, 114:12
**Custom** [5] - 184:18, 185:3, 185:22, 187:13, 188:3
**customer** [8] - 90:18, 100:6, 140:12, 140:13, 151:25, 152:8, 152:20, 185:6

**customers** [5] - 97:11, 97:21, 141:5, 183:17, 186:1
**cut** [5] - 9:16, 9:20, 190:16, 190:17, 194:12
**CVS** [13] - 25:17, 26:3, 26:25, 27:2, 27:4, 27:9, 27:19, 28:7, 28:17, 29:8, 29:10, 29:14, 31:3
**CVSs** [2] - 25:21, 26:21

## D

**daily** [1] - 77:25
**damage** [1] - 158:7
**damages** [1] - 158:5
**data** [249] - 15:13, 18:14, 18:15, 18:16, 19:8, 19:10, 28:1, 28:11, 28:12, 28:24, 34:13, 35:8, 44:6, 45:12, 45:13, 51:22, 54:3, 58:12, 59:15, 61:19, 61:24, 61:25, 62:5, 63:20, 63:21, 63:23, 64:5, 64:13, 66:18, 66:21, 67:1, 67:10, 67:13, 67:16, 67:18, 67:22, 68:1, 69:20, 69:22, 69:23, 69:25, 70:1, 70:14, 71:1, 71:5, 71:6, 71:10, 71:13, 71:16, 71:18, 71:21, 72:1, 72:4, 72:6, 73:4, 73:8, 73:10, 73:14, 73:17, 73:18, 73:21, 73:22, 73:23, 74:5, 77:5, 78:16, 79:9, 80:6, 81:5, 81:7, 81:8, 82:15, 82:23, 85:13, 86:6, 87:2, 87:5, 90:22, 91:6, 91:18, 91:20, 91:23, 91:24, 92:2, 92:4, 92:14, 92:20, 93:6, 93:11, 93:19, 94:18, 94:20, 94:21, 94:25, 95:1, 95:12, 96:10, 96:14, 97:7, 98:3, 98:12, 98:18, 98:19, 99:6, 99:20, 101:5, 101:17, 102:8, 102:22, 102:23, 103:5, 104:18, 104:19, 104:22, 104:23, 105:5, 105:6, 106:6,

106:20, 106:22, 107:6, 107:10, 107:16, 108:1, 108:2, 108:12, 109:21, 112:2, 112:7, 112:15, 112:16, 112:19, 112:21, 112:24, 112:25, 113:1, 113:7, 113:8, 113:9, 113:10, 113:11, 113:15, 114:17, 115:2, 121:20, 124:6, 124:11, 124:12, 124:19, 124:23, 124:25, 125:1, 125:2, 125:12, 125:21, 126:12, 128:3, 128:5, 134:6, 134:10, 134:22, 139:24, 140:19, 140:20, 141:1, 143:17, 143:21, 143:24, 144:8, 144:10, 144:23, 145:1, 145:3, 145:7, 145:10, 145:20, 145:24, 146:2, 146:6, 146:12, 147:8, 147:11, 147:15, 147:19, 147:22, 147:25, 148:10, 148:11, 148:14, 149:8, 149:17, 149:25, 150:3, 150:7, 152:24, 153:15, 156:11, 157:2, 159:1, 159:23, 159:25, 160:2, 163:22, 164:6, 164:11, 165:8, 166:15, 167:7, 167:8, 173:22, 173:23, 173:25, 175:20, 175:24, 176:2, 182:22, 182:23, 183:2, 183:3, 183:4, 183:13, 183:16, 183:17, 186:12, 186:13, 186:14, 188:13, 192:7, 195:10, 198:14, 199:15, 199:15, 199:24, 200:14, 200:21, 201:8, 201:12, 201:15
**database** [5] - 70:2, 70:14, 92:11, 99:21,

145:1
**dataset** [4] - 28:6, 28:10, 115:23, 145:19
**datasets** [3] - 22:15, 28:5, 144:16
**date** [3] - 152:22, 172:21, 173:12
**Date** [1] - 204:16
**dated** [1] - 150:22
**dates** [1] - 75:5
**DAVID** [2] - 1:17, 2:9
**David** [2] - 7:1, 105:20
**days** [10] - 60:20, 61:21, 69:18, 74:25, 75:3, 122:11, 160:5, 160:6, 164:21, 165:16
**DC** [6] - 2:11, 4:7, 4:14, 4:16, 5:5, 5:12
**de** [2] - 153:21, 155:18
**De** [2] - 2:4, 2:16
**DEA** [102] - 14:21, 28:5, 28:10, 31:11, 31:12, 31:13, 31:19, 31:22, 36:9, 36:13, 36:25, 38:14, 39:11, 41:16, 43:10, 64:1, 67:24, 68:1, 68:11, 69:3, 69:5, 69:9, 69:11, 70:8, 71:4, 71:14, 71:22, 72:5, 72:11, 73:4, 73:9, 74:14, 74:19, 75:19, 76:2, 76:8, 76:19, 77:6, 77:13, 77:24, 79:9, 79:14, 79:22, 79:25, 80:12, 81:12, 82:15, 86:6, 86:13, 86:21, 87:1, 87:4, 92:3, 93:20, 96:11, 97:7, 99:5, 99:6, 99:15, 99:19, 102:5, 112:12, 113:25, 114:1, 114:8, 114:11, 115:3, 143:25, 144:9, 145:8, 145:10, 145:20, 146:12, 146:24, 147:11, 147:12, 147:19, 147:20, 148:1, 148:3, 148:14, 148:17, 148:23, 149:8, 149:21, 150:2, 150:7, 150:12, 150:14, 150:22, 151:1, 151:7, 151:11, 151:13, 151:23,

152:5, 152:23, 182:25
**DEA's** [7] - 71:18, 73:13, 74:5, 74:10, 74:14, 80:7, 80:17
**deal** [5] - 7:18, 9:18, 9:24, 11:25, 12:5
**decade** [1] - 87:2
**December** [1] - 111:20
**decided** [2] - 128:2, 169:1
**deciding** [1] - 100:12
**decision** [5] - 100:16, 100:24, 117:23, 120:2, 167:15
**deck** [4] - 24:18, 84:4, 84:14, 194:22
**decline** [6] - 83:20, 157:21, 157:24, 160:17, 160:19, 160:20
**declined** [4] - 136:12, 158:24, 158:25, 198:25
**declining** [1] - 47:16
**decreased** [3] - 88:6, 158:11, 159:20
**decreasing** [3] - 87:20, 88:4, 88:6
**deemed** [1] - 174:19
**deeply** [1] - 123:18
**defeats** [1] - 10:2
**Defendant** [4] - 4:10, 5:2, 5:7, 6:2
**defendant** [8] - 18:14, 18:15, 44:6, 73:17, 73:20, 73:23, 159:25, 197:6
**defendant's** [2] - 95:6, 95:11
**defendants** [30] - 7:7, 7:10, 9:3, 9:5, 11:18, 22:16, 30:18, 45:14, 54:24, 59:25, 63:21, 72:2, 72:6, 76:17, 77:5, 78:11, 78:25, 79:22, 83:14, 87:1, 87:6, 129:18, 131:15, 145:1, 153:16, 154:22, 166:4, 170:2, 179:1, 183:18
**Defendants** [3] - 1:8, 1:14, 204:7
**defendants'** [2] - 133:22, 183:3
**defer** [1] - 48:5
**define** [1] - 111:1
**definition** [2] - 101:1, 101:19

**definitively** [2] - 113:2, 113:5
**demonstrate** [2] - 138:17, 141:1
**demonstrative** [11] - 57:6, 104:25, 107:4, 107:7, 110:6, 158:15, 187:14, 187:16, 189:1, 189:4, 189:5
**denied** [3] - 118:20, 120:20, 120:21
**denominator** [1] - 182:11
**deposed** [1] - 172:10
**deposition** [5] - 171:7, 172:17, 172:20, 172:23, 173:11
**depositions** [1] - 67:4
**describe** [4] - 51:13, 75:17, 75:24, 101:16
**described** [10] - 52:7, 64:5, 66:21, 69:10, 70:24, 94:23, 101:2, 101:3, 102:3, 115:1
**describes** [3] - 70:11, 70:19, 127:13
**description** [2] - 11:10, 64:3
**designated** [1] - 174:3
**despite** [1] - 183:21
**destroyed** [1] - 97:24
**detail** [8] - 51:20, 69:22, 70:2, 74:17, 74:20, 81:8
**details** [2] - 61:6, 67:18
**determination** [1] - 106:19
**determine** [3] - 75:8, 125:12, 126:2
**determined** [4] - 72:1, 72:14, 73:13, 114:2
**determining** [1] - 73:12
**developed** [1] - 8:24
**develops** [1] - 11:24
**dictionary** [3] - 64:1, 64:2, 92:3
**difference** [2] - 44:8, 113:8
**different** [20] - 18:21, 25:21, 28:23, 48:13, 50:5, 59:17, 75:9, 75:11, 75:12, 101:19, 118:22, 153:15, 154:19, 170:2, 178:1, 178:20, 184:24, 188:17, 189:8,

199:16
**differently** [4] - 73:19, 81:5, 88:5, 124:15
**difficulties** [1] - 174:12
**digit** [4] - 81:18, 81:19, 81:22, 165:5
**diminimous** [12] - 100:23, 101:1, 101:6, 101:17, 103:2, 103:7, 110:18, 110:25, 111:1, 111:3, 111:9, 111:12
**direct** [10] - 8:7, 8:15, 8:20, 27:15, 39:9, 39:13, 39:22, 88:15, 169:10, 189:18
**directed** [2] - 167:17, 168:20
**direction** [4] - 26:15, 128:23, 161:7
**directive** [1] - 8:1
**directly** [4] - 13:20, 120:13, 120:15, 196:20
**disaggregated** [1] - 74:22
**disagree** [1] - 69:21
**disavowed** [1] - 158:5
**disbelief** [1] - 119:24
**discern** [3] - 14:18, 27:11, 44:22
**disclose** [1] - 106:2
**disclosed** [8] - 7:7, 7:9, 9:2, 9:6, 57:6, 76:17, 106:4, 189:1
**discloses** [1] - 192:23
**disclosure** [2] - 58:7, 60:16
**disclosures** [3] - 8:25, 10:2, 79:24
**disconnect** [1] - 128:4
**Discount** [22] - 29:22, 31:4, 31:20, 32:5, 32:8, 32:16, 33:3, 33:11, 33:21, 34:4, 34:16, 34:23, 35:7, 35:10, 35:16, 36:5, 36:9, 36:13, 36:24, 37:8, 37:20, 38:13
**discovered** [1] - 122:3
**discovery** [8] - 9:7, 18:16, 28:13, 45:14, 73:11, 73:21, 75:23, 160:1
**discrepancies** [1] - 124:13
**discussed** [7] - 29:25, 156:7, 169:9,

169:12, 169:15, 185:6, 191:2
**discussing** [3] - 49:17, 185:9, 188:4
**discussion** [3] - 79:12, 107:14, 160:25
**discussions** [2] - 76:23, 148:23
**dishonestly** [1] - 120:1
**dismissed** [1] - 120:10
**dispense** [1] - 69:2
**dispensed** [1] - 183:9
**dispensers** [5] - 51:16, 53:24, 97:15, 98:5, 129:21
**dispensing** [1] - 151:18
**display** [1] - 199:24
**dispute** [1] - 30:9
**distances** [2] - 140:20, 140:23
**distilled** [1] - 9:7
**distinct** [2] - 119:25, 122:14
**distinction** [4] - 32:19, 32:22, 32:23, 145:13
**distinguish** [1] - 44:8
**distinguishing** [1] - 10:21
**distribute** [2] - 88:22, 196:21
**distributed** [22] - 21:13, 21:15, 22:24, 23:1, 27:2, 27:4, 27:9, 29:10, 29:11, 44:11, 66:7, 69:14, 81:14, 104:9, 104:10, 126:13, 141:12, 141:16, 141:22, 142:1, 146:19, 155:24
**distributing** [1] - 23:11
**distribution** [68] - 18:18, 22:5, 22:21, 28:17, 62:5, 68:14, 83:13, 83:15, 85:21, 86:6, 86:14, 87:15, 87:19, 87:24, 88:3, 88:16, 89:4, 89:15, 93:3, 93:21, 95:7, 95:11, 99:15, 102:19, 103:20, 104:12, 110:24, 113:19, 114:24, 115:25, 123:24, 125:9, 126:12,

129:19, 130:12, 131:15, 131:17, 131:19, 131:20, 132:9, 133:23, 134:5, 134:22, 135:1, 135:5, 136:18, 136:20, 137:12, 138:2, 139:2, 139:17, 140:12, 140:13, 151:17, 156:13, 156:18, 156:22, 156:23, 157:2, 158:10, 162:13, 168:10, 168:13, 169:2, 169:7, 183:13, 196:16
**Distributions** [1] - 177:11
**distributions** [3] - 35:9, 169:16, 188:21
**distributor** [41] - 16:15, 23:6, 23:24, 27:12, 29:14, 32:15, 33:2, 46:25, 76:17, 77:5, 78:11, 78:25, 79:22, 85:25, 86:25, 87:5, 95:6, 95:11, 97:18, 98:23, 100:6, 100:22, 102:3, 102:5, 113:20, 129:18, 131:14, 158:10, 161:2, 182:24, 183:8, 183:12, 186:25, 188:6, 188:18, 188:21, 189:8, 193:21, 194:2, 195:17, 197:3
**distributor's** [2] - 102:6, 158:9
**distributors** [67] - 14:14, 24:2, 26:23, 37:12, 44:3, 46:12, 46:13, 46:14, 67:23, 77:12, 79:6, 80:13, 83:14, 85:5, 86:3, 86:5, 97:14, 97:21, 98:4, 100:17, 101:23, 102:9, 113:23, 114:5, 129:13, 135:16, 146:13, 147:9, 147:16, 147:23, 150:3, 150:8, 151:24, 152:13, 152:17, 152:24, 153:12, 153:16, 154:25, 155:5, 155:19, 155:24,

157:4, 161:11, 163:1, 165:9, 165:14, 165:18, 165:23, 166:9, 166:22, 168:4, 169:17, 170:21, 186:22, 191:1, 191:7, 192:14, 192:24, 193:3, 193:4, 195:16, 195:18, 195:20, 195:23, 196:3, 196:19
**Distributors** [1] - 151:2
**distributors'** [2] - 87:15, 97:10
**DISTRICT** [3] - 1:1, 1:1, 1:17
**District** [16] - 7:2, 7:3, 116:10, 116:16, 116:17, 117:7, 117:8, 117:11, 118:24, 119:13, 120:14, 120:15, 121:1, 122:11, 122:12, 122:13
**divide** [3] - 53:19, 93:25, 125:9
**division** [1] - 181:21
**Doctor** [1] - 170:6
**doctor** [3] - 65:21, 135:14
**doctors** [4] - 129:10, 135:25, 136:22, 140:22
**Document** [1] - 9:4
**document** [33] - 54:19, 55:1, 85:1, 85:10, 89:20, 90:4, 90:5, 106:3, 107:13, 110:3, 110:14, 116:20, 117:2, 117:5, 125:19, 130:2, 132:18, 147:4, 151:7, 151:9, 162:8, 175:18, 186:16, 190:6, 190:7, 190:10, 191:14, 192:22, 193:17, 194:4, 196:9, 196:23, 198:6
**documents** [30] - 7:7, 7:11, 7:17, 7:19, 7:21, 8:6, 8:14, 8:16, 8:19, 9:6, 9:9, 9:12, 9:14, 9:17, 10:5, 10:25, 11:6, 11:9, 11:15, 11:19, 12:7, 26:11, 48:10, 105:9,

105:12, 105:16, 105:23, 125:18, 150:13, 175:19
**dollars** [2] - 184:8, 184:13
**done** [12] - 8:15, 30:6, 34:10, 55:18, 75:19, 93:24, 144:16, 155:9, 173:16, 178:13, 184:20, 184:21
**dosage** [124] - 13:15, 13:16, 13:18, 13:20, 13:22, 13:24, 14:7, 14:8, 16:18, 16:25, 17:8, 17:13, 17:25, 18:23, 19:13, 21:1, 21:3, 21:4, 21:6, 21:7, 21:13, 21:18, 21:19, 21:21, 24:6, 24:8, 24:16, 25:3, 27:1, 27:5, 27:8, 28:15, 32:7, 33:25, 34:19, 36:12, 36:24, 37:1, 37:2, 37:7, 38:7, 38:12, 38:15, 39:16, 40:9, 41:2, 41:4, 41:21, 42:11, 43:16, 45:7, 45:20, 47:4, 47:12, 49:14, 49:20, 49:23, 50:1, 50:3, 50:4, 50:20, 50:22, 51:4, 51:23, 52:3, 52:20, 53:2, 56:18, 57:2, 57:25, 58:17, 58:19, 59:2, 59:9, 60:4, 74:8, 74:15, 85:24, 88:23, 88:25, 89:2, 99:2, 99:11, 100:18, 104:9, 104:10, 104:13, 108:12, 109:13, 109:23, 110:7, 110:12, 111:19, 112:21, 113:3, 113:11, 129:23, 133:24, 134:15, 134:16, 134:18, 136:8, 136:12, 136:13, 168:11, 169:11, 169:13, 177:3, 177:6, 177:9, 179:3, 188:17, 189:9, 190:23, 192:23, 193:5, 193:7, 193:9, 193:15, 195:5, 197:4, 197:18, 197:21
**doses** [2] - 15:2, 15:3

**dots** [1] - 48:6
**double** [1] - 54:23
**double-check** [1] - 54:23
**Douglas** [1] - 4:17
**down** [52] - 9:7, 9:8, 13:10, 13:13, 13:22, 20:20, 20:22, 26:4, 26:7, 26:12, 26:15, 31:7, 39:15, 41:20, 43:14, 46:16, 47:17, 61:3, 61:6, 62:14, 69:23, 90:24, 93:6, 107:22, 108:17, 113:15, 139:8, 145:16, 152:12, 154:23, 157:15, 158:21, 160:10, 160:11, 161:7, 165:4, 166:12, 166:22, 167:23, 179:24, 179:25, 181:24, 182:2, 185:22, 193:11, 194:12, 194:22, 198:24, 199:4
**Dr** [181] - 7:5, 12:17, 12:22, 12:25, 13:3, 14:1, 14:12, 14:17, 14:23, 15:17, 16:13, 17:12, 17:21, 18:8, 18:19, 19:4, 19:21, 20:17, 21:8, 21:23, 22:11, 22:18, 23:4, 23:20, 24:19, 25:15, 25:20, 26:1, 26:21, 27:15, 28:5, 28:21, 29:5, 29:21, 31:2, 31:16, 31:24, 32:12, 32:25, 34:10, 35:6, 35:15, 36:4, 36:8, 36:18, 37:4, 37:15, 37:22, 38:7, 38:18, 39:9, 39:18, 39:22, 40:8, 40:13, 41:15, 41:24, 42:10, 43:7, 43:12, 43:20, 43:25, 44:7, 44:25, 45:3, 45:18, 46:3, 46:15, 47:1, 49:2, 49:8, 49:17, 50:7, 51:10, 51:17, 52:6, 52:10, 53:1, 54:8, 55:11, 55:13, 56:15, 57:13, 57:16, 58:11, 58:20, 60:9, 60:13, 60:19, 61:17, 61:23, 63:14, 63:17, 65:6, 65:17, 71:23, 80:9, 82:6, 83:25, 85:2, 85:12,

87:9, 88:21, 90:3, 90:9, 91:6, 94:15, 94:17, 96:1, 96:2, 96:6, 98:19, 100:4, 102:16, 102:21, 103:9, 103:11, 103:12, 103:18, 104:1, 104:21, 104:24, 105:5, 105:7, 105:16, 107:4, 107:7, 107:17, 107:20, 109:15, 110:25, 111:18, 112:3, 116:2, 116:7, 117:1, 117:5, 118:6, 119:20, 120:9, 120:25, 122:9, 122:16, 123:23, 127:3, 129:9, 131:7, 131:13, 132:1, 132:3, 132:5, 132:25, 133:12, 133:22, 135:8, 137:8, 137:19, 139:1, 140:10, 141:3, 142:21, 142:25, 143:8, 143:17, 150:20, 153:9, 154:12, 154:13, 171:4, 171:9, 171:23, 172:2, 174:23, 175:7, 177:20, 181:6, 198:21, 202:16, 202:25
**draw** [1] - 111:15
**drawing** [1] - 95:3, 166:19, 167:24
**drive** [1] - 140:23
**Drive** [1] - 6:15
**driving** [1] - 135:12
**drop** [2] - 89:3, 89:11
**dropped** [1] - 89:7, 122:7
**drove** [1] - 135:5
**drug** [7] - 46:20, 50:2, 51:17, 81:17, 151:15, 195:5
**Drug** [13] - 6:2, 39:10, 39:22, 43:8, 68:7, 72:24, 80:8, 146:14, 146:17, 159:24, 165:3, 200:1, 204:7
**DRUG** [2] - 1:7, 1:13
**drugs** [11] - 49:19, 49:23, 50:1, 81:19, 102:4, 102:5, 128:21, 128:24, 136:25, 140:18,

188:8
**drugstore** [1] - 44:4
**during** [22] - 23:23, 24:1, 39:18, 40:8, 41:21, 45:22, 49:15, 50:20, 51:15, 54:4, 55:21, 58:2, 71:3, 76:8, 84:19, 85:17, 103:16, 122:20, 153:18, 161:16, 161:18, 171:5

**E**

**early** [3] - 88:6, 100:11, 114:16
**easier** [2] - 46:4, 88:18
**East** [3] - 3:5, 3:12, 4:18
**Eastern** [2] - 127:8, 127:21
**easy** [1] - 138:11
**ECF** [1] - 105:21
**economist** [1] - 65:17
**edge** [1] - 89:9
**editorial** [1] - 195:2
**educate** [1] - 150:13
**effect** [2] - 99:7, 124:7
**Effective** [1] - 91:1
**effective** [2] - 53:17, 90:25
**effectively** [1] - 155:1
**efficiency** [1] - 123:16
**eight** [4] - 13:13, 43:15, 122:11, 193:15
**eighth** [1] - 134:12
**Eighth** [1] - 3:10
**either** [13] - 11:8, 15:16, 16:21, 23:5, 24:5, 29:13, 54:24, 59:2, 66:22, 99:24, 149:3, 163:24, 201:8
**electronic** [1] - 37:13
**eliminate** [1] - 156:5
**ELIZABETH** [1] - 6:14
**email** [6] - 89:23, 90:10, 90:12, 90:14, 90:17, 90:25
**emotion** [1] - 121:25
**empirical** [1] - 140:25
**employees** [1] - 11:20
**Encino** [1] - 3:18
**encompassed** [1] - 185:1
**encompasses** [1] - 162:24
**end** [10] - 16:6, 18:17, 19:8, 19:10, 22:10, 23:2, 27:21, 42:14,

113:22, 113:24
**ended** [1] - 100:12
**ending** [6] - 22:14, 36:13, 36:25, 38:14, 130:3, 141:7
**ends** [1] - 31:22
**Enforcement** [2] - 68:8, 72:24
**entered** [1] - 8:3
**entire** [11] - 9:14, 53:6, 53:8, 56:25, 66:16, 115:21, 115:23, 134:13, 171:5, 193:11, 201:11
**entirely** [4] - 15:15, 15:25, 95:21, 134:25
**entity** [1] - 113:19
**entries** [1] - 107:5
**entry** [2] - 13:17, 49:21
**ENU** [1] - 4:12
**envision** [1] - 11:6
**epidemiologist** [1] - 65:19
**equate** [1] - 42:15
**equations** [1] - 82:20
**equivalent** [3] - 82:12, 82:13, 177:2
**erase** [1] - 118:15
**error** [2] - 101:15, 122:3
**essentially** [1] - 50:15
**established** [1] - 110:9
**estimation** [1] - 188:20
**et** [4] - 1:7, 1:13, 204:6, 204:7
**evaluate** [1] - 124:12
**evaluation** [1] - 118:13
**evening** [1] - 202:19
**event** [2] - 123:10, 123:17
**evidence** [17] - 19:25, 20:8, 25:9, 29:17, 39:5, 47:19, 54:3, 56:11, 57:4, 58:5, 60:14, 69:13, 122:9, 153:3, 154:7, 156:18, 183:12
**evidentiary** [1] - 119:4
**exact** [4] - 122:8, 137:13, 194:19
**exactly** [8] - 50:8, 100:11, 100:24, 129:25, 137:2, 150:5, 162:3, 194:12
**exam** [1] - 30:17
**EXAMINATION** [2] -

65:4, 143:6
**examination** [9] - 8:7, 8:15, 8:20, 9:14, 10:11, 105:23, 105:25, 138:16, 189:18
**examine** [5] - 7:8, 10:6, 10:9, 10:12, 64:19
**examined** [1] - 197:14
**examining** [1] - 123:5
**example** [5] - 38:9, 60:3, 98:25, 158:13, 166:6
**examples** [1] - 30:7
**exceeded** [1] - 183:13
**Excel** [2] - 93:8, 107:18
**except** [2] - 22:9, 95:24
**exception** [1] - 88:2
**exceptions** [1] - 30:11
**exchange** [2] - 105:11, 105:15
**exclude** [4] - 167:12, 167:15, 170:22, 178:9
**excluded** [4] - 169:8, 169:9, 170:11, 178:3
**excluding** [2] - 166:23, 180:24
**exclusions** [1] - 101:3
**exercise** [2] - 19:4, 24:4
**exhibit** [17] - 14:6, 18:23, 46:18, 47:21, 55:19, 57:7, 59:17, 74:23, 105:24, 106:2, 106:7, 106:10, 106:16, 179:13, 179:21, 189:17, 193:10
**Exhibit** [45] - 13:2, 13:9, 15:9, 18:8, 20:8, 20:17, 21:8, 22:4, 23:19, 24:20, 25:9, 25:16, 25:20, 27:16, 29:17, 29:21, 33:16, 36:4, 36:6, 36:19, 37:5, 39:4, 39:10, 41:8, 41:15, 41:25, 43:1, 43:8, 45:5, 47:18, 49:2, 49:11, 51:3, 54:2, 56:10, 57:3, 58:4, 58:11, 84:3, 179:20, 187:13, 187:24, 192:19, 200:1, 200:18
**exhibits** [13] - 18:22,

29:4, 31:9, 48:14, 56:16, 60:25, 62:14, 63:3, 105:22, 105:24, 130:1, 134:2, 165:15
**existence** [1] - 152:21
**expect** [3] - 128:13, 156:16, 170:12
**expectation** [1] - 158:23
**expected** [2] - 9:8, 106:3
**expert** [34] - 54:8, 54:9, 54:13, 57:7, 65:25, 66:14, 66:25, 67:3, 76:12, 78:18, 78:20, 79:3, 79:20, 96:2, 96:7, 103:6, 104:16, 106:17, 106:19, 115:4, 116:3, 116:13, 122:17, 122:23, 130:19, 131:1, 132:23, 137:18, 154:7, 160:5, 163:4, 167:7, 187:17
**expert's** [1] - 131:7
**experts** [3] - 64:14, 123:4, 132:4
**explain** [32] - 15:8, 15:21, 18:20, 19:5, 27:16, 29:6, 32:13, 33:14, 33:24, 34:13, 36:18, 37:5, 37:23, 38:21, 39:25, 40:16, 41:25, 44:1, 45:4, 49:12, 64:11, 75:11, 98:9, 115:4, 137:8, 137:25, 190:8, 190:15, 190:20, 201:23, 202:1
**explained** [4] - 64:8, 117:11, 121:21, 136:2
**explanation** [1] - 104:18
**expressed** [1] - 64:15
**extended** [2] - 128:6, 128:7
**extent** [3] - 20:2, 62:4, 162:17
**extra** [2] - 164:7, 164:10
**extreme** [1] - 189:6
**eye** [1] - 99:17

# F

**FABER** [1] - 1:17
**Faber** [1] - 7:1

**facilities** [1] - 113:19
**facility** [2] - 102:5, 102:6
**fact** [24] - 69:22, 100:2, 112:20, 128:1, 130:22, 131:21, 133:24, 134:12, 134:15, 134:20, 134:24, 136:2, 136:4, 139:11, 139:16, 140:25, 144:3, 149:4, 156:16, 164:14, 166:23, 174:25, 190:13, 198:7
**factors** [1] - 64:3
**facts** [1] - 132:5
**fair** [6] - 70:1, 71:11, 79:21, 83:25, 185:1, 199:3
**Fair** [3] - 86:13, 170:10, 179:18
**fairly** [2] - 78:24, 201:13
**faith** [2] - 131:10, 133:4
**faithful** [1] - 120:6
**fall** [1] - 43:12
**falls** [1] - 39:14
**false** [2] - 119:3, 122:9
**familiar** [3] - 67:18, 68:19, 175:1
**Family** [29] - 29:22, 31:4, 31:20, 32:5, 32:7, 32:16, 33:2, 33:10, 33:21, 34:4, 34:16, 34:23, 35:7, 35:10, 35:16, 36:5, 36:9, 36:13, 36:24, 37:8, 37:19, 38:13, 107:24, 108:13, 109:9, 110:5, 110:24, 111:6, 112:22
**far** [10] - 18:25, 52:1, 53:7, 131:25, 132:2, 135:7, 186:3, 186:6, 191:22, 200:6
**FARRELL** [11] - 2:3, 7:6, 8:21, 10:3, 10:14, 11:2, 11:17, 12:10, 12:13, 12:15, 202:22
**Farrell** [11] - 2:4, 2:15, 7:5, 7:18, 8:8, 8:14, 8:18, 10:8, 48:10, 74:4, 202:24
**fast** [3] - 15:17, 19:18, 22:2

**fault** [1] - 10:4
**favor** [1] - 121:15
**favorably** [1] - 121:17
**FCRR** [1] - 6:18
**FDA** [3] - 64:1, 91:16, 92:5
**feature** [3] - 151:14, 151:19, 152:5
**February** [4] - 141:9, 150:23, 152:4
**Federal** [1] - 122:17
**federal** [6] - 68:8, 68:13, 68:16, 72:24, 116:2, 116:5
**few** [18] - 20:21, 20:22, 22:7, 30:7, 49:4, 61:21, 69:18, 76:21, 78:25, 114:14, 143:13, 148:4, 148:6, 148:7, 149:20, 170:17, 177:23, 179:22
**field** [8] - 50:3, 64:14, 75:9, 75:11, 92:20, 145:17, 149:11, 149:17
**fields** [1] - 145:20
**Fifth** [11] - 116:19, 119:14, 120:9, 120:10, 120:13, 120:16, 120:20, 120:25, 121:6, 121:19, 122:2
**fifth** [2] - 94:2, 94:3
**figure** [16] - 26:10, 51:24, 53:3, 74:13, 74:20, 75:14, 84:18, 89:16, 125:8, 125:9, 125:13, 159:4, 159:15, 159:19, 179:6, 180:13
**figures** [2] - 92:10, 124:8, 124:9, 132:9
**filed** [3] - 67:3, 120:12, 120:14
**files** [4] - 72:11, 74:10, 74:14, 144:10
**fill** [2] - 136:20, 192:5
**filled** [4] - 81:6, 128:15, 134:9, 140:21
**filter** [2] - 93:20, 93:22
**filtering** [1] - 93:24
**findings** [1] - 118:21
**fine** [7] - 8:5, 69:12, 71:9, 78:9, 138:11, 141:21, 150:4
**finish** [2] - 62:9, 171:9, 201:24
**finished** [1] - 13:1

**FINRA** [1] - 118:25
**Firm** [2] - 3:4, 3:7
**First** [1] - 145:15
**first** [37] - 9:12, 11:5, 13:17, 20:20, 25:24, 26:4, 31:9, 31:14, 32:4, 47:11, 52:4, 52:5, 52:18, 53:11, 54:24, 59:6, 59:15, 65:10, 73:8, 81:7, 81:17, 84:14, 94:19, 94:22, 106:5, 107:10, 114:16, 123:17, 141:25, 149:8, 152:6, 155:3, 156:19, 172:15, 175:19, 193:8
**first-hand** [1] - 73:8
**fit** [2] - 30:10, 199:24
**five** [15] - 13:12, 19:1, 26:4, 28:19, 39:15, 60:20, 71:5, 89:18, 155:24, 160:16, 169:10, 180:22, 184:8, 184:13, 194:24
**five-milligram** [1] - 19:1
**five-year** [1] - 160:16
**FL** [1] - 2:14
**flag** [1] - 55:2
**flagged** [1] - 169:25
**flagging** [12] - 62:1, 169:20, 169:23, 170:7, 170:10, 170:18, 170:25, 171:4, 171:23, 173:5, 178:2, 178:10
**flags** [2] - 11:4, 11:10
**Flaherty** [1] - 5:14
**FLAHIVE** [1] - 5:10
**flawed** [1] - 123:18
**flip** [2] - 57:13, 141:25
**flip-flopped** [1] - 57:13
**Floor** [1] - 3:5
**flopped** [1] - 57:13
**flow** [2] - 114:6, 151:15
**flows** [1] - 140:11
**fly** [1] - 157:9
**flying** [1] - 154:3
**focus** [13] - 49:18, 88:10, 103:23, 115:3, 143:11, 153:9, 161:20, 167:3, 178:11, 179:3, 179:16, 188:11, 199:11
**focused** [5] - 97:9,

97:13, 167:13, 169:15, 178:6
**focusing** [2] - 111:18, 165:20
**folder** [2] - 88:11, 186:20
**follow** [3] - 10:19, 31:9, 147:4
**following** [4] - 18:19, 30:16, 32:2, 56:7
**follows** [3] - 7:4, 140:17, 140:18
**footnote** [1] - 122:7
**FOR** [1] - 1:1
**foregoing** [1] - 204:4
**forgot** [1] - 7:8
**forgotten** [1] - 166:14
**form** [5] - 50:2, 74:17, 112:14, 113:2, 143:18
**format** [2] - 15:18
**former** [4] - 76:8, 114:1, 115:3, 149:8
**forming** [1] - 64:14
**formula** [1] - 93:8
**formulations** [1] - 50:5
**forward** [8] - 15:17, 19:18, 20:7, 22:2, 48:11, 81:9, 83:20, 158:1
**forward-seeking** [1] - 158:1
**foundation** [2] - 9:15, 131:7
**foundational** [2] - 9:9, 171:16
**four** [31] - 13:5, 13:6, 14:22, 15:1, 15:4, 21:12, 21:14, 22:5, 25:23, 25:24, 26:6, 26:21, 26:25, 27:3, 27:18, 28:25, 41:20, 50:11, 60:20, 89:18, 155:24, 155:25, 180:22, 183:20, 191:3, 191:5, 194:24, 196:9, 196:12, 197:17, 198:1
**fourth** [1] - 26:6
**fraction** [2] - 188:20, 189:11
**frame** [3] - 27:25, 29:12, 63:12
**framed** [1] - 73:19
**fraud** [2] - 116:11, 121:1
**free** [1] - 171:7
**frequency** [1] - 78:2

**frequent** [2] - 70:12, 70:23
**friends** [1] - 199:3
**front** [11] - 49:8, 125:18, 138:10, 150:20, 172:13, 172:25, 185:11, 186:24, 187:2, 192:19, 194:17
**Fruth** [36] - 13:2, 13:3, 13:8, 13:11, 13:12, 13:13, 13:18, 13:20, 13:22, 13:24, 14:14, 14:19, 14:20, 14:22, 15:1, 15:12, 16:2, 17:3, 17:5, 17:19, 17:22, 18:1, 18:13, 18:18, 19:7, 19:22, 31:3, 141:25, 142:1, 142:4, 142:6, 142:8
**Fruth's** [2] - 13:16, 14:19
**FULLER** [1] - 2:15
**Fuller** [3] - 2:4, 2:15, 54:18
**function** [1] - 151:22
**funds** [1] - 117:14

**G**

**game** [1] - 202:11
**gamesmanship** [1] - 9:22
**gaps** [1] - 145:2
**Garrett** [1] - 116:8
**gears** [2] - 48:13, 153:9
**general** [5] - 65:11, 71:12, 73:7, 85:25, 128:17
**generally** [6] - 38:12, 108:2, 158:12, 158:25, 161:3, 198:12
**Generals** [2] - 184:20, 184:25
**generate** [2] - 93:16, 173:24
**generated** [1] - 156:6
**generic** [1] - 11:10
**geographic** [6] - 30:1, 30:11, 41:11, 58:7, 83:3, 126:19
**geographical** [2] - 192:1, 200:8
**geographically** [1] - 48:3
**geographies** [1] - 174:14
**geography** [4] - 47:20,

128:6, 128:8, 162:4
**given** [9] - 53:16, 60:24, 63:2, 63:19, 96:2, 188:2, 194:5, 194:8, 197:11
**global** [1] - 157:2
**gold** [4] - 38:4, 40:7, 40:23, 42:7
**Google** [1] - 80:24
**gotcha's** [1] - 8:24
**government** [6] - 45:13, 63:25, 64:6, 78:16, 91:8, 91:24
**governmental** [1] - 28:6
**grade** [3] - 94:2, 94:3, 94:4
**grams** [1] - 82:22
**grand** [6] - 52:16, 56:3, 56:4, 56:21, 56:22, 57:23
**graph** [5] - 15:15, 15:24, 45:23, 159:3, 201:9
**graphic** [2] - 190:22, 190:25
**graphs** [3] - 191:3, 201:8, 201:12
**gray** [15] - 23:1, 23:9, 24:25, 32:17, 32:19, 32:25, 37:9, 37:15, 40:19, 42:3, 44:9, 199:11, 199:12, 199:15, 199:20
**great** [1] - 48:18
**greater** [1] - 111:8
**green** [8] - 18:25, 22:25, 23:9, 38:2, 40:7, 40:21, 42:5, 199:19
**GRETCHEN** [1] - 6:7
**grew** [1] - 136:11
**ground** [1] - 63:14
**grounds** [3] - 54:16, 119:2, 121:4
**group** [1] - 117:12
**grouping** [1] - 29:1
**groups** [1] - 46:19
**grows** [1] - 50:22
**guess** [2] - 11:11, 78:9
**Gupta** [2] - 174:23, 175:7
**guys** [3] - 10:5, 10:6, 10:8

**H**

**half** [15] - 15:2, 23:8, 50:13, 50:14, 50:24, 64:24, 66:11,

129:18, 131:14, 155:21, 171:6, 185:23, 193:6, 193:15, 199:1
**halfway** [1] - 152:12
**hand** [14] - 14:20, 32:24, 33:25, 34:19, 38:8, 41:1, 42:10, 51:12, 52:17, 53:1, 56:3, 56:21, 73:8, 132:19
**handbook** [5] - 70:11, 70:19, 70:24, 71:8, 71:12
**Handbook** [1] - 102:2
**handed** [1] - 187:11
**handled** [1] - 144:21
**hands** [1] - 147:5
**handwrite** [1] - 11:5
**happy** [3] - 54:14, 61:7, 112:2
**hard** [4] - 10:4, 50:5, 54:11, 173:24, 174:3, 174:8, 174:17
**hard-to-count** [1] - 173:24
**harder** [1] - 174:14
**HARDIN** [1] - 5:3
**harsh** [1] - 121:24
**Hawkins** [1] - 3:7
**head** [4] - 162:16, 162:23, 163:21, 165:15
**header** [1] - 150:22
**heading** [1] - 124:1
**headquarters** [1] - 149:21
**Health** [29] - 4:11, 5:2, 14:9, 14:11, 17:20, 19:8, 22:17, 27:2, 27:4, 28:13, 29:1, 29:11, 29:13, 33:19, 33:23, 38:25, 39:1, 39:3, 40:3, 44:15, 46:1, 51:16, 51:23, 53:25, 54:19, 65:13, 68:5, 135:21, 137:4
**health** [1] - 128:8
**healthcare** [4] - 126:10, 126:23, 128:2, 129:10
**hear** [1] - 30:3
**heard** [4] - 126:11, 156:6, 169:18, 174:5
**hearing** [4] - 105:14, 119:5, 122:4, 174:6
**hearings** [1] - 67:4
**height** [9] - 15:11, 35:12, 37:8, 37:9, 40:19, 42:3, 45:23,

160:15, 199:20
**heights** [8] - 23:3, 24:24, 35:11, 35:13, 40:3, 42:3, 44:12, 45:6
**held** [2] - 106:11, 107:14
**hello** [1] - 114:19
**help** [5] - 103:25, 114:1, 170:13, 176:20, 178:16
**Help** [1] - 151:2
**hesitant** [1] - 9:13
**hesitate** [1] - 91:21
**HESTER** [1] - 5:9
**high** [2] - 47:16, 167:8
**higher** [16] - 130:13, 131:16, 131:18, 131:20, 136:13, 136:18, 136:25, 140:12, 140:15, 164:22, 164:25, 174:24, 175:8, 176:22, 199:13
**highest** [3] - 89:17, 201:5
**highlight** [1] - 185:21
**highlighted** [1] - 191:5
**highly** [3] - 106:20, 112:16, 144:3
**hired** [1] - 71:20
**history** [1] - 79:17
**hit** [2] - 49:25, 132:5
**hold** [2] - 84:18, 106:11
**Home** [1] - 122:18
**Honor** [112] - 7:16, 8:1, 12:21, 18:5, 19:17, 19:24, 20:14, 25:8, 26:8, 27:24, 27:25, 29:16, 29:18, 29:23, 30:5, 30:8, 30:23, 30:25, 35:23, 35:24, 39:4, 39:6, 41:7, 41:9, 41:13, 42:25, 43:3, 46:23, 47:22, 47:25, 49:4, 51:3, 51:6, 52:24, 53:15, 54:2, 54:6, 54:17, 54:20, 54:23, 55:6, 56:10, 56:12, 57:3, 57:11, 58:4, 58:6, 60:12, 60:18, 61:1, 61:11, 61:13, 62:10, 62:12, 62:21, 63:12, 63:18, 64:10, 64:20, 65:3, 84:12, 89:24, 94:5, 94:9, 94:14, 101:7, 105:17, 106:5,

106:9, 107:3, 116:21, 129:1, 131:6, 131:9, 131:13, 131:25, 132:7, 132:13, 132:14, 133:8, 133:11, 135:7, 135:9, 137:7, 137:23, 137:24, 138:4, 138:9, 138:11, 138:18, 138:23, 142:11, 143:3, 150:17, 153:2, 153:5, 154:6, 171:2, 178:19, 180:8, 190:14, 190:17, 194:10, 194:20, 195:3, 201:22, 201:23, 202:4, 202:8, 202:13, 202:17, 203:1
**HONORABLE** [1] - 1:17
**Honorable** [1] - 7:1
**horizontally** [2] - 52:11, 55:17
**Hospital** [8] - 126:14, 126:19, 127:4, 127:5, 127:12, 127:18, 167:10, 167:12
**hospital** [3] - 127:22, 168:7, 186:6
**Hospitals** [3] - 167:5, 167:7, 167:21
**hospitals** [1] - 126:17
**hostile** [3] - 8:11, 8:22, 10:12
**hour** [2] - 64:24, 129:5
**hours** [1] - 183:21
**housekeeping** [1] - 26:8
**hub** [2] - 126:24, 128:2
**hubs** [1] - 126:10
**Hughes** [5] - 119:11, 120:16, 120:21, 121:24, 122:1
**hundred** [2] - 17:23, 125:4
**hundreds** [1] - 126:13
**hundredths** [1] - 101:5
**Huntington** [76] - 3:10, 4:1, 13:4, 25:22, 28:18, 29:24, 41:12, 48:4, 66:4, 66:8, 69:7, 72:23, 76:19, 79:24, 83:4,

83:7, 92:22, 102:24, 124:9, 125:15, 125:25, 126:9, 126:14, 127:1, 127:4, 127:5, 127:7, 127:11, 127:18, 127:19, 128:8, 128:11, 128:14, 128:16, 128:18, 128:19, 129:19, 129:23, 130:8, 130:12, 131:18, 133:23, 148:9, 153:10, 153:13, 153:17, 161:6, 162:11, 162:14, 163:9, 163:15, 163:24, 164:8, 164:12, 164:17, 165:7, 166:2, 168:14, 169:2, 171:1, 171:25, 173:7, 174:2, 174:16, 176:6, 176:21, 177:10, 179:4, 180:23, 182:17, 185:6, 192:2, 192:4, 200:9, 204:6

**HUNTINGTON** [1] - 1:4
**Huntington's** [2] - 126:22, 127:3
**Huntington-Cabell** [2] - 124:9, 177:10
**Huntington/Cabell** [1] - 68:17, 72:11, 72:12, 173:20, 175:5, 175:14, 176:2, 185:24
**Hurley** [8] - 39:10, 39:14, 39:16, 39:22, 40:3, 40:11, 41:8, 200:1
**hydro** [13] - 14:25, 15:19, 16:14, 16:15, 16:25, 17:3, 17:13, 17:15, 21:24, 45:19, 46:11, 46:23, 49:17
**hydrocodone** [108] - 14:4, 15:3, 15:12, 15:14, 15:22, 16:2, 16:8, 17:9, 17:18, 21:10, 22:19, 22:22, 22:23, 23:1, 23:2, 23:6, 23:12, 23:15, 24:1, 24:6, 24:21, 24:23, 25:2, 26:23, 27:13, 29:7, 29:9, 29:14, 32:13, 32:15,

33:2, 33:10, 33:21, 33:23, 34:11, 34:16, 34:23, 35:4, 36:20, 36:22, 37:7, 37:18, 38:4, 38:6, 38:13, 38:24, 39:2, 39:3, 39:23, 40:2, 40:18, 40:20, 40:22, 40:24, 40:25, 41:22, 42:2, 42:4, 42:6, 42:8, 42:9, 44:2, 44:3, 44:23, 46:3, 46:5, 46:9, 52:19, 52:21, 53:22, 53:24, 55:21, 56:4, 56:19, 56:22, 57:1, 83:15, 87:24, 88:3, 104:3, 104:9, 104:11, 104:13, 108:5, 109:13, 110:7, 110:12, 146:25, 153:17, 154:17, 155:19, 164:25, 168:15, 170:1, 178:6, 178:12, 179:18, 180:23, 182:17, 188:8, 189:6, 189:7, 189:12, 190:23, 191:7, 192:10, 198:13

**I**

**idea** [2] - 94:3, 178:21
**identical** [1] - 144:11
**identified** [13] - 23:17, 24:20, 26:9, 26:23, 29:7, 33:7, 36:6, 37:14, 47:1, 95:25, 115:10, 124:20, 145:21
**identifies** [1] - 127:4
**identify** [17] - 16:3, 20:17, 21:23, 23:4, 26:2, 32:25, 36:8, 45:15, 45:19, 59:1, 105:2, 169:15, 182:23, 183:4, 183:8, 183:17, 194:15
**identifying** [1] - 28:22
**illustrate** [2] - 200:16, 201:12
**impact** [8] - 96:17, 98:21, 98:22, 99:12, 101:21, 102:13, 102:15, 124:19
**impacts** [1] - 30:17
**impeachment** [5] - 106:1, 106:6,

106:10, 106:14, 107:1
**implied** [1] - 71:8, 193:1
**import** [1] - 74:21
**important** [4] - 77:3, 96:4, 123:7, 170:23
**imposing** [1] - 8:21
**impressive** [1] - 177:21
**improper** [3] - 41:10, 47:21, 137:23
**IN** [2] - 1:1, 1:18
**inability** [1] - 149:20
**inapplicable** [1] - 26:12
**Inc** [3] - 36:5, 85:16, 117:13
**include** [15] - 67:2, 95:18, 98:2, 98:6, 98:11, 100:17, 105:24, 111:19, 111:23, 114:3, 125:3, 125:6, 164:9, 167:20, 167:21
**included** [15] - 19:5, 54:8, 54:9, 81:7, 92:7, 95:24, 100:23, 103:2, 117:20, 134:10, 153:25, 160:7, 169:10, 184:19, 186:19
**includes** [7] - 9:9, 18:13, 19:7, 165:8, 165:23, 166:15, 167:7
**including** [9] - 59:11, 60:15, 121:4, 126:5, 148:24, 167:9, 178:2, 184:24, 191:4
**inclusion** [1] - 101:20
**inclusive** [1] - 52:8
**inconsistency** [1] - 112:24
**inconsistent** [2] - 123:8, 123:10
**incorporates** [1] - 170:7
**incorrectly** [1] - 101:3
**increase** [7] - 28:15, 28:16, 59:1, 60:9, 90:10, 96:21, 136:5
**increased** [7] - 28:20, 60:4, 83:15, 136:19, 136:24, 139:12, 156:24
**increases** [4] - 47:12, 60:2, 156:25, 157:9
**increasing** [5] - 59:2, 59:7, 158:16,

159:11, 159:15
**increments** [4] - 34:1, 34:21, 42:12, 50:9
**independent** [2] - 144:23, 185:5
**indicated** [1] - 37:13
**indicating** [1] - 84:7
**individual** [8] - 59:11, 69:24, 157:4, 157:6, 161:6, 161:18, 170:2, 182:21
**individually** [2] - 14:14, 14:19
**individuals** [2] - 76:16, 125:24
**industry** [1] - 112:6
**inferences** [1] - 95:3
**influenced** [1] - 135:14
**information** [16] - 63:24, 70:8, 78:20, 79:15, 80:12, 82:25, 86:20, 91:7, 91:10, 91:19, 92:7, 112:17, 115:2, 126:23, 152:13, 164:21
**informative** [1] - 167:19
**inside** [2] - 162:14, 163:16
**insisted** [1] - 62:14
**instance** [6] - 50:2, 77:10, 101:2, 114:4, 136:10, 197:17
**instances** [1] - 100:21
**instant** [1] - 77:9
**instructions** [1] - 113:25
**intend** [6] - 8:7, 9:13, 61:18, 105:16, 105:25, 154:6
**intention** [2] - 49:22, 62:21
**intentional** [1] - 121:22
**interchangeable** [2] - 73:16, 73:24
**interchangeably** [1] - 101:24
**interest** [1] - 79:17
**interested** [6] - 79:14, 79:18, 79:19, 113:15, 184:24, 197:16
**interesting** [1] - 157:21
**internal** [5] - 72:10, 73:10, 73:14, 75:20, 78:17
**internally** [3] - 99:19,

123:8, 148:17
**interpret** [1] - 126:1
**interpretation** [4] - 67:13, 115:8, 198:15, 198:17
**interrupts** [1] - 201:25
**intertwined** [1] - 131:23
**intervene** [5] - 116:17, 118:20, 119:5, 120:15, 122:12
**Intervention** [1] - 117:8
**intervention** [1] - 119:16
**introduce** [1] - 19:25
**introduced** [1] - 61:5
**introducing** [2] - 60:25, 63:3
**intuition** [1] - 165:25
**inventory** [15] - 96:17, 96:19, 96:22, 97:11, 97:18, 98:22, 98:23, 99:3, 99:8, 99:13, 99:17, 99:22, 102:13, 102:16, 113:12
**investigate** [3] - 100:2, 108:15, 183:19
**investigated** [2] - 100:10, 156:20
**investments** [1] - 117:14
**investors** [1] - 117:12
**involve** [1] - 92:2
**involved** [4] - 67:10, 92:6, 119:13, 146:3
**involving** [1] - 147:8
**ire** [1] - 8:21
**Ironically** [1] - 119:21
**ironically** [1] - 119:22
**Irpino** [1] - 3:7
**ish** [1] - 35:20
**ISIA** [1] - 5:4
**isolates** [1] - 24:22
**isolation** [1] - 111:16
**issue** [19] - 26:9, 30:6, 30:16, 30:17, 30:19, 30:21, 48:8, 54:20, 60:19, 60:22, 121:8, 121:11, 139:14, 149:14, 149:15, 149:19, 170:16, 190:20, 191:15
**issued** [8] - 96:7, 116:16, 119:16, 122:11, 131:4, 132:22, 132:24, 133:1

**issues** [5] - 48:8, 60:21, 61:4, 61:19, 63:11

**IT** [1] - 148:16

**item** [8] - 108:8, 108:9, 108:22, 109:2, 109:5, 109:12, 167:5, 168:2

**items** [2] - 93:25, 134:22

**itself** [6] - 9:6, 70:1, 92:20, 116:17, 127:13, 148:14

## J

**Jackson** [1] - 6:8
**James** [2] - 76:11, 114:14
**January** [6] - 42:14, 74:8, 74:16, 75:18, 142:2
**JASIEWICZ** [1] - 5:4
**JEFFREY** [1] - 5:13
**JENNIFER** [1] - 4:12
**job** [3] - 78:5, 78:12, 78:15
**Joe** [3] - 65:6, 76:14, 114:19
**join** [1] - 30:15
**JOSEPH** [1] - 6:4
**jousting** [1] - 101:9
**JR** [2] - 2:3, 2:15
**Juan** [2] - 2:5, 2:17
**judge** [15] - 11:17, 48:13, 118:19, 118:20, 118:22, 118:23, 118:25, 119:8, 119:11, 119:12, 119:13, 119:15, 120:16, 121:3, 121:12
**JUDGE** [1] - 1:17
**Judge** [16] - 7:2, 7:6, 10:3, 10:14, 11:2, 12:10, 48:6, 48:8, 48:18, 48:25, 51:13, 120:21, 121:24, 122:1, 159:6, 202:22
**judgment** [1] - 119:23
**judicial** [1] - 48:2
**July** [2] - 88:24, 90:9
**jump** [1] - 84:19
**June** [1] - 88:22
**jurisdiction** [2] - 78:13, 170:21
**jurisdictional** [1] - 119:2
**jurisdictions** [2] - 140:22, 170:21

## K

**KEARSE** [1] - 4:2
**Keegan** [6] - 116:8, 117:13, 117:22, 121:12, 121:14, 121:16
**Keegan's** [1] - 121:20
**keep** [5] - 83:23, 99:17, 129:2, 129:6, 148:8
**Keep** [2] - 85:9
**Keller** [7] - 130:19, 130:25, 131:4, 132:25, 137:18, 137:19, 138:5
**Keller's** [2] - 133:12, 137:8
**Kelly** [1] - 6:8
**Kentucky** [2] - 127:8, 127:21
**Kermit** [4] - 191:20, 191:22, 191:24, 192:5
**Kessler** [1] - 4:17
**kind** [10] - 12:17, 32:19, 47:8, 60:20, 95:1, 117:14, 149:2, 149:4, 149:22, 186:1
**knowing** [1] - 119:25
**knowingly** [3] - 118:2, 119:2, 122:9
**knowledge** [1] - 73:8
**knows** [4] - 85:25, 86:17, 86:22, 147:2
**KOUBA** [1] - 3:14

## L

**LA** [1] - 3:8
**label** [1] - 107:19
**labeled** [3] - 75:12, 187:13, 187:14
**labelers** [1] - 64:2
**labs** [2] - 113:24, 114:5
**Lacey** [2] - 130:19, 130:25
**lack** [2] - 58:7, 60:15
**lag** [3] - 77:20, 77:21, 148:6
**laid** [3] - 52:22, 61:25, 81:16
**language** [2] - 121:24, 122:8
**Lanier** [1] - 3:4
**large** [3] - 28:19, 149:9, 192:23
**large-scale** [1] - 149:9
**largely** [1] - 143:11

**larger** [2] - 136:6, 162:17
**last** [29] - 7:6, 7:16, 13:24, 24:18, 52:5, 66:11, 69:18, 71:22, 78:25, 95:9, 106:4, 129:17, 131:14, 138:3, 140:10, 152:1, 152:8, 152:20, 160:4, 160:6, 164:20, 165:16, 171:15, 172:6, 172:7, 174:9, 174:23, 183:20, 184:11
**lastly** [1] - 109:11
**late** [4] - 18:17, 41:2, 83:16, 103:24
**LAURA** [1] - 5:10
**Law** [3] - 3:4, 3:7, 3:12
**lawsuits** [1] - 163:1
**lawyer** [2] - 120:19
**lawyers** [6] - 66:18, 67:14, 78:22, 114:20, 197:14, 202:25
**lay** [1] - 9:8
**layout** [7] - 19:13, 24:14, 38:23, 53:21, 56:15, 57:15, 58:12
**leading** [2] - 10:15, 10:18
**learn** [1] - 166:12
**least** [18] - 13:5, 13:6, 75:7, 79:21, 81:3, 91:22, 111:15, 111:24, 116:2, 133:7, 136:18, 149:16, 164:7, 166:4, 191:5, 197:13, 199:5, 201:24
**Lee** [1] - 3:12
**left** [16] - 14:20, 32:24, 33:25, 34:19, 38:8, 41:1, 42:10, 48:15, 51:12, 52:13, 53:9, 93:24, 96:9, 142:12, 156:4, 199:13
**left-hand** [8] - 14:20, 32:24, 33:25, 34:19, 38:8, 41:1, 42:10, 51:12
**legal** [1] - 101:19
**legend** [5] - 18:24, 19:14, 24:17, 29:3, 46:21
**legitimately** [1] - 63:6
**leniency** [3] - 61:1, 62:13, 62:23

**Leon** [2] - 2:4, 2:16
**less** [7] - 15:5, 17:16, 24:9, 50:23, 70:12, 163:18, 199:1
**level** [12] - 69:23, 70:2, 118:24, 148:16, 149:21, 151:18, 158:10, 161:5, 161:10, 167:8, 169:25
**levels** [11] - 156:23, 157:14, 158:11, 158:16, 159:11, 159:20, 160:23, 161:6, 174:24
**Levin** [1] - 2:12
**LEYIMU** [1] - 4:8
**licensed** [4] - 69:3, 69:11, 182:25, 183:5
**licensing** [2] - 69:6, 69:8
**life** [1] - 88:18
**likely** [2] - 7:10, 115:23
**limit** [2] - 9:13, 164:11
**limitation** [1] - 148:8
**limited** [6] - 76:23, 95:1, 114:15, 130:24, 131:23
**Lincoln** [1] - 162:21
**LINDA** [1] - 4:5
**line** [14] - 38:2, 38:5, 40:21, 40:23, 42:5, 93:4, 106:24, 114:19, 151:14, 151:20, 164:18, 167:5, 168:2, 173:4
**lines** [8] - 23:9, 40:7, 90:15, 93:5, 93:10, 199:11, 199:12
**LinkedIn** [1] - 127:12
**liquid** [1] - 50:2
**Lisa** [2] - 6:18, 204:3
**list** [16] - 9:2, 13:6, 13:8, 26:1, 32:3, 67:2, 105:7, 105:9, 105:11, 105:15, 106:2, 106:7, 106:10, 106:17, 155:22, 167:8
**listed** [4] - 25:24, 26:3, 155:2, 193:14
**listened** [1] - 132:1
**listening** [3] - 123:2, 123:4, 123:9
**listing** [2] - 153:23, 153:25
**lists** [2] - 96:9, 105:24
**literally** [8] - 9:11, 11:5, 49:21, 67:17,

76:24, 77:14, 148:4, 171:15
**litigation** [9] - 66:15, 67:7, 72:5, 72:7, 76:8, 78:22, 135:13, 144:16, 162:25
**Litigation** [1] - 122:18
**living** [1] - 125:25
**LLC** [1] - 2:4
**locate** [1] - 104:4
**located** [3] - 127:19, 130:2, 161:13
**locations** [1] - 163:23
**lodged** [3] - 7:10, 7:23, 7:24
**Logan** [4] - 6:5, 6:12, 48:3, 162:21
**logical** [2] - 140:24, 141:1
**logically** [4] - 137:1, 140:11, 140:17, 140:18
**look** [63] - 53:15, 59:25, 83:11, 90:17, 98:17, 103:24, 104:17, 104:21, 105:18, 109:1, 109:8, 113:6, 123:15, 126:12, 126:21, 127:11, 139:21, 151:12, 153:25, 154:3, 154:14, 156:1, 160:4, 162:8, 164:17, 164:19, 172:21, 176:25, 178:8, 179:15, 185:19, 187:2, 187:8, 188:12, 189:6, 189:7, 191:14, 193:5, 193:17, 194:4, 200:1, 200:12, 201:15
**Look** [1] - 173:2
**looked** [20] - 15:23, 16:9, 18:22, 19:12, 24:22, 29:4, 69:17, 108:2, 115:6, 130:1, 137:21, 139:1, 150:12, 151:8, 153:18, 156:4, 164:20, 165:16, 190:25
**looking** [26] - 13:10, 14:6, 16:5, 27:11, 31:18, 37:25, 44:23, 60:4, 80:25, 103:12, 123:1, 130:3, 137:11, 148:9,

151:10, 164:5,
164:12, 164:24,
165:2, 178:21,
179:21, 180:12,
180:14, 189:17,
190:22, 193:8
**looks** [7] - 15:24,
42:22, 84:5, 89:7,
107:18, 108:16,
161:23
**lost** [1] - 55:10
**louder** [1] - 78:9
**low** [3] - 160:15,
201:10, 201:16
**lower** [18] - 103:21,
136:12, 164:18,
164:22, 165:1,
165:11, 165:13,
165:17, 166:18,
166:21, 176:22,
177:12, 177:14,
177:16, 177:17,
177:18, 177:19,
188:23
**lowering** [1] - 91:1
**lozenge** [1] - 50:6
**Luken** [4] - 85:16,
85:21, 86:11, 86:21
**Luken's** [1] - 85:21
**lunch** [3] - 84:19,
91:3, 114:19

## M

**Magazine** [1] - 3:7
**magnitude** [1] - 115:9
**magnitudes** [2] -
126:5, 126:6
**Mahady** [22] - 19:23,
30:22, 60:22, 61:12,
62:11, 62:13, 62:21,
64:19, 65:1, 65:6,
65:9, 84:6, 84:16,
94:12, 105:1,
105:14, 107:2,
107:12, 133:19,
137:17, 142:23,
143:13
**MAHADY** [70] - 6:4,
19:24, 20:6, 20:14,
30:23, 47:22, 55:6,
56:12, 58:6, 61:13,
64:20, 65:2, 65:5,
84:7, 84:11, 84:14,
84:17, 86:24, 89:22,
90:2, 90:5, 90:8,
94:5, 94:9, 94:14,
94:16, 105:3,
105:11, 105:15,
106:5, 106:15,

107:3, 107:15,
116:21, 116:25,
117:2, 117:4,
119:19, 127:16,
127:17, 129:1,
129:6, 129:8, 131:9,
131:13, 132:7,
132:14, 132:18,
132:20, 132:22,
132:24, 133:1,
133:11, 133:16,
133:20, 133:21,
135:9, 135:19,
135:20, 137:7,
137:24, 138:7,
138:12, 138:18,
138:23, 138:25,
140:6, 142:11,
142:16, 142:24
**Mahady's** [3] - 20:10,
61:2, 157:17
**main** [1] - 161:11
**MAINIGI** [1] - 4:12
**MAJESTRO** [1] - 2:6
**Majestro** [1] - 2:6
**majority** [13] - 16:14,
17:18, 44:22, 102:2,
102:17, 189:18,
189:20, 189:23,
195:13, 195:15,
196:2, 197:3, 198:3
**manageable** [1] -
107:17
**manual** [4] - 112:4,
112:12, 114:1, 115:2
**manufacture** [1] -
151:16
**manufacturer** [3] -
102:4, 113:20,
196:21
**manufacturers** [5] -
67:23, 98:4, 102:18,
135:16, 151:23
**map** [5] - 83:6, 162:3,
162:6, 162:8, 162:10
**March** [9] - 70:13,
70:14, 70:16, 70:17,
71:6, 71:10, 141:9,
141:17, 184:4
**MARK** [1] - 3:16
**marked** [4] - 13:2,
20:16, 39:9, 193:5
**Marker** [2] - 26:5, 26:7
**marker** [1] - 61:3
**Markers** [1] - 26:6
**market** [7] - 123:17,
177:23, 178:8,
178:14, 179:1, 179:7
**marketing** [1] - 154:18

**Mary's** [1] - 126:15
**Mason** [1] - 162:21
**match** [4] - 72:15,
144:24, 144:25,
145:23
**matched** [2] - 75:22,
113:9
**material** [5] - 89:3,
89:11, 111:14,
168:17, 169:6
**materials** [2] - 105:7,
106:18
**math** [8] - 75:25, 76:1,
76:3, 92:23, 94:2,
177:20, 181:14,
181:15
**matrix** [12] - 74:3,
74:5, 88:8, 88:12,
95:14, 103:24,
104:4, 104:12,
110:1, 124:15,
124:21, 141:3
**matter** [8] - 85:25,
97:25, 98:4, 134:8,
140:1, 140:4,
183:22, 204:5
**maximum** [2] - 90:18,
199:20
**MAY** [1] - 1:19
**MC-WV-1077** [1] -
150:20
**McCann** [175] - 7:5,
12:17, 12:22, 12:25,
13:3, 14:1, 14:12,
14:17, 14:23, 15:17,
16:13, 17:12, 17:21,
18:8, 18:19, 19:4,
19:21, 20:17, 21:8,
21:23, 22:12, 22:18,
23:4, 23:20, 24:19,
25:15, 25:20, 26:1,
26:21, 27:15, 28:5,
28:21, 29:5, 29:21,
31:2, 31:16, 31:24,
32:12, 32:25, 34:10,
35:6, 35:15, 36:4,
36:8, 36:18, 37:4,
37:16, 37:22, 38:7,
38:18, 39:9, 39:18,
39:22, 40:8, 40:13,
41:15, 41:24, 42:10,
43:7, 43:12, 43:20,
43:25, 44:7, 44:25,
45:1, 45:3, 45:18,
46:3, 46:15, 47:1,
49:2, 49:8, 49:17,
50:7, 51:10, 51:17,
52:6, 52:10, 53:1,
55:11, 55:13, 56:15,
57:13, 57:16, 58:11,

58:20, 60:9, 60:13,
60:19, 61:17, 61:23,
63:14, 63:17, 65:6,
65:17, 71:23, 80:9,
82:6, 83:25, 85:2,
85:12, 87:10, 88:21,
90:3, 90:9, 91:6,
94:15, 94:17, 96:1,
96:2, 96:6, 98:19,
100:4, 102:16,
102:21, 103:9,
103:11, 103:12,
103:18, 104:2,
104:21, 104:24,
105:16, 107:4,
107:8, 107:17,
107:20, 109:15,
110:25, 111:18,
112:3, 116:2, 116:7,
117:1, 117:5,
117:20, 118:6,
118:7, 118:9,
119:20, 119:22,
120:9, 120:25,
122:9, 122:16,
123:20, 123:23,
127:3, 129:9, 131:7,
131:13, 132:3,
132:6, 133:22,
137:19, 139:1,
140:10, 141:3,
142:21, 142:25,
143:8, 143:17,
150:20, 153:9,
154:12, 154:13,
171:9, 171:23,
172:2, 177:20,
181:6, 198:21,
202:16, 202:25
**McCann's** [9] - 54:8,
105:5, 105:7,
117:23, 123:6,
123:16, 132:1,
135:8, 171:4
**McCloud** [17] -
103:10, 103:25,
104:8, 104:9,
104:11, 104:13,
107:24, 108:13,
109:9, 109:23,
110:5, 110:8,
110:24, 111:6,
111:11, 112:22,
114:23
**MCCLURE** [1] - 6:3
**MCGINNESS** [1] - 4:2
**McKesson** [137] - 5:8,
21:14, 21:16, 21:17,
21:25, 22:6, 22:10,
22:16, 22:25, 23:5,

23:11, 23:25, 24:3,
24:15, 24:22, 24:23,
25:2, 32:16, 33:4,
33:11, 34:3, 34:11,
34:15, 34:23, 35:12,
37:9, 37:19, 38:1,
38:3, 38:8, 38:13,
40:14, 40:20, 40:22,
40:24, 41:2, 42:2,
42:6, 42:8, 42:9,
42:11, 44:8, 44:17,
44:19, 45:2, 45:8,
45:17, 45:21, 45:24,
46:4, 46:7, 46:10,
47:2, 47:9, 49:13,
49:15, 50:21, 51:4,
56:19, 56:22, 57:2,
57:14, 58:12, 58:15,
59:24, 65:13, 68:4,
69:14, 70:7, 92:18,
126:18, 129:14,
135:21, 137:4,
143:10, 143:12,
143:15, 143:20,
143:22, 143:24,
144:9, 145:3, 145:7,
145:10, 145:19,
145:25, 146:3,
146:7, 152:6,
153:11, 159:1,
159:10, 160:10,
167:25, 169:14,
170:11, 170:20,
176:12, 176:19,
177:2, 178:9,
180:13, 180:24,
182:10, 182:21,
182:24, 184:16,
185:5, 186:15,
189:19, 189:20,
189:23, 189:25,
190:2, 190:13,
192:24, 193:21,
193:24, 194:16,
194:19, 194:21,
195:12, 195:22,
195:25, 196:3,
196:19, 196:24,
197:17, 197:20,
198:1, 198:7,
198:11, 198:24,
200:14, 201:15
**McKesson's** [31] -
38:5, 40:18, 45:10,
46:20, 60:3, 158:24,
159:19, 160:8,
168:10, 168:13,
169:7, 176:14,
176:21, 177:3,
177:6, 177:9,
177:22, 179:6,

179:7, 179:11,
180:1, 180:18,
181:1, 181:3, 181:7,
181:10, 182:2,
182:16, 182:18,
182:22, 183:2
**MDL** [1] - 184:19
**mean** [9] - 50:8, 54:13,
73:3, 77:14, 80:1,
106:22, 148:4,
201:24, 202:21
**meaning** [1] - 77:11
**meaningful** [3] -
101:21, 145:2,
188:16
**means** [5] - 50:12,
72:21, 74:21, 174:5,
196:18
**meant** [5] - 77:8,
77:15, 145:22,
149:16, 201:19
**measure** [1] - 126:7
**measurement** [1] -
137:13
**meat** [1] - 79:11
**mechanical** [1] - 6:19
**mechanism** [2] - 7:13,
80:6
**medical** [4] - 65:21,
65:25, 66:3, 132:2
**Medical** [6] - 141:15,
141:17, 141:22,
171:1, 171:24, 173:6
**medications** [1] -
174:25
**meet** [2] - 65:8, 65:9
**meeting** [1] - 114:19
**meetings** [1] - 130:23
**memory** [3] - 25:16,
125:16, 163:13
**mention** [4] - 171:5,
192:14, 193:21,
194:2
**mentioned** [1] - 198:7
**mere** [1] - 119:24
**merely** [1] - 119:23
**met** [1] - 130:22
**methodologies** [7] -
137:21, 170:7,
170:10, 170:25,
171:24, 173:6,
178:11
**methodology** [4] -
62:1, 116:3, 178:2,
178:10
**methods** [2] - 123:5,
170:2
**metric** [1] - 82:9
**Miami** [5] - 85:16,
85:21, 86:11, 86:21

**Miami-Luken** [4] -
85:16, 85:21, 86:11,
86:21
**Miami-Luken's** [1] -
85:21
**MICHAEL** [2] - 2:15,
3:9
**middle** [2] - 43:14,
46:11
**midway-2017** [1] -
41:3
**might** [12] - 9:22, 9:25,
48:14, 63:3, 70:11,
81:22, 84:9, 93:5,
100:21, 154:14,
169:19, 201:21
**MILDRED** [1] - 3:3
**milligram** [4] - 19:1,
82:12, 82:13
**million** [48] - 9:6, 15:2,
15:5, 16:13, 16:24,
17:1, 17:6, 17:8,
17:14, 17:15, 17:16,
17:21, 24:8, 24:9,
24:10, 34:6, 35:1,
42:18, 42:21, 42:23,
50:10, 50:11, 59:7,
69:24, 70:4, 119:1,
121:5, 155:6,
155:15, 155:16,
168:11, 169:10,
169:13, 180:13,
180:21, 182:6,
184:7, 184:8,
184:13, 193:7,
193:9, 193:15
**mills** [1] - 183:18
**mind** [2] - 116:5,
181:16
**Mingo** [1] - 200:5
**minimis** [2] - 153:21,
155:18
**minimum** [1] - 69:5
**minority** [3] - 195:22,
197:18, 197:20
**minuses** [1] - 99:16
**minute** [4] - 48:16,
81:1, 185:16, 196:11
**minutes** [9] - 48:14,
64:24, 76:21, 114:8,
114:13, 142:18,
149:12, 179:22,
202:5
**miscellaneous** [1] -
49:5
**mischaracterizing** [2]
- 189:3, 190:7
**misled** [1] - 117:13
**misrepresentation** [1]
- 120:1

**missing** [2] - 73:22,
124:25
**Mitchell** [1] - 2:12
**MME** [35] - 13:8,
13:19, 13:21, 13:23,
13:25, 14:10, 21:1,
21:4, 21:5, 21:6,
21:7, 21:15, 21:17,
26:2, 27:2, 27:3,
27:5, 27:8, 32:3,
32:10, 36:16, 39:20,
43:18, 64:3, 82:9,
82:11, 82:14, 82:18,
82:20, 101:5, 137:9,
137:10, 137:13,
154:18, 154:19
**MMEs** [8] - 13:16,
136:3, 136:6,
139:12, 155:5,
155:6, 192:23
**moment** [2] - 156:4,
187:12
**moments** [1] - 177:23
**money** [2] - 118:14,
119:5
**monitors** [1] - 151:15
**month** [37] - 25:3,
33:25, 34:2, 34:6,
38:9, 38:15, 40:5,
40:10, 40:12, 41:2,
41:4, 42:16, 42:23,
69:19, 70:13, 70:20,
70:21, 74:25, 77:16,
77:17, 77:20, 77:21,
79:15, 79:16,
103:18, 107:11,
109:23, 110:6,
110:15, 111:2,
111:13, 111:15,
111:16, 112:25,
115:10, 115:13,
115:19
**month's** [2] - 77:17,
115:11
**monthly** [17] - 15:12,
24:24, 34:22, 40:2,
40:19, 40:22, 42:4,
42:5, 42:8, 42:11,
42:13, 45:6, 70:6,
70:10, 70:11, 77:11,
77:12
**months** [9] - 35:19,
63:13, 89:18,
111:17, 148:5,
148:6, 152:1, 152:8,
152:20
**months'** [1] - 148:7
**Morgan** [7] - 116:8,
117:13, 117:21,
121:11, 121:14,

121:16, 121:20
**morning** [17] - 7:24,
8:13, 8:17, 10:25,
11:16, 12:8, 12:9,
12:19, 12:20, 12:21,
12:22, 12:23, 65:3,
112:15, 123:23,
158:16, 202:15
**Morphine** [1] - 82:12
**morphine** [1] - 82:13
**Morris** [1] - 6:15
**Mortgage** [1] - 122:18
**most** [16] - 7:10, 22:8,
46:5, 46:8, 67:6,
68:1, 72:20, 87:12,
96:4, 98:18, 111:24,
153:21, 153:23,
167:19, 168:18,
197:23
**Most** [3] - 143:12,
155:1, 157:20
**mostly** [1] - 46:14
**motion** [3] - 118:20,
120:13, 120:15
**Motley** [5] - 2:9, 3:14,
4:3, 4:5, 4:8
**Mougey** [23] - 19:24,
28:8, 30:24, 38:10,
48:1, 48:24, 51:8,
54:10, 61:17, 61:20,
62:18, 63:6, 75:16,
95:20, 132:12,
137:15, 138:12,
157:11, 158:16,
160:7, 171:12,
176:5, 197:23
**MOUGEY** [84] - 2:12,
12:21, 12:24, 18:5,
18:7, 19:17, 19:20,
20:3, 20:7, 20:10,
20:15, 25:8, 25:14,
26:8, 26:19, 26:20,
28:4, 29:16, 29:20,
30:4, 30:25, 31:1,
35:23, 36:3, 39:4,
39:8, 41:7, 41:14,
42:25, 43:6, 46:22,
46:24, 47:18, 48:5,
48:18, 48:21, 48:25,
49:1, 49:4, 49:7,
51:3, 51:9, 54:2,
54:11, 54:17, 55:9,
56:10, 56:14, 57:3,
57:11, 57:12, 58:4,
58:10, 60:12, 60:18,
61:10, 62:10, 62:20,
62:25, 63:7, 63:9,
84:6, 84:8, 86:16,
105:1, 105:9, 106:9,
107:12, 131:6,

131:25, 132:13,
133:7, 135:7,
137:16, 138:4,
138:9, 153:5, 171:2,
172:3, 172:5,
178:17, 190:14,
194:10, 201:23
**Mougey's** [2] - 157:18,
176:17
**move** [27] - 20:4, 20:7,
20:8, 25:8, 29:16,
35:23, 39:4, 41:7,
41:15, 42:25, 47:18,
48:11, 49:2, 51:3,
54:2, 56:10, 57:3,
58:4, 60:13, 97:1,
99:22, 108:17,
123:25, 138:3,
153:2, 154:7, 201:22
**Move** [1] - 195:2
**moved** [2] - 116:17,
117:22
**moves** [1] - 99:25
**moving** [1] - 19:25
**MR** [221] - 2:3, 2:6,
2:9, 2:12, 2:15, 3:9,
3:11, 3:16, 4:17, 5:4,
5:9, 5:10, 5:13, 6:4,
7:6, 7:16, 8:21, 10:3,
10:14, 10:22, 11:2,
11:7, 11:14, 11:17,
12:7, 12:10, 12:13,
12:15, 12:21, 12:24,
18:5, 18:7, 19:17,
19:20, 19:24, 20:3,
20:6, 20:7, 20:10,
20:14, 20:15, 25:8,
25:10, 25:14, 26:8,
26:19, 26:20, 28:4,
29:16, 29:20, 30:4,
30:15, 30:23, 30:25,
31:1, 35:23, 35:25,
36:3, 39:4, 39:8,
41:7, 41:13, 41:14,
42:25, 43:2, 43:6,
46:22, 46:24, 47:18,
47:20, 47:22, 47:25,
48:5, 48:18, 48:25,
49:1, 49:4, 49:7,
51:3, 51:6, 51:9,
54:2, 54:11, 54:17,
55:6, 55:9, 56:10,
56:12, 56:14, 57:3,
57:5, 57:11, 57:12,
58:4, 58:6, 58:10,
60:12, 60:15, 60:18,
61:10, 61:13, 62:10,
62:20, 62:25, 63:7,
63:9, 64:20, 65:2,
65:5, 84:6, 84:7,

84:8, 84:11, 84:14, 84:17, 86:16, 86:24, 89:22, 90:2, 90:5, 90:8, 94:5, 94:9, 94:14, 94:16, 101:7, 105:1, 105:3, 105:9, 105:11, 105:15, 105:17, 105:20, 106:5, 106:9, 106:15, 107:3, 107:12, 107:15, 116:21, 116:25, 117:2, 117:4, 119:19, 127:16, 127:17, 129:1, 129:6, 129:8, 131:6, 131:9, 131:13, 131:25, 132:7, 132:13, 132:14, 132:18, 132:20, 132:22, 132:24, 133:1, 133:7, 133:11, 133:16, 133:20, 133:21, 135:7, 135:9, 135:19, 135:20, 137:7, 137:16, 137:24, 138:4, 138:7, 138:9, 138:12, 138:18, 138:23, 138:25, 140:6, 142:11, 142:16, 142:24, 143:3, 143:5, 143:7, 150:17, 150:19, 153:2, 153:5, 153:8, 154:6, 154:11, 171:2, 171:12, 171:19, 171:21, 172:3, 172:4, 172:5, 172:7, 172:9, 178:17, 178:18, 178:23, 178:24, 180:7, 180:11, 190:14, 190:17, 191:8, 194:10, 195:3, 195:4, 198:18, 198:22, 201:22, 201:23, 202:4, 202:22
**MS** [27] - 3:3, 3:6, 3:14, 4:2, 4:5, 4:8, 4:12, 4:12, 4:15, 5:3, 5:10, 6:3, 6:7, 6:14, 27:24, 29:18, 29:23, 30:9, 35:24, 39:6, 41:9, 54:6, 55:2, 202:8, 202:12, 202:17, 203:1
**Mt** [3] - 3:15, 4:4, 4:9
**multiple** [1] - 130:22

**multiplied** [1] - 50:11
**must** [3] - 105:24, 197:15, 197:16

### N

**name** [5] - 65:6, 143:10, 172:25, 193:3, 193:4
**names** [1] - 126:16
**narrow** [3] - 30:11, 165:4, 166:21
**narrowed** [4] - 49:18, 113:14, 165:6, 193:10
**narrowing** [1] - 115:1
**nation** [5] - 59:6, 92:22, 131:21, 134:13, 175:13
**national** [17] - 38:2, 38:5, 39:2, 79:5, 124:8, 130:14, 131:16, 133:25, 147:8, 161:10, 173:18, 176:2, 176:6, 176:22, 177:14, 177:18
**nationally** [4] - 40:6, 40:25, 51:15, 175:5
**nationwide** [2] - 56:17, 93:21
**natural** [1] - 129:1
**nature** [1] - 104:19
**NDC** [5] - 64:1, 75:7, 75:13, 92:3, 146:7
**near** [1] - 185:22
**nearest** [2] - 186:3, 186:6
**nearly** [5] - 69:24, 78:14, 134:18, 144:24, 144:25
**need** [19] - 9:14, 9:17, 9:24, 10:1, 10:19, 11:24, 11:25, 12:4, 30:20, 61:5, 61:15, 62:6, 63:15, 65:25, 89:9, 106:12, 117:16, 155:10
**needed** [1] - 49:5
**needs** [2] - 7:13, 66:3
**negate** [1] - 112:20
**negative** [5] - 96:18, 98:22, 99:12, 108:19, 110:15
**negatives** [1] - 100:21
**net** [1] - 128:23
**never** [7] - 66:18, 71:1, 112:6, 112:7, 148:23, 165:24, 166:3

**new** [6] - 143:12, 151:13, 151:19, 152:5, 152:12, 182:9
**New** [4] - 3:5, 3:8, 122:13, 151:1
**newly** [1] - 151:22
**news** [2] - 79:5, 174:6
**next** [15] - 14:17, 20:21, 29:21, 31:24, 48:11, 85:8, 107:23, 109:1, 109:4, 118:18, 121:12, 152:11, 154:24, 186:11, 187:21
**nice** [1] - 65:8
**Nicholas** [3] - 7:15, 11:13, 12:6
**NICHOLAS** [6] - 6:11, 7:16, 10:22, 11:7, 11:14, 12:7
**night** [3] - 7:6, 7:17, 106:4
**Ninth** [1] - 4:6
**non** [5] - 10:15, 10:18, 127:5, 174:25, 180:18
**non-leading** [1] - 10:15
**non-opioids** [1] - 174:25
**non-party** [1] - 10:18
**non-profit** [1] - 127:5
**non-V.A** [1] - 180:18
**None** [2] - 189:1, 190:5
**none** [6] - 66:25, 67:9, 76:24, 76:25, 166:9
**noon** [4] - 64:21, 64:23, 64:25, 94:7
**north** [1] - 168:11
**not-for-profit** [1] - 127:18
**notch** [4] - 83:18, 139:5, 139:17, 139:18
**note** [3] - 20:1, 29:23, 133:11
**noted** [2] - 20:12, 112:1
**nothing** [4] - 8:8, 30:23, 167:6
**notice** [1] - 48:2
**noting** [1] - 55:4
**November** [2] - 110:12, 117:21
**Number** [2] - 53:21, 87:9
**number** [56] - 14:2, 14:22, 16:18, 17:22, 20:22, 20:23, 24:6,

25:1, 25:4, 31:10, 31:11, 31:12, 31:22, 34:22, 36:9, 36:13, 36:25, 37:4, 37:22, 38:14, 39:11, 43:16, 45:20, 50:17, 53:18, 62:14, 69:10, 74:11, 74:12, 74:18, 76:7, 84:15, 88:11, 93:25, 99:5, 99:6, 126:3, 129:25, 130:1, 130:5, 151:24, 152:7, 152:18, 153:20, 178:5, 179:16, 179:25, 180:20, 180:21, 182:3, 182:8, 192:23, 194:19, 194:21, 196:15
**numbers** [35] - 16:21, 26:9, 26:12, 26:14, 26:16, 27:12, 31:13, 31:19, 36:6, 41:16, 43:10, 53:11, 59:7, 69:18, 74:11, 74:22, 85:21, 93:23, 105:4, 157:8, 157:12, 165:11, 165:12, 165:13, 166:17, 166:21, 175:11, 176:5, 190:11, 190:12, 194:22, 197:23, 197:24, 198:16, 201:15
**numerator** [1] - 182:11
**NW** [6] - 2:10, 4:6, 4:13, 4:15, 5:5, 5:12
**NY** [1] - 3:5

### O

**oath** [1] - 120:6
**object** [3] - 9:3, 30:20, 62:7
**objecting** [2] - 62:11, 62:21
**objection** [32] - 20:2, 25:10, 25:12, 27:25, 29:25, 30:2, 35:25, 41:11, 47:20, 47:22, 51:6, 54:6, 54:16, 56:12, 57:5, 57:6, 57:8, 58:6, 58:8, 101:4, 101:8, 105:18, 107:1, 131:6, 133:15, 135:7, 137:14, 153:4, 153:6, 171:20, 195:1, 202:20

**Objection** [2] - 86:16, 171:2
**objections** [20] - 7:11, 7:14, 7:23, 20:11, 20:12, 29:18, 30:5, 35:24, 36:2, 39:6, 41:9, 43:2, 43:4, 47:23, 55:6, 60:14, 60:15, 101:9
**obligations** [1] - 202:23
**obscure** [1] - 120:2
**obtained** [4] - 91:7
**obviously** [7] - 8:16, 9:25, 30:17, 51:20, 60:24, 86:12, 131:22
**occasions** [2] - 114:15, 130:23
**occupy** [1] - 184:5
**occur** [1] - 171:8
**occurring** [1] - 76:22
**October** [15] - 89:7, 89:12, 104:4, 104:11, 104:23, 108:5, 108:14, 108:21, 109:9, 109:11, 109:23, 110:6, 110:24, 111:7, 112:21
**OF** [2] - 1:1, 1:4
**offered** [3] - 129:17, 136:3, 149:3
**office** [3] - 149:18, 163:8, 172:24
**offices** [1] - 149:9
**Official** [2] - 204:2, 204:3
**offset** [2] - 100:13, 100:18
**offsets** [1] - 110:1
**offsetting** [1] - 115:14
**often** [1] - 144:22
**Ohio** [2] - 127:9, 127:22
**omit** [4] - 168:18, 168:21, 169:1, 194:17
**omitted** [4] - 194:4, 194:8, 194:11, 194:23
**on-line** [2] - 151:14, 151:20
**Once** [1] - 93:5
**once** [4] - 81:24, 81:25, 157:14, 171:5
**one** [99] - 15:2, 17:11, 17:12, 19:12, 20:21, 20:23, 24:18, 26:4, 26:6, 31:6, 31:7, 31:8, 31:9, 31:21,

32:5, 32:21, 34:15, 34:25, 35:17, 35:20, 36:7, 41:17, 41:18, 43:11, 48:7, 48:8, 50:4, 50:13, 54:17, 58:11, 62:6, 62:9, 69:5, 72:4, 79:1, 81:9, 81:24, 84:7, 86:7, 86:13, 89:20, 91:22, 91:25, 93:4, 93:10, 99:4, 101:4, 103:21, 113:21, 115:10, 115:13, 116:5, 117:22, 120:6, 130:1, 133:12, 135:16, 138:3, 138:9, 138:10, 139:21, 149:23, 150:16, 155:25, 156:8, 158:3, 159:7, 165:3, 166:4, 169:8, 175:19, 178:19, 178:20, 179:13, 180:6, 180:22, 188:3, 188:12, 188:13, 189:20, 191:4, 191:10, 193:2, 194:14, 195:13, 195:17, 197:9, 201:8, 202:4, 202:17
**One** [3] - 5:11, 105:4, 166:15
**ones** [8] - 9:17, 64:15, 103:19, 148:24, 149:6, 155:7, 162:1, 187:22
**opened** [1] - 127:7
**opening** [4] - 89:21, 133:13, 156:7, 156:8
**opine** [1] - 132:6
**Opinion** [1] - 117:8
**opinion** [14] - 10:2, 104:17, 116:16, 117:8, 119:14, 119:16, 120:14, 121:6, 122:12, 122:20, 123:1, 123:21, 135:16, 160:2
**opinions** [12] - 64:15, 65:15, 113:2, 123:12, 129:17, 131:24, 132:8, 135:1, 135:8, 136:3, 197:11, 197:15
**opioid** [14] - 67:2, 67:6, 72:5, 77:24, 78:22, 100:4, 126:6,

128:12, 128:15, 133:24, 134:13, 139:24, 158:25, 184:9
**Opioid** [1] - 188:6
**Opioids** [1] - 151:2
**opioids** [21] - 49:15, 66:1, 66:7, 76:18, 81:14, 97:11, 99:16, 99:22, 114:6, 129:22, 136:16, 136:19, 139:12, 146:3, 153:12, 174:25, 184:2, 186:9, 196:19, 196:20
**opportunity** [3] - 60:24, 63:2, 137:19
**opposed** [1] - 37:14
**orange** [1] - 137:12
**order** [4] - 9:12, 120:9, 122:12, 171:3
**ordered** [3] - 194:11, 194:13, 194:21
**ordering** [1] - 156:21
**orders** [1] - 170:1
**organized** [2] - 32:1, 59:5
**orient** [1] - 180:12
**originally** [1] - 194:8
**Orleans** [1] - 3:8
**ought** [1] - 62:9
**output** [1] - 93:16
**outside** [18] - 28:5, 28:10, 29:24, 30:19, 35:21, 41:12, 44:16, 44:19, 79:19, 128:18, 128:20, 132:2, 132:5, 135:7, 162:11, 163:15, 163:23, 183:23
**over-supply** [1] - 66:11
**Over-Supplying** [1] - 151:2
**overall** [6] - 99:8, 115:11, 115:12, 175:4, 184:1, 186:8
**overlaid** [5] - 33:20, 33:21, 34:17, 38:25, 40:4
**overlap** [1] - 78:16
**overrule** [1] - 107:1
**overruled** [1] - 135:11
**Overruled** [3] - 86:17, 171:17, 190:18
**overseeing** [1] - 68:16
**overstatement** [1] - 110:23
**overwhelming** [2] -

16:14, 17:18
**overwhelms** [1] - 78:8
**own** [5] - 11:19, 11:20, 102:19, 119:5, 168:20
**oxy** [19] - 14:3, 14:25, 15:19, 15:20, 16:13, 16:14, 16:25, 17:2, 17:13, 17:14, 17:18, 21:24, 45:19, 46:23, 46:25, 49:17, 53:5, 59:14
**Oxycodone** [2] - 51:18, 188:8
**oxycodone** [80] - 15:15, 15:20, 16:1, 16:4, 16:8, 17:9, 18:12, 18:21, 19:3, 19:6, 19:13, 21:10, 22:5, 22:8, 22:9, 22:20, 23:20, 24:7, 24:15, 26:23, 27:13, 27:18, 27:20, 28:7, 28:17, 28:23, 28:25, 35:9, 35:16, 36:20, 36:21, 41:22, 45:3, 45:16, 45:24, 46:16, 47:4, 47:9, 51:15, 51:22, 52:3, 52:18, 57:21, 57:24, 58:2, 58:12, 58:15, 58:17, 59:23, 60:4, 74:9, 74:15, 83:15, 87:20, 88:16, 88:21, 89:5, 90:11, 90:23, 99:1, 99:11, 141:12, 141:16, 141:22, 142:1, 146:25, 153:17, 154:15, 154:17, 155:18, 168:14, 170:1, 178:6, 178:11, 179:18, 180:23, 182:16, 190:23, 191:7, 192:10

**P**

**P-1200** [1] - 2:7
**P-43225** [2] - 88:13, 104:2
**P-44711** [5] - 84:3, 84:18, 130:3, 147:3, 156:10
**P-44747** [2] - 185:11, 187:24
**P-44747-003** [1] - 187:19
**P-44747-004** [1] - 187:21

**P-44754** [1] - 103:11
**P-44758** [2] - 85:2, 85:7
**P-44759** [1] - 194:7
**p.m** [3] - 106:2, 142:20, 203:4
**P.O** [2] - 5:14, 6:8
**PA** [3] - 6:6, 6:13, 6:15
**packet** [17] - 25:18, 31:5, 31:17, 35:7, 103:10, 185:11, 186:18, 186:19, 186:24, 187:2, 187:4, 187:13, 188:2, 191:17, 193:11, 200:13, 200:17
**packets** [3] - 13:1, 14:1, 31:25
**page** [59] - 14:17, 18:19, 20:5, 20:19, 20:21, 22:1, 24:18, 25:24, 26:9, 26:12, 26:14, 26:16, 27:17, 30:8, 31:9, 31:14, 31:18, 35:8, 37:6, 39:13, 42:1, 43:13, 46:17, 47:5, 52:18, 53:11, 55:3, 58:18, 64:2, 85:4, 85:8, 105:3, 107:23, 118:18, 127:12, 130:3, 141:6, 141:25, 153:23, 154:24, 155:4, 172:15, 172:25, 175:19, 179:13, 185:19, 185:20, 185:23, 186:11, 187:18, 187:21, 189:16, 192:9, 193:1, 193:5, 193:8, 194:18, 199:9, 201:4
**pages** [12] - 22:2, 31:16, 54:13, 147:6, 179:13, 186:19, 187:16, 187:23, 193:10, 193:12, 194:12, 199:8
**Pages** [5] - 147:15, 187:13, 187:15, 187:23, 194:7
**paid** [1] - 148:24
**pain** [2] - 175:8, 175:13
**panel** [1] - 14:6
**Papantonio** [1] - 2:12
**papers** [1] - 84:10
**Paragraph** [1] - 105:18
**paragraph** [8] - 105:22, 105:23, 119:20, 119:21, 123:2, 150:25, 151:13, 152:11
**parameters** [1] - 146:20
**Park** [3] - 141:15, 141:17, 141:22
**part** [14] - 62:9, 110:16, 122:5, 134:22, 135:13, 144:8, 152:13, 154:7, 162:14,

37:13, 37:22, 37:24, 38:22, 39:22, 40:1, 40:14, 40:17, 41:24, 43:13, 43:21, 43:25, 44:1, 44:23, 45:5, 45:9, 45:15, 45:18, 46:15, 47:1, 47:3, 49:11, 51:13, 52:6, 53:21, 55:13, 56:24, 85:10, 87:8, 103:12, 105:21, 117:3, 118:6, 118:7, 123:1, 123:15, 147:7, 147:16, 147:22, 154:5, 156:3, 156:10, 158:14, 160:14, 162:8, 164:4, 167:23, 173:2, 175:23, 176:25, 178:15, 179:20, 180:15, 186:11, 187:3, 189:18, 193:17, 193:20, 193:24, 196:23, 197:20, 198:6, 199:9, 199:10, 200:12, 200:13, 200:17, 200:21, 200:22
**pages** [12] - 22:2, 31:16, 54:13, 147:6, 179:13, 186:19, 187:16, 187:23, 193:10, 193:12, 194:12, 199:8
**Pages** [5] - 147:15, 187:13, 187:15, 187:23, 194:7
**paid** [1] - 148:24
**pain** [2] - 175:8, 175:13
**panel** [1] - 14:6
**Papantonio** [1] - 2:12
**papers** [1] - 84:10
**Paragraph** [1] - 105:18
**paragraph** [8] - 105:22, 105:23, 119:20, 119:21, 123:2, 150:25, 151:13, 152:11
**parameters** [1] - 146:20
**Park** [3] - 141:15, 141:17, 141:22
**part** [14] - 62:9, 110:16, 122:5, 134:22, 135:13, 144:8, 152:13, 154:7, 162:14,

171:11, 179:4,
184:5, 188:2, 200:12
**partially** [1] - 162:24
**particular** [10] - 27:17,
54:7, 55:4, 55:22,
81:8, 151:25, 152:7,
152:19, 190:22,
190:24
**particularly** [1] - 68:19
**parties** [9] - 35:17,
35:20, 35:21,
105:24, 135:15,
171:2, 171:11,
184:21, 184:24
**parties'** [2] - 61:25,
105:21
**parts** [5] - 164:9,
174:2, 174:7,
174:16, 175:8
**party** [9] - 8:23, 10:15,
10:17, 10:18, 10:20,
35:21, 118:14,
120:18, 122:3
**past** [3] - 144:16,
158:5, 174:6
**patience** [1] - 48:12
**patient** [1] - 192:4
**patients** [4] - 127:7,
127:20, 140:21,
140:23
**pattern** [5] - 59:10,
199:12, 201:11,
201:16
**PAUL** [2] - 2:3, 5:9
**Paul** [1] - 143:10
**Pause** [1] - 142:22
**PDMP** [1] - 140:19
**peak** [5] - 83:16,
87:22, 87:24, 139:3,
139:12
**peaked** [2] - 134:25,
135:1
**peaking** [3] - 59:8,
60:7, 134:17
**PEARL** [1] - 3:6
**pending** [1] - 163:1
**Pensacola** [1] - 2:14
**people** [8] - 76:8,
114:8, 114:11,
128:7, 128:17,
128:19, 148:17,
148:24
**per** [48] - 16:17, 16:21,
16:25, 17:5, 17:9,
17:22, 17:25, 25:3,
33:25, 34:2, 34:5,
34:6, 38:9, 38:15,
38:16, 40:9, 41:2,

41:4, 42:16, 42:19,
42:20, 42:23, 84:1,
92:7, 125:8, 126:5,
126:6, 129:18,
130:6, 130:11,
131:15, 133:22,
134:13, 140:15,
173:17, 173:18,
174:15, 175:3,
175:11, 175:20,
175:24, 176:11,
176:14, 176:21,
177:3, 177:6, 177:9
**percent** [28] - 60:11,
63:23, 64:5, 72:18,
78:15, 98:7, 115:12,
125:4, 155:1,
155:25, 160:17,
160:20, 160:21,
163:18, 168:13,
169:2, 177:17,
177:19, 181:18,
182:12, 182:14,
182:19, 188:22,
189:13, 189:15,
199:1
**percentage** [14] -
28:14, 28:16, 53:16,
60:10, 96:13,
110:19, 157:9,
160:16, 181:2,
181:8, 181:16,
181:17, 182:9
**percentages** [1] - 59:1
**perfect** [5] - 78:5,
78:12, 78:15,
144:24, 144:25
**perfectly** [1] - 72:15
**perform** [3] - 170:25,
171:23, 173:5
**performed** [2] - 83:25,
92:23
**perhaps** [6] - 10:3,
70:10, 81:4, 102:19,
115:10, 149:12
**period** [55] - 14:4,
16:4, 18:13, 19:7,
19:9, 23:23, 24:2,
25:7, 27:21, 29:10,
39:18, 39:19, 41:21,
42:21, 42:24, 43:20,
43:23, 44:4, 44:5,
45:9, 45:12, 45:22,
46:4, 49:15, 50:21,
51:16, 52:25, 53:6,
53:8, 54:4, 57:1,
57:24, 58:2, 58:15,
59:16, 63:21, 70:11,
71:4, 72:23, 83:8,
85:17, 87:18, 88:17,

103:25, 115:22,
137:13, 153:18,
156:24, 158:23,
161:8, 161:16,
161:19, 165:6, 199:5
**periods** [6] - 16:7,
22:11, 22:14, 40:8,
63:22, 81:5
**permission** [2] -
106:7, 137:7
**permit** [1] - 133:18
**person** [1] - 96:4
**personally** [1] -
128:17
**perspective** [3] -
100:22, 101:17,
175:16
**persuasive** [1] - 123:6
**PETER** [1] - 2:12
**petition** [1] - 120:16
**Pharmaceuticals** [1] -
188:18
**Pharmacies** [16] -
13:4, 13:8, 14:21,
14:22, 15:1, 15:13,
16:2, 17:3, 18:13,
18:18, 19:7, 19:22,
24:5, 24:15, 24:24,
141:25
**pharmacies** [74] -
14:3, 14:7, 15:4,
16:18, 17:4, 17:7,
20:18, 21:2, 21:12,
21:14, 22:6, 26:3,
26:25, 27:3, 27:19,
28:25, 30:19, 31:2,
31:4, 32:4, 33:23,
34:17, 38:4, 38:6,
39:3, 40:6, 40:22,
40:24, 41:19, 42:7,
42:9, 68:17, 68:21,
68:23, 69:6, 69:15,
93:7, 102:23,
124:20, 128:15,
145:11, 145:15,
145:16, 154:24,
157:6, 161:6,
161:13, 161:15,
161:23, 165:21,
165:23, 166:2,
166:22, 167:4,
167:13, 167:14,
167:21, 169:12,
169:16, 170:20,
177:5, 177:7,
177:11, 182:22,
184:15, 185:23,
190:24, 194:15,
194:20, 196:6,
196:9, 196:12,

196:15, 198:2
**pharmacies'** [1] -
161:18
**pharmacist** [2] -
65:23, 132:2
**pharmacy** [57] - 12:25,
14:1, 20:1, 24:18,
29:24, 31:17, 31:24,
36:21, 38:2, 38:24,
39:1, 40:19, 40:21,
42:3, 42:5, 68:19,
69:2, 86:1, 86:3,
86:8, 92:21, 93:3,
93:12, 99:10, 99:11,
100:6, 102:10,
103:9, 112:25,
115:19, 115:21,
115:22, 145:6,
145:17, 145:20,
145:21, 145:23,
149:25, 150:3,
161:5, 161:10,
182:24, 183:5,
183:17, 185:5,
185:12, 190:24,
191:1, 191:7, 192:5,
192:12, 192:15,
192:25, 196:2,
199:6, 200:9
**Pharmacy** [65] - 13:3,
13:11, 13:12, 13:13,
13:18, 14:14, 25:17,
29:22, 31:5, 31:20,
32:5, 32:6, 32:8,
32:16, 33:3, 33:11,
33:21, 34:4, 34:16,
34:23, 35:7, 35:10,
35:16, 36:5, 36:9,
36:13, 36:25, 37:8,
38:14, 39:10, 74:8,
74:16, 85:2, 85:17,
88:17, 88:22, 89:5,
103:10, 103:25,
104:10, 104:13,
107:24, 108:13,
109:9, 109:24,
110:5, 110:8,
110:24, 111:6,
111:11, 112:23,
114:23, 141:16,
141:17, 141:22,
166:7, 166:10,
166:12, 183:6,
184:18, 185:3,
188:3, 191:18
**pharmacy's** [1] -
100:22
**phase** [4] - 61:18,
62:6, 62:7, 171:4
**Phase** [1] - 61:25

**Philadelphia** [2] - 6:6,
6:13
**phrase** [3] - 61:2,
77:7, 138:21
**physical** [1] - 163:23
**picked** [3] - 23:14,
198:7, 198:11
**picks** [1] - 19:9
**picture** [3] - 86:7,
86:10, 86:14
**piece** [1] - 93:1
**Pierce** [1] - 89:22
**PIFKO** [1] - 3:16
**pill** [5] - 50:5, 72:21,
75:9, 166:4, 183:18
**pills** [10] - 17:5, 19:3,
29:2, 75:15, 75:17,
114:2, 136:11,
136:12, 136:13,
183:8
**pin** [1] - 61:2
**pink** [2] - 19:16,
136:10
**pins** [1] - 30:4
**pivot** [1] - 94:17
**place** [4] - 55:10,
91:25, 180:21, 202:3
**places** [1] - 173:24
**plaintiff** [2] - 66:17,
127:2
**Plaintiff** [6] - 1:5, 1:11,
2:2, 3:2, 4:1, 22:3
**plaintiffs** [25] - 7:17,
20:7, 25:8, 29:16,
39:4, 41:7, 42:25,
47:18, 51:3, 54:2,
56:10, 57:3, 58:4,
61:15, 62:2, 89:21,
103:16, 106:23,
122:24, 131:1,
131:5, 133:12,
140:7, 148:24, 158:4
**Plaintiffs** [3] - 35:23,
60:13, 204:6
**plaintiffs'** [5] - 67:14,
76:12, 78:22,
114:20, 130:19
**Plaintiffs'** [21] - 13:2,
15:9, 18:8, 20:16,
21:8, 23:19, 24:20,
25:15, 25:20, 27:16,
29:21, 33:15, 36:6,
36:19, 37:4, 39:10,
41:15, 43:7, 45:5,
49:2, 84:3
**plan** [1] - 7:12
**plea** [2] - 64:23, 94:7
**Pleasant** [3] - 3:15,
4:4, 4:9
**pleasure** [1] - 64:12

**plot** [1] - 201:7
**plotted** [1] - 201:12
**plow** [1] - 63:15
**plus** [2] - 44:4, 96:21
**Plus** [3] - 166:7, 166:10, 166:12
**pluses** [1] - 99:16
**PMP** [1] - 140:19
**point** [33] - 11:17, 13:7, 26:13, 41:18, 48:17, 61:13, 62:15, 63:9, 63:10, 63:15, 77:3, 81:9, 85:17, 86:13, 89:14, 94:6, 107:13, 120:24, 121:17, 129:2, 151:16, 151:17, 152:24, 155:3, 157:14, 163:7, 166:15, 170:14, 170:23, 171:8, 190:10, 192:11, 192:22
**pointed** [3] - 32:18, 61:11, 190:5
**policy** [4] - 79:17, 79:18, 112:9, 112:11
**Polster** [1] - 48:9
**Ponc** [1] - 2:4
**Ponce** [1] - 2:16
**poorly** [1] - 123:12
**populated** [1] - 50:3
**population** [11] - 16:24, 17:23, 92:10, 125:9, 125:13, 125:20, 126:4, 126:7, 128:5, 128:6
**portion** [4] - 41:11, 189:25, 190:2, 198:3
**portions** [1] - 55:4
**posed** [1] - 132:11
**position** [1] - 62:17
**positive** [1] - 102:15
**possession** [2] - 71:18, 71:22
**possible** [1] - 125:23
**possibly** [1] - 11:1
**post-2018** [1] - 23:14
**poster** [1] - 178:13
**posting** [1] - 151:1
**Powell** [1] - 2:6
**powerful** [1] - 136:16
**PR** [2] - 2:5, 2:17
**practice** [2] - 66:14, 70:22
**practiced** [1] - 112:6
**practitioner** [1] - 182:25
**pre** [1] - 9:2
**pre-disclosed** [1] - 9:2

**preceding** [1] - 14:12
**precise** [1] - 170:24
**precisely** [3] - 74:11, 120:12, 201:18
**predominant** [1] - 44:16
**prefix** [1] - 162:18
**preliminary** [1] - 61:4
**prepare** [1] - 146:24
**prepared** [4] - 74:5, 82:7, 87:9, 191:17
**preparing** [1] - 109:16
**prescribed** [3] - 133:25, 134:15, 134:18
**prescribing** [14] - 131:22, 134:4, 134:13, 134:24, 135:5, 138:1, 139:11, 139:14, 139:18, 139:20, 140:14, 140:15, 156:14, 156:19
**prescription** [10] - 65:25, 66:6, 134:9, 146:3, 174:24, 175:4, 183:10, 192:6, 196:18, 196:20
**prescriptions** [22] - 128:12, 128:15, 128:21, 129:10, 129:15, 134:6, 134:8, 135:22, 135:25, 136:5, 136:6, 136:16, 136:21, 136:23, 136:24, 136:25, 137:3, 137:9, 140:21, 183:14, 186:9
**presence** [1] - 118:15
**present** [5] - 139:23, 155:19, 162:6, 165:14, 189:8
**presentation** [3] - 41:12, 133:13, 194:9
**presented** [10] - 91:23, 121:12, 134:3, 134:10, 134:21, 167:11, 167:25, 187:3, 193:12, 194:24
**presenting** [1] - 198:14
**preserved** [6] - 25:11, 25:12, 30:3, 30:16, 30:18, 43:4
**preserving** [1] - 27:24
**press** [4] - 48:17,

64:25, 151:10, 151:11
**presume** [1] - 11:3
**pretty** [11] - 43:14, 67:14, 80:23, 83:20, 94:6, 124:2, 137:24, 148:19, 157:12, 163:12, 168:17
**prevalent** [1] - 136:14
**previous** [12] - 14:1, 14:23, 15:13, 24:4, 24:22, 29:4, 33:20, 34:15, 55:19, 77:17, 134:20, 145:14
**previously** [3] - 25:13, 32:4, 57:10
**prove** [1] - 10:8
**primarily** [8] - 29:10, 29:11, 33:4, 64:5, 66:14, 97:15, 113:17, 114:16
**primary** [5] - 23:5, 29:14, 68:13, 68:22, 68:25
**printout** [3] - 107:18, 178:15, 178:16
**problem** [1] - 138:13
**proceed** [3] - 15:7, 106:8, 143:3
**proceeding** [1] - 12:25
**proceedings** [2] - 119:9, 204:5
**Proceedings** [3] - 6:19, 48:23, 142:20
**PROCEEDINGS** [1] - 7:1
**process** [4] - 70:20, 91:6, 94:21, 115:1
**processed** [1] - 104:22
**processing** [1] - 94:23
**Proctor** [1] - 2:12
**produce** [2] - 148:6, 160:2
**produced** [18] - 6:19, 18:16, 19:8, 28:11, 28:13, 54:21, 72:2, 72:5, 72:6, 73:9, 73:11, 73:21, 75:22, 82:15, 96:10, 148:6, 159:25, 200:20
**producing** [1] - 149:12
**product** [5] - 90:19, 100:17, 102:9, 102:14, 115:15
**products** [2] - 90:11, 126:14
**professional** [1] - 132:2
**profit** [2] - 127:5,

127:18
**progressed** [2] - 136:7, 136:17
**progressively** [1] - 136:6
**project** [3] - 183:23, 183:25, 184:9
**prolong** [2] - 11:8
**prominent** [2] - 18:25, 104:7
**proportion** [1] - 27:12
**proportional** [1] - 60:2
**prospective** [3] - 151:25, 152:8, 152:19
**provide** [5] - 8:14, 87:5, 137:22, 150:7, 152:12
**provided** [8] - 54:19, 78:16, 79:9, 85:20, 107:18, 145:3, 148:1, 187:8
**public** [8] - 79:17, 79:18, 80:15, 81:10, 146:18, 147:19, 149:24, 159:23
**publicly** [10] - 63:25, 82:25, 127:12, 146:13, 146:18, 146:23, 147:11, 147:25, 148:3, 156:11
**publish** [2] - 117:2, 127:1
**Published** [1] - 81:10
**published** [6] - 54:21, 80:12, 81:3, 81:7, 81:9
**publishing** [1] - 81:12
**pull** [11] - 43:7, 82:4, 83:6, 84:4, 85:6, 88:8, 104:24, 107:4, 116:20, 127:16, 141:3
**pulled** [4] - 88:18, 91:10, 91:18, 91:19
**purchased** [1] - 98:8
**purchasing** [2] - 90:23, 91:1
**purple** [2] - 19:2, 19:16
**purpose** [5] - 10:2, 10:4, 10:16, 99:21, 100:3
**purposes** [2] - 64:20, 106:1
**pursuant** [1] - 26:15
**Put** [1] - 84:24
**put** [27] - 11:1, 11:18,

12:3, 61:2, 136:9, 138:5, 138:10, 147:3, 150:20, 150:21, 154:5, 156:3, 172:13, 172:22, 175:18, 176:17, 178:13, 179:20, 185:16, 187:12, 188:1, 194:6, 196:8, 197:23, 199:7, 199:9, 200:20
**Putnam** [1] - 162:22
**putting** [1] - 30:4

## Q

**quantify** [1] - 160:14
**quantities** [2] - 146:6, 153:21
**quantity** [8] - 81:14, 108:6, 108:19, 108:21, 109:2, 109:4, 109:12, 110:15
**quarter** [2] - 35:1, 81:20
**quarterly** [5] - 80:7, 81:13, 82:5, 82:7, 148:5
**quarters** [1] - 168:17
**queries** [1] - 149:4
**Quest** [2] - 188:18, 188:23
**questioned** [1] - 161:22
**questioning** [7] - 74:3, 103:16, 106:8, 106:24, 131:23, 157:19, 172:23
**questions** [28] - 10:15, 62:4, 62:6, 63:17, 65:11, 65:12, 88:9, 115:16, 129:9, 132:1, 138:21, 142:25, 143:11, 157:18, 157:20, 157:22, 157:23, 173:18, 176:17, 177:22, 178:1, 183:19, 183:20, 190:10, 192:8, 198:16, 198:19
**quick** [3] - 77:3, 80:23, 129:3
**quickest** [1] - 181:6
**quickly** [8] - 24:13, 50:10, 80:23, 124:2, 141:6, 155:6, 155:11, 173:2

**quit** [1] - 94:8
**quite** [6] - 54:22, 60:11, 111:25, 115:9, 124:22, 153:21
**quote** [1] - 113:15

## R

**Rafalski** [5] - 76:11, 76:23, 78:4, 78:10, 114:14
**Rafalski's** [2] - 170:6, 170:8
**Rafferty** [1] - 2:12
**raise** [2] - 61:3, 61:18
**raised** [3] - 60:22, 60:23, 62:11
**ranked** [1] - 134:12
**Rannazzisi** [6] - 76:14, 76:24, 78:4, 78:10, 78:21, 114:19
**rate** [6] - 82:22, 177:9, 177:12, 177:14, 177:16, 177:18
**rates** [13] - 140:14, 140:15, 156:13, 156:14, 156:18, 156:19, 173:18, 175:4, 176:3, 176:15, 176:21, 176:22, 176:23
**rather** [2] - 62:16, 139:8
**ratio** [1] - 162:13
**re** [3] - 100:5, 115:15, 122:17
**re-acquired** [2] - 100:5, 115:15
**reach** [3] - 111:1, 201:5, 201:6
**reached** [2] - 101:22, 131:4
**read** [17] - 70:18, 71:12, 79:2, 79:3, 90:4, 90:13, 117:23, 118:16, 119:21, 120:3, 120:6, 123:13, 123:18, 127:9, 127:24, 173:3, 173:9
**reading** [2] - 90:14, 192:11
**reads** [2] - 93:11, 105:23
**ready** [1] - 201:22
**real** [10] - 70:8, 70:9, 76:19, 76:20, 77:2, 77:3, 77:6, 77:7, 77:14

**real-time** [9] - 70:8, 70:9, 76:19, 76:20, 77:2, 77:6, 77:7, 77:14
**really** [11] - 15:24, 73:16, 76:1, 77:20, 93:22, 100:23, 115:9, 141:5, 167:3, 198:13, 198:16
**reason** [11] - 8:10, 61:20, 64:25, 74:13, 97:9, 100:11, 104:7, 137:10, 172:19, 176:14, 202:2
**reasonable** [3] - 9:21, 12:1
**reasonably** [2] - 11:3, 64:14
**reasons** [3] - 25:13, 57:9, 169:9
**rebuttal** [1] - 106:1
**receipts** [2] - 102:18
**receive** [5] - 90:19, 128:8, 128:11, 164:15, 164:16
**received** [4] - 26:25, 27:3, 45:14, 93:19, 94:19, 97:7, 98:8, 102:4, 102:10, 102:14, 115:3, 129:21, 148:4, 149:8
**receives** [1] - 146:13
**receiving** [1] - 102:5
**recent** [1] - 67:6
**recently** [2] - 112:13, 112:14
**recess** [4] - 48:19, 94:10, 142:17, 202:14
**Recess** [3] - 48:22, 94:11, 142:19
**recessed** [1] - 203:4
**recognize** [8] - 82:6, 96:6, 108:1, 135:17, 178:25, 187:11, 187:15, 187:16
**recognized** [1] - 98:1
**recognizing** [1] - 27:25
**recollection** [12] - 100:20, 111:23, 117:15, 149:7, 149:10, 158:22, 159:5, 160:12, 161:4, 161:9, 161:17, 176:10
**record** [19] - 20:13, 26:13, 28:3, 30:3, 47:23, 54:15, 55:5, 57:9, 58:9, 90:5,

107:14, 145:22, 160:9, 169:15, 169:20, 191:12, 192:11, 201:20, 204:5
**recorded** [2] - 6:19, 102:9
**recording** [1] - 102:3
**records** [6] - 72:10, 72:15, 73:13, 75:21, 115:18, 148:7
**red** [12] - 15:11, 15:16, 15:25, 27:19, 32:16, 33:5, 35:12, 37:10, 40:4, 44:14, 45:7, 46:1
**redirect** [2] - 61:16, 63:5
**reduction** [5] - 96:19, 97:10, 97:17, 99:2, 111:9
**Reed** [2] - 6:4, 6:11
**refer** [1] - 74:2
**reference** [6] - 151:19, 169:18, 176:11, 176:14, 186:22, 186:25
**referral** [2] - 127:6, 127:19
**referred** [2] - 44:20, 69:8
**referring** [11] - 18:15, 45:11, 67:5, 78:15, 101:8, 113:16, 113:17, 123:20, 154:13, 155:21, 169:22
**refers** [1] - 173:23
**reflect** [16] - 15:11, 37:11, 40:19, 42:4, 45:7, 45:8, 45:24, 59:11, 73:11, 97:14, 98:3, 98:17, 98:18, 114:6, 115:17
**reflected** [13] - 22:25, 23:2, 24:24, 40:3, 44:12, 74:23, 78:18, 102:23, 114:23, 134:2, 138:15, 183:13, 201:9
**reflecting** [1] - 99:12
**reflects** [8] - 37:9, 40:21, 42:5, 73:9, 99:2, 110:15, 115:20, 130:6
**refresh** [2] - 46:23, 117:15
**refreshing** [1] - 117:16
**refused** [3] - 87:4, 150:2, 150:7

**regarding** [10] - 44:2, 49:12, 103:10, 145:8, 145:11, 145:24, 146:2, 146:6, 146:7, 147:15
**region** [1] - 126:19
**regional** [5] - 126:10, 126:23, 127:5, 127:19, 128:2
**regionally** [1] - 127:23
**registered** [2] - 69:9, 151:23
**registrant** [3] - 14:21, 69:10, 102:5
**registrants** [1] - 99:17
**regulation** [3] - 68:12, 68:19, 68:21
**regulator** [6] - 68:8, 68:13, 68:16, 68:22, 69:1, 72:24
**regulators** [1] - 68:10
**reinstated** [1] - 121:5
**reiterate** [1] - 41:10
**rejects** [1] - 118:15
**relate** [2] - 67:6, 96:14
**related** [6] - 66:14, 67:3, 131:22, 135:17, 139:22, 174:12
**relates** [5] - 62:1, 67:12, 68:14, 79:21, 103:19
**relating** [1] - 143:12
**relationship** [1] - 156:21
**relative** [4] - 111:3, 111:13, 136:12, 200:5
**relatively** [1] - 45:25
**release** [1] - 151:10
**releases** [1] - 151:11
**relevant** [2] - 48:4, 198:13
**reliable** [10] - 72:2, 73:13, 73:15, 73:25, 106:20, 112:17, 118:3, 123:6, 144:1, 144:3
**reliance** [2] - 105:7, 106:18
**relied** [7] - 64:14, 103:6, 108:12, 113:2, 143:17, 143:21, 143:25
**relief** [1] - 158:1
**relies** [1] - 170:6
**rely** [1] - 9:9
**remain** [1] - 89:12
**remaining** [2] - 28:6, 89:18

**remarkable** [1] - 177:20
**remember** [14] - 133:14, 150:5, 150:9, 159:9, 159:12, 159:14, 159:16, 168:19, 169:1, 172:21, 173:12, 175:17, 177:23, 188:13
**remind** [1] - 202:18
**remove** [3] - 182:2, 182:17, 194:22
**removed** [2] - 48:3, 193:10
**rendered** [1] - 121:14
**repeat** [1] - 105:13
**repeatedly** [5] - 106:12, 106:18, 131:13, 131:17, 132:9
**Report** [2] - 29:22, 31:20
**report** [35] - 54:8, 54:9, 54:13, 57:7, 67:23, 78:18, 78:20, 81:16, 96:2, 96:7, 103:6, 106:18, 112:7, 115:4, 131:4, 131:7, 131:8, 131:12, 132:8, 132:20, 137:8, 137:21, 145:2, 148:5, 149:11, 154:1, 154:8, 160:5, 167:7, 170:6, 178:14, 179:1, 181:12, 181:19, 187:17
**reported** [28] - 70:15, 71:7, 71:10, 72:23, 74:24, 74:25, 77:9, 77:15, 77:18, 80:1, 80:3, 80:12, 113:21, 143:24, 144:9, 145:1, 145:7, 145:10, 145:16, 145:19, 145:24, 146:2, 146:23, 167:6, 175:8, 204:9
**REPORTER** [4] - 105:13, 105:19, 133:3, 140:3
**Reporter** [6] - 6:17, 6:18, 204:3, 204:12
**reporting** [13] - 77:5, 77:13, 77:23, 77:24, 78:2, 78:6, 78:12, 79:22, 113:19, 147:11, 151:14,

151:15, 151:20
**Reports** [5] - 80:9,
146:14, 146:17,
159:24, 165:4
**reports** [15] - 67:3,
79:3, 80:7, 80:15,
80:17, 81:3, 81:13,
82:5, 82:7, 147:13,
149:11, 149:22,
149:24, 167:3, 170:8
**represent** [4] - 35:10,
35:11, 65:6, 143:10
**representation** [2] -
136:24, 155:11
**represented** [1] -
136:11
**request** [7] - 8:13,
10:24, 90:11, 106:7,
137:7, 171:13,
202:17
**requested** [1] - 149:11
**require** [1] - 175:13
**required** [1] - 93:10
**rescheduling** [1] -
198:13
**reservations** [1] -
123:11
**reserve** [5] - 25:13,
47:24, 51:7, 57:9,
58:9
**reserving** [1] - 36:1
**reside** [1] - 128:7
**resident** [2] - 129:22,
134:17
**residents** [3] - 127:23,
174:24, 175:7
**resolve** [1] - 7:14
**Resource** [1] - 151:1
**respect** [3] - 67:16,
100:24, 121:25
**respectfully** [1] - 10:3
**respond** [1] - 10:22
**responding** [1] -
90:15
**response** [2] - 157:17,
157:18
**rest** [3] - 46:1, 171:9,
193:17
**result** [1] - 97:17
**resulted** [1] - 114:2
**results** [4] - 97:17,
103:1, 118:2, 124:14
**resume** [3] - 12:17,
94:13, 172:22
**resumed** [2] - 48:23,
142:20
**retail** [10] - 93:7,
151:18, 167:4,
167:13, 169:11,
169:16, 170:19,

177:5, 177:6, 177:11
**Retail** [5] - 80:8,
146:14, 146:17,
159:24, 165:3
**retained** [4] - 66:17,
67:14, 78:22, 131:1
**return** [6] - 23:19,
45:18, 98:12, 98:14,
109:12, 109:22
**returned** [10] - 100:5,
102:14, 108:13,
110:8, 110:12,
111:19, 112:5,
112:22, 113:11,
115:19
**returning** [2] - 100:17,
113:3
**returns** [9] - 102:23,
103:5, 109:8,
109:16, 109:20,
115:14, 115:22,
125:3, 125:6
**revenue** [1] - 184:8
**revenues** [1] - 144:11
**reverse** [2] - 113:23,
114:4
**reversed** [1] - 121:3
**review** [1] - 31:25,
80:21, 102:21,
103:1, 124:18,
137:20, 137:22,
170:8, 182:22,
183:2, 183:16
**reviewed** [1] - 17:17,
22:21, 23:23, 24:12,
57:16, 70:14, 78:19,
134:23, 137:21,
153:15, 170:15
**reviewing** [2] - 14:17,
170:5
**revisit** [1] - 61:15
**Reynolds** [3] - 155:4,
185:17, 185:21
**rhetorically** [1] - 73:18
**Rice** [5] - 2:9, 3:14,
4:3, 4:5, 4:8
**right-hand** [4] - 52:17,
53:1, 56:3, 56:21
**rightfully** [1] - 11:18
**rise** [2] - 134:16, 139:2
**rising** [1] - 136:4
**risk** [2] - 8:21, 118:13
**Rite** [44] - 19:19,
20:16, 20:18, 20:20,
21:1, 21:3, 21:4,
21:5, 21:6, 21:12,
21:13, 21:15, 21:25,
22:5, 22:22, 22:23,
22:24, 23:6, 23:12,
23:15, 24:3, 24:5,

24:7, 24:15, 24:18,
24:24, 25:2, 31:3,
196:5, 196:9,
196:12, 196:16,
196:24, 197:3,
197:6, 197:11,
197:14, 197:17,
197:24, 197:25,
198:4, 198:8, 198:23
**Rite-Aid** [15] - 196:5,
196:9, 196:12,
196:16, 196:24,
197:3, 197:6,
197:11, 197:14,
197:24, 197:25,
198:4, 198:8, 198:23
**Rite-Aids** [1] - 197:17
**RMR** [2] - 6:17, 6:18
**ROBERT** [1] - 6:11
**ROBERTSON** [1] - 3:6
**role** [1] - 126:23
**room** [1] - 63:6
**rough** [1] - 188:20
**roughly** [11] - 15:14,
38:9, 40:8, 42:15,
42:21, 47:8, 60:10,
97:19, 137:12,
153:22, 189:11
**rounding** [2] - 101:15,
182:13
**rounds** [1] - 181:24
**row** [9] - 52:12, 55:23,
56:25, 59:5, 59:6,
59:12, 60:5, 109:1,
109:4
**Row** [1] - 107:22,
108:5, 109:11
**rows** [14] - 13:10,
13:12, 13:13, 20:20,
20:21, 20:22, 26:4,
26:7, 36:11, 36:12,
39:15, 43:15, 56:8,
59:10
**RPR** [1] - 6:18
**RPR-RMR-CRR-**
**FCRR** [1] - 6:18
**RUBY** [1] - 4:17
**Ruby** [1] - 4:17
**Rule** [1] - 10:14
**ruled** [4] - 28:1, 30:5,
48:9, 120:17
**rules** [4] - 10:13,
10:19, 106:11,
106:12
**ruling** [10] - 11:22,
25:11, 25:13, 36:1,
39:7, 47:24, 51:7,
57:9, 58:9, 60:17
**rulings** [1] - 30:10
**run** [3] - 157:21,

157:22
**run-up** [3] - 157:21,
157:22
**runs** [3] - 18:17,
19:10, 162:20

---

## S

**s\Ayme** [1] - 204:11
**s\Lisa** [1] - 204:11
**SafeScript** [27] - 74:7,
74:15, 85:1, 85:5,
85:17, 85:22, 85:24,
86:11, 86:12, 86:13,
86:15, 86:19, 86:22,
87:15, 87:20, 88:3,
88:17, 88:22, 89:5,
89:16, 90:10, 90:14,
90:15, 141:6,
141:13, 141:19
**SafeScript's** [6] -
87:19, 87:4, 89:14,
89:23, 90:23, 91:1
**sale** [1] - 151:18
**sales** [4] - 145:8,
145:15, 145:23,
145:25
**Salgado** [2] - 54:5,
202:10
**SALGADO** [14] - 4:15,
27:24, 29:18, 29:23,
30:9, 35:24, 39:6,
41:9, 54:6, 55:2,
202:8, 202:12,
202:17, 203:1
**San** [2] - 2:5, 2:17
**sat** [2] - 120:16,
131:25
**saw** [6] - 15:13, 33:19,
55:15, 136:8, 139:2,
151:9
**SC** [3] - 3:15, 4:4, 4:9
**scale** [21] - 33:24,
34:1, 34:19, 34:20,
38:7, 41:1, 42:10,
42:12, 50:12, 149:9,
166:19, 199:16,
199:18, 199:22,
200:16, 201:1,
201:2, 201:3, 201:7,
201:14
**scheme** [2] - 19:15,
29:3
**Schmidt** [10] - 30:13,
32:18, 143:4,
143:10, 171:7,
172:3, 190:16,
194:14, 201:25,
202:3
**SCHMIDT** [40] - 5:9,

157:22
**run-up** [3] - 157:21,
157:22

25:10, 30:15, 35:25,
41:13, 43:2, 47:20,
47:25, 51:6, 57:5,
60:15, 101:7, 143:3,
143:5, 143:7,
150:17, 150:19,
153:2, 153:8, 154:6,
154:11, 171:12,
171:19, 171:21,
172:4, 172:7, 172:9,
178:18, 178:23,
178:24, 180:7,
180:11, 190:17,
191:8, 195:3, 195:4,
198:18, 198:22,
201:22, 202:4
**scope** [11] - 30:1,
30:11, 41:11, 58:7,
79:19, 132:3, 132:5,
135:8, 183:23,
183:24, 183:25
**scratch** [2] - 67:15,
67:17
**screen** [20] - 13:2,
57:18, 59:19, 85:6,
104:1, 150:21,
154:16, 159:4,
165:12, 172:14,
175:19, 175:23,
180:15, 185:17,
187:12, 188:1,
194:7, 196:8,
199:10, 200:21
**screens** [1] - 149:9
**screwed** [1] - 59:19
**Script** [5] - 184:18,
185:3, 185:22,
187:13, 188:3
**search** [2] - 80:24,
85:1
**second** [21] - 19:18,
23:8, 31:8, 32:5,
52:22, 56:25, 58:18,
59:12, 60:5, 96:13,
105:4, 106:6,
145:15, 147:5,
150:25, 151:13,
176:20, 185:19,
190:15, 192:9
**section** [1] - 118:8
**sections** [2] - 14:12,
136:10
**Securities** [1] - 122:18
**securities** [2] - 77:15,
118:24
**security** [2] - 66:15,
77:10
**see** [106] - 13:10,
13:12, 13:13, 18:25,
19:9, 19:15, 27:19,

32:22, 34:1, 50:9,
55:5, 58:25, 59:6,
59:10, 60:1, 62:18,
64:24, 81:5, 83:18,
89:11, 90:7, 96:18,
96:21, 97:1, 102:8,
102:22, 104:17,
107:7, 107:20,
108:18, 109:21,
124:7, 124:13,
124:19, 126:4,
126:13, 126:22,
127:12, 130:5,
132:12, 133:18,
138:20, 139:17,
140:20, 140:21,
142:12, 150:21,
150:23, 151:3,
151:19, 152:2,
152:15, 153:22,
154:15, 154:20,
154:23, 155:11,
155:13, 156:5,
160:18, 160:23,
162:10, 162:17,
162:18, 168:7,
168:10, 171:19,
172:13, 172:16,
172:25, 179:4,
180:21, 185:22,
186:13, 187:7,
187:9, 187:18,
187:21, 188:3,
188:4, 188:6, 188:8,
188:16, 188:18,
191:17, 191:20,
192:12, 193:2,
193:5, 193:8, 195:5,
195:8, 195:12,
196:23, 196:25,
197:2, 199:11,
200:13, 200:21,
201:10, 201:11,
201:16, 202:7,
202:16, 203:2
**seeing** [3] - 63:10,
89:8, 144:15
**seeking** [1] - 158:1
**seem** [1] - 115:19
**segments** [1] - 44:12
**select** [1] - 36:23
**self** [4] - 22:24, 27:9,
29:10, 196:16
**self-distributed** [3] -
22:24, 27:9, 29:10
**self-distribution** [1] -
196:16
**sellers** [1] - 165:9
**selling** [1] - 145:11
**sending** [1] - 8:6

**SENIOR** [1] - 1:17
**Senior** [1] - 7:2
**Sensabaugh** [1] - 5:14
**sense** [3] - 26:17,
184:1, 184:23
**sent** [4] - 7:17, 7:18,
79:15, 90:10
**separate** [9] - 31:16,
62:2, 67:9, 115:16,
122:12, 122:14,
124:10, 124:11,
167:5
**separated** [2] - 26:14,
62:8
**separately** [1] - 124:5
**September** [8] - 89:3,
89:6, 89:8, 89:11,
104:10, 172:11,
172:14
**sequence** [1] - 11:5
**series** [5] - 29:5, 31:2,
31:24, 48:13, 132:4
**serious** [1] - 123:11
**serve** [1] - 186:1
**serves** [1] - 25:16
**Service** [1] - 173:23
**serviced** [2] - 42:7,
85:16
**servicing** [3] - 85:22,
86:8, 86:11
**set** [5] - 9:7, 54:7,
56:1, 64:3, 90:18
**sets** [1] - 52:16
**setted** [1] - 93:6
**seven** [4] - 43:14,
50:4, 67:2, 67:5
**seventh** [1] - 94:4
**several** [2] - 19:18,
48:8
**SHANNON** [1] - 6:3
**share** [17] - 86:6,
150:2, 154:18,
177:23, 178:8,
178:14, 179:1,
179:7, 179:11,
180:1, 181:2, 181:3,
182:2, 182:16,
195:25, 198:8,
198:11
**shared** [2] - 76:16,
86:20
**sharing** [1] - 152:24
**shift** [2] - 23:9, 48:13
**ship** [2] - 86:1, 99:1
**shipment** [12] - 16:15,
24:23, 34:3, 34:4,
37:18, 97:17, 97:20,
99:4, 100:22,
139:24, 145:21,
156:2

**shipments** [116] -
14:13, 15:12, 16:4,
18:12, 19:6, 21:10,
23:15, 24:14, 24:21,
24:23, 25:2, 27:18,
28:7, 28:25, 29:8,
32:15, 33:2, 33:10,
33:19, 33:20, 33:22,
34:16, 34:17, 34:22,
35:11, 35:12, 35:13,
35:14, 35:16, 36:20,
37:9, 37:10, 37:11,
37:25, 38:1, 38:3,
38:5, 38:24, 38:25,
39:1, 39:3, 39:23,
40:2, 40:5, 40:6,
40:18, 40:20, 40:21,
40:24, 42:2, 42:4,
42:6, 42:8, 44:2,
44:3, 44:13, 44:15,
45:7, 45:8, 45:10,
45:22, 45:24, 45:25,
46:19, 46:20, 47:9,
49:13, 51:15, 51:23,
53:4, 55:20, 59:24,
60:3, 70:21, 76:18,
76:22, 77:13, 77:18,
80:2, 80:3, 81:19,
93:6, 93:11, 93:23,
97:14, 98:3, 100:2,
100:5, 111:6,
111:11, 113:22,
113:23, 115:11,
115:12, 126:6,
158:24, 158:25,
160:8, 163:23,
167:4, 167:20,
170:19, 180:18,
182:18, 182:19,
182:23, 183:4,
186:15, 188:6,
190:23, 191:6,
194:16, 196:2,
197:25, 198:3,
198:25
**shipped** [39] - 16:2,
27:12, 28:23, 29:9,
37:7, 40:22, 40:25,
42:9, 46:6, 49:15,
52:3, 56:19, 59:14,
68:17, 72:10, 72:12,
72:22, 74:15, 75:1,
75:3, 75:5, 75:18,
77:9, 79:23, 97:11,
100:18, 108:6,
108:19, 108:21,
109:2, 109:5,
109:12, 126:17,
126:18, 153:12,
166:3, 180:23,
183:9, 194:19

**shipping** [5] - 40:10,
85:24, 86:3, 86:22,
199:6
**ships** [1] - 99:11
**shoot** [1] - 201:8
**short** [1] - 9:16
**shortly** [1] - 148:1
**show** [41] - 9:1, 9:11,
10:18, 28:3, 54:15,
66:11, 81:23, 84:6,
89:20, 93:20, 95:6,
95:10, 96:1, 97:10,
101:15, 102:14,
112:2, 113:3,
115:14, 115:19,
116:20, 122:16,
131:3, 131:11,
133:5, 133:10,
137:8, 137:10,
138:3, 138:16,
138:19, 147:6,
150:16, 158:14,
159:7, 162:3,
176:25, 182:9, 187:9
**showed** [17] - 66:10,
85:15, 92:6, 93:16,
112:21, 156:2,
158:15, 159:6,
160:13, 170:13,
184:16, 186:12,
189:2, 189:17,
190:5, 190:10, 199:8
**showing** [8] - 102:9,
108:19, 137:12,
138:22, 158:16,
159:6, 159:11, 179:1
**shown** [10] - 36:2,
47:23, 57:8, 58:8,
110:4, 159:9,
159:10, 159:12,
188:14, 200:13
**shows** [26] - 69:20,
69:23, 71:21, 74:20,
83:13, 85:5, 87:12,
87:18, 96:13, 96:17,
96:19, 96:21, 97:20,
99:6, 104:12,
108:21, 109:1,
112:19, 113:5,
113:11, 137:9,
154:15, 154:17,
193:20, 193:24
**shrink** [2] - 26:11,
26:15
**shuffled** [1] - 84:9
**side** [16] - 10:20, 11:3,
32:24, 33:25, 34:19,
38:8, 41:1, 42:10,
54:21, 56:2, 63:2,
84:24, 139:21,

142:12, 200:20
**side-by-side** [1] -
200:20
**sides** [7] - 113:18,
132:4, 135:2, 135:4,
135:10, 135:18,
138:2
**sign** [1] - 96:21
**significant** [6] - 68:20,
135:13, 139:8,
184:5, 195:15,
195:17
**significantly** [2] -
48:3, 140:15
**similar** [21] - 14:1,
14:23, 15:17, 15:22,
15:24, 22:18, 22:20,
24:4, 24:11, 34:10,
34:15, 38:18, 40:14,
46:18, 55:14, 59:10,
150:5, 168:3,
174:11, 178:21,
191:14
**similarly** [1] - 45:3
**simple** [7] - 75:25,
76:1, 76:3, 92:24,
93:8, 93:12, 125:23
**simplest** [1] - 181:6
**simply** [2] - 9:8, 119:8
**simultaneously** [1] -
120:14
**SINGER** [1] - 4:5
**single** [4] - 64:2,
166:4, 191:4, 194:14
**single-page** [1] - 64:2
**sit** [1] - 111:20
**sitting** [2] - 100:14,
109:8
**situation** [1] - 11:24
**situations** [1] - 9:25
**six** [12] - 13:10, 67:2,
67:5, 152:1, 152:8,
152:20, 164:7,
164:9, 164:10,
170:1, 184:8, 184:13
**size** [8] - 108:8, 108:9,
108:22, 109:2,
109:5, 109:12,
136:12, 186:8
**skew** [1] - 120:1
**skip** [4] - 19:19, 22:18,
29:5, 32:12
**skipping** [4] - 13:12,
18:5, 20:23, 26:5
**slide** [13] - 15:6,
15:22, 19:11, 22:19,
24:22, 32:2, 33:20,
34:15, 35:15, 47:3,
57:15, 84:4, 176:18
**Slide** [1] - 34:12

**slides** [8] - 14:23, 19:21, 29:5, 176:17, 178:5, 193:1, 194:22, 200:17
**slight** [1] - 88:2
**slightly** [3] - 73:19, 81:5, 107:17
**slipped** [1] - 11:12
**slope** [1] - 139:8
**small** [6] - 45:25, 101:14, 111:25, 115:9, 160:6
**smaller** [1] - 195:25
**Smith** [2] - 6:4, 6:11
**sold** [3] - 151:24, 152:7, 152:19
**sole** [2] - 23:6, 29:13
**someone** [2] - 75:13, 139:25
**sometime** [1] - 29:15
**Sometimes** [1] - 81:22
**sometimes** [4] - 78:8, 100:4, 101:23, 140:23
**somewhere** [5] - 49:21, 84:20, 125:19, 184:13, 193:16
**SOMS** [3] - 171:3, 172:5, 172:8
**sophisticated** [1] - 148:19
**sophistication** [1] - 148:16
**Sorry** [1] - 200:13
**sorry** [50] - 7:5, 21:19, 31:6, 31:12, 31:15, 33:17, 33:18, 34:3, 38:2, 39:11, 41:16, 41:22, 52:4, 54:25, 57:25, 59:2, 84:9, 84:21, 87:14, 88:11, 105:13, 105:19, 105:20, 114:11, 131:9, 133:3, 134:6, 140:3, 141:9, 141:18, 145:6, 145:13, 160:19, 172:12, 172:22, 179:9, 181:20, 182:7, 184:19, 185:8, 185:13, 187:15, 187:23, 189:19, 190:7, 192:16, 195:12, 195:22, 197:9, 201:4
**sort** [5] - 70:19, 95:2, 136:9, 153:22, 156:20
**sorted** [4] - 13:8, 26:2,

32:3, 52:4
**sound** [1] - 153:23
**source** [1] - 107:13
**sources** [4] - 63:25, 64:7, 112:17, 144:23
**sourcing** [2] - 55:3, 55:5
**South** [1] - 2:13
**SOUTHERN** [1] - 1:1
**Southern** [5] - 7:2, 117:7, 122:13, 127:9, 127:21
**speaking** [2] - 94:22, 189:11
**specific** [10] - 65:11, 81:14, 122:20, 137:17, 137:18, 149:25, 151:9, 184:15, 186:25, 194:21
**specifically** [8] - 70:25, 103:11, 165:7, 176:11, 178:6, 193:2, 194:15, 198:21
**Specifically** [1] - 179:3
**specifics** [1] - 67:16
**speculation** [1] - 86:16
**spell** [1] - 189:7
**spelled** [1] - 193:2
**spending** [2] - 184:17, 185:2
**spent** [5] - 74:1, 95:14, 95:15, 119:5, 137:11
**spike** [7] - 103:21, 103:23, 104:4, 104:7, 104:19, 111:7, 111:10
**spoken** [4] - 76:7, 76:25, 130:19, 130:22
**spreadsheet** [1] - 106:17
**Spreadsheet** [1] - 107:18
**Square** [2] - 6:5, 6:12
**squeaking** [1] - 78:8
**St** [1] - 126:15
**staff** [1] - 113:25
**staff's** [1] - 184:6
**staffed** [1] - 127:6
**stage** [1] - 122:23
**stamped** [1] - 90:6
**stand** [6] - 11:1, 12:18, 30:20, 160:9, 192:18, 201:20
**standing** [5] - 20:10,

41:11, 120:17, 120:19, 120:20
**stands** [1] - 103:19
**STANNER** [1] - 5:10
**stapled** [1] - 85:5
**start** [15] - 10:18, 28:14, 32:24, 46:4, 51:12, 65:14, 96:9, 97:2, 107:16, 118:18, 133:17, 154:22, 155:5, 173:3, 173:16
**started** [1] - 60:20
**starting** [10] - 7:21, 13:16, 59:13, 67:15, 67:17, 119:21, 123:2, 141:6, 161:23, 162:1
**Starting** [1] - 59:23
**starts** [1] - 18:17
**State** [5] - 30:7, 58:1, 58:18, 92:22, 184:20
**state** [34] - 40:6, 51:24, 52:4, 52:15, 54:3, 54:12, 55:21, 55:25, 56:8, 56:19, 56:20, 59:1, 59:3, 68:20, 81:17, 81:18, 81:22, 81:24, 81:25, 123:16, 124:15, 130:13, 131:16, 133:25, 146:20, 153:20, 176:3, 176:7, 192:2
**statement** [1] - 144:19
**states** [13] - 51:19, 51:24, 52:8, 52:13, 52:14, 53:6, 53:12, 53:20, 55:24, 56:7, 58:16, 59:3, 59:11
**States** [9] - 7:2, 49:13, 68:7, 72:24, 93:3, 99:16, 130:7, 173:23, 174:3
**STATES** [2] - 1:1, 1:17
**statewide** [2] - 69:19, 173:18
**statistical** [1] - 95:3
**statistics** [1] - 126:4
**Status** [1] - 7:2
**STATUS** [1] - 1:17
**stay** [2] - 52:21, 118:7
**steadily** [1] - 83:15
**steady** [2] - 83:20, 139:2
**steal** [1] - 61:2
**stenography** [1] - 6:19
**steps** [1] - 94:23
**STEVEN** [1] - 4:17
**stick** [5] - 14:24,

52:22, 82:14, 99:9, 106:12
**sticking** [1] - 98:21
**still** [9] - 71:6, 112:13, 112:14, 114:25, 163:13, 172:5, 172:8, 180:3, 202:8
**stipulated** [1] - 171:3
**stipulation** [3] - 8:3, 62:1, 105:22
**Stollings** [2] - 36:5, 37:8
**stood** [1] - 8:12
**stop** [1] - 202:3
**stopped** [1] - 88:7
**stopping** [1] - 48:17
**stops** [1] - 158:19
**store** [1] - 14:19
**stores** [4] - 17:19, 18:1, 22:22, 28:17
**story** [1] - 120:23
**straight** [1] - 89:9
**straitjacket** [1] - 146:20
**Street** [15] - 2:7, 2:10, 2:13, 3:5, 3:7, 3:10, 3:12, 4:6, 4:13, 4:15, 4:18, 5:5, 5:12, 6:6, 6:13
**strength** [19] - 18:24, 19:11, 19:14, 24:11, 24:16, 29:2, 46:16, 46:20, 47:3, 75:5, 75:8, 75:9, 75:12, 75:14, 136:8, 136:19, 136:25, 146:7
**strengths** [2] - 18:21, 28:23
**stricken** [1] - 101:11
**strike** [1] - 126:21
**strongly** [2] - 61:23, 62:6
**Strosnider** [8] - 41:16, 41:19, 41:22, 42:11, 43:1, 191:18, 192:10, 193:6
**studied** [1] - 66:3
**studies** [2] - 123:10, 126:5
**study** [2] - 123:5, 123:18
**stuff** [1] - 138:15
**sub** [1] - 93:6
**sub-setted** [1] - 93:6
**subject** [6] - 10:11, 54:20, 60:14, 68:10, 68:11, 171:15
**submission** [2] - 70:19, 70:20
**submitted** [1] - 75:22,

112:7
**subsequent** [1] - 193:1
**subset** [12] - 7:19, 7:20, 24:21, 37:25, 38:23, 98:3, 103:3, 107:5, 160:6, 166:22
**substance** [3] - 151:25, 152:8, 152:19
**substances** [5] - 67:24, 68:14, 69:3, 146:19, 151:16
**subtotal** [7] - 49:14, 52:2, 55:20, 56:18, 69:23, 74:12, 74:23
**subtotaled** [4] - 19:14, 36:21, 49:23, 56:20
**subtotaling** [4] - 24:16, 29:1, 29:2, 56:2
**subtotals** [13] - 18:23, 46:19, 51:22, 56:1, 69:21, 76:1, 92:24, 95:2, 95:4, 95:6, 95:10, 111:24, 167:19
**suggest** [2] - 92:5, 126:8
**Suite** [9] - 2:4, 2:7, 2:10, 2:13, 2:16, 3:17, 4:6, 6:5, 6:12
**sum** [1] - 93:23
**summaries** [12] - 17:17, 21:10, 41:10, 95:1, 109:17, 134:10, 134:21, 139:23, 146:23, 149:10, 167:11, 167:19
**summarize** [2] - 14:24, 24:19
**summarized** [20] - 14:13, 15:9, 15:22, 22:3, 22:20, 24:13, 27:17, 32:14, 33:15, 40:16, 42:1, 44:1, 45:4, 47:5, 49:12, 51:13, 71:13, 71:17, 103:3, 115:5
**summarizes** [1] - 18:23
**summarizing** [2] - 51:4, 167:8
**Summary** [5] - 80:9, 146:14, 146:17, 159:24, 165:4
**summary** [18] - 14:3, 15:7, 18:10, 18:20, 19:5, 20:18, 28:12,

28:22, 29:13, 38:19, 39:13, 40:14, 43:12, 45:19, 46:17, 46:18, 147:13, 170:4
**supplement** [2] - 64:6, 91:19
**supplemented** [5] - 44:5, 45:13, 73:17, 73:21, 125:1
**supplements** [1] - 91:22
**supplied** [6] - 63:21, 153:17, 165:24, 166:10, 169:11, 188:17
**supply** [3] - 66:11, 66:12, 129:10
**Supplying** [1] - 151:2
**support** [1] - 121:23
**supported** [1] - 123:12
**suppose** [1] - 172:23
**surprised** [1] - 144:19
**suspect** [1] - 65:12
**suspicious** [1] - 171:3
**sustain** [1] - 195:1
**sustained** [1] - 101:12
**SUZANNE** [1] - 4:15
**switch** [1] - 16:7
**system** [6] - 67:22, 99:23, 99:25, 151:14, 151:15, 151:20
**systemic** [2] - 30:5, 48:8

**T**

**Tab** [1] - 108:17
**table** [12] - 15:13, 60:7, 65:8, 81:24, 154:13, 154:14, 159:9, 178:14, 179:16, 180:14, 181:12, 192:10
**tables** [4] - 92:1, 92:4, 95:20, 159:10
**tablet** [1] - 50:5
**tabulates** [1] - 173:23
**tallest** [1] - 201:3
**tan** [8] - 32:19, 33:7, 33:11, 35:18, 35:19, 35:20, 37:14, 44:9
**tan-ish** [1] - 35:20
**task** [2] - 139:23, 140:7
**team** [7] - 66:20, 67:13, 92:23, 93:13, 104:22, 109:16, 183:22

**technical** [2] - 117:21, 118:13
**technically** [1] - 118:3
**technological** [1] - 149:15
**TEMITOPE** [1] - 4:8
**temporal** [1] - 156:21
**ten** [8] - 13:13, 19:1, 19:16, 20:20, 48:16, 114:8, 114:13, 142:17
**ten-milligram** [1] - 19:1
**ten-minute** [1] - 48:16
**Tenth** [1] - 5:12
**term** [3] - 22:24, 74:3, 77:13
**terms** [11] - 68:2, 72:20, 75:15, 87:12, 148:14, 156:23, 160:13, 169:22, 171:14, 186:8, 197:18
**test** [1] - 125:17
**testified** [37] - 66:24, 67:4, 71:25, 78:4, 80:11, 91:4, 95:5, 96:24, 97:3, 103:10, 106:19, 109:15, 111:8, 112:15, 113:14, 114:7, 114:15, 114:18, 114:22, 118:2, 118:4, 118:12, 122:17, 123:3, 124:2, 129:21, 130:11, 131:14, 131:17, 132:9, 135:9, 137:20, 138:1, 139:5, 144:14, 174:23, 186:21
**testifies** [1] - 9:1
**testify** [5] - 61:24, 71:20, 111:10, 111:11, 118:14
**testifying** [10] - 65:15, 77:4, 80:8, 103:15, 104:16, 116:7, 144:21, 170:16, 172:10
**testimonial** [1] - 169:20
**testimony** [37] - 9:8, 64:9, 64:16, 67:21, 79:2, 79:4, 81:2, 94:18, 100:19, 103:4, 103:7, 117:20, 117:23, 119:3, 119:24,

121:7, 121:8, 122:10, 123:4, 123:5, 123:10, 123:11, 123:16, 137:22, 144:15, 168:25, 170:13, 171:4, 171:7, 171:10, 172:17, 173:3, 173:12, 176:12, 176:15, 198:9
**Texas's** [1] - 117:8
**text** [1] - 122:6
**THE** [136] - 1:1, 1:1, 1:4, 1:17, 7:5, 7:15, 8:18, 9:16, 10:7, 11:12, 11:21, 12:9, 12:11, 12:14, 12:16, 12:20, 12:23, 19:23, 20:9, 20:12, 25:12, 26:18, 28:3, 29:19, 30:2, 30:13, 30:22, 30:24, 36:1, 39:7, 43:4, 47:23, 48:1, 48:16, 48:19, 48:24, 51:7, 54:5, 54:9, 54:15, 55:8, 56:13, 57:8, 58:8, 60:17, 61:8, 61:12, 62:8, 62:17, 62:23, 63:5, 63:8, 63:16, 63:18, 63:19, 63:23, 64:8, 64:10, 64:11, 64:12, 64:13, 64:17, 64:18, 64:23, 84:9, 84:13, 84:15, 86:17, 86:18, 89:25, 90:1, 90:7, 94:7, 94:10, 94:12, 101:12, 101:13, 106:14, 106:25, 116:23, 116:24, 118:19, 118:23, 119:7, 119:10, 119:11, 119:12, 119:15, 119:17, 119:18, 129:4, 129:7, 131:10, 132:10, 132:16, 132:19, 132:21, 132:23, 132:25, 133:2, 133:4, 133:9, 133:14, 133:17, 135:11, 135:12, 137:14, 138:5, 138:8, 138:13, 138:21, 140:4, 142:14, 142:17, 142:21, 142:23, 143:4, 150:18, 153:4, 153:7, 154:10, 171:17,

178:22, 180:9, 180:10, 190:18, 190:20, 195:1, 198:20, 202:1, 202:6, 202:10, 202:14, 202:20, 202:24, 203:2
**themselves** [1] - 196:21
**they've** [2] - 8:6, 106:11
**thinking** [1] - 154:14
**thinks** [1] - 101:10
**third** [5] - 96:17, 98:21, 184:10, 190:16, 193:1
**thirds** [3] - 160:19, 160:20, 160:21
**Thomas** [1] - 2:12
**thousand** [2] - 17:24, 111:19
**thousands** [5] - 50:7, 50:16, 126:14, 193:11, 194:12
**Three** [1] - 6:5
**three** [39] - 6:12, 16:18, 17:4, 17:7, 26:5, 36:11, 36:12, 46:13, 50:10, 50:14, 50:15, 50:25, 60:20, 63:24, 78:11, 78:25, 81:18, 81:19, 81:22, 83:14, 85:5, 93:5, 108:18, 109:7, 141:19, 153:16, 154:22, 155:7, 165:5, 168:17, 180:22, 183:20, 184:4, 184:11, 184:12, 191:2, 191:5, 194:24, 201:24
**three-digit** [4] - 81:18, 81:19, 81:22, 165:5
**threshold** [1] - 90:10
**throughout** [3] - 74:2, 127:8, 127:21
**tie** [2] - 192:1, 200:8
**tied** [1] - 48:7
**tile** [1] - 190:22
**timing** [3] - 64:20, 145:25, 149:19
**TIMOTHY** [1] - 5:9
**tiny** [3] - 115:12, 115:23
**tips** [6] - 22:7, 22:9, 35:18, 37:11, 37:14, 44:20
**title** [1] - 150:25
**today** [14] - 7:13, 61:6,

61:23, 100:19, 103:4, 104:16, 105:10, 109:8, 111:21, 136:9, 148:17, 159:7, 169:18, 192:15
**together** [4] - 88:7, 137:1, 138:6, 181:5
**tomorrow** [2] - 8:17, 203:3
**took** [11] - 120:5, 165:13, 165:18, 166:17, 166:20, 181:2, 181:7, 196:11, 198:24, 199:4
**tool** [3] - 152:12, 152:18, 152:21
**top** [21] - 13:10, 14:6, 39:15, 40:4, 41:20, 43:15, 51:24, 52:12, 53:12, 55:23, 56:2, 58:22, 90:17, 107:19, 155:7, 162:16, 162:23, 163:21, 165:15, 182:10
**topic** [2] - 79:12, 202:5
**topics** [1] - 143:12
**total** [59] - 13:5, 13:21, 14:25, 15:4, 16:18, 16:22, 16:23, 17:4, 17:5, 17:12, 17:16, 21:1, 21:4, 21:5, 24:6, 26:22, 32:7, 32:10, 36:12, 36:16, 36:23, 36:24, 39:16, 39:20, 41:21, 42:19, 42:21, 43:16, 43:18, 47:4, 49:14, 50:20, 51:4, 51:25, 52:13, 52:17, 52:24, 53:12, 53:19, 55:23, 56:3, 56:4, 56:21, 56:22, 56:24, 57:23, 58:2, 59:13, 59:14, 101:5, 154:17, 161:10, 168:13, 181:3, 181:7, 181:12, 182:6, 182:18, 184:12
**Total** [1] - 58:15
**totality** [1] - 37:18
**totally** [2] - 9:20, 97:1
**totals** [9] - 17:14, 52:10, 52:13, 52:14, 52:16, 55:24, 56:8, 58:20
**touched** [1] - 143:14

towards [1] - 42:14
Tower [2] - 3:4, 4:18
track [4] - 99:22,
99:25, 174:14, 184:9
tracked [1] - 184:22
tracks [3] - 99:15,
137:10, 173:24
trade [1] - 77:10
traditional [1] - 196:19
trail [1] - 100:1
trajectory [1] - 8:24
Transaction [18] -
95:7, 95:12, 95:16,
95:22, 96:25, 97:4,
97:9, 97:20, 98:7,
98:12, 98:22, 99:7,
101:24, 101:25,
111:18, 112:2,
124:3, 124:16
transaction [19] -
28:24, 44:6, 45:12,
69:24, 70:2, 73:17,
73:21, 95:18, 95:24,
96:10, 96:15, 99:1,
102:4, 113:18,
124:6, 124:10,
145:22, 159:25,
183:17
transactional [30] -
18:14, 18:15, 72:1,
72:6, 73:14, 92:14,
102:22, 103:5,
104:19, 104:23,
105:6, 106:6,
106:20, 106:22,
107:6, 107:16,
108:2, 108:11,
109:21, 112:16,
112:21, 113:1,
113:10, 115:18,
124:6, 124:19,
182:23, 183:3
transactions [21] -
67:23, 73:10, 73:23,
75:21, 77:15, 77:24,
78:17, 96:14, 97:6,
97:24, 98:2, 98:7,
106:21, 108:18,
109:7, 112:1,
113:21, 114:2,
114:4, 124:24,
143:20
Transactions [16] -
97:14, 100:12,
100:13, 101:20,
102:2, 102:7, 102:9,
102:18, 111:24,
114:3, 115:4, 115:5,
115:6, 115:8,
115:20, 115:24

transcript [7] - 6:19,
119:4, 172:13,
191:12, 192:18,
192:19, 204:4
transcripts [1] - 79:2
transmitting [1] - 70:7
transparency [2] -
79:23, 80:1
travel [5] - 128:18,
128:20, 128:21,
128:24, 140:21
treat [1] - 8:11
treatment [1] - 175:13
trend [1] - 160:7
trended [1] - 133:25
trends [1] - 161:18
trial [3] - 106:3,
155:20, 197:7
Trial [1] - 203:4
TRIAL [1] - 1:16
trouble [2] - 10:21,
105:14
true [17] - 71:16,
86:23, 94:1, 98:14,
111:5, 142:4, 144:6,
144:20, 146:10,
148:21, 148:25,
156:17, 161:2,
161:5, 166:1,
183:16, 183:21
truly [2] - 115:11,
115:12
truthful [1] - 173:12
try [7] - 19:24, 26:10,
97:20, 113:7, 119:5,
138:24, 181:5
trying [10] - 9:8, 10:17,
18:6, 20:2, 20:4,
26:11, 26:13, 63:12,
91:21, 184:22
turn [25] - 17:21,
24:11, 25:4, 25:15,
29:21, 33:14, 35:6,
36:4, 37:22, 41:24,
43:7, 43:25, 55:13,
56:24, 85:4, 87:8,
103:9, 107:23,
118:6, 118:7,
118:18, 119:20,
123:1, 141:6, 196:5
turned [1] - 91:7
turning [1] - 26:1
Twelfth [3] - 4:13,
4:15, 5:5
twice [2] - 81:24,
171:13
two [47] - 21:24, 22:2,
25:17, 26:5, 42:24,
43:2, 50:10, 50:13,
50:23, 52:16, 61:18,

61:25, 62:7, 62:8,
63:13, 63:24, 93:4,
93:10, 101:4,
113:17, 113:19,
115:16, 116:2,
123:10, 131:22,
134:22, 135:2,
135:4, 135:10,
135:18, 137:1,
138:2, 138:20,
144:22, 160:19,
160:20, 160:21,
161:12, 171:4,
171:8, 180:22,
199:8, 199:15,
199:18, 201:12
two-thirds [3] -
160:19, 160:20,
160:21
two-year [1] - 42:24
type [2] - 64:13, 151:7
Typically [1] - 55:3
typically [1] - 50:4

U

U.S [2] - 51:5, 57:24
under [5] - 47:17,
48:6, 60:5, 66:12,
182:13
under-supply [1] -
66:12
underlying [6] - 62:5,
118:24, 119:4,
120:18, 121:1, 121:7
understood [2] -
67:20, 94:18
uniquely [1] - 28:1
unit [8] - 17:13, 49:23,
50:3, 50:4, 53:2,
99:2, 177:3, 177:6
UNITED [2] - 1:1, 1:17
United [9] - 7:2, 49:13,
68:7, 72:24, 93:3,
99:16, 130:7,
173:22, 174:3
units [114] - 13:15,
13:16, 13:18, 13:21,
13:22, 13:25, 14:7,
14:9, 16:18, 16:25,
17:8, 17:25, 18:24,
19:13, 21:1, 21:3,
21:5, 21:6, 21:7,
21:13, 21:18, 21:20,
21:21, 24:6, 24:8,
24:16, 25:3, 27:1,
27:6, 27:8, 28:15,
32:7, 33:25, 34:19,
36:12, 36:24, 37:1,
37:3, 37:7, 38:7,

38:13, 38:15, 39:16,
40:9, 41:2, 41:4,
41:21, 42:11, 43:16,
45:7, 45:20, 47:4,
47:12, 49:14, 49:20,
50:1, 50:20, 50:22,
51:4, 51:23, 52:3,
52:20, 56:19, 57:2,
57:25, 58:17, 58:19,
59:2, 59:9, 60:4,
74:8, 74:15, 85:24,
88:23, 88:25, 89:2,
99:1, 99:11, 100:18,
104:9, 104:11,
104:13, 108:12,
109:13, 109:23,
110:7, 110:12,
111:19, 112:21,
113:3, 113:11,
115:18, 129:24,
133:24, 134:16,
134:18, 168:11,
169:11, 169:14,
179:3, 188:17,
189:9, 190:23,
192:23, 193:6,
193:7, 193:9,
193:15, 195:6,
197:4, 197:18,
197:21
Unless [1] - 86:2
unlicensed [1] - 69:15
unpersuasive [2] -
123:9, 123:17
unrelated [2] - 121:11,
121:17
unreliable [2] - 123:8,
123:17
unsolicited [1] - 98:14
up [88] - 8:4, 8:5, 8:12,
9:18, 9:19, 9:25,
10:18, 11:9, 12:4,
13:2, 19:9, 19:21,
22:9, 23:15, 24:4,
30:20, 30:21, 36:11,
36:12, 42:22, 59:12,
59:19, 60:5, 62:7,
72:15, 74:12, 74:17,
77:2, 79:13, 81:23,
82:4, 83:6, 85:6,
87:14, 88:20, 89:6,
93:23, 97:6, 99:6,
100:12, 101:15,
103:13, 104:24,
107:4, 109:20,
112:19, 113:22,
113:24, 116:20,
120:24, 122:1,
127:16, 136:9,
147:3, 148:5,

150:21, 154:5,
156:3, 156:24,
157:11, 157:21,
157:22, 158:16,
159:4, 159:11,
161:15, 168:20,
172:14, 172:21,
175:19, 176:5,
176:17, 178:13,
179:20, 180:3,
181:13, 185:17,
187:12, 188:1,
191:16, 194:6,
196:8, 197:23,
198:7, 198:11,
199:7, 199:9
upper [5] - 14:20,
51:12, 52:17, 56:3,
56:21
uptick [1] - 88:2
usage [2] - 174:24,
175:4
useful [2] - 139:25,
154:8

V

V.A [33] - 166:15,
166:17, 166:20,
166:23, 166:24,
167:5, 167:7, 167:9,
167:12, 167:15,
167:20, 168:2,
168:7, 168:10,
169:14, 170:11,
170:22, 177:24,
178:3, 178:9,
179:16, 179:22,
179:24, 180:1,
180:18, 180:24,
181:2, 181:7, 182:2,
182:5, 182:6,
182:10, 182:18
VA [1] - 126:18
vacate [3] - 117:22,
120:25, 121:3
vacated [2] - 116:10,
118:25
vacating [1] - 117:22
valid [1] - 183:9
valuable [1] - 152:12
values [2] - 103:22,
201:10
variation [1] - 176:6
variations [1] - 175:12
various [6] - 91:8,
95:20, 124:20,
130:23, 136:8,
150:12
vast [2] - 102:2,

102:17
**Ventura** [1] - 3:18
**verify** [1] - 80:6
**version** [2] - 91:22, 194:7
**versus** [4] - 72:11, 75:18, 162:14, 163:16
**vertical** [5] - 42:3, 56:7, 56:8, 199:16, 201:2
**vertically** [2] - 52:10, 55:17
**Veterans** [3] - 171:1, 171:24, 173:6
**view** [4] - 101:4, 111:3, 151:24, 152:6
**viewing** [2] - 149:9, 152:18
**Virginia** [54] - 4:18, 7:3, 30:7, 33:22, 34:18, 38:3, 38:4, 39:2, 40:23, 42:7, 48:2, 52:25, 53:5, 53:15, 53:19, 56:24, 58:1, 58:18, 59:11, 59:13, 59:14, 59:23, 60:1, 92:22, 124:8, 126:10, 127:8, 127:20, 127:21, 129:23, 130:8, 131:20, 140:14, 140:16, 147:16, 163:4, 163:9, 174:23, 175:5, 175:7, 175:14, 176:23, 177:7, 177:12, 177:16, 183:5, 191:20, 191:22, 191:24, 192:5, 200:2, 200:3, 200:10
**VIRGINIA** [2] - 1:1, 1:18
**Virtually** [3] - 71:15, 71:19, 73:18
**virtually** [12] - 45:17, 72:15, 76:24, 78:5, 78:11, 102:7, 144:11, 167:5, 167:6, 167:12, 167:16, 168:18
**visually** [1] - 153:22
**voice** [2] - 78:8, 105:17
**volume** [7] - 26:15, 60:21, 95:7, 146:24, 154:19, 156:23, 185:24
**VOLUME** [1] - 1:16

volumes [1] - 192:11
**voluntarily** [1] - 118:12
**vs** [1] - 204:6

## W

**wait** [2] - 62:18, 88:20
**WAKEFIELD** [1] - 5:13
**walk** [19] - 13:15, 14:2, 18:10, 20:25, 21:9, 22:2, 22:19, 24:12, 26:21, 28:21, 31:25, 35:7, 46:16, 47:7, 48:10, 50:19, 51:19, 59:3, 59:24
**walked** [6] - 11:4, 55:19, 56:17, 58:13, 75:16, 95:21
**walking** [1] - 48:12
**wants** [1] - 138:10
**Washington** [6] - 2:11, 4:7, 4:14, 4:16, 5:5, 5:12
**wave** [1] - 67:6
**Wayne** [1] - 162:21
**ways** [1] - 123:7
**WEBB** [1] - 3:11
**Webb** [1] - 3:12
**website** [8] - 80:17, 82:21, 112:12, 126:22, 127:2, 127:4, 151:1, 151:11
**websites** [2] - 150:13, 150:16
**week** [1] - 174:23
**weekly** [3] - 70:6, 70:10, 71:7
**weeks** [6] - 48:11, 61:18, 149:12, 149:20, 170:17, 171:8
**weight** [1] - 21:19
**welcome** [2] - 178:23, 187:11
**WEST** [2] - 1:1, 1:18
**West** [53] - 7:3, 30:7, 33:22, 34:18, 38:3, 38:4, 39:2, 40:23, 42:7, 48:1, 52:24, 53:5, 53:15, 53:19, 56:24, 58:1, 58:18, 59:11, 59:13, 59:14, 59:23, 60:1, 92:22, 124:8, 126:10, 127:8, 127:19, 127:21, 129:23, 130:7, 131:19, 140:13, 140:16, 147:15, 163:4,

163:9, 174:23, 175:5, 175:7, 175:13, 176:22, 177:7, 177:12, 177:16, 183:5, 191:20, 191:22, 191:24, 192:5, 200:2, 200:3, 200:10
**Westside** [1] - 32:5
**whole** [2] - 53:16, 83:8
**wholesale** [2] - 100:5, 100:17
**WICHT** [1] - 4:12
**Williams** [2] - 4:13, 5:4
**Williamson** [1] - 200:2
**window** [3] - 62:15, 160:16, 160:24
**wit** [1] - 177:20
**witness** [27] - 8:10, 8:11, 8:22, 8:23, 9:1, 10:25, 11:6, 12:18, 61:1, 61:7, 61:16, 63:1, 89:24, 101:9, 106:21, 116:22, 117:21, 118:14, 132:15, 137:8, 137:10, 137:18, 138:11, 142:13, 190:14, 198:18, 202:18
**WITNESS** [24] - 12:20, 12:23, 63:18, 63:23, 64:10, 64:12, 64:17, 84:9, 84:15, 86:18, 90:1, 90:7, 101:13, 116:24, 118:23, 119:10, 119:12, 119:17, 135:12, 140:4, 154:10, 178:22, 180:10, 190:20
**witness's** [1] - 120:2
**witnesses** [2] - 10:10, 11:20
**WOELFEL** [1] - 3:9
**Woelfel** [2] - 3:9
**word** [1] - 7:9
**words** [3] - 72:14, 95:9, 168:19
**world** [1] - 80:20
**write** [7] - 12:10, 129:10, 129:14, 135:22, 154:15, 164:10, 179:24
**writing** [2] - 156:5, 176:5
**written** [4] - 134:7, 134:8, 135:25, 136:17, 136:21,

179:25
**wrote** [5] - 118:5, 119:3, 136:23, 137:2, 157:11
**WU** [1] - 5:10
**WV** [6] - 2:8, 3:10, 3:13, 4:19, 5:15, 6:9
**Wyoming** [1] - 52:5

## Y

**year** [47] - 17:11, 17:12, 29:1, 34:5, 34:7, 36:21, 37:3, 38:16, 42:19, 42:20, 42:24, 46:19, 47:8, 47:11, 51:23, 52:2, 52:14, 53:9, 53:10, 53:12, 53:16, 53:18, 53:20, 55:22, 55:24, 56:20, 59:5, 59:15, 60:1, 69:19, 79:15, 87:13, 87:20, 129:24, 134:1, 160:16, 174:7, 174:9, 184:7, 196:24, 196:25
**years** [20] - 17:10, 36:23, 42:17, 46:11, 47:15, 52:15, 55:25, 58:22, 71:5, 71:23, 78:25, 87:22, 87:24, 100:25, 144:17, 144:20, 184:4, 184:11, 184:12, 197:2
**yellow** [2] - 22:11, 40:7
**yesterday** [39] - 8:2, 13:1, 13:7, 16:17, 17:4, 17:5, 17:7, 18:23, 20:2, 32:18, 32:21, 71:25, 72:14, 94:19, 95:5, 101:4, 103:16, 111:8, 111:10, 113:14, 114:7, 114:22, 126:20, 130:1, 130:11, 136:9, 144:3, 144:11, 157:19, 161:1, 180:4, 186:21, 188:2, 190:6, 190:11, 190:21, 190:25, 191:13, 193:12
**Yesterday** [1] - 192:9
**York** [2] - 3:5, 122:13
**yourself** [1] - 150:13

## Z

**zero** [1] - 155:1
**zeros** [1] - 50:15
**zip** [17] - 81:14, 81:18, 81:19, 81:22, 81:23, 82:5, 140:18, 146:20, 147:22, 161:12, 161:20, 161:23, 162:11, 162:18, 162:20, 163:15, 165:5
**Zoom** [1] - 172:20