# EXHIBIT B

**Transcript of Deposition of John M. Gray, Volume 1 – 07/30/2020 (FILED UNDER SEAL)**