# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON and CABELL COUNTY COMMISSION,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 3:17-01362<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER

Non-party Discount Emporium, Inc. d/b/a Drug Emporium ("Drug Emporium") and Plaintiffs the City of Huntington and Cabell County Commission (together, "Plaintiffs") represent to the Court that they have conferred concerning Drug Emporium's pending Motion to Quash or Modify the Trial Subpoenas of Plaintiffs, and have agreed to resolve the pending Motion by modifying the Trial Subpoenas as follows:

1. Drug Emporium will produce at trial a custodian of records to testify as to the documents identified in the Trial Subpoenas; and

2. The testimony of the custodian of records produced by Drug Emporium will be limited solely to the authentication and admission of the documents identified in the Trial Subpoenas.

The Defendants have not consented to the above agreed upon resolution.

　　**IT IS SO ORDERED** this ___ day of May, 2021.

ENTER:

_____
David A. Faber
Senior United States District Judge

Respectfully submitted by:

| **THE CITY OF HUNTINGTON** | **CABELL COUNTY COMMISSION** |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse (WVSB No. 12547) | Paul T. Farrell, Jr. (WVSB No. 7443) |
| Joseph F. Rice | **FARRELL LAW** |
| **MOTLEY RICE LLC** | 422 Ninth Street, 3rd Floor (25701) |
| 28 Bridgeside Blvd. | PO Box 1180 |
| Mount Pleasant, SC 29464 | Huntington, West Virginia 25714-1180 |
| Tel: 843-216-9000 | Mobile: 304-654-8281 |
| Fax: 843-216-9450 | paul@farrell.law |
| akearse@motleyrice.com | |
| jrice@motleyrice.com | Anthony J. Majestro (WVSB No. 5165) |
| | **POWELL & MAJESTRO, PLLC** |
| Linda Singer | 405 Capitol Street, Suite P-1200 |
| David I. Ackerman | Charleston, WV 25301 |
| **MOTLEY RICE LLC** | 304-346-2889 / 304-346-2895 (f) |
| 401 9th Street NW, Suite 1001 | amajestro@powellmajestro.com |
| Washington, DC 20004 | |
| Tel: 202-232-5504 | Michael A. Woelfel (WVSB No. 4106) |
| Fax: 202-386-9622 | **WOELFEL AND WOELFEL, LLP** |
| lsinger@motleyrice.com | 801 Eighth Street |
| dackerman@motleyrice.com | Huntington, West Virginia 25701 |
| | Tel. 304.522.6249 |
| | Fax. 304.522.9282 |
| | mikewoelfel3@gmail.com |
| Charles R. "Rusty" Webb (WVSB No. 4782) | Michael J. Fuller, Jr. |
| **The Webb Law Centre, PLLC** | **Farrell & Fuller** |
| 716 Lee Street, East | 1311 Ponce De Leon, Suite 202 |
| Charleston, West Virginia 25301 | San Juan, PR 00907 |
| Telephone: (304) 344-9322 | 939-293-8244 – O |
| Facsimile: (304) 344-1157 | 601-467-0788 – M |
| rusty@rustywebb.com | Mike@FarrellFuller.com |

2

**DISCOUNT EMPORIUM INC. d/b/a
DRUG EMPORIUM**

_____*/s/ J. Jarrod Jordan*_____
Matthew J. Perry, Esquire WVSB 8589
J. Jarrod Jordan, Esquire WVSB 10622
**LAMP BARTRAM LEVY TRAUTWEIN
PERRY & POWELL, PLLC**
720 Fourth Avenue
Huntington, WV 25701
Post Office Box 2488
Huntington, WV 25725-2488
Phone: (304) 523-5400
Facsimile: (304) 523-5409
mperry@720legal.com
jjordan@720legal.com