# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON and CABELL COUNTY COMMISSION, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) CIVIL ACTION NO. 3:17-01362 |
| AMERISOURCEBERGEN DRUG CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) ) ) ) ) |

## STIPULATED ORDER

Non-party Discount Emporium, Inc. d/b/a Drug Emporium ("Drug Emporium") and Plaintiffs the City of Huntington and Cabell County Commission (together, "Plaintiffs") represent to the Court that they have conferred concerning Drug Emporium's pending Motion to Quash or Modify the Trial Subpoenas of Plaintiffs, and have agreed to resolve the pending Motion by modifying the Trial Subpoenas as follows:

1. Drug Emporium will produce at trial a custodian of records to testify as to the documents identified in the Trial Subpoenas; and

2. The testimony of the custodian of records produced by Drug Emporium will be limited solely to the authentication and admission of the documents identified in the Trial Subpoenas.

The Defendants have not consented to the above agreed upon resolution.

**IT IS SO ORDERED** this 13th day of May, 2021.

ENTER:



David A. Faber
Senior United States District Judge

Respectfully submitted by:

| **THE CITY OF HUNTINGTON** | **CABELL COUNTY COMMISSION** |

/s/ *Anne McGinness Kearse*
Anne McGinness Kearse (WVSB No. 12547)
Joseph F. Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jrice@motleyrice.com

Linda Singer
David I. Ackerman
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com
dackerman@motleyrice.com

Charles R. "Rusty" Webb (WVSB No. 4782)
**The Webb Law Centre, PLLC**
716 Lee Street, East
Charleston, West Virginia 25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

/s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr. (WVSB No. 7443)
**FARRELL LAW**
422 Ninth Street, 3rd Floor (25701)
PO Box 1180
Huntington, West Virginia 25714-1180
Mobile: 304-654-8281
paul@farrell.law

Anthony J. Majestro (WVSB No. 5165)
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

Michael A. Woelfel (WVSB No. 4106)
**WOELFEL AND WOELFEL, LLP**
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

Michael J. Fuller, Jr.
**Farrell & Fuller**
1311 Ponce De Leon, Suite 202
San Juan, PR 00907
939-293-8244 – O
601-467-0788 – M
Mike@FarrellFuller.com

**DISCOUNT EMPORIUM INC. d/b/a
DRUG EMPORIUM**

_____/s/ J. Jarrod Jordan_____
Matthew J. Perry, Esquire WVSB 8589
J. Jarrod Jordan, Esquire WVSB 10622
**LAMP BARTRAM LEVY TRAUTWEIN
PERRY & POWELL, PLLC**
720 Fourth Avenue
Huntington, WV 25701
Post Office Box 2488
Huntington, WV 25725-2488
Phone: (304) 523-5400
Facsimile: (304) 523-5409
mperry@720legal.com
jjordan@720legal.com