# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date:  5/12/2021  Case Number  3:17-cv-01362

Case Style  The City of Huntington, West Virginia vs. AmerisourceBergen Drug Corporation
Type of hearing  Bench Trial
Before the Honorable: 2512-Faber
Court Reporter  Ayme Cochran  Courtroom Deputy  Law Clerk
Attorney(s) for the Plaintiff or Government
Paul Farrell
Attorney(s) for the Defendant(s)
Steven Ruby
Law Clerk
Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:00 AM | 9:46 AM | Non-Trial Time/Uncontested Time |
| 10:00 AM | 11:35 AM | Non-Trial Time/Uncontested Time |
| 1:30 PM | 3:15 PM | Non-Trial Time/Uncontested Time |
| 3:30 PM | 5:05 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 05:41

## Courtroom Notes

Scheduled Start: 9:00 a.m.
Actual Start: 9:00 a.m.
Court Reporters: Ayme Cochran and Lisa Cook

Appearances:
Plaintiffs:
Paul Farrell, Anthony Majestro, Mike Fuller, Mildred Conroy, Pearl Robertson, Peter Mougey, Mike Woefel, David Ackerman, Rusty, Webb, Annie Kouba, Mark Pifko, Anne Kearse, Linda Singer, Temitoe Leyimu, Troy Rafferty, Erin Dickinson, Amy J. Quezon
Defendants:
Robert Nicholas, Shannon McClure, Joseph Mahady, Gretchen Callas, Elizabeth Campbell, Chris, Casalenuovo, Enu Mainigi, Jennifer Wicht, Suzanne Salgado, Ashley Hardin, Isia Jasiewicz, Steve Ruby, Caitlin Anderson, Paul Schmidt, Tim Hester, Laura Flahive Wu, Andrew Stanner, Jeff Wakefield, Rob Park

9:00 a.m.
In session, examination of Dr. McCann continues

9:46 a.m.
Recess

10:00 a.m.
In session, examination of Dr. McCann continues

11:35 a.m.
Recess

1:30 pm
In session, examination of Dr. McCann continues

3:15 p.m.
Recess

3:30 p.m.
In session

Chris Zimmerman sworn and examined

5:05 p.m.
Recess