# Exhibit 8

## Prevoznik Deposition Prep

| DATE | TIME SPENT | ATTENDEE(S) | TOPIC |
|---|---|---|---|
| 12-19-18 | 1 hour | Sandra Stevens | All defendant and plaintiff topics |
| 1-31-19 | 1 hour | Mariama Spears | Documents to review for all topics |
| 2-4 | 30 min | n/a (document review) | Documents for all topics |
| 2-5 | 1 hour | Sandra Stevens, Mariam Spears | Documents to review for all topics |
| 2-13 | 1 hour | n/a (document review) | Documents for all topics |
| 2-20 | 1:30 hours | Conference call DOJ: Sandra Stevens, Mariama Spears, David Finkelstein, James Bennett | All defendant and plaintiff topics |
| | 2 hours | n/a (document review) | Documents for all topics |
| 2-21 | 30 min | Conversations with Nancy Jackson and Mark Armstrong | Case Investigations – Topic #3 (SORS) |
| 2-22 | 1 hour | Conversation with Loren Miller | All defendant and plaintiff topics |
| | 3:30 hours | Sandra Stevens, Mariama Spears, David Finkelstein, James Bennett | All defendant and plaintiff topics |
| 2-25 | 1 hour | Conversation with Ruth Carter, Scott Collier, and Susan Langston | Case Investigations – Topic #3 (SORS) |
| 2-26 | 4 hours | Sandra Stevens, Mariama Spears, David Finkelstein, James Bennett | All defendant and plaintiff topics |
| | 3:30 hours | Loren Miller | All defendant and plaintiff topics |
| 2-28 | 30 min | n/a (document review) | Topic #3 (SORS) |
| 3-1 | 1 hour | n/a document review | All defendant and plaintiff topics |
| 3-5 | 30 min | Conversations with Scott Collier, Chris Grush and Scott Brinks | Case Investigations – defendant and plaintiff topics |
| | 1:30 hours | Shondra Stevens, Mariama Spears, Bettie Goldman, John Martin, Neil Doherty, John Hegarty, | All defendant and plaintiff topics |
| 3-6 | 1 hour | Loren Miller and Jim Arnold | Policy and document review (Topic 9 – interaction HAD etc.) |
| 3-7 | 2 hours | June Howard and Hope Thomas | ARCOS |
| | 4:30 hour | Mariama Spears, David Finkelstein, James Bennett, Robert Chandler, Patrick Forrest | All defendant and plaintiff topics |
| 3-8 | 1 hour | n/a (document review) | Documents for all topics |
| 3-11 | 1 hour | Lenny Levin, Lisa Sullivan, Dave White, Donna Richards | Distributor Initiative - SORS |
| | 1 hour | n/a (document review) | Documents for all topics |
| 3-12 | 1 hour | Loren Miller, Lisa Sullivan, 3- | Policy, SORS, Distributor |



DEA EXHIBIT Prevoznik-3
Date: 4-7-19
MLG, CSR, RPR, CRR

## Prevoznik Deposition Prep

|  |  | Dave White | Initiative |
|---|---|---|---|
|  | 30 min | n/a (document review) | Documents for all topics |
| 3-13 | 2:30 hour | Sandra Stevens, Mariama Spears, David Finkelstein | Documents for all topics |
| 3-15 | 1 hour | n/a (document review) | All defendant and plaintiff topics |
|  | 30 min | Kerry Hamilton and Justin Wood | SORS, Case Summary |
| 3-18 | 1:30 hours | n/a (document review) | Documents for all topics |
| 3-19 | 5 hours | Mariama Spears, David Finkelstein, James Bennett, Natalie Waites | All defendant and plaintiff topics |
|  | 1 hour | Nancy Kent | Topic 9 (ARCOS) Topic 3 (SORS) |
| 3-20 | 1 hour | n/a (document review) | Documents for all topics |
| 3-21 | 2 hours | n/a (document review) | Documents for all topics |
| 3-22 | 2 hours | n/a (document review) | Documents for all topics |
| 3-25 | 1 hour | Mariama Spears | Documents for all topics |
|  | 5:30 hours | n/a (document review) | Documents for all topics-Demetra Testimony |
| 3-26 | 3:30 hours | Mariama Spears, David Finkelstein, Hayden Brocket | Documents for all topics |
| 3-27 | 1:30 hour | n/a (document review) | Documents for all topics |
| 3-28 | 2 hours | n/a (document review) | Documents for all topics |
| 4-1 | 3 hours | Case Summaries-Kerry Hamilton and Justin Wood | SORS, ARCOS |
| 4-2 | 3 hours | Mariama Spears, David Finkelstein | Documents for all topics |
| 4-4 | 1:30 | June Howard, Matt Strait | Topic 9 (ARCOS) Topic 3 (SORS) |
| 4-5 | 2 hours | n/a (document review) | Documents for all topics |
|  | 2 hours | June Howard, Matt Strait | Topic 9 (ARCOS) Topic 3 (SORS) |
| 4-8 | 4 hours | Amanda Rocque, Mariama Spears, David Finkelstein, James Bennett | All defendants' topics; all plaintiffs' topics |
| 4-9 | 1 hour | Scott Garriott and Lynette Wingert | SORS, Case Summary |
|  | 3 hours | n/a (document review) | Documents for all topics |
| 4-10 | 3:30 hour | n/a (document review) | Documents for all topics |
| 4-11 | 3:30 hours | n/a (document review) | Documents for all topics |
| 4-12 | 4 hours | n/a (document review) | Documents for all topics |
| 4-13 | 2 hours | n/a (document review) | Documents for all topics |
| 4-14 | 3 hours | n/a (document review) | Documents for all topics |
| 4-15 | 3:30 hours | Mariama Spears, David Finkelstein, Natalie Waites | All defendant and plaintiff topics |
|  | 2 hours | n/a (document review) | Documents for all topics |
| 4-16 | 5 hours | n/a (document review) | Documents for all topics |