# Exhibit 9



www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

401 9th St. NW, Suite 1001
Washington, DC 20004
**o.** 202.232.5504   **f.** 202.232.5513

**Linda Singer**
*Licensed in DC, NY*
direct:  202.386.9626
lsinger@motleyrice.com

May 13, 2021

**VIA ELECTRONIC MAIL**

Jonathan K. Hoerner
Trial Attorney
U.S. Department of Justice
Civil Division, Fraud Section
175 N Street, N.E. - Room 10.1332
Washington, DC 20002
Jonathan.K.Hoerner@usdoj.gov

David M. Sobotkin
Trial Attorney
Fraud Section | Civil Division
U.S. Department of Justice
Three Constitution Square
175 N Street NE- Room 9.116
Washington, D.C. 20002
David.M.Sobotkin@usdoj.gov

Natalie A. Waites
Assistant Director
United States Department of Justice
Civil Division/Fraud Section
175 N Street, N.E., Room 10.222
Washington, D.C. 20002
Natalie.A.Waites@usdoj.gov

RE:  *City of Huntington, West Virginia et al v. AmerisourceBergen Drug Corporation et al*

Counsel:

As you may know, Defendants in the MDL Track Two litigation in the Southern District of West Virginia have objected to the admission of the testimony of Thomas Prevoznik on the ground, *inter alia*, that the 30b6 testimony of a third party is not admissible.  That issue is currently being briefed to the Court.

In the interim, in order to allow Plaintiffs to fully present their case, we wanted to advise you that we may require the testimony of Mr. Prevoznik in person at trial.  Mr. Prevoznik's testimony is essential to several critical, contested issues in the case, including the DEA's guidance and notice to Defendants regarding

their obligations under the Controlled Substances Act and the DEA's enforcement of the CSA against these Defendants.[1] In the event that the Court rules that the deposition is not admissible, we will issue a trial subpoena and *Touhy* request.  Prior to initiating that process, please advise whether and when Mr. Prevoznik would be available to appear.

                                              Sincerely,
                                              Linda Singer

cc:      Anthony Majestro, amajestro@powellmajestro.com
         David Ackerman, dackerman@motleyrice.com

---

[1] The same issue may arise with other DEA 30b6 designees, including Stacy Harper-Avila whose testimony regarding the DEA's authorization of quota for opioids is also at issue.