# Exhibit 12

Sealed Document — Subject to a protective order.