# Exhibit 13

Sealed Document — Subject to a protective order.