# Exhibit 14

Sealed Document — Subject to a protective order.