# Exhibit 15

the extraction of other minerals. This information will be used by the regulatory authorities to make that determination.

*Bureau Form Number:* None.

*Frequency of Collection:* Once and annually thereafter.

*Description of Respondents:* Producers of coal and other minerals.

*Total Annual Responses:* 78.

*Total Annual Burden Hours:* 733.

Dated: November 12, 1997.

**Richard G. Bryson,**

*Chief, Division of Regulatory Support.*

[FR Doc. 97–30305 Filed 11–18–97; 8:45 am]

**BILLING CODE 4310-05-M**

---

## DEPARTMENT OF JUSTICE

### Drug Enforcement Administration

**[DEA Number 170N]**

### Task Force on Suspicious Orders

**AGENCY:** Drug Enforcement Administration (DEA), Justice.

**ACTION:** Notice of establishment of Task Force on Suspicious Orders.

**SUMMARY:** In accordance with the provisions of the Federal Advisory Committee Act, 5 U.S.C. App. 2 (1972), and 41 CFR 101–6.1001–6.1035 (1992), the Administrator of the Drug Enforcement Administration (DEA), with the concurrence of the Attorney General, is establishing a Task Force on Suspicious Orders for the purpose of developing proposals to define suspicious orders of listed chemicals which can be used by registrants in determining if an order is a suspicious order which must be reported to the DEA.

The Task Force is authorized by Public Law 104–237, Section 504 of Subtitle V, Education and Research, the Comprehensive Methamphetamine Control Act of 1996 (the MCA). The specific provisions of the Act state that:

The Task Force shall be responsible for providing the Attorney General with recommendations, advice, and proposals for the establishment of such guidelines that will adequately define suspicious orders of listed chemicals. The Task Force shall limit its area of consideration to domestic issues regarding suspicious orders.

**DATES:** This Task Force is effective September 3, 1997.

**FOR FURTHER INFORMATION CONTACT:** Michael Leser, Program Analyst, Liaison and Policy Section, Office of Diversion Control, Drug Enforcement Administration, Washington, D.C. 20537, Telephone (202) 307–4026 or Facsimile (202) 307–8570.

**SUPPLEMENTARY INFORMATION:**

*Scope:* Regulated persons are required to report suspicious regulated transactions to DEA pursuant to 21 CFR 1310.05(a)(1) and 21 U.S.C. 830(b)(1)(A). In the past, DEA has had general guidelines which were published in the Chemical Handlers' Manual as to what constituted a suspicious chemical order. The Comprehensive Methamphetamine Control Act of 1996 (MCA) mandated the establishment of the Suspicious Orders Task Force with the express purpose of developing proposals that further define a suspicious order. The scope of discussion of this Task Force shall be limited to enhancements and clarifications of what constitutes a suspicious chemical order that needs to be reported to DEA.

*Membership:* In accordance with the provisions of the MCA, this Task Force will be composed of appropriate personnel with experience in investigating and prosecuting illegal transactions of listed chemicals and supplies, and representatives from the chemical and pharmaceutical industries.

The Task Force will consist of 20 members nominated by the chairman of the Task Force from relevant industry/trade associations and state and local law enforcement agencies. The composition of the Task Force shall be:

Two members from the DEA investigative workforce

One member from the U.S. Attorney's Office, Southern District of California

One member from the International Association of Chiefs of Police

One member from The National Association of Diversion Investigators

One member from the California Bureau of Narcotics Enforcement

One member from the Missouri State Highway Patrol

One member from the Missouri Attorney General's Office

One member from the National Association of Boards of Pharmacy

One member from the National Association of State Controlled Substances Authorities

Two members from the Chemical Manufacturers Association

Two members from the National Association of Chemical Distributors

One member from the national Non-Prescription Drug Manufacturers' Association

Four members from the wholesale and retail pharmaceutical marketing associations

The chairman of the Task Force shall reserve the right to add up to two additional members to the Task Force as appropriate.

In accordance with the Federal Advisory Committee Act, all meetings of the Task Force shall be open to the public with notice of times and locations appearing in the **Federal Register**. Interested parties shall be permitted to attend meetings, appear before the Task Force and present limited verbal statements, and file written statements with Task Force members. Written statements will be taken at any time during the meeting and distributed to the Task Force as soon as feasible. Presenters of written statements are requested to provide 25 copies of the statement to expedite distribution to the Task Force members. If the presenter does not/can not provide the requested copies, the Designated Federal Official (DFO) will make the copies and the Task Force will consider the statement when the copies are available. Verbal comments may be limited in time by the DFO to insure adequate opportunity for testimony by as many presenters as possible.

The Task Force will be advisory only and will provide its report to the Attorney General.

Dated: November 10, 1997

**John H. King,**

*Deputy Assistant Administrator, Office of Diversion Control.*

[FR Doc. 97–30275 Filed 11–18–97; 8:45 am]

**BILLING CODE 4410-09-M**

---

## DEPARTMENT OF JUSTICE

### Drug Enforcement Administration

**[DEA NUMBER 171N]**

### Task Force on Suspicious Orders Meeting

**AGENCY:** Drug Enforcement Administration (DEA), Justice.

**ACTION:** Notice of Meeting.

**SUMMARY:** Pursuant to Section 10(a)(2) of the Federal Advisory Committee Act (Pub. L. 92–463), as amended, notice is hereby given that a meeting of the Suspicious Orders Task Force will be held on December 16–17, 1997. The panel will meet from 9:00 a.m. to 5:00 p.m. both days at The Marriot Residence Inn, 550 Army Navy Drive, Arlington, Virginia 22202.

This meeting will be open to the public on a space available basis. Any interested person may observe meetings or portions thereof and shall be permitted to participate in the discussions at the discretion of the meeting chairman and with the approval of the full-time Designated Federal Official (DFO) in attendance.

