# Exhibit 16

Sealed Document — Subject to a protective order.