# Exhibit 17

Sealed Document — Subject to a protective order.