# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date: 5/19/2021        Case Number  3:17-cv-01362

Case Style           The City of Huntington, West Virginia vs. AmerisourceBergen Drug Corporation

Type of hearing      Bench Trial

Before the Honorable: 2512-Faber

Court Reporter       Ayme Cochran                    Courtroom Deputy  Cindy Lilly

Attorney(s) for the Plaintiff or Government

Paul Farrell

Attorney(s) for the Defendant(s)

Steven Ruby

Law Clerk            Allison Skinner,

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:00 AM | 9:44 AM | Court actively conducting trial proceedings/Contested proceedings |
| 9:57 AM | 10:38 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:49 AM | 11:55 AM | Court actively conducting trial proceedings/Contested proceedings |
| 2:00 PM | 3:15 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:24 PM | 5:10 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 05:32

## Courtroom Notes

Scheduled Start: 9:00 a.m.
Actual Start: 8:56 a.m.
Court Reporters: Ayme Cochran and Lisa Cook

Appearances:
Plaintiffs:
Paul Farrell, Anthony Majestro, Mike Fuller, Mildred Conroy, Pearl Robertson, Peter Mougey, Mike Woefel, David Ackerman, Rusty, Webb, Annie Kouba, Mark Pifko, Anne Kearse, Linda Singer, Temitoe Leyimu, Troy Rafferty, Erin Dickinson, Amy J. Quezon, Mark P. Pifko, Eric Kennedy
Defendants:
Robert Nicholas, Shannon McClure, Joseph Mahady, Gretchen Callas, Elizabeth Campbell, Chris, Casalenuovo, Enu Mainigi, Jennifer Wicht, Suzanne Salgado, Ashley Hardin, Isia Jasiewicz, Steve Ruby, Caitlin Anderson, Paul Schmidt, Tim Hester, Laura Flahive Wu, Andrew Stanner, Jeff Wakefield, Rob Park

9:00 a.m.
In session, examination of Mr. Mays continues

9:44 a.m.
Recess

9:57 a.m.
In session, examination of Mr. Mays continues

10:38 a.m.
Recess

10:49 a.m.
In session, Michael Gerard Perry sworn and examined

11:55 a.m
Recess

2:00 p.m.
In session, examination of Mr. Perry continues

3:15 p.m.
Recess

3:24 p.m
In session, examination of Mr. Perry continues

5:10  p.m.
Recess