IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**

    Plaintiff,

v.                                          CIVIL ACTION NO. 3:17-01362

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

**CABELL COUNTY COMMISSION,**

    Plaintiff,

v.                                            CIVIL ACTION NO. 3:17-01665

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    Defendants.
_____

### ORDER

    For reasons appearing to the court, the court reporters were directed to provide counsel for the parties (one per party) access to the Sealed Transcript of Proceedings for May 17, 2021. See ECF No. 1358.

    The Clerk is directed to send copies of this Order to counsel of record who have registered to receive an electronic NEF.

    IT IS SO ORDERED this 20th day of May, 2021.

                              ENTER:            */s/ David A. Faber*

                                                David A. Faber
                                                Senior United States District Judge