# Appendix D

*Thomas W. Prevoznik*

---

**Summary of Experience:**

Over 28 years with the Drug Enforcement Administration as a Diversion Investigator, Diversion Group Supervisor, Staff Coordinator, Instructor/Course Developer, Unit Chief of Liaison, Associate Section Chief and currently the Acting Section Chief of the Pharmaceuticals Investigations Section in the Diversion Control Division. Continually interpreting, implementing, and enforcing the Comprehensive Drug Abuse Prevention and Control Act of 1970 (CSA), the Combat Methamphetamine Enforcement Act 2005 (CMEA), and Title 21 Code of Federal Regulations (CFR), "Part 1300 to End".

Experienced in conducting complex criminal and civil investigations; established training objectives for the Diversion program; and assists in formulating DEA policy matters. Skilled in forging and developing strong relationships with the pharmaceutical registrant population, State Attorney Generals, various federal agencies (HHS-OIG, FBI, CDC) and DOJ components (DOJ Civil - Consumer Protection Branch and DOJ Criminal -Health Care Fraud Section); while maintaining vigilance to the integrity of the Diversion program in detecting and preventing the diversion of controlled substances (domestically and foreign).

**Education:**

University of Virginia – M.Ed. May, 2004
University of Notre Dame – B.A. (History) May, 1987

**Experience and Accomplishments:** See attached paperwork for further details

**Associate Section Chief – DOJ/DEA**
January 2017 to present (2 years 4 months) Diversion Control Division, Pharmaceutical Investigations Section, Arlington, VA

**Unit Chief Liaison Unit - DOJ/DEA**
August 2014 – December 2016 (2 years 4 months) Diversion Control Division, Policy and Liaison section, Arlington, VA

**Diversion Staff Coordinator - DOJ/DEA**
May 2012 – July 2014 (2 years 2 months) Office of Diversion Control, Liaison Unit, Arlington, VA

**Diversion Group Supervisor (GS) - DOJ/DEA**
January 2009 – April 2012 (3 years 4 months) Camden Resident Office, Maple Shade, NJ

**Diversion Investigator - DOJ/DEA**
January 2006 – December 2008 (3 years) DEA Atlantic City Resident Office, Northfield, NJ



**Acting Unit Chief, Diversion Training Unit** - DOJ/DEA
June 2004 – December 2005 (7 months) DEA Training Academy, Quantico, VA

**Course Developer/Instructor** - DOJ/DEA
October 2001 – December 2005 (4 year 3 months) DEA Training Academy, Quantico, VA

**Diversion Investigator** - DOJ/DEA
February 1991 – September 2001 (10 years 7 months) Philadelphia, PA