## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

     Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

      Defendants.

_____

CABELL COUNTY COMMISSION,

     Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

      Defendants.

Civil Action No. 3:17-01362

Civil Action No. 3:17-01665

### NOTICE OF SUPPLEMENTAL AUTHORITY RELATED TO DEFENDANTS'
### MOTION TO EXCLUDE THE RULE 30(b)(6) DEPOSITION
### <u>TESTIMONY OF THOMAS PREVOZNIK</u>

On May 2, 2021, Defendants filed a Motion to Exclude the Rule 30(b)(6) Deposition

Testimony of Thomas Prevoznik ("Motion") based on Mr. Prevoznik's lack of personal

knowledge.  ECF No. 1310.  Defendants stated that the MDL Court did not address the subject of

the Motion.  Plaintiffs did not say otherwise in their opposition.  While reviewing the MDL order

on motions in limine for another purpose, however, Defendants were reminded that they did raise

this issue in the Track One MDL litigation.  *See In re Nat'l Prescription Opiate Litigation*, MDL

No. 2804, ECF No. 2666 at 7 (N.D. Ohio 2019).[1]  Pursuant to the Court's directive to indicate whether a motion raises an issue previously raised to the MDL court, Defendants hereby notify the Court of Judge Polster's ruling on that issue.  *Id.* at 34.

Judge Polster denied Defendants' motion without prejudice, stating that he would not "make a blanket ruling on the issue and instead w[ould] address matters at trial in context, as they arise." *Id.*  Judge Polster further noted that "the normal hearsay rules apply to a corporate representative's testimony at trial, *i.e.*, unless the information falls within one of the authorized exceptions to the hearsay rule, a Rule 30(b)(6) witness may not testify to matters outside his or her personal knowledge." *Id.* at 34 n.65.  Unlike in the MDL, the parties here have already submitted specific designations of Mr. Prevoznik's deposition testimony to the Court, so that the Court can properly consider whether the designated testimony is based on Mr. Prevoznik's personal knowledge.

---

[1] Defendants have appended Judge Polster's order opinion to multiple other filings in this case. *See, e.g.*, ECF No. 1331-2.

Dated:  May 26, 2021

Respectfully Submitted,

***AmerisourceBergen Drug Corporation***
By Counsel:

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com

***McKesson Corporation***
By Counsel:

*/s/ Jeffrey M. Wakefield*
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*/s/ Timothy C. Hester*
Timothy C. Hester
Laura Flahive Wu
Andrew P. Stanner
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
lflahivewu@cov.com
astanner@cov.com

*/s/ Paul W. Schmidt*
Paul W. Schmidt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000
pschmidt@cov.com

*Cardinal Health, Inc.*
By Counsel:

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Ashley W. Hardin
Jennifer G. Wicht
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
lheard@wc.com
ahardin@wc.com
jwicht@wc.com

Michael W. Carey (WVSB #635)
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
David R. Pogue (WVSB #10806)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 26th day of May, 2021, the foregoing

Memorandum was served using the Court's CM/ECF system, which will send notification of such

filing to all counsel of record.

*/s/ Gretchen M. Callas*