# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **The City of Huntington,**<br>　　　　**Plaintiff,**<br>v.<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>　　　　**Defendants.** | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| **Cabell County Commission,**<br>　　　　**Plaintiff,**<br>v.<br><br>**AmerisourceBergen Drug Corporation, et al.**<br>　　　　**Defendants.** | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

## AMENDED NOTICE OF REMOTE VIDEOTAPED DEPOSITION
## OF ZACHARY HANSEN

**PLEASE TAKE NOTICE** that, pursuant to the applicable Federal Rules of Civil Procedure and the Deposition Protocol governing this litigation, Defendants, by and through undersigned counsel, will take the remote, oral, videotaped deposition of **Zachary Hansen**, on **June 4th, 2021**, beginning at **10:00 a.m. Eastern Standard Time.** Court reporting services and video recording services will be provided by Veritext Legal Solutions via alternative video teleconferencing (VTC) services (Zoom). Parties who wish to access the deposition by phone may dial in using conference call number **646-518-9805** and password **8600307878**.

The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the local rules of the United States District Court for the Southern District of West Virginia, and all Pretrial Orders and Case Management Orders entered by the Court.

| | |
|---|---|
| Dated: May 28, 2021 | Respectfully submitted,<br><br>*/s/ Timothy C. Hester*<br>Timothy C. Hester<br>Christian J. Pistilli<br>Laura Flahive Wu<br>Andrew P. Stanner<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW Washington, DC 20001<br>Tel: (202) 662-5281<br>thester@cov.com<br>cpistilli@cov.com<br>lflahivewu@cov.com<br>astanner@cov.com<br><br>*/s/ Paul W. Schmidt*<br>Paul W. Schmidt<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 841-1000<br>pschmidt@cov.com<br><br>*/s/ Jeffrey M. Wakefield*<br>Jeffrey M. Wakefield (WVSB #3894)<br>jwakefield@flahertylegal.com<br>Jason L. Holliday (WVSB #12749)<br>jholliday@flahertylegal.com<br>FLAHERTY SENSABAUGH BONASSO PLLC<br>P.O. Box. 3843<br>Charleston, WV 25338-3843<br>Telephone: (304) 345-0200<br><br>*Counsel for McKesson Corporation* |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on 28th day of May, 2020, the forgoing was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail at mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com

Dated:  May 28, 2021    */s/ Timothy C. Hester*
                       Timothy C. Hester