# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date:   5/25/2021          Case Number   3:17-cv-01362

Case Style         The City of Huntington, West Virginia vs. AmerisourceBergen Drug Corporation

Type of hearing    Bench Trial

Before the Honorable: 2512-Faber

Court Reporter         Ayme Cochran                    Courtroom Deputy  Law Clerk

Attorney(s) for the Plaintiff or Government

Paul Farrell

Attorney(s) for the Defendant(s)

Steven Ruby

Law Clerk           Allison Skinner,

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:00 AM | 10:25 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:35 AM | 11:54 AM | Court actively conducting trial proceedings/Contested proceedings |
| 2:00 PM | 3:29 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:42 PM | 5:10 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 04:41

## Courtroom Notes

Scheduled Start: 9:00 a.m.
Actual Start: 9:00 a.m.
Court Reporters: Ayme Cochran and Lisa Cook

Appearances:
Plaintiffs:
Paul Farrell, Anthony Majestro, Mike Fuller, Mildred Conroy, Pearl Robertson, Peter Mougey, Mike Woefel, David Ackerman, Rusty, Webb, Annie Kouba, Mark Pifko, Anne Kearse, Linda Singer, Temitoe Leyimu, Troy Rafferty, Erin Dickinson, Amy J. Quezon, Mark P. Pifko, Eric Kennedy, Anthony Irpino
Defendants:
Robert Nicholas, Shannon McClure, Joseph Mahady, Gretchen Callas, Elizabeth Campbell, Chris, Casalenuovo, Enu Mainigi, Jennifer Wicht, Suzanne Salgado, Ashley Hardin, Isia Jasiewicz, Steve Ruby, Caitlin Anderson, Paul Schmidt, Tim Hester, Laura Flahive Wu, Andrew Stanner, Jeff Wakefield, Rob Park

9:00 a.m.
Examination of Mr. Oriente continues

10:25 a.m.
Recess

11:35 a.m.
In session, examination of Mr. Oriente continues

11:54 a.m.
Recess

2:00 p.m.
In session, examination of Mr. Oriente continues

3:29 p.m.
Recess

3:42 p.m.
In session, examination of Mr. Oriente continues

3:49 p.m.
Timothy Scott Ashworth sworn and examined

5:10 p.m.
Recess