## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on 31st day of May, 2021, the forgoing was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail at mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com

Dated:  June 1, 2021                      */s/ Timothy C. Hester*
                                                    Timothy C. Hester