## CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that on 28th day of May, 2021, the forgoing was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and via electronic mail at mdl2804discovery@motleyrice.com and track2opioiddefendants@reedsmith.com


Dated:  June 1, 2021                                */s/ Timothy C. Hester*  
                                                          Timothy C. Hester