# EXHIBIT 1

| | |
|---|---|
| **From:** | Ackerman, David <dackerman@motleyrice.com> |
| **Sent:** | Monday, June 7, 2021 18:34 |
| **To:** | zz-Track 2 Opioid Defendants (S) |
| **Cc:** | Paul Farrell; Anthony J. Majestro; Kearse, Anne; Singer, Linda; 2804 Discovery, MDL |
| **Subject:** | CT2 Trial - Week 6 Witnesses |

**[EXTERNAL]**
EXTERNAL E-MAIL - From dackerman@motleyrice.com

Plaintiffs intend to call the following witnesses next week in the following order:

* Any witnesses from this week's list who are not called
Daniel Ciccarone
Judith Feinberg
Nancy Young
Kevin Yingling
Caleb Alexander
Thomas McGuire
George Barrett
Skip Holbrook
Steve Williams

Plaintiffs have reduced our witness list and believe these are the remaining witnesses necessary to present our case. We have made substantial cuts to get to this list.

There approximately 48 trial hours through next Friday under the current schedule. We expect our remaining direct examinations to take between 24 to 28 hours. We do not know how long you plan to cross these witnesses.

We intend to request that the Court give us enough time to finish these witnesses – even if that requires additional trial days after next Friday. We also to request full days of testimony on the remaining two Fridays. This will increase the chance that we finish by June 18, 2021, but because we do not know how long you plan for cross examinations, we cannot commit to finish by then.

Please advise whether Defendants agree to this request or wish to discuss it further.

**David Ackerman** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 1001 | Washington, DC 20004 | dackerman@motleyrice.com
o. 202.849.4962 | c. 202.997.1217 | f. 202.386.9622

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.