# Blisard, Brandy

| | |
|---|---|
| **From:** | support@wvbar.org on behalf of The West Virginia State Bar <support@wvbar.org> |
| **Sent:** | Thursday, June 24, 2021 11:35 AM |
| **To:** | Blisard, Brandy |
| **Subject:** | Receipt - Pro Hac Vice - Case Payment - |

[EXTERNAL]



The West Virginia State Bar is in receipt of your motion to admit counsel pro hac vice. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted.

The West Virginia State Bar's Unlawful Practice of Law Committee wants to ensure that local counsel is aware of the requirements and responsibilities that he or she has when serving in this capacity. At the request of that Committee, below are links to Rule 8.0 of the Rules for Admission to the Practice of Law and a copy of the Unlawful Practice of Law Committee's Advisory Opinion 2010-001 which provide directives to both the local attorney and the attorney seeking admission pro hac vice regarding the obligations that each has. The Committee also suggests that you provide this information to visiting counsel.

http://www.courtswv.gov/legal-community/rules-for-admission.html#rule8
https://www.mywvbar.org/sites/default/files/emails/AO%202010-001.pdf

To view your submission status go to: https://www.mywvbar.org/phv-case-list

Please print this confirmation for your records.

| Payment Information | | | |
|---|---|---|---|
| Item | Qty | Each | Total |
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |
| Total Amount: $ 358.00 | | | |
| Date: June 24th, 2021 11:35 AM | | | |
| Transaction #: 63108317322 | | | |
| **Name:** | | | |
| **WVBar ID:** | | | |
| **PHV Case Information** | | | |

| |
|---|
| Civil Action Number: 3:17-cv-01362 |
| Email: bblisard@cov.com |
| **Billing Name and Address** |
| BrandyJBlisard<br>Brandy J Blisard<br>1245 4th Street SW<br>CHARLESTON, DC 20024<br><br>bblisard@cov.com |
| **Credit Card Information** |
| MasterCard<br>************2761<br>Expires: March 2023 |