# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date: 6/28/2021    Case Number 3:17-cv-01362

| | |
|---|---|
| Case Style | The City of Huntington, West Virginia vs. AmerisourceBergen Drug Corporation |
| Type of hearing | Bench Trial |
| Before the Honorable: | 2512-Faber |
| Court Reporter | Ayme Cochran |
| Courtroom Deputy | Cindy Lilly |

Attorney(s) for the Plaintiff or Government

Paul Farrell

Attorney(s) for the Defendant(s)

Steven Ruby

Law Clerk    Allison Skinner,

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:00 AM | 9:48 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:00 AM | 12:00 PM | Court actively conducting trial proceedings/Contested proceedings |
| 1:59 PM | 3:23 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:35 PM | 4:45 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 05:22

## Courtroom Notes

Scheduled Start: 9:00
Court Reporters: Ayme Cochran and Lisa Cook
Appearances:
Plaintiffs:
Paul Farrell, Anthony Majestro, Mike Fuller, Mildred Conroy, Pearl Robertson, Peter Mougey, Mike Woefel, David Ackerman, Rusty, Webb, Annie Kouba, Mark Pifko, Anne Kearse, Linda Singer, Temitoe Leyimu, Troy Rafferty, Erin Dickinson, Amy J. Quezon, Mark P. Pifko, Linda Singer, Robert P. Fitzsimmons
Defendants:
Robert Nicholas, Shannon McClure, Joseph Mahady, Gretchen Callas, Elizabeth Campbell, Chris, Casalenuovo, Enu Mainigi, Jennifer Wicht, Suzanne Salgado, Ashley Hardin, Isia Jasiewicz, Steve Ruby, Caitlin Anderson, Paul Schmidt, Tim Hester, Laura Flahive Wu, Andrew Stanner, Jeff Wakefield, Rob Park, Monika Isia Jasiewicz

9:00 a.m.
In session, George Caleb Alexander sworn and examined

9:48 a.m.
Recess

10:00 a.m.
In session, examination of Dr. Alexander continues

10:58 a.m.
In chambers - research

In session, examination of Dr. Alexander continues

12:00 p.m.
Recess

1:59 p.m.
In session, examination of Dr. Alexander continues

3:23 p.m.
Recess

3:35 p.m.
In session, examination of Dr. Alexander continues

4:45 p.m.
Recess