Table 1. Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2019

| Geographic Area | April 1, 2010 | | Population Estimate (as of July 1) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Census | Estimates Base | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| **United States** | 308,745,538 | 308,758,105 | 309,321,666 | 311,556,874 | 313,830,990 | 315,993,715 | 318,301,008 | 320,635,163 | 322,941,311 | 324,985,539 | 326,687,501 | 328,239,523 |
| **Northeast** | 55,317,240 | 55,318,443 | 55,380,134 | 55,604,223 | 55,775,216 | 55,901,806 | 56,006,011 | 56,034,684 | 56,042,330 | 56,059,240 | 56,046,620 | 55,982,803 |
| **Midwest** | 66,927,001 | 66,929,725 | 66,974,416 | 67,157,800 | 67,336,743 | 67,560,379 | 67,745,167 | 67,860,583 | 67,987,540 | 68,126,781 | 68,236,628 | 68,329,004 |
| **South** | 114,555,744 | 114,563,030 | 114,866,680 | 116,006,522 | 117,241,208 | 118,364,400 | 119,624,037 | 120,997,341 | 122,351,760 | 123,542,189 | 124,569,433 | 125,580,448 |
| **West** | 71,945,553 | 71,946,907 | 72,100,436 | 72,788,329 | 73,477,823 | 74,167,130 | 74,925,793 | 75,742,555 | 76,559,681 | 77,257,329 | 77,834,820 | 78,347,268 |
| Alabama | 4,779,736 | 4,780,125 | 4,785,437 | 4,799,069 | 4,815,588 | 4,830,081 | 4,841,799 | 4,852,347 | 4,863,525 | 4,874,486 | 4,887,681 | 4,903,185 |
| Alaska | 710,231 | 710,249 | 713,910 | 722,128 | 730,443 | 737,068 | 736,283 | 737,498 | 741,456 | 739,700 | 735,139 | 731,545 |
| Arizona | 6,392,017 | 6,392,288 | 6,407,172 | 6,472,643 | 6,554,978 | 6,632,764 | 6,730,413 | 6,829,676 | 6,941,072 | 7,044,008 | 7,158,024 | 7,278,717 |
| Arkansas | 2,915,918 | 2,916,031 | 2,921,964 | 2,940,667 | 2,952,164 | 2,959,400 | 2,967,392 | 2,978,048 | 2,989,918 | 3,001,345 | 3,009,733 | 3,017,804 |
| California | 37,253,956 | 37,254,519 | 37,319,502 | 37,638,369 | 37,948,800 | 38,260,787 | 38,596,972 | 38,918,045 | 39,167,117 | 39,358,497 | 39,461,588 | 39,512,223 |
| Colorado | 5,029,196 | 5,029,319 | 5,047,349 | 5,121,108 | 5,192,647 | 5,269,035 | 5,350,101 | 5,450,623 | 5,539,215 | 5,611,885 | 5,691,287 | 5,758,736 |
| Connecticut | 3,574,097 | 3,574,147 | 3,579,114 | 3,588,283 | 3,594,547 | 3,594,841 | 3,594,524 | 3,587,122 | 3,578,141 | 3,573,297 | 3,571,520 | 3,565,287 |
| Delaware | 897,934 | 897,937 | 899,593 | 907,381 | 915,179 | 923,576 | 932,487 | 941,252 | 948,921 | 956,823 | 965,479 | 973,764 |
| District of Columbia | 601,723 | 601,767 | 605,226 | 619,800 | 634,924 | 650,581 | 662,328 | 675,400 | 685,815 | 694,906 | 701,547 | 705,749 |
| Florida | 18,801,310 | 18,804,564 | 18,845,537 | 19,053,237 | 19,297,822 | 19,545,621 | 19,845,911 | 20,209,042 | 20,613,477 | 20,963,613 | 21,244,317 | 21,477,737 |
| Georgia | 9,687,653 | 9,688,729 | 9,711,881 | 9,802,431 | 9,901,430 | 9,972,479 | 10,067,278 | 10,178,447 | 10,301,890 | 10,410,330 | 10,511,131 | 10,617,423 |
| Hawaii | 1,360,301 | 1,360,307 | 1,363,963 | 1,379,329 | 1,394,804 | 1,408,243 | 1,414,538 | 1,422,052 | 1,427,559 | 1,424,393 | 1,420,593 | 1,415,872 |
| Idaho | 1,567,582 | 1,567,657 | 1,570,746 | 1,583,910 | 1,595,324 | 1,611,206 | 1,631,112 | 1,651,059 | 1,682,380 | 1,717,715 | 1,750,536 | 1,787,065 |
| Illinois | 12,830,632 | 12,831,572 | 12,840,503 | 12,867,454 | 12,882,510 | 12,895,129 | 12,884,493 | 12,858,913 | 12,820,527 | 12,778,828 | 12,723,071 | 12,671,821 |
| Indiana | 6,483,802 | 6,484,051 | 6,490,432 | 6,516,528 | 6,537,703 | 6,568,713 | 6,593,644 | 6,608,422 | 6,634,304 | 6,658,078 | 6,695,497 | 6,732,219 |
| Iowa | 3,046,355 | 3,046,871 | 3,050,745 | 3,066,336 | 3,076,190 | 3,092,997 | 3,109,350 | 3,120,960 | 3,131,371 | 3,141,550 | 3,148,618 | 3,155,070 |
| Kansas | 2,853,118 | 2,853,123 | 2,858,190 | 2,869,225 | 2,885,257 | 2,893,212 | 2,900,475 | 2,909,011 | 2,910,844 | 2,908,718 | 2,911,359 | 2,913,314 |
| Kentucky | 4,339,367 | 4,339,333 | 4,348,181 | 4,369,821 | 4,386,346 | 4,404,659 | 4,414,349 | 4,425,976 | 4,438,182 | 4,452,268 | 4,461,153 | 4,467,673 |
| Louisiana | 4,533,372 | 4,533,487 | 4,544,532 | 4,575,625 | 4,600,972 | 4,624,527 | 4,644,013 | 4,664,628 | 4,678,135 | 4,670,560 | 4,659,690 | 4,648,794 |
| Maine | 1,328,361 | 1,328,358 | 1,327,629 | 1,328,284 | 1,327,729 | 1,328,009 | 1,330,513 | 1,328,262 | 1,331,317 | 1,334,612 | 1,339,057 | 1,344,212 |
| Maryland | 5,773,552 | 5,773,794 | 5,788,645 | 5,839,419 | 5,886,992 | 5,923,188 | 5,957,283 | 5,985,562 | 6,003,323 | 6,023,868 | 6,035,802 | 6,045,680 |
| Massachusetts | 6,547,629 | 6,547,785 | 6,566,307 | 6,613,583 | 6,663,005 | 6,713,315 | 6,762,596 | 6,794,228 | 6,823,608 | 6,859,789 | 6,882,635 | 6,892,503 |
| Michigan | 9,883,640 | 9,884,116 | 9,877,510 | 9,882,412 | 9,897,145 | 9,913,065 | 9,929,848 | 9,931,715 | 9,950,571 | 9,973,114 | 9,984,072 | 9,986,857 |
| Minnesota | 5,303,925 | 5,303,927 | 5,310,828 | 5,346,143 | 5,376,643 | 5,413,479 | 5,451,079 | 5,482,032 | 5,522,744 | 5,566,230 | 5,606,249 | 5,639,632 |
| Mississippi | 2,967,297 | 2,968,130 | 2,970,548 | 2,978,731 | 2,983,816 | 2,988,711 | 2,990,468 | 2,988,471 | 2,987,938 | 2,988,510 | 2,981,020 | 2,976,149 |
| Missouri | 5,988,927 | 5,988,950 | 5,995,974 | 6,010,275 | 6,024,367 | 6,040,715 | 6,056,202 | 6,071,732 | 6,087,135 | 6,106,670 | 6,121,623 | 6,137,428 |
| Montana | 989,415 | 989,407 | 990,697 | 997,316 | 1,003,783 | 1,013,569 | 1,021,869 | 1,030,475 | 1,040,859 | 1,052,482 | 1,060,665 | 1,068,778 |
| Nebraska | 1,826,341 | 1,826,305 | 1,829,542 | 1,840,672 | 1,853,303 | 1,865,279 | 1,879,321 | 1,891,277 | 1,905,616 | 1,915,947 | 1,925,614 | 1,934,408 |
| Nevada | 2,700,551 | 2,700,677 | 2,702,405 | 2,712,730 | 2,743,996 | 2,775,970 | 2,817,628 | 2,866,939 | 2,917,563 | 2,969,905 | 3,027,341 | 3,080,156 |
| New Hampshire | 1,316,470 | 1,316,462 | 1,316,762 | 1,320,202 | 1,324,232 | 1,326,622 | 1,333,341 | 1,336,350 | 1,342,307 | 1,348,787 | 1,353,465 | 1,359,711 |
| New Jersey | 8,791,894 | 8,791,978 | 8,799,446 | 8,828,117 | 8,844,942 | 8,856,972 | 8,864,525 | 8,867,949 | 8,870,827 | 8,885,525 | 8,886,025 | 8,882,190 |
| New Mexico | 2,059,179 | 2,059,199 | 2,064,552 | 2,080,450 | 2,087,309 | 2,092,273 | 2,089,568 | 2,089,291 | 2,091,630 | 2,091,784 | 2,092,741 | 2,096,829 |
| New York | 19,378,102 | 19,378,144 | 19,399,878 | 19,499,241 | 19,572,932 | 19,624,447 | 19,651,049 | 19,654,666 | 19,633,428 | 19,589,572 | 19,530,351 | 19,453,561 |
| North Carolina | 9,535,483 | 9,535,751 | 9,574,323 | 9,657,592 | 9,749,476 | 9,843,336 | 9,932,887 | 10,031,646 | 10,154,788 | 10,268,233 | 10,381,615 | 10,488,084 |
| North Dakota | 672,591 | 672,576 | 674,715 | 685,225 | 701,176 | 722,036 | 737,401 | 754,066 | 754,434 | 754,942 | 758,080 | 762,062 |
| Ohio | 11,536,504 | 11,536,751 | 11,539,336 | 11,544,663 | 11,548,923 | 11,576,684 | 11,602,700 | 11,617,527 | 11,634,370 | 11,659,650 | 11,676,341 | 11,689,100 |

Table 1. Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2019

| Geographic Area | April 1, 2010 | | Population Estimate (as of July 1) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Census | Estimates Base | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Oklahoma | 3,751,351 | 3,751,582 | 3,759,944 | 3,788,379 | 3,818,814 | 3,853,214 | 3,878,187 | 3,909,500 | 3,926,331 | 3,931,316 | 3,940,235 | 3,956,971 |
| Oregon | 3,831,074 | 3,831,079 | 3,837,491 | 3,872,036 | 3,899,001 | 3,922,468 | 3,963,244 | 4,015,792 | 4,089,976 | 4,143,625 | 4,181,886 | 4,217,737 |
| Pennsylvania | 12,702,379 | 12,702,868 | 12,711,160 | 12,745,815 | 12,767,118 | 12,776,309 | 12,788,313 | 12,784,826 | 12,782,275 | 12,787,641 | 12,800,922 | 12,801,989 |
| Rhode Island | 1,052,567 | 1,052,964 | 1,053,959 | 1,053,649 | 1,054,621 | 1,055,081 | 1,055,936 | 1,056,065 | 1,056,770 | 1,055,673 | 1,058,287 | 1,059,361 |
| South Carolina | 4,625,364 | 4,625,366 | 4,635,649 | 4,671,994 | 4,717,354 | 4,764,080 | 4,823,617 | 4,891,938 | 4,957,968 | 5,021,268 | 5,084,156 | 5,148,714 |
| South Dakota | 814,180 | 814,198 | 816,166 | 823,579 | 833,566 | 842,316 | 849,129 | 853,988 | 862,996 | 872,868 | 878,698 | 884,659 |
| Tennessee | 6,346,105 | 6,346,276 | 6,355,311 | 6,399,291 | 6,453,898 | 6,494,340 | 6,541,223 | 6,591,170 | 6,646,010 | 6,708,799 | 6,771,631 | 6,829,174 |
| Texas | 25,145,561 | 25,146,091 | 25,241,971 | 25,645,629 | 26,084,481 | 26,480,266 | 26,964,333 | 27,470,056 | 27,914,410 | 28,295,273 | 28,628,666 | 28,995,881 |
| Utah | 2,763,885 | 2,763,891 | 2,775,332 | 2,814,384 | 2,853,375 | 2,897,640 | 2,936,879 | 2,981,835 | 3,041,868 | 3,101,042 | 3,153,550 | 3,205,958 |
| Vermont | 625,741 | 625,737 | 625,879 | 627,049 | 626,090 | 626,210 | 625,214 | 625,216 | 623,657 | 624,344 | 624,358 | 623,989 |
| Virginia | 8,001,024 | 8,001,049 | 8,023,699 | 8,101,155 | 8,185,080 | 8,252,427 | 8,310,993 | 8,361,808 | 8,410,106 | 8,463,587 | 8,501,286 | 8,535,519 |
| Washington | 6,724,540 | 6,724,540 | 6,742,830 | 6,826,627 | 6,897,058 | 6,963,985 | 7,054,655 | 7,163,657 | 7,294,771 | 7,423,362 | 7,523,869 | 7,614,893 |
| West Virginia | 1,852,994 | 1,853,018 | 1,854,239 | 1,856,301 | 1,856,872 | 1,853,914 | 1,849,489 | 1,842,050 | 1,831,023 | 1,817,004 | 1,804,291 | 1,792,147 |
| Wisconsin | 5,686,986 | 5,687,285 | 5,690,475 | 5,705,288 | 5,719,960 | 5,736,754 | 5,751,525 | 5,760,940 | 5,772,628 | 5,790,186 | 5,807,406 | 5,822,434 |
| Wyoming | 563,626 | 563,775 | 564,487 | 567,299 | 576,305 | 582,122 | 582,531 | 585,613 | 584,215 | 578,931 | 577,601 | 578,759 |
| Puerto Rico | 3,725,789 | 3,726,157 | 3,721,525 | 3,678,732 | 3,634,488 | 3,593,077 | 3,534,874 | 3,473,232 | 3,406,672 | 3,325,286 | 3,193,354 | 3,193,694 |

Note: The estimates are based on the 2010 Census and reflect changes to the April 1, 2010 population due to the Count Question Resolution program and geographic program revisions. See Geographic Terms and Definitions at http://www.census.gov/programs-surveys/popest/guidance-geographies/terms-and-definitions.html for a list of the states that are included in each region. All geographic boundaries for the 2019 population estimates series except statistical area delineations are as of January 1, 2019. For population estimates methodology statements, see http://www.census.gov/programs-surveys/popest/technical-documentation/methodology.html.

**Suggested Citation:**
Table 1. Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2019 (NST-EST2019-01)
**Source:** U.S. Census Bureau, Population Division
**Release Date:** December 2019