An official website of the United States government Here's how you know



**Menu**

**Home**

**Press Releases**

**2011**

**06**

**10**

Cincinnati Pharmaceutical Supplier's DEA License Suspended



**Drug Enforcement Administration**

Detroit
Keith Martin , Special Agent in Charge
**@DEADetroitDiv**

**June 10, 2011**
**Contact:** Brian McNeal
**Phone Number:** (571) 362-1498
**FOR IMMEDIATE RELEASE**

# Cincinnati Pharmaceutical Supplier's DEA License Suspended

### Keysource Medical distributed 48 million doses of oxycodone products to Florida pharmacies

**DETROIT, MI** - Robert L. Corso, Special Agent in Charge of the Detroit Field Division, Drug Enforcement (DEA) announced today the immediate suspension of the federal controlled substance Registration of Keysource Medical, a wholesale supplier of pharmaceuticals.

Keysource Medical, based in Cincinnati, Ohio, has been the subject of a DEA investigation that alleges the company was selling large quantities of controlled substances to pharmacies, primarily in Florida. The investigation has revealed that several of Keysource Medical's largest purchasers of oxycodone were engaged in schemes to dispense controlled substances based on prescriptions that were written for other than legitimate medical purposes. The investigation revealed that Keystone Medical distributed approximately 48 million dosage units of oxycodone products to customers in Florida over a two year time between November of 2008 and November of 2010.

"Pharmaceutical companies have a responsibility to ensure that the drugs they sell don't end up in the hands of drug traffickers or businesses that are conducting their business illegally," said Corso. "Prescription drug abuse in Florida, southern Ohio and northern Kentucky has risen to epidemic proportions, and Keysource Medical, should have known based on the large, frequent quantities, that their customers were diverting oxycodone into arenas that were not legitimate. This action is another reminder that the DEA is working hard to hold accountable those companies who choose to operate outside the law."

DEA's action suspends Keysource Medical's DEA Certificate of Registration in accordance with an Immediate Suspension Order and pursuant to Sections 303 and 304 of the Controlled Substances Act, Title 21, Sections 823 and 824. The DEA's investigation of Keysource Medical has determined that the continued registration of this company constitutes an imminent danger to public health and safety.

Keysource Medical received written notice of the factual and legal basis for this action. In addition, Keysource Medical will be given an opportunity for an administrative hearing within the next 60 days. After the hearing, the DEA Deputy Administrator will make a final decision on whether Keysource Medical's registration should be permanently revoked. This decision will be published in the Federal Register.

Oxycodone is the generic name of an addictive prescription painkiller that is classified under federal narcotics laws as a Schedule II controlled substance. Oxycodone is typically legally prescribed to combat acute, severe pain for legitimate medical purposes.

  

Who We Are +

What We Do +

Resources +

Doing Business with the DEA +

Policies +



**United States Drug Enforcement Administration**

DEA.gov is an official site of the U.S. Department of Justice

Get Updates

**Contact the Webmaster**