**U.S. Department of Health & Human Services**

Preparedness     Emergency     About ASPR

PHE Home > Emergency > News & Multimedia > Public Health Actions > PHE > Determination that a Public Health Emergency Exists

Search...

# Determination that a Public Health Emergency Exists

**More Emergency and Response Information**

Declarations of a Public Health Emergency
Section 1135 Waivers
Emergency Use Authorization

As a result of the consequences of the opioid crisis affecting our Nation, on this date and after consultation with public health officials as necessary, I, Eric D. Hargan, Acting Secretary of Health and Human Services, pursuant to the authority vested in me under section 319 of the Public Health Service Act, do hereby determine that a public health emergency exists nationwide.

10/26/2017
_____
Date

/s/
_____
Eric D. Hargan
Acting Secretary

This page last reviewed: October 26, 2017

Home | Contact Us | Accessibility | Privacy Policies | Disclaimer | HHS Viewers & Players | HHS Plain Language

Assistant Secretary for Preparedness and Response (ASPR), 200 Independence Ave., SW, Washington, DC 20201

U.S. Department of Health and Human Services | USA.gov | GobiernoUSA.gov | HealthCare.gov in Other Languages

