IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>  Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>  Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>  Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

**DEFENDANTS' MOTION FOR JUDGMENT ON
PARTIAL FINDINGS REGARDING PROXIMATE CAUSATION**

Pursuant to Fed. R. Civ. P. 52(c), Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Defendants") hereby move for judgment on partial findings on proximate causation grounds.

The bases for this Motion are set forth more fully in the accompanying memorandum of law, which is incorporated herein. Pursuant to LR Civ. P. 7.1(a), copies of all documents, affidavits, and other such materials or exhibits referenced in the memorandum and upon which this motion relies are attached to this motion.

1

Dated: July 1, 2021                                      Respectfully submitted,

                ***McKesson Corporation***
                By Counsel:

                */s/ Timothy C. Hester*
                Timothy C. Hester (DC 370707)
                Christian J. Pistilli
                Laura Flahive Wu
                Andrew P. Stanner
                COVINGTON & BURLING LLP
                One CityCenter
                850 Tenth Street NW Washington, DC 20001
                Tel: (202) 662-5324
                thester@cov.com
                cpistilli@cov.com
                lflahivewu@cov.com
                astanner@cov.com

                */s/ Paul W. Schmidt*
                Paul W. Schmidt
                COVINGTON & BURLING LLP
                The New York Times Building 620 Eighth Avenue
                New York, New York 10018
                Tel: (212) 841-1000
                pschmidt@cov.com

                */s/ Jeffrey M. Wakefield*
                Jeffrey M. Wakefield (WVSB #3894)
                jwakefield@flahertylegal.com
                Jason L. Holliday (WVSB #12749)
                jholliday@flahertylegal.com
                FLAHERTY SENSABAUGH BONASSO PLLC
                P.O. Box. 3843
                Charleston, WV 25338-3843
                Telephone: (304) 345-0200

                ***AmerisourceBergen Drug Corporation***
                By Counsel:

                */s/ Gretchen M. Callas*
                Gretchen M. Callas (WVSB #7136)
                JACKSON KELLY PLLC
                Post Office Box 553 Charleston, WV 25322
                Tel: (304) 340-1000
                Fax: (304) 340-1050

gcallas@jacksonkelly.com

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com

***Cardinal Health, Inc.***
By Counsel:

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Jennifer G. Wicht
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
jwicht@wc.com
ahardin@wc.com

Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
Raymond S. Franks II (WVSB No. 6523)
David R. Pogue (WVSB No. 10806)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com

3

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 1, 2021, the foregoing "DEFENDANTS' MOTION FOR JUDGMENT ON PARTIAL FINDINGS REGARDING PROXIMATE CAUSATION" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Timothy C. Hester*
Timothy C. Hester (DC 370707)
