# Exhibit A

| Estimated Cost of Abatement Plan: 2021 - 2035 | Year | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ∑2021 - 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Category 1: Prevention - Reducing Opioid Oversupply and Improving Safe Opioid Use** | | | | | | | | | | | | | | | | | |
| 1A. Health Professional Education | | $488,771 | $303,925 | $309,296 | $315,186 | $321,609 | $328,578 | $336,111 | $344,224 | $352,935 | $362,264 | $372,229 | $382,854 | $394,160 | $406,171 | $418,912 | $5,437,224 |
| 1B. Patient and Public Education | | $32,487 | $32,949 | $33,416 | $33,890 | $34,371 | $34,859 | $35,354 | $35,856 | $36,365 | $36,881 | $37,404 | $37,935 | $38,473 | $39,020 | $39,573 | $538,834 |
| 1C. Safe Storage and Drug Disposal Programs | | $2,840 | $2,770 | $2,701 | $2,635 | $2,570 | $2,506 | $2,445 | $2,384 | $2,325 | $2,268 | $2,212 | $2,157 | $2,104 | $2,052 | $2,002 | $35,972 |
| 1D. Community Prevention and Resiliency | | $1,333,590 | $1,310,151 | $1,287,580 | $1,265,865 | $1,244,997 | $1,224,965 | $1,205,761 | $1,187,377 | $1,169,804 | $1,153,036 | $1,137,066 | $1,121,888 | $1,107,496 | $1,093,887 | $1,081,055 | $17,924,519 |
| 1E. Harm Reduction | | $1,411,518 | $1,319,427 | $1,315,276 | $1,311,243 | $1,307,330 | $1,303,539 | $1,299,874 | $1,296,337 | $1,292,932 | $1,289,662 | $1,289,795 | $1,283,540 | $1,280,695 | $1,277,999 | $1,275,455 | $19,554,622 |
| 1F. Surveillance, Evaluation, and Leadership | | $272,216 | $281,580 | $291,266 | $301,286 | $311,650 | $322,371 | $333,460 | $344,931 | $356,797 | $369,071 | $381,767 | $394,899 | $408,484 | $422,536 | $437,071 | $5,229,383 |
| **Category 2: Treatment - Supporting Individuals Affected by the Epidemic** | | | | | | | | | | | | | | | | | |
| 2A. Connecting Individuals to Care | | $1,439,497 | $1,481,660 | $1,525,226 | $1,570,242 | $1,616,759 | $1,664,827 | $1,714,500 | $1,765,832 | $1,811,910 | $1,866,494 | $1,922,904 | $1,981,205 | $2,041,460 | $2,103,737 | $2,168,104 | $26,674,357 |
| 2B. Treating Opioid Use Disorder | | $91,991,701 | $94,656,004 | $97,409,282 | $100,255,279 | $103,197,938 | $106,241,419 | $109,390,108 | $112,648,636 | $116,021,892 | $119,515,041 | $123,133,540 | $126,883,162 | $130,770,011 | $134,800,550 | $138,981,619 | $1,705,896,182 |
| 2C. Managing Complications Attributable to the Epidemic | | $18,826,478 | $20,225,564 | $21,712,357 | $23,291,681 | $24,968,605 | $16,355,626 | $16,932,895 | $17,534,373 | $18,161,053 | $18,813,966 | $19,494,186 | $20,202,834 | $20,941,073 | $21,710,116 | $22,511,227 | $301,682,032 |
| 2D. Expanding The Healthcare Workforce | | $693,726 | $528,791 | $462,014 | $393,641 | $396,578 | $400,057 | $404,120 | $408,811 | $413,507 | $418,890 | $326,901 | $329,716 | $332,486 | $335,962 | $340,198 | $6,185,398 |
| 2E. Distributing Naloxone and Providing Training | | $512,309 | $493,292 | $532,611 | $544,344 | $587,582 | $601,047 | $648,602 | $664,022 | $716,333 | $733,962 | $791,512 | $811,633 | $874,956 | $897,887 | $967,573 | $10,377,665 |
| **Category 3: Recovery - Enhancing Public Safety and Reintegration** | | | | | | | | | | | | | | | | | |
| 3A. Public Safety | | $659,137 | $673,986 | $689,191 | $704,764 | $720,712 | $737,047 | $753,806 | $770,973 | $788,530 | $806,547 | $825,005 | $843,917 | $863,295 | $883,152 | $903,500 | $11,623,562 |
| 3B. Criminal Justice System | | $1,246,446 | $2,001,743 | $2,092,376 | $2,196,937 | $2,304,028 | $2,420,235 | $2,549,609 | $2,693,299 | $2,888,937 | $3,058,486 | $3,245,739 | $3,447,946 | $3,715,940 | $3,961,994 | $4,227,423 | $42,051,138 |
| 3C. Vocational Training and Job Placement | | $3,036,784 | $2,999,909 | $2,965,117 | $2,929,480 | $2,893,154 | $2,858,135 | $2,824,806 | $2,789,693 | $2,756,870 | $2,722,651 | $2,691,428 | $2,659,290 | $2,626,362 | $2,595,172 | $2,563,659 | $41,912,512 |
| 3D. Reengineering the Workplace | | | | | | | | | | | | | | | | | |
| 3E. Mental Health Counseling and Grief Support | | $248,270 | $256,810 | $265,644 | $274,783 | $227,388 | $235,210 | $243,301 | $251,671 | $260,328 | $269,284 | $208,910 | $216,097 | $223,531 | $231,220 | $239,174 | $3,651,622 |
| **Category 4: Addressing Needs of Special Populations** | | | | | | | | | | | | | | | | | |
| 4A. Pregnant Women, New Mothers, and Infants | | $2,836,176 | $3,677,068 | $4,541,441 | $5,430,343 | $6,344,863 | $7,286,132 | $7,295,991 | $7,286,650 | $7,277,534 | $7,290,482 | $7,282,403 | $7,274,506 | $7,290,632 | $7,283,736 | $7,302,275 | $95,700,232 |
| 4B. Adolescents and Young Adults | | $2,763,241 | $2,708,212 | $2,653,906 | $2,601,170 | $2,549,206 | $2,498,227 | $305,736 | $2,399,615 | $2,351,899 | $2,304,751 | $2,259,094 | $2,213,929 | $2,169,788 | $2,126,607 | $2,084,736 | $33,990,116 |
| 4C. Families and Children | | $16,254,052 | $15,946,867 | $15,590,578 | $15,299,709 | $14,966,241 | $14,656,483 | $14,377,437 | $14,085,369 | $13,809,615 | $13,511,437 | $13,211,226 | $12,957,657 | $12,699,123 | $12,463,534 | $12,210,806 | $212,040,134 |
| 4D. Homeless and Housing Insecure Individuals | | $296,874 | $285,314 | $293,789 | $280,908 | $267,002 | $274,934 | $259,509 | $267,218 | $250,142 | $257,572 | $238,701 | $245,792 | $253,094 | $231,655 | $238,537 | $3,941,041 |
| 4E. Individuals with Opioid Misuse | | N/A | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | ∑2021 - 2035 |
| | TOTAL: | $144,346,114 | $149,186,022 | $153,973,070 | $159,003,385 | $164,262,582 | $159,446,198 | $160,913,426 | $166,777,273 | $170,719,710 | $174,782,743 | $178,852,024 | $183,290,956 | $188,033,163 | $192,866,986 | $197,992,898 | $2,544,446,548 |

Source: Summary of cost data in P-41954, Appendix M to George Barrett expert report

DEMO-272 _ 00012