IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br> Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION, *et al.* <br><br> Defendants. | Civil Action No. 3:17-01665 |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE** that Emily Kveselis, Esq. is withdrawing as legal counsel on behalf of McKesson Corporation in this matter effective July 7, 2021. Accordingly, it is requested that Ms. Kveselis be removed as a participant to the electronic docket in this matter.

Respectfully submitted this 7th day of July, 2021.

/s/ Timothy C. Hester
Timothy C. Hester (DC 370707)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
*Counsel for McKesson Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7[h] day of July, 2021, I filed a true and exact copy of the foregoing "***Notice of Withdrawal as Counsel***" via the Court's CM/ECF system which will provide service to all counsel of record.

                                                    */s/ Timothy C. Hester*
                                                    Timothy C. Hester (DC 370707)