# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,
    Plaintiff,

v.                                       CIVIL ACTION NO. 3:17-01362

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

_____

CABELL COUNTY COMMISSION,

    Plaintiff,

v.                                        CIVIL ACTION NO. 3:17-01665

AMERISOURCEBERGEN
DRUG CORPORATION, et al.,
    Defendants.

_____

## AMERISOURCEBERGEN DRUG CORPORATION'S MOTION FOR JUDGMENT UNDER RULE 52(c) BASED ON PLAINTIFFS' FAILURE TO PROVE CULPABLE CONDUCT

       Pursuant to Fed. R. Civ. R. 52(c), Defendants AmerisourceBergen Drug Corporation herby

moves for judgment on partial findings because Plaintiffs have not proven culpable conduct on the

part of AmerisourceBergen Drug Corporation. The bases for this Motion are set forth more fully

in the accompanying memorandum of law, which is incorporated herein.


                               Respectfully Submitted,

                               ***AmerisourceBergen Drug Corporation***

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV 25322
Telephone: (304) 340-1000
Facsimile: (304) 340-1050
gcallas@jacksonkelly.com


/s/ *Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, the forgoing ***AmerisourceBergen Drug Corporation's Motion For Judgment Under Rule 52(c) Based On Plaintiffs' Failure To Prove Culpable Conduct*** was sent to Counsel for the Plaintiffs and Defendants using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gretchen M. Callas*
Gretchen M. Callas (WVSB # 7136)