# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>                Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 3:17-01362<br><br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 3:17-01665<br><br>Hon David A. Faber |

## CARDINAL HEALTH'S MOTION FOR JUDGMENT

Pursuant to Rule 52(c), and for the reasons set forth in the accompanying Memorandum, Cardinal Health, Inc. moves for judgment in its favor.

Dated: July 2, 2021

                                                                           Respectfully submitted,

                                                                           **CARDINAL HEALTH, INC.**

                                                                           */s/ Steven R. Ruby*
                                                                           Michael W. Carey (WVSB No. 635)
                                                                           Steven R. Ruby (WVSB No. 10752)
                                                                           David R. Pogue (WVSB No. 10806)
                                                                           Raymond S. Franks II (WVSB No. 6523)
                                                                           CAREY DOUGLAS KESSLER & RUBY PLLC
                                                                           901 Chase Tower, 707 Virginia Street, East
                                                                           P.O. Box 913
                                                                           Charleston, WV 25323
                                                                           Telephone: (304) 345-1234
                                                                            Facsimile: (304) 342-1105

mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com

*/s/ F. Lane Heard III*
Enu Mainigi
F. Lane Heard III
Jennifer G. Wicht
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com
lheard @wc.com
jwicht@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

CERTIFICATE OF SERVICE

I, Steven R. Ruby, counsel for Defendant Cardinal Health, do hereby certify that service of the foregoing **CARDINAL HEALTH'S MOTION FOR JUDGMENT** and **MEMORANDUM IN SUPPORT OF CARDINAL HEALTH'S MOTION FOR JUDGMENT** was filed electronically via the CM/ECF electronic filing system and served on all counsel registered in the system.

Dated: July 2, 2021

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB No. 10752)