**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG<br>CORPORATION, et al.,<br><br>                    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG<br>CORPORATION, et al.,<br><br>                    Defendants. | Civil Action No. 3:17-01665 |

**APPENDIX TO
MEMORANDUM IN SUPPORT OF
CARDINAL HEALTH'S MOTION FOR JUDGMENT**

## INDEX TO APPENDIX

| | Tab |
|---|---|
| **TRIAL TRANSCRIPTS EXCERPTS** | |
| Cabell County Opening (May 3) | 1 |
| Alexander, Dr. Caleb | 2 |
| June 28 | A |
| June 29 | B |
| Barrett, George (June 29) | 3 |
| Gupta, Dr. Rahul (May 6) | 4 |
| Keller, Lacey (June 15) | 5 |
| Keyes, Dr. Katherine (June 14) | 6 |
| May, David, (May 14) | 7 |
| McCann, Dr. Craig | 8 |
| May 10 | A |
| May 11 | B |
| May 12 | C |
| Mone, Michael (May 20) | 9 |
| Perry, Michael (May 19) | 10 |
| Rafalski, James | 11 |
| May 26 | A |
| May 27 | B |
| Rannazzisi, Joseph | 12 |
| June 7 | A |
| June 8 | B |
| June 9 | C |
| June 10 | D |
| Waller, Dr. Corey (May 4) | 13 |
| Werthammer, Dr. Joseph (May 21) | 14 |
| Young, Dr. Nancy (June 16) | 15 |
| Rule 52(c) Argument (July 1) | 16 |
| **OTHER** | |
| Third Amended Complaint excerpts | 17 |
| Motion to Dismiss Hearing Transcript excerpts (June 20, 2017) | 18 |
| Pre-Trial Conference Transcript excerpts (Mar. 18) | 19 |
| Prevoznik, Thomas Deposition excerpts (Apr. 17, 2019) | 20 |
| Memorandum re standard for liability | 21 |

1