# TAB 10

```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON

_____x
                               :
THE CITY OF HUNTINGTON,        :    Civil Action
                               :
             Plaintiff,        :    No.  3:17-cv-01362
                               :
v.                             :
                               :
AMERISOURCEBERGEN DRUG         :
CORPORATION, et al.,           :
                               :
             Defendants.       :
_____x
                               :
CABELL COUNTY COMMISSION,      :    Civil Action
                               :
             Plaintiff,        :    No. 3:17-cv-01665
                               :
v.                             :
                               :
AMERISOURCEBERGEN DRUG         :
CORPORATION, et al.,           :
                               :
             Defendants.       :
_____x


              BENCH TRIAL - VOLUME 13
  BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
             UNITED STATES DISTRICT COURT
              IN CHARLESTON, WEST VIRGINIA


                     MAY 19, 2021
```

1    **A.**   I know exactly where you lived, Paul, yes.
2    **Q.**   My grandfather used to take me to Sacred Heart Church
3    at 7:00 a.m. on weekdays.  I don't know if that's where
4    you're at.
5    **A.**   Yes.
6    **Q.**   I know your family as well.  That's one of the reasons
7    why Eric is the one who took the beginning.  I've got a
8    couple questions for you.
9    **A.**   Sure.
10   **Q.**   Without belaboring the point, you performed the sales
11   function for AmerisourceBergen; correct?
12   **A.**   That's correct.
13   **Q.**   And the Suspicious Order Monitoring and the Regulatory
14   Compliance was a separate component of AmerisourceBergen?
15   **A.**   I wouldn't say it was a separate, separate component.
16   It was part of AmerisourceBergen.
17   **Q.**   So were you watching or tracking the volume of pills
18   that were going into your pharmacies?
19   **A.**   That's something that I would not or did not do.
20   **Q.**   At any point in time were you advised or shown
21   statistics or trends of purchasers from the pharmacies that
22   you serviced?
23   **A.**   I don't recall that.
24   **Q.**   I noticed in some of the communications that you were
25   assigned Kentucky, or there was a -- your division or

1    territory included Kentucky?
2    **A.**   Yeah.  From time to time -- you know, we had different
3    initiatives in the company.  We would have different
4    positions, territory changes because the company wanted to
5    have a different initiative to go to market and so on.
6         So from time to time, our, our sales territories did
7    change.  And, of course, my territories changed, you know,
8    maybe every six, seven, eight years, whatever it might be.
9         But I still had a good base of customers in that
10   Huntington area because that was my home.  Not only that,
11   but a lot of my customers did business with
12   AmerisourceBergen because of who I am, the relationships
13   that we had, the personal relationships that we had.  I was
14   very, very well received and very well-liked in my
15   territory, and you could ask my competition if that's true
16   or not true.
17   **Q.**   So your territory also included across the Big Sandy
18   over into Kentucky; correct?
19   **A.**   That's correct.
20   **Q.**   That would be Boyd County and Greenup County?
21   **A.**   That is correct.
22   **Q.**   And then if you cross the Ohio River, that's Lawrence
23   County and Scioto County.  Is that in your territory as
24   well?
25   **A.**   Yes.

| | |
|---|---|
| 1 | **Q.** Just north of Huntington and Cabell County, if you can |
| 2 | swim up river, is Mason County? |
| 3 | **A.** Yes. |
| 4 | **Q.** And if you continue to go down south, you've got Wayne |
| 5 | County, Boone County, and Logan County? |
| 6 | **A.** Okay. So we need some clarification there. So Boone |
| 7 | County and, you know, those deep counties down there, that |
| 8 | was not part of my territory. |
| 9 | **Q.** Okay. |
| 10 | **A.** Yeah. |
| 11 | **Q.** So what about, what about Lincoln County? |
| 12 | MR. NICHOLAS: Your Honor, at this point, I don't |
| 13 | want to unnecessarily interrupt, but I think this is beyond |
| 14 | the scope. |
| 15 | THE COURT: Well, I don't know where he's going. |
| 16 | Overruled. |
| 17 | I'm going to let you go ahead with this, Paul. |
| 18 | BY MR. FARRELL: |
| 19 | **Q.** Did you have Lincoln County as well? |
| 20 | **A.** Yes. |
| 21 | **Q.** Okay. So those pharmacies that you called on, were you |
| 22 | ever provided any information or data on the purchasing |
| 23 | trends of your customers in the surrounding counties of |
| 24 | Cabell County? |
| 25 | **A.** I don't recall that. |

*Ayme A. Cochran, RMR, CRR (304) 347-3128*