# TAB 12D

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON


_____x
                               :
THE CITY OF HUNTINGTON,        :      Civil Action
                               :
            Plaintiff,         :      No.  3:17-cv-01362
                               :
v.                             :
                               :
AMERISOURCEBERGEN DRUG         :
CORPORATION, et al.,           :
                               :
            Defendants.  :
_____x
                               :
CABELL COUNTY COMMISSION,      :      Civil Action
                               :
            Plaintiff,         :      No. 3:17-cv-01665
                               :
v.                             :
                               :
AMERISOURCEBERGEN DRUG         :
CORPORATION, et al.,           :
                               :
            Defendants.  :
_____x
```

```
                 BENCH TRIAL - VOLUME 24
     BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
                 UNITED STATES DISTRICT COURT
                  IN CHARLESTON, WEST VIRGINIA


                      JUNE 10, 2021
```

1    of AmerisourceBergen's Orlando facility, has the DEA ever

2    shut down any other AmerisourceBergen distribution center?

3    **A.**    To my knowledge, I don't -- I just don't know.  I don't

4    have any knowledge of any other shutdown except for that

5    2007.

6    **Q.**    Okay.  And -- okay.  Now, in 2007, later on in June,

7    AmerisourceBergen and the DEA entered into a Settlement

8    Agreement; is that correct?

9    **A.**    That's correct.

10    **Q.**    And AmerisourceBergen did not pay any fine in

11    connection with that Settlement Agreement; is that correct?

12    **A.**    That is correct.

13    **Q.**    In fact, to your knowledge, AmerisourceBergen has never

14    paid a fine to the DEA; is that correct?

15    **A.**    As far as I know, we've never had a fine from

16    AmerisourceBergen.

17    **Q.**    Now, let's take a look at the Settlement Agreement,

18    please, and this is AM-WV-00649.

19            MR. NICHOLAS:  May I approach, Your Honor?

20            THE COURT:  Yes, you may.

21            MR. NICHOLAS:  And we can go right to Page 2 of

22    this agreement, Ritchie, if that's okay.

23    BY MR. NICHOLAS:

24    **Q.**    And just quickly, we'll start with Paragraph 2.

25    Just show that bullet out.

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

```
 1          There was no admission of liability in connection with

 2     the Settlement Agreement on the part of AmerisourceBergen;

 3     correct?

 4     A.    That's correct.

 5     Q.    Okay.  Let's turn to Paragraph 1, subpart (b).

 6          Now, this is -- in your testimony on direct, and also

 7     on cross, Mr. Rannazzisi, you spoke a number of times about

 8     ARCOS data and the fact that there was a time lag, in your

 9     view, in terms of the DEA's ability to use ARCOS data

10     because the data was coming weeks or even a month to the DEA

11     after the sales had occurred.  Do you remember that

12     testimony?

13     A.    Yes.

14     Q.    Okay.  That's why I want to look at Paragraph 1(b).  In

15     this agreement with AmerisourceBergen, AmerisourceBergen

16     agreed -- let's just look at the first sentence.

17     A.    Yes.

18     Q.    "AmerisourceBergen shall, (i), provide to DEA

19     headquarters within two business days following the date of

20     sale a report of all controlled substance transactions

21     through electronic data interchange in a format mutually and

22     reasonably agreed upon by the parties."

23          Do you see that?

24     A.    Yes.

25     Q.    Okay.  And this information was -- this is not ARCOS
```

1    reporting that we're talking about now; right?  This is

2    something in addition to ARCOS reporting; correct?

3    **A.**    If I remember, that's correct, yes.

4    **Q.**    And pursuant to this agreement, the DEA was receiving

5    this -- the information about every controlled substance

6    sale that AmerisourceBergen made within two days of the

7    sale; is that correct?

8    **A.**    That's what it says, yes.

9    **Q.**    Okay.  Now, if you go down to the last sentence, it

10   says -- begins with the words "the obligations."

11        "The obligations contained in this paragraph shall

12   remain in full force and effect for a period of five years

13   from the effective date of this agreement, and thereafter

14   shall remain in full force and effect unless terminated and

15   revoked by either party upon 30 days written notice."

16        Do you see that?

17   **A.**    Yes.

18   **Q.**    The DEA never revoked this term, did it?

19   **A.**    I don't believe so.

20   **Q.**    And AmerisourceBergen never revoked this term, did it?

21   **A.**    Not to my knowledge.

22   **Q.**    So since the date of this Settlement Agreement in June

23   of 2007, the DE- -- AmerisourceBergen has been reporting

24   information about every one of its controlled substance

25   sales to the DEA within two days of the sales, of the sale;

*Ayme A. Cochran, RMR, CRR (304) 347-3128*