# TAB 15

```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON

_____x
                              :
THE CITY OF HUNTINGTON,       :       Civil Action
                              :
              Plaintiff,      :       No.  3:17-cv-01362
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x
                              :
CABELL COUNTY COMMISSION,     :       Civil Action
                              :
              Plaintiff,      :       No. 3:17-cv-01665
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x


              BENCH TRIAL - VOLUME 28
   BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
              UNITED STATES DISTRICT COURT
              IN CHARLESTON, WEST VIRGINIA


                       JUNE 16, 2021
```

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1   convening that they're trying to get a handle on how do you
2   establish clinical criteria for Neonatal Abstinence Syndrome
3   or withdrawal and they asked me to present information.
4       That's a sampling of the times that I've testified at
5   Congress and the Senate and a few of the publications that
6   are specific to this topic area, the Family Treatment Court
7   Best Practice Standards were, again, funded by the
8   Department of Justice and SAMHSA, the Substance Abuse and
9   Mental Health Service Administration and Children's Bureau
10  funded this monograph on A Collaborative Approach for
11  Pregnant and Parenting Women with Opioid Use Disorders.
12  **Q.**   And, Dr. Young, you mentioned that this was a sample of
13  your publications and speeches.  Roughly how many other
14  articles and publications have you authored?
15  **A.**   In the scientific literature, probably 10-15, but that
16  hasn't really been my career.  My career has been more of
17  what they call the gray material, things that the government
18  publishes.
19      We've been the contractor to the Children's Bureau who
20  funds child welfare and they jointly fund the National
21  Center on Substance Abuse and Child Welfare.  We've been
22  that contractor since 2002.  So, 19 years.
23      During that time, I'd say, reports, we've done well
24  over 50 reports to the federal government similar to this
25  consensus document that SAMHSA published.

1  **Q.** And are all of those publications related to child
2  welfare, pregnant women, children and family services?
3  **A.** Yes.
4  **Q.** And has any of your work related to the impact of the
5  opioids in particular?
6  **A.** Yes. In fact, it was about 2010 or so that our project
7  officer from SAMHSA tasked us with really getting a handle
8  on what was going on with opioids. They had, you know, the
9  emerging data, 2010, about the impact in the child welfare
10 system and asked us to do first this monograph, as well as
11 really understand what the impact was. So, we've been at
12 that for about a decade of really understanding the impacts
13 of opioids on children and families. And various
14 initiatives that we've -- some that we've talked about
15 already today have been specifically about families affected
16 by opioids.
17 **Q.** And in how many different states have you worked on
18 matters directly related to opioids?
19 **A.** In my career, since 1996 or so, I've actually been to
20 every state. I've either given a speech, or facilitated a
21 work group. But, right now, I think I ran through some of
22 the numbers of states that we're working in right now.
23 **Q.** And, Dr. Young, has your professional work involved
24 assessing and supporting programs that effectively serve
25 mothers, children and families affected by Substance Abuse

1   Disorders?
2   **A.**   Yes, absolutely.  That's what the developing knowledge
3   is about, understanding the research literature, as well as
4   really talking to people in communities about what they're
5   trying, what they're being successful at, but also
6   evaluating the research to -- and their program evaluations
7   to understand what works.
8   **Q.**   And have you also had professional experience in
9   determining the costs of those various programs and
10  services?
11  **A.**   Yes.  It's always a specific that people want to know
12  is what's the bang for the buck and so we try and understand
13  what the costs of those services are across all of the
14  aspects of what it takes to innovate, and to implement, and
15  to sustain these kinds of programs and have these programs
16  go through these various stages to be able to really stand
17  them up and have them be something that families can count
18  on.
19  **Q.**   And in the course of your work related to the costs of
20  these programs and services, have you had a chance to
21  examine or become familiar with federal grant and federal
22  funding programs?
23  **A.**   Oh, yes.  We've published about all of the funding
24  streams that come into states from the federal government
25  across substance use prevention and treatment, child welfare