# TAB 20

Highly Confidential - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF OHIO
 3                      EASTERN DIVISION
 4                      -    -    -
 5
      IN RE:  NATIONAL        :   HON. DAN A.
 6    PRESCRIPTION OPIATE     :   POLSTER
      LITIGATION              :
 7                            :
      APPLIES TO ALL CASES    :   NO.
 8                            :   1:17-MD-2804
                              :
 9
               - HIGHLY CONFIDENTIAL -
10
      SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                      VOLUME I
12
                      -    -    -
13
                   April 17, 2019
14
                      -    -    -
15
16              Videotaped deposition of
      THOMAS PREVOZNIK, taken pursuant to
17    notice, was held at the law offices of
      Williams & Connolly, 725 12th Street,
18    Washington, D.C., beginning at 9:11 a.m.,
      on the above date, before Michelle L.
19    Gray, a Registered Professional Reporter,
      Certified Shorthand Reporter, Certified
20    Realtime Reporter, and Notary Public.
21                      -    -    -
22
               GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

1   we've already determined that prior to

2   December of 2007, you're not aware of the

3   DEA saying to the industry, no more

4   excessive purchase reports, right?

5           MR. FINKELSTEIN:   Object to

6       the characterization of the

7       witness's testimony.

8           THE WITNESS:   I would say

9       if -- we would take any data that

10      anybody wants to give us, so...

11  BY MS. MAINIGI:

12      Q.    That didn't answer my

13  question.

14      A.    I'm sorry.

15          MR. FINKELSTEIN:   Objection.

16      Argumentive.

17  BY MS. MAINIGI:

18      Q.    We've already established

19  that prior to 2007 you're not aware of

20  the DEA saying, no more excessive

21  purchase reports, right?

22      A.    Right.   Correct.

23          MR. FINKELSTEIN:   Let me

24      object.

```
1                    THE WITNESS:  Sorry.
2                    MR. FINKELSTEIN:  Object to
3          the characterization.  You can
4          answer.
5                    THE WITNESS:  Correct.
6    BY MS. MAINIGI:
7          Q.    And the DEA was aware that
8    there were, in fact, being routinely
9    submitted by distributors excessive
10   purchase reports on a regular basis,
11   right?
12         A.    We were aware.
13         Q.    And you were also aware that
14   there were employees of the DEA that had,
15   in fact, blessed certain excessive
16   purchase reporting systems, right?
17                   MR. FINKELSTEIN:  Objection.
18                   MR. FARRELL:  Objection.
19         Foundation.
20                   THE WITNESS:  I'm not aware
21         of employees --
22   BY MS. MAINIGI:
23         Q.    This isn't about you, this
24   is the DEA.
```

Highly Confidential - Subject to Further Confidentiality Review

1          Was the DEA aware that

2     certain employees had, in fact, blessed

3     the excessive purchase reporting systems?

4          MR. FARRELL:  Objection.

5          Foundation.

6          THE WITNESS:  I don't know

7          which employees you're speaking

8          of.

9     BY MS. MAINIGI:

10         Q.    Just employees.  Is -- is it

11    fair to say that the DEA did, in the late

12    '90s and early aughts, from time to time

13    review the reporting systems of

14    distributors and essentially give them a

15    yay or nay as to whether they thought

16    that the reporting system was suspicious?

17         MR. FARRELL:  Objection.

18         Foundation.

19         MR. FINKELSTEIN:  Objection.

20         Vague.

21         THE WITNESS:  You lost me on

22         the last part.

23    BY MS. MAINIGI:

24         Q.    Okay.  Let me start over.