# EXHIBIT A

Case 3:17-cv-01362   Document 1465-1   Filed 07/14/21   Page 2 of 3 PageID #: 62989

**Designation Run Report**

# Boggs, Gary - Plaintiff's Submission

**Boggs, Gary 01-17-2019**

**Plaintiffs Affirmative Designations  00:47:16**

**Plaintiffs Counters  00:06:33**

Plaintiff Counter Counters  00:00:48

**Defense Completeness Counters  00:13:21**

**Total Time  01:07:59**



ID:GB09

| | GB09-Boggs, Gary - Plaintiff's Submission | |
|---|---|---|
| Page/Line | Source | ID |
| | 324:8 five years after McKesson's settlement with the | |
| | 324:9 DOJ." | |
| | 324:10 You know that was in 2008, correct, the | |
| | 324:11 settlement? | |
| | 324:12   A. I do. | |
| | 324:13   Q. Okay.  So there's five years. | |
| | 324:14 And then it goes on in the next full | |
| | 324:15 paragraph:  "Washington Court House, Ohio.  Here | |
| | 324:16 again, McKesson did not report any orders as | |
| | 324:17 suspicious for years after the settlement with DOJ | |
| | 324:18 and DEA."  Do you see that? | |
| 324:20 - 324:20 | **Boggs, Gary 01-17-2019 (00:00:01)** | GB09.151 |
| | 324:20 THE WITNESS:  I do. | |
| 324:22 - 325:13 | **Boggs, Gary 01-17-2019 (00:00:37)** | GB09.152 |
| | 324:22   Q. And then going on to McKesson's | |
| | 324:23 Lakeland, the next paragraph on page 4, McKesson's | |
| | 324:24 distribution system, it says:  "Once again, in | |
| | 325:1 derogation of its responsibilities under the CSA | |
| | 325:2 and the 2008 MOA, McKesson Lakeland failed to | |
| | 325:3 report suspicious orders to the DEA for a | |
| | 325:4 five-year period." | |
| | 325:5 Do you see that? | |
| | 325:6   A. I do. | |
| | 325:7   Q. And then going down, McKesson in | |
| | 325:8 Methume -- Methuen, Massachusetts, in the next | |
| | 325:9 paragraph:  "As with other distribution centers | |
| | 325:10 McKesson operated, McKesson failed to report any | |
| | 325:11 suspicious orders from May 2008 through November | |
| | 325:12 2013."  Do you see that? | |
| | 325:13   A. I do. | |
| 326:04 - 326:08 | **Boggs, Gary 01-17-2019 (00:00:10)** | GB09.153 |
| | 326:4   Q. According to that document.  That | |
| | 326:5 would -- that would basic- -- that would indicate | |
| | 326:6 a systemic and nationwide failure on McKesson's | |
| | 326:7 part during that time period.  You would agree | |
| | 326:8 with that, right? | |
| 326:11 - 326:12 | **Boggs, Gary 01-17-2019 (00:00:04)** | GB09.154 |
| | 326:11 THE WITNESS:  It's an issue that needed | |
| | 326:12 to be addressed, yes. | |
| 387:23 - 389:01 | **Boggs, Gary 01-17-2019 (00:01:17)** | GB09.155 |