UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CITY OF HUNTINGTON**
   Plaintiff,
v.
**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
   Defendants.

Civil Action No. 3:17-cv-01362

---

**CABELL COUNTY COMMISSION,**
   Plaintiff,
v.
**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
   Defendants.

*Consolidated Case*:
Civil Action No. 3:17-cv-01665

---

**PLAINTIFFS' MOTION TO EXTEND DEADLINE
TO RESPOND TO DEFENDANTS' RULE 52(c) MOTION**

Pursuant to the Court's bench order on July 2, 2021, Plaintiffs' Responses to Defendants' Rule 52(c) motions are due Friday, July 23, 2021. Plaintiffs are requesting an extension of two days in which to file their respective responses which would make those responses due on Sunday, July 25, 2021.

Defendants filed five Rule 52(c) motions totaling 214 pages of text with various overlapping issues. Plaintiffs continue to coordinate their responses with the various Plaintiffs' counsel responsible for the cases against each individual Defendant and also require the additional time to confirm the accuracy of citations to the record.

Defendants have authorized Plaintiffs to represent to the Court that they do not object to a one-day extension, but do object to a two-day extension.

If the extension is granted, Plaintiffs agree to file one of the responses today, a day early, and the remaining four responses on a rolling basis over the weekend.

WHEREFORE, Plaintiffs move for the Court to extend the deadline by which they must file their responses to the Defendants' Rule 52(c) Motions to Sunday, July 25, 2021.

Dated:   July 22, 2021                               Respectfully submitted,

| **THE CITY OF HUNTINGTON** | **CABELL COUNTY COMMISSION** |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell Jr.* |
| Anne McGinness Kearse (WVSB No 12547) | Paul T. Farrell, Jr. (WVSB Bar No. 7443) |
| Joseph F. Rice | **FARRELL & FULLER LLC** |
| **MOTLEY RICE LLC** | 1311 Ponce de Leon Ave., Suite 202 |
| 28 Bridgeside Blvd. | San Juan, Puerto Rico 00907 |
| Mount Pleasant, SC 29464 | Mobile: 304-654-8281 |
| Tel: 843-216-9000 | paul@farrellfuller.com |
| Fax: 843-216-9450 | |
| akearse@motleyrice.com | */s/ Anthony J. Majestro* |
| jrice@motleyrice.com | Anthony J. Majestro (WVSB No. 5165) |
| | **POWELL & MAJESTRO, PLLC** |
| Linda Singer | 405 Capitol Street, Suite P-1200 |
| David I. Ackerman | Charleston, WV 25301 |
| **MOTLEY RICE LLC** | 304-346-2889 / 304-346-2895 (f) |
| 401 9th Street NW, Suite 1001 | amajestro@powellmajestro.com |
| Washington, DC 20004 | |
| Tel:  202-232-5504 | Michael A. Woelfel (WVSB No. 4106) |
| Fax:  202-386-9622 | **WOELFEL AND WOELFEL, LLP** |
| lsinger@motleyrice.com | 801 Eighth Street |
| dackerman@motleyrice.com | Huntington, West Virginia 25701 |
| | Tel. 304.522.6249 |
| Charles R. "Rusty" Webb (WVSB No. 4782) | Fax. 304.522.9282 |
| **The Webb Law Centre, PLLC** | mikewoelfel3@gmail.com |
| 716 Lee Street, East | |
| Charleston, West Virginia 25301 | |
| Telephone: (304) 344-9322 | |
| Facsimile: (304) 344-1157 | |
| rusty@rustywebb.com | |

**CERTIFICATE OF SERVICE**

I certify that on July 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will also be served on all parties by email to:

Track2OpioidDefendants@ReedSmith.com and CT2_Opioid_Team@mail-list.com

                                             *s/ Anthony J. Majestro*
                                             Anthony J. Majestro (WVSB 5165)