```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                   **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                   **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**

    **Defendants.**

_____

### ORDER

Pending before the court is plaintiffs' motion to extend the deadline for responding to defendants' Rule 52(c) motions. See ECF No. 1467. Plaintiffs ask for a two-day extension. Defendants agree to a one-day extension but not a two-day extension. Plaintiffs' motion is **GRANTED** and, as they assert they will, plaintiffs should file their responses on a rolling basis as soon as possible.

The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 22nd day of July, 2021.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge