

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

Plaintiff,

v.  Civil Action No. 3:17-01362

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

Defendants.

v.  Civil Action No. 3:17-01665

CABELL COUNTY COMMISSION,

Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

Defendants.

## WITNESS LIST

| Presiding Judge: | Plaintiff Attorney(s): | Defendant Attorney(s): | |
|---|---|---|---|
| David A. Faber | See attached list | See attached list | |
| **Trial Began:** | **Court Reporter:** | **Courtroom Deputy/Law Clerk** | |
| 5/3/21 | Ayme Cochran & Lisa Cook | Cynthia Lilly – Allison Skinner & Stephen Marlowe | |
| **Date** | **Pltf No.** | **Witness** | **Date** | **Deft No.** | **Witness** |
| 05/04/21 | 1 | Dr. Corey Waller | 7/2 | 1 | Christopher Gilligan |
| 05/05/21 | 2 | Dr. David T. Courtwright | 7/7 | 2 | Dr. Timothy Ray Deer |
| 05/05/21 | 3 | Dr. Rahul Gupta | 7/7 | 3 | Dr. James Hughes |

| | | | | | |
|---|---|---|---|---|---|
| 5/6/21 | 4 | Connie Priddy | 7/8 | 4 | Theodore Martens |
| 5/7/21 | 5 | Jan Kathleen Rader | 7/8 | 5 | Dr. Kevin M. Murphy |
| 5/10/21 | 6 | Dr. Craig McCann | 7/8 | 6 | Dr. Peter Boberg |
| 5/12/21 | 7 | Chris Zimmerman | 7/9 | 7 | John J. McDonald III |
| 5/13/21 | 8 | Donna Kelley | 7/12 | 8 | Dr. Robert J. Rufus |
| 5/14/21 | 9 | David May | 7/12 | 9 | Stephanie Weber Colston |
| ------ | 10 | Nathan Hartle (by deposition) | | 10 | June Howard (by deposition) |
| ------ | 11 | Thomas Prevoznik (by deposition) | | 11 | Darren Cox (by deposition) |
| 5/17/21 | 12 | Steven Mays | | 12 | Robert Knittle (by deposition) |
| 5/19/21 | 13 | Michael Gerard Perry | | 13 | Michael Mapes (by deposition) |
| 5/19/21 | 14 | Michael A. Mone | | 14 | Gilberto Quintero (by deposition) |
| 5/21/21 | 15 | Dr. Joseph Werthammer | | 15 | Beth Thompson (by deposition) |
| 5/21/21 | 16 | Jessee Kave | | | |
| 5/21/21 | 17 | Scott Lemley | | | |
| 5/24/21 | 18 | Michael Oriente | | | |
| 5/24/21 | 19 | John Gray (by deposition) | | | |
| 5/24/21 | 20 | Patrick Kelly (by deposition) | | | |
| 5/25/21 | 21 | Timothy Ashworth | | | |
| 5/26/21 | 22 | James Rafalski | | | |
| 5/27/21 | 23 | Charles "Chuck" Zerkle, Jr. | | | |
| 5/27/21 | 24 | Dr. Lyn O'Connell | | | |
| ------ | 25 | Gary Boggs (by deposition) | | | |
| ------ | 26 | Eric Brantley (by deposition) | | | |
| ------ | 27 | Vic Brown (by deposition) | | | |
| ------ | 28 | Stephen Lawrence (by deposition) | | | |
| ------ | 29 | Gary Hilliard (by deposition) | | | |
| ------ | 30 | Steve Reardon (by deposition) | | | |
| 6/7/21 | 31 | Joseph Rannazzisi | | | |
| 6/10/21 | 32 | Gordon S. Smith | | | |
| 6/10/21 | 33 | Dr. Jakki Mohr | | | |
| 6/11/21 | 34 | Dr. Katherine Keyes | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6/15/21 | 35 | Lacey Keller | | | |
| 6/16/21 | 36 | Nancy Catherine Young, PhD | | | |
| 6/16/21 | 37 | Dr. Kevin Yingling | | | |
| 6/17/21 | 38 | Dr. Thomas McGuire | | | |
| 6/17/21 | 39 | Dr. Judith Feinberg | | | |
| 6/17/21 | 40 | Chief W. H. "Skip" Holbrook | | | |
| | 41 | Nathan Hartle (by deposition) | | | |
| | 42 | Stacy Harper-Avilla (by deposition) | | | |
| | 43 | Matthew Strait (by deposition) | | | |
| | 44 | Eric Cherveny (by deposition) | | | |
| | 45 | Nathan Elkins (by deposition) | | | |
| | 46 | Edward Hazewski (by deposition) | | | |
| | 47 | Lisa Mash (by deposition) | | | |
| 6/28/21 | 48 | George Caleb Alexander, MD | | | |
| 6/29/21 | 49 | George A. Barrett | | | |
| | 50 | Mark Hartman (by deposition) | | | |
| | 51 | Kim Howenstein (by deposition) | | | |
| | 52 | Gilberto Quintero (by deposition) | | | |
| | 53 | David Gustin (by deposition) | | | |
| | 54 | Donald Walker (by deposition) | | | |
| 6/30/21 | 55 | Steve Williams | | | |
| | 56 | Jennifer Norris (by deposition | | | |

**Plaintiffs:**

Paul Farrell, Anthony Majestro, Mike Fuller, Mildred Conroy, Pearl Robertson, Peter Mougey, Mike Woefel, David Ackerman, Rusty, Webb, Annie Kouba, Mark Pifko, Anne Kearse, Linda Singer, Temitoe Leyimu, Troy Rafferty, Erin Dickinson, Amy J. Quezon, Mark P. Pifko, Eric Kennedy, Linda Singer

**Defendants:**

Robert Nicholas, Shannon McClure, Joseph Mahady, Gretchen Callas, Elizabeth Campbell, Chris, Casalenuovo, Enu Mainigi, Jennifer Wicht, Suzanne Salgado, Ashley Hardin, Isia Jasiewicz, Steve Ruby, Caitlin Anderson, Paul Schmidt, Tim Hester, Laura Flahive Wu, Andrew Stanner, Jeff Wakefield, Rob Park

Deposition Designations

Nathan Hartle

Thomas Prevoznik

John Gray

Patrick Kelly

Gary Boggs

Eric Brantley

Vic Brown

Stephen Lawrence

Gary Hilliard

Steve Reardon

Nathan Hartle (fact)

Stacy Harper-Avilla

Matthew Strait

Eric Cherveny

Nathan Elkins

Edward Hazewski

Lisa Mash

Mark Hartman

Kim Howenstein

Gilberto Quintero

David Gustin

Donald Walker

Jennifer Norris

June Howard

Darren Cox

Robert Knittle

Michael Mapes

Gilberto Quintero

Beth Thompson