Hartle

Gray

































