CAH's Affirmative Designations
Quintero

Def Affirmative Designations
Thompson

**COVINGTON**
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

TO:

# June Howard
# Deposition Designation
# USB

DEPTS





**COVINGTON** DEFTS
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

TO:

**Deposition Designations**

**Darren Cox & Robert Knittle**

DEFTS

Mapes
Flashdrive

