Plaintiffs' Cross-Notice of Remote Deposition
and Non-Retained Expert Witness Disclosure of
Dr. Rahul Gupta

# Exhibit 3

Gupta Deposition
April 15, 2021

Page 1

1        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2
3
   * * * * * * * * * * * * * * * * * * * * * *
4
   THE CITY OF HUNTINGTON,
5
              Plaintiff,
6
   vs.                                 CIVIL ACTION
7                                     NO. 3:17-01362
   AMERISOURCEBERGEN DRUG
8  CORPORATION, et al.,
9             Defendants.
10 _____
11 CABELL COUNTY COMMISSION,
12            Plaintiff,
13 vs.                                 CIVIL ACTION
                                     NO. 3:17-01665
14 AMERISOURCEBERGEN DRUG
   CORPORATION, et al.,
15
              Defendants.
16
   * * * * * * * * * * * * * * * * * * * * * *
17
18
19        Videotaped and videoconference deposition
   of RAHUL GUPTA, M.D. taken by the Defendants under
20 the Federal Rules of Civil Procedure in the above-
   entitled action, pursuant to notice, before Teresa
21 S. Evans, a Registered Merit Reporter, all parties
   located remotely, on the 15th day of April, 2021.
22
23
24

Page 2

```
 1                       APPEARANCES:
 2
    APPEARING FOR THE PLAINTIFFS:
 3
               Anne McGinness Kearse, Esquire
 4             Temitope O. Leyimu, Esquire
               Monique Christenson, Esquire
 5             MOTLEY RICE
               28 Bridgeside Boulevard
 6             Mt. Pleasant, SC  29464
 7             Paul T. Farrell, Jr., Esquire
               FARRELL LAW
 8             422 Ninth Street
               3rd Floor
 9             Huntington, WV  25714-1180
10             Mark A. Colantonio, Esquire
               Robert P. Fitzsimmons, Esquire
11             FITZSIMMONS LAW FIRM
               1609 Warwood Avenue
12             Wheeling, WV  26003
13             Kathleen Knight, Esquire
               Michael Fuller, Esquire
14             MCHUGH FULLER
               97 Elias Whiddon Road
15             Hattiesburg, MS 39402
16             Anthony J. Majestro, Esquire
               J. C. Powell, Esquire
17             POWELL & MAJESTRO
               405 Capitol Street, Suite P1200
18             Charleston, WV  25301
19             Hunter J. Shkolnik, Esquire
               NAPOLI SHKOLNIK
20             400 Broadhollow Drive, Suite 305
               Melville, NY 11747
21
22
23
24
```

Page 3

```
 1                    APPEARANCES (Contd.)
 2
 3   APPEARING FOR THE DEFENDANT CARDINAL HEALTH:
 4            Enu Mainigi, Esquire
              Suzanne Salgado, Esquire
 5            WILLIAMS & CONNOLLY
              725 Twelfth Street, N.W.
 6            Washington, DC 20005
 7            Steven R. Ruby, Esquire
              CAREY, DOUGLAS, KESSLER & RUBY
 8            901 Chase Tower
              707 Virginia Street, East
 9            Charleston, WV  25323
10
     APPEARING FOR THE DEFENDANT AMERISOURCEBERGEN:
11
              Gretchen M. Callas, Esquire
12            JACKSON KELLY
              500 Lee Street, East
13            Suite 1600
              Charleston, WV  25322-0553
14
              Kristen Ashe, Esquire
15            REED SMITH
              Three Logan Square
16            1717 Arch Street, Suite 3100
              Philadelphia, PA, 19103
17
18   APPEARING FOR THE DEFENDANT McKESSON CORPORATION:
19            Timothy C. Hester, Esquire
              Clayton Bailey, Esquire
20            COVINGTON & BURLING
              One City Center
21            850 Tenth Street NW
              Washington, DC  20001
22
23
24
```

Page 4

1                    APPEARANCES (Contd.)

2

   ALSO PRESENT:

3

           Adam Hager, Videographer
4          Justin Taylor, Esquire
           Fazal Shere, Esquire
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    EXAMINATION INDEX

2

3       BY MS. MAINIGI                                    7

4       BY MS. KEARSE                                   181

5       BY MR. FARRELL                                  187

6       RE BY MS. MAINIGI                               189

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    EXHIBIT INDEX

2

3    Exhibit 58 Plaintiffs' Supplemental Federal    50
                Rule of Civil Procedure
4                26(a)(2)(C) Disclosure (marked
                with red numbers)

5

     Exhibit 61 Charleston Gazette-Mail article    64
6                dated 12-31-17 entitled "Men and
                women battling the opioid
7                epidemic"

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                  P R O C E E D I N G S

2                  VIDEO OPERATOR:  Good morning.  We're

3      going on the record at 11:33 a.m. on April 15th,

4      2021.  Please note that the microphones are

5      sensitive and may pick up whispering, private

6      conversations and cellular interference.

7                       Please turn off all cell phones or

8      place them away from the microphones as they can

9      interfere with the deposition audio.

10                      Audio and video recording will

11     continue to take place unless all parties agree to

12     go off the record.

13                      This is Media Unit 1 of the video

14     recorded deposition of Rahul Gupta, M.D., taken by

15     Counsel for the Defendant in the matter of City of

16     Huntington versus AmerisourceBergen Drug

17     Corporation, et al and Cabell County Commission

18     versus AmerisourceBergen Drug Corporation, et al,

19     being filed in the United States District Court for

20     the Southern District of West Virginia, Case Nos.

21     3:17-01362 and 3:17-01665.

22                      This deposition is being conducted

23     remotely via Zoom conferencing.  My name is Adam

24     Hager from the firm Veritext; I'm the videographer.

Page 8

1    The court reporter is Teresa Evans from the firm

2    Veritext.

3                    I am not authorized to administer an

4    oath; I am not related to any party in this action;

5    nor am I financially interested in the outcome.

6                    Counsel and all present in the room

7    and everyone attending remotely will now state

8    their appearances and affiliations for the record.

9                    If there are any objections to

10   proceeding, please state them at the time of your

11   appearance, beginning with the noticing attorney.

12                   MS. MAINIGI:  Good afternoon.  This is

13   Enu Mainigi from Williams & Connolly for Cardinal

14   Health.

15                   MR. RUBY:  And Steve Ruby also for

16   Cardinal Health.

17                   MR. HESTER:  This is Timothy Hester

18   from Covington & Burling representing McKesson

19   Corporation.

20                   MS. CALLAS:  Gretchen --

21                   MR. BAILEY:  This is -- sorry.

22   Clayton Bailey also from Covington & Burling, for

23   McKesson.

24                   MS. CALLAS:  Gretchen Callas for

```
                                        Page 9
1    AmerisourceBergen.
2                  MS. KEARSE:  Anne Kearse on behalf of
3    the Plaintiffs.
4                  MR. MAJESTRO:  Anthony Majestro on
5    behalf of the Plaintiffs.
6                  MR. FARRELL:  Paul Farrell on behalf
7    of the plaintiffs.
8                  MR. COLANTONIO:  Mark Colantonio, Bob
9    Fitzsimmons, representing Doctor Gupta for purposes
10   of this deposition.
11                 MR. SHKOLNIK:  Hunter Shkolnik also
12   representing Doctor Gupta for the purposes of this
13   deposition.
14                 VIDEO OPERATOR:  If there are no
15   further appearances to be noted, would the court
16   reporter please swear the witness.
17                 (The witness was sworn.)
18        R A H U L   G U P T A , M. D. ,
19   was called as a witness by the Defendants, and
20   having been first duly sworn, testified as follows:
21                      EXAMINATION
22   BY MS. MAINIGI:
23      Q.  Good afternoon, or good morning, Doctor
24   Gupta.  How are you today?
```

1      A.   Good morning.  I am well, thank you.  And
2   how are you?
3      Q.   I'm good, thank you.  We met off the
4   record, but just I'll state it again.  My name is
5   Enu Mainigi, and I represent Cardinal Health, and
6   I'm going to be doing the questioning today.
7                 Before we get started, Doctor Gupta,
8   you are -- where are you doing this deposition
9   from?
10     A.   I'm doing this deposition from Pentagon
11  City.
12     Q.   And at a particular office?  Whose office?
13     A.   This is the Ritz Carlton at Pentagon City.
14     Q.   And who is in the room with you, Doctor
15  Gupta?
16     A.   Mark Colantonio and Bob Fitzsimmons.
17     Q.   And those are the only individuals in the
18  room with you?
19     A.   Yes.
20     Q.   And besides the exhibits that your
21  attorneys may have received from us to have handy
22  for you, do you have any other documents in front
23  of you?
24     A.   No.

Page 11

1      Q.   Do you have any notes in front of you?

2      A.   No.

3      Q.   Doctor Gupta, you were deposed in this case

4   last September.  Do you understand why we are here

5   doing another deposition?

6      A.   I do have a fair amount of understanding.

7      Q.   Could you explain to me what your

8   understanding is?

9      A.   My understanding is that you want to talk

10   to me to see if there's another -- more areas

11   within the context of the previous deposition that

12   I can help with.

13      Q.   Are your -- are you aware, Doctor Gupta,

14   that counsel for Cabell and Huntington submitted a

15   supplementary disclosure regarding potential expert

16   opinions that you might offer at trial?

17      A.   I'm not aware.

18      Q.   Could you put --

19           MS. MAINIGI:  Bob, are you going to be

20   the one assisting with exhibits?

21           MR. COLANTONIO:  Well, we don't have

22   -- we didn't print out the actual exhibits here.  I

23   have them on e-mail, but we don't -- so I just kind

24   of prefer -- this is Mark speaking, by the way.

Page 12

1    You put them up on the -- for the doctor to see and

2    then he can comment on them.

3              But we don't have printouts right here

4    of all the exhibits.

5              MS. MAINIGI:  Okay.  Steve, are you --

6              MR. RUBY:  I thought -- sorry, Mark, I

7    thought you guys were going to have them printed

8    for -- for doctor Gupta.

9              MR. COLANTONIO:  Yeah, I apologize if

10   that was a -- I didn't -- I just don't have them

11   here, Steve.  But I think -- I think if you put

12   them up that he'll be able to, you know, do it that

13   way.

14             MR. RUBY:  Well, let's do this.  Let

15   me --

16             MS. KEARSE:  Yeah, Steve, I thought

17   you were doing them remotely as well.  We just --

18   and we didn't get copies of them.

19             MR. RUBY:  Hold on.  Let me --

20             MS. MAINIGI:  Well, while -- while we

21   gather up some of the exhibits, I think, Steve,

22   we'd want to -- I'm not even sure we need 51, but I

23   guess 58 would be one of the next ones.

24   BY MS. MAINIGI:

Page 13

1      Q.   So Doctor Gupta, let's just go ahead and
2  jump in.  Is it correct that you worked in West
3  Virginia from approximately 2009 to 2017?
4      A.   That is correct, but that is not the
5  entirety of my experience in West Virginia.
6      Q.   What other experience did you have in West
7  Virginia beyond -- beyond the experience of those
8  years?
9      A.   I had worked in West Virginia from March of
10 2009 to November of 2018.  And after that, I
11 continued to be a volunteer physician to date with
12 West Virginia Health Right, which is a charitable
13 clinic in Charleston, West Virginia.
14     Q.   And is that something you do through today,
15 Doctor Gupta?
16     A.   Yes.
17     Q.   And how often do you volunteer as a
18 physician at that clinic?
19     A.   I would take advantage of every time I'm
20 able to or most times I'm able to visit West
21 Virginia, to be able to do that.  That could be
22 ranging anywhere from once a month to once every
23 few months.
24     Q.   And that has happened since your departure

Page 14

1   from West Virginia in approximately November of

2   2018.  Is that correct?

3       A.  I have volunteered in my time since my

4   departure from West Virginia in November of 2018.

5       Q.  And your present position, Doctor Gupta, is

6   being the chief medical officer at the March of

7   Dimes; is that correct?

8       A.  My current position at March of Dimes is

9   chief medical and health officer, as well as the

10  interim chief science officer, and senior vice

11  president --

12      Q.  I'm sorry, you cut out there, Doctor.

13  Senior vice president of what?

14      A.  Of March of Dimes.

15      Q.  Did you take the role at the March of Dimes

16  beginning in approximately 2018?

17      A.  Yes.

18      Q.  And you moved to the Washington, D.C. area

19  around that time?

20      A.  I did not move immediately to the

21  Washington area.

22      Q.  Did you commute for some period of time?

23      A.  Yes.

24      Q.  When did you move to the Washington, D.C.

Page 15

1   area?

2       A.   Probably around February or March of 2019.

3       Q.   Doctor Gupta, the March of Dimes is a

4   global organization focused on maternal and infant

5   health; is that correct?

6       A.   Yes.

7       Q.   And the March of Dimes works on prenatal

8   education, among other things.  Is that correct?

9       A.   That would be part of the work that we do

10  at March of Dimes.

11      Q.   And also professional education?

12      A.   That would be accurate as well.

13      Q.   And also NICU support and resources?

14      A.   That would also be accurate, NICU standing

15  for neonatal ICU.

16      Q.   Thank you.  And also health equity, Doctor

17  Gupta?

18      A.   That would also be correct.

19      Q.   And a fairly extensive medical research

20  agenda?  Is that correct also?

21      A.   That would be correct.

22      Q.   And the work that the March of Dimes does,

23  that's done on a global basis, true?

24      A.   The work of March of Dimes historically and

Page 16

1   currently is done both at domestic levels as well
2   as international level.
3        Q.   Now, while at the March of Dimes, Doctor
4   Gupta, you are not acting as a specialist in
5   addiction treatment, correct?
6        A.   That would be correct.
7        Q.   You're not acting as a specialist in pain
8   management, correct?
9        A.   That would be correct.
10       Q.   You're not a specialist in neurobiology,
11   correct?
12       A.   Could you please repeat that last one?
13       Q.   Sure.  You are not acting as a specialist
14   in neuro -- neurobiology, correct?
15       A.   Could you please explain?  I'm not -- no, I
16   mean, I don't understand the question about a
17   specialist in neurobiology.  There's no - to my
18   knowledge - a physician position of being a
19   specialist in neurobiology.
20       Q.   Okay.  Thank you.  And you're not acting as
21   a specialist at the March of Dimes in epidemiology,
22   correct?
23       A.   That would be incorrect.
24       Q.   That would be incorrect?

A. That's correct.
Q. Okay. Could you explain to me how you are -- what your role is as a specialist in epidemiology at the March of Dimes?
A. My work that includes the title of the chief medical and health officer as well as the chief science officer often involves the engagement of the principles of epidemiology, biostatistics, policy, which are all part of my training as well as my experience and expertise.
Q. Do you act as a specialist in epidemiology in -- at the March of Dimes, Doctor Gupta? Or do you interact with epidemiologists?
A. I am the person that is in charge and not only in charge of other epidemiologists, but I am the person that other epidemiologists look to for expert advice.
Q. And do other epidemiologists look to you for epidemiology advice?
A. That's correct.
Q. In what areas, please?
A. In areas of epidemiology.
Q. And can you give me specific areas, please?
A. Areas of maternal health, infant health,

1    population health, health policy, biostatistics.  I

2    can go on.

3         Q.  Do you have any training in epidemiology,

4    Doctor Gupta?

5         A.  I have both training and experience.

6         Q.  Do you have -- let me ask this first:  Do

7    you have any formal training in epidemiology?

8         A.  Yes.

9         Q.  What is the formal training you have in

10   epidemiology?

11        A.  Beyond my medical degree where I had

12   extensive training in public health and

13   epidemiological practices of five and a half years,

14   I have a master's in public health from University

15   of Alabama-Birmingham.

16        Q.  Have you ever held yourself out as an

17   epidemiologist when you were practicing medicine,

18   Doctor Gupta?

19        A.  I do not understand the nature of the

20   question.  Could you please rephrase?

21        Q.  Sure.  You have a -- you have training in

22   internal medicine, correct?

23        A.  Correct.

24        Q.  And I -- as I understand it, for some

Page 19

1    period of time, you were in private practice and

2    you held yourself out as an internist.  Correct?

3         A.   Amongst other areas as well, correct.

4         Q.   And my question to you then, with that

5    background, is:  Have you ever held yourself out as

6    an epidemiologist and solely an epidemiologist?

7         A.   I still do not understand the nature of the

8    question of being a physician solely as an

9    epidemiologist.  I can help to answer the question

10   this way:  That as the local health officer and

11   physician director, which is the official position

12   at Kanawha-Charleston Health Department, my role

13   from March of 2009 to December of 2014 - which was

14   almost six years - involved leading a team of

15   epidemiologists in a variety of work that included

16   conducting epidemiological surveys, studies,

17   analysis and policy making as a result of that work

18   for the largest county in the state of West

19   Virginia, which is Kanawha County.

20              Following that, because partly of that

21   work, the Governor of the state of West Virginia

22   asked me to serve as the State Health Officer,

23   which also requires to have - similar to

24   Kanawha-Charleston Health Department - a

Page 20

1    significant experience and expertise in

2    epidemiology in order to serve in that position.

3               So both of those positions, from March

4    of 2009 to November of 2018, required significant

5    expertise in epidemiology as -- as per stated in

6    statute for the State of West Virginia and the

7    policies of Kanawha Charleston Health Department.

8       Q.  Okay.  We'll come back to that time period.

9               MR. RUBY:  Enu, not to interrupt, but

10   we are set up to screen share the exhibits whenever

11   you want.

12              MS. MAINIGI:  Oh, terrific.

13      Q.  Speaking of West Virginia, when you were in

14   West Virginia, did you ever live in Huntington?

15      A.  No.

16      Q.  Did you ever live in Cabell County?

17      A.  No.

18      Q.  Did you ever work in Huntington?

19      A.  Yes.

20      Q.  And when -- from when to when did you work

21   in Huntington?

22      A.  My work as the health commissioner for the

23   State and the State Health Officer required me to

24   ensure that my work involved not just in Kanawha

Page 21

1    County, but for all 55 counties and all the cities

2    within the jurisdiction of the State of West

3    Virginia.

4                    That work involved a number of

5    activities, including visits, as well as

6    epidemiological work, investigatory work,

7    regulatory work, as well as other facets that

8    included Cabell County as well as the City of

9    Huntington.

10                   And part of my job was to not only

11   work with the public health department, but also

12   the elected and other officials from Cabell County

13   and the City of Huntington.

14       Q.  How often do you think while you were in

15   that role, Doctor Gupta, that you visited

16   Huntington or Cabell County?

17       A.  Could you please define the time period?

18       Q.  The time period that you were State

19   commissioner.

20       A.  I would visit the City of Huntington and

21   Cabell County, broadly speaking, anywhere from, you

22   know, once every couple of weeks to once every

23   couple of months.

24       Q.  Were -- was there a system at the

Page 22

1   Commission of keeping track of where you traveled?

2   Was there a log or something that was maintained?

3        A.  I'm sorry, which commission?

4        Q.  Well, let's see.  You became the State --

5   you're speaking about the State health commission,

6   correct?  In that role as the State Health Officer,

7   you visited Cabell and Huntington.  Right?

8        A.  No, Ms. Mainigi, I was the Commissioner of

9   the Bureau of Public Health at the West Virginia

10  Department of Health and Human Resources, which is

11  -- also provides the -- by statute, the position of

12  the State Health Officer, so I'll just step back a

13  little bit and help to -- help --

14       Q.  That's okay.  I -- not to interrupt you,

15  but thank you for that clarification.  So let me

16  just keep going.  While you were the Commissioner

17  of public health, that's when you made somewhat

18  periodic visits to Cabell and Huntington, correct?

19       A.  That is not the only time.

20       Q.  Okay.  Well, let's stick with the time you

21  were in that role.  You mentioned that you ranged

22  from one time every couple of weeks to one time

23  every couple of months, correct?

24       A.  Yes.

Page 23

1      Q.   And my question to you, sir, is:   Is there

2   a log that was maintained of the various places you

3   visited, including Cabell and Huntington?

4      A.   There were a lot of visits.   I think you

5   would have to ask the Department of Health and

6   Human Resources about the policies of keeping those

7   type logs.   I would not be the right person for

8   that.

9      Q.   And then you wanted to tell me about

10  another time, or in another job that you visited

11  Cabell and Huntington, right?   What role was that

12  that you helped?

13     A.   Sure.   That was the role of being the

14  physician director and local health officer for the

15  largest county in the state of West Virginia, and

16  one of the largest other counties was Cabell County

17  and the City of Huntington.

18                So what that meant was it was critical

19  that we -- the two health officers were the only

20  two full-time health officers that were local

21  health officers in the State of West Virginia, so

22  it was essential for us to have a very close

23  relationship and understand what is happening in

24  each of our counties.

Page 24

1          That required a lot of traveling back

2    and forth, both for the local health officer of

3    Cabell-Huntington Health Department as well as that

4    of Kanawha-Charleston Health Department.

5          Q.   Okay.  So just to clarify, you were the

6    executive director of the Kanawha-Charleston Health

7    Department, correct?

8          A.   Executive director and physician health

9    officer.

10         Q.   Okay.  And there was someone else that was

11   in the role of the Cabell-Huntington Health

12   Department head, correct?

13         A.   Right.

14         Q.   And who was that person?

15         A.   Currently, it's --

16         Q.   Well, let me interrupt you.  While you were

17   -- and I apologize for that.

18              MS. KEARSE:  I guess, Enu, if he's --

19   let him finish answering your question --

20              MS. MAINIGI:  Okay.  I don't think he

21   was actually --

22         Q.   My question was unclear, actually, Doctor

23   Gupta.  Let me clarify, if you don't mind, my

24   question.

Page 25

1           At the time you were head of

2    Kanawha-Charleston, who was, to your recollection,

3    the head of Cabell?

4         A.  The current health officer, Doctor Michael

5    Kilkenny, and the prior health officer, prior --

6    the predecessor of Doctor Kilkenny, those were the

7    two health officers I primarily dealt with.

8         Q.  Thank you.

9         A.  And it may have been that -- I don't

10   remember exactly when Doctor Kilkenny was hired, so

11   I -- you know, it's been a while, so excuse me for

12   not remembering exact dates.

13        Q.  No problem, Doctor Gupta.  Now, Dr. Gupta,

14   as I understand it, you right now are under

15   consider -- under consideration to be drug czar of

16   the United States?

17        A.  Is there a question there?

18        Q.  Yes.  That's the question.  Are you under

19   consideration to be drug czar?

20        A.  Well, I think the reports in the media that

21   have reached out to me and others, I have -- I will

22   provide you the same answer as I have to them,

23   which is I don't have anything to say about that

24   right now.

Page 26

1        Q.   Are you currently being vetted for that

2    position?

3        A.   I don't have anything to say about matters

4    that do not pertain to this particular deposition.

5        Q.   Well, Doctor Gupta, with all due respect to

6    you, I do think you've got to answer the question.

7    Let me work a little bit backwards and maybe you'll

8    understand --

9                    MS. KEARSE:   And Enu, I understand --

10                   MS. MAINIGI:   Hang on.   Let me finish,

11   and you can object to the next question if you want

12   to, but Anne, I don't need any speaking objections.

13                   MS. KEARSE:   I didn't even get to say

14   anything, Enu.

15   BY MS. MAINIGI:

16       Q.   Doctor Gupta, are you intending to testify

17   at the trial in this matter?

18       A.   Yes.

19       Q.   And are you expecting to testify in person

20   at the trial in this matter?

21       A.   Yes.

22       Q.   How does the timing -- to your knowledge,

23   how does the timing of your possible nomination to

24   this role of drug czar relate to your testimony in

Page 27

1   this matter, with this matter beginning trial on

2   May 3rd?

3                  MR. COLANTONIO:  You're asking him as

4   to his physical appearance at trial, right?

5                  MS. MAINIGI:  Correct.

6        A.  Ms. Mainigi, you are speculating at this

7   point and which I prefer not to answer and not to

8   give -- not to speculate answers for.

9        Q.  Okay.  That did not, Doctor Gupta, answer

10  my question.  If you were -- let me ask it this way

11  and perhaps that will help you.

12                 MR. COLANTONIO:  Enu, can I help?

13                 MS. MAINIGI:  No.  No, thank you.

14                 MR. COLANTONIO:  All right.

15       Q.  If you are nominated to be drug czar, will

16  you testify still at the trial in this matter that

17  begins on May 3rd?

18                 MS. KEARSE:  Objection, calls for

19  speculation.

20       A.  Ms. Mainigi, I just cannot -- sitting here

21  today, I'm trying to help to determine the facts of

22  the -- of your questioning and the line of

23  questioning.  The judge has asked me to do that,

24  and I'm happy to do that.  But I can't answer any

Page 28

1    speculative questions at this point.

2         Q.   Doctor Gupta, if you are confirmed as drug

3    czar, will you testify in this matter?

4                   MS. KEARSE:   Objection.

5         A.   My answers remain the same.

6         Q.   Doctor Gupta, what is the current status of

7    your application to be drug czar?

8                   MS. KEARSE:   Objection.

9         A.   My answers are already said.   Asked and

10   answered.

11                  MS. KEARSE:   And Enu, this is Anne

12   Kearse again.   This is a targeted -- this is a

13   targeted deposition that the judge ordered, so I

14   think we should stick to the order and proceed with

15   the questions that -- outside of this area of

16   testimony.

17                  MS. MAINIGI:   Thank you, Anne, but I'm

18   sure Doctor Gupta can answer these questions for

19   himself.

20        Q.   Doctor Gupta, you did not answer -- you did

21   not answer my question.

22                  MS. MAINIGI:   Could I have my question

23   read back, please?

24                  COURT REPORTER:   Sure.

Page 29

1            (The question was read by the court

2     reporter.)

3         A.  Doctor Gupta, please answer that question.

4              MS. KEARSE:  Objection.  And I have a

5     standing objection to this line of questioning.

6         A.  I don't know.

7         Q.  You mentioned that the judge had asked for

8     your help in this matter.  What is your

9     understanding of the help that the judge has asked

10    for?

11        A.  As I stated prior, I'll repeat my answer

12    again, which is that my understanding of this

13    deposition is that you would like to know more into

14    the depth of my prior deposition, which I'm happy

15    to be here voluntarily and provide that information

16    to you.

17        Q.  You were deposed in September, correct,

18    Doctor Gupta?

19        A.  To my recollection, yes.

20        Q.  At that time, had -- to your recollection,

21    had your name been suggested by anyone that you're

22    aware of for the role of drug czar?

23        A.  I don't know.

24        Q.  Just circling back a little bit on your

Page 30

```
 1    background -- further on your background, Doctor --
 2    Doctor Gupta, you have a one-year undergraduate
 3    degree and a medical degree from the University of
 4    Delhi, correct?
 5         A.   Not correct.
 6         Q.   What is not correct about that?
 7         A.   I don't have a one-year degree,
 8    undergraduate degree.
 9         Q.   You have an undergraduate degree from the
10    University of Delhi, correct?
11         A.   Incorrect.
12         Q.   Okay.  What is the -- what are the degrees
13    you have from the University of Delhi?
14         A.   I have master's of -- excuse me.
15    Bachelor's of medicine and bachelor's of surgery
16    degree.  I have diploma in tuberculosis and chest
17    diseases.
18         Q.   You have an undergraduate degree from the
19    University of Delhi.
20         A.   Is that a question?
21         Q.   Yes.
22         A.   I have -- I do not have a degree, one-year
23    degree, from the University of Delhi.
24         Q.   Do you have an undergraduate degree from
```

Page 31

1    the University of Delhi?

2         A.   I do not have an undergraduate degree from

3    the University of Delhi.

4         Q.   Okay.  And I think you referred to this

5    already, but after your medical degree, did you --

6    you received specialized training in tuberculosis

7    and chest diseases?  Is that correct?

8         A.   That's correct.

9         Q.   And then you received a master's -- do you

10   have a -- let me just come back to your

11   undergraduate degree.  Do you have a bachelor of

12   science from the University of Delhi?

13        A.   I do not.

14        Q.   You do not have a bachelor of science

15   degree from the University of Delhi.

16        A.   I do not have a bachelor of science degree

17   from the University of Delhi.

18        Q.   So if we -- if you testified to that

19   previously, was that incorrect?

20        A.   I would have to look at my testimony

21   previously to determine that.

22        Q.   Okay.  You have a master's in public health

23   from the University of Alabama at Birmingham?

24        A.   That's correct.

Page 32

```
 1        Q.  And then you have an M.B.A. that you
 2   obtained through UNINETTUNO University; is that
 3   correct?
 4        A.  I'm sorry, could you repeat that?
 5        Q.  Do you have an M.B.A.?
 6        A.  Yes.
 7        Q.  And where is that from?
 8        A.  That's the London School of Business and
 9   Finance.
10        Q.  And what degree, if any, do you have from
11   UNINETTUNO University?
12        A.  I think it's the same one.  They -- there's
13   -- it's the London School of Business And Finance.
14   This is the other name for that, or that's one of
15   the issuing degrees; the other is where you go to
16   school.  That's -- I think that's the confusion you
17   may--
18        Q.  Did you go to school in London or was it an
19   online program?
20        A.  Mostly online program.
21        Q.  And was that online program based in Italy?
22        A.  There were some optional classes to be able
23   to attend in Italy as well as in London.
24        Q.  Now, you were in private medical practice
```

1   for four years in Alabama; is that right?

2       A.  If you -- it would be helpful if you gave

3   me the years so I can -- because there were several

4   others in that time as well.

5       Q.  I was hoping you'd have your CV printed

6   out, but that's not the case.  So I don't know the

7   years off the top of my head, but did you

8   practice --

9           Let me go ahead and pull up your CV.

10          MR. RUBY:  Enu, I can put this on the

11  screen share if it's helpful.

12          MS. MAINIGI:  That would be terrific.

13      Q.  I don't think it's a controversial fact

14  here, Doctor Gupta, but --

15          MR. RUBY:  And just --

16      Q.  -- your CV reflected you were in private

17  medical practice for four years?

18          MR. RUBY:  Just administratively, I'll

19  note that this was Exhibit 51 from the September

20  2020 deposition of Doctor Gupta in this case.

21      A.  So if you're referring, Ms. Mainigi, to

22  primary care physician, Florala Medical Clinic,

23  2000 to 2004, that's accurate.

24      Q.  Okay, thank you.  And as a primary care

Page 34

1    physician, you dealt with whatever problems walked

2    in the door.  Correct?

3         A.  I had a clinical practice, outpatient

4    practice.  I also functioned as an emergency room

5    physician for the local hospital, and in that

6    sense, for both of those positions, I did have to

7    deal with, in a rural underserved area, to a

8    variety of patients and a variety of needs.

9         Q.  And then you became -- after that point,

10   Doctor Gupta, you became a practicing faculty

11   member at the University of Alabama-Birmingham; is

12   that right?

13        A.  That's correct.

14        Q.  And there you also specialized in internal

15   medicine, correct?

16        A.  I specialized in internal medicine, primary

17   care, as well as hospitalist.

18        Q.  And it was after that time period that you

19   became the executive director of the

20   Kanawha-Charleston Health Department in West

21   Virginia; is that correct?

22        A.  I think you skipped the -- my tenure in

23   Nashville.  But at some point, it is correct that

24   after that, technically, I became -- I moved to

Page 35

1    West Virginia, but not before taking a route

2    through Nashville.

3        Q.  Ah, I'm sorry about that.  Thank you for

4    adding that in.  In Nashville, you also specialized

5    in internal medicine; is that right?

6        A.  I was internist.  I was also a hospitalist.

7    I was also a primary care physician and an academic

8    physician both at Meharry Medical College and

9    Vanderbilt University Medical School in Nashville,

10   both in Tennessee.

11       Q.  And then when you became the executive

12   director of the Kanawha-Charleston Health

13   Department, that was in approximately 2009?  Is

14   that correct?

15       A.  That is correct.

16       Q.  And the role that you held there as

17   executive director of the Kanawha-Charleston Health

18   Department, that role covered a wide range of

19   duties; is that right?

20       A.  That would be right, accurate.

21       Q.  And so just -- I want to just run through

22   the areas of coverage, if I could, Doctor Gupta.

23   As I understand it from some of the materials we've

24   read, some of the areas of coverage for that role

1  included diabetes, for example?  Is that right?

2      A.  That would be correct.

3      Q.  Obesity, correct?

4      A.  That would be correct.

5      Q.  Heart disease?

6      A.  Correct.

7      Q.  I think you also set up a school or helped

8  to set up a School of Public Health at West

9  Virginia University while in role, correct?

10      A.  That would be correct.

11      Q.  And you ran a program to respond to the

12  three chronic health problems of obesity, diabetes

13  and heart disease, correct?

14      A.  Amongst other things, yes, that is correct.

15      Q.  And you set up the State minority affairs

16  office, correct?

17      A.  I helped in the legislation passage for the

18  Governor's cabinet office of minority affairs.

19      Q.  And did you help to set up a pulmonary

20  rehab project while executive director?

21      A.  I supported the setup of that as well.

22      Q.  Did you also work on Medicaid expansion

23  under ACA while executive director?

24      A.  I successfully helped persuade then-

Page 37

1    Governor Tomblin to expand Medicaid as part of the

2    Affordable Care Act in West Virginia.

3         Q.  You also, while executive director,

4    responded to a major water contamination event,

5    correct?

6         A.  Right.

7         Q.  And your agency was responsible for

8    inspecting restaurants, correct?

9         A.  Correct.  In -- within the confines of the

10   jurisdiction of Kanawha County, including the City

11   of Charleston.

12        Q.  And your agency was also responsible for

13   indoor air quality, correct?

14        A.  Correct.

15        Q.  Also responsible for immunizations,

16   correct?

17        A.  That would be accurate.

18        Q.  Also responsible for tuberculosis, correct?

19        A.  Responsible for surveillance of

20   tuberculosis, case management, case investigation

21   as well as provide -- helping ensuring treatment

22   for those cases which were made, as well as the

23   work.

24        Q.  In your role as executive director, your

Page 38

1   agency was also responsible for lice treatment and

2   counseling, correct?

3       A.  The department would be responsible for

4   ensuring all the public health activities and the

5   confines of which included ensuring safe schools,

6   which often also included, amongst other things,

7   making sure that there was enough of treatments

8   available for lice.

9       Q.  And on top of those responsibilities, you

10  also had responsibility for day-to-day management

11  of the health department, correct?

12      A.  That would be correct.

13      Q.  And probably some other areas that we

14  haven't discussed.  Correct?

15      A.  That would be accurate.

16      Q.  Now, while you were at -- while you were

17  executive director of Kanawha-Charleston, the

18  Health Department, did you act as a specialist in

19  addiction treatment?

20      A.  No.

21      Q.  Did you act as a specialist in pain

22  management?

23      A.  No.

24      Q.  Did you act as a specialist in

1    neurobiology?

2         A.   Once again, I'm not aware of particular

3    licensing around neurobiology physicians.

4         Q.   And once again, you would say, Doctor

5    Gupta, that you did act as a specialist in

6    epidemiology while you were executive director; is

7    that right?

8         A.   That would be accurate.

9         Q.   And do you have any licensing in

10   epidemiology?

11        A.   I'm -- I'm not sure -- which particular

12   licensing are you asking about?

13        Q.   Well, to your knowledge, is there licensing

14   that exists for epidemiology?

15        A.   I am not aware of a physician specialty

16   through the Board of Medicine that is exclusive for

17   epidemiologists' practice.

18        Q.   So you're not aware of any licensing

19   related to epidemiology.

20        A.   I'm not aware of any specialist licensing

21   in the medical practice of West Virginia that

22   provides that type of licensing.

23        Q.   Okay.  And what about outside of West

24   Virginia?  Are you aware of any medical

Page 40

1    organizations that license in epidemiology?

2         A.   I would not be aware at this time of any

3    particular organizations.  Knowing that the

4    practice of medicine is regulated by State Board of

5    Medicine, not outside organizations, in the State

6    of West Virginia.

7         Q.   Now, in 2014, you became the State Health

8    Officer for West Virginia, correct?

9         A.   I'm sorry, could you repeat that, please?

10        Q.   In 2014, you assumed the role of the State

11   Health Officer for West Virginia?

12        A.   That would be incorrect.

13        Q.   Tell me how it's incorrect.

14        A.   I assumed the role in January of 2015 of

15   commissioner for the Bureau of Public Health at

16   DHHR and the State Health Officer.

17        Q.   Let me just go back to the epidemiology

18   point.  Are you aware of an organization called the

19   American College of Epidemiology?

20        A.   Not -- that doesn't sound like an

21   organization that I have worked with.

22        Q.   So if you haven't heard of it, you're not a

23   member of it, I assume.

24        A.   I don't think I'm a member of it.

Page 41

1      Q.  Now, your role that you assumed in January

2   of 2015 as the State Health Officer for West

3   Virginia, I assume that had a wider range of duties

4   than the duties you had at Kanawha Charleston,

5   correct?

6      A.  That would be accurate.

7      Q.  And so as the State Health Officer, as I

8   understand it, you oversaw more than 130 separate

9   programs; is that right?

10      A.  That would be accurate, and just wanted to

11   add so -- in case -- I know you probably didn't

12   mean to miss this out on purpose, but during that

13   time, I was also the health officer and physician

14   director for Putnam County Health Department as

15   well, part of the time that I was in Kanawha

16   County.

17              That's -- and by the way, just to --

18   for your knowledge, that's the connection county

19   between Cabell and Kanawha.  You have to drive

20   through Putnam County to get to Cabell.

21              So during that time also - going back

22   to your previous question - I was in the most

23   contiguous county next to Cabell and the City of

24   Huntington, and that was another level of

Page 42

1    importance that we had to coordinate our work with

2    Cabell County.

3                So these three contiguous counties

4    linked with each other, and it was critical that we

5    worked together.

6        Q.   Thank you.  Coming back to your role as

7    State Health Officer, Doctor Gupta, you had a

8    budget of about $270,000,000; is that right?

9        A.   That was my direct responsibility.  I also

10   had some indirect responsibilities as well.

11       Q.   But your budget, your direct responsibility

12   budget, was about $270,000,000?

13       A.   That would be accurate.

14       Q.   Okay.  And you had about 500 plus

15   employees, correct?

16       A.   That would be correct.

17       Q.   And you oversaw the State's EMS system; is

18   that correct?

19       A.   That is also.

20       Q.   And in terms of areas that you worked on,

21   do some of the areas include - let me go through a

22   list with you like we did before - community

23   paramedicine?  Accurate?

24       A.   Yes.  That was one particular program that

Page 43

1    I was the architect of.

2         Q.  Okay.  Environmental health?  Is that

3    accurately a duty of yours?

4         A.  I oversaw the Office of Environmental

5    Health Services.

6         Q.  And again, immunizations?  Did you oversee

7    immunizations?

8         A.  I did oversee the Office of Immunization

9    Services.

10        Q.  Did you oversee any sort of program related

11   to the health effects of surface coal mining?

12        A.  I don't remember if there was any program

13   that you mentioned.

14        Q.  Did you oversee flood response?

15        A.  I'm sorry, could you repeat that?

16        Q.  Yes.  Did you oversee flood response?

17        A.  As the State Health Commissioner, there

18   were portions of the flood response that we oversaw

19   working very closely with the other first

20   responders at state and local levels.

21        Q.  How about the Office of Laboratory

22   Services?  Did you oversee that office?

23        A.  Yes.

24        Q.  Did you oversee bioterrorism preparedness?

1      A.   Yes.

2      Q.   Did you oversee any Zika outbreaks?

3      A.   I did oversee the planning for Zika as well

4  as the action plan and other activities related to

5  the -- to the Zika outbreak.

6      Q.   And I assume you had to develop a plan, a

7  Strategic Plan, for the whole Department of Health

8  and Human Resources while you were the State Health

9  Officer?

10      A.   Yes, I assisted in that as well.

11      Q.   Were you also the secretary of the West

12  Virginia Board of Medicine?

13      A.   Yes.

14      Q.   And were you involved in medical licensing

15  and discipline?

16      A.   Yes.

17      Q.   And did you have day-to-day management for

18  the Bureau of Public Health?

19      A.   Could you repeat that, please?

20      Q.   Sure.  Did you have day-to-day management

21  of the Bureau for Public Health?

22      A.   Yes.

23      Q.   And I assume there are other areas that

24  weren't specifically highlighted in your resume

Page 45

 1    that you covered as the State Health Officer.  Is
 2    that fair?
 3         A.  Yeah, along with these areas that you
 4    mentioned, all of which required epidemiological
 5    expertise.  There are some other areas as well that
 6    required epidemiological expertise in leadership,
 7    yes.
 8         Q.  Now, you had mentioned earlier your work --
 9    well, actually, let me start over.  While you were
10    the State Health Officer, did you also work time as
11    a practicing physician in a volunteer capacity?
12         A.  While I was the State Health Officer, I
13    took personal time off to volunteer in my community
14    on a personal level at the charity clinic West
15    Virginia Health Right, and have been doing that
16    since 2009.
17         Q.  It's the same clinic that you've been
18    volunteering at since 2009?
19         A.  Yes.
20         Q.  And you volunteer at that clinic as a
21    general practitioner; is that right?
22         A.  Primary care practitioner, an internist.
23         Q.  Now, Doctor Gupta, you've been retained as
24    an expert consultant in opioid litigation in West

Page 46

1    Virginia, correct?

2         A.   I am not sure which -- there's multiple --

3    so if you could help me understand which particular

4    litigation you're --

5         Q.   Sure.  You -- the counsel that you're

6    sitting with, as well as Mr. Shkolnik who's on

7    video, you've been retained by them as an expert

8    consultant in opioid litigation in West Virginia,

9    correct?

10        A.   Yes.

11        Q.   And that's a different set of cases than

12   the case that you're testifying in here today,

13   correct?  Do you understand that?

14        A.   I don't -- I don't know exactly, but -- I

15   don't know exactly what the set of those cases

16   versus these cases are.  I understand that -- that

17   I'm here testifying as a result of being asked to

18   testify.

19        Q.   And the work that you're doing as an

20   expert, you're paid for that work, correct?

21        A.   Which is not this case.  The other case,

22   yes.

23        Q.   Okay.  So you do understand you're not a

24   paid expert in this case, correct?

Page 47

1        A.   Correct.

2        Q.   Okay.   The other case where you are a paid

3   expert, what's the rate at which you're paid?

4        A.   I actually don't remember.   I will be happy

5   to get that to you.

6        Q.   Okay.   Does $500.00 an hour, does that ring

7   a bell?

8        A.   That would be somewhere close to it, the

9   range.

10       Q.   And is that engagement still in effect

11   today?   Meaning you're a paid expert consultant in

12   that other case?

13       A.   Yes.

14       Q.   And that paid engagement was in effect, I

15   think, in September 2020 when you last testified,

16   correct?

17       A.   Correct.

18       Q.   Now, do you remember giving an opioid -- a

19   deposition in an opioid case back in about 2016?

20       A.   I do remember, yes.

21       Q.   And you were not a paid expert consultant

22   in 2016, correct?

23       A.   Correct.

24       Q.   Do you remember approximately what time

Page 48

1   period you became a paid expert consultant?

2        A.  At this point, I can only guess as

3   somewhere in 2019.

4        Q.  And when you were first approached to be a

5   paid expert consultant, was it on the topic of

6   abatement?

7        A.  Yes.

8        Q.  Since that time, has your work expanded to

9   cover other areas besides abatement?

10       A.  No.

11       Q.  So you remain a paid expert consultant in

12   the area of abatement; is that right?

13       A.  Yes.

14       Q.  And how do you define "abatement"?

15       A.  Abatement is all those strategies that

16   would help to address the problem that we're facing

17   today.

18       Q.  So give me some examples.

19       A.  Examples would be to figure out how to

20   treat -- have a system of treatment, system of

21   response, a system of where people can be addressed

22   with their first nonfatal overdose so they don't

23   die eventually.  We could put in measures that

24   could prevent the spread of HIV and Hepatitis

Page 49

1    that's killing West Virginians today and causing

2    much more difficult problems in their lives.

3              Education would be important as well.

4    And making sure that fewer pregnant women are -- or

5    pregnant women are connected -- being connected to

6    treatment during pregnancy or having fewer babies

7    with NAS as a result.

8              So all of those strategies that would

9    help us address the problem we're facing today in

10   the state of West Virginia.

11        Q.  And just to be clear, you are not offering

12   opinions in that other matter, to your knowledge,

13   about what caused the opioid crisis.  Is that

14   correct?

15        A.  That's correct.

16        Q.  Doctor Gupta, I'm going to ask that Exhibit

17   58 be put up on the screen.  I'm just going to give

18   you a moment to take a look at it, please.

19              MS. MAINIGI:  Exhibit 58 is

20   Plaintiffs' Supplemental Federal Rule of Civil

21   Procedure 26(a)(2)(C) Disclosure, for the record,

22   and I believe it's Exhibit 1 to docket No. 1146

23   dated October 23rd, 2020.

24              MR. RUBY:  And Teresa, this is marked

Page 50

1    -- we'll get you -- this is a new exhibit that

2    wasn't in the last depo, so we'll get you this and

3    the other new ones after the depo today.

4                  MS. MAINIGI:  And for the record, I

5    will just note that the only -- the only thing

6    we've done with Exhibit 58 that makes it different

7    than what the plaintiffs filed, is we've added some

8    numbers at the beginning next to the bullet points

9    just so it's easier, Doctor Gupta, for you and I to

10   refer back to different ones of these.

11                  That's all we've done, and they've

12   been added, at least in the copy that I see, in red

13   here.

14            GUPTA DEPOSITION EXHIBIT NO. 58

15                  (Plaintiffs' Supplemental Federal Rule

16                  of Civil Procedure 26(a)(2)(C)

17                  Disclosure (marked with red numbers)

18                  was marked for identification purposes

19                  as Gupta Deposition Exhibit No. 58.)

20   BY MS. MAINIGI:

21       Q.  Doctor Gupta, take a moment, if you need

22   to.  But do you recognize this document?

23       A.  I'm looking at it now.  I could read

24   through it.

Page 51

1      Q.   Do you see, Doctor Gupta, that this
2   document reflects that it is a summary of your
3   opinions?
4      A.   The page in front of me right now, yes.
5      Q.   Okay.  Have you seen this document - and I
6   don't mean the version with numbers, but have you
7   seen any version of this document - before today?
8      A.   No.
9      Q.   Did you sit down with your attorney or
10   attorneys and prepare a document of this type, to
11   your recollection?  I don't need to know about the
12   conversation; I'm just asking if you had a process
13   of sitting down with your attorneys to prepare such
14   a document.
15      A.   No.
16      Q.   Were you aware this document had been
17   prepared on your behalf?
18      A.   It may have been referred to, that there
19   are some points, but I was not aware of specific.
20   I'm seeing only Bullet Points 1 and 2.
21      Q.   We can go ahead and scroll through the rest
22   of the document so you can have a feel for it.
23           MR. RUBY:  And Doctor, I can stop if
24   you want to review particular points here.  Tell me

Page 52

1    what would be helpful to you.

2                    THE DEPONENT:  If you could just go

3    back up a little bit, just slowly, from No. 3 on

4    down.

5                    MR. RUBY:  Tell me when you're ready

6    to move on down.

7                    THE DEPONENT:  Okay.

8                    MR. COLANTONIO:  I'm sorry, what was

9    the question?

10                   MS. MAINIGI:  Well, if there's one

11   pending - which I can't remember - I'll withdraw it

12   and ask this question:

13   BY MS. MAINIGI:

14      Q.  Doctor Gupta, now that you've had a moment

15   to review this document, does it refresh your

16   recollection that you participated at all in its

17   preparation?

18                   MS. KEARSE:  I think he's still

19   reviewing it.

20                   THE DEPONENT:  Yeah, just if we could

21   move down to 9, please.

22      A.  So my answer would be no.

23      Q.  I'm sorry?

24      A.  My answer would be no.

1       Q.  Thank you.  Just perusing these statements

2   -- and I'm not asking you to review them chapter

3   and verse.  We will do that shortly.  But do they

4   generally look like some of the things you happen

5   to have said at your last deposition?

6       A.  I think they're fairly close to -- so my

7   point of view.

8       Q.  And your point of view, you -- I assume

9   you'll agree with me that some of these statements

10  are just pure facts that could be proven or

11  disproven, correct?

12      A.  I'm sorry, facts that can be disproven?

13      Q.  Well, facts that can be empirically proven

14  or disproven, correct?

15      A.  I would say my statements stand for

16  themselves as they are.

17      Q.  Well, I guess let me ask it this way:  Some

18  of these statements are facts and some are

19  opinions.  Correct?

20      A.  I'm happy to go through these and we can

21  discuss.  I can't give you an opinion one way or

22  the other for all of the points.

23      Q.  Fair enough.  Fair enough.  Before we start

24  getting to some of these opinions, can we go to

Page 54

1    Footnote 27, please?

2         A.   I'm going to move the video box out here so

3    I can read.

4         Q.   Sure.  Let me know when you're done reading

5    Footnote 27.

6         A.   So I'm done reading Footnote 27.

7         Q.   Okay.  Let me ask you about the first

8    statement in Footnote 27.  It says you are a

9    "practicing internist with 25 years of clinical

10   experience."  Is that correct?

11        A.   I'm going to calculate the years and get

12   back to you.  I began practice in 1993 originally,

13   so that would be a little more than that, if we

14   calculated from there.

15             So that's more like - 21 plus 7 - 28

16   years.  If you look at post residency, that's 1999,

17   that would be about 22.  So yeah, 22 to 27 years,

18   which makes 25 right in the middle.

19        Q.   And that's 25 or 22 to 27 years as a

20   practicing internist, correct?

21        A.   Correct.

22        Q.   The footnote also notes that you have

23   authored more than 125 peer-reviewed scientific

24   publications.  Is that accurate?

1      A.   That's correct.

2      Q.   How many of them have to do with opioids?

3      A.   I couldn't tell you right here.

4      Q.   Would it be fair to say maybe one has to do

5 with opioids?

6      A.   I think it would be very difficult for me

7 to venture that guess right now.

8      Q.   Let's go to your CV.  And let's go to page

9 27, Item No. 27.  Can you describe Item No. 27 on

10 page 27 of your CV, please, Doctor Gupta?

11      A.   I can just read that out to you.  "Gupta,

12 R.  Another ill of prescription opioids.  Abstract

13 and Commentary. Internal Medicine Alert.  2014;

14 36(9):68-69."

15      Q.   Now, was this a peer-reviewed scientific

16 publication?

17      A.   This -- generally the Internal Medicine

18 Alert publications are a peer review of a

19 peer-reviewed publication.

20           So generally there will be reviews

21 that will be published as peer reviews, and experts

22 like myself would provide a review of the

23 peer-reviewed material.

24      Q.   So you're doing a review of the review; is

Page 56

1   that right?

2       A.  As an expert.

3       Q.  Okay.  And the Internal Medicine Alert, is

4   that essentially an online newsletter for

5   internists?

6       A.  It may be online, but I have also seen

7   paper versions of it.  It has a distribution of

8   about 200,000 primary care physicians and

9   internists all over the country.

10      Q.  The work for this, Another ill of

11  Prescription Opioids piece, that wasn't research

12  you did yourself, correct?

13      A.  The abstract and commentary that I would

14  have written would be the research I would have

15  done myself.

16      Q.  What research did you do for this

17  commentary?

18      A.  Ms. Mainigi, I sitting here, I could not

19  tell you what research I did seven years ago for a

20  random article that is in my list -- my CV at this

21  point.  I'd be happy to go back and look it up and

22  get you the answers, but I just couldn't -- I'm

23  sorry, I don't have that type of memory.

24      Q.  And that's fine, Doctor Gupta.  But just to

Page 57

1  confirm, this -- this was one of those reviews of a

2  review that you mentioned?

3       A.  That's what I just stated.

4       Q.  Okay.  And so then the manner in which you

5  did this is:  There was a review that was done, and

6  you reviewed that review, correct?

7       A.  I will -- I'm happily able to restate this

8  now for the record, which is:  Generally what

9  happens is that there are all kinds of publication,

10  review articles, clinical trials and other

11  peer-reviewed literature that is published in the

12  field of medicine at large.

13            The -- the editor in chief of the

14  magazine, of this particular journal, requests

15  particular -- those of importance -- significant

16  importance, articles that are out there, requests

17  the editorial board to -- for those particular

18  pieces, to review that, conduct research around

19  that article, conduct parallel research of other

20  articles, and then use their expertise and

21  specialty and experience to put together an

22  abstract and a commentary, which is then further

23  reviewed by the editor in chief.  So it is peer

24  reviewed, and then it gets published into this

Page 58

1    journal called Internal Medicine Alert.

2              That would be a very similar process

3    for not just this, but other publications of

4    similar nature on my resume as well.

5        Q.  And so I think there is a number of items,

6    of which this is one, on your resume that you

7    describe as peer-reviewed publications.  That's

8    generally what you mean by that, what -- the

9    definition you just gave, correct?

10       A.  I just explained it.

11       Q.  Going back to Footnote 27, please --

12              MR. RUBY:  Coming.

13       Q.  -- this footnote also notes, Doctor Gupta,

14   that you are a "national and global leader in

15   transforming public health practice to advance

16   health equity and create healthier communities."

17   Do you see that?

18       A.  Yes.

19       Q.  And do you agree with that statement?

20       A.  Yes.

21       Q.  The last sentence notes that you were named

22   West Virginian of the year for your work toward

23   battling the opioid epidemic by the Pulitzer prize-

24   winning Charleston Gazette-Mail.  Do you see that?

Page 59

1        A.   I see that.

2        Q.   Is that accurate?

3        A.   That's accurate.

4        Q.   What was the work that caused you to be

5   named West Virginian of the Year?

6        A.   I'm happy to go into the details of the

7   work.  This was in -- something that was -- this

8   happened in December, end of 2017.  That would have

9   been included with my work from 2015, '16 to '17.

10  I'll start with the high points.

11       Q.   Let me just interrupt you for one moment,

12  Doctor Gupta, because I want to get into the

13  details in a little bit.

14            MR. COLANTONIO:  Do you want him to

15  finish his answer, please?

16            MS. KEARSE:  Yeah, Enu, can he

17  complete his answer, please?

18       Q.   Well, what I'll ask you, Doctor Gupta, is

19  just give me the high level, and then we're going

20  to come back in greater detail later.

21            MS. KEARSE:  Well, Enu, you had a

22  question pending and specifically asked him about

23  this award, so I think he can answer as complete as

24  he --

Page 60

1          MS. MAINIGI:  Okay, that's fine.

2      Q.  Go ahead, Doctor Gupta.

3      A.  So basically my work from 2015 and '16 and

4  '17, it was the totality of the work that was

5  recognized for this award.  That really required a

6  asserted effort from day one, so going back, very

7  beginning, one of the first -- when I came into the

8  office in January of 2015, it became my priority

9  number one, priority number two and priority number

10  three, to start addressing or help address the

11  problem of the overdose deaths that we were facing,

12  as well as the nonfatal overdoses and the carnage

13  and the killing that was happening in West Virginia

14  around the clock of people because of the opioid

15  crisis.

16          So the first thing we did was:  We

17  created the first -- funded the first Harm

18  Reduction Program by providing seed funding to

19  Cabell-Huntington Health Department in Cabell

20  County, so we initiated that program.

21          I helped not only fund, but helped

22  begin that program with Doctor Kilkenny, as I

23  mentioned, worked very closely with Doctor Kilkenny

24  in Cabell-Huntington Health Department.

Page 61

1           We then continued to utilize the model

2   of Cabell-Huntington Health Department's Harm

3   Reduction Program to expand to other areas of the

4   state.  In early 2017, I continued to see 15 to 20

5   percent rise in overdose deaths year after year

6   after year, so along with working to write the 1115

7   Medicaid waiver, expand -- remove the barriers to

8   treatment, work legislation, create the Office of

9   Drug Control Policy at the State level --

10          One of the important things we did is:

11  We conducted a social autopsy.  The social autopsy

12  that was conducted, we looked at all of the deaths

13  from overdose that happened in 2016.  We -- we did

14  a CSI type of investigation to look at people's

15  deaths in the year before their deaths.

16          We had very significant findings that

17  included that 90 percent of decedents have an

18  interaction with the -- you know, the PDMP or the

19  prescription drug monitoring -- Controlled

20  Substances Monitoring Program in West Virginia, as

21  we call it, and we found that a significant

22  percentage of women -- so half of the women that

23  died had filled a prescription within 30 days of

24  their death.

Page 62

1          We also found that if people went to

2     multiple pharmacies, that chances was as high as 70

3     percent of dying because of overdose.  We -- so we

4     had very significant findings like these, because

5     of which then we -- I put together a team to create

6     an opioid response plan of national and state

7     experts, including John Hopkins University,

8     Marshall University and West Virginia University.

9          They came out with a plan, 12-point

10    plan.  We -- I submitted that plan to the Governor.

11    As a result of this, basically -- and I don't want

12    to like take too much of this time.  But what

13    happened was:  Before I came, the rate of

14    prescription drugs and after I left, in the

15    country, it was down by 30 percent; in West

16    Virginia, because of these efforts, it was down by

17    53 percent.

18          In 2017 to 2018, because of the work

19    of 2017, the paper was recognized nationally, the

20    outcomes that would happen.  That was the only

21    year, from 2017 to 2018, that the nation had any

22    drops in overdose deaths, and nationally, there was

23    a drop of about 4 percent average.  But in West

24    Virginia, because of this work, we had 11 percent

Page 63

1    drop, literally three times the drop we had of the

2    national average.

3                    And those are some of the reasons

4    that -- the Gazette, Politico, PBS, a number of

5    venues, publicly recognized the work and provided

6    -- and as well as the Governing magazine and some

7    others.

8        Q.  So in your role as State Health

9    Commissioner, you were able to have an impact on

10   the opioid crisis.  Fair?

11       A.  I would say significant, yeah.

12       Q.  Now, the West Virginian of the Year award

13   in 2017, was that just you that won that award?

14       A.  No, there were other colleagues as well.  I

15   don't remember exactly who the other colleagues

16   were, but there were other colleagues.  Some years,

17   it's given to one person; other years, it's given

18   to multiple people.

19       Q.  So you weren't the sole West Virginian of

20   the Year, right?

21       A.  Right.

22       Q.  Okay.  Do you recall that in fact the 2017

23   West Virginian of the Year award was given to

24   everyone who was working to combat the opioid

```
                                              Page 64
```

1    epidemic?

2         A.  You know, of the 5,000 employees at DHHR, I

3    do not recall that everybody was given that award.

4         Q.  Okay.

5              MS. MAINIGI:  Let's put up Exhibit 61,

6    please.

7         Q.  And Exhibit 61 is 12-31-17 Charleston

8    Gazette-Mail written by Erik Eyre, "Men and women

9    battling the opioid epidemic."

10             GUPTA DEPOSITION EXHIBIT NO. 61

11                  (Charleston Gazette-Mail article dated

12                  12-31-17 entitled "Men and women

13                  battling the opioid epidemic" was

14                  marked for identification purposes as

15                  Gupta Deposition Exhibit No. 61.)

16        Q.  And do you see at the top there that

17   there's a feature -- there's reference to

18   Huntington Fire Chief Jan Rader?

19        A.  Yes.

20        Q.  Okay.  And do you see where it says, "Rader

21   is one of thousands of West Virginians staring down

22   the opioid crisis?"

23        A.  Yes.  Could you --

24             THE DEPONENT:  Can you just move the

Page 65

1  slide up a little bit?  Because it's covering up
2  the top pieces of this manuscript.  The top.
3      Q.  Do you see where it says, "Rader is one of
4  thousands of West Virginians staring down the
5  opioid crisis," Doctor Gupta?
6      A.  I do not, actually.
7      Q.  Let's highlight it for you.
8      A.  Yeah, I --
9      Q.  You see it now?
10     A.  Yeah.  I would really request to see the
11  entire document rather than reading one sentence.
12     Q.  Well, do you see where we've highlighted,
13  Doctor Gupta?
14     A.  I can see the highlight.
15     Q.  Okay.  And what does the highlight --
16          MS. KEARSE:  If Doctor Gupta wants to
17  review the whole document, please allow him to
18  review the document.  And I'm sure he doesn't --
19  he'll answer your questions,  but --
20          MS. MAINIGI:  Well, he certainly can
21  review the document in a moment, but I'm just
22  asking if he -- if he sees where it says -- it's
23  highlighted now.
24          MS. KEARSE:  Enu, with all due

Page 66

1   respect, I believe he should be able to look at the

2   document before you answers a question about the

3   document so he can put it in context.

4                   MS. MAINIGI:  Okay.  But I'm just

5   asking him, Anne, and I don't want to argue back

6   and forth with you, because we're not supposed to

7   do that.

8   BY MS. MAINIGI:

9       Q.  Doctor Gupta, do you see where it says,

10  "Rader is one of thousands of West Virginians

11  staring down the opioid crisis."  Do you see that?

12      A.  Ms. Mainigi, you're not making me feel

13  comfortable by not allowing me to be comfortable

14  understanding the entire document.

15      Q.  Do you see the highlighted paragraph,

16  Doctor Gupta?

17      A.  Ms. Mainigi, I do see the highlighted

18  paragraph, but I am not comfortable the way I'm

19  being treated right now.

20      Q.  Okay.  Let me read the highlighted

21  paragraph to you, Doctor Gupta.  It reads as

22  follows:  "Rader is one of thousands of West

23  Virginians staring down the opioid crisis.  They

24  are firefighters, police officers, social workers,

Page 67

1   paramedics, emergency medical technicians, nurses,

2   doctors, pharmacists, counselors, emergency room

3   workers, psychologists, detoxification center

4   employees, public health officers, people in

5   recovery, and families who've lost loved ones to

6   addiction and now provide comfort and a helping

7   hand to others.  They're all working to combat the

8   opioid epidemic.

9               And they are the Gazette-Mail's West

10  Virginians of the Year for 2017."

11              Did I read that paragraph correctly,

12  Doctor Gupta?

13     A.  Abstract-wise, yes.

14              MS. MAINIGI:  We can take that off the

15  screen.

16              MS. KEARSE:  No, no, Enu, you can't

17  take it off the screen now.  He just asked to

18  review the document, so --

19              MS. MAINIGI:  He can certainly review

20  the document at the next break, Anne, if he would

21  like.  I'm moving on.

22              MS. KEARSE:  Let's take a break --

23              THE DEPONENT:  Then, Ms. Mainigi, I

24  can't continue this dep --

Page 68

```
 1               MS. KEARSE:  Let's take a break right
 2   now so he can review the document -- and Steve, if
 3   you sent -- I don't know if I got that -- I don't
 4   see that on my e-mail that you sent me that
 5   document anyway, but --
 6               THE DEPONENT:  I would like to take a
 7   break.
 8               MS. MAINIGI:  I don't have anything
 9   more.  This is --
10               THE DEPONENT:  I'm requesting a break.
11               MS. KEARSE:  We're going to take a
12   break right now, Enu.  Can we take a break, please?
13               MS. MAINIGI:  Okay.  Hang on one
14   second.  Let me see where I am on my outline.  Yes,
15   we can take a ten-minute break.  Is that okay?
16               THE DEPONENT:  I want to take a
17   fifteen minute break.
18               MS. KEARSE:  Okay.
19               MS. MAINIGI:  Well, I hope then
20   Mr. Gupta can stay past 4:00 o'clock because we've
21   got to keep the breaks tight since you gave us
22   limited time.
23               MR. COLANTONIO:  He'll agree to ten
24   minutes past 4:00 o'clock if that's a problem,
```

Page 69

1   since we're going to take fifteen minutes instead

2   of five.  How's that?

3              THE DEPONENT:  Ten.  Fifteen instead

4   of ten.

5              MR. COLANTONIO:  Yeah, five minutes,

6   yeah.

7              MS. MAINIGI:  Okay, it's 12:54.  And

8   we'll be back in fifteen minutes then.  How about

9   by 1:10, we're back.  Is that all right?

10             MS. KEARSE:  Yeah, we can go off the

11  record.  Enu --

12             VIDEO OPERATOR:  Going off the record.

13  The time is 12:54 p.m.

14             (A recess was taken after which the

15             proceedings continued as follows:)

16             VIDEO OPERATOR:  We're going back on

17  the record.  The time is 1:10 p.m.

18             MR. COLANTONIO:  Yeah, so just before

19  we start, I'd like to --

20             MS. KEARSE:  Enu, I want to raise one

21  issue before we go back on the record, and we've

22  been doing depositions now for a long time, and I

23  know you're well aware of the deposition protocol,

24  that we're all doing every accommodation we can

Page 70

1    have for you to provide Doctor Gupta and to get the

2    exhibits there.  There are provisions that he

3    should have a hard copy document in addition to be

4    able to read the document beforehand, so I ask you

5    to please at least --

6                    You know, since we did not get these

7    exhibits, some of these exhibits, in advance, nor

8    even get notice of this exhibit, please, with, I

9    guess, just a common courtesy, to let the doctor

10   review the exhibit in totality before you ask

11   questions there, and also it's part of the

12   protocol.  It's common in professional courtesy as

13   well.

14                   MS. MAINIGI:  And Anne, certainly, for

15   the record, I think most exhibits were e-mailed to

16   you all, and it was understood by us that you would

17   be printing them out for Doctor Gupta's use.  We

18   found out at the beginning of the deposition that

19   was not going to be the case, but --

20                   MS. KEARSE:  Well, we didn't get -- we

21   did not get Exhibit 61, for the record, so -- but

22   go ahead.

23                   MR. COLANTONIO:  And let me also just

24   say that during the break, Doctor Gupta's had now a

Page 71

1   chance to review the full document, and so he'd

2   like to finish his answer regarding that particular

3   document.

4                   MS. MAINIGI:  I will certainly --

5   after 4:00 o'clock, if you want to ask him about --

6                   MR. COLANTONIO:  Go ahead, Doctor,

7   just put your statement on the --

8                   MS. MAINIGI:  No, no, no, no.

9                   THE DEPONENT:  I just wanted to say

10  that I did have a chance to --

11                  MS. MAINIGI:  Doctor -- Doctor Gupta,

12  stop talking.

13                  (Overtalk)

14                  THE DEPONENT:  I want to --

15                  MS. MAINIGI:  Doctor Gupta, please

16  stop talking.  There is no question pending right

17  now, and after having rehearsed an answer with your

18  attorneys, I do not need you - with all due

19  respect, sir - to come in and give me your

20  rehearsed answer.

21                  MR. KEARSE:  Enu, for the record, this

22  is Anne defending this deposition.  You actually

23  stated that he could review the document on the

24  break.  He reviewed the document on break and now

Page 72

1    he's able to finish his questioning regarding your

2    questions about this document.

3                    So I think it's quite appropriate now

4    that he's reviewed it.  You didn't let him review

5    it while he was on the record, so he's now reviewed

6    it, so if he just --

7                    MR. COLANTONIO:  I just want to place

8    on --

9                    MS. MAINIGI:  Okay, Doctor --

10                   MR. COLANTONIO:  Hold on a second.  I

11   want to place on the record that I object to your

12   statement that somehow there's a rehearsed answer,

13   and I take umbrage to that, and just for the

14   record, I want to put that on the record.

15                   MS. MAINIGI:  Okay, understood.

16   BY MS. MAINIGI:

17       Q.  Doctor Gupta, could you please pull out

18   Exhibit 58 again?  I don't know if your counsel has

19   printed it out for you now, but it is -- it is the

20   statement that they filed with the Court with all

21   of your opinions that has led to this deposition.

22                   Let me know if you just want it on the

23   screen, and we are happy to leave it on the screen.

24       A.  It's already on the screen.

Page 73

1      Q.   Okay, terrific.  I'm going to ask you about

2   the first bullet, and that first bullet reads as

3   follows:  "Opiate prescription drugs, their volume,

4   and the consequential addiction and other diseases

5   associated with OUD rose by thousands of percent

6   over a decade."

7              Did I read that correctly?

8      A.   That's what it says.

9      Q.   Do you agree with this statement?

10     A.   I'm not sure if I agree with the entirety

11  of the statement.

12     Q.   Okay.  What part of the statement -- and I

13  don't need the reasons yet, we can break that down,

14  but what part of the statement do you agree with or

15  disagree with?

16     A.   I don't agree with the statement, period.

17     Q.   Okay.  So let me just ask you one follow-up

18  question on that and then we can move on to another

19  opinion of yours.  Where it says "thousands of

20  percent over a decade," do you have any idea what

21  decade is referenced there?

22     A.   Ms. Mainigi, you're providing me this

23  document.  I don't have -- you know, I'm -- you're

24  asking me a question if I agree to the statement.

Page 74

1   I said I don't agree with the statement.  So you're

2   welcome to ask me questions, but I can't guess what

3   you're thinking.

4       Q.  Okay.  Do you recall making this statement

5   at your last deposition?

6       A.  I do not.

7       Q.  Okay.  So you don't know what -- just for

8   the record, the word "decade" in that statement,

9   the first bullet, you don't know what decade is

10  being referred to there.

11      A.  I would request to you once again, after

12  the break now, that if you intend to show me a

13  statement, please provide me the context, because

14  it's really unfair and misleading for me to be able

15  to react to a statement without having any context,

16  and you're doing it again.

17      Q.  Okay.

18              MS. KEARSE:  Enu, if you want to show

19  him the page numbers on the deposition --

20              MS. MAINIGI:  I don't.  I'm just going

21  to go off of this document that you all filed on

22  his behalf, Anne.

23      Q.  Okay.  So let's move on to --

24              MS. KEARSE:  You referred to his

Page 75

1    testimony, so -- in his deposition, so --

2                    MS. MAINIGI:  Please, Anne, I'd

3    appreciate it if you'd not have a speaking

4    objection.

5                    MR. FARRELL:  Hold on, hold on.  Enu,

6    this is Paul Farrell.  This isn't a speaking

7    objection.  What I'm saying is that the back and

8    forth, we are both having objections to.

9                    We did not file this document on his

10   behalf.  This is a document that we filed to give

11   disclosure to the Court about the opinions that he

12   offered during his deposition that we anticipated

13   he would say at trial.

14                   So I think that everybody is getting a

15   little loose with their words and accusations, and

16   so we will respect you and your questions, and I

17   ask that you do the same, and so representing this

18   document to be something that it's not, I object

19   to.

20                   MS. MAINIGI:  Okay.  Thank you, Paul.

21   BY MS. MAINIGI:

22       Q.  Doctor Gupta, if you could take a look at

23   the sixth bullet which is labeled by us 6, and just

24   take a moment and read that, please, sir.

Page 76

1      A.   Okay.

2      Q.   The sixth bullet reads as follows:  "The

3  HIV outbreak in Cabell County, as a result of IV

4  drug use, is the second largest in the nation's

5  history."  Do you agree with that statement?

6      A.   I'd have to know more about what you're

7  talking about.

8      Q.   Do you recall making a statement of this

9  type at your last deposition, Doctor Gupta?

10     A.   Once again, Ms. Mainigi, if you have my

11  deposition, please be transparent and show it to

12  me.  I can't recall every word of my deposition.

13     Q.   I'm sure you can't.  Doctor Gupta, let me

14  just represent to you that the plaintiffs in this

15  matter filed -- filed a document which is the

16  document in front of you, and represented that

17  these were opinions and factual statements of yours

18  that they derived from your prior deposition.

19     A.   You have me right here.  You can ask me

20  directly.

21     Q.   Okay.

22     A.   You don't have to --

23     Q.   I'm going to keep doing that, Doctor Gupta.

24  Thank you.

Page 77

1          Okay.  Are you aware of an HIV

2   outbreak in Cabell County that was the second

3   largest in the nation's history?

4       A.  Please be more specific.

5       Q.  I cannot be.  If you're not able to answer

6   that question, that's fine, Doctor Gupta.  I'll

7   move on.

8       A.  I'll be happy to answer if you provide me

9   the context and the specifics.

10      Q.  Are you aware of any HIV outbreak in Cabell

11  County that was a result of IV drug use?

12      A.  Yes.

13      Q.  And what can you tell me about that?

14      A.  I would have to recollect by memory, and I

15  do not have a very good recollection to provide you

16  any meaningful information other than there was an

17  HIV outbreak related to IV drug use in Cabell

18  County.

19      Q.  And do you -- can you give me an

20  approximate year?

21      A.  It may have been in 2018 or '19.  I do not

22  recollect at this point.

23      Q.  And do you believe that outbreak was the

24  result of IV drug use?

Page 78

1          A.   That's my recollection.

2          Q.   And what do you base that understanding on,

3     that that HIV outbreak was the result of IV drug

4     use?

5          A.   On my memory.

6          Q.   Did you compile any underlying information

7     related to the HIV usage and the IV drug use and

8     the correlation between those two?

9          A.   Are you speaking specific to the outbreak,

10    or overall my responsibilities as the State Health

11    Commissioner or my responsibility as the County

12    Health Officer?

13         Q.   Specific to the outbreak.

14         A.   As I said before, I do not have a really

15    good recollection to a point I can provide you

16    informed information at this point.  If you'd give

17    me the documents, I'm happy to share with you my

18    opinion.

19         Q.   What documents would you need?

20         A.   Whatever you're alleging.  Whatever you

21    just stated, the compilation of reports,

22    investigations.  I'm happy to look at those.

23         Q.   Unfortunately, I don't have anything

24    besides this, Doctor Gupta.  But let's move on.

Page 79

1    Let's go to the bullet that has a 10 in front of

2    it.  Take a moment, please, and read that bullet.

3    Let me know when you're ready for me to ask you

4    questions.

5         A.  One second.

6         Q.  Sure.

7         A.  Okay, I've read that.

8         Q.  Let me just read it out loud -- excuse me.

9    -- out loud for the record.  Excuse me.  "Because

10   of the overwhelming number of overdose deaths in

11   2015, there was a need in West Virginia for

12   air-conditioned trailers to house the bodies of

13   those who had overdosed."

14              Did I read that correctly?

15        A.  Yes.

16        Q.  Do you agree with that statement?

17        A.  Yes.

18        Q.  And that is a statement of fact, correct?

19        A.  Correct.

20        Q.  What is your source of information for that

21   statement of fact?

22        A.  So I was also overseeing the chief medical

23   office of -- the Office of the Chief Medical

24   Examiner and one of the things we had to do was

Page 80

1    purchase trailers - now, I could not tell you if

2    they were air conditioned or had fans or what in

3    them - but we had to purchase trailers to be able

4    to house the dead bodies that were coming one every

5    8 hours to 12 hours because of the overdose deaths

6    resulting from -- you know, obviously from drug

7    overdose.

8                    So we had to do that in the years

9    during my tenure.

10       Q.   And do you specifically remember doing that

11   in 2015?

12       A.   I specifically don't remember at this time,

13   but I do clearly remember doing it.

14       Q.   Okay.  And in 2015, the drug overdose

15   deaths were from what drugs mainly?

16       A.   I couldn't tell you right now.  I mean, I'd

17   be happy to look at the charts that we produced,

18   the report I looked at from 2000-2015.  I mean --

19   but broadly without reviewing the data right now, I

20   could tell you they were generally a combination of

21   opioid prescriptions, heroin and fentanyl as well

22   as other polysubstance use.

23       Q.   Do you remember being deposed in 2016?

24       A.   I don't remember the exact deposition.

1    Q.  Okay.  And I'm sorry, let me -- let me give

2    you a little bit more than that.  Do you recall

3    that you were deposed in 2016 in an opioid case?

4    A.  Yes.

5    Q.  Now, I will represent to you that your

6    deposition in 2016 did not mention that the Office

7    of Medical Examiner had needed air-conditioned

8    trailers in 2015.  Is there a reason you omitted

9    that fact from your 2016 deposition?

10                  MS. KEARSE:  Objection.

11    A.  I don't recall if the defendants asked me

12    that question specifically.

13    Q.  Let's move on -- I'm just jumping around a

14    bit.  But we'll cover all of these, Doctor Gupta.

15    Let's move on to Statement No. 13, if you would,

16    please, sir.  And if you'd take a moment and just

17    read that.

18    A.  I've read it.

19    Q.  Let me read that out loud for the record.

20    "In 2016, a significant amount of the people who

21    died from an overdose had filled a prescription

22    within 30 days prior to their death."  Do you agree

23    with that statement, Doctor Gupta?

24    A.  Those are findings of the facts.

Page 82

1      Q.  And they are findings of fact from where or

2   what?

3      A.  From the social autopsy report we published

4   which is available for you to review.

5      Q.  Okay.  I believe that was one of the

6   exhibits that was e-mailed to your attorneys last

7   night.

8              MS. MAINIGI:  I'm assuming you all

9   still have not printed out any of those documents,

10  so we can put that up on the screen for you.

11             What exhibit number should we use for

12  that?  62?

13             MR. RUBY:  This was already marked as

14  Plaintiff's 2 from the September deposition.

15             MS. MAINIGI:  Oh, terrific.  Okay, so

16  we will leave it as Plaintiff's 2.  It's a

17  plaintiff's document.

18  BY MS. MAINIGI:

19     Q.  Was that fact, Doctor Gupta, from this

20  report, the 2016 West Virginia Overdose Fatality

21  Analysis?

22     A.  Yes.

23     Q.  And several of the facts in this document

24  that we've been reviewing are from this report.

Page 83

1    Does that sound right to you?

2        A.   I'd have to go back and check each one.

3        Q.   Okay.  Now, you ordered this report while

4    you were commissioner and State Health Officer; is

5    that correct?

6        A.   So one of the -- one of the roles that we

7    omitted today talking about the role of the

8    Commissioner/State Health Officer is actually the

9    obvious, which is to commission reports.  And this

10   was certainly one of the several reports I had

11   commissioned to be conducted because I was so

12   terrified of the deaths that were happening because

13   of overdoses around the clock in the state of West

14   Virginia when I assumed office.

15       Q.   Okay.  Let's turn to the third page of the

16   report.  This is the third page of the report,

17   Doctor Gupta, and the third page lists the people

18   who prepared the report, correct?

19       A.   Will you allow me to review the whole page,

20   please?

21       Q.   Sure.  Go ahead.

22       A.   Thank you.  I just want to see the corners

23   of the page, make sure -- the bottom corner, those

24   are all the people.

Page 84

1          Yes, it does.

2      Q.  Okay.  And is it fair to say the lead

3  authors of this report were Sarah Sanders, from the

4  Violence and Injury Prevention Program and

5  Christina Mullins from the Office of Maternal,

6  Child and Family Health.  Is that correct?

7      A.  If you would move to the first page, it

8  also has a couple of names on there.  I just want

9  to make sure there's no conflict there.  The page

10  before this.  Sorry.

11          Yeah.  So yeah, at the bottom of this

12  first page, you have two names.  Those are the same

13  as the ones you mentioned, so the answer is yes.

14      Q.  Those are -- those two individuals are the

15  primary authors of the report.  Correct?

16      A.  We -- yes, we generally list the primary

17  authors on the first page.

18      Q.  And then the third page also lists perhaps

19  16 or so people who supported the report in some

20  fashion.  Correct?

21      A.  This was a multi-disciplinary,

22  multi-faceted report, and so all of these

23  individuals played a critical role in the

24  publishing of this report.

Page 85

1     Q.  And your name is not listed among these

2  individuals, correct, Doctor Gupta?

3     A.  As the Commissioner who commissions the

4  very execution of the report, it would -- I would

5  not be listed as also the preparer, writer or

6  investigator of the same report.

7     Q.  And you didn't -- as the commissioner of

8  the report, you didn't perform any of the analyses

9  in the report then, correct?

10    A.  I provided the guidance.

11    Q.  And what was the guidance you provided for

12  this report?

13    A.  I provided the guidance of the year of the

14  report, the weight of the report, meaning the

15  epidemiological guidance that was acquired in order

16  for this to be conducted.

17              I provided the ability for us to have

18  direction and facilitate the work of this report,

19  basically, and clearly this was a report that was

20  interagency report, so I was -- I had -- when we

21  talked about this report, this was not just a --

22  data that came from the Bureau of Public Health.

23              It involved work and data from the

24  State Medicaid agency, EMS agency, Medical

Page 86

1   Examiner's Office, Department of Military Affairs

2   and Public Safety.  And a number of others.  So it

3   was very critical to have the highest level of

4   direction and relationships.

5                  So I was responsible for overseeing

6   every and all aspects of this report, including

7   engaging the Centers for Disease Control and

8   Prevention.

9       Q.  Does it say somewhere in here what you just

10   said, that you were responsible for engaging on

11   every part of this report?

12      A.  Ms. Mainigi, that's what state health

13   commissioners do across this nation.

14      Q.  Let's go to the prior page where your name

15   is.  And this page lists also Jim Justice, The

16   Governor; Bill Crouch, Cabinet Secretary for the

17   Department of Health and Human Resources; obviously

18   you; and then Jim Johnson, Director of the Office

19   of Drug Control Policy; Anne Williams, Deputy

20   Commissioner, Health Improvement Bureau for Public

21   Health; Christina Mullins, Director for the Office

22   of Maternal, Child and Family Health.

23                  Do you see that?

24      A.  Yes.

1     Q.  Did all of these individuals also engage in

2  the way that you described your engagement?

3     A.  My engagement was fulfilling the role of

4  the Commissioner.  Other individuals did not have

5  that responsibility.  They had very important roles

6  to play, but not one of the Commissioner and State

7  Health Officer for the State of West Virginia.

8     Q.  Coming back to the statement that is

9  numbered 13 on Exhibit 58, please, can you tell me

10  what the phrase "a significant amount" refers to?

11     A.  Certainly.  Let's go back to that report.

12     Q.  Well, I'm just asking if you know sitting

13  here, Doctor Gupta, what "a significant amount"

14  refers to.

15     A.  I'm asking you, sitting here, please, let's

16  go back to that report, because that's where the

17  answers are.

18     Q.  Okay.  The answers are in the report?

19     A.  Of course.  You just mentioned that a lot

20  of these bullets came from that report, so I'm

21  reading out of your statement back to you, and

22  that's a -- that's true.

23     Q.  Okay.  And is it fair to say that you

24  wouldn't be able to tell me what "a significant

Page 88

1   amount" refers to without aid of that report then?

2                  MS. KEARSE:  Objection.

3        A.  I think it's fair to say that I would like

4   to make sure I have access to the report.  Let's go

5   back to the facts and look at it rather than to --

6   to err on the side of facts, being able to look at

7   the report.

8        Q.  Okay.  So Doctor Gupta, let me ask my

9   question again.  Is it fair to say that without the

10  aid of the report, you're not able to tell me what

11  the phrase "a significant amount" in this bullet

12  means?

13                 MS. KEARSE:  Objection.

14       A.  I can tell you, but I would like to be

15  certain.  And I -- I mean, look, I can tell you.

16  What that means is:  For women, about 49 percent of

17  women have died within 30 days of filling a

18  prescription; for men, it was, I believe, around 36

19  percent that died within 30 days of filling a

20  prescription.

21                 But I really hope you stick to the

22  facts of the report and not my memory from several

23  years ago.  But it's up to you.

24       Q.  Okay, understood.  And assuming that those

Page 89

1    numbers are correct, your 49 percent and your 36

2    percent, those are statements of fact, not opinion,

3    correct?

4         A.  That's correct.

5         Q.  And the data that went into compiling those

6    numbers, that was data that was compiled presumably

7    by the authors of the report?

8         A.  Correct.

9         Q.  And the statement related to the

10   significant amount, or the 49 percent or the 36

11   percent, was that a number state-wide?

12        A.  Yes.

13        Q.  And you don't know whether that number was

14   specifically true for Cabell or Huntington,

15   correct?

16              MR. COLANTONIO:  Objection.

17        A.  Sitting here, I do not have that

18   recollection.

19        Q.  Okay.  And let me --

20              Someone objected to the form of my

21   question, so let me ask it separately.  You don't

22   know if the numbers in that report, the 2016 West

23   Virginia Overdose Fatality Analysis applied

24   specifically to Cabell County, correct?

Page 90

1      A.   I could not tell you my recollection of

2   which percentage of those or what percentage

3   applied to Cabell County and City of Huntington at

4   this time.

5      Q.   And do you know whether the statement about

6   overdose deaths caused by opioid -- is the

7   statement related to overdose deaths caused by

8   opioids or by all substances?

9      A.   The controlled substances.  The -- what we

10  did was:  We saw the interaction with the

11  Controlled Substance Monitoring Program, which is

12  the West Virginia's version of prescription drug

13  monitoring program, and as we interrogated the

14  CSMP, as we call it, against the deaths, those were

15  the numbers that came about.

16              And generally when we speak about

17  controlled substances in West Virginia, that, once

18  again, generally refers to opioids because of the

19  significant volume of opioids both in prescribing

20  as well as in diversion that existed at the time.

21      Q.   Can you define "diversion" for me just so

22  we have it for the record, Doctor Gupta?

23      A.   Sure.  Diversion of any substance or any

24  medication is the use of that for purposes any

Page 91

1   other for -- any other than for prescribed use,
2   legitimate prescribed use.
3       Q.   And is diversion usually illegal?
4       A.   Yes.
5       Q.   And is an example of diversion, someone
6   gets a prescription for 30 days, only uses three
7   pills, leaves the bottle in their cabinet and
8   someone who's the not the person for whom the pills
9   were prescribed takes those pills for themselves
10  and utilizes them?  Is that an example of
11  diversion?
12      A.   That's not the only example, but that could
13  be one example.  But the writing of prescriptions
14  that may not be legitimate for someone may also be
15  diversion.
16      Q.   What are other examples of diversion that
17  occur to you?
18      A.   Borrowing from friends or family.  Children
19  getting into the closets -- the drug closets and
20  taking it from their parents is another example.
21  Stealing from each other or from friends or from
22  family is another example.
23              Sometimes when you prescribe 30 days
24  of opioids, you know, Lortab for a tooth pulled and

Page 92

1    then you leave it in the cabinet after two doses

2    and next month you get a leg sprain and you start

3    to use it again, that's also diversion sometimes of

4    the same person, because that was not the intended

5    use.

6              So there's multiple -- you know, of

7    course, everything from misuse, ill use,

8    illegitimate use, borrowing, to all the way to

9    selling on the street.

10        Q.  So diversion generally occurs after the

11   prescription has left the pharmacy; is that

12   correct?

13        A.  Not necessarily.  If they're being written

14   for a purpose that is less than legitimate, as we

15   have also seen lots of bad doctors writing

16   prescriptions, running pill mills, that's also

17   diversion that happens reportedly when it gets to

18   the pharmacy.

19        Q.  The other examples you gave me just in your

20   prior answer, those are examples -- besides this

21   one, those are examples of diversion that occur

22   after the prescription leaves the pharmacy?

23        A.  Correct.

24        Q.  So the 49 percent and the 36 percent that

Page 93

1   you mentioned that you recall, I just want to ask

2   you:  Is that -- would those numbers, in your mind,

3   be different for overdose deaths caused by opioids

4   versus other substances?

5          A.  Not necessarily.

6          Q.  Are there different numbers that existed

7   for opioids versus other substances?

8          A.  No.  We would use synonymously for most

9   purposes controlled substances utilization in CSMP

10  with opioid prescribing for the purposes of this

11  report.

12         Q.  Okay.  So for the purposes of this report,

13  you didn't necessarily break down into prescription

14  opioids, heroin, fentanyl and so forth.

15         A.  No, no, no, that's not what I'm saying.

16  What I'm saying is:  When 49 percent of the female

17  decedents -- we found -- so in all the female

18  decedents in the year of 2016 that died from a drug

19  overdose, we found that 49 percent of them had

20  filled a prescription that wasn't a heroin

21  prescription, that was not a meth prescription,

22  that was actually a controlled substances

23  prescription, that's what we found from

24  interrogating the Controlled Substances Monitoring

Page 94

1    Program.

2              And because of the large -- super

3    large volumes of opioids being flooded into

4    communities through prescriptions, I think it's

5    fair to assume that 49 percent had a very, very

6    high proportion of opioids, if not all.

7         Q.  So the report did not determine -- of the

8    49 percent that you reference, the report did not

9    determine who actually died from a prescription

10   opioid abuse versus someone who may have died from

11   a heroin abuse.  Correct?

12        A.  So we're talking about two different

13   things.  All of these people died - they're dead -

14   now we're going back and studying what was the

15   characteristics of that.  So if you look back at

16   the report, at the top, it says, you know, we're

17   looking at the medical system, utilization,

18   characteristics of people and all of that.  So this

19   is a study that's intended -- the medical examiners

20   already have demonstrated what they died of.

21              Now we're going back and looking at:

22   What were the characteristics of these individuals

23   that died?  And we're talking about -- when we talk

24   about 49 percent of women that died had filled a

1   prescription within 30 days of their death,

2   explains that there were still a lot of

3   prescriptions that were being dispensed that were

4   the cause and contributions of death in those

5   individuals.

6        Q.   You cannot say - or the report cannot say,

7   as I understand it - that 49 percent of the deaths

8   in those cases were caused by the prescription that

9   was filled within the last 30 days, correct?

10       A.   What we can say is:  Of the people that

11  died from drug overdose, in those, 90 percent -

12  that means nine out of ten people - had interacted

13  with the Controlled Substances Monitoring Program.

14  And from looking -- within the past year.

15            So nine out of ten people that died

16  had some relationship/interactions with the State's

17  CSMP.  Now, when we hone that back to -- from one

18  year to 30 days, we find that almost half of the

19  women that died because of overdose had filled a

20  prescription.

21       Q.   But you don't know whether the 49 percent

22  died because of the prescription that they filled,

23  correct?

24       A.   This study was not meant to be a direct

Page 96

1    correlation/causation study, right?  So this is not

2    a causation study.  So if you're asking me, was

3    there a cause and effect, I would say that was not

4    the purpose of our -- purpose of our work,

5    basically.

6                    But from an epidemiological

7    standpoint, our assertions were that there's a

8    reasonable degree of certainty that the continued

9    interaction with Controlled Substances Monitoring

10   Program had high likelihood played a role in the

11   death of these individuals.

12        Q.  Let's move on to the next statement, which

13   is Statement 14.  If you could take a moment and

14   read that, please, sir.

15        A.  I see it.  I've got it.

16        Q.  Okay.  And let me read that statement out

17   loud for the record.  "Of the people who were

18   incarcerated, released and subsequently died, the

19   majority died of an overdose."  Is that a statement

20   you agree with, sir?

21        A.  Yes.

22        Q.  What is the genesis of this statement or

23   the source of this statement?

24        A.  The same report.

Page 97

1      Q.   Is it the 2016 West Virginia Overdose
2  Fatality Analysis?
3      A.   Correct.
4           MS. MAINIGI:   If we could put that
5  exhibit back up, please, the 2016 West Virginia
6  Overdose Fatality Analysis.   And let's go to the
7  Table of Contents.
8      Q.   And while we're doing that, Doctor Gupta, I
9  just want to confirm that you didn't do any
10  independent research on your own to come to this
11  conclusion that is No. 14.   You derived the
12  conclusion from the report, the 2016 West Virginia
13  Overdose Fatality Analysis, correct?
14      A.   Correct.
15      Q.   Okay.   Where do you think we could find
16  that statement?
17      A.   You could actually do Ctrl-F and find it.
18      Q.   What would you like to do Ctrl-F on?
19      A.   Incarceration.
20      Q.   Do you see any particular section of this
21  report that it would perhaps be included in?   We'll
22  see if Ctrl-F works.   I don't know if it will.
23      A.   Ms. Mainigi, would you like me to pull up
24  this report myself on my computer?   Because I would

Page 98

1    like to really have a fair -- you know, a way where

2    I could see the same thing you guys are seeing,

3    because I feel like I'm being handicapped here.

4         Q.  No, and I apologize for that.

5         A.  Right there at the bottom.  Right there --

6    page -- please go up.  Go up, please.

7              MR. COLANTONIO:  Back a page.  Do you

8    see that?

9         Q.  Back a page, okay.

10        A.  18 -- yeah, go up.  Move down, I'm sorry.

11        Q.  Sorry.

12        A.  There is Corrections, right here, 4.4.4, I

13   think.  That actually will not be.  So I -- maybe

14   3.6.  3.6, page 18 perhaps.

15        Q.  Okay.  Let's take a quick look, and

16   otherwise we can keep going for now.

17              MR. COLANTONIO:  You want --

18              THE DEPONENT:  Mine is here.

19              MR. COLANTONIO:  I'll get it.

20              THE DEPONENT:  Yeah, I can speed this

21   up a little bit.

22        Q.  Actually, Doctor Gupta, I ask that you not

23   pull out a computer in the middle of your

24   deposition.  I'm asking you to not do that, please,

Page 99

1    sir.

2         A.   Then please provide me that report.

3         Q.   Okay, it was provided -- the report was

4    provided to your counsel last night.  But I'm just

5    -- right now, let's see what we can do with what we

6    have on the screen.  Do you see that fact on page

7    18?

8         A.   I don't see that.  And please pull that

9    fact up for me.  If you have the wheel here, please

10   pull that up and I'm happy to comment on it.

11        Q.   Okay.  While we --

12             MR. RUBY:  This is -- this is Page 18.

13   This is the --

14             MS. MAINIGI:  I'm sorry.

15             MR. RUBY:  this is page 18.  This is

16   what the doctor referred to.

17             MS. MAINIGI:  Yeah.  I don't see it.

18   Let's go to page 19.  Okay, I guess it moves on to

19   something else.

20        Q.   Well, it does not appear -- let's -- we'll,

21   on a break, see if we can find it in this report,

22   Doctor Gupta, but let me ask you some information

23   about this statement.  Is this statement that you

24   made at your deposition, "Of the people who were

Page 100

1    incarcerated, released and subsequently died, the

2    majority died of an overdose," is that limited to

3    some scope of time, some period of time?

4        A.   So we did the report looking one year

5    before, people died, so one year prior to their

6    death.  So I believe to the best of my

7    recollection, that the majority would have been --

8    around 56 percent of those died within a year of

9    their release because of overdose, but I believe

10   about 27 percent actually died within a month of

11   release because of an overdose.

12              But that's my best recollection at the

13   time.

14       Q.   And does -- in terms of years that this

15   covers, do you have any sense of whether this

16   applies just to 2015 or some other time period?

17       A.   So the report covered all the deaths in

18   2016, and we would look at their life one year -

19   that's 12 months - prior to their death.  So if

20   someone died on March 31st of 2016, we would have

21   gone back till March 31st of 2015.  If someone died

22   on November 11th of 2016, we would have gone back

23   to November 11th of 2015.

24              So for every individual as I mentioned

Page 101

1    before, it was a CSI type of examination, very

2    labor-intensive, to look at their life, their

3    interactions in the 12 months prior to their death,

4    and that's the way I would explain it.

5         Q.  So just to be clear, does it refer to

6    people who were both released and died in that time

7    period?

8         A.  Yes.

9         Q.  So of all the people who were released

10   during the time period, what percentage also died

11   in the time period?

12        A.  So once again, my recollection is that

13   people who are released within 12 months, 56

14   percent of those people who died within 12 months

15   of their release died because of an overdose.

16              I would really want to look at the

17   report to make sure what I'm stating is factual,

18   but that's the best of my recollection four years

19   after the release of the report.

20        Q.  And again, this is a statement of fact,

21   correct?  This is either something that -- this is

22   something that was derived from existing factual

23   information that was kept.

24        A.  The statement that I make today sitting

Page 102

1    here is to the best of my ability to recollect the

2    facts that happened four years ago in the report.

3          Q.  Do you know who compiled the information

4    that went into this fact?

5          A.  So as I mentioned before, there were

6    multiple partners and agencies across the country

7    that included within West Virginia, Department of

8    Military Affairs and Public Safety, Department of

9    Medicaid, Emergency Medical Services, behavioral

10   health systems and behavioral treatment programs,

11   Medical Examiner's Office, the Centers for Disease

12   Control and Prevention, to provide the technical

13   expertise.  And there may be some others.

14                But all of that you can find in the

15   report itself.

16         Q.  So your information -- what you are

17   relating to me is essentially secondhand

18   information.  Correct, Doctor Gupta?

19                MS. KEARSE:  Objection.

20         A.  I'm not sure what you mean by that.

21         Q.  Well, you didn't compile this information.

22   We agreed on that earlier, right?

23         A.  I was the Commissioner who commissioned the

24   report and oversaw every aspect of this report as

Page 103

1   the supervisor for this report.

2        Q.   Okay.  Did you personally compile the

3   information that went into this particular fact,

4   Fact 14 that we've been focused on?

5        A.   This report was conducted under my

6   direction.

7        Q.   Okay.  That wasn't my question.  Did you

8   personally compile and review the information that

9   went into Fact 14?

10       A.   I was not one of the people that personally

11  was compiling, because that's not the role of the

12  Commissioner.

13       Q.   Do you recall, sitting here today, who that

14  person or persons would have been who compiled the

15  information?

16       A.   I think it was page 3 we just went over.

17  So you may want to pull that back up.

18       Q.   Would it have been somebody on that page,

19  do you think?  If we showed you that page --

20       A.   Yes.

21       Q.   -- would you remember who it was?

22       A.   Which report are you talking about

23  compiling?

24       Q.   Well, I'm talking about compiling Fact 14.

                                              Page 104

1    You told me it was from the 2016 West Virginia --

2         A.   Yes.

3         Q.   -- Overdose Fatality Analysis.

4         A.   Yes, Ms. Mainigi, I just want to make sure

5    you understand this real well, because I'm seeing

6    some signs you're not getting this part, so I

7    apologize for that, because it must be me.

8                   This report was a comprehensive

9    analysis of a state-wide effort including multiple

10   agencies in a multi-disciplinary way, so it's not a

11   clerk sitting somewhere in an office with a laptop

12   compiling.

13                  It's a team of experts as you see on

14   television that are constantly working together,

15   understanding, analyzing, interpreting data and

16   then putting a report together.

17                  So it's a very dynamic work that took

18   several months to put together so this is not --

19   you don't put a finger on somebody and say, "Ah-ha,

20   that's the person."  It's a -- it's a -- it was

21   such a unique report that several states and

22   jurisdictions since have replicated this work.

23        Q.   So I take your answer to mean that it would

24   not necessarily be possible sitting here today to

Page 105

1    identify the particular person or persons who

2    compiled particularly Fact 14.

3         A.   And I am responding to you by saying,

4    "Please look at page 3" and all those individuals

5    have been an integral part of compiling the report

6    that's bulleted on No. 14.

7         Q.   Now, this Fact 14, that's not a statement

8    that's specific to Cabell County, correct?

9         A.   That statement includes Cabell County.

10        Q.   It's a state-wide number, correct?

11        A.   And Cabell County is part of state of West

12   Virginia.

13        Q.   Okay.  And you didn't break out this number

14   by state or city, correct?

15        A.   We did have it by state.  It was the state

16   of West Virginia.

17        Q.   I'm sorry.  I may have misspoken.  You

18   didn't break out this number by county or city, did

19   you?

20        A.   We did not -- you're -- this report was not

21   meant to be a county-by-county-by-county or

22   city-by-city report.  We do have other reports.  If

23   you'd like to see, we're happy to share with you.

24   But that was not the purpose of this particular

Page 106

1   report.

2        Q.  Did you do -- do you recall a report off

3   the top of your head, Doctor Gupta, that was

4   specific to either Cabell County or Huntington

5   city?

6        A.  Yes.

7        Q.  What was the report?

8        A.  There was historical overview of overdoses

9   from 2000 to 2015.  It might have been 2001 to

10  2015.  I'm sure you'll question that.  So there --

11  when I came in, one of the first things I did was

12  order that report.

13               Again, I commissioned it, a report,

14  supervisors directed it, and it ended up being a

15  historical first-time overview of the deaths that

16  were determined and distinguished by gender, by

17  county and all other factors.

18               I also did a very similar report,

19  ordered/commissioned a report on HIV profiles

20  across the state by county.

21               I also commissioned a report on

22  Hepatitis for the last several years across the

23  state.

24               I also did a report or commissioned a

Page 107

1    report on neonatal abstinence syndrome across the

2    prevalence of which -- across the state, that

3    included Cabell County.

4                   I did a specific report on the

5    overdoses that happened where in five hours, we had

6    over 28 people be overdosed, which became

7    nationally known in Cabell County.  We conducted a

8    report with CDC and with Bureau of Public Health,

9    with Cabell-Huntington Health Department, to

10   conduct that as well.

11                  As well as the HIV report we've

12   already discussed.

13       Q.   With respect to the 2000 to 2015 report,

14   are you telling me that the information in that

15   report is broken down either by county or city?

16       A.   Yes.

17       Q.   Thank you.  Coming back to this statement,

18   this Fact 14, with respect to the overdose, do you

19   know whether the overdose death was caused by

20   opioids, prescription opioids, or some other drug?

21       A.   Which -- which -- the totality of deaths?

22       Q.   Well, I'm just looking at the Statement 14

23   where it says, "the majority died of an overdose."

24   Do you see the word "overdose"?

Page 108

1       A.  Yes.

2       Q.  Okay.  So with respect to that word

3   "overdose," was the overdose caused -- the overdose

4   which led to the death, was that caused by

5   prescription opioids or a combination perhaps of

6   prescription opioids -- some died of prescription

7   opioids, some died of heroin, some died of

8   fentanyl, some died of something else altogether?

9       A.  To the best of my recollection, in this

10  report, the overwhelming over -- drug overdose

11  deaths were -- involved opioids.  They could

12  involve other substances too, but they

13  overwhelmingly involved opioids.

14      Q.  What about prescription opioids?

15      A.  That's included, as you stated, in the

16  overall category of opioids.

17      Q.  Okay.  And did you break that down?  Did

18  you -- as part of your autopsy, did you figure out

19  the specific cause of death?

20      A.  So Ms. Mainigi, when someone dies and you

21  have to conduct an autopsy and you look at the

22  substances in their body, the breakdown product of

23  an opioid - whether it's from heroin or from Lortab

24  or Vicodin - is no different.  So you literally

Page 109

 1   cannot break down from the product, because they

 2   are all opioids.

 3        Q.  I'm going to go to your Statement No. 15,

 4   Doctor Gupta, next.  Why don't you take a moment

 5   and read it.

 6        A.  Sure.

 7             MR. COLANTONIO:  Just to be clear,

 8   these aren't his statements.  This is -- these are

 9   something written by somebody else.

10             MS. MAINIGI:  I believe they're citing

11   his deposition from last time.  But thank you for

12   that.  Thank you for that speaking clarification.

13        Q.  Let me know when you're done with it --

14        A.  I'm done.

15        Q.  -- Doctor Gupta.  Okay.  15, for the

16   record, says, "In 2016, it was found that those

17   overdose decedents who went to three or more

18   pharmacies to fill prescriptions were 70 times more

19   likely to have died."

20             Do you agree with this statement?

21        A.  I would love to see the report and the

22   facts for themselves.  But to the best of my

23   recollection, it seems accurate.

24        Q.  And so by your statement, I take it you

Page 110

1    believe that this is another one of the facts

2    derived from one of the reports you commissioned?

3    Is that fair?

4         A.   This was also the social autopsy, same

5    report that we've been discussing.

6         Q.   The 2016 report, Doctor Gupta?

7         A.   Correct.

8         Q.   Does this refer to people who went to three

9    or more pharmacies to fill opioid prescriptions or

10   any kind of prescription?

11        A.   This goes back to, again, we interrogated

12   the Controlled Substances Monitoring Program, which

13   is the prescription drug monitoring program for the

14   State of West Virginia.  That means these

15   controlled substances generally for category --

16   scheduled substances for Category II through IV,

17   and this inclusion would mean filling of

18   prescriptions from Schedule II to Schedule IV.

19        Q.   Schedule II, Schedule III and Schedule IV,

20   correct?

21        A.   Yes.

22        Q.   Okay.  Oxy and hydro, what schedule are

23   those?

24        A.   They would -- well, it depends.  What year

Page 111

1   are you talking about for hydrocodone?

2       Q.   The year the report was -- I'm sorry, I'm

3   asking about the year the report covered.

4       A.   OxyContin -- oxy of any type would be

5   Schedule II, and you know, it depends on the

6   hydrocodone product.  Some were Schedule III and

7   some were Schedule II at that time.

8       Q.   And this report counted Schedule II,

9   Schedule III and what was contained in the Schedule

10  IV category, correct?

11      A.   Correct.

12      Q.   Now, this statement doesn't indicate that

13  the prescription itself that they filled caused the

14  death.  Right?

15      A.   It does not.

16      Q.   And this statement doesn't refer

17  specifically to Cabell, correct?

18      A.   Cabell's prescriptions and pharmacies would

19  be -- and people that live in Cabell, were included

20  in the analysis of this report.

21      Q.   You can't break out the numbers for Cabell,

22  can you?

23      A.   You can.  We just didn't do it.  But you

24  can.

Page 112

1    Q.  And how about for Huntington?  Did you

2  break out the numbers for Huntington?

3    A.  We did not.  But you can.

4    Q.  And this refers to people who went to three

5  or more pharmacies in 2016 or 2015?

6    A.  This would be, once again, 12 months prior

7  to their time of death in 2016.

8    Q.  Okay.  Now, this statement is also a fact,

9  correct?

10    A.  Once again, to the best of my recollection

11  - without having the report in front of me - from

12  four years ago, I believe that is -- this seems

13  accurate, but I cannot attest to it at this time.

14    Q.  Okay.  And in terms of how this information

15  was compiled, the information was compiled and put

16  together by presumably the same set of individuals

17  that were on page 3, correct, of the report?

18    A.  Right.

19    Q.  Okay.  I'm going to move on to Statement

20  16, Doctor Gupta, if you could take a moment and

21  read that.

22    A.  I'm done.

23    Q.  The statement says, "Three out of the four

24  people that died of an overdose in 2016 tried to

Page 113

1    seek help within the year before their time of
2    death."  Is that a statement you agree with?
3        A.  To the best of my recollection.  I thought
4    it was more like 80 percent, four out of five, but
5    it could be either three out of four or four out of
6    five.  But a high number of people had come in the
7    system, interacted with the health care system, in
8    the 12 months prior to their death.
9        Q.  And this, you would agree, is a statement
10   of fact.
11       A.  I would say that -- to my response in the
12   previous question, that -- the response would be
13   similar to that.
14       Q.  Okay.  And I'm sorry, Doctor Gupta, but I
15   -- let me state that so that your answer is not
16   unclear.  By that, you mean it -- this fact, that
17   is No. 16, is derived from one of the two reports
18   that we've been discussing?  Is that fair?
19       A.  I cannot be certain of that.
20       Q.  Do you know what the derivation is of this
21   fact?
22       A.  I'm sorry?  Can you repeat?
23       Q.  Do you know what the derivation is of this
24   fact?  Where did this fact come from?

Page 114

1        A.   As I stated previously, in the social

2   autopsy report, to the best of my recollection, we

3   saw close to 80 percent of the people that had died

4   of an overdose in 2016 had tried to seek help from

5   the health care system within the 12 months prior

6   to their time of death.

7                 And so while my recollection doesn't

8   align with this statement exactly, that may be the

9   source of the statement.

10       Q.   Do you remember whether before you gave

11  your deposition in September, did you read the

12  autopsy report before you went in to your

13  deposition?

14       A.   I don't remember.

15       Q.   Okay.  In terms of who would have -- if in

16  fact this is a statement from one of the two

17  reports, the 2016 report or the '01 to '15 report,

18  the information would have been compiled by the

19  group of people that are on page 3?  Is that fair?

20       A.   That would be accurate.

21       Q.   You didn't compile this information

22  yourself, correct?

23       A.   I oversaw, directed and commissioned the

24  report as the Commissioner of Health of the State

Page 115

1  of West Virginia, and obviously I approved the

2  report to be published.

3      Q.  The phrase "tried to seek help," what does

4  that mean to you?

5      A.  What that means is, from the report, what

6  we found was that these individuals in the 12

7  months prior to their death from drug overdose had

8  either visited an emergency room or had called an

9  EMS or had seen somebody at behavioral health, but

10 there were some interaction of them with the health

11 care system.

12     Q.  Do you have an impression or understanding

13 of where the information came from for this fact?

14     A.  As I stated prior, that the multi-agency,

15 multi-disciplinary work that it took to put the

16 social autopsy 2016 report together that I

17 commissioned, oversaw, directed and managed and

18 approved allowed various agencies across the State

19 to work together to create this.

20          So information like this or similar to

21 this in some form or shape would have come out from

22 the work of the multi-agency within the State of

23 West Virginia.

24     Q.  But specifically, you don't know what set

                                             Page 116

1   of data or information was searched to get to this

2   fact.  Do you?

3        A.   I just told you - I'll repeat it again -

4   that the multi-agencies that were involved included

5   EMS; they included state Medicaid agency; they

6   included behavioral health providers; they included

7   medical examiners; they included, you know,

8   Controlled Substances Monitoring Program; Board of

9   Pharmacy and some others.

10               And that's where this information from

11   their database would be coming from.

12               MS. MAINIGI:  I think now would be a

13   good time for another short break.  How's ten

14   minutes, Doctor Gupta, for us to take a break?

15               THE DEPONENT:  That would be great.

16               MS. MAINIGI:  Okay.  Thank you.  We'll

17   be back in ten minutes.

18               VIDEO OPERATOR:  Going off the record.

19   The time is 2:16 p.m.

20                    (A recess was taken after which the

21                    proceedings continued as follows:)

22               VIDEO OPERATOR:  Now begins Media Unit

23   3 in the deposition of Rahul Gupta, M.D.  We're

24   back on the record.  The time is 2:31 p.m.

Page 117

1    BY MS. MAINIGI:

2        Q.  Doctor Gupta, I'm going to show you

3    Statement No. 3, Bullet No. 3 of Exhibit 58.

4                MS. MAINIGI:  Steve, could we scroll

5    down to it, please?

6                MR. RUBY:  Yep.  There's a little lag

7    here.  Sorry.

8                MS. MAINIGI:  Sorry.

9        Q.  Okay.  Doctor Gupta, why don't you take a

10   moment and read that?  Let me know when you're

11   ready.

12       A.  Okay.

13       Q.  Okay.  Statement 3 reads, "There is a

14   direct correlation between diverted prescription

15   pills and the transition to using street drugs such

16   as heroin, fentanyl, methamphetamine, etc."  Do you

17   agree with this statement, Doctor Gupta?

18       A.  Yes.

19       Q.  And what is your basis for this statement?

20       A.  Well, it's both the literature that exists

21   to support that as well as my experience and the

22   opinions that have resulted from my experience.

23       Q.  Okay.  Can you give me specific literature

24   references that would support that statement,

Page 118

1    Statement 3?

2        A.  Sure.  You know, as -- I think back as

3    2014, Theo Cicero actually published a 50-year

4    analyses in general psychiatry that showed that,

5    you know, as much as 75 to 80 percent of the

6    transition that was happening in people who were

7    using heroin was actually -- they were the people

8    that were in fact looking at -- nowadays, were

9    transitioning from prescription drugs, as opposed

10   to the '60s where 80 percent of people were going

11   in the opposite direction.

12               So there's been a lot more literature

13   since that that shows about 80 percent of the

14   people that use heroin today have had their start

15   from prescription opioids to begin with.

16               Now, having said that, we saw very

17   similar facts in West Virginia.  We started to see

18   people that were often - because of a large volume

19   and diversion that resulted often in addiction were

20   utilizing prescription drugs, and as there was more

21   policy and actions that were being taken to address

22   that - part of that was reduction in supply - these

23   people really often, as an example, when there was

24   action on shutting down a pill mill, there were

Page 119

1   often people that would then not have a supply.

2              As a result of that, they would either

3   have two or three options.  One option was to go to

4   the emergency room.  We saw flooding of the

5   emergency room.

6              Second was to go to street drugs which

7   were much more readily available, cheap in terms of

8   heroin, or just die, overdose and die.

9              And we were seeing all of this.  So

10  our findings matched what was being published.  In

11  fact, there's been some work done by Sarah Mars in

12  Philly population that also showed very similar

13  numbers, and we were matching that up.

14             So as that began to happen, more and

15  more people transitioned to heroin, there began an

16  infiltration of cutting heroin with fentanyl by

17  drug dealers primarily to save costs, to make more

18  money.

19             And as that was happening, fentanyl,

20  of course, is a substance that's about 80 times

21  more potent than morphine, so because it was

22  uncontrolled, we were seeing batches of deaths

23  happening together because of bad batch of

24  fentanyl-cut heroin.

Page 120

1            Across West Virginia, that was the

2    case.  When we had in 2016, fall of 2016 or so, an

3    outbreak in Huntington, West Virginia that was

4    first but not the only of its kind across the

5    country, where in a matter of hours, dozens of

6    people were overdosed and had to be taken to the

7    hospital.

8            This was an example of where disease

9    from overdose was starting to simulate an

10   infectious disease, meaning you have a patient zero

11   and -- or -- which would actually be a drug dealer

12   that would have a bad batch, and that many people

13   would get impacted.

14           Same thing happened in Beckley during

15   my tenure, and other places as well.

16           So that -- that first phase was

17   prescription drugs.  The second phase, because of

18   increased volume -- the volume, diversion and

19   addiction was actually getting it on.

20           And the action that followed was to

21   transition to heroin.  That was wave two, as CDC

22   describes it.

23           The third wave was actually mixing of

24   heroin with synthetic opioids like fentanyl, and I

Page 121

1   truly believe we're in the fourth wave.  The fourth

2   wave now, in the last few years, has been that

3   there's a trend now to utilize not just a -- one

4   type of medication, but also a combination of

5   medications.

6                    So now, the same population described

7   as (Zoom audio glitch) is transitioning to

8   polysubstance use, meaning oftentimes we're finding

9   now the pills have not just meth, but also fentanyl

10  in it.  And the combination of people using heroin,

11  fentanyl, and methamphetamine and cocaine, that

12  means stimulants and depressants at the same time,

13  is -- is, you know -- is evolving at this point.

14                   And there's been data that has shown

15  -- for example, Chris Jones at CDC, has evaluated

16  data published from 2015 to 2018 data that looked

17  at, and 40 percent of those people who used meth,

18  crystal meth, in the past year utilized

19  prescription drugs, prescription pills,

20  prescription opioids.

21                   So that's been important.  And we also

22  know through some of the work with Beth Han at JAMA

23  Psychiatry that was also published that showed the

24  overdose death rate has now gone five times, five

Page 122

1    full increase, because of meth.

2              So we're seeing a lot more carnage on

3    the streets, certainly in Cabell County,

4    Huntington, West Virginia, not very dissimilar than

5    other parts of the country, where we are seeing

6    this transition of prescription pills to drugs like

7    heroin, fentanyl and now meth and cocaine.

8              And one of the problems we're seeing

9    also as a result of that is because when we went

10   from pills to IV drug use, which is heroin and

11   fentanyl and often sometimes meth as well, we're

12   seeing the increased risk of communicable diseases

13   such as HIV and hepatitis.

14             So that's one of the reasons we've

15   had outbreaks of HIV in West Virginia and other

16   parts of the country as well, because of increased

17   use of needles and syringes that ultimately

18   emanates from the prescription pill volume.

19   Q.  Okay.  Let me stop you, Doctor Gupta, then

20   and dissect some of what you've said at least.  You

21   mentioned JAMA Psychiatry -- was there a specific

22   -- I missed the very first thing you said.  Was

23   there a specific study from JAMA Psychiatry that

24   you referred to?  That's the only question on the

1    table right now.

2         A.   The first study I mentioned was from Theo

3    Cicero in JAMA Psychiatry in 2014.

4         Q.   Okay.  Thank you.  Your experiences in West

5    Virginia, did you document those experiences

6    anywhere?

7         A.   I'm not -- I'm not sure what you mean.  You

8    can see -- I guess --

9         Q.   You told me about your experience, right,

10   in West Virginia?  And I don't need that recapped.

11   I heard it.  Did you document that in your own

12   study or paper, for example?

13        A.   I -- as Commissioner, I would have provided

14   interviews to media outlets, and you're welcome to

15   search the databases to review my views, my

16   opinions and my experiences in the public domain.

17        Q.   Okay.  You mentioned Sarah Mars who

18   described the Philly population.  Do you recall

19   doing that?

20        A.   Yes.

21        Q.   I take it that Ms. Mars documented

22   somewhere some sort of study related to the Philly

23   population.  Is that right?

24        A.   As a researcher, yes.

Page 124

1      Q.   Okay.  When you designed the first phase,

2   which is the phase related to prescription opioids,

3   what's that general time period that you're

4   defining that first phase?

5      A.   The general time period would have been

6   from the beginning of 2000s to about 2010 or so.

7      Q.   Okay.  And then the second phase, which is

8   the move to -- is the move to meth and heroin and

9   other illegal substances; is that fair?

10     A.   No.  Actually, the second phase is actually

11  when we transitioned to heroin, which would have

12  been mostly around the time from about 2011 to

13  2015, with, of course, significant overlaps,

14  because one doesn't purely transition to the other,

15  but there would be overlaps, because 2010, '11, as

16  we began to enact policies, programs and regulatory

17  actions that would help us downstream reduce the

18  volume of pills, there was transition happening

19  into the street alternative, which is (audio

20  glitch).

21     Q.   And then the third phrase you define is

22  what period of time, approximately?

23     A.   So that would be roughly from 2015 onwards

24  when not only it was just heroin and prescription

Page 125

1   pills that was ongoing, but the addition of heroin

2   being cut with fentanyl.

3       Q.   The -- coming back to your experiences,

4   just to confirm, I'm not aware of any statistical

5   analysis or sampling that you did with respect to

6   this Statement No. 3 that we're talking about.

7   True?

8       A.   The reports are there, Ms. Mainigi, for you

9   to look at.  I'd be happy to share with you all of

10  the data.  But it is also my opinion that this was

11  happening.  So we have the reports, and we have my

12  opinion.

13      Q.   Okay.  And the reports that we're talking

14  about primarily are the two reports that we've

15  spoken about, the autopsy report from 2016 and then

16  the 2000 to '15 report?

17      A.   They wouldn't be the only reports.  They

18  would be helpful, but during my time as

19  Commissioner, we provided to the public very

20  regular reports of all overdose deaths and the

21  trends and analyses that happened and that were

22  happening across the state, including in Cabell

23  County, including in the City of Huntington.

24              We were providing those pretty

Page 126

1    frequently and regularly to the public.  I would

2    encourage you to look at those as well.

3         Q.  Okay.  Well, tell me where I can find the

4    specific data relating to Cabell and Huntington as

5    it relates to Statement No. 3 that we've been

6    discussing.

7         A.  Well, the easiest way for you to be -- go

8    ahead and FOIA those documents in the State of West

9    Virginia, and you'll find them.

10        Q.  Okay.  And what would I FOIA, Doctor Gupta?

11        A.  You would FOIA as we just mentioned:  The

12   reports, trend analyses, the cause of overdose

13   deaths based on counties across the state.

14        Q.  Your statement here notes the correlation

15   between diverted prescription opioids and then the

16   transition to the use of illegal substances.  Your

17   use of the word "diverted," is that the same

18   definition of diversion that you gave me earlier in

19   your testimony?

20        A.  When I speak about "diverted," what I

21   really mean, that as we saw the SAMHSA National

22   Survey of Drug Users Health Survey in 2017, about

23   two-thirds of the pills that were there,

24   prescription pills, prescription opioids that were

Page 127

1   coming from friends and family, and only about -- I

2   want to say about maybe 5 percent or so that we

3   collect or being sold or something like that.

4                So about -- it was a rule of thirds.

5   Two-thirds were being diverted from prescriptions

6   from friends, family, neighbors and others; and one

7   third of those were being prescribed appropriately

8   but misused in some way or another.

9                So I would say that it's the

10  legitimate prescriptions as well as illegitimate

11  prescriptions, and of course, those -- both of

12  those, as we know now, used beyond a period of time

13  they're recommended lead to addiction.

14                And of course, when we say "transition

15  to street drugs," that means those individuals that

16  are suffering from substance use disorder as a

17  consequence of using prescription pills that are

18  now having to seek alternatives to continue the,

19  you know, managing their disease through street

20  drugs, and that's what I mean.

21      Q.   So the two-thirds, the SAMHSA study that

22  you reference, the diversion that occurs related to

23  friends and family occurs after the prescription

24  bottle has come home, perhaps been somewhat used,

Page 128

1    but you've got leftover pills presumably lying

2    around.  Fair?

3         A.   The two-thirds approximately on the survey

4    that was reported was often -- were prescriptions,

5    prescription drugs - so we're only talking about

6    the prescription drugs at this point - that people

7    have brought home.

8              Now, these could be legitimate

9    prescriptions; they could be illegitimate

10   prescriptions.

11             And -- but if those that are flooding

12   the population because of the large volume that

13   happens.  So someone had a -- you know, I use a

14   tooth pulled example.  But you could use a cataract

15   example, but something for a one-time event but

16   somebody got 30 days with three refills, well,

17   that's going to lay around and that's going to get

18   into the hand of children -- hands of children or

19   somebody else, for all types of purposes, and

20   that's the diversion.

21             Now, on the other hand, when somebody

22   gets it for a legitimate prescription and also

23   either goes and sells it or misuses it or gives it

24   to somebody else to misuse, that's also diversion.

Page 129

1              So -- and then obviously diversion

2     leads to addiction which leads to the constant need

3     to have some sort of opioids in your system that

4     when those volumes start to shrink, people

5     transition to other types of alternatives.

6          Q.   Now, you are aware, Doctor Gupta, are you

7     not, that the vast majority of people who use

8     prescription opioids do not become addicted to

9     street drugs?

10         A.   I'm sorry, could you repeat that, please?

11         Q.   Sure.  Do you agree that studies

12    demonstrate that the vast majority of people who

13    use prescription opioids do not become addicted to

14    street drugs?

15         A.   We're talking about two very different

16    populations, so I'm not sure of the correlation.

17    Are you talking about -- I need to have more data

18    on that.

19         Q.   Okay.  In your experience then, as a

20    practicing physician as well as the various roles

21    you've held in West Virginia, do you agree that the

22    vast majority of people who use prescription

23    opioids do not become addicted to street drugs?

24         A.   What time frame are we talking about?  I'd

Page 130

1    like to -- you know, like I said, I'd like to know
2    more about that.
3         Q.   The time frame that you held the positions
4    in West Virginia that we've been discussing.
5         A.   That's not what I'm asking you.  I'm asking
6    what -- for what duration of prescription opioids
7    do those people use, and for what purpose?  Because
8    context is important.
9         Q.   During the -- the vast majority -- do most
10   people use prescription opioids for long-term
11   periods?
12        A.   So in 2012, United States, we had
13   255,000,000 prescriptions.  That was 80
14   prescriptions for 100 people across the country.  I
15   hope that answers my question -- your question.
16        Q.   Well, why don't we -- so you don't have --
17   I'll just ask you one more time.  You -- from your
18   experience, you don't have an opinion on whether
19   the following statement is true or false.  The --
20   and the statement is:  "The vast majority of people
21   who use prescription opioids do not become addicted
22   to street drugs."
23        A.   According to the 2016 March guidelines for
24   chronic pain from the Centers for Disease Control

Page 131

1    and Prevention, use of prescription drugs, opioid

2    prescriptions, for more than five or seven days,

3    puts you at a very high risk for addiction.

4         Q.   For addiction to that prescription drug,

5    correct?

6         A.   For addiction -- for the disease of

7    addiction.  Period.

8         Q.   Let's go to Statement 4.  Why don't you

9    take a moment and read it.

10        A.   Okay.

11        Q.   Okay.  Statement says, "Once an addiction

12   is formed, an individual struggling with addiction

13   will obtain the addictive substance by any means

14   necessary, which often results in illegal activity

15   and the use of illegal substances."

16             Do you agree with that statement?

17        A.   Here's what my opinion is:  I believe that

18   once someone is suffering from substance use

19   disorder, that individual is struggling with a

20   disease, is -- has a actual chronic relapsing

21   disease, and it becomes then very important that

22   that individual is offered the help in order to

23   treat that disease, just like we would do for

24   diabetes or cancer or anything else.

Page 132

1              Going untreated, there are a number of

2      risks to that individual that include all the way

3      from -- from suffering from disease, other mental

4      health conditions, to all the way to death.

5          Q.   Doctor Gupta, I'm going to explore some of

6      what you just told me in a minute.  But before we

7      do that, can I just ask you to look at statement --

8      the statement that's marked 4 and tell me whether,

9      as written, whether you agree with it or disagree

10     with it.

11         A.   I'm not sure I have an opinion about that

12     statement, the way it's written.

13         Q.   Do you know what percentage of people

14     struggling with addiction do illegal things to

15     support their addiction?

16         A.   I don't have a percentage at this time.

17         Q.   Do you know what percentage of people who

18     become addicted to prescription opioids go on to

19     use other illegal substances?

20         A.   From the data that I've highlighted prior,

21     it's -- what we know now is about 80 percent of

22     people who are using heroin got their start from

23     using prescription opioids.

24         Q.   That is not the question I asked.  Right?

Page 133

1        A.   That is the answer.

2        Q.   What percentage -- I'm sorry?

3        A.   That is exactly the answer I provided,

4   so --

5        Q.   That's the only figure that you have then.

6   Fair?

7        A.   Well, I'm happy to rephrase it if you have

8   -- you know --

9        Q.   Well, let me ask you the question again,

10  just in case I misunderstood your answer.  Can you

11  tell me what percentage of people who become

12  addicted to prescription opioids go on to use other

13  illegal substances?

14             So this is the percentage of people

15  who become addicted to prescription opioids.

16       A.   So to my previous statement, I think by

17  phrasing the question the way you have, you're

18  discounting the thousands of West Virginians and

19  hundreds of thousands of Americans who have

20  actually perished as a result of addiction, and I

21  think it's an unfair question to ask that way.

22       Q.   Okay.  I will take from your answer that

23  you don't have a number, Doctor Gupta.  Let me move

24  on to your Statement No. 5, if I could.  Let's move

Page 134

1    that up here so we can see it.

2              Statement 5 reads, "The IV drug use

3    problem in Cabell County and the City of Huntington

4    is an evolution of the prescription drug problem."

5    Do you agree with that statement?

6         A.  I would say broadly, yes.

7         Q.  And you're not a specialist in IV drug

8    addiction, correct?

9         A.  I'm an internist, as we made clear, with

10   public health expertise as well as in a number of

11   areas, so I'm not sure what you're referring to, if

12   that specialty exists.

13        Q.  Did you do any sampling for statistical

14   analysis as it relates to Statement No. 5 in Cabell

15   County?

16        A.  Once again, I would refer you to state, to

17   county -- county analysis we have for both the

18   prevalence of disease as well as others that we

19   regularly provide in the analysis.

20              You might find that, actually, some

21   version of that in the 2015 report.

22        Q.  Okay.  Sitting here right now, are you

23   aware of a specific analysis in Cabell County that

24   correlated the use of prescription drugs and then

Page 135

1    subsequent IV drug use?

2        A.   I would love to take a peek, but you won't

3    let me, into these reports.  So I'm handicapped in

4    the way I'm answering my question -- your

5    questions.

6        Q.   Okay.  But sitting here right now, no

7    specific report that you commissioned is coming to

8    mind, Doctor Gupta, that would allow me to see that

9    correlation?

10       A.   Ms. Mainigi, I mentioned there is a report,

11   but you're not going to let me see it, so what's

12   the point?

13       Q.   Which report?

14       A.   The 2000 to 2015 analyses.

15       Q.   Okay.  I will see if I can look at that on

16   the next break.  But we are time limited here, so

17   that's -- that's part of our problem.  But you

18   think if there's an answer, it would be in the 2000

19   to 2015 analyses.

20       A.   That would be one of the areas to go into.

21   And I've given you a number of other potential ways

22   and means to get there if you wish to.

23       Q.   Now, when you use the word "an evolution"

24   in this statement, No. 5, are you referring back to

Page 136

1    the different phases that you went through with me,

2    the fact that you think Phase 1 is prescription

3    opioids and then that went to heroin as Phase 2 and

4    then a subsequent Phase 3 and Phase 4?

5         A.   Yeah, basically the recognition that, you

6    know, the prescription drug was a sentinel event,

7    the volume, that has led to such the complexity and

8    evolution of the problem in a way that now we're

9    almost circling back to where we're finding more

10   and more prescription drug supply that is being

11   contaminated with fentanyl, in fact.

12             So it started from pills; it's now

13   coming back to pills in some areas of the country.

14        Q.   Now, it's not the case, is it, that all use

15   of IV drugs is caused by prescription opioids?

16        A.   Yeah, so in the data I mentioned -- which

17   is, again, broadly agreed by all the experts.   I

18   don't know if there's any IV drug use experts in

19   the nation, but clearly the experts that I work

20   with as an expert with those across the nation, it

21   is very broadly agreed that about 80 percent of the

22   heroin users have started their -- with

23   prescription drugs.

24             That would, of course, leave the 20

Page 137

1    percent that may have had different reasons or

2    other reasons to do that.  So that just does leave

3    that 80/20 rule to -- to consider.

4        Q.   And I think the number -- but I don't want

5    to go round and round with you on it.  The number

6    I'm saying is -- is it -- so do you think 80

7    percent of IV drugs -- drug use is caused by

8    prescription opioids?

9        A.   The evidence suggests that, you know, 8 out

10   of 10 people who are using heroin right now.  And

11   my opinion to a reasonable degree of certainty is

12   based on that for Cabell County from the -- for the

13   City of Huntington and for the State of West

14   Virginia.

15       Q.   Okay.  And 8 out of 10 -- your opinion is

16   that 8 out of 10 Cabell County heroin users what?

17   Finish out your opinion.

18       A.   Began their journey to developing addiction

19   - substance use disorder, in other words - from --

20   and got initiated from prescription opioids.

21       Q.   And by "prescription opioids," you include

22   in that prescription opioids that they may have

23   diverted from someone else.  Right?

24       A.   Yeah, so we include legitimate prescribing;

Page 138

1   we include illegitimate prescribing; we include

2   diverted in the sense of borrowing, stealing,

3   purchasing, all of those things.

4       Q.   Have you done any independent analysis -

5   besides relying on this study that you referenced -

6   to determine if this 80 percent number is

7   applicable to Cabell County?

8       A.   As I've stated, that's my opinion to a

9   reasonable degree of certainty.

10      Q.   And my question is:  Have you done any

11  independent research to determine if that 80

12  percent number is applicable to Cabell County?

13      A.   I can't recollect at the time, so I can't

14  say yes or no.  I just don't -- I don't remember at

15  this point.

16      Q.   And do you remember whether you did any

17  independent research in the City of Huntington to

18  determine if that 80 percent number is applicable

19  to the City of Huntington?

20      A.   No, I don't think I -- I can't recollect.

21  But also, you know, we have 55 counties in the

22  state, first of all.  Second, there was an outbreak

23  of overdose, and I can't recollect at this time the

24  exact findings of the outbreak in 2016.

1           So that's another resource for you to
2     go and look at if you -- if you're willing to.
3           Q.  By the way, the 80 percent number that you
4     cite, what study does that come from?
5           A.  That's -- a number of people have done
6     that.  So the Theo Cicero, as I mentioned, JAMA
7     Psychiatry.  It's something that has generally been
8     accepted.  You know, I can help -- I can provide
9     you the specific resources.  But Theo Cicero found,
10    I think, about 75 percent.
11           And I think most -- most of the data
12    has usually quoted 80 percent.
13          Q.  But you recall -- the one you're
14    specifically recalling is Cicero.
15          A.  Yeah.  Cicero had 75; I think Sarah Mars
16    may have 80.  But that's an agreed-upon -- and I
17    want to say with a reasonable degree of certainty
18    that CDC utilizes that number as well.
19          Q.  The CDC uses that number as well.  Okay.
20          A.  Yeah.  I -- I want to say -- again, I'd
21    have to -- if I was allowed to look at it, I would
22    look at the stats.  But you know, we're not in that
23    phase right now.
24          Q.  And what stats would you be looking at

Page 140

1    besides the ones you've mentioned, Doctor Gupta?

2        A.   I would be confirming my statements that

3    CDC numbers --

4        Q.   Let's shift to Statement 11, if we could.

5    Why don't you take a moment and read that.

6                MR. RUBY:   This spans two pages,

7    Doctor, so let me know when you're ready to --

8                THE DEPONENT:   Okay.   Go ahead,

9    please.

10               MS. MAINIGI:   Steve, there's no way to

11   get both pieces in?

12               MR. RUBY:   Let's see.   We might be

13   able to shrink it.   There we go.

14               MS. MAINIGI:   There we go.   You're

15   such a pro, Steve.

16   BY MS. MAINIGI:

17       Q.   Okay, Doctor Gupta, Statement 11 reads as

18   follows:   "Although there was a 15-20% reduction in

19   opioid prescriptions in 2015 and 2016, there was no

20   reduction in overdose deaths because the addiction

21   had already been formed and people with opioid use

22   disorder were turning to illicit, more lethal forms

23   to feed their addictions that was initially formed

24   by prescription opioids."

1          Do you agree with that statement?

2     A.   I would generally agree.  I think the

3  change in West Virginia was about 15 percent

4  reduction in opioid prescriptions from 2015 to '16.

5  So with that exception to more like 15 percent, I

6  would agree with that.

7     Q.   Okay.  And the 15 percent reduction, I'm

8  assuming that's something that is a statement of

9  fact that's checkable, correct?

10    A.   Yeah.  In fact, it's not only a statement.

11 This was the largest reduction in the country of

12 any state.  So West Virginia, while I was the

13 Commissioner, not only declined its prescriptions

14 from 2015 to '16 within one year, it had the

15 largest decline of any state in the union.

16    Q.   And the fact that there was no reduction in

17 overdose deaths in that same time period, that's

18 also a statement of fact, correct?

19    A.   That's a statement that goes back to Phase

20 2, as we discussed.  So this is -- this statement

21 is very much indicative of my opinions being formed

22 about the Wave 2, basically.

23    Q.   Okay.  Well, let me focus just on the

24 statement, not the correlation between those two

                                        Page 142

1    statements.  The statement that there was no

2    reduction in overdose deaths in the same time

3    period, 2015 and 2016, that's a checkable fact.

4    Right?

5         A.  Right.

6         Q.  Okay.  And I assume that -- do these

7    statements come from your autopsy -- the 2016

8    autopsy report?

9         A.  Again, Ms. Mainigi, you won't let me look

10   at it.  How can I tell you that?

11        Q.  Now, the data that made up the 15 percent

12   and the data that made up the overdose -- no

13   reduction in overdose deaths, you didn't compile

14   any of that data yourself, correct?

15        A.  As a commissioner, I, once again,

16   oversaw/directed/supervised, authorized the chief

17   medical examiner to both analyze as well as put

18   together, as well as my epidemiology team, from my

19   instructions, to look at the overdose deaths.

20             As far as the prescribing data, that

21   did not come from the Bureau for Public Health.  So

22   I cannot speak to the prescription data because

23   that was not within the prerogative of the Bureau

24   for Public Health, but I can speak to the overdose

Page 143

1    deaths data because I was directly in oversight of

2    that data.

3         Q.   Can you tell me, Doctor Gupta, what

4    percentage of people in Cabell County in this time

5    period who were prescribed opioids later used

6    illicit drugs?

7         A.   I don't have that number with me right now.

8         Q.   Do you have it anywhere?

9         A.   I wouldn't know.  You wouldn't let me look

10   at anything.

11        Q.   Well, where are the places you would go to

12   find that number, Doctor Gupta?

13        A.   I would look at publicly-available data,

14   reports.

15        Q.   Besides the two reports that we've spoken

16   about, what other reports would you look at?

17        A.   I would look at any other public reports

18   that are available; I would again go back to and

19   ask the State of West Virginia to provide that data

20   if you so desire.

21        Q.   Is that your position, Doctor Gupta, is it,

22   that everyone who's prescribed opioids later uses

23   illicit drugs?

24        A.   That's absolutely not my position.   In

Page 144

1    fact, as I had asserted today, is the problem began

2    to evolve because when the efforts of regulators,

3    policy makers and others to -- in a downstream way,

4    to limit the volume of the pills that was coming

5    from upstream and drowning our communities,

6    including City of Huntington and Cabell County and

7    the rest of the state, we were doing what we could

8    to limit the volume.  And part of that volume

9    limitation was to put in practice various

10   regulations as well as education activities as well

11   as enforcement activities.

12                 The consequence, unintended

13   consequence of that when this was happening, is

14   that people were transitioning because by no fault

15   of theirs, they were suffering from what you may

16   know as addiction, we know as substance use

17   disorder.

18                 And substance use disorder is actually

19   a disease.  It's a chronic relapsing disease, that

20   people are the victims of the disease.  As these

21   victims were suffering from a disease, they had to

22   find other sources of opioids, so they transitioned

23   on to the street alternative, as a result of which

24   they began to use IV drugs in terms of heroin and

Page 145

1   ultimately would die because of overdose,

2   especially because of the surge of the cutting of

3   that heroin with fentanyl.

4            So you know, it all depends where

5   those clinics were being shut down, where more

6   physicians and other prescribers were reducing the

7   supply, meaning writing fewer prescriptions, and

8   where there were, you know, less diversion of the

9   volume.

10           That's what was happening more,

11  meaning in terms of transition to heroin and

12  fentanyl.

13     Q.   What were the efforts -- just at a high

14  level, what were the efforts that were made by you

15  and your colleagues to reduce volume?

16     A.   So prior to my coming into the office,

17  there were legislation that required mandatory

18  educational training in terms of CMEs for all

19  prescribers for opioids.

20           There were more regulations of the

21  CSMP, the State's PMP, to be able to interrogate

22  every time you are wanting to prescribe an opioid.

23           There was more focus on ensuring that

24  there was Good Samaritan Laws.  There was more

Page 146

1    available giving of naloxone.  There was another

2    look being taken at medications to assist in

3    therapy, treatments and things like that.

4            When I came in, clearly we looked at

5    this number, the social autopsy that you -- you've

6    discussed today, and we really put the legislation

7    in the next year through what we called Opioid

8    Reduction Act.

9            I believe it was Senate Bill 273 in

10   the legislative session of 2018, to limit the

11   initial prescribing to about four days unless there

12   were reasons to -- not to.

13           Also in 2016, as soon as the CDC's

14   guidelines came out for chronic pain, Governor

15   Tomblin became one of the first governors in this

16   country to adopt uniformly the pain guidelines and

17   we worked very closely with our insurance providers

18   as well as our prescribers to do what they could to

19   adhere to those pain guidelines for -- or for

20   chronic pain guidelines.

21           So these are just some of the

22   efforts.  We did make naloxone available, but in

23   terms of just reducing the volume, these are some

24   of the efforts that we were doing.

Page 147

1      Q.  And the efforts were directed to helping

2   physicians manage the standard of care for treating

3   pain which had evolved in the early aughts, fair?

4      A.  Yeah, I wasn't -- yeah,  I mean, we had a

5   standard of care in the 2000s and late '90s which

6   actually treated pain as a vital sign.  The HCAP

7   surveys from AHRQ were still in place that -- you

8   know, that incentivized hospitals to be asking

9   those questions about pain.

10                  So we were swimming upstream against

11   the wave in order to limit the volume where pain

12   was still the fifth vital sign.

13                  And often incentivizing hospital care

14   to -- you know, to look at satisfaction -- patient

15   satisfaction rather than treatment of pain

16   adequately.

17                  So we were working against that wave

18   to ensure that our physicians across the state

19   understood what legitimate good prescribing looked

20   like, what -- what made sense to make sure that we

21   were prescribing for legitimate pain, nothing else.

22      Q.  Now, I think you described in your prior

23   deposition the reasons for the change in standard

24   of care that the doctors provided in the -- in the

Page 148

1    late '90s, early aughts.  One was an ethical

2    reason, the doctors had an ethical obligation to

3    reduce patients' pain down to zero.  Is that fair?

4         A.  I don't think I said that doctors -- I said

5    the manufacturers, you know, and others created a

6    system or an environment where physicians were made

7    to feel that there was an obligation to bring

8    everyone's pain down -- across America, down to

9    zero level.

10              And the pills that we were provided

11   should be provided liberally, and there is no

12   problem, there's no addiction, there's no side

13   effects of those pills.

14              So that was a -- that was a -- the

15   effect that was created.  Purposefully, now we

16   know.

17              But -- and clearly organized medicine

18   was engaged in that.

19        Q.  And so the efforts that were made in West

20   Virginia in 2015, '16, '17 were to help counter

21   balance that through the physician population.

22        A.  The efforts were to educate prescribers -

23   not just physicians, all prescribers - for Schedule

24   II to ensure that they understood what good

Page 149

1    practice guidelines are for pain.  They understood

2    the risk of addiction, especially with longer --

3    higher doses and longer durations, and they were

4    more judicious in prescribing.

5                   And for those who already were

6    suffering from substance use disorder were able to

7    seek the help that they could so they do not

8    overdose and they do not die.

9         Q.  Let's switch gears to Statement 19, Doctor

10   Gupta.  It's --

11                  MS. MAINIGI:  Let's scroll down to

12   that.

13        A.  Okay.

14        Q.  That statement reads, "Addiction tells

15   people to seek opioids in one form, shape or

16   other."  Do you agree with that statement?

17        A.  I would -- I would say it this way:  It's

18   my opinion that substance use disorder makes people

19   seek substances to continue to feed the habit

20   because there's a constant need for Dopamine in

21   the -- in the brain.

22                  So -- and then people would do - in

23   the grips of addiction - as a result, what they

24   need to do to continue to seek those substances.

Page 150

1      Q.   What is your basis for this opinion, Doctor

2   Gupta?

3      A.   The basis for my opinion is my training in

4   medicine; my experience, 25 years of practice of

5   medicine; and with a reasonable degree of

6   certainty, as well as my understanding of the

7   science of addiction and substance use disorder.

8      Q.   Do you have any research papers that you

9   can cite to me as support for this statement?

10      A.   Sure.  You can probably -- there's a PBS

11   documentary on Nova called "Addiction."  They have

12   featured the director of the NIDA, National

13   Institute of Drug Abuse, a few addition -- an

14   addiction psychiatrist and myself, to talk about

15   addiction.

16            And you're welcome to see that.

17   That's kind of one aspect.  But then I'm happy to

18   get you textbooks for addiction or papers or

19   otherwise.  But this is the -- the science of

20   addiction, while developing and evolving, this is

21   what we understand today in medicine.

22      Q.   Now, you are not an expert in addiction

23   psychiatry, correct?

24      A.   That's correct.

1       Q.   You're not an expert in neurobiology?

2       A.   I don't know what that expertise is, as I

3   said before.

4       Q.   Let me go back to one of the things -- one

5   of the statements we were discussing previously,

6   Doctor Gupta.  When there was a reduction in the

7   levels of opioid prescriptions in the 2015-'16 time

8   period, were you surprised?  Were you and your

9   colleagues surprised that heroin overdoses

10  increased?

11            Had you anticipated a decline in drug

12  overdoses as the prescribing levels dropped?  Or

13  was -- was that something that did come as a shock

14  to you?

15            MS. KEARSE:  Objection.

16      Q.   Let me -- let me ask the question again to

17  avoid objection.  You referenced a reduction in the

18  levels of opioid prescriptions in that '15-'16 time

19  period.  Correct, Doctor Gupta?

20      A.   Yes.

21      Q.   When you saw the reduction in opioid

22  prescriptions in that time period, were you

23  surprised that heroin overdoses increased?

24      A.   So we know again that opioid prescribing

                                                    Page 152

1   was primarily, across the nation - and certainly

2   across West Virginia - was being done by primary

3   care physicians like myself, not addiction

4   psychiatrists, by the way, not neurobiologists, but

5   primary care physicians.

6                    And we also knew that to change

7   behavior, it's going to make -- take a lot of

8   effort for -- to change the behavior of those

9   primary care physicians.  But we also knew that we

10  may or may not be able to see immediate gains of

11  that.

12                   And what happens with a basic tenet of

13  public health, that A plus B does not always equal

14  to C.  We do not always have one-to-one cause.

15                   You're always working with

16  associations in mind.  That's what epidemiology is,

17  what epibiostats is.  That's what public health is.

18  So you're never surprised.

19                   We're not surprised at the HIV

20  outbreak that was happening because heroin use has

21  increased.  So what we wanted to do in public

22  health, as a public health expert, was to -- first

23  and foremost, we have to turn off the spigot

24  somewhere, and turning off the spigot meant

Page 153

1   starting to make progress and reduction in the

2   overwhelming volume of prescription opioids that

3   was flooding out communities.

4                Now, what's the consequence?  We knew

5   it was not going to be a straight line.  Whether

6   people who are once suffering from substance use

7   disorder will go on to the next as a transition

8   because they can't get away from their addiction or

9   their -- not enough ability for the system to

10  accommodate that level of addiction?  We knew that.

11               So when we saw the transition to

12  heroin and then fentanyl, it's not a matter of

13  surprise; it's a matter of:  This was the next wave

14  that was oncoming, and we have to figure out how to

15  address that.

16               So you know, we don't get surprised in

17  public health.  What we do is:  We're always

18  working to address the root causes of the problem

19  and then manage the consequences of the actions,

20  and that's what we've been doing since that time.

21       Q.  Let me ask this way.  That's -- that's a

22  very good explanation.  When you reduced levels of

23  opioid prescriptions in this 2015-2016 time period,

24  I take it you didn't predict that one of the

1    results would be an increase in heroin overdoses.

2    Correct?

3        A.   When you have a high level of addiction in

4    society because of prescription opioids, it's

5    almost a foreseeable consequence that things will

6    evolve.  So while I can't guarantee you it was

7    going to be heroin or just fentanyl or meth, it was

8    very clear that we're going to have to deal with

9    this consequence for decades to come in the future.

10               So the way I would answer is that this

11   was pretty foreseeable when we were addressing it.

12   But that didn't mean that we would not act to

13   reduce the volume.

14        Q.   What was foreseeable by you --

15        A.   That --

16        Q.   -- in 2015-2016?

17        A.   That we had a higher level of people who

18   were suffering from substance use disorder, and we

19   have to make sure that as we're reducing the volume

20   of prescriptions, we have to figure out to make

21   sure that they're getting the help they need.

22               But in our communities, you know, we

23   didn't have the -- have the aspect of the health

24   that we needed at the time in terms of treatment,

Page 155

1    in terms of reduction in stigma, in terms of

2    prevention of HIV outbreaks and other things.

3              And we began to see people

4    transitioning off to the cheaper alternatives.  We

5    just didn't know which alternative at the time.

6    But it was foreseeable that --

7              You know, when you have somebody with

8    -- suffering from substance use disorder or

9    addiction, you know, what do you expect?  It's the

10   same thing.  I mean, if you, you know, put a fire

11   in a house full of, you know, liquid oxygen, what

12   do you expect?  It's gonna blow up eventually.

13             And that's kind of what's happened to

14   our community.

15       Q.  As the State Commissioner of Health at the

16   time, did you take any action to avoid what was

17   foreseeable in your view?

18       A.  Yes.  So we began to ask more screenings

19   for communicable diseases in juvenile centers,

20   correction centers, treatment centers, other

21   places, local health departments.  We increased

22   surveillance efforts; we increased vaccination

23   efforts for Hepatitis, as an example.

24             So we enhanced every aspect, because

Page 156

 1  we knew that once this was starting to happen,
 2  consequences will happen.
 3              We also, at the time, worked closely
 4  in - I would say - 2017-2018 with federal DEA as
 5  well as the law enforcement officials to make sure
 6  when the crackdown was to happen, that my office
 7  would be involved ahead of time.
 8              So one of the things we did was:  We
 9  were the -- only the third state in the nation
10  behind the state of Washington and Maryland to
11  create protocols to engage with federal law
12  enforcement prior to a crackdown on a pain pill --
13  pain clinic, pill mill.
14              The reason that was important was:
15  They describe when a clinic gets shut down, let's
16  say there's 800 patients, nobody in the community -
17  no other physician - will take them, because nobody
18  wants to be labeled as taking patients of Doctor X.
19              Now, on one hand, I was the secretary
20  of the Board of Medicine that was actually, you
21  know, working through a disciplinary process for
22  that Doctor X and also realizing that nobody else
23  was gonna step up because they're afraid of their
24  license being in trouble.

Page 157

1           So we created protocols where via

2   doctor letters would go to in that area or that

3   county before a pill mill was about to be shut down

4   around that time.

5           We created educational resources.  We

6   created all of these protocols.  So we were working

7   closely with federal, state and local law

8   enforcement behind the scenes so that when that

9   action took place, you didn't just see police

10  officers and people being taken to jail, like bad

11  doctors and their staff.

12          But then we worked behind the scenes

13  to make sure those people would have resources to

14  go to so they don't end up being on the street and

15  using IV heroin.  They don't end up flooding the

16  emergency room or they don't end up, worse enough,

17  dying.

18          So those are the actions that we took.

19     Q.  I'm going to ask you to move to Statement

20  20.  Statement 20 reads, "Chemically speaking,

21  synthetic opioids, semi-synthetic opioids and the

22  prescription opioids work through the same

23  receptors and feed the same need to the body."  Do

24  you agree with that statement?

Page 158

1          A.   Yes.

2          Q.   You're not an expert in addiction sciences,

3     you've already said, though, correct?

4          A.   I'm not an addiction psychiatrist.

5          Q.   Have you done any research on the effects

6     of various opioid substances on the brain?

7          A.   I've not conducted any lab research on the

8     effects of opioids on the brain.

9          Q.   Let's go backwards to Statement 12.

10    Statement 12 reads, "The increase in overdose

11    deaths in West Virginia during that time was caused

12    by the large volume of opioid pills that were

13    originally deposited or delivered to West

14    Virginia."

15               Do you agree with this statement?

16         A.   That is my opinion.

17         Q.   What is the time period that you would

18    agree that this statement is true?

19         A.   I would say at the beginning of 2000-2001

20    to date.

21         Q.   Now, you don't mean by the statement that

22    prescription opioids were the sole cause of the

23    increase in opioid deaths, do you?

24         A.   Could you repeat that, please?

Page 159

1      Q.   Sure.  You don't mean by this statement

2   that prescription opioids were the sole cause of

3   the increase in opioid deaths, do you?

4      A.   If I heard you correctly, you said, "the

5   prescription opioids were the sole cause of opioid

6   overdose deaths."  Is that what you're asking me?

7      Q.   I'm asking you whether you think that

8   prescription opioids were the sole cause of the

9   increase in opioid deaths.

10     A.   Prescription opioids were a substantial

11  factor in the significant rise in overdose, drug

12  overdose, deaths in West Virginia.

13     Q.   Now, was the criminal distribution of

14  heroin a cause?

15     A.   Heroin certainly -- heroin cut with

16  fentanyl was also a cause.  But just to remember,

17  that was driven from prescription drugs,

18  prescription opioids, transitioning.

19     Q.   What are some of the other causes?

20     A.   So there's often not a one-to-one

21  relationship.  What that means is, what we were

22  finding, that an average decedent had anywhere

23  between three and five substances in their body.

24               What would they be?  They could be

Page 160

1    prescription opioids; they could be benzos; they

2    could be fentanyl or heroin.  So those were some of

3    the substances in that time frame of, you know,

4    2015-'16.  And then we began to see meth as well.

5         Q.  Now, besides just the drugs, were there any

6    causes that you studied in your role as State

7    Health Commissioner?  For example, a propensity to

8    addiction?

9         A.  So the Office of the Chief Medical Examiner

10   which I oversaw is a centralized medical examiner's

11   office in the state which sees all of the deaths

12   that happen from -- you know, within that statute

13   that's required.  So the drug overdose deaths are

14   one part of it.  So we're talking homicides, we're

15   talking other aspects of deaths.

16                  So there were other deaths also that

17   happened that we track and follow.

18        Q.  Did you look at the propensity for someone

19   to be addicted?

20        A.  Are you speaking about the 1.8 million

21   people in West Virginia, to look at their

22   propensity?

23        Q.  Well, just generally the propensity of

24   someone to have an addiction.  Did you look at

Page 161

 1   those types of issues, other than whatever drugs
 2   were in their body?
 3        A.   We just follow science, and in science, so
 4   far we know is that you're not able to predict but
 5   you know that -- you know that if someone is
 6   prescribed opioids for beyond five or seven days,
 7   the likelihood of suffering from substance use
 8   disorder is much higher.
 9             So we know that.  In terms if you're
10   asking, are we doing studies with genetics or other
11   aspects?  Not at the Bureau of Public Health.
12        Q.   Coming back to the issue we were discussing
13   before, you know, what you were anticipating after
14   prescription opioids -- prescriptions for opioids
15   was decreased, do you remember noting somewhere
16   publicly or telling anybody publicly that you
17   anticipated that there would be consequences such
18   as an increase in heroin overdoses or anything of
19   that sort?
20        A.   I mean, you would have to search my public
21   record.  Clearly, we were not the only state in the
22   union.  There were other states that similar
23   patterns were happening and we were recognizing
24   that.  And we were anticipating that this would

Page 162

1    happen because it was happening other places.

2              So this was a trend that was happening

3    across the country, not solely and exclusively in

4    West Virginia.

5              So it would be reasonable at that time

6    to form an opinion based on the findings of my

7    colleagues across the country.

8         Q.  Let me switch over to Statement No. 17,

9    Doctor Gupta.  Statement 17 are -- is "NAS babies

10   are a causative issue in terms of the opioid

11   epidemic."  Do you agree with that statement?

12        A.  I actually don't understand that statement

13   very well, so if you -- I mean, I can say my

14   opinion is that --

15        Q.  Well, let me interrupt you, because our

16   time is getting short and I apologize.

17        A.  Yeah.

18        Q.  But I'm just asking you right now whether

19   Statement 17 is a statement you agree or don't

20   agree with.

21        A.  I would generally agree broadly.

22        Q.  Okay.  Broadly.  So does this statement

23   mean that the incidence of NAS, that neonatal

24   abstinence syndrome has increased as more opioids

Page 163

1    were prescribed?

2        A.   Yes.

3        Q.   So that's a matter of fact, not opinion.

4    Right?

5        A.   That's both a fact and an opinion.

6        Q.   Well, it can be empirically proven,

7    correct, whether it's true or not true?

8        A.   It can be proven, and it also goes along

9    with my experience as a physician and having to

10   visit the neonatal ICUs across the state of West

11   Virginia and neonatal ICUs across the country that

12   I see that.

13       Q.   And other than what you saw anecdotally

14   across the country and across West Virginia, was

15   there some sort of systemic research or information

16   compilation that was done by your department on

17   this issue?

18       A.   Absolutely.

19       Q.   What was that?

20       A.   We, first of all, created a clinical

21   definition for NAS that we had all the birthing

22   facilities in the state of West Virginia, including

23   Cabell County and City of Huntington's hospitals

24   agree to.

Page 164

1                And all of the doctors - meaning the

2    birthing physicians in Cabell County and all across

3    West -- across West Virginia, agreed to a common

4    definition.  Once we did that, we then started to

5    capture that definition and those diagnoses in a

6    program called Birth Score out of West Virginia

7    University.

8                We worked very closely with experts in

9    Marshall, at Marshall University, to measure the

10   amount of NAS that was happening.  And I'm using

11   NAS intermittently with NOWS, which is neonatal

12   opioid withdrawal syndrome, and we then

13   characterized the rate of NAS per county, and we

14   found that the average rate of NAS in the state was

15   5 percent.  That's 1 in 20 babies, which is the

16   highest by far of any state in the nation.

17               But we also found that some of the

18   counties had much higher rate, to the tune of 10

19   and over 10 percent.  Again, that's a published

20   report, available in the public domain.  And I -- I

21   don't have a -- you know, a lot of recollection

22   about every aspect of it.

23       Q.  Do you remember who within your

24   organization primarily did the research for that

Page 165

1    report?

2        A.   It would have been the -- under my

3    supervision, the Department of Family and

4    Children's Services.

5        Q.   Statement 21.  Let's turn to that for a

6    moment.  "Children diagnosed with at birth have

7    noticeable difficulties learning and paying

8    attention."  Do you agree with that statement?

9        A.   Once again, diagnosed with NAS is what's

10   missing here, but if we could put "with" blank,

11   because that's just -- it's an error in the

12   statement.

13       Q.   Okay.

14       A.   So -- yeah.

15       Q.   So with that "NAS" added, do you agree with

16   that statement?

17       A.   Yes.

18       Q.   Now, you don't have any training in

19   neonatology or pediatrics, correct?

20       A.   Actually, I have had rotations during my

21   training in pediatrics and neonatology.

22       Q.   When you were a resident; is that correct?

23       A.   When I was in medical school, and I don't

24   remember if it was residency too.  But I've also

Page 166

1    done emergency room coverage that included -- as

2    well as my primary care practice, that included

3    children.

4         Q.   Okay.  And that includes neonatology as

5    well?

6         A.   I have not taken care of NICU babies, so

7    no.

8         Q.   Have you done any research on the incidence

9    of attention or learning deficits in children

10   diagnosed with NAS?

11        A.   Not personally, I have not.

12        Q.   Do you know what percentage of children

13   diagnosed with NAS exhibit noticeable difficulties

14   learning and paying attention?

15        A.   We are just at the precipice and that data

16   is evolving, so I can't tell you for certain what

17   that percent is.

18                   (Background noise.)

19                   MS. MAINIGI:  If someone is off mute,

20   could you please go on mute?  I hear some

21   background or interference.  Is there a --

22                   MS. KEARSE:  Someone needs to be put

23   on mute.

24                   (A discussion was had off the record

Page 167

```
1              after which the proceedings continued
2              as follows:)
3   BY MS. MAINIGI:
4       Q.  Doctor Gupta, do you have any studies or
5   reports that would support the statement in 21 that
6   you --
7       A.  Yes.
8       Q.  -- can give me?
9       A.  Yes.
10      Q.  What are they?
11      A.  There's a number of reports, including --
12  if you go to the CDC website, and that clearly
13  talks about some of the challenges in learning as
14  well as memory development, cognitive development
15  as a consequence of NAS.
16      Q.  Now, can you tell me what percentage of NAS
17  diagnoses result from prescription opioid use
18  versus illicit opioid use?
19      A.  Once again, very similar to people who die
20  and you cannot tell in them because the metabolites
21  are the same.  To the developing baby, it doesn't
22  really matter whether it's prescription or
23  otherwise, so --
24              What I can tell you is:  We did
```

Page 168

1    studies in West Virginia at Bureau of Public Health

2    and we found that one out of five babies' cord

3    blood had a substance positive.  That was with --

4    that was inclusive of prescription as well as

5    illicit.

6              We also found that almost 15 percent

7    of intrauterine exposure was positive for

8    substances.  And I believe that was prescriptions.

9              But once again, I don't have access to

10   that data right now, so I cannot be 100 percent

11   certain at this point.

12       Q.  The one-out-of-five statistic, was that

13   something that was published by --

14       A.  Yes.

15       Q.  -- by who?

16       A.  We have published that.  So the first study

17   was published by -- by one of the neonatologists -

18   we funded the study at CAMC - Doctor Stefan

19   Maxwell.

20       Q.  22, "As children with NAS enter the

21   classroom, there will be noticeable, interruptive

22   and impulsive behavioral issues."  Do you agree

23   with that statement?

24       A.  Yes.

Page 169

1      Q.   Are you making that statement as a mental

2   health professional?

3      A.   I'm making that statement as a Commissioner

4   who has interacted with hundreds of teachers,

5   school board members and parents and has learned a

6   lot through interacting with actual West Virginians

7   on the ground.

8           It is my opinion with a reasonable

9   degree of certainty that children, as they're

10  growing up who are diagnosed initially with

11  neonatal abstinence syndrome have a significant

12  difficulty oftentimes with impulse control, with

13  focus in classroom issues and may sometimes get

14  misdiagnosed as ADD.

15     Q.   Do you -- besides your own experience

16  talking to teachers and so forth, do you have any

17  studies that you can cite to?

18     A.   Yes.  So there's a lot of literature.  I'm

19  happy to share with you.  Some of the folks that

20  have worked on this is people like Stephen Patrick

21  at Vanderbilt and others.  That literature is there

22  and is evolving and includes - which is not

23  mentioned here - some of the birth defects as well

24  of children with NAS.

Page 170

1      Q.   Okay.   And let's go back to No. 8.   No. 8

2   reads, "The opioid epidemic has lead to an increase

3   in the number of children entering the foster care

4   system, rapidly increasing child welfare costs to

5   the state."   Do you agree with that statement?

6      A.   Yes.

7      Q.   Now, the foster care system in West

8   Virginia was the responsibility of a different part

9   of DHHR than your office; is that correct?

10      A.   That's correct.

11      Q.   You did not oversee the foster care system,

12   did you?

13      A.   I did not.

14      Q.   Where did -- what's your basis for this

15   statement then?

16      A.   In addition to being the Commissioner of

17   the Bureau for Public Health, as I mentioned

18   before, I'm also -- I was also the State Health

19   Officer.   That being, it was my responsibility in

20   that role to be overseeing the -- you know, number

21   of other aspects of the public health system.

22              So we interacted frequently with and

23   worked closely with -- with the -- that particular

24   department, as well as our parent department, which

Page 171

1   is the Department of Health and Human Resources, as

2   I -- and I reported to my boss, which is the

3   Cabinet Secretary.

4               Now, clearly I was open to looking at

5   the data for the foster care system, and saw and

6   experienced in our budget presentations to the

7   legislature each year that we worked together with

8   the commissioners who create that, and we reported

9   on this.

10              The Cabinet Secretary is on the record

11  stating in his testimony - where I was present -

12  that about 90 percent of the cost of foster system

13  in West Virginia is associated in some form or

14  other with the opioid crisis or the substance use

15  disorder crisis.

16              So that's something that is on the

17  record from my boss, and of course, it's my opinion

18  based on that and some of the budgetary and other

19  factors and working closely with the -- my

20  co-agency, that this statement holds true with a

21  substantial -- and again, a reasonable degree of

22  certainty.

23     Q.   So opioid prescription medications require

24  a prescription; is that correct?

Page 172

1       A.   Not always.  As we discussed, that people

2   do not need to have a prescription in order to have

3   access to prescription opioids when -- especially

4   when the volume in a community is overwhelming.

5       Q.   Well, to legally obtain prescription

6   opioids, you need a prescription, correct?

7       A.   Correct.

8       Q.   Okay.  You can't buy them over the counter,

9   correct?

10      A.   Correct.

11      Q.   And the prescription must be written by a

12  health care provider who is licensed by the State

13  and registered with the DEA, correct?

14      A.   Correct.

15      Q.   And it must be dispensed by a pharmacist

16  who's also licensed by the State and registered

17  with the DEA, correct?

18      A.   Correct.

19      Q.   And no prescription opioid can leave a

20  pharmacy lawfully unless a doctor decides to

21  prescribe the prescription and a pharmacist decides

22  to dispense the prescription, correct?

23      A.   Incorrect.

24      Q.   And why is that?

Page 173

1        A.   Because doctor is not the only prescriber.

2    You could have other prescribers as well.

3        Q.   Fair enough.  So let me ask it again then.

4    So a prescription opioid cannot lawfully leave a

5    pharmacy unless a doctor or other qualified

6    prescriber decides to prescribe the prescription

7    and the pharmacist decides to dispense the

8    prescription.  Correct?

9        A.   Correct.

10       Q.   Your Statement No. 2, let's go to that for

11   a moment, please.  "The amount of appropriate

12   prescriptions was dwarfed by the amount of

13   inappropriate prescriptions that were being

14   diverted."  Is that a statement you agree with?

15       A.   Yes.

16       Q.   What do you mean by the term "inappropriate

17   prescription"?

18       A.   Prescriptions could be - as I mentioned

19   here, or you can see here - is appropriate

20   prescription.  That means there are criteria in

21   which it might make sense to prescribe opioids.  In

22   other situations, it may not make sense to

23   prescribe opioids, and in those situations, you

24   know, we would call that inappropriate prescribing.

Page 174

1              So getting 30 days of Vicodin for a

2      tooth pull would be an example of inappropriate

3      prescribing.  Seeing 100 patients in a day without

4      doing appropriate background, looking at patients,

5      understanding their history, doing a physical exam,

6      is another example of what we consider pill mill or

7      inappropriate prescribing in a large volume.

8              So these are some of the -- you know,

9      dentists, others that -- you know, I said,

10     cataract, an ophthalmologist prescribing 30 days of

11     prescription, is an inappropriate example.

12             So that's my -- but someone who has --

13     is -- has terminal cancer and has exhausted any

14     other options, is on opioids, well controlled, is

15     an example of appropriate prescribing for opioids.

16             So that's my description between

17     "appropriate prescription" and "inappropriate

18     prescriptions."

19     Q.   You're not an expert in pain management,

20     correct?

21     A.   I have served on some panels in terms of

22     the West Virginia SEMP panel and others.  I have

23     provided training and talks to the State-level

24     conferences.  But I have not received any formal

Page 175

1    training on pain management beyond my residency

2    training and beyond my ex -- sort of expertise of

3    25 years of managing private care physicians,

4    primarily where we were the ones that were --

5    became the target of writing these prescriptions.

6              So that would be my answer.

7        Q.   Your definition of "inappropriate", as I

8    heard it, Doctor Gupta, may include prescriptions

9    that were written legally, correct?

10       A.   Correct.

11       Q.   And it could include, in fact, millions of

12   prescriptions that were written legally, correct?

13       A.   Sure.

14       Q.   And your definition of "inappropriate" may

15   also include prescriptions that were within the

16   standard of care that existed at the time they were

17   written, correct?

18       A.   They may or may not be.

19       Q.   Give me an example of a prescription that

20   you would call "inappropriate" but that was written

21   within the standard of care for the time.

22       A.   So the standard of care did not require --

23   strike that.

24              We had ample evidence to demonstrate,

Page 176

1    through studies, that opioids do not help control

2    or improve function in chronic pain, yet millions

3    of prescriptions were being written for chronic

4    pain for opioids.  That's an example.

5         Q.  And at some point in time, at least,

6    prescribing opioids for chronic pain was within the

7    standard of care, correct?

8         A.  One can argue that, but the fact of the

9    matter is that opioids as a first line of therapy

10   for chronic pain were never standard of care.

11                So prescribing opioids in high volume,

12   in high doses, high strength, as a first line for

13   chronic pain, without any other alternatives, I

14   don't understand to be the standard of care.

15        Q.  And so what did West Virginia do about that

16   through the Board of Pharmacy, the Board of

17   Medicine or any other institution within the

18   state of West Virginia?

19        A.  Clearly, as I mentioned - I'll go from --

20   you know, from now to backwards - when the 2016 CDC

21   guidelines came out in March of 2016, we assembled

22   a panel at the Department of Health and Human

23   Resources.  We brought together all the experts,

24   including insurers, exec -- you know,

Page 177

1    representative prescribers and others, and we

2    adopted the guidelines and encouraged that.  That's

3    one action.

4                    Second, we created the SEMP panel pain

5    -- prescribing pain guidelines which I was a part

6    of.  That's another one.

7                    We also made sure that there was

8    appropriate trainings that were happening - which I

9    mentioned I spoke at oftentimes - the appropriate

10   prescribing, that was the third one.

11                   The Board of Medicine worked to

12   develop a wide guidance to physicians on

13   appropriate prescribing.

14                   Those are some of the things that I

15   can remember.  And then, of course, the legislature

16   at the same time created the Opioid Reduction Act.

17                   The legislature also mandated

18   requirement of three hours of CME at every cycle of

19   renewal of license for all prescribers related to

20   training of appropriate prescribing for pain

21   medications.

22       Q.   Doctor Gupta, why didn't you or the State

23   of Virginia -- excuse me, the State of West

24   Virginia, act prior to the 2016 time period?

1      A.   Could you please repeat the question?

2      Q.   Sure.  It was poorly worded.  Why didn't

3  you or the State of West Virginia act prior to the

4  2016 time period --

5      A.   But we --

6      Q.   -- to reduce the number of inappropriate

7  prescriptions?

8      A.   So the opioid prescribing, the CME

9  requirement, I believe was actually before 2016.

10     Q.   When do you think that was?

11     A.   I don't remember exactly, but it was prior

12 to 2016.  Governor Tomblin put up a Governor's

13 Advisory Committee on Substance Abuse, GACSA.  That

14 was also prior to 2016.

15          There were a number of things,

16 including -- inclusive of these.  The Board of

17 Medicine promulgated some opioid prescribing

18 guidelines that were also prior to 2016.

19          So I think it's -- it's not

20 appropriate to characterize that West Virginia did

21 not do anything prior to 2016.  It did.

22     Q.   Did you do anything prior to 2016 to

23 address the problem of inappropriate prescriptions?

24     A.   I mentioned a lot.  I'm happy to go back

Page 179

1    and restate all the things that I had done before

2    that, which is:  In 2015, January, when I came into

3    the office, we clearly began to work to advise and

4    educate physicians across the state in both

5    appropriate prescribing, worked to develop the

6    educational seminars and support the educational

7    activities of prescribers across the state.

8              Worked my -- worked with my colleagues

9    to conduct the assessments as well as continue to

10   help fund looking at the NAS issue, to move to

11   develop a clinical definition, to get that adopted

12   by all prescribers in all the birthing facilities.

13             Worked with OB-GYNs across the state

14   to ensure there was universal screening happening

15   for our pregnant people for substance use disorder,

16   and then they would be connected to treatment.

17             Working with Board of Pharmacy to make

18   sure that they were doing everything possible that

19   they could to reduce and impact positively.

20             Worked with law enforcement.  You

21   know, so we were providing -- so there's a lot of

22   activities that happened between 2015 when I joined

23   in November of 2018.  But specifically also the

24   ones I stated between 2015 and '16.

Page 180

1      Q.  Why were actions not taken as early as

2   2006, '07, '08, '09 in the state of West Virginia

3   to reduce the writing of inappropriate

4   prescriptions?

5      A.  You would have to ask somebody other than

6   me, because I wasn't the Health Commissioner then.

7               MS. MAINIGI:  Why don't we take a very

8   short break.  I just want to quickly look at my

9   notes to see if I have any stray questions left for

10  you, Doctor Gupta, and I just need like three, four

11  minutes.

12              MR. COLANTONIO:  We were -- we're

13  supposed to be over at 4:10.  Just saying.

14              MS. KEARSE:  Okay.  So why don't we --

15  okay.  We may just have some clarifying things.

16  Want to go ahead and take ten or --

17              MS. MAINIGI:  If you would like to

18  take ten, I don't -- I need to just check my notes,

19  Anne, to see if I have any stray questions.

20              MR. COLANTONIO:  Take five.  Take five

21  maybe?

22              MS. MAINIGI:  That's fine.  That's --

23  let's take five.

24              VIDEO OPERATOR:  Going off the record.

Page 181

1    The time is 4:05 p.m.

2                    (A recess was taken after which the

3                    proceedings continued as follows:)

4                    VIDEO OPERATOR:  Now begins Media Unit

5    4 in the deposition of Rahul Gupta, M.D.  We're

6    back on the record.  The time is 4:17 p.m.

7    BY MS. MAINIGI:

8        Q.  Doctor Gupta, before the break, we were

9    talking about the concept of inappropriate

10   prescribing, and I wanted to ask you about the

11   following scenario.  So for an acute pain event

12   like getting your wisdom teeth pulled or knee

13   surgery or something like that, you would agree

14   that getting a prescription for opioids is a

15   legitimate prescription and legitimate use.

16   Correct?

17       A.  Not all the time.

18       Q.  Well, let me -- let me ask you to separate

19   the number from the legitimacy of a prescription to

20   begin with.  As I understand your testimony today,

21   what you see as inappropriate is in the case of

22   knee surgery, for example, providing 50 pills when

23   five may be all that are medically necessary.  Is

24   that fair?

Page 182

1      A.   That would be -- for knee surgery, the
2   exact example you provided, makes sense.
3      Q.   But in the case of knee surgery -- let's
4   use knee surgery as our example.  You agree that
5   with knee surgery, five at least - maybe a few more
6   - opioid pills would be reasonable.  Correct?
7      A.   Well, the -- the point is that there may be
8   some people who do not need that opioid pill.  So
9   if we start going around writing everybody who gets
10  it automatically a prescription for whatever and
11  dose for whatever and the strength for whatever, is
12  the exact mess we're in, in the first place.
13     Q.   And so --
14     A.   That's the problem.
15     Q.   Sorry.  There are -- in your view, there
16  might be a patient who is having a minimal amount
17  of pain with a knee surgery and could be fine with
18  just Advil.  Is that fair?
19     A.   That's very accurate.  And the same thing
20  goes for the majority of dental extractions, for
21  example, do not need 30 days of opioids.  But
22  that's not the case that was happening.
23     Q.   And the person who's in the best position
24  to judge whether that person needs five or 20 pills

Page 183

1    of opioids or could get by with Advil would be the

2    prescriber.  Correct?

3        A.  Correct.

4                MS. MAINIGI:  I have no further

5    questions right now.  All I will say is:  To the

6    extent that there are any clarifying questions that

7    are asked of Doctor Gupta now, I reserve the right

8    to obviously have equal time for follow-up on that.

9                MS. KEARSE:  Sure.

10                   EXAMINATION

11   BY MS. KEARSE:

12       Q.  Doctor Gupta, I'm going to be very quick.

13   I just want to clarify basically two points from

14   the testimony we did today and our drafting of the

15   bullet points that I think we've discussed earlier

16   that we tried to summarize from your testimony with

17   that.  So there's two clarifications I want to make

18   sure that we have it right and we're clear on what

19   your actual opinion is.

20                I want to first start with Bullet

21   Point No. 1, and this was Exhibit No. -- what was

22   the exhibit number?  58.  And this is one where we

23   said that the opiate prescription drugs, their

24   volume and their consequential addiction and other

Page 184

1    diseases, it says "OUD rose by thousands of percent

2    over a decade."  And I want to show you just what I

3    was -- what I think where we looked in the

4    transcript, and maybe we can clarify whether it's

5    thousands or, you know, substantial.

6                    But you were asked some questions

7    about addiction, and this is on page 324, and you

8    were -- and I don't know if you'll recall this, and

9    this is just a very quick just section of your

10   transcript.

11                   But you were talking about that

12   alcohol challenges did not rise by a thousand of

13   percent when you were asked about alcohol and you

14   were trying to -- you were testifying to the extent

15   if it's different with the opioid with that too,

16   and with the opiate prescription drugs and volumes

17   that did rise, it's followed by the thousands.

18                   If you'll just read that and maybe we

19   can just clarify whether it's thousands or a

20   substantial rise on that.  We can look at --

21                   MS. MAINIGI:  Objection to form.

22        Q.  Okay.  So let me ask you this -- if you'll

23   read -- we cited in the disclosure to the actual

24   page number, and on page 324 and 325, we -- you

Page 185

 1    testified that to now take that out "wouldn't be

 2    fair because alcohol -- alcoholism and alcohol

 3    challenge did not rise by thousands of percent over

 4    a decade.  Opiate prescription drugs and volume"

 5    did rise.

 6             So let me say if we took out

 7    "thousands," and maybe that's where you're not

 8    comfortable.  And I can ask you that question.

 9    What in Bullet Point No. 1 are you not comfortable

10    with in regards to your opinion?

11             MR. HESTER:  Objection to form.

12             MS. MAINIGI:  Objection to form.

13    Objection, Ms. Kearse, to you testifying and trying

14    to put words in the mouth of this witness.  This

15    witness has already testified that he did not

16    object -- that he did not agree with this

17    statement, Statement No. 1.

18             MS. KEARSE:  And I can ask him what is

19    it he does not agree with?

20        A.  Yes, so the -- my deposition of September

21    2020 very accurately describes what I meant to say.

22    And I'll say that again for  the record.  What I

23    said was that the opioid prescription drugs and the

24    volume of prescribing has risen by thousands of

                                              Page 186

1   percent over a decade.  And I stand by that.

2        Q.  Okay, Doctor.  And that -- that would

3   reflect -- is there anything else in No. 1 that you

4   -- that you have issue with, the addiction and

5   others associated with OUD rose as well?

6                MS. MAINIGI:  Objection to form.

7        A.  I'd have to read it again.

8        Q.  Okay.

9        A.  So you know, again, in public health

10  epidemiology, if -- you know, just because a

11  thousand people take a bad batch of drugs doesn't

12  mean everybody dies.  A few people will die, a few

13  will be really, really sick.  I mean, we can use

14  the pandemic right now as an example.  Not

15  everybody who gets the infection from COVID dies or

16  ends up in a hospital.

17                Some people will be fine.  Others will

18  end up in a hospital.  Some will end up on a

19  ventilator, and others will die.  Just like that.

20                When a prescription volume increases

21  by thousands of percent, then obviously there will

22  be a proportional increase in OUD.  That doesn't

23  necessarily have to be thousands of percent.  But

24  people suffering from it would clearly be way more

Page 187

1  than there would have been otherwise if we didn't

2  have thousands of percent of increase in the

3  prescription -- the volume of drugs out there for

4  opioids.

5           That's what I meant, and that's what

6  I'd like to make sure that is reflected in No. 1.

7     Q.  Great.  Thank you, Doctor.  And I believe

8  on No. 4, there was another -- again, with --

9  where's No. 4?  Bullet Point No. 4, basically

10 talking about the -- once the addiction is formed,

11 and I want you to -- maybe we can explain

12 specifically - I don't need the transcript up there

13 - when someone is addicted to prescription pills,

14 do they sometimes then abuse drugs?

15           MS. MAINIGI:  Object to form.

16           MR. HESTER:  Object to form.

17     A.  So when someone develops a substance use

18 disorder or addiction, what basically would happen

19 is that they're no longer themselves physically in

20 control of the addiction.  By the time they take a

21 pill or any other way of taking that substance,

22 they will get a high in terms of a release of

23 Dopamine.

24           After a while, you need certain

Page 188

1    Dopamine just to keep you away from withdrawal and
2    to prevent that.  And it isn't high as much as it
3    is the need to continue to, you know, feed -- feed
4    the need for elevated levels of Dopamine.
5                        Now, when that happens and you take
6    the substance away from a person in terms of they
7    don't have the opioid pills anymore, that person
8    starts to look for other ways to substitute that
9    need.
10                       Now, that person could go on on the
11   street and purchase heroin; they could do that.  If
12   they are doing it and they run out of money - and
13   oftentimes people, you know, may lose their job
14   because of the habit, because of the addiction, may
15   lose their family, may lose their health, may be
16   cut off from the community - so what do they do at
17   that time when they're suffering?
18                       Not everybody, but some people.  Well,
19   they have to find other means to continue to feed
20   the need of the disease.  And therefore people may
21   conduct activities -- you know, their inner brain
22   again, which is in control, is telling the frontal
23   lobe and the rest of their brain:  Do whatever it
24   takes to get the substance.

1              So in that sense, they're held hostage

2    to the need to have Dopamine.  And people will

3    sometimes take on activities that may not be legal,

4    and they may not be fully aware of that either.

5              So that's where we end up seeing

6    people -- again, anything from purchasing heroin

7    off the street to other activities that they may be

8    conducting, including prostitution, you know, petty

9    theft, other crimes, in order to get the --

10   whatever the money that's needed to fulfill that

11   habit, that disease -- to fulfill that.

12             And that's kind of what I -- what I

13   would explain it by.

14        Q.  Okay, Doctor, I think that clarifies it.

15   You're prepared to testify and explain what can

16   happen when a person forms an addiction.  Correct?

17             MS. MAINIGI:  Objection to form.

18             MR. HESTER:  Object -- yeah, objection

19   to form.

20        A.  Yes.

21        Q.  Okay.

22             MS. KEARSE:  I have no further

23   questions unless anyone else on the plaintiff's

24   side has any questions.

1           MR. FARRELL:  Yeah, this is Paul
2    Farrell.  I have a couple follow-up questions.
3                    EXAMINATION
4    BY MR. FARRELL:
5       Q.  Doctor Gupta, in your role as the State
6    Health Officer in West Virginia, have you ever
7    undertaken the task to estimate the economic cost
8    of the opioid epidemic on -- on our state?
9       A.  Yes.
10           MS. MAINIGI:  Objection to form.
11      A.  Yes.  We -- soon after the White House
12   Council of Economic Advisors report came out, I
13   believe in 2017, that showed almost half a trillion
14   dollars cost to the country of the consequences of
15   the crisis, we actually looked at -- and there was
16   some work that was done by Alex Brill - I think
17   it's the American Enterprise Institute - and we
18   took that data and we looked at the West Virginia
19   numbers and we found approximately 12 and a half
20   percent of West Virginia's GDP was being lost each
21   year because of the crisis.
22           MS. MAINIGI:  Objection, move to
23   strike that entire answer and the question as well,
24   as outside the scope of this deposition and outside

Page 191

1   the scope of Exhibit 58.

2                 MR. FARRELL:  No further questions.

3   Thank you, Doctor.

4                 MS. MAINIGI:  Doctor Gupta, I have

5   some follow-up, please.

6                       RE-EXAMINATION

7   BY MS. MAINIGI:

8       Q.  Let's go back to some of the language that

9   you used earlier.  You referenced -- you looked at

10  some deposition testimony of yours, and you

11  referenced a thousands of percentage increase over

12  a decade.  Do you recall that just a few minutes

13  ago?

14      A.  Yes.

15      Q.  Can you define the decade for me?

16      A.  Anywhere between 2001 -- 2001 to 2011-'12.

17      Q.  So when you were referring in your

18  deposition testimony that Ms. Kearse then put on

19  the screen to show you again and you used the word

20  "decades," the decade that you were referring to

21  was approximately 2001 to 2012, correct?

22      A.  I wasn't referring to one single decade

23  because what we're talking about in the context of

24  what we were discussing in the deposition was from

Page 192

1   2001 to 2020.

2        Q.   Okay.   I'm asking you first to just focus

3   on your deposition testimony, and you remember

4   Ms. Kearse showed you your deposition testimony?

5        A.   We can look at it -- if we could put it up

6   again, I'm happy to look at it.

7        Q.   Well, Ms. Kearse I think put it up.

8                MS. MAINIGI:   So Ms. Kearse, can you

9   put that testimony back up that you put up before?

10               MS. KEARSE:   Page 324?

11               She's getting it.

12               MS. MAINIGI:   Thank you.

13               MS. KEARSE:   Just put the paragraph up

14   about thousands of percent of opiate prescription

15   drugs.   324 and 325.   You need 325 on there too.

16   Go to the next -- yeah.

17   BY MS. MAINIGI:

18        Q.   Okay.   Do you see your statement here, "did

19   not rise by thousands of percent over a decade"?

20        A.   Yes.

21        Q.   Okay.   Can you tell me what -- the "decade"

22   is singular there.   What decade are you referring

23   to there?

24        A.   Well, we're talking about alcoholism.

Page 193

1   Because I'm not talking -- and at that point, when

2   I say "did not rise by thousands of percent over a

3   decade," I'm talking about alcohol and alcohol

4   challenge.

5        Q.  Is that --

6             MS. MAINIGI:  Ms. Kearse, I'll ask

7   you, is that what you put on the screen previously?

8             MS. KEARSE:  That's -- yeah, the

9   "Opiate prescription drugs and volume of that did

10  rise".

11       Q.  Okay.  So the decade that you're referring

12  to here, Doctor Gupta, relates to alcoholism and

13  alcohol challenge?

14       A.  Right.

15       Q.  Okay.

16             MS. MAINIGI:  And Ms. Kearse, you're

17  representing that that's what you put on the screen

18  previously to show Doctor Gupta when you were

19  questioning?

20             MS. KEARSE:  Page 324 and 325.

21             MS. MAINIGI:  Okay.

22       Q.  As it relates to opioid prescription drugs,

23  Doctor Gupta, to the extent you have ever stated

24  that those have risen -- risen by thousands of

Page 194

1  percentages over a decade, is it still your

2  testimony that the decade you'd be referring to is

3  2001 to 2012?

4       A.   So what I just said is 2001 to 2012 is what

5  I've talked about alcohol.  With opioids, I would

6  generally speak about 2001 to 2020.  That includes

7  the 780,000,000 pills that was shipped into the

8  state between 2007 and 2012.

9       Q.   And in terms of what you mean by "thousands

10  of percentages," what do you -- can you describe

11  what you mean by that statement?

12       A.   Yeah, so I'll read that again just to make

13  sure we're on the same page.  "So now to take that

14  out" -- can we go up a little bit, please?  The

15  question was:  "Has alcohol use disorder been a

16  long-term -- long-standing challenge in West

17  Virginia?"  My answer was, "Yes, an alcohol

18  disorder within -- which I will discuss as a very

19  different challenge in many of the states, and

20  we've already talked about today earlier how there

21  will be always a level of population" that will be

22  -- have addictive behaviors.  That will be

23  addictive behaviors.

24              So now to take that out wouldn't be

Page 195

1   fair because alcohol -- alcoholism and alcohol

2   challenge did not rise by thousands of percent over

3   a decade."  Opioid prescription drugs and volume of

4   that did rise.

5               I do not state here by what thousands

6   of percentage or what decade.  I just don't say

7   that here in my testimony.

8       Q.  Okay.

9       A.  I'm sorry if I'm missing something.

10      Q.  What do you mean as it relates to opioid

11  prescription drugs when you refer to thousands of

12  percentages?  Do you have a specific range of

13  percentage in mind?

14      A.  What I mean to say is the opioid

15  prescription drugs and volume rose significantly

16  from 2001 to 2020.

17      Q.  Did you actually -- do you actually have a

18  specific percentage in mind?  Have you done any

19  analysis?

20      A.  The specific number I have in mind is the

21  780,000,000 pills dumped into the state from 2007

22  to 2012.

23      Q.  And would you say that the 780,000,000

24  dumped into the state and the corresponding

Page 196

1   percentage number associated with it, that those

2   are specific facts that are ascertainable?

3        A.   Sure.   Those are facts, but the rise from

4   2001 to 2020 with those specific 780,000,000 pills

5   additionally is my opinion, based on a substantial

6   -- a reasonable level of certainty.

7        Q.   You are not an economist, correct?

8        A.   I'm sorry?

9        Q.   You're not an economist, correct?

10       A.   I am not a practicing economist, no, ma'am,

11  I'm not.

12       Q.   Thank you.

13             MS. MAINIGI:   I have no further

14  questions.   Anybody else from the defense side that

15  has a follow-up question for Doctor Gupta?

16             MR. HESTER:   No questions from me.

17             MS. CALLAS:   No questions from ABDC.

18             MS. MAINIGI:   Okay, thank you for your

19  time today, Doctor Gupta.

20             MR. COLANTONIO:   He'll read.

21             VIDEO OPERATOR:   We are off the record

22  at 4:38 p.m., and this concludes today's testimony

23  given by Rahul Gupta, M.D.   The total number of

24  media units used was four, and will be retained by

Page 197

1  Veritext.

2                    (Having indicated he would like to

3                    read his deposition before filing,

4                    further this deponent saith not.)

5

6                         --oOo--

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 198

1  STATE OF WEST VIRGINIA,
2  COUNTY OF JACKSON, to wit;

3

4        I, Teresa S. Evans, a Notary Public within
   and for the County and State aforesaid, duly
5  commissioned and qualified, do hereby certify that
   the foregoing deposition of DR. RAHUL GUPTA was
6  duly taken by me and before me at the time and
   place and for the purpose specified in the caption
7  hereof, the said witness having been by me first
   duly sworn.

8

9        I do further certify that the said
   deposition was correctly taken by me in shorthand
   notes, and that the same were accurately written
10 out in full and reduced to typewriting and that the
   witness did request to read his transcript.

11

12       I further certify that I am neither
   attorney or counsel for, nor related to or employed
   by, any of the parties to the action in which this
13 deposition is taken, and further that I am not a
   relative or employee of any attorney or counsel
14 employed by the parties or financially interested
   in the action and that the attached transcript
15 meets the requirements set forth within article
   twenty-seven, chapter forty-seven of the West
16 Virginia Code.
17       My commission expires October 15, 2030.
        Given under my hand        day of April, 2021.
18
19 Teresa S. Evans
20 RMR, CRR, RPR, WV-CCR
21
22
23
24

Page 199

1

STATE OF WEST VIRGINIA

2

COUNTY OF KANAWHA, to wit;

3

4      I, Teresa Evans, owner of Realtime Reporters,

LLC, do hereby certify that the attached deposition

5

transcript of DR. RAHUL GUPTA meets the

6

requirements set forth within article twenty-seven,

7

chapter forty-seven of the West Virginia Code to

8

the best of my ability.

9

10

      Given under my hand this 19th day of April,

11

2021.

12

13

14

15                         Given under my hand

16

17                         Registered Professional

                    Reporter/Certified Realtime Reporter

18

19

20

21

22

23

24

Page 200

```
 1                     Veritext Legal Solutions
                            1100 Superior Ave
 2                             Suite 1820
                          Cleveland, Ohio 44114
 3                         Phone: 216-523-1313
 4
       April 20, 2021
 5
       To: Mark A. Colantonio, Esquire
 6
       Case Name: City Of Huntington v. Amerisourcebergen Drug Corporation
 7
       Veritext Reference Number: 4528369
 8
       Witness:  Rahul Gupta, M.D.       Deposition Date:  4/15/2021
 9
10     Dear Sir/Madam:
11
       Enclosed please find a deposition transcript.  Please have the witness
12
       review the transcript and note any changes or corrections on the
13
       included errata sheet, indicating the page, line number, change, and
14
       the reason for the change.  Have the witness' signature notarized and
15
       forward the completed page(s) back to us at the Production address
16     shown
17     above, or email to production-midwest@veritext.com.
18
       If the errata is not returned within thirty days of your receipt of
19
       this letter, the reading and signing will be deemed waived.
20
21     Sincerely,
22     Production Department
23
24     NO NOTARY REQUIRED IN CA
```

Page 201

1                        DEPOSITION REVIEW
                      CERTIFICATION OF WITNESS
2
               ASSIGNMENT REFERENCE NO: 4528369
3              CASE NAME: City Of Huntington v. Amerisourcebergen Drug
       Corporation, et al.
               DATE OF DEPOSITION: 4/15/2021
4              WITNESS' NAME: Rahul Gupta, M.D.
5              In accordance with the Rules of Civil
       Procedure, I have read the entire transcript of
6      my testimony or it has been read to me.
7              I have made no changes to the testimony
       as transcribed by the court reporter.
8

       _____            _____
9      Date                       Rahul Gupta, M.D.
10             Sworn to and subscribed before me, a
       Notary Public in and for the State and County,
11     the referenced witness did personally appear
       and acknowledge that:
12
               They have read the transcript;
13             They signed the foregoing Sworn
                   Statement; and
14             Their execution of this Statement is of
                   their free act and deed.
15
               I have affixed my name and official seal
16
       this _____ day of_____, 20_____.
17
                           _____
18                         Notary Public
19                         _____
                           Commission Expiration Date
20
21
22
23
24
25

```
 1              DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
 2
          ASSIGNMENT REFERENCE NO: 4528369
 3        CASE NAME: City Of Huntington v. Amerisourcebergen Drug
    Corporation, et al.
          DATE OF DEPOSITION: 4/15/2021
 4        WITNESS' NAME: Rahul Gupta, M.D.
 5        In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me.
 7        I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
 8  well as the reason(s) for the change(s).
 9        I request that these changes be entered
    as part of the record of my testimony.
10
          I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____        _____
    Date                    Rahul Gupta, M.D.
14
          Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17        They have read the transcript;
          They have listed all of their corrections
18            in the appended Errata Sheet;
          They signed the foregoing Sworn
19            Statement; and
          Their execution of this Statement is of
20            their free act and deed.
21        I have affixed my name and official seal
22  this _____ day of_____, 20_____.
23        _____
                    Notary Public
24
          _____
25                Commission Expiration Date
```

Page 203

1                       ERRATA SHEET

                VERITEXT LEGAL SOLUTIONS MIDWEST

2                    ASSIGNMENT NO: 4528369

3        PAGE/LINE(S) /        CHANGE       /REASON

4        _____

5        _____

6        _____

7        _____

8        _____

9        _____

10       _____

11       _____

12       _____

13       _____

14       _____

15       _____

16       _____

17       _____

18       _____

19

         _____        _____

20       Date                    Rahul Gupta, M.D.

21       SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

22       DAY OF _____, 20_____ .

23                      _____

                        Notary Public

24

25                      _____

                        Commission Expiration Date

**[& - 21]**

| & |
|---|
| **&** 2:17 3:5,7,20 8:13,18,22 |

| 0 |
|---|
| **01** 114:17 |
| **07** 180:2 |
| **08** 180:2 |
| **09** 180:2 |

| 1 |
|---|

**1** 7:13 49:22 51:20 136:2 164:15 183:21 185:9,17 186:3 187:6
**1.8** 160:20
**10** 79:1 137:10,15 137:16 164:18,19
**100** 130:14 168:10 174:3
**10538** 198:19 199:16
**11** 62:24 124:15 140:4,17
**1100** 200:1
**1115** 61:6
**1146** 49:22
**11747** 2:20
**11:33** 7:3
**11th** 100:22,23
**12** 62:9 80:5 100:19 101:3,13 101:14 112:6 113:8 114:5 115:6 158:9,10 190:19 191:16
**12-31-17** 6:6 64:7 64:12
**125** 54:23
**12:54** 69:7,13
**13** 81:15 87:9

**130** 41:8
**14** 96:13 97:11 103:4,9,24 105:2,6 105:7 107:18,22
**15** 61:4 109:3,15 114:17 125:16 141:3,5,7 142:11 151:18 168:6 198:17
**15-20** 140:18
**15th** 1:21 7:3
**16** 59:9 60:3 84:19 112:20 113:17 141:4,14 148:20 151:7,18 160:4 179:24
**1600** 3:13
**1609** 2:11
**17** 59:9 60:4 148:20 162:8,9,19
**1717** 3:16
**18** 98:10,14 99:7 99:12,15
**181** 5:4
**1820** 200:2
**187** 5:5
**189** 5:6
**19** 77:21 99:18 149:9
**19103** 3:16
**1993** 54:12
**1999** 54:16
**19th** 198:17 199:10
**1:10** 69:9,17

| 2 |
|---|

**2** 6:4 49:21 50:16 51:20 82:14,16 136:3 141:20,22 173:10

**20** 61:4 136:24 157:20,20 164:15 182:24 200:4 201:16 202:22 203:22
**200,000** 56:8
**2000** 33:23 106:9 107:13 125:16 135:14,18
**2000-2001** 158:19
**2000-2015** 80:18
**20001** 3:21
**20005** 3:6
**2000s** 124:6 147:5
**2001** 106:9 191:16 191:16,21 192:1 194:3,4,6 195:16 196:4
**2004** 33:23
**2006** 180:2
**2007** 194:8 195:21
**2009** 13:3,10 19:13 20:4 35:13 45:16 45:18
**2010** 124:6,15
**2011** 124:12 191:16
**2012** 130:12 191:21 194:3,4,8 195:22
**2014** 19:13 40:7,10 55:13 118:3 123:3
**2015** 40:14 41:2 59:9 60:3,8 79:11 80:11,14 81:8 100:16,21,23 106:9,10 107:13 112:5 121:16 124:13,23 134:21 135:14,19 140:19 141:4,14 142:3

148:20 151:7 160:4 179:2,22,24
**2015-2016** 153:23 154:16
**2016** 47:19,22 61:13 80:23 81:3 81:6,9,20 82:20 89:22 93:18 97:1 97:5,12 100:18,20 100:22 104:1 109:16 110:6 112:5,7,24 114:4 114:17 115:16 120:2,2 125:15 130:23 138:24 140:19 142:3,7 146:13 176:20,21 177:24 178:4,9,12 178:14,18,21,22
**2017** 13:3 59:8 61:4 62:18,19,21 63:13,22 67:10 126:22 190:13
**2017-2018** 156:4
**2018** 13:10 14:2,4 14:16 20:4 62:18 62:21 77:21 121:16 146:10 179:23
**2019** 15:2 48:3
**2020** 33:20 47:15 49:23 185:21 192:1 194:6 195:16 196:4
**2021** 1:21 7:4 198:17 199:11 200:4
**2030** 198:17
**21** 54:15 165:5 167:5

[216-523-1313 - accommodate]                                                    Page 2

**216-523-1313**
    200:3
**22**  54:17,17,19
    168:20
**23rd**  49:23
**25**  54:9,18,19
    150:4 175:3
**25301**  2:18
**25322-0553**  3:13
**25323**  3:9
**255,000,000**
    130:13
**25714-1180**  2:9
**26**  6:4 49:21 50:16
**26003**  2:12
**27**  54:1,5,6,8,17,19
    55:9,9,9,10 58:11
    100:10
**270,000,000**  42:8
    42:12
**273**  146:9
**28**  2:5 54:15 107:6
**29464**  2:6
**2:16**  116:19
**2:31**  116:24

**3**

**3**  52:3 103:16
    105:4 112:17
    114:19 116:23
    117:3,3,13 118:1
    125:6 126:5 136:4
**3.6**  98:14
**3.6.**  98:14
**30**  61:23 62:15
    81:22 88:17,19
    91:6,23 95:1,9,18
    128:16 174:1,10
    182:21
**305**  2:20
**3100**  3:16

**31st**  100:20,21
**324**  184:7,24
    192:10,15 193:20
**325**  184:24 192:15
    192:15 193:20
**36**  55:14 88:18
    89:1,10 92:24
**39402**  2:15
**3:17-01362**  1:7
    7:21
**3:17-01665**  1:13
    7:21
**3rd**  2:8 27:2,17

**4**

**4**  62:23 131:8
    132:8 136:4 181:5
    187:8,9,9
**4.4.4**  98:12
**4/15/2021**  200:8
    201:3 202:3
**40**  121:17
**400**  2:20
**405**  2:17
**422**  2:8
**44114**  200:2
**4528369**  200:7
    201:2 202:2 203:2
**49**  88:16 89:1,10
    92:24 93:16,19
    94:5,8,24 95:7,21
**4:00**  68:20,24 71:5
**4:05**  181:1
**4:10**  180:13
**4:17**  181:6
**4:38**  196:22

**5**

**5**  127:2 133:24
    134:2,14 135:24
    164:15

**5,000**  64:2
**50**  6:3 118:3
    181:22
**500**  3:12 42:14
**500.00**  47:6
**51**  12:22 33:19
**53**  62:17
**55**  21:1 138:21
**56**  100:8 101:13
**58**  6:3 12:23 49:17
    49:19 50:6,14,19
    72:18 87:9 117:3
    183:22 191:1

**6**

**6**  75:23
**60s**  118:10
**61**  6:5 64:5,7,10,15
    70:21
**62**  82:12
**64**  6:5
**68-69**  55:14

**7**

**7**  5:3 54:15
**70**  62:2 109:18
**707**  3:8
**725**  3:5
**75**  118:5 139:10,15
**780,000,000**  194:7
    195:21,23 196:4

**8**

**8**  80:5 137:9,15,16
    170:1,1
**80**  113:4 114:3
    118:5,10,13
    119:20 130:13
    132:21 136:21
    137:6 138:6,11,18
    139:3,12,16
**80/20**  137:3

**800**  156:16
**850**  3:21

**9**

**9**  52:21 55:14
**90**  61:17 95:11
    171:12
**901**  3:8
**90s**  147:5 148:1
**97**  2:14

**a**

**a.m.**  7:3
**abatement**  48:6,9
    48:12,14,15
**abdc**  196:17
**ability**  85:17 102:1
    153:9 199:8
**able**  12:12 13:20
    13:20,21 32:22
    57:7 63:9 66:1
    70:4 72:1 74:14
    77:5 80:3 87:24
    88:6,10 140:13
    145:21 149:6
    152:10 161:4
**absolutely**  143:24
    163:18
**abstinence**  107:1
    162:24 169:11
**abstract**  55:12
    56:13 57:22 67:13
**abuse**  94:10,11
    150:13 178:13
    187:14
**aca**  36:23
**academic**  35:7
**accepted**  139:8
**access**  88:4 168:9
    172:3
**accommodate**
    153:10

**accommodation**
69:24
**accurate** 15:12,14
33:23 35:20 37:17
38:15 39:8 41:6
41:10 42:13,23
54:24 59:2,3
109:23 112:13
114:20 182:19
**accurately** 43:3
185:21 198:9
**accusations** 75:15
**acknowledge**
201:11 202:16
**acquired** 85:15
**act** 17:11 37:2
38:18,21,24 39:5
146:8 154:12
177:16,24 178:3
201:14 202:20
**acting** 16:4,7,13
16:20
**action** 1:6,13,20
8:4 44:4 118:24
120:20 155:16
157:9 177:3
198:12,14
**actions** 118:21
124:17 153:19
157:18 180:1
**activities** 21:5
38:4 44:4 144:10
144:11 179:7,22
188:21 189:3,7
**activity** 131:14
**actual** 11:22
131:20 169:6
183:19 184:23
**acute** 181:11
**adam** 4:3 7:23

**add** 41:11 169:14
**added** 50:7,12
165:15
**addicted** 129:8,13
129:23 130:21
132:18 133:12,15
160:19 187:13
**addiction** 16:5
38:19 67:6 73:4
118:19 120:19
127:13 129:2
131:3,4,6,7,11,12
132:14,15 133:20
134:8 137:18
140:20 144:16
148:12 149:2,14
149:23 150:7,11
150:14,15,18,20
150:22 152:3
153:8,10 154:3
155:9 158:2,4
160:8,24 183:24
184:7 186:4
187:10,18,20
188:14 189:16
**addictions** 140:23
**addictive** 131:13
194:22,23
**adding** 35:4
**addition** 70:3
125:1 150:13
170:16
**additionally** 196:5
**address** 48:16
49:9 60:10 118:21
153:15,18 178:23
200:15
**addressed** 48:21
**addressing** 60:10
154:11

**adequately** 147:16
**adhere** 146:19
**administer** 8:3
**administratively**
33:18
**adopt** 146:16
**adopted** 177:2
179:11
**advance** 58:15
70:7
**advantage** 13:19
**advice** 17:17,19
**advil** 182:18 183:1
**advise** 179:3
**advisors** 190:12
**advisory** 178:13
**affairs** 36:15,18
86:1 102:8
**affiliations** 8:8
**affixed** 201:15
202:21
**affordable** 37:2
**aforesaid** 198:4
**afraid** 156:23
**afternoon** 8:12
9:23
**agencies** 102:6
104:10 115:18
116:4
**agency** 37:7,12
38:1 85:24,24
115:14,22 116:5
171:20
**agenda** 15:20
**ago** 56:19 88:23
102:2 112:12
191:13
**agree** 7:11 53:9
58:19 68:23 73:9
73:10,14,16,24
74:1 76:5 79:16

81:22 96:20
109:20 113:2,9
117:17 129:11,21
131:16 132:9
134:5 141:1,2,6
149:16 157:24
158:15,18 162:11
162:19,20,21
163:24 165:8,15
168:22 170:5
173:14 181:13
182:4 185:16,19
**agreed** 102:22
136:17,21 139:16
164:3
**ah** 35:3 104:19
**ahead** 13:1 33:9
51:21 60:2 70:22
71:6 83:21 126:8
140:8 156:7
180:16
**ahrq** 147:7
**aid** 88:1,10
**air** 37:13 79:12
80:2 81:7
**al** 1:8,14 7:17,18
201:3 202:3
**alabama** 18:15
31:23 33:1 34:11
**alcohol** 184:12,13
185:2,2 193:3,3,13
194:5,15,17 195:1
195:1
**alcoholism** 185:2
192:24 193:12
195:1
**alert** 55:13,18 56:3
58:1
**alex** 190:16
**align** 114:8

alleging  78:20
allow  65:17 83:19
  135:8
allowed  115:18
  139:21
allowing  66:13
alternative  124:19
  144:23 155:5
alternatives
  127:18 129:5
  155:4 176:13
altogether  108:8
america  148:8
american  40:19
  190:17
americans  133:19
amerisourceberg...
  1:7,14 3:10 7:16
  7:18 9:1 200:6
  201:3 202:3
amount  11:6
  81:20 87:10,13
  88:1,11 89:10
  164:10 173:11,12
  182:16
ample  175:24
analyses  85:8
  118:4 125:21
  126:12 135:14,19
analysis  19:17
  82:21 89:23 97:2
  97:6,13 104:3,9
  111:20 125:5
  134:14,17,19,23
  138:4 195:19
analyze  142:17
analyzing  104:15
anecdotally
  163:13
anne  2:3 9:2 26:12
  28:11,17 66:5

67:20 70:14 71:22
  74:22 75:2 86:19
  180:19
answer  19:9 25:22
  26:6 27:7,9,24
  28:18,20,21 29:3
  29:11 52:22,24
  59:15,17,23 65:19
  71:2,17,20 72:12
  77:5,8 84:13
  92:20 104:23
  113:15 133:1,3,10
  133:22 135:18
  154:10 175:6
  190:23 194:17
answered  28:10
answering  24:19
  135:4
answers  27:8 28:5
  28:9 56:22 66:2
  87:17,18 130:15
anthony  2:16 9:4
anticipated  75:12
  151:11 161:17
anticipating
  161:13,24
anybody  161:16
  196:14
anymore  188:7
anyway  68:5
apologize  12:9
  24:17 98:4 104:7
  162:16
appear  99:20
  201:11 202:15
appearance  8:11
  27:4
appearances  2:1
  3:1 4:1 8:8 9:15
appearing  2:2 3:3
  3:10,18

appended  202:11
  202:18
applicable  138:7
  138:12,18
application  28:7
applied  89:23 90:3
applies  100:16
appreciate  75:3
approached  48:4
appropriate  72:3
  173:11,19 174:4
  174:15,17 177:8,9
  177:13,20 178:20
  179:5
appropriately
  127:7
approved  115:1
  115:18
approximate
  77:20
approximately
  13:3 14:1,16
  35:13 47:24
  124:22 128:3
  190:19 191:21
april  1:21 7:3
  198:17 199:10
  200:4
arch  3:16
architect  43:1
area  14:18,21 15:1
  28:15 34:7 48:12
  157:2
areas  11:10 17:21
  17:22,23,24 19:3
  35:22,24 38:13
  42:20,21 44:23
  45:3,5 48:9 61:3
  134:11 135:20
  136:13

argue  66:5 176:8
article  6:5 56:20
  57:19 64:11
  198:15 199:6
articles  57:10,16
  57:20
ascertainable
  196:2
ashe  3:14
asked  19:22 27:23
  28:9 29:7,9 46:17
  59:22 67:17 81:11
  132:24 183:7
  184:6,13
asking  27:3 39:12
  51:12 53:2 65:22
  66:5 73:24 87:12
  87:15 96:2 98:24
  111:3 130:5,5
  147:8 159:6,7
  161:10 162:18
  192:2
aspect  102:24
  150:17 154:23
  155:24 164:22
aspects  86:6
  160:15 161:11
  170:21
assembled  176:21
asserted  60:6
  144:1
assertions  96:7
assessments  179:9
assignment  201:2
  202:2 203:2
assist  146:2
assisted  44:10
assisting  11:20
associated  73:5
  171:13 186:5
  196:1

**associations** 152:16
**assume** 40:23 41:3 44:6,23 53:8 94:5 142:6
**assumed** 40:10,14 41:1 83:14
**assuming** 82:8 88:24 141:8
**attached** 198:14 199:4 202:7
**attend** 32:23
**attending** 8:7
**attention** 165:8 166:9,14
**attest** 112:13
**attorney** 8:11 51:9 198:12,13
**attorneys** 10:21 51:10,13 71:18 82:6
**audio** 7:9,10 121:7 124:19
**aughts** 147:3 148:1
**authored** 54:23
**authorize** 202:11
**authorized** 8:3 142:16
**authors** 84:3,15,17 89:7
**automatically** 182:10
**autopsy** 61:11,11 82:3 108:18,21 110:4 114:2,12 115:16 125:15 142:7,8 146:5
**available** 38:8 82:4 119:7 143:13 143:18 146:1,22

164:20
**ave** 200:1
**avenue** 2:11
**average** 62:23 63:2 159:22 164:14
**avoid** 151:17 155:16
**award** 59:23 60:5 63:12,13,23 64:3
**aware** 11:13,17 29:22 39:2,15,18 39:20,24 40:2,18 51:16,19 69:23 77:1,10 125:4 129:6 134:23 189:4

**b**

**b** 152:13
**babies** 49:6 162:9 164:15 166:6 168:2
**baby** 167:21
**bachelor** 31:11,14 31:16
**bachelor's** 30:15 30:15
**back** 20:8 22:12 24:1 28:23 29:24 31:10 40:17 41:21 42:6 47:19 50:10 52:3 54:12 56:21 58:11 59:20 60:6 66:5 69:8,9,16,21 75:7 83:2 87:8,11 87:16,21 88:5 94:14,15,21 95:17 97:5 98:7,9 100:21,22 103:17 107:17 110:11 116:17,24 118:2

125:3 135:24 136:9,13 141:19 143:18 151:4 161:12 170:1 178:24 181:6 191:8 192:9 200:15
**background** 19:5 30:1,1 166:18,21 174:4
**backwards** 26:7 158:9 176:20
**bad** 92:15 119:23 120:12 157:10 186:11
**bailey** 3:19 8:21 8:22
**balance** 148:21
**barriers** 61:7
**base** 78:2
**based** 32:21 126:13 137:12 162:6 171:18 196:5
**basic** 152:12
**basically** 60:3 62:11 85:19 96:5 136:5 141:22 183:13 187:9,18
**basis** 15:23 117:19 150:1,3 170:14
**batch** 119:23 120:12 186:11
**batches** 119:22
**battling** 6:6 58:23 64:9,13
**beckley** 120:14
**began** 54:12 119:14,15 124:16 137:18 144:1,24 155:3,18 160:4

179:3
**beginning** 8:11 14:16 27:1 50:8 60:7 70:18 124:6 158:19
**begins** 27:17 116:22 181:4
**behalf** 9:2,5,6 51:17 74:22 75:10
**behavior** 152:7,8
**behavioral** 102:9 102:10 115:9 116:6 168:22
**behaviors** 194:22 194:23
**believe** 49:22 66:1 77:23 82:5 88:18 100:6,9 109:10 110:1 112:12 121:1 131:17 146:9 168:8 178:9 187:7 190:13
**bell** 47:7
**benzos** 160:1
**best** 100:6,12 101:18 102:1 108:9 109:22 112:10 113:3 114:2 182:23 199:8
**beth** 121:22
**beyond** 13:7,7 18:11 127:12 161:6 175:1,2
**bill** 86:16 146:9
**biostatistics** 17:8 18:1
**bioterrorism** 43:24
**birmingham** 18:15 31:23 34:11

**birth** 164:6 165:6
169:23
**birthing** 163:21
164:2 179:12
**bit** 22:13 26:7
29:24 52:3 59:13
65:1 81:2,14
98:21 194:14
**blank** 165:10
**blood** 168:3
**blow** 155:12
**board** 39:16 40:4
44:12 57:17 116:8
156:20 169:5
176:16,16 177:11
178:16 179:17
**bob** 9:8 10:16
11:19
**bodies** 79:12 80:4
**body** 108:22
157:23 159:23
161:2
**borrowing** 91:18
92:8 138:2
**boss** 171:2,17
**bottle** 91:7 127:24
**bottom** 83:23
84:11 98:5
**boulevard** 2:5
**box** 54:2
**brain** 149:21
158:6,8 188:21,23
**break** 67:20,22
68:1,7,10,12,12,15
68:17 70:24 71:24
71:24 73:13 74:12
93:13 99:21
105:13,18 108:17
109:1 111:21
112:2 116:13,14
135:16 180:8

181:8
**breakdown**
108:22
**breaks** 68:21
**bridgeside** 2:5
**brill** 190:16
**bring** 148:7
**broadhollow** 2:20
**broadly** 21:21
80:19 134:6
136:17,21 162:21
162:22
**broken** 107:15
**brought** 128:7
176:23
**budget** 42:8,11,12
171:6
**budgetary** 171:18
**bullet** 50:8 51:20
73:2,2 74:9 75:23
76:2 79:1,2 88:11
117:3 183:15,20
185:9 187:9
**bulleted** 105:6
**bullets** 87:20
**bureau** 22:9 40:15
44:18,21 85:22
86:20 107:8
142:21,23 161:11
168:1 170:17
**burling** 3:20 8:18
8:22
**business** 32:8,13
**buy** 172:8

**c**

**c** 2:16 3:19 6:4 7:1
49:21 50:16
152:14
**ca** 200:24
**cabell** 1:11 7:17
11:14 20:16 21:8

21:12,16,21 22:7
22:18 23:3,11,16
24:3,11 25:3
41:19,20,23 42:2
60:19,19,24 61:2
76:3 77:2,10,17
89:14,24 90:3
105:8,9,11 106:4
107:3,7,9 111:17
111:19,21 122:3
125:22 126:4
134:3,14,23
137:12,16 138:7
138:12 143:4
144:6 163:23
164:2
**cabell's** 111:18
**cabinet** 36:18
86:16 91:7 92:1
171:3,10
**calculate** 54:11
**calculated** 54:14
**call** 61:21 90:14
173:24 175:20
**callas** 3:11 8:20,24
8:24 196:17
**called** 9:19 40:18
58:1 115:8 146:7
150:11 164:6
**calls** 27:18
**camc** 168:18
**cancer** 131:24
174:13
**capacity** 45:11
**capitol** 2:17
**caption** 198:6
**capture** 164:5
**cardinal** 3:3 8:13
8:16 10:5
**care** 33:22,24
34:17 35:7 37:2

45:22 56:8 113:7
114:5 115:11
147:2,5,13,24
152:3,5,9 166:2,6
170:3,7,11 171:5
172:12 175:3,16
175:21,22 176:7
176:10,14
**carey** 3:7
**carlton** 10:13
**carnage** 60:12
122:2
**case** 7:20 11:3
33:6,20 37:20,20
41:11 46:12,21,21
46:24 47:2,12,19
70:19 81:3 120:2
133:10 136:14
181:21 182:3,22
200:6 201:3 202:3
**cases** 37:22 46:11
46:15,16 95:8
**cataract** 128:14
174:10
**category** 108:16
110:15,16 111:10
**causation** 96:1,2
**causative** 162:10
**cause** 95:4 96:3
108:19 126:12
152:14 158:22
159:2,5,8,14,16
**caused** 49:13 59:4
90:6,7 93:3 95:8
107:19 108:3,4
111:13 136:15
137:7 158:11
**causes** 153:18
159:19 160:6
**causing** 49:1

ccr   198:20
cdc   107:8 120:21
   121:15 139:18,19
   140:3 167:12
   176:20
cdc's   146:13
cell   7:7
cellular   7:6
center   3:20 67:3
centers   86:7
   102:11 130:24
   155:19,20,20
centralized   160:10
certain   88:15
   113:19 166:16
   168:11 187:24
certainly   65:20
   67:19 70:14 71:4
   83:10 87:11 122:3
   152:1 159:15
certainty   96:8
   137:11 138:9
   139:17 150:6
   169:9 171:22
   196:6
certificate   202:11
certification   201:1
   202:1
certified   199:17
certify   198:5,8,11
   199:4
challenge   185:3
   193:4,13 194:16
   194:19 195:2
challenges   167:13
   184:12
chance   71:1,10
chances   62:2
change   141:3
   147:23 152:6,8
   200:13,14 202:8

203:3
changes   200:12
   201:7 202:7,9
chapter   53:2
   198:15 199:7
characteristics
   94:15,18,22
characterize
   178:20
characterized
   164:13
charge   17:14,15
charitable   13:12
charity   45:14
charleston   2:18
   3:9,13 6:5 13:13
   19:12,24 20:7
   24:4,6 25:2 34:20
   35:12,17 37:11
   38:17 41:4 58:24
   64:7,11
charts   80:17
chase   3:8
cheap   119:7
cheaper   155:4
check   83:2 180:18
checkable   141:9
   142:3
chemically   157:20
chest   30:16 31:7
chief   14:6,9,10
   17:6,7 57:13,23
   64:18 79:22,23
   142:16 160:9
child   84:6 86:22
   170:4
children   91:18
   128:18,18 165:6
   166:3,9,12 168:20
   169:9,24 170:3

children's   165:4
chris   121:15
christenson   2:4
christina   84:5
   86:21
chronic   36:12
   130:24 131:20
   144:19 146:14,20
   176:2,3,6,10,13
cicero   118:3 123:3
   139:6,9,14,15
circling   29:24
   136:9
cite   139:4 150:9
   169:17
cited   184:23
cities   21:1
citing   109:10
city   1:4 3:20 7:15
   10:11,13 21:8,13
   21:20 23:17 37:10
   41:23 90:3 105:14
   105:18,22,22
   106:5 107:15
   125:23 134:3
   137:13 138:17,19
   144:6 163:23
   200:6 201:3 202:3
civil   1:6,13,20 6:3
   49:20 50:16 201:5
   202:5
clarification   22:15
   109:12
clarifications
   183:17
clarifies   189:14
clarify   24:5,23
   183:13 184:4,19
clarifying   180:15
   183:6

classes   32:22
classroom   168:21
   169:13
clayton   3:19 8:22
clear   49:11 101:5
   109:7 134:9 154:8
   183:18
clearly   80:13
   85:19 136:19
   146:4 148:17
   161:21 167:12
   171:4 176:19
   179:3 186:24
clerk   104:11
cleveland   200:2
clinic   13:13,18
   33:22 45:14,17,20
   156:13,15
clinical   34:3 54:9
   57:10 163:20
   179:11
clinics   145:5
clock   60:14 83:13
close   23:22 47:8
   53:6 114:3
closely   43:19
   60:23 146:17
   156:3 157:7 164:8
   170:23 171:19
closets   91:19,19
cme   177:18 178:8
cmes   145:18
coal   43:11
cocaine   121:11
   122:7
code   198:16 199:7
cognitive   167:14
colantonio   2:10
   9:8,8 10:16 11:21
   12:9 27:3,12,14
   52:8 59:14 68:23

69:5,18 70:23
71:6 72:7,10
89:16 98:7,17,19
109:7 180:12,20
196:20 200:5
**colleagues** 63:14
63:15,16 145:15
151:9 162:7 179:8
**collect** 127:3
**college** 35:8 40:19
**combat** 63:24 67:7
**combination**
80:20 108:5 121:4
121:10
**come** 20:8 31:10
59:20 71:19 97:10
113:6,24 115:21
127:24 139:4
142:7,21 151:13
154:9
**comfort** 67:6
**comfortable** 66:13
66:13,18 185:8,9
**coming** 42:6 58:12
80:4 87:8 107:17
116:11 125:3
127:1 135:7
136:13 144:4
145:16 161:12
**comment** 12:2
99:10
**commentary**
55:13 56:13,17
57:22
**commission** 1:11
7:17 22:1,3,5 83:9
198:17 201:19
202:25 203:25
**commissioned**
83:11 102:23
106:13,19,21,24

110:2 114:23
115:17 135:7
198:5
**commissioner**
20:22 21:19 22:8
22:16 40:15 43:17
63:9 78:11 83:4,8
85:3,7 86:20 87:4
87:6 102:23
103:12 114:24
123:13 125:19
141:13 142:15
155:15 160:7
169:3 170:16
180:6
**commissioners**
86:13 171:8
**commissions** 85:3
**committee** 178:13
**common** 70:9,12
164:3
**communicable**
122:12 155:19
**communities**
58:16 94:4 144:5
153:3 154:22
**community** 42:22
45:13 155:14
156:16 172:4
188:16
**commute** 14:22
**compilation** 78:21
163:16
**compile** 78:6
102:21 103:2,8
114:21 142:13
**compiled** 89:6
102:3 103:14
105:2 112:15,15
114:18

**compiling** 89:5
103:11,23,24
104:12 105:5
**complete** 59:17,23
**completed** 200:15
**complexity** 136:7
**comprehensive**
104:8
**computer** 97:24
98:23
**concept** 181:9
**concludes** 196:22
**conclusion** 97:11
97:12
**conditioned** 79:12
80:2 81:7
**conditions** 132:4
**conduct** 57:18,19
107:10 108:21
179:9 188:21
**conducted** 7:22
61:11,12 83:11
85:16 103:5 107:7
158:7
**conducting** 19:16
189:8
**conferences**
174:24
**conferencing** 7:23
**confines** 37:9 38:5
**confirm** 57:1 97:9
125:4
**confirmed** 28:2
**confirming** 140:2
**conflict** 84:9
**confusion** 32:16
**connected** 49:5,5
179:16
**connection** 41:18
**connolly** 3:5 8:13

**consequence**
127:17 144:12,13
153:4 154:5,9
167:15
**consequences**
153:19 156:2
161:17 190:14
**consequential**
73:4 183:24
**consider** 25:15
137:3 174:6
**consideration**
25:15,19
**constant** 129:2
149:20
**constantly** 104:14
**consultant** 45:24
46:8 47:11,21
48:1,5,11
**contained** 111:9
**contaminated**
136:11
**contamination**
37:4
**contd** 3:1 4:1
**contents** 97:7
**context** 11:11 66:3
74:13,15 77:9
130:8 191:23
**contiguous** 41:23
42:3
**continue** 7:11
67:24 127:18
149:19,24 179:9
188:3,19
**continued** 13:11
61:1,4 69:15 96:8
116:21 167:1
181:3
**contributions** 95:4

[control - critical]                                                          Page 9

**control** 61:9 86:7
  86:19 102:12
  130:24 169:12
  176:1 187:20
  188:22
**controlled** 61:19
  90:9,11,17 93:9,22
  93:24 95:13 96:9
  110:12,15 116:8
  174:14
**controversial**
  33:13
**conversation**
  51:12
**conversations** 7:6
**coordinate** 42:1
**copies** 12:18
**copy** 50:12 70:3
**cord** 168:2
**corner** 83:23
**corners** 83:22
**corporation** 1:8
  1:14 3:18 7:17,18
  8:19 200:6 201:3
  202:3
**correct** 13:2,4
  14:2,7 15:5,8,18
  15:20,21 16:5,6,8
  16:9,11,14,22 17:1
  17:20 18:22,23
  19:2,3 22:6,18,23
  24:7,12 27:5
  29:17 30:4,5,6,10
  31:7,8,24 32:3
  34:2,13,15,21,23
  35:14,15 36:2,3,4
  36:6,9,10,13,14,16
  37:5,8,9,13,14,16
  37:18 38:2,11,12
  38:14 40:8 41:5
  42:15,16,18 46:1,9

46:13,20,24 47:1
  47:16,17,22,23
  49:14,15 53:11,14
  53:19 54:10,20,21
  55:1 56:12 57:6
  58:9 79:18,19
  83:5,18 84:6,15,20
  85:2,9 89:1,3,4,8
  89:15,24 92:12,23
  94:11 95:9,23
  97:3,13,14 101:21
  102:18 105:8,10
  105:14 110:7,20
  111:10,11,17
  112:9,17 114:22
  131:5 134:8 141:9
  141:18 142:14
  150:23,24 151:19
  154:2 158:3 163:7
  165:19,22 170:9
  170:10 171:24
  172:6,7,9,10,13,14
  172:17,18,22
  173:8,9 174:20
  175:9,10,12,17
  176:7 181:16
  182:6 183:2,3
  189:16 191:21
  196:7,9
**correction** 155:20
**corrections** 98:12
  200:12 202:17
**correctly** 67:11
  73:7 79:14 159:4
  198:9
**correlated** 134:24
**correlation** 78:8
  96:1 117:14
  126:14 129:16
  135:9 141:24

**corresponding**
  195:24
**cost** 171:12 190:7
  190:14
**costs** 119:17 170:4
**council** 190:12
**counsel** 7:15 8:6
  11:14 46:5 72:18
  99:4 198:12,13
**counseling** 38:2
**counselors** 67:2
**counted** 111:8
**counter** 148:20
  172:8
**counties** 21:1
  23:16,24 42:3
  126:13 138:21
  164:18
**country** 56:9
  62:15 102:6 120:5
  122:5,16 130:14
  136:13 141:11
  146:16 162:3,7
  163:11,14 190:14
**county** 1:11 7:17
  19:18,19 20:16
  21:1,8,12,16,21
  23:15,16 37:10
  41:14,16,18,20,23
  42:2 60:20 76:3
  77:2,11,18 78:11
  89:24 90:3 105:8
  105:9,11,18,21,21
  105:21 106:4,17
  106:20 107:3,7,15
  122:3 125:23
  134:3,15,17,17,23
  137:12,16 138:7
  138:12 143:4
  144:6 157:3
  163:23 164:2,13

198:2,4 199:2
  201:10 202:15
**couple** 21:22,23
  22:22,23 84:8
  190:2
**course** 87:19 92:7
  119:20 124:13
  127:11,14 136:24
  171:17 177:15
**court** 1:1 7:19 8:1
  9:15 28:24 29:1
  72:20 75:11 201:7
**courtesy** 70:9,12
**cover** 48:9 81:14
**coverage** 35:22,24
  166:1
**covered** 35:18
  45:1 100:17 111:3
**covering** 65:1
**covers** 100:15
**covid** 186:15
**covington** 3:20
  8:18,22
**crackdown** 156:6
  156:12
**create** 58:16 61:8
  62:5 115:19
  156:11 171:8
**created** 60:17
  148:5,15 157:1,5,6
  163:20 177:4,16
**crimes** 189:9
**criminal** 159:13
**crisis** 49:13 60:15
  63:10 64:22 65:5
  66:11,23 171:14
  171:15 190:15,21
**criteria** 173:20
**critical** 23:18 42:4
  84:23 86:3

crouch  86:16
crr  198:20
crystal  121:18
csi  61:14 101:1
csmp  90:14 93:9
  95:17 145:21
ctrl  97:17,18,22
current  14:8 25:4
  28:6
currently  16:1
  24:15 26:1
cut  14:12 119:24
  125:2 159:15
  188:16
cutting  119:16
  145:2
cv  33:5,9,16 55:8
  55:10 56:20
cycle  177:18
czar  25:15,19
  26:24 27:15 28:3
  28:7 29:22

**d**

d  7:1 9:18
d.c.  14:18,24
data  80:19 85:22
  85:23 89:5,6
  104:15 116:1
  121:14,16,16
  125:10 126:4
  129:17 132:20
  136:16 139:11
  142:11,12,14,20
  142:22 143:1,2,13
  143:19 166:15
  168:10 171:5
  190:18
database  116:11
databases  123:15
date  13:11 158:20
  200:8 201:3,9,19

202:3,13,25
  203:20,25
dated  6:6 49:23
  64:11
dates  25:12
day  1:21 38:10,10
  44:17,17,20,20
  60:6 174:3 198:17
  199:10 201:16
  202:22 203:22
days  61:23 81:22
  88:17,19 91:6,23
  95:1,9,18 128:16
  131:2 146:11
  161:6 174:1,10
  182:21 200:18
dc  3:6,21
dea  156:4 172:13
  172:17
dead  80:4 94:13
deal  34:7 154:8
dealer  120:11
dealers  119:17
dealt  25:7 34:1
dear  200:10
death  61:24 81:22
  95:1,4 96:11
  100:6,19 101:3
  107:19 108:4,19
  111:14 112:7
  113:2,8 114:6
  115:7 121:24
  132:4
deaths  60:11 61:5
  61:12,15,15 62:22
  79:10 80:5,15
  83:12 90:6,7,14
  93:3 95:7 100:17
  106:15 107:21
  108:11 119:22
  125:20 126:13

140:20 141:17
  142:2,13,19 143:1
  158:11,23 159:3,6
  159:9,12 160:11
  160:13,15,16
decade  73:6,20,21
  74:8,9 184:2
  185:4 186:1
  191:12,15,20,22
  192:19,21,22
  193:3,11 194:1,2
  195:3,6
decades  154:9
  191:20
decedent  159:22
decedents  61:17
  93:17,18 109:17
december  19:13
  59:8
decides  172:20,21
  173:6,7
decline  141:15
  151:11
declined  141:13
decreased  161:15
deed  201:14
  202:20
deemed  200:19
defects  169:23
defendant  3:3,10
  3:18 7:15
defendants  1:9,15
  1:19 9:19 81:11
defending  71:22
defense  196:14
deficits  166:9
define  21:17 48:14
  90:21 124:21
  191:15
defining  124:4

definition  58:9
  126:18 163:21
  164:4,5 175:7,14
  179:11
degree  18:11 30:3
  30:3,7,8,9,16,18
  30:22,23,24 31:2,5
  31:11,15,16 32:10
  96:8 137:11 138:9
  139:17 150:5
  169:9 171:21
degrees  30:12
  32:15
delhi  30:4,10,13
  30:19,23 31:1,3,12
  31:15,17
delivered  158:13
demonstrate
  129:12 175:24
demonstrated
  94:20
dental  182:20
dentists  174:9
dep  67:24
department  19:12
  19:24 20:7 21:11
  22:10 23:5 24:3,4
  24:7,12 34:20
  35:13,18 38:3,11
  38:18 41:14 44:7
  60:19,24 86:1,17
  102:7,8 107:9
  163:16 165:3
  170:24,24 171:1
  176:22 200:22
department's  61:2
departments
  155:21
departure  13:24
  14:4

**depends** 110:24
111:5 145:4
**depo** 50:2,3
**deponent** 52:2,7
52:20 64:24 67:23
68:6,10,16 69:3
71:9,14 98:18,20
116:15 140:8
197:4
**deposed** 11:3
29:17 80:23 81:3
**deposited** 158:13
**deposition** 1:19
7:9,14,22 9:10,13
10:8,10 11:5,11
26:4 28:13 29:13
29:14 33:20 47:19
50:14,19 53:5
64:10,15 69:23
70:18 71:22 72:21
74:5,19 75:1,12
76:9,11,12,18
80:24 81:6,9
82:14 98:24 99:24
109:11 114:11,13
116:23 147:23
181:5 185:20
190:24 191:10,18
191:24 192:3,4
197:3 198:5,9,13
199:4 200:8,11
201:1,3 202:1,3
**depositions** 69:22
**depressants**
121:12
**depth** 29:14
**deputy** 86:19
**derivation** 113:20
113:23
**derived** 76:18
97:11 101:22

110:2 113:17
**describe** 55:9 58:7
156:15 194:10
**described** 87:2
121:6 123:18
147:22
**describes** 120:22
185:21
**description** 174:16
**designed** 124:1
**desire** 143:20
**detail** 59:20
**details** 59:6,13
**determine** 27:21
31:21 94:7,9
138:6,11,18
**determined**
106:16
**detoxification**
67:3
**develop** 44:6
177:12 179:5,11
**developing** 137:18
150:20 167:21
**development**
167:14,14
**develops** 187:17
**dhhr** 40:16 64:2
170:9
**diabetes** 36:1,12
131:24
**diagnosed** 165:6,9
166:10,13 169:10
**diagnoses** 164:5
167:17
**die** 48:23 119:8,8
145:1 149:8
167:19 186:12,19
**died** 61:23 81:21
88:17,19 93:18
94:9,10,13,20,23

94:24 95:11,15,19
95:22 96:18,19
100:1,2,5,8,10,20
100:21 101:6,10
101:14,15 107:23
108:6,7,7,8 109:19
112:24 114:3
**dies** 108:20 186:12
186:15
**different** 46:11
50:6,10 93:3,6
94:12 108:24
129:15 136:1
137:1 170:8
184:15 194:19
**difficult** 49:2 55:6
**difficulties** 165:7
166:13
**difficulty** 169:12
**dimes** 14:7,8,14,15
15:3,7,10,22,24
16:3,21 17:4,12
**diploma** 30:16
**direct** 42:9,11
95:24 117:14
**directed** 106:14
114:23 115:17
142:16 147:1
**direction** 85:18
86:4 103:6 118:11
**directly** 76:20
143:1
**director** 19:11
23:14 24:6,8
34:19 35:12,17
36:20,23 37:3,24
38:17 39:6 41:14
86:18,21 150:12
**disagree** 73:15
132:9

**disciplinary** 84:21
104:10 115:15
156:21
**discipline** 44:15
**disclosure** 6:4
11:15 49:21 50:17
75:11 184:23
**discounting**
133:18
**discuss** 53:21
194:18
**discussed** 38:14
107:12 141:20
146:6 172:1
183:15
**discussing** 110:5
113:18 126:6
130:4 151:5
161:12 191:24
**discussion** 166:24
**disease** 36:5,13
86:7 102:11 120:8
120:10 127:19
130:24 131:6,20
131:21,23 132:3
134:18 144:19,19
144:20,21 188:20
189:11
**diseases** 30:17
31:7 73:4 122:12
155:19 184:1
**disorder** 127:16
131:19 137:19
140:22 144:17,18
149:6,18 150:7
153:7 154:18
155:8 161:8
171:15 179:15
187:18 194:15,18
**dispense** 172:22
173:7

dispensed   95:3
172:15
disproven   53:11
53:12,14
dissect   122:20
dissimilar   122:4
distinguished
106:16
distribution   56:7
159:13
district   1:1,1 7:19
7:20
diversion   90:20,21
90:23 91:3,5,11,15
91:16 92:3,10,17
92:21 118:19
120:18 126:18
127:22 128:20,24
129:1 145:8
diverted   117:14
126:15,17,20
127:5 137:23
138:2 173:14
docket   49:22
doctor   9:9,12,23
10:7,14 11:3,13
12:1,8 13:1,15
14:5,12 15:3,16
16:3 17:12 18:4
18:18 21:15 24:22
25:4,6,10,13 26:5
26:16 27:9 28:2,6
28:18,20 29:3,18
30:1,2 33:14,20
34:10 35:22 39:4
42:7 45:23 49:16
50:9,21 51:1,23
52:14 55:10 56:24
58:13 59:12,18
60:2,22,23 65:5,13
65:16 66:9,16,21

67:12 70:1,9,17,24
71:6,11,11,15 72:9
72:17 75:22 76:9
76:13,23 77:6
78:24 81:14,23
82:19 83:17 85:2
87:13 88:8 90:22
97:8 98:22 99:16
99:22 102:18
106:3 109:4,15
110:6 112:20
113:14 116:14
117:2,9,17 122:19
126:10 129:6
132:5 133:23
135:8 140:1,7,17
143:3,12,21 149:9
150:1 151:6,19
156:18,22 157:2
162:9 167:4
168:18 172:20
173:1,5 175:8
177:22 180:10
181:8 183:7,12
186:2 187:7
189:14 190:5
191:3,4 193:12,18
193:23 196:15,19
doctors   67:2 92:15
147:24 148:2,4
157:11 164:1
document   50:22
51:2,5,7,10,14,16
51:22 52:15 65:11
65:17,18,21 66:2,3
66:14 67:18,20
68:2,5 70:3,4 71:1
71:3,23,24 72:2
73:23 74:21 75:9
75:10,18 76:15,16
82:17,23 123:5,11

documentary
150:11
documented
123:21
documents   10:22
78:17,19 82:9
126:8
doing   10:6,8,10
11:5 12:17 45:15
46:19 55:24 69:22
69:24 74:16 76:23
80:10,13 97:8
123:19 144:7
146:24 153:20
161:10 174:4,5
179:18 188:12
dollars   190:14
domain   123:16
164:20
domestic   16:1
door   34:2
dopamine   149:20
187:23 188:1,4
189:2
dose   182:11
doses   92:1 149:3
176:12
douglas   3:7
downstream
124:17 144:3
dozens   120:5
dr   25:13 198:5
199:5
drafting   183:14
drive   2:20 41:19
driven   159:17
drop   62:23 63:1,1
dropped   151:12
drops   62:22
drowning   144:5

drug   1:7,14 7:16
7:18 25:15,19
26:24 27:15 28:2
28:7 29:22 61:9
61:19 76:4 77:11
77:17,24 78:3,7
80:6,14 86:19
90:12 91:19 93:18
95:11 107:20
108:10 110:13
115:7 119:17
120:11 122:10
126:22 131:4
134:2,4,7 135:1
136:6,10,18 137:7
150:13 151:11
159:11 160:13
200:6 201:3 202:3
drugs   62:14 73:3
80:15 117:15
118:9,20 119:6
120:17 121:19
122:6 127:15,20
128:5,6 129:9,14
129:23 130:22
131:1 134:24
136:15,23 137:7
143:6,23 144:24
159:17 160:5
161:1 183:23
184:16 185:4,23
186:11 187:3,14
192:15 193:9,22
195:3,11,15
due   26:5 65:24
71:18
duly   9:20 198:4,6
198:7
dumped   195:21,24
duration   130:6

durations  149:3
duties  35:19 41:3
  41:4
duty  43:3
dwarfed  173:12
dying  62:3 157:17
dynamic  104:17

**e**

e  7:1,1 11:23 68:4
  70:15 82:6
earlier  45:8
  102:22 126:18
  183:15 191:9
  194:20
early  61:4 147:3
  148:1 180:1
easier  50:9
easiest  126:7
east  3:8,12
economic  190:7,12
economist  196:7,9
  196:10
editor  57:13,23
editorial  57:17
educate  148:22
  179:4
education  15:8,11
  49:3 144:10
educational
  145:18 157:5
  179:6,6
effect  47:10,14
  96:3 148:15
effects  43:11
  148:13 158:5,8
effort  60:6 104:9
  152:8
efforts  62:16
  144:2 145:13,14
  146:22,24 147:1
  148:19,22 155:22

155:23
either  101:21
  106:4 107:15
  113:5 115:8 119:2
  128:23 189:4
elected  21:12
elevated  188:4
elias  2:14
email  200:17
emanates  122:18
emergency  34:4
  67:1,2 102:9
  115:8 119:4,5
  157:16 166:1
empirically  53:13
  163:6
employed  198:12
  198:14
employee  198:13
employees  42:15
  64:2 67:4
ems  42:17 85:24
  115:9 116:5
enact  124:16
enclosed  200:11
encourage  126:2
encouraged  177:2
ended  106:14
ends  186:16
enforcement
  144:11 156:5,12
  157:8 179:20
engage  87:1
  156:11
engaged  148:18
engagement  17:7
  47:10,14 87:2,3
engaging  86:7,10
enhanced  155:24
ensure  20:24
  147:18 148:24

179:14
ensuring  37:21
  38:4,5 145:23
enter  168:20
entered  202:9
entering  170:3
enterprise  190:17
entire  65:11 66:14
  190:23 201:5
  202:5
entirety  13:5
  73:10
entitled  1:20 6:6
  64:12
enu  3:4 8:13 10:5
  20:9 24:18 26:9
  26:14 27:12 28:11
  33:10 59:16,21
  65:24 67:16 68:12
  69:11,20 71:21
  74:18 75:5
environment
  148:6
environmental
  43:2,4
epibiostats  152:17
epidemic  6:7
  58:23 64:1,9,13
  67:8 162:11 170:2
  190:8
epidemiological
  18:13 19:16 21:6
  45:4,6 85:15 96:6
epidemiologist
  18:17 19:6,6,9
epidemiologists
  17:13,15,16,18
  19:15 39:17
epidemiology
  16:21 17:4,8,11,19
  17:22 18:3,7,10

20:2,5 39:6,10,14
  39:19 40:1,17,19
  142:18 152:16
  186:10
equal  152:13
  183:8
equity  15:16 58:16
erik  64:8
err  88:6
errata  200:13,18
  202:7,10,18 203:1
error  165:11
especially  145:2
  149:2 172:3
esquire  2:3,4,4,7
  2:10,10,13,13,16
  2:16,19 3:4,4,7,11
  3:14,19,19 4:4,4
  200:5
essential  23:22
essentially  56:4
  102:17
estimate  190:7
et  1:8,14 7:17,18
  201:3 202:3
ethical  148:1,2
evaluated  121:15
evans  1:21 8:1
  198:4,19 199:3
event  37:4 128:15
  136:6 181:11
eventually  48:23
  155:12
everybody  64:3
  75:14 182:9
  186:12,15 188:18
everyone's  148:8
evidence  137:9
  175:24
evolution  134:4
  135:23 136:8

evolve  144:2 154:6
evolved  147:3
evolving  121:13
  150:20 166:16
  169:22
ex  175:2
exact  25:12 80:24
  138:24 182:2,12
exactly  25:10
  46:14,15 63:15
  114:8 133:3
  178:11
exam  174:5
examination  5:1
  9:21 101:1 183:10
  190:3 191:6
examiner  79:24
  81:7 142:17 160:9
examiner's  86:1
  102:11 160:10
examiners  94:19
  116:7
example  36:1 91:5
  91:10,12,13,20,22
  118:23 120:8
  121:15 123:12
  128:14,15 155:23
  160:7 174:2,6,11
  174:15 175:19
  176:4 181:22
  182:2,4,21 186:14
examples  48:18,19
  91:16 92:19,20,21
exception  141:5
exclusive  39:16
exclusively  162:3
excuse  25:11
  30:14 79:8,9
  177:23
exec  176:24

executed  202:10
execution  85:4
  201:14 202:19
executive  24:6,8
  34:19 35:11,17
  36:20,23 37:3,24
  38:17 39:6
exhausted  174:13
exhibit  6:1,3,5
  33:19 49:16,19,22
  50:1,6,14,19 64:5
  64:7,10,15 70:8,10
  70:21 72:18 82:11
  87:9 97:5 117:3
  166:13 183:21,22
  191:1
exhibits  10:20
  11:20,22 12:4,21
  20:10 70:2,7,7,15
  82:6
existed  90:20 93:6
  175:16
existing  101:22
exists  39:14
  117:20 134:12
expand  37:1 61:3
  61:7
expanded  48:8
expansion  36:22
expect  155:9,12
expecting  26:19
experience  13:5,6
  13:7 17:10 18:5
  20:1 54:10 57:21
  117:21,22 123:9
  129:19 130:18
  150:4 163:9
  169:15
experienced  171:6
experiences  123:4
  123:5,16 125:3

expert  11:15 17:17
  45:24 46:7,20,24
  47:3,11,21 48:1,5
  48:11 56:2 136:20
  150:22 151:1
  152:22 158:2
  174:19
expertise  17:10
  20:1,5 45:5,6
  57:20 102:13
  134:10 151:2
  175:2
experts  55:21 62:7
  104:13 136:17,18
  136:19 164:8
  176:23
expiration  201:19
  202:25 203:25
expires  198:17
explain  11:7 16:15
  17:2 101:4 187:11
  189:13,15
explained  58:10
explains  95:2
explanation
  153:22
explore  132:5
exposure  168:7
extensive  15:19
  18:12
extent  183:6
  184:14 193:23
extractions  182:20
eyre  64:8

f

f  97:17,18,22
faceted  84:22
facets  21:7
facilitate  85:18
facilities  163:22
  179:12

facing  48:16 49:9
  60:11
fact  33:13 63:22
  79:18,21 81:9
  82:1,19 89:2 99:6
  99:9 101:20 102:4
  103:3,4,9,24 105:2
  105:7 107:18
  112:8 113:10,16
  113:21,24,24
  114:16 115:13
  116:2 118:8
  119:11 136:2,11
  141:9,10,16,18
  142:3 144:1 163:3
  163:5 175:11
  176:8
factor  159:11
factors  106:17
  171:19
facts  27:21 53:10
  53:12,13,18 81:24
  82:23 88:5,6,22
  102:2 109:22
  110:1 118:17
  196:2,3
factual  76:17
  101:17,22
faculty  34:10
fair  11:6 45:2
  53:23,23 55:4
  63:10 84:2 87:23
  88:3,9 94:5 98:1
  110:3 113:18
  114:19 124:9
  128:2 133:6 147:3
  148:3 173:3
  181:24 182:18
  185:2 195:1
fairly  15:19 53:6

**[fall - found]**

**fall**  120:2
**false**  130:19
**families**  67:5
**family**  84:6 86:22
   91:18,22 127:1,6
   127:23 165:3
   188:15
**fans**  80:2
**far**  142:20 161:4
   164:16
**farrell**  2:7,7 5:5
   9:6,6 75:5,6 190:1
   190:2,4 191:2
**fashion**  84:20
**fatality**  82:20
   89:23 97:2,6,13
   104:3
**fault**  144:14
**fazal**  4:4
**feature**  64:17
**featured**  150:12
**february**  15:2
**federal**  1:20 6:3
   49:20 50:15 156:4
   156:11 157:7
**feed**  140:23
   149:19 157:23
   188:3,3,19
**feel**  51:22 66:12
   98:3 148:7
**female**  93:16,17
**fentanyl**  80:21
   93:14 108:8
   117:16 119:16,19
   119:24 120:24
   121:9,11 122:7,11
   125:2 136:11
   145:3,12 153:12
   154:7 159:16
   160:2

**fewer**  49:4,6 145:7
**field**  57:12
**fifteen**  68:17 69:1
   69:3,8
**fifth**  147:12
**figure**  48:19
   108:18 133:5
   153:14 154:20
**file**  75:9
**filed**  7:19 50:7
   72:20 74:21 75:10
   76:15,15
**filing**  197:3
**fill**  109:18 110:9
**filled**  61:23 81:21
   93:20 94:24 95:9
   95:19,22 111:13
**filling**  88:17,19
   110:17
**finance**  32:9,13
**financially**  8:5
   198:14
**find**  95:18 97:15
   97:17 99:21
   102:14 126:3,9
   134:20 143:12
   144:22 188:19
   200:11
**finding**  121:8
   136:9 159:22
**findings**  61:16
   62:4 81:24 82:1
   119:10 138:24
   162:6
**fine**  56:24 60:1
   77:6 180:22
   182:17 186:17
**finger**  104:19
**finish**  24:19 26:10
   59:15 71:2 72:1
   137:17

**fire**  64:18 155:10
**firefighters**  66:24
**firm**  2:11 7:24 8:1
**first**  9:20 18:6
   43:19 48:4,22
   54:7 60:7,16,17,17
   73:2,2 74:9 84:7
   84:12,17 106:11
   106:15 120:4,16
   122:22 123:2
   124:1,4 138:22
   146:15 152:22
   163:20 168:16
   176:9,12 182:12
   183:20 192:2
   198:7
**fitzsimmons**  2:10
   2:11 9:9 10:16
**five**  18:13 69:2,5
   107:5 113:4,6
   121:24,24 131:2
   159:23 161:6
   168:2,12 180:20
   180:20,23 181:23
   182:5,24
**flood**  43:14,16,18
**flooded**  94:3
**flooding**  119:4
   128:11 153:3
   157:15
**floor**  2:8
**florala**  33:22
**focus**  141:23
   145:23 169:13
   192:2
**focused**  15:4 103:4
**foia**  126:8,10,11
**folks**  169:19
**follow**  73:17
   160:17 161:3
   183:8 190:2 191:5

   196:15
**followed**  120:20
   184:17
**following**  19:20
   130:19 181:11
**follows**  9:20 66:22
   69:15 73:3 76:2
   116:21 140:18
   167:2 181:3
**footnote**  54:1,5,6,8
   54:22 58:11,13
**foregoing**  198:5
   201:13 202:18
**foremost**  152:23
**foreseeable**  154:5
   154:11,14 155:6
   155:17
**form**  89:20 115:21
   149:15 162:6
   171:13 184:21
   185:11,12 186:6
   187:15,16 189:17
   189:19 190:10
**formal**  18:7,9
   174:24
**formed**  131:12
   140:21,23 141:21
   187:10
**forms**  140:22
   189:16
**forth**  24:2 66:6
   75:8 93:14 169:16
   198:15 199:6
**forty**  198:15 199:7
**forward**  200:15
**foster**  170:3,7,11
   171:5,12
**found**  61:21 62:1
   70:18 93:17,19,23
   109:16 115:6
   139:9 164:14,17

**[found - gupta]**

168:2,6 190:19
**four** 33:1,17
101:18 102:2
112:12,23 113:4,5
113:5 146:11
180:10 196:24
**fourth** 121:1,1
**frame** 129:24
130:3 160:3
**free** 201:14 202:20
**frequently** 126:1
170:22
**friends** 91:18,21
127:1,6,23
**front** 10:22 11:1
51:4 76:16 79:1
112:11
**frontal** 188:22
**fulfill** 189:10,11
**fulfilling** 87:3
**full** 23:20 71:1
122:1 155:11
198:10
**fuller** 2:13,14
**fully** 189:4
**function** 176:2
**functioned** 34:4
**fund** 60:21 179:10
**funded** 60:17
168:18
**funding** 60:18
**further** 9:15 30:1
57:22 183:4
189:22 191:2
196:13 197:4
198:8,11,13
**future** 154:9

**g**

**g** 7:1 9:18
**gacsa** 178:13

**gains** 152:10
**gather** 12:21
**gazette** 6:5 58:24
63:4 64:8,11 67:9
**gdp** 190:20
**gears** 149:9
**gender** 106:16
**general** 45:21
118:4 124:3,5
**generally** 53:4
55:17,20 57:8
58:8 80:20 84:16
90:16,18 92:10
110:15 139:7
141:2 160:23
162:21 194:6
**genesis** 96:22
**genetics** 161:10
**getting** 53:24
75:14 91:19 104:6
120:19 154:21
162:16 174:1
181:12,14 192:11
**give** 17:23 27:8
48:18 49:17 53:21
59:19 71:19 75:10
77:19 78:16 81:1
117:23 167:8
175:19
**given** 63:17,17,23
64:3 135:21
196:23 198:17
199:10
**gives** 128:23
**giving** 47:18 146:1
**glitch** 121:7
124:20
**global** 15:4,23
58:14
**go** 7:12 13:1 18:2
32:15,18 33:9

40:17 42:21 51:21
52:2 53:20,24
55:8,8 56:21 59:6
60:2 69:10,21
70:22 71:6 74:21
79:1 83:2,21
86:14 87:11,16
88:4 97:6 98:6,6
98:10 99:18 109:3
119:3,6 126:7
131:8 132:18
133:12 135:20
137:5 139:2 140:8
140:13,14 143:11
143:18 151:4
153:7 157:2,14
158:9 166:20
167:12 170:1
173:10 176:19
178:24 180:16
188:10 191:8
192:16 194:14
**goes** 110:11
128:23 141:19
163:8 182:20
**going** 7:3 10:6
11:19 12:7 22:16
41:21 49:16,17
54:2,11 58:11
59:19 60:6 68:11
69:1,12,16 70:19
73:1 74:20 76:23
94:14,21 98:16
109:3 112:19
116:18 117:2
118:10 128:17,17
132:1,5 135:11
152:7 153:5 154:7
154:8 157:19
180:24 182:9
183:12

**gonna** 155:12
156:23
**good** 7:2 8:12 9:23
9:23 10:1,3 77:15
78:15 116:13
145:24 147:19
148:24 153:22
**governing** 63:6
**governor** 19:21
37:1 62:10 86:16
146:14 178:12
**governor's** 36:18
178:12
**governors** 146:15
**great** 116:15 187:7
**greater** 59:20
**gretchen** 3:11 8:20
8:24
**grips** 149:23
**ground** 169:7
**group** 114:19
**growing** 169:10
**guarantee** 154:6
**guess** 12:23 24:18
48:2 53:17 55:7
70:9 74:2 99:18
123:8
**guidance** 85:10,11
85:13,15 177:12
**guidelines** 130:23
146:14,16,19,20
149:1 176:21
177:2,5 178:18
**gupta** 1:19 7:14
9:9,12,24 10:7,15
11:3,13 12:8 13:1
13:15 14:5 15:3
15:17 16:4 17:12
18:4,18 21:15
24:23 25:13,13
26:5,16 27:9 28:2

28:6,18,20 29:3,18
30:2 33:14,20
34:10 35:22 39:5
42:7 45:23 49:16
50:9,14,19,21 51:1
52:14 55:10,11
56:24 58:13 59:12
59:18 60:2 64:10
64:15 65:5,13,16
66:9,16,21 67:12
68:20 70:1 71:11
71:15 72:17 75:22
76:9,13,23 77:6
78:24 81:14,23
82:19 83:17 85:2
87:13 88:8 90:22
97:8 98:22 99:22
102:18 106:3
109:4,15 110:6
112:20 113:14
116:14,23 117:2,9
117:17 122:19
126:10 129:6
132:5 133:23
135:8 140:1,17
143:3,12,21
149:10 150:2
151:6,19 162:9
167:4 175:8
177:22 180:10
181:5,8 183:7,12
190:5 191:4
193:12,18,23
196:15,19,23
198:5 199:5 200:8
201:4,9 202:4,13
203:20
**gupta's** 70:17,24
**guys** 12:7 98:2
**gyns** 179:13

## h

**h** 9:18
**ha** 104:19
**habit** 149:19
  188:14 189:11
**hager** 4:3 7:24
**half** 18:13 61:22
  95:18 190:13,19
**han** 121:22
**hand** 67:7 128:18
  128:21 156:19
  198:17 199:10
**handicapped** 98:3
  135:3
**hands** 128:18
**handy** 10:21
**hang** 26:10 68:13
**happen** 53:4 62:20
  119:14 156:1,2,6
  160:12 162:1
  187:18 189:16
**happened** 13:24
  59:8 61:13 62:13
  102:2 107:5
  120:14 125:21
  155:13 160:17
  179:22
**happening** 23:23
  60:13 83:12 118:6
  119:19,23 124:18
  125:11,22 144:13
  145:10 152:20
  161:23 162:1,2
  164:10 177:8
  179:14 182:22
**happens** 57:9
  92:17 128:13
  152:12 188:5
**happily** 57:7
**happy** 27:24 29:14
  47:4 53:20 56:21

59:6 72:23 77:8
78:17,22 80:17
99:10 105:23
125:9 133:7
150:17 169:19
178:24 192:6
**hard** 70:3
**harm** 60:17 61:2
**hattiesburg** 2:15
**hcap** 147:6
**he'll** 12:12 65:19
  68:23 196:20
**head** 24:12 25:1,3
  33:7 106:3
**health** 3:3 8:14,16
  10:5 13:12 14:9
  15:5,16 17:6,24,24
  18:1,1,12,14 19:10
  19:12,22,24 20:7
  20:22,23 21:11
  22:5,6,9,10,12,17
  23:5,14,19,20,21
  24:2,3,4,6,8,11
  25:4,5,7 31:22
  34:20 35:12,17
  36:8,12 38:4,11,18
  40:7,11,15,16 41:2
  41:7,13,14 42:7
  43:2,5,11,17 44:7
  44:8,18,21 45:1,10
  45:12,15 58:15,16
  60:19,24 61:2
  63:8 67:4 78:10
  78:12 83:4,8 84:6
  85:22 86:12,17,20
  86:21,22 87:7
  102:10 107:8,9
  113:7 114:5,24
  115:9,10 116:6
  126:22 132:4
  134:10 142:21,24

152:13,17,22,22
153:17 154:23
155:15,21 160:7
161:11 168:1
169:2 170:17,18
170:21 171:1
172:12 176:22
180:6 186:9
188:15 190:6
**healthier** 58:16
**hear** 166:20
**heard** 40:22
  123:11 159:4
  175:8
**heart** 36:5,13
**held** 18:16 19:2,5
  35:16 129:21
  130:3 189:1
**help** 11:12 19:9
  22:13,13 27:11,12
  27:21 29:8,9
  36:19 46:3 48:16
  49:9 60:10 113:1
  114:4 115:3
  124:17 131:22
  139:8 148:20
  149:7 154:21
  176:1 179:10
**helped** 23:12 36:7
  36:17,24 60:21,21
**helpful** 33:2,11
  52:1 125:18
**helping** 37:21 67:6
  147:1
**hepatitis** 48:24
  106:22 122:13
  155:23
**hereof** 198:7
**heroin** 80:21
  93:14,20 94:11
  108:7,23 117:16

118:7,14 119:8,15
119:16,24 120:21
120:24 121:10
122:7,10 124:8,11
124:24 125:1
132:22 136:3,22
137:10,16 144:24
145:3,11 151:9,23
152:20 153:12
154:1,7 157:15
159:14,15,15
160:2 161:18
188:11 189:6
**hester** 3:19 8:17
   8:17 185:11
   187:16 189:18
   196:16
**high** 59:10,19 62:2
   94:6 96:10 113:6
   131:3 145:13
   154:3 176:11,12
   176:12 187:22
   188:2
**higher** 149:3
   154:17 161:8
   164:18
**highest** 86:3
   164:16
**highlight** 65:7,14
   65:15
**highlighted** 44:24
   65:12,23 66:15,17
   66:20 132:20
**hired** 25:10
**historical** 106:8,15
**historically** 15:24
**history** 76:5 77:3
   174:5
**hiv** 48:24 76:3
   77:1,10,17 78:3,7
   106:19 107:11

122:13,15 152:19
   155:2
**hold** 12:19 72:10
   75:5,5
**holds** 171:20
**home** 127:24
   128:7
**homicides** 160:14
**hone** 95:17
**hope** 68:19 88:21
   130:15
**hoping** 33:5
**hopkins** 62:7
**hospital** 34:5
   120:7 147:13
   186:16,18
**hospitalist** 34:17
   35:6
**hospitals** 147:8
   163:23
**hostage** 189:1
**hour** 47:6
**hours** 80:5,5 107:5
   120:5 177:18
**house** 79:12 80:4
   155:11 190:11
**how's** 69:2 116:13
**human** 22:10 23:6
   44:8 86:17 171:1
   176:22
**hundreds** 133:19
   169:4
**hunter** 2:19 9:11
**huntington** 1:4 2:9
   7:16 11:14 20:14
   20:18,21 21:9,13
   21:16,20 22:7,18
   23:3,11,17 24:3,11
   41:24 60:19,24
   61:2 64:18 89:14
   90:3 106:4 107:9

112:1,2 120:3
122:4 125:23
126:4 134:3
137:13 138:17,19
144:6 200:6 201:3
202:3
**huntington's**
   163:23
**hydro** 110:22
**hydrocodone**
   111:1,6

**i**

**icu** 15:15
**icus** 163:10,11
**idea** 73:20
**identification**
   50:18 64:14
**identify** 105:1
**ii** 110:16,18,19
   111:5,7,8 148:24
**iii** 110:19 111:6,9
**illegal** 91:3 124:9
   126:16 131:14,15
   132:14,19 133:13
**illegitimate** 92:8
   127:10 128:9
   138:1
**illicit** 140:22 143:6
   143:23 167:18
   168:5
**immediate** 152:10
**immediately** 14:20
**immunization**
   43:8
**immunizations**
   37:15 43:6,7
**impact** 63:9
   179:19
**impacted** 120:13
**importance** 42:1
   57:15,16

**important** 49:3
   61:10 87:5 121:21
   130:8 131:21
   156:14
**impression** 115:12
**improve** 176:2
**improvement**
   86:20
**impulse** 169:12
**impulsive** 168:22
**inappropriate**
   173:13,16,24
   174:2,7,11,17
   175:7,14,20 178:6
   178:23 180:3
   181:9,21
**incarcerated**
   96:18 100:1
**incarceration**
   97:19
**incentivized** 147:8
**incentivizing**
   147:13
**incidence** 162:23
   166:8
**include** 42:21
   132:2 137:21,24
   138:1,1 175:8,11
   175:15
**included** 19:15
   21:8 36:1 38:5,6
   59:9 61:17 97:21
   102:7 107:3
   108:15 111:19
   116:4,5,6,6,7
   166:1,2 200:13
**includes** 17:5
   105:9 166:4
   169:22 194:6
**including** 21:5
   23:3 37:10 62:7

86:6 104:9 125:22
125:23 144:6
163:22 167:11
176:24 178:16
189:8
**inclusion** 110:17
**inclusive** 168:4
178:16
**incorporated**
202:12
**incorrect** 16:23,24
30:11 31:19 40:12
40:13 172:23
**increase** 122:1
154:1 158:10,23
159:3,9 161:18
170:2 186:22
187:2 191:11
**increased** 120:18
122:12,16 151:10
151:23 152:21
155:21,22 162:24
**increases** 186:20
**increasing** 170:4
**independent** 97:10
138:4,11,17
**index** 5:1 6:1
**indicate** 111:12
**indicated** 197:2
**indicating** 200:13
**indicative** 141:21
**indirect** 42:10
**individual** 100:24
131:12,19,22
132:2
**individuals** 10:17
84:14,23 85:2
87:1,4 94:22 95:5
96:11 105:4
112:16 115:6
127:15

**indoor** 37:13
**infant** 15:4 17:24
**infection** 186:15
**infectious** 120:10
**infiltration** 119:16
**information** 29:15
77:16 78:6,16
79:20 99:22
101:23 102:3,16
102:18,21 103:3,8
103:15 107:14
112:14,15 114:18
114:21 115:13,20
116:1,10 163:15
**informed** 78:16
**initial** 146:11
**initially** 140:23
169:10
**initiated** 60:20
137:20
**injury** 84:4
**inner** 188:21
**inspecting** 37:8
**institute** 150:13
190:17
**institution** 176:17
**instructions**
142:19
**insurance** 146:17
**insurers** 176:24
**integral** 105:5
**intend** 74:12
**intended** 92:4
94:19
**intending** 26:16
**intensive** 101:2
**interact** 17:13
**interacted** 95:12
113:7 169:4
170:22

**interacting** 169:6
**interaction** 61:18
90:10 96:9 115:10
**interactions** 95:16
101:3
**interagency** 85:20
**interested** 8:5
198:14
**interfere** 7:9
**interference** 7:6
166:21
**interim** 14:10
**intermittently**
164:11
**internal** 18:22
34:14,16 35:5
55:13,17 56:3
58:1
**international** 16:2
**internist** 19:2 35:6
45:22 54:9,20
134:9
**internists** 56:5,9
**interpreting**
104:15
**interrogate** 145:21
**interrogated**
90:13 110:11
**interrogating**
93:24
**interrupt** 20:9
22:14 24:16 59:11
162:15
**interruptive**
168:21
**interviews** 123:14
**intrauterine** 168:7
**investigation**
37:20 61:14
**investigations**
78:22

**investigator** 85:6
**investigatory** 21:6
**involve** 108:12
**involved** 19:14
20:24 21:4 44:14
85:23 108:11,13
116:4 156:7
**involves** 17:7
**issue** 69:21 161:12
162:10 163:17
179:10 186:4
**issues** 161:1
168:22 169:13
**issuing** 32:15
**italy** 32:21,23
**item** 55:9,9
**items** 58:5
**iv** 76:3 77:11,17
77:24 78:3,7
110:16,18,19
111:10 122:10
134:2,7 135:1
136:15,18 137:7
144:24 157:15

**j**

**j** 2:16,16,19
**jackson** 3:12
198:2
**jail** 157:10
**jama** 121:22
122:21,23 123:3
139:6
**jan** 64:18
**january** 40:14
41:1 60:8 179:2
**jim** 86:15,18
**job** 21:10 23:10
188:13
**john** 62:7
**johnson** 86:18

**joined**  179:22
**jones**  121:15
**journal**  57:14 58:1
**journey**  137:18
**jr**  2:7
**judge**  27:23 28:13
  29:7,9 182:24
**judicious**  149:4
**jump**  13:2
**jumping**  81:13
**jurisdiction**  21:2
  37:10
**jurisdictions**
  104:22
**justice**  86:15
**justin**  4:4
**juvenile**  155:19

**k**

**kanawha**  19:12,19
  19:24 20:7,24
  24:4,6 25:2 34:20
  35:12,17 37:10
  38:17 41:4,15,19
  199:2
**kathleen**  2:13
**kearse**  2:3 5:4 9:2
  9:2 12:16 24:18
  26:9,13 27:18
  28:4,8,11,12 29:4
  52:18 59:16,21
  65:16,24 67:16,22
  68:1,11,18 69:10
  69:20 70:20 71:21
  74:18,24 81:10
  88:2,13 102:19
  151:15 166:22
  180:14 183:9,11
  185:13,18 189:22
  191:18 192:4,7,8
  192:10,13 193:6,8
  193:16,20

**keep**  22:16 68:21
  76:23 98:16 188:1
**keeping**  22:1 23:6
**kelly**  3:12
**kept**  101:23
**kessler**  3:7
**kilkenny**  25:5,6,10
  60:22,23
**killing**  49:1 60:13
**kind**  11:23 110:10
  120:4 150:17
  155:13 189:12
**kinds**  57:9
**knee**  181:12,22
  182:1,3,4,5,17
**knew**  152:6,9
  153:4,10 156:1
**knight**  2:13
**know**  12:12 21:22
  25:11 29:6,13,23
  33:6 41:11 46:14
  46:15 51:11 54:4
  61:18 64:2 68:3
  69:23 70:6 72:18
  72:22 73:23 74:7
  74:9 76:6 79:3
  80:6 87:12 89:13
  89:22 90:5 91:24
  92:6 94:16 95:21
  97:22 98:1 102:3
  107:19 109:13
  111:5 113:20,23
  115:24 116:7
  117:10 118:2,5
  121:13,22 127:12
  127:19 128:13
  130:1,1 132:13,17
  132:21 133:8
  136:6,18 137:9
  138:21 139:8,22
  140:7 143:9

144:16,16 145:4,8
  147:8,14 148:5,16
  151:2,24 153:16
  154:22 155:5,7,9
  155:10,11 156:21
  160:3,12 161:4,5,5
  161:9,13 164:21
  166:12 170:20
  173:24 174:8,9
  176:20,24 179:21
  184:5,8 186:9,10
  188:3,13,21 189:8
**knowing**  40:3
**knowledge**  16:18
  26:22 39:13 41:18
  49:12
**known**  107:7
**kristen**  3:14

**l**

**l**  9:18
**lab**  158:7
**labeled**  75:23
  156:18
**labor**  101:2
**laboratory**  43:21
**lag**  117:6
**language**  191:8
**laptop**  104:11
**large**  57:12 94:2,3
  118:18 128:12
  158:12 174:7
**largest**  19:18
  23:15,16 76:4
  77:3 141:11,15
**late**  147:5 148:1
**law**  2:7,11 156:5
  156:11 157:7
  179:20
**lawfully**  172:20
  173:4

**laws**  145:24
**lay**  128:17
**lead**  84:2 127:13
  170:2
**leader**  58:14
**leadership**  45:6
**leading**  19:14
**leads**  129:2,2
**learned**  169:5
**learning**  165:7
  166:9,14 167:13
**leave**  72:23 82:16
  92:1 136:24 137:2
  172:19 173:4
**leaves**  91:7 92:22
**led**  72:21 108:4
  136:7
**lee**  3:12
**left**  62:14 92:11
  180:9
**leftover**  128:1
**leg**  92:2
**legal**  189:3 200:1
  203:1
**legally**  172:5
  175:9,12
**legislation**  36:17
  61:8 145:17 146:6
**legislative**  146:10
**legislature**  171:7
  177:15,17
**legitimacy**  181:19
**legitimate**  91:2,14
  92:14 127:10
  128:8,22 137:24
  147:19,21 181:15
  181:15
**lethal**  140:22
**letter**  200:19
**letters**  157:2

**level** 16:2 41:24
45:14 59:19 61:9
86:3 145:14 148:9
153:10 154:3,17
174:23 194:21
196:6
**levels** 16:1 43:20
151:7,12,18
153:22 188:4
**leyimu** 2:4
**liberally** 148:11
**lice** 38:1,8
**license** 40:1
156:24 177:19
**licensed** 172:12,16
**licensing** 39:3,9,12
39:13,18,20,22
44:14
**life** 100:18 101:2
**likelihood** 96:10
161:7
**limit** 144:4,8
146:10 147:11
**limitation** 144:9
**limited** 68:22
100:2 135:16
**line** 27:22 29:5
153:5 176:9,12
200:13 202:7
203:3
**linked** 42:4
**liquid** 155:11
**list** 42:22 56:20
84:16
**listed** 85:1,5 202:7
202:17
**listing** 202:7
**lists** 83:17 84:18
86:15
**literally** 63:1
108:24

**literature** 57:11
117:20,23 118:12
169:18,21
**litigation** 45:24
46:4,8
**little** 22:13 26:7
29:24 52:3 54:13
59:13 65:1 75:15
81:2 98:21 117:6
194:14
**live** 20:14,16
111:19
**lives** 49:2
**llc** 199:4
**lobe** 188:23
**local** 19:10 23:14
23:20 24:2 34:5
43:20 155:21
157:7
**located** 1:21
**log** 22:2 23:2
**logan** 3:15
**logs** 23:7
**london** 32:8,13,18
32:23
**long** 69:22 130:10
194:16,16
**longer** 149:2,3
187:19
**look** 17:16,18
31:20 49:18 53:4
54:16 56:21 61:14
66:1 75:22 78:22
80:17 88:5,6,15
94:15 98:15
100:18 101:2,16
105:4 108:21
125:9 126:2 132:7
135:15 139:2,21
139:22 142:9,19
143:9,13,16,17

146:2 147:14
160:18,21,24
180:8 184:20
188:8 192:5,6
**looked** 61:12
80:18 121:16
146:4 147:19
184:3 190:15,18
191:9
**looking** 50:23
94:17,21 95:14
100:4 107:22
118:8 139:24
171:4 174:4
179:10
**loose** 75:15
**lortab** 91:24
108:23
**lose** 188:13,15,15
**lost** 67:5 190:20
**lot** 23:4 24:1 87:19
95:2 118:12 122:2
152:7 164:21
169:6,18 178:24
179:21
**lots** 92:15
**loud** 79:8,9 81:19
96:17
**love** 109:21 135:2
**loved** 67:5
**lying** 128:1

**m**

**m** 3:11 9:18
**m.b.a.** 32:1,5
**m.d.** 1:19 7:14
116:23 181:5
196:23 200:8
201:4,9 202:4,13
203:20
**ma'am** 196:10

**madam** 200:10
**magazine** 57:14
63:6
**mail** 6:5 11:23
58:24 64:8,11
68:4
**mail's** 67:9
**mailed** 70:15 82:6
**mainigi** 3:4 5:3,6
8:12,13 9:22 10:5
11:19 12:5,20,24
20:12 22:8 24:20
26:10,15 27:5,6,13
27:20 28:17,22
33:12,21 49:19
50:4,20 52:10,13
56:18 60:1 64:5
65:20 66:4,8,12,17
67:14,19,23 68:8
68:13,19 69:7
70:14 71:4,8,11,15
72:9,15,16 73:22
74:20 75:2,20,21
76:10 82:8,15,18
86:12 97:4,23
99:14,17 104:4
108:20 109:10
116:12,16 117:1,4
117:8 125:8
135:10 140:10,14
140:16 142:9
149:11 166:19
167:3 180:7,17,22
181:7 183:4
184:21 185:12
186:6 187:15
189:17 190:10,22
191:4,7 192:8,12
192:17 193:6,16
193:21 196:13,18

maintained 22:2
  23:2
majestro 2:16,17
  9:4,4
major 37:4
majority 96:19
  100:2,7 107:23
  129:7,12,22 130:9
  130:20 182:20
makers 144:3
making 19:17 38:7
  49:4 66:12 74:4
  76:8 169:1,3
manage 147:2
  153:19
managed 115:17
management 16:8
  37:20 38:10,22
  44:17,20 174:19
  175:1
managing 127:19
  175:3
mandated 177:17
mandatory 145:17
manner 57:4
manufacturers
  148:5
manuscript 65:2
march 13:9 14:6,8
  14:14,15 15:2,3,7
  15:10,22,24 16:3
  16:21 17:4,12
  19:13 20:3 100:20
  100:21 130:23
  176:21
mark 2:10 9:8
  10:16 11:24 12:6
  200:5
marked 6:4 49:24
  50:17,18 64:14
  82:13 132:8

mars 119:11
  123:17,21 139:15
marshall 62:8
  164:9,9
maryland 156:10
master's 18:14
  30:14 31:9,22
matched 119:10
matching 119:13
material 55:23
materials 35:23
maternal 15:4
  17:24 84:5 86:22
matter 7:15 26:17
  26:20 27:1,1,16
  28:3 29:8 49:12
  76:15 120:5
  153:12,13 163:3
  167:22 176:9
matters 26:3
maxwell 168:19
mcginness 2:3
mchugh 2:14
mckesson 3:18
  8:18,23
mean 16:16 41:12
  51:6 58:8 80:16
  80:18 88:15
  102:20 104:23
  110:17 113:16
  115:4 123:7
  126:21 127:20
  147:4 154:12
  155:10 158:21
  159:1 161:20
  162:13,23 173:16
  186:12,13 194:9
  194:11 195:10,14
meaning 47:11
  85:14 120:10
  121:8 145:7,11

164:1
meaningful 77:16
means 88:12,16
  95:12 110:14
  115:5 121:12
  127:15 131:13
  135:22 159:21
  173:20 188:19
meant 23:18 95:24
  105:21 152:24
  185:21 187:5
measure 164:9
measures 48:23
media 7:13 25:20
  116:22 123:14
  181:4 196:24
medicaid 36:22
  37:1 61:7 85:24
  102:9 116:5
medical 14:6,9
  15:19 17:6 18:11
  30:3 31:5 32:24
  33:17,22 35:8,9
  39:21,24 44:14
  67:1 79:22,23
  81:7 85:24 94:17
  94:19 102:9,11
  116:7 142:17
  160:9,10 165:23
medically 181:23
medication 90:24
  121:4
medications 121:5
  146:2 171:23
  177:21
medicine 18:17,22
  30:15 34:15,16
  35:5 39:16 40:4,5
  44:12 55:13,17
  56:3 57:12 58:1
  148:17 150:4,5,21

156:20 176:17
  177:11 178:17
meets 198:15
  199:5
meharry 35:8
melville 2:20
member 34:11
  40:23,24
members 169:5
memory 56:23
  77:14 78:5 88:22
  167:14
men 6:6 64:8,12
  88:18
mental 132:3
  169:1
mention 81:6
mentioned 22:21
  29:7 43:13 45:4,8
  57:2 60:23 84:13
  87:19 93:1 100:24
  102:5 122:21
  123:2,17 126:11
  135:10 136:16
  139:6 140:1
  169:23 170:17
  173:18 176:19
  177:9 178:24
merit 1:21
mess 182:12
met 10:3
metabolites
  167:20
meth 93:21 121:9
  121:17,18 122:1,7
  122:11 124:8
  154:7 160:4
methamphetamine
  117:16 121:11
michael 2:13 25:4

microphones  7:4,8
middle  54:18
  98:23
midwest  200:17
  203:1
military  86:1
  102:8
mill  118:24 156:13
  157:3 174:6
million  160:20
millions  175:11
  176:2
mills  92:16
mind  24:23 93:2
  135:8 152:16
  195:13,18,20
mine  98:18
minimal  182:16
mining  43:11
minority  36:15,18
minute  68:15,17
  132:6
minutes  68:24
  69:1,5,8 116:14,17
  180:11 191:12
misdiagnosed
  169:14
misleading  74:14
missed  122:22
missing  165:10
  195:9
misspoken  105:17
misunderstood
  133:10
misuse  92:7
  128:24
misused  127:8
misuses  128:23
mixing  120:23
model  61:1

moment  49:18
  50:21 52:14 59:11
  65:21 75:24 79:2
  81:16 96:13 109:4
  112:20 117:10
  131:9 140:5 165:6
  173:11
money  119:18
  188:12 189:10
monique  2:4
monitoring  61:19
  61:20 90:11,13
  93:24 95:13 96:9
  110:12,13 116:8
month  13:22 92:2
  100:10
months  13:23
  21:23 22:23
  100:19 101:3,13
  101:14 104:18
  112:6 113:8 114:5
  115:7
morning  7:2 9:23
  10:1
morphine  119:21
motley  2:5
mouth  185:14
move  14:20,24
  52:6,21 54:2
  64:24 73:18 74:23
  77:7 78:24 81:13
  81:15 84:7 96:12
  98:10 112:19
  124:8,8 133:23,24
  157:19 179:10
  190:22
moved  14:18
  34:24
moves  99:18
moving  67:21

mt  2:6
mullins  84:5 86:21
multi  84:21,22
  104:10 115:14,15
  115:22 116:4
multiple  46:2 62:2
  63:18 92:6 102:6
  104:9
mute  166:19,20,23

**n**

n  7:1
n.w.  3:5
naloxone  146:1,22
name  7:23 10:4
  29:21 32:14 85:1
  86:14 200:6 201:3
  201:4,15 202:3,4
  202:21
named  58:21 59:5
names  84:8,12
napoli  2:19
nas  49:7 162:9,23
  163:21 164:10,11
  164:13,14 165:9
  165:15 166:10,13
  167:15,16 168:20
  169:24 179:10
nashville  34:23
  35:2,4,9
nation  62:21 86:13
  136:19,20 152:1
  156:9 164:16
nation's  76:4 77:3
national  58:14
  62:6 63:2 126:21
  150:12
nationally  62:19
  62:22 107:7
nature  18:19 19:7
  58:4

necessarily  92:13
  93:5,13 104:24
  186:23
necessary  131:14
  181:23
need  12:22 26:12
  50:21 51:11 71:18
  73:13 78:19 79:11
  123:10 129:2,17
  149:20,24 154:21
  157:23 172:2,6
  180:10,18 182:8
  182:21 187:12,24
  188:3,4,9,20 189:2
  192:15
needed  81:7
  154:24 189:10
needles  122:17
needs  34:8 166:22
  182:24
neighbors  127:6
neither  198:11
neonatal  15:15
  107:1 162:23
  163:10,11 164:11
  169:11
neonatologists
  168:17
neonatology
  165:19,21 166:4
neuro  16:14
neurobiologists
  152:4
neurobiology
  16:10,14,17,19
  39:1,3 151:1
never  152:18
  176:10
new  50:1,3
newsletter  56:4

nicu  15:13,14
    166:6
nida  150:12
night  82:7 99:4
nine  95:12,15
ninth  2:8
noise  166:18
nominated  27:15
nomination  26:23
nonfatal  48:22
    60:12
nos  7:20
notarized  200:14
notary  198:4
    200:24 201:10,18
    202:15,23 203:23
note  7:4 33:19
    50:5 200:12
noted  9:15
notes  11:1 54:22
    58:13,21 126:14
    180:9,18 198:9
notice  1:20 70:8
noticeable  165:7
    166:13 168:21
noticing  8:11
noting  161:15
nova  150:11
november  13:10
    14:1,4 20:4
    100:22,23 179:23
nowadays  118:8
nows  164:11
number  21:4 58:5
    60:9,9,9 63:4
    79:10 82:11 86:2
    89:11,13 105:10
    105:13,18 113:6
    132:1 133:23
    134:10 135:21
    137:4,5 138:6,12

138:18 139:3,5,18
    139:19 143:7,12
    146:5 167:11
    170:3,20 178:6,15
    181:19 183:22
    184:24 195:20
    196:1,23 200:7,13
numbered  87:9
numbers  6:4 50:8
    50:17 51:6 74:19
    89:1,6,22 90:15
    93:2,6 111:21
    112:2 119:13
    140:3 190:19
    202:7
nurses  67:1
nw  3:21
ny  2:20

**o**

o  2:4 7:1
o'clock  68:20,24
    71:5
oath  8:4
ob  179:13
obesity  36:3,12
object  26:11 72:11
    75:18 185:16
    187:15,16 189:18
objected  89:20
objection  27:18
    28:4,8 29:4,5 75:4
    75:7 81:10 88:2
    88:13 89:16
    102:19 151:15,17
    184:21 185:11,12
    185:13 186:6
    189:17,18 190:10
    190:22
objections  8:9
    26:12 75:8

obligation  148:2,7
obtain  131:13
    172:5
obtained  32:2
obvious  83:9
obviously  80:6
    86:17 115:1 129:1
    183:8 186:21
occur  91:17 92:21
occurs  92:10
    127:22,23
october  49:23
    198:17
offer  11:16
offered  75:12
    131:22
offering  49:11
office  10:12,12
    36:16,18 43:4,8,21
    43:22 60:8 61:8
    79:23,23 81:6
    83:14 84:5 86:1
    86:18,21 102:11
    104:11 145:16
    156:6 160:9,11
    170:9 179:3
officer  14:6,9,10
    17:6,7 19:10,22
    20:23 22:6,12
    23:14 24:2,9 25:4
    25:5 40:8,11,16
    41:2,7,13 42:7
    44:9 45:1,10,12
    78:12 83:4,8 87:7
    170:19 190:6
officers  23:19,20
    23:21 25:7 66:24
    67:4 157:10
official  19:11
    201:15 202:21

officials  21:12
    156:5
oftentimes  121:8
    169:12 177:9
    188:13
oh  20:12 82:15
ohio  200:2
okay  12:5 16:20
    17:2 20:8 22:14
    22:20 24:5,10,20
    27:9 30:12 31:4
    31:22 33:24 39:23
    42:14 43:2 46:23
    47:2,6 51:5 52:7
    54:7 56:3 57:4
    60:1 63:22 64:4
    64:20 65:15 66:4
    66:20 68:13,15,18
    69:7 72:9,15 73:1
    73:12,17 74:4,7,17
    74:23 75:20 76:1
    76:21 77:1 79:7
    80:14 81:1 82:5
    82:15 83:3,15
    84:2 87:18,23
    88:8,24 89:19
    93:12 96:16 97:15
    98:9,15 99:3,11,18
    103:2,7 105:13
    108:2,17 109:15
    110:22 112:8,14
    112:19 113:14
    114:15 116:16
    117:9,12,13,23
    122:19 123:4,17
    124:1,7 125:13
    126:3,10 129:19
    131:10,11 133:22
    134:22 135:6,15
    137:15 139:19
    140:8,17 141:7,23

142:6 149:13
162:22 165:13
166:4 170:1 172:8
180:14,15 184:22
186:2,8 189:14,21
192:2,18,21
193:11,15,21
195:8 196:18
**omitted** 81:8 83:7
**once** 13:22,22
21:22,22 39:2,4
74:11 76:10 90:17
101:12 112:6,10
131:11,18 134:16
142:15 153:6
156:1 164:4 165:9
167:19 168:9
187:10
**oncoming** 153:14
**ones** 12:23 50:3,10
67:5 84:13 140:1
175:4 179:24
**ongoing** 125:1
**online** 32:19,20,21
56:4,6
**onwards** 124:23
**ooo** 197:6
**open** 171:4
**operator** 7:2 9:14
69:12,16 116:18
116:22 180:24
181:4 196:21
**ophthalmologist**
174:10
**opiate** 73:3 183:23
184:16 185:4
192:14 193:9
**opinion** 53:21
73:19 78:18 89:2
125:10,12 130:18
131:17 132:11

137:11,15,17
138:8 149:18
150:1,3 158:16
162:6,14 163:3,5
169:8 171:17
183:19 185:10
196:5
**opinions** 11:16
49:12 51:3 53:19
53:24 72:21 75:11
76:17 117:22
123:16 141:21
**opioid** 6:6 45:24
46:8 47:18,19
49:13 58:23 60:14
62:6 63:10,24
64:9,13,22 65:5
66:11,23 67:8
80:21 81:3 90:6
93:10 94:10
108:23 110:9
131:1 140:19,21
141:4 145:22
146:7 151:7,18,21
151:24 153:23
158:6,12,23 159:3
159:5,9 162:10
164:12 167:17,18
170:2 171:14,23
172:19 173:4
177:16 178:8,17
182:6,8 184:15
185:23 188:7
190:8 193:22
195:3,10,14
**opioids** 55:2,5,12
56:11 90:8,18,19
91:24 93:3,7,14
94:3,6 107:20,20
108:5,6,7,11,13,14
108:16 109:2

118:15 120:24
121:20 124:2
126:15,24 129:3,8
129:13,23 130:6
130:10,21 132:18
132:23 133:12,15
136:3,15 137:8,20
137:21,22 140:24
143:5,22 144:22
145:19 149:15
153:2 154:4
157:21,21,22
158:8,22 159:2,5,8
159:10,18 160:1
161:6,14,14
162:24 172:3,6
173:21,23 174:14
174:15 176:1,4,6,9
176:11 181:14
182:21 183:1
187:4 194:5
**opposed** 118:9
**opposite** 118:11
**option** 119:3
**optional** 32:22
**options** 119:3
174:14
**order** 20:2 28:14
85:15 106:12
131:22 147:11
172:2 189:9
**ordered** 28:13
83:3 106:19
**organization** 15:4
40:18,21 164:24
**organizations** 40:1
40:3,5
**organized** 148:17
**originally** 54:12
158:13

**oud** 73:5 184:1
186:5,22
**outbreak** 44:5
76:3 77:2,10,17,23
78:3,9,13 120:3
138:22,24 152:20
**outbreaks** 44:2
122:15 155:2
**outcome** 8:5
**outcomes** 62:20
**outlets** 123:14
**outline** 68:14
**outpatient** 34:3
**outside** 28:15
39:23 40:5 190:24
190:24
**overall** 78:10
108:16
**overdose** 48:22
60:11 61:5,13
62:3,22 79:10
80:5,7,14 81:21
82:20 89:23 90:6
90:7 93:3,19
95:11,19 96:19
97:1,6,13 100:2,9
100:11 101:15
104:3 107:18,19
107:23,24 108:3,3
108:3,10 109:17
112:24 114:4
115:7 119:8 120:9
121:24 125:20
126:12 138:23
140:20 141:17
142:2,12,13,19,24
145:1 149:8
158:10 159:6,11
159:12 160:13
**overdosed** 79:13
107:6 120:6

**overdoses** 60:12
  83:13 106:8 107:5
  151:9,12,23 154:1
  161:18
**overlaps** 124:13
  124:15
**oversaw** 41:8
  42:17 43:4,18
  102:24 114:23
  115:17 142:16
  160:10
**oversee** 43:6,8,10
  43:14,16,22,24
  44:2,3 170:11
**overseeing** 79:22
  86:5 170:20
**oversight** 143:1
**overtalk** 71:13
**overview** 106:8,15
**overwhelming**
  79:10 108:10
  153:2 172:4
**overwhelmingly**
  108:13
**owner** 199:3
**oxy** 110:22 111:4
**oxycontin** 111:4
**oxygen** 155:11

**p**

**p** 2:10 7:1 9:18
**p.m.** 69:13,17
  116:19,24 181:1,6
  196:22
**p1200** 2:17
**pa** 3:16
**page** 51:4 55:8,10
  74:19 83:15,16,17
  83:19,23 84:7,9,12
  84:17,18 86:14,15
  98:6,7,9,14 99:6
  99:12,15,18

103:16,18,19
  105:4 112:17
  114:19 184:7,24
  184:24 192:10
  193:20 194:13
  200:13,15 202:7
  203:3
**pages** 140:6
**paid** 46:20,24 47:2
  47:3,11,14,21 48:1
  48:5,11
**pain** 16:7 38:21
  130:24 146:14,16
  146:19,20 147:3,6
  147:9,11,15,21
  148:3,8 149:1
  156:12,13 174:19
  175:1 176:2,4,6,10
  176:13 177:4,5,20
  181:11 182:17
**pandemic** 186:14
**panel** 174:22
  176:22 177:4
**panels** 174:21
**paper** 56:7 62:19
  123:12
**papers** 150:8,18
**paragraph** 66:15
  66:18,21 67:11
  192:13
**parallel** 57:19
**paramedicine**
  42:23
**paramedics** 67:1
**parent** 170:24
**parents** 91:20
  169:5
**part** 15:9 17:9
  21:10 37:1 41:15
  70:11 73:12,14
  86:11 104:6 105:5

105:11 108:18
  118:22 135:17
  144:8 160:14
  170:8 177:5 202:9
**participated** 52:16
**particular** 10:12
  26:4 39:2,11 40:3
  42:24 46:3 51:24
  57:14,15,17 71:2
  97:20 103:3 105:1
  105:24 170:23
**particularly** 105:2
**parties** 1:21 7:11
  198:12,14
**partly** 19:20
**partners** 102:6
**parts** 122:5,16
**party** 8:4
**passage** 36:17
**patient** 120:10
  147:14 182:16
**patients** 34:8
  148:3 156:16,18
  174:3,4
**patrick** 169:20
**patterns** 161:23
**paul** 2:7 9:6 75:6
  75:20 190:1
**paying** 165:7
  166:14
**pbs** 63:4 150:10
**pdmp** 61:18
**pediatrics** 165:19
  165:21
**peek** 135:2
**peer** 54:23 55:15
  55:18,19,21,23
  57:11,23 58:7
**pending** 52:11
  59:22 71:16

**pentagon** 10:10,13
**people** 48:21
  60:14 62:1 63:18
  67:4 81:20 83:17
  83:24 84:19 94:13
  94:18 95:10,12,15
  96:17 99:24 100:5
  101:6,9,13,14
  103:10 107:6
  110:8 111:19
  112:4,24 113:6
  114:3,19 118:6,7
  118:10,14,18,23
  119:1,15 120:6,12
  121:10,17 128:6
  129:4,7,12,22
  130:7,10,14,20
  132:13,17,22
  133:11,14 137:10
  139:5 140:21
  143:4 144:14,20
  149:15,18,22
  153:6 154:17
  155:3 157:10,13
  160:21 167:19
  169:20 172:1
  179:15 182:8
  186:11,12,17,24
  188:13,18,20
  189:2,6
**people's** 61:14
**percent** 61:5,17
  62:3,15,17,23,24
  73:5,20 88:16,19
  89:1,2,10,11 92:24
  92:24 93:16,19
  94:5,8,24 95:7,11
  95:21 100:8,10
  101:14 113:4
  114:3 118:5,10,13
  121:17 127:2

132:21 136:21
137:1,7 138:6,12
138:18 139:3,10
139:12 141:3,5,7
142:11 164:15,19
166:17 168:6,10
171:12 184:1,13
185:3 186:1,21,23
187:2 190:20
192:14,19 193:2
195:2
**percentage** 61:22
90:2,2 101:10
132:13,16,17
133:2,11,14 143:4
166:12 167:16
191:11 195:6,13
195:18 196:1
**percentages** 194:1
194:10 195:12
**perform** 85:8
**period** 14:22 19:1
20:8 21:17,18
34:18 48:1 73:16
100:3,16 101:7,10
101:11 124:3,5,22
127:12 131:7
141:17 142:3
143:5 151:8,19,22
153:23 158:17
177:24 178:4
**periodic** 22:18
**periods** 130:11
**perished** 133:20
**person** 17:14,16
23:7 24:14 26:19
63:17 91:8 92:4
103:14 104:20
105:1 182:23,24
188:6,7,10 189:16

**personal** 45:13,14
**personally** 103:2,8
103:10 166:11
201:11 202:15
**persons** 103:14
105:1
**persuade** 36:24
**pertain** 26:4
**perusing** 53:1
**petty** 189:8
**pharmacies** 62:2
109:18 110:9
111:18 112:5
**pharmacist**
172:15,21 173:7
**pharmacists** 67:2
**pharmacy** 92:11
92:18,22 116:9
172:20 173:5
176:16 179:17
**phase** 120:16,17
124:1,2,4,7,10
136:2,3,4,4 139:23
141:19
**phases** 136:1
**philadelphia** 3:16
**philly** 119:12
123:18,22
**phone** 200:3
**phones** 7:7
**phrase** 87:10
88:11 115:3
124:21
**phrasing** 133:17
**physical** 27:4
174:5
**physically** 187:19
**physician** 13:11
13:18 16:18 19:8
19:11 23:14 24:8
33:22 34:1,5 35:7

35:8 39:15 41:13
45:11 129:20
148:21 156:17
163:9
**physicians** 39:3
56:8 145:6 147:2
147:18 148:6,23
152:3,5,9 164:2
175:3 177:12
179:4
**pick** 7:5
**piece** 56:11
**pieces** 57:18 65:2
140:11
**pill** 92:16 118:24
122:18 156:12,13
157:3 174:6 182:8
187:21
**pills** 91:7,8,9
117:15 121:9,19
122:6,10 124:18
125:1 126:23,24
127:17 128:1
136:12,13 144:4
148:10,13 158:12
181:22 182:6,24
187:13 188:7
194:7 195:21
196:4
**place** 7:8,11 72:7
72:11 147:7 157:9
182:12 198:6
**places** 23:2 120:15
143:11 155:21
162:1
**plaintiff** 1:5,12
**plaintiff's** 82:14
82:16,17 189:23
**plaintiffs** 2:2 6:3
9:3,5,7 49:20 50:7
50:15 76:14

**plan** 44:4,6,7 62:6
62:9,10,10
**planning** 44:3
**play** 87:6
**played** 84:23
96:10
**pleasant** 2:6
**please** 7:4,7 8:10
9:16 16:12,15
17:21,23 18:20
21:17 28:23 29:3
40:9 44:19 49:18
52:21 54:1 55:10
58:11 59:15,17
64:6 65:17 68:12
70:5,8 71:15
72:17 74:13 75:2
75:24 76:11 77:4
79:2 81:16 83:20
87:9,15 96:14
97:5 98:6,6,24
99:2,8,9 105:4
117:5 129:10
140:9 158:24
166:20 173:11
178:1 191:5
194:14 200:11,11
**plus** 42:14 54:15
152:13
**pmp** 145:21
**point** 27:7 28:1
34:9,23 40:18
48:2 53:7,8 56:21
62:9 77:22 78:15
78:16 121:13
128:6 135:12
138:15 168:11
176:5 182:7
183:21 185:9
187:9 193:1

points  50:8 51:19
  51:20,24 53:22
  59:10 183:13,15
police  66:24 157:9
policies  20:7 23:6
  124:16
policy  17:9 18:1
  19:17 61:9 86:19
  118:21 144:3
politico  63:4
polysubstance
  80:22 121:8
poorly  178:2
population  18:1
  119:12 121:6
  123:18,23 128:12
  148:21 194:21
populations
  129:16
portions  43:18
position  14:5,8
  16:18 19:11 20:2
  22:11 26:2 143:21
  143:24 182:23
positions  20:3
  34:6 130:3
positive  168:3,7
positively  179:19
possible  26:23
  104:24 179:18
post  54:16
potent  119:21
potential  11:15
  135:21
powell  2:16,17
practice  19:1
  32:24 33:8,17
  34:3,4 39:17,21
  40:4 54:12 58:15
  144:9 149:1 150:4
  166:2

practices  18:13
practicing  18:17
  34:10 45:11 54:9
  54:20 129:20
  196:10
practitioner  45:21
  45:22
precipice  166:15
predecessor  25:6
predict  153:24
  161:4
prefer  11:24 27:7
pregnancy  49:6
pregnant  49:4,5
  179:15
prenatal  15:7
preparation  52:17
prepare  51:10,13
prepared  51:17
  83:18 189:15
preparedness
  43:24
preparer  85:5
prerogative
  142:23
prescribe  91:23
  145:22 172:21
  173:6,21,23
prescribed  91:1,2
  91:9 127:7 143:5
  143:22 161:6
  163:1
prescriber  173:1,6
  183:2
prescribers  145:6
  145:19 146:18
  148:22,23 173:2
  177:1,19 179:7,12
prescribing  90:19
  93:10 137:24
  138:1 142:20

146:11 147:19,21
  149:4 151:12,24
  173:24 174:3,7,10
  174:15 176:6,11
  177:5,10,13,20
  178:8,17 179:5
  181:10 185:24
prescription  55:12
  56:11 61:19,23
  62:14 73:3 81:21
  88:18,20 90:12
  91:6 92:11,22
  93:13,20,21,21,23
  94:9 95:1,8,20,22
  107:20 108:5,6,6
  108:14 110:10,13
  111:13 117:14
  118:9,15,20
  120:17 121:19,19
  121:20 122:6,18
  124:2,24 126:15
  126:24,24 127:17
  127:23 128:5,6,22
  129:8,13,22 130:6
  130:10,21 131:1,4
  132:18,23 133:12
  133:15 134:4,24
  136:2,6,10,15,23
  137:8,20,21,22
  140:24 142:22
  153:2 154:4
  157:22 158:22
  159:2,5,8,10,17,18
  160:1 161:14
  167:17,22 168:4
  171:23,24 172:2,3
  172:5,6,11,19,21
  172:22 173:4,6,8
  173:17,20 174:11
  174:17 175:19
  181:14,15,19

182:10 183:23
  184:16 185:4,23
  186:20 187:3,13
  192:14 193:9,22
  195:3,11,15
prescriptions
  80:21 91:13 92:16
  94:4 95:3 109:18
  110:9,18 111:18
  127:5,10,11 128:4
  128:9,10 130:13
  130:14 131:2
  140:19 141:4,13
  145:7 151:7,18,22
  153:23 154:20
  161:14 168:8
  173:12,13,18
  174:18 175:5,8,12
  175:15 176:3
  178:7,23 180:4
present  4:2 8:6
  14:5 171:11
presentations
  171:6
president  14:11,13
presumably  89:6
  112:16 128:1
pretty  125:24
  154:11
prevalence  107:2
  134:18
prevent  48:24
  188:2
prevention  84:4
  86:8 102:12 131:1
  155:2
previous  11:11
  41:22 113:12
  133:16
previously  31:19
  31:21 114:1 151:5

[previously - purely]                                                                  Page 29

193:7,18
**primarily**  25:7
  119:17 125:14
  152:1 164:24
  175:4
**primary**  33:22,24
  34:16 35:7 45:22
  56:8 84:15,16
  152:2,5,9 166:2
**principles**  17:8
**print**  11:22
**printed**  12:7 33:5
  72:19 82:9
**printing**  70:17
**printouts**  12:3
**prior**  25:5,5 29:11
  29:14 76:18 81:22
  86:14 92:20 100:5
  100:19 101:3
  112:6 113:8 114:5
  115:7,14 132:20
  145:16 147:22
  156:12 177:24
  178:3,11,14,18,21
  178:22
**priority**  60:8,9,9
**private**  7:5 19:1
  32:24 33:16 175:3
**prize**  58:23
**pro**  140:15
**probably**  15:2
  38:13 41:11
  150:10
**problem**  25:13
  48:16 49:9 60:11
  68:24 134:3,4
  135:17 136:8
  144:1 148:12
  153:18 178:23
  182:14

**problems**  34:1
  36:12 49:2 122:8
**procedure**  1:20
  6:3 49:21 50:16
  201:5 202:5
**proceed**  28:14
**proceeding**  8:10
**proceedings**  69:15
  116:21 167:1
  181:3
**process**  51:12 58:2
  156:21
**produced**  80:17
**product**  108:22
  109:1 111:6
**production**  200:15
  200:17,22
**professional**  15:11
  70:12 169:2
  199:17
**profiles**  106:19
**program**  32:19,20
  32:21 36:11 42:24
  43:10,12 60:18,20
  60:22 61:3,20
  84:4 90:11,13
  94:1 95:13 96:10
  110:12,13 116:8
  164:6
**programs**  41:9
  102:10 124:16
**progress**  153:1
**project**  36:20
**promulgated**
  178:17
**propensity**  160:7
  160:18,22,23
**proportion**  94:6
**proportional**
  186:22

**prostitution**  189:8
**protocol**  69:23
  70:12
**protocols**  156:11
  157:1,6
**proven**  53:10,13
  163:6,8
**provide**  25:22
  29:15 37:21 55:22
  67:6 70:1 74:13
  77:8,15 78:15
  99:2 102:12
  134:19 139:8
  143:19
**provided**  63:5
  85:10,11,13,17
  99:3,4 123:13
  125:19 133:3
  147:24 148:10,11
  174:23 182:2
**provider**  172:12
**providers**  116:6
  146:17
**provides**  22:11
  39:22
**providing**  60:18
  73:22 125:24
  179:21 181:22
**provisions**  70:2
**psychiatrist**
  150:14 158:4
**psychiatrists**
  152:4
**psychiatry**  118:4
  121:23 122:21,23
  123:3 139:7
  150:23
**psychologists**  67:3
**public**  18:12,14
  21:11 22:9,17
  31:22 36:8 38:4

40:15 44:18,21
  58:15 67:4 85:22
  86:2,20 102:8
  107:8 123:16
  125:19 126:1
  134:10 142:21,24
  143:17 152:13,17
  152:21,22 153:17
  161:11,20 164:20
  168:1 170:17,21
  186:9 198:4
  201:10,18 202:15
  202:23 203:23
**publication**  55:16
  55:19 57:9
**publications**  54:24
  55:18 58:3,7
**publicly**  63:5
  143:13 161:16,16
**published**  55:21
  57:11,24 82:3
  115:2 118:3
  119:10 121:16,23
  164:19 168:13,16
  168:17
**publishing**  84:24
**pulitzer**  58:23
**pull**  33:9 72:17
  97:23 98:23 99:8
  99:10 103:17
  174:2
**pulled**  91:24
  128:14 181:12
**pulmonary**  36:19
**purchase**  80:1,3
  188:11
**purchasing**  138:3
  189:6
**pure**  53:10
**purely**  124:14

**purpose** 41:12
92:14 96:4,4
105:24 130:7
198:6
**purposefully**
148:15
**purposes** 9:9,12
50:18 64:14 90:24
93:9,10,12 128:19
**pursuant** 1:20
**put** 11:18 12:1,11
33:10 48:23 49:17
57:21 62:5 64:5
66:3 71:7 72:14
82:10 97:4 104:18
104:19 112:15
115:15 142:17
144:9 146:6
155:10 165:10
166:22 178:12
185:14 191:18
192:5,7,9,9,13
193:7,17
**putnam** 41:14,20
**puts** 131:3
**putting** 104:16

**q**

**qualified** 173:5
198:5
**quality** 37:13
**question** 16:16
18:20 19:4,8,9
23:1 24:19,22,24
25:17,18 26:6,11
27:10 28:21,22
29:1,3 30:20
41:22 52:9,12
59:22 66:2 71:16
73:18,24 77:6
81:12 88:9 89:21
103:7 106:10

113:12 122:24
130:15,15 132:24
133:9,17,21 135:4
138:10 151:16
178:1 185:8
190:23 194:15
196:15
**questioning** 10:6
27:22,23 29:5
72:1 193:19
**questions** 28:1,15
28:18 65:19 70:11
72:2 74:2 75:16
79:4 135:5 147:9
180:9,19 183:5,6
184:6 189:23,24
190:2 191:2
196:14,16,17
**quick** 98:15
183:12 184:9
**quickly** 180:8
**quite** 72:3
**quoted** 139:12

**r**

**r** 3:7 7:1 9:18
55:12
**rader** 64:18,20
65:3 66:10,22
**rahul** 1:19 7:14
116:23 181:5
196:23 198:5
199:5 200:8 201:4
201:9 202:4,13
203:20
**raise** 69:20
**ran** 36:11
**random** 56:20
**range** 35:18 41:3
47:9 195:12
**ranged** 22:21

**ranging** 13:22
**rapidly** 170:4
**rate** 47:3 62:13
121:24 164:13,14
164:18
**reached** 25:21
**react** 74:15
**read** 28:23 29:1
35:24 50:23 54:3
55:11 66:20 67:11
70:4 73:7 75:24
79:2,7,8,14 81:17
81:18,19 96:14,16
109:5 112:21
114:11 117:10
131:9 140:5
184:18,23 186:7
194:12 196:20
197:3 198:10
201:5,6,12 202:5,6
202:17
**readily** 119:7
**reading** 54:4,6
65:11 87:21
200:19
**reads** 66:21 73:2
76:2 117:13 134:2
140:17 149:14
157:20 158:10
170:2
**ready** 52:5 79:3
117:11 140:7
**real** 104:5
**realizing** 156:22
**really** 60:5 65:10
74:14 78:14 88:21
98:1 101:16
118:23 126:21
146:6 167:22
186:13,13

**realtime** 199:3,17
**reason** 81:8 148:2
156:14 200:14
202:8 203:3
**reasonable** 96:8
137:11 138:9
139:17 150:5
162:5 169:8
171:21 182:6
196:6
**reasons** 63:3 73:13
122:14 137:1,2
146:12 147:23
**recall** 63:22 64:3
74:4 76:8,12 81:2
81:11 93:1 103:13
106:2 123:18
139:13 184:8
191:12
**recalling** 139:14
**recapped** 123:10
**receipt** 200:18
**received** 10:21
31:6,9 174:24
**receptors** 157:23
**recess** 69:14
116:20 181:2
**recognition** 136:5
**recognize** 50:22
**recognized** 60:5
62:19 63:5
**recognizing**
161:23
**recollect** 77:14,22
102:1 138:13,20
138:23
**recollection** 25:2
29:19,20 51:11
52:16 77:15 78:1
78:15 89:18 90:1
100:7,12 101:12

101:18 108:9
109:23 112:10
113:3 114:2,7
164:21
**recommended**
127:13
**record** 7:3,12 8:8
10:4 49:21 50:4
57:8 69:11,12,17
69:21 70:15,21
71:21 72:5,11,14
72:14 74:8 79:9
81:19 90:22 96:17
109:16 116:18,24
161:21 166:24
171:10,17 180:24
181:6 185:22
196:21 202:9
**recorded** 7:14
**recording** 7:10
**recovery** 67:5
**red** 6:4 50:12,17
**reduce** 124:17
145:15 148:3
154:13 178:6
179:19 180:3
**reduced** 153:22
198:10
**reducing** 145:6
146:23 154:19
**reduction** 60:18
61:3 118:22
140:18,20 141:4,7
141:11,16 142:2
142:13 146:8
151:6,17,21 153:1
155:1 177:16
**reed** 3:15
**refer** 50:10 101:5
110:8 111:16
134:16 195:11

**reference** 64:17
94:8 127:22 200:7
201:2 202:2
**referenced** 73:21
138:5 151:17
191:9,11 201:11
202:15
**references** 117:24
**referred** 31:4
51:18 74:10,24
99:16 122:24
**referring** 33:21
134:11 135:24
191:17,20,22
192:22 193:11
194:2
**refers** 87:10,14
88:1 90:18 112:4
**refills** 128:16
**reflect** 186:3
**reflected** 33:16
187:6
**reflects** 51:2
**refresh** 52:15
**regarding** 11:15
71:2 72:1
**regards** 185:10
**registered** 1:21
172:13,16 199:17
**regular** 125:20
**regularly** 126:1
134:19
**regulated** 40:4
**regulations** 144:10
145:20
**regulators** 144:2
**regulatory** 21:7
124:16
**rehab** 36:20
**rehearsed** 71:17
71:20 72:12

**relapsing** 131:20
144:19
**relate** 26:24
**related** 8:4 39:19
43:10 44:4 77:17
78:7 89:9 90:7
123:22 124:2
127:22 177:19
198:12
**relates** 126:5
134:14 193:12,22
195:10
**relating** 102:17
126:4
**relationship** 23:23
95:16 159:21
**relationships** 86:4
**relative** 198:13
**release** 100:9,11
101:15,19 187:22
**released** 96:18
100:1 101:6,9,13
**relying** 138:5
**remain** 28:5 48:11
**remember** 25:10
43:12 47:4,18,20
47:24 52:11 63:15
80:10,12,13,23,24
103:21 114:10,14
138:14,16 159:16
161:15 164:23
165:24 177:15
178:11 192:3
**remembering**
25:12
**remotely** 1:21
7:23 8:7 12:17
**remove** 61:7
**renewal** 177:19
**repeat** 16:12 29:11
32:4 40:9 43:15

44:19 113:22
116:3 129:10
158:24 178:1
**rephrase** 18:20
133:7
**replicated** 104:22
**report** 80:18 82:3
82:20,24 83:3,16
83:16,18 84:3,15
84:19,22,24 85:4,6
85:8,9,12,14,14,18
85:19,20,21 86:6
86:11 87:11,16,18
87:20 88:1,4,7,10
88:22 89:7,22
93:11,12 94:7,8,16
95:6 96:24 97:12
97:21,24 99:2,3,21
100:4,17 101:17
101:19 102:2,15
102:24,24 103:1,5
103:22 104:8,16
104:21 105:5,20
105:22 106:1,2,7
106:12,13,18,19
106:21,24 107:1,4
107:8,11,13,15
108:10 109:21
110:5,6 111:2,3,8
111:20 112:11,17
114:2,12,17,17,24
115:2,5,16 125:15
125:16 134:21
135:7,10,13 142:8
164:20 165:1
190:12
**reported** 128:4
171:2,8
**reportedly** 92:17
**reporter** 1:21 8:1
9:16 28:24 29:2

199:17,17 201:7
**reporters** 199:3
**reports** 25:20
78:21 83:9,10
105:22 110:2
113:17 114:17
125:8,11,13,14,17
125:20 126:12
135:3 143:14,15
143:16,17 167:5
167:11
**represent** 10:5
76:14 81:5
**representative**
177:1
**represented** 76:16
**representing** 8:18
9:9,12 75:17
193:17
**request** 65:10
74:11 198:10
202:9,11
**requesting** 68:10
**requests** 57:14,16
**require** 171:23
175:22
**required** 20:4,23
24:1 45:4,6 60:5
145:17 160:13
200:24
**requirement**
177:18 178:9
**requirements**
198:15 199:6
**requires** 19:23
**research** 15:19
56:11,14,16,19
57:18,19 97:10
138:11,17 150:8
158:5,7 163:15
164:24 166:8

**researcher** 123:24
**reserve** 183:7
**residency** 54:16
165:24 175:1
**resident** 165:22
**resource** 139:1
**resources** 15:13
22:10 23:6 44:8
86:17 139:9 157:5
157:13 171:1
176:23
**respect** 26:5 66:1
71:19 75:16
107:13,18 108:2
125:5
**respond** 36:11
**responded** 37:4
**responders** 43:20
**responding** 105:3
**response** 43:14,16
43:18 48:21 62:6
113:11,12
**responsibilities**
38:9 42:10 78:10
**responsibility**
38:10 42:9,11
78:11 87:5 170:8
170:19
**responsible** 37:7
37:12,15,18,19
38:1,3 86:5,10
**rest** 51:21 144:7
188:23
**restate** 57:7 179:1
**restaurants** 37:8
**result** 19:17 46:17
49:7 62:11 76:3
77:11,24 78:3
119:2 122:9
133:20 144:23
149:23 167:17

**resulted** 117:22
118:19
**resulting** 80:6
**results** 131:14
154:1
**resume** 44:24 58:4
58:6
**retained** 45:23
46:7 196:24
**returned** 200:18
**review** 51:24
52:15 53:2 55:18
55:22,24,24 57:2,5
57:6,10,18 65:17
65:18,21 67:18,19
68:2 70:10 71:1
71:23 72:4 82:4
83:19 103:8
123:15 200:12
201:1 202:1
**reviewed** 54:23
55:15,19,23 57:6
57:11,23,24 58:7
71:24 72:4,5
**reviewing** 52:19
80:19 82:24
**reviews** 55:20,21
57:1
**rice** 2:5
**right** 12:3 13:12
22:7 23:7,11
24:13 25:14,24
27:4,14 33:1
34:12 35:5,19,20
36:1 37:6 39:7
41:9 42:8 45:15
45:21 48:12 51:4
54:18 55:3,7 56:1
63:20,21 66:19
68:1,12 69:9
71:16 76:19 80:16

80:19 83:1 96:1
98:5,5,12 99:5
102:22 111:14
112:18 123:1,9,23
132:24 134:22
135:6 137:10,23
139:23 142:4,5
143:7 162:18
163:4 168:10
183:5,7,18 186:14
193:14
**ring** 47:6
**rise** 61:5 159:11
184:12,17,20
185:3,5 192:19
193:2,10 195:2,4
196:3
**risen** 185:24
193:24,24
**risk** 122:12 131:3
149:2
**risks** 132:2
**ritz** 10:13
**rmr** 198:20
**road** 2:14
**robert** 2:10
**role** 14:15 17:3
19:12 21:15 22:6
22:21 23:11,13
24:11 26:24 29:22
35:16,18,24 36:9
37:24 40:10,14
41:1 42:6 63:8
83:7 84:23 87:3
96:10 103:11
160:6 170:20
190:5
**roles** 83:6 87:5
129:20
**room** 8:6 10:14,18
34:4 67:2 115:8

**[room - set]**

119:4,5 157:16
166:1
**root** 153:18
**rose** 73:5 184:1
186:5 195:15
**rotations** 165:20
**roughly** 124:23
**round** 137:5,5
**route** 35:1
**rpr** 198:20
**ruby** 3:7,7 8:15,15
12:6,14,19 20:9
33:10,15,18 49:24
51:23 52:5 58:12
82:13 99:12,15
117:6 140:6,12
**rule** 6:3 49:20
50:15 127:4 137:3
**rules** 1:20 201:5
202:5
**run** 35:21 188:12
**running** 92:16
**rural** 34:7

**s**

**s** 1:21 7:1 198:4,19
200:15 202:8,8
203:3
**safe** 38:5
**safety** 86:2 102:8
**saith** 197:4
**salgado** 3:4
**samaritan** 145:24
**samhsa** 126:21
127:21
**sampling** 125:5
134:13
**sanders** 84:3
**sarah** 84:3 119:11
123:17 139:15
**satisfaction**
147:14,15

**save** 119:17
**saw** 90:10 114:3
118:16 119:4
126:21 151:21
153:11 163:13
171:5
**saying** 75:7 93:15
93:16 105:3 137:6
180:13
**says** 54:8 64:20
65:3,22 66:9 73:8
73:19 94:16
107:23 109:16
112:23 131:11
184:1
**sc** 2:6
**scenario** 181:11
**scenes** 157:8,12
**schedule** 110:18
110:18,19,19,19
110:22 111:5,6,7,8
111:9,9 148:23
**scheduled** 110:16
**school** 32:8,13,16
32:18 35:9 36:7,8
165:23 169:5
**schools** 38:5
**science** 14:10 17:7
31:12,14,16 150:7
150:19 161:3,3
**sciences** 158:2
**scientific** 54:23
55:15
**scope** 100:3
190:24 191:1
**score** 164:6
**screen** 20:10 33:11
49:17 67:15,17
72:23,23,24 82:10
99:6 191:19 193:7
193:17

**screening** 179:14
**screenings** 155:18
**scroll** 51:21 117:4
149:11
**seal** 201:15 202:21
**search** 123:15
161:20
**searched** 116:1
**second** 68:14
72:10 76:4 77:2
79:5 119:6 120:17
124:7,10 138:22
177:4
**secondhand**
102:17
**secretary** 44:11
86:16 156:19
171:3,10
**section** 97:20
184:9
**see** 11:10 12:1
22:4 50:12 51:1
58:17,24 59:1
61:4 64:16,20
65:3,9,10,12,14
66:9,11,15,17 68:4
68:14 83:22 86:23
96:15 97:20,22
98:2,8 99:5,6,8,17
99:21 104:13
105:23 107:24
109:21 118:17
123:8 134:1 135:8
135:11,15 140:12
150:16 152:10
155:3 157:9 160:4
163:12 173:19
180:9,19 181:21
192:18
**seed** 60:18

**seeing** 51:20 98:2
104:5 119:9,22
122:2,5,8,12 174:3
189:5
**seek** 113:1 114:4
115:3 127:18
149:7,15,19,24
**seen** 51:5,7 56:6
92:15 115:9
**sees** 65:22 160:11
**selling** 92:9
**sells** 128:23
**semi** 157:21
**seminars** 179:6
**semp** 174:22 177:4
**senate** 146:9
**senior** 14:10,13
**sense** 34:6 100:15
138:2 147:20
173:21,22 182:2
189:1
**sensitive** 7:5
**sent** 68:3,4
**sentence** 58:21
65:11
**sentinel** 136:6
**separate** 41:8
181:18
**separately** 89:21
**september** 11:4
29:17 33:19 47:15
82:14 114:11
185:20
**serve** 19:22 20:2
**served** 174:21
**services** 43:5,9,22
102:9 165:4
**session** 146:10
**set** 20:10 36:7,8,15
36:19 46:11,15
112:16 115:24

198:15 199:6
setup  36:21
seven  56:19 131:2
  161:6 198:15,15
  199:6,7
shape  115:21
  149:15
share  20:10 33:11
  78:17 105:23
  125:9 169:19
sheet  200:13 202:7
  202:10,18 203:1
shere  4:4
shift  140:4
shipped  194:7
shkolnik  2:19,19
  9:11,11 46:6
shock  151:13
short  116:13
  162:16 180:8
shorthand  198:9
shortly  53:3
show  74:12,18
  76:11 117:2 184:2
  191:19 193:18
showed  103:19
  118:4 119:12
  121:23 190:13
  192:4
shown  121:14
  200:16
shows  118:13
shrink  129:4
  140:13
shut  145:5 156:15
  157:3
shutting  118:24
sick  186:13
side  88:6 148:12
  189:24 196:14

sign  147:6,12
signature  198:19
  199:16 200:14
signed  201:13
  202:18
significant  20:1,4
  57:15 61:16,21
  62:4 63:11 81:20
  87:10,13,24 88:11
  89:10 90:19
  124:13 159:11
  169:11
significantly
  195:15
signing  200:19
signs  104:6
similar  19:23 58:2
  58:4 106:18
  113:13 115:20
  118:17 119:12
  161:22 167:19
simulate  120:9
sincerely  200:21
single  191:22
singular  192:22
sir  23:1 71:19
  75:24 81:16 96:14
  96:20 99:1 200:10
sit  51:9
sitting  27:20 46:6
  51:13 56:18 87:12
  87:15 89:17
  101:24 103:13
  104:11,24 134:22
  135:6
situations  173:22
  173:23
six  19:14
sixth  75:23 76:2
skipped  34:22

slide  65:1
slowly  52:3
smith  3:15
social  61:11,11
  66:24 82:3 110:4
  114:1 115:16
  146:5
society  154:4
sold  127:3
sole  63:19 158:22
  159:2,5,8
solely  19:6,8 162:3
solutions  200:1
  203:1
somebody  103:18
  104:19 109:9
  115:9 128:16,19
  128:21,24 155:7
  180:5
somewhat  22:17
  127:24
soon  146:13
  190:11
sorry  8:21 12:6
  14:12 22:3 32:4
  35:3 40:9 43:15
  52:8,23 53:12
  56:23 81:1 84:10
  98:10,11 99:14
  105:17 111:2
  113:14,22 117:7,8
  129:10 133:2
  182:15 195:9
  196:8
sort  43:10 123:22
  129:3 161:19
  163:15 175:2
sound  40:20 83:1
source  79:20
  96:23 114:9

sources  144:22
southern  1:1 7:20
spans  140:6
speak  90:16
  126:20 142:22,24
  194:6
speaking  11:24
  20:13 21:21 22:5
  26:12 75:3,6 78:9
  109:12 157:20
  160:20
specialist  16:4,7
  16:10,13,17,19,21
  17:3,11 38:18,21
  38:24 39:5,20
  134:7
specialized  31:6
  34:14,16 35:4
specialty  39:15
  57:21 134:12
specific  17:23
  51:19 77:4 78:9
  78:13 105:8 106:4
  107:4 108:19
  117:23 122:21,23
  126:4 134:23
  135:7 139:9
  195:12,18,20
  196:2,4
specifically  44:24
  59:22 80:10,12
  81:12 89:14,24
  111:17 115:24
  139:14 179:23
  187:12
specifics  77:9
specified  198:6
speculate  27:8
speculating  27:6
speculation  27:19

**speculative** 28:1
**speed** 98:20
**spigot** 152:23,24
**spoke** 177:9
**spoken** 125:15
  143:15
**sprain** 92:2
**spread** 48:24
**square** 3:15
**staff** 157:11
**stand** 53:15 186:1
**standard** 147:2,5
  147:23 175:16,21
  175:22 176:7,10
  176:14
**standing** 15:14
  29:5 194:16
**standpoint** 96:7
**staring** 64:21 65:4
  66:11,23
**start** 45:9 53:23
  59:10 60:10 69:19
  92:2 118:14 129:4
  132:22 182:9
  183:20
**started** 10:7
  118:17 136:12,22
  164:4
**starting** 120:9
  153:1 156:1
**starts** 188:8
**state** 8:7,10 10:4
  19:18,21,22 20:6
  20:23,23 21:2,18
  22:4,5,6,12 23:15
  23:21 36:15 40:4
  40:5,7,10,16 41:2
  41:7 42:7 43:17
  43:20 44:8 45:1
  45:10,12 49:10
  61:4,9 62:6 63:8

78:10 83:4,8,13
85:24 86:12 87:6
87:7 89:11 104:9
105:10,11,14,15
105:15 106:20,23
107:2 110:14
113:15 114:24
115:18,22 116:5
125:22 126:8,13
134:16 137:13
138:22 141:12,15
143:19 144:7
147:18 155:15
156:9,10 157:7
160:6,11 161:21
163:10,22 164:14
164:16 170:5,18
172:12,16 174:23
176:18 177:22,23
178:3 179:4,7,13
180:2 190:5,8
194:8 195:5,21,24
198:1,4 199:1
201:10 202:15
**state's** 42:17 95:16
  145:21
**stated** 20:5 29:11
  57:3 71:23 78:21
  108:15 114:1
  115:14 138:8
  179:24 193:23
**statement** 54:8
  58:19 71:7 72:12
  72:20 73:9,11,12
  73:14,16,24 74:1,4
  74:8,13,15 76:5,8
  79:16,18,21 81:15
  81:23 87:8,21
  89:9 90:5,7 96:12
  96:13,16,19,22,23
  97:16 99:23,23

101:20,24 105:7,9
107:17,22 109:3
109:20,24 111:12
111:16 112:8,19
112:23 113:2,9
114:8,9,16 117:3
117:13,17,19,24
118:1 125:6 126:5
126:14 130:19,20
131:8,11,16 132:7
132:8,12 133:16
133:24 134:2,5,14
135:24 140:4,17
141:1,8,10,18,19
141:20,24 142:1
149:9,14,16 150:9
157:19,20,24
158:9,10,15,18,21
159:1 162:8,9,11
162:12,19,19,22
165:5,8,12,16
167:5 168:23
169:1,3 170:5,15
171:20 173:10,14
185:17,17 192:18
194:11 201:13,14
202:19,19
**statements** 53:1,9
  53:15,18 76:17
  89:2 109:8 140:2
  142:1,7 151:5
**states** 1:1 7:19
  25:16 104:21
  130:12 161:22
  194:19
**stating** 101:17
  171:11
**statistic** 168:12
**statistical** 125:4
  134:13

**stats** 139:22,24
**status** 28:6
**statute** 20:6 22:11
  160:12
**stay** 68:20
**stealing** 91:21
  138:2
**stefan** 168:18
**step** 22:12 156:23
**stephen** 169:20
**steve** 8:15 12:5,11
  12:16,21 68:2
  117:4 140:10,15
**steven** 3:7
**stick** 22:20 28:14
  88:21
**stigma** 155:1
**stimulants** 121:12
**stop** 51:23 71:12
  71:16 122:19
**straight** 153:5
**strategic** 44:7
**strategies** 48:15
  49:8
**stray** 180:9,19
**street** 2:8,17 3:5,8
  3:12,16,21 92:9
  117:15 119:6
  124:19 127:15,19
  129:9,14,23
  130:22 144:23
  157:14 188:11
  189:7
**streets** 122:3
**strength** 176:12
  182:11
**strike** 175:23
  190:23
**struggling** 131:12
  131:19 132:14

studied  160:6
studies  19:16
  129:11 161:10
  167:4 168:1
  169:17 176:1
study  94:19 95:24
  96:1,2 122:23
  123:2,12,22
  127:21 138:5
  139:4 168:16,18
studying  94:14
submitted  11:14
  62:10
subscribed  201:10
  202:14 203:21
subsequent  135:1
  136:4
subsequently
  96:18 100:1
substance  90:11
  90:23 119:20
  127:16 131:13,18
  137:19 144:16,18
  149:6,18 150:7
  153:6 154:18
  155:8 161:7 168:3
  171:14 178:13
  179:15 187:17,21
  188:6,24
substances  61:20
  90:8,9,17 93:4,7,9
  93:22,24 95:13
  96:9 108:12,22
  110:12,15,16
  116:8 124:9
  126:16 131:15
  132:19 133:13
  149:19,24 158:6
  159:23 160:3
  168:8

substantial  159:10
  171:21 184:5,20
  196:5
substitute  188:8
successfully  36:24
suffering  127:16
  131:18 132:3
  144:15,21 149:6
  153:6 154:18
  155:8 161:7
  186:24 188:17
suggested  29:21
suggests  137:9
suite  2:17,20 3:13
  3:16 200:2
summarize  183:16
summary  51:2
super  94:2
superior  200:1
supervised  142:16
supervision  165:3
supervisor  103:1
supervisors
  106:14
supplemental  6:3
  49:20 50:15
supplementary
  11:15
supply  118:22
  119:1 136:10
  145:7
support  15:13
  117:21,24 132:15
  150:9 167:5 179:6
supported  36:21
  84:19
supposed  66:6
  180:13
sure  12:22 16:13
  18:21 23:13 28:18
  28:24 38:7 39:11

44:20 46:2,5 49:4
  54:4 65:18 73:10
  76:13 79:6 83:21
  83:23 84:9 88:4
  90:23 101:17
  102:20 104:4
  106:10 109:6
  118:2 123:7
  129:11,16 132:11
  134:11 147:20
  150:10 154:19,21
  156:5 157:13
  159:1 175:13
  177:7 178:2
  179:18 183:9,18
  187:6 194:13
  196:3
surface  43:11
surge  145:2
surgery  30:15
  181:13,22 182:1,3
  182:4,5,17
surprise  153:13
surprised  151:8,9
  151:23 152:18,19
  153:16
surveillance  37:19
  155:22
survey  126:22,22
  128:3
surveys  19:16
  147:7
suzanne  3:4
swear  9:16
swimming  147:10
switch  149:9 162:8
sworn  9:17,20
  198:7 201:10,13
  202:14,18 203:21
syndrome  107:1
  162:24 164:12

169:11
synonymously
  93:8
synthetic  120:24
  157:21,21
syringes  122:17
system  21:24
  42:17 48:20,20,21
  94:17 113:7,7
  114:5 115:11
  129:3 148:6 153:9
  170:4,7,11,21
  171:5,12
systemic  163:15
systems  102:10

t

t  2:7 9:18
table  97:7 123:1
take  7:11 13:19
  14:15 49:18 50:21
  62:12 67:14,17,22
  68:1,6,11,12,15,16
  69:1 72:13 75:22
  75:24 79:2 81:16
  96:13 98:15
  104:23 109:4,24
  112:20 116:14
  117:9 123:21
  131:9 133:22
  135:2 140:5 152:7
  153:24 155:16
  156:17 180:7,16
  180:18,20,20,23
  185:1 186:11
  187:20 188:5
  189:3 194:13,24
taken  1:19 7:14
  69:14 116:20
  118:21 120:6
  146:2 157:10
  166:6 180:1 181:2

198:6,9,13
**takes**   91:9 188:24
**talk**   11:9 94:23
    150:14
**talked**   85:21 194:5
    194:20
**talking**   71:12,16
    76:7 83:7 94:12
    94:23 103:22,24
    111:1 125:6,13
    128:5 129:15,17
    129:24 160:14,15
    169:16 181:9
    184:11 187:10
    191:23 192:24
    193:1,3
**talks**   167:13
    174:23
**target**   175:5
**targeted**   28:12,13
**task**   190:7
**taylor**   4:4
**teachers**   169:4,16
**team**   19:14 62:5
    104:13 142:18
**technical**   102:12
**technically**   34:24
**technicians**   67:1
**teeth**   181:12
**television**   104:14
**tell**   23:9 40:13
    51:24 52:5 55:3
    56:19 77:13 80:1
    80:16,20 87:9,24
    88:10,14,15 90:1
    126:3 132:8
    133:11 142:10
    143:3 166:16
    167:16,20,24
    192:21

**telling**   107:14
    161:16 188:22
**tells**   149:14
**temitope**   2:4
**ten**   68:15,23 69:3
    69:4 95:12,15
    116:13,17 180:16
    180:18
**tenet**   152:12
**tennessee**   35:10
**tenth**   3:21
**tenure**   34:22 80:9
    120:15
**teresa**   1:20 8:1
    49:24 198:4,19
    199:3
**term**   130:10
    173:16 194:16
**terminal**   174:13
**terms**   42:20
    100:14 112:14
    114:15 119:7
    144:24 145:11,18
    146:23 154:24
    155:1,1 161:9
    162:10 174:21
    187:22 188:6
    194:9
**terrific**   20:12
    33:12 73:1 82:15
**terrified**   83:12
**testified**   9:20
    31:18 47:15 185:1
    185:15
**testify**   26:16,19
    27:16 28:3 46:18
    189:15
**testifying**   46:12,17
    184:14 185:13
**testimony**   26:24
    28:16 31:20 75:1

126:19 171:11
    181:20 183:14,16
    191:10,18 192:3,4
    192:9 194:2 195:7
    196:22 201:6,7
    202:6,9,12
**textbooks**   150:18
**thank**   10:1,3 15:16
    16:20 22:15 25:8
    27:13 28:17 33:24
    35:3 42:6 53:1
    75:20 76:24 83:22
    107:17 109:11,12
    116:16 123:4
    187:7 191:3
    192:12 196:12,18
**theft**   189:9
**theirs**   144:15
**theo**   118:3 123:2
    139:6,9
**therapy**   146:3
    176:9
**thing**   50:5 60:16
    98:2 120:14
    122:22 155:10
    182:19
**things**   15:8 36:14
    38:6 53:4 61:10
    79:24 94:13
    106:11 132:14
    138:3 146:3 151:4
    154:5 155:2 156:8
    177:14 178:15
    179:1 180:15
**think**   12:11,11,21
    21:14 23:4 24:20
    25:20 26:6 28:14
    31:4 32:12,16
    33:13 34:22 36:7
    40:24 47:15 52:18
    53:6 55:6 58:5

59:23 70:15 72:3
    75:14 88:3 94:4
    97:15 98:13
    103:16,19 116:12
    118:2 133:16,21
    135:18 136:2
    137:4,6 138:20
    139:10,11,15
    141:2 147:22
    148:4 159:7
    178:10,19 183:15
    184:3 189:14
    190:16 192:7
**thinking**   74:3
**third**   83:15,16,17
    84:18 120:23
    124:21 127:7
    156:9 177:10
**thirds**   126:23
    127:4,5,21 128:3
**thirty**   200:18
**thought**   12:6,7,16
    113:3
**thousand**   184:12
    186:11
**thousands**   64:21
    65:4 66:10,22
    73:5,19 133:18,19
    184:1,5,17,19
    185:3,7,24 186:21
    186:23 187:2
    191:11 192:14,19
    193:2,24 194:9
    195:2,5,11
**three**   3:15 36:12
    42:3 60:10 63:1
    91:6 109:17 110:8
    112:4,23 113:5
    119:3 128:16
    159:23 177:18
    180:10

**tight**  68:21
**till**  100:21
**time**  8:10 13:19
  14:3,19,22 19:1
  20:8 21:17,18
  22:19,20,22,22
  23:10,20 25:1
  29:20 33:4 34:18
  40:2 41:13,15,21
  45:10,13 47:24
  48:8 62:12 68:22
  69:13,17,22 80:12
  90:4,20 100:3,3,13
  100:16 101:6,10
  101:11 106:15
  109:11 111:7
  112:7,13 113:1
  114:6 116:13,19
  116:24 121:12
  124:3,5,12,22
  125:18 127:12
  128:15 129:24
  130:3,17 132:16
  135:16 138:13,23
  141:17 142:2
  143:4 145:22
  151:7,18,22
  153:20,23 154:24
  155:5,16 156:3,7
  157:4 158:11,17
  160:3 162:5,16
  175:16,21 176:5
  177:16,24 178:4
  181:1,6,17 183:8
  187:20 188:17
  196:19 198:6
**times**  13:20 63:1
  109:18 119:20
  121:24
**timing**  26:22,23

**timothy**  3:19 8:17
**title**  17:5
**today**  9:24 10:6
  13:14 27:21 46:12
  47:11 48:17 49:1
  49:9 50:3 51:7
  83:7 101:24
  103:13 104:24
  118:14 144:1
  146:6 150:21
  181:20 183:14
  194:20 196:19
**today's**  196:22
**told**  104:1 116:3
  123:9 132:6
**tomblin**  37:1
  146:15 178:12
**tooth**  91:24 128:14
  174:2
**top**  33:7 38:9
  64:16 65:2,2
  94:16 106:3
**topic**  48:5
**total**  196:23
**totality**  60:4 70:10
  107:21
**tower**  3:8
**track**  22:1 160:17
**trailers**  79:12 80:1
  80:3 81:8
**training**  17:9 18:3
  18:5,7,9,12,21
  31:6 145:18 150:3
  165:18,21 174:23
  175:1,2 177:20
**trainings**  177:8
**transcribed**  201:7
**transcript**  184:4
  184:10 187:12
  198:10,14 199:5
  200:11,12 201:5

  201:12 202:5,11
  202:17
**transforming**
  58:15
**transition**  117:15
  118:6 120:21
  122:6 124:14,18
  126:16 127:14
  129:5 145:11
  153:7,11
**transitioned**
  119:15 124:11
  144:22
**transitioning**
  118:9 121:7
  144:14 155:4
  159:18
**transparent**  76:11
**traveled**  22:1
**traveling**  24:1
**treat**  48:20 131:23
**treated**  66:19
  147:6
**treating**  147:2
**treatment**  16:5
  37:21 38:1,19
  48:20 49:6 61:8
  102:10 147:15
  154:24 155:20
  179:16
**treatments**  38:7
  146:3
**trend**  121:3
  126:12 162:2
**trends**  125:21
**trial**  11:16 26:17
  26:20 27:1,4,16
  75:13
**trials**  57:10
**tried**  112:24 114:4
  115:3 183:16

**trillion**  190:13
**trouble**  156:24
**true**  15:23 87:22
  89:14 125:7
  130:19 158:18
  163:7,7 171:20
**truly**  121:1
**trying**  27:21
  184:14 185:13
**tuberculosis**  30:16
  31:6 37:18,20
**tune**  164:18
**turn**  7:7 83:15
  152:23 165:5
**turning**  140:22
  152:24
**twelfth**  3:5
**twenty**  198:15
  199:6
**two**  23:19,20 25:7
  60:9 78:8 84:12
  84:14 92:1 94:12
  113:17 114:16
  119:3 120:21
  125:14 126:23
  127:5,21 128:3
  129:15 140:6
  141:24 143:15
  183:13,17
**type**  23:7 39:22
  51:10 56:23 61:14
  76:9 101:1 111:4
  121:4
**types**  128:19 129:5
  161:1
**typewriting**
  198:10

|  u  |
| --- |

**u**  9:18,18
**ultimately**  122:17
  145:1

umbrage  72:13
unclear  24:22
  113:16
uncontrolled
  119:22
undergraduate
  30:2,8,9,18,24
  31:2,11
underlying  78:6
underserved  34:7
understand  11:4
  16:16 18:19,24
  19:7 23:23 25:14
  26:8,9 35:23 41:8
  46:3,13,16,23 95:7
  104:5 150:21
  162:12 176:14
  181:20
understanding
  11:6,8,9 29:9,12
  66:14 78:2 104:15
  115:12 150:6
  174:5
understood  70:16
  72:15 88:24
  147:19 148:24
  149:1
undertaken  190:7
unfair  74:14
  133:21
unfortunately
  78:23
uniformly  146:16
uninettuno  32:2
  32:11
unintended
  144:12
union  141:15
  161:22
unique  104:21

unit  7:13 116:22
  181:4
united  1:1 7:19
  25:16 130:12
units  196:24
universal  179:14
university  18:14
  30:3,10,13,19,23
  31:1,3,12,15,17,23
  32:2,11 34:11
  35:9 36:9 62:7,8,8
  164:7,9
untreated  132:1
upstream  144:5
  147:10
usage  78:7
use  57:20 70:17
  76:4 77:11,17,24
  78:4,7 80:22
  82:11 90:24 91:1
  91:2 92:3,5,7,8
  93:8 118:14 121:8
  122:10,17 126:16
  126:17 127:16
  128:13,14 129:7
  129:13,22 130:7
  130:10,21 131:1
  131:15,18 132:19
  133:12 134:2,24
  135:1,23 136:14
  136:18 137:7,19
  140:21 144:16,18
  144:24 149:6,18
  150:7 152:20
  153:6 154:18
  155:8 161:7
  167:17,18 171:14
  179:15 181:15
  182:4 186:13
  187:17 194:15

users  126:22
  136:22 137:16
uses  91:6 139:19
  143:22
usually  91:3
  139:12
utilization  93:9
  94:17
utilize  61:1 121:3
utilized  121:18
utilizes  91:10
  139:18
utilizing  118:20

**v**

v  200:6 201:3
  202:3
vaccination
  155:22
vanderbilt  35:9
  169:21
variety  19:15 34:8
  34:8
various  23:2
  115:18 129:20
  144:9 158:6
vast  129:7,12,22
  130:9,20
ventilator  186:19
venture  55:7
venues  63:5
veritext  7:24 8:2
  197:1 200:1,7
  203:1
veritext.com.
  200:17
verse  53:3
version  51:6,7
  90:12 134:21
versions  56:7
versus  7:16,18
  46:16 93:4,7

94:10 167:18
vetted  26:1
vice  14:10,13
vicodin  108:24
  174:1
victims  144:20,21
video  7:2,10,13
  9:14 46:7 54:2
  69:12,16 116:18
  116:22 180:24
  181:4 196:21
videoconference
  1:19
videographer  4:3
  7:24
videotaped  1:19
view  53:7,8 155:17
  182:15
views  123:15
violence  84:4
virginia  1:1 3:8
  7:20 13:3,5,7,9,12
  13:13,21 14:1,4
  19:19,21 20:6,13
  20:14 21:3 22:9
  23:15,21 34:21
  35:1 36:9 37:2
  39:21,24 40:6,8,11
  41:3 44:12 45:15
  46:1,8 49:10
  60:13 61:20 62:8
  62:16,24 79:11
  82:20 83:14 87:7
  89:23 90:17 97:1
  97:5,12 102:7
  104:1 105:12,16
  110:14 115:1,23
  118:17 120:1,3
  122:4,15 123:5,10
  126:9 129:21
  130:4 137:14

141:3,12 143:19
148:20 152:2
158:11,14 159:12
160:21 162:4
163:11,14,22
164:3,6 168:1
170:8 171:13
174:22 176:15,18
177:23,24 178:3
178:20 180:2
190:6,18 194:17
198:1,16 199:1,7
**virginia's** 90:12
190:20
**virginian** 58:22
59:5 63:12,19,23
**virginians** 49:1
64:21 65:4 66:10
66:23 67:10
133:18 169:6
**visit** 13:20 21:20
163:10
**visited** 21:15 22:7
23:3,10 115:8
**visits** 21:5 22:18
23:4
**vital** 147:6,12
**volume** 73:3 90:19
118:18 120:18,18
122:18 124:18
128:12 136:7
144:4,8,8 145:9,15
146:23 147:11
153:2 154:13,19
158:12 172:4
174:7 176:11
183:24 185:4,24
186:20 187:3
193:9 195:3,15
**volumes** 94:3
129:4 184:16

**voluntarily** 29:15
**volunteer** 13:11
13:17 45:11,13,20
**volunteered** 14:3
**volunteering**
45:18
**vs** 1:6,13

## w

**waived** 200:19
**waiver** 61:7
**walked** 34:1
**want** 11:9 12:22
20:11 26:11 35:21
51:24 59:12,14
62:11 66:5 68:16
69:20 71:5,14
72:7,11,14,22
74:18 83:22 84:8
93:1 97:9 98:17
101:16 103:17
104:4 127:2 137:4
139:17,20 180:8
180:16 183:13,17
183:20 184:2
187:11
**wanted** 23:9 41:10
71:9 152:21
181:10
**wanting** 145:22
**wants** 65:16
156:18
**warwood** 2:11
**washington** 3:6,21
14:18,21,24
156:10
**water** 37:4
**wave** 120:21,23
121:1,2 141:22
147:11,17 153:13
**way** 11:24 12:13
19:10 27:10 41:17

53:17,21 66:18
87:2 92:8 98:1
101:4 104:10
126:7 127:8 132:2
132:4,12 133:17
133:21 135:4
136:8 139:3
140:10 144:3
149:17 152:4
153:21 154:10
186:24 187:21
**ways** 135:21 188:8
**we've** 35:23 50:6,7
50:11 65:12 68:20
69:21 82:24 103:4
107:11 110:5
113:18 122:14
125:14 126:5
130:4 143:15
153:20 183:15
194:20
**website** 167:12
**weeks** 21:22 22:22
**weight** 85:14
**welcome** 74:2
123:14 150:16
**welfare** 170:4
**went** 62:1 89:5
102:4 103:3,9,16
109:17 110:8
112:4 114:12
122:9 136:1,3
**west** 1:1 7:20 13:2
13:5,6,9,12,13,20
14:1,4 19:18,21
20:6,13,14 21:2
22:9 23:15,21
34:20 35:1 36:8
37:2 39:21,23
40:6,8,11 41:2
44:11 45:14,24

46:8 49:1,10
58:22 59:5 60:13
61:20 62:8,15,23
63:12,19,23 64:21
65:4 66:10,22
67:9 79:11 82:20
83:13 87:7 89:22
90:12,17 97:1,5,12
102:7 104:1
105:11,16 110:14
115:1,23 118:17
120:1,3 122:4,15
123:4,10 126:8
129:21 130:4
133:18 137:13
141:3,12 143:19
148:19 152:2
158:11,13 159:12
160:21 162:4
163:10,14,22
164:3,3,6 168:1
169:6 170:7
171:13 174:22
176:15,18 177:23
178:3,20 180:2
190:6,18,20
194:16 198:1,15
199:1,7
**wheel** 99:9
**wheeling** 2:12
**whiddon** 2:14
**whispering** 7:5
**white** 190:11
**who've** 67:5
**wide** 35:18 89:11
104:9 105:10
177:12
**wider** 41:3
**williams** 3:5 8:13
86:19

[willing - zoom]                                                    Page 41

willing   139:2
winning   58:24
wisdom   181:12
wise   67:13
wish   135:22
wit   198:2 199:2
withdraw   52:11
withdrawal
   164:12 188:1
witness   9:16,17,19
   185:14,15 198:7
   198:10 200:8,11
   201:1,4,11 202:1,4
   202:15
witness'   200:14
women   6:6 49:4,5
   61:22,22 64:8,12
   88:16,17 94:24
   95:19
won   63:13
word   74:8 76:12
   107:24 108:2
   126:17 135:23
   191:19
worded   178:2
words   75:15
   137:19 185:14
work   15:9,22,24
   17:5 19:15,17,21
   20:18,20,22,24
   21:4,6,6,7,11 26:7
   36:22 37:23 42:1
   45:8,10 46:19,20
   48:8 56:10 58:22
   59:4,7,9 60:3,4
   61:8 62:18,24
   63:5 85:18,23
   96:4 104:17,22
   115:15,19,22
   119:11 121:22
   136:19 157:22

   179:3 190:16
worked   13:2,9
   40:21 42:5,20
   60:23 146:17
   156:3 157:12
   164:8 169:20
   170:23 171:7
   177:11 179:5,8,8
   179:13,20
workers   66:24
   67:3
working   43:19
   61:6 63:24 67:7
   104:14 147:17
   152:15 153:18
   156:21 157:6
   171:19 179:17
works   15:7 97:22
worse   157:16
write   61:6
writer   85:5
writing   91:13
   92:15 145:7 175:5
   180:3 182:9
written   56:14 64:8
   92:13 109:9 132:9
   132:12 172:11
   175:9,12,17,20
   176:3 198:9
wv   2:9,12,18 3:9
   3:13 198:20

                x

x   156:18,22

                y

yeah   12:9,16 45:3
   52:20 54:17 59:16
   63:11 65:8,10
   69:5,6,10,18 84:11
   84:11 98:10,20
   99:17 136:5,16

   137:24 139:15,20
   141:10 147:4,4
   162:17 165:14
   189:18 190:1
   192:16 193:8
   194:12
year   30:2,7,22
   58:22 59:5 61:5,5
   61:6,15 62:21
   63:12,20,23 67:10
   77:20 85:13 93:18
   95:14,18 100:4,5,8
   100:18 110:24
   111:2,3 113:1
   118:3 121:18
   141:14 146:7
   171:7 190:21
years   13:8 18:13
   19:14 33:1,3,7,17
   54:9,11,16,17,19
   56:19 63:16,17
   80:8 88:23 100:14
   101:18 102:2
   106:22 112:12
   121:2 150:4 175:3
yep   117:6

                z

zero   120:10 148:3
   148:9
zika   44:2,3,5
zoom   7:23 121:7

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.