IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>     Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>     Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>     Defendants. | Civil Action No. 3:17-01665 |

**APPENDIX TO
CARDINAL HEALTH'S REPLY IN SUPPORT OF
MOTION FOR JUDGMENT**

**INDEX TO APPENDIX**

|  | Tab |
|---|---|
| **TRIAL TRANSCRIPTS EXCERPTS** |  |
| Alexander, Dr. Caleb (June 28) | 1 |
| Deer, Dr. Timothy (July 7) | 2 |
| Feinberg, Dr. Judith (June 17) | 3 |
| Gupta, Dr. Rahul (May 6) | 4 |
| Kave, Jesse (May 21) | 5 |
| Keller, Lacey (June 15) | 6 |
| Keyes, Dr. Katherine (June 14) | 7 |
| MacDonald, John (July 9) | 8 |
| Martens, Theodore (July 8) | 9 |
| McCann, Dr. Craig (May 11) | 10 |
| Mone, Michael (May 20) | 11 |
| Rafalski, James (May 26) | 12 |
| Rannazzisi, Joseph | 13 |
|     June 7 | A |
|     June 9 | B |
| Waller, Dr. Corey (May 4) | 14 |
| Werthammer, Dr. Joseph (May 21) | 15 |
| Williams, Mayor Steve (June 30) | 16 |
| Yingling, Dr. Kevin (June 16) | 17 |
| Closings (July 27) | 18 |
| Oral Arguments (July 2) | 19 |

2

| OTHER | |
|---|---|
| Brantley, Eric Deposition Excerpts (Nov. 27, 2018) | 20 |
| Lawrence, Stephen Deposition Excerpts (Jan. 4, 2019) | 21 |
| Mapes, Michael Deposition Excerpts (Jul. 11, 12, 2019) | 22 |
| Reardon, Steve Deposition Excerpts (Nov. 30, 2018) | 23 |
| *AM-WV-02658 | 24 |
| *CAH-WV-00580 | 25 |
| *CAH-WV-00770 | 26 |
| *P-14290 | 27 |
| *P-14294 | 28 |
| *P-42116 | 29 |

* Tabs 24-29 will be provided to the court if requested.