# TAB 1

```
            IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON

_____x
                              :
THE CITY OF HUNTINGTON,       :    Civil Action
                              :
            Plaintiff,        :    No.  3:17-cv-01362
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
            Defendants.       :
_____x
                              :
CABELL COUNTY COMMISSION,     :    Civil Action
                              :
            Plaintiff,        :    No. 3:17-cv-01665
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
            Defendants.       :
_____x


              BENCH TRIAL - VOLUME 30
   BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
              UNITED STATES DISTRICT COURT
              IN CHARLESTON, WEST VIRGINIA


                     JUNE 28, 2021
```

| | |
|---|---|
| 1 | efficacy of opioids, on which you have published? |
| 2 | **A.**   Yes, it is. |
| 3 | **Q.**   And can you recall any of the studies in your report |
| 4 | that relate to that topic in particular? |
| 5 | **A.**   Well, I believe I published a review in the annuals of |
| 6 | public health, or the annals of public health, annual |
| 7 | reviews of public health that, that we previously described |
| 8 | and that included an assessment of the evidence to support |
| 9 | the use of opioids or the lack thereof. |
| 10 |       MS. SINGER:  Your Honor, may I approach? |
| 11 |       THE COURT:  Yes.  We're going to have to take a |
| 12 | break early and change out court reporters.  So we'll be in |
| 13 | recess for about 10 minutes. |
| 14 |     You can step down, Doctor. |
| 15 |       THE WITNESS:  Thank you. |
| 16 |    (Recess taken at 9:49 a.m.) |
| 17 |       MS. SINGER:  May I, Your Honor? |
| 18 |       THE COURT:  Yes, you may. |
| 19 |       MS. SINGER:  All right. |
| 20 |       BY MS. SINGER: |
| 21 | **Q.**   Dr. Alexander, before the brief recess, I had just |
| 22 | handed you P-43586.  Do you have that in front of you? |
| 23 | **A.**   Yes, I do. |
| 24 | **Q.**   And do you recognize that document? |
| 25 | **A.**   Yes. |

| | | |
|---|---|---|
| 1 | Q. | And what is the document? |
| 2 | A. | It's a peer-reviewed paper that I published with |
| 3 | | colleagues entitled The Prescription Opioid and Heroin |
| 4 | | Crisis:  A Public Health Approach to an Epidemic of |
| 5 | | Addiction. |
| 6 | Q. | And is this the study you were referring to in the |
| 7 | | moments before we took a recess? |
| 8 | A. | Yes, it is. |
| 9 | Q. | And where was this study published, if you didn't say |
| 10 | | that already? |
| 11 | A. | In the Annual Reviews of Public Health. |
| 12 | Q. | Is that a peer-review journal? |
| 13 | A. | Yes, it is. |
| 14 | Q. | And is the Annual of Public Health considered to be a |
| 15 | | reliable authority in your field? |
| 16 | A. | Yes, it is. |
| 17 | Q. | What other types of information are published in that |
| 18 | | journal? |
| 19 | A. | Well, the annual reviews typically publishes articles |
| 20 | | examining looming or large public health problems.  Gun |
| 21 | | violence, obesity, diabetes, other matters where public |
| 22 | | health tools and approaches have important -- have an |
| 23 | | important contribution to addressing the concern. |
| 24 | Q. | And in this study that you've just referenced, did you |
| 25 | | discuss the reference regarding the use of opioids for |

1   chronic pain?
2   **A.**   Yes, I did.
3   **Q.**   And I would like to direct you to Page 4, moving on to
4   Page 5.  Can you read what you've written there regarding
5   the evidence for use of opioids in chronic pain?
6   **A.**   Is there a slide prepared?
7   **Q.**   There's not a slide.  I think we can pull it up.  If
8   you look at the very bottom of the page, Dr. Alexander, the
9   last sentence there, in fact, high quality?
10  **A.**   Thank you.  In fact, high quality long-term clinical
11  studies demonstrating the safety and efficacy of OPRs, or
12  opioid pain relievers, for chronic non-cancer pain have
13  never been conducted.  Surveys of patients with chronic
14  non-cancer pain receiving long-term OPRs suggests that most
15  patients continued to experience significant chronic pain
16  and dysfunction.
17  **Q.**   And why don't you go ahead and finish out that
18  paragraph, please?
19  **A.**   The CDC and some professional societies now warn
20  clinicians to avoid prescribing OPRs for common chronic
21  conditions.
22  **Q.**   And is that what you wrote in the study that was
23  published in the Annual of Public Health?
24  **A.**   Yes, it is.
25  **Q.**   And do you still agree with that statement today?