# TAB 3

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON

_____x
                               :
THE CITY OF HUNTINGTON,        :     Civil Action
                               :
              Plaintiff,       :     No.  3:17-cv-01362
                               :
v.                             :
                               :
AMERISOURCEBERGEN DRUG         :
CORPORATION, et al.,           :
                               :
              Defendants.      :
_____x
                               :
CABELL COUNTY COMMISSION,      :     Civil Action
                               :
              Plaintiff,       :     No. 3:17-cv-01665
                               :
v.                             :
                               :
AMERISOURCEBERGEN DRUG         :
CORPORATION, et al.,           :
                               :
              Defendants.      :
_____x


                  BENCH TRIAL - VOLUME 29
       BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
                UNITED STATES DISTRICT COURT
                 IN CHARLESTON, WEST VIRGINIA


                       JUNE 17, 2021
```

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1     tremendous push in the 90s and the early 2000s to treat pain
2     with opioids because there was an emphasis at the time on
3     the undertreatment of pain, correct?
4     **A.**   I'm not sure I would say that that was the medical
5     profession that moved in that direction, but I think -- I
6     would not say that.
7     **Q.**   Well, you are familiar, are you not, with a concept of
8     pain as the fifth vital sign?
9     **A.**   I am.
10    **Q.**   And you observed that concept being promoted by
11    institutions such as JCAHO, which is the Joint Commission on
12    Hospital Accreditation, correct?
13    **A.**   Yes.
14    **Q.**   And, in your experience, once medical bodies said we
15    will say that pain is the fifth vital sign and we will
16    assess pain at every patient encounter, that's the way it
17    was whether individual doctors thought it was a good idea or
18    not, right?
19    **A.**   I think if you were practicing medicine in -- if you
20    didn't -- weren't in your own private practice where you
21    could establish your own policies and norms, but if you were
22    working for a hospital, say, or a large organization that
23    had adopted these new ways of thinking about opioid
24    medications, or narcotics, we used to call them, then I
25    think you would have felt pressure to abide by those new

1   regulations or new recommendations.
2       However, for example, in my clinic, those questions
3   were asked by the medical assistant as the patient came in
4   and took their other four vital signs and asked them if they
5   needed any refills.
6       So, that's what I'm saying.  I don't think this was
7   something that I would say was adopted widely by the medical
8   community.  Certainly, I did not ask every patient whether
9   they had pain or not because people tell you when they have
10  pain.
11  **Q.**   Dr. Feinberg, do you recall giving a deposition in this
12  case on September 2nd, 2020?
13  **A.**   I don't remember all the details, but I know we had
14  one.
15  **Q.**   And you were under oath during that deposition,
16  correct?
17  **A.**   Yes.
18  **Q.**   And you testified truthfully during your deposition,
19  correct?
20  **A.**   And I testified --
21  **Q.**   You testified truthfully during your deposition?
22  **A.**   Yes.  I hope so.
23          MS. JASIEWICZ:  Mr. Huynh, if we could please put
24  up the deposition on Page 111, Line 14.  And it goes on to
25  the next page, also Line 14.

*Ayme A. Cochran, RMR, CRR (304) 347-3128*