# TAB 5

```
           IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON

_____x
                              :
THE CITY OF HUNTINGTON,       :      Civil Action
                              :
              Plaintiff,      :      No.  3:17-cv-01362
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x
                              :
CABELL COUNTY COMMISSION,     :      Civil Action
                              :
              Plaintiff,      :      No. 3:17-cv-01665
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x


              BENCH TRIAL - VOLUME 15
  BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
             UNITED STATES DISTRICT COURT
             IN CHARLESTON, WEST VIRGINIA


                    MAY 21, 2021
```

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1   **A.**   We're trained to look for red flags.  And part of that
2   what you're saying is that the combinations of the Oxys,
3   yes, it could be an issue.
4   **Q.**   It could be an indicator that there's an issue; right?
5   **A.**   Yes.
6   **Q.**   Okay.  Then if we go down to N, it says, "In
7   combination, oxycodone 15 and 30 milligram IR dosage units
8   are less than 50 percent of all oxycodone family dosage
9   units shipped."
10        It says, "no."
11        Do you see that?
12  **A.**   That's what this document says, yes.
13  **Q.**   And if you turn to the next page, and let's just go
14  right to the bottom, it says, "For oxycodone 71 percent of
15  all oxycodone dispensed in a three-month period were 15 and
16  30s."
17        Do you see that?
18  **A.**   That's what it says, yes.
19  **Q.**   That would be a red flag; right?
20  **A.**   I -- I'm not -- I don't have all the information.
21  **Q.**   Sure.  But based on your training, that type of
22  percentage of 30s and 15s would be at least a red flag?
23  **A.**   I don't have all the information.
24  **Q.**   Okay.  And then it says, "Based on CAH," which means
25  Cardinal Health, "sales data did any the drug families of

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1  **A.**   Never.
2  **Q.**   You were asked a few questions by Mr. Fuller about the
3  Medicine Shoppe in Huntington.
4  **A.**   Yes.
5  **Q.**   And he put up a document that referred to the closing
6  of a SafeScript Pharmacy down the road a little bit.  Do you
7  recall that?
8  **A.**   Yes.
9  **Q.**   Did you personally have any concerns about the fact
10 that Medicine Shoppe was potentially picking up new
11 customers from SafeScript after that pharmacy was closed?
12 **A.**   No.
13 **Q.**   And why is that?
14 **A.**   If I remember correctly, the information was that this
15 was -- I'm not sure.  I get conflicted with the different --
16 there was some pediatric business they were picking up I
17 think for SafeScript, and that wouldn't be normally
18 something that would be diverted.
19 **Q.**   Okay.  In your experience with Safe-  -- I'm sorry --
20 with Medicine Shoppe I believe you said you normally dealt
21 with the PIC or the owner; correct?
22 **A.**   Yes.
23 **Q.**   Did you deal with -- I believe one of them is Angela
24 Ronk; is that right?
25 **A.**   She is the owner now.  There's documents at different

1    time frames.  Joe was the owner in some of these.  Angie is
2    the owner now.
3    **Q.**   And with respect to both Joe and Angie, if I might ask
4    about them together, did you know them to be careful,
5    responsible pharmacists?
6    **A.**   Very professional pharmacists.
7    **Q.**   Mr. Fuller asked you a question and he referred to the
8    fact that Medicine Shoppe is a franchise.  Do you remember
9    that?
10   **A.**   Yes.
11   **Q.**   And does Cardinal Health own the franchise Medicine
12   Shoppe?  Is that your understanding?
13   **A.**   Yes.  It's the Medicine Shoppe and Medicap franchise.
14   **Q.**   Does Cardinal Health own the stores, the Medicine
15   Shoppe stores themselves?
16   **A.**   No, they do not.
17   **Q.**   Okay.  And does Cardinal Health manage the Medicine
18   Shoppe stores?
19   **A.**   No.
20   **Q.**   Was there anything different about your role as the PBC
21   with respect to Medicine Shoppe because it was a franchise?
22   **A.**   A role as far as what?
23   **Q.**   That's a good clarification, Mr. Kave.  As far as the,
24   the liaison of anti-diversion services that you provide.
25   **A.**   No.  The information was communicated with them just as