# TAB 8

```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON

_____x
                              :
THE CITY OF HUNTINGTON,       :     Civil Action
                              :
              Plaintiff,      :     No.  3:17-cv-01362
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x
                              :
CABELL COUNTY COMMISSION,     :     Civil Action
                              :
              Plaintiff,      :     No. 3:17-cv-01665
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x


              BENCH TRIAL - VOLUME 37
  BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
            UNITED STATES DISTRICT COURT
            IN CHARLESTON, WEST VIRGINIA


                      JULY 9, 2021
```

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1  **A.**  Not the analysis itself in a comprehensive basis, but
2  as you point out, the result was the order cut and reported
3  or was it subsequently shipped, yes, I did review the
4  results.
5  **Q.**  Did you review data reflecting the occurrence of site
6  visits?
7  **A.**  I did.
8  **Q.**  Again, not analyzing the adequacy of the visits
9  themselves, but data reflecting that they occurred?
10 **A.**  I have.
11 **Q.**  And are you aware that those datasets that you just
12 described reside outside of Cardinal Health's centralized
13 due diligence files?
14 **A.**  I -- I am aware of that, yes.
15          MS. WICHT:  Thank you very much.  That's all I
16 have, Your Honor.
17          THE COURT:  Do you have anything else, Mr. Fuller?
18          MR. FULLER:  No, Your Honor.
19          THE COURT:  May Mr. MacDonald be excused?
20          MR. FULLER:  Unless he wants to hang out for the
21 weekend, Judge.
22          THE WITNESS:  Better than Virginia.  I'll stay in
23 West Virginia.
24          THE COURT:  You can stay all day, Mr. MacDonald.
25     (Laughter)

*Ayme A. Cochran, RMR, CRR (304) 347-3128*