# TAB 10

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

```
_____x
                                :
THE CITY OF HUNTINGTON,         :        Civil Action
                                :
              Plaintiff,        :        No.  3:17-cv-01362
                                :
v.                              :
                                :
AMERISOURCEBERGEN DRUG          :
CORPORATION, et al.,            :
                                :
              Defendants.       :
_____x
                                :
CABELL COUNTY COMMISSION,       :        Civil Action
                                :
              Plaintiff,        :        No. 3:17-cv-01665
                                :
v.                              :
                                :
AMERISOURCEBERGEN DRUG          :
CORPORATION, et al.,            :
                                :
              Defendants.       :
_____x
```

BENCH TRIAL - VOLUME 7
BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
UNITED STATES DISTRICT COURT
IN CHARLESTON, WEST VIRGINIA


MAY 11, 2021


*Ayme A. Cochran, RMR, CRR (304) 347-3128*

134

1    averages every year?

2    **A.**    Yes.  It's reflected in the -- in the exhibits that I

3    presented.

4    **Q.**    Okay.  And I'm talking about prescribing, not

5    distribution.

6    **A.**    Oh, I'm sorry.  I don't have data on prescriptions

7    written, so I don't have the ability to compare the

8    prescriptions written or, for that matter, prescriptions

9    filled on a prescription basis.  So, I -- that can't be

10    included in the data I presented summaries for.

11    **Q.**    I'm asking if you considered it?  Did you consider the

12    fact that, in 2006, Cabell County ranked eighth in the

13    entire nation for opioid prescribing per capita?

14    **A.**    No, I didn't know that.

15    **Q.**    Okay.  Did you consider the fact that prescribed dosage

16    units continued to rise after 2006 with dosage units in

17    Cabell County peaking in 2009, when every resident of the

18    county could have been prescribed nearly 160 dosage units

19    each?

20    **A.**    I didn't know that or the previous fact, but they're

21    both consistent with the summaries that I presented on

22    distribution, but these two items are not part of the data

23    that I reviewed.

24    **Q.**    Okay.  And the fact that prescribing in Cabell County

25    peaked in 2009 is entirely consistent with your countless

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1    opinions that distribution peaked in 2009, correct?

2    **A.**   Correct.  That's what I say.  They're two sides of the

3    same coin.

4    **Q.**   They are two sides of the same coin.  And that's

5    because prescribing in Cabell County drove distribution in

6    Cabell County, correct?

7              MR. MOUGEY:  Objection, Your Honor.  Far outside

8    the scope of what the -- Dr. McCann's opinions were on.

9              MR. MAHADY:  Your Honor, he just testified that

10   it's two sides of the same coin.

11             THE COURT:  Yes.  Overruled.  You can ask him.

12             THE WITNESS:  Which is driving which is, I think,

13   a significant part of what the litigation is about, was that

14   doctor behavior, and was that doctor behavior influenced by

15   actions of the parties, or was it the actions of the

16   manufacturers and distributors?  I don't have an opinion one

17   way or another other than to recognize that they're related.

18   As I said, two sides of the same coin.

19             MR. MAHADY:  Okay.

20             BY MR. MAHADY:

21   **Q.**   AmerisourceBergen, Cardinal Health and McKesson did not

22   write all of those prescriptions in 2009 in Cabell County,

23   correct?

24   **A.**   Correct.

25   **Q.**   Those prescriptions were written by the doctors in

*Ayme A. Cochran, RMR, CRR (304) 347-3128*