# TAB 13b

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT CHARLESTON

_____x
                              :
THE CITY OF HUNTINGTON,       :      Civil Action
                              :
              Plaintiff,      :      No.  3:17-cv-01362
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x
                              :
CABELL COUNTY COMMISSION,     :      Civil Action
                              :
              Plaintiff,      :      No. 3:17-cv-01665
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x


              BENCH TRIAL - VOLUME 23
   BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
             UNITED STATES DISTRICT COURT
             IN CHARLESTON, WEST VIRGINIA


                      JUNE 9, 2021
```

1    the harms of diversion; correct?
2    **A.**    That is correct.
3    **Q.**    In fact, one of the DEA's core functions is to prevent
4    the diversion of controlled substances into illicit
5    channels; correct?  That's a core function of the DEA?
6    **A.**    Yes.
7    **Q.**    At the same time, and I think you talked about this in
8    some of your testimony yesterday particularly on quota, DEA
9    has a mission to ensure an adequate and uninterrupted supply
10   of controlled substances; correct?
11   **A.**    That's correct.
12   **Q.**    And you agree that it's vital that an adequate and
13   uninterrupted supply of pharmaceutical controlled substances
14   be available for effective patient care?
15   **A.**    Yes.
16   **Q.**    It's a public health concern when pharmacies cannot
17   dispense legitimate pharmaceutical controlled substances to
18   patients; correct?
19   **A.**    To legitimate patients, yes.
20   **Q.**    There can be no doubt that drug shortages adversely
21   affect the public health; correct?
22   **A.**    That's, that's obvious, yes.
23   **Q.**    All right.  From your experience, you agree that when
24   it comes to the supply of prescription opioids, supply does
25   not drive demand?

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1  **A.**  Supply does not drive demand.
2          MR. ACKERMAN:  Your Honor, while Mr. Schmidt is
3  writing, if it's at all possible for the Court to move that
4  to our screens, then I don't need to stand here with my
5  friends.
6          MR. SCHMIDT:  Yeah, no objection, of course.
7          THE COURT:  Yeah.  Just find a good place there,
8  Mr. Ackerman.
9          MR. SCHMIDT:  I'm sorry.  Before you switch it,
10 the problem is that we may need to put up documents on the
11 individual screen.
12         MR. ACKERMAN:  All right.  I'll find a chair over
13 here.
14         MR. SCHMIDT:  There's an empty one at my table.
15      (Laughter)
16 BY MR. SCHMIDT:
17 **Q.**  Going back to this point, when it comes to demand
18 for prescription opioids, that comes not from supply but
19 from prescribing and dispensing in hospitals; correct?
20 **A.**  No, not necessarily.  Demand also -- when we're talking
21 about quota, it has things to do with research and
22 development, validation, export, things like that.
23 **Q.**  When it comes to -- let me rephrase.  When it comes to
24 demand, demand comes from things like prescribing,
25 hospitals, research and development, export; correct?

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1   **A.**   For that portion of the quota.  Well, yeah, total, yes.
2   **Q.**   The demand is driven by patient care and patient needs;
3   correct?
4   **A.**   A large part of the quota is patient needs.
5   **Q.**   Not by supply; correct?  I didn't hear if you answered.
6   I apologize, sir.  Not by supply; correct?
7   **A.**   No, supply is not what drives demand.
8              COURT REPORTER:  I'm sorry?
9              THE WITNESS:  Demand drives the quota.
10  BY MR. SCHMIDT:
11  **Q.**   Your understanding of what drives demand for
12  opioids is appropriate medical treatment; correct?
13  **A.**   Yes, if -- appropriate medical treatment, yes.
14  **Q.**   And prescription opioid levels in turn -- prescription
15  opioid levels in turn are based on the presumption that
16  medical need is legitimate; correct?
17  **A.**   Yes.  Appropriate medical treatment does drive some of
18  the demand, yes.
19  **Q.**   And just because you have a supply of prescription
20  opioids does not mean the supply must be used; correct?
21  **A.**   That's correct.
22  **Q.**   Correspondingly, reducing supply doesn't necessarily
23  reduce demand; correct?
24  **A.**   That's correct.
25  **Q.**   All right.  Now, in terms of supply level, you never

*Ayme A. Cochran, RMR, CRR (304) 347-3128*