# TAB 14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

_____x
                                   :
THE CITY OF HUNTINGTON,            :    Civil Action
                                   :
            Plaintiff,             :    No.  3:17-cv-01362
                                   :
v.                                 :
                                   :
AMERISOURCEBERGEN DRUG             :
CORPORATION, et al.,               :
                                   :
            Defendants.            :
_____x
                                   :
CABELL COUNTY COMMISSION,          :    Civil Action
                                   :
            Plaintiff,             :    No. 3:17-cv-01665
                                   :
v.                                 :
                                   :
AMERISOURCEBERGEN DRUG             :
CORPORATION, et al.,               :
                                   :
            Defendants.            :
_____x

BENCH TRIAL - VOLUME 2
BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
UNITED STATES DISTRICT COURT
IN CHARLESTON, WEST VIRGINIA

MAY 4, 2021

1    Addiction Medicine is where I spend the vast majority of my
2    time.
3    **Q.**   Okay.  And you testified this morning that you were an
4    editor and an author for publications put out by the
5    American Society of Addiction Medicine; correct?
6    **A.**   That is correct.
7    **Q.**   Okay.  I want to ask you some about those, about your
8    publications.
9         Now, Dr. Waller, you have previously described a sea
10   change in opioid medication utilization and supply that
11   began in the mid 1990s or so; correct?
12   **A.**   At some point.
13   **Q.**   Okay.
14   **A.**   I'm not sure which specific documentation.
15   **Q.**   Okay.  That, that -- I'll represent to you that's taken
16   from your report in this case, Dr. Waller.
17   **A.**   Okay.  It was written a bunch of months ago.
18   **Q.**   But it's your opinion that that sea change hit its peak
19   between 2010 and 2012; correct?
20   **A.**   Correct.
21   **Q.**   Okay.  So I want to talk about, I want to talk about
22   that for a moment, sort of unpack your observations of that
23   based on your professional experience.
24   **A.**   Uh-huh.
25   **Q.**   So you attended medical school from 1999 until 2003;

*Ayme A. Cochran, RMR, CRR (304) 347-3128*