# **TAB 15**

```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                           AT CHARLESTON

_____x
                              :
THE CITY OF HUNTINGTON,       :     Civil Action
                              :
              Plaintiff,      :     No.  3:17-cv-01362
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x
                              :
CABELL COUNTY COMMISSION,     :     Civil Action
                              :
              Plaintiff,      :     No. 3:17-cv-01665
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x


              BENCH TRIAL - VOLUME 15
    BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
              UNITED STATES DISTRICT COURT
              IN CHARLESTON, WEST VIRGINIA


                      MAY 21, 2021
```

*Ayme A. Cochran, RMR, CRR (304) 347-3128*

1  Medical Officer of Marshall Health; correct?
2  **A.**   I was.
3  **Q.**   Okay.  And pain as the fifth vital sign, I believe
4  you've testified that that came from organizations like the
5  Joint Commission; correct?
6  **A.**   Yes.
7  **Q.**   Okay.  And this standard of care changing led to
8  doctors prescribing opioids more liberally; correct?
9  **A.**   I didn't agree that this was the standard of care.
10 **Q.**   Okay.  Do you recall a period where pain was considered
11 the fifth vital sign?
12 **A.**   I do.
13 **Q.**   Okay.  And during that period where pain was considered
14 the fifth vital sign, were opioids prescribed more liberally
15 than they were in the period prior to that?
16 **A.**   I think that's true.
17 **Q.**   Okay.  And, Dr. Werthammer, I want to focus on 2016.
18 In 2016 you were the Chief Medical Officer of Marshall
19 Health; correct?
20 **A.**   Yes.
21 **Q.**   And Joseph Shapiro, was he the Dean of the Medical
22 School at Marshall at the time period?
23 **A.**   He was.
24 **Q.**   Okay.  And around that 2016-2017 time period, you were
25 also communicating with an individual named Jim Johnson; is

*Ayme A. Cochran, RMR, CRR  (304) 347-3128*