# TAB 16

```
               IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON

_____x
                              :
THE CITY OF HUNTINGTON,       :      Civil Action
                              :
              Plaintiff,      :      No.  3:17-cv-01362
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x
                              :
CABELL COUNTY COMMISSION,     :      Civil Action
                              :
              Plaintiff,      :      No. 3:17-cv-01665
                              :
v.                            :
                              :
AMERISOURCEBERGEN DRUG        :
CORPORATION, et al.,          :
                              :
              Defendants.     :
_____x


                  BENCH TRIAL - VOLUME 32
    BEFORE THE HONORABLE DAVID A. FABER, SENIOR STATUS JUDGE
              UNITED STATES DISTRICT COURT
               IN CHARLESTON, WEST VIRGINIA


                      JUNE 30, 2021
```

```
 1   has a legitimate need for prescription opioids, right?
 2   A.   Yes, sir.  I thought I said -- excuse me.  I apologize,
 3   but I thought I had said yes before I went into my
 4   explanation.
 5   Q.   You understand that prescription opioids are approved
 6   by the FDA?
 7   A.   Yes, sir.
 8   Q.   And you understand that they serve the legitimate
 9   purpose of treating people who are in pain, correct?
10   A.   Yes.
11   Q.   And you believe that the vast majority of doctors in
12   Cabell County and Huntington thought they were prescribing
13   opioids appropriately, correct?
14   A.   Yes, sir.  Yes, sir.
15   Q.   Let's talk about some other things, Mayor, that you've
16   said and that the City has said caused the problem that you
17   testified about earlier.  You, of course, are familiar with
18   the complaint in this case, correct?
19   A.   Yes, sir.
20   Q.   I'm going to give it to you because it's lengthy and I
21   don't expect you to have it all in memory.  This is going to
22   be DEF-WV-2631.
23            MR. RUBY:  May I approach, Your Honor?
24        I noticed that the bench had been cleared, Your Honor.
25   I didn't think you'd want to keep it that way for long.
```

*Ayme A. Cochran, RMR, CRR (304) 347-3128*