# TAB 20

**Designation Run Report**

# Brantley, Eric - Plaintiff and Defense Combined Submission

**Brantley, Eric 11-27-2018**

| | |
|---|---|
| **Plaintiffs Affirmative Designations** | **00:22:25** |
| **Defense Counter Designations** | **00:36:11** |
| **Defense Completeness Counters** | **00:01:17** |
| **Total Time** | **00:59:53** |



**ID:EB03**

| Page/Line | Source | ID |
|---|---|---|
| | EB03-Brantley, Eric - Plaintiff and Defense Combined Submission | |

522:15 BY MR. PYSER:
522:16   Q. Do you know whether anyone at DEA also
522:17 received ingredient limit reports?
522:18   A. The ingredient limit reports were sent to
522:19 the DEA on a monthly basis.
522:20   Q. You talked a little bit about site visits
522:21 and additional work you did beyond just reviewing the
522:22 ingredient limit reports.  It -- were there times
522:23 when you made decisions as a result of site visits?
522:24   A. Yes.  If -- if during a site visit it was
522:25 deemed that they were doing, for instance,
523:1 Internet -- they were associated with an Internet
523:2 pharmacy, then I would make a recommendation to
523:3 discontinue business with that -- or discontinue
523:4 controlled substance shipments with that pharmacy and
523:5 then report that pharmacy to Kyle Wright at the DEA.
523:6   Q. And to your knowledge, when you made a
523:7 decision to discontinue business with a pharmacy, did
523:8 Cardinal Health follow that recommendation?
523:9   A. Yes.
523:10   Q. And when you reported a pharmacy to the
523:11 DEA, who did you send that information to?
523:12   A. I sent the -- an e-mail to Kyle Wright at
523:13 DEA headquarters.
523:14   Q. Who -- who is Kyle Wright?
523:15   A. I don't remember his exact title, but I
523:16 believe he may have been over the e-commerce section.
523:17 But he was where registrants submitted such reports
523:18 to the DEA.
523:19   Q. Was it your understanding that the purpose
523:20 of sending ingredient limit reports to DEA was to
523:21 comply with the DEA regulations for suspicious-order
523:22 reporting?
523:23   A. Yes.
523:24   Q. So why did you conduct site visits and
523:25 investigations of customers on top of the ingredient
524:1 limit reports?
524:2   A. That was over and above the requirement.
524:3 The requirement was to report the suspicious orders,
524:4 and then based on the report I saw, I would actually

| Page/Line | Source | ID |
|---|---|---|

EB03-Brantley, Eric - Plaintiff and Defense Combined Submission

524:5 go out and investigate the pharmacies to actually
524:6 report those pharmacies to the DEA as well, in
524:7 addition to orders.
524:8   Q. Let's take a look at a document.
524:9 I'm showing you a document that's been
524:10 marked Exhibit 34 in this deposition.  It's a new
524:11 exhibit.
524:12 (Cardinal-Brantley 34 was marked for
524:13 identification.)
524:14 BY MR. PYSER:
524:15   Q. Just so we can see it, I'll put it in
524:16 front of Exhibit 34, up on the Elmo.
524:17 What is Exhibit 34?
524:18   A. This is the Cardinal Health DEA compliance
524:19 manual.
524:20   Q. And if you look at the -- the table of
524:21 contents, does it cover several different areas of
524:22 DEA compliance?  It's a thick document, a couple
524:23 hundred pages.
524:24   A. Yes.
524:25   Q. And if you look at Section 7 of the DEA
525:1 compliance manual, is that section titled "Required
525:2 Reports to DEA"?
525:3   A. Section 7?
525:4   Q. If you turn to Bates page ending 898 --
525:5   A. Oh, yes.
525:6   Q. -- of the table of contents.
525:7   A. I see it.  I see it.
525:8   Q. So let's go together to Section 7.
525:9 And I'll give you the Bates number, which
525:10 is going to be the number in the bottom right corner.
525:11 It's going to be Bates ending 937.
525:12 And to your recollection, was this DEA
525:13 compliance manual in effect during the time that you
525:14 worked at Cardinal Health?
525:15   A. Yes.
525:16   Q. Okay.  And specifically during the time
525:17 period 2005 through '07 or '08, when you were working
525:18 the anti-diversion area?
525:19   A. Yes.