# TAB 21

**Designation Run Report**

# Lawrence, Stephen Plaintiff and Defense Combined Submission

_____

**Lawrence, Stephen 01-04-2019**
_____

**Plaintiffs Affirmative Designations  00:47:30**

**Defense Counter Designations  00:04:09**

**Plaintiff Counter Counters  00:01:19**

**Defense Completeness Counters  00:03:37**

**Total Time  00:56:35**



ID:SL02

| Page/Line | Source | ID |
|---|---|---|
| | 198:18 would go straight from the sales to QRA.  So I | |
| | 198:19 didn't -- wasn't involved in those. | |
| | 198:20   Q. Okay.  Then you go on to talk | |
| | 198:21 about, "The main problem is that 90 stores have | |
| | 198:22 been shut off from ordering controlled | |
| | 198:23 substances.  60 of those, or two-thirds, are not | |
| | 198:24 currently scheduled to have a site visit and | |
| | 199:1 have not been told what the status is on these. | |
| | 199:2 Many of these were cut off on December 10th. | |
| | 199:3 It's now close to a month.  This is what I've | |
| | 199:4 been telling everyone for quite some time now." | |
| | 199:5 Who is "everyone"? | |
| 199:7 - 200:9 | **Lawrence, Stephen 01-04-2019 (00:00:51)** | SL02.70 |
| | 199:7   A. This goes right back to what I | |
| | 199:8 said before.  The -- I was working with | |
| | 199:9 quality -- the QRA group to give us more time | |
| | 199:10 and not cut a customer off after the five days. | |
| | 199:11 If it took -- the store got a questionnaire back | |
| | 199:12 in six days, you know, did it matter?  And we | |
| | 199:13 were -- we just had a hard five day, we're just | |
| | 199:14 going to cut them off.  And that didn't make a | |
| | 199:15 lot of sense to me. | |
| | 199:16 And ultimately fairly -- I think, | |
| | 199:17 I don't know what the dates are, but they agreed | |
| | 199:18 and they gave a little bit more time. | |
| | 199:19   Q. And that's the -- | |
| | 199:20   A. Which helped a bunch. | |
| | 199:21   Q. I'm sorry.  That's the e-mail that | |
| | 199:22 we saw earlier? | |
| | 199:23   A. That's the previous e-mail we just | |
| | 199:24 talked about. | |
| | 200:1   Q. Okay.  And then you go on to say, | |
| | 200:2 "I spent three hours with Hartman and the | |
| | 200:3 regulatory group on Friday and they are trying. | |
| | 200:4 They just don't have the resources, and they are | |
| | 200:5 trying to keep too much information from others. | |
| | 200:6 I hope this will open up some soon.  Steve." | |
| | 200:7 The comment on resources, was that | |
| | 200:8 your observation, or was that something that the | |
| | 200:9 regulatory group told you? | |

| Page/Line | Source | ID |
|---|---|---|
| | SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | |
| 200:11 - 201:6 | **Lawrence, Stephen 01-04-2019 (00:00:52)** | SL02.71 |
| | 200:11   A. You know, I don't remember | |
| | 200:12 exactly.  I think the challenge was getting -- | |
| | 200:13 we were getting a backlog so we couldn't get | |
| | 200:14 through the Know Your Customer forms quick | |
| | 200:15 enough.  So by just pure definition, you've got | |
| | 200:16 a resource issue there or something clogging it | |
| | 200:17 up.  I don't specifically remember having that | |
| | 200:18 conversation with them. | |
| | 200:19 But at the end of the day, what | |
| | 200:20 came out of it was that other e-mail where we | |
| | 200:21 got some extra time so that we just didn't cut | |
| | 200:22 them off on five days, which was just a hard | |
| | 200:23 five-day -- there was no -- there wasn't, you | |
| | 200:24 know, meaning behind it, just five days. | |
| | 201:1   Q. At this point in time, | |
| | 201:2 Mr. Lawrence -- so this is December -- I'm | |
| | 201:3 sorry, January of 2008 -- in comparison to the | |
| | 201:4 300-or-so employees in sales and the 50-or-so | |
| | 201:5 employees in marketing, do you know how many | |
| | 201:6 employees actually worked within QRA? | |
| 201:8 - 201:12 | **Lawrence, Stephen 01-04-2019 (00:00:10)** | SL02.72 |
| | 201:8   A. I do not. | |
| | 201:9   Q. In comparison to your budget in | |
| | 201:10 marketing or the budget that eventually you were | |
| | 201:11 over in sales, do you know what their budget was | |
| | 201:12 for QRA? | |
| 201:14 - 201:14 | **Lawrence, Stephen 01-04-2019 (00:00:00)** | SL02.73 |
| | 201:14   A. No. | |