# TAB 22

**Designation Run Report**

# Mapes M DA, PC, PCompleteness, DReply on 07-22-21

**Mapes, Michael 07-11-2019**
**Mapes, Michael 07-12-2019**

**Defendants' Affirmatives  00:19:38**
**Plaintiffs' Counters  00:13:05**
**Plaintiffs' Completeness  00:21:44**
**Defendants' Reply  00:05:02**
**Total Time  00:59:29**



ID:vMapes6ALL

| Page/Line | vMapes6ALL-Mapes M DA, PC, PCompleteness, DReply on 07-22-21 | |
|---|---|---|
| | Source | ID |
| | 88:2 THE WITNESS: Yes. | |
| 90:25 - 91:10 | **Mapes, Michael 07-11-2019 (00:00:39)** | vMapes6ALL.21 |
| | 90:25   Q. Does the regulation -- I'm | D640.1.1 |
| | 91:1 looking back at Mapes Exhibit 3 -- define the | |
| | 91:2 form or format that a suspicious order report | |
| | 91:3 must take? | |
| | 91:4   A. It does not. | |
| | 91:5   Q. Does it say what information is | |
| | 91:6 supposed to be provided to DEA? | |
| | 91:7   A. No, it doesn't. | |
| | 91:8   Q. Does the regulation in Mapes | |
| | 91:9 Exhibit 3 say anything about whether a | |
| | 91:10 registrant can ship a suspicious order? | |
| 91:12 - 91:12 | **Mapes, Michael 07-11-2019 (00:00:01)** | vMapes6ALL.22 |
| | 91:12 THE WITNESS: No, it doesn't. | |
| 91:14 - 91:17 | **Mapes, Michael 07-11-2019 (00:00:11)** | vMapes6ALL.23 |
| | 91:14   Q. And this section of the | |
| | 91:15 regulation, 1301.74(b), it has not changed | |
| | 91:16 since 1971? | |
| | 91:17   A. I'm not aware of any changes. | clear |
| 91:18 - 92:12 | **Mapes, Michael 07-11-2019 (00:00:57)** | vMapes6ALL.24 |
| | 91:18   Q. Are you familiar with excessive | |
| | 91:19 purchase reports? | |
| | 91:20   A. Yes. | |
| | 91:21   Q. What are they? | |
| | 91:22   A. Reports that are sent by | |
| | 91:23 wholesalers of purchases of controlled | |
| | 91:24 substances that they, after the fact, think | |
| | 91:25 may be excessive. | |
| | 92:1   Q. Was the submission of excessive | |
| | 92:2 purchase reports, in your experience, | |
| | 92:3 standard practice in the industry? | |
| | 92:4   A. It was. | |
| | 92:5   Q. Was there a particular time | |
| | 92:6 that you believe, in your experience, it was | |
| | 92:7 standard practice in the industry to submit | |
| | 92:8 those? | |
| | 92:9   A. From the time I started with | |
| | 92:10 DEA in 1977 until we had the meetings with | |
| | 92:11 the individual wholesalers, that was the -- | |

vMapes6ALL-Mapes M DA, PC, PCompleteness, DReply on 07-22-21

| Page/Line | Source | ID |
|---|---|---|
| 92:13 - 92:15 | 92:12 the standard practice, to submit those.<br>**Mapes, Michael 07-11-2019 (00:00:05)**<br>92:13   Q. And in your experience, DEA<br>92:14 reviewed those reports as compliant with the<br>92:15 Controlled Substances Act? | vMapes6ALL.25 |
| 92:23 - 92:25 | **Mapes, Michael 07-11-2019 (00:00:07)**<br>92:23 THE WITNESS:  Yeah, I viewed<br>92:24 those as compliant with the regulation<br>92:25 for suspicious orders. | vMapes6ALL.26 |
| 93:2 - 93:25 | **Mapes, Michael 07-11-2019 (00:00:40)**<br>93:2   Q. And in your experience of<br>93:3 conducting audits of distribution centers,<br>93:4 that was one of your roles as a diversion<br>93:5 investigator, right?<br>93:6   A. Yes.<br>93:7   Q. Conducting audits?<br>93:8   A. Yes.<br>93:9   Q. And as a group supervisor, you<br>93:10 would oversee diversion investigators who<br>93:11 were conducting audits?<br>93:12   A. That's correct.<br>93:13   Q. And that would include a review<br>93:14 of their suspicious order monitoring systems?<br>93:15   A. That's correct.<br>93:16   Q. Including the formats that they<br>93:17 were using to submit and how they were<br>93:18 identifying and reporting suspicious orders<br>93:19 to DEA?<br>93:20   A. Correct.<br>93:21   Q. And in the course of your role<br>93:22 as a diversion investigator and a group<br>93:23 supervisor, you accepted these excessive<br>93:24 purchase reports as compliant with the<br>93:25 Controlled Substances Act? | vMapes6ALL.27 |
| 94:3 - 94:3 | **Mapes, Michael 07-11-2019 (00:00:01)**<br>94:3 THE WITNESS:  Yes. | vMapes6ALL.28 |
| 94:22 - 95:2 | **Mapes, Michael 07-11-2019 (00:00:17)**<br>94:22 You don't recall saying to<br>94:23 anyone, a registrant, for example, "You can't<br>94:24 submit these kinds of excessive purchase | vMapes6ALL.29 |

vMapes6ALL-Mapes M DA, PC, PCompleteness, DReply on 07-22-21

| Page/Line | Source | ID |
|---|---|---|
| | 94:25 reports and still be compliant with the<br>95:1 Controlled Substances Act" in your role as a<br>95:2 diversion investigator or a group supervisor? | |
| 95:5 - 95:6 | **Mapes, Michael 07-11-2019 (00:00:02)**<br>95:5 THE WITNESS:  No, I don't<br>95:6 remember saying that. | vMapes6ALL.30 |
| 95:8 - 95:19 | **Mapes, Michael 07-11-2019 (00:00:26)**<br>95:8   Q. And we've been talking about<br>95:9 excessive purchase reports, but sometimes<br>95:10 people -- registrants would call them by<br>95:11 different names.<br>95:12 Do you recall that, or in your<br>95:13 experience were they all called excessive<br>95:14 purchase reports?<br>95:15   A. Generally referred to as<br>95:16 excessive purchase reports.  Could be called<br>95:17 suspicious order reports.<br>95:18   Q. And were they generally in a<br>95:19 similar format across the industry? | vMapes6ALL.31 |
| 95:24 - 96:12 | **Mapes, Michael 07-11-2019 (00:00:25)**<br>95:24   Q. Do you understand my question?<br>95:25   A. Yes.<br>96:1 They were in different formats<br>96:2 depending on the company that was sending<br>96:3 them.  Some would send computer printouts.<br>96:4 Some would send copies of invoices.  So there<br>96:5 are different ways that they were sent.<br>96:6   Q. They generally provided the<br>96:7 same kind of information?<br>96:8   A. Yes.<br>96:9   Q. About purchases and sales that<br>96:10 had already happened?<br>96:11   A. Correct.<br>96:12   Q. And DEA accepted those? | vMapes6ALL.32 |
| 96:15 - 96:15 | **Mapes, Michael 07-11-2019 (00:00:01)**<br>96:15   Q. In your personal experience? | vMapes6ALL.33 |
| 96:21 - 96:22 | **Mapes, Michael 07-11-2019 (00:00:01)**<br>96:21 THE WITNESS:  Yes, we accepted<br>96:22 those. | vMapes6ALL.34 |
| 97:9 - 97:10 | **Mapes, Michael 07-11-2019 (00:00:04)** | vMapes6ALL.35 |