# TAB 23

**Designation Run Report**

# Reardon, Steve

**Reardon, Steve 11-30-2018**

| | |
|---|---|
| **Plaintiffs Affirmative Designations** | **00:45:51** |
| **Defense Affirmative Designations** | **00:22:32** |
| **Defense Counter Designations** | **00:06:52** |
| **Plaintiff Counter Counters** | **00:00:52** |
| **Total Time** | **01:16:07** |



**ID:SR03**

| Page/Line | Source | ID |
|---|---|---|
| | SR03-Reardon, Steve | Page 9/53 |
| | 426:21 the page count is, this is all suspicious orders, | |
| | 426:22 right? | |
| | 426:23   A. Based on the criteria that the DEA agreed | |
| | 426:24 to. | |
| | 427:1   Q. Based on whatever.  These are all | |
| | 427:2 suspicious orders under your CFR reporting | |
| | 427:3 requirement, correct? | |
| | 427:4   A. Correct. | |
| | 427:5   Q. And Cardinal shipped all these orders out | |
| | 427:6 into our communities across the country, didn't | |
| | 427:7 they? | |
| 427:9 - 429:20 | **Reardon, Steve 11-30-2018 (00:02:37)** | SR03.22 |
| | 427:9   A. It may have been some that were caught at | |
| | 427:10 the distribution center and investigated. | |
| | 427:11 BY MR. FULLER: | |
| | 427:12   Q. Well, this report isn't generated until | |
| | 427:13 the end of the month, right? | |
| | 427:14   A. But it's a two-step process. | |
| | 427:15   Q. I understand, but just listen to my | |
| | 427:16 question. | |
| | 427:17 This report isn't generated until the end | |
| | 427:18 of month, correct? | |
| | 427:19   A. Correct. | |
| | 427:20   Q. And any shipments that have gone, have | |
| | 427:21 long gone out because it's usually 24-hour | |
| | 427:22 turnaround, correct? | |
| | 427:23   A. Correct. | |
| | 427:24   Q. So if you look, there's, actually, I | |
| | 428:1 think, a run date of August 5, 2007 on here, | |
| | 428:2 right? | |
| | 428:3   A. Yes. | |
| | 428:4   Q. So these orders were gone by the time this | |
| | 428:5 report was printed.  You agree? | |
| | 428:6   A. Correct. | |
| | 428:7   Q. We'll come back to that document in just a | |
| | 428:8 minute, but you're talking about the second part | |
| | 428:9 of this process. | |
| | 428:10 The second part of this process is for | |
| | 428:11 pickers and checkers to pick up on excessive | |
| | 428:12 orders in the distribution centers; is that true? | |

| Page/Line | Source | ID |
|---|---|---|
| | **SR03-Reardon, Steve** | |
| | 428:13  A. Correct.<br>428:14  Q. And pickers and checkers are the people<br>428:15 filling the orders at the distribution facilities,<br>428:16 right?<br>428:17  A. Correct.<br>428:18  Q. And if a picker and checker finds an order<br>428:19 that exceeds some sort of internal limit, then<br>428:20 they are to pull that order and report that<br>428:21 specific order as suspicious; isn't that right?<br>428:22  A. They're required to -- not necessarily a<br>428:23 limit.  If something they see based on their<br>428:24 experience with the customer or other customers,<br>429:1 they can pull the order and do further<br>429:2 investigation and contact the DEA.<br>429:3  Q. And how long was this system in place,<br>429:4 these ingredient limit reports and the picker and<br>429:5 checkers?  That system was in place from back in<br>429:6 the '90s?<br>429:7  A. Early '90s until --<br>429:8  Q. About 2007, right?<br>429:9  A. Correct.  However, the order-filler<br>429:10 process at least still existed when I retired.<br>429:11  Q. And when you mean the order-filler<br>429:12 process, you're talking about the pickers and<br>429:13 checkers?<br>429:14  A. Correct.<br>429:15 MR. FULLER:  So let's go to 4924.<br>429:16 This is going to be plaintiffs' exhibit -- I'm<br>429:17 sorry, did I say for the record, Plaintiffs'<br>429:18 Exhibit 31 is going to be P-3756.<br>429:19 Plaintiffs' Exhibit 32 is going to be<br>429:20 4924. | |
| 430:2 - 430:4 | **Reardon, Steve 11-30-2018 (00:00:12)**<br>430:2  Q. Now, this is a manual that Mr. Brantley<br>430:3 was just shown the other day when he was being<br>430:4 deposed.  And let's go to page 144. | SR03.23 |
| 430:5 - 431:19 | **Reardon, Steve 11-30-2018 (00:01:38)**<br>430:5 144 is required reports to DEA, correct?<br>430:6  A. Correct.<br>430:7  Q. And that's the system you were talking | SR03.24 |

Page 10/53

| Page/Line | Source | ID |
|---|---|---|
| | SR03-Reardon, Steve | |
| 464:4 - 464:20 | 459:12   A. Correct.<br>**Reardon, Steve 11-30-2018 (00:00:46)**<br>464:4   Q. And during the time that you were<br>464:5 overseeing the whole regulatory division -- I<br>464:6 think you testified repeatedly to Mr. Papantonio<br>464:7 about the number of employees -- you tried to push<br>464:8 for more employees, didn't you?<br>464:9 You tried to push for more financial<br>464:10 support, more budgetary support, because you felt<br>464:11 what you were given was not enough to get the job<br>464:12 done right, didn't you?<br>464:13   A. It's needing additional resources based on<br>464:14 the direction we wanted to go in, and I requested<br>464:15 additional head count.<br>464:16   Q. Well, the direction we wanted to go in is<br>464:17 to do a good job monitoring for suspicious orders<br>464:18 and preventing any potential diversion.  That's<br>464:19 the direction you wanted to go in, right?<br>464:20   A. Correct. | SR03.63 |
| 464:21 - 464:23 | **Reardon, Steve 11-30-2018 (00:00:05)**<br>464:21   Q. When you asked for additional resources to<br>464:22 go that direction, you weren't given everything<br>464:23 you were asked for, were you? | SR03.64 |
| 465:1 - 465:2 | **Reardon, Steve 11-30-2018 (00:00:08)**<br>465:1   A. I believe I requested for two head count<br>465:2 and ultimately got two head count. | SR03.65 |
| 465:3 - 465:11 | **Reardon, Steve 11-30-2018 (00:00:19)**<br>465:3 BY MR. FULLER:<br>465:4   Q. So you took your three people to five<br>465:5 people, right?<br>465:6   A. Right.<br>465:7   Q. So you're monitoring the entire country<br>465:8 for suspicious orders with five people --<br>465:9   A. No.<br>465:10   Q. -- an upgrade from three people,<br>465:11 correct? | SR03.66 |
| 465:13 - 465:18 | **Reardon, Steve 11-30-2018 (00:00:06)**<br>465:13   A. Additionally, there were people in the<br>465:14 distribution centers that had -- operations had<br>465:15 responsibility. | SR03.67 |

| Page/Line | Source | ID |
|---|---|---|
| | **SR03-Reardon, Steve** | |
| 465:21 - 466:5 | 465:16 BY MR. FULLER:<br>465:17   Q. Right.  There were some people in the<br>465:18 distribution center --<br>**Reardon, Steve 11-30-2018 (00:00:14)**<br>465:21 BY MR. FULLER:<br>465:22   Q. Go ahead, if you're not done.<br>465:23   A. That had responsibility for reviewing<br>465:24 ingredient limit reports and then working in the<br>466:1 cage and the vault.<br>466:2   Q. And the jury's already heard about some of<br>466:3 those.  They weren't full-time -- they didn't get<br>466:4 full-time people there until Mr. Hartman came<br>466:5 along, correct? | SR03.68 |
| 466:8 - 466:11 | **Reardon, Steve 11-30-2018 (00:00:08)**<br>466:8   Q. And when Mr. Hartman came along, he<br>466:9 actually revamped the whole system and got -- and<br>466:10 more than doubled the employees you had, didn't<br>466:11 he? | SR03.69 |
| 466:13 - 466:17 | **Reardon, Steve 11-30-2018 (00:00:12)**<br>466:13   A. What occurred was, people in the<br>466:14 distribution centers that were tasked with<br>466:15 compliance responsibilities moved over and changed<br>466:16 in the reporting structure, reporting up through<br>466:17 my organization. | SR03.70 |
| 466:18 - 466:22 | **Reardon, Steve 11-30-2018 (00:00:10)**<br>466:18 BY MR. FULLER:<br>466:19   Q. And he got full-time personnel at each of<br>466:20 the distribution centers, something you didn't<br>466:21 have the benefit of, right?<br>466:22   A. I did not. | SR03.71 |
| 469:20 - 470:3 | **Reardon, Steve 11-30-2018 (00:00:16)**<br>469:20   Q. You had three people sitting in corporate<br>469:21 headquarters looking at this document.  And that's<br>469:22 just from one distribution center, right?<br>469:23   A. Correct.<br>469:24   Q. This was done for all 20-some-odd<br>470:1 distribution centers, so this times 27.  Nobody<br>470:2 can investigate all those with three people.  We<br>470:3 can agree on that, can't we -- | SR03.72 |
| 470:5 - 470:14 | **Reardon, Steve 11-30-2018 (00:00:17)** | SR03.73 |

| Page/Line | Source | ID |
|---|---|---|
| | **SR03-Reardon, Steve** | |
| | 470:5 BY MR. FULLER: | |
| | 470:6   Q. -- at least not investigate them the way | |
| | 470:7 they should be investigated, correct? | |
| | 470:8   A. I guess. | |
| | 470:9   Q. Don't guess.  You used to be a law | |
| | 470:10 enforcement officer.  I used to be a prosecute | |
| | 470:11 other. | |
| | 470:12 You and I both know there's no way to do a | |
| | 470:13 proper investigation of all these with three | |
| | 470:14 people, correct? | |
| 470:16 - 470:19 | **Reardon, Steve 11-30-2018 (00:00:05)** | SR03.74 |
| | 470:16   A. I agree. | |
| | 470:17 BY MR. FULLER: | |
| | 470:18   Q. At least not to the standard you want to | |
| | 470:19 do it, correct? | |
| 470:21 - 470:21 | **Reardon, Steve 11-30-2018 (00:00:01)** | SR03.75 |
| | 470:21   A. Correct. | |
| 473:10 - 473:10 | **Reardon, Steve 11-30-2018 (00:00:02)** | SR03.153 |
| | 473:10   Q. Let's do the pill comparison, please.  So | |
| 473:11 - 473:15 | **Reardon, Steve 11-30-2018 (00:00:15)** | SR03.77 |
| | 473:11 during the time frame that you were there, part of | |
| | 473:12 your job was to look for -- we talked about | |
| | 473:13 suspicious orders and to look for patterns, | |
| | 473:14 right? | |
| | 473:15   A. Correct. | |
| 473:16 - 473:17 | **Reardon, Steve 11-30-2018 (00:00:04)** | SR03.154 |
| | 473:16   Q. Did you -- well, you testified earlier you | |
| | 473:17 didn't look at any pill counts, correct? | |
| 473:19 - 474:21 | **Reardon, Steve 11-30-2018 (00:00:56)** | SR03.78 |
| | 473:19   A. I did not personally. | |
| | 473:20 BY MR. FULLER: | |
| | 473:21   Q. Well, let's start.  So Ohio is -- I mean, | |
| | 473:22 you know where Ohio is.  You were based in | |
| | 473:23 Columbus or the Columbus area, correct? | |
| | 473:24   A. Correct. | |
| | 474:1   Q. Illinois is two states over.  Are you | |
| | 474:2 aware that the states are similarly situated?  I | |
| | 474:3 mean, Illinois has about a million more people | |
| | 474:4 than Ohio.  Are you aware of that? | |
| | 474:5   A. No. | |

| Page/Line | Source | ID |
|---|---|---|
| | **SR03-Reardon, Steve** | |
| | <span style="color:green">529:17 What did you mean by "a new standard"?</span><br><span style="color:green">529:18   A. It was a change in the way that -- moving</span><br><span style="color:green">529:19 away from the ingredient limit report and there</span><br><span style="color:green">529:20 was -- the biggest thing that came out to me here</span><br><span style="color:green">529:21 was they were clear-cut that -- do not ship.</span><br><span style="color:green">529:22   Q. And was that new to you?</span><br><span style="color:green">529:23   A. That was new to me.</span><br><span style="color:green">529:24   Q. And what steps did Cardinal Health take</span><br><span style="color:green">530:1 after the presentation by AmerisourceBergen and</span><br><span style="color:green">530:2 DEA?</span><br><span style="color:green">530:3   A. Well, immediately upon return to the -- to</span><br><span style="color:green">530:4 our corporate office, we started pulling together</span><br><span style="color:green">530:5 the appropriate team to start developing a new</span><br><span style="color:green">530:6 program.</span> | |
| 530:7 - 531:1 | **Reardon, Steve 11-30-2018 (00:00:40)**<br><span style="color:red">530:7   Q. Earlier, when you were being asked</span><br><span style="color:red">530:8 questions by plaintiffs, you were shown some</span><br><span style="color:red">530:9 differences between Ohio and Illinois.</span><br><span style="color:red">530:10 Do you remember that?</span><br><span style="color:red">530:11   A. Yes.</span><br><span style="color:red">530:12   Q. Would every one of the pills, every piece</span><br><span style="color:red">530:13 of medication that was in that chart, have been</span><br><span style="color:red">530:14 reported to DEA through the ARCOS system?</span><br><span style="color:red">530:15   A. Yes.</span><br><span style="color:red">530:16   Q. And to your knowledge, would every</span><br><span style="color:red">530:17 prescription that was filled in either Ohio or</span><br><span style="color:red">530:18 Illinois or West Virginia, or any other state for</span><br><span style="color:red">530:19 that matter, would that have required a doctor's</span><br><span style="color:red">530:20 prescription?</span><br><span style="color:red">530:21   A. Yes.</span><br><span style="color:red">530:22   Q. And for every prescription and pill</span><br><span style="color:red">530:23 dispensed, would there have had to have been a</span><br><span style="color:red">530:24 pharmacist with the corresponding responsibility</span><br><span style="color:red">531:1 who made a decision to dispense that medication?</span> | SR03.135 |
| 531:3 - 531:3 | **Reardon, Steve 11-30-2018 (00:00:01)**<br><span style="color:green">531:3   A. Yes.</span> | SR03.137 |
| 532:4 - 532:17 | **Reardon, Steve 11-30-2018 (00:00:29)**<br><span style="color:green">532:4   Q. Approximately how many distribution</span><br><span style="color:green">532:5 facilities does Cardinal Health have?</span><br><span style="color:green">532:6   A. They could have -- I mean approximately in</span> | SR03.138 |