## APPENDIX A – Index of Witness Transcript Testimony

A.1. **Vic Brown** transcript for deposition dated 5/17/2020

    a. Plaintiffs' Submission

    b. Defendants' Submission

A.2. **Stacy Harper-Avilla** transcript for deposition dated 4/11/2019

    a. Plaintiffs' Submission

    b. Defendants' Submission

A.3. **Thomas Prevoznik** transcript for deposition dated 4/17/2019, 4/18/2019, and 5/17/2019

    a. Plaintiffs' Submission

    b. Defendants' Submission

A.4. **Matthew Strait** transcript for deposition dated 5/31/2019

A.5. **John Gray** transcript for deposition dated 7/30/2020

A.6. **Patrick Kelly** transcript for deposition dated 5/10/2019

    a. Plaintiffs' Submission

    b. Defendants' Submission

A.7. **Eric Cherveny** transcript for deposition dated 11/9/2018

A.8. **Nathan Elkins** transcript for deposition dated 11/14/2018

A.9. **Edward Hazewski** transcript for deposition dated 10/25/2018

A.10. **Lisa Mash** transcript for deposition dated 7/28/2020

A.11. **Eric Brantley** transcript for deposition dated 11/27/2018

A.12. **Mark Hartman** transcript for deposition dated 11/15/2018

A.13. **Kim Howenstein** transcript for deposition dated 1/10/2019

A.14. **Steve Lawrence** transcript for deposition dated 1/4/2019

A.15. **Jennifer Norris** transcript for deposition dated 8/7/2018

A.16. **Gilberto Quintero** transcript for deposition dated 12/6/2018

A.17. **Steve Reardon** transcript for deposition dated 11/30/2018

A.18. **Gary Boggs** transcript for deposition dated 1/17/2019

   a. Plaintiffs' Submission

   b. Defendants' Submission

A.19. **David Gustin** transcript for deposition dated 8/17/2018

A.20. **Nathan Hartle-McKesson 30(b)(6)** transcript for deposition dated 7/31/2018

A.21. **Nathan Hartle-Fact** transcript for deposition dated 8/1/2018

A.22. **Gary Hilliard** transcript for deposition dated 1/10/2019

   a. Plaintiffs' Submission

   b. Defendants' Submission

A.23. **Donald Walker** transcript for deposition dated 1/10/2019

   a. Plaintiffs' Submission

   b. Defendants' Submission