**Designation Run Report**

# Brown, Vic - Plaintiffs' Submission

_____

**Brown, Vic 05-17-2021**
_____

**Plaintiffs Affirmative Designations 00:34:31**

**Defense Completeness Counters 00:05:33**

**Total Time 00:40:04**



ID:VB04

| Page/Line | Source | ID |
|---|---|---|
| VB04-Brown, Vic - Plaintiffs' Submission | | |

| Page/Line | Source | ID |
|---|---|---|
| 8:06 - 8:16 | **Brown, Vic 05-17-2021 (00:00:31)**<br>8:6   Q. Good morning, Mr. Brown.  We met for a<br>8:7 second before the deposition.  I'm Carol Browning,<br>8:8 and Carolyn Michener and I represent McKesson<br>8:9 Corporation.  You have  been identified as a<br>8:10 witness in the case and then also as the<br>8:11 representative of Appalachia HIDTA, and so we're<br>8:12 here today to take your deposition in both of those<br>8:13 capacities.<br>8:14 Have you ever given a deposition<br>8:15 before, Mr. Brown?<br>8:16  A. I have, yes. | VB04.1 |
| 11:02 - 11:07 | **Brown, Vic 05-17-2021 (00:00:20)**<br>11:2  Q. So what is your business<br>11:3 address, Mr. Brown?<br>11:4  A. 400 South Main Street, Third Floor in<br>11:5 London, L-O-N-D-O-N, Kentucky, 40741.<br>11:6  Q. And is that the office of Appalachia HIDTA?<br>11:7  A. It is. | VB04.2 |
| 12:09 - 12:12 | **Brown, Vic 05-17-2021 (00:00:07)**<br>12:9 where are you<br>12:10 from, Mr. Brown?<br>12:11   A. I'm very Harlan County, Kentucky, which is<br>12:12 extreme southeast Kentucky. | VB04.3 |
| 12:19 - 13:10 | **Brown, Vic 05-17-2021 (00:00:57)**<br>12:19  Q. And then what did you do after high school?<br>12:20   A. I graduated from the University of Kentucky<br>12:21 in 1990 with a bachelor of science in biology and<br>12:22 psychology.<br>12:23   Q. So you went straight from high school to<br>12:24 UK?<br>13:1   A. That's correct.<br>13:2  Q. All right.  And then what did you do?<br>13:3   A. Approximately a year later or some months<br>13:4 later, I was accepted to Kentucky State Police<br>13:5 Academy; then I spent 20 years -- almost 21 years<br>13:6 with the Kentucky State Police in different<br>13:7 capacities.<br>13:8  Q. So would that have been approximately from<br>13:9 1990 or '91 until 2010 or so? | VB04.4 |

| VB04-Brown, Vic - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

14:10 - 14:15

13:10   A. From 1991 to 2011, to be exact, yes.

**Brown, Vic 05-17-2021 (00:00:20)**                              **VB04.5**

14:10   Q. Did you work any during your -- during your

14:11 career with the Kentucky State Police, did you work

14:12 with any law enforcement agencies from Huntington

14:13 or Cabell County, West Virginia?

14:14   A. Not while I was with Kentucky State Police.

14:15 It was only Kentucky agencies.

15:11 - 15:16

**Brown, Vic 05-17-2021 (00:00:21)**                              **VB04.6**

15:11   Q. All right.  So during your -- when did you

15:12 first -- during your career with the Kentucky State

15:13 Police, when did you first encounter issues related

15:14 to drugs of any sort?  And I'm including either

15:15 diversion of prescription medications or illegal

15:16 drugs.

15:18 - 16:01

**Brown, Vic 05-17-2021 (00:00:25)**                              **VB04.7**

15:18   A. I certainly couldn't give you an exact

15:19 date.  The late '90s was when it became a very

15:20 prevalent problem in eastern Kentucky with

15:21 diversion and consumption of opioids and

15:22 prescription medications.

15:23 So late '90s is when we first, I would

15:24 say, began to really take notice of the issue.  And

16:1 then it went up from there.

16:17 - 16:24

**Brown, Vic 05-17-2021 (00:00:25)**                              **VB04.8**

16:17   Q. And when you say "the problem," are you

16:18 talking about a problem with drugs in general or

16:19 with a particular type of drug use?

16:20   A. I'm speaking mainly opioids when I say

16:21 that.  That's when we first realized the prevalence

16:22 of opioid abuse, was the late '90s.  And that

16:23 intensified for the next several years, with

16:24 consumption and diversion of opioids.

17:01 - 17:10

**Brown, Vic 05-17-2021 (00:00:30)**                              **VB04.9**

17:1   Q. Did you have involvement with drugs other

17:2 than opioids?

17:3   A. Yes.

17:4   Q. So what other drugs did you see during your

17:5 time as a Kentucky State trooper?

17:6   A. Just about every drug imaginable from

| Page/Line | Source | ID |
|---|---|---|
| | VB04-Brown, Vic - Plaintiffs' Submission | |

17:7 methamphetamine, to cocaine, to certainly
17:8 marijuana, other prescription medications, heroin,
17:9 just about every drug that's available was -- we
17:10 encountered on a regular basis.

**18:12 - 18:14**   **Brown, Vic 05-17-2021 (00:00:12)**   **VB04.10**

18:12   Q. When did you start to see a subsidence of
18:13 prescription opioid use and a rise in synthetic
18:14 opioids and meth?

**18:17 - 18:24**   **Brown, Vic 05-17-2021 (00:00:27)**   **VB04.11**

18:17   A. The Appalachian region, obviously, was one
18:18 of the hardest hit regions in the country for
18:19 opioid abuse.  We had a great amount of citizens
18:20 traveling out of state to obtain prescription
18:21 medication, to south Florida most specifically, and
18:22 other states as well, because Kentucky had a very
18:23 robust prescription monitoring system, KASPER, in
18:24 place.

**20:05 - 20:08**   **Brown, Vic 05-17-2021 (00:00:13)**   **VB04.12**

20:5   A. I couldn't give you a specific date.  I
20:6 would say around plus or minus 2010 would be the
20:7 most intense time of the problem, and from there,
20:8 it began to subside slightly.

**21:13 - 21:22**   **Brown, Vic 05-17-2021 (00:00:36)**   **VB04.13**

21:13   Q. All right.  Do you have personal knowledge
21:14 of when opioid use became -- prescription opioid
21:15 use became a problem in Huntington and Cabell
21:16 County?
21:17   A. No, I do not.  I know it's been going on
21:18 for years, but I don't personally have knowledge of
21:19 that.  It happened, obviously, before my time with
21:20 Appalachia HIDTA.  It was occurring during my time
21:21 with the State Police, which I really had no direct
21:22 knowledge of that.

**21:23 - 22:18**   **Brown, Vic 05-17-2021 (00:01:10)**   **VB04.14**

21:23   Q. Okay.  And then same question with regard
21:24 to kind of peaks and -- ebbs and flows of
22:1 prescription opioids or other drugs.
22:2 Do you have knowledge of the time
22:3 period of that in Huntington or Cabell County,
22:4 personal knowledge?

| VB04-Brown, Vic - Plaintiffs' Submission | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

|  | 22:5  A. No, I do not. | |
|  | 22:6  Q. Okay.  All right.  And then you -- when did | |
|  | 22:7 you begin working with -- or working for | |
|  | 22:8 Appalachia HIDTA? | |
|  | 22:9  A. In September of 2011, I was hired as the | |
|  | 22:10 deputy director for Appalachia HIDTA, and I | |
|  | 22:11 primarily focused on Kentucky - obviously a little | |
|  | 22:12 in some of the other states - but each state at | |
|  | 22:13 that time had a state coordinator.  I was the | |
|  | 22:14 coordinator and deputy director for Kentucky. | |
|  | 22:15 So my primary duties were Kentucky.  In | |
|  | 22:16 March of 2016, I was hired as the director of | |
|  | 22:17 Appalachia HIDTA, which then I'm responsible for | |
|  | 22:18 activities in all four states. | |
| 62:18 - 64:15 | **Brown, Vic 05-17-2021 (00:02:36)** | **VB04.15** |
|  | 62:18  Q. And has the greatest drug threat in | |
|  | 62:19 Appalachia HIDTA region changed over time? | |
|  | 62:20  A. Yes. | |
|  | 62:21  Q. And how has that changed? | |
|  | 62:22  A. Well, as I mentioned, you know, when the | |
|  | 62:23 HIDTA was formed, our -- our purpose and the threat | |
|  | 62:24 that we were to address was marijuana, because we | |
|  | 63:1 were the number one marijuana producer in the | |
|  | 63:2 region and in the nation. | |
|  | 63:3 Obviously, that -- as I mentioned, the | |
|  | 63:4 executive board decided in 2002 to address all | |
|  | 63:5 drugs, because we had all drugs being an issue. | |
|  | 63:6 Drugs ebb and flow as the main threat | |
|  | 63:7 to any HIDTA.  As I mentioned, we began to see an | |
|  | 63:8 alarming increase in opioids through the, you know, | |
|  | 63:9 late '90s, early 2000s as far as HIDTA is | |
|  | 63:10 concerned, up until about 2010 till it probably | |
|  | 63:11 reached its climax somewhere around 2010. | |
|  | 63:12 Now, our larger threat would be the | |
|  | 63:13 synthetic opioids and methamphetamine that is | |
|  | 63:14 flooding the market.  So you know, drug threats | |
|  | 63:15 come and go, but the one that's been most | |
|  | 63:16 consistent over the last 20 years is certainly -- | |
|  | 63:17 and the most impact to the communities, has | |
|  | 63:18 certainly been the opioids. | |

| Page/Line | Source | ID |
|---|---|---|

**VB04-Brown, Vic - Plaintiffs' Submission**

63:19   Q. And on what -- what's the basis for your
63:20 statement that opioids have had the most impact on
63:21 the communities?
63:22   A. Well, I'm generally basing that on the
63:23 number of overdose deaths that have occurred.  We
63:24 are, obviously, one of the hardest hit regions, the
64:1 Appalachian region, for the number of overdose
64:2 deaths that are occurring each year at the 60,000
64:3 and 70,000.  And we have really been impacted in a
64:4 great way with overdose deaths, addiction and the
64:5 diversion -- from the diversion of opioids.
64:6   Q. And when you use the term "opioids" that
64:7 opioids have had the greatest impact, are you
64:8 referring to all opioids in general or to just
64:9 prescription opioids or illegal opioids?
64:10 How are you using that term?
64:11   A. As far as overdose deaths that I'm
64:12 referring to, I would say all opioids.  Obviously
64:13 the problem began with legal opioids and it has now
64:14 transitioned into legal opioids and synthetic
64:15 opioids or illicit opioids.

**75:18 - 75:24    Brown, Vic 05-17-2021 (00:00:27)                     VB04.16**

75:18   Q. Do you believe -- or does Appalachia HIDTA
75:19 believe that Cabell County and the City of
75:20 Huntington are facing a drug crisis today?
75:21   A. Yes.  They still have a severe drug
75:22 problem, a tremendous amount of overdoses and
75:23 overdose deaths that are occurring on a routine
75:24 basis.  So yes, I would say yes.

**76:01 - 76:03    Brown, Vic 05-17-2021 (00:00:13)                     VB04.17**

76:1   Q. And to your knowledge, has -- have Cabell
76:2 County and the City of Huntington always had some
76:3 sort of a drug problem?

**76:05 - 77:01    Brown, Vic 05-17-2021 (00:01:04)                     VB04.18**

76:5   A. Generally speaking, to my knowledge, yes.
76:6   Q. Do you know what percentage of the drug
76:7 problem in Cabell County and the City of Huntington
76:8 is attributable to opioids today?
76:9   A. No, ma'am.  Not percentage.
76:10   Q. Do you know whether that has changed over

| VB04-Brown, Vic - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 76:11 time? | |
|  | 76:12   A. The amount of -- certainly, yes. | |
|  | 76:13   Q. All right.  And how has that changed? | |
|  | 76:14   A. Well -- | |
|  | 76:15   Q. The percent -- what we're talking about is | |
|  | 76:16 the percentage of the drug problem in Cabell County | |
|  | 76:17 and Huntington attributable to opioids. | |
|  | 76:18   A. Well, obviously as I mentioned before, | |
|  | 76:19 opioids became more prevalent in the late '90s | |
|  | 76:20 through the early 2000s, and still exists today. | |
|  | 76:21 More in the synthetic form now than in the legal | |
|  | 76:22 form.  But still -- as I'm sure, it's gone up and | |
|  | 76:23 down over the years.  I couldn't articulate an | |
|  | 76:24 exact percentage, but the problem is certainly | |
|  | 77:1 still there. | |
| 81:24 - 82:06 | **Brown, Vic 05-17-2021 (00:00:18)** | **VB04.19** |
|  | 81:24   Q. But at least as far back as 2000, we know | |
|  | 82:1 that resale and abuse of prescription drugs was a | |
|  | 82:2 threat to the Appalachia HIDTA region? | |
|  | 82:3   A. Yes. | |
|  | 82:4   Q. And that region included Huntington and | |
|  | 82:5 Cabell County? | |
|  | 82:6   A. Correct. | |
| 82:07 - 82:14 | **Brown, Vic 05-17-2021 (00:00:33)** | **VB04.20** |
|  | 82:7   Q. And during 2000, Appalachia HIDTA was | |
|  | 82:8 working with law enforcement entities from the City | |
|  | 82:9 of Huntington and Cabell County.  Correct? | |
|  | 82:10   A. Yes. | |
|  | 82:11   Q. And so law enforcement in Huntington and | |
|  | 82:12 Cabell County would also have been aware of the | |
|  | 82:13 significant problem posed by prescription drug | |
|  | 82:14 abuse at that -- in 2000, correct? | |
| 82:16 - 82:16 | **Brown, Vic 05-17-2021 (00:00:03)** | **VB04.21** |
|  | 82:16   A. I'm assuming they would, certainly.  Yes. | |
| 247:09 - 251:08 | **Brown, Vic 05-17-2021 (00:04:54)** | **VB04.22** |
|  | 247:9   Q. Okay.  Executive Director Brown, once | |
|  | 247:10 again, my name is James Ledlie.  You've been asked | |
|  | 247:11 a series of questions today about Appalachia HIDTA, | |
|  | 247:12 and it's my understanding that you are appearing | |
|  | 247:13 here today as the corporate representative for that | |

| Page/Line | Source | ID |
|---|---|---|

247:14 organization.  Is that your understanding?

247:15   A. Yes, sir, that's correct.

247:16   Q. And in that role, you've been asked a

247:17 series of questions about AHIDTA's knowledge and

247:18 conduct of drug trends that predate your joining

247:19 that organization in 2011.  Correct?

247:20   A. That's correct.  Yes, sir.

247:21   Q. And what have you done to make yourself

247:22 knowledgeable about the drug trends in the AHIDTA

247:23 area prior to 2011?

247:24   A. Simply reviewed the Appalachia HIDTA Drug

248:1 Threat Assessment, Annual Report & Strategy.

248:2   Q. And my understanding is that prior to your

248:3 joining AHIDTA, you had a long career with the

248:4 Kentucky State Police?

248:5   A. Yes, sir.

248:6   Q. And during the period of time from 1998

248:7 when AHIDTA was established through 2011 when you

248:8 came onboard there as deputy director, was Kentucky

248:9 one of the states covered by AHIDTA?

248:10   A. It was.  Yes.

248:11   Q. Okay.  And so your knowledge with respect

248:12 to Kentucky is part of what was going on in the

248:13 AHIDTA region during those years.  Correct?

248:14   A. Correct.

248:15   Q. And in answering your questions today, did

248:16 you also rely upon that general knowledge of

248:17 Appalachia in answering?

248:18   A. I did.

248:19   Q. This case is about diverted prescription

248:20 opioid medication.  You understand that?

248:21   A. Yes.

248:22   Q. So I'm going to just try and ask some

248:23 general questions so that we can go a little

248:24 quicker this afternoon.  My question is:  With

249:1 respect to diverted prescription opioid pills

249:2 throughout the Appalachian region during the tenure

249:3 of AHIDTA, from 1998 through the present, can you

249:4 just generally walk me through the knowledge that

249:5 you have about those trends?

| Page/Line | Source | ID |
|---|---|---|

249:6   A. Okay.  We -- obviously some of this is

249:7 prior to my time at HIDTA, but it was involved in

249:8 during my time with the Kentucky State Police.  We

249:9 began to see an extreme uptick in opioid use and

249:10 abuse in the late '90s.

249:11 That continued on for several years,

249:12 climaxing with all of the folks from all of the

249:13 states, surrounding states, in Appalachia traveling

249:14 to south Florida and many other states obtaining

249:15 prescription medication to bring back and either

249:16 consume or dispense, sell illicitly.

249:17   Q. Okay.  And when we speak of diverted --

249:18 throughout today's deposition when we've talk about

249:19 diversion and diverted opioids, we're talking about

249:20 prescription medications, correct?

249:21   A. Correct, yes, sir.

249:22   Q. Prescription narcotic medications, more

249:23 specifically.

249:24   A. Yes.

250:1   Q. Okay.  And in the course -- when you

250:2 noticed this trend in Kentucky and the surrounding

250:3 areas -- well, did you look at the surrounding

250:4 areas to see whether they were also experiencing

250:5 problems with an increase in diversion of pills?

250:6   A. We did.  We were well aware that not only

250:7 was it Kentucky residents traveling out of state to

250:8 obtain medication; it was folks from Ohio, West

250:9 Virginia, Tennessee, Georgia.  A lot of the eastern

250:10 states were involved in the same type of activity.

250:11   Q. As a matter of police work, is it common to

250:12 look at the surrounding areas to try and figure out

250:13 what's going on with drug trends?

250:14   A. It is.  And we also worked with the

250:15 authorities from surrounding states and Florida

250:16 during the investigation of those cases.

250:17   Q. Okay.  And you were asked some questions

250:18 earlier about the defendants in this lawsuit, and

250:19 my understanding is you understand that they are in

250:20 the drug -- pharmaceutical drug distribution

250:21 industry.  Correct?

| Page/Line | Source | ID |
|---|---|---|
| | **VB04-Brown, Vic - Plaintiffs' Submission** | |

250:22   A. Yes.

250:23   Q. And is it your understanding that these are

250:24 national companies that distribute nationally?

251:1   A. Yes.

251:2   Q. And that would include to the state of

251:3 Florida?

251:4   A. Yes.

251:5   Q. And to the state of West Virginia?

251:6   A. Yes.

251:7   Q. And Kentucky and all of Appalachia?

251:8   A. Yes.

**251:09 - 251:18   Brown, Vic 05-17-2021 (00:00:24)**   VB04.23

251:9   Q. Okay.  I believe you testified - and

251:10 correct me if I'm wrong, because you've given a lot

251:11 of testimony here today - but I believe when we

251:12 started off this morning, you said that you noticed

251:13 an increase in the number of opioids being diverted

251:14 and that this was of the classes of prescription

251:15 drugs, the most commonly diverted was opioids.  Is

251:16 that correct?

251:17   A. Yes.

251:18   Q. How long has that been true?

**251:20 - 252:08   Brown, Vic 05-17-2021 (00:00:39)**   VB04.24

251:20   A. To my knowledge, obviously it was going on

251:21 before the late '90s, but it really began

251:22 exponentially growing in the late '90s and going on

251:23 into the early 2000s.

251:24   Q. And I guess what I'm trying to get at here

252:1 is:  In some of the documents, it wasn't clear from

252:2 the face of the document what was the most commonly

252:3 diverted prescription medication, and so I'm asking

252:4 you if you have an understanding from your role as

252:5 a policeman in the Appalachian region as to what

252:6 the most common form of diverted prescription

252:7 medications were through the '90s and through the

252:8 2000s, for example?

**253:19 - 253:23   Brown, Vic 05-17-2021 (00:00:17)**   VB04.25

253:19   A. Well, I think in reviewing the documents

253:20 that I've testified about today, if you recall,

253:21 some of the charts showed opioids, hydrocodone and

| Page/Line | Source | ID |
|---|---|---|
| | 253:22 oxycodone, as being the leading prescription<br>253:23 medication that was diverted. | |
| 253:24 - 254:08 | **Brown, Vic 05-17-2021 (00:00:20)** | **VB04.26** |
| | 253:24   Q. Thank you.  Was Huntington, West Virginia<br>254:1 ever considered a -- well, let me step back.  Do<br>254:2 you know what the term "source city" means?<br>254:3   A. I do.<br>254:4   Q. Okay.  And one of the things that is<br>254:5 reported in Annual Reports and publicly-available<br>254:6 information is some of the drug trends that we went<br>254:7 over.  Correct?<br>254:8   A. Yes. | |
| 254:18 - 255:03 | **Brown, Vic 05-17-2021 (00:00:25)** | **VB04.28** |
| | 254:18   Q. Okay.  In your role at HIDTA -- at AHIDTA,<br>254:19 you've also reported on the trend of pills from<br>254:20 Florida being diverted into Huntington.  Is that<br>254:21 correct?<br>254:22   A. That's correct.<br>254:23   Q. And throughout the Appalachian region?<br>254:24   A. Yes.<br>255:1   Q. And do we have a time frame that we could<br>255:2 give for this migration of pills from Florida into<br>255:3 Appalachia? | |
| 255:04 - 255:08 | **Brown, Vic 05-17-2021 (00:00:13)** | **VB04.29** |
| | 255:4   A. Well, like I said, we worked -- when I was<br>255:5 working with the Kentucky State Police - and since<br>255:6 I have been at HIDTA - all of our initiatives and<br>255:7 agencies have worked well with surrounding states<br>255:8 to address the issue. | |
| 255:09 - 256:02 | **Brown, Vic 05-17-2021 (00:00:57)** | **VB04.30** |
| | 255:9 I think early 2000s up and through<br>255:10 2010-2012, we had numerous individuals from all<br>255:11 Appalachian states traveling not only to Florida,<br>255:12 but to Georgia, to Tennessee, to any other<br>255:13 jurisdiction where they could circumvent their own<br>255:14 state's prescription monitoring program to obtain<br>255:15 prescription medication and thereby bring back and<br>255:16 divert those.<br>255:17   Q. Okay, thank you, sir.  This is a very<br>255:18 general question I'm going to ask you, but I think | |

VB04-Brown, Vic - Plaintiffs' Submission

| Page/Line | Source | ID |
|---|---|---|
| | VB04-Brown, Vic - Plaintiffs' Submission | |

| Page/Line | Source | ID |
|---|---|---|
| | 255:19 it's going to clear up a lot of issues, because you | |
| | 255:20 haven't been directly asked.  Could you describe | |
| | 255:21 for me what AHIDTA does and what it does not do? | |
| | 255:22   A. The purpose of the program is to invest in | |
| | 255:23 partnerships, bringing together state, local and | |
| | 255:24 federal agencies under one co-located, commingled | |
| | 256:1 group to focus and target drug trafficking | |
| | 256:2 organizations and bring those to justice. | |
| 257:02 - 257:18 | **Brown, Vic 05-17-2021 (00:00:56)** | **VB04.31** |
| | 257:2   Q. Okay.  Could you quantify for me, in | |
| | 257:3 general terms, how widespread the availability was | |
| | 257:4 of diverted prescription opioid medications in | |
| | 257:5 Huntington and the surrounding areas of Appalachia | |
| | 257:6 throughout your time at AHIDTA and, to the extent | |
| | 257:7 you know, the times prior to coming onboard in 2011 | |
| | 257:8 based on your review of AHIDTA's historical | |
| | 257:9 documents? | |
| | 257:10   A. Well, it's certainly hard to quantify an | |
| | 257:11 exact number, but it was of epidemic proportions. | |
| | 257:12 It was -- had completely taken over a generation, | |
| | 257:13 and law enforcement used an incredible amount of | |
| | 257:14 investigative time and/or financial resources to | |
| | 257:15 combat the issue. | |
| | 257:16 So in my opinion, it was the number one | |
| | 257:17 threat for the region from -- for eight to ten | |
| | 257:18 years. | |
| 259:03 - 260:16 | **Brown, Vic 05-17-2021 (00:02:00)** | **VB04.32** |
| | 259:3   Q. Okay.  Before we look at the document, I | |
| | 259:4 want to make sure that I understand.  In 2000, | |
| | 259:5 AHIDTA's mission was still a marijuana-only | |
| | 259:6 mission.  Correct? | |
| | 259:7   A. Yes, sir, that's correct. | |
| | 259:8   Q. Okay.  So now I want to go to page 10 and | P-41507.10 |
| | 259:9 I'm using the page numbers, not the Bates numbers, | |
| | 259:10 of the document.  And there is a paragraph titled | P-41507.10.1 |
| | 259:11 "Increase in the Resale and Abuse of Prescription | |
| | 259:12 Drugs."  Do you see that? | |
| | 259:13   A. I do. | |
| | 259:14   Q. Now, AHIDTA's mission didn't include | |
| | 259:15 controlled pharmaceutical drugs at this point, but | |

| Page/Line | Source | ID |
|---|---|---|

**VB04-Brown, Vic - Plaintiffs' Submission**

259:16 it was a trend that you were reporting on?

259:17   A. That's correct.

259:18   Q. Why?

259:19   A. The purpose of this document is to

259:20 articulate what the actual drug threat is in the

259:21 region, not just marijuana.  And the findings of

259:22 these analyses done by the intel center is what

259:23 eventually led to the executive board determining

259:24 to make it a poly-drug HIDTA.

260:1   Q. Okay.  And so it is noting here an increase

260:2 in the resale.  So this was already an ongoing

260:3 issue of diversion of prescription drugs in 2000?

260:4   A. It was, yes.

260:5   Q. And it was getting -- and it was getting

260:6 worse as reported in this drug trend?

260:7   A. That's correct.

260:8   Q. And this included all three states, which          P-41507.10.2

260:9 would have included West Virginia in the AHIDTA

260:10 region?

260:11   A. That's correct.

260:12   Q. And while it is not specifically mentioned

260:13 in the face of this document, based on your overall

260:14 understanding of AHIDTA trends, would prescription

260:15 opiates have been the focus of this increase?

260:16   A. It would, yes.

**261:04 - 262:09**  **Brown, Vic 05-17-2021 (00:01:33)**                    **VB04.33**

261:4   Q. Okay.  And so on page 4 of the document, in          P-41508.5

261:5 the paragraph that begins, "The abuse and resale          P-41508.5.1

261:6 for abuse of prescription medications within the

261:7 Appalachia HIDTA is also a significant problem."

261:8 And then it goes on to talk about,

261:9 "Investigative agencies within the three states          P-41508.5.2

261:10 target physicians who prescribe medications to

261:11 abusers who "doctor shop.""

261:12 Now, West Virginia's one of those

261:13 states, right?

261:14   A. That's correct, yes.

261:15   Q. And this is still a significant problem in

261:16 2001?

261:17   A. Yes.

| VB04-Brown, Vic - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 261:18  Q. The -- at the end of that paragraph, "The | P-41508.5.3 |
|---|---|---|
|  | 261:19 "patients" sell the controlled substance "on the | |
|  | 261:20 streets" for incredible profits, and abuse the | |
|  | 261:21 substances themselves." | |
|  | 261:22 Was that a trend that was known to be | |
|  | 261:23 going on in the Appalachia HIDTA Region in 2000 and | |
|  | 261:24 2001? | |
|  | 262:1  A. It was, yes. | |
|  | 262:2  Q. Do you have an idea of the scale of the | |
|  | 262:3 problem at that time in terms of what it would have | |
|  | 262:4 been like in the years prior? | |
|  | 262:5  A. Well, that's during the time that it was | |
|  | 262:6 actually starting to grow exponentially.  I would | |
|  | 262:7 say this was the -- still in the beginning stages | |
|  | 262:8 before it climaxed in 2010 or so, plus or minus a | |
|  | 262:9 year. | |
| 262:10 - 262:15 | **Brown, Vic 05-17-2021 (00:00:15)** | **VB04.34** |
|  | 262:10 But it was certainly a pervasive | |
|  | 262:11 problem.  The reason the profits were exponential | |
|  | 262:12 was most of these prescriptions were paid for by | |
|  | 262:13 Medicaid/Medicare, so therefore when they were sold | |
|  | 262:14 on the street, it was 100 percent profit for the | |
|  | 262:15 individual selling it. | |
| 263:15 - 263:18 | **Brown, Vic 05-17-2021 (00:00:13)** | **VB04.35** |
|  | 263:15  Q. I'd like to turn your attention to a new | |
|  | 263:16 exhibit -- well, it's one you've seen before. | |
|  | 263:17 Exhibit 17, the 2005 Threat Assessment. | P-41510.1 |
|  | 263:18  A. Okay.  I have it. | |
| 264:10 - 265:11 | **Brown, Vic 05-17-2021 (00:01:36)** | **VB04.36** |
|  | 264:10  Q. Well, let's go to page 3 of the document, | P-41510.5 |
|  | 264:11 and it's talking about -- under the section of | P-41510.5.4 |
|  | 264:12 major -- Number of Major Drug Trafficking | |
|  | 264:13 Organizations.  And then the fifth paragraph down | P-41510.5.3 |
|  | 264:14 in that section, Executive Director Brown -- | |
|  | 264:15  A. Yes. | |
|  | 264:16  Q. -- is there a description by AHIDTA of what | |
|  | 264:17 prescription medications were being most frequently | |
|  | 264:18 diverted? | |
|  | 264:19  A. It mentions OxyContin and hydrocodone. | |
|  | 264:20  Q. And does it describe anything about whether | |

| VB04-Brown, Vic - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 264:21 this is a growing issue in the region? | |
| | 264:22  A. It does.  It says -- "within the Appalachia | |
| | 264:23 HIDTA, there are also a significant and growing | |
| | 264:24 problem," yes. | |
| | 265:1  Q. And on the following page, page 4, it talks | P-41510.6 |
| | 265:2 about "Prescription drug seizures by Appalachia | P-41510.6.2 |
| | 265:3 HIDTA's investigators totaled 105,757 dosage units | |
| | 265:4 in 2003."  Do you see that? | |
| | 265:5  A. I do. | |
| | 265:6  Q. By 2003, had HIDTA determined what the most | |
| | 265:7 significant drug threat facing residents within the | |
| | 265:8 Appalachia HIDTA region was? | |
| | 265:9  A. Well, certainly from these documents, it's | P-41510.6.3 |
| | 265:10 prescription med -- diverted prescription | |
| | 265:11 medication, opioids most specifically. | |
| 266:03 - 266:09 | **Brown, Vic 05-17-2021 (00:00:25)** | **VB04.37** |
| | 266:3  Q. Okay.  I know at some point, counterfeit | clear |
| | 266:4 pills began to be seen.  But when was that first a | |
| | 266:5 trend that you all noticed in the region? | |
| | 266:6  A. More recently.  And those counterfeit pills | |
| | 266:7 involve fentanyl-laced or heroin-laced pills that | |
| | 266:8 are sold to be either -- in most cases, oxycodone, | |
| | 266:9 some derivative of. | |
| 266:15 - 266:24 | **Brown, Vic 05-17-2021 (00:00:37)** | **VB04.38** |
| | 266:15   Q. let me rephrase the question. | |
| | 266:16 Are opioid pills more expensive to obtain than | |
| | 266:17 heroin and other synthetic opioids? | |
| | 266:18  A. Yes, very much so. | |
| | 266:19  Q. Okay.  In the course of your investigations | |
| | 266:20 and what is publicly available in terms of indicted | |
| | 266:21 cases and drug dealers that have been prosecuted | |
| | 266:22 for fentanyl pills disguised to look like | |
| | 266:23 prescription medications, have you determined why | |
| | 266:24 the motive was for them to do that? | |
| 267:02 - 267:05 | **Brown, Vic 05-17-2021 (00:00:08)** | **VB04.39** |
| | 267:2  A. Basically it was cost saving, because they | |
| | 267:3 could manufacture these pills with heroin and | |
| | 267:4 fentanyl much cheaper than the actual product | |
| | 267:5 itself. | |
| 267:06 - 267:13 | **Brown, Vic 05-17-2021 (00:00:19)** | **VB04.40** |

| Page/Line | Source | ID |
|---|---|---|
| | 267:6  Q. Okay.  Well, let's just go into this | |
| | 267:7 section, which at this time I think you're saying | |
| | 267:8 would have been pharmaceutical pills that began | |
| | 267:9 illicitly.  "The illicit use of prescription drugs | P-41510.34.1 |
| | 267:10 throughout Appalachia HIDTA is perhaps the most | |
| | 267:11 underestimated of the drug problem." | |
| | 267:12 Was that true in 2005? | |
| | 267:13  A. Yes. | |
| 271:11 - 272:17 | **Brown, Vic 05-17-2021 (00:01:29)** | **VB04.41** |
| | 271:11  Q. And further on page -- on the following | P-44068.10 |
| | 271:12 page, there is a discussion where AHIDTA is -- they | |
| | 271:13 ask for -- do you see the section that says, "Using | P-44068.10.1 |
| | 271:14 the 2009 NDIC Drug Threat Survey" -- | |
| | 271:15  A. Yes. | |
| | 271:16  Q. -- "AHIDTA asked participating law | |
| | 271:17 enforcement agencies to list the drug(s) that | |
| | 271:18 contribute most to violent and property crime in | |
| | 271:19 their areas." | |
| | 271:20 Is that the type of determination that | |
| | 271:21 AHIDTA makes as part of its mission? | |
| | 271:22  A. It is. | |
| | 271:23  Q. Why do you -- why would you study things | |
| | 271:24 simply other than drug crimes? | |
| | 272:1  A. Well, certainly the issue of drug addiction | |
| | 272:2 and drug consumption affects more than just -- I | |
| | 272:3 mean, it affects all aspects of society.  And this | |
| | 272:4 is one of the aspects of society that it does | |
| | 272:5 affect. | |
| | 272:6  Q. Okay.  And what were the results of the | |
| | 272:7 survey as to the role that prescription drugs | |
| | 272:8 played in other crimes? | |
| | 272:9  A. It says, "Over half (52%) of the | P-44068.10.2 |
| | 272:10 respondents linked prescription drugs to violent | |
| | 272:11 crime and almost two-thirds (64%) of respondents | |
| | 272:12 linked prescription drugs to property crime in | |
| | 272:13 their areas." | |
| | 272:14  Q. Is that consistent with your understanding | |
| | 272:15 as the AHIDTA director and corporate | |
| | 272:16 representative? | |
| | 272:17  A. It is, yes. | |

| Page/Line | Source | ID |
|---|---|---|
| | **VB04-Brown, Vic - Plaintiffs' Submission** | |

273:05 - 275:21

**Brown, Vic 05-17-2021 (00:03:23)**

**VB04.42**

clear

273:5   Q. Okay.  First of all, Executive Director

273:6 Brown, based on your knowledge of the information

273:7 gathered by AHIDTA, is there a connection between

273:8 people who use prescription medications and some of

273:9 them going on to use heroin?

273:10   A. Yes.

273:11   Q. What is your understanding of the

273:12 connection based on your experience as the AHIDTA

273:13 director and your gleaning of the documents from

273:14 before your tenure as director?

273:15   A. It is the availability, is the main driving

273:16 factor in switching to heroin.  Once the

273:17 availability of the opioids became less prevalent

273:18 due to price and availability, many of those users

273:19 switched over to heroin and fentanyl and other

273:20 derivatives of synthetic opioids.

273:21   Q. Okay.  And did AHIDTA actually report on

273:22 this connection in their 2013 Threat Assessment on

273:23 page 5 with the paragraph that begins, "The threat

273:24 posed by heroin use and trafficking" -- do you see

274:1 that?

P-44069.5.4 - P-44069.5

274:2   A. I do, yes.

274:3   Q. What does AHIDTA say about -- well, let's

274:4 just -- let's just break this down.  First of all,

274:5 by 2013, do you agree that heroin abuse and drug

274:6 trafficking was an evolving threat in the AHIDTA

274:7 region?

274:8   A. I do, yes.

274:9   Q. And as a subset of that, did your agency

274:10 report that West Virginia HIDTA counties are the

274:11 center of the threat, particularly Huntington and

274:12 Charleston, West Virginia metropolitan areas?

274:13   A. That's correct, yes.

274:14   Q. Was that accurate information, to the best

274:15 of your understanding?

274:16   A. Yes.

274:17   Q. And what does CY 2011 mean?

274:18   A. Calendar year.

274:19   Q. Okay.  "In CY2011, numerous West Virginia

P-44069.5.2

| Page/Line | Source | ID |
|---|---|---|

VB04-Brown, Vic - Plaintiffs' Submission

274:20 law enforcement agencies and some treatment centers
274:21 reported an increase in heroin abuse due to Rx drug
274:22 abusers switching to heroin because of heroin's
274:23 lower cost."
274:24 Did I read that correctly?
275:1  A. Yes, sir, you did.
275:2  Q. Is it your understanding that one of the
275:3 trends that was being observed in the AHIDTA region
275:4 in 2012 was this increase in former pill users
275:5 switching to heroin?
275:6  A. Yes.

P-44069.5.3

275:7  Q. Okay.  And the following sentence suggests
275:8 that that transition was continuing at the present,
275:9 at the time of the writing of this document?
275:10  A. That is correct.
275:11  Q. Has that continued to be a trend that you
275:12 have seen, that people that are currently using
275:13 heroin or other illicit synthetic opioids, began
275:14 their opioid use with pharmaceutical pills?
275:15  A. It is, yes.
275:16  Q. And is that something that your task force
275:17 -- I'm sorry, not your task force, that AHIDTA
275:18 through their intelligence centers, looks at, at
275:19 drug trends, including how people initiate use and
275:20 transition?
275:21  A. They do, yes, that's correct.

**275:22 - 276:11**  **Brown, Vic 05-17-2021 (00:00:49)**  **VB04.43**

275:22  Q. Okay.  Lastly, one of the last documents
275:23 you looked at -- and we had some discussion about
275:24 it.  It was Exhibit 47.  It's the drug assessment

P-41008.1

276:1 --  Drug Threat Assessment from 2019.
276:2  A. Okay, I have that.
276:3  Q. And you were asked questions by counsel for
276:4 McKesson about whether the document said that the

P-41008.10.1

276:5 epidemic facing the Appalachian area of the abuse
276:6 of controlled prescription opioid-based narcotics
276:7 "gave way to the prevailing and unrelenting threat
276:8 from the distribution and abuse of heroin."  Do you
276:9 see that?
276:10  A. Where -- what page are you looking at?

| Page/Line | Source | ID |
|---|---|---|
| | **VB04-Brown, Vic - Plaintiffs' Submission** | |

|  |  |  |
|---|---|---|
| 276:12 - 276:17 | 276:11   Q. Oh, it's page 10, sir.  I'm sorry.<br>**Brown, Vic 05-17-2021 (00:00:16)**<br>276:12   A. I do see that, yes, sir.<br>276:13   Q. All right.  So my first question about that<br>276:14 sentence is:  Isn't this sentence another<br>276:15 indication the AHIDTA is reporting on a connection<br>276:16 between prescription pill use and heroin use?<br>276:17   A. Yes, in my opinion. | **VB04.44** |
| 276:19 - 280:01 | **Brown, Vic 05-17-2021 (00:03:54)**<br>276:19   A. I believe it is, yes.<br>276:20   Q. Okay.  And I don't believe counsel asked<br>276:21 you about the next sentence, so I'd like for you to<br>276:22 read that, because I have a question about a term<br>276:23 in there.  Read it into the record, if you could.<br>276:24   A. "The epidemic facing the Appalachian area<br>277:1 from the abuse of (controlled) prescription<br>277:2 opioid-based narcotics, gave way to the prevailing-<br>277:3 and unrelenting- threat from the distribution and<br>277:4 abuse of heroin."<br>277:5   Q. Okay.  And then the following sentence<br>277:6 says, "Past threat assessments have documented<br>277:7 extensively the "see-saw" transitions between<br>277:8 availability and subsequent seizures of<br>277:9 opiate-based CPDs and heroin, driven by cost of<br>277:10 each drug throughout the years."<br>277:11 Did I read that correctly?<br>277:12   A. Yes, sir.<br>277:13   Q. My question to you is:  First of all, what<br>277:14 does "CPD" mean?<br>277:15   A. Controlled prescription drugs.<br>277:16   Q. Okay.  And this document is talking<br>277:17 specifically about opiate controlled prescription<br>277:18 drugs, correct?<br>277:19   A. It is, yes.<br>277:20   Q. And what is the see-saw transition being<br>277:21 described in this document, if you know?<br>277:22   A. It is just what we have described in the --<br>277:23 recently, that the supply of opioids, as it<br>277:24 decreases, they -- they generally switch over to<br>278:1 the other opioid-based drugs such as heroin or | **VB04.45**<br><br><br><br><br><br><br><br><br><br>P-41008.10.3 |

| Page/Line | Source | ID |
|---|---|---|

278:2 fentanyl.

278:3   Q. So if there is a see-saw transition going

278:4 on, does that mean there's no longer a prescription

278:5 drug problem in AHIDTA region?

278:6   A. No.  Still a very prevalent problem.

278:7   Q. In fact, on page 22 of the document, isn't

278:8 there an entire section devoted to controlled

278:9 prescription drugs and being reported on in 2019 as

278:10 a problem?

278:11   A. Yes, there is.

278:12   Q. Do you know whether there have been any

278:13 recent changes in the amount of controlled

278:14 prescription drugs availability in the area?

278:15   A. Generally speaking, prescription drugs are

278:16 not as available as they were a few years back.

278:17 It's decreasing.

278:18   Q. Right.  But on a yearly basis, you do

278:19 report on what's going on in real time, correct?

278:20   A. Yes, that is correct.

278:21   Q. And so under the Availability section on

278:22 page 22, the first sentence says, "As it applies to

278:23 law enforcement response to AHDTS, 71% percent of

278:24 all respondents document the availability of CPDs

279:1 to have either increase or remained the same over

279:2 the last calendar year."

279:3 Did I read that correctly?

279:4   A. You did, yes, sir.

279:5   Q. Have you noted an increase in the amount of

279:6 CPDs being reported by your member agencies?

279:7   A. Well, this certainly reflects that.  And

279:8 I was speaking generally since the height of the

279:9 epidemic in the 2010 time frame, that prescriptions

279:10 have went down sizably.

279:11 But we have seen an uptick - according

279:12 to this chart - in the last two years of the

279:13 availability of narcotics.

279:14   Q. And if we go on further in this same

279:15 section, the report notes that, "In previous years'

279:16 assessments, a documented increase" - still on page

279:17 22 - "in CPDs typically are accompanied by a

P-41008.22

P-41008.22.1

P-41008.22.2

| VB04-Brown, Vic - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

279:18 decrease in seizures of heroin during the same
279:19 calendar year."
279:20 Do you see that?
279:21   A. I do.
279:22   Q. So even again this very recent time period,
279:23 if you have more CPDs available, you see less
279:24 heroin.  Is that a trend that you've observed?
280:1   A. It is.

**280:18 - 280:21**   **Brown, Vic 05-17-2021 (00:00:15)**   **VB04.46**
280:18   Q. Okay.  The following sentence AHIDTA    P-41008.23.1
280:19 reports on a high watermark for CPD seizures of
280:20 CY2014.  Does that surprise you?
280:21   A. No, it doesn't.

**281:09 - 281:12**   **Brown, Vic 05-17-2021 (00:00:11)**   **VB04.47**
281:9   Q. And I believe you testified earlier that
281:10 seizures of pills is not necessarily indicative of
281:11 how many pills are being diverted?
281:12   A. Exactly.  Yes.

**282:13 - 284:03**   **Brown, Vic 05-17-2021 (00:01:46)**   **VB04.48**
282:13   Q. Executive Director Brown, are you aware    clear
282:14 that prescription opioid distribution,
282:15 pharmaceutical distribution, is governed by the
282:16 Controlled Substances Act?
282:17   A. Yes.
282:18   Q. Is it legal to distribute opioids in
282:19 violation of the Controlled Substances Act?
282:20   A. It is illegal to distribute those, yes.
282:21   Q. Is it illegal to aid and assist in doctor
282:22 shopping?
282:23   A. It is.
282:24   Q. Is it illegal to aid and assist in the
283:1 distribution of opioids likely to be diverted?
283:2   A. It is.
283:3   Q. The people that man the intelligence center
283:4 for AHIDTA, what is their background, or what is --
283:5 how do they get their information?
283:6   A. It is led by the DEA, who is an intel
283:7 supervisor.  The current one has, I believe, 14
283:8 years experience in -- as a DEA intel analyst.  He
283:9 is now a supervisor to DEA analysts.

| Page/Line | Source | ID |
|---|---|---|

VB04-Brown, Vic - Plaintiffs' Submission

283:10 And each of the analysts assigned under
283:11 his control have varying levels of experience.  We
283:12 have another DEA analyst that has several years of
283:13 experience, an FBI analyst that has 15 or so years
283:14 experience as an analyst.
283:15 We have three Kentucky State Police
283:16 that have varying levels from three to fifteen
283:17 years of experience.  So it's a vast array of
283:18 different levels of experience.
283:19   Q. And are these the experts that you
283:20 described that earlier, that actually put together
283:21 the nuts and bolts of these Drug Threat Assessments
283:22 and Annual Reports?
283:23   A. Yes.
283:24   Q. And do you believe that they have the
284:1 requisite expertise to accurately report on those
284:2 trends?
284:3   A. I do.

Plaintiffs Affirmative Designations = 00:34:31
Defense Completeness Counters = 00:05:33
**Total Time = 00:40:04**

**Documents Shown**
P-41008
P-41507
P-41508
P-41510
P-44068
P-44069