**Designation Run Report**

# Brown, Vic - Merged DC PComp 5-27-21 330p

---

**Brown, Vic 07-08-2020**

---

**Defendants' Counters  00:45:22**

**Plaintiffs' Completeness  00:06:33**

**Total Time  00:51:55**



ID:VM12a

| | VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

15:02 - 15:10 · **Brown, Vic 07-08-2020 (00:00:24)** · VM12a.1

15:2 When I use the term "diversion," do you
15:3 know -- are you familiar with that term?
15:4  A. Certainly, yes.
15:5  Q. What does that mean to you?
15:6  A. Prescription medication that is diverted
15:7 from its original intent of medicinal use to other
15:8 persons or for other uses.
15:9  Q. Okay.  And is diversion a crime?
15:10  A. Yes, it is.

33:18 - 34:06 · **Brown, Vic 07-08-2020 (00:00:39)** · VM12a.2

33:18  Q. Do you understand that McKesson,
33:19 AmerisourceBergen and Cardinal Health are licensed
33:20 distributors of controlled substances, including
33:21 prescription?  Opioids?
33:22  A. Yes, I was aware of that.
33:23  Q. And do you understand that that means that
33:24 they purchase controlled substances from
34:1 manufacturers and sell them to pharmacies?
34:2  A. Yes.
34:3  Q. And then pharmacies distribute those
34:4 controlled substances to patients based on
34:5 prescriptions written from physicians?
34:6  A. Yes.

34:13 - 35:21 · **Brown, Vic 07-08-2020 (00:01:40)** · VM12a.3

34:13  Q. Do you have any personal knowledge of any
34:14 distribution of prescription medications by any of
34:15 the defendants in this case?
34:16  A. I do not.
34:17  Q. Do you have any personal knowledge of any
34:18 wrongdoing or alleged wrongdoing by any of the
34:19 defendants in this case?
34:20  A. I do not.
34:21  Q. Do you have any knowledge about the systems
34:22 that any of the defendants have in place to prevent
34:23 diversion of prescription opioids?
34:24  A. I do not.
35:1  Q. And so I'm assuming then that because you
35:2 don't have any knowledge of those systems, you're
35:3 not able to identify any aspects of those systems

| Page/Line | Source | ID |
|---|---|---|

**VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p**

35:4 that you would consider to be defective -- or
35:5 anything like that?
35:6   A. That's correct. I would not.
35:7   Q. Do you know anything about what information
35:8 any of the defendants in this case reported to the
35:9 DEA?
35:10   A. I do not.
35:11   Q. Do you have any knowledge about what
35:12 information the defendants were required to report
35:13 to the DEA?
35:14   A. I do not.
35:15   Q. Do you know anything about what information
35:16 any of the defendants in this case were required to
35:17 report to the State of West Virginia?
35:18   A. I do not.
35:19   Q. Or the information that they reported to
35:20 the State of West Virginia?
35:21   A. No, I do not.

| 38:05 - 38:08 | **Brown, Vic 07-08-2020 (00:00:13)** | **VM12a.4** |

38:5   Q. Do you know where the -- what are the
38:6 places of origin of the illegal fentanyl that
38:7 you're seeing now?

38:8   A. The vast majority --

| 38:15 - 38:17 | **Brown, Vic 07-08-2020 (00:00:08)** | **VM12a.5** |

38:15   A. Just generally speaking, a large portion of
38:16 it comes from China, shipped from China.  And
38:17 that's public knowledge, obviously.

| 39:04 - 40:02 | **Brown, Vic 07-08-2020 (00:01:12)** | **VM12a.6** |

39:4   Q. And we talked a little bit already about
39:5 the term "diversion" and what that means.  So does
39:6 a person who diverts a pharmaceutical drug, that's
39:7 a crime, correct?
39:8   A. Correct.
39:9   Q. And does the person who possesses a
39:10 diverted pharmaceutical drug and uses the drug
39:11 without a legitimate medical purpose also commit a
39:12 crime?
39:13   A. Yes.
39:14   Q. And what are some ways that diversion can
39:15 occur?

VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p

| Page/Line | Source | ID |
|---|---|---|

39:16   A. Well, certainly an individual that is
39:17 prescribed the medication legitimately can then
39:18 bring that drug back, sell the drug, give the drug
39:19 away.  It can be stolen from a pharmacy, diverted
39:20 in that manner.
39:21 It can be stolen from a distributor.
39:22 False prescriptions can be obtained or written by
39:23 an individual, taken to a pharmacy and the -- many
39:24 times, the prescription may or may not be filled;
40:1 then those drugs are diverted from its intended
40:2 purpose.

**40:11 - 40:14**   **Brown, Vic 07-08-2020 (00:00:10)**                            **VM12a.7**

40:11   Q. And have you seen examples of all the
40:12 various types of diversion that you just describe
40:13 during your career?
40:14   A. Yes.

**42:16 - 44:20**   **Brown, Vic 07-08-2020 (00:02:37)**                            **VM12a.8**

42:16   Q. All right.  So what is a high-intensity
42:17 drug trafficking area?
42:18   A. Well, in 1988, Congress, through the
42:19 anti-drug abuse act, formed the HIDTA program.  At
42:20 that time, they formed five HIDTAs, and they put
42:21 those HIDTAs at what was then thought to be the
42:22 gateway areas throughout the country that drugs
42:23 were distributed.
42:24 Some were along the southwest border to
43:1 try to interdict the drugs as they come into the
43:2 country.  There was one in Florida.  Obviously, if
43:3 you think back to the late '80s, that's when the
43:4 cocaine epidemic was at its highest -- to intercept
43:5 the drugs coming from the Caribbean and Mexico.
43:6 And then other major spots.  Over the
43:7 course of the next 30 years -- there's now 29
43:8 HIDTAs across the nation with every state
43:9 represented to some degree in the HIDTA program.
43:10 And the purpose of the HIDTA program is
43:11 to bring state and local and federal agencies
43:12 together, working under one umbrella, co-located
43:13 and commingled, to fight the drug epidemic.
43:14 It breaks down barriers to have all of

| Page/Line | Source | ID |
|---|---|---|

VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p

43:15 those different agencies housed together, you know,
43:16 federal, state and local agencies, to form a task
43:17 force to investigate drug trafficking
43:18 organizations.
43:19 Appalachia HIDTA, if you want any more
43:20 clarification -- want me to stop, just let me know.
43:21 But Appalachia HIDTA became into existence in 1998.
43:22 It was designated by the Office of National Drug
43:23 Control Policy to be a marijuana HIDTA only.
43:24 At that time, the Appalachian region
44:1 was the number one marijuana-producing region in
44:2 the nation, so they obligated federal funds to try
44:3 to eradicate the marijuana before it was
44:4 disseminated across the nation.
44:5 Obviously, the amount of marijuana that
44:6 was produced in this region was not all consumed
44:7 here; it was being shipped across the nation.  So
44:8 at that time, it was simply a marijuana HIDTA.
44:9 In 2002, it became a poly-drug HIDTA
44:10 just like every other HIDTA because of the
44:11 emergency drug threats that the Appalachian region
44:12 had.  Each HIDTA is governed by an executive board,
44:13 and that executive board determines how the funds
44:14 will be spent by the HIDTA that's received from
44:15 ONDCP.
44:16 So ONDCP doesn't put any stipulations
44:17 on the funding once it's given to HIDTA, it's
44:18 solely up to the executive board to determined how
44:19 those funds are spent and which threat needs to be
44:20 addressed.

| 45:14 - 46:01 | **Brown, Vic 07-08-2020 (00:00:44)** | **VM12a.9** |

45:14  Q. Was 1998 when Appalachia HIDTA was
45:15 created?  Is that when Huntington and Cabell County
45:16 were first included in a HIDTA?
45:17  A. That's correct.
45:18  Q. And you told us that that was a
45:19 marijuana-only HIDTA?
45:20  A. That's correct. Until 2002.
45:21  Q. And then in two thousand -- and has -- have
45:22 Huntington and Cabell County continuously been

| VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

45:23 within the geography of Appalachia HIDTA since
45:24 1998?
46:1  A. Yes.

**46:02 - 46:18**  **Brown, Vic 07-08-2020 (00:00:50)**    **VM12a.10**

46:2  Q. Are there specific requirements for a HIDTA
46:3 designation?
46:4  A. Yes, there are.  There are four criteria --
46:5 and I couldn't articulate those four verbatim.  But
46:6 the one that is most -- sometimes most difficult to
46:7 articulate to ONDCP to get a HIDTA designation is
46:8 the area being considered for a designation has to
46:9 affect the rest of the nation with drug
46:10 trafficking.
46:11 It can't just be a localized drug
46:12 problem.  You have to articulate how it has
46:13 international or national implications and affects
46:14 the rest of the nation with drug trafficking.
46:15 In other words, you have to be able to
46:16 articulate how drug trafficking organizations are
46:17 operating in that area that have tentacles in other
46:18 locations, basically.

**46:19 - 47:14**  **Brown, Vic 07-08-2020 (00:00:58)**    **VM12a.11**

46:19  Q. So what are the benefits of participation
46:20 in a HIDTA program?  I mean, it sounds like funding
46:21 is one.
46:22  A. Funding is one, but the information sharing
46:23 between the federal, state and local agencies
46:24 working together as one unified task force brings
47:1 all of their assets together and enhances their
47:2 ability to investigate.
47:3 Many times -- for example, a local
47:4 agency that's -- such as Huntington, for an
47:5 example, that's experiencing a horrendous drug
47:6 problem may not have the ability to follow up with
47:7 a lot of the drug trafficking organizations that
47:8 are operating outside of their scope of area, so by
47:9 bringing the federal agencies - the DEA, the FBI
47:10 and the State Police - in together, working
47:11 together as a unified task force, brings the
47:12 resources of all those agencies together, allows

| Page/Line | Source | ID |
|---|---|---|

47:13 them to follow up on investigations out of state,
47:14 even out of country, if necessary.

**47:15 - 47:20**   **Brown, Vic 07-08-2020 (00:00:18)**   **VM12a.12**

47:15   Q. What is the mission of Appalachia HIDTA?
47:16   A. To dismantle drug trafficking
47:17 organizations, paraphrasing.  Basically all of our
47:18 funding is supposed to go to the dismantlement or
47:19 disruption of drug trafficking organizations that
47:20 are affecting the designated area.

**51:13 - 51:19**   **Brown, Vic 07-08-2020 (00:00:22)**   **VM12a.13**

51:13   Q. So what is the geographic reach of
51:14 Appalachia HIDTA currently?
51:15   A. We have 90 counties that are designated in
51:16 our four states, 20 of which are in West Virginia
51:17 that are designated as HIDTA that we are allowed to
51:18 provide funding to or expend our funds in those
51:19 counties.

**59:19 - 59:21**   **Brown, Vic 07-08-2020 (00:00:15)**   **VM12a.14**

59:19   Q. So Mr. Brown, has there ever been a time
59:20 when the abuse of illegal drugs was not a problem
59:21 in the Appalachia HIDTA region?

**59:23 - 60:17**   **Brown, Vic 07-08-2020 (00:00:55)**   **VM12a.15**

59:23   A. Not in my career, no.
59:24   Q. And when you say not in your career, what
60:1 year are you starting that?
60:2   A. Well, as far back as I'm aware, there's
60:3 always been drug problems.  We've never been a
60:4 drug-free Appalachia, I don't think, since my
60:5 birth.  So it was certainly -- in my professional
60:6 experience, there's always been a drug problem.
60:7   Q. What about in Cabell County?  Do you know
60:8 when there's ever been a time when the abuse of
60:9 illegal drugs was not a problem in Cabell County?
60:10   A. I don't have direct knowledge of that.
60:11 Obviously, I think like every area in Appalachia,
60:12 there's always been a drug problem; it's just that
60:13 different types, obviously, emerge and come to
60:14 light more so than others.
60:15   Q. And would that also be true for the City of
60:16 Huntington?

| | VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 60:17   A. Yes, I would think so, yes. | |
| 66:14 - 66:15 | **Brown, Vic 07-08-2020 (00:00:09)** | **VM12a.16** |
| | 66:14   Q. All right.  Let's take a look at the | |
| | 66:15 Exhibit 2, which is the 2000 Annual Report, please. | |
| 68:20 - 69:03 | **Brown, Vic 07-08-2020 (00:00:23)** | **VM12a.17** |
| | 68:20   Q. And it says "The three states that | |
| | 68:21 constitute the Appalachia HIDTA are experiencing an | |
| | 68:22 increase in the methamphetamine threat." | |
| | 68:23   A. Yes. | |
| | 68:24   Q. "An upsurge in methamphetamine seizures and | |
| | 69:1 lab discoveries have also been reported in Kentucky | |
| | 69:2 and" in "West Virginia." | |
| | 69:3   A. Yes. | |
| 69:04 - 69:06 | **Brown, Vic 07-08-2020 (00:00:12)** | **VM12a.18** |
| | 69:4   Q. So is it your understanding then that | |
| | 69:5 methamphetamine posed a threat to Appalachia HIDTA | |
| | 69:6 as far back as 2000? | |
| 69:08 - 70:16 | **Brown, Vic 07-08-2020 (00:01:53)** | **VM12a.19** |
| | 69:8   A. That is correct.  Methamphetamine, we had a | |
| | 69:9 severe problem with the small one-step labs. | |
| | 69:10 During that time, a lot of individuals were making | |
| | 69:11 their own meth because of the ease and the | |
| | 69:12 availability of the precursors that they could | |
| | 69:13 assemble those products with. | |
| | 69:14 Now with legislation that's occurred | |
| | 69:15 over the years, that has been curtailed, but we see | |
| | 69:16 an influx of powder methamphetamine now from the | |
| | 69:17 southwest border, obviously it's overtaking this | |
| | 69:18 threat that's mentioned in this document. | |
| | 69:19   Q. So to HIDTA's knowledge, when did | |
| | 69:20 methamphetamine first become a threat? | |
| | 69:21   A. Well, I would say prior to the HIDTA's | |
| | 69:22 designation even.  It's been an ongoing issue for | |
| | 69:23 years and years in this region, as I said, because | |
| | 69:24 of the ease and the availability of the precursors | |
| | 70:1 that were -- that could be used to make the meth. | |
| | 70:2   Q. And then -- I -- go ahead.  I'm sorry. | |
| | 70:3   A. There was obviously a time that that became | |
| | 70:4 more prevalent than others.  I would say, and I'm | |
| | 70:5 just roughly five years ago with legislation in | |

| VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

70:6 many states that removed the availability of the
70:7 precursors pretty much eradicated the one-step labs
70:8 that were occurring everywhere and that was taking
70:9 so much attention and investigative time of law
70:10 enforcement to address that threat and the danger
70:11 to the officers involved in the dismantling of the
70:12 meth labs.
70:13 But in the last five years, that
70:14 problem has almost went to zero as far as one-step
70:15 labs.  It's all imported methamphetamine from the
70:16 southwest border now.

71:04 - 71:12      **Brown, Vic 07-08-2020 (00:00:36)**              **VM12a.20**

71:4  Q. And has -- I think you've told me this, but
71:5 has meth in one form or another been a threat in
71:6 the Appalachia HIDTA region from before Appalachia
71:7 HIDTA was created through today?
71:8  A. Yes.
71:9  Q. And the defendants in this case - Cardinal,
71:10 McKesson and AmerisourceBergen - do not distribute
71:11 methamphetamine, correct?
71:12  A. Correct.

72:13 - 73:06      **Brown, Vic 07-08-2020 (00:01:03)**              **VM12a.21**

72:13  Q. So is it Appalachia HIDTA's understanding
72:14 that imported cocaine and crack cocaine were
72:15 threats facing the Appalachia HIDTA region as far
72:16 back as 2001?
72:17  A. Yes.  I would say so.
72:18  Q. What about before 2001?  Were cocaine --
72:19 imported cocaine and crack cocaine threats in the
72:20 Appalachia HIDTA region?
72:21  A. They were.  Obviously before my time with
72:22 the program, but obviously they were indeed
72:23 problems, yes.
72:24  Q. All right.  So has cocaine and crack
73:1 cocaine, have they been threats continuously since
73:2 at least 2001 until the present?
73:3  A. Yes.
73:4  Q. And same question I asked you before.  The
73:5 defendants in this case don't distribute cocaine?
73:6  A. Correct.

| | | |
|---|---|---|
| **VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p** | | |
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 81:18 - 81:23 | **Brown, Vic 07-08-2020 (00:00:22)** | **VM12a.22** |

81:18  Q. Okay.  And do you know whether your
81:19 experience in Kentucky would -- I mean, do you know
81:20 what the main drug threat was in Huntington and
81:21 Cabell County in 2000?  The main prescription drug
81:22 threat in 2000?
81:23  A. I do not.

| | | |
|---|---|---|
| 84:01 - 84:14 | **Brown, Vic 07-08-2020 (00:00:44)** | **VM12a.23** |

84:1  Q. There's a reference in this 2000 Annual
84:2 Report to doctor shopping.  Are you familiar -- is
84:3 that a term you're familiar with?
84:4  A. Yes.
84:5  Q. What does that mean?
84:6  A. It's where an individual will go to
84:7 multiple doctors to obtain prescription medication
84:8 for either diversion or for consumption themselves.
84:9  Q. And is it illegal for -- is it illegal for
84:10 a -- for someone to doctor shop --
84:11  A. Yes.
84:12  Q. -- to obtain controlled prescription
84:13 medications?
84:14  A. Yes.

| | | |
|---|---|---|
| 109:09 - 109:10 | **Brown, Vic 07-08-2020 (00:00:08)** | **VM12a.24** |

109:9 Let's go back to Exhibit 2, please,
109:10 which is the 2000 Annual Report.

| | | |
|---|---|---|
| 109:23 - 111:03 | **Brown, Vic 07-08-2020 (00:01:37)** | **VM12a.25** |

109:23  Q. Okay.  And it says -- the last sentence of
109:24 that paragraph.  "...the Mexican marijuana
110:1 trafficking organizations are heavily involved in
110:2 the importation and distribution of cocaine and
110:3 methamphetamine and, at times, heroin."
110:4 Did I read that correctly?
110:5  A. Yes.
110:6  Q. So heroin was present in Appalachia HIDTA
110:7 region as far back as 2000?
110:8  A. Certainly.
110:9  Q. And what about before 2000?
110:10  A. Certainly it was.
110:11  Q. And so at this time, it was HIDTA's
110:12 understanding that heroin was being trafficked into

| Page/Line | Source | ID |
|---|---|---|

**VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p**

110:13 the region by Mexican trafficking organizations?

110:14   A. According to the assessment in this

110:15 document, yes.

110:16   Q. And those are criminal organizations, true?

110:17   A. Correct.

110:18   Q. So that would be heroin that was trafficked

110:19 into the region by criminal organizations from

110:20 another country?

110:21   A. Correct.

110:22   Q. And heroin is an opioid, isn't it?

110:23   A. Yes.

110:24   Q. And it's an illegal opioid?

111:1   A. Correct.

111:2   Q. And the defendants in this case don't

111:3 distribute heroin.  True?

**111:06 - 111:10   Brown, Vic 07-08-2020 (00:00:14)**                                    **VM12a.26**

111:6   A. Correct.

111:7   Q. Correct?  So the defendants in this case

111:8 wouldn't -- are not the source of the heroin that

111:9 ended up in the Appalachia HIDTA region.  True?

111:10   A. True.

**111:18 - 112:12   Brown, Vic 07-08-2020 (00:01:18)**                                    **VM12a.27**

111:18   Q. Do you have Exhibit 28 in front of you,

111:19 Mr. Brown?

111:20   A. I do.

111:21   Q. And this is the 2010 HIDTA Annual Report?

111:22   A. Yes.

111:23   Q. So if you'll turn to page 8 --

111:24   A. I'm there.

112:1   Q. -- toward the bottom of that page, second

112:2 to the bottom paragraph, it says, "While heroin

112:3 poses a low overall threat to the Appalachia HIDTA

112:4 region, it represents a serious threat in select

112:5 Appalachia HIDTA areas.  The threat posed by black

112:6 tar heroin is significant in the Huntington and

112:7 Charleston, West Virginia areas and will likely

112:8 increase throughout" "HIDTA."

112:9 So it was -- is it -- it was HIDTA's

112:10 understanding that heroin was a significant threat

112:11 to the City of Huntington as early as 2010?

| Page/Line | Source | ID |
|---|---|---|
| | 112:12  A. Yes, according to this, that's correct. | |
| 127:14 - 127:16 | **Brown, Vic 07-08-2020 (00:00:13)** | **VM12a.28** |
| | 127:14  Q. Do you have any firsthand knowledge about | |
| | 127:15 what drugs the current heroin users started on? | |
| | 127:16  A. No. | |
| 127:22 - 128:04 | **Brown, Vic 07-08-2020 (00:00:16)** | **VM12a.29** |
| | 127:22  Q. And what is it in these documents that you | |
| | 127:23 can point me to that tells us what drugs people | |
| | 127:24 started on versus what drugs they're on now? | |
| | 128:1  A. I don't have any information that what they | |
| | 128:2 started on and what they're using now.  I don't | |
| | 128:3 think that's articulated in these documents | |
| | 128:4 anywhere. | |
| 131:23 - 132:02 | **Brown, Vic 07-08-2020 (00:00:16)** | **VM12a.30** |
| | 131:23  Q. So as you sit here today, can you point us | |
| | 131:24 to anything in the documents produced by HIDTA that | |
| | 132:1 would tell us what drugs someone started on versus | |
| | 132:2 what drugs they're on today? | |
| 132:05 - 132:07 | **Brown, Vic 07-08-2020 (00:00:02)** | **VM12a.31** |
| | 132:5  A. I cannot -- | |
| | 132:6  Q. Go ahead. | |
| | 132:7  A. -- place. | |
| 133:20 - 133:23 | **Brown, Vic 07-08-2020 (00:00:15)** | **VM12a.32** |
| | 133:20  Q. And we've talked about the fact that | |
| | 133:21 the -- heroin is -- or a source of heroin is | |
| | 133:22 Mexican drug trafficking organizations.  True? | |
| | 133:23  A. Yes. | |
| 134:24 - 135:02 | **Brown, Vic 07-08-2020 (00:00:06)** | **VM12a.33** |
| | 134:24  Q. And the distributor defendants don't | |
| | 135:1 distribute heroin.  True? | |
| | 135:2  A. Correct. | |
| 136:08 - 136:19 | **Brown, Vic 07-08-2020 (00:00:53)** | **VM12a.34** |
| | 136:8  Q. Do you have any reason to doubt the | |
| | 136:9 accuracy of any of the -- these strategic -- the | |
| | 136:10 Threat Assessments or the strategic reports that | |
| | 136:11 HIDTA has produced in this case? | |
| | 136:12  A. I do not. | |
| | 136:13  Q. So we can rely on the information in these | |
| | 136:14 reports as being accurate? | |
| | 136:15  A. To the best of my knowledge, yes. | |

**VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p**

Defendants' Counters     Plaintiffs' Completeness

| VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | | |
| --- | --- | --- |
| Page/Line | Source | ID |

|  | 136:16   Q. And to the best of HIDTA's knowledge? |  |
|  | 136:17   A. Yes. |  |
|  | 136:18   Q. And then if you'll take a look at Exhibit |  |
|  | 136:19 38, please, which is the 2015 Annual Report. |  |
| 136:24 - 138:06 | **Brown, Vic 07-08-2020 (00:02:03)** | VM12a.35 |
|  | 136:24   A. Okay. |  |
|  | 137:1   Q. All right.  Page 4. |  |
|  | 137:2   A. All right. |  |
|  | 137:3   Q. So this tells us - and I'm in the first |  |
|  | 137:4 paragraph after the chart, the last sentence - |  |
|  | 137:5 "While the threat posed by heroin has plagued West |  |
|  | 137:6 Virginia since as early as 2007, all across the |  |
|  | 137:7 AHIDTA area, law enforcement are faced with the |  |
|  | 137:8 wreckage heroin trafficking and abuse has on their |  |
|  | 137:9 jurisdiction." |  |
|  | 137:10 So from this report, we know that |  |
|  | 137:11 heroin has been a threat in West Virginia since as |  |
|  | 137:12 early as 2007, correct? |  |
|  | 137:13   A. Yes. |  |
|  | 137:14   Q. And that at least as of 2015, law |  |
|  | 137:15 enforcement are faced with the wreckage heroin |  |
|  | 137:16 traffic and abuse has on their jurisdiction. |  |
|  | 137:17 Correct? |  |
|  | 137:18   A. Yes. |  |
|  | 137:19   Q. And then the last sentence on page 4 says, |  |
|  | 137:20 "Over the years, however, trafficking and abuse of |  |
|  | 137:21 heroin has made its presence known throughout the |  |
|  | 137:22 region, leaving AHIDTA AOR with an overall 'opioid' |  |
|  | 137:23 threat that is devastating the" communities. |  |
|  | 137:24 First, what is AOR? |  |
|  | 138:1   A. Area of responsibility. |  |
|  | 138:2   Q. All right.  So this report, the 2015 Annual |  |
|  | 138:3 Report, attributes a significant portion of the |  |
|  | 138:4 opioid crisis to illegally-trafficked heroin. |  |
|  | 138:5 True? |  |
|  | 138:6   A. Yes. |  |
| 144:05 - 144:16 | **Brown, Vic 07-08-2020 (00:00:36)** | VM12a.36 |
|  | 144:5   Q. Okay.  So we've talked a lot about heroin. |  |
|  | 144:6 Let's turn now to fentanyl.  So illicit fentanyl is |  |
|  | 144:7 -- is illicit fentanyl a threat in the Appalachia |  |

| VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

144:8 HIDTA Region?

144:9   A. Yes.

144:10   Q. And is it true that illegal street fentanyl

144:11 is trafficked by drug trafficking or by criminal

144:12 drug organizations?

144:13   A. Yes.

144:14   Q. All right.  Not by the defendants in this

144:15 case?

144:16   A. Correct.

145:02 - 145:10   **Brown, Vic 07-08-2020 (00:00:46)**   **VM12a.37**

145:2   Q. All right.  But fentanyl has been a threat

145:3 in the Appalachia HIDTA Region for at least the

145:4 past eight to ten years?

145:5   A. I would say it's been present, yes.  At

145:6 least that amount of time.  Maybe -- maybe longer.

145:7   Q. All right.  And if you will look at

145:8 document -- Exhibit 54, which is the -- this is a

145:9 document entitled "Appalachia HIDTA State of West

145:10 Virginia Joint Fentanyl Project Report."

145:16 - 145:23   **Brown, Vic 07-08-2020 (00:00:20)**   **VM12a.38**

145:16   A. Okay.

145:17   Q. Are you familiar with the Joint Fentanyl

145:18 Project?

145:19   A. Yes.  Yes.

145:20   Q. What is that?

145:21   A. Well, it's a project that the intel center

145:22 put together explaining, basically, where we are

145:23 with fentanyl in today's drug threat.

146:23 - 147:23   **Brown, Vic 07-08-2020 (00:01:12)**   **VM12a.39**

146:23   Q. All right.  So then let's look at the

146:24 Executive Summary which is on a page that's not

147:1 numbered.  It's the second page of the document

147:2 after the title page.

147:3   A. Okay, I'm there.

147:4   Q. And it says that -- in the first paragraph,

147:5 "The heroin epidemic has led to the introduction of

147:6 clandestinely produced fentanyl mixed in with"

147:7 "heroin which has resulted in increased overdose

147:8 deaths.  The majority of drug users throughout the

147:9 state don't realize that fentanyl is being mixed in

| VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

147:10 with the heroin by cartels in Mexico."
147:11 So it's Appalachia HIDTA's
147:12 understanding that cartels in Mexico are
147:13 responsible for mixing fentanyl with heroin and
147:14 trafficking into West Virginia?
147:15   A. That was the assessment by these two
147:16 analysts that prepared this document.  Which --
147:17   Q. Do you have --
147:18   A. -- is accurate.  There may be other
147:19 sources, but this is one that they have articulated
147:20 as being one of the major sources.
147:21   Q. All right.  And you don't have any reason
147:22 to disagree with that?
147:23   A. I don't.

**148:08 - 148:17**    **Brown, Vic 07-08-2020 (00:00:38)**    **VM12a.40**

148:8   Q. And then farther down, it says - the second
148:9 to the last paragraph on that page - "Fentanyl
148:10 trafficking in West Virginia is a significant issue
148:11 in the larger metropolitan areas," and it says, "In
148:12 the five largest cities," including Huntington,
148:13 "task force officers are purchasing heroin mixed
148:14 with fentanyl."
148:15 So Appalachia HIDTA was aware as early
148:16 as 2016 that fentanyl was a problem in Huntington?
148:17 True?

**148:19 - 148:19**    **Brown, Vic 07-08-2020 (00:00:01)**    **VM12a.41**

148:19   A. Yes.

**157:21 - 158:07**    **Brown, Vic 07-08-2020 (00:00:37)**    **VM12a.42**

157:21   Q. Okay.  I asked you a couple of questions
157:22 ago about the Fentanyl Response Strategy and
157:23 whether it was initiated because of an increase in
157:24 fentanyl use and deaths, and you're aware, aren't
158:1 you, that the Appalachia HIDTA region has
158:2 experienced an increase in deaths by fentanyl?
158:3   A. Yes.
158:4   Q. Isn't that true?
158:5   A. Yes.
158:6   Q. And the data supports that?
158:7   A. Correct.

**159:09 - 159:09**    **Brown, Vic 07-08-2020 (00:00:03)**    **VM12a.43**

| | VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 159:9   Q. Okay.  Let's look at Exhibit 53. | |
| 159:16 - 159:23 | **Brown, Vic 07-08-2020 (00:00:31)** | **VM12a.44** |
| | 159:16   Q. Do you have that in front of you? | |
| | 159:17   A. Yes. | |
| | 159:18   Q. So this is an e-mail dated April 13, 2018 | |
| | 159:19 from Yolanda Sowards at Appalachia HIDTA to Michael | |
| | 159:20 Kilkenny.  Do you know Yolanda Sowards? | |
| | 159:21   A. I do.  She is the current public health | |
| | 159:22 analyst assigned to the Overdose Response Strategy | |
| | 159:23 with Appalachia HIDTA. | |
| 160:10 - 160:13 | **Brown, Vic 07-08-2020 (00:00:18)** | **VM12a.45** |
| | 160:10   Q. Well, it appears that Ms. Sowards is | |
| | 160:11 communicating drug overdose statistics for Cabell | |
| | 160:12 County.  Is that correct? | |
| | 160:13   A. Yes, it appears to be so, yes. | |
| 163:01 - 163:11 | **Brown, Vic 07-08-2020 (00:00:36)** | **VM12a.46** |
| | 163:1   Q. Right.  So we know that -- well, it tells | |
| | 163:2 us, there are 183 All Drug Overdose Deaths in 2017 | |
| | 163:3 in Cabell County, 166 of those had at least one | |
| | 163:4 opioid, and then it appears that 145 of those | |
| | 163:5 overdose deaths involved fentanyl. | |
| | 163:6   A. Exactly. | |
| | 163:7   Q. True? | |
| | 163:8   A. Yes. | |
| | 163:9   Q. And 62 of those overdose deaths involved | |
| | 163:10 heroin.  True? | |
| | 163:11   A. Correct. | |
| 169:16 - 169:18 | **Brown, Vic 07-08-2020 (00:00:10)** | **VM12a.47** |
| | 169:16   Q. Are there people abusing heroin or other | |
| | 169:17 illicit opioids today that started with heroin and | |
| | 169:18 never used prescription opioids? | |
| 169:20 - 169:24 | **Brown, Vic 07-08-2020 (00:00:14)** | **VM12a.48** |
| | 169:20   A. I have no way of knowing that precisely.  I | |
| | 169:21 don't have any direct information of that. | |
| | 169:22   Q. Is that -- I think we've talked about this | |
| | 169:23 already.  That's not data that Appalachia HIDTA | |
| | 169:24 keeps, what -- | |
| 170:02 - 170:03 | **Brown, Vic 07-08-2020 (00:00:05)** | **VM12a.49** |
| | 170:2   Q. -- what drug people started on and what | |
| | 170:3 drug they are on today? | |

| | VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 170:07 - 170:10 | **Brown, Vic 07-08-2020 (00:00:18)** | **VM12a.50** |
| | 170:7   A. Correct.  I have no way of knowing. | |
| | 170:8   Q. And are there people abusing prescription | |
| | 170:9 opioids today who were never prescribed opioids | |
| | 170:10 lawfully? | |
| 170:12 - 170:15 | **Brown, Vic 07-08-2020 (00:00:09)** | **VM12a.51** |
| | 170:12   A. I don't have any direct information to | |
| | 170:13 that.  I'm -- my personal opinion is I'm sure there | |
| | 170:14 are, but I have no direct knowledge of that or | |
| | 170:15 information related to that. | |
| 171:21 - 172:18 | **Brown, Vic 07-08-2020 (00:00:53)** | **VM12a.52** |
| | 171:21   Q. All right, Mr. Brown, I want to talk with | |
| | 171:22 you for a few minutes about HIDTA funding. | |
| | 171:23   A. Okay. | |
| | 171:24   Q. You told me earlier that HIDTA is funded by | |
| | 172:1 the Office of National Drug Control Policy? | |
| | 172:2   A. Correct. | |
| | 172:3   Q. Is that true? | |
| | 172:4   A. Yes. | |
| | 172:5   Q. Does all of HIDTA -- does 100 percent of | |
| | 172:6 HIDTAs -- of Appalachia HIDTA's come from the | |
| | 172:7 Office of National Drug Control Policy? | |
| | 172:8   A. It does. | |
| | 172:9   Q. Is -- do you receive -- does Appalachia | |
| | 172:10 HIDTA receive any state funding? | |
| | 172:11   A. We do not. | |
| | 172:12   Q. Any local funding? | |
| | 172:13   A. No.  No other source other than Office of | |
| | 172:14 National Drug Control Policy. | |
| | 172:15   Q. All right.  So the City of Huntington and | |
| | 172:16 Cabell County have not contributed to HIDTA -- | |
| | 172:17 Appalachia HIDTA funding? | |
| | 172:18   A. No. | |
| 193:02 - 193:13 | **Brown, Vic 07-08-2020 (00:00:31)** | **VM12a.53** |
| | 193:2   Q. So we discussed earlier the Huntington Drug | |
| | 193:3 Task Force -- | |
| | 193:4   A. Yes. | |
| | 193:5   Q. -- correct? | |
| | 193:6   A. Yes. | |
| | 193:7   Q. What was HIDTA's role in the FBI version of | |

| | VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

193:8 that task force?

193:9   A. Well, our role is the same in any

193:10 initiative, is to provide funding to the initiative

193:11 to provide overtime funds for the purchase of

193:12 evidence, funds for travel or funds for equipment

193:13 and training.

**193:14 - 193:15**    **Brown, Vic 07-08-2020 (00:00:03)**    **VM12a.54**

193:14 It's the same for all of our task

193:15 forces.

**211:16 - 211:18**    **Brown, Vic 07-08-2020 (00:00:09)**    **VM12a.55**

211:16   Q. Mr. Brown, if you would turn to

211:17 Exhibit 47, which is the 2019 HIDTA Drug Threat

211:18 Assessment.

**212:07 - 212:23**    **Brown, Vic 07-08-2020 (00:00:51)**    **VM12a.56**

212:7   Q. You got it?

212:8   A. Yes.

212:9   Q. All right.  Would you please turn to page

212:10 5, the Executive Summary?

212:11   A. Okay.

212:12   Q. All right.  And in the third bullet point

212:13 on page 5, it says "Crystal methamphetamine (ICE)

212:14 continues to be one of the largest threats in the

212:15 AHIDTA area.  In 2018, the AHIDTA seized more than

212:16 500 kilograms of ICE, an increase of nearly 82

212:17 percent over 2017."

212:18 Did I read that correctly?

212:19   A. Yes.

212:20   Q. So according to Appalachia HIDTA, crystal

212:21 meth is one of the largest current threats in the

212:22 Appalachia HIDTA Region.  True?

212:23   A. Yes.

**234:04 - 234:17**    **Brown, Vic 07-08-2020 (00:00:43)**    **VM12a.57**

234:4   Q. Is there anything

234:5 about the location of the Appalachia HIDTA Region

234:6 or its nature - economics, anything - that makes it

234:7 uniquely susceptible to illegal drugs?

234:8   A. Oh, it's a poorer area, obviously.  Most of

234:9 the Appalachia region is one of the poorest in the

234:10 nation.  A lot of unemployment.  A lot of

234:11 disability cases.  Many of those disability cases,

| | VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

234:12 when they occurred, they were put on opioids, and
234:13 some of those resulted into addiction.
234:14 I think it's just a -- it's a lot of
234:15 things -- perfect storm came together for the
234:16 Appalachian region to be one of the hardest areas
234:17 hit in the nation for its use.

**235:02 - 235:03**   **Brown, Vic 07-08-2020 (00:00:08)**   **VM12a.58**

235:2   Q. Let's look quickly at the
235:3 Exhibit 18, which is the 2006 Annual Report.

**236:08 - 237:12**   **Brown, Vic 07-08-2020 (00:01:53)**   **VM12a.59**

236:8   Q. All right.  And then on page 10, the
236:9 paragraph before Section 5 says, "The rural
236:10 counties of the AHIDTA Region are plagued by high
236:11 rates of unemployment, poverty, adult illiteracy,
236:12 fragmented families, teenage pregnancy, public
236:13 corruption and an established tradition of
236:14 bootlegging moonshine. Due to these conditions,
236:15 illicit drug activities are sometimes accepted and
236:16 even encouraged by members of the local population,
236:17 a situation similar to that found in
236:18 poverty-stricken inner city areas."
236:19 Did I read that correctly?
236:20   A. Yes.
236:21   Q. All right.  So this is from 2006.  But is
236:22 it your understanding that those conditions have
236:23 persisted until today?
236:24   A. I would agree with that.  And yes, mostly
237:1 it all still holds true to today.
237:2   Q. All right.  And those conditions make the
237:3 Appalachia HIDTA region susceptible to illegal drug
237:4 activity?
237:5   A. I certainly believe that's one of the
237:6 factors that do contribute to that, yes.
237:7   Q. All right.  And those factors have nothing
237:8 to do with the defendants in this case?
237:9   A. Correct.
237:10   Q. All right.  And then let's look quickly at
237:11 Exhibit 47, which is the 2019 Drug Threat
237:12 Assessment.

**237:23 - 238:13**   **Brown, Vic 07-08-2020 (00:00:52)**   **VM12a.60**

| Page/Line | Source | ID |
|---|---|---|

**VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p**

237:23   Q. Okay.  So page 8.  Right after --
237:24 underneath Appalachia HIDTA Geographic Area --
238:1   A. Yes.
238:2   Q. -- it says that the Appalachia -- "The
238:3 Appalachia HIDTA states are geographically situated
238:4 within easy driving distance to an abundance of
238:5 major metropolitan areas throughout the eastern,
238:6 southeastern and midwest regions of the United
238:7 States.  The ease of access by roadway into,
238:8 throughout and out of major cities known to be
238:9 significant drug distribution points in the United
238:10 States creates an ideal situation for DTOs to
238:11 conduct business in the AHIDTA region."
238:12 Did I read that correctly?
238:13   A. Yes.

**239:10 - 239:17**   **Brown, Vic 07-08-2020 (00:00:34)**   **VM12a.61**

239:10   Q. So is it true that it is Appalachia HI --
239:11 Appalachia HIDTA's understanding that the proximity
239:12 of Appalachia HIDTA to multiple known drug
239:13 distribution points is a factor that contributes to
239:14 illegal drug activity in the region?
239:15   A. Yes, it is a factor.
239:16   Q. And those are conditions that have nothing
239:17 to do with the defendants in this case.  True?

**239:19 - 239:19**   **Brown, Vic 07-08-2020 (00:00:01)**   **VM12a.62**

239:19   A. Yes.

**255:01 - 255:16**   **Brown, Vic 07-08-2020 (00:00:49)**   **VM12a.63**

255:1   Q. And do we have a time frame that we could
255:2 give for this migration of pills from Florida into
255:3 Appalachia?
255:4   A. Well, like I said, we worked -- when I was
255:5 working with the Kentucky State Police - and since
255:6 I have been at HIDTA - all of our initiatives and
255:7 agencies have worked well with surrounding states
255:8 to address the issue.
255:9 I think early 2000s up and through
255:10 2010-2012, we had numerous individuals from all
255:11 Appalachian states traveling not only to Florida,
255:12 but to Georgia, to Tennessee, to any other
255:13 jurisdiction where they could circumvent their own

| Page/Line | Source | ID |
|---|---|---|
| | VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | |

255:14 state's prescription monitoring program to obtain
255:15 prescription medication and thereby bring back and
255:16 divert those.

**260:20 - 262:18**     **Brown, Vic 07-08-2020 (00:02:31)**     **VM12a.64**

260:20   Q. We will turn now to Exhibit 5, which is the
260:21 2001 Threat Assessment.
260:22   A. Okay, I have that.
260:23   Q. Okay.  And we are going to start -- so once
260:24 again in 2001, at this time, the principal mission
261:1 of AHIDTA was to focus on marijuana issues, but you
261:2 did include all drug trends in your report?
261:3   A. That's correct.
261:4   Q. Okay.  And so on page 4 of the document, in
261:5 the paragraph that begins, "The abuse and resale
261:6 for abuse of prescription medications within the
261:7 Appalachia HIDTA is also a significant problem."
261:8 And then it goes on to talk about,
261:9 "Investigative agencies within the three states
261:10 target physicians who prescribe medications to
261:11 abusers who "doctor shop.""
261:12 Now, West Virginia's one of those
261:13 states, right?
261:14   A. That's correct, yes.
261:15   Q. And this is still a significant problem in
261:16 2001?
261:17   A. Yes.
261:18   Q. The -- at the end of that paragraph, "The
261:19 "patients" sell the controlled substance "on the
261:20 streets" for incredible profits, and abuse the
261:21 substances themselves."
261:22 Was that a trend that was known to be
261:23 going on in the Appalachia HIDTA Region in 2000 and
261:24 2001?
262:1   A. It was, yes.
262:2   Q. Do you have an idea of the scale of the
262:3 problem at that time in terms of what it would have
262:4 been like in the years prior?
262:5   A. Well, that's during the time that it was
262:6 actually starting to grow exponentially.  I would
262:7 say this was the -- still in the beginning stages

| VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 262:8 before it climaxed in 2010 or so, plus or minus a | |
|  | 262:9 year. | |
|  | 262:10 But it was certainly a pervasive | |
|  | 262:11 problem.  The reason the profits were exponential | |
|  | 262:12 was most of these prescriptions were paid for by | |
|  | 262:13 Medicaid/Medicare, so therefore when they were sold | |
|  | 262:14 on the street, it was 100 percent profit for the | |
|  | 262:15 individual selling it. | |
|  | 262:16   Q. And were these prolifically available for | |
|  | 262:17 sale on the illicit market? | |
|  | 262:18   A. They were, yes, very much so. | |

263:19 - 264:24 **Brown, Vic 07-08-2020 (00:01:29)** — VM12a.65

|  | 263:19   Q. Now, when counsel for McKesson asked you | |
|  | 263:20 questions earlier about whether there was any | |
|  | 263:21 connection that AHIDTA had ever found between | |
|  | 263:22 prescription medications and heroin -- do you | |
|  | 263:23 remember those questions? | |
|  | 263:24   A. I do. | |
|  | 264:1   Q. Did she show you anything in the documents | |
|  | 264:2 where AHIDTA reported on that connection? | |
|  | 264:3   A. Not that I recall, no, sir. | |
|  | 264:4   Q. As far as to what types of prescription | |
|  | 264:5 medications are being abused, did you recall that | |
|  | 264:6 -- I guess we did have some questions that singled | |
|  | 264:7 out the opioid, right? | |
|  | 264:8   A. I believe so.  I don't remember the exact | |
|  | 264:9 dialogue, but yes. | |
|  | 264:10   Q. Well, let's go to page 3 of the document, | |
|  | 264:11 and it's talking about -- under the section of | |
|  | 264:12 major -- Number of Major Drug Trafficking | |
|  | 264:13 Organizations.  And then the fifth paragraph down | |
|  | 264:14 in that section, Executive Director Brown -- | |
|  | 264:15   A. Yes. | |
|  | 264:16   Q. -- is there a description by AHIDTA of what | |
|  | 264:17 prescription medications were being most frequently | |
|  | 264:18 diverted? | |
|  | 264:19   A. It mentions OxyContin and hydrocodone. | |
|  | 264:20   Q. And does it describe anything about whether | |
|  | 264:21 this is a growing issue in the region? | |
|  | 264:22   A. It does.  It says -- "within the Appalachia | |

| Page/Line | Source | ID |
|---|---|---|
| | 264:23 HIDTA, there are also a significant and growing | |
| | 264:24 problem," yes. | |
| 285:13 - 285:19 | **Brown, Vic 07-08-2020 (00:00:24)** | **VM12a.66** |
| | 285:13  Q. You were asked questions about some -- | |
| | 285:14 some of these reports and what's in them, and I | |
| | 285:15 want to just go back and make sure that we're all | |
| | 285:16 not -- not missing anything. | |
| | 285:17 You were asked about -- this is Exhibit | |
| | 285:18 2, the 2000 Annual Report. | |
| | 285:19  A. Yes. | |
| 286:09 - 288:05 | **Brown, Vic 07-08-2020 (00:02:42)** | **VM12a.67** |
| | 286:9  Q. And in fact, this says that, "The three | |
| | 286:10 states that constitute the Appalachia HIDTA are | |
| | 286:11 experiencing increase in the methamphetamine | |
| | 286:12 threat.  Authorities" report -- authorities in | |
| | 286:13 Tennessee report that the availability of | |
| | 286:14 methamphetamine in their state has increased | |
| | 286:15 ten-fold over the past several years.  An upsurge | |
| | 286:16 in methamphetamine seizures and lab discoveries has | |
| | 286:17 also been reported in Kentucky and West Virginia." | |
| | 286:18 I read that accurately, didn't I? | |
| | 286:19  A. Yes. | |
| | 286:20  Q. All right.  And under Trends, it also | |
| | 286:21 discuss -- another trend that was seen was Global | |
| | 286:22 Influences.  "... Mexican marijuana trafficking | |
| | 286:23 organizations are heavily involved in the | |
| | 286:24 importation and distribution of cocaine and | |
| | 287:1 methamphetamine and, at times, heroin." | |
| | 287:2  A. That's correct. | |
| | 287:3  Q. Correct? | |
| | 287:4  A. Yes. | |
| | 287:5  Q. So those were all trends that Appalachia | |
| | 287:6 HIDTA was seeing in 2000? | |
| | 287:7  A. That's correct. | |
| | 287:8  Q. Correct, sir? | |
| | 287:9 All right.  And then if -- you were | |
| | 287:10 asked some questions about Exhibit 5, which is the | |
| | 287:11 2001 Threat Assessment -- | |
| | 287:12  A. Okay, I have that. | |
| | 287:13  Q. All right.  And you were asked questions | |

| Page/Line | Source | ID |
|---|---|---|

**VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p**

287:14 about the prescription drug parts, but on page 4,
287:15 this report tells us that other than marijuana --
287:16 and I guess page -- page 3 talks about the issues
287:17 with marijuana.
287:18 And then on page 4, it says, "Other
287:19 than marijuana, cocaine and crack cocaine
287:20 constitute the major drugs seized in Appalachia
287:21 HIDTA with a combination percentage of 51%.  Crack
287:22 cocaine, in particular, first infiltrates
287:23 metropolitan areas and then infiltrates more rural
287:24 areas."
288:1 So at this time, marijuana, cocaine and
288:2 crack cocaine are major drugs of issue in
288:3 Appalachia HIDTA region.  Correct?
288:4   A. That is correct.  2001, that's -- that was
288:5 the case, yes.

**288:15 - 288:19**   **Brown, Vic 07-08-2020 (00:00:14)**   **VM12a.68**

288:15   Q. All right.  And then if you'll look -- look
288:16 at Exhibit 28 which you were also asked about the
288:17 opioid portion of that -- this is the Calendar Year
288:18 2010 Annual Report --
288:19   A. Okay.

**288:23 - 290:06**   **Brown, Vic 07-08-2020 (00:01:45)**   **VM12a.69**

288:23   Q. -- this tells us -- you were asked about
288:24 the prescription opioid part, but it also tells us
289:1 in the third paragraph -- and this is 2 -- what did
289:2 we say?  2009 Threat Assessment.
289:3 "After declining in scope in recent
289:4 years, methamphetamine production is again on the
289:5 rise.  The increase is largely the result of
289:6 individuals and criminal groups adapting to state
289:7 and federal pseudoephedrine sales restrictions and
289:8 obtaining the quantities of the essential chemical
289:9 necessary to produce their desired amount of" meth.
289:10 After a 44 percent reduction in lab seizures"
289:11 "from" 2006 to 2007 Appalachia HIDTA "state and
289:12 local law enforcement agencies in" 2008
289:13 "experienced a 45 percent increase in clandestine
289:14 laboratory related hazards, encountering those
289:15 hazards" on "average of seven times a week."

| Page/Line | Source | ID |
|---|---|---|

**VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p**

289:16 Correct, sir?

289:17   A. Yes.

289:18   Q. And then it also says that, "While heroin

289:19 poses a low overall threat to the Appalachia HIDTA

289:20 region, it represents a serious threat in select

289:21 Appalachia HIDTA regions" including Huntington.

289:22 So at this time, in addition to meth,

289:23 heroin is also a threat.

289:24   A. Correct.

290:1   Q. Correct, sir?

290:2   A. Yes.

290:3   Q. And crack cocaine, according to this

290:4 report, poses a significant threat to the

290:5 Appalachia HIDTA region.  Correct, sir?

290:6   A. Yes.  In some areas.

| 292:03 - 292:09 | **Brown, Vic 07-08-2020 (00:00:37)** | **VM12a.70** |

292:3   Q. And then you were asked about the 2019 Drug

292:4 Threat Assessment which is Exhibit 47 --

292:5   A. Yes.

292:6   Q. And that report, page 5, tells us that

292:7 crystal meth continues to be one of the largest

292:8 threats in the Appalachia HIDTA Region.  Correct?

292:9   A. It does, yes.

| 292:24 - 293:20 | **Brown, Vic 07-08-2020 (00:01:11)** | **VM12a.71** |

292:24   Q. "The AHIDTA region continues to face

293:1 considerable threats from cocaine, fentanyl and

293:2 marijuana/cannabis - to include cannabis-derived

293:3 products, THC edibles and CBD."

293:4   A. Yes.

293:5   Q. That was a finding of Appalachia HIDTA in

293:6 2019, correct?

293:7   A. Yes.

293:8   Q. And you were asked about the fact that

293:9 there is a section in the emerging threats portion

293:10 of the 2019 report that deals with controlled

293:11 prescription drugs.  And to be fair, there are also

293:12 sections in the Emerging Threats portion of the

293:13 2019 report that deals with crystal meth, on page

293:14 12 -- true?

293:15   A. Yes.

| Page/Line | Source | ID |
|---|---|---|

**VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p**

293:16   Q. And there's a section on page 15 that deals
293:17 with cocaine as an emerging threat?
293:18   A. Correct.
293:19   Q. True?
293:20   A. Yes.

**298:13 - 298:16**   **Brown, Vic 07-08-2020 (00:00:10)**   **VM12a.72**

298:13   Q. How many pills distributed by the
298:14 defendants in this case were diverted in Huntington
298:15 or Cabell County?
298:16   A. I'd have no idea.

**298:18 - 299:12**   **Brown, Vic 07-08-2020 (00:01:20)**   **VM12a.73**

298:18   Q. And can you identify a single shipment of
298:19 opioid pills by the distributors in this case that
298:20 was diverted in a HIDTA region?
298:21   A. No, I cannot.
298:22   Q. And in looking at these Annual Reports --
298:23 well, you've told us that heroin has always been a
298:24 threat in the Appalachia HIDTA region.  True?
299:1   A. Yes.
299:2   Q. And heroin was a threat in the Appalachia
299:3 HIDTA region before the increase in prescription
299:4 opioid diversion and abuse that you've described
299:5 today.  True?
299:6   A. Yes.  True.
299:7   Q. And you don't know and Appalachia HIDTA
299:8 does not know what portion of heroin users started
299:9 with heroin?
299:10   A. No.
299:11   Q. True?
299:12   A. True.

**299:18 - 300:05**   **Brown, Vic 07-08-2020 (00:00:34)**   **VM12a.74**

299:18   Q. Do you know what percentage of heroin users
299:19 started with another illegal drug?
299:20   A. No, I have no idea.
299:21   Q. Do you know what percentage of heroin users
299:22 started with prescription opioids?
299:23   A. No.
299:24   Q. And the defendants in this case don't
300:1 distribute heroin, do they?
300:2   A. They do not.

| | VM12a-Brown, Vic - Merged DC PComp 5-27-21 330p | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 300:3   Q. Heroin is trafficked into Appalachia HIDTA | |
| | 300:4 region by criminal drug trafficking organizations. | |
| | 300:5   A. Correct. | |
| 300:17 - 300:24 | **Brown, Vic 07-08-2020 (00:00:43)** | **VM12a.75** |
| | 300:17   Q. All right, thank you.  And do you | |
| | 300:18 understand that the defendants do not have any role | |
| | 300:19 in dispensing or use of prescription opioids after | |
| | 300:20 they reach a pharmacy? | |
| | 300:21   A. Yes. | |
| | 300:22   Q. And diversion -- both diversion and the | |
| | 300:23 unlawful use of prescription opioids happen after | |
| | 300:24 the defendants' role in the chain is over. | |
| 301:03 - 301:04 | **Brown, Vic 07-08-2020 (00:00:04)** | **VM12a.76** |
| | 301:3   Q. True? | |
| | 301:4   A. Yes. | |

Defendants' Counters = 00:45:22

Plaintiffs' Completeness = 00:06:33

**Total Time = 00:51:55**