**Designation Run Report**

ID:SH03

# Harper-Avilla, Stacy - Plaintiffs' Submission

_____

**Harper-Avilla, Stacy 04-11-2019**

_____

**Plaintiffs Affirmative Designations  00:15:26**

**Plaintiff Counter Counters  00:00:13**

**Defense Completeness Counters  00:01:14**

**Total Time  00:16:52**



| Page/Line | Source | ID |
|---|---|---|
| | SH03-Harper-Avilla, Stacy - Plaintiffs' Submission | |
| 16:17 - 16:19 | **Harper-Avilla, Stacy 04-11-2019 (00:00:05)**<br>16:17 Would you just state your full name<br>16:18 for the record.<br>16:19   A. Stacy Harper-Avilla. | SH03.81 |
| 17:22 - 18:01 | **Harper-Avilla, Stacy 04-11-2019 (00:00:09)**<br>17:22   Q. And you understand that today you<br>17:23 are providing testimony on behalf of the DEA?<br>17:24   A. Yes.<br>17:25 MR. O'CONNOR:  I'm going to mark<br>18:1 Exhibit 1. | SH03.1<br><br><br><br><br>P-41927_1.1 |
| 18:02 - 18:11 | **Harper-Avilla, Stacy 04-11-2019 (00:00:27)**<br>18:2 (Deposition Exhibit 1 was marked for<br>18:3 identification.)<br>18:4 BY MR. O'CONNOR:<br>18:5   Q. This is a notice of deposition.<br>18:6 Have you ever seen this document<br>18:7 before?<br>18:8   A. Yes.<br>18:9   Q. And I'm going to ask you to turn to<br>18:10 Exhibit B, which is the letter from the U.S.<br>18:11 Department of Justice. | SH03.2<br><br><br><br><br><br><br><br><br>P-41927_1.13.1 - P-41927_1.14 |
| 18:12 - 18:20 | **Harper-Avilla, Stacy 04-11-2019 (00:00:29)**<br>18:12 Have you ever seen this document<br>18:13 before?<br>18:14   A. Yes.<br>18:15   Q. Okay.  And do you understand it to<br>18:16 be the letter authorizing testimony on certain<br>18:17 subjects on behalf of the DEA?<br>18:18   A. Yes.<br>18:19   Q. Let's go ahead and turn to Page 6<br>18:20 and I direct your attention to Topic 13. | SH03.3<br>P-41927_1.14.1<br><br><br><br><br><br><br>P-41927_1.19.1<br>P-41927_1.19.2 |
| 18:21 - 19:09 | **Harper-Avilla, Stacy 04-11-2019 (00:00:44)**<br>18:21 It says:  "Topic 13.  Your practices<br>18:22 and procedures related to the establishment of<br>18:23 opioid procurement quotas and opioid production<br>18:24 quotas for prescription opioids."<br>18:25 Are you authorized by the DEA to<br>19:1 testify regarding that topic today?<br>19:2   A. Yes.<br>19:3   Q. And I now direct your attention to: | SH03.4<br>P-41927_1.19.4 |

| Page/Line | Source | ID |
|---|---|---|
| | SH03-Harper-Avilla, Stacy - Plaintiffs' Submission | |
| | 19:4 "Topic 14, the basis for opioid procurement<br>19:5 quotas and opioid production quotas of<br>19:6 prescriptions from 1995 to 2018."<br>19:7 Are you authorized by the DEA to<br>19:8 provide testimony regarding that topic today?<br>19:9   A. Yes. | P-41927_1.19.5 |
| 19:10 - 19:18 | **Harper-Avilla, Stacy 04-11-2019 (00:00:17)**<br>19:10   Q. Okay.<br>19:11 MR. CHANDLER:  I do want to note for<br>19:12 the record that Ms. Avilla's authorization<br>19:13 extends insofar as the qualifications that are<br>19:14 also included in this letter.<br>19:15 MR. O'CONNOR:  Understood.<br>19:16 BY MR. O'CONNOR:<br>19:17   Q. If you could turn to Page 9 of that<br>19:18 same document. | **SH03.5**<br><br><br><br><br><br><br><br>P-41927_1.22 |
| 19:19 - 20:15 | **Harper-Avilla, Stacy 04-11-2019 (00:01:00)**<br>19:19 And look at Topic 3, which reads:<br>19:20 "DEA's establishment of quotas for the<br>19:21 production of opioids in the United States<br>19:22 including aggregate production quotas,<br>19:23 individual quotas and procurement quotas, the<br>19:24 disclosure of quota to registrants,<br>19:25 communications with registrants regarding quota<br>20:1 requests and the disposition of quota requests<br>20:2 and the relationship between quota, suspicious<br>20:3 orders, diversion and lawful medical,<br>20:4 scientific or industrial channels or use."<br>20:5 Did I read that correctly?<br>20:6   A. Yes.<br>20:7   Q. And are you authorized by DEA to<br>20:8 provide testimony on that topic today?<br>20:9   A. Yes.<br>20:10   Q. So when I ask a question, unless I<br>20:11 specifically indicate that I am asking for your<br>20:12 personal opinion, I am going to be asking for<br>20:13 the DEA's answer to that question.<br>20:14 Does that make sense?<br>20:15   A. Yes. | **SH03.6**<br>P-41927_1.22.1 |
| 21:18 - 23:09 | **Harper-Avilla, Stacy 04-11-2019 (00:01:44)** | **SH03.7** |

| Page/Line | Source | ID |
|---|---|---|
| | SH03-Harper-Avilla, Stacy - Plaintiffs' Submission | |

| Page/Line | Source | ID |
|---|---|---|
| | 21:18   Q. Ms. Avilla, what is your current<br>21:19 role at DEA?<br>21:20   A. I'm the section chief of United<br>21:21 Nations Reporting and Quota Section.<br>21:22   Q. And what do your responsibilities in<br>21:23 that role include?<br>21:24   A. The responsibilities are to manage<br>21:25 the quotas for controlled substances in<br>22:1 Schedules I and II, report back to the UN on<br>22:2 the U.S. -- usage consumption of those<br>22:3 substances as well as for setting the<br>22:4 assessments and estimates for items in<br>22:5 Schedules III through V, controlled substances<br>22:6 in III through V.<br>22:7   Q. How long have you been in that<br>22:8 position?<br>22:9   A. Since July of last year.<br>22:10   Q. Before that, did you hold any<br>22:11 position at DEA?<br>22:12   A. Yes, I did.<br>22:13   Q. What was that?<br>22:14   A. I was the unit chief of the same<br>22:15 section.<br>22:16   Q. You were working with quotas in that<br>22:17 role as well?<br>22:18   A. Yes.<br>22:19   Q. What was your position at DEA, if<br>22:20 any, before that time?<br>22:21   A. I don't understand the question.<br>22:22   Q. Did you have a job at DEA before<br>22:23 that role as unit chief?<br>22:24   A. Yes.<br>22:25   Q. What was that?<br>23:1   A. Drug science specialist.<br>23:2   Q. Okay.  When you were a drug science<br>23:3 specialist, did you have any involvement in<br>23:4 quota issues?<br>23:5   A. Yes.<br>23:6   Q. Was that role your first at DEA?<br>23:7   A. Yes. | clear |

| Page/Line | Source | ID |
|---|---|---|
| | 23:8   Q. And when did you start in that role?<br>23:9   A. 2008. | |
| 23:10 - 23:16 | **Harper-Avilla, Stacy 04-11-2019 (00:00:14)**<br>23:10   Q. So am I correct that you joined the<br>23:11 Drug Enforcement Administration in 2008?<br>23:12   A. Correct.<br>23:13   Q. Okay.  And since that time, your<br>23:14 work has included work on quota-related<br>23:15 matters?<br>23:16   A. Yes. | SH03.8 |
| 49:02 - 49:04 | **Harper-Avilla, Stacy 04-11-2019 (00:00:07)**<br>49:2   Q. Okay.<br>49:3 MR. O'CONNOR:  I'm going to mark<br>49:4 Exhibit 2. | SH03.13<br><br>P-41928_1.1 |
| 49:05 - 49:14 | **Harper-Avilla, Stacy 04-11-2019 (00:00:24)**<br>49:5 (Deposition Exhibit 2 was marked for<br>49:6 identification.)<br>49:7 BY MR. O'CONNOR:<br>49:8   Q. Do you recognize this document?<br>49:9   A. Yes.<br>49:10   Q. What is it?<br>49:11   A. It is a page from the C.F.R.<br>49:12   Q. Okay.  Was this a portion of the<br>49:13 C.F.R. that you used in connection with your<br>49:14 role as unit chief and section chief? | SH03.14<br><br>P-41928_1.1.1 |
| 49:17 - 49:22 | **Harper-Avilla, Stacy 04-11-2019 (00:00:14)**<br>49:17 THE WITNESS:  I don't understand the<br>49:18 question.<br>49:19 BY MR. O'CONNOR:<br>49:20   Q. Okay.  When you were working on<br>49:21 quota issues, did you ever refer to this<br>49:22 regulation? | SH03.15 |
| 49:24 - 50:24 | **Harper-Avilla, Stacy 04-11-2019 (00:01:24)**<br>49:24 THE WITNESS:  Can I have the<br>49:25 question back.<br>50:1 BY MR. O'CONNOR:<br>50:2   Q. Sure.  When you were working on<br>50:3 quota issues, did you ever refer to this<br>50:4 regulation?<br>50:5   A. When I was working on the aggregate | SH03.16 |

| Page/Line | Source | ID |
|---|---|---|
| | SH03-Harper-Avilla, Stacy - Plaintiffs' Submission | |
| | 50:6 production quota, then this section that you | |
| | 50:7 printed, yes. | |
| | 50:8   Q. And specifically, I would like to | P-41928_1.1.2 |
| | 50:9 talk about Section 1303.11(b), which says:  "In | |
| | 50:10 making this determination, the administrator | |
| | 50:11 shall consider the following factors." | |
| | 50:12 Do you see that? | |
| | 50:13   A. Yes. | |
| | 50:14   Q. Okay.  And then it goes on to list | |
| | 50:15 five items. | |
| | 50:16 The first is:  "Total net disposal | P-41928_1.1.3 |
| | 50:17 of the class by all manufacturers during the | |
| | 50:18 current and two preceding years." | |
| | 50:19 Did DEA consider that factor when | |
| | 50:20 setting the aggregate production quotas between | |
| | 50:21 1995 and 2018? | |
| | 50:22   A. Yes. | |
| | 50:23   Q. And what does it mean to say the | |
| | 50:24 "total net disposal of the class?" | P-41928_1.1.4 |
| 50:25 - 51:12 | **Harper-Avilla, Stacy 04-11-2019 (00:01:00)** | SH03.17 |
| | 50:25   A. So total net disposal would be the | |
| | 51:1 aggregate disposal disposition of all the | |
| | 51:2 manufacturers, not counting their manufacturing | |
| | 51:3 losses or their returns to other manufacturers. | |
| | 51:4   Q. Okay.  Okay.  No. 2 says:  "Trends | P-41928_1.1.5 |
| | 51:5 in the national rate of net disposal of the | |
| | 51:6 class." | |
| | 51:7 What does that mean? | |
| | 51:8   A. Trends in national rate would be | |
| | 51:9 changes in disposal rates. | |
| | 51:10   Q. How would DEA take into account | |
| | 51:11 trends in the national rate of net disposal | |
| | 51:12 when determining aggregate production quotas? | |
| 51:13 - 52:24 | **Harper-Avilla, Stacy 04-11-2019 (00:02:21)** | SH03.18 |
| | 51:13   A. The main factor would be from FDA. | |
| | 51:14   Q. Okay.  And in each year from 1995 to | |
| | 51:15 2018, did DEA, in fact, consider the trends in | |
| | 51:16 the national rate of net disposal of the class | |
| | 51:17 when setting aggregate production quotas? | |
| | 51:18   A. Yes. | |

| Page/Line | Source | ID |
|---|---|---|
| | 51:19   Q. No. 3 says:  "The total actual or<br>51:20 estimated inventories of the class and of all<br>51:21 substances manufactured from the class and<br>51:22 trends in inventory accumulation."<br>51:23 What does that mean?<br>51:24   A. Total inventory would be the amount<br>51:25 that the manufacturers have remaining after<br>52:1 they have manufactured a substance but had not<br>52:2 disposed of it.<br>52:3   Q. Okay.  And did the DEA take that<br>52:4 into account each year between 1995 and 2018<br>52:5 when setting the aggregate production quota?<br>52:6   A. Yes. | P-41928_1.1.6 |
| | 52:7   Q. No. 4 says:  "Projected demand for<br>52:8 such class as indicated by procurement quotas<br>52:9 requested pursuant to Section 1303.12."<br>52:10 What does that mean?<br>52:11   A. Projected demand would be the amount<br>52:12 of material being requested through procurement<br>52:13 quotas.<br>52:14   Q. And did the DEA consider that factor<br>52:15 each year in setting aggregate production<br>52:16 quota?<br>52:17   A. Yes. | P-41928_1.1.7 |
| | 52:18   Q. No. 5 says:  "Other factors<br>52:19 affecting medical, scientific research and<br>52:20 industrial needs in the United States and<br>52:21 lawful export requirements as the administrator<br>52:22 finds relevant."<br>52:23 What other factors did DEA consider<br>52:24 when setting the aggregate production quota? | P-41928_1.1.8 |
| 53:01 - 53:02 | **Harper-Avilla, Stacy 04-11-2019 (00:00:02)**<br>53:1 THE WITNESS:  It would depend on the<br>53:2 substance. | **SH03.19** |
| 53:04 - 53:07 | **Harper-Avilla, Stacy 04-11-2019 (00:00:14)**<br>53:4   Q. So by way of example of oxycodone,<br>53:5 what other factors contemplated by Subsection 5<br>53:6 did the DEA consider when setting aggregate<br>53:7 production quota? | **SH03.20** |
| 53:09 - 53:15 | **Harper-Avilla, Stacy 04-11-2019 (00:00:29)** | **SH03.21** |

| Page/Line | Source | ID |
|---|---|---|
| | SH03-Harper-Avilla, Stacy - Plaintiffs' Submission | |
| | 53:9 THE WITNESS: It would be the number<br>53:10 of manufacturers, their actual use and need for<br>53:11 the material, known diversion, known abuse.<br>53:12 BY MR. O'CONNOR:<br>53:13   Q. And were those factors you just<br>53:14 listed considered every year between 1995 and<br>53:15 2018? | |
| 53:17 - 53:18 | **Harper-Avilla, Stacy 04-11-2019 (00:00:02)**<br>53:17 THE WITNESS:  When there was data,<br>53:18 yes. | SH03.22 |
| 116:11 - 116:15 | **Harper-Avilla, Stacy 04-11-2019 (00:00:19)**<br>116:11   Q. But it's true that DEA understands<br>116:12 that ultimately, pharmacies may dispense to<br>116:13 patients across this country, an amount of the<br>116:14 controlled substance that is set by the<br>116:15 aggregate production quota, correct? | SH03.55<br>clear |
| 116:18 - 116:20 | **Harper-Avilla, Stacy 04-11-2019 (00:00:06)**<br>116:18 THE WITNESS:  A pharmacy may<br>116:19 dispense an amount needed for legitimate<br>116:20 patient need. | SH03.56 |
| 118:18 - 118:21 | **Harper-Avilla, Stacy 04-11-2019 (00:00:13)**<br>118:18   Q. Well, in setting the annual<br>118:19 production quota, would you agree that DEA has<br>118:20 the ability to control how much of a<br>118:21 prescription opioid is available to the public? | SH03.57 |
| 118:24 - 119:08 | **Harper-Avilla, Stacy 04-11-2019 (00:00:22)**<br>118:24 THE WITNESS:  I would not.<br>118:25 BY MR. EPPICH:<br>119:1   Q. Why not?<br>119:2   A. Because there are many other factors<br>119:3 in between the number that is set and what goes<br>119:4 out to the public.<br>119:5   Q. What are those factors?<br>119:6   A. Manufacturing losses and yield, FDA<br>119:7 recalls, FDA changes in market practices,<br>119:8 manufacturers losing contracts, among others. | SH03.58 |
| 139:15 - 139:20 | **Harper-Avilla, Stacy 04-11-2019 (00:00:18)**<br>139:15   Q. Is the responsibility for<br>139:16 manufacturers and distributors to monitor for<br>139:17 suspicious orders, stopping shipments of | SH03.59 |

| Page/Line | Source | ID |
|---|---|---|
| | SH03-Harper-Avilla, Stacy - Plaintiffs' Submission | |
| 139:25 - 140:11 | 139:18 suspicious orders and inform the DEA, does that<br>139:19 responsibility go away because there is a quota<br>139:20 system in place by the DEA?<br>**Harper-Avilla, Stacy 04-11-2019 (00:00:26)**<br>139:25 THE WITNESS:  So the quota system is<br>140:1 one portion of it, but it's incumbent upon the<br>140:2 manufacturers and distributors and all of the<br>140:3 participants within the quota system, within<br>140:4 the controlled substance system, to do their<br>140:5 part as per the regulations.<br>140:6 BY MR. ELSNER:<br>140:7   Q. Okay.  So simply because there is a<br>140:8 quota system in place, that doesn't excuse<br>140:9 manufacturers and distributors from fulfilling<br>140:10 their other obligations under the Controlled<br>140:11 Substances Act; is that right? | SH03.60 |
| 140:14 - 140:14 | **Harper-Avilla, Stacy 04-11-2019 (00:00:01)**<br>140:14 THE WITNESS:  True. | SH03.61 |
| 151:01 - 151:03 | **Harper-Avilla, Stacy 04-11-2019 (00:00:07)**<br>151:1   Q. Okay.  The quota system run by the<br>151:2 DEA is also national in scope; is that right?<br>151:3   A. Correct. | SH03.82 |
| 151:04 - 151:09 | **Harper-Avilla, Stacy 04-11-2019 (00:00:14)**<br>151:4   Q. Okay.  It didn't -- it doesn't look<br>151:5 at -- the quota system for the DEA doesn't look<br>151:6 at how many pills a distributor like<br>151:7 AmerisourceBergen or Cardinal could distribute<br>151:8 to a particular pharmacy in a particular<br>151:9 community, does it? | SH03.62 |
| 151:12 - 151:12 | **Harper-Avilla, Stacy 04-11-2019 (00:00:02)**<br>151:12 THE WITNESS:  It does not. | SH03.63 |
| 151:14 - 151:19 | **Harper-Avilla, Stacy 04-11-2019 (00:00:17)**<br>151:14   Q. Okay.  And the quota system, even if<br>151:15 you reduce the quota, it couldn't prevent a<br>151:16 distributor like McKesson from distributing<br>151:17 112,000 doses units of Hydrocodone products<br>151:18 into one pharmacy in West Virginia with a<br>151:19 population of 1500 people, could it? | SH03.64 |
| 151:23 - 151:25 | **Harper-Avilla, Stacy 04-11-2019 (00:00:06)**<br>151:23 THE WITNESS:  The quota system is | SH03.65 |

| Page/Line | Source | ID |
|---|---|---|
| | SH03-Harper-Avilla, Stacy - Plaintiffs' Submission | |
| 152:02 - 152:11 | 151:24 national so it has no control over distributor<br>151:25 contracts.<br>**Harper-Avilla, Stacy 04-11-2019 (00:00:19)**<br>152:2  Q. And the DEA, through the quota<br>152:3 system, it doesn't analyze and approve<br>152:4 individual orders from pharmacies, to<br>152:5 manufacturers or to wholesale distributors,<br>152:6 does it?<br>152:7  A. It does not.<br>152:8  Q. Okay.  And the quota system doesn't<br>152:9 authorize the number of pills that could be<br>152:10 distributed into Summit County or Cabell County<br>152:11 in West Virginia, does it? | SH03.66 |
| 152:14 - 152:20 | **Harper-Avilla, Stacy 04-11-2019 (00:00:16)**<br>152:14 THE WITNESS:  It does not.<br>152:15 BY MR. ELSNER:<br>152:16  Q. And it doesn't authorize the number<br>152:17 of pills that a distributor could send to any<br>152:18 city or county in the United States, does it?<br>152:19  A. It does not.  It is national.  It is<br>152:20 not county, not city, not state-specific. | SH03.67 |
| 177:03 - 177:07 | **Harper-Avilla, Stacy 04-11-2019 (00:00:12)**<br>177:3  Q. Ma'am, as you pointed out, the DEA<br>177:4 didn't just rely on the manufacturer's<br>177:5 information to set quota.  The DEA also looked<br>177:6 at prescription data; is that true?<br>177:7  A. Correct. | SH03.68 |
| 177:09 - 177:20 | **Harper-Avilla, Stacy 04-11-2019 (00:00:43)**<br>177:9 BY MR. ELSNER:<br>177:10  Q. And did that include data provided<br>177:11 by IMS and later equivalence of that company?<br>177:12  A. Yes.<br>177:13  Q. And would you agree with me that if<br>177:14 manufacturers and distributors of opioids had<br>177:15 misled doctors and the public about the health<br>177:16 benefits and the addictive nature of opioids<br>177:17 they were manufacturing and distributing<br>177:18 causing sales to rise, then the DEA's estimate<br>177:19 of the medical need could be above the actual<br>177:20 medical need in the United States? | SH03.69 |

| Page/Line | Source | ID |
|---|---|---|
| 177:25 - 177:25 | **Harper-Avilla, Stacy 04-11-2019 (00:00:01)**<br>177:25 THE WITNESS:  Yes. | SH03.70 |
| 186:05 - 186:09 | **Harper-Avilla, Stacy 04-11-2019 (00:00:12)**<br>186:5   Q. Okay.  Now if the supply was limited<br>186:6 -- so I am done with the document now.<br>186:7 If the supply were limited, if you<br>186:8 decreased the quota, would that stop all<br>186:9 diversion? | SH03.71 |
| 186:11 - 186:11 | **Harper-Avilla, Stacy 04-11-2019 (00:00:01)**<br>186:11 THE WITNESS:  No. | SH03.72 |
| 186:20 - 186:21 | **Harper-Avilla, Stacy 04-11-2019 (00:00:07)**<br>186:20   Q. It would simply mean that gross bulk<br>186:21 amount of a particular gross drug type would be | SH03.73 |
| 186:22 - 186:22 | **Harper-Avilla, Stacy 04-11-2019 (00:00:01)**<br>186:22 less, correct? | SH03.74 |
| 186:25 - 186:25 | **Harper-Avilla, Stacy 04-11-2019 (00:00:01)**<br>186:25 THE WITNESS:  Correct. | SH03.75 |
| 187:20 - 187:23 | **Harper-Avilla, Stacy 04-11-2019 (00:00:14)**<br>187:20   Q. And so if we reduce the size of the<br>187:21 quota simply reduces the pool of available<br>187:22 drugs, both to the licit and illicit users of<br>187:23 that drug, correct? | SH03.76 |
| 188:03 - 188:07 | **Harper-Avilla, Stacy 04-11-2019 (00:00:07)**<br>188:3 THE WITNESS:  It reduces the amount<br>188:4 of material available, period.<br>188:5 BY MR. ELSNER:<br>188:6   Q. Across the board?<br>188:7   A. Across the board. | SH03.77 |
| 218:02 - 218:09 | **Harper-Avilla, Stacy 04-11-2019 (00:00:15)**<br>218:2   Q. Earlier in the deposition, you were<br>218:3 asked a question that -- during the years that<br>218:4 you approved the quota numbers, did you feel<br>218:5 that they reflected the medical need of the<br>218:6 United States?<br>218:7 Do you remember that line of<br>218:8 questioning?<br>218:9   A. Yes. | SH03.78 |
| 218:14 - 218:17 | **Harper-Avilla, Stacy 04-11-2019 (00:00:14)**<br>218:14   Q. And you answered that you believed<br>218:15 that when you were approving quota allocations, | SH03.79 |

SH03-Harper-Avilla, Stacy - Plaintiffs' Submission

| Page/Line | Source | ID |
|---|---|---|
| | SH03-Harper-Avilla, Stacy - Plaintiffs' Submission | |
| 218:21 - 218:24 | 218:16 they were based on legitimate medical need.<br>218:17 Do you remember that testimony?<br>**Harper-Avilla, Stacy 04-11-2019 (00:00:09)**<br>218:21 THE WITNESS: So when I approved<br>218:22 quota, it was for a legitimate medical need or<br>218:23 scientific or research purposes or export or<br>218:24 inventory. | SH03.80 |

Plaintiffs Affirmative Designations = 00:15:26
Plaintiff Counter Counters = 00:00:13
Defense Completeness Counters = 00:01:14
**Total Time = 00:16:52**

**Documents Shown**
P-41927_1
P-41928_1