| | | | Objections | Responses |
|---|---|---|---|---|
| City of Huntington v. AmerisouceBergen Drug Corp. et al, 17cv01362 | | |
| Witness Name: Stacy Harper-Avilla (DEA) | | |
| Deposition Date: 2019-04-11 | | |
| White = Defendants' Counter Designations (w/ Plaintiffs' Objections and Defendants' Responses, if any):  00:28:09 | | |
| Blue =  Plaintiffs' Completeness  Designations (w/ Defendants' Objections and Plaintiffs' Responses, if any):  00:14:19 | | |
| Total Time: 00:42:28 | | |

| Designations | | | Objections | Responses |
|---|---|---|---|---|
| 28:13 - 28:22 | HARPER-AVILLA, STACY 2019-04-11 | 1:49 | | |
| 28:13 | Q. Okay.  All right.  So I want to turn | | | |
| 28:14 | back to your responsibilities as unit chief of | | | |
| 28:15 | the UN reporting and quota section. | | | |
| 28:16 | In that role, what responsibility | | | |
| 28:17 | did you have with respect to establishing | | | |
| 28:18 | quotas for Schedule I and II controlled | | | |
| 28:19 | substances? | | | |
| 28:20 | A. To review the incoming applications, | | | |
| 28:21 | to review documentation, review and assess | | | |
| 28:22 | whether it was scientifically accurate. | | | |
| 29:20 - 30:17 | HARPER-AVILLA, STACY 2019-04-11 | 1:14 | | |
| 29:20 | Q. In your role as unit chief and now | | | |
| 29:21 | section chief, did you come to have an | | | |
| 29:22 | understanding of the DEA's practices and | | | |
| 29:23 | procedures related to the establishment of | | | |
| 29:24 | quotas? | | | |
| 29:25 | A. Yes. | | | |
| 30:01 | Q. And did that include -- did your | | | |
| 30:02 | understanding include the procedures and | | | |
| 30:03 | practices specifically related to aggregate | | | |
| 30:04 | production quota? | | | |
| 30:05 | A. Yes. | | | |
| 30:06 | Q. And does it also include practices | | | |
| 30:07 | and procedures related to the procurement quota | | | |
| 30:08 | process? | | | |
| 30:09 | A. Yes. | | | |
| 30:10 | Q. Does it also include individual | | | |
| 30:11 | manufacturing quotas? | | | |
| 30:12 | A. Yes. | | | |
| 30:13 | Q. In those positions, did you also | | | |
| 30:14 | gain an understanding of the basis or the | | | |
| 30:15 | reasons why those quotas were set where they | | | |
| 30:16 | were? | | | |
| 30:17 | A. Yes. | | | |
| 31:03 - 31:07 | HARPER-AVILLA, STACY 2019-04-11 | 0:14 | | |
| 31:03 | Q. Okay.  And in any given year during | | | |
| 31:04 | your time at DEA, you understood the reasons | | | |
| 31:05 | the quota was set at the level that it was set | | | |
| 31:06 | at; is that fair? | | | |
| 31:07 | A. Yes. | | | |
| 32:24 - 33:02 | | | | |
| 32:24 | Q. Are manufacturers permitted to | | | |
| 32:25 | manufacture any more of a controlled substance | | | |
| 33:01 | than DEA permits through its quota process? | | | |
| 33:02 | A. No. | | | |
| 34:22 - 35:05 | | | | |
| 34:22 | Q. Are you familiar with the term | | | |
| 34:23 | "aggregate production quota?" | | | |
| 34:24 | A. Yes. | | | |
| 34:25 | Q. What does that term mean? | | | |
| 35:01 | A. In summary, it is the maximum amount | | | |
| 35:02 | that the United States actually needs for its | | | |
| 35:03 | domestic needs, for legitimate, medical, | | | |
| 35:04 | scientific, research needs, exportation needs | | | |
| 35:05 | and inventory allowances. | | | |

| | Designations | Objections | Responses |
|---|---|---|---|
| 35:13 - 35:24 | | | |
| 35:13 | Q. Is DEA responsible for determining | | |
| 35:14 | the aggregate production quota? | | |
| 35:15 | A. DEA is the agency that publishes it, | | |
| 35:16 | but we work in concert with other agencies. | | |
| 35:17 | Q. Okay.  What other agencies do you | | |
| 35:18 | work with? | | |
| 35:19 | A. FDA. | | |
| 35:20 | Q. Any other agencies? | | |
| 35:21 | A. When necessary, yes. | | |
| 35:22 | Q. What would those other agencies be? | | |
| 35:23 | A. Those within the bounds of DOJ and | | |
| 35:24 | HHS. | | |
| 36:10 - 36:14 | | | |
| 36:10 | Q. You mentioned that at times, you | | |
| 36:11 | consulted with FDA in connection with quota, | | |
| 36:12 | correct? | | |
| 36:13 | A. Yes. | | |
| 36:14 | Q. When did that happen? | | |
| 36:17 - 37:05 | | | |
| 36:17 | THE WITNESS:  By statute, by FDA | | |
| 36:18 | statute, they are required to consult with us. | | |
| 36:19 | We are required to have a dialogue however it | | |
| 36:20 | takes place. | | |
| 36:21 | BY MR. O'CONNOR: | | |
| 36:22 | Q. And did DEA comply with its | | |
| 36:23 | obligation to have discussions with FDA? | | |
| 36:24 | A. Yes. | | |
| 36:25 | Q. Did DEA consult with FDA in | | |
| 37:01 | connection with the aggregate production quota | | |
| 37:02 | every year? | | |
| 37:03 | A. I can't guarantee every year, but | | |
| 37:04 | yes, as far as I know, I have seen | | |
| 37:05 | documentation for almost every year. | | |
| 41:01 - 41:05 | | | |
| 41:01 | Q. What is SAMSHA? | | |
| 41:02 | A. I don't remember the full name. | | |
| 41:03 | Q. Fair enough.  Do you know generally | | |
| 41:04 | speaking what SAMSHA does? | | |
| 41:05 | A. Substance abuse and mental health. | | |
| 41:13 - 41:17 | | | |
| 41:13 | Q. Did DEA communicate with SAMSHA more | | |
| 41:14 | than once? | | |
| 41:15 | A. Yes. | | |
| 41:16 | Q. Did DEA communicate with SAMSHA on a | | |
| 41:17 | yearly basis regarding quota? | | |
| 41:18 - 42:05 | | | |
| 41:18 | A. Probably, not directly. | | |
| 41:19 | Q. If not directly, how would DEA | | |
| 41:20 | communicate with SAMSHA? | | |
| 41:21 | A. SAMSHA's concerns were usually | | |
| 41:22 | placed in FDA's letter to DEA. | | |
| 41:23 | Q. Okay.  Would DEA consider the FDA's | | |
| 41:24 | input when determining the aggregate production | | |
| 41:25 | quota? | | |
| 42:01 | A. Yes. | | |
| 42:02 | Q. And would DEA consider SAMSHA's | | |
| 42:03 | input when determining the aggregate production | | |
| 42:04 | quota? | | |
| 42:05 | A. Yes, when it was there. | | |
| 42:06 - 42:21 | | | |
| 42:06 | Q. Okay.  What else would DEA consider | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 42:07 | when determining the aggregate production | | |
| 42:08 | quota? | | |
| 42:09 | A. DEA would also consider the | | |
| 42:10 | manufacturer's quota application, changes in | | |
| 42:11 | marketplace, manufacturer's changes to their | | |
| 42:12 | processes, export requirements, inventory | | |
| 42:13 | allowances that needed to be done, new | | |
| 42:14 | indication, removal of indications, changes in | | |
| 42:15 | FDA approval.  Or changes in -- yeah, changes | | |
| 42:16 | in FDA approval. | | |
| 42:17 | Q. Okay.  Between 1995 and 2018, did | | |
| 42:18 | the DEA consider all those factors when setting | | |
| 42:19 | quota? | | |
| 42:20 | A. Yes, that's part of the whole | | |
| 42:21 | statement. | | |
| 43:06 - 43:24 | | | |
| 43:06 | Q. DEA sets aggregate production quotas | | |
| 43:07 | for each individual class of controlled | | |
| 43:08 | substances; is that fair? | | |
| 43:09 | A. DEA sets quota for each class of | | |
| 43:10 | Schedule I or Schedule II controlled substance. | | |
| 43:11 | Q. Fair enough.  And what do you mean | | |
| 43:12 | when you say, "class of controlled substance?" | | |
| 43:13 | A. A class is the basic substance. | | |
| 43:14 | Q. Would that include things like | | |
| 43:15 | oxycodone? | | |
| 43:16 | A. Yes. | | |
| 43:17 | Q. Hydrocodone? | | |
| 43:18 | A. Yes. | | |
| 43:19 | Q. Hydromorphone? | | |
| 43:20 | A. Yes. | | |
| 43:21 | Q. Morphine? | | |
| 43:22 | A. Yes. | | |
| 43:23 | Q. Oxymorphone? | | |
| 43:24 | A. Yes. | | |
| 43:25 - 44:04 | | | |
| 43:25 | Q. And when DEA is setting the | | |
| 44:01 | aggregate production quota for each of those | | |
| 44:02 | individual classes, does it consider all those | | |
| 44:03 | factors that you mentioned a moment ago? | | |
| 44:04 | A. Yes. | | |
| 48:19 - 48:21 | | | |
| 48:19 | Q. Sure.  And a manufacturer would not | | |
| 48:20 | be allowed to procure more of that molecule | | |
| 48:21 | than the DEA permitted, correct? | | |
| 48:22 - 49:01 | | | |
| 48:22 | A. I think there is a difference | | |
| 48:23 | between would or ability to and should they, | | |
| 48:24 | when the processes work, no they cannot do | | |
| 48:25 | that.  If the process does not work, then they | | |
| 49:01 | may. | | |
| 54:12 - 54:15 | | | |
| 54:12 | Q. Were there any years between 1995 | | |
| 54:13 | and 2018 when DEA did not consider the actual | | |
| 54:14 | use and need for the material? | | |
| 54:15 | A. It is still -- | | |
| 54:19 - 54:23 | | | |
| 54:19 | THE WITNESS:  It is still a factor. | | |
| 54:20 | BY MR. O'CONNOR: | | |
| 54:21 | Q. Were there any years in which DEA | | |
| 54:22 | did not consider known diversion when | | |
| 54:23 | determining the aggregate production quota? | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 55:01 - 55:06 | | | |
| 55:01 | THE WITNESS:  It's still a factor. | | |
| 55:02 | BY MR. O'CONNOR: | | |
| 55:03 | Q. And were there any years between | | |
| 55:04 | 1995 and 2018 in which DEA did not consider | | |
| 55:05 | known abuse when setting aggregate production | | |
| 55:06 | quota? | | |
| 55:09 - 55:17 | | | |
| 55:09 | THE WITNESS:  True abuse lay with | | |
| 55:10 | the FDA so it's a factor once again. | | |
| 55:11 | BY MR. O'CONNOR: | | |
| 55:12 | Q. Between 1998 and 2018, did the DEA | | |
| 55:13 | consider changes in the currently accepted | | |
| 55:14 | medical use and treatment with the class when | | |
| 55:15 | considering or setting the aggregate production | | |
| 55:16 | quota? | | |
| 55:17 | A. As set forth by FDA, yes. | | |
| 55:18 - 55:20 | | | |
| 55:18 | Q. Between 1995 and 2018, did DEA | | |
| 55:19 | consider the economic and physical availability | | |
| 55:20 | of raw materials for use in manufacturing -- | | |
| 55:23 - 56:05 | | | |
| 55:23 | Q. -- when setting the aggregate | | |
| 55:24 | production quota? | | |
| 55:25 | A. When provided with that information, | | |
| 56:01 | yes. | | |
| 56:02 | Q. And in each year from 1995 to 2018, | | |
| 56:03 | did DEA consider the potential disruptions to | | |
| 56:04 | production when setting the aggregate | | |
| 56:05 | production quota? | | |
| 56:07 - 56:09 | | | |
| 56:07 | THE WITNESS:  It's -- it can be | | |
| 56:08 | considered when it's known.  Potential is not | | |
| 56:09 | known. | | |
| 57:14 - 57:17 | | | |
| 57:14 | MR. O'CONNOR:  Thank you.  I'm going | | |
| 57:15 | to mark Exhibit 3. | | |
| 57:16 | (Deposition Exhibit 3 was marked for | | |
| 57:17 | identification.) | | |
| 57:18 - 57:24 | | | |
| 57:18 | BY MR. O'CONNOR: | | |
| 57:19 | Q. Ms. Harper-Avilla, are you familiar | | |
| 57:20 | with this document? | | |
| 57:21 | A. I'm aware of this document. | | |
| 57:22 | Q. Have you seen it before? | | |
| 57:23 | A. I have. | | |
| 57:24 | Q. Would you mind turning to Page 10. | | |
| 57:25 - 58:10 | | | |
| 57:25 | On Page 10, the report reads in | | |
| 58:01 | part:  "In establishing APQs for each basic | | |
| 58:02 | class of Schedule I and Schedule II controlled | | |
| 58:03 | substances, DEA considers information from many | | |
| 58:04 | sources, including," and then it lists several | | |
| 58:05 | sources of information. | | |
| 58:06 | First of all, would you agree with | | |
| 58:07 | the statement that in setting aggregate | | |
| 58:08 | production quotas, DEA considers information | | |
| 58:09 | from many sources? | | |
| 58:10 | A. Yes. | | |
| 61:16 - 62:01 | | | |
| 61:16 | Q. But in every year between 2008 and | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 61:17 | 2018, DEA used data either from IMS or IQVIA | | |
| 61:18 | when setting the annual production quota, | | |
| 61:19 | correct? | | |
| 61:20 | A. It was a factor and consideration, | | |
| 61:21 | yes. | | |
| 61:22 | Q. And prior to 2008, did DEA consider | | |
| 61:23 | IMS Health data when setting the aggregate | | |
| 61:24 | production quota? | | |
| 61:25 | A. If the contract existed, yes, it | | |
| 62:01 | did. | | |
| 62:07 - 62:10 | | | |
| 62:07 | Q. During the years in which DEA used | | |
| 62:08 | IMS Health data or IQVIA data, did it use that | | |
| 62:09 | data when setting the aggregate production | | |
| 62:10 | quota for oxycodone? | | |
| 62:12 - 62:19 | | | |
| 62:12 | THE WITNESS:  The estimate was a | | |
| 62:13 | factor, a single factor in a multi-factor | | |
| 62:14 | system. | | |
| 62:15 | BY MR. O'CONNOR: | | |
| 62:16 | Q. And during the years in which DEA | | |
| 62:17 | used IMS Health data or IQVIA data, did it use | | |
| 62:18 | that data when setting the aggregate production | | |
| 62:19 | quota for Hydrocodone? | | |
| 62:21 - 62:21 | | | |
| 62:21 | THE WITNESS:  It was a factor in it. | | |
| 63:21 - 63:25 | | | |
| 63:21 | Q. But for all those classes of | | |
| 63:22 | controlled substances that are FDA approved, | | |
| 63:23 | DEA considered IMS Health or IQVIA data when | | |
| 63:24 | setting the aggregate production quota, | | |
| 63:25 | correct? | | |
| 64:02 - 64:07 | | | |
| 64:02 | THE WITNESS:  Only for domestic | | |
| 64:03 | prescription data, yes. | | |
| 64:04 | BY MR. O'CONNOR: | | |
| 64:05 | Q. And they considered that in every | | |
| 64:06 | year from at least 2008 to the present, | | |
| 64:07 | correct? | | |
| 64:09 - 64:11 | | | |
| 64:09 | THE WITNESS:  Prescription data | | |
| 64:10 | would be considered as a one point, one single | | |
| 64:11 | factor in a multi-factored system, yes. | | |
| 70:01 - 70:24 | | | |
| 70:01 | Q. Okay.  The next bullet says: | | |
| 70:02 | "Estimates of the projected medical, scientific | | |
| 70:03 | and reserve stock needs provided by FDA's | | |
| 70:04 | controlled substances staff." | | |
| 70:05 | Were such estimates considered when | | |
| 70:06 | determining the aggregate production quota? | | |
| 70:07 | A. For every year that a letter | | |
| 70:08 | existed, yes. | | |
| 70:09 | Q. And between the years 1995 and 2018, | | |
| 70:10 | are you aware of any years in which FDA did not | | |
| 70:11 | provide a letter? | | |
| 70:12 | A. I am not aware. | | |
| 70:13 | Q. And did DEA consider the estimates | | |
| 70:14 | provided by FDA when determining the aggregate | | |
| 70:15 | production quota of each and every opioid | | |
| 70:16 | product for which it granted quota? | | |
| 70:17 | A. Yes. | | |
| 70:18 | Q. How would DEA receive estimates of | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 70:19 | the projected medical, scientific and reserve | | |
| 70:20 | stock needs from the FDA? | | |
| 70:21 | A. In a letter. | | |
| 70:22 | Q. The same letter, same type of letter | | |
| 70:23 | you mentioned earlier today? | | |
| 70:24 | A. It's the exact letter. | | |
| 72:07 - 72:11 | | | |
| 72:07 | Q. So in addition to the estimates | | |
| 72:08 | provided by FDA, the DEA also considered the | | |
| 72:09 | amounts needed to account for yield or loss in | | |
| 72:10 | production? | | |
| 72:11 | A. Yes. | | |
| 72:13 - 73:01 | | | |
| 72:13 | Okay. And is it fair to say that | | |
| 72:14 | under the regulations regarding quota, DEA was | | |
| 72:15 | responsible for setting quota at a level that | | |
| 72:16 | was consistent with the medical, scientific and | | |
| 72:17 | industrial needs of the United States? | | |
| 72:18 | A. Yes. And the reserve stock. | | |
| 72:19 | Q. The last bullet says: "Data on the | | |
| 72:20 | diversion of controlled substances, such as | | |
| 72:21 | information from case seizures and national | | |
| 72:22 | databases of drug evidence." | | |
| 72:23 | Did the DEA consider that data when | | |
| 72:24 | establishing aggregate production quota in each | | |
| 72:25 | and every year between 1995 and 19 -- or in | | |
| 73:01 | 2018? | | |
| 73:03 - 73:04 | | | |
| 73:03 | THE WITNESS: When the data was | | |
| 73:04 | available, yes. | | |
| 73:23 - 74:11 | | | |
| 73:23 | When setting the aggregate | | |
| 73:24 | production quotas, what data on diversion did | | |
| 73:25 | the agency use? | | |
| 74:01 | A. Internal data. | | |
| 74:02 | Q. What sorts of internal data? | | |
| 74:03 | A. Known quantifiable seizure data, | | |
| 74:04 | known quantifiable information received from | | |
| 74:05 | state and local law enforcement agencies or | | |
| 74:06 | labs. | | |
| 74:07 | Q. And to the extent DEA had data on | | |
| 74:08 | diversion that was quantifiable, did it | | |
| 74:09 | consider that data in connection with setting | | |
| 74:10 | the aggregate production quotas for opioids? | | |
| 74:11 | A. Yes. | | |
| 74:07 - 74:18 | | | |
| 74:07 | Q. And to the extent DEA had data on | | |
| 74:08 | diversion that was quantifiable, did it | | |
| 74:09 | consider that data in connection with setting | | |
| 74:10 | the aggregate production quotas for opioids? | | |
| 74:11 | A. Yes. | | |
| 74:12 | Q. Did it consider that data in setting | | |
| 74:13 | the aggregate production quota for opioids in | | |
| 74:14 | each and every year between 1995 and 2018? | | |
| 74:15 | A. Where it existed, yes. | | |
| 74:16 | Q. Were there any years during that | | |
| 74:17 | time period where, to your knowledge, the data | | |
| 74:18 | did not exist? | | |
| 74:21 - 75:10 | | | |
| 74:21 | THE WITNESS: There are years where | | |
| 74:22 | the data was not broken out by controlled | | |
| 74:23 | substance, so we could not quantify it per | | |
| 74:24 | controlled substance, and that led to other | | |

| | Designations | Objections | Responses |
|---|---|---|---|
| 74:25 | issues. | | |
| 75:01 | BY MR. O'CONNOR: | | |
| 75:02 | Q. Where the data could not be broken | | |
| 75:03 | out by controlled substance, did the DEA still | | |
| 75:04 | consider that information when setting | | |
| 75:05 | aggregate production quota? | | |
| 75:06 | A. It could not be attributed to a | | |
| 75:07 | specific controlled substance, so no. | | |
| 75:08 | Q. In what years did the data not allow | | |
| 75:09 | the diversion data to be attributed to a | | |
| 75:10 | particular substance? | | |
| 75:12 - 75:19 | | | |
| 75:12 | THE WITNESS: It varied in the years | | |
| 75:13 | based on how the data was submitted to DEA. | | |
| 75:14 | Once again, it's not our internal data. | | |
| 75:15 | BY MR. O'CONNOR: | | |
| 75:16 | Q. And who were you receiving the data | | |
| 75:17 | from? | | |
| 75:18 | A. It would have been state and local | | |
| 75:19 | labs. | | |
| 75:20 - 76:05 | | | |
| 75:20 | Q. Are you aware of any year between | | |
| 75:21 | '95 -- 1995 and 2018 in which diversion data | | |
| 75:22 | regarding oxycodone was not considered when | | |
| 75:23 | setting the oxycodone aggregate production | | |
| 75:24 | quota? | | |
| 75:25 | A. I am not aware when it was not | | |
| 76:01 | considered. | | |
| 76:02 | Q. Are you aware of any year between | | |
| 76:03 | 1995 and 2018 in which diversion data regarding | | |
| 76:04 | Hydrocodone was not considered when setting the | | |
| 76:05 | Hydrocodone aggregate production quota? | | |
| 76:07 - 76:13 | | | |
| 76:07 | THE WITNESS: I'm not aware of when | | |
| 76:08 | it was not considered. | | |
| 76:09 | BY MR. O'CONNOR: | | |
| 76:10 | Q. Are you aware of any year between | | |
| 76:11 | 1995 and 2018 in which diversion data regarding | | |
| 76:12 | any other opioid product was not considered | | |
| 76:13 | when setting aggregate production quotas? | | |
| 76:14 - 76:15 | | | |
| 76:14 | A. I am not aware, if it's spelled out | | |
| 76:15 | a controlled substance, then we considered it. | | |
| 76:16 - 76:20 | | | |
| 76:16 | Q. So to be clear, was there any year | | |
| 76:17 | between 1995 and 2018 in which DEA did not | | |
| 76:18 | consider diversion data involving any other | | |
| 76:19 | opioid product when setting aggregate | | |
| 76:20 | production quotas? | | |
| 76:22 - 76:24 | | | |
| 76:22 | THE WITNESS: DEA considered | | |
| 76:23 | diversion data when it was a specific | | |
| 76:24 | controlled substance, not a vague term opioid. | | |
| 77:01 - 77:05 | | | |
| 77:01 | Q. Okay. But when DEA had data on | | |
| 77:02 | those specific opioids, it considered that | | |
| 77:03 | diversion data when setting the aggregate | | |
| 77:04 | production quota, correct? | | |
| 77:05 | A. Yes, if we have the data. | | |
| 77:06 - 77:10 | | | |
| 77:06 | Q. And during what years did DEA not | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 77:07 | have the data? | | |
| 77:08 | A. I don't recall. | | |
| 77:09 | Q. Do you recall any year in which DEA | | |
| 77:10 | did not have that data? | | |
| 77:12 - 78:01 | | | |
| 77:12 | THE WITNESS: There were -- there | | |
| 77:13 | was a time frame where the data was not | | |
| 77:14 | specific to the controlled substance. It was | | |
| 77:15 | just termed opioid or termed narcotic, and in | | |
| 77:16 | which case, we could not consider it for the | | |
| 77:17 | individual scope. | | |
| 77:18 | BY MR. O'CONNOR: | | |
| 77:19 | Q. During what years or what time frame | | |
| 77:20 | did you receive the data that was just termed | | |
| 77:21 | opioid or narcotic and not broken out by | | |
| 77:22 | individual molecule? | | |
| 77:23 | A. There are various times. I don't | | |
| 77:24 | recall specific ones. | | |
| 77:25 | Q. So you recall no specific times in | | |
| 78:01 | which the data wasn't broken out? | | |
| 78:06 - 78:12 | | | |
| 78:06 | A. The data was whatever it was at the | | |
| 78:07 | time. If it was broken out by controlled | | |
| 78:08 | substance, we had it. If it was just termed | | |
| 78:09 | narcotic, we could not use it for the specific | | |
| 78:10 | controlled substance, and that could occur at | | |
| 78:11 | any point in time because we did not input the | | |
| 78:12 | data, that came from state and local labs. | | |
| 80:04 - 81:20 | | | |
| 80:04 | Q. Before the aggregate production | | |
| 80:05 | quota numbers are published in the Federal | | |
| 80:06 | Register, does someone at the agency have to | | |
| 80:07 | approve those numbers? | | |
| 80:08 | A. The final approval of those numbers | | |
| 80:09 | is by the person who signs the Federal | | |
| 80:10 | Register. | | |
| 80:11 | Q. And who is that in the case of | | |
| 80:12 | aggregate production quotas? | | |
| 80:13 | A. It would be the administrator or | | |
| 80:14 | active administrator or the deputy | | |
| 80:15 | administrator depending on who is in charge at | | |
| 80:16 | that time. | | |
| 80:17 | Q. Okay. Before the aggregate | | |
| 80:18 | production quota numbers go to any of the | | |
| 80:19 | individuals you just mentioned, are there | | |
| 80:20 | others at DEA that have to sign off first? | | |
| 80:21 | A. Yes. | | |
| 80:22 | Q. Okay. Who are those people that | | |
| 80:23 | need to sign off first? | | |
| 80:24 | A. I don't know the exact list of | | |
| 80:25 | people who sign off, but it would be the head | | |
| 81:01 | of diversion, as well as whoever is in the | | |
| 81:02 | chain between that person and the | | |
| 81:03 | administrator. | | |
| 81:04 | Q. Okay. When you were -- | | |
| 81:05 | MR. CHANDLER: I'm sorry, I will | | |
| 81:06 | jump in here. Stacy prepared a list of people | | |
| 81:07 | in the approval chain going back to at least | | |
| 81:08 | 2011, so I think that would be a good time to | | |
| 81:09 | work from this, so if you want to testify from | | |
| 81:10 | that, and we have a copy for you all. | | |
| 81:11 | MR. O'CONNOR: Thank you. | | |
| 81:12 | Appreciate that. | | |
| 81:13 | BY MR. O'CONNOR: | | |
| 81:14 | Q. And Ms. Harper-Avilla, have you | | |
| 81:15 | reviewed this document before? | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 81:16 | A. Yes. | | |
| 81:17 | Q. And is all the information contained | | |
| 81:18 | in it accurate? | | |
| 81:19 | A. Yes. | | |
| 81:20 | Q. Okay. | | |
| **81:21 - 82:16** | | | |
| 81:21 | MR. O'CONNOR: I'm going to mark | | |
| 81:22 | this Exhibit 4. | | |
| 81:23 | (Deposition Exhibit 4 was marked for | | |
| 81:24 | identification.) | | |
| 81:25 | BY MR. O'CONNOR: | | |
| 82:01 | Q. Just so I understand, this document | | |
| 82:02 | lists the individuals at DEA who were required | | |
| 82:03 | to review and approve aggregate production | | |
| 82:04 | quota before it was published in the Federal | | |
| 82:05 | Register; is that correct? | | |
| 82:06 | A. Yes. | | |
| 82:07 | Q. And while you were unit chief and | | |
| 82:08 | then section chief, did you also have to | | |
| 82:09 | approve the quota numbers before they were | | |
| 82:10 | published in the Federal Register? | | |
| 82:11 | A. Yes. | | |
| 82:12 | Q. During any year in which you | | |
| 82:13 | approved those numbers, did you feel that they | | |
| 82:14 | did not reflect the legitimate medical, | | |
| 82:15 | scientific and industrial needs of the United | | |
| 82:16 | States? | | |
| **82:18 - 83:16** | HARPER-AVILLA, STACY 2019-04-11    1:29 | | |
| 82:18 | THE WITNESS: No. | | |
| 82:19 | BY MR. O'CONNOR: | | |
| 82:20 | Q. After the proposed aggregate | | |
| 82:21 | production quotas are published in the Federal | | |
| 82:22 | Register, do members of the public have an | | |
| 82:23 | opportunity to comment on them? | | |
| 82:24 | A. Yes. | | |
| 82:25 | Q. So if someone felt that the | | |
| 83:01 | aggregate production quotas were too high, for | | |
| 83:02 | example, would they have an opportunity to | | |
| 83:03 | submit comments to the DEA reflecting that | | |
| 83:04 | view? | | |
| 83:05 | A. Yes. | | |
| 83:06 | Q. If the DEA received any comments | | |
| 83:07 | regarding the aggregate production quota, would | | |
| 83:08 | it take them into account when deciding the | | |
| 83:09 | final aggregate production quota numbers? | | |
| 83:10 | A. Can I have the question again. | | |
| 83:11 | Q. Sure. If the DEA received any | | |
| 83:12 | comments regarding the aggregate production | | |
| 83:13 | quota, would it take them into account when | | |
| 83:14 | deciding the final aggregate production quota | | |
| 83:15 | numbers? | | |
| 83:16 | A. Yes. | | |
| **83:17 - 84:09** | | | |
| 83:17 | Q. Is there a process in place at DEA | | |
| 83:18 | for determining individual manufacturing | | |
| 83:19 | quotas? | | |
| 83:20 | A. Yes. | | |
| 83:21 | Q. What is that process? | | |
| 83:22 | A. I don't have it detailed. It's in | | |
| 83:23 | the C.F.R., but basically, a bulk manufacturer | | |
| 83:24 | would be required to provide information | | |
| 83:25 | regarding why they needed that quota. | | |
| 84:01 | Q. And who considers that request | | |
| 84:02 | within the agency? | | |
| 84:03 | A. The UN reporting section does. | | |
| 84:04 | Q. What factors does DEA take into | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 84:05 | account when deciding whether to grant or how | | |
| 84:06 | much to grant with respect to individual | | |
| 84:07 | manufacturing quota? | | |
| 84:08 | A. The factors are laid out in the | | |
| 84:09 | regulation and we consider those factors. | | |
| 88:19 - 88:22 | | | |
| 88:19 | Q. Sure.  If the DEA believed that a | | |
| 88:20 | manufacturer did not have effective controls | | |
| 88:21 | against diversion in place, would it grant that | | |
| 88:22 | manufacturer an individual manufacturing quota? | | |
| 88:25 - 89:08 | | | |
| 88:25 | THE WITNESS:  The DEA has to act on | | |
| 89:01 | more than belief.  As a government entity, it | | |
| 89:02 | is fact-based, fact-driven. | | |
| 89:03 | BY MR. O'CONNOR: | | |
| 89:04 | Q. If the DEA was aware of any facts | | |
| 89:05 | that a manufacturer was not maintaining | | |
| 89:06 | effective controls against diversion, would it | | |
| 89:07 | grant that manufacturer an individual | | |
| 89:08 | manufacturing quota? | | |
| 89:11 - 89:19 | | | |
| 89:11 | THE WITNESS:  Each manufacturer is | | |
| 89:12 | allowed due process until the fact is proven | | |
| 89:13 | with certainty. | | |
| 89:14 | BY MR. O'CONNOR: | | |
| 89:15 | Q. So it's your testimony here today, | | |
| 89:16 | that if you were aware that a manufacturer was | | |
| 89:17 | not maintaining effective controls against | | |
| 89:18 | diversion, you would still grant that | | |
| 89:19 | manufacturer an individual manufacturing quota? | | |
| 89:23 - 90:07 | | | |
| 89:23 | THE WITNESS:  If the DEA had | | |
| 89:24 | knowledge, it would investigate it, and that's | | |
| 89:25 | what would occur in between whether a quota was | | |
| 90:01 | granted or not. | | |
| 90:02 | BY MR. O'CONNOR: | | |
| 90:03 | Q. And if that investigation determined | | |
| 90:04 | that the manufacturer was not maintaining | | |
| 90:05 | effective controls against diversion, the DEA | | |
| 90:06 | would not grant it a manufacturing quota, | | |
| 90:07 | correct? | | |
| 90:10 - 90:12 | | | |
| 90:10 | THE WITNESS:  If the DEA had | | |
| 90:11 | evidence and the due process was completed, the | | |
| 90:12 | manufacturer would not be granted quota. | | |
| 96:06 - 96:15 | | | |
| 96:06 | MR. O'CONNOR:  I'm going to mark two | | |
| 96:07 | documents here as Exhibits 7 and 8. | | |
| 96:08 | (Deposition Exhibit 7 was marked for | | |
| 96:09 | identification.) | | |
| 96:10 | (Deposition Exhibit 8 was marked for | | |
| 96:11 | identification.) | | |
| 96:12 | BY MR. O'CONNOR: | | |
| 96:13 | Q. These are documents that appeared on | | |
| 96:14 | DEA's website. | | |
| 96:15 | A. Okay. | | |
| 96:24 - 97:09 | | | |
| 96:24 | Q. Starting with No. 7, which reflects | | |
| 96:25 | the aggregate production quota history for | | |
| 97:01 | selective substances between 2000 and 2010. | | |
| 97:02 | Do you see that? | | |
| 97:03 | A. Yes. | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 97:04 | Q. Do you recognize this chart? | | |
| 97:05 | A. I recognize the format of the chart, | | |
| 97:06 | yes. | | |
| 97:07 | Q. Do you agree that it reflects the | | |
| 97:08 | aggregate production quota history for the | | |
| 97:09 | substances listed here on the left? | | |
| 97:11 - 98:20 | | | |
| 97:11 | THE WITNESS:  With the exception of | | |
| 97:12 | 2010, it reflects the aggregate production | | |
| 97:13 | quota as finalized from 2000 to 2009. | | |
| 97:14 | BY MR. O'CONNOR: | | |
| 97:15 | Q. Okay.  And with respect to 2010, | | |
| 97:16 | what does it reflect? | | |
| 97:17 | A. It would reflect the established. | | |
| 97:18 | Q. And is it fair to state the | | |
| 97:19 | established quota might change over the course | | |
| 97:20 | of the year? | | |
| 97:21 | A. Correct. | | |
| 97:22 | Q. Let's look at No. 8, Exhibit 8. | | |
| 97:23 | A. Yes. | | |
| 97:24 | Q. And do you agree that this reflects | | |
| 97:25 | the aggregate production quota history for the | | |
| 98:01 | substances listed on the left between the years | | |
| 98:02 | 2009 through at least 2018? | | |
| 98:03 | A. The final aggregate production | | |
| 98:04 | quota, yes. | | |
| 98:05 | Q. And I want to direct your attention | | |
| 98:06 | on Exhibit 7 to the lines that say:  "Oxycodone | | |
| 98:07 | (sale) and oxycodone (CONV)." | | |
| 98:08 | What does oxycodone (sale) mean? | | |
| 98:09 | A. That that is the aggregate | | |
| 98:10 | production quota set for oxycodone that will go | | |
| 98:11 | to dosage form manufacturers. | | |
| 98:12 | Q. Okay.  And what does oxycodone | | |
| 98:13 | (CONV) mean? | | |
| 98:14 | A. So CONV stands for conversion and | | |
| 98:15 | that is the amount of oxycodone that will be | | |
| 98:16 | converted to a different substance. | | |
| 98:17 | Q. And you agree that the numbers | | |
| 98:18 | listed to the right of oxycodone (sale) reflect | | |
| 98:19 | the final aggregate production quota for the | | |
| 98:20 | years listed in the column headings? | | |
| 98:23 - 98:24 | | | |
| 98:23 | THE WITNESS:  For 2000 through 2009, | | |
| 98:24 | yes. | | |
| 99:01 - 99:11 | | | |
| 99:01 | Q. Okay.  So just to make sure I am | | |
| 99:02 | reading this correctly, if we look in the | | |
| 99:03 | column 2008, the number is for oxycodone (sale) | | |
| 99:04 | 70,000. | | |
| 99:05 | What does that 70,000 represent? | | |
| 99:06 | A. That 70,000 represents the DEA's | | |
| 99:07 | estimated final number of the amount of | | |
| 99:08 | oxycodone for sale that may be required to | | |
| 99:09 | fulfill legitimate, scientific, medical, | | |
| 99:10 | research, industrial needs, export as well as | | |
| 99:11 | inventory requirements. | | |
| 99:12 - 99:15 | | | |
| 99:12 | Q. Okay.  And in coming to that number, | | |
| 99:13 | did DEA take into account the factors that it | | |
| 99:14 | was required to consider under the Controlled | | |
| 99:15 | Substances Act? | | |
| 99:17 - 100:03 | | | |
| 99:17 | THE WITNESS: Yes. | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 99:18 | BY MR. O'CONNOR: | | |
| 99:19 | Q. And in coming to that number, did | | |
| 99:20 | DEA consider the factors it was required to | | |
| 99:21 | under the regulation related to aggregate | | |
| 99:22 | production quota? | | |
| 99:23 | A. Yes. | | |
| 99:24 | Q. And with respect to the numbers | | |
| 99:25 | listed for the other substances here, did the | | |
| 100:01 | DEA consider all of the factors it was required | | |
| 100:02 | to consider under the Controlled Substances Act | | |
| 100:03 | in determining those numbers? | | |
| 100:05 - 100:14 | | | |
| 100:05 | THE WITNESS: So far as the factors | | |
| 100:06 | related to that substance, then yes. | | |
| 100:07 | BY MR. O'CONNOR: | | |
| 100:08 | Q. Just to address counsel's objection | | |
| 100:09 | to scope, with respect to all the numbers | | |
| 100:10 | listed in Exhibits 7 and 8 that are opioids, | | |
| 100:11 | did the DEA consider all of the factors that it | | |
| 100:12 | was required to consider by the Controlled | | |
| 100:13 | Substances Act? | | |
| 100:14 | A. Where appropriate, yes. | | |
| 104:21 - 105:25 | | | |
| 104:21 | Q. Would you agree that with respect to | | |
| 104:22 | aggregate production quota for oxycodone, that | | |
| 104:23 | DEA considered the factors it was legally | | |
| 104:24 | required to consider? | | |
| 104:25 | A. Yes. | | |
| 105:01 | Q. Okay. With respect to | | |
| 105:02 | Hydromorphone, in each of the years listed | | |
| 105:03 | here, do you agree that with respect to | | |
| 105:04 | aggregate production quota, DEA considered the | | |
| 105:05 | factors it was legally required to consider? | | |
| 105:06 | A. Yes. | | |
| 105:07 | Q. With respect to Hydromorphone -- | | |
| 105:08 | sorry, strike that. | | |
| 105:09 | With respect to Hydrocodone, in each | | |
| 105:10 | of the years listed, do you agree that with | | |
| 105:11 | respect to aggregate production quota, DEA | | |
| 105:12 | considered the factors it was legally required | | |
| 105:13 | to consider? | | |
| 105:14 | A. Yes. | | |
| 105:15 | Q. With respect to oxymorphone, in | | |
| 105:16 | setting the aggregate production quota in each | | |
| 105:17 | of the years listed, do you agree that DEA | | |
| 105:18 | considered the factors it was legally required | | |
| 105:19 | to consider? | | |
| 105:20 | A. Yes. | | |
| 105:21 | Q. With respect to fentanyl, in setting | | |
| 105:22 | the aggregate production quota for the years | | |
| 105:23 | listed here, did DEA consider the factors it | | |
| 105:24 | was legally required to consider? | | |
| 105:25 | A. Yes. | | |
| 107:08 - 107:11 | | | |
| 107:08 | Q. And the numbers that are ultimately | | |
| 107:09 | published as the aggregate production quota for | | |
| 107:10 | each of these substances are determined by DEA, | | |
| 107:11 | correct? | | |
| 107:13 - 107:14 | | | |
| 107:13 | THE WITNESS: With assistance from | | |
| 107:14 | other agencies, yes. | | |
| 108:14 - 108:17 | | | |
| 108:14 | Q. Ms. Harper-Avilla, my name is Chris | | |
| 108:15 | Eppich. I'm from the law firm of Covington & | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 108:16 | Burling and I represent McKesson in this | | |
| 108:17 | matter. | | |
| 109:01 - 109:21 | | | |
| 109:01 | Let me -- let me pick up where Mr. | | |
| 109:02 | O'Connor just left off. He asked you a | | |
| 109:03 | question referring to Exhibit 7 and 8. | | |
| 109:04 | He asked you, and I will just read | | |
| 109:05 | it right from the record. He said: "So just | | |
| 109:06 | to make sure I am reading this correctly, if we | | |
| 109:07 | look at the column 2008, the number for | | |
| 109:08 | oxycodone sales 70,000, what does that 70,000 | | |
| 109:09 | represent?" | | |
| 109:10 | And your testimony, ma'am, your | | |
| 109:11 | answer: "That 70,000 represents the DEA's | | |
| 109:12 | estimated final number of the amount of | | |
| 109:13 | oxycodone for sale that may be required to | | |
| 109:14 | fulfill legitimate, scientific, medical | | |
| 109:15 | research, industrial needs as well as inventory | | |
| 109:16 | requirements." | | |
| 109:17 | Do you remember providing that | | |
| 109:18 | testimony, ma'am? | | |
| 109:19 | A. Yes. | | |
| 109:20 | Q. And would your answer be the same | | |
| 109:21 | for every year reflected on Exhibit 7 and 8? | | |
| 109:23 - 110:06 | | | |
| 109:23 | THE WITNESS: It would -- it would | | |
| 109:24 | be for legitimate medical needs, scientific | | |
| 109:25 | research, industrial, export as well as | | |
| 110:01 | inventory needs, yes, and then the | | |
| 110:02 | manufacturing losses that are necessary to make | | |
| 110:03 | those final figures. | | |
| 110:04 | BY MR. EPPICH: | | |
| 110:05 | Q. Thank you. And is it also true for | | |
| 110:06 | every opioid that is listed on Exhibit 7 and 8? | | |
| 110:08 - 111:11 | | | |
| 110:08 | THE WITNESS: It would -- it would | | |
| 110:09 | work for those that are -- have FDA-approved | | |
| 110:10 | products. Those that do not, no. | | |
| 110:11 | BY MR. EPPICH: | | |
| 110:12 | Q. And which ones have FDA-approved | | |
| 110:13 | products, ma'am? | | |
| 110:14 | A. That, I can't -- I couldn't cite all | | |
| 110:15 | of those. | | |
| 110:16 | Q. Well, oxycodone is one of them, | | |
| 110:17 | correct? | | |
| 110:18 | A. Correct. | | |
| 110:19 | Q. Hydrocodone? | | |
| 110:20 | A. Yes. | | |
| 110:21 | Q. Hydromorphone? | | |
| 110:22 | A. Yes. | | |
| 110:23 | Q. Morphine? | | |
| 110:24 | A. Yes. | | |
| 110:25 | Q. Fentanyl? | | |
| 111:01 | A. Yes. | | |
| 111:02 | Q. Do any others come to mind after we | | |
| 111:03 | just reviewed five? Oxymorphone, for example? | | |
| 111:04 | A. Correct. | | |
| 111:05 | Q. Oxy -- I will leave it at that. | | |
| 111:06 | Now, Mr. O'Connor asked you several | | |
| 111:07 | questions about the information DEA considers | | |
| 111:08 | in setting the aggregate production quota. | | |
| 111:09 | Do you remember that testimony | | |
| 111:10 | today? | | |
| 111:11 | A. Yes. | | |
| 111:12 - 111:18 | | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 111:12 | Q. You testified that DEA sets each of | | |
| 111:13 | these quotas annually, correct? | | |
| 111:14 | A. Correct. | | |
| 111:15 | Q. Now, do wholesale manufacturers such | | |
| 111:16 | as McKesson, Cardinal and AmerisourceBergen | | |
| 111:17 | provide any information to DEA that is used to | | |
| 111:18 | set those quotas? | | |
| 111:20 - 111:21 | | | |
| 111:20 | THE WITNESS: Quotas are not related | | |
| 111:21 | to distributors, so no. | | |
| 112:09 - 112:13 | | | |
| 112:09 | Q. DEA does not consult with wholesale | | |
| 112:10 | distributors, such as McKesson, Cardinal and | | |
| 112:11 | AmerisourceBergen when DEA sets the quotas for | | |
| 112:12 | controlled substances, correct? | | |
| 112:13 | A. Correct. | | |
| 112:21 - 112:24 | | | |
| 112:21 | Q. Wholesale distributors, such as | | |
| 112:22 | McKesson, Cardinal, AmerisourceBergen, they do | | |
| 112:23 | not apply for DEA -- to DEA for quotas, do | | |
| 112:24 | they? | | |
| 113:01 - 113:01 | | | |
| 113:01 | THE WITNESS: Correct. | | |
| 113:11 - 113:19 | | | |
| 113:11 | Q. Now, DEA is required by law to | | |
| 113:12 | establish aggregate production quotas for | | |
| 113:13 | certain controlled substances, correct? | | |
| 113:14 | A. Correct. | | |
| 113:15 | Q. There are a number of statutes and | | |
| 113:16 | regulations that govern the process DEA must | | |
| 113:17 | follow and the considerations DEA must consider | | |
| 113:18 | in establishing quotas for controlled | | |
| 113:19 | substances? | | |
| 113:21 - 114:16 | | | |
| 113:21 | THE WITNESS: Correct. | | |
| 113:22 | BY MR. EPPICH: | | |
| 113:23 | Q. And DEA endeavors to comply with | | |
| 113:24 | these statutes and regulations governing the | | |
| 113:25 | establishment of quotas for controlled | | |
| 114:01 | substances, correct? | | |
| 114:02 | A. Correct. | | |
| 114:03 | Q. In following these statute and | | |
| 114:04 | regulations, the aggregated production quota | | |
| 114:05 | reflects the estimated medical, scientific | | |
| 114:06 | research and industrial needs of the United | | |
| 114:07 | States, correct? | | |
| 114:08 | A. Along with export requirements and | | |
| 114:09 | inventory requirements and manufacturing yield | | |
| 114:10 | and losses counted in, yes. | | |
| 114:11 | Q. The aggregate production quota is | | |
| 114:12 | the maximum amount of a controlled substance | | |
| 114:13 | that can be manufactured and distributed in a | | |
| 114:14 | year, correct? | | |
| 114:15 | A. It's the maximum amount that can be | | |
| 114:16 | manufactured within a year. | | |
| 124:08 - 124:18 | | | |
| 124:08 | Q. I would like to return to Exhibit 4. | | |
| 124:09 | Exhibit 4 is the document that I | | |
| 124:10 | understand you or your counsel prepared titled: | | |
| 124:11 | "APQ Review and Approval." | | |
| 124:12 | A. Yes. | | |
| 124:13 | Q. Did you prepare this document, | | |

| Designations | | Objections | Responses |
|---|---|---|---|
| 124:14 | ma'am? | | |
| 124:15 | A. I assisted in it. | | |
| 124:16 | Q. Now, the document starts in 2011, | | |
| 124:17 | correct? | | |
| 124:18 | A. Correct. | | |
| 125:20 - 125:23 | | | |
| 125:20 | Q. Okay.  For 2011, we are looking at | | |
| 125:21 | 2011 in particular, Mr. Rannazzisi would have | | |
| 125:22 | approved the aggregate production quota amounts | | |
| 125:23 | for each of the classes in 2011, correct? | | |
| 125:25 - 126:12 | | | |
| 125:25 | THE WITNESS:  Yes. | | |
| 126:01 | BY MR. EPPICH: | | |
| 126:02 | Q. And the same is true for each year | | |
| 126:03 | that we see Mr. Rannazzisi's name in Exhibit 4; | | |
| 126:04 | is that correct? | | |
| 126:05 | A. Yes. | | |
| 126:06 | Q. Now, Mr. Rannazzisi joined the | | |
| 126:07 | office of diversion control before 2011, | | |
| 126:08 | correct? | | |
| 126:09 | A. Yes. | | |
| 126:10 | Q. And he had a role in his approval or | | |
| 126:11 | authorization of the aggregate production quota | | |
| 126:12 | before 2011? | | |
| 126:13 - 126:17 | | | |
| 126:13 | A. Yes. | | |
| 126:14 | Q. And that would be true for his | | |
| 126:15 | tenure as the deputy assistant administrator | | |
| 126:16 | for the office of diversion control, correct? | | |
| 126:17 | A. Correct. | | |
| 219:01 - 219:04 | | | |
| 219:01 | Q. When you approved those quota | | |
| 219:02 | allocation, you were doing that based on the | | |
| 219:03 | information that you had available to you and | | |
| 219:04 | to the office of the DEA, correct? | | |
| 219:06 - 219:06 | | | |
| 219:06 | THE WITNESS:  Yes. | | |
| 219:08 - 219:10 | | | |
| 219:08 | Q. And you did your very best with the | | |
| 219:09 | information that you had to make that | | |
| 219:10 | determination; is that true? | | |
| 219:12 - 219:12 | | | |
| 219:12 | THE WITNESS:  Yes. | | |