**Designation Run Report**

# Strait, Matthew - Plaintiffs' Submission

---

**Strait, Matthew 05-31-2019**

---

**Plaintiffs Affirmative Designations 00:34:31**

**Defense Counter Designations 00:04:20**

**Plaintiff Counter Counters 00:03:05**

**Defense Completeness Counters 00:22:58**

**Total Time 01:04:54**



ID:MS04

| Page/Line | Source | ID |
|---|---|---|
| MS04-Strait, Matthew - Plaintiffs' Submission | | |

| Page/Line | Source | ID |
|---|---|---|
| 13:25 - 14:02 | **Strait, Matthew 05-31-2019 (00:00:03)** | **MS04.1** |
| | 13:25   Q. Good morning, Mr. Strait. | |
| | 14:1 Thank you for being here today. | |
| | 14:2   A. Good morning. | |
| 14:19 - 14:23 | **Strait, Matthew 05-31-2019 (00:00:16)** | **MS04.2** |
| | 14:19   Q. Okay.  How long have you been at the | |
| | 14:20 Drug Enforcement Administration? | |
| | 14:21   A. In August it will be 20 years. | |
| | 14:22 MR. MASTERS:  I'm introducing what | |
| | 14:23 will be marked as -- as Exhibit 1. | P-9302.1 |
| 14:24 - 15:10 | **Strait, Matthew 05-31-2019 (00:00:22)** | **MS04.3** |
| | 14:24 (Deposition Exhibit 1 was marked for | |
| | 14:25 identification.) | |
| | 15:1 BY MR. MASTERS: | |
| | 15:2   Q. Have you seen this document before? | |
| | 15:3   A. I have. | |
| | 15:4   Q. Do you recognize it as the notice of | P-9302.1.1 |
| | 15:5 deposition for today's deposition? | |
| | 15:6   A. Yes. | |
| | 15:7 MR. MASTERS:  One more housekeeping | |
| | 15:8 document before we get underway. | |
| | 15:9 I'm showing you what has been marked | |
| | 15:10 as Exhibit 2. | P-9303.1 |
| 15:11 - 18:24 | **Strait, Matthew 05-31-2019 (00:03:47)** | **MS04.4** |
| | 15:11 (Deposition Exhibit 2 was marked for | |
| | 15:12 identification.) | |
| | 15:13 BY MR. MASTERS: | |
| | 15:14   Q. Can you identify this document? | P-9303.1.1 |
| | 15:15   A. This was my authorization to | |
| | 15:16 participate in the capacity in which I would be | |
| | 15:17 authorized to participate today. | |
| | 15:18   Q. And have you seen this document | |
| | 15:19 before? | |
| | 15:20   A. I have. | |
| | 15:21   Q. Okay.  I'd like to direct your | |
| | 15:22 attention to Page 8, the section titled Topic | P-9303.8 |
| | 15:23 21, referring to your communications relating | P-9303.8.1 |
| | 15:24 to -- relating to and efforts to comply with | |
| | 15:25 the reports and recommendations contained in | |
| | 16:1 the following GAO reports. | |

| Page/Line | Source | ID |
|---|---|---|

16:2 Do you see that?

16:3   A. Yes.

16:4   Q. When it says "your," you understand

16:5 that that is referring to the Drug Enforcement

16:6 Administration, correct?

16:7   A. Correct.

16:8   Q. And that today testifying here, you

16:9 are testifying on behalf of the Drug

16:10 Enforcement Administration.

16:11   A. Correct.

16:12   Q. So when we -- so when I refer to

16:13 "you" in this deposition, unless I refer

16:14 specifically to you, I'm referring to the Drug

16:15 Enforcement Administration, correct?

16:16   A. Yes.

16:17   Q. Do you understand that the subject

16:18 matter on which you are authorized to be -- to

16:19 -- to testify today is -- is included here in

16:20 this section under Topic 21?

16:21   A. Yes.

16:22   Q. What is your current position at the

16:23 Drug Enforcement Administration?

16:24   A. I am the senior policy advisor to

16:25 the assistant administrator for the diversion

17:1 control division.

17:2   Q. And what is your responsibility as

17:3 the senior policy advisor?

17:4   A. I report directly to the assistant

17:5 administrator and advise him on policy matters

17:6 that are relevant to the diversion control

17:7 program, the mission of the program.

17:8   Q. Okay.  Prior to your current role as

17:9 senior policy advisor, what was your role at

17:10 Drug Enforcement Administration?

17:11   A. I've had several roles over the last

17:12 20 years.  And I can get into as much or as

17:13 little detail as -- as you like about those.

17:14   Q. Let's -- let's take the last let's

17:15 say five years.

17:16   A. Okay.  I've been back in the

clear

| Page/Line | Source | ID |
|---|---|---|
| | **MS04-Strait, Matthew - Plaintiffs' Submission** | |

17:17 diversion control program since June of 2017

17:18 serving in the capacity I'm in now.

17:19 Prior to that, for two and a half

17:20 years prior to, I was the section chief for

17:21 DEA's congressional affairs section and

17:22 therefore had the liaison responsibilities for

17:23 the agency with congress.

17:24   Q. When you say "liaison

17:25 responsibilities," can you give me a little

18:1 more detail about what that means?

18:2   A. Sure.  So in -- in congress's role

18:3 of doing oversight over the federal government,

18:4 including DEA, my roles would have been

18:5 prepping witnesses for congressional testimony,

18:6 providing formal or informal views on

18:7 legislative proposals that affected DEA, and

18:8 also working with the interagency on issues of

18:9 interest in which other agencies might be

18:10 testifying or working with congress on matters

18:11 that impact DEA.

18:12   Q. The Government Accountability Office

18:13 is a legislative agency, correct?

18:14   A. Yes.

18:15   Q. So in your role as liaison between

18:16 DEA and congress, did your responsibilities

18:17 intersect with the Government Accountability

18:18 Office?

18:19   A. Yes.

18:20   Q. Were -- would you have been aware of

18:21 investigations and reports of the Government

18:22 Accountability Office into the Drug Enforcement

18:23 Administration?

18:24   A. Yes.

| 19:14 - 19:15 | **Strait, Matthew 05-31-2019 (00:00:06)** | **MS04.5** |

19:14   Q. Can you explain for the jury what

19:15 the Government Accountability Office is?

| 19:21 - 20:02 | **Strait, Matthew 05-31-2019 (00:00:25)** | **MS04.6** |

19:21 THE WITNESS:  The GAO largely is

19:22 charged with assisting congress in their

19:23 oversight role.  So in my times -- in many

| Page/Line | Source | ID |
|---|---|---|
| | 19:24 instances, from -- from my experience, GAO | |
| | 19:25 reports or requests come from members of | |
| | 20:1 congress as they try to understand better | |
| | 20:2 things that they hear from the general public. | |
| 20:04 - 21:06 | **Strait, Matthew 05-31-2019 (00:01:27)** | **MS04.7** |
| | 20:4   Q. In your experience, how does the GAO | |
| | 20:5 go about its -- it's role in -- in oversight? | |
| | 20:6   A. I believe they're very methodical. | |
| | 20:7 I think they do really good work. | |
| | 20:8   Q. And -- and what kind of work do they | |
| | 20:9 -- so you mentioned earlier that members of | |
| | 20:10 congress may request the GAO to investigate | |
| | 20:11 something. | |
| | 20:12 When you say "they're very | |
| | 20:13 methodical," what do you -- what do you mean by | |
| | 20:14 that? | |
| | 20:15   A. Just the way they go about doing | |
| | 20:16 their business.  The work that they do, they | |
| | 20:17 generally come in, have a kick-off meeting with | |
| | 20:18 the -- the subject of their investigation, the | |
| | 20:19 agency.  They ask a number of very deliberative | |
| | 20:20 questions.  They seek responses in -- in | |
| | 20:21 certain time frames.  And there's oftentimes a | |
| | 20:22 very persistent exchange of information | |
| | 20:23 throughout their audit period. | |
| | 20:24 They're very good at controlling | |
| | 20:25 deadlines and helping congress get their | |
| | 21:1 responses in -- in a timely fashion. | |
| | 21:2   Q. When the GAO investigates let's say | |
| | 21:3 the Drug Enforcement Administration and issues | |
| | 21:4 recommendations, does the -- does -- does the | |
| | 21:5 DEA take those recommendations seriously? | |
| | 21:6   A. Absolutely.  Yes. | |
| 21:14 - 22:06 | **Strait, Matthew 05-31-2019 (00:00:53)** | **MS04.8** |
| | 21:14   Q. As a matter of course -- well, let | |
| | 21:15 me ask it this way:  What is typical -- what | |
| | 21:16 are the kinds of internal processes for | |
| | 21:17 responding to GAO recommendations? | |
| | 21:18   A. Well, DEA has a whole GAO audit | |
| | 21:19 liaison team whose sole function is to ensure | |

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

21:20 that GAO is getting, one, responses to their
21:21 questions during the audit time frame when a --
21:22 when a report is under consideration; but then
21:23 also, on follow-up, once recommendations are
21:24 made, our audit liaison team is consistently
21:25 working with the program office to what we call
22:1 close out a recommendation.
22:2   Q. And what does it mean to close out a
22:3 recommendation?
22:4   A. It means to address to the
22:5 satisfaction of GAO the recommendations that
22:6 they've made.

| | | |
|---|---|---|
| 23:10 - 23:13 | **Strait, Matthew 05-31-2019 (00:00:06)** | **MS04.9** |

23:10 BY MR. MASTERS:
23:11   Q. I'm handing you what has been --
23:12 hold on a second -- what has been marked as
23:13 Exhibit 3.

<div align="right">P-20012.1</div>

| | | |
|---|---|---|
| 23:14 - 23:16 | **Strait, Matthew 05-31-2019 (00:00:11)** | **MS04.10** |
| | | P-20012.1.1 |

23:14 Can you identify this document?
23:15   A. This is the GAO's report known in
23:16 the -- known by GAO as GAO 15471.

| | | |
|---|---|---|
| 23:17 - 24:07 | **Strait, Matthew 05-31-2019 (00:00:36)** | **MS04.11** |

23:17   Q. And you -- you have seen this report
23:18 before, correct?
23:19   A. Correct.
23:20   Q. When did you first become aware of
23:21 this report?
23:22   A. Back in 2015.
23:23   Q. That was when the report was issued?
23:24   A. Yes.
23:25   Q. Were you aware of the -- of the
24:1 investigation prior to the issuance of this
24:2 report?
24:3   A. In my capacity in our congressional
24:4 affairs office, I was aware that the -- the
24:5 study was being undertaken.  But I was not
24:6 aware of when it was going to culminate, when
24:7 it was going to be issued.

| | | |
|---|---|---|
| 24:20 - 25:22 | **Strait, Matthew 05-31-2019 (00:01:36)** | **MS04.12** |
| | | P-20012.2 |

24:20   Q. Turning to Page 1 of the report --

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

24:21 or I should say the -- the very first page, the
24:22 summary, the first full paragraph, the second
24:23 sentence from the bottom states:  "Federal
24:24 internal control standards call for adequate
24:25 communication with stakeholders."
25:1 Do you see that?
25:2  A. Second from the bottom.  I -- of the
25:3 first full paragraph?
25:4  Q. Yes.
25:5  A. "Federal" -- yes.
25:6  Q. Does the DEA agree with that
25:7 statement?
25:8  A. Yes.
25:9  Q. In this study the GAO was asked by
25:10 members of congress to review the adequacy of
25:11 DEA's communications and guidance with
25:12 distributors and pharmacies about their
25:13 regulatory responsibilities, correct?
25:14  A. And practitioners.
25:15  Q. Sorry.  And practitioners.
25:16 So they were asked to look at the
25:17 communications and guidance between DEA and
25:18 distributors, pharmacies and practitioners?
25:19  A. Correct.
25:20  Q. And to conduct its investigation
25:21 into the communication and guidance with these
25:22 registrants, what did the GAO do?

P-20012.2.1

25:25 - 27:16   **Strait, Matthew 05-31-2019 (00:01:49)**          MS04.13
25:25 THE WITNESS:  They did a survey.
26:1 They conducted a survey for each of the
26:2 registrant populations.
26:3 BY MR. MASTERS:
26:4  Q. Was that a nationally representative          clear
26:5 survey?
26:6  A. They called it generalizable.  They
26:7 interviewed -- they sent the survey out to 200
26:8 distributors, 300 pharmacies and 400
26:9 practitioners.
26:10 But for a point of consideration,
26:11 300 pharmacies, we have about 71,000 pharmacies

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

26:12 presently.  With our practitioner community, we
26:13 have 1.7 million prescribers at present.  So
26:14 they -- they did 400.  And they -- they used a
26:15 statistical model to -- to make it
26:16 generalizable to the public.
26:17   Q. And what about with distributors;
26:18 how many distributors are there?
26:19   A. 200 of -- presently -- in the report
26:20 they refer to 9 -- over 900, I think 945.  But
26:21 on the controlled substance side, we have 750.
26:22   Q. Okay.  And same -- same with
26:23 distributors as -- as with pharmacies and --
26:24 and practitioners; they used a statistical
26:25 model to make it generalizable with respect to
27:1 distributors, right?
27:2   A. That's what's in their report, yes.
27:3   Q. They also interviewed 26 national
27:4 associations and other nonprofit organizations,
27:5 correct?
27:6   A. Correct.
27:7   Q. And they interviewed 16 government
27:8 agencies from four different states?
27:9   A. That is correct.
27:10   Q. And in addition to the web-based
27:11 surveys of all those registrants you mentioned,
27:12 the national associations and the government
27:13 agencies, the GAO also reached out to DEA for
27:14 its perspectives on communications and guidance
27:15 to registrants, correct?
27:16   A. That is correct.

**28:12 - 29:03**  **Strait, Matthew 05-31-2019 (00:00:39)**   **MS04.14**

28:12   Q. That report indicates that the GAO
28:13 interviewed DEA Office of Diversion Control
28:14 officials, correct?
28:15   A. Correct.
28:16   Q. Who was interviewed?
28:17   A. I don't know specifically the names
28:18 of the individuals that were interviewed, but
28:19 they would have been senior officials within
28:20 the diversion control.

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

28:21 At the time it was the Office of
28:22 Diversion Control.  Now they are the Diversion
28:23 Control Division.
28:24  Q. And these senior officials would
28:25 have had personal knowledge and understanding
29:1 of the communications and guidance that DEA had
29:2 given to registrants in the past, correct?
29:3  A. Absolutely.  Yes.

**29:16 - 30:13**  **Strait, Matthew 05-31-2019 (00:01:02)**  **MS04.15**

29:16  Q. One of the issues that the GAO was
29:17 investigating was the adequacy of DEA's
29:18 guidance to distributors relating to suspicious
29:19 order monitoring, correct?
29:20  A. Yes.
29:21  Q. Did the GAO issue any
29:22 recommendations concerning DEA's guidance to
29:23 wholesale distributors relating to suspicious
29:24 order monitoring and reporting?
29:25  A. Let me go back to read the
30:1 recommendation.
30:2 Recommendation 2 was to --
30:3  Q. Can -- before you begin, can you let
30:4 me know which page you're reading from?
30:5  A. Sure.  I'm on Page 44 of the report.   **P-20012.51**
30:6  Q. Okay.  Great.  I'm sorry.  Please
30:7 continue.
30:8  A. Recommendation 2 was:  "Solicit   **P-20012.51.1**
30:9 input from distributors or associations
30:10 representing distributors and develop
30:11 additional guidance for distributors regarding
30:12 their roles and responsibilities for suspicious
30:13 orders monitoring and reporting."

**30:14 - 30:18**  **Strait, Matthew 05-31-2019 (00:00:14)**  **MS04.16**

30:14  Q. Now, in your understanding of the
30:15 GAO's report, that recommendation encompassed
30:16 both additional communications with
30:17 distributors and additional written guidance,
30:18 correct?

**30:21 - 31:07**  **Strait, Matthew 05-31-2019 (00:00:30)**  **MS04.17**

30:21 THE WITNESS:  I just want to go back

| Page/Line | Source | ID |
|---|---|---|

30:22 and read specifically.
30:23 "Solicit input and develop
30:24 additional guidance for distributors."
30:25 It doesn't necessarily, as I
31:1 understand, separate between whether it be
31:2 verbal or whether it be in writing.
31:3 BY MR. MASTERS:
31:4   Q. Okay.  Did -- did the report say             clear
31:5 that some of the distributors wanted more
31:6 guidance?
31:7   A. Yes.

**31:08 - 31:16   Strait, Matthew 05-31-2019 (00:00:26)          MS04.18**

31:8   Q. In fact, more than half of the
31:9 distributors who responded to the open-ended
31:10 questions in the survey said they needed more
31:11 communication, information and inter --
31:12 interactions with DEA, correct?
31:13   A. Yes.  I believe that's on Page 26 of          P-20012.33
31:14 the report, if I'm not mistaken.
31:15   Q. That is correct.  You have a great
31:16 memory.

**31:17 - 32:01   Strait, Matthew 05-31-2019 (00:00:24)          MS04.19**
                                                         P-20012.33.1

31:17 In the middle of paragraph beginning
31:18 with "Furthermore," it says:  "Furthermore, in
31:19 response to an open-ended question about what
31:20 additional interactions they would find helpful
31:21 to have with DEA, more than half of the
31:22 distributors that offered comments said they
31:23 needed more communication or information from
31:24 or interactions with DEA."
31:25 Did I read that correctly?
32:1   A. That -- that looks correct, yes.

**32:02 - 33:02   Strait, Matthew 05-31-2019 (00:01:12)          MS04.20**
                                                         clear

32:2   Q. Did the GAO say that the DEA was
32:3 giving more written guidance to pharmacies and
32:4 physicians than it was to distributors?
32:5   A. I think that's a fair
32:6 characterization.  The report discussed the
32:7 pharmacist manual and the practitioner's
32:8 manual, which were written publications on the

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

32:9 diversion web site.  And there is no such
32:10 manual for DEA registered distributors.
32:11   Q. Let's -- let's go ahead and turn to
32:12 that section of the report.  It's one page over
32:13 on Page 25.
32:14   A. Uh-huh.

P-20012.32

32:15   Q. Would you please read for the record
32:16 the first two sentences of the second
32:17 paragraph.

P-20012.32.1

32:18   A. "Some survey responses indicate that
32:19 additional guidance for distributors regarding
32:20 suspicious orders monitoring and reporting, as
32:21 well as more regular communication, would be
32:22 beneficial.
32:23 For example, while DEA has created
32:24 guidance manuals for pharmacists and
32:25 practitioners, the agency has not developed a
33:1 guidance manual or a comparable document for
33:2 distributors."

**33:03 - 33:14**   **Strait, Matthew 05-31-2019 (00:00:29)**   **MS04.21**
                                                                    clear

33:3   Q. Did the GAO conclude that additional
33:4 guidance for distributors regarding suspicious
33:5 order monitoring and reporting would be
33:6 beneficial?
33:7   A. Their recommendation is as we had
33:8 previously discussed.
33:9   Q. And -- and the GAO found
33:10 specifically that that additional guidance
33:11 would be beneficial, correct?
33:12   A. Well, if they are making a
33:13 recommendation, then they are recommending that
33:14 the DEA take action on that front.

**34:05 - 34:05**   **Strait, Matthew 05-31-2019 (00:00:07)**   **MS04.22**
                                                                    P-20012.34.1

34:5   Q. Let's turn to Page 27 of the report,

**34:06 - 34:18**   **Strait, Matthew 05-31-2019 (00:00:42)**   **MS04.23**
                                                                    P-20012.34.2

34:6 the second paragraph about two-thirds of the
34:7 way down, beginning with "Additionally."
34:8 Do you see that?
34:9   A. I do.
34:10   Q. Can you read that sentence?

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 34:11   A. "Additionally, in the absence of | |
|  | 34:12 clear guidance from DEA, our survey data show | |
|  | 34:13 that many distributors are setting thresholds | |
|  | 34:14 on the amount of certain controlled substances | |
|  | 34:15 that can be ordered by their customers, i.e., | |
|  | 34:16 pharmacies and practitioners, which can | |
|  | 34:17 negatively impact pharmacies and ultimately | |
|  | 34:18 patients' access." | |
| 34:19 - 34:20 | **Strait, Matthew 05-31-2019 (00:00:02)** | **MS04.24** |
|  | 34:19   Q. Does the DEA agree with that | |
|  | 34:20 statement? | |
| 34:21 - 35:04 | **Strait, Matthew 05-31-2019 (00:00:36)** | **MS04.25** |
|  | 34:21   A. I would say that this sentence is | |
|  | 34:22 talking about what distributors told GAO.  And | |
|  | 34:23 I think that G -- we would agree that arbitrary | |
|  | 34:24 thresholds set by a pharmacy -- or excuse me -- | |
|  | 34:25 by a distributor could create supply access | |
|  | 35:1 issues. | |
|  | 35:2 But on the flip side, I would say | |
|  | 35:3 that those types of arbitrary thresholds could | |
|  | 35:4 actually create oversupplies as well. | |
| 37:02 - 42:05 | **Strait, Matthew 05-31-2019 (00:06:16)** | **MS04.26** |
|  | 37:2   Q. Okay.  GAO was provided -- or GAO | clear |
|  | 37:3 provided DEA with a draft of this particular | |
|  | 37:4 report prior to its publication, correct? | |
|  | 37:5   A. Correct. | |
|  | 37:6   Q. And Mr. Joseph Rannazzisi responded | |
|  | 37:7 in a letter on behalf of DEA, correct? | |
|  | 37:8   A. That is -- | |
|  | 37:9   Q. And who -- | |
|  | 37:10   A. -- correct. | |
|  | 37:11   Q. -- who is Joseph Rannazzisi? | |
|  | 37:12   A. So Joseph Rannazzisi, at the time | |
|  | 37:13 this report came out, was the deputy assistant | |
|  | 37:14 administrator for the diversion control -- or | |
|  | 37:15 the Office of Diversion Control.  So he would | |
|  | 37:16 have been the person who ran the diversion -- | |
|  | 37:17 the diversion control program. | |
|  | 37:18   Q. And -- and DEA's position was that | |
|  | 37:19 additional guidance was not necessary? | |

| Page/Line | Source | ID |
|---|---|---|

37:20   A. That is correct.  DEA explained the
37:21 multitude in -- of ways in which its already
37:22 communicated in this case with distributors.
37:23   Q. And DEA's position was that the --
37:24 the text of the suspicious order regulation
37:25 itself was sufficiently straightforward,
38:1 correct?
38:2   A. It had been in place for 40 -- at
38:3 the time of this publication, probably 45
38:4 years; and that it was well understood by our
38:5 DEA registrant community; and that we did not
38:6 see a -- a need to expand upon it.
38:7   Q. And -- and be -- in part because the
38:8 DEA's position was that it was sufficiently
38:9 straightforward.
38:10   A. I -- I think that's correct, yes.
38:11   Q. And the -- but the GAO found in its
38:12 survey that many registrants did not feel that
38:13 it was well understood and, in fact, wanted
38:14 more guidance, correct?
38:15   A. Survey respondents did show that
38:16 they would like more guidance.
38:17   Q. More than half of the distributors
38:18 who -- who commented on that said -- said that,
38:19 right?
38:20   A. Yeah.  And I -- I want to make a
38:21 point of clarification on that.
38:22 If -- if we -- if we go to Table 21,                      P-20012.73.1
38:23 which is something that I think is -- is
38:24 necessary to point out -- remember we have 750
38:25 controlled substance distributors at present.
39:1 The survey asked a number of questions.  And
39:2 then it's asked some open-ended questions.  And
39:3 you're obviously referring to the open-ended
39:4 questions.
39:5 But like we said at the outset, they
39:6 sent 200 surveys out to distributors.  They      P-20012.73.2
39:7 received 77 responses on a question to
39:8 distributors about guidance that -- that DEA
39:9 provided.

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

39:10 And to your point, there was a

39:11 portion of those 77 who asked for more

39:12 guidance.

39:13   Q. Fair enough.

39:14 The DEA also told the GAO that,                                    clear

39:15 short of providing arbitrary thresholds to

39:16 distributors, it cannot provide more specific

39:17 suspicious orders guidance because the

39:18 variables that indicate a suspicious order

39:19 differ among distributors and their customers,

39:20 correct?

39:21   A. Can -- can you point that out on

39:22 the --

39:23   Q. Sure.  Page -- give me one second.

39:24 It's -- it's in the -- the letter that Joseph

39:25 Rannazzisi sent.  On Page 81 of the report,                P-20012.88

40:1 Page 5 of the letter.

40:2   A. Okay.

40:3   Q. Second -- or first full paragraph,

40:4 last sentence.                                             P-20012.88.1

40:5 Would you read that for the record?

40:6   A. Sure.

40:7 "Short of providing arbitrary

40:8 thresholds to distributors, DEA cannot provide

40:9 more specific suspicious orders guidance as the

40:10 variables that indicate an order is suspicious

40:11 are very fact-intensive and differ from

40:12 distributor to distributor and from customer to

40:13 customer."

40:14   Q. Can you explain what that means?

40:15   A. Yes, I -- I can.  So DEA -- we have

40:16 long understood that distributors would like

40:17 nothing more than for DEA to tell them how much

40:18 an average pharmacy should be able to purchase.

40:19 And then they could use DEA's assessment as

40:20 a -- to set a threshold.  And that would give

40:21 them the opportunity to, you know, basically

40:22 say that that's a DEA-established threshold.

40:23 What we've said is, with 71,000

40:24 DEA-registered pharmacies and 18,000 hospitals

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

40:25 and 1,700 narcotic treatment programs, all of
41:1 the types of customers that distributors sell
41:2 to, we can't do that.
41:3 Because, quite frankly, the
41:4 circumstances on what is appropriate for one
41:5 pharmacy may be completely different than the
41:6 requirements of another pharmacy.  It's based
41:7 on the population.  It's based on the types of
41:8 patients that are bringing prescriptions in to
41:9 pharmacies or -- or being dispensed or
41:10 administered at hospitals.  It's the based on a
41:11 number of different factors.
41:12 And pharmacies that are around the
41:13 corner from one another may have vastly
41:14 different profiles that are acceptable.
41:15 So DEA feels very strongly that that
41:16 is something that only a distributor can know.
41:17 Because a distributor is going to have much
41:18 more of a working knowledge of who their
41:19 customers are, more so than DEA.
41:20 And I would argue that, if you end
41:21 up setting an arbitrary limit on how much can
41:22 be distributed by -- if DEA were to do this,
41:23 you could inadvertently create a shortage of a
41:24 situation if that amount is not sufficient.  Or
41:25 on the flip side, if the -- if that number is
42:1 too high, you could actually create overages;
42:2 and therefore, DEA is of the opinion that
42:3 increases in availability could have the
42:4 unintended consequence of increasing diversion
42:5 and abuse.

**42:06 - 42:19** **Strait, Matthew 05-31-2019 (00:00:38)** **MS04.27**

42:6   Q. And so DEA was not willing to
42:7 provide additional guidance -- more specific
42:8 suspicious order guidance than what is in the
42:9 regulation itself?
42:10   A. At the time that this letter went
42:11 out, that is accurate.
42:12   Q. And the regulation itself defines a
42:13 suspicious order as an order of unusual size,

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

42:14 deviating substantially from the normal
42:15 pattern, or an order of unusual frequency,
42:16 correct?
42:17   A. That's sounds correct.
42:18   Q. And -- and the regulation does not
42:19 say what an unusual size means, correct?

**42:21 - 42:22**   **Strait, Matthew 05-31-2019 (00:00:03)**   **MS04.28**

42:21 THE WITNESS:  It does not go on to
42:22 define any of those terms.

**42:24 - 43:02**   **Strait, Matthew 05-31-2019 (00:00:14)**   **MS04.29**

42:24   Q. And at the time that this letter was
42:25 written, the DEA had not provided additional
43:1 specific written guidance as to what unusual
43:2 size, frequency or pattern means, correct?

**43:04 - 43:22**   **Strait, Matthew 05-31-2019 (00:01:02)**   **MS04.30**

43:4 THE WITNESS:  That is correct.
43:5 Although I want the qualify that by saying
43:6 nothing as it pertains to what I think they
43:7 distributors wanted, which was something in
43:8 writing.
43:9 DEA was certainly increasing its
43:10 liaison opportunities with the distributor
43:11 community in terms of distributor conferences
43:12 that we held in '13, '15 and '16; kind of
43:13 one-on-one engagements through what's known as
43:14 our distributor initiative, which we initiated
43:15 back in 2011 and continues to this day.
43:16 And so I think, with a very limited
43:17 registrant population -- they represent, what,
43:18 0.06 percent of our DEA registrant population,
43:19 if not slightly less -- that the one-on-one
43:20 interaction we believe in -- in a -- in a
43:21 person-to-person, face-to-face environment
43:22 is -- is better.

**43:23 - 43:25**   **Strait, Matthew 05-31-2019 (00:00:09)**   **MS04.31**

43:23   Q. But no written -- but you mentioned
43:24 no additional written guidance, correct?
43:25   A. At the time of this letter, no.

**44:01 - 44:13**   **Strait, Matthew 05-31-2019 (00:00:34)**   **MS04.32**

44:1   Q. Okay.  In its report GAO responded

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 44:2 to the DEA's letter, right? | |
|  | 44:3  A. Can you repeat the question. | |
|  | 44:4  Q. In -- in its report, the GAO | |
|  | 44:5 addressed what the DEA said in its letter, | |
|  | 44:6 correct? | |
|  | 44:7  A. Yes. | |
|  | 44:8  Q. And notwithstanding the DEA's | |
|  | 44:9 comments on the draft report, the GAO still | |
|  | 44:10 found that the DEA could provide additional | |
|  | 44:11 guidance to distributors, right? | |
|  | 44:12  A. Can you point to what -- what you're | |
|  | 44:13 referring to? | |
| 44:14 - 44:14 | **Strait, Matthew 05-31-2019 (00:00:02)** | **MS04.33** |
|  | | P-20012.51 |
|  | 44:14  Q. Turning to Page 44, it says: | |
| 44:15 - 46:04 | **Strait, Matthew 05-31-2019 (00:01:50)** | **MS04.34** |
|  | 44:15 "Agency comments and our evaluation." | P-20012.51.2 |
|  | 44:16  A. Yeah. | |
|  | 44:17  Q. Do you see that? | |
|  | 44:18  A. Yes, I do. | |
|  | 44:19  Q. And so this is the section in which | |
|  | 44:20 the GAO is responding to the Department of | |
|  | 44:21 Justice's response, correct? | |
|  | 44:22  A. Yes. | |
|  | 44:23  Q. And on page 45, it acknowledges | P-20012.52.1 |
|  | 44:24 the -- the DEA's concerns about our second | |
|  | 44:25 recommendation to solicit input from | |
|  | 45:1 distributors or associations representing | |
|  | 45:2 distributors and to develop additional guidance | |
|  | 45:3 for distributors, right? | |
|  | 45:4  A. Yes. | |
|  | 45:5  Q. Then on page -- well, let's -- let's | |
|  | 45:6 walk through some of these. | |
|  | 45:7 It goes on to say that -- to repeat | P-20012.52.2 |
|  | 45:8 what we just talked about, that short of | |
|  | 45:9 providing arbitrary thresholds to distributors, | |
|  | 45:10 it cannot provide more specific suspicious | |
|  | 45:11 orders guidance, right? | |
|  | 45:12  A. Yes. | |
|  | 45:13  Q. The -- the GAO is summarizing the | |
|  | 45:14 DEA's letter. | |

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

45:15  A. The DEA's comment.  That's correct.

45:16  Q. And it says:  "Instead, DEA

45:17 highlighted regulations that require

45:18 distributors to design and operate systems to

45:19 disclose suspicious orders," right?

P-20012.52.3

45:20  A. Correct.  Yes.

45:21  Q. And it says:  "However, according to

45:22 DEA's customer service plan for registrants,

45:23 DEA is responsible for developing guidance for

45:24 registrants regarding the CSA and its

45:25 regulations.  And the agency was able to create

46:1 such guidance for pharmacy and practitioner

46:2 registrants."

46:3 Did I read that correctly?

46:4  A. That is correct.

P-20012.52.4

**46:05 - 47:01    Strait, Matthew 05-31-2019 (00:01:09)**                                    **MS04.35**

46:5  Q. Turning to Page 46, that same

46:6 paragraph toward the end, the GAO -- well,

46:7 would you please read the sentence beginning

46:8 with "Therefore."

P-20012.53

46:9  A. "Therefore, we continue to believe

46:10 that DEA could provide additional written

46:11 guidance for distributors that could be more

46:12 widely accessible to all distributor

46:13 registrants."

46:14  Q. So here the GAO is not only

46:15 recommending additional guidance but additional

46:16 written guidance, correct?

46:17  A. Correct.

46:18  Q. And the GAO had -- had found that

46:19 the DEA has created guidance manuals for

46:20 pharmacists and practitioners like doctors but

46:21 not distributors, right?

46:22  A. Yes.

46:23  Q. Is it true that the DEA had created

46:24 manuals for pharmacists and practitioners about

46:25 their regulatory obligations?

47:1  A. Yes.

P-20012.53.1

**47:05 - 47:10    Strait, Matthew 05-31-2019 (00:00:13)**                                    **MS04.36**

47:5  Q. I'm showing you what has been marked

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

| | | |
| --- | --- | --- |
| | 47:6 as Exhibit 4. | |
| | 47:7 Why don't you keep that report close | |
| | 47:8 and hand.  Because we'll -- | |
| | 47:9   A. Come back to it? | |
| | 47:10   Q. -- be coming back to it.  Thanks. | |
| 47:11 - 48:16 | **Strait, Matthew 05-31-2019 (00:01:42)** | **MS04.37** |
| | 47:11 Can you identify this document? | |
| | 47:12   A. This is DEA's pharmacist manual. | DEF-WV-619.1.1 |
| | 47:13   Q. So this is one of the -- one of the | |
| | 47:14 two manuals that we just spoke about that DEA | |
| | 47:15 has provided to -- to registrants but not to | |
| | 47:16 distributors, correct? | |
| | 47:17   A. Yeah.  We would not provide this to | |
| | 47:18 distributors.  But yes, we -- this is a | |
| | 47:19 document that is provided for the benefit of | |
| | 47:20 our 71,000 retail pharmacies nationwide. | |
| | 47:21   Q. And if we turn to -- just after | DEF-WV-619.1 |
| | 47:22 the -- the table of contents, at -- at -- let's | |
| | 47:23 see.  Where is this?  Actually, just before the | |
| | 47:24 table of contents.  This is the very second | DEF-WV-619.2 |
| | 47:25 page of the document -- notes that:  "This | DEF-WV-619.2.1 |
| | 48:1 manual has been prepared by the Drug | |
| | 48:2 Enforcement Administration Office of Diversion | |
| | 48:3 Control as a guide to assist pharmacists in | |
| | 48:4 their understanding of the federal Controlled | |
| | 48:5 Substances Act and its implementing regulations | |
| | 48:6 as they pertain to the pharmacy profession." | |
| | 48:7 Did I read that correctly? | |
| | 48:8   A. That is correct. | |
| | 48:9   Q. And this manual is a total of -- | DEF-WV-619.1 |
| | 48:10 let's see -- 79 pages, correct? | |
| | 48:11   A. Correct. | |
| | 48:12   Q. And it provides additional written | |
| | 48:13 -- additional written guidance to pharmacists | |
| | 48:14 about how they can comply with the CSA and its | |
| | 48:15 regulations in -- in the course of their | |
| | 48:16 profession, correct? | |
| 48:18 - 48:25 | **Strait, Matthew 05-31-2019 (00:00:14)** | **MS04.38** |
| | 48:18 THE WITNESS:  It is a summary | |
| | 48:19 document of the rules and regulations | |

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

48:20 pertaining to DEA registrants.
48:21 BY MR. MASTERS:
48:22  Q. And it explains those -- those --
48:23 those regulations and -- and gives them
48:24 guidance on how to follow them in their
48:25 professional practice, correct?

49:03 - 49:13   **Strait, Matthew 05-31-2019 (00:00:25)**   **MS04.39**

49:3  Q. That's what we just read.
49:4  A. Yeah.  I -- I'm -- I'm -- that's
49:5 fine.  Yes.  I agree.
49:6  Q. Okay.  And is it also true that, at          clear
49:7 the time of this report, DEA had not developed
49:8 a guidance manual or comparable document to the
49:9 one we just looked at for distributor
49:10 registrants?
49:11  A. Yes.
49:12  Q. And GAO here recommended that you
49:13 create one.

49:16 - 50:10   **Strait, Matthew 05-31-2019 (00:00:55)**   **MS04.40**

49:16 THE WITNESS:  GAO recommended
49:17 additional written guidance or additional
49:18 guidance.  And that is something that is
49:19 currently required in order to close out this
49:20 remaining open recommendation.
49:21 BY MR. MASTERS:
49:22  Q. And has DEA provided that to
49:23 distributors yet?
49:24  A. It's deliberative.  We are
49:25 actually -- as you may know, in fall of 2017,
50:1 DEA -- the Department of Justice added to its
50:2 unified agenda suspicious order reporting as a
50:3 regulatory priority.  So there will be written
50:4 guidance in the form of a notice of proposed
50:5 rule making published in the Federal Register.
50:6 And that's an effort that was added to the
50:7 unified agenda in the fall of '17.
50:8  Q. And has -- has -- as of today, what
50:9 is the status of this recommendation from the
50:10 GAO?

50:16 - 51:13   **Strait, Matthew 05-31-2019 (00:01:07)**   **MS04.41**

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

50:16 THE WITNESS:  I will be very
50:17 careful.  Because obviously, as a deliberative
50:18 document, we can't talk about the details of
50:19 what may or may not be in it.  But it does
50:20 remain under review within the executive
50:21 branch.
50:22 BY MR. MASTERS:
50:23   Q. So as of today, DEA has not provided
50:24 to -- to -- to distributors the additional
50:25 written guidance called for by the GAO in this
51:1 report?
51:2   A. Beyond the stuff that we've already
51:3 discussed pertaining to our continued efforts
51:4 to work with registrants directly, put --
51:5 barring that aside, yes.
51:6 The reg -- the regulation, once
51:7 published, we understand from GAO, will be the
51:8 basis by which this recommendation can be
51:9 closed.
51:10   Q. And just to be clear, as of today,
51:11 the DEA has not provided the additional written
51:12 guidance that GAO recommended to distributors
51:13 as of today, correct?

| **51:16 - 51:17** | **Strait, Matthew 05-31-2019 (00:00:03)** | **MS04.42** |

51:16 THE WITNESS:  It remains an open
51:17 recommendation.

| **65:08 - 65:12** | **Strait, Matthew 05-31-2019 (00:00:07)** | **MS04.43** |

65:8 (Deposition Exhibit 8 was marked for
65:9 identification.)
65:10 BY MR. MASTERS:

| | 65:11   Q. Showing you what has been marked as | P-9229.1 |

65:12 Exhibit 8.  It's a -- a double-sided document.

| **65:13 - 66:17** | **Strait, Matthew 05-31-2019 (00:01:32)** | **MS04.44** |

65:13 The Bates stamp for this document is
65:14 US-DEA 00026833, correct?
65:15   A. Correct.

| | 65:16   Q. Can you identify this document? | P-9229.1.1 |

65:17   A. This is taken from the GAO's web
65:18 site.  And it represents a summary and status
65:19 of reports and open recommendations.

| | MS04-Strait, Matthew - Plaintiffs' Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | P-9229.1.2 |
|---|---|---|
| | 65:20   Q. And specifically the status report | |
| | 65:21 -- the status of -- that the GAO is referring | |
| | 65:22 to here is the status of recommendations | |
| | 65:23 relating to the 2015 report that the DEA -- | |
| | 65:24 that more DEA information about registrants' | |
| | 65:25 controlled substances roles could improve their | |
| | 66:1 understanding and help ensure access, correct? | |
| | 66:2   A. Correct. | |
| | 66:3   Q. At the bottom there, it appears that | P-9229.1.3 |
| | 66:4 there is a table with the column on the left | |
| | 66:5 describing the recommendation and the column on | |
| | 66:6 the right describing the status and comments | |
| | 66:7 from GAO; is that correct? | |
| | 66:8   A. Yes. | |
| | 66:9   Q. And the second recommendation, which | P-9229.1.4 |
| | 66:10 again is the one relating to distributors, | |
| | 66:11 appears to cover the end of the first page and | |
| | 66:12 onto the second page, right? | |
| | 66:13   A. Yes. | |
| | 66:14   Q. And at this point, the -- the GAO's | |
| | 66:15 web site indicates that the status of that | |
| | 66:16 second recommendation is open, correct? | P-9229.1.5 |
| | 66:17   A. Yes. | |
| 69:15 - 69:25 | **Strait, Matthew 05-31-2019 (00:00:30)** | **MS04.45** |
| | 69:15   Q. Okay.  As of now, the second quarter | |
| | 69:16 of 2019, May 31st, and -- and almost four years | |
| | 69:17 after the GAO recommended that the DEA provide | |
| | 69:18 additional written guidance to distributors, | |
| | 69:19 has the DEA published a revised regulation in | |
| | 69:20 the Federal Register? | |
| | 69:21   A. No. | |
| | 69:22   Q. Has the DEA published a guidance | |
| | 69:23 manual or comparable document to the one that | |
| | 69:24 exists for pharmacists and practitioners? | |
| | 69:25   A. No. | |
| 71:01 - 72:20 | **Strait, Matthew 05-31-2019 (00:01:49)** | **MS04.46** |
| | 71:1   Q. I want you to flip to the back page | P-20012.91 |
| | 71:2 of Exhibit 3, please.  Well, I guess the last | |
| | 71:3 page, to be technical. | |
| | 71:4 The first section under that -- I'm | P-20012.91.1 |

| Page/Line | Source | ID |
|---|---|---|

71:5 at page -- it reads "The GAO's Mission."

71:6 Could you read that for me, please.

71:7   A. Sure.

71:8 "The Government Accountability

71:9 Office, the audit evaluation and investigative

71:10 arm of congress, exists to support congress in

71:11 meeting its constitutional responsibilities and

71:12 to help improve the performance and

71:13 accountability of the federal government for

71:14 the American people.  GAO examines the use of

71:15 public funds; evaluates federal programs and

71:16 policies; and provides analyses,

71:17 recommendations and other assistance to help

71:18 congress make informed oversight, policy and

71:19 funding decisions.  GAO's commitment to good

71:20 government is reflected in its core values of

71:21 accountability, integrity and reliability."

71:22   Q. Would you agree that that's the

71:23 mission of the GAO?

71:24   A. Yes.

71:25   Q. Essentially it's to -- it's the

72:1 audit, evaluation, investigative arm of

72:2 congress; is that right?

72:3   A. Yes.

72:4   Q. The GA -- GAO is not responsible for

72:5 enforcing the Controlled Substances Act, is it?

72:6   A. No.

72:7   Q. And when the GAO did this report

72:8 that we've been talking about today, Exhibit 3,

72:9 it wasn't looking at whether registrants were

72:10 in compliance with the Controlled Substances

72:11 Act, was it?

72:12   A. No.

72:13   Q. It wasn't looking at whether those

72:14 registrants have reported suspicious orders to

72:15 the DEA?

72:16   A. No.

72:17   Q. It wasn't looking at whether

72:18 registrants had maintained adequate suspicious

72:19 order monitoring systems, was it?

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

72:20   A. No.

| 73:05 - 74:08 | **Strait, Matthew 05-31-2019 (00:01:09)** | **MS04.47** |

<div style="color:blue">

73:5   Q. I'd like to direct you to Page 77 of

73:6 the report, Exhibit 3, and No. 1 of the letter

73:7 there.

73:8 Could you read the first sentence of

73:9 that paragraph, please.

73:10   A. Of recommend -- of the first comment

73:11 that DEA made or the first sentence of the

73:12 first paragraph?

73:13   Q. I'm looking specifically at Page 77,

73:14 the letter to Linda Kohn dated May 25th,

73:15 2015 --

73:16   A. Uh-huh.

73:17   Q. -- following "With respect to the G"

73:18 -- "GAO report, DEA wishes to emphasize the

73:19 following important facts."

73:20   A. Yep.  Okay.

73:21 And read No. 1?

73:22   Q. Yes, please.

73:23   A. DEA's Office of Diversion Control is

73:24 responsible for administering and enforcing the

73:25 provisions of the CSA as they pertain to

74:1 ensuring the availability of controlled

74:2 substances for legitimate uses while preventing

74:3 their availability for diversion.  The office

74:4 is not charged with reducing the illicit demand

74:5 for controlled substances."

74:6   Q. Would you agree that that's the

74:7 responsibility of the DEA's Office of Diversion

74:8 Control?

</div>

**P-20012.84**

**P-20012.84.1**

| 74:10 - 74:10 | **Strait, Matthew 05-31-2019 (00:00:01)** | **MS04.48** |

<span style="color:blue">74:10 THE WITNESS:  Yes.</span>

| 74:11 - 74:12 | **Strait, Matthew 05-31-2019 (00:00:03)** | **MS04.49** |

<span style="color:blue">74:11 BY MS. ELLIS:

74:12   Q. What is the role of the DEA?</span>

clear

| 74:17 - 74:21 | **Strait, Matthew 05-31-2019 (00:00:09)** | **MS04.50** |

<span style="color:blue">74:17   Q. Let me direct you to Page 67 of the

74:18 report, Exhibit 3.

74:19   A. Sorry.  What page?</span>

| | MS04-Strait, Matthew - Plaintiffs' Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 74:20   Q. Page 67. | |
| | 74:21   A. Okay. | |
| 74:22 - 75:06 | **Strait, Matthew 05-31-2019 (00:00:20)** | **MS04.51** |
| | 74:22   Q. I may have the may -- wrong | |
| | 74:23 reference here. | |
| | 74:24 But would you agree that the DEA's | |
| | 74:25 role is the -- is the primary agency | |
| | 75:1 responsible for coordinating the drug | |
| | 75:2 enforcement activities of the United States? | |
| | 75:3   A. As it pertains to pharmaceutical | |
| | 75:4 drugs containing controlled substances, yes. | |
| | 75:5   Q. It's a law enforcement agency? | |
| | 75:6   A. It is. | |
| 75:15 - 75:21 | **Strait, Matthew 05-31-2019 (00:00:10)** | **MS04.52** |
| | 75:15   Q. You were asked some questions | |
| | 75:16 earlier about the difference between pharmacies | |
| | 75:17 and distributors.  I want to direct your | |
| | 75:18 attention back to that portion of your | |
| | 75:19 testimony. | |
| | 75:20 Do you recall? | |
| | 75:21   A. Yes. | |
| 75:22 - 76:14 | **Strait, Matthew 05-31-2019 (00:00:45)** | **MS04.53** |
| | 75:22   Q. Do you know how many registrants | |
| | 75:23 there are total? | |
| | 75:24   A. Currently we have 1.815 million | |
| | 75:25 registrants. | |
| | 76:1   Q. Do you know how many of those are | |
| | 76:2 pharmacies? | |
| | 76:3   A. Approximately 71,000. | |
| | 76:4   Q. Do you know how many of those are | |
| | 76:5 distributors? | |
| | 76:6   A. Right now -- I think I said 750, but | |
| | 76:7 it might be 715.  But it is somewhere between | |
| | 76:8 715 and 750. | |
| | 76:9   Q. 715 to 750 distributors and 71,000 | |
| | 76:10 pharmacies. | |
| | 76:11 Does the number of distributors | |
| | 76:12 versus the number of pharmacies affect the way | |
| | 76:13 the DEA communicates with each of those | |
| | 76:14 different groups of registrants at all? | |

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 76:17 - 77:14 | **Strait, Matthew 05-31-2019 (00:01:13)** | **MS04.54** |

76:17 THE WITNESS:  Yes.
76:18 BY MS. ELLIS:
76:19   Q. How so?
76:20   A. Obviously, with a -- with 1.8
76:21 million registrants, DEA has limited resources,
76:22 and it does need to think about how best to
76:23 prioritize those resources.
76:24 With our -- that portion of our drug
76:25 supply chain that handle the largest volumes of
77:1 controlled substances, i.e., our manufacturers
77:2 and our distributors, our engagement with them
77:3 tends to be more in person, one-on-one, and --
77:4 and very much routine in terms of the frequency
77:5 by which we conduct audits and inspections of
77:6 those registrants.
77:7 And because of sheer numbers, our
77:8 guidance to those other portions of our
77:9 registrant community that are larger, i.e.,
77:10 pharmacies, and prescribers, we do have to rely
77:11 more on providing them guidance on our
77:12 diversion control web site.  And of course we
77:13 do still engage with them in person by offering
77:14 all sorts of different training opportunities.

| Page/Line | Source | ID |
|---|---|---|
| 77:22 - 78:04 | **Strait, Matthew 05-31-2019 (00:00:19)** | **MS04.55**<br>**P-20012.2**<br><br>**P-20012.2.2** |

77:22   Q. Let -- let's go to the -- Page 2,
77:23 the summary, I guess, of Exhibit 3.
77:24 What GAO recommends, this first
77:25 sentence on the bottom-left corner:  "GAO
78:1 recommends that DEA takes three actions to
78:2 improve communication with" a -- "with and
78:3 guidance for registrants about their CSA roles
78:4 and responsibilities."

| Page/Line | Source | ID |
|---|---|---|
| 78:13 - 78:19 | **Strait, Matthew 05-31-2019 (00:00:14)** | **MS04.56** |

78:13   Q. You would agree that this report is
78:14 focused on guidance for registrants about their
78:15 CSA roles and responsibilities, correct?
78:16   A. Yes.
78:17   Q. And your testimony today has been
78:18 focused on this report, right?

| Page/Line | Source | ID |
|---|---|---|
| | 78:19   A. Correct. | |
| 79:24 - 80:06 | **Strait, Matthew 05-31-2019 (00:00:27)** | **MS04.57** |
| | 79:24 MS. ELLIS:  Earlier you discussed | clear |
| | 79:25 some of the things that the DEA -- some of the | |
| | 80:1 actions that the DEA had taken in response to | |
| | 80:2 the GAO's report.  I want to ask you some | |
| | 80:3 additional questions about what the DEA -- DEA | |
| | 80:4 had done after this report at -- was issued. | |
| | 80:5 I'm marking for the record | |
| | 80:6 Exhibit 9. | P-44578.1 |
| 80:15 - 81:24 | **Strait, Matthew 05-31-2019 (00:01:36)** | **MS04.58** |
| | 80:15   Q. Exhibit 9 is a e-mail that I believe | P-44578.1.1 |
| | 80:16 you reviewed in advance of today's deposition. | |
| | 80:17 The Bates number is cut off a little at the | |
| | 80:18 bottom, but for the record it's | |
| | 80:19 US-DEA-00026799. | |
| | 80:20 Do you recall reviewing this | |
| | 80:21 document? | |
| | 80:22   A. Yes. | |
| | 80:23   Q. On the second page of the document, | P-44578.2 |
| | 80:24 it appears to be a letter. | |
| | 80:25 What is this letter? | |
| | 81:1   A. This would have been one of the | P-44578.2.1 |
| | 81:2 status update letters from our GAO audit | |
| | 81:3 liaison section to GAO.  And this one was dated | |
| | 81:4 April 27th, 2016, which means that it would | |
| | 81:5 have been very -- within a year or right around | |
| | 81:6 a year after the report came out. | |
| | 81:7   Q. Is this the first status update | |
| | 81:8 letter that you're aware was issued following | |
| | 81:9 the report? | |
| | 81:10   A. No.  Actually, the -- there is a | P-44578.1.2 |
| | 81:11 reference to the -- in the first paragraph to a | |
| | 81:12 status response congressional letter dated | |
| | 81:13 September 21st, 2015. | |
| | 81:14 And what that means to me is that | |
| | 81:15 congress probably wrote to ask about the | |
| | 81:16 status.  And in DEA's response to congress, it | |
| | 81:17 would have sent a CC copy to GAO. | |
| | 81:18   Q. So that -- that would have been | |

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| | 81:19 different than this type of letter? | P-44578.2 |
| | 81:20   A. Correct.  But it could have been | |
| | 81:21 similar. | |
| | 81:22   Q. Similar but not directly to GAO. | |
| | 81:23 Okay.  I want to direct you to the | |
| | 81:24 next page of the document, Section 2. | P-44578.3.1 |
| 81:25 - 85:02 | **Strait, Matthew 05-31-2019 (00:03:53)** | **MS04.59** |
| | 81:25 What is your understanding of the | |
| | 82:1 DEA response in Section 2? | |
| | 82:2 What is this in response to? | |
| | 82:3   A. Page 2, this is DEA's response to | P-44578.3.2 |
| | 82:4 Recommendation 2 about guidance for -- for | |
| | 82:5 distributors and those associations | |
| | 82:6 representing distributors on their suspicious | |
| | 82:7 order monitoring reporting obligations. | |
| | 82:8   Q. You were asked a lot of questions | |
| | 82:9 this morning about whether the DE -- DEA had | |
| | 82:10 issued any written guidance to distributors | |
| | 82:11 between the time that the report was issued and | |
| | 82:12 today. | |
| | 82:13 Does this section describe other | |
| | 82:14 actions that the DEA took to educate | |
| | 82:15 distributors about their responsibilities under | |
| | 82:16 the CSA? | |
| | 82:17   A. Yes. | |
| | 82:18   Q. And what are some of the actions | |
| | 82:19 that the DEA took during this time frame as | |
| | 82:20 outlined in this letter? | |
| | 82:21   A. So the first paragraph talks about | P-44578.3.3 |
| | 82:22 DEA's distributor conference, which it held in | |
| | 82:23 2013, and then, as indicated here, held in 2015 | |
| | 82:24 and 2016. | |
| | 82:25 The -- obviously what we go on to | P-44578.3.4 |
| | 83:1 say is that information provided during these | |
| | 83:2 conferences are published on DEA's web site. | |
| | 83:3 The third paragraph talks about | P-44578.3.5 |
| | 83:4 DEA's work with the National Association of | |
| | 83:5 Boards of Pharmacy and a number of other | |
| | 83:6 stakeholder groups, which includes some | |
| | 83:7 associations representing various aspects of | |

| | MS04-Strait, Matthew - Plaintiffs' Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

83:8 our registrant population on a consensus
83:9 document entitled "Stakeholders, Challenges and
83:10 Red-Flag Warning Signs Related to Prescribing
83:11 and Dispensing of Controlled Substances."
83:12   Q. Were all of these efforts by the DEA
83:13 to comply with the GAO's recommendation to
83:14 provide distributors further guidance under the
83:15 CSA?
83:16   A. Yes.
83:17   Q. Were some of these written?
83:18   A. To the extent that the distributor
83:19 conference presentations were -- are generally
83:20 PowerPoint presentations and therefore are --
83:21 are written documents, yes.
83:22 And the -- the NABP document, I
83:23 actually did take a look at that.  I did not
83:24 see where DEA was actually noted as an author,
83:25 which is the reason I didn't mention it during
84:1 my -- my remarks earlier.  So that I'm -- I'm
84:2 not certain I can say with certainty that that
84:3 would have constituted written DEA guidance.
84:4   Q. You mentioned, I think, in your
84:5 earlier answer something about a distributor
84:6 initiative and working directly with
84:7 distributors.
84:8 Do you recall that testimony?
84:9   A. Absolutely.  Yes.
84:10   Q. Would -- would this be a part of
84:11 that?
84:12   A. So actually the distributor
84:13 initiative is separate from the issues that are
84:14 outlined in this response.  But certainly DEA
84:15 has indicated that one of the main ways in
84:16 which it interacts with the distributor
84:17 community is through what's called the
84:18 distributor initiative, which I believe began
84:19 in 2006.
84:20 And this is direct, one-on-one
84:21 engagement with DEA registered distributors.
84:22 And that's different from the distributor

clear

**MS04-Strait, Matthew - Plaintiffs' Submission**

| Page/Line | Source | ID |
|---|---|---|

84:23 conference, which is a -- a number of DEA
84:24 registered distributors coming to a venue free
84:25 of charge, you know, to -- to receive
85:1 presentations from DEA and to collaborate with
85:2 DEA on -- on issues.

**88:11 - 89:12**   **Strait, Matthew 05-31-2019 (00:01:17)**   **MS04.60**

88:11   Q. In addition to the efforts described
88:12 in Exhibit 9, it appears that, in the third
88:13 paragraph of Exhibit 10, beginning with "DEA   P-19527.3.1
88:14 has continued to work with distributors," there
88:15 is the description of two additional
88:16 conferences in 2016; is that right?
88:17   A. Correct.
88:18   Q. Could you read that aloud for the
88:19 jury, please.
88:20   A. Sure.
88:21 "DEA has continued its work with
88:22 distributors and associations by meeting with
88:23 industry upon request and providing guidance
88:24 and discussion related to suspicious orders.
88:25 DEA held two distributors and one reverse
89:1 distributors conference in 2016.  These
89:2 conferences provided DEA with an excellent
89:3 opportunity to engage its distributor
89:4 registrants, attachment 4, about their roles
89:5 and responsibilities for monitoring and
89:6 reporting suspicious orders.  DEA plans to host
89:7 yearly training for distributors and reverse
89:8 distributors, which will answer questions on
89:9 these issues."
89:10   Q. I want to direct you to Table 21   P-20012.73.1
89:11 that you discussed earlier in Exhibit 3.  And
89:12 that is on page --

**89:13 - 89:14**   **Strait, Matthew 05-31-2019 (00:00:04)**   **MS04.61**

89:13   A. 66?
89:14   Q. -- 66 -- thank you -- of the report.

**89:15 - 91:20**   **Strait, Matthew 05-31-2019 (00:02:32)**   **MS04.62**

89:15 In your earlier testimony, I believe
89:16 you made the -- you clarified to say that the
89:17 GAO's recommendation, as you understood it, was

| Page/Line | Source | ID |
|---|---|---|

MS04-Strait, Matthew - Plaintiffs' Submission

89:18 based on the response outlined in this table;
89:19 is that right?
89:20   A. Yes.  And some -- and some of the --
89:21 the -- they had an open-ended question, and
89:22 then they had objective measures.  And Table 21
89:23 was representing answers to objective measures
89:24 in their survey.
89:25   Q. And in Table 21, this reflects that
90:1 there were 77 total responses from
90:2 distributors; is that right?
90:3   A. Yes.  I see one other thing that --
90:4 on this table representing distributors saying
90:5 that there may have been 78 responses.  But
90:6 yes, 77 or 78 of the 200 that were -- that
90:7 received the opportunity to respond to their
90:8 survey.
90:9   Q. And you said a few moments ago that
90:10 there's between, now, 715 to 750 distributors.
90:11 Was that number different at the
90:12 time that this report was issued?
90:13   A. Yeah.  The -- the number that's used
90:14 in the report is I believe 954.  And I believe
90:15 the distinction there -- because I didn't go
90:16 back and look at where we were in 2014.  But I
90:17 believe the difference is I'm talking about
90:18 controlled substance distributors.
90:19 We also have a population of
90:20 registrants that are involved in the
90:21 distribution of List I chemicals.  So I'm
90:22 excluding the List I chemical population from
90:23 my numbers.
90:24   Q. Would the number -- what would the
90:25 number of controlled substances distributors
91:1 have been around the time that this report was
91:2 issued, if you know?
91:3   A. I think it would have been
91:4 comparable to what -- the numbers that we have
91:5 now.  I don't think we've seen any drastic
91:6 changes in the size of our registrant
91:7 population for DEA-registered distributors.

P-20012.73.2

| Page/Line | Source | ID |
|---|---|---|
| | 91:8   Q. So directing your attention back to | |
| | 91:9 Table 1. | |
| | 91:10 Of those that responded to the | |
| | 91:11 survey -- let's look at this first line here. | |
| | 91:12 Here you see the 77 responses, | |
| | 91:13 correct, is in respect to the DEA's Know Your | |
| | 91:14 Customer guidance, right? | |
| | 91:15   A. Yes. | |
| | 91:16   Q. Okay.  And what is the total number | |
| | 91:17 of distributors that they said -- that thought | |
| | 91:18 that the DEA's feedback was very or moderately | P-20012.73.3 |
| | 91:19 helpful? | |
| | 91:20   A. So it's about two -- | |
| 91:22 - 92:07 | **Strait, Matthew 05-31-2019 (00:00:20)** | **MS04.63** |
| | 91:22 THE WITNESS:  It's approximately | |
| | 91:23 two-thirds of the registrants that did respond | |
| | 91:24 to this question indicated that they found | |
| | 91:25 DEA's guidance to be very or moderately | |
| | 92:1 helpful. | |
| | 92:2 BY MS. ELLIS: | |
| | 92:3   Q. A majority. | |
| | 92:4   A. A majority, yes. | |
| | 92:5   Q. And how many, according to this | |
| | 92:6 chart, found that it was only slightly or not | P-20012.73.4 |
| | 92:7 helpful at all? | |
| 92:10 - 92:11 | **Strait, Matthew 05-31-2019 (00:00:03)** | **MS04.64** |
| | 92:10 THE WITNESS:  The number here is 28 | |
| | 92:11 of 77. | |
| 94:25 - 95:02 | **Strait, Matthew 05-31-2019 (00:00:07)** | **MS04.65** |
| | | clear |
| | 94:25   Q. Are you aware of whether the GA | |
| | 95:1 [sic] solicited input from registrants into the | |
| | 95:2 content of the survey? | |
| 95:04 - 95:07 | **Strait, Matthew 05-31-2019 (00:00:04)** | **MS04.66** |
| | 95:4 THE WITNESS:  I don't know the | |
| | 95:5 answer to that question, no. | |
| | 95:6 BY MS. ELLIS: | |
| | 95:7   Q. Would that surprise you? | |
| 95:09 - 95:14 | **Strait, Matthew 05-31-2019 (00:00:13)** | **MS04.67** |
| | 95:9 THE WITNESS:  Yes.  That would | |
| | 95:10 probably surprise me a little bit. | |

**MS04-Strait, Matthew - Plaintiffs' Submission**

| | MS04-Strait, Matthew - Plaintiffs' Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 95:11 BY MS. ELLIS: | |
| | 95:12   Q. Are you aware that the GAO solicited | |
| | 95:13 input into this report and the survey as early | |
| | 95:14 as July of 2013 -- | |
| 95:18 - 95:22 | **Strait, Matthew 05-31-2019 (00:00:10)** | **MS04.68** |
| | 95:18   Q. -- from registrants? | |
| | 95:19   A. Can you repeat that. | |
| | 95:20   Q. Are you aware that the GAO solicited | |
| | 95:21 input into the survey and report from | |
| | 95:22 registrants as early as July of 2013? | |
| 96:01 - 96:01 | **Strait, Matthew 05-31-2019 (00:00:01)** | **MS04.69** |
| | 96:1 THE WITNESS:  And the answer is no. | |
| 96:02 - 96:05 | **Strait, Matthew 05-31-2019 (00:00:10)** | **MS04.70** |
| | 96:2 BY MS. ELLIS: | |
| | 96:3   Q. Are you aware that in August of 2013 | |
| | 96:4 the GAO participated in a conference call with | |
| | 96:5 the HDMA staff regarding this report? | |
| 96:09 - 96:09 | **Strait, Matthew 05-31-2019 (00:00:02)** | **MS04.71** |
| | 96:9 THE WITNESS:  No.  I am not aware. | |
| 96:10 - 96:11 | **Strait, Matthew 05-31-2019 (00:00:02)** | **MS04.72** |
| | 96:10 BY MS. ELLIS: | |
| | 96:11   Q. What is the HDMA; do you know? | |
| 96:15 - 96:17 | **Strait, Matthew 05-31-2019 (00:00:05)** | **MS04.73** |
| | 96:15 THE WITNESS:  HDMA is now HDA.  And | |
| | 96:16 I believe they're the Healthcare Distributor | |
| | 96:17 Alliance. | |
| 98:21 - 98:25 | **Strait, Matthew 05-31-2019 (00:00:08)** | **MS04.74** |
| | 98:21   Q. You said they were on the hill | |
| | 98:22 talking about their representatives' concern | |
| | 98:23 over the amount of communication that they had | |
| | 98:24 with the DEA. | |
| | 98:25 What do you mean? | |
| 99:03 - 99:14 | **Strait, Matthew 05-31-2019 (00:00:33)** | **MS04.75** |
| | 99:3 THE WITNESS:  So HDMA, HDA is a -- | |
| | 99:4 is a lobbying firm that represents the | |
| | 99:5 interests of -- of their clients on Capital | |
| | 99:6 Hill.  And they were very vocal.  And they've | |
| | 99:7 actually testified alongside DEA witnesses at | |
| | 99:8 hearings in which these -- these issues were | |
| | 99:9 brought up in terms of communication with the | |

| | MS04-Strait, Matthew - Plaintiffs' Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

99:10 agency.

99:11 BY MS. ELLIS:

99:12   Q. Do you understand that they've tried

99:13 to influence the way the DEA communicates with

99:14 registrants?

| | | |
|---|---|---|
| 99:19 - 99:19 | **Strait, Matthew 05-31-2019 (00:00:01)** | **MS04.76** |

99:19 THE WITNESS:  Yes.

| | | |
|---|---|---|
| 104:16 - 104:23 | **Strait, Matthew 05-31-2019 (00:00:19)** | **MS04.77** |

104:16 (Deposition Exhibit 12 was marked

104:17 for identification.)

104:18 BY MS. ELLIS:

104:19   Q. Handing you what's been marked for                   P-44579.1

104:20 the record as Exhibit 12.

104:21 Are you aware that the GAO held a

104:22 meeting with industry representatives,

104:23 including CSA, registrants in October of 2014?

| | | |
|---|---|---|
| 105:01 - 105:01 | **Strait, Matthew 05-31-2019 (00:00:02)** | **MS04.78** |

105:1 THE WITNESS:  I am not, no.

| | | |
|---|---|---|
| 105:02 - 106:20 | **Strait, Matthew 05-31-2019 (00:01:56)** | **MS04.79** |

105:2 BY MS. ELLIS:

105:3   Q. Would you read the first two

105:4 sentences of the top of that e-mail for me,

105:5 please.

105:6   A. Starting with "I'll ask Carl"?

105:7   Q. Yes.

105:8   A. "I'll ask Carl.  As to HDMA, here                   P-44579.1.1

105:9 are my thoughts."

105:10 Keep going.

105:11   Q. Yes, please.

105:12   A. Okay.  "First, in my discussions                    P-44579.1.2

105:13 with HDMA, they have told me that they were

105:14 involved in helping to create the survey.  So

105:15 I'm assuming they have already provided their

105:16 input to the GAO.  Second, not sure if this

105:17 meeting at NASCSA is just for industry (and not

105:18 trade groups) given it's targeted specifically

105:19 towards industry representatives.  I can ask

105:20 HDMA if they are going/got an invitation."

105:21 Keep going?

105:22   Q. Sure.  Go ahead.

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 105:23   A. "Lastly, not sure we want Linden | P-44579.1.3 |
| | 105:24 there at this event if we're trying to keep a | |
| | 105:25 low profile (and not sure he can go without | |
| | 106:1 specifying for whom he is attending)." | |
| | 106:2 Keep reading? | |
| | 106:3   Q. Just go ahead and -- | |
| | 106:4   A. Okay. | |
| | 106:5   Q. -- read the next two sentences. | |
| | 106:6   A. "My overall concern with this is | P-44579.1.4 |
| | 106:7 that we got burned before with the GAO.  And | |
| | 106:8 I'm not sure how much we want to be perceived | |
| | 106:9 as being on the front end with them.  I think | |
| | 106:10 we've worked towards coordinating a common | |
| | 106:11 theme from our industry colleagues (via our | |
| | 106:12 work groups, Purdue, et cetera.  Just not sure | |
| | 106:13 the downside of the potentially irritating DEA | |
| | 106:14 is worth the added benefit of showing up at | |
| | 106:15 this meeting where DEA reps most likely will be | |
| | 106:16 present at the NASCSA meeting.  If you think | |
| | 106:17 other" -- "otherwise, let's decide who should | |
| | 106:18 go.  Thanks, Bob." | |
| | 106:19   Q. Do you know if DEA reps were present | |
| | 106:20 at that NASCSA meeting? | |
| 106:24 - 106:25 | **Strait, Matthew 05-31-2019 (00:00:02)** | **MS04.80** |
| | 106:24 THE WITNESS:  I don't.  I don't know | |
| | 106:25 the answer. | |
| 109:10 - 110:15 | **Strait, Matthew 05-31-2019 (00:01:38)** | **MS04.81** |
| | 109:10   Q. We were just discussing Exhibit 8, | P-9229.1 |
| | 109:11 which is the GAO summary available on their web | P-9229.1.1 |
| | 109:12 site regarding the GAO report we've been | |
| | 109:13 discussing today. | |
| | 109:14 I would like to direct your | |
| | 109:15 attention to midway through the first | P-9229.1.6 |
| | 109:16 paragraph.  And there is a sentence there | |
| | 109:17 starting with "Of those." | |
| | 109:18 Do you see it? | |
| | 109:19   A. Yes. | |
| | 109:20   Q. Could you read that aloud, please. | |
| | 109:21   A. "Of those registrants that have | |
| | 109:22 interacted with DEA, most were generally | |

| MS04-Strait, Matthew - Plaintiffs' Submission |
| :--- |

| Page/Line | Source | ID |
| :--- | :---: | ---: |

109:23 satisfied with those interactions.  For
109:24 example, 92 percent of distributors that
109:25 communicated with DEA field office staff found
110:1 them 'very' or 'moderately' helpful.  However,
110:2 some distributors, individual pharmacies and
110:3 chain pharmacy corporate office want improved
110:4 guidance from and additional communication with
110:5 DEA about their CSA roles and responsibilities.
110:6 For example, 36 of 55 distributors commented
110:7 that more communication or information from or
110:8 interactions with DEA would be helpful.  DEA
110:9 officials indicated that they do not believe
110:10 there is a need for more registrant guidance or
110:11 communication."
110:12   Q. Do you understand that sentence to
110:13 be the support for the GAO's Recommendation 2
110:14 in that report?
110:15   A. The --

**110:17 - 111:12**   **Strait, Matthew 05-31-2019 (00:01:01)**   **MS04.82**

110:17 THE WITNESS:  The 36 of 55?
110:18 MS. ELLIS:  Yes.
110:19 THE WITNESS:  I don't have a way of
110:20 knowing what GAO was thinking in terms of
110:21 crafting their recommendations.  So I can't
110:22 answer your question.
110:23 BY MS. ELLIS:
110:24   Q. Let's look at the second paragraph.   **P-9229.1.7**
110:25 If you could read that aloud, please.
111:1   A. "Officials GAO interviewed from 14
111:2 of 16 state government agencies and 24 of 26
111:3 national associations said they interact with
111:4 DEA through various methods.  13 of 14 state
111:5 agencies and 10 of 17 national associations
111:6 that commented about their satisfaction with
111:7 DEA interactions said they were generally
111:8 satisfied.  However, some associations wanted
111:9 improved DEA communication."
111:10   Q. The next paragraph goes on to put a   **P-9229.1.8**
111:11 number on that, quote, some associations,
111:12 doesn't it?  The next sentence?

| | | |
|---|---|---|
| **MS04-Strait, Matthew - Plaintiffs' Submission** | | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 111:15 - 112:03 | **Strait, Matthew 05-31-2019 (00:00:32)** | **MS04.83** |
| | 111:15   Q. Go ahead and read the next sentence | |
| | 111:16 for the jury. | |
| | 111:17   A. Okay. | |
| | 111:18 "Because the additional | |
| | 111:19 communication that four associations want | |
| | 111:20 relates to their members' CSA roles and | |
| | 111:21 responsibility, improved DEA communication with | |
| | 111:22 and guidance for registrants may address some | |
| | 111:23 of the associations concerns." | |
| | 111:24 So yes to your question.  Four is | |
| | 111:25 the number. | |
| | 112:1   Q. So is it your understanding that | |
| | 112:2 Recommendation 2 was based, in part, on | |
| | 112:3 feedback from four associations? | |
| 112:08 - 112:15 | **Strait, Matthew 05-31-2019 (00:00:16)** | **MS04.84** |
| | 112:8 THE WITNESS:  Yeah.  Like I said, I | |
| | 112:9 don't know what -- what specifically GAO was | |
| | 112:10 thinking here.  But it certainly seems | |
| | 112:11 reasonable that -- that these concerns raised | |
| | 112:12 by these associations may have informed their | |
| | 112:13 decision making. | |
| | 112:14 MS. ELLIS:  I have no further | clear |
| | 112:15 questions at this time. | |
| 115:21 - 116:01 | **Strait, Matthew 05-31-2019 (00:00:22)** | **MS04.85** |
| | 115:21   Q. You were also shown a document | P-19527.2.1 |
| | 115:22 reflecting a communication from DEA to GAO on | |
| | 115:23 December 20th, 2016.  I believe it was | |
| | 115:24 Exhibit 10. | |
| | 115:25   A. Yes. | |
| | 116:1   Q. And on the second page of the | P-19527.3.2 |
| 116:02 - 117:11 | **Strait, Matthew 05-31-2019 (00:02:04)** | **MS04.86** |
| | 116:2 letter -- I'll just go ahead and show you | |
| | 116:3 this -- this has some of my highlighting, but I | P-19527.3.3 |
| | 116:4 want to direct you to the -- the paragraph -- | |
| | 116:5 the second paragraph of DEA's response states | |
| | 116:6 that:  "The GAO survey was conducted in 2015 | |
| | 116:7 prior to new DEA leadership, including a new | |
| | 116:8 acting administrator and new management for the | |
| | 116:9 diversion control division.  DEA's new | |

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

116:10 management met with industry leaders on
116:11 February 29th, 2016.  Since then DEA has
116:12 continued to work with the industry and
116:13 improved communication on these issues."
116:14 Did I read that correctly?
116:15   A. Yes.
116:16   Q. In -- in the DEA's response to the
116:17 GAO and the DEA's status report to the GAO, why
116:18 did the DEA referenced [sic] new leadership and
116:19 new management?
116:20   A. So there was a -- a recognition that
116:21 in -- was it July of 2015 DEA got a new
116:22 administrator.  That was shortly after the
116:23 former administrator, Michele Leonhart,
116:24 retired.  And one of Acting Administrator
116:25 Rosenberg's first orders of business was to
117:1 work more in a collaborative fashion with our
117:2 registrant community.
117:3 And so, in -- in -- along that side,
117:4 he also decided to identify a new person that
117:5 would run the diversion control program.  And
117:6 that resulted in the former head of diversion
117:7 retiring.
117:8   Q. And this introduction of new
117:9 management and new leadership in the DEA Office
117:10 of Diversion Control and at the DEA resulted in
117:11 improved communications on these issues, fair?

**117:14 - 118:01    Strait, Matthew 05-31-2019 (00:00:33)                                          MS04.87**

117:14 THE WITNESS:  The February 29th,
117:15 2016 meeting was a listening session.  So this
117:16 was our opportunity to basically hear from our
117:17 trade associations as to things that they
117:18 wanted to communicate with DEA about.
117:19 BY MR. MASTERS:
117:20   Q. And the DEA's new management felt
117:21 that that was a priority?
117:22   A. That was something we absolutely
117:23 wanted to do, yeah.
117:24 And I would say that, under the
117:25 leadership of Acting Administrator Rosenberg,

| MS04-Strait, Matthew - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 118:1 that was a priority, yes. | |
| 121:10 - 122:03 | **Strait, Matthew 05-31-2019 (00:01:04)** | **MS04.88** |
| | 121:10   Q. One final question:  Counsel for | |
| | 121:11 plaintiffs at -- at Exhibit 9, I believe it | P-44578.2 |
| | 121:12 was, reviewed a status report from April 27th, | P-44578.2.2 |
| | 121:13 2016, in which the DEA listed a number of | |
| | 121:14 communications that it -- or a number of | |
| | 121:15 efforts that it took to comply with the GAO's | |
| | 121:16 recommendation. | |
| | 121:17 And I just want to confirm for the | |
| | 121:18 record that the GAO, in response to this | |
| | 121:19 letter, did not close the recommendation, | |
| | 121:20 correct? | |
| | 121:21   A. They did not close the | |
| | 121:22 recommendation despite our request that they do | |
| | 121:23 so. | |
| | 121:24   Q. And in -- and in June of 2016, the | |
| | 121:25 GAO stated that additional written guidance is | |
| | 122:1 still -- has still not occurred and is -- and | |
| | 122:2 is needed in order to satisfy and close the | |
| | 122:3 recommendation, correct? | |
| 122:06 - 122:14 | **Strait, Matthew 05-31-2019 (00:00:18)** | **MS04.89** |
| | 122:6 THE WITNESS:  I would just refer you | |
| | 122:7 to the -- the plain language in -- in Exhibit | |
| | 122:8 8, which talks about the status as indicated by | |
| | 122:9 GAO on their web site.  And I can read that if | |
| | 122:10 you'd like. | |
| | 122:11 BY MR. MASTERS: | |
| | 122:12   Q. Which -- which is still open, | |
| | 122:13 correct? | |
| | 122:14   A. It is still open, yes. | |

Plaintiffs Affirmative Designations = 00:34:31
Defense Counter Designations = 00:04:20
Plaintiff Counter Counters = 00:03:05
Defense Completeness Counters = 00:22:58
**Total Time = 01:04:54**

**Documents Shown**

| Page/Line | Source | ID |
|---|---|---|
| DEF-WV-619 | | |
| P-19527 | | |
| P-20012 | | |
| P-44578 | | |
| P-44579 | | |
| P-9229 | | |
| P-9302 | | |
| P-9303 | | |