**Designation Run Report**

ID:V706

# Kelly, Patrick - Defendants' Counter-Designations 5-12 10am

___

**Kelly, Patrick 05-10-2019**

___

**Defendants' Counter-Designations  00:04:25**

**Total Time  00:04:25**



| Page/Line | Source | ID |
|---|---|---|
| | **V706-Kelly, Patrick - Defendants' Counter-Designations 5-12 10am** | |
| 242:19 - 243:04 | **Kelly, Patrick 05-10-2019 (00:00:26)**<br>242:19   Q. Handing you what's marked as<br>242:20 Exhibit 24.<br>242:21 (Document marked for<br>242:22 identification as Exhibit<br>242:23 HDA-Kelly-24.)<br>242:24 BY MR. PIFKO:<br>243:1   Q. It is a three-page e-mail<br>243:2 between HDA and AmerisourceBergen.<br>243:3 Bates-labeled HDA_MDL_000156499 through<br>243:4 156501. | V706.2 |
| 243:05 - 243:06 | **Kelly, Patrick 05-10-2019 (00:00:02)**<br>243:5 Take a minute to review<br>243:6 this, and let me know when you're done. | V706.3 |
| 243:07 - 243:13 | **Kelly, Patrick 05-10-2019 (00:00:14)**<br>243:7 There is some discussion<br>243:8 about whether Chris Zimmerman from<br>243:9 AmerisourceBergen is going to serve as<br>243:10 a -- a chairman of a committee.  I'm not<br>243:11 interested in that part of the discussion<br>243:12 here.<br>243:13   A. Okay. | V706.4 |
| 243:14 - 244:18 | **Kelly, Patrick 05-10-2019 (00:01:06)**<br>243:14   Q. This goes back to earlier in<br>243:15 the process of developing the industry<br>243:16 compliance guidelines or best practices,<br>243:17 agree, it's back in early January 2008?<br>243:18   A. Yes.<br>243:19   Q. And this is before this<br>243:20 meeting with DEA, correct?<br>243:21   A. It is.<br>243:22   Q. Okay.  And in this e-mail on<br>243:23 the first page, 156499, Mr. Zimmerman<br>243:24 tells HDA's Anita Ducca, "I think we need<br>244:1 to discuss the suspicious order project.<br>244:2 Since ABC has an agreement with DEA, it<br>244:3 does not matter what best practices HDMA<br>244:4 develops because ABC must adhere to its<br>244:5 written agreement with DEA.  I assume<br>244:6 Cardinal will be in the same boat. | V706.5 |

| Page/Line | Source | ID |
|---|---|---|
| | V706-Kelly, Patrick - Defendants' Counter-Designations 5-12 10am | |
| | 244:7 Therefore, I'm not sure what benefit ABC | |
| | 244:8 would receive from this project." | |
| | 244:9 Do you see that? | |
| | 244:10   A. I do. | |
| | 244:11   Q. Did I read that correctly? | |
| | 244:12   A. You do. | |
| | 244:13   Q. Okay.  So you agree that at | |
| | 244:14 this time Mr. Zimmerman is saying that | |
| | 244:15 he's not going to implement any | |
| | 244:16 guidelines or best practices, and he | |
| | 244:17 assumes Cardinal is not going to either, | |
| | 244:18 correct? | |
| 244:23 - 245:10 | **Kelly, Patrick 05-10-2019 (00:00:20)** | V706.6 |
| | 244:23 THE WITNESS:  I think what | |
| | 244:24 he's implying is that they are | |
| | 245:1 already under strict adherence to | |
| | 245:2 a specific plan with -- directly | |
| | 245:3 with the DEA that satisfies their | |
| | 245:4 obligations.  But it's specific to | |
| | 245:5 those companies individually, | |
| | 245:6 therefore, a model plan or | |
| | 245:7 guidelines is irrelevant for them. | |
| | 245:8 BY MR. PIFKO: | |
| | 245:9   Q. And they have no plan on | |
| | 245:10 implementing them at this time, correct? | |
| 245:15 - 246:01 | **Kelly, Patrick 05-10-2019 (00:00:32)** | V706.7 |
| | 245:15 THE WITNESS:  Because they | |
| | 245:16 have their own policies in place. | |
| | 245:17 BY MR. PIFKO: | |
| | 245:18   Q. You said here that they have | |
| | 245:19 a plan that satisfies the DEA.  Where | |
| | 245:20 does it say that it satisfies the DEA? | |
| | 245:21   A. I'm deducing from this | |
| | 245:22 document that since ABC has an agreement | |
| | 245:23 with DEA, it does not matter what best | |
| | 245:24 practices HDMA develops because ABC must | |
| | 246:1 adhere to its written agreement with DEA. | |
| 284:18 - 285:01 | **Kelly, Patrick 05-10-2019 (00:00:21)** | V706.8 |
| | 284:18 (Document marked for | |
| | 284:19 identification as Exhibit | |

| Page/Line | Source | ID |
|---|---|---|
| | 284:20 HDA-Kelly-28.)<br>284:21 BY MR. PIFKO:<br>284:22  Q. I'm handing you what's<br>284:23 marked Exhibit 28, single-page document,<br>284:24 a letter from the DEA dated October 17,<br>285:1 2008, Bates-labeled CAH_MDL2804_02489203. | |
| 285:02 - 285:08 | **Kelly, Patrick 05-10-2019 (00:00:18)**<br>285:2 Take a minute to review this.  This is a<br>285:3 letter HDA received after finalizing the<br>285:4 guidelines from DEA, correct?<br>285:5   A. I'm sorry.  Could you<br>285:6 restate it?<br>285:7   Q. Take a minute to review it.<br>285:8 And let me know when you're done. | V706.9 |
| 285:09 - 286:24 | **Kelly, Patrick 05-10-2019 (00:01:06)**<br>285:9   A. All right.<br>285:10   Q. Okay.  This is a letter that<br>285:11 DEA receive -- or sorry, DEA sent to HDA<br>285:12 after the guidelines were completed,<br>285:13 correct?<br>285:14   A. That's my understanding,<br>285:15 yes.<br>285:16   Q. This is to HDA's president,<br>285:17 John Gray?<br>285:18   A. Yes.<br>285:19   Q. Okay.  It says in the first<br>285:20 paragraph, second sentence, "The elements<br>285:21 set forth in the industry compliance<br>285:22 guidelines reporting suspicious orders<br>285:23 and preventing diversion of controlled<br>285:24 substances are important to sustaining<br>286:1 effective controls to guard against<br>286:2 diversion of controlled substances."<br>286:3 You agree that's what it<br>286:4 says?<br>286:5   A. That's what it says, yes.<br>286:6   Q. Second paragraph, last<br>286:7 sentence, "All distributors must<br>286:8 implement processes and procedures to<br>286:9 effectively ensure that controlled | V706.10 |

**V706-Kelly, Patrick - Defendants' Counter-Designations 5-12 10am**  Page 5/5

| Page/Line | Source | ID |
|---|---|---|
| | 286:10 substances are not diverted to illicit | |
| | 286:11 use." | |
| | 286:12 Do you agree with me that's | |
| | 286:13 what it says? | |
| | 286:14   A. Yes. | |
| | 286:15   Q. Third paragraph, first | |
| | 286:16 sentence, "Although diversion control is | |
| | 286:17 not a one-size-fits-all effort, companies | |
| | 286:18 that implement processes and procedures | |
| | 286:19 that effectively accomplish these | |
| | 286:20 objectives will do much to ensure that | |
| | 286:21 vital controlled substances are not | |
| | 286:22 diverted to illegitimate uses." | |
| | 286:23 Agree that's what it says? | |
| | 286:24   A. Yes. | |

Defendants' Counter-Designations = 00:04:25

**Total Time = 00:04:25**