**Designation Run Report**

# - Eric Cherveny Plaintiff Submissions

**Cherveny, Eric 11-09-2018**

| | |
|---|---|
| **Plaintiffs Affirmative Designations** | **00:20:21** |
| **Defense Completeness Counters** | **00:01:32** |
| **Plaintiff Counter Counters** | **00:00:10** |
| **Total Time** | **00:22:03** |



ID:CE01

| Page/Line | Source | ID |
|---|---|---|
| | **CE01-- Eric Cherveny Plaintiff Submissions** | |
| 11:7 - 11:17 | **Cherveny, Eric 11-09-2018 (00:00:19)** | CE01.1 |
| | 11:7   Q. Mr. Cherveny, before we get | |
| | 11:8 started, can you just spell your first | |
| | 11:9 and last name on the record to make sure | |
| | 11:10 it's clear? | |
| | 11:11   A. Yeah.  Eric, E-R-I-C.  Last | |
| | 11:12 name Cherveny, C-H-E-R-V-E-N-Y. | |
| | 11:13   Q. Okay.  Thank you. | |
| | 11:14 And you understand that | |
| | 11:15 you're here as a fact witness today to | |
| | 11:16 give a deposition, correct? | |
| | 11:17   A. Yes. | |
| 56:20 - 57:3 | **Cherveny, Eric 11-09-2018 (00:00:10)** | CE01.2 |
| | 56:20   Q. Okay.  And then you made a | |
| | 56:21 comment earlier that while you were doing | |
| | 56:22 that, you got noticed by the executives. | |
| | 56:23 Did I get that right? | |
| | 56:24   A. Yes. | |
| | 57:1   Q. Okay.  Who would the | |
| | 57:2 executives have been and what did they | |
| | 57:3 notice? | |
| 57:6 - 57:16 | **Cherveny, Eric 11-09-2018 (00:00:21)** | CE01.3 |
| | 57:6 THE WITNESS:  They noticed | |
| | 57:7 that I broke -- that I was pretty | |
| | 57:8 good at English, and I was able to | |
| | 57:9 break down the -- the interview | |
| | 57:10 interrogations into paragraphs.  I | |
| | 57:11 was able to break -- break the | |
| | 57:12 grammar down properly in the | |
| | 57:13 interrogation report that I | |
| | 57:14 transcribed.  So basically, they | |
| | 57:15 just noticed the reports that I | |
| | 57:16 was generating for them. | |
| 57:18 - 57:22 | **Cherveny, Eric 11-09-2018 (00:00:13)** | CE01.4 |
| | 57:18   Q. And who would the executives | |
| | 57:19 have been? | |
| | 57:20   A. Chris Zimmerman and the | |
| | 57:21 investigators that I was conducting the | |
| | 57:22 transcriptions for. | |
| 58:22 - 59:7 | **Cherveny, Eric 11-09-2018 (00:00:22)** | CE01.5 |

| Page/Line | Source | ID |
|---|---|---|
| | CE01-- Eric Cherveny Plaintiff Submissions | |
| | 58:22   Q. And after you got noticed by<br>58:23 the executives, was there a change in<br>58:24 your job responsibilities?<br>59:1   A. Yes.<br>59:2   Q. What was the change?<br>59:3   A. I was moved upstairs.  And I<br>59:4 was given the responsibility of taking<br>59:5 over subpoenas, information requests from<br>59:6 state and federal agencies, as well as<br>59:7 licensing. | |
| 61:7 - 61:24 | **Cherveny, Eric 11-09-2018 (00:00:42)**<br>61:7   Q. Okay.  So you said there was<br>61:8 a merger in 2001?<br>61:9   A. Yes.<br>61:10   Q. Okay.  And that was between<br>61:11 Bergen Brunswick and who?<br>61:12   A. Amerisource Health.<br>61:13   Q. Was there any change in your<br>61:14 responsibilities at the time of the<br>61:15 merger?<br>61:16   A. Yes.<br>61:17   Q. And what was that?<br>61:18   A. I was relocated from Orange,<br>61:19 California, to Chesterbrook,<br>61:20 Pennsylvania, and I continued to conduct<br>61:21 the licensing and information requests<br>61:22 for a period of time, but -- but shortly<br>61:23 thereafter I took over the east region as<br>61:24 a regulatory manager. | CE01.6 |
| 199:18 - 201:18 | **Cherveny, Eric 11-09-2018 (00:01:43)**<br>199:18   Q. My name is Mark Pifko.  I<br>199:19 also represent the plaintiffs in this<br>199:20 matter.  I'm going to be asking you some<br>199:21 questions.  Okay?<br>199:22   A. Yes.<br>199:23   Q. Do you understand that<br>199:24 you're still under oath?<br>200:1   A. Yes, I do.<br>200:2   Q. All right.  Before the<br>200:3 break, you mentioned that you had some | CE01.7 |

| Page/Line | Source | ID |
|---|---|---|
| | CE01-- Eric Cherveny Plaintiff Submissions | |
| | 200:4 investigative responsibilities as well | |
| | 200:5 after you moved to Philadelphia, or | |
| | 200:6 Pennsylvania, correct? | |
| | 200:7   A. In the form of -- yeah, I | |
| | 200:8 was a regional director, you know, during | |
| | 200:9 that period of time.  And I did have some | |
| | 200:10 investigative responsibilities. | |
| | 200:11   Q. Okay.  What specifically | |
| | 200:12 were your investigative responsibilities | |
| | 200:13 at that time?  And let's be clear about | |
| | 200:14 dates.  So when was the first time that | |
| | 200:15 you took on investigative | |
| | 200:16 responsibilities? | |
| | 200:17   A. I conducted various | |
| | 200:18 investigations throughout my tenure as a | |
| | 200:19 regional director, supervisor, manager | |
| | 200:20 throughout that period. | |
| | 200:21   Q. And that was from 2002 to | |
| | 200:22 2015? | |
| | 200:23   A. Yes. | |
| | 200:24   Q. Okay.  So when you took the | |
| | 201:1 job in 2002, we talked about that | |
| | 201:2 earlier, that was a new job, correct? | |
| | 201:3   A. It was new -- | |
| | 201:4   Q. New responsibilities? | |
| | 201:5   A. Yes. | |
| | 201:6   Q. And among those | |
| | 201:7 responsibilities was performing or | |
| | 201:8 supervising investigations; is that | |
| | 201:9 correct? | |
| | 201:10   A. Well, I didn't really | |
| | 201:11 supervise investigations.  I conducted | |
| | 201:12 investigations as part of my role of | |
| | 201:13 being a regional director. | |
| | 201:14   Q. Okay.  You conducted all | |
| | 201:15 the -- to the extent an investigation was | |
| | 201:16 conducted while you were regional | |
| | 201:17 director, it was conducted exclusively by | |
| | 201:18 you? | |
| 201:21 - 202:2 | **Cherveny, Eric 11-09-2018 (00:00:07)** | **CE01.8** |

| Page/Line | Source | ID |
|---|---|---|
| | 201:21 THE WITNESS:  I would<br>201:22 conduct my own investigations.  I<br>201:23 also worked with our investigative<br>201:24 team on certain investigations<br>202:1 depending on what we were<br>202:2 investigating. | |
| 202:4 - 203:2 | **Cherveny, Eric 11-09-2018 (00:00:48)**<br>202:4   Q. Okay.  Let's talk about the<br>202:5 nature and scope of the investigations<br>202:6 that you conducted.  Were there different<br>202:7 types of investigations that you<br>202:8 conducted?<br>202:9   A. Yes, a whole array.<br>202:10   Q. All right.  Can you name<br>202:11 some of them today?<br>202:12   A. As a regional director, I<br>202:13 did a lot of theft investigations.  I<br>202:14 think that would be the lion's share of<br>202:15 the investigation types that I conducted.<br>202:16   Q. And --<br>202:17   A. In --<br>202:18   Q. I'm sorry.  Continue.  I<br>202:19 don't want to interrupt you.<br>202:20   A. In addition to that, I did<br>202:21 construct investigations from 2005 to<br>202:22 2007.  I would review what we call the<br>202:23 possible suspicious order reports.  And<br>202:24 this was a function that was assigned to<br>203:1 me as a collateral duty outside of my<br>203:2 responsibility as regional director. | **CE01.49** |
| 209:6 - 209:18 | **Cherveny, Eric 11-09-2018 (00:00:20)**<br>209:6   Q. Did the company have a<br>209:7 database where they kept subpoenas and<br>209:8 investigative requests of that nature<br>209:9 that you were responsible for responding<br>209:10 to in a centralized location?<br>209:11   A. Yeah.  In that time period<br>209:12 we had, we had a system.<br>209:13   Q. Okay.  What was the name of<br>209:14 that system? | **CE01.10** |

CE01-- Eric Cherveny Plaintiff Submissions

## CE01-- Eric Cherveny Plaintiff Submissions

| Page/Line | Source | ID |
|---|---|---|
| | 209:15   A. I believe it was law -- Law<br>209:16 Track or Law Pack.  I think it<br>209:17 transitioned from one to the other, but<br>209:18 again, that was a long time ago. | |
| 210:4 - 211:4 | **Cherveny, Eric 11-09-2018 (00:00:54)**<br>210:4   Q. Do you know the period for<br>210:5 how long those kinds of investigations<br>210:6 and requests would be maintained on that<br>210:7 system?<br>210:8   A. Well, they were maintained<br>210:9 from that point all the way until, you<br>210:10 know, roughly in the last year or two<br>210:11 when we switched systems.<br>210:12   Q. Okay.  And then when you<br>210:13 switched systems, what -- what did you do<br>210:14 with the data, do you know?<br>210:15   A. The data was transferred to<br>210:16 another system for maintenance, and it's<br>210:17 still there.  It's still retrievable by<br>210:18 us.<br>210:19   Q. Okay.  Is that -- from time<br>210:20 to time do you ever go back and, for<br>210:21 business reasons, look at that data?<br>210:22   A. I do.  I don't do it as much<br>210:23 as my investigators do.  They are the<br>210:24 ones that are doing the day-to-day<br>211:1 investigations for the most part.  But<br>211:2 they do go in there readily.  I mean,<br>211:3 that's where all the old information is<br>211:4 so... | CE01.11 |
| 211:23 - 212:10 | **Cherveny, Eric 11-09-2018 (00:00:24)**<br>211:23   Q. Okay.  What are the types of<br>211:24 occasions on which you would -- you would<br>212:1 seek to obtain information from that<br>212:2 historic system?<br>212:3   A. During any investigation.<br>212:4 If we're looking into a customer and we<br>212:5 want to see their background, what we<br>212:6 have in their due diligence file, we<br>212:7 would go into either system to see what | CE01.12 |

| Page/Line | Source | ID |
|---|---|---|
| | 212:8 we have on them.  So that would be a | |
| | 212:9 result of investigations or subpoenas, | |
| | 212:10 any number of reasons. | |
| 226:24 - 227:3 | **Cherveny, Eric 11-09-2018 (00:00:08)** | **CE01.13** |
| | 226:24   Q. So there's someone whose job | |
| | 227:1 it is to sit at a computer terminal and | |
| | 227:2 monitor the orders that are getting | |
| | 227:3 flagged for various failures? | |
| 227:6 - 227:11 | **Cherveny, Eric 11-09-2018 (00:00:07)** | **CE01.14** |
| | 227:6 THE WITNESS:  Yeah.  It's -- | |
| | 227:7 I think in most cases it's the | |
| | 227:8 processing manager of the | |
| | 227:9 distribution center.  He kind of | |
| | 227:10 runs brains of the distribution | |
| | 227:11 center. | |
| 228:14 - 228:22 | **Cherveny, Eric 11-09-2018 (00:00:19)** | **CE01.15** |
| | 228:14   Q. And this data | |
| | 228:15 manager, are they the person who's | |
| | 228:16 responsible for then making a -- I'm | |
| | 228:17 talking about something that hits the | |
| | 228:18 order monitoring program issue.  Is that | |
| | 228:19 person responsible for making a | |
| | 228:20 determination about whether there's an | |
| | 228:21 issue with the order or do they send | |
| | 228:22 it -- send it to someone else? | |
| 229:5 - 229:6 | **Cherveny, Eric 11-09-2018 (00:00:03)** | **CE01.41** |
| | 229:5   Q. At any time.  Did it vary | |
| | 229:6 over the time period? | |
| 229:7 - 230:5 | **Cherveny, Eric 11-09-2018 (00:00:50)** | **CE01.16** |
| | 229:7   A. Yeah.  Well, we used to have | |
| | 229:8 responsible persons in charge, as I | |
| | 229:9 previously discussed.  So generally | |
| | 229:10 speaking, the data processing manager | |
| | 229:11 would be one of the RPICs for the | |
| | 229:12 servicing distribution center. | |
| | 229:13 So that individual would | |
| | 229:14 look at the order if it did hit an OMP | |
| | 229:15 hold, and they would make a | |
| | 229:16 determination.  Based on their training, | |
| | 229:17 they would release the order for | |

| Page/Line | Source | ID |
|---|---|---|
| | **CE01-- Eric Cherveny Plaintiff Submissions** | |
| | 229:18 shipment, or they would escalate the<br>229:19 order to the diversion control team at<br>229:20 corporate.<br>229:21   Q. Okay.  And what was the time<br>229:22 period when that process was used?<br>229:23   A. We ceased use of the RPICs<br>229:24 shortly after I took over the program in<br>230:1 2015.  So I believe the RPIC existed, you<br>230:2 know, from -- from probably summer of<br>230:3 2015 back to a period that I don't<br>230:4 recall.  I don't remember when they were<br>230:5 implemented. | |
| 238:4 - 238:16 | **Cherveny, Eric 11-09-2018 (00:00:22)**<br>238:4   Q. You mentioned that from time<br>238:5 to time you go back and access or<br>238:6 investigators go back and access<br>238:7 historical records.  Are those audit<br>238:8 reports something that people access and<br>238:9 you've accessed?<br>238:10   A. Yes.  That would be part of<br>238:11 our due diligence documentation that<br>238:12 would be readily retrievable and used<br>238:13 from time to time as necessary.<br>238:14   Q. Okay.  And so this day you<br>238:15 can still access them and use them?<br>238:16   A. Yes. | CE01.17 |
| 249:9 - 250:8 | **Cherveny, Eric 11-09-2018 (00:00:54)**<br>249:9   Q. We talked about --<br>249:10 you mentioned that in 2005, you took on<br>249:11 some role as performing investigations<br>249:12 for the company, correct?<br>249:13   A. That's correct.<br>249:14   Q. Okay.  Do you remember how<br>249:15 you came to -- you said that that was an<br>249:16 additional responsibility that you took<br>249:17 on.  Do you remember saying that?<br>249:18   A. Yes, I do.<br>249:19   Q. Okay.  Do you remember how<br>249:20 you came on to take on that additional<br>249:21 responsibility? | CE01.18 |

| Page/Line | Source | ID |
|---|---|---|
| | 249:22  A. It was so long ago.  It was<br>249:23 13 years ago.  I know it was assigned to<br>249:24 me as a collateral duty in addition to my<br>250:1 audit responsibilities and my<br>250:2 responsibilities for my region.  But I<br>250:3 don't remember how it actually came to<br>250:4 me.<br>250:5  Q. Are you aware that Mr. Mays<br>250:6 had a meeting with Mr. Mapes and Kyle<br>250:7 Wright in August of 2005?<br>250:8  A. No. | |
| 250:14 - 251:3 | **Cherveny, Eric 11-09-2018 (00:00:44)**<br>250:14  Q. Okay.  Do you recall<br>250:15 Mr. Mays coming to you and -- and saying<br>250:16 the -- the DEA was interested in<br>250:17 increasing the level of due diligence<br>250:18 that distributors should be conducting on<br>250:19 their customers as a result of internet<br>250:20 pharmacy concerns?<br>250:21  A. No, I don't recall that.<br>250:22  Q. Mr. Mays received a<br>250:23 presentation from the DEA at that time<br>250:24 concerning due diligence and regulatory<br>251:1 requirements and internet pharmacies.  Do<br>251:2 you know if he shared that with you at<br>251:3 that time in 2005? | CE01.19 |
| 251:6 - 251:7 | **Cherveny, Eric 11-09-2018 (00:00:01)**<br>251:6 THE WITNESS:  If he did, I<br>251:7 don't remember it. | CE01.20 |
| 254:22 - 255:7 | **Cherveny, Eric 11-09-2018 (00:00:32)**<br>254:22  Q. So you don't recall<br>254:23 Mr. Mays ever coming back and telling any<br>254:24 members of the team -- I know you said<br>255:1 you specifically, but my question is, do<br>255:2 you recall whether Mr. Mays had a meeting<br>255:3 with the team at any point saying the DEA<br>255:4 is concerned about suspicious order<br>255:5 requirements and internet pharmacies and,<br>255:6 you know, they want us to take on some<br>255:7 additional due diligence efforts? | CE01.21 |

| Page/Line | Source | ID |
|---|---|---|
| 255:10 - 255:11 | **Cherveny, Eric 11-09-2018 (00:00:02)**<br>255:10 THE WITNESS:  It's been so<br>255:11 many years.  I just don't recall. | CE01.22 |
| 261:13 - 261:21 | **Cherveny, Eric 11-09-2018 (00:00:45)**<br>261:13   Q. So I'm handing you what's<br>261:14 marked as Exhibit 1.  For the record,<br>261:15 it's a few-page document, Bates-labeled<br>261:16 ABDCMDL00146183 through 146186.  And it's<br>261:17 an e-mail attaching a memorandum of<br>261:18 understanding from April 20th, 2000.  And<br>261:19 the e-mail is dated December 11, 2013,<br>261:20 from the witness to Bruce Gundy.  It<br>261:21 talks about a Columbus MOU. | CE01.23 |
| 262:2 - 262:4 | **Cherveny, Eric 11-09-2018 (00:00:05)**<br>262:2   Q. Do you remember discussing<br>262:3 this MOU with Mr. Gundy?<br>262:4   A. No, I do not. | CE01.42 |
| 262:5 - 262:7 | **Cherveny, Eric 11-09-2018 (00:00:06)**<br>262:5   Q. Do you have any<br>262:6 reason to dispute that you had the<br>262:7 discussion with Mr. Gundy about this MOU? | CE01.47 |
| 262:10 - 262:13 | **Cherveny, Eric 11-09-2018 (00:00:03)**<br>262:10 THE WITNESS:  No.  The<br>262:11 document indicates that I<br>262:12 forwarded this document to him.<br>262:13 So I wouldn't dispute that. | CE01.48 |
| 262:15 - 262:17 | **Cherveny, Eric 11-09-2018 (00:00:06)**<br>262:15   Q. Okay.  Do you remember<br>262:16 looking into what this MOU was about?<br>262:17   A. No. | CE01.43 |
| 262:18 - 264:10 | **Cherveny, Eric 11-09-2018 (00:01:31)**<br>262:18   Q. The title of the document as<br>262:19 referenced in the first page,<br>262:20 ABDCMDL146183 it has the attachment, the<br>262:21 subject is "Columbus MOU."<br>262:22 Do you see that?<br>262:23   A. Yes, I do.<br>262:24   Q. Do you have an understanding<br>263:1 about whether this was specific to a<br>263:2 facility in Columbus? | CE01.24 |

CE01-- Eric Cherveny Plaintiff Submissions

| Page/Line | Source | ID |
|---|---|---|
| | 263:3  A. Yes.  It looks like it was | |
| | 263:4 an -- it was an MOU for our Columbus | |
| | 263:5 distribution center. | |
| | 263:6  Q. Okay.  It's got here -- | |
| | 263:7 going to MDL -- ABDCMDL00146184, it tells | |
| | 263:8 -- it says, "The notice of hearing allege | |
| | 263:9 that prohibited acts occurred in | |
| | 263:10 violation of the Comprehensive Drug | |
| | 263:11 Enforcement Administration Abuse | |
| | 263:12 Prevention and Control Act of 1970 and | |
| | 263:13 the regulations promulgated thereunder, | |
| | 263:14 namely that the respondent, Amerisource | |
| | 263:15 Corporation has" -- and then it's got | |
| | 263:16 four issues here. | |
| | 263:17 Do you see that? | |
| | 263:18  A. Yes. | |
| | 263:19  Q. Okay.  And one of them is, | |
| | 263:20 "Failed to provide effective controls and | |
| | 263:21 procedures to guard against the theft and | |
| | 263:22 diversion of controlled substances | |
| | 263:23 required by 21 C.F.R. 1301.71(a)." | |
| | 263:24 Do you see that? | |
| | 264:1  A. Yes, I do. | |
| | 264:2  Q. Do you have an understanding | |
| | 264:3 about what that alleged prohibited act | |
| | 264:4 was about? | |
| | 264:5  A. With regard to this | |
| | 264:6 particular MOU? | |
| | 264:7  Q. Yes. | |
| | 264:8  A. It happened in 2000.  It's | |
| | 264:9 just so long ago.  I don't recall this | |
| | 264:10 particular occurrence. | |
| 266:24 - 268:7 | **Cherveny, Eric 11-09-2018 (00:01:14)** | CE01.25 |
| | 266:24  Q. It says here at the 146185, | |
| | 267:1 "The respondents having been fully | |
| | 267:2 advised of the prohibited acts which have | |
| | 267:3 occurred have agreed to comply with the | |
| | 267:4 provisions of the comprehensive Drug | |
| | 267:5 Enforcement Administration Abuse, | |
| | 267:6 Prevention and Control Act of 1970 and | |

| Page/Line | Source | ID |
|---|---|---|
| | CE01-- Eric Cherveny Plaintiff Submissions | |
| | 267:7 the regulations issued thereunder | |
| | 267:8 hereafter set forth."  And then it's got | |
| | 267:9 four items. | |
| | 267:10 Do you see that? | |
| | 267:11   A. Yes. | |
| | 267:12   Q. Okay.  It says, "Respondent | |
| | 267:13 will provide effective controls and | |
| | 267:14 procedures to guard against theft and | |
| | 267:15 diversion of controlled substances | |
| | 267:16 required by 21 C.F.R. 1301.71(a)." | |
| | 267:17 Do you see that? | |
| | 267:18   A. Yes. | |
| | 267:19   Q. Do you have any | |
| | 267:20 understanding about what steps were taken | |
| | 267:21 to comply with that? | |
| | 267:22   A. No.  Having been so long | |
| | 267:23 ago, you know, 18 years ago, I don't | |
| | 267:24 recall this at all.  So I don't know what | |
| | 268:1 steps were taken. | |
| | 268:2   Q. Do you recall anything | |
| | 268:3 unique to the Columbus facility as far as | |
| | 268:4 how they were performing their duties or | |
| | 268:5 procedures when you first came into the | |
| | 268:6 role as regional director? | |
| | 268:7   A. No. | |
| 273:9 - 274:22 | **Cherveny, Eric 11-09-2018 (00:01:27)** | CE01.26 |
| | 273:9   Q. So you knew that if you | |
| | 273:10 wanted guidance from the DEA, it would be | |
| | 273:11 more appropriate to ask someone at | |
| | 273:12 headquarters than someone at a regional | |
| | 273:13 level? | |
| | 273:14   A. Yeah.  Their -- their | |
| | 273:15 opinion would carry more weight from our | |
| | 273:16 standpoint as a wholesaler. | |
| | 273:17   Q. Let's go back to | |
| | 273:18 the additional investigation | |
| | 273:19 responsibility that you took on in 2005. | |
| | 273:20 What -- I asked you if you remembered how | |
| | 273:21 you kind of came to take that on.  You | |
| | 273:22 said you didn't really have a clear | |

| Page/Line | Source | ID |
|---|---|---|
| | 273:23 direct remembrance of the meeting or | |
| | 273:24 specific thing.  But you just remember | |
| | 274:1 that you took it on, correct? | |
| | 274:2   A. That's correct. | |
| | 274:3   Q. Okay.  So, what specifically | |
| | 274:4 were these additional investigation | |
| | 274:5 responsibilities that you took on at that | |
| | 274:6 time? | |
| | 274:7   A. So the report that I | |
| | 274:8 reviewed that generated periodically was | |
| | 274:9 called the possible suspicious order | |
| | 274:10 report.  So that report was generated | |
| | 274:11 based on pre-set parameters, and it would | |
| | 274:12 come to my office.  I would separate it | |
| | 274:13 by customer, and I would conduct separate | |
| | 274:14 investigations pursuant to that report, | |
| | 274:15 to those customers. | |
| | 274:16   Q. Do you know how that report | |
| | 274:17 was generated? | |
| | 274:18   A. I don't recall.  I don't | |
| | 274:19 recall the parameters and I don't recall | |
| | 274:20 how it was generated.  I just know that | |
| | 274:21 it was generated and it came to my | |
| | 274:22 office. | |
| 276:3 - 276:6 | **Cherveny, Eric 11-09-2018 (00:00:07)** | CE01.27 |
| | 276:3   Q. Who told you that your new | |
| | 276:4 responsibility was to look at this | |
| | 276:5 report? | |
| | 276:6   A. I believe it was Steve Mays. | |
| 276:12 - 276:22 | **Cherveny, Eric 11-09-2018 (00:00:17)** | CE01.28 |
| | 276:12   Q. How would this report come | |
| | 276:13 to you, by -- by e-mail? | |
| | 276:14   A. No, it would come in | |
| | 276:15 hardcopy. | |
| | 276:16   Q. Okay.  Through like | |
| | 276:17 interoffice mail? | |
| | 276:18   A. Yeah, I don't know where it | |
| | 276:19 was generated from.  But I know that it | |
| | 276:20 was -- it would end up on my desk at the | |
| | 276:21 predesignated time, you know, at the | |

CE01-- Eric Cherveny Plaintiff Submissions

| Page/Line | Source | ID |
|---|---|---|
| 277:9 - 279:4 | 276:22 frequency that it was established for.<br>**Cherveny, Eric 11-09-2018 (00:01:25)**<br>277:9   Q. Okay.  And then it was your<br>277:10 job to look at the -- I'm sorry if I<br>277:11 didn't -- if I didn't hear you, the<br>277:12 orders or the customers that were on this<br>277:13 list?<br>277:14   A. It was -- it was orders and<br>277:15 it was broken down by customers.<br>277:16   Q. Okay.  So it was your job to<br>277:17 look at all the orders on this list?<br>277:18   A. Yes.<br>277:19   Q. And how did you know, did<br>277:20 someone train you about what you were<br>277:21 supposed to look for when you were<br>277:22 looking at this?<br>277:23   A. I don't remember<br>277:24 specifically how I was instructed to --<br>278:1 to review the report.  I don't remember<br>278:2 how I was instructed.<br>278:3   Q. Do you know who would have<br>278:4 given you the instructions?<br>278:5   A. I believe Steve would have<br>278:6 done that.<br>278:7   Q. Okay.  And so tell me what<br>278:8 your recollection of what you were<br>278:9 supposed to look at on this report was.<br>278:10   A. So the report contained<br>278:11 sales data for customers.  And I believe<br>278:12 it was Oxycodone and hydrocodone<br>278:13 products.  If they breached a parameter,<br>278:14 it would trigger this report to be<br>278:15 generated.  So I got the report<br>278:16 periodically and it may have been, you<br>278:17 know, I don't remember how much it was,<br>278:18 but I would separate it by customer,<br>278:19 because it would be, I believe<br>278:20 alphabetical or it might have been by DEA<br>278:21 number.  But it would basically be, you<br>278:22 know, one customer, then another | CE01.29 |

| Page/Line | Source | ID |
|---|---|---|
| | **CE01-- Eric Cherveny Plaintiff Submissions** | |
| | 278:23 customer, and it would just be -- it | |
| | 278:24 would span multiple customers in | |
| | 279:1 grouping.  So I would group them in | |
| | 279:2 separate -- in separate files and then I | |
| | 279:3 would conduct the investigation of those | |
| | 279:4 customers. | |
| 279:5 - 279:20 | **Cherveny, Eric 11-09-2018 (00:00:34)** | **CE01.44** |
| | 279:5   Q. Okay.  And then what -- what | |
| | 279:6 things would you do to conduct the | |
| | 279:7 investigation of those customers? | |
| | 279:8   A. I had a couple support staff | |
| | 279:9 within the CSRA department that I used to | |
| | 279:10 assist me with this, that I would work | |
| | 279:11 with those individuals to contact the | |
| | 279:12 sales executive, to contact the customer | |
| | 279:13 to inquire as to why they were buying, | |
| | 279:14 you know, that quantity of controlled | |
| | 279:15 substances.  We would collect all the | |
| | 279:16 information on the customer.  We would | |
| | 279:17 take their responses to our questions and | |
| | 279:18 our follow-up questions, and we would | |
| | 279:19 complete an investigation of each | |
| | 279:20 customer. | |
| 279:21 - 280:1 | **Cherveny, Eric 11-09-2018 (00:00:11)** | **CE01.30** |
| | 279:21   Q. Would there be some sort of | |
| | 279:22 document that you would create at the | |
| | 279:23 culmination of your investigation? | |
| | 279:24   A. Yeah.  It would be an | |
| | 280:1 investigation report. | |
| 280:6 - 280:8 | **Cherveny, Eric 11-09-2018 (00:00:06)** | **CE01.45** |
| | 280:6   Q. And then was there a goal of | |
| | 280:7 the investigation that you were trying to | |
| | 280:8 determine something? | |
| 280:11 - 281:7 | **Cherveny, Eric 11-09-2018 (00:00:33)** | **CE01.46** |
| | 280:11 THE WITNESS:  We were trying | |
| | 280:12 to determine if any improprieties | |
| | 280:13 were happening with regard to | |
| | 280:14 those orders.  I would -- I would | |
| | 280:15 collect all the information that | |
| | 280:16 I -- that I could from the | |

| Page/Line | Source | ID |
|---|---|---|
| | 280:17 customer to explain, you know, the<br>280:18 reasoning as to why they were<br>280:19 buying that quantity of controls,<br>280:20 and I would take the findings and<br>280:21 I would, you know, provide it to<br>280:22 Steve Mays.  And what he did with<br>280:23 it, you know, I'm not sure.<br>280:24 Because at that point the<br>281:1 decision -- the decisionmaking<br>281:2 regarding my investigation that I<br>281:3 completed was conducted, you know,<br>281:4 outside of my realm.  So I'm not<br>281:5 sure what the -- what the -- what<br>281:6 the results of those -- those<br>281:7 investigations entailed. | |
| 281:9 - 282:19 | **Cherveny, Eric 11-09-2018 (00:01:01)**<br>281:9   Q. Did you make any<br>281:10 recommendations for actions in the<br>281:11 report?<br>281:12   A. You know, it's been so long<br>281:13 ago, I don't recall.<br>281:14   Q. Do you recall if one of the<br>281:15 things that you were evaluating was<br>281:16 whether to fill the order?<br>281:17   A. Well, keep in mind this was<br>281:18 a system that we operated that was<br>281:19 prior -- prior to the system that held<br>281:20 orders.<br>281:21   Q. Okay.<br>281:22   A. So this was investigations<br>281:23 that occurred after the shipment was<br>281:24 already completed.<br>282:1   Q. Okay.  So it's your<br>282:2 understanding that all these orders and<br>282:3 in the possible suspicious order report<br>282:4 had already been shipped; is that<br>282:5 correct?<br>282:6   A. Yes.  Those were -- those<br>282:7 were orders that have already been<br>282:8 shipped.  That's correct. | CE01.31 |

| Page/Line | Source | ID |
|---|---|---|
| | 282:9   Q. Okay.  And you would look at | |
| | 282:10 it to evaluate whether there were | |
| | 282:11 concerns, and you would generate a | |
| | 282:12 report, but you didn't make any | |
| | 282:13 recommendations for a course of action | |
| | 282:14 going forward; is that correct? | |
| | 282:15   A. That's correct. | |
| | 282:16   Q. You provided that to Steve | |
| | 282:17 Mays, the report? | |
| | 282:18   A. Yes.  I believe I give it | |
| | 282:19 directly to Steve Mays. | |
| 299:20 - 300:8 | **Cherveny, Eric 11-09-2018 (00:00:25)** | CE01.32 |
| | 299:20   Q. Are you aware that the | |
| | 299:21 company reported suspicious orders to the | |
| | 299:22 DEA before 2007? | |
| | 299:23   A. I did not know that.  I | |
| | 299:24 didn't know when it started.  I didn't | |
| | 300:1 know when that happened or how it | |
| | 300:2 happened. | |
| | 300:3   Q. Are you aware that the | |
| | 300:4 company has a duty to identify and report | |
| | 300:5 suspicious orders? | |
| | 300:6   A. Yes.  We have a | |
| | 300:7 responsibility to report suspicious | |
| | 300:8 orders. | |
| 300:16 - 301:3 | **Cherveny, Eric 11-09-2018 (00:00:19)** | CE01.33 |
| | 300:16 So you are aware that | |
| | 300:17 that's a requirement that the company | |
| | 300:18 has, correct? | |
| | 300:19   A. Yes, to review orders and | |
| | 300:20 identify suspicious orders and block them | |
| | 300:21 and report them. | |
| | 300:22   Q. Okay.  Is that a new | |
| | 300:23 requirement? | |
| | 300:24   A. No. | |
| | 301:1   Q. Okay.  That's something that | |
| | 301:2 you've always been required to do, | |
| | 301:3 correct? | |
| 301:6 - 301:6 | **Cherveny, Eric 11-09-2018 (00:00:01)** | CE01.34 |
| | 301:6 THE WITNESS:  Yes. | |

## CE01-- Eric Cherveny Plaintiff Submissions

| Page/Line | Source | ID |
|---|---|---|
| 301:8 - 301:11 | **Cherveny, Eric 11-09-2018 (00:00:08)**<br>301:8   Q. As long as your tenure with<br>301:9 the company going back to the late '90s,<br>301:10 correct?<br>301:11   A. Yes. | CE01.35 |
| 320:17 - 321:3 | **Cherveny, Eric 11-09-2018 (00:00:26)**<br>320:17   Q.  Did anyone contact<br>320:18 you when the Orlando facility first got<br>320:19 the order to show cause?<br>320:20   A. I don't remember who<br>320:21 contacted me.<br>320:22   Q. At some point, someone<br>320:23 contacted you about this issue, the fact<br>320:24 that the Orlando registration had been<br>321:1 suspended, correct?<br>321:2   A. I would say that I became<br>321:3 aware of it. | CE01.50 |
| 321:7 - 321:14 | **Cherveny, Eric 11-09-2018 (00:00:15)**<br>321:7   Q. You were conducting audits<br>321:8 at that time, correct?<br>321:9   A. Yes.<br>321:10   Q. Did anyone tell you that<br>321:11 there should be changes in the way the<br>321:12 company conducts its audit process to<br>321:13 prevent things like this from happening?<br>321:14   A. No, not that I recall. | CE01.51 |
| 342:10 - 342:11 | **Cherveny, Eric 11-09-2018 (00:00:05)**<br>342:10   Q. You agree with -- that an<br>342:11 MOU is not -- not good? | CE01.52 |
| 342:17 - 342:19 | **Cherveny, Eric 11-09-2018 (00:00:01)**<br>342:17 THE WITNESS:  Yeah, from a<br>342:18 regulatory standpoint we don't<br>342:19 like MOUs. | CE01.53 |
| 342:21 - 342:23 | **Cherveny, Eric 11-09-2018 (00:00:03)**<br>342:21   Q. Why is that?<br>342:22   A. Because we were doing<br>342:23 something wrong, according to DEA. | CE01.54 |

| Page/Line | Source | ID |
|---|---|---|

CE01-- Eric Cherveny Plaintiff Submissions

Plaintiffs Affirmative Designations   = 00:20:21
Defense Completeness Counters  = 00:01:32
Plaintiff Counter Counters  = 00:00:10
**Total Time = 00:22:03**