**Designation Run Report**

# Elkins, Nathan - Plaintiffs' Submission

_____
**Elkins, Nathan 11-14-2018**
_____

**Plaintiffs Affirmative Designations  00:12:44**

**Plaintiffs Counter Counters  00:01:35**

**Defense Completeness Counters  00:06:42**

**Total Time  00:21:02**



**ID:NE06**

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
| 9:14 - 9:18 | **Elkins, Nathan 11-14-2018 (00:00:11)**<br>9:14   Q. Good morning, Mr. Elkins.<br>9:15 My name is Scott Simmer, we just met a<br>9:16 moment ago.  I'm going to be asking you<br>9:17 some questions today on behalf of the<br>9:18 plaintiffs in the opioid litigation. | NE06.1 |
| 11:03 - 11:09 | **Elkins, Nathan 11-14-2018 (00:00:11)**<br>11:3   Q. And you understand you must<br>11:4 answer truthfully, correct?<br>11:5   A. Correct.<br>11:6   Q. And that there are penalties<br>11:7 for answering -- failing to answer a<br>11:8 question truthfully, right?<br>11:9   A. Correct. | NE06.2 |
| 11:21 - 11:24 | **Elkins, Nathan 11-14-2018 (00:00:05)**<br>11:21   Q. Is there any reason why you<br>11:22 cannot testify truthfully and accurately<br>11:23 today?<br>11:24   A. No, sir. | NE06.3 |
| 24:06 - 24:12 | **Elkins, Nathan 11-14-2018 (00:00:15)**<br>24:6   Q. I'll hand you what we marked<br>24:7 as Exhibit-1.<br>24:8 I'll identify it for the<br>24:9 record as a LinkedIn page, which I think<br>24:10 is one that's yours.<br>24:11 Can you review that and see<br>24:12 if that is, indeed, your LinkedIn page? | NE06.4<br><br>P-44583_1.1 |
| 24:13 - 24:19 | **Elkins, Nathan 11-14-2018 (00:00:18)**<br>24:13   A. That's me.  Yes, sir.<br>24:14   Q. And the content on this is<br>24:15 content that you created?<br>24:16   A. Some content I created, some<br>24:17 I got from the job description and put<br>24:18 within my roles within the company.  But,<br>24:19 yes, I crafted this profile. | NE06.5<br><br>P-44583_1.1.2 |
| 26:13 - 27:05 | **Elkins, Nathan 11-14-2018 (00:00:38)**<br>26:13   Q. Your<br>26:14 first job post-high school, what was<br>26:15 that?<br>26:16   A. So I was a retail car | NE06.6<br>clear |

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
| | 26:17 salesman at a dealership that's no longer | |
| | 26:18 in business in 1996. | |
| | 26:19   Q. And where is that? | |
| | 26:20   A. Richmond, Kentucky. | |
| | 26:21   Q. How long did you work there? | |
| | 26:22   A. Approximately five, six | |
| | 26:23 years. | |
| | 26:24   Q. And what was your next job? | |
| | 27:1   A. It was another dealership. | |
| | 27:2 Basically, I was in the car business up | |
| | 27:3 until the time that I started with | |
| | 27:4 AmerisourceBergen, from May '96 until | |
| | 27:5 August 21st, 2005. | |
| 27:14 - 28:13 | **Elkins, Nathan 11-14-2018 (00:01:03)** | NE06.7 |
| | 27:14   Q. How did you hear about the | |
| | 27:15 position at AmerisourceBergen? | |
| | 27:16   A. So one of my neighbors was | |
| | 27:17 building a team, which was my district | |
| | 27:18 director.  I applied, interviewed, and I | |
| | 27:19 got hired for the retail account manager | |
| | 27:20 job and started August 22nd, 2005. | |
| | 27:21   Q. Can you describe your | |
| | 27:22 responsibilities as a retail account | |
| | 27:23 manager? | |
| | 27:24   A. Yes.  So, I mean, basically, | |
| | 28:1 retain accounts; get new accounts; | |
| | 28:2 provide solutions so that way our | |
| | 28:3 customers have a win/win scenario; and | |
| | 28:4 manage a territory in a certain | |
| | 28:5 geography, which was Central and Eastern | |
| | 28:6 Kentucky. | |
| | 28:7   Q. What do you do to -- what | |
| | 28:8 did you do in that job to retain | |
| | 28:9 accounts? | |
| | 28:10   A. Vendor agreements, buying | |
| | 28:11 group relationships, solutions to keep | |
| | 28:12 them in business.  You know -- that's all | |
| | 28:13 I can think of right now. | |
| 29:11 - 29:21 | **Elkins, Nathan 11-14-2018 (00:00:22)** | NE06.8 |
| | 29:11   Q. And you also mentioned | |

| Page/Line | Source | ID |
|---|---|---|
| | 29:12 solutions to keep them in business. | |
| | 29:13 What is that? | |
| | 29:14   A. Yeah, so we have solutions | |
| | 29:15 to help independent pharmacies, you know, | |
| | 29:16 manage their business, such as business | |
| | 29:17 coaching, Good Neighbor Pharmacy, | |
| | 29:18 different solutions that we have that | |
| | 29:19 separates us from our competition and | |
| | 29:20 helps our customers stay profitable and | |
| | 29:21 from selling to chains. | |
| 36:09 - 36:13 | **Elkins, Nathan 11-14-2018 (00:00:10)** | NE06.9 |
| | 36:9   Q. It says you managed a team | P-44583_1.1.3 |
| | 36:10 of six sales executives covering 10,000 | |
| | 36:11 accounts, correct? | |
| | 36:12   A. It should say 1,000 | |
| | 36:13 accounts, roughly.  I have to look. | |
| 36:14 - 36:19 | **Elkins, Nathan 11-14-2018 (00:00:09)** | NE06.10 |
| | 36:14   Q. It is 1,000.  I'm sorry. | |
| | 36:15   A. Is it?  Okay. | |
| | 36:16   Q. Typo on our part. | |
| | 36:17 Is that correct, 1,000 | |
| | 36:18 accounts? | |
| | 36:19   A. Yes, roughly. | |
| 60:09 - 60:10 | **Elkins, Nathan 11-14-2018 (00:00:11)** | NE06.11 |
| | 60:9   Q. I'll hand you what we've | |
| | 60:10 marked as Exhibit-3.  I'll identify it | P-966_1.1 |
| 60:11 - 60:15 | **Elkins, Nathan 11-14-2018 (00:00:24)** | NE06.12 |
| | 60:11 for the record as an e-mail dated April | P-966_1.1.1 |
| | 60:12 11, 2018, Bates number ending 32740 -- | |
| | 60:13 it's cut off, I think it's 40, and | |
| | 60:14 attached a prime vendor agreement. | P-966_1.3.1 |
| | 60:15 Can you please review that? | |
| 60:16 - 60:17 | **Elkins, Nathan 11-14-2018 (00:00:05)** | NE06.13 |
| | 60:16 I'll correct that, it's | |
| | 60:17 Bates ending 327460. | |
| 62:02 - 62:05 | **Elkins, Nathan 11-14-2018 (00:00:12)** | NE06.14 |
| | 62:2 Would a pharmacy that wanted | |
| | 62:3 to receive goods from AmerisourceBergen | |
| | 62:4 be required to sign a prime vendor | |
| | 62:5 agreement? | |

NE06-Elkins, Nathan - Plaintiffs' Submission

| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 62:08 - 62:23 | **Elkins, Nathan 11-14-2018 (00:00:27)** | NE06.15 |
| | 62:8 THE WITNESS:  We had buying | |
| | 62:9 group relationships.  And the | |
| | 62:10 buying group -- if an independent | |
| | 62:11 pharmacy belongs to a buying | |
| | 62:12 group, the buying group does it on | |
| | 62:13 their behalf. | |
| | 62:14 Some do have prime vendors, | |
| | 62:15 some don't.  It depends on what, | |
| | 62:16 you know, buying group you're | |
| | 62:17 speaking of. | |
| | 62:18 Outside of the buying group, | |
| | 62:19 we have customers that don't have | |
| | 62:20 prime vendor agreements.  But it's | |
| | 62:21 a common practice that we try to | |
| | 62:22 get a prime vendor agreement with | |
| | 62:23 customers on a consistent basis. | |
| 77:05 - 77:07 | **Elkins, Nathan 11-14-2018 (00:00:07)** | NE06.16 |
| | 77:5   Q. And the higher tier you're | P-966_1.3.1 |
| | 77:6 in, the greater your price of goods | |
| | 77:7 discount is, right? | |
| 77:10 - 77:12 | **Elkins, Nathan 11-14-2018 (00:00:04)** | NE06.17 |
| | 77:10 THE WITNESS:  Yeah, the | |
| | 77:11 higher the volume, the more | |
| | 77:12 aggressive the discount is. | |
| 77:14 - 77:17 | **Elkins, Nathan 11-14-2018 (00:00:11)** | NE06.18 |
| | 77:14   Q. And that's true of all | |
| | 77:15 products other than special price goods | |
| | 77:16 or C-IIs, it says in the first line of | P-966_1.3.3 |
| | 77:17 Paragraph 2, right? | |
| 77:20 - 77:20 | **Elkins, Nathan 11-14-2018 (00:00:01)** | NE06.19 |
| | 77:20 THE WITNESS:  Yes. | |
| 80:04 - 80:07 | **Elkins, Nathan 11-14-2018 (00:00:06)** | NE06.20 |
| | 80:4   Q. So the more the pharmacy | clear |
| | 80:5 purchases, the greater the likelihood | |
| | 80:6 they're going to get a higher percentage | |
| | 80:7 discount, right? | |
| 80:10 - 80:13 | **Elkins, Nathan 11-14-2018 (00:00:05)** | NE06.21 |
| | 80:10 THE WITNESS:  In our | |
| | 80:11 industry, that's how it's always | |

| Page/Line | Source | ID |
|---|---|---|
| | 80:12 been, the more you buy, the better<br>80:13 discount you get. | |
| 116:05 - 116:12 | **Elkins, Nathan 11-14-2018 (00:00:22)**<br>116:5   Q. Does the sales executive<br>116:6 have knowledge of the product mix that is<br>116:7 being ordered by the pharmacy?<br>116:8   A. No, they don't have<br>116:9 visibility to the product mix at a given<br>116:10 pharmacy.  The visibility they have is,<br>116:11 you know, the high level.  It doesn't<br>116:12 break down to controls and percentages -- | NE06.22 |
| 116:13 - 117:22 | **Elkins, Nathan 11-14-2018 (00:01:12)**<br>116:13   Q. What's the high level<br>116:14 visibility that they have?<br>116:15   A. In The Hub, in the sales<br>116:16 tab, it shows the total revenue for a<br>116:17 given account, and that's every dollar<br>116:18 that that account spends.<br>116:19 It breaks it down into<br>116:20 certain categories, like pro-generics,<br>116:21 OTC purchases, possibly DME and<br>116:22 specialty.  I'm going off memory here.<br>116:23 But there's no section in<br>116:24 there where it shows the control<br>117:1 percentage or mix or anything of that<br>117:2 nature.<br>117:3   Q. When you say "control<br>117:4 percentage," what do you mean?<br>117:5   A. You said control mix, so, to<br>117:6 me, that would be control percentage.<br>117:7 That's how I interpret control mix.  I<br>117:8 think that's how you framed it.<br>117:9   Q. Well, you used the term<br>117:10 "control."  I'm just trying to<br>117:11 understand.<br>117:12 Is that C-IIs?<br>117:13   A. Controls, there's more than<br>117:14 just C-IIs.<br>117:15   Q. What do you mean by that,<br>117:16 then? | NE06.23 |

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |

| Page/Line | Source | ID |
|---|---|---|
| | 117:17  A. All right.  So controls, | |
| | 117:18 from my understanding, compliance | |
| | 117:19 would -- you know, this is their | |
| | 117:20 department.  There are C-IIs, IIIs, IVs | |
| | 117:21 and Vs that the DEA has deemed in certain | |
| | 117:22 classes.  The DEA sets those guidelines. | |
| 117:23 - 118:03 | **Elkins, Nathan 11-14-2018 (00:00:12)** | NE06.24 |
| | 117:23  Q. So you're saying the account | |
| | 117:24 executives or the sales executives don't | |
| | 118:1 know what the volume of controlled | |
| | 118:2 substances that particular pharmacy is | |
| | 118:3 purchasing, right? | |
| 118:06 - 118:18 | **Elkins, Nathan 11-14-2018 (00:00:27)** | NE06.25 |
| | 118:6 THE WITNESS:  Based on The | |
| | 118:7 Hub, no.  If a CSRA representative | |
| | 118:8 were to reach out to them and, you | |
| | 118:9 know, ask specific questions to | |
| | 118:10 obtain from the customer through | |
| | 118:11 either the 590, whatever is given | |
| | 118:12 back from the customer during that | |
| | 118:13 particular request, they would | |
| | 118:14 know that. | |
| | 118:15 But outside of that, they | |
| | 118:16 don't have visibility to what | |
| | 118:17 control mix, however you want to | |
| | 118:18 frame it. | |
| 119:19 - 119:24 | **Elkins, Nathan 11-14-2018 (00:00:16)** | NE06.26 |
| | 119:19  Q. Generally, do the sales | |
| | 119:20 executives adapt their sales call to the | |
| | 119:21 particular product mix, as they believe | |
| | 119:22 it is, for a pharmacy when they're | |
| | 119:23 calling on a pharmacy? | |
| | 119:24  A. Not to my knowledge, no. | |
| 120:08 - 120:16 | **Elkins, Nathan 11-14-2018 (00:00:19)** | NE06.27 |
| | 120:8  Q. Well, let's just say, for | |
| | 120:9 example, that a pharmacy is in | |
| | 120:10 Appalachia, and a number of patients that | |
| | 120:11 are customers of that pharmacy are | |
| | 120:12 working in a coal mine. | |
| | 120:13 Would that be something that | |

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
| 120:19 - 121:04 | 120:14 an account executive would be aware of<br>120:15 and take into account, in terms of the<br>120:16 interactions with that customer?<br>**Elkins, Nathan 11-14-2018 (00:00:16)**<br>120:19 THE WITNESS:  I think every<br>120:20 geography's patients are different<br>120:21 and demographic fits that<br>120:22 criteria.<br>120:23 So, yes, if you have an<br>120:24 experienced rep in a geography<br>121:1 that has experience with their<br>121:2 customers, they would probably<br>121:3 have a general idea of what type<br>121:4 of patients are in that geography. | NE06.28 |
| 122:02 - 122:06 | **Elkins, Nathan 11-14-2018 (00:00:10)**<br>122:2   Q. I guess my question is, in<br>122:3 the Good Neighbor Pharmacy records, is<br>122:4 there visibility into the levels or<br>122:5 numbers of controlled substances that a<br>122:6 particular pharmacy has purchased? | NE06.73 |
| 122:09 - 122:15 | **Elkins, Nathan 11-14-2018 (00:00:08)**<br>122:9 THE WITNESS:  Not to my<br>122:10 knowledge, no.<br>122:11 BY MR. SIMMER:<br>122:12   Q. How about in the Elevate<br>122:13 records; is there visibility into the<br>122:14 levels or numbers of controlled<br>122:15 substances purchased? | NE06.74 |
| 122:18 - 122:19 | **Elkins, Nathan 11-14-2018 (00:00:01)**<br>122:18 THE WITNESS:  Not to my<br>122:19 knowledge. | NE06.75 |
| 124:03 - 124:07 | **Elkins, Nathan 11-14-2018 (00:00:10)**<br>124:3   Q. Do account managers get paid<br>124:4 on a commission?<br>124:5   A. Commission is a loose term.<br>124:6 They have a base salary with bonus<br>124:7 potential. | NE06.29 |
| 124:15 - 125:13 | **Elkins, Nathan 11-14-2018 (00:00:51)**<br>124:15   Q. The sales executives, what's<br>124:16 the range on the bases that they receive? | NE06.30 |

| Page/Line | Source | ID |
|---|---|---|
| | 124:17   A. Base salaries?  It varies on | |
| | 124:18 market.  HR would have to give you those | |
| | 124:19 numbers. | |
| | 124:20   Q. Well, you certainly know the | |
| | 124:21 base salaries for those folks -- those | |
| | 124:22 seven folks working for you, right? | |
| | 124:23   A. I have an idea.  But without | |
| | 124:24 looking, I couldn't give you exact. | |
| | 125:1   Q. What's your idea? | |
| | 125:2   A. It ranges anywhere from 50 | |
| | 125:3 to 70 base, depending on geography, | |
| | 125:4 experience. | |
| | 125:5   Q. And what's the range on | |
| | 125:6 bonuses? | |
| | 125:7   A. So whatever the salary is, | |
| | 125:8 the bonus potential for sales executives | |
| | 125:9 is 35 percent of their salary. | |
| | 125:10   Q. Is the bonus based on | |
| | 125:11 hitting certain sales numbers? | |
| | 125:12   A. Yes, it's a sales role.  So | |
| | 125:13 yes. | |
| 127:24 - 128:01 | **Elkins, Nathan 11-14-2018 (00:00:04)** | NE06.76 |
| | 127:24   Q. So how are these sales | |
| | 128:1 targets calculated? | |
| 128:04 - 128:21 | **Elkins, Nathan 11-14-2018 (00:00:37)** | NE06.77 |
| | 128:4 THE WITNESS:  The | |
| | 128:5 compensation department would have | |
| | 128:6 to answer that.  But, generally, | |
| | 128:7 there's a goal given for the year, | |
| | 128:8 what the company expects a sales | |
| | 128:9 executive, district director, to | |
| | 128:10 obtain of the percentage of the | |
| | 128:11 bonus that's broken down into | |
| | 128:12 categories, each comp year, plan | |
| | 128:13 year -- our fiscal year is October | |
| | 128:14 1st, so it changes every October | |
| | 128:15 1. | |
| | 128:16 BY MR. SIMMER: | |
| | 128:17   Q. And it's by each account; is | |
| | 128:18 that right? | |

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
| 128:22 - 129:11 | 128:19  A. It's a number that -- for<br>128:20 the entire geography or territory or<br>128:21 district.<br>**Elkins, Nathan 11-14-2018 (00:00:24)**<br>128:22   Q. So every sales director --<br>128:23 sales executive has a sales target,<br>128:24 correct?<br>129:1   A. Yes.<br>129:2   Q. And then you, as a sales<br>129:3 director, have targets, which is the<br>129:4 aggregate of the people working under<br>129:5 you, right?<br>129:6   A. Correct.<br>129:7   Q. And then the person above<br>129:8 you, I think you said that was a regional<br>129:9 director, also has a target, right?<br>129:10   A. The vice president, yes.  It<br>129:11 all rolls up. | NE06.31 |
| 131:06 - 132:03 | **Elkins, Nathan 11-14-2018 (00:00:55)**<br>131:6   Q. And how does exceeding the<br>131:7 company's goals result in compensation<br>131:8 for you as a district director?<br>131:9   A. Obviously, if you hit your<br>131:10 goal, you make bonus.  If you exceed it,<br>131:11 you make more.  Each year is different.<br>131:12 But, more or less, the higher the number,<br>131:13 the more you make.<br>131:14   Q. How do yours differ one to<br>131:15 the next?<br>131:16   A. Say that one more time, sir.<br>131:17   Q. How does -- you said each<br>131:18 year is different.<br>131:19 How do the years differ?<br>131:20   A. TRV is just one portion of<br>131:21 the bonus for a sales executive or<br>131:22 district director.  There's other metrics<br>131:23 that make up that 35 percent.  TRV is one<br>131:24 component of that.<br>132:1   Q. What is TRV?<br>132:2   A. Total revenue.  It's an | NE06.32 |

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
| | 132:3 accounting term. | |
| 135:18 - 135:20 | **Elkins, Nathan 11-14-2018 (00:00:06)** | NE06.33 |
| | 135:18   Q. So what would happen if an | |
| | 135:19 account manager, on a regular basis, | |
| | 135:20 failed to meet his or her sales quotas? | |
| 135:23 - 136:06 | **Elkins, Nathan 11-14-2018 (00:00:16)** | NE06.34 |
| | 135:23 THE WITNESS:  I believe that | |
| | 135:24 is situational.  Obviously, we all | |
| | 136:1 want to be successful.  But I | |
| | 136:2 think there's certain things that | |
| | 136:3 do happen over time that, you | |
| | 136:4 know, is excusable.  But, you | |
| | 136:5 know, the standards practice is we | |
| | 136:6 want to meet sales goals. | |
| 136:08 - 136:12 | **Elkins, Nathan 11-14-2018 (00:00:10)** | NE06.35 |
| | 136:8   Q. At a minimum, we know that | |
| | 136:9 if a sales representative did not meet | |
| | 136:10 the quotas, that would impact their -- | |
| | 136:11 the bonus for that year, right? | |
| | 136:12   A. There would be -- | |
| 136:15 - 136:16 | **Elkins, Nathan 11-14-2018 (00:00:02)** | NE06.36 |
| | 136:15 THE WITNESS:  There would be | |
| | 136:16 a financial impact, yes. | |
| 141:04 - 141:08 | **Elkins, Nathan 11-14-2018 (00:00:09)** | NE06.37 |
| | 141:4   Q. And a big part of the | |
| | 141:5 success for account managers is to keep | |
| | 141:6 the customers happy, right? | |
| | 141:7   A. It's part of the customer | |
| | 141:8 experience. | |
| 141:09 - 141:15 | **Elkins, Nathan 11-14-2018 (00:00:15)** | NE06.38 |
| | 141:9   Q. So a big part of what these | |
| | 141:10 account managers are doing is servicing | |
| | 141:11 the customers to make sure that they stay | |
| | 141:12 with AmerisourceBergen, right? | |
| | 141:13   A. Yes.  We want to retain our | |
| | 141:14 existing customers and, you know, | |
| | 141:15 prospect new customers. | |
| 152:01 - 152:03 | **Elkins, Nathan 11-14-2018 (00:00:06)** | NE06.39 |
| | 152:1   Q. Are sales executives | |
| | 152:2 compensated for reporting pharmacies | |

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
| 152:06 - 152:15 | 152:3 where diversion might be taking place?<br>**Elkins, Nathan 11-14-2018 (00:00:23)**<br>152:6 THE WITNESS: Compensated is<br>152:7 a loose word. If they report a<br>152:8 pharmacy, they are doing a part of<br>152:9 their job description, being aware<br>152:10 of red flags, potential red flags<br>152:11 at the customer level.<br>152:12 But compensated, there's not<br>152:13 a bonus for them to do it or not<br>152:14 do it. It's just part of what we<br>152:15 do as our responsibility. | NE06.40 |
| 152:17 - 153:01 | **Elkins, Nathan 11-14-2018 (00:00:21)**<br>152:17   Q. This is actually part of the<br>152:18 job description for the sales executives?<br>152:19   A. I am not sure if it's in the<br>152:20 job description. But the compliance<br>152:21 training that we've all had in<br>152:22 E-learnings, and other formats, includes,<br>152:23 you know, what our role is at the<br>152:24 customer level and what our sales team<br>153:1 should be doing. | NE06.41 |
| 158:16 - 158:20 | **Elkins, Nathan 11-14-2018 (00:00:11)**<br>158:16   Q. So if AmerisourceBergen<br>158:17 terminates a contract with a pharmacy<br>158:18 because of suspicious orders, does that<br>158:19 reduce the account manager's sales goals<br>158:20 accordingly? | NE06.42 |
| 158:23 - 159:17 | **Elkins, Nathan 11-14-2018 (00:00:38)**<br>158:23 THE WITNESS: Again, we're<br>158:24 talking about a wide time frame<br>159:1 here.<br>159:2 So if I knew exactly what<br>159:3 time frame you were speaking of,<br>159:4 there's two answers there.<br>159:5 As of today, if a customer<br>159:6 receives a letter from CSRA and<br>159:7 they leave AmerisourceBergen,<br>159:8 those accounts are flagged<br>159:9 non-comp and it does not impact | NE06.43 |

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
| | 159:10 the sales executive or myself.<br>159:11 So CSRA does their job, they<br>159:12 do their due diligence, customer<br>159:13 leaves us, that goal, or whatever<br>159:14 the calculation, the quota, I<br>159:15 think is the word you used, is<br>159:16 adjusted.  It's a net neutral<br>159:17 impact. | |
| 159:19 - 160:04 | **Elkins, Nathan 11-14-2018 (00:00:22)**<br>159:19   Q. That change happened when?<br>159:20   A. Best of my knowledge, 2016,<br>159:21 FY 2016.<br>159:22   Q. So that would be October<br>159:23 1st, 2016?<br>159:24   A. Yeah.  But compensation<br>160:1 would have to clarify that date for<br>160:2 certain, because they are the ones that,<br>160:3 you know, are over all that compensation<br>160:4 piece. | NE06.44 |
| 160:05 - 160:11 | **Elkins, Nathan 11-14-2018 (00:00:19)**<br>160:5   Q. So the best of your<br>160:6 recollection, though, since October 1st,<br>160:7 2016, if AmerisourceBergen terminates a<br>160:8 pharmacy, a contract with a pharmacy, no<br>160:9 longer delivers drugs to a pharmacy, that<br>160:10 would not impact a sales executive's<br>160:11 bonus compensation, right? | NE06.45 |
| 160:14 - 160:15 | **Elkins, Nathan 11-14-2018 (00:00:03)**<br>160:14 THE WITNESS:  Correct.  It's<br>160:15 a net neutral impact. | NE06.46 |
| 160:17 - 160:18 | **Elkins, Nathan 11-14-2018 (00:00:03)**<br>160:17   Q. What was it before that<br>160:18 change?  How did it work? | NE06.47 |
| 160:21 - 161:01 | **Elkins, Nathan 11-14-2018 (00:00:10)**<br>160:21 THE WITNESS:  You had your<br>160:22 overall quota.  If a customer was<br>160:23 to leave, your quota remains the<br>160:24 same and, you know, the customer<br>161:1 leaves. | NE06.48 |
| 161:03 - 161:05 | **Elkins, Nathan 11-14-2018 (00:00:04)** | NE06.49 |

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
| | 161:3   Q. They could lose some of | |
| | 161:4 their bonus compensation, right? | |
| | 161:5   A. Yeah.  It was -- | |
| 161:08 - 161:08 | **Elkins, Nathan 11-14-2018 (00:00:01)** | NE06.50 |
| | 161:8 THE WITNESS:  Yes. | |
| 161:10 - 161:15 | **Elkins, Nathan 11-14-2018 (00:00:16)** | NE06.51 |
| | 161:10   Q. So that if the company | |
| | 161:11 terminated a contract with a particular | |
| | 161:12 pharmacy because of diversion, that money | |
| | 161:13 went away and that bonus potential went | |
| | 161:14 away for the sales executive as well, | |
| | 161:15 right? | |
| 161:18 - 162:06 | **Elkins, Nathan 11-14-2018 (00:00:24)** | NE06.52 |
| | 161:18 THE WITNESS:  The word | |
| | 161:19 diversion is very loose.  The | |
| | 161:20 company made a decision to, | |
| | 161:21 whatever, CSRA sends out the | |
| | 161:22 communication.  A lot of times we | |
| | 161:23 don't even know what that | |
| | 161:24 communication is, or are even | |
| | 162:1 copied on it. | |
| | 162:2 But the customer leaves. | |
| | 162:3 Then the goal remains the same, | |
| | 162:4 we're expected to achieve the | |
| | 162:5 goal.  There was no adjustments | |
| | 162:6 made, to my knowledge. | |
| 162:08 - 162:12 | **Elkins, Nathan 11-14-2018 (00:00:12)** | NE06.53 |
| | 162:8   Q. And had that been the case | |
| | 162:9 since you started in 2005, that if a | |
| | 162:10 customer leaves because of CSRA, as you | |
| | 162:11 call it, that your goal remained the | |
| | 162:12 same? | |
| 162:15 - 162:16 | **Elkins, Nathan 11-14-2018 (00:00:02)** | NE06.54 |
| | 162:15 THE WITNESS:  That's the way | |
| | 162:16 I recall it. | |
| 162:18 - 162:22 | **Elkins, Nathan 11-14-2018 (00:00:10)** | NE06.55 |
| | 162:18   Q. And did it remain the same | |
| | 162:19 when you became a sales executive in | |
| | 162:20 2011, that if a customer left because of | |
| | 162:21 CSRA concerns, that your goal remained | |

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
| 163:01 - 163:02 | 162:22 the same?<br>**Elkins, Nathan 11-14-2018 (00:00:02)**<br>163:1 THE WITNESS:  That's the way<br>163:2 I understand it. | NE06.56 |
| 163:03 - 163:07 | **Elkins, Nathan 11-14-2018 (00:00:10)**<br>163:3 BY MR. SIMMER:<br>163:4   Q. And then when you became a<br>163:5 district director in 2013 until October<br>163:6 1st, 2016, that was still the same during<br>163:7 that time period as well, right? | NE06.78 |
| 163:10 - 163:14 | **Elkins, Nathan 11-14-2018 (00:00:08)**<br>163:10 THE WITNESS:  If<br>163:11 compensation clarifies that<br>163:12 October 1st, 2016 date, yes;<br>163:13 whatever the date the compensation<br>163:14 clarifies up until that point. | NE06.79 |
| 165:09 - 165:12 | **Elkins, Nathan 11-14-2018 (00:00:10)**<br>165:9   Q. So if an account closes<br>165:10 because of a CSRA issue, isn't it correct<br>165:11 that would make it harder for a sales<br>165:12 team to reach its sales goal? | NE06.57 |
| 165:15 - 165:21 | **Elkins, Nathan 11-14-2018 (00:00:08)**<br>165:15 THE WITNESS:  In today's<br>165:16 environment, there's no impact.<br>165:17 Prior --<br>165:18 BY MR. SIMMER:<br>165:19   Q. In the prior environment?<br>165:20   A. Prior to that change, yes,<br>165:21 you would have to make it up somehow. | NE06.58 |
| 165:22 - 166:02 | **Elkins, Nathan 11-14-2018 (00:00:10)**<br>165:22   Q. Do you recall sales<br>165:23 executives or account managers<br>165:24 complaining that if they lose an account<br>166:1 because of a CSRA issue, they were still<br>166:2 required to meet the same sales goals? | NE06.59 |
| 166:05 - 166:11 | **Elkins, Nathan 11-14-2018 (00:00:12)**<br>166:5 THE WITNESS:  I don't recall<br>166:6 complaining.  I mean, I think any<br>166:7 salesperson doesn't want to lose<br>166:8 an account.  But I have full | NE06.60 |

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
| | 166:9 confidence that we don't want to | |
| | 166:10 have customers that aren't doing | |
| | 166:11 the right thing. | |
| 185:10 - 185:16 | **Elkins, Nathan 11-14-2018 (00:00:14)** | **NE06.61** |
| | 185:10   Q. As part of your job | |
| | 185:11 function, do you do performance reviews? | |
| | 185:12   A. Yes, annually.  Annually. | |
| | 185:13   Q. You don't do quarterly | |
| | 185:14 reviews? | |
| | 185:15   A. We do mid-year as well, but | |
| | 185:16 the official one is annual reviews. | |
| 187:12 - 187:15 | **Elkins, Nathan 11-14-2018 (00:00:12)** | **NE06.62** |
| | 187:12   Q. As part of the performance | |
| | 187:13 review, is there also a review of whether | |
| | 187:14 the particular employee met the company's | |
| | 187:15 compliance obligations? | |
| 187:18 - 187:19 | **Elkins, Nathan 11-14-2018 (00:00:03)** | **NE06.63** |
| | 187:18 THE WITNESS:  I don't recall | |
| | 187:19 that being part of that process. | |
| 209:11 - 209:23 | **Elkins, Nathan 11-14-2018 (00:00:20)** | **NE06.64** |
| | 209:11   Q. So that's a note you put in | |
| | 209:12 the record to just make sure you | |
| | 209:13 understand why that particular customer | |
| | 209:14 left, right? | |
| | 209:15   A. Yeah.  Our job is to retain | |
| | 209:16 customers.  If we lose one, we like to | |
| | 209:17 know why we lost one and learn from it. | |
| | 209:18 CSRA, it's a whole different | |
| | 209:19 bucket. | |
| | 209:20   Q. And you don't want it to | |
| | 209:21 account against your goals you have | |
| | 209:22 either, right? | |
| | 209:23   A. It did for years. | |
| 210:02 - 210:07 | **Elkins, Nathan 11-14-2018 (00:00:07)** | **NE06.65** |
| | 210:2 THE WITNESS:  It did for | |
| | 210:3 years, like we spoke about. | |
| | 210:4 But at some date it changed | |
| | 210:5 to where that wasn't supposed | |
| | 210:6 to -- it was a net neutral change | |
| | 210:7 for the team. | |

| Page/Line | Source | ID |
|---|---|---|
| 210:09 - 211:15 | **Elkins, Nathan 11-14-2018 (00:01:05)** | NE06.66 |
| | 210:9   Q. So what was your final | |
| | 210:10 percent to goal at the end of the fiscal | |
| | 210:11 year? | |
| | 210:12   A. March '18. | |
| | 210:13 94-point-something percent. | |
| | 210:14   Q. So it's down over where you | |
| | 210:15 were in 2017? | |
| | 210:16 I think we looked at your | |
| | 210:17 LinkedIn page, you were 108 percent in | |
| | 210:18 2017.  And you're below goal this year? | |
| | 210:19   A. You're talking two different | |
| | 210:20 metrics. | |
| | 210:21   Q. Okay. | |
| | 210:22   A. TRV, total revenue.  This is | |
| | 210:23 premiere points. | |
| | 210:24   Q. Okay.  Is there a total | |
| | 211:1 score, percent to goal, that you get | |
| | 211:2 across your entire team for all of these | |
| | 211:3 metrics? | |
| | 211:4   A. It's broken up by percentage | |
| | 211:5 within -- so, for instance, the sales | |
| | 211:6 executive, we talked about their salary. | |
| | 211:7 We talked about their bonus potential | |
| | 211:8 being 35 percent. | |
| | 211:9 Of that 35 percent, there's | |
| | 211:10 TRV this year, there's pro-generic | |
| | 211:11 dollars this year, there's pro-generic | |
| | 211:12 units this year, there's gross profit | |
| | 211:13 this year, there's premiere points.  So | |
| | 211:14 that 35 percent is broken up five | |
| | 211:15 different ways. | |
| 213:06 - 213:23 | **Elkins, Nathan 11-14-2018 (00:00:34)** | NE06.67 |
| | 213:6   Q. I'm sorry.  That last part, | |
| | 213:7 you just said, "if you lose the goal, you | |
| | 213:8 lose the points with it." | |
| | 213:9 Can you clarify that, what | |
| | 213:10 you mean by that? | |
| | 213:11   A. So there's a goal for that | |
| | 213:12 account, right.  If they're participating | |

| Page/Line | Source | ID |
|---|---|---|
| | NE06-Elkins, Nathan - Plaintiffs' Submission | |
| | 213:13 in solutions, they're getting some credit | |
| | 213:14 for the points.  If the goal goes away, | |
| | 213:15 you don't get to keep the points with it. | |
| | 213:16 So it all moves out. | |
| | 213:17   Q. So if you lose a customer | |
| | 213:18 due to CSRA issues, you lose their points | |
| | 213:19 as well, even under the new regime that | |
| | 213:20 the company has implemented? | |
| | 213:21   A. That's the way I understand | |
| | 213:22 it.  Compensation can clarify that, but | |
| | 213:23 that's the way I understood it. | |
| 213:24 - 214:02 | **Elkins, Nathan 11-14-2018 (00:00:04)** | **NE06.68** |
| | 213:24   Q. It doesn't sound like it's | |
| | 214:1 compensation neutral if you lose the | |
| | 214:2 points if you lose the customer? | |
| 214:05 - 214:06 | **Elkins, Nathan 11-14-2018 (00:00:02)** | **NE06.69** |
| | 214:5 THE WITNESS:  Compensation | |
| | 214:6 would have to answer that. | |
| 214:08 - 214:17 | **Elkins, Nathan 11-14-2018 (00:00:19)** | **NE06.70** |
| | 214:8   Q. Am I right, though, that it | |
| | 214:9 looks like you lose points because a | |
| | 214:10 customer left, you lose your ability to | |
| | 214:11 meet the goal, too, right? | |
| | 214:12   A. It depends on an exact | |
| | 214:13 account's circumstance.  I wouldn't say | |
| | 214:14 that's a generalization, but each account | |
| | 214:15 is going to be different. | |
| | 214:16   Q. But you agree with my | |
| | 214:17 general proposition, right? | |
| 214:20 - 214:20 | **Elkins, Nathan 11-14-2018 (00:00:01)** | **NE06.71** |
| | 214:20 THE WITNESS:  I don't. | |
| 214:22 - 215:16 | **Elkins, Nathan 11-14-2018 (00:00:33)** | **NE06.72** |
| | 214:22   Q. I'm just going by what you | |
| | 214:23 said. | |
| | 214:24 If you lose the points, you | |
| | 215:1 lose the goal.  That's what you said, | |
| | 215:2 right? | |
| | 215:3   A. Meaning that if you lose the | |
| | 215:4 goal, you don't get a double dip and keep | |
| | 215:5 the points.  So it's consistent.  If you | |

| Page/Line | Source | ID |
|---|---|---|

NE06-Elkins, Nathan - Plaintiffs' Submission

215:6 lose the goal, you lose the points.
215:7 What points a given account
215:8 has is determined on a given day basis,
215:9 depending on what program they
215:10 participate in on that given day.
215:11 It could be they had two
215:12 points.  It could be they had ten points.
215:13 I don't know.  I would have to have an
215:14 exact example and compensation would have
215:15 to look at the exact account to be able
215:16 to tell you that answer.

Plaintiffs Affirmative Designations = 00:12:44
Plaintiffs Counter Counters = 00:01:35
Defense Completeness Counters = 00:06:42
**Total Time = 00:21:02**

**Documents Shown**
P-44583_1
P-966_1