**Designation Run Report**

ID:LM01

# Mash, Lisa - Plaintiffs' Submission

**Mash, Lisa 07-28-2020**

**Plaintiffs Affirmative Designations  00:05:38**

**Total Time  00:05:38**



ID:LM01

| Page/Line | Source | ID |
|---|---|---|
| | LM01-Mash, Lisa - Plaintiffs' Submission | Page 2/5 |
| 27:12 - 27:20 | **Mash, Lisa 07-28-2020 (00:00:19)**<br>27:12   Q. And while you were working with<br>27:13 the company there for 20-plus years, you were<br>27:14 actually one of the vice presidents of sales<br>27:15 and distribution, weren't you?<br>27:16   A. I was a vice president of sales<br>27:17 during that time.<br>27:18   Q. And how many years were you<br>27:19 vice president of sales?<br>27:20   A. Approximately 14. | LM01.1 |
| 80:14 - 80:18 | **Mash, Lisa 07-28-2020 (00:00:10)**<br>80:14   Q. Well, let me ask you this then:<br>80:15 But you worked with the CSRA frequently,<br>80:16 correct?<br>80:17   A. About specific customers and<br>80:18 during training, yes. | LM01.2 |
| 81:09 - 82:18 | **Mash, Lisa 07-28-2020 (00:01:22)**<br>81:9   Q. But you knew there was -- you<br>81:10 knew what the Oxy Express was coming from<br>81:11 Florida right through -- right through West<br>81:12 Virginia.  You knew that, didn't you?<br>81:13   A. I had heard about it.<br>81:14   Q. Well, what had you heard about<br>81:15 it while you were working as vice president<br>81:16 of sales for West Virginia?  What had you<br>81:17 heard about the Oxy Express that came right<br>81:18 through the state that you were in charge of<br>81:19 sales?  What did you know about it?<br>81:20   A. What did I know about it?<br>81:21   Q. Yeah.<br>81:22   A. I think that's kind of a<br>81:23 general statement.  I know that that was part<br>81:24 of the news media and things that they had<br>81:25 been showing.  You know, we had discussed it<br>82:1 during our training, that this was an area<br>82:2 that we needed to be -- have a heightened<br>82:3 awareness of our customer base.<br>82:4   Q. Well, did you --<br>82:5   A. I don't know what you want me<br>82:6 to -- I don't know what you're looking for as | LM01.3 |

| Page/Line | Source | ID |
|---|---|---|
| | LM01-Mash, Lisa - Plaintiffs' Submission | |
| | 82:7 far as specifics on what I knew.<br>82:8   Q. Well, what I'm looking for is<br>82:9 you knew -- you knew the interstate that<br>82:10 drove right through West Virginia was part of<br>82:11 the Oxy Express.<br>82:12 Did you know that or didn't you<br>82:13 know that while you were working as vice<br>82:14 president of sales for the state of West<br>82:15 Virginia?<br>82:16   A. It was part of our training.<br>82:17 It was part of the news media.  So, yes, I<br>82:18 had heard of it.  I had no specifics. | |
| 96:12 - 96:20 | **Mash, Lisa 07-28-2020 (00:00:22)**<br>96:12   Q. Okay.  "People are selling --<br>96:13 people are selling more prescription drugs<br>96:14 than illegal drugs like cocaine and<br>96:15 marijuana."<br>96:16 During your time, did you<br>96:17 understand that the demands for these opioid<br>96:18 drugs that physicians prescribed are<br>96:19 astronomical?  Did you understand that the<br>96:20 demand for these drugs were astronomical? | LM01.4 |
| 96:23 - 96:25 | **Mash, Lisa 07-28-2020 (00:00:05)**<br>96:23 THE WITNESS:  Yeah.  I mean,<br>96:24 I'm sure that that's one of the<br>96:25 descriptors that were used. | LM01.10 |
| 98:11 - 98:19 | **Mash, Lisa 07-28-2020 (00:00:22)**<br>98:11 I'm just wondering whether you<br>98:12 asked your salespeople to try to do the same<br>98:13 thing, just to communicate with you about<br>98:14 issues.<br>98:15   A. Yes.  I'm sure that during our<br>98:16 sales meetings and during our conversations<br>98:17 we were all aware of, you know, watching the<br>98:18 media and making sure that we were cognizant<br>98:19 of any news going on in our areas. | LM01.5 |
| 111:19 - 112:21 | **Mash, Lisa 07-28-2020 (00:01:13)**<br>111:19   Q. Okay.  Let me get that right,<br>111:20 because I want to be -- I want to be --<br>111:21 Ms. Mash, trust me, I'm trying to be as open | LM01.6 |

| Page/Line | Source | ID |
|---|---|---|
| | LM01-Mash, Lisa - Plaintiffs' Submission | |
| | 111:22 and fair about this as I can. | |
| | 111:23 Your position was VP of sales, | |
| | 111:24 and your -- the city that you were -- one of | |
| | 111:25 the cities you were charged with was | |
| | 112:1 Huntington; is that correct? | |
| | 112:2   A. That is correct. | |
| | 112:3   Q. All right.  Now, in that | |
| | 112:4 capacity, had anybody shared with you that | |
| | 112:5 down in Huntington, which, oh, by the way, is | |
| | 112:6 about -- how far is that from Columbus? | |
| | 112:7   A. Four hours, three and a half, | |
| | 112:8 four hours. | |
| | 112:9   Q. Had anybody shared with you | |
| | 112:10 from down in Huntington that there were | |
| | 112:11 babies going through opioid withdrawal like | |
| | 112:12 we just saw in that video? | |
| | 112:13   A. No one -- as far as I can | |
| | 112:14 recall, no one referenced a specific news | |
| | 112:15 article.  Again, this is something that we | |
| | 112:16 were all very aware of.  It was part of our | |
| | 112:17 everyday lives.  It was part of the news | |
| | 112:18 media and part of what we do for a living. | |
| | 112:19 But, no, I don't remember ever | |
| | 112:20 having somebody tell me about this specific | |
| | 112:21 article in the news. | |
| 117:25 - 119:03 | **Mash, Lisa 07-28-2020 (00:01:17)** | LM01.7 |
| | 117:25   Q. Did anybody ever describe for | |
| | 118:1 you what a pill mill looked like, where | |
| | 118:2 people might be lined up at a pill mill | |
| | 118:3 waiting to get in and get their drugs as | |
| | 118:4 early as eight o'clock in the morning?  Did | |
| | 118:5 anybody ever describe anything like that to | |
| | 118:6 you and what was going on in Huntington? | |
| | 118:7   A. I don't want to say it was | |
| | 118:8 specific to Huntington.  I think it was | |
| | 118:9 specific to the epidemic as a whole across | |
| | 118:10 the country. | |
| | 118:11 As part of our CSRA training, | |
| | 118:12 they wanted the field to be aware of and | |
| | 118:13 notify them if they saw certain triggers. | |

| Page/Line | Source | ID |
|---|---|---|
| | LM01-Mash, Lisa - Plaintiffs' Submission | |
| | 118:14 And that could have been, you know, the first | |
| | 118:15 of the month having lines of people outside | |
| | 118:16 of the pharmacy to pick up a prescription. | |
| | 118:17 It could have been looking for -- you know, | |
| | 118:18 if they would go in and make their normal | |
| | 118:19 sales call and, again, having a line of | |
| | 118:20 people and seeing license plates from various | |
| | 118:21 states, more than would constitute a local | |
| | 118:22 customer base.  Those were the types of | |
| | 118:23 things that we had been trained to look for. | |
| | 118:24 But we didn't have access to a | |
| | 118:25 lot of the specific data on what was going | |
| | 119:1 into the stores, so we had to look for | |
| | 119:2 anything that would overtly bring attention | |
| | 119:3 to that pharmacy from our point of view. | |
| 158:11 - 158:15 | **Mash, Lisa 07-28-2020 (00:00:07)** | LM01.8 |
| | 158:11   Q. But this was your territory, | |
| | 158:12 right?  Oceana would have been part of your | |
| | 158:13 territory? | |
| | 158:14   A. All of West Virginia was part | |
| | 158:15 of my territory. | |
| 161:09 - 161:16 | **Mash, Lisa 07-28-2020 (00:00:19)** | LM01.9 |
| | 161:9 They're talking about your | |
| | 161:10 territory there, aren't they?  West Virginia, | |
| | 161:11 ground zero for the opioid epidemic in the | |
| | 161:12 United States? | |
| | 161:13 That's your territory? | |
| | 161:14   A. Yes, I was in charge of the | |
| | 161:15 drug distribution -- I was -- or sales team | |
| | 161:16 in the state of West Virginia. | |

Plaintiffs Affirmative Designations = 00:05:38
**Total Time = 00:05:38**