**Designation Run Report**

# M Hartman Plaintiff Submission

_____

**Hartman, Mark 11-15-2018**
_____

**Plaintiffs AffirmativeDesignations  00:30:49**

**Defense Completeness Counters  00:08:10**

**Defense Counters  00:03:38**

**Total Time  00:42:37**



ID:MK01

| Page/Line | Source | ID |
|---|---|---|
| | **MK01-M Hartman Plaintiff Submission** | |
| 10:14 - 10:15 | **Hartman, Mark 11-15-2018 (00:00:03)**<br>10:14  The<br>10:15 deponent is Mark Hartman. | MK01.1 |
| 16:5 - 16:8 | **Hartman, Mark 11-15-2018 (00:00:08)**<br>16:5  Q. Okay.  And you worked for Cardinal<br>16:6 for over a decade; is that right?<br>16:7  A. Yes.<br>16:8  Q. Okay.  Let's pull up P13900. | MK01.2 |
| 16:18 - 16:19 | **Hartman, Mark 11-15-2018 (00:00:02)**<br>16:18 This will be marked Plaintiff's<br>16:19 Number 1 or -- yeah, however y'all label | MK01.33 |
| 18:21 - 18:22 | **Hartman, Mark 11-15-2018 (00:00:02)**<br>18:21 And if you will, read the first<br>18:22 sentence for us. | MK01.3 |
| 19:1 - 19:5 | **Hartman, Mark 11-15-2018 (00:00:09)**<br>19:1  A. "We are pleased to announce the<br>19:2 appointment of Mark Hartman to the position of<br>19:3 Senior Vice President, Supply Chain Integrity<br>19:4 and Regulatory Operations for HSCS reporting to<br>19:5 both of us." | MK01.4 |
| 20:22 - 21:3 | **Hartman, Mark 11-15-2018 (00:00:11)**<br>20:22  Q. Let's continue.  Read the next<br>20:23 sentence for us.<br>20:24  A. "This position is a critical role<br>21:1 for the company as supply chain integrity<br>21:2 continues to become an area of increased focus<br>21:3 by regulatory agencies and customers alike." | MK01.5 |
| 22:14 - 23:10 | **Hartman, Mark 11-15-2018 (00:00:35)**<br>22:14  Q. Okay.  Continue reading,<br>22:15 "Reporting to Mark ..."<br>22:16  A. "... will be Steve Reardon, Vice<br>22:17 President, Quality and Regulatory Affairs for<br>22:18 HSCS, and Michael Moni, Vice President of<br>22:19 Anti-Diversion."<br>22:20  Q. So if we're looking at the<br>22:21 hierarchy now, when you come into this<br>22:22 position -- and this is a new position for you,<br>22:23 correct?<br>22:24  A. Yes.<br>23:1  Q. Had you worked in regulatory | MK01.6 |

| Page/Line | Source | ID |
|---|---|---|

23:2 before?

23:3  A. No.

23:4  Q. You're taking over both the QRA,

23:5 quality regulatory affairs, and the

23:6 anti-diversion segment, correct?

23:7  A. Correct.

23:8  Q. And you have Mr. Reardon and

23:9 Mr. Moni reporting to you?

23:10  A. Yes.

**90:9 - 90:12   Hartman, Mark 11-15-2018 (00:00:14)**   MK01.35

90:9   Q. And when you came in to Cardinal

90:10 after being there over a decade, you knew that

90:11 the regulatory department was understaffed and

90:12 underfunded, didn't you?

**90:14 - 90:21   Hartman, Mark 11-15-2018 (00:00:23)**   MK01.36

90:14   A. I don't recall how I felt about

90:15 it.  You know, we operated with them in our --

90:16 in our space, they gave us good advice and

90:17 counsel, and it was a department that I would --

90:18 I've certainly worked with from time to time,

90:19 but I don't recall any specific instances of

90:20 what we were doing there -- I -- and any issues

90:21 that we had.

**126:17 - 126:22   Hartman, Mark 11-15-2018 (00:00:19)**   MK01.39

126:17   Q.  when you

126:18 were filling this regulatory role and when --

126:19 the little look back you did, you're aware that

126:20 there were budgetary battles, correct, with

126:21 trying to secure sufficient resources for the

126:22 regulatory department, right?

**126:24 - 128:16   Hartman, Mark 11-15-2018 (00:01:59)**   MK01.10

126:24   A. Boy, there were -- there's always

127:1 budgetary battles.

127:2   Q. Particularly with regulatory,

127:3 right?

127:4   A. That -- I don't know that.  I

127:5 wasn't in role.  I was in a -- in corporate

127:6 functions.  So I -- I didn't spend time there.

127:7 That could be true.

127:8   Q. So did you ever hear of budgetary

| MK01-M Hartman Plaintiff Submission | | |
|---|---|---|
| Page/Line | Source | ID |

127:9 battles going on with regulatory and them not
127:10 getting what they believe the resources they
127:11 needed to do their job with anti-diversion?
127:12   A. In my time period, I not only got
127:13 everything I wanted, I had the support of the
127:14 CEO on that.
127:15   Q. What about outside your time
127:16 period?  Are you aware of budgetary battles and
127:17 regulatory not getting what they needed to do
127:18 their job?
127:19   A. I was not aware of regulatory.  I
127:20 was certainly aware of --
127:21   Q. What were you aware of?
127:22   A. Well, I was on the corporate
127:23 functions.  It's a corporate -- it's a
127:24 corporate -- budget battles happen all the time.
128:1   Q. I want to know with QRA --
128:2   A. I was not knowledgeable of that.
128:3   Q. -- or supply chain integrity, if
128:4 you were ever made aware of budget battles
128:5 occurring before, after, at any time?
128:6   A. Any time?  Yes.  After I left
128:7 Cardinal, Michael had communicated with me.
128:8   Q. That's Mr. Moni, correct?
128:9   A. Yes, Michael Moni.  Had
128:10 communicated with me that they were at budget
128:11 time.  I was not at Cardinal.  And I responded
128:12 to him, basically to "Stay tough.  Stick with
128:13 it."
128:14   Q. Because it's a budgetary battle?
128:15   A. Budgetary battle.
128:16   Q. Let's look at that.  It's 3904.

| Page/Line | Source | ID |
|---|---|---|
| 128:21 - 133:23 | **Hartman, Mark 11-15-2018 (00:04:31)** | **MK01.38** |

128:21   Q. And who was the -- you said the
128:22 CEO even approved your budgets.  Who were you
128:23 referring to?  Or you had the support.
128:24   A. When I went into role, the -- one
129:1 of the meetings I had prior to taking the role
129:2 was with Kerry Clark, and we talked about the
129:3 role, and I talked about the fact that I would

| Page/Line | Source | ID |
|---|---|---|

129:4 need his support before I accepted the role.

129:5   Q. Right.

129:6   A. I would need his support to get

129:7 whatever I needed to do whatever I needed to do.

129:8   Q. Because from the information that

129:9 you already knew, you knew it was going to

129:10 require additional resources and additional

129:11 staff to be able to do the job the way you

129:12 wanted it to be done, correct?

129:13   A. For my time period, that's

129:14 correct.

129:15   Q. Okay.  So let's look at --

129:16 MR. FULLER:  Is this Number 7?

129:17 MS. QUEZON:  Yes.

129:18 BY MR. FULLER:

129:19   Q. All right.  So let's look at

129:20 Exhibit Number 7.  It's 3904 in the upper right;

129:21 is that correct, Mr. Hartman?

129:22   A. Yes.

129:23   Q. Okay.  And this is that e-mail

129:24 between you and Mr. Moni, isn't it?

130:1   A. Correct.

130:2   Q. And it was sent back and forth

130:3 between your personal accounts.  That's not your

130:4 Cardinal e-mail account, is it?

130:5   A. Correct.

130:6   Q. And Mr. Moni, what's his e-mail

130:7 address there?

130:8   A. J-a-t-r-o --

130:9   Q. I think it's a G.

130:10   A. I'm sorry.

130:11 G-a-t-o-r-x-j-d1210@msn.com.

130:12   Q. Is he a Gator fan?

130:13   A. He is a big Gator fan.

130:14   Q. Well, me and him may get along

130:15 because I went to the University of Florida.

130:16   A. I hope you do.  He's a good guy.

130:17   Q. Good.  It seems like you guys got

130:18 along even outside of work; is that right?

130:19   A. Oh, yes.

| Page/Line | Source | ID |
|---|---|---|

130:20   Q. And is he still with the company?

130:21   A. Yes.

130:22   Q. And what is his position

130:23 currently, if you know?

130:24   A. I don't know the title.  I believe

131:1 he's in regulatory, the regulatory office.

131:2   Q. Okay.  And this is sent to you

131:3 shortly after you leave; isn't that true?

131:4   A. May 26, 2010.  I had been gone

131:5 about a quarter.

131:6   Q. So -- because you left in

131:7 February --

131:8   A. Yes.

131:9   Q. -- right?

131:10 So March, April, and then May?

131:11   A. Yes.

131:12   Q. Okay.  And so we lay the

131:13 groundwork here, the budgetary time frame runs

131:14 from July 1 to June 30, correct?

131:15   A. Yes.

131:16   Q. That's the fiscal year?

131:17   A. That's the fiscal year, yes.  At

131:18 that time, it was.  I suppose it still is.

131:19   Q. Sure.

131:20 And the budgetary process,

131:21 therefore, takes part in probably the first and

131:22 second quarter of the year, right?

131:23   A. Yeah.  Budgetary -- yeah, they go

131:24 all year long.

132:1   Q. I can imagine so.  I can imagine

132:2 so.

132:3 All right.  So let's take a look

132:4 at this.  Mr. Hartman says, "Hey, Mark" -- or

132:5 excuse me.  Mr. Moni says, "Hey Mark."  And then

132:6 read the second sentence there.

132:7   A. "We lost in the budget defense big

132:8 time and Giacomin is mounting an attack on QRA

132:9 and we don't seem to have a strategy or at least

132:10 we are not being kept informed."

132:11   Q. Who is Giacomin?  Tell the jury

| MK01-M Hartman Plaintiff Submission | |
|---|---|

| Page/Line | Source | ID |
|---|---|---|

132:12 who Giacomin is.
132:13   A. John, I believe at that time, was
132:14 the president of the pharma division at
132:15 Cardinal.
132:16   Q. And I'll represent to you that
132:17 documents are a little unclear, but it indicates
132:18 from 2008 to sometime in 2010 he was executive
132:19 vice president of operations.
132:20   A. Yes.
132:21   Q. And then in 2010, he became
132:22 president of U.S. pharmaceutical.
132:23 Does that seem to coincide with
132:24 your recollection?
133:1   A. When in 2010 did he --
133:2   Q. That's the part that's unclear.
133:3 I'm not sure.
133:4   A. Yeah, so I'm not sure what role
133:5 John was in here.  But to your point, I do
133:6 recall he was executive vice president of
133:7 operations later on somewhere in 2010 time
133:8 frame.
133:9   Q. Right.  So he's either executive
133:10 VP of ops or he was president of pharmaceutical,
133:11 right?
133:12   A. Yeah.
133:13   Q. Fair enough.
133:14 And he apparently -- or at least
133:15 according to Mo- -- and did you actually speak
133:16 to Mr. Moni about this?
133:17   A. I don't recall any live
133:18 conversations.  I think --
133:19   Q. Just the e-mail.
133:20   A. Just the e-mail.
133:21   Q. And he indicates that "We lost the
133:22 budget defense big time."  Which indicates his
133:23 budget got cut, right?

| 134:1 - 140:18 | **Hartman, Mark 11-15-2018 (00:06:19)** | MK01.11 |

134:1   A. Yes.  So --
134:2   Q. They cut his budget.
134:3   A. -- I think you have to put it in

| MK01-M Hartman Plaintiff Submission | |
|---|---|
| **Page/Line** | **Source** | **ID** |

134:4 context of "big time."  What Michael was

134:5 fighting for, as you'll see in a later e-mail,

134:6 was one position that they were fighting for,

134:7 which was an administrative position.  And the

134:8 argument was, I believe at the time -- again, my

134:9 recollection is that the system was now doing

134:10 that work and they would use that head count,

134:11 that person, in another role someplace else.

134:12   Q. And he goes on to say, that

134:13 "Giacomin is mounting an attack on QRA."

134:14   A. Yes.

134:15   Q. I mean, the guy in operations --

134:16   A. Right.

134:17   Q. -- right?

134:18 And you had a little bit of a

134:19 concern about reporting to people in operations

134:20 at one time, too, didn't you?

134:21   A. Well, I made sure, based on my

134:22 role, that I stayed independent from anybody

134:23 else to influence me.

134:24   Q. Particularly operations, because

135:1 what are they going to want to do?  Just what

135:2 they did here --

135:3   A. Well, they didn't --

135:4   Q. -- is attack?

135:5   A. I think in the later e-mail you'll

135:6 find that didn't happen.

135:7   Q. We'll see.  We'll see.  Let's keep

135:8 going.

135:9   A. You have all my documents, right?

135:10   Q. I -- we have them all.  Your

135:11 counsel has them all, right?

135:12   A. Yes.  Everything I -- I gave him

135:13 everything that I have.

135:14   Q. Okay.

135:15   A. So -- and later on he addresses

135:16 that he kept the head count.  And that was the

135:17 whole commentary there about this.

135:18   Q. Let's keep going.

135:19 "Giacomin is mounting an attack on

| Page/Line | Source | ID |
|---|---|---|

135:20 QRA.  We don't have a strategy or at least we
135:21 are not being kept informed.  And it's because
135:22 we have no presence on the fourth."
135:23 What's "the fourth"?  Tell the
135:24 jury what "the fourth" is.
136:1   A. The fourth -- the fourth floor was
136:2 where the leadership team for pharma was
136:3 officed.  I was there.  In my tenure, I moved us
136:4 off of the fourth to the third floor where the
136:5 regulatory group had been.  So they remained --
136:6 evidently they remained on the third floor.  So
136:7 when he says "on the fourth floor," he's talking
136:8 about physical proximity, I believe.
136:9   Q. Right.  To decision-makers?
136:10   A. I suppose.
136:11   Q. And it's the lack of visibility,
136:12 just what you mentioned, down on the third --
136:13 listen.  Maybe you've forgotten.
136:14   A. You're in the -- you're in the
136:15 budget battle -- you know, got to have what you
136:16 need, and we had gotten everything we needed.
136:17 And he was fighting for one head count.  To him,
136:18 that was big.  We had talked about it before I
136:19 left.  You know, keep that position.
136:20   Q. And this is Moni.  So this is the
136:21 QRA side, right, quality regulatory affairs?
136:22   A. Well, and he was specifically the
136:23 anti-diversion side.
136:24   Q. The anti-diversion?
137:1   A. Yes.
137:2   Q. And how many people did he
137:3 actually have?
137:4   A. At that time, I don't know, but --
137:5 I'd have to see his org chart.  I mean, when we
137:6 built it out, we had six, seven, eight in his
137:7 group, between the pharmacists --
137:8   Q. Right.
137:9   A. -- the investigators and the
137:10 administrative staff that supported that whole
137:11 group on his side.

| MK01-M Hartman Plaintiff Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

137:12  Q. Sure.

137:13   A. And then there was Steve Reardon's

137:14 side.

137:15   Q. Which is -- what do you call that

137:16 side?

137:17   A. He was -- he was regulatory

137:18 affairs.

137:19   Q. Regulatory affairs.

137:20 So on Moni's side, if you take

137:21 away one of seven, that's a pretty big cut.

137:22 Greater than 10 percent at least, right?

137:23   A. Well, just for perspective, what

137:24 we had talked about is that our systems had

138:1 begun to do lots of the administrative work as

138:2 opposed to human beings.  So in my view, as you

138:3 can -- I think you can see through my e-mail,

138:4 you know, it's a budget battle.  You could lose,

138:5 but stay after it.  Don't lose it.  Which he

138:6 didn't.

138:7   Q. Well, you're telling him, "Keep up

138:8 the good fight."

138:9   A. Which he didn't.  And he retained

138:10 his positions, and he retained what he needed.

138:11   Q. So we'll talk about that.  But you

138:12 also are aware that prior to your taking this

138:13 position, there are also budget battles and

138:14 deficiencies in what the regulatory department

138:15 had as well, aren't you?

138:16   A. When you said -- before my time, I

138:17 was not intimately involved with regulatory

138:18 affairs, so I -- I'm not aware of the budget

138:19 battles, if you will, that they had.  I wasn't

138:20 aware.  I wasn't with them.  I didn't

138:21 participate in their parts of the meetings where

138:22 we'd go through the budget, you know, the budget

138:23 needs, the budget requirements, the things we

138:24 were going to do for the next year.

139:1   Q. Let me ask, when you came into the

139:2 department, clearly needed to make changes,

139:3 didn't you?

| MK01-M Hartman Plaintiff Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

139:4   A. Again, when I was just coming into
139:5 the department, I didn't understand what was
139:6 happening.  I didn't know much about it.
139:7   Q. But didn't you already know that
139:8 you needed more resources?
139:9   A. But I -- well, when I talked to
139:10 Kerry, that's exactly what any good executive
139:11 would do.  The first thing they do is --
139:12   Q. Absolutely.
139:13   A. -- ask for the money, ask for the
139:14 support, and that's what I got during my time
139:15 frame.
139:16   Q. And you weren't going to do it to
139:17 be wasteful, were you?
139:18   A. You don't do that.
139:19   Q. Fair enough.
139:20 Keep reading on -- "after the lack
139:21 of visibility."  What does Mr. Moni says -- say?
139:22   A. "We are about to find out that
139:23 some of our recent unpopular decisions were
139:24 correct, though the yelling continues.  Issues
140:1 at borschow have created another firestorm on
140:2 the price diversion side."
140:3   Q. It says "our unpopular decisions
140:4 were correct."  Do you know what he's referring
140:5 to?
140:6   A. I have -- I have no knowledge what
140:7 he's referring to.  I can surmise that.  In our
140:8 role as an anti-diversion, we made plenty of
140:9 calls, and we certainly discussed it.  And the
140:10 calls that we made were debated, at the end of
140:11 the day.  What Michael said we were going to do,
140:12 and I supported, or if I was going to be the
140:13 decision-maker on it, which a few of them I
140:14 was -- I don't recall which ones -- we called
140:15 the shot.
140:16   Q. And it was the unpopular call
140:17 related to anti-diversion in not shipping
140:18 controlled substances, right?

| 140:21 - 142:5 | **Hartman, Mark 11-15-2018 (00:01:19)** | **MK01.12** |

| | MK01-M Hartman Plaintiff Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

140:21   Q. Those were the tough calls?

140:22   A. Well, the tough calls are anytime

140:23 you have a -- certainly anytime you have a

140:24 customer and they hit a threshold and then

141:1 you're making -- doing the review around, is

141:2 that a suspicious order, what other information

141:3 is there?  And do -- and then does it -- do we

141:4 need to deem it a suspicious order?  They're all

141:5 tough calls.

141:6   Q. Absolutely.  And that was y'all's

141:7 obligation -- I say y'all, regulatory's

141:8 obligation was to make those tough decisions,

141:9 those unpopular-by-everybody-else decisions,

141:10 correct?

141:11   A. And we did.

141:12   Q. And that's why you wanted to work

141:13 out from underneath operations or anybody else

141:14 who you mentioned may have influence upon you,

141:15 correct?

141:16   A. That's correct.

141:17   Q. Because you didn't want that to

141:18 happen because you saw and you know that it

141:19 wouldn't be the best way to run the regulatory

141:20 department; isn't that true?

141:21   A. Being separate, have a completely

141:22 independent voice around what actions we took

141:23 was how I saw to get the job done, and during my

141:24 time frame, that's what we did.

142:1   Q. And when you came into the

142:2 department and made those changes, that's not

142:3 the way it was being done.  It was oversaw by

142:4 those who didn't like unpopular decisions,

142:5 correct?

| 142:7 - 145:4 | **Hartman, Mark 11-15-2018 (00:02:41)** | MK01.13 |

142:7   A. You know, I don't know where the

142:8 reporting structure was.  Again, I was heads

142:9 down in a corporate function and some pretty big

142:10 things we had going on.  I was not operating in

142:11 the division at that time.  So I -- you know,

142:12 Steve Reardon will certainly be able to respond

| MK01-M Hartman Plaintiff Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

142:13 to those questions as to where we were, what we
142:14 were doing.
142:15   Q. Now, let's go up to your response.
142:16   A. Okay.
142:17   Q. You say, "Wow, an accident" --
142:18 now, we didn't read the part where Mr. Moni got
142:19 into a car accident, right?
142:20   A. Don't want to read that?
142:21   Q. No, no.
142:22   A. That's --
142:23   Q. That's important?
142:24   A. Well, he takes care of people
143:1 there.
143:2   Q. I understand.  I understand.
143:3 And then you mentioned the budget
143:4 battle that we've already talked about, right?
143:5 That's what you called it?
143:6   A. Oh, yeah.  Well, there isn't --
143:7 there isn't a -- if you want to define it any
143:8 different way, any discussion you have around
143:9 budgets are always battles around what you need
143:10 and then what you want.  And what you try to
143:11 decipher as a corporation is, the needs, what
143:12 are the needs to help our business and to move
143:13 it forward, support our customers?
143:14 The wants oftentimes get layered
143:15 in there, and they're difficult to discern.  You
143:16 know, big companies, big budgets.  And so I
143:17 always refer to it as the budget battles.
143:18   Q. And it clearly was to Mr. Moni.
143:19 Read what you go on to say.
143:20   A. "You know there is a likelihood
143:21 you will not get the head count backfill."
143:22   Q. Keep going.
143:23   A. "I would not cave on that, but
143:24 privately prepare for the worst."
144:1   Q. Finish out.
144:2   A. "I'll certainly see if I can get
144:3 those guys a note to support you and thusly
144:4 Shirlene."

| | MK01-M Hartman Plaintiff Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

144:5   Q. And Shirlene is Ms. Justus, right?
144:6   A. Yes.
144:7   Q. Okay.  And she actually came to
144:8 that division or that department with you when
144:9 you took on that role?
144:10   A. That's right.
144:11   Q. And she had been working with you
144:12 previously in your other roles at Cardinal?
144:13   A. Correct.
144:14   Q. And is she still there, as far as
144:15 you know?
144:16   A. As far as I know.
144:17   Q. Okay.  And it sounds like -- it
144:18 next goes on to say, "It sounds like the
144:19 situation is unfolding a bit like we projected."
144:20 Right?
144:21   A. That's what I said.
144:22   Q. Continue reading for us.
144:23   A. "It's a shame if the department is
144:24 relegated to less-than-needed authority or
145:1 investment.  It will haunt the organization at
145:2 some point."
145:3   Q. Now, let me stop you there.  Is
145:4 this the haunting you're referring to?

**145:7 - 145:15     Hartman, Mark 11-15-2018 (00:00:16)**                     **MK01.14**

145:7   Q. The haunting you're referring to.
145:8 These bad decisions related to regulatory and
145:9 these lawsuits that have now been brought upon
145:10 the company for creating this epidemic.  Is that
145:11 the haunting you're referring to?
145:12   A. No, that's not what I'm referring
145:13 to.
145:14   Q. What haunting are you referring
145:15 to?

**145:19 - 146:19     Hartman, Mark 11-15-2018 (00:01:14)**                     **MK01.15**

145:19   A. I'm talking about the fact that
145:20 the haunting is taking away from the
145:21 organization a head count that we felt we needed
145:22 badly.  Didn't want.  We felt we needed.  Other
145:23 people in the organization could think it's a

| MK01-M Hartman Plaintiff Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

145:24 want or a need that we -- excuse me.  A want
146:1 that we were just putting forward.
146:2 We're saying here the haunting
146:3 part of this is to lose that head count.  So --
146:4 and if any -- and, of course, it should say -- I
146:5 wrote that, authority or investment.  The whole
146:6 point is, while I was there, I had everything
146:7 that I wanted, and the investment was behind me.
146:8 And that was -- what I didn't want Michael to
146:9 lose was that position of investment that he
146:10 felt he needed.
146:11   Q. From others in the organization,
146:12 right?
146:13   A. Sure, yes.
146:14   Q. And now he feels like Giacomin is
146:15 attacking him, and the haunting that's coming,
146:16 you're right, is the lack of support, the lack
146:17 of investment.  And the result is what we see
146:18 here today, an opioid epidemic going on in our
146:19 country; isn't that true?

| 146:21 - 147:2 | **Hartman, Mark 11-15-2018 (00:00:14)** | **MK01.16** |

146:21   A. That was not my inference here.
146:22 My inference was around the budget and what
146:23 Michael needed in order to do the job for
146:24 Cardinal Health.  And if you know from further
147:1 e-mails, he retained his position, and budget
147:2 was good.

| 149:22 - 155:6 | **Hartman, Mark 11-15-2018 (00:05:14)** | **MK01.17** |

149:22   Q. Mr. Hartman, as you can see, this
149:23 is an Operation 1 Cardinal Health quality
149:24 management meeting document, correct?
150:1   A. Yes.
150:2   Q. And it's dated January 13, 14 of
150:3 2005; is that right?
150:4   A. Yes.
150:5   Q. Okay.  This would have been when
150:6 you were with the company, just not in
150:7 regulatory; is that fair?
150:8   A. Yes.
150:9   Q. So if you turn all the way back to

| Page/Line | Source | ID |
|-----------|--------|-----|

**MK01-M Hartman Plaintiff Submission**

150:10 page 64.  We want to take a quick look at just a

150:11 couple things related to the regulatory

150:12 department at the time.

150:13 During that time it was still

150:14 called QRA or quality regulatory affairs; is

150:15 that correct?

150:16   A. I agree with that.  I -- probably.

150:17   Q. Okay.  It says here the QRA model.

150:18 Do you see that?

150:19   A. Where -- are you on the top side

150:20 or --

150:21   Q. Yes, sir.  If you look on the

150:22 screen, because those printouts are hard to

150:23 read.

150:24   A. Yeah.

151:1   Q. The screen in front of you may

151:2 help.

151:3   A. Oh.  Gotcha.

151:4   Q. She blows it up so our eyesights

151:5 can work.

151:6 So, Mr. Hartman, this indicates,

151:7 on page 64 here, that it's internal client

151:8 perspective of QRA; is that right?

151:9   A. Yes.

151:10   Q. Okay.  And it says, "The QRA

151:11 model."  Read the first bullet point to us.

151:12   A. "Quality is not a mindset at

151:13 Cardinal Health.  We are not proactive.  This is

151:14 not a high enough priority today."

151:15   Q. Then it goes on to say, "When

151:16 financials are tight, quality suffers," doesn't

151:17 it?

151:18   A. It says that.

151:19   Q. Now, during this time, you weren't

151:20 in this department; is that fair?

151:21   A. That's correct.

151:22   Q. Now, do you know from your

151:23 experience in the department that having a

151:24 regulatory mindset, having a compliance mindset,

152:1 is very important to the operations of the

| Page/Line | Source | ID |
|---|---|---|

152:2 business, isn't it?

152:3  A. Yes.

152:4  Q. Having sufficient resources so

152:5 that people can do their jobs is also

152:6 detrimental for the compliance department, isn't

152:7 it?

152:8  A. It's important to have the right

152:9 resources to do the regulatory job.

152:10  Q. And not just the right resources

152:11 and number of people, but also the right

152:12 support, like you said?  You specifically went

152:13 to Clark and got his assurance that he would

152:14 back you on what you needed to be able to do the

152:15 job the way you saw fit, didn't you?

152:16  A. I did that.

152:17  Q. If we go on, it says "Need to

152:18 understand" -- or excuse me.  "Corporate quality

152:19 organization - not sure what their role should

152:20 be."

152:21 And our screen went blank.  There

152:22 we go.  Let's try that again.

152:23 The next line, Mr. Hartman, reads,

152:24 "Corporate quality organization - not sure what

153:1 the role should be."

153:2 Corporate quality should have an

153:3 absolute laser beam on what their role should be

153:4 in the organization, shouldn't they?  They've

153:5 got to know what their focus is to be able to do

153:6 their jobs?

153:7  A. In 2005, I -- again, we were -- we

153:8 were organizing ourselves differently.  I don't

153:9 know what this document is, so I'd need to take

153:10 some time on it so that I could -- I won't be

153:11 able to answer your question because I -- that

153:12 might be the new organization of a department.

153:13  Q. And that's fair.  But you would

153:14 agree, would you not, that corporate quality

153:15 should know what their role is?

153:16  A. Corporate quality should know what

153:17 their role is given a new department has time to

| MK01-M Hartman Plaintiff Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

153:18 establish what they're about and the resources
153:19 that they have and how it was reorganized
153:20 potentially.
153:21   Q. Absolutely.
153:22 Then it says, "Need to understand
153:23 roles and what will be at Business or Segment
153:24 level."
154:1 Do you see that?  Do you see that
154:2 there?  Did I read it correctly?
154:3   A. Yeah, yeah, I see it.
154:4   Q. Okay.  And then, "Corporate
154:5 Centers of Excellence would be of value."
154:6 You would agree with that,
154:7 wouldn't you?
154:8   A. Yes.
154:9   Q. And then, "Would like to see
154:10 stronger regulatory affairs" --
154:11   A. Let me come back on that.
154:12 Corporate Centers of Excellence.  Okay.  If I'm
154:13 going to respond to this, I need to look at this
154:14 document.  I think I'm aware of the time period
154:15 we're talking about.  And that time period would
154:16 be the genesis of responses that I can give you
154:17 as opposed to looking at one segment on here.
154:18 Can I do that?
154:19   Q. Well, here's the thing.  Your
154:20 counsel wants to finish by 12:30 to take a lunch
154:21 break, and that's fine, but I want to finish
154:22 with this document.  And I have a limited amount
154:23 of time.
154:24   A. Yes.
155:1   Q. And I'm not going to waste my
155:2 seven hours that we have letting you go through
155:3 a big old document that somebody hadn't bothered
155:4 to show you before.
155:5   A. I -- can I just take a minute?
155:6   Q. Absolutely.

| 155:15 - 156:4 | **Hartman, Mark 11-15-2018 (00:00:31)** | **MK01.18** |

155:15   A. Yeah.
155:16   Q. You were the one that said you

| Page/Line | Source | ID |
|---|---|---|

**MK01-M Hartman Plaintiff Submission**

155:17 wanted to take a look at it, Mr. Hartman.  Go
155:18 ahead.
155:19   A. I'm vaguely in the time frame.  I
155:20 wasn't in quality.  I'll take your questions.
155:21   Q. Okay.  So the next section is
155:22 "People."
155:23 Do you see that there?
155:24   A. Yes.
156:1   Q. And read the first bullet point.
156:2   A. "Under-resourced today."
156:3   Q. Not enough people, not enough
156:4 resources.  That's what it's saying, correct?

**156:6 - 157:6**     **Hartman, Mark 11-15-2018 (00:01:11)**     **MK01.19**

156:6   A. Yeah.  This is a document in
156:7 response to the reorganization at Cardinal, and
156:8 I oversaw and was a part of watching all of
156:9 these departments.  It's a big, big
156:10 transformation.  Big.  Lots of involvement.
156:11 Huge changes.  I'll just tell you that I didn't
156:12 have a function that didn't come in with
156:13 anything different than this kind of lineup of
156:14 under-resourced or underfunded or needs money.
156:15   Q. Okay.  We'll -- and we'll deal
156:16 with that.
156:17   A. And everybody had -- and that gets
156:18 back to the budget battle comment where I talked
156:19 to you about wants -- or needs versus wants.
156:20 And what we found in all of this, as we moved
156:21 forward to reorganize and make ourselves more
156:22 efficient, there were a tremendous number of
156:23 wants.  What we had to get at were the needs,
156:24 and I don't know how this resulted.
157:1   Q. We'll see.  And here's the thing,
157:2 Mr. Hartman, because Cardinal's entrusted with
157:3 dealing with what has been labeled and
157:4 legislatively enacted as dangerous drugs.
157:5 You're aware of that, right?
157:6 Control IIs are --

**157:8 - 157:17**     **Hartman, Mark 11-15-2018 (00:00:20)**     **MK01.20**

157:8   Q. -- by definition dangerous drugs.

| MK01-M Hartman Plaintiff Submission |
|---|

| Page/Line | Source | ID |
|---|---|---|
| | 157:9 You're aware of that, correct? | |
| | 157:10   A. Yes. | |
| | 157:11   Q. This is not a place to skimp.  You | |
| | 157:12 would agree with that?  Regulatory needs to be | |
| | 157:13 beefed up so they can do the job they need to do | |
| | 157:14 in compliance with the regulations we talked | |
| | 157:15 about earlier. | |
| | 157:16 We can both agree on that as well, | |
| | 157:17 correct? | |
| 157:19 - 160:17 | **Hartman, Mark 11-15-2018 (00:02:44)** | **MK01.21** |
| | 157:19   A. Well, the only -- the only thing I | |
| | 157:20 agree with is this is a document that came out | |
| | 157:21 in a major transformation from one of the | |
| | 157:22 functions about, we need more money, we need | |
| | 157:23 more resources.  And the way to do that is to | |
| | 157:24 highlight things like you're seeing right here, | |
| | 158:1 and I saw that in every single department that | |
| | 158:2 came forward. | |
| | 158:3   Q. Fair enough. | |
| | 158:4   A. And it doesn't mean that they were | |
| | 158:5 underfunded or they were under-resourced.  That | |
| | 158:6 does not say that here, when you get to the | |
| | 158:7 corporate level of looking at the functions. | |
| | 158:8   Q. Hold on.  So you're the doc -- | |
| | 158:9 saying this document doesn't say they're not | |
| | 158:10 under-resourced? | |
| | 158:11   A. No.  I'm saying that what's said | |
| | 158:12 here is not necessarily a corporate position or | |
| | 158:13 where we were at on quality as to how Cardinal | |
| | 158:14 saw it.  This is what the department is saying. | |
| | 158:15   Q. Exactly.  Exactly, Mr. Hartman. | |
| | 158:16 It is the QRA department saying we're | |
| | 158:17 under-resourced. | |
| | 158:18   A. But it doesn't say it's -- it | |
| | 158:19 doesn't mean it's necessarily right or that they | |
| | 158:20 are under-resourced as we develop the | |
| | 158:21 departments in this new organization. | |
| | 158:22   Q. Sure.  It doesn't mean it's true. | |
| | 158:23 It's just what they're saying? | |
| | 158:24   A. Yes. | |

| Page/Line | Source | ID |
|---|---|---|

159:1  Q. Fair enough.

159:2 The next bullet point says,

159:3 "People we have are good.  Don't have enough

159:4 bench strength."

159:5 And you would agree again, that in

159:6 regulatory you have to have the depth.  You have

159:7 to have the good people up and down the ladder,

159:8 correct?

159:9   A. You have to have good people.

159:10   Q. It says then, "Need to upgrade and

159:11 deepen talent."

159:12 You don't disagree with that

159:13 either, do you?

159:14   A. There isn't a budget discussion, a

159:15 department I've run, a place I've been, a thing

159:16 I've actually tried to execute and get done

159:17 where "need to upgrade" and "deepen talent"

159:18 doesn't exist.  I agree with it.

159:19   Q. And then, "Not enough people"

159:20 again, right?  That's what it says?

159:21   A. It says that, yes.

159:22   Q. That's what the QRA department is

159:23 saying during this time frame?

159:24   A. That's what they said.

160:1   Q. And then go to processes.

160:2 "The process" -- and you're aware

160:3 of this.  This is the regulatory department,

160:4 bullet point 1:  "Keeps us out of trouble but

160:5 not very proactive or innovative."

160:6 You would agree, would you not,

160:7 that you need to be proactive in regulatory?

160:8   A. Prior to my time, the "keep us out

160:9 of trouble," I agree with.  The "not very

160:10 proactive or interactive," I don't know to agree

160:11 with you in the matter that we're talking about.

160:12 Cardinal was a big company.  This is referring

160:13 to broad specter regulatory groups.

160:14   Q. Let's talk about it.

160:15 Are you aware of the New York AG

160:16 action for selling and diverting related to

| Page/Line | Source | ID |
|---|---|---|
| | MK01-M Hartman Plaintiff Submission | |

160:17 price fixing?

161:2 - 161:2      **Hartman, Mark 11-15-2018 (00:00:00)**      **MK01.22**

161:2   A. I'm aware of it.

355:9 - 358:22      **Hartman, Mark 11-15-2018 (00:04:35)**      **MK01.23**

355:9   Q. Good afternoon, Mr. Hartman.  My
355:10 name is Steve Pyser.  I represent Cardinal
355:11 Health.  I have a few questions for you
355:12 following up on the examination from Plaintiffs.
355:13 You spoke a little bit about your
355:14 background, but I wanted to make sure we got the
355:15 full picture.  Can you just introduce yourself
355:16 to the jury and tell us about your education.
355:17   A. Okay.  I'm Mark Hartman.  My
355:18 formal education was at United States Military
355:19 Academy, West Point.  I was there from 1975 to
355:20 1979, and I consider greatly part of my
355:21 leadership training also included that I'm an
355:22 airborne ranger and attended those schools and
355:23 earned their -- and earned those credentials.
355:24   Q. After you graduated West Point, I
356:1 assume you served in the Army for a period of
356:2 time?
356:3   A. I did.
356:4   Q. About how long?
356:5   A. Five years.
356:6   Q. And after you left the service,
356:7 what was your job experience before joining
356:8 Cardinal Health?
356:9   A. Quick run was I worked for
356:10 American Hospital Supply, a distributor, for
356:11 about four years.  I worked for Pepsi-Cola for
356:12 ten years.  I worked for one year for a auto
356:13 parts supplier, about one year, and then that
356:14 led me to Cardinal Health for my next 12-plus
356:15 years.
356:16   Q. Okay.  And you may have already
356:17 said, but approximately what year did you join
356:18 Cardinal?
356:19   A. 1998.
356:20   Q. And can you take me through --

| Page/Line | Source | ID |
|---|---|---|

**MK01-M Hartman Plaintiff Submission**

356:21 you've talked a lot today about the job you took

356:22 in December 2007, but can you take me through

356:23 the lead-up to some of the other jobs that you

356:24 held at Cardinal before 2007.

357:1   A. And prior to Cardinal, I had a

357:2 fair amount of experience as a general manager

357:3 in the -- in a distribution world at Pepsi-Cola.

357:4 I came into Cardinal in a very similar kind of

357:5 job.  I had at the time three distributions

357:6 centers, which we consolidated into one in

357:7 Aurora, Illinois.  I had approximately

357:8 200 employees, and I had a staff that supported

357:9 me and a sales team, and we represented a chunk

357:10 of the Midwest region, and we did approximately

357:11 $1.3 billion in revenue.

357:12 After that role for not quite --

357:13 well, maybe a little over a year, I was brought

357:14 to our headquarters as a senior vice president

357:15 of operations.  So in that role, I supported all

357:16 the field locations and those functions with

357:17 logistics, policies, procedures, and

357:18 efficiencies.  We were doing a lot of building

357:19 at that point.  I had a team of engineers where

357:20 we built the facilities.  And then, of course,

357:21 helped them transition into them and so forth in

357:22 many of the various roles there, in that

357:23 operations role.

357:24 From there I went to -- I was

358:1 executive vice president of field sales and

358:2 operation.  I reported to our president.  I had

358:3 the part of the company where we had the -- a

358:4 general management structure with -- at that

358:5 point, the 24 distribution centers reporting in

358:6 through that team to me.  5,000 employees.  I

358:7 think at that point, we were about $40 billion

358:8 in sales.

358:9 And then I went into the EVP of --

358:10 I can't remember the title we had now.  It's the

358:11 transformation.  So I talked a little bit about

358:12 it about earlier today.  We had a major

| MK01-M Hartman Plaintiff Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

358:13 transformation going on trying to reorganize and
358:14 make our back office much more efficient.  And I
358:15 had various departments and people under me and
358:16 scrutiny on these transformations that were
358:17 going on in the various departments.  And we
358:18 would try to work with them, consolidate,
358:19 counsel, advise.
358:20 And then I was -- I was -- I
358:21 went -- stayed in that role principally to this
358:22 role.

**358:23 - 360:6**  **Hartman, Mark 11-15-2018 (00:01:32)**    **MK01.30**

358:23   Q. So fair to say prior to taking
358:24 over the anti-diversion related role that you
359:1 had in December 2007, you've been at fairly high
359:2 levels of Cardinal Health?
359:3   A. Yes.
359:4   Q. From your perspective, having
359:5 worked in different -- excuse me -- areas of
359:6 Cardinal Health, what is Cardinal Health's role
359:7 in the healthcare system in the United States?
359:8   A. Well, I can't remember our
359:9 moniker, but, I mean, principally it's to
359:10 deliver medications, you know, through our
359:11 supply chain to, you know, the licensed
359:12 pharmacies, hospitals, and any of the legal
359:13 entities in a safe, secure way, in order to
359:14 ensure that those products are available for
359:15 patients when they need them.
359:16   Q. The portfolio of products that are
359:17 being shipped to hospitals and pharmacies and
359:18 other medical care facilities, are they broader
359:19 than the controlled substances that have been
359:20 talked about earlier today?
359:21   A. Much broader.  There was --
359:22   Q. Does Cardinal Health also ship
359:23 medical supplies, in addition to
359:24 pharmaceuticals?
360:1   A. Yes.
360:2   Q. So everything from aspirin to
360:3 crutches; is that kind of the concept?

| MK01-M Hartman Plaintiff Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

360:4   A. Band-Aids.  Whatever is needed in
360:5 locations is generally something we would have
360:6 supplied.

360:7 - 361:5     **Hartman, Mark 11-15-2018 (00:01:12)**     MK01.31

360:7   Q. If you could, just give us a
360:8 little view of kind of what the team was that
360:9 you were working with in terms of the senior
360:10 leadership in an anti-diversion or QRA role in
360:11 December 2007 when you came into the role.
360:12   A. Michael Moni was where I met him,
360:13 because he was in role just a bit prior to me
360:14 stepping into role.  Of course, I got to know
360:15 Michael much, much better.
360:16 But what I knew going in is that
360:17 Michael was a degreed pharmacist.  He was a
360:18 degreed lawyer in the regulatory space, as I
360:19 recall remembering that.  And the key part for
360:20 me was that he had come out of Cardinal from the
360:21 Medicine Shoppe business, but he had worked
360:22 prior to that on the Kentucky pharmacy board,
360:23 and he had put in place the Kentucky program to
360:24 monitor or for doctors, I believe, to use.
361:1 So I don't remember exactly what
361:2 interactions he had on that, but I know he
361:3 played a key role.  But that was important to me
361:4 because he seemed to have all the credentials as
361:5 we were working in this anti-diversion space.

361:6 - 361:23     **Hartman, Mark 11-15-2018 (00:00:52)**     MK01.24

361:6   Q. And when you took over, did you
361:7 have the budget that you needed to staff out the
361:8 regulatory department and anti-diversion team?
361:9   A. I -- everything that I needed, I
361:10 had, and I had that commitment from the CEO.
361:11 And even as that changed, we continued to have
361:12 that support.
361:13   Q. Was there ever a time during your
361:14 work with QRA and anti-diversion from 2007
361:15 through 2010 where you asked for additional
361:16 resources and were told no?
361:17   A. No.

| MK01-M Hartman Plaintiff Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

361:18  Q. Did you believe at the time when
361:19 you were working anti-diversion that the program
361:20 had adequate resources?
361:21  A. During my time frame?
361:22  Q. Yes.
361:23  A. Yes.

361:24 - 362:21  **Hartman, Mark 11-15-2018 (00:00:53)**   MK01.32

361:24   Q. All right.  On the regulatory side
362:1 of your work, was there someone else there in
362:2 addition to Michael Moni?
362:3  A. Steve Reardon.
362:4  Q. And what were Mr. Reardon's
362:5 general job duties?
362:6  A. I got to know Steve when I -- he
362:7 was at Cardinal prior to me, and so, of course,
362:8 I worked with him from time to time, you know,
362:9 in his capacity in regulatory the whole time.
362:10 But prior to Cardinal, my understanding was
362:11 Steve was a Boston police officer for several
362:12 years.  I don't remember if he retired from that
362:13 job or not, but I know he worked at it for many,
362:14 many years.
362:15  Q. So coming in, did you believe that
362:16 both Mr. Moni and Mr. Reardon were qualified for
362:17 the positions they held?
362:18  A. I felt very comfortable about it
362:19 and I -- it's another aspect of -- a part that I
362:20 talked to our CEO about was that I wanted that
362:21 team in place.

361:24 - 362:21  **Hartman, Mark 11-15-2018 (00:00:52)**   MK01.25

361:24   Q. All right.  On the regulatory side
362:1 of your work, was there someone else there in
362:2 addition to Michael Moni?
362:3  A. Steve Reardon.
362:4  Q. And what were Mr. Reardon's
362:5 general job duties?
362:6  A. I got to know Steve when I -- he
362:7 was at Cardinal prior to me, and so, of course,
362:8 I worked with him from time to time, you know,
362:9 in his capacity in regulatory the whole time.

| | MK01-M Hartman Plaintiff Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

362:10 But prior to Cardinal, my understanding was

362:11 Steve was a Boston police officer for several

362:12 years.  I don't remember if he retired from that

362:13 job or not, but I know he worked at it for many,

362:14 many years.

362:15   Q. So coming in, did you believe that

362:16 both Mr. Moni and Mr. Reardon were qualified for

362:17 the positions they held?

362:18   A. I felt very comfortable about it

362:19 and I -- it's another aspect of -- a part that I

362:20 talked to our CEO about was that I wanted that

362:21 team in place.

**368:5 - 369:7**   **Hartman, Mark 11-15-2018 (00:00:59)**   **MK01.26**

368:5 Earlier today you were asked some

368:6 questions, and you don't need to look at the

368:7 exhibit but just to put it in context.

368:8 Exhibit 7 discussed a budget battle.

368:9 Do you recall that conversation?

368:10   A. Yes.  Yes.

368:11   Q. And there was a discussion in that

368:12 e-mail about head count.

368:13 Do you recall that?

368:14   A. Yes.

368:15   Q. Okay.  I don't think you were ever

368:16 asked how that issue resolved or if you know.

368:17 How did that issue resolve, if you

368:18 know?

368:19   A. Personal exchange with Michael,

368:20 and he was going through the budget battle for a

368:21 head count.  He maintained that head count.

368:22   Q. It's a little bit corporate speak.

368:23 Can you explain what you mean by "he maintained

368:24 that head count."

369:1   A. It -- well, in the budget fight

369:2 of, you know, do you lose a head count and it

369:3 goes to somebody else, if you will, he

369:4 maintained it.  Exactly what he had and wanted

369:5 remained the same, as I understand what the

369:6 later e-mails that he had sent that, you know,

369:7 he had won the battle.

| Page/Line | Source | ID |
|---|---|---|
| 369:8 - 369:17 | **Hartman, Mark 11-15-2018 (00:00:28)** | MK01.27 |
| | 369:8   Q. You were asked -- also asked about | |
| | 369:9 the potential of the QRA group being moved into | |
| | 369:10 a position that it would be part of operations. | |
| | 369:11 Do you know whether QRA remained | |
| | 369:12 separate from operations after your time at | |
| | 369:13 Cardinal? | |
| | 369:14   A. During my time frame, it certainly | |
| | 369:15 was, and I believe after I left, it remained | |
| | 369:16 separate from the operating divisions reporting | |
| | 369:17 to corporate. | |
| 370:22 - 371:4 | **Hartman, Mark 11-15-2018 (00:00:12)** | MK01.28 |
| | 370:22   Q. At any time while you were at | |
| | 370:23 Cardinal, are you aware of an instance where the | |
| | 370:24 sales staff or anyone else blocked the | |
| | 371:1 anti-diversion team from taking an action | |
| | 371:2 against a customer that your team wanted to | |
| | 371:3 take? | |
| | 371:4   A. No. | |
| 371:12 - 371:15 | **Hartman, Mark 11-15-2018 (00:00:09)** | MK01.29 |
| | 371:12   Q. In your experience at Cardinal | |
| | 371:13 Health, did you ever see Cardinal Health ship an | |
| | 371:14 order that you believed would be diverted? | |
| | 371:15   A. No. | |

Plaintiffs AffirmativeDesignations = 00:30:49
Defense Completeness Counters = 00:08:10
Defense Counters = 00:03:38
**Total Time = 00:42:37**