**Designation Run Report**

# Howenstein, Kim - Plaintiffs' Submission

---

**Howenstein, Kim 01-10-2019**

---

| | |
|---|---|
| **Plaintiff Designations  00:26:31** | |
| **Defense Counters  00:00:19** | |
| **Plaintiff Counter Counters  00:03:10** | |
| **Defense Completeness Counters  00:03:35** | |

**Total Time  00:33:35**



ID:KH01

| Page/Line | Source | ID |
|---|---|---|
| | **KH01-Howenstein, Kim - Plaintiffs' Submission** | |

| Page/Line | Source | ID |
|---|---|---|
| 10:11 - 10:19 | **Howenstein, Kim 01-10-2019 (00:00:05)** | KH01.1 |
| | 10:11 KIM HOWENSTEIN | |
| | 10:12 being by me first duly sworn, as hereinafter | |
| | 10:13 certified, testifies and says as follows: | |
| | 10:14 EXAMINATION | |
| | 10:15 BY MR. ELKINS: | |
| | 10:16   Q. Good morning, Ms. Howenstein.  My | |
| | 10:17 name is AJ Elkins.  Am I pronouncing your last | |
| | 10:18 name correctly? | |
| | 10:19   A. Howenstein. | |
| 11:17 - 11:22 | **Howenstein, Kim 01-10-2019 (00:00:12)** | KH01.2 |
| | 11:17   Q. Where are you currently employed? | |
| | 11:18   A. I'm currently employed with | |
| | 11:19 Cardinal Health. | |
| | 11:20   Q. And what is your title? | |
| | 11:21   A. Currently, I am director of non-PD | |
| | 11:22 customer management. | |
| 12:1 - 12:10 | **Howenstein, Kim 01-10-2019 (00:00:28)** | KH01.3 |
| | 12:1   Q. What does that mean? | |
| | 12:2   A. It is business units outside of | |
| | 12:3 our retail space. | |
| | 12:4   Q. Okay.  What kind of business units | |
| | 12:5 would that be? | |
| | 12:6   A. So subsidiaries of Cardinal | |
| | 12:7 Health.  So Par Med, SPD, SPS, or specialty | |
| | 12:8 business units. | |
| | 12:9   Q. Okay. | |
| | 12:10   A. Those sorts of things. | |
| 12:11 - 14:22 | **Howenstein, Kim 01-10-2019 (00:02:56)** | KH01.90 |
| | 12:11   Q. Okay.  What does your job entail? | |
| | 12:12 What are your duties and responsibilities? | |
| | 12:13   A. Currently? | |
| | 12:14   Q. Currently. | |
| | 12:15   A. Currently.  So I just took the | |
| | 12:16 position -- excuse me -- in November of 2018, so | |
| | 12:17 I'm still getting a handle on it.  But the main | |
| | 12:18 roles and responsibilities is the customer | |
| | 12:19 management of threshold reviews, threshold | |
| | 12:20 settings, specific to the nonpharmaceutical | |
| | 12:21 distributions. | |

| Page/Line | Source | ID |
|---|---|---|

12:22   Q. Okay.  Threshold settings related
12:23 to nonpharmaceutical?
12:24   A. Our non-PD distribution centers.
13:1 So, again, our specialty, our distribution
13:2 centers, our SPS, SPD, Par Med.
13:3   Q. Okay.  So dealing with products
13:4 that aren't pharmaceuticals?
13:5   A. They are pharmaceuticals.
13:6   Q. Okay.  And you started that, you
13:7 said, November of 2018?
13:8   A. That is correct.
13:9   Q. What was your title before then?
13:10   A. I can't recall specifically.  Risk
13:11 manager of analytics.  That's not the exact
13:12 title.  I can't recall specifically what that
13:13 title was.
13:14   Q. Okay.  How long were you in that
13:15 position?
13:16   A. Please repeat that.
13:17   Q. How long were you in that
13:18 position?
13:19   A. That position was roughly three
13:20 years.  It was from '13 through -- I'm sorry,
13:21 '15 through '18.
13:22   Q. '18.  And what -- what did your
13:23 responsibilities include with respect to that
13:24 position?
14:1   A. That was dealing with
14:2 threshold-related matters specific to our PD
14:3 space, so our pharmaceutical space.
14:4   Q. Okay.  And then prior to '15 --
14:5 well, first, when -- when did you start at
14:6 Cardinal?
14:7   A. I started as a temp in October of
14:8 2008, and I was hired on full-time March of
14:9 2009.
14:10   Q. So prior to 2015, what was your
14:11 position with Cardinal?
14:12   A. Prior to 2015 I was --
14:13   Q. I'm sorry.  Prior to your position

**KH01-Howenstein, Kim - Plaintiffs' Submission**

| Page/Line | Source | ID |
|---|---|---|

14:14 as the analytics manager.

14:15   A. Sure.

14:16 So from end of 2012, beginning of

14:17 2013, up until October of '15, I believe, I was

14:18 in the investigation space of the anti-diversion

14:19 team.

14:20   Q. Okay.  Investigations, does that

14:21 include site visits to pharmacies?

14:22   A. That is correct.

**15:8 - 15:16   Howenstein, Kim 01-10-2019 (00:00:24)**      KH01.4

15:8   Q. Okay.  So what did you do in that

15:9 position?

15:10   A. I acted as a supplemental resource

15:11 to the director of the investigations team who

15:12 managed the investigators out in the field.  So

15:13 I did a lot of document collection for them.  I

15:14 would handle their schedules, sending them out

15:15 to the different pharmacies for their reviews,

15:16 things like that.

**15:17 - 16:20   Howenstein, Kim 01-10-2019 (00:01:26)**      KH01.70

15:17   Q. Document collection, what does

15:18 that mean exactly?

15:19   A. Sure.  So if they needed -- and

15:20 they had access to all of these documents, too.

15:21 But if there were documents as part of the

15:22 customer's file, if they asked me to pull that,

15:23 I would pull that for them.  Again, they also

15:24 had access to that information.

16:1 I would set up the scheduling for

16:2 them, act as a liaison between whoever requested

16:3 it and them, if there was additional information

16:4 they could work through me.  But they could also

16:5 go directly to the individual that requested the

16:6 visit as well.

16:7   Q. Who would be -- who would request

16:8 visits?  What were the different reasons for

16:9 requesting the visit?

16:10   A. So different reasons could be --

16:11 again, this is not an exhaustive list, but it

16:12 could be a threshold request, it could be based

| Page/Line | Source | ID |
|---|---|---|

16:13 on maybe a pharmacy closed and was absorbing
16:14 additional business so we went out and took a
16:15 look at the pharmacy.  There's a myriad of
16:16 reasons.
16:17   Q. Would that include when Cardinal
16:18 would take on a new customer, a new pharmacy, an
16:19 on-site investigation related to that?
16:20   A. Potentially.

**16:21 - 17:8**  **Howenstein, Kim 01-10-2019 (00:00:45)**  **KH01.5**

16:21   Q. Okay.  So prior to 2012, what were
16:22 your responsibilities at Cardinal?
16:23   A. Prior to '12, between 2009, when I
16:24 was hired on, through the end of '12, I was in
17:1 new account setup.
17:2   Q. And what did you do in new account
17:3 setup?
17:4   A. The main responsibilities were to
17:5 look at customers that were prospects to
17:6 Cardinal that wanted to become customers of
17:7 Cardinal Health, so the role was to review
17:8 prospective customers.

**17:9 - 17:17**  **Howenstein, Kim 01-10-2019 (00:00:17)**  **KH01.71**

17:9   Q. What kind of things did you
17:10 review?
17:11   A. There was a myriad of things and,
17:12 again, this is not an exhaustive list.  But they
17:13 would complete a KYC, which is a Know Your
17:14 Customer questionnaire.  And from those details
17:15 that were provided by the pharmacy, there were
17:16 additional pieces that we would pull, licensure,
17:17 things like that.

**92:2 - 92:4**  **Howenstein, Kim 01-10-2019 (00:00:12)**  **KH01.6**

92:2   Q. Ms. Howenstein, I'm going to hand
92:3 you a copy of the personnel file that was
92:4 produced by your counsel to plaintiffs.

**92:9 - 92:10**  **Howenstein, Kim 01-10-2019 (00:00:02)**  **KH01.7**

92:9   Q. And we've marked that as
92:10 Exhibit 3.

**92:11 - 92:12**  **Howenstein, Kim 01-10-2019 (00:00:09)**  **KH01.8**

92:11 If you could turn to the fifth

| KH01-Howenstein, Kim - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 92:13 - 92:15 | 92:12 page.  So it would be 3650.5.<br>**Howenstein, Kim 01-10-2019 (00:00:07)**<br>92:13 Have you ever seen this before?<br>92:14   A. 3650.5?<br>92:15   Q. .5, yes, ma'am. | KH01.9 |
| 92:18 - 92:18 | **Howenstein, Kim 01-10-2019 (00:00:02)**<br>92:18   A. I have seen this before. | KH01.10 |
| 94:2 - 94:5 | **Howenstein, Kim 01-10-2019 (00:00:11)**<br>94:2   Q. So this says you were involved<br>94:3 in -- or that you created this SOP, this<br>94:4 threshold event/early dialogue SOP; is that<br>94:5 right? | KH01.11 |
| 94:7 - 94:11 | **Howenstein, Kim 01-10-2019 (00:00:25)**<br>94:7   A. I don't recall this.<br>94:8   Q. You don't recall ever creating or<br>94:9 revising a Cardinal standard operating procedure<br>94:10 related to threshold events and early dialogue?<br>94:11   A. I do not recall. | KH01.12 |
| 96:4 - 96:10 | **Howenstein, Kim 01-10-2019 (00:00:18)**<br>96:4   Q. Did you draft the information<br>96:5 that's in this personnel file, or at least on<br>96:6 this page?<br>96:7   A. I did write that box.<br>96:8   Q. So you wrote that?  You agree that<br>96:9 you wrote that, yes?<br>96:10   A. I would agree that I wrote that. | KH01.13 |
| 97:3 - 98:9 | **Howenstein, Kim 01-10-2019 (00:01:41)**<br>97:3   Q. And I apologize for bouncing back<br>97:4 to it, but the personnel file, Page 6, at the<br>97:5 bottom right-hand corner, do you see that date?<br>97:6   A. I do.<br>97:7   Q. That's August 23rd, 2011, correct?<br>97:8   A. That is correct.<br>97:9   Q. That's also during your time in<br>97:10 new account setup, right?<br>97:11   A. That is correct.<br>97:12   Q. And that's after the date of the<br>97:13 sales early dialogue SOP that we're looking at,<br>97:14 right?<br>97:15   A. That is correct. | KH01.14 |

| KH01-Howenstein, Kim - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 97:16   Q. At 1.0, on the first page of the | clear |
|  | 97:17 sales early dialogue SOP, could you read that |  |
|  | 97:18 paragraph next to "purpose." |  |
|  | 97:19   A. Sure.  "The federal Controlled |  |
|  | 97:20 Substances Act requires pharmaceutical |  |
|  | 97:21 wholesalers to maintain effective controls to |  |
|  | 97:22 guard against the diversion of controlled |  |
|  | 97:23 substances.  As part of this requirement, |  |
|  | 97:24 Cardinal Health has developed a suspicious order |  |
|  | 98:1 monitoring (SOM) program to identify orders of |  |
|  | 98:2 unusual size, pattern, and/or frequency.  This |  |
|  | 98:3 policy provides process requirements for the |  |
|  | 98:4 continuous monitoring and reporting of customer |  |
|  | 98:5 order activities by sales during the execution |  |
|  | 98:6 of the SOM program.  This process focuses on |  |
|  | 98:7 early dialogue activities." |  |
|  | 98:8   Q. Is anything in that paragraph |  |
|  | 98:9 familiar to you? |  |
| 98:11 - 98:12 | **Howenstein, Kim 01-10-2019 (00:00:03)** | **KH01.15** |
|  | 98:11   A. Some of these statements I am |  |
|  | 98:12 familiar with. |  |
| 98:13 - 98:15 | **Howenstein, Kim 01-10-2019 (00:00:04)** | **KH01.72** |
|  | 98:13   Q. Did you write any of these |  |
|  | 98:14 statements? |  |
|  | 98:15   A. No, sir. |  |
| 98:16 - 99:5 | **Howenstein, Kim 01-10-2019 (00:00:43)** | **KH01.16** |
|  | 98:16   Q. Okay.  Below there, there is 4.0, |  |
|  | 98:17 and then next to that, it says "policy." |  |
|  | 98:18   A. Yes. |  |
|  | 98:19   Q. Could you read that paragraph next |  |
|  | 98:20 to that, please. |  |
|  | 98:21   A. "The anti-diversion team within |  |
|  | 98:22 QRA, supply chain integrity, is responsible for |  |
|  | 98:23 the continuous reporting of threshold events |  |
|  | 98:24 identified during the execution of the |  |
|  | 99:1 suspicious order monitoring (SOM) program.  The |  |
|  | 99:2 reporting encompasses two components:  1, |  |
|  | 99:3 internal reports that assist in the evaluation |  |
|  | 99:4 of threshold events; and, 2, communication of |  |
|  | 99:5 the threshold events to the sales department." |  |

**KH01-Howenstein, Kim - Plaintiffs' Submission**

| Page/Line | Source | ID |
|---|---|---|
| 99:6 - 99:6 | **Howenstein, Kim 01-10-2019 (00:00:01)** | KH01.73 |
| | 99:6   Q. Do you recall writing that? | |
| 99:8 - 99:8 | **Howenstein, Kim 01-10-2019 (00:00:00)** | KH01.81 |
| | 99:8   A. No, sir, I do not. | |
| 99:9 - 99:13 | **Howenstein, Kim 01-10-2019 (00:00:17)** | KH01.17 |
| | 99:9   Q. During 2009 to 2012, what you were | |
| | 99:10 doing with respect to new account setup, would | |
| | 99:11 that be considered the anti-diversion team? | |
| | 99:12   A. New account setup is part of the | |
| | 99:13 anti-diversion team. | |
| 125:22 - 125:24 | **Howenstein, Kim 01-10-2019 (00:00:09)** | KH01.18 |
| | 125:22   Q. Okay.  And in QRA, you have a role | |
| | 125:23 that you must play within Cardinal Health to | |
| | 125:24 protect the public as well, correct? | |
| 126:2 - 126:7 | **Howenstein, Kim 01-10-2019 (00:00:16)** | KH01.19 |
| | 126:2   A. I don't know the full scope of the | |
| | 126:3 role or obligation. | |
| | 126:4   Q. So you don't know if you | |
| | 126:5 necessarily had a role in your -- in your job, | |
| | 126:6 say, up until 2013, to -- within Cardinal Health | |
| | 126:7 to help protect the public? | |
| 126:14 - 126:22 | **Howenstein, Kim 01-10-2019 (00:00:32)** | KH01.20 |
| | 126:14   A. As part -- the anti-diversion | |
| | 126:15 program, we have processes in place that help us | |
| | 126:16 do our job, and part of that is creating systems | |
| | 126:17 to help us detect orders. | |
| | 126:18   Q. Okay.  Ma'am, that wasn't my | |
| | 126:19 question, though.  My question was:  Is in QRA, | |
| | 126:20 you have a role that you must play within | |
| | 126:21 Cardinal to protect the public at large, | |
| | 126:22 correct?  Yes or no. | |
| 127:2 - 127:2 | **Howenstein, Kim 01-10-2019 (00:00:02)** | KH01.93 |
| | 127:2   A. Can you please repeat? | |
| 127:4 - 127:7 | **Howenstein, Kim 01-10-2019 (00:00:11)** | KH01.21 |
| | 127:4 In QRA or anti-diversion, you have | |
| | 127:5 a role that you must play within Cardinal to | |
| | 127:6 protect the public, "correct," or "incorrect," | |
| | 127:7 or "I don't know"? | |
| 127:9 - 127:16 | **Howenstein, Kim 01-10-2019 (00:00:40)** | KH01.91 |
| | 127:9   A. Cardinal has a role as one piece | |

| KH01-Howenstein, Kim - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 127:10 of the supply chain. | |
| | 127:11   Q. A role for what?  Protecting the | |
| | 127:12 public? | |
| | 127:13   A. We have a role in anti-diversion | |
| | 127:14 to, again, identify orders, which is what we are | |
| | 127:15 tasked with to help in our obligations according | |
| | 127:16 to the Controlled Substances Act. | |
| 128:10 - 128:12 | **Howenstein, Kim 01-10-2019 (00:00:07)** | **KH01.23** |
| | 128:10 So do you agree or disagree that | |
| | 128:11 within QRA, that you have a role you must play | |
| | 128:12 within Cardinal to protect the public? | |
| 128:18 - 128:21 | **Howenstein, Kim 01-10-2019 (00:00:08)** | **KH01.24** |
| | 128:18   A. I believe Cardinal has a role to | |
| | 128:19 play within the supply chain. | |
| | 128:20   Q. To protect the public? | |
| | 128:21   A. I don't know. | |
| 128:23 - 128:24 | **Howenstein, Kim 01-10-2019 (00:00:05)** | **KH01.25** |
| | 128:23 And what exhibit is this? | |
| | 128:24 Exhibit 3.  You have it in front of you. | |
| 129:2 - 129:5 | **Howenstein, Kim 01-10-2019 (00:00:13)** | **KH01.26** |
| | 129:2 And you're telling this jury | |
| | 129:3 sitting here today you don't know whether | |
| | 129:4 Cardinal has -- or you in QRA have a role to | |
| | 129:5 play within Cardinal to help protect the public. | |
| 130:6 - 130:9 | **Howenstein, Kim 01-10-2019 (00:00:12)** | **KH01.27** |
| | 130:6   Q. Also, just so the record's clear, | |
| | 130:7 this is your -- one of your evaluations, right? | |
| | 130:8 At least that's what it's been represented to us | |
| | 130:9 as. | |
| 130:12 - 130:12 | **Howenstein, Kim 01-10-2019 (00:00:02)** | **KH01.28** |
| | 130:12   A. Okay.  Yes. | |
| 130:13 - 130:15 | **Howenstein, Kim 01-10-2019 (00:00:05)** | **KH01.29** |
| | 130:13   Q. You went back to Page 35 of the | |
| | 130:14 document and you saw your picture in the upper | |
| | 130:15 left-hand corner? | |
| 130:18 - 130:18 | **Howenstein, Kim 01-10-2019 (00:00:01)** | **KH01.30** |
| | 130:18   A. Correct. | |
| 130:21 - 131:15 | **Howenstein, Kim 01-10-2019 (00:00:44)** | **KH01.31** |
| | 130:21   Q. It says "Kimberly Howenstein."  It | |
| | 130:22 was done by -- how do you pronounce that | |

| Page/Line | Source | ID |
|---|---|---|
| | 130:23 gentleman's name, Mr. -- | |
| | 130:24   A. Ullrich Mayeski. | |
| | 131:1   Q. Okay.  And your manager is | |
| | 131:2 Todd Cameron, right? | |
| | 131:3   A. That is Ullrich's manager. | |
| | 131:4   Q. So is Ullrich your manager? | |
| | 131:5   A. That is correct. | |
| | 131:6   Q. And it says "July 1st, 2012, | |
| | 131:7 through June 30th, 2013," right? | |
| | 131:8   A. That's correct. | |
| | 131:9   Q. All right.  So let's go back to | |
| | 131:10 Page 48 there.  And it's blown up on the screen | |
| | 131:11 so everybody can see it. | |
| | 131:12 It says, "QRA can be viewed as a | |
| | 131:13 thankless job at times simply because the nature | |
| | 131:14 of the business and the role we must play within | |
| | 131:15 Cardinal Health to protect the public." | |
| 131:22 - 131:23 | **Howenstein, Kim 01-10-2019 (00:00:01)** | KH01.32 |
| | 131:22   Q. Did I read that right, | |
| | 131:23 Ms. Howenstein? | |
| 132:2 - 132:10 | **Howenstein, Kim 01-10-2019 (00:00:16)** | KH01.33 |
| | 132:2   A. Yes, I see those words there. | |
| | 132:3   Q. And these are your words, aren't | |
| | 132:4 they? | |
| | 132:5   A. They are. | |
| | 132:6   Q. You wrote this? | |
| | 132:7   A. I did. | |
| | 132:8   Q. You wrote that back in 2012 to | |
| | 132:9 2013, part of your role in QRA was to protect | |
| | 132:10 the public, correct? | |
| 132:12 - 132:12 | **Howenstein, Kim 01-10-2019 (00:00:01)** | KH01.34 |
| | 132:12   Q. That's what it says, right? | |
| 132:14 - 132:24 | **Howenstein, Kim 01-10-2019 (00:00:27)** | KH01.35 |
| | 132:14   A. That is what I wrote, yes. | |
| | 132:15   Q. Okay.  And then it goes on to say, | |
| | 132:16 "Sometimes we have to make those tough decisions | |
| | 132:17 that are not always popular and defend those | |
| | 132:18 decisions when our only supporters are those in | |
| | 132:19 QRA," doesn't it? | |
| | 132:20   A. I do see that, yes. | |

| Page/Line | Source | ID |
|---|---|---|

**KH01-Howenstein, Kim - Plaintiffs' Submission**

132:21   Q. That's exactly what I asked you
132:22 earlier, right?  And we sort of walked through
132:23 that nonresponsive process.  But these are your
132:24 words that you wrote back in 2013, correct?

133:3 - 133:13   **Howenstein, Kim 01-10-2019 (00:00:15)**   KH01.36

133:3   A. I did write these.
133:4   Q. No one made you write these, did
133:5 they?
133:6   A. No, sir.
133:7   Q. Did anybody force you to make
133:8 those statements?
133:9   A. No.
133:10   Q. You did this on your own free will
133:11 in part of your job in doing your personnel
133:12 evaluation, correct?
133:13   A. That's correct.

135:3 - 135:6   **Howenstein, Kim 01-10-2019 (00:00:06)**   KH01.74

135:3 Do you stand by your statement
135:4 that you made back in 2013, or do you feel
135:5 differently sitting here in the middle of a
135:6 deposition today?

135:8 - 135:13   **Howenstein, Kim 01-10-2019 (00:00:15)**   KH01.82

135:8   A. The statement, "The role we must
135:9 play within Cardinal Health to protect the
135:10 public," that is -- appears to be something that
135:11 I had read.  It doesn't look like those were
135:12 exactly my words.  I can't speak to my thought
135:13 processes when I wrote that.

135:15 - 135:24   **Howenstein, Kim 01-10-2019**   KH01.79

135:15 So when you were filling out your
135:16 personnel evaluations -- I'm sure you've filled
135:17 out more since then, right?  I mean, I even have
135:18 a couple.  Right?
135:19   A. Sure.
135:20   Q. -- was it common practice at
135:21 Cardinal for them to give you written statements
135:22 to make you write those in your personnel
135:23 evaluations?
135:24   A. No.

136:1 - 136:1   **Howenstein, Kim 01-10-2019 (00:00:05)**   KH01.92

| Page/Line | Source | ID |
|---|---|---|
| KH01-Howenstein, Kim - Plaintiffs' Submission | | |

136:2 - 136:4

136:1   Q. Okay.  Okay.  So let's go to
**Howenstein, Kim 01-10-2019 (00:00:06)**
136:2 Page 6 of the same document.  In the first box
136:3 in the upper left says, "Perform due diligence
136:4 for new customers."

**KH01.68**

139:14 - 139:22

**Howenstein, Kim 01-10-2019 (00:00:15)**
139:14   Q. Okay.  In the upper left-hand
139:15 corner of that first white box, not the shaded
139:16 area, it says, "Perform due diligence for new
139:17 customers."
139:18 Do you see that?
139:19   A. I do.
139:20   Q. Now, is that a function that you
139:21 performed back during this time frame?
139:22   A. It was.

**KH01.38**

139:23 - 140:23

**Howenstein, Kim 01-10-2019 (00:00:43)**
139:23   Q. And this performance evaluation,
139:24 if you can look in the bottom right-hand corner
140:1 of the document, says "August 23 of 2011."
140:2 Do you see that?
140:3   A. I do.
140:4   Q. Is that consistent with what you
140:5 were doing during that time frame?
140:6   A. Yes.
140:7   Q. Okay.  And I think just to be
140:8 complete for the record, if you turn to the page
140:9 prior, you'll see another cover sheet with your
140:10 picture in the upper left-hand in black and
140:11 white.
140:12 Do you see that?
140:13   A. I do.
140:14   Q. And then over on the right-hand
140:15 side, I think it has the time frame of the
140:16 evaluation, July 1st of 2010 through June 30th,
140:17 2011.
140:18 Do you see that?
140:19   A. I do.
140:20   Q. And is it your understanding that
140:21 that is the time frame for which this evaluation
140:22 is being conducted?

**KH01.75**

| Page/Line | Source | ID |
|---|---|---|
| | 140:23   A. Yes, correct. | |
| 152:16 - 152:18 | **Howenstein, Kim 01-10-2019 (00:00:08)** | **KH01.39** |
| | 152:16   Q. Actually, this is the one | |
| | 152:17 Mr. Elkins reviewed with you, so I'm -- I'm not | |
| | 152:18 going to bother with it.  If you'll go to | |
| 152:19 - 152:21 | **Howenstein, Kim 01-10-2019 (00:00:12)** | **KH01.64** |
| | 152:19 Page 9.  And in the big box at the bottom, the | |
| | 152:20 first paragraph, the last full sentence, I | |
| | 152:21 think, of the first paragraph, it says -- | |
| 153:1 - 153:6 | **Howenstein, Kim 01-10-2019 (00:00:12)** | **KH01.40** |
| | 153:1   A. And we're speaking about the first | |
| | 153:2 paragraph, correct? | |
| | 153:3   Q. Yeah.  I was actually starting at | |
| | 153:4 the bottom where it says -- it's actually not -- | |
| | 153:5 it's part of the last sentence, "I owe it to | |
| | 153:6 that customer and their customer." | |
| 153:10 - 153:22 | **Howenstein, Kim 01-10-2019 (00:00:34)** | **KH01.41** |
| | 153:10 Do you see where it says at the | |
| | 153:11 bottom of that paragraph, "I owe it to that | |
| | 153:12 customer and their customer (the patient or | |
| | 153:13 recipient of that drug) to review and adjust | |
| | 153:14 their threshold limits to accommodate their | |
| | 153:15 needs should the need be real and the adjustment | |
| | 153:16 warranted based on factual data." | |
| | 153:17 Did I read that right? | |
| | 153:18   A. Yes, you did. | |
| | 153:19   Q. And that's what you needed to | |
| | 153:20 adjust thresholds, was factual objective data, | |
| | 153:21 not just, "Hey, we need to increase because we | |
| | 153:22 need to increase," correct? | |
| 153:24 - 154:1 | **Howenstein, Kim 01-10-2019 (00:00:04)** | **KH01.42** |
| | 153:24   A. Dispensing data is something that | |
| | 154:1 we use in reviewing threshold limits, yes. | |
| 157:2 - 157:11 | **Howenstein, Kim 01-10-2019 (00:00:26)** | **KH01.43** |
| | 157:2 It states then down just a few | |
| | 157:3 more lines, "I understand the changes my | |
| | 157:4 customers face when they are limited on | |
| | 157:5 controlled and monitored substances, and I am | |
| | 157:6 here to help them better understand what they | |
| | 157:7 need to provide to QRA to mitigate the risk of | |

| Page/Line | Source | ID |
|---|---|---|
| | 157:8 disruption to their service." | |
| | 157:9 Did I read that correctly? | |
| | 157:10   A. Yeah.  I understand the | |
| | 157:11 challenges. | |
| 159:2 - 159:16 | **Howenstein, Kim 01-10-2019 (00:00:57)** | KH01.44 |
| | 159:2   Q. And then it goes on, "And I am | |
| | 159:3 here to help them better understand what they | |
| | 159:4 need to provide to QRA to mitigate the risk of | |
| | 159:5 disruption of their service." | |
| | 159:6 And then if you go down a little | |
| | 159:7 further, it says, "I can factually show a sales | |
| | 159:8 rep or a customer that their utilization in a | |
| | 159:9 specific drug family is increasing and what they | |
| | 159:10 need to provide in order to adjust their limit. | |
| | 159:11 I will provide as much training and knowledge to | |
| | 159:12 the sales and the customer as needed to help | |
| | 159:13 them better understand what they need to provide | |
| | 159:14 us in order for us to service them better." | |
| | 159:15 Did I read that correctly? | |
| | 159:16   A. You did. | |
| 202:22 - 203:2 | **Howenstein, Kim 01-10-2019 (00:00:12)** | KH01.45 |
| | 202:22   Q. Yeah.  Back to the personnel | |
| | 202:23 information. | |
| | 202:24 MS. WADHWANI:  Just so the record | |
| | 203:1 is clear, we're going back to Exhibit 3, | |
| | 203:2 Page 22? | |
| 205:3 - 206:5 | **Howenstein, Kim 01-10-2019 (00:00:59)** | KH01.46 |
| | 205:3   Q. Okay.  It says, "As a way to | |
| | 205:4 improve communication with the sales team and | |
| | 205:5 our customers, the enhanced suspicious order | |
| | 205:6 monitoring communication will occur notifying | |
| | 205:7 the assigned sales rep of all customer orders | |
| | 205:8 held due to the SOM." | |
| | 205:9 Did I read that correctly? | |
| | 205:10   A. You did. | |
| | 205:11   Q. And this is, again, your writing, | |
| | 205:12 correct? | |
| | 205:13   A. Correct. | |
| | 205:14   Q. And sitting here today you have no | |
| | 205:15 reason to dispute what you wrote back then; is | |

| | KH01-Howenstein, Kim - Plaintiffs' Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

205:16 that fair?
205:17   A. I do not dispute this.
205:18   Q. Okay.  You just don't recall it
205:19 sitting here today?
205:20   A. That is correct.
205:21   Q. Okay.  Now, if you look at the
205:22 bottom of the page, this -- this whole section
205:23 is still in September of 2012, right?
205:24   A. Right.
206:1   Q. And you know that during this
206:2 time, there were some changes going on because
206:3 as early as February of 2012, the Lakeland
206:4 Distribution Center lost its license again,
206:5 correct?

**206:7 - 206:13**   **Howenstein, Kim 01-10-2019 (00:00:11)**   **KH01.47**

206:7   A. I'm not sure of the time frame of
206:8 that.
206:9   Q. Sure.
206:10 But you are aware that the
206:11 Lakeland Distribution Center had its DEA
206:12 registration suspended for distributing
206:13 controlled substances, correct?

clear

**206:15 - 206:16**   **Howenstein, Kim 01-10-2019 (00:00:07)**   **KH01.48**

206:15   A. I am aware of some agreement with
206:16 DEA and Cardinal Health regarding Lakeland.

**207:13 - 208:4**   **Howenstein, Kim 01-10-2019 (00:00:55)**   **KH01.49**

207:13   Q. Okay.  Actually we'll come back to
207:14 it.  Let's go to Page 23.
207:15 In the middle paragraph there on
207:16 the right-hand side, the last full sentence
207:17 says, "Sales teams have expressed frustration
207:18 about the lack of communication and this new
207:19 communication creates better transparency
207:20 between QRA, sales, and our customer."
207:21 Did I read that correctly?
207:22   A. You did.
207:23   Q. And that sort of mimics what you
207:24 were talking about in our early -- earlier
208:1 personnel evaluations, that our goal is to
208:2 assist sales, as well as our customers, and

**KH01-Howenstein, Kim - Plaintiffs' Submission**

| Page/Line | Source | ID |
|---|---|---|
| | 208:3 keeping open lines of communication is one way | |
| | 208:4 of doing that, right? | |
| 208:6 - 208:6 | **Howenstein, Kim 01-10-2019 (00:00:02)** | **KH01.50** |
| | 208:6   A. Yes. | |
| 208:7 - 209:6 | **Howenstein, Kim 01-10-2019 (00:01:03)** | **KH01.65** |
| | 208:7   Q. Okay.  So if we go to the next | |
| | 208:8 page, Page 24.  We have that similar section at | |
| | 208:9 the bottom.  It talks -- it's employee | |
| | 208:10 self-assessment.  It says, "Things that went | |
| | 208:11 well over the performance year would include," | |
| | 208:12 and then it has a number of items there. | |
| | 208:13 Do you see that? | |
| | 208:14   A. I do. | |
| | 208:15   Q. And then we have one that's | |
| | 208:16 called, "Setting threshold limits for national | |
| | 208:17 accounts that were not previously set." | |
| | 208:18 It says, "We are working towards | |
| | 208:19 setting threshold limits each Monday for | |
| | 208:20 accounts not previously set with limits.  This | |
| | 208:21 helps ensure the monitoring of customers based | |
| | 208:22 on their monthly purchases." | |
| | 208:23 And correct me if I'm wrong -- | |
| | 208:24 well, first of all, did I read that correctly? | |
| | 209:1   A. You did. | |
| | 209:2   Q. Okay.  And thresholds are the | |
| | 209:3 limits that prevent certain customers -- or | |
| | 209:4 prevent the customers from ordering above | |
| | 209:5 whatever that threshold is, correct? | |
| | 209:6   A. That's correct. | |
| 210:8 - 210:18 | **Howenstein, Kim 01-10-2019 (00:00:32)** | **KH01.51** |
| | 210:8   Q. Okay.  Now, it says, "Pulling | |
| | 210:9 accounts that have no thresholds set is | |
| | 210:10 necessary as QRA does not see every account that | |
| | 210:11 is set up through Cardinal Health to purchase | |
| | 210:12 controlled and monitored substances." | |
| | 210:13 Did I read that accurately? | |
| | 210:14   A. You did. | |
| | 210:15   Q. Now, that coincides to what you | |
| | 210:16 testified to earlier, doesn't it, that some | |
| | 210:17 accounts, the national chains, are set up | |

| Page/Line | Source | ID |
|---|---|---|
| | | |

**KH01-Howenstein, Kim - Plaintiffs' Submission**

| Page/Line | Source | ID |
|---|---|---|

210:20 - 211:7

210:18 outside QRA, right?
**Howenstein, Kim 01-10-2019 (00:00:25)**                    KH01.52
210:20   A. They are.
210:21   Q. And whoever it is -- and we don't
210:22 need to get into the details of who it is, but
210:23 whoever it is outside QRA is setting them up, if
210:24 they're not setting thresholds, then QRA needs
211:1 to do it at some point, correct?
211:2   A. That is correct.
211:3   Q. Okay.  And apparently this is, at
211:4 least the time frame up until September of 2012,
211:5 when you were working on doing that every
211:6 Monday; is that fair?  At least according to
211:7 this statement.

211:9 - 212:7

**Howenstein, Kim 01-10-2019 (00:01:04)**                    KH01.69
211:9   A. According to this statement.
211:10   Q. Okay.  If you'll turn back to
211:11 Page 26.  And now we're looking at a section
211:12 that "Things that could have gone better over
211:13 the performance year would include."  Again, we
211:14 have the same sort of layout with bullets; is
211:15 that right?
211:16   A. That's correct.
211:17   Q. And, again, this is a section that
211:18 you would have drafted, right?
211:19   A. That is correct.
211:20   Q. Okay.  If we go to about the
211:21 middle, "The lack of information the QRA
211:22 specialists have around decisions made by QRA
211:23 pharmacists regarding held orders."  And you
211:24 write, "I frequently get asked by sales if a
212:1 customer order will be released."
212:2 And that probably happens quite
212:3 regularly if there's something that's being
212:4 held, I'm assuming that the customer's bugging
212:5 their sales rep, wanting to know what's going to
212:6 happen, and then the sales rep calls you guys in
212:7 QRA, right?

212:10 - 212:10

**Howenstein, Kim 01-10-2019 (00:00:01)**                    KH01.53
212:10   A. Potentially, yes.

| Page/Line | Source | ID |
|---|---|---|
| | **KH01-Howenstein, Kim - Plaintiffs' Submission** | |

| Page/Line | Source | ID |
|---|---|---|
| 214:12 - 215:3 | **Howenstein, Kim 01-10-2019 (00:00:37)** | KH01.54 |
| | 214:12   Q. If you go down, it says, "This | |
| | 214:13 puts the analyst in a tough position because | |
| | 214:14 sales tends to reach out to us before they | |
| | 214:15 reached out to the pharmacist and I cannot | |
| | 214:16 continue to be the middleman as it is not an | |
| | 214:17 effective use of my time, nor do I have the | |
| | 214:18 authority." | |
| | 214:19 Did I read that correctly? | |
| | 214:20   A. Yes, you did. | |
| | 214:21   Q. Okay.  So it sort of solidifies | |
| | 214:22 what we already talked about, you're stuck in | |
| | 214:23 the middle, there is someone else making the | |
| | 214:24 decisions because you don't have the authority, | |
| | 215:1 and sales is coming to you because you're sort | |
| | 215:2 of filling that liaison role, correct? | |
| | 215:3   A. Yes. | |
| 219:19 - 220:6 | **Howenstein, Kim 01-10-2019 (00:00:31)** | KH01.55 |
| | 219:19   Q. Okay.  And that you had a concern | |
| | 219:20 that the existing one didn't provide the | |
| | 219:21 necessary information for a defensible reason to | |
| | 219:22 release orders. | |
| | 219:23 That's what you're relaying at | |
| | 219:24 this point in time, correct? | |
| | 220:1   A. Yes, that's what I wrote in here. | |
| | 220:2   Q. Okay.  And that such arbitrarily | |
| | 220:3 based replies as, "We are growing," and, "We | |
| | 220:4 have seen an increase in business" are not | |
| | 220:5 sufficient to justify threshold increases. | |
| | 220:6 Correct? | |
| 220:8 - 220:10 | **Howenstein, Kim 01-10-2019 (00:00:10)** | KH01.56 |
| | 220:8   A. A threshold adjustment cannot be | |
| | 220:9 arbitrarily -- cannot be made arbitrarily based | |
| | 220:10 on replies, yes. | |
| 230:23 - 231:19 | **Howenstein, Kim 01-10-2019 (00:00:58)** | KH01.57 |
| | 230:23   Q. And as it relate -- not | clear |
| | 230:24 necessarily in relates to dirty houses and | |
| | 231:1 houses having cockroaches, but as it relates to | |
| | 231:2 pharmaceutical sales, controlled substance | |
| | 231:3 sales. | |

| KH01-Howenstein, Kim - Plaintiffs' Submission | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

231:4   A. I believe that I have heard that
231:5 phrase.
231:6   Q. Okay.
231:7   A. I don't know when or where.
231:8   Q. Okay.  Well, let me see if our
231:9 understanding is the same of the cockroach
231:10 effect.
231:11 Cockroach effect would be if we
231:12 have pharmacies in a town that we're servicing,
231:13 and one pharmacy gets shut down by the DEA for
231:14 filling bad scripts and anti-diversion issues,
231:15 and we see the cockroaches from that pharmacy
231:16 run to all of our new pharmacies, our good
231:17 pharmacies, we don't want to be servicing that
231:18 increase in the bad cockroaches coming over to
231:19 our good pharmacies.  Correct?

**231:21 - 231:23**   **Howenstein, Kim 01-10-2019 (00:00:05)**   **KH01.66**

231:21   A. I do -- I understand the cockroach
231:22 effect in that statement.
231:23   Q. Do you agree with it?

**232:1 - 233:2**   **Howenstein, Kim 01-10-2019 (00:01:10)**   **KH01.58**

232:1   A. I don't know if I agree with that.
232:2   Q. Okay.  Well, let's go to Page 28.
232:3 Let's go to the bottom -- well, let's go to the
232:4 paragraph in the bottom left.  And if you look
232:5 down there, like the last sentence or two, it
232:6 says, "There is a cockroach effect."
232:7 Do you see where I'm at?
232:8   A. I do.
232:9   Q. Again, this section is written by
232:10 you.
232:11 "There is a cockroach effect
232:12 happening where if a terminate -- if we
232:13 terminate a bad customer based on evidence of
232:14 potential diversion, those customers will
232:15 scatter to good pharmacies.  If we can retain
232:16 our customers -- if we train our customers on
232:17 how to operate a legitimate pharmacy, the goal
232:18 is those bad customers will not be serviced."
232:19 Do you see that?

| | KH01-Howenstein, Kim - Plaintiffs' Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 232:20   A. I do see that. | |
|  | 232:21   Q. And that's what we want to try to | |
|  | 232:22 prevent; if we cut off a bad customer or if the | |
|  | 232:23 DEA shuts down a bad pharmacy, we don't want to | |
|  | 232:24 continue to encourage that bad conduct by the | |
|  | 233:1 cockroaches coming to our good pharmacies, do | |
|  | 233:2 we? | |
| 233:4 - 233:8 | **Howenstein, Kim 01-10-2019 (00:00:09)** | **KH01.59** |
|  | 233:4   A. Pharmacies should do -- should | |
|  | 233:5 fill legitimate prescriptions, yes. | |
|  | 233:6   Q. Right.  We don't want to encourage | |
|  | 233:7 the cockroach effect.  We can agree with that, | |
|  | 233:8 right? | |
| 233:11 - 233:15 | **Howenstein, Kim 01-10-2019 (00:00:07)** | **KH01.76** |
|  | 233:11   A. That was a poor choice of wording | |
|  | 233:12 here. | |
|  | 233:13   Q. Poor choice of wording where? | |
|  | 233:14 Using the term "cockroach effect"? | |
|  | 233:15   A. Yeah. | |
| 233:16 - 233:22 | **Howenstein, Kim 01-10-2019 (00:00:16)** | **KH01.60** |
|  | 233:16   Q. But you still agree with the | |
|  | 233:17 principle, that if we terminate a bad customer | |
|  | 233:18 and the bad customer or customers scatter and | |
|  | 233:19 start coming to our good pharmacies, we | |
|  | 233:20 shouldn't continue to service the increased | |
|  | 233:21 volume, right?  We shouldn't only fill | |
|  | 233:22 legitimate orders? | |
| 234:2 - 234:6 | **Howenstein, Kim 01-10-2019 (00:00:12)** | **KH01.61** |
|  | 234:2   A. We should only fill legitimate | |
|  | 234:3 prescription needs. | |
|  | 234:4   Q. So other than what you phrase as a | |
|  | 234:5 bad choice of words, cockroach effect, you agree | |
|  | 234:6 with the principle, right? | |
| 234:8 - 234:9 | **Howenstein, Kim 01-10-2019 (00:00:02)** | **KH01.62** |
|  | 234:8   Q. I mean, you're the one that wrote | |
|  | 234:9 this, correct? | |
| 234:12 - 234:12 | **Howenstein, Kim 01-10-2019 (00:00:01)** | **KH01.63** |
|  | 234:12   A. I did.  I did. | |
| 234:13 - 234:21 | **Howenstein, Kim 01-10-2019 (00:00:26)** | **KH01.77** |
|  | 234:13   Q. Did you ever have any experience | |

| KH01-Howenstein, Kim - Plaintiffs' Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

234:14 with that happening?  Did you ever see that
234:15 happening with any of your pharmacies and your
234:16 customers, where for whatever reason, pill mills
234:17 or bad pharmacies or whatever would either get
234:18 shut off by you guys or shut down by the DEA and
234:19 the volume would increase at your good
234:20 pharmacies because of these -- these bad
234:21 cockroaches?

**234:23 - 234:23    Howenstein, Kim 01-10-2019 (00:00:02)                                    KH01.83**

234:23  A. I have not seen this happen.

**241:2 - 241:6    Howenstein, Kim 01-10-2019 (00:00:24)                                    KH01.80**

241:2  Q. Do you know whether or not
241:3 national accounts, chains, got a national
241:4 threshold versus an independent threshold?
241:5  A. I do not know that answer.
241:6 MR. FULLER:  Let's bring up 4213.

**241:10 - 241:11    Howenstein, Kim 01-10-2019 (00:00:03)                                    KH01.87**

241:10 MR. FULLER:  This is going to be
241:11 Plaintiff's Exhibit 9, for the record.

**241:12 - 243:16    Howenstein, Kim 01-10-2019 (00:02:01)                                    KH01.89**

241:12 I'm sorry.  Bear with me one
241:13 second.
241:14 Page 8.
241:15 BY MR. FULLER:
241:16  Q. This -- I'm sorry.  Let's start at
241:17 the beginning.  You don't even know what you're
241:18 looking at, do you?
241:19  A. I do not.
241:20  Q. I apologize.
241:21 So this is a declaration, as it is
241:22 titled, that was filed of Michael Moni pursuant
241:23 to 28 USC 1746.
241:24 Do you see that written there?
242:1  A. I do.
242:2  Q. And you know who Michael Moni is,
242:3 right?
242:4  A. I do.
242:5  Q. Okay.  He worked in the
242:6 anti-diversion supply chain integrity department
242:7 at Cardinal Health, correct?

| Page/Line | Source | ID |
|---|---|---|

**KH01-Howenstein, Kim - Plaintiffs' Submission**

242:8   A. He did.

242:9   Q. Okay.  And it says -- the style of

242:10 the case is Cardinal Health versus Eric Holder.

242:11 Do you see that?

242:12   A. I do.

242:13   Q. Okay.  So it says in Number 1, "My

242:14 name is Michael A. Moni and I am the vice

242:15 president for supply chain integrity of Cardinal

242:16 Health herein after Cardinal.  I have personal

242:17 knowledge of the facts set forth herein and

242:18 believe them to be true based on my experience

242:19 in the pharmaceutical industry or upon

242:20 information provided to me by others.  If asked

242:21 to do so, I could truthfully testify" -- excuse

242:22 me -- "testify truthfully about the matters

242:23 contained herein."

242:24 Do you see that?

243:1   A. I do.

243:2   Q. And do you know Mr. Moni to be an

243:3 honest gentleman?

243:4   A. I have no reason to believe he's

243:5 not.

243:6   Q. Okay.  Fair enough.

243:7 So if you turn to Page 8,

243:8 Paragraph 17, it says, "Thresholds for a chain

243:9 pharmacy that opens a new pharmacy are set based

243:10 on the standard threshold for the entire chain

243:11 because Cardinal Health has determined that

243:12 chain pharmacy customers generally have a known

243:13 ordering pattern for the majority of their

243:14 stores."

243:15 So have you ever heard prior to

243:16 this of the

| 243:20 - 244:9 | **Howenstein, Kim 01-10-2019 (00:00:39)** | **KH01.88** |

243:20   Q. -- standard thresholds for an

243:21 entire chain.  Have you ever heard of that

243:22 before?

243:23   A. I've not heard it stated as such.

243:24   Q. Do you know whether they had a

244:1 standard threshold for, for example, for CVS,

| Page/Line | Source | ID |
|---|---|---|
| | **KH01-Howenstein, Kim - Plaintiffs' Submission** | |

| Page/Line | Source | ID |
|---|---|---|
| | 244:2 that would be a chain, right? | |
| | 244:3   A. Right. | |
| | 244:4   Q. Do they have one threshold for all | |
| | 244:5 CVSs? | |
| | 244:6   A. So looking at this and having | |
| | 244:7 never seen it and reading that statement, I do | |
| | 244:8 recall we have baselines set for different | |
| | 244:9 business models and also for chains. | |
| 355:23 - 356:1 | **Howenstein, Kim 01-10-2019 (00:00:08)** | **KH01.78** |
| | 355:23   Q. Does each individual store that is | |
| | 355:24 part of a national chain have its own threshold | |
| | 356:1 specific to it assigned by Cardinal Health? | |
| 356:3 - 356:6 | **Howenstein, Kim 01-10-2019 (00:00:08)** | **KH01.86** |
| | 356:3   A. They do. | |
| | 356:4   Q. Is that threshold assigned to that | |
| | 356:5 store before Cardinal Health distributes | |
| | 356:6 controlled substances to that store? | |
| 356:8 - 356:8 | **Howenstein, Kim 01-10-2019 (00:00:01)** | **KH01.85** |
| | 356:8   A. They are. | |

Plaintiff Designations = 00:26:31
Defense Counters = 00:00:19
Plaintiff Counter Counters = 00:03:10
Defense Completeness Counters = 00:03:35
**Total Time = 00:33:35**