**Designation Run Report**

# Lawrence, Stephen Plaintiff and Defense Combined Submission

_____

**Lawrence, Stephen 01-04-2019**

_____

| | |
|---|---|
| **Plaintiffs Affirmative Designations  00:47:30** | |
| **Defense Counter Designations  00:04:09** | |
| **Plaintiff Counter Counters  00:01:19** | |
| **Defense Completeness Counters  00:03:37** | |

**Total Time  00:56:35**



**SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission**

| Page/Line | Source | ID |
|---|---|---|
| 12:6 - 14:4 | **Lawrence, Stephen 01-04-2019 (00:01:48)** | SL02.1 |

12:6   Q. Will you state your name for the

12:7 record, please.

12:8   A. Stephen Lawrence.

12:9   Q. Okay.  Mr. Lawrence, when was the

12:10 first time you became employed with Cardinal

12:11 Health?

12:12   A. The first time I became employed

12:13 was around 1991, I believe.  Somewhere in that

12:14 neighborhood.

12:15   Q. Okay.  And what position did you

12:16 take in 1991?

12:17   A. Actually, I was running a company

12:18 they acquired.  My brother and I had a pharmacy

12:19 software company that we started when we were in

12:20 college and they acquired it and I was running

12:21 that.  It was called Ren-Lar Systems, Inc.

12:22   Q. Okay.  I'm sorry.  I didn't hear

12:23 the name of the company.

12:24   A. Ren-Lar Systems.

13:1   Q. Ren-Lar.  And what did Ren-Lar

13:2 Systems, Inc. do?

13:3   A. It wrote pharmacy management

13:4 software for use in retail pharmacies.

13:5   Q. And what did the pharmacy

13:6 management software actually do?

13:7   A. It -- it's what every pharmacist

13:8 uses today to fill prescriptions.  So behind the

13:9 counter, when you fill prescriptions, you

13:10 adjudicate them, it -- it's -- that's what the

13:11 pharmacy software does.

13:12   Q. Okay.  And could you explain that

13:13 to me further?  How does it aid a pharmacist in

13:14 filling prescriptions?

13:15   A. It's the software that has

13:16 their -- all their databases, their customers,

13:17 their drugs, the physicians, they fill

13:18 prescriptions.  It bills the prescriptions to

13:19 third parties.  It does all of the interactions

13:20 for drug-to-drug interactions and all that kind

| Page/Line | Source | ID |
|---|---|---|
| | 13:21 of stuff. | |
| | 13:22 The stuff that's required for them | |
| | 13:23 to do in filling prescriptions.  It does | |
| | 13:24 inventory management.  It does electronic | |
| | 14:1 ordering to end distributors.  It has a wide -- | |
| | 14:2 it has a reporting system.  You know, there are | |
| | 14:3 different systems out there, but that -- that | |
| | 14:4 was pretty much what ours did. | |
| 14:20 - 14:24 | **Lawrence, Stephen 01-04-2019 (00:00:11)** | **SL02.2** |
| | 14:20 And that company was acquired by | |
| | 14:21 Cardinal Health in 1991; is that correct? | |
| | 14:22  A. Yes. | |
| | 14:23  Q. Okay. | |
| | 14:24  A. Yes.  They had acquired -- yeah. | |
| 15:1 - 15:19 | **Lawrence, Stephen 01-04-2019 (00:00:41)** | **SL02.74** |
| | 15:1 They acquired part of the company.  Let's put it | |
| | 15:2 that way.  So there was a -- Chapman Drug | |
| | 15:3 Company was a wholesaler in Knoxville, | |
| | 15:4 Tennessee.  It had a few distribution centers. | |
| | 15:5 They owned half our company.  My brother and I | |
| | 15:6 owned the other half.  They acquired Chapman | |
| | 15:7 Drug Company in 1991.  So they actually got | |
| | 15:8 50 percent of the company when they acquired | |
| | 15:9 Chapman Drug Company. | |
| | 15:10  Q. And what position in 1991 did you | |
| | 15:11 take at Cardinal Health? | |
| | 15:12  A. I was still the -- I forget my | |
| | 15:13 title there.  I was still at Ren-Lar, running -- | |
| | 15:14 basically running Ren-Lar Systems. | |
| | 15:15  Q. Okay. | |
| | 15:16  A. I ran all of the installation, | |
| | 15:17 training, maintenance, sales, that kind of | |
| | 15:18 stuff.  My brother did all of the software | |
| | 15:19 development. | |
| 16:2 - 18:22 | **Lawrence, Stephen 01-04-2019 (00:03:17)** | **SL02.3** |
| | 16:2  Q. Okay.  How long were you in that | |
| | 16:3 position at Cardinal Health? | |
| | 16:4  A. I was in that position until | |
| | 16:5 around 1995, where they bought the rest of our | |
| | 16:6 company.  And I moved to Columbus, Ohio in '96 | |

| | SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | |
|---|---|---|
| Page/Line | Source | ID |

16:7 to head up a startup that we were doing at
16:8 Cardinal called ScriptLine.
16:9   Q. And what did ScriptLine do?
16:10   A. ScriptLine was what we called pre-
16:11 and post-adjudication of claims -- of
16:12 third-party claims.  So at that time, in 1996,
16:13 managed care was becoming real prevalent, so
16:14 most of the prescriptions were adjudicated
16:15 electronically.  ScriptLine would look at
16:16 customers of ScriptLine.
16:17 The claim would go to ScriptLine
16:18 for edits to make sure that they billed it
16:19 properly.  A big issue was, if you're filling
16:20 for a brand name drug and there was a generic
16:21 available, the doctor needed to say, "dispense
16:22 as written," so that was what we call DAW code
16:23 of 1.  If you didn't put that in there, they
16:24 would pay you for the generic and so you would
17:1 lose a bunch of money.
17:2 So we would catch these kind of
17:3 billing errors, send it back to the pharmacy and
17:4 let them correct it before they billed them.
17:5   Q. How long were you in that position
17:6 with ScriptLine?
17:7   A. About three years or so.  And then
17:8 we started a company called Arclight Systems and
17:9 ScriptLine spun off, and -- outside of Cardinal,
17:10 although Cardinal became part of it, became
17:11 Arclight Systems.
17:12   Q. And what does or did Arclight
17:13 System do?
17:14   A. Arclight System a group of
17:15 retailers that got together to put their data
17:16 together to basically answer questions from
17:17 manufacturers that they had around prescription
17:18 data.
17:19   Q. So Cardinal Health -- Cardinal
17:20 Health is a distributor of drugs, correct?
17:21   A. As -- yes, many other things, but
17:22 that's one of their -- one of the pieces

| Page/Line | Source | ID |
|---|---|---|
| | SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | |

17:23 Cardinal Health does.

17:24   Q. And then you indicated there were

18:1 retailers involved with Arclight, as well?

18:2   A. The vast majority of Arclight were

18:3 retailers, yes.

18:4   Q. And do you know the retailers?

18:5   A. I could name some of them, but --

18:6   Q. Okay.

18:7   A. -- CVS was the largest.  We had

18:8 Walmart.  We had Albertsons, K-mart.  And then

18:9 quite a few smaller chains, like Lewis Drug,

18:10 Kenny Drug.  Some others.

18:11   Q. And what information would these

18:12 retailers share with Arclight?

18:13   A. They shared their prescription

18:14 data.  And it was encrypted for patient -- so

18:15 the patient information was encrypted, but you

18:16 would see the drug and the dosage and the doctor

18:17 and that kind of stuff.  The typical stuff that

18:18 they would produce today to what I used to call

18:19 IMS.  I think it's called IQVIA now.  But IMS

18:20 has been out there forever.  It was in existence

18:21 when Arclight started, and it was the same data

18:22 they provided to IMS back in that day.

**21:9 - 24:14**      **Lawrence, Stephen 01-04-2019 (00:03:31)**      **SL02.4**

21:9   Q. And did you stay with Cardinal

21:10 Health after that '02 or '03 time frame and --

21:11   A. No.  I actually had a year where I

21:12 basically did some consulting and I helped wind

21:13 down Arclight.  We had a lot of things to get

21:14 done with it.  So I did that.  Did some

21:15 consulting work for about a year and a half, and

21:16 then I came -- Cardinal asked me to come back

21:17 and take a role in marketing -- retail

21:18 marketing.

21:19   Q. Okay.  And what year would that

21:20 have been?

21:21   A. That would have been -- and I'm

21:22 guessing.  I don't have my resume in front of

21:23 me, but it was 2004, I think.

| | | |
|---|---|---|
| | **SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission** | |
| **Page/Line** | **Source** | **ID** |

21:24   Q. Okay.  And what position would you
22:1 have taken at Cardinal Health in 2004?
22:2   A. Vice president of retail
22:3 marketing.
22:4   Q. And what were your job
22:5 responsibilities as vice president of retail
22:6 marketing at Cardinal Health?
22:7   A. So it was to run the retail
22:8 marketing group.
22:9   Q. And what did the retail marketing
22:10 group do?
22:11   A. So the retail marketing group
22:12 basically built services to help retail
22:13 independent pharmacies run their business
22:14 better.  So we had services like managed care,
22:15 claims reconciliation.  We managed their entire
22:16 front of store, so all of their OTCs, those kind
22:17 of things.
22:18   Q. How long were you in that
22:19 position?
22:20   A. I was in that position in various
22:21 pieces, because we basically ended up combining
22:22 retail marketing with all the other marketing --
22:23 all the other class of trade, and I took over
22:24 all of marketing, but I was in that marketing
23:1 role for -- until about 2009, I believe, when I
23:2 took the sales role.  I'm -- those are general
23:3 dates, so I'd have to look at my resume to get
23:4 exact dates, but that's roughly about the time.
23:5   Q. Okay.  And in 2009, what position
23:6 did you take at Cardinal Health?
23:7   A. I was the senior vice president of
23:8 independent sales.
23:9   Q. What does "independent sales" mean
23:10 at Cardinal Health?
23:11   A. It's the team that sells to retail
23:12 independents.
23:13   Q. And when you say "retail
23:14 independents," is that retail independent
23:15 pharmacies?

| | SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

23:16   A. Yes, I'm sorry.  Retail
23:17 independent pharmacies.
23:18   Q. How does Cardinal Health define a
23:19 retail independent pharmacy?
23:20   A. It's typically -- it's not a
23:21 publicly traded company, obviously.  Those would
23:22 be chains.  It's typically a single site owner
23:23 or multisite owner that's under roughly 25
23:24 stores or so.  So we do have some retail
24:1 independent owners that are up in the 18, 19
24:2 stores.  We have some that are over that, but
24:3 that's a rough generality of -- somewhere in
24:4 that 25 range.
24:5 When they actually become a
24:6 corporation and have, like, central offices and
24:7 stuff, that goes over to our chain world.
24:8   Q. Okay.  When you were -- going back
24:9 to 2000 for the period up to 2009 when you were
24:10 the vice president of retail marketing, who was
24:11 your direct report?  Who did you directly report
24:12 to?
24:13   A. I directly reported to -- when I
24:14 started, a person named Michael Bender.

| 25:7 - 25:21 | **Lawrence, Stephen 01-04-2019 (00:01:01)** | **SL02.5** |

25:7   Q. Okay.  And as your role in -- as
25:8 vice president of retail marketing, how many
25:9 employees were in your division at that time?
25:10   A. It would be a guess, so I would
25:11 say it was probably 50, maybe.  And we did buy a
25:12 company that we had about another 75 part-time
25:13 people who made phone calls to pharmacies to
25:14 help them with billing problems.  So it went
25:15 from 50 to 50-plus, about 75 part-time.
25:16   Q. Okay.  And then -- and when you
25:17 took over the sales role as senior vice
25:18 president independent retail pharmacy sales, how
25:19 many employees were in the retail independent
25:20 pharmacy sales side?
25:21   A. About 300 total.

| 25:22 - 26:10 | **Lawrence, Stephen 01-04-2019 (00:00:28)** | **SL02.96** |

| | SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

25:22   Q. And did that stay consistent from
25:23 2009 forward?
25:24   A. For the retail sales team, it has
26:1 stayed fairly consistent, yeah.  It grew by
26:2 about 25 when we bought Kinray in New York.
26:3 So -- right now, but through changes and stuff,
26:4 it's right at that -- it's just under 300 today.
26:5   Q. Are you still employed by Cardinal
26:6 today?
26:7   A. Yes.
26:8   Q. And what position are you in?
26:9   A. Senior vice president of
26:10 independent sales.

| 26:24 - 27:4 | **Lawrence, Stephen 01-04-2019 (00:00:17)** | **SL02.81** |

26:24   Q. And the employees that you had
27:1 during this period of time, 2004 to the present,
27:2 would they have also -- do you believe they
27:3 understood that part of their role was to sell
27:4 opioids to independent retail pharmacies?

| 27:6 - 27:15 | **Lawrence, Stephen 01-04-2019 (00:00:24)** | **SL02.90** |

27:6   A. Yeah.  Our sales team doesn't sell
27:7 individual drugs and opioids to pharmacies.
27:8 What our sales team does is sells our
27:9 distribution services and marketing services to
27:10 pharmacies.  The customers order whatever
27:11 products they want from our distribution
27:12 business, so we don't actually go out and sell
27:13 any one particular item to a customer.
27:14   Q. Well, you market certain items to
27:15 customers, don't you?

| 27:17 - 28:4 | **Lawrence, Stephen 01-04-2019 (00:00:27)** | **SL02.91** |

27:17   A. I -- I don't market anything.  In
27:18 my marketing role, we did not market items to
27:19 customers.
27:20   Q. You didn't market opioids to
27:21 customers ever?
27:22   A. I have never.
27:23   Q. Well, has your -- has your team?
27:24   A. Not that I'm aware of.
28:1   Q. Okay.  And with respect to selling

| Page/Line | Source | ID |
|---|---|---|

**SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission**

28:2 opioids, what you're indicating is that if a
28:3 pharmacy buys opioids from Cardinal Health, you
28:4 distribute that to the pharmacy?

**28:6 - 28:10**  **Lawrence, Stephen 01-04-2019 (00:00:13)**  **SL02.92**

28:6   A. Yeah, I'm not -- I'm not
28:7 indicating that at all.  If a customer orders
28:8 anything from Cardinal and it passes all of the
28:9 things that we do when we check orders, then we
28:10 distribute it to a pharmacy.

**31:19 - 31:24**  **Lawrence, Stephen 01-04-2019 (00:00:17)**  **SL02.97**

31:19   Q. And in 2009, when you were senior
31:20 vice president of independent -- or retail
31:21 independent pharmacy sales, did you ever have
31:22 any discussions with sales teams about what a
31:23 suspicious order was and how it was defined at
31:24 Cardinal Health?

**32:2 - 32:15**  **Lawrence, Stephen 01-04-2019 (00:00:34)**  **SL02.98**

32:2   A. Our only discussion with the sales
32:3 teams was through our training that we had
32:4 around our suspicious order monitoring system;
32:5 that there was a system out there.  But it
32:6 wasn't our job to determine when an order is or
32:7 isn't held or suspicious.  It was all done by a
32:8 QRA in our system.
32:9   Q. Do you know what the system was in
32:10 2004 at Cardinal Health to detect suspicious
32:11 orders?
32:12   A. I'm not sure what the -- how --
32:13 what you're asking there, about "what the system
32:14 was."  Can you be more specific?
32:15   Q. Well, you indicated that --

**32:18 - 33:11**  **Lawrence, Stephen 01-04-2019 (00:00:44)**  **SL02.99**

32:18   A. If you could be more specific.  I
32:19 don't know -- "system" is a broad term, so...
32:20   Q. Well, you indicated that you knew
32:21 of a system to detect suspicious orders; is that
32:22 correct?
32:23   A. Yeah.  The way I would define a
32:24 system is that as the order came from a
33:1 customer, there is a system, whether it be

**SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission**

| Page/Line | Source | ID |
|---|---|---|

33:2 electronic, or people, or a combination of both,
33:3 that looked at those orders and would either
33:4 approve them for sale or not.  And that system
33:5 did a lot more than just controlled substances.
33:6 We also have allocation systems.  We also have
33:7 credit systems that look at orders.
33:8 So the orders go through a lot of
33:9 checks before they're released.  And that --
33:10 that -- that's what I would call the system
33:11 as -- if that's what you're asking.

**35:13 - 35:20**   **Lawrence, Stephen 01-04-2019 (00:00:18)**   **SL02.100**

35:13   Q. Well, sales operations trained the
35:14 sales team, correct?
35:15   A. Sales operations had the training
35:16 piece that did train the independent sales team,
35:17 yes.
35:18   Q. Okay.  And did they ever train the
35:19 sales team concerning what a suspicious order
35:20 was?

**35:23 - 36:21**   **Lawrence, Stephen 01-04-2019 (00:00:58)**   **SL02.101**

35:23   A. I'd have to go back and look.  The
35:24 training that they provided was provided by --
36:1 so when they do training, they get training from
36:2 all different departments inside of Cardinal to
36:3 train the retail independent sales team.  So any
36:4 training on this would have been provided by our
36:5 QRA, and they would have just provided that
36:6 training to the team.
36:7 So to say, did they train them on
36:8 what a suspicious order was, we trained them on
36:9 the suspicious order monitoring system, but not
36:10 the details of how it worked or what an order
36:11 looked like.  Our sales team doesn't see the
36:12 orders every day.  Customers order those
36:13 electronically.
36:14 Our sales team's focus really is
36:15 to sell the marketing programs and keep the
36:16 relationship with the customer.  It's not -- we
36:17 don't monitor the sales every day or look at
36:18 items or anything like that.

**SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission**

| Page/Line | Source | ID |
|---|---|---|
| | 36:19   Q. Well, would you agree with me that | |
| | 36:20 the sales team is the front line of the defense | |
| | 36:21 with respect to diversion of opioids? | |
| 36:23 - 37:10 | **Lawrence, Stephen 01-04-2019 (00:00:22)** | SL02.102 |
| | 36:23   A. I would disagree with that. | |
| | 36:24   Q. Okay. | |
| | 37:1   A. I don't think they can be the | |
| | 37:2 front line of defense.  We're hiring people | |
| | 37:3 right out of college to be a salesperson.  To | |
| | 37:4 say they're the front line of defense against | |
| | 37:5 something, anything, would be hard to ask them | |
| | 37:6 to be. | |
| | 37:7   Q. Sure. | |
| | 37:8 It would take more experienced | |
| | 37:9 people than somebody right out of college? | |
| | 37:10   A. No, I mean -- | |
| 37:14 - 38:7 | **Lawrence, Stephen 01-04-2019 (00:00:45)** | SL02.103 |
| | 37:14   A. I think you're just -- when you're | |
| | 37:15 saying you're the front line of defense, that's | |
| | 37:16 a broad statement. | |
| | 37:17   Q. Have you ever heard the term that | |
| | 37:18 the sales force is the boots on the ground when | |
| | 37:19 it comes to preventing diversion at Cardinal | |
| | 37:20 Health? | |
| | 37:21   A. I've never heard them called that. | |
| | 37:22 It -- it may have happened.  I don't know.  But | |
| | 37:23 I don't -- I would never refer to them in that | |
| | 37:24 manner.  They're part of a team that deals with | |
| | 38:1 our customers in all aspects. | |
| | 38:2   Q. Does the sales force -- in -- | |
| | 38:3 in -- in your understanding as the senior vice | |
| | 38:4 president of independent sales team for retail | |
| | 38:5 independent pharmacies, does the -- does the | |
| | 38:6 sales force have a responsibility to prevent | |
| | 38:7 diversion of opioids? | |
| 38:9 - 38:19 | **Lawrence, Stephen 01-04-2019 (00:00:29)** | SL02.10 |
| | 38:9   A. The sales team has responsibility | |
| | 38:10 to -- for a lot of things.  Making sure the | |
| | 38:11 customers are valid customers; making sure | |
| | 38:12 they're doing things as much as they can know | |

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

38:13 that they're doing things properly.  They also
38:14 have the same issues around credit and things.
38:15 So they have a duty to do all of those kind of
38:16 things for Cardinal Health and for our
38:17 customers.
38:18   Q. So they have a duty to prevent
38:19 diversion of opioids; is that correct?

**38:22 - 39:11**   **Lawrence, Stephen 01-04-2019 (00:00:38)**   **SL02.11**

38:22   A. Yeah, I didn't say they had a duty
38:23 to divert -- to -- I don't want to misspeak what
38:24 you said, but I don't think that's their duty,
39:1 to stop diversion of opioids.  Their duty is to
39:2 build a relationship with the customer and sell
39:3 them our distribution services and sell them our
39:4 marketing programs.  That's their real duty.
39:5   Q. They have to know the customer; is
39:6 that correct?
39:7   A. They do have to know the customer,
39:8 as much as they can.
39:9   Q. They go out and see the customer,
39:10 the pharmacy, see what's going on in the
39:11 pharmacy?

**39:13 - 39:21**   **Lawrence, Stephen 01-04-2019 (00:00:19)**   **SL02.12**

39:13   A. They do go physically out to
39:14 pharmacies, absolutely.
39:15   Q. Should they -- do they know how
39:16 much -- how many opioids are being sold to that
39:17 pharmacy?
39:18   A. They -- I don't know the answer.
39:19 I mean, some might, if they look, but they
39:20 don't -- it's not a general report that we
39:21 produce to anybody.

**73:1 - 73:7**   **Lawrence, Stephen 01-04-2019 (00:00:07)**   **SL02.13**

73:1 - - -
73:2 BY MS. QUEZON:
73:3   Q. Let me go ahead and hand you
73:4 what's been marked as Exhibit 5.  And I
73:5 apologize, some of these fall apart because it's
73:6 thick and the staples aren't holding.
73:7   A. Okay.

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 73:11 - 73:17 | **Lawrence, Stephen 01-04-2019 (00:00:13)** | **SL02.14** |
| | 73:11 BY MS. QUEZON: | |
| | 73:12   Q. And you can look through it as | |
| | 73:13 much as you want, but it is your personnel file. | |
| | 73:14 And there's just a few items that I kind of | |
| | 73:15 wanted to address with you.  But at any time if | |
| | 73:16 you need to look through it more thoroughly, | |
| | 73:17 please take that -- that opportunity. | |
| 81:2 - 81:12 | **Lawrence, Stephen 01-04-2019 (00:00:37)** | **SL02.15** |
| | 81:2 All right.  Okay.  If you will | |
| | 81:3 turn to the second page of the review, which is | |
| | 81:4 .58, and in the third section on that page, | |
| | 81:5 "Expand our analytics capabilities." | |
| | 81:6 Do you see that? | |
| | 81:7   A. Yes. | |
| | 81:8   Q. Okay.  And it looks like, just to | |
| | 81:9 make sure I'm reading this properly, under the | |
| | 81:10 "Results" column in this evaluation, is that you | |
| | 81:11 writing or is that the -- your man- -- or is | |
| | 81:12 that Mr. Bender writing? | |
| 81:15 - 82:4 | **Lawrence, Stephen 01-04-2019 (00:00:29)** | **SL02.16** |
| | 81:15   A. Under the "Results" column -- | |
| | 81:16   Q. Yes, sir. | |
| | 81:17   A. -- would be me. | |
| | 81:18   Q. And then, obviously, "Manager's | |
| | 81:19 Comments" would be Mr. Bender's? | |
| | 81:20   A. Correct. | |
| | 81:21   Q. All right.  Sorry.  We can go back | |
| | 81:22 to that second page again, .58. | |
| | 81:23 So under the "Results" column for | |
| | 81:24 the "Expand our Analytics Capability" objective, | |
| | 82:1 it says, "Todd was able to recruit a very | |
| | 82:2 talented person to add to his staff." | |
| | 82:3 Is that Mr. Cameron that you're | |
| | 82:4 referring to? | |
| 82:12 - 82:14 | **Lawrence, Stephen 01-04-2019 (00:00:04)** | **SL02.17** |
| | 82:12   A. I would think so.  I couldn't be | |
| | 82:13 100 percent certain, but I'm -- I would think | |
| | 82:14 so. | |
| 82:20 - 83:14 | **Lawrence, Stephen 01-04-2019 (00:00:53)** | **SL02.18** |

| Page/Line | Source | ID |
|---|---|---|

SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission

82:20  Q. Okay.  And it goes on to say, "We
82:21 are now able to create in-depth monthly analysis
82:22 on our marketing effectiveness in all areas.
82:23 These analyses have helped us guide our field
82:24 sales teams to focus on churn rate and higher
83:1 generic utilization by our customers.  Both of
83:2 these areas have improved dramatically during
83:3 fiscal year '06."
83:4 And then under the manager's
83:5 report, it -- it states, "A critical link in
83:6 improving our marketing efforts is the ability
83:7 to segment our customer understanding.  Steve's
83:8 focus on building out our analytics capability
83:9 has driven a much deeper understanding of our
83:10 customer base and has allowed us to be more
83:11 focused."
83:12 Can you tell me just a little bit
83:13 about what you did in regard to the analytics
83:14 when you came back that first fiscal year?

**83:16 - 84:16**   **Lawrence, Stephen 01-04-2019 (00:00:59)**   **SL02.19**

83:16   A. So it might be a -- a longer -- a
83:17 little bit longer answer but --
83:18   Q. That's all right.
83:19   A. -- we didn't have any sales force
83:20 automation tools or any analytics around the
83:21 sales force at this point in time.  And so what
83:22 we tried to establish was, each one of our
83:23 marketing programs, and we talked about, like
83:24 our managed care, our reconciliation, front of
84:1 store, what effectiveness did that have on
84:2 driving -- did people stay longer with us if
84:3 they were on two or three programs, which
84:4 hopefully they would because we would help them
84:5 run their business better.
84:6 But we started to build that
84:7 analytics capability around our annual show,
84:8 which we call the Retail Business Conference,
84:9 and each marketing program, what effect it had
84:10 on customer retention, which is what you would
84:11 do in any marketing role when you're selling

| | | |
|---|---|---|
| **SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission** | | |
| **Page/Line** | **Source** | **ID** |

|  | 84:12 services like that. |  |
|  | 84:13 So that -- we started to create |  |
|  | 84:14 that, and that's really what, I think, he's |  |
|  | 84:15 referring to and I'm referring to in that |  |
|  | 84:16 document. |  |
| 90:16 - 90:18 | **Lawrence, Stephen 01-04-2019 (00:00:13)** | **SL02.80** |
|  | 90:16   Q. Okay.  So through ScriptLine, |  |
|  | 90:17 Cardinal would have all of the dispensing |  |
|  | 90:18 information for all of its customers? |  |
| 90:20 - 92:7 | **Lawrence, Stephen 01-04-2019 (00:01:22)** | **SL02.84** |
|  | 90:20   A. Absolutely not. |  |
|  | 90:21   Q. Tell me how -- why not. |  |
|  | 90:22   A. So the -- the founders only |  |
|  | 90:23 allowed us to sell reports, not data -- not |  |
|  | 90:24 prescription level data.  Everything's |  |
|  | 91:1 de-identified, even to the ZIP code level.  So |  |
|  | 91:2 you're only selling reports that answered |  |
|  | 91:3 questions for manufacturers.  So the only |  |
|  | 91:4 customers of Arclight were manufacturers, |  |
|  | 91:5 period.  No member, owner, partner in Arclight |  |
|  | 91:6 could get data from the Arclight full dataset. |  |
|  | 91:7 You had competitors in there.  You couldn't |  |
|  | 91:8 share data between CVS and K-mart for, say. |  |
|  | 91:9 Cardinal the same way. |  |
|  | 91:10 So we could never sell data to any |  |
|  | 91:11 distributors, any other retailers.  The only |  |
|  | 91:12 customers we could sell to were manufacturers. |  |
|  | 91:13 And every time we sold any reports had to be |  |
|  | 91:14 approved by the board, which was a member of our |  |
|  | 91:15 largest members, which would be CVS and K-mart |  |
|  | 91:16 and those people. |  |
|  | 91:17   Q. Right now I'm talking about |  |
|  | 91:18 ScriptLine. |  |
|  | 91:19   A. Oh, ScriptLine? |  |
|  | 91:20   Q. Yes. |  |
|  | 91:21   A. You said Arclight.  I'm sorry. |  |
|  | 91:22   Q. I apologize if I did.  I did not |  |
|  | 91:23 mean to. |  |
|  | 91:24   A. Yeah. |  |
|  | 92:1   Q. I'm talking about ScriptLine.  At |  |

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 92:2 the time -- if Cardinal was providing this | |
|  | 92:3 service to its customers -- | |
|  | 92:4  A. Correct. | |
|  | 92:5  Q. -- then Cardinal would have the | |
|  | 92:6 dispensing data for the customers that were part | |
|  | 92:7 of ScriptLine? | |
| 92:9 - 92:9 | **Lawrence, Stephen 01-04-2019 (00:00:00)** | **SL02.85** |
|  | 92:9  A. Yeah.  So at that time, we had | |
| 92:10 - 93:6 | **Lawrence, Stephen 01-04-2019 (00:01:07)** | **SL02.95** |
|  | 92:10 some customers on ScriptLine, not a tremendous | |
|  | 92:11 amount, but some customers were on ScriptLine. | |
|  | 92:12 The data -- the only data that we had was | |
|  | 92:13 totally de-identified and was only -- there was | |
|  | 92:14 a lot of HIPAA issues.  So it was only available | |
|  | 92:15 to the ScriptLine team, and it was in aggregate. | |
|  | 92:16 So Cardinal itself, outside of the | |
|  | 92:17 ScriptLine team, had no access to this data.  We | |
|  | 92:18 built firewalls around it.  Most of it was | |
|  | 92:19 housed in Paradise Valley, out in Las Vegas | |
|  | 92:20 area, for that purpose, that it was cordoned off | |
|  | 92:21 so that we didn't have any transfer of data | |
|  | 92:22 between other parts of Cardinal and the | |
|  | 92:23 ScriptLine data. | |
|  | 92:24 When we started Arclight, we'd | |
|  | 93:1 have to go back and get the data how many | |
|  | 93:2 customers we had.  It was probably maybe eight, | |
|  | 93:3 nine hundred of our -- right now we do business | |
|  | 93:4 with, like, 7,000 independents.  At the time, I | |
|  | 93:5 think we probably had eight, nine hundred, maybe | |
|  | 93:6 a thousand customers on it. | |
| 106:8 - 106:10 | **Lawrence, Stephen 01-04-2019 (00:00:19)** | **SL02.20** |
|  | 106:8  Q. If we can go back to | |
|  | 106:9 your personnel file, Mr. Lawrence.  And if we | |
|  | 106:10 can go to Page 3. | |
| 106:11 - 107:2 | **Lawrence, Stephen 01-04-2019 (00:00:45)** | **SL02.21** |
|  | 106:11  A. Okay. | |
|  | 106:12  Q. It appears that this is the fiscal | |
|  | 106:13 year that includes, I guess, 2009 and 2010. | |
|  | 106:14 Do you see at the top, the date, | |
|  | 106:15 June 30th? | |

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 106:16   A. Yes. |  |
|  | 106:17   Q. Okay.  I just want to ask you a |  |
|  | 106:18 couple questions about one of these programs. |  |
|  | 106:19 If you -- if you go to the bottom portion under |  |
|  | 106:20 the "Employee Comments on Performance Goals," in |  |
|  | 106:21 the second full paragraph, it states, "We were |  |
|  | 106:22 also able to roll out WinWatcher as our sales |  |
|  | 106:23 tool to all sales team members and have made it |  |
|  | 106:24 our sales force automation tool." |  |
|  | 107:1 Can you explain to the jury what |  |
|  | 107:2 WinWatcher is and how it works -- |  |
| 107:4 - 107:4 | **Lawrence, Stephen 01-04-2019 (00:00:01)** | **SL02.22** |
|  | 107:4   Q. -- where it worked? |  |
| 107:6 - 108:6 | **Lawrence, Stephen 01-04-2019 (00:01:12)** | **SL02.23** |
|  | 107:6   A. It's a sales force automation |  |
|  | 107:7 tool. |  |
|  | 107:8   Q. So what -- if I'm -- if I'm a |  |
|  | 107:9 salesperson, what information could I get from |  |
|  | 107:10 it and how quickly? |  |
|  | 107:11   A. So it has all of your customers in |  |
|  | 107:12 it.  It has their summed up purchases, like, you |  |
|  | 107:13 know, dollars.  It has what marketing programs |  |
|  | 107:14 they're on, and it has the things we talked |  |
|  | 107:15 about before with the red, green, yellow lights |  |
|  | 107:16 on credit, some threshold events.  Any group |  |
|  | 107:17 that needed to get the information to the sales |  |
|  | 107:18 force would be in that tool where they could get |  |
|  | 107:19 access to it. |  |
|  | 107:20 So it's like any other sales force |  |
|  | 107:21 automation tool.  It was updated at this point |  |
|  | 107:22 in time when we started.  I believe it was |  |
|  | 107:23 updated weekly from a sales dollar perspective. |  |
|  | 107:24   Q. Okay.  And it mentions that it |  |
|  | 108:1 was -- "we were able to roll out WinWatcher." |  |
|  | 108:2 So was this something new that |  |
|  | 108:3 occurred during this fiscal year? |  |
|  | 108:4   A. Correct, yes. |  |
|  | 108:5   Q. Prior to -- and was that something |  |
|  | 108:6 that -- that you sort of spearheaded? |  |
| 108:8 - 109:19 | **Lawrence, Stephen 01-04-2019 (00:01:46)** | **SL02.24** |

| Page/Line | Source | ID |
|---|---|---|

**SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission**

108:8   A. Yeah.  So to go back in time a
108:9 little bit, this was -- we had, just a couple
108:10 years prior to this, created a national retail
108:11 independent sales team.  Before that, the
108:12 independent sales team reported to each
108:13 division -- each distribution center.
108:14 So it was very disparate across
108:15 the country.  And so given that it was, it
108:16 didn't have any sales tools, it didn't have any
108:17 common compensation programs, it didn't have a
108:18 lot of stuff.  So in around 2007, we created a
108:19 national sales team.  And this was -- when I
108:20 took over, one of the things we had been working
108:21 on since we started that was this sales force
108:22 automation tool.
108:23 And so I had a group of three
108:24 developers that developed it, and we rolled it
109:1 out across the country, which is a -- a key
109:2 thing you need in a sales team like that.
109:3   Q. So it sounds like, Mr. Lawrence,
109:4 that your -- your background -- and I apologize,
109:5 I didn't even ask you what you -- what your
109:6 degree is in.
109:7 But do you have a background in
109:8 analytics, or was that more your brother and you
109:9 were the sales side of it, or --
109:10   A. My background was more engineering
109:11 and analytics and IT.  I mean, we -- when you
109:12 have a software company, you all learn IT pretty
109:13 well.  So that was my background.  Not really
109:14 from the sales side as much as the other side.
109:15   Q. And throughout, let's say, 2005,
109:16 when you -- when you came back to Cardinal kind
109:17 of full-time up through 2012, did anybody ever
109:18 ask you to help with a system that would
109:19 identify suspicious orders?

**109:21 - 110:4**   **Lawrence, Stephen 01-04-2019 (00:00:19)**          **SL02.25**

109:21   A. I don't -- I don't recall anybody
109:22 asking me personally to help with a system to
109:23 identify suspicious orders.  It -- it was

| Page/Line | Source | ID |
|---|---|---|
| | SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | |

109:24 totally in the QRA realm and outside of the
110:1 marketing and the sales roles that I had.
110:2   Q. And so the analytics that you were
110:3 doing, obviously, was more in tune with your
110:4 role in marketing and sales?

**110:8 - 110:20**   **Lawrence, Stephen 01-04-2019 (00:00:21)**   **SL02.26**

110:8   A. Absolutely.  I mean, we -- like I
110:9 said before, we want to do analytics around the
110:10 marketing programs to see if they're effective.
110:11   Q. Sure.
110:12   A. If they're not effective, you want
110:13 to --
110:14   Q. Change.
110:15   A. -- stop them.  So it was more of
110:16 those analytics around that.  And then obviously
110:17 as we moved into sales, you know, customer
110:18 retention and any kind of sales analytics that
110:19 you would do from a customer base would --
110:20 that's what we did.

**116:19 - 116:24**   **Lawrence, Stephen 01-04-2019 (00:00:11)**   **SL02.28**

116:19   Q. Okay.  All right.  Now let's look
116:20 at a new document, and it's going to be 3708.
116:21 - - -
116:22 (Cardinal-Lawrence Exhibit 8 marked.)
116:23 - - -
116:24

**117:1 - 117:7**   **Lawrence, Stephen 01-04-2019 (00:00:17)**   **SL02.27**

117:1 BY MS. QUEZON:
117:2   Q. Now, you're probably going to be
117:3 very familiar with this, Mr. Lawrence, so I
117:4 apologize if I'm being elementary, but these go
117:5 from the back forward.  So the earliest e-mail
117:6 will be on Page 3 of the document and then the
117:7 more recent will be...

**117:9 - 117:10**   **Lawrence, Stephen 01-04-2019 (00:00:09)**   **SL02.29**

117:9   A. Okay.
117:10   Q. So if we start from -- on

**117:11 - 117:15**   **Lawrence, Stephen 01-04-2019 (00:00:23)**   **SL02.104**

117:11 Page 3 -- and just to kind of sum up, it looks
117:12 like there was a pharmacist who was having some

| Page/Line | Source | ID |
|---|---|---|
| | 117:13 of his hydrocodone cut, his order cut. | |
| | 117:14 Do you see that in the initial | |
| | 117:15 e-mail, sent on October 17th -- | |
| 117:17 - 117:17 | **Lawrence, Stephen 01-04-2019 (00:00:00)** | **SL02.30** |
| | 117:17   Q. -- 2007? | |
| 117:19 - 118:7 | **Lawrence, Stephen 01-04-2019 (00:00:31)** | **SL02.31** |
| | 117:19   A. Yes. | |
| | 117:20   Q. All right.  And then just above | |
| | 117:21 that, the -- the next e-mail in response to | |
| | 117:22 this, basically on the second full sentence, | |
| | 117:23 "We've explained at 50,000 foot view to | |
| | 117:24 customer, and your team has been out to do site | |
| | 118:1 visits in most all of the top 25 that was | |
| | 118:2 identified on the DEA list." | |
| | 118:3 Do you see that? | |
| | 118:4   A. Yes. | |
| | 118:5   Q. So apparently this particular | |
| | 118:6 pharmacy got identified by the DEA and their | |
| | 118:7 orders had been cut? | |
| 118:10 - 118:11 | **Lawrence, Stephen 01-04-2019 (00:00:02)** | **SL02.32** |
| | 118:10   Q. At least according to the e-mail, | |
| | 118:11 correct? | |
| 118:14 - 119:8 | **Lawrence, Stephen 01-04-2019 (00:00:57)** | **SL02.33** |
| | 118:14   A. I guess so.  I'm not -- it does | |
| | 118:15 say in that bottom part that we had cut his | |
| | 118:16 orders. | |
| | 118:17   Q. All right.  Let's go to the next | |
| | 118:18 page, Page 2, and the e-mail from Michael | |
| | 118:19 Ambrose to Mr. Bender. | |
| | 118:20 Now, at this point, Mr. Bender | |
| | 118:21 would have been your direct supervisor, correct? | |
| | 118:22 This is 2007. | |
| | 118:23   A. Correct. | |
| | 118:24   Q. All right.  So this is from | |
| | 119:1 Mr. Ambrose to your supervisor, and begins, | |
| | 119:2 "Gents, Good afternoon and FYI."  It goes on to | |
| | 119:3 say, "We have 24 customers we're going to also | |
| | 119:4 shut off or limit purchases due to the recent | |
| | 119:5 activity in Houston with the DEA." | |
| | 119:6 And then it goes on to list some | |

| Page/Line | Source | ID |
|---|---|---|
| | SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | |

119:7 customers, total 24, and sums up by saying,

119:8 that's $50 million annually.  Correct?

| 119:10 - 119:10 | **Lawrence, Stephen 01-04-2019 (00:00:01)** | SL02.34 |

119:10   A. Correct.

| 119:11 - 120:15 | **Lawrence, Stephen 01-04-2019 (00:01:02)** | SL02.105 |

119:11   Q. All right.  Ultimately, this

119:12 e-mail thread gets forwarded to you?  And -- if

119:13 you look on the first page of the document.

119:14   A. Correct.

119:15   Q. And on that same day, I think,

119:16 10/19 -- no, two days later.

119:17 10/19/2007, you e-mail Steve

119:18 Reardon.

119:19 And at that point, is -- is

119:20 Mr. Reardon in QRA?

119:21   A. I believe he was, yes.

119:22   Q. All right.  And you say, "My

119:23 marketing analytics group could help here.  If

119:24 we knew the triggers, we could develop a report

120:1 which would only show those stores that hit the

120:2 triggers.  The data is in SDW."

120:3 What is SDW?

120:4   A. Sales data warehouse.

120:5   Q. And what is sales data warehouse?

120:6   A. It's a data warehouse for all of

120:7 our sales data.

120:8   Q. Is it, like, literally a

120:9 warehouse?

120:10   A. It's a data warehouse.

120:11   Q. Okay.  So it's electronically

120:12 stored?

120:13   A. Correct.

120:14   Q. Okay.  So you have the information

120:15 already available?

| 120:17 - 121:1 | **Lawrence, Stephen 01-04-2019 (00:00:15)** | SL02.35 |

120:17   A. It's in sales -- what information

120:18 are you asking about?

120:19   Q. Well --

120:20   A. We didn't have the triggers

120:21 available.  The sales data was in the sales data

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 120:22 warehouse, but we didn't know the triggers, so | |
|  | 120:23 you couldn't really do anything with it. | |
|  | 120:24  Q. Sure. | |
|  | 121:1 But you had all the sales data? | |
| 121:3 - 121:3 | **Lawrence, Stephen 01-04-2019 (00:00:00)** | **SL02.36** |
|  | 121:3  A. Absolutely. | |
| 121:5 - 122:3 | **Lawrence, Stephen 01-04-2019 (00:00:41)** | **SL02.37** |
|  | 121:5  Q. Okay.  And "We can get history by | |
|  | 121:6 location, by item going back 33 months." | |
|  | 121:7 So almost three years you can go | |
|  | 121:8 back and look at sales history? | |
|  | 121:9  A. Correct. | |
|  | 121:10  Q. "We could build a table to the | |
|  | 121:11 CINs..." | |
|  | 121:12 What does that stand for, | |
|  | 121:13 Mr. Lawrence? | |
|  | 121:14  A. Cardinal item number. | |
|  | 121:15  Q. Okay.  And -- and those are | |
|  | 121:16 specific to -- | |
|  | 121:17  A. A drug NDC, for prescription | |
|  | 121:18 drugs.  You'd also have a Cardinal item number | |
|  | 121:19 for an OTC product.  But it's an individual, | |
|  | 121:20 unique product. | |
|  | 121:21  Q. Gotcha. | |
|  | 121:22 So, for instance, in this case, if | |
|  | 121:23 hydroco -- hydrocodone is the issue, that would | |
|  | 121:24 have a specific -- if it's 30 milligrams or | |
|  | 122:1 whatever -- | |
|  | 122:2  A. Every bottle size, milligram | |
|  | 122:3 count, would have a CIN. | |
| 122:14 - 122:22 | **Lawrence, Stephen 01-04-2019 (00:00:22)** | **SL02.38** |
|  | 122:14 Okay.  "We could build | |
|  | 122:15 a table to the CINs for all these products and | |
|  | 122:16 monitor the items sales against your defined | |
|  | 122:17 triggers.  I'd be more than glad to sit down | |
|  | 122:18 with everyone and see if we can't create | |
|  | 122:19 something that is less manual and hopefully more | |
|  | 122:20 accurate." | |
|  | 122:21 Did anyone ever ask you to do | |
|  | 122:22 this? | |

| Page/Line | Source | ID |
|---|---|---|
| | **SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission** | |

| Page/Line | Source | ID |
|---|---|---|
| 122:24 - 123:2 | **Lawrence, Stephen 01-04-2019 (00:00:06)** | **SL02.39** |

122:24   Q. And by "this," I mean your offer
123:1 to have your marketing analytics group create
123:2 this system?

| 123:4 - 123:19 | **Lawrence, Stephen 01-04-2019 (00:00:44)** | **SL02.40** |

123:4   A. Not to my knowledge.
123:5   Q. Do you have an independent
123:6 recollection of getting a response to this
123:7 e-mail?
123:8   A. I don't remember getting a
123:9 response, no.  I don't know if I did or not, but
123:10 I don't remember.  I know we never created a
123:11 report like that, so...
123:12   Q. And prior to this time, do you
123:13 have an independent recollection of anyone ever
123:14 asking you to do this type of analysis, the
123:15 analysis that you describe in this e-mail?
123:16   A. No.
123:17   Q. Okay.
123:18 MS. QUEZON:  I need 4230, do you
123:19 have that?  It's the -- okay.

| 123:20 - 124:19 | **Lawrence, Stephen 01-04-2019 (00:00:54)** | **SL02.106** |

123:20 I actually have three of these if
123:21 y'all want them.
123:22 And what exhibit is that, Mark?
123:23 MR. GRAY:  9.
123:24 MS. QUEZON:  9.
124:1 - - -
124:2 (Cardinal-Lawrence Exhibit 9 marked.)
124:3 - - -
124:4 BY MS. QUEZON:
124:5   Q. And I'm not going to take you
124:6 through this whole document, Mr. Lawrence.  Let
124:7 me first just ask you -- well, take a look at
124:8 it, and my first question is going to be, have
124:9 you ever seen this document before?
124:10   A. No.
124:11   Q. Okay.  I'm not going to take you
124:12 through the whole thing.  The only two things I
124:13 want to point out, obviously by it's very title,

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission |
|---|

| Page/Line | Source | ID |
|---|---|---|
| | 124:14 this is the "Settlement and Release Agreement | |
| | 124:15 and Administrative Memorandum of Agreement." | |
| | 124:16 And as you can tell from the first paragraph, it | |
| | 124:17 is between the DEA and Cardinal. | |
| | 124:18 Do you see that? | |
| | 124:19   A. Yes. | |
| 124:22 - 125:3 | **Lawrence, Stephen 01-04-2019 (00:00:20)** | **SL02.41** |
| | 124:22   Q. Are you aware that at some point | |
| | 124:23 in 2007, in the beginning -- the end of 2007 and | |
| | 124:24 beginning of 2008, that the DEA issued | |
| | 125:1 suspensions of licenses for certain distribution | |
| | 125:2 centers that were owned and operated by Cardinal | |
| | 125:3 Health? | |
| 125:5 - 125:15 | **Lawrence, Stephen 01-04-2019 (00:00:27)** | **SL02.42** |
| | 125:5   A. Yeah, I don't remember the exact | |
| | 125:6 dates, but, yes, in that time frame, I do | |
| | 125:7 remember, yes. | |
| | 125:8   Q. Okay.  And as you can see, the -- | |
| | 125:9 the first two, it looks like these are in | |
| | 125:10 chronological -- let me try that one more | |
| | 125:11 time -- these are in chronological order under | |
| | 125:12 the -- under the section "Background."  It | |
| | 125:13 basically lists the order of -- immediate | |
| | 125:14 suspension orders that were issued by the DEA. | |
| | 125:15 Do you see that? | |
| 125:18 - 126:1 | **Lawrence, Stephen 01-04-2019 (00:00:23)** | **SL02.43** |
| | 125:18   A. Yes. | |
| | 125:19   Q. All right.  And if we can, we'll | |
| | 125:20 just look at the first two.  So we've got one on | |
| | 125:21 November 28th, 2007.  And that's at the Auburn, | |
| | 125:22 Washington distribution center.  And then on | |
| | 125:23 December 5th, 2007, it looks like that's for the | |
| | 125:24 Lakeland facility. | |
| | 126:1 Do you see that? | |
| 126:3 - 126:12 | **Lawrence, Stephen 01-04-2019 (00:00:36)** | **SL02.44** |
| | 126:3   A. Yes. | |
| | 126:4   Q. Okay.  Do you recall how you were | |
| | 126:5 made aware of the -- the immediate suspension | |
| | 126:6 orders for the distribution centers during this | |
| | 126:7 time frame? | |

| Page/Line | Source | ID |
|---|---|---|
| | 126:8   A. I don't recall specifically, like, | |
| | 126:9 the date, time, exactly whether it was an e-mail | |
| | 126:10 or phone call.  I don't recall exactly. | |
| | 126:11   Q. Okay. | |
| | 126:12 MS. QUEZON:  Let's go to 3707. | |
| 126:20 - 127:7 | **Lawrence, Stephen 01-04-2019 (00:00:25)** | **SL02.45** |
| | 126:20 - - - | |
| | 126:21 (Cardinal-Lawrence Exhibit 10 marked.) | |
| | 126:22 - - - | |
| | 126:23 BY MS. QUEZON: | |
| | 126:24   Q. All right.  So this would be a day | |
| | 127:1 after the Lakeland facility received its | |
| | 127:2 immediate suspension order and, it looks like, | |
| | 127:3 about nine days after the Auburn, Washington | |
| | 127:4 facility had received its immediate suspension | |
| | 127:5 order. | |
| | 127:6 And is this an e-mail that you | |
| | 127:7 authored? | |
| 127:9 - 128:7 | **Lawrence, Stephen 01-04-2019 (00:00:46)** | **SL02.46** |
| | 127:9   A. It looks that way. | |
| | 127:10   Q. Okay.  And the date of it is | |
| | 127:11 December 6th, 2007.  And who is Scott Storrer? | |
| | 127:12   A. Scott would have been my boss at | |
| | 127:13 the time, I believe.  He -- I believe he | |
| | 127:14 replaced Michael Bender.  I'm not sure, but I | |
| | 127:15 think so. | |
| | 127:16   Q. And do you recall what his title | |
| | 127:17 was? | |
| | 127:18   A. I don't.  It would have been | |
| | 127:19 similar to Michael Bender's, I imagine. | |
| | 127:20   Q. Yes, sir. | |
| | 127:21 And how about -- is it Tom | |
| | 127:22 DeGemmis?  Am I pronouncing that properly? | |
| | 127:23   A. Yes.  Tom DeGemmis headed up the | |
| | 127:24 sales team -- the retail independent sales team. | |
| | 128:1   Q. All right.  And so this -- and I | |
| | 128:2 think you talked about earlier with Mr. Gray | |
| | 128:3 that the marketing team and the sales team would | |
| | 128:4 work closely together. | |
| | 128:5 Is this someone that you would | |

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 128:6 work with on a regular basis? | |
|  | 128:7  A. Tom DeGemmis? | |
| 128:9 - 129:1 | **Lawrence, Stephen 01-04-2019 (00:00:31)** | **SL02.47** |
|  | 128:9  Q. Yes, sir. | |
|  | 128:10  A. I would work with Tom DeGemmis.  I | |
|  | 128:11 mean, a head of sales operations team and | |
|  | 128:12 marketing, obviously, work closely with the | |
|  | 128:13 team. | |
|  | 128:14  Q. All right.  And it basically says, | |
|  | 128:15 "Scott, Am I hearing it right that ABC and | |
|  | 128:16 McKesson have systems in place that keep this | |
|  | 128:17 from happening to them?" | |
|  | 128:18 Well, first of all, the subject is | |
|  | 128:19 "DEA issues," right? | |
|  | 128:20  A. Correct. | |
|  | 128:21  Q. So to the best of your knowledge | |
|  | 128:22 and recollection, would this have been in | |
|  | 128:23 regards to those two ISOs that were issued to | |
|  | 128:24 the Auburn, Washington facility and the Lakeland | |
|  | 129:1 facility? | |
| 129:3 - 129:13 | **Lawrence, Stephen 01-04-2019 (00:00:26)** | **SL02.48** |
|  | 129:3  A. I would -- I would think so. | |
|  | 129:4  Q. Okay.  "Scott, Am I hearing it | |
|  | 129:5 right that ABC and McKesson have systems in | |
|  | 129:6 place that keep this from happening to them?  If | |
|  | 129:7 that is the case, who here at Cardinal allowed | |
|  | 129:8 our systems to get so far behind and out of | |
|  | 129:9 compliance that we are getting DEA licenses | |
|  | 129:10 pulled?  This kind of nonaccountability needs to | |
|  | 129:11 stop.  Steve." | |
|  | 129:12 Do you recall ever receiving a | |
|  | 129:13 response to this e-mail, Mr. Lawrence? | |
| 129:15 - 129:15 | **Lawrence, Stephen 01-04-2019 (00:00:01)** | **SL02.49** |
|  | 129:15  A. I don't. | |
| 129:16 - 129:18 | **Lawrence, Stephen 01-04-2019 (00:00:13)** | **SL02.50** |
|  | 129:16  Q. Okay.  Now, let's go back, if we | |
|  | 129:17 can, to the Memorandum of Agreement, which I | |
|  | 129:18 think is -- was that 9 or -- 9, Exhibit 9. | |
| 129:19 - 129:23 | **Lawrence, Stephen 01-04-2019 (00:00:22)** | **SL02.51** |
|  | 129:19 So we've gone through on | |

| | SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 129:20 November 28th, 2007, the Auburn, Washington. | |
|  | 129:21 December 5th, 2007, the Lakeland, Florida.  So | |
|  | 129:22 two days later, it looks like an ISO was issued | |
|  | 129:23 to Swedesboro, New Jersey.  And then on | |
| 129:24 - 130:2 | **Lawrence, Stephen 01-04-2019 (00:00:06)** | **SL02.52** |
|  | 129:24 January 30th, 2008, the Stafford, Texas | |
|  | 130:1 facility. | |
|  | 130:2 Do you know where Stafford is -- | |
| 130:4 - 130:4 | **Lawrence, Stephen 01-04-2019 (00:00:00)** | **SL02.53** |
|  | 130:4   Q. -- geographically? | |
| 130:8 - 131:13 | **Lawrence, Stephen 01-04-2019 (00:00:51)** | **SL02.54** |
|  | 130:8   A. Do I know where it is | |
|  | 130:9 geographically? | |
|  | 130:10   Q. Yes, sir. | |
|  | 130:11   A. I believe it's in Houston -- | |
|  | 130:12   Q. Okay. | |
|  | 130:13   A. -- in that area. | |
|  | 130:14   Q. Okay. | |
|  | 130:15   A. I think it's actually in the town | |
|  | 130:16 of Stafford, but... | |
|  | 130:17   Q. All right.  So -- and that kind of | |
|  | 130:18 makes sense.  If we go back to that e-mail where | |
|  | 130:19 the DEA had identified some -- the top 25, I | |
|  | 130:20 think, or -- pharmacies -- | |
|  | 130:21   A. Correct. | |
|  | 130:22   Q. -- in the Sta- -- in that Houston | |
|  | 130:23 area. | |
|  | 130:24 Do you remem- -- recall that? | |
|  | 131:1   A. The -- yes. | |
|  | 131:2   Q. All right. | |
|  | 131:3   A. The one with Michael Ambrose | |
|  | 131:4 and -- | |
|  | 131:5   Q. Yes, sir. | |
|  | 131:6 Okay.  And so that's -- that -- in | |
|  | 131:7 that e-mail -- and this -- that would have | |
|  | 131:8 been -- go back here.  Oh, I've got it right | |
|  | 131:9 here.  Let's see -- October 19th of 2007. | |
|  | 131:10 So on October 19th, 2007, that's | |
|  | 131:11 the e-mail where you offered help with your | |
|  | 131:12 analytics group. | |

| | SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 131:13 Do you recall that? | |
| 131:15 - 131:21 | **Lawrence, Stephen 01-04-2019 (00:00:10)** | **SL02.55** |
| | 131:15   A. That's this -- this e-mail, | |
| | 131:16 Exhibit 8? | |
| | 131:17   Q. Yes, sir. | |
| | 131:18   A. Yes. | |
| | 131:19   Q. All right.  So then -- and -- and, | |
| | 131:20 again, to the best of your recollection, no one | |
| | 131:21 took you up on that offer? | |
| 131:23 - 132:4 | **Lawrence, Stephen 01-04-2019 (00:00:21)** | **SL02.56** |
| | 131:23   A. That's correct. | |
| | 131:24   Q. All right.  And then throughout | |
| | 132:1 November and December and January, as these ISOs | |
| | 132:2 are being issued, did anyone ever take you up on | |
| | 132:3 your offer to help them create a system to | |
| | 132:4 identify suspicious orders? | |
| 132:7 - 132:18 | **Lawrence, Stephen 01-04-2019 (00:00:18)** | **SL02.57** |
| | 132:7   A. What was the question again? | |
| | 132:8   Q. During this time period -- so you | |
| | 132:9 make your offer in October. | |
| | 132:10   A. Oh. | |
| | 132:11   Q. And now we're getting all of these | |
| | 132:12 suspensions. | |
| | 132:13 During the time period when all of | |
| | 132:14 these suspensions are being handed out by the | |
| | 132:15 DEA, did anyone from Cardinal ever come to you | |
| | 132:16 and say, "You know what, Mr. Lawrence?  We do | |
| | 132:17 want you to help us create a system to -- to | |
| | 132:18 identify triggers"? | |
| 132:21 - 133:4 | **Lawrence, Stephen 01-04-2019 (00:00:14)** | **SL02.58** |
| | 132:21   A. So you're talking about from | |
| | 132:22 October through, like, December? | |
| | 132:23   Q. Yes. | |
| | 132:24   A. I mean, not to my recollection. | |
| | 133:1 And I -- I don't know if I ever could have | |
| | 133:2 helped them, but it's -- it's a concerned | |
| | 133:3 employee reaching out trying to say, I'll help | |
| | 133:4 if I can. | |
| 138:18 - 138:24 | **Lawrence, Stephen 01-04-2019 (00:00:27)** | **SL02.59** |
| | 138:18   Q. So maybe the question is better. | |

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 138:19 Since 2005, March of 2005, when you -- as we | |
| | 138:20 looked earlier at the offer of employment letter | |
| | 138:21 when you actually started working in the | |
| | 138:22 marketing side, was there -- the sales data | |
| | 138:23 warehouse, was that in place at the time that | |
| | 138:24 you began in 2005? | |
| 139:2 - 140:3 | **Lawrence, Stephen 01-04-2019 (00:00:53)** | **SL02.60** |
| | 139:2  A. I don't know.  I couldn't answer | |
| | 139:3 that.  I mean, I -- I don't know exactly when | |
| | 139:4 the sales data warehouse was created.  So I | |
| | 139:5 don't know. | |
| | 139:6  Q. Do you remember a time that it was | |
| | 139:7 created, or do you just recall that it existed? | |
| | 139:8  A. I recall there was always a way to | |
| | 139:9 get sales data. | |
| | 139:10  Q. Okay. | |
| | 139:11  A. So I don't know when we formally | |
| | 139:12 called it a sales data warehouse, but I think we | |
| | 139:13 always had a way to get sales data.  I mean, any | |
| | 139:14 business, you would have a reporting tool. | |
| | 139:15  Q. Sure. | |
| | 139:16 And then the -- I believe it's the | |
| | 139:17 CIN number, is that -- did I get the | |
| | 139:18 abbreviation correct? | |
| | 139:19  A. The Cardinal item number, yeah. | |
| | 139:20  Q. All right.  And has that been in | |
| | 139:21 place the entire time that you have been | |
| | 139:22 employed with Cardinal since March of 2005? | |
| | 139:23  A. Yes.  Now, those numbers change, | |
| | 139:24 obviously, but it's a numbering system for a | |
| | 140:1 product. | |
| | 140:2  Q. Got it. | |
| | 140:3  A. It's Cardinal-specific. | |
| 140:4 - 140:11 | **Lawrence, Stephen 01-04-2019 (00:00:20)** | **SL02.79** |
| | 140:4  Q. Okay.  Now, I think that the last | |
| | 140:5 exhibit we looked at was Exhibit Number 10, | |
| | 140:6 which was the e-mail that, I believe, you sent | |
| | 140:7 in -- on December 6th of 2007; is that correct? | |
| | 140:8  A. Correct. | |
| | 140:9  Q. All right.  And to the best of | |

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 140:14 - 140:19 | 140:10 your recollection, you did not receive a<br>140:11 response to this e-mail?<br>**Lawrence, Stephen 01-04-2019 (00:00:12)**<br>140:14   A. Not that I remember.  I mean, this<br>140:15 was, like I said in closing, last time, this was<br>140:16 a -- kind of a concerned employee just trying to<br>140:17 offer help if -- if I could, and I don't even<br>140:18 know if I could have helped because I didn't<br>140:19 know what all of the issues were, but... | **SL02.86** |
| 144:16 - 144:24 | **Lawrence, Stephen 01-04-2019 (00:00:31)**<br>144:16   Q. And I know we had talked about<br>144:17 that e-mail earlier where you had talk -- that<br>144:18 you had suggested that perhaps using the sales<br>144:19 data warehouse and -- and -- to -- to look back<br>144:20 33 months to get, you know, some sales<br>144:21 information, did anyone during this period of<br>144:22 time, meaning December of 2007, when the<br>144:23 limiters are being set, did anyone ask you or<br>144:24 your marketing analytics team to do that? | **SL02.77** |
| 145:3 - 145:10 | **Lawrence, Stephen 01-04-2019 (00:00:18)**<br>145:3   A. They didn't ask me specifically to<br>145:4 do that.  There was a -- you know, there was a<br>145:5 robust system run by QRA that was already in<br>145:6 place and had been in place for a long, long<br>145:7 time that they managed.  So I assume they didn't<br>145:8 need our help with doing things because they --<br>145:9 they had more data and more intel by the time we<br>145:10 would have anyways. | **SL02.87** |
| 145:11 - 145:14 | **Lawrence, Stephen 01-04-2019 (00:00:09)**<br>145:11   Q. Okay.  And you say that it was a<br>145:12 robust system, I believe was your statement.<br>145:13 Do you actually know what system<br>145:14 was in place prior to 2007? | **SL02.82** |
| 145:16 - 146:3 | **Lawrence, Stephen 01-04-2019 (00:00:34)**<br>145:16   A. Well, we talked about it before.<br>145:17 There was a system that -- we have a -- and<br>145:18 we've had a system for as long as I can remember<br>145:19 that has thresholds on every product you -- you<br>145:20 buy.  I mean, we -- on any product, whether it's<br>145:21 controlled or not, you can't let one customer | **SL02.88** |

| Page/Line | Source | ID |
|---|---|---|

SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission

145:22 accidentally order everything you have in a
145:23 distribution center by mistyping a thousand into
145:24 10,000 or something.  And so those -- every
146:1 product has limits on it.  It's been in place
146:2 since I know, and they continued to enhance it
146:3 and use modern technology and all of that.

**146:4 - 146:11**   **Lawrence, Stephen 01-04-2019 (00:00:13)**   **SL02.78**

146:4   Q. Prior to 2007, do you know who was
146:5 in charge of determining whether a limit for
146:6 a -- particularly for an opioid had been hit?
146:7   A. Who would determine whether it had
146:8 been hit?
146:9   Q. Yes.
146:10   A. It would be in QRA.  The QRA group
146:11 would do that.

**146:12 - 146:21**   **Lawrence, Stephen 01-04-2019 (00:00:19)**   **SL02.83**

146:12   Q. Do you know how many people were
146:13 in QRA prior to 2007?
146:14   A. I don't.  I don't know.
146:15   Q. Do you know what their budget was
146:16 prior to 2007?
146:17   A. No.
146:18   Q. Do you know whether the robust
146:19 system that you referred to re -- relied on
146:20 pickers and checkers to ensure that excessive
146:21 orders were not distributed?

**146:23 - 147:10**   **Lawrence, Stephen 01-04-2019 (00:00:15)**   **SL02.89**

146:23   A. I don't know.
146:24   Q. Do you know what pickers and
147:1 checkers are?
147:2   A. I was going to ask you what --
147:3 you're talking about pickers and checkers, like
147:4 in a distribution center?
147:5   Q. Yes, sir.
147:6   A. I don't know what the operations
147:7 group's role were.
147:8   Q. Okay.
147:9   A. But I really focused on the sales
147:10 team, so I don't know.

**189:23 - 189:24**   **Lawrence, Stephen 01-04-2019 (00:00:01)**   **SL02.61**

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

189:23 (Cardinal-Lawrence Exhibit 18 marked.)

189:24 - - -

**190:14 - 190:20**  **Lawrence, Stephen 01-04-2019 (00:00:18)**  **SL02.62**

190:14 BY MS. QUEZON:

190:15   Q. So, Mr. Lawrence, I think when we

190:16 took a break, we were getting ready to look at

190:17 Exhibit -- what is that -- 18.  Here you go.

190:18 Same drill.  Just when you've had

190:19 an opportunity to familiarize yourself, just let

190:20 me know.

**190:22 - 192:4**  **Lawrence, Stephen 01-04-2019 (00:01:17)**  **SL02.63**

190:22  A. Okay.

190:23   Q. All right.  So starting from the

190:24 bottom, obviously, Mr. Jeff Henderson, who is

191:1 that?

191:2   A. Jeff Henderson, I believe, was the

191:3 CFO of Cardinal --

191:4   Q. Okay.  And --

191:5   A. -- at that time.

191:6   Q. -- the e-mail from Mr. Henderson

191:7 is directed to Mr. Storrer with a CC to Mark

191:8 Hartman.  I'm familiar with Mr. Hartman.

191:9 Mr. Storrer, was that your --

191:10   A. That was my boss.

191:11   Q. Your supervisor at this time?

191:12   A. Yeah.  He -- right.  He took

191:13 Mark -- Michael Bender's place.

191:14   Q. Okay.  And the subject matter is

191:15 "Diversion Steering Committee Follow-Ups."

191:16 Were you ever a member of the

191:17 diversion steering committee?

191:18   A. No.

191:19   Q. All right.  So there's just a --

191:20 few issues here that are brought up by

191:21 Mr. Henderson to Mr. Storrer and perhaps

191:22 Mr. Hartman.  And the one I want to talk to you

191:23 about, first of all, is the -- I guess it's like

191:24 the third asterisk, it's the very last sentence.

192:1 It says, "Reporting of suspicious customers (for

192:2 example, an amnesty program)."

| | SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 192:3 Are you familiar with what | |
| | 192:4 Mr. Henderson is referring to here? | |
| 192:6 - 193:7 | **Lawrence, Stephen 01-04-2019 (00:00:58)** | SL02.64 |
| | 192:6   A. Yes. | |
| | 192:7   Q. What is your understanding? | |
| | 192:8   A. So at this time, there were some | |
| | 192:9 executives that didn't know the retail | |
| | 192:10 independent compensation plan and they were | |
| | 192:11 asking if it would help that we would allow | |
| | 192:12 people to report suspicious orders and give them | |
| | 192:13 amnesty to -- so it wouldn't hurt their | |
| | 192:14 compensation. | |
| | 192:15 What they didn't realize is we had | |
| | 192:16 always taken any of these -- customers cut off | |
| | 192:17 for a variety of reasons, we would take out of | |
| | 192:18 the compensation plan anyways.  It would never | |
| | 192:19 hurt the sales rep.  So he was asking for | |
| | 192:20 something that he just didn't understand the | |
| | 192:21 comp plan already had in place. | |
| | 192:22   Q. Okay.  And then the second | |
| | 192:23 question is, "How do we remove incentives to | |
| | 192:24 reporting suspicious customers?" | |
| | 193:1   A. Same answer as -- it was already | |
| | 193:2 in the compensation plan.  If you report a | |
| | 193:3 suspicious customer and ultimately they end up | |
| | 193:4 getting cut off, it would not hurt your | |
| | 193:5 compensation plan. | |
| | 193:6   Q. Who are suspicious customers | |
| | 193:7 reported to? | |
| 193:9 - 194:5 | **Lawrence, Stephen 01-04-2019 (00:00:44)** | SL02.65 |
| | 193:9   A. That, I don't know.  He was asking | |
| | 193:10 a question, and I don't know who they reported | |
| | 193:11 to or what the question was pertaining to. | |
| | 193:12   Q. Did you know the answer to that | |
| | 193:13 question when you -- when you were eventually | |
| | 193:14 sent this e-mail? | |
| | 193:15   A. Well, I know how I would answer | |
| | 193:16 it.  I mean, I would report a suspicious | |
| | 193:17 customer to QRA.  I don't know of anybody else I | |
| | 193:18 would report them to.  But other people could | |

SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission

| Page/Line | Source | ID |
|---|---|---|

193:19 report it to me, maybe.  You know, there's
193:20 different -- I would report it to QRA.
193:21   Q. And then finally, again he says --
193:22 and this is the CFO -- "How do we ensure sales
193:23 rep incentives aren't harmed by reporting
193:24 customers?"
194:1   A. Correct.
194:2   Q. Okay.  And -- and it's your
194:3 understanding that that was always part of the
194:4 incentive program, it's just that the chief
194:5 financial officer wasn't aware of that?

**194:7 - 195:7**  **Lawrence, Stephen 01-04-2019 (00:01:05)**  **SL02.66**

194:7   A. That is absolutely correct.  Yeah.
194:8 And my team ran the compensation plan so that's
194:9 why I knew it so well.
194:10   Q. For both marketing and sales?
194:11   A. Well, when I had marketing, those
194:12 people reported to me, so they weren't on a
194:13 sales compensation plan, they had basically the
194:14 MBO plan, like we talked about.  In our sales
194:15 operations group, we created a sales
194:16 compensation plan team that ran the sales
194:17 compensation plan, yes.
194:18   Q. And did you do that from the time
194:19 that you were in the marketing department from
194:20 March of 2005 forward?
194:21   A. No.  It -- I don't know exactly
194:22 when.  We created a sales operations team and
194:23 started doing the compensation plan.  Probably
194:24 would have been around '07 or so because, as I
195:1 said before, before that the sales reps reported
195:2 out into the distribution centers, so they were
195:3 all compensated by whatever the distribution
195:4 center vice president decided.  Once we had a
195:5 national team, then we did have to do a
195:6 compensation plan.  I believe that was somewhere
195:7 in the '07 time frame.

**195:8 - 195:13**  **Lawrence, Stephen 01-04-2019 (00:00:19)**  **SL02.107**

195:8   Q. Okay.  So prior to your creation
195:9 of the -- of the sales compensation package, if

| | SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 195:10 you will, do you know whether the reporting of | |
| | 195:11 suspicious customers was taken into | |
| | 195:12 consideration by the distribution center | |
| | 195:13 managers? | |
| 195:15 - 195:23 | **Lawrence, Stephen 01-04-2019 (00:00:23)** | **SL02.67** |
| | 195:15   A. I don't -- I don't honestly know | |
| | 195:16 how the sales team was compensated when they | |
| | 195:17 reported the distribution center, so I couldn't | |
| | 195:18 answer that. | |
| | 195:19   Q. Okay.  What you know is that when | |
| | 195:20 you were -- when you were a part of the creation | |
| | 195:21 of sort of the centralized sales incentive | |
| | 195:22 program, the reporting of suspicious customers | |
| | 195:23 was taken into account? | |
| 196:1 - 197:16 | **Lawrence, Stephen 01-04-2019 (00:01:43)** | **SL02.68** |
| | 196:1   A. Yes.  So we -- when we had the -- | |
| | 196:2 when we ran the sales compensation plan, we -- | |
| | 196:3 the sales team could always come to us and say, | |
| | 196:4 I think this customer should be taken out of the | |
| | 196:5 plan, for a variety of reasons.  Could be | |
| | 196:6 credit, could be some other reasons.  And then | |
| | 196:7 we would decide yes or no.  Sometimes they would | |
| | 196:8 come up with a not so good reason, like -- | |
| | 196:9 whatever.  But anything with QRA was just taken | |
| | 196:10 out automatically. | |
| | 196:11   Q. Okay.  And -- and I guess my | |
| | 196:12 question is, prior to that centralization of the | |
| | 196:13 plan, do you have personal knowledge as to how | |
| | 196:14 the sales teams were incentivized? | |
| | 196:15   A. I do not. | |
| | 196:16   Q. Okay.  All right.  So then the | |
| | 196:17 e-mail from Mr. Henderson, it looks like, is | |
| | 196:18 forwarded from Mr. Storrer to you and a few | |
| | 196:19 other people, and you respond back to | |
| | 196:20 Mr. Storrer.  And let's look at that -- | |
| | 196:21   A. Uh-huh. | |
| | 196:22   Q. -- top section first.  You mention | |
| | 196:23 that "Tom," meaning Mr. DeGemmis, "and I have | |
| | 196:24 been living with this for quite a while.  We | |
| | 197:1 have communicated with the field on the | |

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

197:2 communication of any order being blocked."
197:3 Regulatory faxes the store questionnaire -- a
197:4 lot of this we've already covered in your
197:5 testimony --
197:6   A. Uh-huh.
197:7   Q. -- which you get copied on.  And
197:8 then you forward to the sales team.
197:9 The customer has five business
197:10 days to return it and then regulatory makes a
197:11 decision, correct?
197:12 Well, it says, "Regulatory will
197:13 make a decision" --
197:14   A. Yeah.
197:15   Q. -- "on upping the customer
197:16 threshold and doing a site visit," right?

197:18 - 199:5     **Lawrence, Stephen 01-04-2019 (00:01:21)**          **SL02.69**

197:18   A. Correct.  To be more precise,
197:19 because it ties back to my other e-mail, is they
197:20 may not make their decision the moment they get
197:21 it, but they wouldn't cut the customer off after
197:22 five days if they had the questionnaire.  They
197:23 would wait until they saw the questionnaire and
197:24 then analyze it.
198:1 If they got no questionnaire, they
198:2 were cutting them off in five days.  And that's
198:3 part of the bottom of the e-mail, is we had a
198:4 backlog and that's why I urged them to give us
198:5 more time before they actually cut a customer
198:6 off.  You still would not release the order that
198:7 hit the threshold or any subsequent orders for
198:8 that product, but we needed more time because of
198:9 the backlog.
198:10   Q. So then you go on, "I have not
198:11 been involved in the reporting of suspicious
198:12 customers so, Tom," meaning Mr. DeGemmis, "maybe
198:13 you can fill in the blanks on this one."
198:14 Right?
198:15   A. Correct.  Because that --
198:16   Q. Then --
198:17   A. Again, I was in marketing.  That

| SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 198:18 would go straight from the sales to QRA.  So I | |
|  | 198:19 didn't -- wasn't involved in those. | |
|  | 198:20   Q. Okay.  Then you go on to talk | |
|  | 198:21 about, "The main problem is that 90 stores have | |
|  | 198:22 been shut off from ordering controlled | |
|  | 198:23 substances.  60 of those, or two-thirds, are not | |
|  | 198:24 currently scheduled to have a site visit and | |
|  | 199:1 have not been told what the status is on these. | |
|  | 199:2 Many of these were cut off on December 10th. | |
|  | 199:3 It's now close to a month.  This is what I've | |
|  | 199:4 been telling everyone for quite some time now." | |
|  | 199:5 Who is "everyone"? | |
| 199:7 - 200:9 | **Lawrence, Stephen 01-04-2019 (00:00:51)** | **SL02.70** |
|  | 199:7   A. This goes right back to what I | |
|  | 199:8 said before.  The -- I was working with | |
|  | 199:9 quality -- the QRA group to give us more time | |
|  | 199:10 and not cut a customer off after the five days. | |
|  | 199:11 If it took -- the store got a questionnaire back | |
|  | 199:12 in six days, you know, did it matter?  And we | |
|  | 199:13 were -- we just had a hard five day, we're just | |
|  | 199:14 going to cut them off.  And that didn't make a | |
|  | 199:15 lot of sense to me. | |
|  | 199:16 And ultimately fairly -- I think, | |
|  | 199:17 I don't know what the dates are, but they agreed | |
|  | 199:18 and they gave a little bit more time. | |
|  | 199:19   Q. And that's the -- | |
|  | 199:20   A. Which helped a bunch. | |
|  | 199:21   Q. I'm sorry.  That's the e-mail that | |
|  | 199:22 we saw earlier? | |
|  | 199:23   A. That's the previous e-mail we just | |
|  | 199:24 talked about. | |
|  | 200:1   Q. Okay.  And then you go on to say, | |
|  | 200:2 "I spent three hours with Hartman and the | |
|  | 200:3 regulatory group on Friday and they are trying. | |
|  | 200:4 They just don't have the resources, and they are | |
|  | 200:5 trying to keep too much information from others. | |
|  | 200:6 I hope this will open up some soon.  Steve." | |
|  | 200:7 The comment on resources, was that | |
|  | 200:8 your observation, or was that something that the | |
|  | 200:9 regulatory group told you? | |

| Page/Line | Source | ID |
|---|---|---|
| | **SL02-Lawrence, Stephen Plaintiff and Defense Combined Submission** | |

| Page/Line | Source | ID |
|---|---|---|
| 200:11 - 201:6 | **Lawrence, Stephen 01-04-2019 (00:00:52)** | **SL02.71** |
| | 200:11   A. You know, I don't remember | |
| | 200:12 exactly.  I think the challenge was getting -- | |
| | 200:13 we were getting a backlog so we couldn't get | |
| | 200:14 through the Know Your Customer forms quick | |
| | 200:15 enough.  So by just pure definition, you've got | |
| | 200:16 a resource issue there or something clogging it | |
| | 200:17 up.  I don't specifically remember having that | |
| | 200:18 conversation with them. | |
| | 200:19 But at the end of the day, what | |
| | 200:20 came out of it was that other e-mail where we | |
| | 200:21 got some extra time so that we just didn't cut | |
| | 200:22 them off on five days, which was just a hard | |
| | 200:23 five-day -- there was no -- there wasn't, you | |
| | 200:24 know, meaning behind it, just five days. | |
| | 201:1   Q. At this point in time, | |
| | 201:2 Mr. Lawrence -- so this is December -- I'm | |
| | 201:3 sorry, January of 2008 -- in comparison to the | |
| | 201:4 300-or-so employees in sales and the 50-or-so | |
| | 201:5 employees in marketing, do you know how many | |
| | 201:6 employees actually worked within QRA? | |
| 201:8 - 201:12 | **Lawrence, Stephen 01-04-2019 (00:00:10)** | **SL02.72** |
| | 201:8   A. I do not. | |
| | 201:9   Q. In comparison to your budget in | |
| | 201:10 marketing or the budget that eventually you were | |
| | 201:11 over in sales, do you know what their budget was | |
| | 201:12 for QRA? | |
| 201:14 - 201:14 | **Lawrence, Stephen 01-04-2019 (00:00:00)** | **SL02.73** |
| | 201:14   A. No. | |

Plaintiffs Affirmative Designations = 00:47:30
Defense Counter Designations = 00:04:09
Plaintiff Counter Counters = 00:01:19
Defense Completeness Counters = 00:03:37
**Total Time = 00:56:35**