**Designation Run Report**

# Quintero, Gilberto - Plaintiffs' Submission

_____

**Quintero, Gilberto 12-06-2018**

_____

**Plaintiffs Affirmative Designations  00:04:05**

**Defense Completeness Counters  00:00:46**

**Total Time  00:04:51**



ID:GQ02

| | GQ02-Quintero, Gilberto - Plaintiffs' Submission | Page 2/5 |

| Page/Line | Source | ID |
|---|---|---|
| 12:06 - 12:16 | **Quintero, Gilberto 12-06-2018 (00:00:14)** | **GQ02.1** |
| | 12:6   Q. Would you state your full name for | |
| | 12:7 the record, please. | |
| | 12:8   A. My name is Gilberto Quintero. | |
| | 12:9   Q. Mr. Quintero, where are you | |
| | 12:10 currently employed? | |
| | 12:11   A. I'm currently employed at Cardinal | |
| | 12:12 Health. | |
| | 12:13   Q. And you've been with Cardinal | |
| | 12:14 Health since December of 2009; is that right? | |
| | 12:15   A. December 1st, 2009, that's | |
| | 12:16 correct. | |
| 16:20 - 17:12 | **Quintero, Gilberto 12-06-2018 (00:00:45)** | **GQ02.2** |
| | 16:20   Q. And so then in December of 2009, | |
| | 16:21 Cardinal brought you in and they brought you | |
| | 16:22 straight into senior vice president of QRA, | |
| | 16:23 which is quality regulatory -- remind me the A. | |
| | 16:24 It's not affairs, it is -- | |
| | 17:1   A. It's regulatory affairs. | |
| | 17:2   Q. Okay.  And so your duties in that | |
| | 17:3 position were what? | |
| | 17:4   A. Was supposed to make sure that the | |
| | 17:5 departments that I managed comply with the | |
| | 17:6 regulations and expectations from the | |
| | 17:7 government, and that we execute according to our | |
| | 17:8 quality procedures. | |
| | 17:9   Q. And you were brought in to -- you | |
| | 17:10 were brought in by Cardinal to make sure that | |
| | 17:11 QRA was improving, correct? | |
| | 17:12   A. Yes. | |
| 17:19 - 17:20 | **Quintero, Gilberto 12-06-2018 (00:00:02)** | **GQ02.3** |
| | 17:19   Q. You were brought in, though, to | |
| | 17:20 fix QRA, right? | |
| 17:23 - 18:08 | **Quintero, Gilberto 12-06-2018 (00:00:25)** | **GQ02.4** |
| | 17:23   A. I don't believe I -- you know, my | |
| | 17:24 understanding, I was brought in to make sure the | |
| | 18:1 company had a robust quality and regulatory | |
| | 18:2 compliance program. | |
| | 18:3   Q. And when you got there, did it | |
| | 18:4 have a robust quality and regulatory program? | |

| | GQ02-Quintero, Gilberto - Plaintiffs' Submission | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 18:5   A. There were some things that I | |
| | 18:6 wanted to improve, like my philosophy over my | |
| | 18:7 career is to take what is -- what we have today | |
| | 18:8 and try to make it better. | |
| 195:04 - 195:14 | **Quintero, Gilberto 12-06-2018 (00:00:25)** | **GQ02.5** |
| | 195:4   Q. Mr. Quintero, we have talked a bit | |
| | 195:5 about what happened in terms of the DEA action | |
| | 195:6 against Cardinal in late 2011, early 2012 today. | |
| | 195:7 The first thing that happened, | |
| | 195:8 though, was that an administrative investigative | |
| | 195:9 warrant was served? | |
| | 195:10   A. (Nods head.) | |
| | 195:11   Q. Do you recall that being served? | |
| | 195:12   A. Yes, I do. | |
| | 195:13   Q. Did you see a copy of it? | |
| | 195:14   A. I saw a copy of that at that time. | |
| 195:19 - 196:18 | **Quintero, Gilberto 12-06-2018 (00:01:27)** | **GQ02.6** |
| | 195:19   Q. This will be Exhibit 10.  It's | P-44562_1.1 |
| | 195:20 3776.  And the Bates is | |
| | 195:21 CAH_MDL_PRIORPROD_DEA12_00003808. | |
| | 195:22 So this is the warrant for | P-44562_1.1.1 |
| | 195:23 inspection.  Did you receive this at some point? | |
| | 195:24   A. Yes, we did.  I got a copy of this | |
| | 196:1 at one point. | |
| | 196:2   Q. And one of the things that was | |
| | 196:3 requested is in Paragraph c -- 2c, do you see | P-44562_1.2.1 |
| | 196:4 that, "To inspect all records, files, papers, | |
| | 196:5 processes, controls, facilities appropriate for | |
| | 196:6 verification of the records, reports and | |
| | 196:7 documents required to be kept under the | |
| | 196:8 provisions of the act and regulations | |
| | 196:9 promulgated thereunder." | |
| | 196:10 Do you see that? | |
| | 196:11   A. Correct. | |
| | 196:12   Q. Now, this is a warrant served on | |
| | 196:13 Cardinal with regard to Lakeland Distribution | |
| | 196:14 Center, correct? | |
| | 196:15   A. Correct. | |
| | 196:16   Q. And this is the DEA telling | |
| | 196:17 Cardinal that we want more information about | |

| Page/Line | Source | ID |
|---|---|---|
| | **GQ02-Quintero, Gilberto - Plaintiffs' Submission** | |
| 196:20 - 197:11 | 196:18 Lakeland Distribution Center, correct?<br>**Quintero, Gilberto 12-06-2018 (00:00:42)**<br>196:20   A. This is an inform -- I mean, a<br>196:21 warrant for inspection, which some of the<br>196:22 requirements have to inspect records and they<br>196:23 ask for records.<br>196:24   Q. And they're looking<br>197:1 specifically -- at least one part of what<br>197:2 they're looking for are the records that are<br>197:3 required to be kept under the act, the<br>197:4 Controlled Substances Act, correct?<br>197:5   A. Correct.<br>197:6   Q. And if Cardinal has an agreement<br>197:7 with the DEA and an understanding in terms of<br>197:8 what their obligations are to -- as to what to<br>197:9 record and report, then Cardinal should have<br>197:10 what the DEA's looking for under the provisions<br>197:11 of the act.  Wouldn't you agree? | GQ02.7 |
| 197:15 - 197:17 | **Quintero, Gilberto 12-06-2018 (00:00:06)**<br>197:15   A. We should have the records that<br>197:16 are required.  Per the regulations, we should<br>197:17 have that. | GQ02.8 |
| 197:18 - 197:20 | **Quintero, Gilberto 12-06-2018 (00:00:12)**<br>197:18   Q. Okay.  And was Cardinal or was<br>197:19 Cardinal not keeping proper records of its due<br>197:20 diligence during -- prior to October 26, 2011? | GQ02.9 |
| 197:22 - 197:24 | **Quintero, Gilberto 12-06-2018 (00:00:09)**<br>197:22   A. My understanding is Cardinal<br>197:23 Health has always kept all the records required<br>197:24 per the regulations. | GQ02.10 |
| 198:06 - 198:09 | **Quintero, Gilberto 12-06-2018 (00:00:09)**<br>198:6   Q. Was Cardinal, prior to<br>198:7 October 26th, 2011, doing all of the due<br>198:8 diligence required of it with regard to<br>198:9 controlled substances? | GQ02.11 |
| 198:11 - 198:14 | **Quintero, Gilberto 12-06-2018 (00:00:12)**<br>198:11   A. We were executing according to the<br>198:12 regulatory requirement stated in the act.<br>198:13   Q. And you were keeping records of<br>198:14 such due diligence actions, correct? | GQ02.12 |

| Page/Line | Source | ID |
|---|---|---|
| 198:16 - 198:17 | **Quintero, Gilberto 12-06-2018 (00:00:04)**<br>198:16   A. We were keeping records that are<br>198:17 required by the act to be kept. | **GQ02.14** |

GQ02-Quintero, Gilberto - Plaintiffs' Submission

Plaintiffs Affirmative Designations = 00:04:05
Defense Completeness Counters = 00:00:46
**Total Time = 00:04:51**

**Documents Shown**
P-44562_1