**Designation Run Report**

# Dave Gustin Plaintiff and Defense Submissions

_____

**Gustin, Dave 08-17-2018**

_____

**Plaintiffs' Designations  02:10:16**

**Defense Completeness Designations  00:26:53**

**Plaintiffs' Counter Counter Designations   00:03:49**

**Defense Counters  00:07:57**

**Total Time  02:48:55**



ID:DG04

| Page/Line | Source | ID |
|---|---|---|
| | **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | |

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

20:4 - 20:9     **Gustin, Dave 08-17-2018 (00:00:08)**     DG04.1

20:4   Q.  Okay.  You're familiar with
20:5 what -- with this particular letter, though,
20:6 aren't you?  Somebody shared -- somebody
20:7 shared this letter with you before you came
20:8 in here today, right?
20:9   A. Yes.

20:14 - 20:18     **Gustin, Dave 08-17-2018 (00:00:14)**     DG04.2

20:14   Q.  Okay.  The first time you had
20:15 seen this letter was a few weeks ago; is that
20:16 your testimony here?
20:17   A. To the best of my recollection,
20:18 yeah.  If this is what I think it is, then --

20:22 - 21:4     **Gustin, Dave 08-17-2018 (00:00:16)**     DG04.3

20:22   Q.  All right.  Well, here's what
20:23 I'm wondering:  This is -- the date on this,
20:24 you can see, Mr. Gustin, is November 4, 2014.
20:25 You were with the company then,
21:1 weren't you?
21:2   A. Yeah, and I've read just enough
21:3 to know down here.  This isn't something that
21:4 I can remember getting.

21:16 - 21:22     **Gustin, Dave 08-17-2018 (00:00:13)**     DG04.4

21:16   Q.  All right.  So you don't have
21:17 any independent memory that back in 2014
21:18 anybody with McKesson sat down with you and
21:19 talked to you about the issues of this
21:20 letter?
21:21   A. I've never -- I don't think
21:22 I've ever seen this letter.

22:11 - 22:17     **Gustin, Dave 08-17-2018 (00:00:11)**     DG04.5

22:11   Q.  In your job, sir, during that
22:12 time as a D -- I'm going to call it a DRA.
22:13 For the purposes of the jury, that would be
22:14 called -- that is what?  What is a DRA as we
22:15 go forward?
22:16   A. Director -- director of
22:17 regulatory affairs.

22:18 - 22:22     **Gustin, Dave 08-17-2018 (00:00:10)**     DG04.6

22:18   Q.  And as director of regulatory

| Page/Line | Source | ID |
|---|---|---|

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

22:19 affairs, you were -- you were top of the food
22:20 chain for a particular area in directing
22:21 regulatory issues for a particular area;
22:22 isn't that -- isn't that true?

22:25 - 23:15   **Gustin, Dave 08-17-2018 (00:00:27)**   DG04.297

22:25 THE WITNESS:  I never thought
23:1 of myself that way.
23:2 QUESTIONS BY MR. PAPANTONIO:
23:3   Q. Well, you were a director?
23:4   A. I was a director, but at this
23:5 time -- if this is in November of '14, I
23:6 would have been the auditor then, I think,
23:7 not a field director, so I wouldn't have been
23:8 engaged in these conversations necessarily.
23:9   Q. Okay.  Did anybody tell you at
23:10 McKesson that this letter that is sitting
23:11 in -- you saw this letter three weeks ago.
23:12 Somebody from --
23:13   A. No.  As is it turns out,
23:14 looking at it, it's not the one that I
23:15 thought was shared with me.

24:19 - 24:24   **Gustin, Dave 08-17-2018 (00:00:11)**   DG04.8

24:19 Do you ever remember anybody --
24:20 at this point as we're -- as you're looking
24:21 at it right now, you don't remember anybody
24:22 showing you this?
24:23 We can agree to that, correct?
24:24   A. I have no recollection of this.

26:15 - 26:25   **Gustin, Dave 08-17-2018 (00:00:33)**   DG04.9

26:15 You tell us what -- in your
26:16 mind, what is diversion of a narcotic?
26:17   A. Any time -- in my personal
26:18 translation of the word, any time that a
26:19 narcotic, a drug, is used either by someone
26:20 or for a purpose other than its intended use.
26:21   Q. Okay.  And you were -- that was
26:22 part of what you did, part of your job was to
26:23 prevent diversion; is that a correct
26:24 statement?
26:25   A. Yes.

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 27:12 - 27:16 | **Gustin, Dave 08-17-2018 (00:00:08)** | DG04.10 |
| | 27:12 Let me ask you this:  You | |
| | 27:13 were -- you were in charge of how many | |
| | 27:14 salespeople? | |
| | 27:15   A. Well, I was never in charge of | |
| | 27:16 any salespeople. | |
| 27:17 - 28:22 | **Gustin, Dave 08-17-2018 (00:01:04)** | DG04.11 |
| | 27:17   Q. You were overseeing how many | |
| | 27:18 salespeople? | |
| | 27:19   A. I oversaw a territory -- a | |
| | 27:20 territory that comprised about 40-some | |
| | 27:21 salespeople, I think.  I don't even know | |
| | 27:22 where I got that number from except when I | |
| | 27:23 had -- when I conducted training calls early | |
| | 27:24 on as a director with the sales team, it | |
| | 27:25 seemed like there were 40-some people copied. | |
| | 28:1 But I don't know who all they | |
| | 28:2 were, whether that included sales admins and | |
| | 28:3 salespeople themselves, so I can't give you | |
| | 28:4 an accurate number, but it was quite a few. | |
| | 28:5   Q. Right close to 50, would you | |
| | 28:6 say? | |
| | 28:7   A. Salespeople? | |
| | 28:8   Q. Reps, yeah. | |
| | 28:9   A. Oh, I couldn't say.  Close to | |
| | 28:10 50, close to 40. | |
| | 28:11   Q. All right.  Well, you wrote a | |
| | 28:12 letter -- do you remember writing a letter to | |
| | 28:13 McKesson explaining what you -- what your job | |
| | 28:14 entailed? | |
| | 28:15 Do you remember writing that | |
| | 28:16 letter? | |
| | 28:17   A. Do you have -- yeah, as I -- as | |
| | 28:18 I withdrew from the position? | |
| | 28:19   Q. Do you remember ever writing a | |
| | 28:20 letter to McKesson after you met with | |
| | 28:21 McKesson lawyers -- | |
| | 28:22   A. Yes. | |
| 29:2 - 29:23 | **Gustin, Dave 08-17-2018 (00:00:50)** | DG04.12 |
| | 29:2 So you had about 13,000 | |

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

29:3 customers, right?
29:4   A. That sounds about right.
29:5   Q. And you covered 15 states; is
29:6 that true?
29:7   A. Technically, yes.
29:8   Q. You had eight distribution
29:9 centers; is that right?
29:10   A. At one time.  At the end there
29:11 were six.
29:12   Q. So one person -- I want to make
29:13 sure I understand this right.  One person
29:14 covered -- that would be you -- covered 15
29:15 states.  You had 13,000 customers.  You had
29:16 eight distribution centers.  You were doing
29:17 that by yourself; is that true?  As a DRA?
29:18   A. Doing the work by myself?
29:19   Q. That was your responsibilities,
29:20 those areas right there.
29:21   A. As the DRA -- yeah, that was my
29:22 area of responsibility, the North Central
29:23 region.

| 30:15 - 30:23 | **Gustin, Dave 08-17-2018 (00:00:19)** | **DG04.13** |

30:15   Q. So you're familiar with
30:16 diversion.  First time you've seen this
30:17 letter was -- did you say three weeks ago, or
30:18 you've not seen it at all?
30:19   A. I don't remember seeing this
30:20 letter at all.
30:21   Q. So I'm showing it to you for
30:22 the first time; is that correct?
30:23   A. Yes.

| 34:23 - 35:11 | **Gustin, Dave 08-17-2018 (00:00:25)** | **DG04.14** |

34:23 "That having been said, we
34:24 remain concerned that McKesson failed to
34:25 appreciate the seriousness and the systemic
35:1 nature of the CSA-related problems that the
35:2 DEA observed in its several investigations
35:3 into your client's operations."
35:4 Do you see that?
35:5   A. I do.

| Page/Line | Source | ID |
|---|---|---|

35:6   Q. That's the first time you had
35:7 ever seen those words written, just showing
35:8 up here today for this deposition; is that
35:9 true?
35:10   A. To the best of my recollection,
35:11 yes.

**35:22 - 36:5**     **Gustin, Dave 08-17-2018 (00:00:27)**     **DG04.15**

35:22   Q. What does that mean to you from
35:23 the standpoint of understanding the system of
35:24 how DRAs operated all over the country?
35:25   A. It can have more than one
36:1 meaning depending on how the word is used.
36:2 The system is an electronic system that is,
36:3 you know -- functions in the type of world
36:4 where it could be methodology or a program.
36:5 I don't know --

**36:6 - 36:12**     **Gustin, Dave 08-17-2018 (00:00:18)**     **DG04.16**

36:6   Q. Had anybody ever told you that
36:7 the Department of Justice was concerned that
36:8 there was actually a systemic failure of
36:9 McKesson to properly sell its narcotics?
36:10 Had anybody ever told you that
36:11 back in 2014 that there was a concern by the
36:12 Department of Justice of that?

**36:15 - 36:15**     **Gustin, Dave 08-17-2018 (00:00:01)**     **DG04.17**

36:15 THE WITNESS:  No.

**36:17 - 37:2**     **Gustin, Dave 08-17-2018 (00:00:18)**     **DG04.18**

36:17   Q. Well, that would have been
36:18 important information, wouldn't it, to you?
36:19 That would have been important
36:20 information to understand that their -- that
36:21 the Department of Justice is saying, "This is
36:22 not just about Aurora; this is systemic with
36:23 McKesson."
36:24 That's important information,
36:25 isn't it?
37:1   A. If I was a field DRA, but I
37:2 wasn't then.

**38:1 - 38:12**     **Gustin, Dave 08-17-2018 (00:00:15)**     **DG04.19**

38:1   Q. You understand, your company is

DG04-Dave Gustin Plaintiff and Defense Sunmissions

| Page/Line | Source | ID |
|---|---|---|

38:2 selling narcotics all over the country,
38:3 right?
38:4   A. Yes.
38:5   Q. True?
38:6 And you have a system in place
38:7 to sell those narcotics, right?
38:8   A. Yes.
38:9   Q. And the Department of Justice
38:10 in this letter is saying your system has
38:11 failed in the sale of narcotics throughout
38:12 this country?

**38:15 - 39:7**   **Gustin, Dave 08-17-2018 (00:00:41)**   **DG04.20**

38:15   Q. You understand that?
38:16   A. I understand what you said.
38:17   Q. Okay.  Good enough.
38:18 And you understand if you have
38:19 a systemic failure in the sale of narcotics
38:20 throughout the country, that's a problem,
38:21 that's a public health problem, right?
38:22   A. If there is a systemic failure,
38:23 that would be a problem.
38:24   Q. Well, you knew in 2015 -- in
38:25 2014, you understood that there was already
39:1 something called an opioid crisis in America.
39:2 You knew that, right?
39:3   A. I knew that there was an issue
39:4 with diversion that was leading to an opioid
39:5 crisis, whatever it was referred to then at
39:6 that time, and I knew that from when they
39:7 first formed the team back in 2008.

**40:17 - 41:9**   **Gustin, Dave 08-17-2018 (00:00:32)**   **DG04.21**

40:17   Q. You knew a lot of people were
40:18 dying from narcotics overdoses, right?
40:19   A. Yeah, I watched -- along about
40:20 2009, there was a documentary.  I think it
40:21 was called "The Oxy Express."
40:22   Q. Yeah.
40:23   A. And it was specifically, I
40:24 think, routes between Kentucky and Florida,
40:25 and in that, two real people -- you followed

| Page/Line | Source | ID |
|---|---|---|

41:1 their life story, and one of them, the woman,
41:2 actually died in it.
41:3  Q. Yeah.  And you were familiar
41:4 with that, right?
41:5  A. Yes.
41:6  Q. You were familiar with The Oxy
41:7 Express that we're going to talk about in
41:8 this trial?
41:9  A. Yeah.

**57:7 - 57:10   Gustin, Dave 08-17-2018 (00:00:08)**                    **DG04.22**

57:7 Do you understand that in 2008
57:8 your company was fined $13.5 million for
57:9 breaking the law?  Generally do you know
57:10 that?

**57:12 - 57:20   Gustin, Dave 08-17-2018 (00:00:14)**                    **DG04.23**

57:12 THE WITNESS:  The only
57:13 recollection I have of that -- and I
57:14 do know about the fine, and I did know
57:15 the number -- was that there was an
57:16 agreement reached, and I don't know
57:17 that there was any admission of any
57:18 guilt or anything else.  I just don't
57:19 know the particulars that were
57:20 involved.

**59:25 - 60:4   Gustin, Dave 08-17-2018 (00:00:14)**                    **DG04.24**

59:25  Q. All right.  So you understand
60:1 that in 2008 the company had already been --
60:2 had already been fined $13.5 million, and
60:3 they were told specifically what they were
60:4 being fined about.  You knew that, right?

**60:7 - 60:13   Gustin, Dave 08-17-2018 (00:00:18)**                    **DG04.25**

60:7 THE WITNESS:  I knew about the
60:8 fine, and I knew about the agreement.
60:9 I didn't read the agreement.  What I
60:10 did know after that dealt with what --
60:11 what then my job was going to be going
60:12 forward in order to address the
60:13 concerns.

**70:15 - 71:14   Gustin, Dave 08-17-2018 (00:00:54)**                    **DG04.26**

70:15 QUESTIONS BY MR. PAPANTONIO:

| Page/Line | Source | ID |
|---|---|---|

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

70:16  Q. All right.  Let's see what --
70:17 let's see what this letter says.
70:18 After the word "egregious,"
70:19 right there -- you see after the word
70:20 "egregious," it says, "As outlined in more
70:21 detail in the letter" -- this letter is what
70:22 we're going to be spending time on, this
70:23 letter we're talking about -- "outlined in
70:24 more detail in the letter you received from
70:25 the US Attorney's Office, it is apparent that
71:1 McKesson-Aurora avoided filing suspicious
71:2 order reports by giving short shrift to
71:3 supposed due diligence efforts and
71:4 manipulating the monthly thresholds that were
71:5 the cornerstone of McKesson's compliance
71:6 program."
71:7 Sir, were you ever accused of
71:8 manipulating monthly thresholds?
71:9 Did anybody ever tell you that
71:10 "we've looked at the numbers and we have
71:11 concluded that Mr. Gustin's facilities are
71:12 manipulating numbers so that the facility
71:13 never violates thresholds"?
71:14 Had anybody ever told you that?

| Page/Line | Source | ID |
|---|---|---|
| 71:17 - 72:4 | **Gustin, Dave 08-17-2018 (00:00:31)** | DG04.27 |

71:17 THE WITNESS:  Yes.
71:18 QUESTIONS BY MR. PAPANTONIO:
71:19  Q. All right.  Turn to the next
71:20 page.  I think this is where we start talking
71:21 about you, Mr. Gustin.
71:22 "Like its Colorado counterpoint
71:23 [sic], McKesson distribution center 3820 --
71:24 at 220 Plymouth Road, Livonia, Maryland
71:25 [sic]" --
72:1 Were you in charge of Livonia?
72:2  A. In charge of -- Livonia was one
72:3 of the distribution centers in the North
72:4 Central region.

| Page/Line | Source | ID |
|---|---|---|
| 72:20 - 72:22 | **Gustin, Dave 08-17-2018 (00:00:03)** | DG04.28 |

72:20 You were the DRA for Livonia?

| Page/Line | Source | ID |
|---|---|---|
| | **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | |

| Page/Line | Source | ID |
|---|---|---|
| 74:10 - 74:23 | 72:21   A. I was the DRA of -- yes, for<br>72:22 Livonia.<br>**Gustin, Dave 08-17-2018 (00:00:23)**<br>74:10   Q. You were the DRA in Livonia,<br>74:11 yes or no?<br>74:12   A. For what time period are we<br>74:13 talking about?<br>74:14   Q. We're talking about the time<br>74:15 period that this investigation is taking<br>74:16 place, around 2013, 2014.<br>74:17   A. 2014?<br>74:18   Q. 2013.<br>74:19   A. No -- 20 -- 2013, late 2013,<br>74:20 '14, other people were being brought on<br>74:21 board, and I was being phased out and going,<br>74:22 so it's a rough time period for me to<br>74:23 respond -- | DG04.29 |
| 75:2 - 75:15 | **Gustin, Dave 08-17-2018 (00:00:29)**<br>75:2 This says, "During a period of<br>75:3 five years" -- now, the letter that we're<br>75:4 talking about, the date on this letter is<br>75:5 2014 -- so it says, "Reported no suspicious<br>75:6 orders for approximately five years after the<br>75:7 McKesson settlement with DOJ."<br>75:8 That's what it says, doesn't<br>75:9 it?<br>75:10   A. Yes, I saw that.<br>75:11   Q. So that would have been your<br>75:12 conduct we're talking about?<br>75:13   A. No --<br>75:14   Q. The failure to report no<br>75:15 suspicious orders for five years? | DG04.30 |
| 75:18 - 75:18 | **Gustin, Dave 08-17-2018 (00:00:00)**<br>75:18 THE WITNESS:  No. | DG04.31 |
| 75:19 - 76:3 | **Gustin, Dave 08-17-2018 (00:00:13)**<br>75:19 QUESTIONS BY MR. PAPANTONIO:<br>75:20   Q. Well, tell me why that's a no.<br>75:21 You were the DRA there, right?<br>75:22   A. But, as the DRA, part of my<br>75:23 responsibility was not reporting suspicious | DG04.298 |

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|
| | 75:24 orders.  I thought in terms of suspicious | |
| | 75:25 customers, not suspicious orders. | |
| | 76:1  Q. Sir? | |
| | 76:2  A. Suspicious orders was | |
| | 76:3 reported -- | |
| 76:6 - 76:9 | **Gustin, Dave 08-17-2018 (00:00:10)** | DG04.32 |
| | 76:6 THE WITNESS:  Suspicious orders | |
| | 76:7 was supposed to be being reported by | |
| | 76:8 other entities within the company, and | |
| | 76:9 that didn't include me. | |
| 76:11 - 76:22 | **Gustin, Dave 08-17-2018 (00:00:28)** | DG04.33 |
| | 76:11  Q. Sir, you just used the term | |
| | 76:12 "suspicious customer."  At no time did the | |
| | 76:13 DEA tell you that it was okay to report | |
| | 76:14 suspicious customers and not suspicious | |
| | 76:15 orders, right? | |
| | 76:16 The DEA never told you that | |
| | 76:17 it's okay for you to report suspicious | |
| | 76:18 customers rather than suspicious orders; am I | |
| | 76:19 right? | |
| | 76:20  A. Told me? | |
| | 76:21  Q. Yeah. | |
| | 76:22  A. No, that's not true. | |
| 77:7 - 77:16 | **Gustin, Dave 08-17-2018 (00:00:14)** | DG04.34 |
| | 77:7 MS. MOORE:  Gustin 175. | |
| | 77:8 (McKesson-Gustin Exhibit 175 | |
| | 77:9 marked for identification.) | |
| | 77:10 QUESTIONS BY MR. PAPANTONIO: | |
| | 77:11  Q. Now, sir, you just used the | |
| | 77:12 term "suspicious customers," and said that | |
| | 77:13 that was your responsibility to report | |
| | 77:14 suspicious customers, not suspicious orders; | |
| | 77:15 isn't that what you just said? | |
| | 77:16  A. That's correct. | |
| 78:1 - 79:8 | **Gustin, Dave 08-17-2018 (00:01:00)** | DG04.35 |
| | 78:1  Q. Right. | |
| | 78:2  A. That was my understanding from | |
| | 78:3 the very first meeting. | |
| | 78:4  Q. Yeah. | |
| | 78:5 And nobody ever told you that | |

| Page/Line | Source | ID |
|---|---|---|

DG04-Dave Gustin Plaintiff and Defense Sunmissions

78:6 they -- that the company had actually
78:7 received a letter from the Department of
78:8 Justice -- let's read it together, about
78:9 suspicious customers and suspicious orders.
78:10 You see where it says
78:11 March 20 -- March 20, 2014?
78:12   A. I see that.
78:13   Q. And this is to Geoff, Geoff
78:14 Hobart.  Geoff is getting another letter from
78:15 the Department of Justice.
78:16 And you see -- I'm assuming
78:17 Geoff didn't show you this either, did he?
78:18   A. I haven't seen this.
78:19   Q. This is the first time you've
78:20 laid eyes on this letter, right?
78:21   A. Yes, it is.
78:22   Q. And you operated as a DRA for
78:23 how many years?
78:24   A. As a field DRA -- DRA for five
78:25 years starting in '08.  That takes me through
79:1 2013.
79:2   Q. And you believed it was okay to
79:3 report suspicious customers and not
79:4 suspicious orders, right?
79:5 In your mind, you thought it
79:6 was appropriate to report suspicious
79:7 customers, what you just told the jury?
79:8   A. For me because --

| 79:11 - 79:20 | **Gustin, Dave 08-17-2018 (00:00:17)** | DG04.36 |

79:11 THE WITNESS:  For me it was
79:12 reporting customers because that's
79:13 what I worked with, and someone else
79:14 had the responsibility of reporting
79:15 suspicious orders.
79:16 QUESTIONS BY MR. PAPANTONIO:
79:17   Q. Who was that?
79:18   A. Varied from distribution center
79:19 to DC as far as I know.  I don't know because
79:20 I wasn't part of that mechanism.

| 80:16 - 81:12 | **Gustin, Dave 08-17-2018 (00:00:50)** | DG04.37 |

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

80:16 Well, let's -- so you -- you
80:17 thought it was important to report suspicious
80:18 customers.  Let's stay where we are.
80:19 "Dear Geoff, it was a pleasure
80:20 to meet with you, Don Walker" --
80:21 Who is Don Walker?
80:22   A. He was a person for much of my
80:23 five years that I reported to in the company.
80:24   Q. "The purpose of this letter is
80:25 to explain my thoughts regarding information
81:1 presented during the last two meetings and to
81:2 address the impact, if any, the information
81:3 has on my view of McKesson liability."
81:4 It says, next paragraph, "The
81:5 information you and Mr. Walker shared with us
81:6 seemingly supports two points.  The first is
81:7 that following the 2008 investigation and
81:8 settlement, McKesson implemented a Controlled
81:9 Substance Monitoring Program."
81:10 You're familiar with what that
81:11 is, right?
81:12   A. Yes.

**81:21 - 83:17**  **Gustin, Dave 08-17-2018 (00:02:02)**                    **DG04.38**

81:21   Q. You had a copy of it, true?
81:22   A. Yes, I had access to copies of
81:23 it.
81:24   Q. Yeah.
81:25 "And it's designed to identify
82:1 suspicious customers rather than suspicious
82:2 orders.  The other point is that some DEA
82:3 representative tacitly endorsed this CSMP for
82:4 the following reasons:  These positions have
82:5 not changed my thinking regarding McKesson's
82:6 liability under 21 USC 842."
82:7 Do you know what 21 USC is?
82:8   A. By that identifier, no.
82:9   Q. All right.  This is -- this
82:10 coming from the Department of Justice.  It
82:11 says, "I cannot accept that the CSMP
82:12 implemented by McKesson after 2008 was

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

82:13 designed to -- to identify suspicious
82:14 customers.  It is my informed belief that
82:15 such a contention is more rationalization
82:16 than reality."
82:17 Had anybody told you -- used
82:18 that word, that the Department of Justice was
82:19 accusing McKesson of trying to rationalize
82:20 the CSMP?  Anybody ever told you that?
82:21   A. I don't remember ever hearing
82:22 that.
82:23   Q. "The 2008 settlement agreement
82:24 does not require or implicitly suggest a CSMP
82:25 focused on suspicious customers."  Underline
83:1 that.
83:2 I want to come back -- "the
83:3 2008 settlement agreement does not" -- "or
83:4 implicitly suggest a CSMP focused on
83:5 suspicious customers."
83:6 Do you see that?
83:7   A. I see that.
83:8   Q. "To the contrary, the
83:9 settlement agreement provides that McKesson
83:10 shall inform DEA of suspicious orders as
83:11 required by 21 CFR, in that format and
83:12 mutually agreed upon by the parties."
83:13 Now, here's what I'm wondering.
83:14 Did somebody tell you from the company that
83:15 you're to go ahead and continue reporting
83:16 suspicious customers rather than suspicious
83:17 orders?  Had somebody told you that --

| 83:20 - 83:20 | **Gustin, Dave 08-17-2018 (00:00:01)** | **DG04.39** |

83:20   Q. -- in your time?  I'm going --

| 83:22 - 84:24 | **Gustin, Dave 08-17-2018 (00:00:57)** | **DG04.40** |

83:22 THE WITNESS:  At some point in
83:23 time, yes.
83:24 QUESTIONS BY MR. PAPANTONIO:
83:25   Q. Okay.  When did they tell you
84:1 that you -- when did they tell you that,
84:2 Mr. Gustin, all you have to do is report
84:3 suspicious orders?  When did they tell you

| Page/Line | Source | ID |
|---|---|---|

| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |

84:4 that -- I mean, suspicious customers, when?
84:5  A. To the best of my recollection,
84:6 when we got together as a team for the first
84:7 time, the settlement was gone over, not so
84:8 that we could read it, but the spirit of it,
84:9 so that we would be able to apply our
84:10 positions in order to prevent diversion going
84:11 forward to the best of our ability, and
84:12 inherent in that was to get to know our
84:13 customer.
84:14  Q. Okay.
84:15  A. That was -- the first direction
84:16 was we needed to know our customer.
84:17  Q. So somebody from the company
84:18 told you it was okay to report suspicious
84:19 customers rather than suspicious orders; is
84:20 that what you're telling the jury?
84:21  A. For me in my position.
84:22  Q. Yeah.
84:23  A. Yes, I wasn't responsible for
84:24 reporting suspicious orders.

**85:5 - 85:11**  **Gustin, Dave 08-17-2018 (00:00:17)**   DG04.41

85:5  Q. It says, "Moreover, any
85:6 reasonable analysis of the 2008 settlement
85:7 agreement arrives at the conclusion that its
85:8 aim was to enhance the Comprehensive Drug
85:9 Abuse Prevention and Control Act and
85:10 supporting regulatory scheme, not displace
85:11 it.  It would be" --

**85:15 - 86:21**  **Gustin, Dave 08-17-2018 (00:01:03)**   DG04.42

85:15  Q. "It would be grossly inaccurate
85:16 to suggest the parties to the settlement
85:17 intended to supersede the Act and relevant
85:18 regulations."
85:19 Do you see that?
85:20  A. I see that.
85:21  Q. It says, "McKesson was subject
85:22 to the Act and regulations generally, and 21
85:23 CFR and 1301 in particular, both before and
85:24 after the September of 21."

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

85:25 You would agree that you were

86:1 subject to the CFRs and following the CFRs,

86:2 right?

86:3   A. I'm seeing that that's what it

86:4 says.

86:5   Q. No.  You understand that was

86:6 your job, is to follow the CFRs, true?

86:7   A. The CFRs?

86:8   Q. Yeah.

86:9   A. It's -- you know what CFR

86:10 stands for?

86:11   Q. Sir, I'm not -- I do.

86:12 Do you?

86:13   A. I don't know that anybody ever

86:14 stretched out the acronym, but, yes.

86:15   Q. You know what it is?

86:16   A. We're -- we were responsible

86:17 for helping to implement or oversee, I think,

86:18 things that are related to --

86:19   Q. All right.  Let's go to the

86:20 next page.

86:21   A. -- McKesson's registration.

**87:18 - 88:18**          **Gustin, Dave 08-17-2018 (00:01:10)**          **DG04.43**

87:18   Q. "Furthermore, all of the

87:19 versions of the CSMP PowerPoint prepared and

87:20 presented by McKesson over the years clearly

87:21 indicate that the focus of the CSMP was on

87:22 the order, not on the customer."

87:23 Do you see that?

87:24   A. I see that.

87:25   Q. It says, "Indeed the attached

88:1 slide from September 16, 2008 rendering

88:2 appears in, one form or another, in every

88:3 McKesson PowerPoint of which I am aware from

88:4 July 31, 2008, though Mr. Walker's -- through

88:5 Mr. Walker's presentation last week.  In all

88:6 the material I've seen, it is a questionable

88:7 order that should have been -- that should

88:8 have triggered the level of review process,

88:9 and it is -- it is the order that should have

| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

88:10 been rendered suspicious if the three-level
88:11 review did not resolve the apparent
88:12 abhorrency."
88:13 Now, do you understand that,
88:14 sir, that you were actually at meetings --
88:15 well, let me ask you:  Do you remember
88:16 meetings where they made presentations of
88:17 what the CSMP is?
88:18   A. Yes.

| 88:23 - 89:5 | **Gustin, Dave 08-17-2018 (00:00:20)** | DG04.44 |

88:23   Q. Yet at no point in those
88:24 meetings did the CSMP ever say that reporting
88:25 suspicious orders -- I mean, reporting
89:1 suspicious customers rather than suspicious
89:2 orders was appropriate, not one time?
89:3   A. Yes, but it wasn't for me to
89:4 do.  That was -- that took place at a
89:5 different place in the process.

| 89:23 - 90:8 | **Gustin, Dave 08-17-2018 (00:00:12)** | DG04.46 |

89:23   Q. Are you telling the jury you
89:24 had no responsibility to report suspicious
89:25 orders, yes or no?
90:1   A. To report suspicious orders to
90:2 the DEA?
90:3   Q. Yeah.
90:4   A. No.
90:5   Q. You had no responsibility?
90:6   A. I didn't feel that
90:7 responsibility based upon the way the program
90:8 was outlined.

| 90:9 - 90:19 | **Gustin, Dave 08-17-2018 (00:00:22)** | DG04.47 |

90:9   Q. So your understanding is
90:10 that -- I want to be really sure about this.
90:11 Your understanding is that Dave
90:12 Gustin had no responsibility to report
90:13 suspicious orders to the DEA; is that your
90:14 testimony here today?
90:15   A. The way I understood my
90:16 position, my job, yes, I -- because someone
90:17 else was supposed to be generating a report

| Page/Line | Source | ID |
|---|---|---|
| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |

| Page/Line | Source | ID |
|---|---|---|
| | 90:18 with suspicious orders and giving that to the<br>90:19 DEA. | |
| 90:23 - 91:1 | **Gustin, Dave 08-17-2018 (00:00:06)**<br>90:23 Your understanding the whole<br>90:24 time you were there as a DRA was that you had<br>90:25 no responsibility to report suspicious<br>91:1 orders? | **DG04.48** |
| 91:5 - 91:5 | **Gustin, Dave 08-17-2018 (00:00:01)**<br>91:5   Q. Is that true? | **DG04.49** |
| 91:9 - 91:14 | **Gustin, Dave 08-17-2018 (00:00:13)**<br>91:9   Q. Is that true?<br>91:10   A. My responsibility was to report<br>91:11 suspicious custom -- customers to the DEA, to<br>91:12 the field offices, which I did multiple times<br>91:13 because we disassociated ourselves many<br>91:14 times. | **DG04.50** |
| 91:15 - 91:23 | **Gustin, Dave 08-17-2018 (00:00:18)**<br>91:15   Q. But not suspicious orders,<br>91:16 right?<br>91:17   A. Suspicious orders was a report<br>91:18 that -- my understanding is that was<br>91:19 generated and was supposed to be then sent to<br>91:20 the various DRA field offices so that they<br>91:21 would have it, and I thought it was done on a<br>91:22 nightly basis and carried out by someone in<br>91:23 the DC. | **DG04.51** |
| 92:1 - 92:23 | **Gustin, Dave 08-17-2018 (00:00:42)**<br>92:1 THE WITNESS:  I'm sorry.  I<br>92:2 meant DEA field offices.<br>92:3 QUESTIONS BY MR. PAPANTONIO:<br>92:4   Q. Well, let's read this.<br>92:5 It says, "In fact, the idea the<br>92:6 distributor would implement a CSMP that<br>92:7 concentrates on suspicious customers rather<br>92:8 than suspicious orders is contrary to the<br>92:9 letter and the spirit of those provisions of<br>92:10 the Act and regulations aimed at curbing drug<br>92:11 diversion."<br>92:12 Do you see that?<br>92:13   A. I see that. | **DG04.52** |

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

92:14   Q. "Concentrating on customers
92:15 would necessarily allow a number of
92:16 suspicious orders to get through."
92:17 Do you see that?
92:18   A. I see that.
92:19   Q. And again, as we are doing
92:20 this, nobody before you walked in here today
92:21 had ever shown you this letter, true?
92:22   A. Again, I don't remember this
92:23 letter.

**92:24 - 93:9**     **Gustin, Dave 08-17-2018 (00:00:28)**          **DG04.53**

92:24   Q. "After all, a customer cannot
92:25 be deemed suspicious until a pattern of
93:1 aberrant orders is developed."
93:2 And it says, "Each suspicious
93:3 order filled risks placing a controlled
93:4 substance -- substance in the hands of
93:5 persons who would -- who should not have
93:6 them.  I cannot envision a DEA diversion
93:7 perspective endorsing such an idea, and I
93:8 see -- I have seen nothing indicating that
93:9 the DEA representative did so."

**93:10 - 94:11**     **Gustin, Dave 08-17-2018 (00:01:15)**          **DG04.54**

93:10 Now, is it your testimony that
93:11 somebody from the DEA told you that you could
93:12 just report suspicious customers and not
93:13 suspicious orders?
93:14   A. No, that's not what I said.
93:15   Q. Where did you get the idea that
93:16 all you had to do was report suspicious
93:17 customers?  Where did you get that idea?
93:18   A. I was told that whenever -- and
93:19 this would have been by -- in the meetings
93:20 that we had as a team, that our
93:21 responsibility was once we made a level 3 and
93:22 took action upon a customer, that we had a
93:23 responsibility to report that, the name of
93:24 the customer and the fact that we had
93:25 disassociated ourselves from the customer to
94:1 the local field DEA offices.  That -- the

| Page/Line | Source | ID |
|---|---|---|

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

94:2 program, when I started in 2008, naturally
94:3 evolved over a period of time.
94:4 The first meetings centered
94:5 around getting to know our customers, but at
94:6 the same time the company was responding to
94:7 the orders aspect of it through other means.
94:8 I can only speak to my position
94:9 as a DRA, and in that position, I was
94:10 visiting customers and not looking at
94:11 suspicious order reports.

**94:16 - 94:18    Gustin, Dave 08-17-2018 (00:00:02)**          DG04.55

94:16 MS. MOORE:  Gustin 211.
94:17 (McKesson-Gustin Exhibit 211
94:18 marked for identification.)

**98:1 - 98:12     Gustin, Dave 08-17-2018 (00:00:23)**          DG04.56

98:1 MS. BROWNING:  Just take a
98:2 minute and look before you -- before
98:3 you answer any more questions.
98:4 QUESTIONS BY MR. PAPANTONIO:
98:5  Q. Sir, I'm on the first page.
98:6 Okay.
98:7 MR. PAPANTONIO:  If -- we're
98:8 going to go off record -- if you
98:9 haven't taken the time to prepare him
98:10 for this, that's not my problem.  We
98:11 will go off record if he wants to read
98:12 these documents.

**99:13 - 99:18    Gustin, Dave 08-17-2018 (00:00:07)**          DG04.57

99:13 MR. PAPANTONIO:  I'm going to
99:14 give him about one more second and
99:15 then we're going off record, and it's
99:16 going to go against your time.  So
99:17 we're not going to take my time doing
99:18 this.

**100:17 - 102:5   Gustin, Dave 08-17-2018 (00:01:07)**          DG04.58

100:17  Q. You're ready?  Let's go.
100:18 You see this first page -- you
100:19 see -- do you see the first page on this
100:20 document?
100:21  A. I do.  Now I do.

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

100:22   Q. Now you do?

100:23   A. Yeah.

100:24   Q. And it has your name at the top

100:25 of it, doesn't it?

101:1   A. Yes.

101:2   Q. And it says -- it says 2011,

101:3 doesn't it?

101:4   A. Yes, it does.

101:5   Q. And then this is you writing

101:6 this:  "The registrant shall design and

101:7 operate a system to disclose to the

101:8 registrant suspicious orders of controlled

101:9 substances.  The registrant shall inform the

101:10 field division of the administration in this

101:11 area of suspicious orders when discovered by

101:12 the registrant."

101:13 Suspicious orders.  It even

101:14 tells you what suspicious orders include,

101:15 right?

101:16   A. Yes.

101:17   Q. Unusual size, orders deviating,

101:18 normal pattern, unusual frequency.

101:19 "It is my opinion that the

101:20 previous reports were not the exclusive and

101:21 proper response to this regulation.  We have

101:22 an obligation to report suspicious orders."

101:23 Do you see that?

101:24   A. Yes.

101:25   Q. "With no clear definition of

102:1 what constitutes a suspicious order, we must

102:2 rely on our own judgement as to what that

102:3 is."

102:4 It says "we," you, right?

102:5   A. We as a company.

| | | |
|---|---|---|
| 102:8 - 102:10 | **Gustin, Dave 08-17-2018 (00:00:03)** | DG04.59 |

102:8   Q. All right.  We as a company,

102:9 and you're part of the company?

102:10   A. Yes.

| | | |
|---|---|---|
| 104:13 - 104:21 | **Gustin, Dave 08-17-2018 (00:00:21)** | DG04.60 |

104:13   Q. Well, you know DRAs were --

| Page/Line | Source | ID |
|---|---|---|
| | 104:14 DRAs were responsible for reporting | |
| | 104:15 suspicious orders; do you know that, or don't | |
| | 104:16 you know that? | |
| | 104:17　A. I do not know that I ever felt | |
| | 104:18 like I was responsible to report suspicious | |
| | 104:19 orders to anybody but rather to follow up | |
| | 104:20 with the customers that generated an order of | |
| | 104:21 interest. | |
| 105:19 - 105:25 | **Gustin, Dave 08-17-2018 (00:00:12)** | **DG04.61** |
| | 105:19　Q. So your company -- your company | |
| | 105:20 told you you didn't have to report suspicious | |
| | 105:21 orders; is that what -- is that your | |
| | 105:22 testimony here? | |
| | 105:23　A. As part of my job description, | |
| | 105:24 that's correct.  Someone else was reporting | |
| | 105:25 suspicious orders. | |
| 106:7 - 106:13 | **Gustin, Dave 08-17-2018 (00:00:10)** | **DG04.62** |
| | 106:7　Q. What was your responsibility on | |
| | 106:8 suspicious orders? | |
| | 106:9　A. On suspicious orders -- on the | |
| | 106:10 suspicious order report -- | |
| | 106:11　Q. Yeah. | |
| | 106:12　A. -- that was sent?  I didn't | |
| | 106:13 have a direct responsibility. | |
| 106:14 - 107:13 | **Gustin, Dave 08-17-2018 (00:00:40)** | **DG04.63** |
| | 106:14　Q. What was your responsibility on | |
| | 106:15 suspicious orders in general? | |
| | 106:16　A. In general? | |
| | 106:17　Q. Yeah. | |
| | 106:18　A. If they triggered a level 2 or | |
| | 106:19 a level 3, then that's when I got involved. | |
| | 106:20　Q. Oh, that's when you got | |
| | 106:21 involved. | |
| | 106:22 And that's when you reported | |
| | 106:23 suspicious orders, right? | |
| | 106:24　A. No.  That's when I would report | |
| | 106:25 a suspicious customer, if, in fact, the | |
| | 107:1 investigation led to that. | |
| | 107:2　Q. And the DEA said there's no -- | |
| | 107:3 there's nothing in the law that says you can | |

| | | |
|---|---|---|
| **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | | |

| Page/Line | Source | ID |
|---|---|---|
| | 107:4 report a suspicious customer.  We're looking | |
| | 107:5 at it. | |
| | 107:6   A. Yes. | |
| | 107:7   Q. You just read it. | |
| | 107:8 The DEA and the Department of | |
| | 107:9 Justice said that you -- this idea of | |
| | 107:10 reporting suspicious customers is not valid. | |
| | 107:11 We just read that, didn't we?  Didn't we? | |
| | 107:12 Yes? | |
| | 107:13   A. Yes. | |
| 107:23 - 107:25 | **Gustin, Dave 08-17-2018 (00:00:09)** | DG04.64 |
| | 107:23   Q. Sir, we're still on the | |
| | 107:24 letter that your name appears.  The document | |
| | 107:25 is 1667.  Go to page 5, please. | |
| 107:25 - 108:8 | **Gustin, Dave 08-17-2018 (00:00:18)** | DG04.299 |
| | 107:25 It says, | |
| | 108:1 "Dave Gustin" -- at the very top, "Dave | |
| | 108:2 Gustin, DRA, North Central." | |
| | 108:3 And then it has Tom McDonald. | |
| | 108:4 Tell the jury who Tom McDonald is. | |
| | 108:5   A. He would have been my | |
| | 108:6 counterpart in the west region. | |
| | 108:7   Q. Your counterpart? | |
| | 108:8   A. Another DRA. | |
| 108:15 - 109:8 | **Gustin, Dave 08-17-2018 (00:00:43)** | DG04.65 |
| | 108:15   Q. It says, "Variance and | |
| | 108:16 suspicious reports." | |
| | 108:17 Do you see that? | |
| | 108:18 It says, "I don't believe you | |
| | 108:19 have identified a suspicious order or | |
| | 108:20 customer within the last six months, have | |
| | 108:21 you?  It is still our part -- it is still | |
| | 108:22 part of our process to report all suspicious | |
| | 108:23 orders to the DEA and to the state board when | |
| | 108:24 they're discovered.  Our current process | |
| | 108:25 better identifies suspicious orders rather | |
| | 109:1 than orders of interest.  One man's opinion." | |
| | 109:2 Now, the guy writing this, Tom | |
| | 109:3 McDonald, is a DRA, correct? | |
| | 109:4   A. Yes. | |

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 109:5   Q. And he's saying, "I don't | |
|---|---|---|
|  | 109:6 believe you've identified" -- and this is to | |
|  | 109:7 you, correct? | |
|  | 109:8   A. To me and Bill Mahoney. | |
| 109:17 - 110:20 | **Gustin, Dave 08-17-2018 (00:01:11)** | DG04.66 |
|  | 109:17 Now, would you please look at | |
|  | 109:18 4, page 4, right in front of page 5? | |
|  | 109:19 At the very bottom it says -- | |
|  | 109:20 do you see where it says "from Dave Gustin"? | |
|  | 109:21   A. Yes. | |
|  | 109:22   Q. It says -- and it's to Tom | |
|  | 109:23 McDonald.  Do you see that? | |
|  | 109:24   A. Yes. | |
|  | 109:25   Q. And it's got Keith McIntyre | |
|  | 110:1 right there. | |
|  | 110:2 And it says, "It is also our | |
|  | 110:3 province -- it is our province to define what | |
|  | 110:4 is suspicious according to the DEA.  I have | |
|  | 110:5 gotten good feedback from you and Bill and | |
|  | 110:6 have a direction to take.  Thanks, guys." | |
|  | 110:7 Now, did you feel like it was | |
|  | 110:8 your province to determine what a suspicious | |
|  | 110:9 order was?  Is that -- | |
|  | 110:10   A. A suspicious order? | |
|  | 110:11   Q. Is that -- yes, that's exactly | |
|  | 110:12 right.  We're talking about suspicious orders | |
|  | 110:13 here. | |
|  | 110:14   A. As being reported to the DEA? | |
|  | 110:15   Q. Yeah. | |
|  | 110:16   A. No, that wasn't -- | |
|  | 110:17   Q. Well, it says, "It is also | |
|  | 110:18 our -- it is our province to define what is | |
|  | 110:19 suspicious according to the DEA," right? | |
|  | 110:20   A. Yes. | |
| 111:5 - 111:8 | **Gustin, Dave 08-17-2018 (00:00:07)** | DG04.67 |
|  | 111:5   Q. You understand the DEA gave you | |
|  | 111:6 very specific directions on what -- about how | |
|  | 111:7 to go about reporting a suspicious order, | |
|  | 111:8 right? | |
| 111:14 - 112:4 | **Gustin, Dave 08-17-2018 (00:00:22)** | DG04.68 |

| Page/Line | Source | ID |
|---|---|---|

DG04-Dave Gustin Plaintiff and Defense Sunmissions

111:14   A. Me?  No.
111:15   Q. Dave Gustin.
111:16 Oh, nobody gave you any
111:17 direction?
111:18   A. The DEA?
111:19   Q. Right.
111:20   A. Giving me direction on what a
111:21 suspicious order is?
111:22   Q. Right.
111:23   A. No.
111:24   Q. The DEA never gave you any
111:25 information on what defines a suspicious
112:1 order; is that your testimony?
112:2   A. Yes, I asked.  They said -- and
112:3 Jeff Connors with the DEA very specifically
112:4 said they couldn't define that for me.

**112:13 - 112:21**   **Gustin, Dave 08-17-2018 (00:00:17)**   **DG04.69**

112:13   Q. So you -- as we sit here today,
112:14 you still don't know what a suspicious order
112:15 is, do you?
112:16 As we sit here, what is it,
112:17 20 -- this year, 2018, you still don't know
112:18 what a suspicious order is; is that a fair
112:19 statement?
112:20   A. I know what an order of
112:21 interest is.

**112:22 - 113:3**   **Gustin, Dave 08-17-2018 (00:00:20)**   **DG04.70**

112:22   Q. Do you know what a suspicious
112:23 order is, yes or no?
112:24 Does Dave Gustin, who was DRA,
112:25 understand what a suspicious order is, yes or
113:1 no?
113:2   A. By my interpretation of a
113:3 suspicious order, yes.

**113:5 - 113:12**   **Gustin, Dave 08-17-2018 (00:00:19)**   **DG04.71**

113:5 So let's on go with this
113:6 letter -- let's go on with this letter on
113:7 1431 with -- the Department of Justice is
113:8 telling you this idea of reporting suspicious
113:9 customers is just not appropriate.

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 113:10 Remember we talked about that? |  |
|  | 113:11   A. I remember we talked about |  |
|  | 113:12 that. |  |
| 113:24 - 114:16 | **Gustin, Dave 08-17-2018 (00:00:41)** | DG04.72 |
|  | 113:24   Q. It says, "However, even if one |  |
|  | 113:25 accepts arguendo that DEA personal -- |  |
|  | 114:1 personnel tacitly accepted a CSMP focusing on |  |
|  | 114:2 suspicious customers, the available evidence |  |
|  | 114:3 indicates that McKesson was not following its |  |
|  | 114:4 own program." |  |
|  | 114:5 How about that, is that the |  |
|  | 114:6 first time you've seen that?  In other words, |  |
|  | 114:7 they say even if you have -- even if you want |  |
|  | 114:8 to use suspicious customer, you're still not |  |
|  | 114:9 using your own program; did you know that? |  |
|  | 114:10   A. I see that's what it says. |  |
|  | 114:11   Q. Yeah. |  |
|  | 114:12 Before you came in here today, |  |
|  | 114:13 you did not know that even if we accepted |  |
|  | 114:14 this thing that you're talking about, |  |
|  | 114:15 suspicious customers -- you didn't even |  |
|  | 114:16 operate under that, did you? |  |
| 114:20 - 116:6 | **Gustin, Dave 08-17-2018 (00:01:21)** | DG04.73 |
|  | 114:20   Q. Your company, right? |  |
|  | 114:21   A. Sounds like opinion. |  |
|  | 114:22   Q. That's what they're saying |  |
|  | 114:23 right here.  This is the Department of |  |
|  | 114:24 Justice saying this, right? |  |
|  | 114:25   A. That's what it says. |  |
|  | 115:1   Q. Yeah. |  |
|  | 115:2 It says, "By its own |  |
|  | 115:3 admissions, McKesson reported just 35 |  |
|  | 115:4 suspicious customers between 2008 and 2012." |  |
|  | 115:5 Right? |  |
|  | 115:6   A. That's what it says. |  |
|  | 115:7   Q. "According to Mr. Walker, |  |
|  | 115:8 McKesson services approximately 25,000 |  |
|  | 115:9 customers daily.  If one assumes that |  |
|  | 115:10 McKesson served the same 25,000 customers |  |
|  | 115:11 every day from 2008 to 2009 [sic], then |  |

| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

115:12 McKesson identified just .14 percent of its
115:13 customers as suspicious.  Obviously, this
115:14 miniscule percentage is inflated in that
115:15 McKesson did not have the same 25 [sic]
115:16 customers every day from 2008 to 2012."
115:17 Now, here's my question:  Has
115:18 anybody ever sat down and talked to you --
115:19 prior to you coming in here and committing to
115:20 the idea that your responsibility was to
115:21 report suspicious customers, had anybody ever
115:22 reported to you that the Department of
115:23 Justice says that is nonsense?  Had they told
115:24 you that?
115:25   A. That reporting the suspicious
116:1 customers to the field office was nonsense?
116:2   Q. To anybody.  To anybody.
116:3   A. No.
116:4   Q. Okay.  Nobody ever told you
116:5 that?
116:6   A. No.

**118:1 - 119:13**  **Gustin, Dave 08-17-2018 (00:01:09)**                          **DG04.74**

118:1 "McKesson-Livonia remained
118:2 silent even after it supplied 26 pharmacies
118:3 that were utilized in a drug trafficking
118:4 conspiracy."
118:5 Now, we're talking about
118:6 Livonia.  This is the area within your DRA,
118:7 correct?
118:8   A. Yes.
118:9   Q. All right.  So you knew that
118:10 drugs were being -- that there was a
118:11 conspiracy of trafficking right there in your
118:12 DRA, right, in your area?
118:13 What do you want to call the
118:14 area?  The region?
118:15   A. Central -- it's North Central
118:16 region.
118:17   Q. North Central.
118:18 Okay.  So you knew that in the
118:19 North Central area that there had been 26

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

118:20 pharmacies that were utilizing drug -- in
118:21 drug trafficking conspiracy that had resulted
118:22 in the criminal conviction of the owner of
118:23 these pharmacies?
118:24  A. Yes, I was --
118:25  Q. Babubhai Patel.  You knew that,
119:1 right?
119:2   A. I was aware of this incident,
119:3 yes.
119:4   Q. And this is the area that you
119:5 were in charge of as a DRA, correct?
119:6   A. Yes.
119:7   Q. And then it says -- did you
119:8 know Babu -- Babubhai Patel?  Had you met
119:9 Mr. Babubhai?
119:10  A. Mr. Patel?
119:11  Q. Yeah.
119:12  A. No.  Met him?  Not that I
119:13 recall.

| 119:22 - 119:25 | **Gustin, Dave 08-17-2018 (00:00:04)** | **DG04.75** |

119:22  Q. At the time did you know that
119:23 they were investigating before they finally
119:24 busted him?
119:25  A. No.

| 121:18 - 121:21 | **Gustin, Dave 08-17-2018 (00:00:05)** | **DG04.76** |

121:18  Q. You remained silent about drug
121:19 trafficking; that's what this says, doesn't
121:20 it?
121:21  A. It's not true at all.

| 121:22 - 124:2 | **Gustin, Dave 08-17-2018 (00:01:38)** | **DG04.77** |

121:22  Q. It's not true, you're --
121:23   A. That I personally remained
121:24 silent?  No, because, again, reporting
121:25 suspicious orders was never under my purview.
122:1   Q. Well, who remained silent with
122:2 McKesson?  Because this is saying -- I'll
122:3 read it again.
122:4 "McKesson-Livonia remained
122:5 silent even as it supplied 26 pharmacies that
122:6 were utilized in drug trafficking conspiracy

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

122:7 that resulted in the criminal conviction of
122:8 the owner of these pharmacies."  And that's
122:9 Babubhai Patel and dozens of other
122:10 participants.
122:11 I mean, did I read that right?
122:12 Because if I didn't read it,
122:13 you can correct me.  But that is what the
122:14 Department of Justice is saying about the
122:15 very place where you were the DRA in charge,
122:16 correct?
122:17   A. About the place that I was in
122:18 charge or the Livonia DC?  That's what it
122:19 says.
122:20   Q. That's what it says.
122:21 And you just disagree with it,
122:22 right?
122:23   A. I disagree that I -- you kept
122:24 characterizing it that "I."
122:25   Q. Well, how about McKesson?  You
123:1 worked for McKesson.
123:2   A. Okay.  Then that's where you
123:3 would have to get a response from McKesson.
123:4   Q. Well, sir, you worked for
123:5 McKesson as the DRA.  You were the guy in
123:6 charge for Livonia --
123:7   A. Yes.
123:8   Q. -- on the DRA?
123:9   A. Yes, and I'm happy to account
123:10 for any -- that was in my area of
123:11 responsibility.
123:12   Q. Well, then account for this.
123:13   A. That was not --
123:14   Q. Account for this.  This says
123:15 that as a DRA -- or McKesson you remained
123:16 silent.
123:17   A. No, that's not what it says.
123:18 Does it say DRA up there somewhere?
123:19   Q. Well, let me read it again.
123:20 "McKesson" -- who did you work
123:21 for?

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

123:22   A. Again, I -- it says McKesson.
123:23   Q. Who did you work for?
123:24   A. I worked for McKesson.
123:25   Q. Well, you're representing
124:1 McKesson in Livonia as a DRA, right?
124:2   A. As a field DRA.

**124:6 - 124:11**   **Gustin, Dave 08-17-2018 (00:00:14)**      **DG04.78**

124:6   Q. During the very period that
124:7 they're saying that there were 26 pharmacies
124:8 that were utilized in drug trafficking
124:9 conspiracy; that's when you were there, true?
124:10   A. That's when I was DRA over the
124:11 North Central region, yes.

**125:14 - 126:6**   **Gustin, Dave 08-17-2018 (00:00:41)**      **DG04.79**

125:14   Q. All right.  But you didn't do
125:15 your job here.
125:16 If you -- if you remained
125:17 silent while 26 pharmacies were utilized in
125:18 drug trafficking, then you were not doing
125:19 your job, were you?  That was taking place
125:20 under your nose as a DRA?
125:21   A. That happened while I was with
125:22 the DR -- while I was the DRA, but, again --
125:23 again, it was not my responsibility to report
125:24 suspicious orders, and that's what that is
125:25 saying.
126:1   Q. Well, okay.  Let's move from
126:2 suspicious orders.
126:3 Tell me when you first reported
126:4 Baba -- Babubhai Patel as a suspicious
126:5 customer.  When did you send that in?
126:6   A. I never did.

**126:7 - 126:15**   **Gustin, Dave 08-17-2018 (00:00:25)**      **DG04.80**

126:7   Q. Right, you never did.
126:8 And you never reported
126:9 suspicious orders.  You told me that, true?
126:10 You never reported suspicious
126:11 orders even though -- for this Livonia, even
126:12 though there were 26 pharmacies that were
126:13 involved in drug trafficking narcotics that

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 126:14 your company sold.  You never reported that, | |
| | 126:15 did you, yes or no? | |
| 126:17 - 126:18 | **Gustin, Dave 08-17-2018 (00:00:02)** | **DG04.81** |
| | 126:17 THE WITNESS:  I couldn't report | |
| | 126:18 that.  I didn't know that. | |
| 127:4 - 127:17 | **Gustin, Dave 08-17-2018 (00:00:44)** | **DG04.82** |
| | 127:4 "McKesson's system to disclose | |
| | 127:5 suspicious orders of controlled substances | |
| | 127:6 identified none, even when one of Patel's | |
| | 127:7 pharmacies, Preferred Care, for example, went | |
| | 127:8 on ordering less than 4,000 dosage units of | |
| | 127:9 hydrocodone products in March and April | |
| | 127:10 of 2012 [sic] to regularly ordering 16,000 | |
| | 127:11 dosage units a month in August 2010." | |
| | 127:12 You didn't think that was | |
| | 127:13 suspicious when it made a jump like that? | |
| | 127:14   A. Because it was 16,000 doses? | |
| | 127:15   Q. Yeah. | |
| | 127:16   A. It probably didn't come up to | |
| | 127:17 catch anybody's attention. | |
| 129:14 - 130:12 | **Gustin, Dave 08-17-2018 (00:01:01)** | **DG04.83** |
| | 129:14 It says, "McKesson's system to | |
| | 129:15 disclose suspicious orders of controlled | |
| | 129:16 substances," we're talking about narcotics | |
| | 129:17 here, right?  Narcotics? | |
| | 129:18   A. Yes. | |
| | 129:19   Q. Okay.  "Identified none even | |
| | 129:20 when one of Patel's pharmacies, Preferred | |
| | 129:21 Care, for example, went from ordering less | |
| | 129:22 than 4,000 dosage of hydrocodone products in | |
| | 129:23 March and April of 2010 to regularly ordering | |
| | 129:24 16,000 dosage units a month in 2010, and then | |
| | 129:25 to regularly ordering more than 20,000 dosage | |
| | 130:1 units a month in 2011." | |
| | 130:2 I want to be clear about | |
| | 130:3 something:  You were the person that would | |
| | 130:4 have approved those thresholds, yes or no? | |
| | 130:5   A. At that time?  Yes. | |
| | 130:6   Q. Yes. | |
| | 130:7   A. Yes. | |

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

130:8   Q. Okay.  So we're talking about
130:9 your conduct right here in those -- in that
130:10 line.  That's what Dave Gustin approved,
130:11 true?
130:12   A. I would think so.

130:17 - 131:12     **Gustin, Dave 08-17-2018 (00:00:46)**     DG04.84

130:17   Q. You had actually visited
130:18 Mr. Patel's facility, right?
130:19   A. Probably.
130:20   Q. Yeah.
130:21 MS. MOORE:  Gustin 195.
130:22 (McKesson-Gustin Exhibit 195
130:23 marked for identification.)
130:24 QUESTIONS BY MR. PAPANTONIO:
130:25   Q. Just so the jury can see what
131:1 Mr. Patel's facility looks like.  It says --
131:2 and this is -- you saw this article, I'm
131:3 sure.  This is "Health Care Fraud Enterprise
131:4 Dismantled.  Ringleader Operated Multiple
131:5 Pharmacies."
131:6 Do you see that?
131:7 This is your customer we're
131:8 talking about here.  While you were the DRA,
131:9 this is your -- at that particular
131:10 facility -- this is an FBI press release.
131:11 Had anyone shown this to you?
131:12   A. No.

131:22 - 132:1     **Gustin, Dave 08-17-2018 (00:00:08)**     DG04.85

131:22   Q. And you visited all 26, right?
131:23   A. No, not that I know of.
131:24   Q. Not --
131:25   A. I mean, there's not a reason to
132:1 say that, that I know of.

132:6 - 132:16     **Gustin, Dave 08-17-2018 (00:00:30)**     DG04.86

132:6   Q. How many facilities do you
132:7 recall actually going and taking a look at
132:8 before the Department of Justice convicted
132:9 him of trafficking narcotics while you were
132:10 the DRA?
132:11   A. There's no way to answer that.

## DG04-Dave Gustin Plaintiff and Defense Sunmissions

| Page/Line | Source | ID |
|---|---|---|

132:12 I don't know.  I visited hundreds and maybe
132:13 thousands of customers over five years in 15
132:14 states.  I can't recall which of the small
132:15 chain -- if it was a small chain, that I
132:16 visited.

**133:5 - 134:4**  **Gustin, Dave 08-17-2018 (00:01:00)**  DG04.87

133:5 Let's look at page 2.  You see
133:6 that first paragraph?  You see the last line
133:7 in that first paragraph?  It says, "We also
133:8 uncovered the illegal diversion of controlled
133:9 substances to people that didn't medically
133:10 need them as well as billings to government
133:11 and private insurers for millions of dollars
133:12 of noncontrolled medications that were never
133:13 dispensed to patients."
133:14 And then it goes on to say, "In
133:15 August 2011 and March of 2013, a total of 39
133:16 individuals, including ringleader" --
133:17 How does he say his name there?
133:18 You met him, right?
133:19   A. No, I don't think I did.  And
133:20 if I did, I would have called him Mr. Patel.
133:21 I can't say that name either.
133:22   Q. Well, okay.  Let me get this
133:23 right.
133:24 He owns 26 facilities that you
133:25 are supplying through McKesson as a DRA, and
134:1 you never met this man; is that your
134:2 testimony?  Is that your testimony?
134:3   A. Yeah, I don't remember meeting
134:4 him.

**134:22 - 135:15**  **Gustin, Dave 08-17-2018 (00:00:51)**  DG04.88

134:22   Q. And it says, "August '11 and
134:23 2013, a total of 39 individuals, including
134:24 ringleader, Patel, were indicted on various
134:25 federal healthcare fraud and drug charges
135:1 related to this scheme, which ran from 2006
135:2 to 2011."
135:3 And you started in 2008, right?
135:4   A. Yes, late May.

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| Page/Line | Source | ID |

135:5   Q. It says -- next paragraph down
135:6 here, it says, "He and his associates
135:7 recruited a number of pharmacists, mostly
135:8 from overseas, to staff his pharmacies and
135:9 help facilitate this scheme to defraud
135:10 government and private insurers."
135:11 So you know now that the guy
135:12 you were selling narcotics to was actually
135:13 defrauding the government, and he was
135:14 actually defrauding insurance companies,
135:15 right?

**135:19 - 135:22**     **Gustin, Dave 08-17-2018 (00:00:06)**     **DG04.89**

135:19   Q. That's what it says?
135:20   A. I do know that -- I did know
135:21 that, after the stories, the newspaper
135:22 reports came out, I read them.

**136:7 - 136:21**     **Gustin, Dave 08-17-2018 (00:00:32)**     **DG04.90**

136:7   Q. Well, then how did you miss the
136:8 fact that there was a drug ring trafficking
136:9 your -- McKesson narcotics right there in
136:10 this area?  How did you miss that if your
136:11 system worked so well?
136:12   A. Well, in the first place, most
136:13 of, I think, that action against him was the
136:14 result of the fraud, the millions or whatever
136:15 dollars worth of fraud that took place, and
136:16 there would be no visibility for us to see
136:17 that because we would have to have patients'
136:18 names in order to see that.
136:19 And, of course, that would be a
136:20 violation of HIPAA, so I couldn't see those.
136:21   Q. That's not what this says.

**136:25 - 137:20**     **Gustin, Dave 08-17-2018 (00:00:48)**     **DG04.91**

136:25   Q. That's not what this says.
137:1 This says that -- wait a second.  This
137:2 says -- this letter that we're talking about
137:3 says -- you're giving examples of where you
137:4 agreed to thresholds that went from 4,000 to
137:5 20,000.
137:6 That's what the Department of

| Page/Line | Source | ID |
|---|---|---|

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

137:7 Justice is complaining about in their letter,
137:8 right, that you, Dave Gustin, approved this
137:9 ringleader, drug trafficker, by taking him
137:10 from 4,000 to 20,000?
137:11 That's what the letter says,
137:12 the DEA -- the Department of Justice, that's
137:13 what they say, right?
137:14   A. First to clarify, you said
137:15 "Dave Gustin," and my name is not in here,
137:16 but as DRA I would have approved threshold
137:17 changes for customers, and I'm assuming that
137:18 I did in this case, but I would have to see
137:19 the associated documentation to know for
137:20 sure.

| 138:10 - 138:22 | **Gustin, Dave 08-17-2018 (00:00:22)** | **DG04.92** |

138:10   Q. It says, "Patel and his
138:11 associates offered kickbacks and bribes to
138:12 doctors willing to write medically
138:13 unnecessary prescriptions, home healthcare
138:14 referrals and bills for other services to
138:15 Medicare, Medicaid and private insurers."
138:16 Now, sir, do you know who pays
138:17 for Medicare and Medicaid?  Are you aware of
138:18 that?
138:19 Taxpayers do that, don't they?
138:20   A. Yes, I do.
138:21   Q. Right?
138:22   A. Yes.

| 139:10 - 139:19 | **Gustin, Dave 08-17-2018 (00:00:25)** | **DG04.93** |

139:10   Q. "He also provided kickbacks to
139:11 bribes to patient recruiters, individuals
139:12 hired to go and find patients willing to
139:13 share their insurance information as well as
139:14 other inducements."
139:15 And all of that is going on
139:16 while you are DRA for this district, right?
139:17 This is all happening right there in your
139:18 district, Livonia?
139:19   A. It was happening at that time.

| 140:25 - 141:10 | **Gustin, Dave 08-17-2018 (00:00:26)** | **DG04.94** |

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

140:25   Q. It says, "Worse, hydrocodone
141:1 products constituted more than 70 percent of
141:2 the controlled substances that Preferred
141:3 Pharmacy was ordering, an obvious indicia of
141:4 diversion."
141:5 You would agree that when you
141:6 see a 70 percent high volume, that that is
141:7 what they call a red flag in your business,
141:8 right?
141:9   A. That would have been a number
141:10 of interest to me, yes.

**141:16 - 141:24    Gustin, Dave 08-17-2018 (00:00:13)**                    **DG04.95**

141:16   Q. You would agree that would be
141:17 what your -- there's a term of art in this
141:18 business where you were the DRA; it's called
141:19 a red flag?
141:20   A. Okay.
141:21   Q. Right?
141:22   A. I assume so.  I didn't use that
141:23 term.  I said that would have been a number
141:24 of interest to me.

**142:25 - 143:2    Gustin, Dave 08-17-2018 (00:00:03)**                    **DG04.96**

142:25 This is the first time you've
143:1 seen this document, right?
143:2   A. Yes.

**143:4 - 143:20    Gustin, Dave 08-17-2018 (00:00:35)**                    **DG04.97**

143:4 "Of course McKesson-Livonia's
143:5 failure to detect suspicious orders was not
143:6 confined to pharmacies in the Patel criminal
143:7 conspiracy.  McKesson-Livonia saw orders of
143:8 hydrocodone from the People's Pharmacy."
143:9 That was also your area, wasn't
143:10 it?
143:11   A. In Detroit?
143:12   Q. Yeah.
143:13   A. Yes.
143:14   Q. Okay.  So we talked about
143:15 Livonia so far, that was your DRA area.
143:16 Now we're moving on to Detroit,
143:17 People's Pharmacy.  That's your area, right?

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

143:18  A. DRA, true?

143:19  A. Where?  I didn't hear that.

143:20 Detroit is mine.

**143:23 - 144:20  Gustin, Dave 08-17-2018 (00:00:37)**　　　　　DG04.98

143:23  Q. Yeah.  People's Pharmacy -- you

143:24 know what People's Pharmacy is, right?

143:25  A. I don't remember the pharmacy.

144:1  Q. Sir, you actually are the

144:2 person that approved their threshold?

144:3  A. Okay.

144:4  Q. Did you know that?

144:5  A. As you pointed out, I had about

144:6 13,000 pharmacies under my --

144:7  Q. So you had a lot -- you had a

144:8 lot of things to take care of, didn't you?

144:9  A. I'm just saying that among all

144:10 of those pharmacies, I don't necessarily

144:11 remember one called People's Pharmacy.

144:12  Q. Could you have used some help

144:13 in your job?  I.

144:14 Mean, it sounds like you're

144:15 already -- that's a lot of -- could you have

144:16 used other people doing what you were doing

144:17 in your job, yes or no?  This is your time to

144:18 tell us.

144:19  A. The DEA employs like 10,700, I

144:20 would like to have had some of them.

**144:21 - 144:24  Gustin, Dave 08-17-2018 (00:00:03)**　　　　　DG04.99

144:21  Q. You'd like to have them working

144:22 with you, wouldn't you?

144:23  A. I think anybody always wants

144:24 more help.

**145:1 - 145:18  Gustin, Dave 08-17-2018 (00:00:32)**　　　　　DG04.100

145:1 You want more help, and you

145:2 understood -- you understand that your

145:3 company that you're working for, McKesson, is

145:4 the fifth largest -- the fifth largest

145:5 revenue producer in America.  Had anybody

145:6 ever told you that?

145:7  A. No, I never knew that.

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

145:8   Q. Did you know they have 78,000
145:9 employees that work for them?
145:10   A. I didn't know that number,
145:11 either.
145:12   Q. Did you know that in this year
145:13 that we're talking about, that they made
145:14 $196 billion in revenue?
145:15   A. No.
145:16   Q. All right.  Did you ever ask
145:17 for more help?
145:18   A. No.

**145:19 - 146:4**  **Gustin, Dave 08-17-2018 (00:00:20)**      **DG04.101**

145:19   Q. They certainly -- there's other
145:20 people -- you could have used more help with
145:21 what you're doing is all I'm trying to say.
145:22 It would have worked better if Dave Gustin
145:23 had people helping him, right?
145:24   A. It would be a
145:25 mischaracterization to say I didn't have help
146:1 though.  I had other eyes out there, 40-some
146:2 salespeople for one, people in every
146:3 distribution center for another, the DCMs for
146:4 each of the DCs.

**147:5 - 147:11**  **Gustin, Dave 08-17-2018 (00:00:13)**      **DG04.102**

147:5 But now we're talking about
147:6 People's Pharmacy, and you agree that was in
147:7 Detroit, and that was another one of your
147:8 areas as DRA, right?
147:9   A. I agree that's what it says,
147:10 that People's Pharmacy in Detroit, so I
147:11 assume it's correct.

**147:12 - 147:24**  **Gustin, Dave 08-17-2018 (00:00:33)**      **DG04.103**

147:12   Q. "People's Pharmacy in Detroit
147:13 rise from 10,000 dosage units a month when it
147:14 first came online to 2010 to double and then
147:15 triple so that it was ordering more than
147:16 30,000 units a month by the end of the year."
147:17 Right?
147:18   A. That's what it says.
147:19   Q. And they -- obviously the

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|
| | 147:20 Department of Justice and DEA wrote that in | |
| | 147:21 this report as being something that was an | |
| | 147:22 indicator that you weren't doing your job as | |
| | 147:23 a DRA because these numbers are skyrocketing, | |
| | 147:24 aren't they? | |
| 148:2 - 148:3 | **Gustin, Dave 08-17-2018 (00:00:02)** | DG04.104 |
| | 148:2   Q. That's why that's in there; do | |
| | 148:3 you understand that? | |
| 148:5 - 149:14 | **Gustin, Dave 08-17-2018 (00:01:26)** | DG04.105 |
| | 148:5 THE WITNESS:  I understand it's | |
| | 148:6 in there. | |
| | 148:7 QUESTIONS BY MR. PAPANTONIO: | |
| | 148:8   Q. Yeah.  And who was the guy in | |
| | 148:9 charge as the DRA?  You. | |
| | 148:10   A. This was under my purview at | |
| | 148:11 that time. | |
| | 148:12   Q. And you were the person making | |
| | 148:13 these threshold approvals, right? | |
| | 148:14   A. I made threshold changes and | |
| | 148:15 had final approval during that time period, | |
| | 148:16 yes. | |
| | 148:17   Q. So in Preferred Care, you took | |
| | 148:18 them from 4,000 to 20,000, for 70 percent | |
| | 148:19 controlled substance increase.  We already | |
| | 148:20 saw that, right? | |
| | 148:21   A. That's what it says. | |
| | 148:22   Q. And now People's Pharmacy -- | |
| | 148:23 People's Pharmacy, that you took them from | |
| | 148:24 10,000 to 30,000 units a month. | |
| | 148:25 Do you see that? | |
| | 149:1   A. Yes. | |
| | 149:2   Q. Then it says -- read this with | |
| | 149:3 me.  Right after that, it says, | |
| | 149:4 "McKesson-Livonia -- McKesson-Livonia's only | |
| | 149:5 action was to regularly raise thresholds to | |
| | 149:6 permit this, offering little more than 'due | |
| | 149:7 to increased business' as the reason why the | |
| | 149:8 thresholds needed to be doubled and tripled." | |
| | 149:9 They're talking about your | |
| | 149:10 performance there.  You were the person that | |

| | | |
|---|---|---|
| **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 149:11 allowed -- you were the person at | |
| | 149:12 McKesson-Livonia that allowed these things -- | |
| | 149:13 these orders to rise from double and triple | |
| | 149:14 due to increase in business. | |
| 149:19 - 150:6 | **Gustin, Dave 08-17-2018 (00:00:23)** | DG04.106 |
| | 149:19   Q. You would agree that increase | |
| | 149:20 in business is not a legitimate reason to | |
| | 149:21 raise a threshold.  You understand that, | |
| | 149:22 right? | |
| | 149:23   A. I don't think that's true. | |
| | 149:24   Q. Have you seen the documents | |
| | 149:25 that direct you -- that say that that is not | |
| | 150:1 a reason to raise thresholds?  Is this the | |
| | 150:2 first time you've ever heard that? | |
| | 150:3   A. In and of itself? | |
| | 150:4   Q. Yeah. | |
| | 150:5   A. I don't know what documents | |
| | 150:6 you're talking about. | |
| 150:23 - 151:14 | **Gustin, Dave 08-17-2018 (00:00:43)** | DG04.107 |
| | 150:23 Yeah, it says, "While | |
| | 150:24 McKesson-Livonia was doing so, Michigan | |
| | 150:25 Pharmacy Board inspectors, who subsequently | |
| | 151:1 suspended the pharmacist's license, were able | |
| | 151:2 to watch from the parking lot as drivers | |
| | 151:3 would drop off multiple patients to pick up | |
| | 151:4 prescriptions, diversion so obvious the | |
| | 151:5 pharmacist readily admitted misconduct to the | |
| | 151:6 investigators when confronted." | |
| | 151:7 Now, was this -- tell -- did | |
| | 151:8 you report this -- you told me that your job | |
| | 151:9 was to report suspicious customers. | |
| | 151:10 Did you report this pharmacist | |
| | 151:11 as a suspicious customer?  We didn't see | |
| | 151:12 it -- | |
| | 151:13   A. Again, which part -- which | |
| | 151:14 pharmacy are we talking about? | |
| 151:16 - 152:21 | **Gustin, Dave 08-17-2018 (00:01:00)** | DG04.108 |
| | 151:16 THE WITNESS:  Is this still | |
| | 151:17 People? | |
| | 151:18 QUESTIONS BY MR. PAPANTONIO: | |

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

151:19  Q. Yeah.  Yeah.

151:20   A. I don't remember any action

151:21 about People's one way or another.

151:22  Q. Right.

151:23 But here they're saying it was

151:24 "so obvious that the Michigan Board of

151:25 Pharmacy inspectors were able to watch from

152:1 the parking lot as drivers would drop off

152:2 multiple patients to pick up prescriptions,

152:3 diversion so obvious that the pharmacist

152:4 was -- the pharmacist readily admitted

152:5 misconduct to investigators when confronted."

152:6 Right?  That's what that says.

152:7   A. That's what that says.

152:8   Q. Did you ever sit down there in

152:9 the parking lot and see all this going on?

152:10   A. I don't know.  I sat in many

152:11 parking lots.  I don't know if I sat in this

152:12 one during that kind of a time.  I assume if

152:13 I had seen something like that and had been

152:14 in that parking lot, it would have --

152:15   Q. And if your company had more

152:16 employees covering this area, it might have

152:17 been caught, right?

152:18 Had McKesson spent some of that

152:19 $196 billion and hired some more people to

152:20 do -- to help you with your job, it might

152:21 have been caught, right?

| 152:23 - 152:24 | **Gustin, Dave 08-17-2018 (00:00:02)** | **DG04.109** |

152:23 THE WITNESS:  I have no opinion

152:24 about that.

| 154:18 - 155:5 | **Gustin, Dave 08-17-2018 (00:00:32)** | **DG04.110** |

154:18 It says, "McKesson's systemic

154:19 failures were also evident at its

154:20 distribution center at 3000 Kenskill Avenue,

154:21 Washington Court, Ohio."

154:22 And again, that's your DRA

154:23 responsibility, as you told us, right?

154:24   A. Yes, it was.

154:25   Q. "Here again, McKesson did not

| Page/Line | Source | ID |
|---|---|---|

DG04-Dave Gustin Plaintiff and Defense Sunmissions

155:1 report any orders as suspicious for years
155:2 after the 2008 settlement with the DOJ and
155:3 the DEA."
155:4 Right?
155:5   A. That's what it says.

**155:12 - 155:25**   **Gustin, Dave 08-17-2018 (00:00:36)**   DG04.111

155:12   Q. "When DEA began to investigate
155:13 this silence, McKesson's regional director of
155:14 regulatory affairs told DEA investigators
155:15 that he did not know what a suspicious order
155:16 was and protested that the DEA had not
155:17 adequately defined the term."
155:18 Did you really tell the DEA
155:19 that, that they had not defined what a
155:20 suspicious order is in -- as late as -- as
155:21 2010 here?
155:22   A. In a conversation with Jeff
155:23 Connors, I asked him to define suspicious
155:24 orders, the way that he saw it, and he
155:25 refused to do so.

**156:12 - 156:22**   **Gustin, Dave 08-17-2018 (00:00:31)**   DG04.112

156:12 It says, "McKesson's inability
156:13 to instill a culture of compliance, even
156:14 within its compliance operations, may explain
156:15 why McKesson WCH" -- which is Washington
156:16 Court House -- "did not report anything
156:17 suspicious about Community Drug of
156:18 Manchester, Kentucky, a pharmacy located in a
156:19 town of less than 1,000 adult residents."
156:20 Now, were you also in charge of
156:21 Manchester, Kentucky?
156:22   A. Yes.

**158:3 - 158:9**   **Gustin, Dave 08-17-2018 (00:00:23)**   DG04.113

158:3   Q. And there it says, "A 50,000
158:4 dosage units of oxycodone products on a
158:5 monthly basis in 2011."
158:6 You were giving Community Drugs
158:7 in Manchester, Kentucky, 50,000 units of
158:8 oxycodone products on a monthly basis in 2011
158:9 according to this investigation, correct?

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|
| 158:12 - 158:25 | **Gustin, Dave 08-17-2018 (00:00:25)** | **DG04.114** |

158:12 THE WITNESS:  I don't
158:13 remember -- I don't remember that
158:14 number at all.
158:15 QUESTIONS BY MR. PAPANTONIO:
158:16   Q. Well, what -- okay.  Well, you
158:17 think the DEA's lying about that?  This is
158:18 your opportunity now.  If you believe the
158:19 government is lying about all this and
158:20 they're trying to say something wrong, you
158:21 need to tell the jury about it right now.
158:22   A. I'm just saying I have no
158:23 remembrance of that number, and I have no
158:24 idea where they came up with that number.  I
158:25 do remember Community Drug of Manchester.

| Page/Line | Source | ID |
|---|---|---|
| 159:25 - 160:12 | **Gustin, Dave 08-17-2018 (00:00:29)** | **DG04.115** |

159:25 Okay.  You knew, sir, that
160:1 Community Drug was under investigation by the
160:2 Kentucky Board of Pharmacy before -- and you
160:3 continued selling drugs while that was going
160:4 on, right?
160:5   A. I don't know that that's true.
160:6   Q. Well, all right.  Let's show
160:7 him --
160:8   A. I do know that I reported them
160:9 to the DEA, and they ended up taking action
160:10 against them.  And I know that I got a
160:11 telephone call from the DEA basically
160:12 congratulating me and asking me how I knew.

| Page/Line | Source | ID |
|---|---|---|
| 163:9 - 164:18 | **Gustin, Dave 08-17-2018 (00:01:23)** | **DG04.318** |

163:9   Q. Isn't that exactly what you
163:10 did; you sold them less, but you continued
163:11 selling them drugs even after the Board of
163:12 Pharmacy had them under investigation, yes?
163:13   A. The Board of Pharmacy -- in
163:14 another part of this letter it says that they
163:15 advised us to sell standard amounts.
163:16   Q. So you continued selling drugs
163:17 to them after they were under investigation,
163:18 yes or no?

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

163:19   A. Per the direction of the Board
163:20 of Pharmacy, we did whatever -- well, we took
163:21 whatever action we took.  I can't tell
163:22 looking at this exactly what that was.
163:23   Q. And you didn't tell the DEA
163:24 about this, did you?
163:25   A. Yeah, after we got to the point
164:1 where we were cutting them off, and we
164:2 weren't doing business with them anymore, I
164:3 told the DEA, and I told them --
164:4   Q. You told them after you knew
164:5 they were under investigation, sir, didn't
164:6 you?  That's when you told the DEA about it,
164:7 after you knew they were under investigation?
164:8   A. I told them after I continued
164:9 my investigation, and then we took the action
164:10 and closed them down, and that's when I told
164:11 the DEA.
164:12   Q. You had an investigation going,
164:13 is that what you're telling me?  Is that your
164:14 testimony here, that Dave Gustin had an
164:15 investigation going of Community Drug?  Is
164:16 that what you're telling me, yes?
164:17   A. Yes, I was looking into the
164:18 Manchester Community Drug, the pharmacy.

| 166:12 - 166:13 | **Gustin, Dave 08-17-2018 (00:00:02)** | **DG04.118** |

166:12 THE WITNESS:  If we could
166:13 justify doing so.

| 166:15 - 166:18 | **Gustin, Dave 08-17-2018 (00:00:04)** | **DG04.119** |

166:15   Q. Huh?
166:16   A. I didn't say we were going to.
166:17 I said if we could justify doing so, that
166:18 meant --

| 167:4 - 167:8 | **Gustin, Dave 08-17-2018 (00:00:06)** | **DG04.120** |

167:4   Q. Did you have any idea that the
167:5 Department of Justice was looking at them,
167:6 too?
167:7   A. I had no idea at that time that
167:8 anybody was looking at them other than me.

| 168:16 - 168:24 | **Gustin, Dave 08-17-2018 (00:00:19)** | **DG04.121** |

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

168:16 Are you the guy that said we're
168:17 going to bump -- we're going to bump you up
168:18 as soon as you could justify doing so?
168:19   A. Meaning at the end of the
168:20 investigation.
168:21   Q. Right.
168:22   A. If the right circumstances
168:23 existed, that we would, and if not, we would
168:24 make a different decision.

**170:9 - 170:12**   **Gustin, Dave 08-17-2018 (00:00:10)**   **DG04.122**

170:9 MS. BROWNING:  Gustin 136.
170:10 QUESTIONS BY MR. PAPANTONIO:
170:11   Q. Look at page 89, it's the last
170:12 page there.

**170:16 - 171:11**   **Gustin, Dave 08-17-2018 (00:00:53)**   **DG04.123**

170:16   Q. It says, "Dave Gustin" at the
170:17 top, right?
170:18 See the date there, it's
170:19 August 23, 2012, right?
170:20   A. Okay.
170:21   Q. It says, "Kevin, I am ready to
170:22 recommend that we restore a portion of the
170:23 oxy and hydro that was their old threshold.
170:24 Maybe take oxy to 16,000 and hydro to -- and
170:25 keep oxy 30s at 5,000 so it can stay below
171:1 the one-third of the percentage.  Thoughts?"
171:2 Now, here you're trying to
171:3 determine how much you can continue selling
171:4 this -- this Community Drug where there are
171:5 1,000 people, right?
171:6 You're trying to determine how
171:7 many drugs can I continue selling these
171:8 people after they've already been busted for
171:9 selling too many drugs, right?
171:10   A. I can't speak to the timing on
171:11 things, what I knew or didn't know or...

**174:17 - 174:24**   **Gustin, Dave 08-17-2018 (00:00:24)**   **DG04.124**

174:17   Q. And you know -- you know, sir,
174:18 don't you that you actually -- you actually
174:19 were -- a part of your job was to police the

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

174:20 distribution of these drugs from distributor
174:21 to pharmacy, part of your job to avoid
174:22 diversion was to be part of the policing of
174:23 that.  You knew that, right?  Did you not
174:24 know that?

175:2 - 175:25 **Gustin, Dave 08-17-2018 (00:00:49)** DG04.125

175:2 THE WITNESS:  Part of our job
175:3 was to --
175:4 QUESTIONS BY MR. PAPANTONIO:
175:5   Q. Police and make sure that there
175:6 weren't too many drugs sold and used for
175:7 diversion?
175:8   A. To vet the accounts for -- yes.
175:9   Q. You would agree with that then.
175:10 It says, "I have an e-mail in
175:11 our regulatory team" -- let's see.  "I have
175:12 an e-mail in to our regulatory team to find
175:13 out exactly what they need to bump up your
175:14 thresholds again."
175:15 Right?  Isn't that what that
175:16 says?
175:17   A. Yes.
175:18   Q. "Bump up your thresholds."
175:19 And that's the same words that
175:20 were used in the -- in this -- in Department
175:21 of Justice report that -- where they say that
175:22 it continued to supply controlled
175:23 substances -- their, Community Drug -- and
175:24 that they would -- McKesson would bump up the
175:25 threshold as soon as they could.

176:4 - 176:17 **Gustin, Dave 08-17-2018 (00:00:26)** DG04.126

176:4   Q. Right?
176:5   A. I see that what it says here.
176:6   Q. Here's the word right here
176:7 again, "we're going to bump it up."
176:8 Do you think it's prudent to
176:9 bump up thresholds where you have search
176:10 warrants -- you have search warrants and
176:11 criminal convictions taking place for a --
176:12 one of your customers?  You want to bump up

| Page/Line | Source | ID |
|---|---|---|

176:13 their orders?
176:14   A. I don't know that -- that
176:15 that's what happened here --
176:16   Q. Well, let's read on.  Okay?
176:17   A. -- by the timing of it.

**177:5 - 178:3**        **Gustin, Dave 08-17-2018 (00:00:55)**        DG04.127

177:5   Q. Same place we were.  "Even
177:6 after McKesson WCH was aware that this
177:7 company was under investigation, it continued
177:8 to supply with controlled substance while
177:9 apologizing for having to reduce thresholds,
177:10 and promising to bump up those thresholds as
177:11 soon as they could justify doing so.  In
177:12 September 2012, federal and state law
177:13 enforcement officers executed a search
177:14 warrant on Community Drug as part of an
177:15 investigation that ultimately resulted in the
177:16 criminal conviction of the lead pharmacist
177:17 and his wife."
177:18 Isn't that exactly who you were
177:19 writing to?  That letter was to -- those were
177:20 the people who were involved in that letter?
177:21   A. I was not writing the letter.
177:22   Q. You did -- did you know these
177:23 people?
177:24   A. Know them?
177:25   Q. Yeah.  Had you met them?
178:1   A. I don't know that I met them.
178:2 If I did, it might have been once, but I
178:3 don't remember them.

**180:20 - 181:3**        **Gustin, Dave 08-17-2018 (00:00:18)**        DG04.128

180:20   Q. Okay.  Well, you don't remember
180:21 that they were actually subject to an
180:22 investigation by the pharmacy board and that
180:23 they were issued search warrants.  You didn't
180:24 know that, correct?
180:25   A. At the time?
181:1   Q. Yeah.
181:2   A. No.  No.  I see it now.  I see
181:3 it after the fact.

| | | |
|---|---|---|
| **Page/Line** | **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | **ID** |
| | **Source** | |

| Page/Line | Source | ID |
|---|---|---|
| 183:4 - 184:3 | **Gustin, Dave 08-17-2018 (00:01:06)** | DG04.129 |

183:4   Q. Okay.  After the search

183:5 warrant -- after the search warrant was

183:6 issued, you continued to sell -- we'll

183:7 take -- you know they were criminally

183:8 convicted?

183:9   A. Yes.

183:10   Q. Okay.  But after the search

183:11 warrant, McKesson continues to sell narcotic

183:12 drugs, right?

183:13   A. Yes.

183:14   Q. And then it says right here --

183:15 it says that days after -- on your report

183:16 right there, take a look at 1443.  "Days

183:17 after that search warrant was executed and

183:18 covered by local television and news

183:19 outlets" -- I want to make sure I get this

183:20 right.  I want to see if you're the one that

183:21 said this.

183:22 "McKesson WCH contacted

183:23 Community Drug telling them it would be

183:24 seeking a pretty sizeable increase in

183:25 oxycodone and hydrocodone thresholds for the

184:1 store."

184:2 After all this, you want to

184:3 increase thresholds of narcotics, right?

| Page/Line | Source | ID |
|---|---|---|
| 184:7 - 185:10 | **Gustin, Dave 08-17-2018 (00:00:54)** | DG04.130 |

184:7   Q. That's what it says, doesn't

184:8 it?  Tell me if I'm wrong.

184:9   A. I just need you to tell me what

184:10 you mean by "they."

184:11   Q. This is your facility.  You're

184:12 the DRA.  The buck stops you with you.  You

184:13 know that, right?

184:14   A. Yes, but this is referring to a

184:15 specific -- it was telling it would seek a

184:16 pretty sizeable increase.  You said "you."  I

184:17 didn't --

184:18   Q. Did you do that?

184:19   A. I didn't communicate with them.

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

184:20 I made it a point not to communicate with
184:21 that pharmacy.
184:22   Q. Well, who did?
184:23 Somebody from McKesson did.
184:24 Who is that missing person?  Can you guess?
184:25   A. It could have been Ryan
185:1 England.  It could have been somebody at the
185:2 DC, but I don't know -- have any way of
185:3 really knowing who, but I wouldn't be seeking
185:4 a sizeable --  a sizeable -- I would be
185:5 entertaining it after being asked.
185:6   Q. Well, sir, you understand that
185:7 your company didn't even cut them off -- did
185:8 not cut off this company after all these
185:9 things we're talking about right here?
185:10   A. That's correct.

**185:11 - 186:11**   **Gustin, Dave 08-17-2018 (00:01:11)**   **DG04.131**

185:11   Q. They didn't cut them off until
185:12 October 2012.  Did you know that?
185:13   A. I didn't remember the exact
185:14 time, but it seems like we did what we were
185:15 supposed to do.
185:16   Q. Did you know that you continued
185:17 to sell them narcotic drugs even -- after
185:18 this that we've been talking about, you
185:19 continued to sell them narcotic drugs all the
185:20 way up until October 23, 2012, yes or no?
185:21   A. That's very possible, and I
185:22 think it's because of in those phone calls
185:23 that I was talking about to the Board of
185:24 Pharmacy, phone calls to the DEA, it seems
185:25 like we were asked at one point in time not
186:1 to do anything to alert them that they were
186:2 being looked at, do standard thresholds, but
186:3 if we cut them off, then it would impact
186:4 their investigation.
186:5 So at the time I was engaged in
186:6 phone calls back and forth to either the DEA
186:7 or Board of Pharmacy or both, and that's why
186:8 when this was all said and done, they made a

| Page/Line | Source | ID |
|---|---|---|

186:9 phone call to me basically wondering how I
186:10 knew to tip them off that there was a problem
186:11 there.

186:18 - 186:23    **Gustin, Dave 08-17-2018 (00:00:17)**     **DG04.132**

186:18  Q. You didn't know for years that
186:19 this criminal conduct, that they were
186:20 criminally convicted of, had been going on
186:21 under your watch as the DRA for WCH?  The
186:22 whole time that was going on, you didn't know
186:23 a thing about it, did you?

187:2 - 187:6    **Gustin, Dave 08-17-2018 (00:00:07)**     **DG04.133**

187:2  Q. Right?
187:3  A. I don't remember everything at
187:4 that time, but I can't believe I would know
187:5 something was wrong and not do something
187:6 about it.

188:6 - 189:17    **Gustin, Dave 08-17-2018 (00:01:41)**     **DG04.134**

188:6  Q. Next page, it says page 4, on
188:7 the big page there, 1443.  So it says, "In
188:8 that same month, McKesson WCH blind eye for
188:9 suspicious ordering -- McKesson WCH blind eye
188:10 for suspicious ordering was again apparent
188:11 when it set a monthly threshold of 112 [sic]
188:12 dosage units of hydrocodone products for
188:13 Family Discount Pharmacy, one of the three
188:14 pharmacies located in Mount Gay, West
188:15 Virginia, with an adult population of less
188:16 than 1,500."
188:17 Now, is that your Family
188:18 Discount Pharmacy, too?
188:19  A. The Family Discount Pharmacy --
188:20  Q. Yeah.
188:21  A. -- one that fell under my
188:22 purview?  Yes.
188:23  Q. Yes.
188:24 So we're talking about -- and
188:25 you understand you've actually seen the
189:1 entire -- you've seen the Congressional
189:2 letter that went out about how Mount Gay,
189:3 West Virginia, had been flooded with so many

DG04-Dave Gustin Plaintiff and Defense Sunmissions

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

189:4 narcotics from McKesson that it actually came
189:5 down to every man, woman and child in that
189:6 community would have had a year's supply of
189:7 narcotics?
189:8 Did you -- do you know anything
189:9 about that?
189:10   A. I don't remember -- I don't
189:11 remember hearing that, no.
189:12   Q. All right.  But this was your
189:13 area, wasn't it?
189:14   A. That part of Virginia -- West
189:15 Virginia, rather?
189:16   Q. Yes.
189:17   A. Yes.

190:2 - 190:15   **Gustin, Dave 08-17-2018 (00:00:28)**                     DG04.135

190:2 Then it goes on to say, "Even
190:3 when Family Discount Pharmacy exceeded that
190:4 extraordinary threshold" --  do you see where
190:5 they use the word "extraordinary"?
190:6   A. I see the word.
190:7   Q. That was a threshold that you
190:8 set, correct?
190:9   A. Yes, I think so.
190:10   Q. "Making this rural pharmacy one
190:11 of the top purchasers of hydrocodone in the
190:12 state.  No orders were reported as
190:13 suspicious."
190:14 Do you see that?
190:15   A. I see that.

191:8 - 192:5   **Gustin, Dave 08-17-2018 (00:00:52)**                     DG04.136

191:8   Q. And then it says, "In
191:9 March 2014, McKesson's regional director,
191:10 regulatory affairs" --
191:11 That would be you, right?
191:12   A. That's about the time that I
191:13 was withdrawing from the role, so it could
191:14 have been, or within weeks it could have been
191:15 Scott.
191:16   Q. -- "affairs visited this
191:17 pharmacy in person and approved continuing to

| | | |
|---|---|---|
| **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | | |
| **Page/Line** | **Source** | **ID** |

191:18 ship controlled substances to this customer,

191:19 a decision that was contradicted a week later

191:20 when a new employee conducted the same

191:21 on-site review."

191:22 Scott was the new employee,

191:23 wasn't he?

191:24   A. Yeah, I was working with him at

191:25 that time.

192:1   Q. So you're the one that up --

192:2 until that time, you had approved the

192:3 thresholds for Mount Gay, West Virginia,

192:4 correct?

192:5   A. Yes.

**236:21 - 237:3**   **Gustin, Dave 08-17-2018 (00:00:22)**                     **DG04.137**

236:21 I want to talk to

236:22 you about -- when you started this morning, I

236:23 said I was going to cover a letter that you

236:24 had written.  Would you give him 1628?

236:25 And I may have misread this.

237:1 But you're telling the company in this --

237:2 let's show him again.  You're telling --

237:3 MS. MOORE:  Gustin 194.

**237:7 - 238:3**   **Gustin, Dave 08-17-2018 (00:00:46)**                     **DG04.138**

237:7   Q. Do you remember writing the

237:8 company -- before you look at this, do you

237:9 remember writing the company trying to

237:10 explain what your workload was?

237:11   A. What my work -- I was asked --

237:12 upon leaving my position, I was asked to

237:13 describe my workload --

237:14   Q. Workload?

237:15   A. -- so that the -- as it turned

237:16 out, the people that took my place would know

237:17 what all needed to be done.

237:18   Q. There were multiple people that

237:19 took your place, right?

237:20   A. That's correct.

237:21   Q. They had to correct -- the job

237:22 you were doing, they had to actually put

237:23 multiple people in to handle what you were

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

237:24 handling every single day as a DRA; that's a
237:25 correct statement, isn't it?
238:1   A. They brought in several people
238:2 in order to take the program forward after I
238:3 had resigned the position, yeah.

239:14 - 240:24   **Gustin, Dave 08-17-2018 (00:01:34)**   DG04.139

239:14   Q. This is Dave Gustin, and it's
239:15 2014.
239:16 When did you leave?
239:17 This is written 11/13/2014.
239:18 When did you leave?
239:19   A. This is 11 -- before that.  I
239:20 don't remember exactly when, but I stopped
239:21 doing the job as a field DRA sometime earlier
239:22 in '14, sometime around late spring, I think.
239:23   Q. It says, "Dave Gustin," at the
239:24 top, sent 11/13/2014.  This is to Krista Peck
239:25 who's a -- you understand is a lawyer for
240:1 McKesson, right?
240:2   A. Yes, I think she was.
240:3   Q. "I think you'll find this a bit
240:4 more extensive.  I referred my visit guide so
240:5 I attached" -- now, more extensive was you
240:6 actually tried to explain to her what your
240:7 job was, and then they asked you to put it
240:8 down on paper?
240:9   A. Yeah.  She had asked me like in
240:10 an e-mail, so I just gave her a rough and
240:11 then she asked me to take some time and do it
240:12 as completely as possible.
240:13   Q. And then the next page is what
240:14 you call your visit guide, correct?
240:15   A. Right.
240:16   Q. And then the next page is .3,
240:17 let's start with this document right here.
240:18 Okay.
240:19 It says, "Different aspects of
240:20 doing the job, Dave Gustin, DRN -- DRA NC
240:21 2008 to 2013."  That's you, and that was your
240:22 job that we talked about during those years

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

240:23 as a DRA, correct?
240:24  A. Yes.

241:3 - 241:15  **Gustin, Dave 08-17-2018 (00:00:49)**  DG04.140

241:3   Q. It says, "STARS
241:4 audits comprised five weeks a year of my
241:5 time, add to this obligation team meetings."
241:6 What is the STARS audit?
241:7   A. A STARS audit was when -- at
241:8 this level was when a DRA like me would go
241:9 into a distribution center, and all of the --
241:10 well, not all, selected regulatory processes
241:11 that the distribution center was responsible
241:12 for would be on a questionnaire.  That
241:13 limited questionnaire would cover those
241:14 particular audit points to make sure that the
241:15 DC was compliant in those areas.

243:6 - 244:4  **Gustin, Dave 08-17-2018 (00:00:42)**  DG04.141

243:6   Q. "There was the omit report
243:7 showing all the omitted controlled drug
243:8 orders for their DCs.  There was the report
243:9 for multiple family types for any customers.
243:10   A. report for customers without family types
243:11 and some other reports.  These reports, in
243:12 conjunction with keeping up with e-mail,
243:13 cleaning up the end of the month TCRs and
243:14 customer loads, would take a couple of days."
243:15 Do you remember doing that?  Do
243:16 you remember that?
243:17   A. Which part?
243:18   Q. All of it.
243:19   A. Writing this and doing that?
243:20   Q. No, doing these things you were
243:21 talking about.
243:22   A. Yes.
243:23   Q. How many years did you do it?
243:24   A. About five years.
243:25   Q. The whole time you did it by
244:1 yourself?
244:2   A. Just my region.
244:3   Q. Yeah, just for your region.

| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

244:4  A. Yeah.

**244:22 - 245:6**   **Gustin, Dave 08-17-2018 (00:00:24)**   **DG04.142**

244:22 It says, "The early part of the
244:23 month was when I would schedule road time
244:24 generally used to visit prospective or new
244:25 customers or customers that needed TCRs or
245:1 presented the need for extra attention beyond
245:2 simply the online check."
245:3 In other words, you couldn't
245:4 just do an online check.  You had to get out
245:5 there and get amongst them, didn't you?
245:6  A. In certain indications, yes.

**246:18 - 247:11**   **Gustin, Dave 08-17-2018 (00:00:53)**   **DG04.143**

246:18 It says, "I would contact" --
246:19 let's see.  It says, "My goal was to get four
246:20 visits for the trip, one or two with an
246:21 interview, and a couple more drop-by visits
246:22 to observe and confirm prior visits to the
246:23 store, appearance.  I would take pictures,
246:24 talk to the PIC, and observe customer flow as
246:25 possible.  So my schedule would be set for
247:1 the next week.  The early month workweek
247:2 would look something like Monday morning,
247:3 catch up any e-mails from the weekend, attend
247:4 to my requests, do Internet research on
247:5 customers, searches for any topics on the PIC
247:6 owner."
247:7 In other words, you would
247:8 actually go and look -- you actually did
247:9 searches on the Internet to see what was
247:10 going on with that pharmacy, didn't you?
247:11  A. Yes, I did.

**249:3 - 250:21**   **Gustin, Dave 08-17-2018 (00:01:59)**   **DG04.144**

249:3 Now, let's continue with what
249:4 you were expected to do in your job.
249:5 "The early month -- week would
249:6 look something like Monday morning catchup,
249:7 any e-mail from the weekend, attend to any
249:8 requests, do Internet research on customers
249:9 that I intend to visit that week.  That would

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

249:10 be mean looking at the Internet for their
249:11 license status, do searches for any actions
249:12 on the PIC or owner, look at business reviews
249:13 online and sometimes look at Topix on the web
249:14 to see what is being said, if anything."
249:15 What is Topix?
249:16   A. Topix was a chat site that drug
249:17 users could use.  If I could get regionalized
249:18 on it, I could see if they were making
249:19 comments like, "Don't bother going to ABC
249:20 pharmacy because the guy there is a hard case
249:21 and won't fill anything."  Or maybe they
249:22 might say, "I've had better luck at such and
249:23 such a pharmacy and so forth."  And even
249:24 though some of these comments you could take
249:25 with a grain of salt, you could maybe see
250:1 multiple entries that trended a certain way
250:2 and gave you certain insights.
250:3   Q. Let's go on with some more
250:4 stuff that you were doing.
250:5 "Tuesday, go to the customer
250:6 early and log in -- log on the car -- log on
250:7 in the car in the parking lot, catching up
250:8 e-mails and observing traffic into and out of
250:9 the pharmacy.  I would get there reasonably
250:10 early.  I usually tried to set my appointment
250:11 up by mid-morning, then at the appointed
250:12 time, go in for my meeting.  The meeting
250:13 usually would take an hour or so.  I would
250:14 ask the same questions I always did and
250:15 only -- and only write anything down if it
250:16 sounded unusual or was a wrong answer.  The
250:17 questions can be found on the attached visit
250:18 guide I developed."
250:19 Okay.  You developed your own
250:20 visit guide, didn't you?
250:21   A. I did.

| 251:3 - 251:22 | **Gustin, Dave 08-17-2018 (00:00:46)** | **DG04.145** |

251:3 "Each visit naturally would be
251:4 nuanced by the particular nature of the

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

251:5 account's needs and business type.  Once in
251:6 the car again after the interview, I would
251:7 fill out the guide on my laptop and write
251:8 down minimally any facts that were specific
251:9 to conversations and decisions I was to make.
251:10 I did not waste time" -- I believe you did
251:11 not waste time at all.
251:12 What was your day like?  What
251:13 time would you get up in the morning and what
251:14 time would you get done?
251:15   A. It would be a full day, and
251:16 oftentimes I would be on the road by 7
251:17 depending on the distance that I needed to
251:18 cover and stay on the road sometimes for two,
251:19 three days, and then get back on a Thursday
251:20 and then try to capsulize my week on Friday
251:21 so that things would be caught up before
251:22 going to the weekend.

| 252:5 - 252:16 | **Gustin, Dave 08-17-2018 (00:00:34)** | **DG04.146** |

252:5   Q. "The next day would find me
252:6 traveling back towards home going by another
252:7 customer or two, if possible, taking
252:8 pictures, stopping in for a visit."
252:9 Do you know if -- by the way,
252:10 do you know if your company had private
252:11 investigators that worked for them?  Did they
252:12 have a security department?
252:13   A. They had a security or -- yeah,
252:14 security department.  I don't know what all
252:15 they did, but I would have occasion to touch
252:16 base with them as a result of an audit point.

| 252:17 - 252:21 | **Gustin, Dave 08-17-2018 (00:00:07)** | **DG04.147** |

252:17   Q. Do you come -- I didn't ask you
252:18 this, Mr. Gustin.  Do you come from a
252:19 background of being a private investigator or
252:20 is that --
252:21   A. No.

| 252:22 - 253:22 | **Gustin, Dave 08-17-2018 (00:01:07)** | **DG04.148** |

252:22   Q. Did you start before you came
252:23 on with them -- had they given you -- had you

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

252:24 had any training as a private investigator?

252:25   A. No.  I was a Marine, and that's

253:1 about the opposite of being an investigator.

253:2 And then I was a missionary, and then I came

253:3 back from mission field and started working

253:4 with McKesson.

253:5   Q. Okay.  All right.  "So the next

253:6 day would find me traveling back towards

253:7 home, going by another customer or two, if

253:8 possible, taking pictures, stopping in for a

253:9 visit.  I would usually only schedule this

253:10 kind of trip once a month.  By the time I got

253:11 home, I would use Thursday and Friday to

253:12 communicate the results of my visit, and that

253:13 was generally by e-mails, phone calls, and my

253:14 visit guide and/or later in the SharePoint."

253:15 What's a SharePoint?

253:16   A. I think SharePoint, if I

253:17 remember right, was a system where

253:18 documentation was entered, and the DCR could

253:19 go in and see entries there and either

253:20 download information onto it or observe what

253:21 someone else in the DC had put on it.  It was

253:22 just a common shared site.

| 255:8 - 255:12 | **Gustin, Dave 08-17-2018 (00:00:11)** | **DG04.149** |

255:8 There was nothing preventing

255:9 McKesson -- preventing McKesson from adding

255:10 new employees to help you find this

255:11 information where you weren't working these

255:12 kind of hours, true?

| 255:15 - 255:16 | **Gustin, Dave 08-17-2018 (00:00:04)** | **DG04.150** |

255:15 THE WITNESS:  That's actually a

255:16 conclusion that I would hesitate to --

| 255:18 - 256:4 | **Gustin, Dave 08-17-2018 (00:00:31)** | **DG04.151** |

255:18   Q. Well, was there anything that

255:19 you're familiar with that prevented -- they

255:20 got 78 -- 78,000 employees.

255:21   A. Right.

255:22   Q. They got 198 -- 190, 80 -- 196

255:23 billion revenue.  They're the fifth largest

| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
|---|---|---|
| Page/Line | Source | ID |

255:24 revenue-generating company in the United
255:25 States.  Is there something I need to know or
256:1 the jury needs to know that would have
256:2 prevented McKesson from hiring other
256:3 employees to help you for your job?  Tell me
256:4 if there is, because I'm missing it.

**256:7 - 256:16**     **Gustin, Dave 08-17-2018 (00:00:15)**     DG04.152

256:7 THE WITNESS:  With all due
256:8 respect, I don't know how I can answer
256:9 that.  It's --
256:10 QUESTIONS BY MR. PAPANTONIO:
256:11   Q. Well, you can answer yes or no.
256:12 Was there something you knew about that I
256:13 don't know?
256:14   A. I don't know about anything --
256:15   Q. Okay.
256:16   A. -- in that regard.

**257:3 - 257:24**     **Gustin, Dave 08-17-2018 (00:00:52)**     DG04.153

257:3   Q. All right.  So it says, "In the
257:4 later part of the month, usually the 20th on
257:5 or so, I would have very little time for
257:6 anything other than working TCRs and customer
257:7 loads.  I would be at my home office desk
257:8 from the time I got up and got my coffee up
257:9 until I shut down something during the
257:10 evening as the end of the month drew near.
257:11 Each TCR and for any nonstandard threshold
257:12 new customer, loads there would be several
257:13 e-mails, some phone calls, Internet research,
257:14 obtaining and scanning scripts, and other
257:15 steps as needed.  With the eight DCs for the
257:16 first couple of years, then seven the rest of
257:17 the time" -- what is -- it says you're doing
257:18 all this for eight DCs.
257:19 What does that mean?
257:20   A. Eight distribution centers.
257:21   Q. You're doing all these things
257:22 we're talking about for eight distribution
257:23 centers, correct?
257:24   A. Yes.

| Page/Line | Source | ID |
|---|---|---|
| | **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | |

258:5 - 258:11

**Gustin, Dave 08-17-2018 (00:00:10)**

DG04.154

258:5   Q. This is for eight distribution
258:6 centers.  Earlier it was seven, right?
258:7   A. Earlier it was eight.  Then it
258:8 went down to seven.
258:9   Q. Okay.
258:10   A. I thought it was six at the
258:11 end.

258:12 - 258:23

**Gustin, Dave 08-17-2018 (00:00:27)**

DG04.155

258:12   Q. It says, "With backing up other
258:13 regions" -- and on top of your regions, you
258:14 were backing up other regions, correct?
258:15   A. Each DRA had to back up another
258:16 DRA for vacations.
258:17   Q. So along with your job, you're
258:18 backing up these -- you're backing up DRAs
258:19 from other parts of the country, correct?  Am
258:20 I right?
258:21   A. When the -- when -- when the
258:22 DRA that I backed up was not available, then
258:23 I watched his region until he was back.

259:1 - 259:14

**Gustin, Dave 08-17-2018 (00:00:30)**

DG04.156

259:1   Q. So you're "scanning script
259:2 data, other steps as needed with eight DCs
259:3 for the first couple of years.  Then seven
259:4 the rest of the time with backing up other
259:5 regions, with having Target, Walmart,
259:6 Spartan, Thrifty White and other RNAs, my
259:7 days for the last third of the month were a
259:8 blur."
259:9 Do you remember it being a
259:10 blur?  You wrote this down -- at the time you
259:11 wrote down your "days were a blur."
259:12   A. Those days --
259:13   Q. What you wrote here.
259:14   A. -- went by pretty fast.

261:7 - 262:4

**Gustin, Dave 08-17-2018 (00:01:01)**

DG04.157

261:7   Q. You see next line underneath
261:8 that it says, "A standard TCR would begin
261:9 with customer contact to the sales rep of the

| | | |
|---|---|---|
| **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | | |
| **Page/Line** | **Source** | **ID** |

261:10 DC.  I had from the beginning told the team
261:11 what to do to prep a TCR, gather all the
261:12 needed information, including what the
261:13 customer needed and when their increase and
261:14 why they need an increase.  They should find
261:15 out who were the end users and all of the
261:16 relative facts.  These things would all be
261:17 communicated to me by either e-mail or phone
261:18 before a TCR was begun, and I would then look
261:19 it all over and I would then research as
261:20 appropriate any info I already had or what
261:21 the news -- the web showed, including BOP
261:22 sites, the Med Board sites.  I then would
261:23 determine if script data was needed.  If so,
261:24 I would communicate that and wait for the
261:25 results."
262:1 It says, "Once obtaining the
262:2 data, I would usually make a decision and
262:3 communicating that with -- was okay to submit
262:4 a TCR."

262:20 - 263:21     **Gustin, Dave 08-17-2018 (00:01:07)**                    **DG04.158**
262:20 And then go over to page 5, and
262:21 look at the last paragraph.  "Some of the
262:22 things I did early on in the NC were to
262:23 include the ops team and the sales team in
262:24 providing some of the things needed for
262:25 decision-making.  This was especially true in
263:1 accounts being vetted.  Since there was only
263:2 one of me -- there was only one of me for 15
263:3 states."  Underline this, Corey.
263:4 "There was only one of me for
263:5 15 states, eight DCs, 50 sales reps and
263:6 13,000 customers, including RNAs, hospitals,
263:7 and ISMCs."
263:8 Now, let me -- let me focus on
263:9 that just a second.  It wasn't just 13
263:10 customers you're talking about -- 13,000
263:11 customers.  You're also dealing with RNAs.
263:12 Explain to the jury what an RNA
263:13 is.

## DG04-Dave Gustin Plaintiff and Defense Sunmissions

| Page/Line | Source | ID |
|---|---|---|
| | 263:14  A. It's a retail national account. | |
| | 263:15  Q. It's a national account.  Give | |
| | 263:16 me some examples. | |
| | 263:17  A. Walmart.  Target. | |
| | 263:18  Q. Okay.  You were in charge of | |
| | 263:19 that, too.  You were in charge of Walmart. | |
| | 263:20 You were in charge of Target. | |
| | 263:21 What else? | |
| 263:24 - 264:19 | **Gustin, Dave 08-17-2018 (00:00:42)** | **DG04.159** |
| | 263:24 THE WITNESS:  I was DRA | |
| | 263:25 assigned to those, but the liaisons | |
| | 264:1 and the people that were, you know, | |
| | 264:2 communicators with those retail | |
| | 264:3 national accounts were located in | |
| | 264:4 Dallas.  So a lot of the work took | |
| | 264:5 place before it got to me, but they | |
| | 264:6 were not granted the ability to | |
| | 264:7 actually make increases and so forth, | |
| | 264:8 so the DRAs did that as they were | |
| | 264:9 assigned. | |
| | 264:10 QUESTIONS BY MR. PAPANTONIO: | |
| | 264:11  Q. Now, we're talking about for | |
| | 264:12 your entire region, or was it the entire | |
| | 264:13 nation on these RNAs that you were partially | |
| | 264:14 responsible for? | |
| | 264:15  A. I would have been all Walmarts. | |
| | 264:16  Q. All over the country, | |
| | 264:17 California to New York, correct? | |
| | 264:18  A. Yes, but in-house visits were | |
| | 264:19 not required on those, so... | |
| 264:25 - 265:2 | **Gustin, Dave 08-17-2018 (00:00:09)** | **DG04.160** |
| | 264:25 I want to show you, sir, | |
| | 265:1 document 44. | |
| | 265:2  A. Document 44. | |
| 265:7 - 265:7 | **Gustin, Dave 08-17-2018 (00:00:01)** | **DG04.161** |
| | 265:7 MS. MOORE:  Gustin 1. | |
| 265:12 - 265:16 | **Gustin, Dave 08-17-2018 (00:00:09)** | **DG04.162** |
| | 265:12  Q. Sir, did you -- did you get a | |
| | 265:13 chance before you came in to here today to | |
| | 265:14 look at this report that was sent to the CEO | |

| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 265:15 of your company, Mr. Hammergren? | |
| | 265:16   A. No, I did not see this. | |
| 266:14 - 267:9 | **Gustin, Dave 08-17-2018 (00:00:41)** | DG04.163 |
| | 266:14 Okay.  So this is to | |
| | 266:15 Mr. Hammergren. | |
| | 266:16 Do you see that? | |
| | 266:17   A. I do see that. | |
| | 266:18   Q. It says -- I want to start out | |
| | 266:19 with the second paragraph.  It says, "As part | |
| | 266:20 of our investigation, the committee wrote to | |
| | 266:21 you on May 8th regarding your distribution | |
| | 266:22 practices generally and in particular with | |
| | 266:23 respect to West Virginia.  As we mentioned in | |
| | 266:24 that letter, the opioid epidemic has been | |
| | 266:25 particularly devastating to West Virginia." | |
| | 267:1 Now, West Virginia was part of | |
| | 267:2 your territory as a DRA, correct? | |
| | 267:3   A. A small part of West Virginia | |
| | 267:4 was, yes. | |
| | 267:5   Q. And it says, "In 2015, West | |
| | 267:6 Virginia had the highest opioid overdose | |
| | 267:7 death rate in the nation." | |
| | 267:8 Do you see that? | |
| | 267:9   A. Yes, I do. | |
| 269:21 - 270:24 | **Gustin, Dave 08-17-2018 (00:01:12)** | DG04.164 |
| | 269:21 It says, "Court filings also | |
| | 269:22 indicate that between 2007 and 2012, McKesson | |
| | 269:23 distributed 46 million doses of hydrocodone | |
| | 269:24 and 54 million doses of oxycodone, meaning | |
| | 269:25 that McKesson shipped a total of 100,000,484 | |
| | 270:1 doses to West Virginia during this period of | |
| | 270:2 time." | |
| | 270:3 Is that the first -- probably | |
| | 270:4 the first time you've seen those numbers, | |
| | 270:5 isn't it? | |
| | 270:6   A. Yes, it is. | |
| | 270:7   Q. Okay.  Now, if you go to the | |
| | 270:8 next page, it says, "Sav-Rite No. 1, Kermit, | |
| | 270:9 West Virginia." | |
| | 270:10 Do you see that? | |

| Page/Line | Source | ID |
|---|---|---|

270:11  A. Yes.

270:12  Q. It says, "On December 26th" --

270:13 and this is your territory, correct?

270:14  A. I don't know where Kermit is.

270:15  Q. Well, let's look.  It says, "On

270:16 December 2016, the Charleston Gazette-Mail

270:17 reported that Sav-Rite Pharmacy located in

270:18 Kermit, West Virginia, was among the top

270:19 purchasers of hydrocodone in West Virginia

270:20 between 2007 and 2012.  According to US

270:21 Census data, the town of Kermit had a

270:22 population of 406 individuals in 2010."

270:23 Do you see that?

270:24  A. Yes, I see that.

**271:4 - 272:3**     **Gustin, Dave 08-17-2018 (00:00:47)**     **DG04.165**

271:4 Mount Gay was your -- that

271:5 was -- Mount Gay was an area that you were

271:6 responsible for, right?

271:7  A. Yes.

271:8  Q. And did you know that the

271:9 Congressional hearing actually talked

271:10 specifically about Mount Gay as being an area

271:11 where there was a glut of pharmaceuticals

271:12 sent into that area?  Anybody tell you that

271:13 before you came here today?  Go to page --

271:14  A. I don't remember that.

271:15  Q. Go to page 5.

271:16 Remember we talked about Family

271:17 Discount?  It says, "Family Discount

271:18 Pharmacy, Mount Gay, Shamrock, West Virginia,

271:19 and Stollings."  Stollings, West Virginia,

271:20 was also your account, right?

271:21  A. Stollings?

271:22  Q. Stollings.

271:23  A. The name rings a bell.  Like

271:24 the pharmacies were named that or

271:25 something --

272:1  Q. Well, they're --

272:2  A. -- I don't remember, but -- for

272:3 sure, but I think.

| Page/Line | Source | ID |
|---|---|---|

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|
| 272:9 - 272:22 | **Gustin, Dave 08-17-2018 (00:00:34)** | DG04.166 |

272:9 "DEA ARCOS data showed that

272:10 between 2006 and 2004, McKesson supplied

272:11 Family Discount Pharmacy in Mount Gay" --

272:12 That would be your territory,

272:13 right?

272:14  A. Yes.

272:15  Q. -- "with 5,122,000 hydrocodone

272:16 pills and 695,000 oxycodone pills for a total

272:17 of 5,000,818 [sic] pills."

272:18 Now, you know what the

272:19 population of Mount Gay is, is 1,017 --

272:20  A. 1,700.

272:21  Q. Huh?

272:22  A. About 1,700.

| Page/Line | Source | ID |
|---|---|---|
| 273:5 - 273:24 | **Gustin, Dave 08-17-2018 (00:00:59)** | DG04.167 |

273:5  Q. Well, let's read it.  We agree

273:6 there's 1,779 people in Stollings.

273:7 You see right up above where it

273:8 says -- where it says that right here?

273:9  A. Yes, I see that.

273:10  Q. Okay.  And then it says -- and

273:11 it says, "In 2006, McKesson supplied this

273:12 pharmacy with 1,767,400 hydrocodone pills for

273:13 an average of one -- 140 -- for an average of

273:14 147,000 pills per month, or 4,842 hydrocodone

273:15 pills per day, in 2007, right?

273:16 And that's a population of

273:17 1,700 people, correct?

273:18  A. That's what it says.

273:19  Q. And do you know, sir, that

273:20 after that it increased every year?  After

273:21 this, it kept increasing every year; did

273:22 anybody ever tell you that?

273:23  A. No, I didn't -- I didn't know

273:24 that.

| Page/Line | Source | ID |
|---|---|---|
| 274:6 - 275:18 | **Gustin, Dave 08-17-2018 (00:01:53)** | DG04.168 |

274:6  Q. It says -- down there it says,

274:7 "In 2013, McKesson provided this pharmacy

274:8 with 986,000 hydrocodone pills, in addition

| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

274:9 to 300,000 oxycodone pills, a 193 percent

274:10 increase from the year prior."

274:11 This is while you're actually

274:12 there in charge of that account, right?

274:13   A. That sounds like the time

274:14 frame.

274:15   Q. "This equals an average rate in

274:16 2013 of 82,000 hydrocodone pills a month, or

274:17 2,703 pills a day."

274:18 Do you see that?

274:19   A. Yes.

274:20   Q. You see the next page,

274:21 Stollings, do you know where -- you know

274:22 Stollings was part of your area, too, right

274:23 next to Mount Gay, right?

274:24   A. I think so.

274:25   Q. All right.  It is.

275:1 It says, "DEA data showed that

275:2 McKesson" -- McKesson we're talking about --

275:3 "also supplied hydrocodone to Family Discount

275:4 Pharmacy of Stollings.  According to the DEA

275:5 data between 2006 and 2016, McKesson provided

275:6 Family Discount Pharmacy of Stollings with

275:7 2,102 -- 2,102,000 hydrocodone pills."

275:8 Do you see that?

275:9   A. Yes.

275:10   Q. And if you look down at the

275:11 next -- the next paragraph, it's talking

275:12 about these number of pills being six times

275:13 the amount of hydrocodone that an average

275:14 pharmacy in rural West Virginia would have

275:15 received.

275:16 Do you see that?  Six times?

275:17   A. I see that's what it says, over

275:18 six times the amount.

| 283:9 - 283:14 | **Gustin, Dave 08-17-2018 (00:00:12)** | **DG04.169** |

283:9   Q. Is that your testimony, that

283:10 after reviewing what we've -- you don't

283:11 believe that McKesson has any responsibility

283:12 in the -- in the death catastrophe related to

## DG04-Dave Gustin Plaintiff and Defense Sunmissions

| Page/Line | Source | ID |
|---|---|---|
| | 283:13 narcotics that they sold throughout this<br>283:14 country? | |
| 283:17 - 283:25 | **Gustin, Dave 08-17-2018 (00:00:21)** | **DG04.170** |
| | 283:17  Q. Yes or no?<br>283:18  A. I don't think McKesson's<br>283:19 responsible for the opioid crisis, and the<br>283:20 company that I worked for functioned in good<br>283:21 faith all the time, never asked me to make<br>283:22 any kind of ethical or illegal compromises<br>283:23 and was consistent throughout my time with<br>283:24 the company at every level that I was with<br>283:25 them. | |
| 284:1 - 284:7 | **Gustin, Dave 08-17-2018 (00:00:16)** | **DG04.171** |
| | 284:1  Q. Yeah, they were so consistent,<br>284:2 sir, that in 2008, the US government fined<br>284:3 them $13 million for breaking the law, and in<br>284:4 2017, the US government fined them<br>284:5 $150 million for breaking the law.<br>284:6 Is that the consistent company<br>284:7 you're talking about? | |
| 284:11 - 284:12 | **Gustin, Dave 08-17-2018 (00:00:01)** | **DG04.172** |
| | 284:11  Q. Is that the company you're<br>284:12 talking about? | |
| 284:14 - 284:15 | **Gustin, Dave 08-17-2018 (00:00:02)** | **DG04.173** |
| | 284:14 THE WITNESS:  I'm talking about<br>284:15 the McKesson that I worked for. | |
| 285:10 - 285:18 | **Gustin, Dave 08-17-2018 (00:00:17)** | **DG04.174** |
| | 285:10  Q. Well, no, sir.  You want to<br>285:11 tell me how proud you are of this company.<br>285:12 Didn't you?  Isn't that what you just want to<br>285:13 tell me, how proud you are, how proud you are<br>285:14 of McKesson?<br>285:15  A. I'm proud of the good faith<br>285:16 effort that my fellow DRAs and I and the<br>285:17 regulatory department made and the support<br>285:18 that we got and the direction that we got. | |
| 316:19 - 317:3 | **Gustin, Dave 08-17-2018 (00:00:15)** | **DG04.175** |
| | 316:19  Q. Mr. Gustin, my name is Eric<br>316:20 Kennedy.  I'm going to follow up on some<br>316:21 questions Mr. Papantonio asked you. | |

| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

316:22 You talked a lot about what
316:23 happened with Mr. Papantonio.  I'm going to
316:24 try to talk to you about -- about how it
316:25 happened, look at some of your policies and
317:1 procedures.
317:2 All right?
317:3   A. Yes, sir.

317:4 - 317:20    **Gustin, Dave 08-17-2018 (00:00:40)**    **DG04.176**

317:4   Q. Now, but before I get into
317:5 that, something struck me about your
317:6 testimony.  I think you said you were proud
317:7 of McKesson; is that correct?
317:8   A. Proud of the effort that my
317:9 team and I put in to try and do our jobs.
317:10   Q. Let me ask you something, maybe
317:11 not about your team and your job.  Let me ask
317:12 you this:  If you knew McKesson actually sat
317:13 down before that 2008 program, that
317:14 monitoring program, came into play, if you
317:15 knew that they actually sat down and they
317:16 asked themselves, "How are we going to get
317:17 around these thresholds, so that that doesn't
317:18 affect sales," they actually sat down and
317:19 asked themselves that question, would you be
317:20 proud of that?

317:25 - 318:7    **Gustin, Dave 08-17-2018 (00:00:24)**    **DG04.177**

317:25   Q. Would you be proud of that?
318:1   A. I find it hard to believe that
318:2 they would or did do something like that.
318:3   Q. Let me ask you this:  If they
318:4 actually came up with a plan, how they were
318:5 going to get around these thresholds so that
318:6 it would not affect sales, would you be proud
318:7 of that?

318:9 - 318:12    **Gustin, Dave 08-17-2018 (00:00:05)**    **DG04.178**

318:9 THE WITNESS:  I guess I would
318:10 wonder what the plan would be as to
318:11 how they would get around me in that
318:12 role.

318:17 - 319:4    **Gustin, Dave 08-17-2018 (00:00:38)**    **DG04.179**

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

318:17  Q. McKesson was issued a whole lot
318:18 of subpoenas to distribution centers.
318:19 Records are seized.  In 2008 they enter into
318:20 a settlement agreement, correct?
318:21  A. That's my understanding, yes.
318:22  Q. They paid $13 million, true?
318:23  A. It sounds like the number I
318:24 remember.
318:25  Q. As part of that settlement
319:1 program where they paid $13 million, they
319:2 also agreed with the DEA to establish a new
319:3 program based upon thresholds, true?
319:4  A. That sounds true.

| 319:15 - 319:16 | **Gustin, Dave 08-17-2018 (00:00:09)** | **DG04.180** |

319:15  Q. Give me 5036, please.  Just so
319:16 that there's nothing to guess about.

| 319:17 - 319:17 | **Gustin, Dave 08-17-2018 (00:00:02)** | **DG04.300** |

319:17 MR. GOETZ:  563.

| 319:18 - 320:12 | **Gustin, Dave 08-17-2018 (00:00:47)** | **DG04.301** |

319:18 QUESTIONS BY MR. KENNEDY:
319:19  Q. This is the agreement with the
319:20 DEA.
319:21 Do you see that, 2008?
319:22  A. I see the date, yes.
319:23  Q. Let me ask you this:  You
319:24 became a director of regulatory affairs.  You
319:25 were going to administer and manage a program
320:1 based upon this agreement.
320:2 Were you ever shown this
320:3 agreement when you started your job in '08 or
320:4 prior to that?
320:5  A. The exact agreement in its
320:6 entirety, no.  When we had our meeting, there
320:7 was -- I think there was like a PowerPoint
320:8 presentation or something where the parts
320:9 that we needed to see referencing our jobs as
320:10 DRAs were talked about and shown there, but
320:11 that not -- again, I was not given this so
320:12 that I could see the whole thing.

| 320:17 - 321:14 | **Gustin, Dave 08-17-2018 (00:00:51)** | **DG04.181** |

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

320:17  Q. Yes, sir.
320:18 This is part of the settlement.
320:19 You see that, "Obligations of McKesson."
320:20 Do you see that?
320:21  A. Yes.
320:22  Q. "McKesson agrees to maintain a
320:23 compliance program designated to detect and
320:24 prevent diversion of controlled substances as
320:25 required under the CSA and applicable DEA
321:1 regulations."
321:2 Did I read that right?
321:3  A. Yes.
321:4  Q. "This program shall include
321:5 procedures to review orders for controlled
321:6 substances."
321:7 Correct?
321:8  A. Yes.
321:9  Q. "Orders that exceed established
321:10 thresholds and criteria will be reviewed by a
321:11 McKesson employee trained to detect
321:12 suspicious orders."
321:13 Do you see that?
321:14  A. Yes.

**321:17 - 322:3**      **Gustin, Dave 08-17-2018 (00:00:25)**                    DG04.182

321:17  Q. So were you informed that part
321:18 of the agreement was requiring the
321:19 establishment of thresholds?
321:20  A. Yes.
321:21  Q. All right.  So in 2008 McKesson
321:22 launches its CSMP, Controlled Substance
321:23 Monitoring Program, right?
321:24  A. In 2008?
321:25  Q. Yes.
322:1  A. Yes.
322:2 MR. KENNEDY:  Give me P 345,
322:3 please.

**322:7 - 323:1**      **Gustin, Dave 08-17-2018 (00:00:32)**                    DG04.183

322:7  Q. Have you seen that before?  I'm
322:8 assuming you've seen that plenty of times?
322:9  A. Yes.  Yes.

| | | |
|---|:---:|---|
| **Page/Line** | **Source** | **ID** |

322:10   Q. That's the 2008 monitoring
322:11 program, correct?
322:12   A. Yes.
322:13   Q. This was kind of -- this was
322:14 the Bible for you, was it not?
322:15   A. It certainly felt like it, yes.
322:16   Q. All right.  Spent a lot of time
322:17 with this program?
322:18   A. I did.
322:19   Q. Where it says, "Purpose."
322:20 Do you see that, purpose?
322:21   A. Yes.
322:22   Q. "Purpose of the program, set
322:23 and maintain customers' thresholds for all
322:24 controlled substances."
322:25 Do you see that?
323:1   A. Yes.

**323:9 - 323:22**      **Gustin, Dave 08-17-2018 (00:00:36)**                 **DG04.184**

323:9   Q. That's what they sat down and
323:10 talked about before they created this
323:11 program, how are we going to get around this
323:12 language of set and maintain, do you see
323:13 that, set and maintain?
323:14   A. I see that.
323:15   Q. The next says, "Make informed
323:16 decisions based upon established threshold
323:17 information."
323:18 Do you see that?
323:19   A. I do.
323:20   Q. That was the foundation of the
323:21 program.
323:22   A. Yes.

**324:2 - 324:15**      **Gustin, Dave 08-17-2018 (00:00:29)**                 **DG04.185**

324:2 And this program was given to
324:3 the DEA in writing; you're aware of that?
324:4   A. Given to the DEA?
324:5   Q. Was given to the DEA, I think,
324:6 during five different meetings and PowerPoint
324:7 presentations, was given to the DEA before
324:8 you folks brought it online.

DG04-Dave Gustin Plaintiff and Defense Sunmissions

| Page/Line | Source | ID |
|---|---|---|

324:9 You're aware of that?
324:10   A. I'm not disputing it.  I don't
324:11 remember, but, yes.
324:12   Q. So you would have told the DEA
324:13 with respect to this threshold system that
324:14 you were going to set them and you were going
324:15 to maintain them, true?

**324:18 - 324:20**  **Gustin, Dave 08-17-2018 (00:00:03)**  **DG04.186**

324:18 THE WITNESS:  Our
324:19 responsibility was to set and then
324:20 maintain the thresholds.

**324:25 - 325:5**  **Gustin, Dave 08-17-2018 (00:00:16)**  **DG04.187**

324:25   Q. That's what they told the DEA,
325:1 but McKesson had no intention of allowing the
325:2 thresholds to affect sales from the
325:3 beginning, is that what you found to be true?
325:4 No intention of allowing these thresholds to
325:5 affect sales?

**325:7 - 325:8**  **Gustin, Dave 08-17-2018 (00:00:02)**  **DG04.188**

325:7 THE WITNESS:  No, that was not
325:8 what I found to be true.

**325:10 - 326:2**  **Gustin, Dave 08-17-2018 (00:00:30)**  **DG04.189**

325:10   Q. Pharmacies weren't told about
325:11 the thresholds, were they?  They weren't told
325:12 specifically what their threshold was, true?
325:13   A. They knew they had thresholds.
325:14 They didn't know what the threshold number
325:15 was.
325:16   Q. Because that wouldn't make any
325:17 sense, that would defeat the purpose of these
325:18 thresholds, right?
325:19   A. That would mean that they would
325:20 start gaming the thresholds.
325:21   Q. They would game it.  They would
325:22 manage underneath the thresholds so they
325:23 would not be investigated, correct?  That's
325:24 why you didn't tell them?
325:25   A. That was -- that was my reason
326:1 for not telling them.  I didn't want them to
326:2 game the thresholds.

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 326:14 - 326:17 | **Gustin, Dave 08-17-2018 (00:00:14)** | **DG04.190** |
| | 326:14   Q. So you don't want to tell the | |
| | 326:15 pharmacy their threshold, but McKesson | |
| | 326:16 created a system whereby you would warn the | |
| | 326:17 pharmacy of their threshold, did you not? | |
| 326:21 - 328:8 | **Gustin, Dave 08-17-2018 (00:01:26)** | **DG04.191** |
| | 326:21   Q. Correct? | |
| | 326:22   A. It seemed like there was a -- | |
| | 326:23 you can call it a warning or something on | |
| | 326:24 their -- on their statement that showed when | |
| | 326:25 they are -- you know, got to a certain point. | |
| | 327:1   Q. In fact, the warning, the folks | |
| | 327:2 who put this together who wanted to make sure | |
| | 327:3 that the thresholds did not affect sales, | |
| | 327:4 they put that right into the program, didn't | |
| | 327:5 they?  We're going to warn them.  As they | |
| | 327:6 approached their threshold, we're going to | |
| | 327:7 warn them, right? | |
| | 327:8   A. Sir, I don't know what their | |
| | 327:9 motivations for doing things were. | |
| | 327:10   Q. The customer got a warning | |
| | 327:11 right on their statement when they got to a | |
| | 327:12 certain percentage of their threshold, true? | |
| | 327:13   A. To the best of my recollection, | |
| | 327:14 yeah, the statements did have a -- something | |
| | 327:15 when they got almost there. | |
| | 327:16   Q. In fact, you folks at McKesson, | |
| | 327:17 at the distribution centers, including you | |
| | 327:18 and others, you would get a month-to-date | |
| | 327:19 report, would you not, that told you exactly | |
| | 327:20 where certain pharmacies were with respect to | |
| | 327:21 their threshold, true? | |
| | 327:22   A. I could generate such a report | |
| | 327:23 out of business warehouse on my own from my | |
| | 327:24 own offices. | |
| | 327:25   Q. So if a pharmacy got above, | |
| | 328:1 let's say, 85 percent, it would spit out a | |
| | 328:2 report so everybody would know which | |
| | 328:3 pharmacies were getting close to their | |
| | 328:4 thresholds.  That was a standard report that | |

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

328:5 you created?

328:6   A. For myself.

328:7   Q. For yourself?

328:8   A. To use.

**330:6 - 331:1**   **Gustin, Dave 08-17-2018 (00:00:50)**   **DG04.192**

330:6   Q. McKesson set up an entire

330:7 national system to call customers when they

330:8 approached their threshold, to warn them?

330:9   A. I believe when it was first

330:10 established, they were making what they

330:11 called proactive calls because customers were

330:12 in jeopardy of breaching or trying to

330:13 breach -- they couldn't actually breach them,

330:14 the system would stop that.

330:15   Q. In fact, sir, McKesson set up

330:16 a -- they set up a call center down in

330:17 Westlake, Texas, where there was 80 to 100

330:18 people actually getting lists of customers

330:19 all across the country that were approaching

330:20 thresholds and calling them up and warning

330:21 them, true?

330:22   A. That was ServiceFirst.

330:23   Q. ServiceFirst.

330:24   A. Yes.

330:25   Q. And that's what they did.

331:1   A. I think initially, yes.

**331:2 - 331:9**   **Gustin, Dave 08-17-2018 (00:00:23)**   **DG04.193**

331:2   Q. In fact, sir, they not only

331:3 called the customers -- they not only called

331:4 customers to warn them they were approaching

331:5 their threshold, they would actually ask

331:6 them, "Hey, you're approaching your

331:7 threshold.  You understand you'll get

331:8 investigated if you go over.  Do you want an

331:9 increase?"  They actually asked.

**331:15 - 331:18**   **Gustin, Dave 08-17-2018 (00:00:04)**   **DG04.194**

331:15 THE WITNESS:  I don't know what

331:16 their script was or what they asked.

331:17 I don't have any idea.  I didn't work

331:18 there.

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 331:20 - 331:24 | **Gustin, Dave 08-17-2018 (00:00:13)** | DG04.195 |
| | 331:20   Q. You liaisoned as the director | |
| | 331:21 of regulatory affairs to that program, and | |
| | 331:22 you understand they actually called and said, | |
| | 331:23 "You're approaching your threshold," and | |
| | 331:24 asked them if they wanted an increase, true? | |
| 332:1 - 332:8 | **Gustin, Dave 08-17-2018 (00:00:17)** | DG04.196 |
| | 332:1 THE WITNESS:  Okay.  The way | |
| | 332:2 you phrased it that time, I think that | |
| | 332:3 they would also ask if they wanted an | |
| | 332:4 increase or if there was a reason why | |
| | 332:5 they were -- I don't know what they | |
| | 332:6 asked them, but it was to let them | |
| | 332:7 know that they were approaching their | |
| | 332:8 threshold. | |
| 334:9 - 334:9 | **Gustin, Dave 08-17-2018 (00:00:02)** | DG04.197 |
| | 334:9   Q. Give me 6002, please. | |
| 334:20 - 336:1 | **Gustin, Dave 08-17-2018 (00:01:16)** | DG04.198 |
| | 334:20   Q. Who is -- who is Kevin -- | |
| | 334:21   A. Meunier. | |
| | 334:22   Q. -- Meunier?  Who is he? | |
| | 334:23   A. He was the distribution center | |
| | 334:24 manager initially at Cape Girardeau DC and | |
| | 334:25 when it was closed, then he came to | |
| | 335:1 Washington Court House. | |
| | 335:2   Q. You're included on this e-mail | |
| | 335:3 of June 22, 2011? | |
| | 335:4   A. That is to Kevin -- I'm copied | |
| | 335:5 on it, yes. | |
| | 335:6   Q. And does it state, "Anytime a | |
| | 335:7 new customer, if loaded in our system, they | |
| | 335:8 are set limits by control groups and it is | |
| | 335:9 systematically monitored throughout the | |
| | 335:10 month." | |
| | 335:11 Do you see that?  Do you see | |
| | 335:12 that? | |
| | 335:13   A. Anytime -- oh, that's | |
| | 335:14 highlighted?  Yes, I see that. | |
| | 335:15   Q. The highlighted, yes.  "Once | |
| | 335:16 they hit a certain threshold, ServiceFirst | |

| | | |
|---|---|---|
| **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | | |
| **Page/Line** | **Source** | **ID** |

335:17 will call and let them know that they're at a

335:18 certain percent and ask them if they need an

335:19 increase and why."

335:20 Do you see that?

335:21  A. Yes.

335:22  Q. You don't remember that?

335:23  A. I don't remember this e-mail,

335:24 but I do remember the process that -- I

335:25 just -- I don't know what they were all told,

336:1 but, yeah, I remember this.

**336:16 - 336:16**    **Gustin, Dave 08-17-2018 (00:00:02)**    DG04.199

336:16  Q. 1698, please.

**336:17 - 337:7**    **Gustin, Dave 08-17-2018 (00:00:30)**    DG04.302

336:17 ISMC, if you look at the top,

336:18 ISMC is independent small medium pharmacy,

336:19 sir?

336:20  A. Yes.

336:21  Q. "Controlled Substance

336:22 Monitoring Program, outbound calls, SF pilot

336:23 program."

336:24 Do you see that?

336:25  A. Yes, this is small or medium

337:1 chain, yes.

337:2  Q. All right.  It says,

337:3 "ServiceFirst assist RSMs."

337:4 So ServiceFirst would be

337:5 assistants to these sales managers, regional

337:6 or retail sales managers, true?

337:7  A. Yes.

**338:8 - 339:15**    **Gustin, Dave 08-17-2018 (00:01:19)**    DG04.200

338:8  Q. It says that these folks --

338:9 "These sales assistants can proactively

338:10 contact customers who reach their 90 percent

338:11 threshold."  Right?

338:12 That's what it's -- that's what

338:13 it's telling you.  That's the instructions,

338:14 true?

338:15  A. That's what it says.

338:16  Q. Down at the box, if they look

338:17 at that, if they look at that spreadsheet and

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
|  | 338:18 it's printed daily, right?  Daily to these | |
|  | 338:19 folks down in Texas, right?  Is that what it | |
|  | 338:20 says at the top, "Daily Report"? | |
|  | 338:21   A. I'm sorry, where it says -- | |
|  | 338:22   Q. Right at the top under | |
|  | 338:23 "Policies," it says "Daily Report." | |
|  | 338:24   A. Yes. | |
|  | 338:25   Q. And it says in the box, it | |
|  | 339:1 says, "If they look at the report and the | |
|  | 339:2 customer has already been contacted this | |
|  | 339:3 month," go over to the then, "Has customer | |
|  | 339:4 reached 96 percent of the threshold?  If yes, | |
|  | 339:5 contact the customer again." | |
|  | 339:6 Do you see that part?  Do you | |
|  | 339:7 remember that? | |
|  | 339:8   A. I see that part. | |
|  | 339:9   Q. So this McKesson customer can | |
|  | 339:10 get notified that they're getting close to | |
|  | 339:11 their threshold on the warning -- on a | |
|  | 339:12 warning on their bill, and then they might | |
|  | 339:13 even get two phone calls from a sales | |
|  | 339:14 assistant in Texas to warn them, according to | |
|  | 339:15 the -- to the policy, right? | |
| 339:19 - 340:15 | **Gustin, Dave 08-17-2018 (00:00:48)** | DG04.201 |
|  | 339:19   Q. Is that true?  Is that what it | |
|  | 339:20 says? | |
|  | 339:21   A. It looks like that's what it | |
|  | 339:22 says. | |
|  | 339:23   Q. And you were the one from | |
|  | 339:24 regulatory that was liaisoning to this | |
|  | 339:25 program, correct? | |
|  | 340:1   A. Liaison into what program? | |
|  | 340:2   Q. ServiceFirst. | |
|  | 340:3   A. Later on. | |
|  | 340:4 At this time. | |
|  | 340:5   Q. Go to number 12 of this | |
|  | 340:6 program, would you?  Just let me -- let me -- | |
|  | 340:7 let me get to this.  Just go to number 12 of | |
|  | 340:8 the program. | |
|  | 340:9 What does it tell them right | |

| Page/Line | Source | ID |
|---|---|---|
| | 340:10 there? | |
| | 340:11   A. "Ask if the customer needs to | |
| | 340:12 increase the threshold." | |
| | 340:13   Q. That's what they are told, | |
| | 340:14 right? | |
| | 340:15   A. That's what it says. | |
| 347:2 - 347:22 | **Gustin, Dave 08-17-2018 (00:00:50)** | **DG04.202** |
| | 347:2   Q. Now, you told us that these | |
| | 347:3 sales reps, the folks at McKesson, were not | |
| | 347:4 to tell the customer the threshold because | |
| | 347:5 that would allow them, I think, in your | |
| | 347:6 words, to game the system.  You don't want to | |
| | 347:7 tell them about that, right? | |
| | 347:8   A. Yes, I didn't want the | |
| | 347:9 customers to know what their thresholds were. | |
| | 347:10   Q. And did you inform the sales | |
| | 347:11 personnel, "You shouldn't be telling the | |
| | 347:12 customers because that allows them to game | |
| | 347:13 the system"? | |
| | 347:14 Did you tell them that? | |
| | 347:15   A. I'm pretty sure that was part | |
| | 347:16 of the initial conference calls and training | |
| | 347:17 calls that we had with the retail sales | |
| | 347:18 managers early on. | |
| | 347:19   Q. Sales department listen to you? | |
| | 347:20   A. You have to ask the sales | |
| | 347:21 department.  I don't know.  I wasn't there | |
| | 347:22 when they talked. | |
| 348:2 - 348:2 | **Gustin, Dave 08-17-2018 (00:00:02)** | **DG04.203** |
| | 348:2   Q. 5067, please. | |
| 348:3 - 348:7 | **Gustin, Dave 08-17-2018 (00:00:21)** | **DG04.303** |
| | 348:3 Look at the second page.  The | |
| | 348:4 second page, Amanda Miller, who is Amanda | |
| | 348:5 Miller?  She's from McKesson. | |
| | 348:6   A. I don't know.  Am I supposed to | |
| | 348:7 know something about this? | |
| 348:8 - 348:13 | **Gustin, Dave 08-17-2018 (00:00:15)** | **DG04.204** |
| | 348:8   Q. Who is Amanda Miller? | |
| | 348:9   A. Amanda Miller.  Amanda. | |
| | 348:10 Amanda. | |

| Page/Line | Source | ID |
|---|---|---|
| | 348:11   Q. Do you know? | |
| | 348:12   A. Off the top of my head, no, I | |
| | 348:13 don't -- | |
| 348:14 - 348:22 | **Gustin, Dave 08-17-2018 (00:00:25)** | **DG04.205** |
| | 348:14   Q. Says she's a -- | |
| | 348:15   A. Oh, down here it says, "Account | |
| | 348:16 manager, RNA support solutions."  So another | |
| | 348:17 RNA working in Texas. | |
| | 348:18   Q. April 23, 2013, she sends an | |
| | 348:19 e-mail to Melenie Petropoulos. | |
| | 348:20 Do you see that? | |
| | 348:21 Do you see that? | |
| | 348:22   A. To -- | |
| 349:2 - 349:5 | **Gustin, Dave 08-17-2018 (00:00:07)** | **DG04.206** |
| | 349:2   Q. Are you on the same page I am? | |
| | 349:3   A. Oh, there it is, to Melenie. | |
| | 349:4   Q. All right.  And Melenie is -- | |
| | 349:5 she's from Marc's, the pharmacy chain, right? | |
| 349:8 - 349:25 | **Gustin, Dave 08-17-2018 (00:00:44)** | **DG04.207** |
| | 349:8 THE WITNESS:  I don't know who | |
| | 349:9 she is. | |
| | 349:10 QUESTIONS BY MR. KENNEDY: | |
| | 349:11   Q. Look up above, "Melenie | |
| | 349:12 Petropoulos, vice president, pharmacy." | |
| | 349:13 Do you see that? | |
| | 349:14   A. Oh, up here.  I was looking at | |
| | 349:15 the bottom half.  I'm sorry.  Yes, I see | |
| | 349:16 that. | |
| | 349:17   Q. So McKesson, an account | |
| | 349:18 manager, is sending an e-mail to Marc's | |
| | 349:19 pharmacy and stating, "Melenie, let me know | |
| | 349:20 if you need to make any adjustments." | |
| | 349:21 And then she attaches, it looks | |
| | 349:22 like, a cut-out from your daily report, your | |
| | 349:23 daily threshold report, and she's giving her | |
| | 349:24 the thresholds, right?  Oxycodone, 8,000; | |
| | 349:25 oxycodone, 9,000; oxycodone 10,000. | |
| 350:1 - 350:2 | **Gustin, Dave 08-17-2018 (00:00:03)** | **DG04.208** |
| | 350:1 She gives her the threshold for | |
| | 350:2 three different stores, does she not? | |

| Page/Line | Source | ID |
|---|---|---|
| | **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | |

| Page/Line | Source | ID |
|---|---|---|
| 350:7 - 350:11 | **Gustin, Dave 08-17-2018 (00:00:07)** | **DG04.209** |
| | 350:7   A. It's the first time I've seen | |
| | 350:8 this.  It's not me, so I -- you're asking me | |
| | 350:9 to draw a conclusion, and I don't know about | |
| | 350:10 the phone calls between these people or | |
| | 350:11 anything. | |
| 352:5 - 352:7 | **Gustin, Dave 08-17-2018 (00:00:10)** | **DG04.210** |
| | 352:5   Q. Is my answer correct, Amanda | |
| | 352:6 Miller from McKesson is sending thresholds to | |
| | 352:7 someone from Marc's; is that true? | |
| 352:11 - 352:11 | **Gustin, Dave 08-17-2018 (00:00:01)** | **DG04.211** |
| | 352:11   Q. Is that true? | |
| 352:13 - 352:22 | **Gustin, Dave 08-17-2018 (00:00:19)** | **DG04.212** |
| | 352:13 THE WITNESS:  9,000, 12,000, on | |
| | 352:14 the surface, it looks like that's | |
| | 352:15 what's taking place. | |
| | 352:16 QUESTIONS BY MR. KENNEDY: | |
| | 352:17   Q. And then the person from Marc's | |
| | 352:18 e-mails back and says, "Please arrange | |
| | 352:19 increase the thresholds for oxycodone for | |
| | 352:20 Marc's 24WA from 9,000 to 12,000." | |
| | 352:21 That's the response from | |
| | 352:22 Marc's, is it not? | |
| 352:25 - 353:1 | **Gustin, Dave 08-17-2018 (00:00:01)** | **DG04.213** |
| | 352:25 THE WITNESS:  That's what it | |
| | 353:1 says down there. | |
| 353:2 - 354:12 | **Gustin, Dave 08-17-2018 (00:01:38)** | **DG04.304** |
| | 353:2 QUESTIONS BY MR. KENNEDY: | |
| | 353:3   Q. Go all the way up to the top of | |
| | 353:4 the first page.  There's some e-mails back | |
| | 353:5 and forth about submitting these thresholds. | |
| | 353:6 Sales rep is wondering, you know, how soon | |
| | 353:7 the change of increase will come into effect. | |
| | 353:8 And Amanda Miller writes the sales rep, | |
| | 353:9 Graziano, an e-mail and says, "No, TCRs are | |
| | 353:10 done the same day." | |
| | 353:11 That was -- that was the rule, | |
| | 353:12 was it not?  Same day? | |
| | 353:13   A. Same day? | |
| | 353:14   Q. 24 hours.  I think there -- you | |

| Page/Line | Source | ID |
|---|---|---|

353:15 wrote that in your little note and letter to
353:16 lead counsel of McKesson, 24 hours?
353:17   A. 24 hours doesn't imply the same
353:18 day, but it's 24 hours.
353:19   Q. Who made that rule?  Who made
353:20 that rule?
353:21   A. It might have been -- I
353:22 don't -- you know, I don't know for sure who
353:23 made the rule.
353:24   Q. Somebody above you?
353:25   A. Most rules were made by someone
354:1 above me.
354:2   Q. This sales manager is wondering
354:3 when this TCR will be increased.  He says --
354:4 and Melenie writes back from McKesson, "No,
354:5 TCRs are done same day.  They'll be able to
354:6 order tonight.  Melenie, from Marc's, should
354:7 know this.  TCRs are commonplace."
354:8 Let me go back to this.
354:9 McKesson had to put thresholds in.  They had
354:10 to put thresholds in, so they needed to find
354:11 a way to get around thresholds so that they
354:12 wouldn't affect sales, right?  Right?

**354:14 - 354:15**     **Gustin, Dave 08-17-2018 (00:00:01)**     **DG04.214**

354:14 THE WITNESS:  I don't know that
354:15 that's true.

**356:10 - 356:19**     **Gustin, Dave 08-17-2018 (00:00:31)**     **DG04.215**

356:10   Q. Let me ask you this:  If
356:11 McKesson truly intended to set and maintain
356:12 its thresholds, it would not have established
356:13 a daily national program whereby it called
356:14 thousands of pharmacies to warn them that
356:15 they were approaching their threshold, true?
356:16   A. You know, that -- that's --
356:17 again, that's almost in the form of a
356:18 hypothetical.  I don't know that that was --
356:19 were their intention.

**377:8 - 378:5**     **Gustin, Dave 08-17-2018 (00:00:58)**     **DG04.216**

377:8   Q. As a director of regulatory
377:9 affairs, it was your job to approve

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

377:10 thresholds, true?

377:11   A. Threshold changes, yes.

377:12   Q. Yes, I'm sorry.  Threshold

377:13 changes.

377:14   A. Yes.

377:15   Q. And you were the director in

377:16 the North Central, true?

377:17   A. Yes, that's true.

377:18   Q. You would also help out in the

377:19 northeast and in other regions when folks

377:20 were on vacation or out sick?

377:21   A. Yeah, most of my time I was

377:22 backing up the south, but there were other

377:23 times that -- short periods of time we would

377:24 back up one of the other regions.

377:25   Q. You would approve threshold

378:1 increases for regional -- or excuse me, for

378:2 the retail national accounts, the big chains?

378:3   A. Approve them?  I would -- yeah,

378:4 I would do -- I would perform the increase in

378:5 the system, yes.

**378:6 - 378:18**   **Gustin, Dave 08-17-2018 (00:00:30)**                    **DG04.217**

378:6   Q. Well, if we look at the

378:7 monitoring program, it says that's -- the

378:8 director of regulatory affairs approves

378:9 those.

378:10   A. Yeah, and it changed over a

378:11 period of time because when we first started

378:12 in 2008, it was just the DRAs and the field

378:13 DRAs, and we had the changes assigned to us,

378:14 but over time, they appointed a director of

378:15 regulatory affairs for the retail national

378:16 accounts, if I'm not mistaken.  And at that

378:17 point, the approval process could have moved.

378:18 But that was --

**378:19 - 379:24**   **Gustin, Dave 08-17-2018 (00:01:20)**                    **DG04.218**

378:19   Q. That was 2013, when Mr. Oriente

378:20 got appointed that in 2013.  So I'm talking

378:21 about 2008 to '13, you did approvals for

378:22 regional -- or retail national accounts; is

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

378:23 that true?

378:24   A. For retail.  Yeah, I think

378:25 that's true.

379:1   Q. And that would have been across

379:2 the country.  That wasn't just confined to

379:3 North Central?

379:4   A. Across the country for the

379:5 accounts that I was given to be the DRA for.

379:6   Q. And in 2008 to about 2010, the

379:7 threshold change request forms, supporting

379:8 documents, level 1s, level 2s, level 3s, all

379:9 of that documentation was kept in the

379:10 distribution center files during that

379:11 two-year period, '08 to '10, right?

379:12   A. Yes.  We called them the CSMP

379:13 files.

379:14   Q. And then after that, this

379:15 documentation, the TCRs, the threshold change

379:16 requests, the supporting documents, the

379:17 level 1s, the level 2s, the level 3s, that

379:18 started to get pushed into SharePoint at that

379:19 point in time, true?

379:20   A. That sounds about right.

379:21   Q. And that was a computer

379:22 database that McKesson created, right?

379:23   A. That sounds like the right

379:24 term, yes.

**380:2 - 380:24**   **Gustin, Dave 08-17-2018 (00:00:49)**                                    DG04.219

380:2 First of all, McKesson

380:3 represented to the DEA, as was stated in the

380:4 monitoring program that it presented to the

380:5 DEA, that they would set and maintain

380:6 thresholds, correct?

380:7   A. Yes.

380:8   Q. And secondly, they represented,

380:9 McKesson represented, to the DEA that with

380:10 respect to these thresholds, when they did

380:11 change them, that documentation would be

380:12 required, true?

380:13   A. Documentation -- I know that

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

380:14 part of our initial training was to doc

380:15 and -- document what we did.

380:16   Q. You want to document the reason

380:17 for the change.  In fact, it's right on the

380:18 form, the TCR form itself?

380:19   A. Yes.

380:20   Q. And that's what they

380:21 represented to the DEA.  We're going to

380:22 change the threshold.  If we're going to

380:23 increase it, documentation at McKesson will

380:24 be required, true?

| 381:1 - 381:4 | **Gustin, Dave 08-17-2018 (00:00:07)** | DG04.220 |

381:1 THE WITNESS:  I know that

381:2 documentation was required.  I don't

381:3 know the -- about a commitment to the

381:4 DEA, per se.

| 381:10 - 381:20 | **Gustin, Dave 08-17-2018 (00:00:34)** | DG04.221 |

381:10 See this, this is Exhibit 555.

381:11 All right.  You see that's

381:12 entitled "McKesson Pharmaceutical Controlled

381:13 Substance Monitoring Program, CSMP."

381:14 Do you see that?

381:15   A. Yes.

381:16   Q. "July 31, 2008, DEA Discussion

381:17 Document."

381:18 Do you see that?

381:19   A. I do.

381:20   Q. Go to .7.

| 381:21 - 382:21 | **Gustin, Dave 08-17-2018 (00:00:41)** | DG04.305 |

381:21 .7 is part of a slideshow,

381:22 "CSMP, establish customer thresholds,

381:23 c-o-n-t, period."

381:24 Do you see that?

381:25   A. Yes.

382:1   Q. And down this it says,

382:2 "Adjusting thresholds" and underneath that it

382:3 says, "Requires documentation."

382:4   A. Yes.

382:5   Q. And I'll represent to you this

382:6 is -- this is one of the PowerPoints in a

| Page/Line | Source | ID |
|---|---|---|
| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |

382:7 presentation to the DEA.  I think that the

382:8 letter talked about five such presentations

382:9 to the DEA.

382:10 Do you remember that?  Do you

382:11 remember the letter?

382:12   A. Remember it?

382:13   Q. Yeah, you talked about with

382:14 Mr. Papantonio.

382:15   A. Oh, yes.

382:16   Q. The letter said five

382:17 presentations, and this was one of them, I'll

382:18 represent to you.

382:19 All right?

382:20   A. Okay.

382:21   Q. So give me the Elmo, please.

**382:22 - 383:1**   **Gustin, Dave 08-17-2018 (00:00:13)**   DG04.306

382:22 Two things then we have

382:23 represented.  You're going to set and

382:24 maintain thresholds, and if you're going to

382:25 change them, documentation will be required.

383:1 Two representations to the DEA, agreed?

**383:4 - 383:15**   **Gustin, Dave 08-17-2018 (00:00:25)**   DG04.222

383:4 THE WITNESS:  That's what it

383:5 looks like.

383:6 QUESTIONS BY MR. KENNEDY:

383:7   Q. But you, in doing your job, 15

383:8 states, you found out pretty early on that

383:9 McKesson was not going to let -- again, they

383:10 were not going to let these thresholds stand

383:11 in the way of sales.  You found that out

383:12 early on, did you not, in your position as a

383:13 director of regulatory affairs?

383:14   A. I never thought of it that way

383:15 or in those terms.

**383:20 - 384:14**   **Gustin, Dave 08-17-2018 (00:01:27)**   DG04.7

383:20 Eagle was one of your chain of pharmacy

383:21 accounts, was it not?

383:22   A. I believe so.

383:23   Q. And I'll represent to you this

383:24 is the Giant Eagle store 0058 -- I'm sorry,

## DG04-Dave Gustin Plaintiff and Defense Sunmissions

| Page/Line | Source | ID |
|---|---|---|
| | 383:25 it is store 4022.  And it is the file that we | |
| | 384:1 were provided by McKesson with respect to | |
| | 384:2 this store, right?  I'll represent that to | |
| | 384:3 you. | |
| | 384:4 If you go to the last page, | |
| | 384:5 because these go in reverse order, go all the | |
| | 384:6 way to the bottom.  It's an e-mail from you. | |
| | 384:7 This is -- again, this is from the Giant | |
| | 384:8 Eagle file that we received from McKesson. | |
| | 384:9 An e-mail from you, Dave | |
| | 384:10 Gustin, and you're sending it to Oriente, he | |
| | 384:11 is a director of regulatory affairs, correct? | |
| | 384:12 In the east, true?  I'm all the way at the | |
| | 384:13 bottom. | |
| | 384:14  A. Right.  That's true. | |
| 383:19 - 383:19 | **Gustin, Dave 08-17-2018 (00:00:02)** | DG04.223 |
| | 383:19  Q. Give me 6014, please. | |
| 383:19 - 383:24 | **Gustin, Dave 08-17-2018 (00:00:13)** | DG04.307 |
| | 383:19  Q. Giant | |
| | 383:20 Eagle was one of your chain of pharmacy | |
| | 383:21 accounts, was it not? | |
| | 383:22  A. I believe so. | |
| | 383:23  Q. And I'll represent to you this | |
| | 383:24 is the Giant Eagle store 0058 -- | |
| 383:24 - 384:13 | **Gustin, Dave 08-17-2018 (00:00:45)** | DG04.308 |
| | 383:24 I'm sorry, | |
| | 383:25 it is store 4022.  And it is the file that we | |
| | 384:1 were provided by McKesson with respect to | |
| | 384:2 this store, right?  I'll represent that to | |
| | 384:3 you. | |
| | 384:4 If you go to the last page, | |
| | 384:5 because these go in reverse order, go all the | |
| | 384:6 way to the bottom.  It's an e-mail from you. | |
| | 384:7 This is -- again, this is from the Giant | |
| | 384:8 Eagle file that we received from McKesson. | |
| | 384:9 An e-mail from you, Dave | |
| | 384:10 Gustin, and you're sending it to Oriente, he | |
| | 384:11 is a director of regulatory affairs, correct? | |
| | 384:12 In the east, true?  I'm all the way at the | |
| | 384:13 bottom. | |

| Page/Line | Source | ID |
|---|---|---|

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

385:6 - 386:22    **Gustin, Dave 08-17-2018 (00:01:49)**    DG04.224

385:6   Q. I understand.  I'm just

385:7 reading -- right, does it say "To Oriente"?

385:8   A. Yes, he's copied in the "to."

385:9   Q. Fine.

385:10 And Snider, who is Snider?

385:11   A. Blaine Snider was the

385:12 distribution center manager of New Castle,

385:13 Pennsylvania.

385:14   Q. Who is Catton, Rex Catton?

385:15   A. Rex -- I don't know if it's

385:16 Catton, Catton, whatever.  He was, I think, a

385:17 retail national account rep, if I'm not

385:18 mistaken.

385:19   Q. Subject, New Castle, CSMP

385:20 report, 75 percent plus.

385:21 That's the report that lists

385:22 all of the customers who were at 75 percent

385:23 or greater on their threshold, true?

385:24   A. That appears to be true.

385:25   Q. And you e-mailed to Rex, "Rex,

386:1 I await your input.  I can bump it" -- bump

386:2 means increase the threshold, true?

386:3   A. Yes, a bump would be a small

386:4 increase.

386:5   Q. You say, "Rex, I await your

386:6 input.  I can bump it if you agree to a small

386:7 bump.  I know RNA should make the contact

386:8 initially, but it looks like the customer

386:9 called the DC, so let me know."

386:10 Now, go up, next e-mail up,

386:11 Catton e-mails you back, all right, an hour

386:12 later, e-mails you back, same folks are

386:13 copied.  Same subject.

386:14 And he says, "Dave, yes, please

386:15 bump it up.  There were other stores in the

386:16 list that was sent yesterday.  We spoke to

386:17 Greg Carlson yesterday, and he asked us to

386:18 increase those above 80 percent."

386:19 And Greg Carlson is from Giant

| | | |
|---|---|---|
| **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | | |
| **Page/Line** | **Source** | **ID** |

386:20 Eagle, true?  True?

386:21   A. You want a fast answer, I

386:22 don't -- I don't know that.

387:1 - 387:6 **Gustin, Dave 08-17-2018 (00:00:13)**            DG04.225

387:1   Q. Anyway, Greg Carlson, he's

387:2 asking for an increase in all of the stores

387:3 that are on the list that are at 80 percent

387:4 or greater with respect to their threshold,

387:5 true?

387:6   A. Yes.

387:11 - 388:21 **Gustin, Dave 08-17-2018 (00:01:37)**            DG04.226

387:11   Q. An hour after that -- go up to

387:12 the next, an hour after that, you e-mail

387:13 back.  You e-mail back to Catton, to Oriente,

387:14 to Snider, to Zwick, to Lindsay, to McIntyre,

387:15 right, all of those folks?  Same subject

387:16 line.

387:17 True?  Same subject line?

387:18   A. Yes.

387:19   Q. And you e-mail back and you

387:20 say, "The list, by the way, is a long one."

387:21 And then you reference the CSMP threshold

387:22 warning report, right?  True?

387:23   A. Yes.

387:24   Q. Then you state, "I need a

387:25 reason to go in and bump up all of those

388:1 stores' thresholds.  They're all purchasing

388:2 at well past their historic trends or they

388:3 would not be on the report.  The question is

388:4 why, and until it is answered, the response

388:5 should not just be going in and changing

388:6 their thresholds to keep them off the

388:7 report."

388:8 Is that what you stated to all

388:9 of those folks?

388:10   A. Yes.

388:11   Q. And when you told them that you

388:12 needed a reason to increase the threshold,

388:13 you were right, weren't you?

388:14   A. I must have felt like it or I

| Page/Line | Source | ID |
|---|---|---|

388:15 wouldn't have said it.
388:16   Q. That's the basis of the whole
388:17 program, right?
388:18 We -- you told the DEA that
388:19 documentation was going to be required, you
388:20 at least need a reason, and you were right
388:21 when you told everybody that, were you not?

**388:25 - 389:13**   **Gustin, Dave 08-17-2018 (00:00:27)**   **DG04.227**

388:25   Q. Correct?  That's how the
389:1 program was supposed to be run, true?
389:2   A. I'm sure it felt right at the
389:3 time.
389:4   Q. Sitting here today, don't you
389:5 agree that's how the program was supposed to
389:6 be run?
389:7   A. It feels right now, too.
389:8   Q. Because there's a crisis going
389:9 on.  This is '08.
389:10   A. I was sensitive to that, yes.
389:11   Q. More people are dying every
389:12 year, right?  Correct?  By '08?
389:13   A. That's what I'm reading.

**389:14 - 389:19**   **Gustin, Dave 08-17-2018 (00:00:16)**   **DG04.228**

389:14   Q. And when you told these people
389:15 that until you understood why, there
389:16 shouldn't be an increase.  When you told all
389:17 these people that, you were right, were you
389:18 not?  You were right.
389:19   A. I would assume so.

**389:20 - 389:22**   **Gustin, Dave 08-17-2018 (00:00:07)**   **DG04.229**

389:20   Q. You were trying to do the right
389:21 thing, because McKesson had promised to play
389:22 its part in addressing the crisis?

**390:2 - 390:6**   **Gustin, Dave 08-17-2018 (00:00:08)**   **DG04.230**

390:2   Q. That's what you were trying to
390:3 do?
390:4   A. I believe that's why I said I
390:5 was proud of our efforts.  I tried to do the
390:6 right thing, yes.

**391:2 - 391:9**   **Gustin, Dave 08-17-2018 (00:00:14)**   **DG04.231**

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

391:2  Q. Let me ask you:  All these
391:3 people on this e-mail, six of them, you said
391:4 you got to know a reason.  We got to know why
391:5 before we change the threshold.
391:6 Nobody listened to you, did
391:7 they?  Nobody listened?
391:8  A. What we don't see down here is
391:9 what phone calls took place.

391:10 - 391:11 **Gustin, Dave 08-17-2018 (00:00:01)**   DG04.232

391:10  Q. Nobody listened to you, did
391:11 they?

391:14 - 391:18 **Gustin, Dave 08-17-2018 (00:00:11)**   DG04.233

391:14 THE WITNESS:  I'm saying we
391:15 don't see what phone calls took place,
391:16 and at that time in May of 2008, I
391:17 can't remember what phone calls took
391:18 place either.

391:20 - 392:12 **Gustin, Dave 08-17-2018 (00:00:34)**   DG04.234

391:20  Q. I tell you what, I just got
391:21 done asking, where's the documentation go for
391:22 threshold change requests.
391:23 And what did you tell me?  You
391:24 told me it all went in the file at the
391:25 distribution center.  That's what you told
392:1 me, right?
392:2  A. These are retail national
392:3 accounts.  I can't remember exactly where the
392:4 documentation resided for them.  I'm -- at
392:5 this time.
392:6  Q. We've been provided the entire
392:7 file, so whether it was kept in St. Louis or
392:8 in Nebraska or RNA or in a distribution
392:9 center, we were given the entire file.
392:10 Do you understand that?  Do you
392:11 understand that, we were given the entire
392:12 file?

392:14 - 393:7 **Gustin, Dave 08-17-2018 (00:00:41)**   DG04.235

392:14 THE WITNESS:  If you say so.
392:15 QUESTIONS BY MR. KENNEDY:
392:16  Q. All right.  Go to the next

| | | |
|---|---|---|
| **DG04-Dave Gustin Plaintiff and Defense Sunmissions** | | |
| **Page/Line** | **Source** | **ID** |

392:17 page.

392:18   A. Next page forward or back?

392:19   Q. Next page forward.

392:20   A. Okay.

392:21   Q. .3.  It's now -- it's four

392:22 months later, after you tell everybody, "I

392:23 got to know why.  There's got to be a

392:24 reason."  It's four months later, and four

392:25 months after that, Diane Martin -- who is

393:1 Diane Martin?

393:2   A. I don't know.  Worked at New

393:3 Castle, I see, but I don't know who she was

393:4 and what she did.

393:5   Q. At a distribution center?

393:6   A. I'm sorry, yes, New Castle

393:7 distribution center.

**393:18 - 396:8**   **Gustin, Dave 08-17-2018 (00:02:44)**   **DG04.236**

393:18   Q. Four months after you say, "I

393:19 got to have a reason, I got to know why," on

393:20 September 22, 2008, she writes you an e-mail,

393:21 Dave Gustin, correct?  Correct?

393:22   A. Yes.

393:23   Q. She copies Snider and she

393:24 copies Catton.

393:25 Do you see that?

394:1   A. I see that.

394:2   Q. It's the same subject line that

394:3 we saw on the e-mails four months earlier,

394:4 "CSMP reports, 75 percent, 5/28/08."

394:5 Do you see that same subject

394:6 line?

394:7   A. Yes.

394:8   Q. And this is a chain of e-mails

394:9 that was provided to us; you understand that?

394:10   A. Yes.

394:11   Q. This is four months after you

394:12 said, got to have a reason, and she writes,

394:13 "Dave, since these were bumped up without a

394:14 TCR" --

394:15 That's a threshold change

| Page/Line | Source | ID |
|---|---|---|

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

394:16 request, right?  Is that what TCR stands for?

394:17   A. Yes.

394:18   Q. She says, "Since these were

394:19 bumped up without a threshold change request

394:20 in late May, what is the reason for the

394:21 increase in dosages?  I'll have to create

394:22 some sort of TCR for each of them and will

394:23 need some details for the action taken."

394:24 Do you see that?

394:25   A. Yes, I see that.

395:1   Q. Instead you say, "No, these

395:2 threshold changes were increased four months

395:3 earlier without a request even being

395:4 created," true?

395:5   A. Without a TCR being created.

395:6   Q. Right.

395:7 Isn't that what you said?

395:8   A. That's what she said.

395:9   Q. Four months after the fact.

395:10 Right?  Is that how the process

395:11 is supposed to work?

395:12   A. I can't speak to what was or

395:13 wasn't done regarding a TCR back then.

395:14   Q. Let me ask you:  These

395:15 thresholds and a long list, they were -- they

395:16 were approved four months earlier and she's

395:17 still asking for the reason.

395:18 Is that how your program is

395:19 intended to work?

395:20   A. Again, I can't speak to what

395:21 happened to a TCR that may or may not have

395:22 been done back in September of '08 in a DC

395:23 that wasn't in my region.

395:24   Q. She's asking for a reason, and

395:25 what do you say?  What do you respond?

396:1 "Reason...RNA reasonable request for a small

396:2 increase per Rex Catton."

396:3 Give me the Elmo, please.

396:4 Is that -- is that what you

396:5 said back, "reason..."?

| Page/Line | Source | ID |
|---|---|---|
| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
| | 396:6  A. Where?  Oh, up here? | |
| | 396:7  Q. Yeah. | |
| | 396:8  A. Reason.  I wrote that. | |
| 398:19 - 399:2 | **Gustin, Dave 08-17-2018 (00:00:24)** | DG04.237 |
| | 398:19  Q. The next page in this file, we | |
| | 398:20  now have a threshold change form, don't we? | |
| | 398:21 Correct? | |
| | 398:22  A. Yes. | |
| | 398:23  Q. And it's dated 5/28/08, right? | |
| | 398:24  A. That's what the date is on it, | |
| | 398:25 anticipated effective date 5/28/08. | |
| | 399:1  Q. Yeah, somebody puts 5/28/08 on | |
| | 399:2 it, and it's four months after that date? | |
| 399:5 - 399:6 | **Gustin, Dave 08-17-2018 (00:00:05)** | DG04.238 |
| | 399:5  Q. Somebody put that on there four | |
| | 399:6 months after that date? | |
| 399:10 - 399:10 | **Gustin, Dave 08-17-2018 (00:00:00)** | DG04.239 |
| | 399:10  Q. Correct? | |
| 399:15 - 399:17 | **Gustin, Dave 08-17-2018 (00:00:07)** | DG04.240 |
| | 399:15 This is attached to the e-mail. | |
| | 399:16 That date is not accurate, is it? | |
| | 399:17  A. I have no idea -- | |
| 399:19 - 399:24 | **Gustin, Dave 08-17-2018 (00:00:10)** | DG04.241 |
| | 399:19 THE WITNESS:  -- when the form | |
| | 399:20 was filled out, if it had a date in it | |
| | 399:21 at the time or not, where it could | |
| | 399:22 have been residing.  There are too | |
| | 399:23 many things that are unknowns.  I | |
| | 399:24 can't speak to that. | |
| 400:2 - 400:12 | **Gustin, Dave 08-17-2018 (00:00:22)** | DG04.242 |
| | 400:2  Q. Diane Martin says, "I've got to | |
| | 400:3 create a TCR.  I need a reason."  You give | |
| | 400:4 her a reason, "a reasonable request for a | |
| | 400:5 small increase per Rex Catton," and attached | |
| | 400:6 on the next page is a threshold change | |
| | 400:7 request that says, "Reasonable request for a | |
| | 400:8 small amount increase per Rex Catton," and | |
| | 400:9 you don't know there's a connection? | |
| | 400:10 Is that what you're telling us | |
| | 400:11 here today, you don't know there's a | |

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 400:12 connection? | |
| 400:14 - 400:23 | **Gustin, Dave 08-17-2018 (00:00:16)** | **DG04.243** |
| | 400:14 THE WITNESS:  I'm not saying | |
| | 400:15 that.  I'm saying I can't remember the | |
| | 400:16 particulars surrounding this event ten | |
| | 400:17 years later. | |
| | 400:18 QUESTIONS BY MR. KENNEDY: | |
| | 400:19   Q. Look at this, Blaine Snider | |
| | 400:20 signs it.  And he's -- this is the threshold | |
| | 400:21 change request that's created in September. | |
| | 400:22 And he signs it.  He puts down May 28, '08, | |
| | 400:23 for his signature. | |
| 401:2 - 401:2 | **Gustin, Dave 08-17-2018 (00:00:01)** | **DG04.244** |
| | 401:2   Q. That ain't accurate, is it? | |
| 401:5 - 401:5 | **Gustin, Dave 08-17-2018 (00:00:01)** | **DG04.245** |
| | 401:5   Q. That's simply not true? | |
| 401:8 - 401:14 | **Gustin, Dave 08-17-2018 (00:00:12)** | **DG04.246** |
| | 401:8   Q. Correct? | |
| | 401:9   A. I can't -- I can't speak to any | |
| | 401:10 of that. | |
| | 401:11   Q. And look at that, you, Dave | |
| | 401:12 Gustin, you approved this, and you put | |
| | 401:13 5/28/08 down, and it's four months later, | |
| | 401:14 correct? | |
| 401:16 - 401:24 | **Gustin, Dave 08-17-2018 (00:00:14)** | **DG04.247** |
| | 401:16 THE WITNESS:  I don't know that | |
| | 401:17 I put my name in there. | |
| | 401:18 QUESTIONS BY MR. KENNEDY: | |
| | 401:19   Q. You think somebody did that for | |
| | 401:20 you? | |
| | 401:21   A. I'm saying I don't have any | |
| | 401:22 idea about this form and exactly what | |
| | 401:23 transpired there.  I can't answer those | |
| | 401:24 questions -- | |
| 401:25 - 402:1 | **Gustin, Dave 08-17-2018 (00:00:01)** | **DG04.248** |
| | 401:25   Q. Is this -- | |
| | 402:1   A. -- ten years after the fact. | |
| 402:2 - 402:10 | **Gustin, Dave 08-17-2018 (00:00:18)** | **DG04.249** |
| | 402:2   Q. Is this when you realized this | |
| | 402:3 monitoring program wasn't going to stand in | |

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
| --- | --- |
| **Page/Line** | **Source** | **ID** |

402:4 the way -- stand in the way of sales?

402:5 When you say, "I need a

402:6 reason," and it gets approved anyway, and you

402:7 start creating threshold change requests four

402:8 months after the fact, is that when you

402:9 realized that this company wasn't serious

402:10 about this program?

**402:13 - 402:14**   **Gustin, Dave 08-17-2018 (00:00:02)**   **DG04.250**

402:13 THE WITNESS:  That's been

402:14 asked, and I've answered that.

**402:18 - 402:18**   **Gustin, Dave 08-17-2018 (00:00:03)**   **DG04.251**

402:18   Q. Give me 59 -- 5017, please.

**402:19 - 404:5**   **Gustin, Dave 08-17-2018 (00:01:40)**   **DG04.309**

402:19 Flip to page -- first page.

402:20 This is an e-mail from you dated December 16,

402:21 2008.

402:22 Do you see that?

402:23   A. Yes.

402:24   Q. And you're e-mailing Micheal

402:25 Bishop.

403:1 And who is Micheal Bishop?

403:2   A. I'm trying to remember, and it

403:3 seems like that your -- corporate -- and I

403:4 can't remember if it was in San Francisco or

403:5 Dallas or what he did.

403:6   Q. And you e-mail him and you

403:7 asked him, "Are you in today," true?

403:8   A. Yes.

403:9   Q. If you turn the page --

403:10   A. Okay.

403:11   Q. -- to .2, you e-mail him the

403:12 same day, same day, December 16, '08, and you

403:13 state, "I need a threshold change request

403:14 from you signed and dated the 30th."  It's

403:15 December 16th.

403:16 Do you see that?  Is that what

403:17 you write?

403:18   A. That's what's written down

403:19 here, yes.

403:20   Q. You say, "I'll use it for the

| Page/Line | Source | ID |
|-----------|--------|-----|

DG04-Dave Gustin Plaintiff and Defense Sunmissions

403:21 30 percent increases I made for the RNAs that
403:22 day after you e-mailed me all those reports."
403:23 Right?
403:24   A. Yes.
403:25   Q. That's not how the system is
404:1 supposed to work, is it?  You don't
404:2 backdate -- you don't backdate threshold
404:3 change requests, right?
404:4   A. Again, I have no explanation of
404:5 something ten years ago.

**405:3 - 407:2    Gustin, Dave 08-17-2018 (00:02:28)**                    DG04.252

405:3   Q. If you'll just listen to my
405:4 question, we're going to read every single
405:5 word on these e-mails.  You asked him -- you
405:6 tell him, "I need a TCR from you signed and
405:7 dated the 30th," and it's two weeks after
405:8 that, right?  And then he e-mails you back
405:9 and says, "I'm in a meeting for the next 30."
405:10 True?  Is that what he says?
405:11   A. Yes.
405:12   Q. Now, turn the page and the
405:13 bottom of the next page, later that day, he
405:14 e-mails you back and says, "This is the
405:15 Thanksgiving increase."
405:16 Is that what he says?
405:17   A. Yes.
405:18   Q. And then you e-mail him back up
405:19 above, and you say, "Yep, 11/28," right?
405:20   A. Yeah.
405:21   Q. If you'll turn the page, bottom
405:22 e-mail, it's December 17th, and he sends you
405:23 back a threshold change form, right?
405:24   A. Yes.
405:25   Q. You asked him to sign one,
406:1 backdate it two weeks, and he sent you one
406:2 back, right?
406:3   A. Yes.
406:4   Q. No questions asked.  No, "Hey,
406:5 Dave, this is how we're supposed to do
406:6 things."  He just signs one and sends it

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

406:7 back, true?

406:8   A. Right.  He already knew what it

406:9 was about.

406:10   Q. Go up to the top, you sent

406:11 another e-mail that day.

406:12 You're sending an e-mail on the

406:13 17th, another e-mail, to PGDCM.

406:14 What is that?

406:15   A. PGDCM?  That's the group of

406:16 distribution center managers of the DCs.

406:17   Q. And you say, "All, on

406:18 November 28, I was sent requests by Micheal

406:19 over 200 thresholds to get 30 percent

406:20 increases for various national accounts."

406:21 200, right?

406:22   A. Yes.

406:23   Q. You told Mr. Papantonio how

406:24 busy you were.  You were busy.  Here's 200

406:25 threshold increases of 30 percent that you're

407:1 getting sent in one day, right?

407:2   A. Yes.

| 407:18 - 407:22 | **Gustin, Dave 08-17-2018 (00:00:06)** | DG04.253 |

407:18   Q. Is that what it says, 200 in

407:19 one day?

407:20   A. 200 thresholds?

407:21   Q. Yes.

407:22   A. Yes.

| 407:23 - 408:14 | **Gustin, Dave 08-17-2018 (00:01:00)** | DG04.254 |

407:23   Q. You go on to say, "The attached

407:24 TCR form covers all RNA increases made that

407:25 date.  Please sign and file.  This is not

408:1 routine, but I was the only DRA on and so my

408:2 time was spent making the changes and I may

408:3 have missed some of the e-mails to the DCs.

408:4 Include a copy of this e-mail along with the

408:5 TCR in the file.  Thanks for your patience

408:6 and understanding."

408:7 You sent this on December 17th,

408:8 about something that you had approved on

408:9 November 28th, and you're asking these folks

| Page/Line | Source | ID |
|---|---|---|

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

408:10 two weeks after the fact to sign them and
408:11 file them.  Two weeks after the changes.
408:12   A. Yes.  I was trying to meet the
408:13 responsibility of having documentation on
408:14 file for something that was done.

**414:6 - 415:6**   **Gustin, Dave 08-17-2018 (00:00:57)**   **DG04.255**

414:6   Q. Approving an increase, because
414:7 the customer tells you that they have
414:8 experienced business growth or an increase in
414:9 the sale of opioids is not an appropriate
414:10 reason to increase a threshold, that alone,
414:11 business growth or increase in sales, true?
414:12   A. Not in and of itself, that's
414:13 true.
414:14   Q. In fact, you told the sales
414:15 managers that business growth is not an
414:16 acceptable reason for an increase in the
414:17 threshold, true?  You told them that?
414:18   A. I think so, yes.  Because I
414:19 wanted -- I wanted more than just that kind
414:20 of information.
414:21   Q. Because a pharmacy could have
414:22 increased sales because they're selling to a
414:23 pill mill clinic, true?
414:24   A. That could be one reason why
414:25 they did.
415:1   Q. They could have increased sales
415:2 because they're filling fraudulent
415:3 prescriptions, right?
415:4   A. There are a lot of reasons that
415:5 they could have increased -- have increased
415:6 business.

**415:10 - 415:10**   **Gustin, Dave 08-17-2018 (00:00:02)**   **DG04.256**

415:10   Q. Give me 6015, please.

**415:11 - 416:18**   **Gustin, Dave 08-17-2018 (00:01:33)**   **DG04.310**

415:11 This says, "RNA CSMP Process
415:12 Review with Dave Gustin and Joe Lumpkin," and
415:13 it's dated November 7, 2012.
415:14 Do you see that?
415:15   A. Yes.

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

415:16  Q. Meeting notes, this is from a
415:17 meeting that you had, and who were all these
415:18 attendees?  Who are those folks?
415:19 Just are they salespeople?  Are
415:20 they people from the distribution center or
415:21 both?
415:22   A. I need to look at the names to
415:23 know that.
415:24 I believe these are retail
415:25 national account reps in the Carrollton or
416:1 Dallas area.
416:2   Q. And from your meeting notes, it
416:3 states, "When requesting an increase, we need
416:4 to provide specific details.  Why?  In most
416:5 cases, 'Business growth' is not an acceptable
416:6 answer.  If a clinic opened up nearby, we
416:7 need the name of the clinic.  If they
416:8 acquired a pharmacy, they will be granted
416:9 increases based upon that acquisition only
416:10 when the new scripts actually start coming in
416:11 and causes thresholds to increase.  The name
416:12 of the pharmacy will be required on the TCR
416:13 request."
416:14 Is that what you were telling
416:15 people, business growth by itself not enough?
416:16   A. I think this is at a training
416:17 session that was conducted, and that sounds
416:18 familiar.

| 416:22 - 416:22 | **Gustin, Dave 08-17-2018 (00:00:02)** | DG04.257 |

416:22   Q. Give me 6019.

| 416:23 - 418:1 | **Gustin, Dave 08-17-2018 (00:01:07)** | DG04.311 |

416:23 Let's look at the top page.
416:24 This is from SharePoint where you said, "The
416:25 TCR -- the threshold change request
417:1 information and documentation would be stored
417:2 starting in 2010," correct?  This is from
417:3 SharePoint.
417:4 Do you see that?
417:5   A. Yes.
417:6   Q. And that's -- again, that's

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

417:7 where the information, the documentation, the
417:8 threshold change requests, that's where it
417:9 would be stored at McKesson, correct?
417:10  A. Yes.
417:11  Q. And this is from SharePoint to
417:12 Cabrera, Edwin, cc to you, "Status of
417:13 threshold change request for Rigley's Drug
417:14 Stores."
417:15 Did I read that right?
417:16  A. Yes.
417:17  Q. And it says, "Greetings.  Your
417:18 threshold change request for Rigley's Drug
417:19 Stores 1290 has been approved.  Change type,
417:20 permanent."
417:21 So permanent change, right?
417:22 Does it say, "Reason,
417:23 permanent, business growth.  Should be
417:24 supported by corresponding sales increase"?
417:25 Two words, "business growth."
418:1 And this is hydrocodone.

**418:5 - 418:17**  **Gustin, Dave 08-17-2018 (00:00:50)**  **DG04.258**

418:5  Q. Is that what it says?
418:6  A. You read it correctly.
418:7  Q. It says you approved it, right?
418:8  A. Yes.
418:9  Q. And this Exhibit 664 is -- from
418:10 what we were able to find out from
418:11 SharePoint, it is 106 times that you approved
418:12 a threshold change request with a two-word
418:13 explanation, business growth.  106 times.
418:14  A. Yeah, back in 2011.
418:15  Q. Yeah, in a two-year period that
418:16 we were given in SharePoint, in a two-year
418:17 period, business growth, that's it.

**418:21 - 418:21**  **Gustin, Dave 08-17-2018 (00:00:01)**  **DG04.259**

418:21  Q. 106 times.

**418:22 - 418:25**  **Gustin, Dave 08-17-2018 (00:00:05)**  **DG04.312**

418:22  A. Was there a question?
418:23  Q. If you want to look through
418:24 there.  You want to look through there?

| Page/Line | Source | ID |
|---|---|---|
| | 418:25  A. No. | |
| 422:19 - 422:19 | **Gustin, Dave 08-17-2018 (00:00:02)** | **DG04.319** |
| | 422:19  Q. Give me 5096. | |
| 422:19 - 423:17 | **Gustin, Dave 08-17-2018 (00:01:00)** | **DG04.313** |
| | 422:19  Q. .  This is another | |
| | 422:20 threshold change form from 3/29/11. | |
| | 422:21 Do you see that? | |
| | 422:22  A. Yes. | |
| | 422:23  Q. And there's four of them here. | |
| | 422:24 All of them from 3/29/11. | |
| | 422:25 The first one says, "Sinks | |
| | 423:1 Pharmacy." | |
| | 423:2 Do you see that? | |
| | 423:3  A. Yes. | |
| | 423:4  Q. 20 percent increase of | |
| | 423:5 hydrocodone, and the reason for requested | |
| | 423:6 change, and it says, "Be specific.  Include | |
| | 423:7 supporting documentation."  And it's, "Spoke | |
| | 423:8 with pharmacist.  She indicated that she | |
| | 423:9 needed an increase because they are seeing | |
| | 423:10 more scripts coming in for hydrocodone.  She | |
| | 423:11 asked 10 percent.  I upped it 20 percent." | |
| | 423:12 Do you see that? | |
| | 423:13  A. To restore the buffer. | |
| | 423:14  Q. Yeah, the customer is saying, | |
| | 423:15 "Give me 10 percent," and McKesson is giving | |
| | 423:16 them 20.  Is that how you were setting and | |
| | 423:17 maintaining thresholds? | |
| 423:21 - 425:11 | **Gustin, Dave 08-17-2018 (00:01:58)** | **DG04.261** |
| | 423:21  Q. Is that how you were doing it? | |
| | 423:22  A. I have -- I have no idea what | |
| | 423:23 information would -- went into making these | |
| | 423:24 changes and what phone calls were made and | |
| | 423:25 what reports I was looking at or anything | |
| | 424:1 else.  So I -- | |
| | 424:2  Q. All right.  This first one says | |
| | 424:3 under specific reason, "Pharmacist said | |
| | 424:4 seeing more scripts -- seeing more scripts | |
| | 424:5 coming in." | |
| | 424:6 Look at the next page, same | |

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

424:7 date, different pharmacy, under reason,

424:8 pharmacist says, "Seeing more scripts coming

424:9 through."

424:10 Same language, same reason, on

424:11 the next page, just a different pharmacy,

424:12 right?

424:13   A. Yes.

424:14   Q. And again, whoever is filling

424:15 these out said, "Hey, the pharmacist wanted

424:16 10 percent, but I bumped it to 20," right?

424:17   A. Yes.

424:18   Q. Look at the next page, same

424:19 date, different pharmacy, under reason for

424:20 request, same reason, pharmacist says,

424:21 "Seeing more prescriptions coming in,

424:22 OxyContin, oxycodones," right?

424:23 Is that right?  Oxycodone?

424:24   A. Yes.

424:25   Q. And, again, whoever is filling

425:1 it out said, "Hey, they asked for 10, but I'm

425:2 bumping it up to 20," is that what it said

425:3 again?

425:4   A. Yes.

425:5   Q. Next page, same date, different

425:6 pharmacy, 20 percent increase, same exact

425:7 language, pharmacist said, "Seeing more

425:8 scripts coming in.  Requested 10 percent, but

425:9 I bumped it up to 20."

425:10 Is that what it says?

425:11   A. Yes.

**427:7 - 427:19**        **Gustin, Dave 08-17-2018 (00:00:34)**                    **DG04.262**

427:7   Q. Let's talk about level 1

427:8 investigations.

427:9 All right?

427:10   A. Okay.

427:11   Q. When a pharmacy got close to

427:12 their threshold, they get warned once in

427:13 writing and then maybe once or twice with

427:14 phone calls.  We've established that, right?

427:15   A. It sounds right.

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 427:16  Q. Despite the warnings, if a | |
| | 427:17 pharmacy ordered an opioid in excess of their | |
| | 427:18 threshold, that triggered a level 1 review or | |
| | 427:19 investigation under your policies? | |
| 427:22 - 427:23 | **Gustin, Dave 08-17-2018 (00:00:04)** | DG04.263 |
| | 427:22 THE WITNESS:  I think that that | |
| | 427:23 sounds like CSMP program level 1. | |
| 428:10 - 429:10 | **Gustin, Dave 08-17-2018 (00:00:45)** | DG04.264 |
| | 428:10  Q. That's right in the program, | |
| | 428:11 isn't it? | |
| | 428:12  A. It became -- it became a -- | |
| | 428:13 something of interest that needed to be | |
| | 428:14 looked at, yes. | |
| | 428:15  Q. You were review -- it was of | |
| | 428:16 interest because they ordered over their | |
| | 428:17 threshold and it was the first step in | |
| | 428:18 evaluating something that might lead to a | |
| | 428:19 report to the DEA as being suspicious, right? | |
| | 428:20 That's what level 1 was? | |
| | 428:21  A. Yeah.  If it got to a level 3 | |
| | 428:22 by then, yes. | |
| | 428:23  Q. Correct. | |
| | 428:24 So these level 1 | |
| | 428:25 investigations, they were important, somebody | |
| | 429:1 has ordered over their threshold, right? | |
| | 429:2  A. They were -- they were | |
| | 429:3 important to follow up on, yes. | |
| | 429:4  Q. Absolutely important. | |
| | 429:5 They were required, for every | |
| | 429:6 time somebody ordered over their threshold, | |
| | 429:7 it was required that a level 1 investigation | |
| | 429:8 take place, right? | |
| | 429:9  A. I don't have the program | |
| | 429:10 memorized, but that sounds right. | |
| 429:14 - 429:17 | **Gustin, Dave 08-17-2018 (00:00:08)** | DG04.265 |
| | 429:14  Q. Legal -- excuse me, level 1 | |
| | 429:15 investigations were a one-page form? | |
| | 429:16  A. One-page form.  Yes, it was a | |
| | 429:17 one-page form, as I remember. | |
| 429:23 - 430:7 | **Gustin, Dave 08-17-2018 (00:00:28)** | DG04.266 |

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
|---|---|

| Page/Line | Source | ID |
|---|---|---|

429:23   Q. And retail sales managers were
429:24 doing level 1 investigations, weren't they,
429:25 retail sales managers?
430:1   A. As I recall, when the program
430:2 started, it was someone in-house making those
430:3 phone calls.  I don't remember retail sale --
430:4 sales managers doing the call, at least
430:5 initially.  I think they could find out about
430:6 it and from time to time talk to the
430:7 customer.

**430:11 - 430:12    Gustin, Dave 08-17-2018 (00:00:08)**          **DG04.267**

430:11   Q. Give me 579, please.  That's
430:12 wrong.  I'm sorry, 5050, Exhibit 579.

**430:12 - 432:6    Gustin, Dave 08-17-2018 (00:01:45)**          **DG04.314**

430:12 Do you
430:13 see this?
430:14 This is from you, dated
430:15 3/17/2010; is that right?  You're -- you sent
430:16 this out?
430:17   A. Yes.
430:18   Q. Who are all of these people?
430:19 Are those all the -- are those salespeople,
430:20 at least part of them?
430:21   A. They're almost everybody in the
430:22 region.  It's DCMs and sales folks and ARCOS
430:23 clerks.  Anybody involved in the program in
430:24 ops or sales, yes.
430:25   Q. Look to the next page.  This is
431:1 what you tell everybody.
431:2   A. On the V code omit report?
431:3   Q. Yeah, this is the V code omit
431:4 report.
431:5 "If an account appears in this
431:6 report, it is because the customer tried to
431:7 order a CSMP-regulated item and it failed to
431:8 fill as complete, if at all."
431:9 If somebody ordered over their
431:10 threshold, you would get an omit, it wouldn't
431:11 get filled, true?  Is that true?
431:12   A. That's right.

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

431:13  Q. Then you say, "The
431:14 responsibility for the DC or sales
431:15 partner" -- so salespeople are involved,
431:16 right?
431:17 "Responsibility for the DC or
431:18 sales partner is to contact the customer, ask
431:19 the questions that are on the level 1
431:20 observation form."
431:21 Do you see that?
431:22  A. Yes.
431:23  Q. So the salespeople, retail
431:24 salespeople, are doing level 1 investigations
431:25 of their own customers, right?
432:1  A. I think that's what I said.
432:2 It's the DC's responsibility, but sometimes
432:3 the sales partner would --
432:4  Q. Right.
432:5  A. -- contact the customer.
432:6  Q. Right.

| 432:23 - 433:7 | **Gustin, Dave 08-17-2018 (00:00:23)** | **DG04.268** |

432:23  Q. You say, "The responsibility
432:24 for the DC or sales partner is to contact the
432:25 customer, ask the questions on the level 1
433:1 observation form."
433:2 Is that what it says?
433:3  A. Yes.
433:4  Q. And you -- did you know and
433:5 understand that the salespeople were paid a
433:6 commission based upon their sales?
433:7 Did you know that?

| 433:10 - 433:13 | **Gustin, Dave 08-17-2018 (00:00:08)** | **DG04.269** |

433:10 THE WITNESS:  I don't know that
433:11 that was true or if it was and it was
433:12 changed or -- I don't -- I can't say
433:13 one way or the other for sure.

| 434:8 - 434:19 | **Gustin, Dave 08-17-2018 (00:00:30)** | **DG04.270** |

434:8 QUESTIONS BY MR. KENNEDY:
434:9  Q. I asked you that.
434:10 Do you know -- did you know and
434:11 understand that, that they could double their

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

434:12 income with commissions based upon sales?

434:13   A. Okay.  I answered that.  I

434:14 didn't -- I don't know that that was true.

434:15   Q. All right.  And let me ask you

434:16 this:  Did you -- did you know and did you

434:17 understand that the commission that they were

434:18 getting paid up until halfway through 2012

434:19 was a commission on opioids?

**434:23 - 435:6**     **Gustin, Dave 08-17-2018 (00:00:16)**     **DG04.271**

434:23   Q. Did you know that?  I mean,

434:24 you're running the program.

434:25   A. I don't know if that's true.

435:1   Q. And you're putting these people

435:2 in charge of doing level 1 investigations.

435:3 Did you know that they were getting

435:4 commissions on the sales of narcotics?  Did

435:5 you know that?

435:6   A. I don't remember that.

**436:7 - 436:17**     **Gustin, Dave 08-17-2018 (00:00:32)**     **DG04.273**

436:7 THE WITNESS:  I don't know.

436:8 QUESTIONS BY MR. KENNEDY:

436:9   Q. Now, you told these sales folks

436:10 that if they were going to do level 1

436:11 investigations, they needed to put an

436:12 accurate reason down on that level 1

436:13 investigation, they needed an accurate reason

436:14 as to why their customer ordered over the

436:15 threshold.  Weren't they told that

436:16 specifically?

436:17   A. I always wanted a good reason.

**438:18 - 438:18**     **Gustin, Dave 08-17-2018 (00:00:03)**     **DG04.274**

438:18   Q. Give me 6022, please.

**438:19 - 439:9**     **Gustin, Dave 08-17-2018 (00:00:44)**     **DG04.315**

438:19 This exhibit, that we just

438:20 handed you, this is a level 1 documentation

438:21 form, is it not?  Is it not, sir?

438:22   A. This looks really odd.

438:23   Q. Does it say, "CSMP -

438:24 Observation/Level 1/Documentation form"?  Is

438:25 that what it says?

| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

439:1   A. Yes, it's just not how I
439:2 remember them looking.
439:3   Q. All right.  Customer, up top,
439:4 Kealey Pharmacies, right, is that what it
439:5 references?
439:6   A. Yes.
439:7   Q. Matt Lange, retail sales
439:8 manager, he's doing a level 1 investigation
439:9 of his client, is he not?

439:21 - 440:5   **Gustin, Dave 08-17-2018 (00:00:23)**   DG04.275

439:21 QUESTIONS BY MR. KENNEDY:
439:22   Q. All right.  RSM, so he's a
439:23 retail sales manager?
439:24   A. It says he's an RSM title, yes.
439:25   Q. And then the first question:
440:1 "Are you aware that you exceeded your
440:2 threshold for items?  If so, can you
440:3 explain?"  Answer:  "Yes."
440:4 Do you see that?
440:5   A. Yes.

440:19 - 441:20   **Gustin, Dave 08-17-2018 (00:01:09)**   DG04.276

440:19   Q. Did you agree it was important
440:20 and it was required to put a reason down?
440:21   A. I thought it was important to
440:22 have a good reason.
440:23   Q. Is that a good reason, yes, and
440:24 nothing at all?
440:25   A. I have no idea what
441:1 conversations or other things went into this.
441:2   Q. They're supposed to put it on
441:3 the form.  It says right there, "If so,
441:4 explain."  This is the form.
441:5   A. Okay.  But this looks like it
441:6 was back in 2009, very early in the program,
441:7 and it -- as I think I've mentioned before,
441:8 the program evolved over time and we got
441:9 better at things.
441:10   Q. That's --
441:11   A. This doesn't look like
441:12 something that I would have liked in 2012.

| Page/Line | Source | ID |
|---|---|---|
| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |

441:13   Q. Let's go to the next page, .8.
441:14 There's Tim Ashworth.  He's a
441:15 retail sales manager.  He's doing an
441:16 investigation on oxycodone.  "Are you aware
441:17 that you've exceeded your threshold," is the
441:18 question.  "If so, can you explain?"  His
441:19 answer is, "yes," with no explanation.
441:20 That's not adequate, is it?

**441:23 - 442:3**     **Gustin, Dave 08-17-2018 (00:00:09)**     **DG04.277**

441:23 THE WITNESS:  Again, I don't
441:24 know what went into this, and it's a
441:25 level 1 form, meaning we don't know if
442:1 they got any increases or anything
442:2 else, or if it just stopped here,
442:3 so...

**442:7 - 442:13**     **Gustin, Dave 08-17-2018 (00:00:19)**     **DG04.278**

442:7 It's supposed to be documented
442:8 here on this form, correct?
442:9   A. Like I told you, I don't -- I
442:10 don't really recognize this form in this
442:11 state, so I -- something nine years ago and
442:12 I -- that I didn't see, I have a hard time
442:13 trying to address it.

**442:14 - 442:21**     **Gustin, Dave 08-17-2018 (00:00:14)**     **DG04.279**

442:14   Q. But you also had the
442:15 responsibility to review all of these forms
442:16 once a month to make sure they were filled
442:17 out properly and filed, didn't you?  That was
442:18 part of your responsibility?
442:19   A. I don't remember that as being
442:20 part of my responsibility to review level 1
442:21 forms.

**442:22 - 443:10**     **Gustin, Dave 08-17-2018 (00:00:35)**     **DG04.280**

442:22   Q. Look at the next page, Ashworth
442:23 again.  "Are you aware you exceeded your
442:24 threshold?  If so, please explain."  No
442:25 explanation, again, right?  And we can go on
443:1 and on.
443:2   A. Need an explanation for an
443:3 increase.  This does not imply an increase,

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 443:4 so I don't know where we're going with this. | |
|  | 443:5   Q. Oh, doesn't involve an | |
|  | 443:6 increase?  So they don't have to -- | |
|  | 443:7   A. A level 1 doesn't involve an | |
|  | 443:8 increase. | |
|  | 443:9   Q. So they don't have to fill out | |
|  | 443:10 the form right? | |
| 443:12 - 444:4 | **Gustin, Dave 08-17-2018 (00:00:34)** | **DG04.281** |
|  | 443:12 THE WITNESS:  I don't think | |
|  | 443:13 that's what I said. | |
|  | 443:14 QUESTIONS BY MR. KENNEDY: | |
|  | 443:15   Q. Okay.  They still need to fill | |
|  | 443:16 out the form correctly, right, whether it | |
|  | 443:17 involves an increase or not? | |
|  | 443:18   A. I'm trying to -- trouble with | |
|  | 443:19 the concept of needing an explanation for an | |
|  | 443:20 increase that you're not going to ask for or | |
|  | 443:21 get. | |
|  | 443:22   Q. You've filled the form out | |
|  | 443:23 correctly whether or not there's a request | |
|  | 443:24 for an increase.  This is a level 1 | |
|  | 443:25 investigation.  You fill the form out.  You | |
|  | 444:1 ask the questions.  You do the investigation | |
|  | 444:2 regardless of whether or not they request an | |
|  | 444:3 increase.  Isn't that the way things were | |
|  | 444:4 supposed to be run? | |
| 444:7 - 444:8 | **Gustin, Dave 08-17-2018 (00:00:03)** | **DG04.282** |
|  | 444:7 THE WITNESS:  That's -- that | |
|  | 444:8 sounds kind of bizarre to me. | |
| 444:10 - 444:11 | **Gustin, Dave 08-17-2018 (00:00:12)** | **DG04.283** |
|  | 444:10   Q. Give me 579, please.  I'm | |
|  | 444:11 sorry.  5050. | |
| 444:11 - 444:11 | **Gustin, Dave 08-17-2018 (00:00:02)** | **DG04.316** |
|  | 444:11 This is what you wrote. | |
| 444:24 - 445:8 | **Gustin, Dave 08-17-2018 (00:00:27)** | **DG04.284** |
|  | 444:24   Q. Let's read this exhibit.  Let's | |
|  | 444:25 read this exhibit.  This is you stating, "The | |
|  | 445:1 responsibility for the DC or sales partner is | |
|  | 445:2 to contact the customer, ask the question if | |
|  | 445:3 they're on the level 1 observation form and | |

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
| --- | --- | --- |
| Page/Line | Source | ID |

445:4 then react accordingly with either a TCR or
445:5 just the advisory on the form, which must be
445:6 submitted to the DC CSMP files in any case
445:7 that an increase is not needed.  In any
445:8 case" --

**445:17 - 446:13**  **Gustin, Dave 08-17-2018 (00:00:48)**  **DG04.285**

445:17   Q. 5050, this is your statement.
445:18 You're talking about level 1 forms.
445:19 Do you see that?  We've been
445:20 through this before.
445:21   A. Yes.
445:22   Q. Do you see that?
445:23 And do you tell everybody in
445:24 this long list, "In any case, we need an
445:25 accurate reason for why the account tried to
446:1 order more than their THD permits, whether
446:2 they want an increase or not."
446:3 Was that your statement?
446:4   A. Yes.
446:5   Q. And nobody is doing it?
446:6   A. Okay.
446:7   Q. Correct?
446:8   A. Nobody is -- nobody is doing it
446:9 in 2009, and this statement is in 2010.
446:10   Q. All right.
446:11   A. Could very well be that this
446:12 statement is in response to the fact that
446:13 they weren't doing it.  I don't know.

**447:15 - 448:12**  **Gustin, Dave 08-17-2018 (00:01:08)**  **DG04.286**

447:15 Exhibit 656 is an audit report.
447:16 Do you see that?
447:17   A. Yes, I do.
447:18   Q. This is from March 14, 2011,
447:19 true?
447:20   A. Yes, it seems --
447:21   Q. And McKesson is doing this
447:22 audit of some of their distribution centers;
447:23 is that right?
447:24   A. Well, I'm not familiar with
447:25 this, but that looks right.

| | DG04-Dave Gustin Plaintiff and Defense Sunmissions | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

448:1  Q. Go to .4.  Scope and
448:2 objectives.
448:3 Do you see that?
448:4  A. Yes.
448:5  Q. It says, "Our primary audit
448:6 objectives were as follows:  Evaluate
448:7 distribution center financial and operational
448:8 controls, leveraging selected STARS program
448:9 workbooks," and under that "regulatory Drug
448:10 Enforcement Administration."
448:11 Do you understand that to be
448:12 the purpose of audits?

**448:16 - 448:25      Gustin, Dave 08-17-2018 (00:00:32)**                    **DG04.287**

448:16  Q. You said you were involved with
448:17 STARS?
448:18  A. Yeah, I'm reading the verbiage
448:19 on this because -- yeah.
448:20  Q. Go to .12.
448:21  A. Oh, I'm sorry.
448:22  Q. Are you on .12?
448:23  A. Yes.
448:24  Q. Does it say, "Level 1 forms"?
448:25  A. Yes.

**449:24 - 450:9       Gustin, Dave 08-17-2018 (00:00:28)**                    **DG04.288**

449:24  Q. Well, New Castle, that's in the
449:25 east region, right, and it states there, "The
450:1 omit reports" -- that's when people order
450:2 over the thresholds.  "The omit reports were
450:3 not being signed by DC management as required
450:4 by policy.  In addition, the required level 1
450:5 forms were not completed for 21 of 30 omits
450:6 in July 2010 and 20 of 27 omits in
450:7 November 2010."
450:8 Was that because the retail
450:9 sales managers were doing the investigations?

**450:12 - 451:6       Gustin, Dave 08-17-2018 (00:00:47)**                    **DG04.289**

450:12  Q. Do you know?
450:13  A. I have no way of knowing that.
450:14  Q. New Castle -- excuse me,
450:15 Washington Court House, that's one of your

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

450:16 distribution centers, true?

450:17   A. Yes.

450:18   Q. And it states there, "The

450:19 required level 1 forms were not completed for

450:20 all 19 omits in July of 2010, and all 11

450:21 omits in November."

450:22 What was done about that?

450:23   A. This is seven years ago.  I

450:24 really -- I don't remember.  This would have

450:25 been an audit that would have been passed on

451:1 back to the folks at the distribution center

451:2 to respond to and correct.  I wouldn't

451:3 necessarily have seen this, so I can't speak

451:4 to it.

451:5   Q. People aren't taking this

451:6 level 1 review very seriously, are they?

| 451:9 - 451:12 | **Gustin, Dave 08-17-2018 (00:00:15)** | DG04.290 |

451:9   Q. Are they?

451:10   A. I can't say yes or no to that.

451:11   Q. Go back to -- if we can go back

451:12 to 6007, which is Exhibit 651.

| 451:12 - 452:23 | **Gustin, Dave 08-17-2018 (00:01:39)** | DG04.317 |

451:12 If you look

451:13 at the second page of exhibit -- first of

451:14 all, 651, this is -- this is the e-mail that

451:15 you sent out to all the salespeople and all

451:16 these folks that are working in the

451:17 distribution center, true?  We've looked at

451:18 this already.

451:19   A. Yes, we did, or it looks like

451:20 the one we looked at.

451:21   Q. And you're talking about

451:22 level 1 reports in this.  We've been through

451:23 that, true?

451:24   A. Yes.

451:25   Q. And you state at the bottom --

452:1 you state at the bottom and you underline it,

452:2 "Please do not assume the reason."  That's

452:3 the reason for the order over the threshold.

452:4 You say, "Please do not assume

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

452:5 the reason, then fill out a form as if a call
452:6 had taken place.  If we ever find ourselves
452:7 in a court of law regarding diversion and
452:8 then we have to admit that we didn't really
452:9 call the customer but rather just filled the
452:10 form out like we had called, it will not be
452:11 pretty.  Word of advice."
452:12 Why did you find a need to tell
452:13 the sales reps not to fabricate the forms
452:14 like they had actually done the
452:15 investigation?  Why did you find that need?
452:16   A. As I recall, there was a
452:17 salesperson who gave me information and then
452:18 subsequent to that, I went back and then
452:19 asked where they had gotten that, and I
452:20 wasn't satisfied with the answer that I got.
452:21 He ended up leaving not long after that, and
452:22 that was just to make sure that nobody else
452:23 felt like that was acceptable behavior.

453:4 - 453:9    **Gustin, Dave 08-17-2018 (00:00:09)**    **DG04.291**

453:4   Q. A pharmacy orders over their
453:5 threshold, that's going to trigger this
453:6 investigation, correct?
453:7   A. A level 1?
453:8   Q. Yes.
453:9   A. Yes.

453:10 - 453:17    **Gustin, Dave 08-17-2018 (00:00:15)**    **DG04.292**

453:10   Q. Going to trigger a level 1
453:11 investigation.  The order is stopped, right?
453:12 You're not going to ship it
453:13 until the level 1 investigation takes place,
453:14 true?
453:15   A. That's the way the system is
453:16 supposed to work, is that it doesn't get
453:17 shipped.  It gets canceled in the system.

478:12 - 481:7    **Gustin, Dave 08-17-2018 (00:03:08)**    **DG04.293**

478:12   Q. Mr. Gustin, when did you join
478:13 McKesson?
478:14   A. McKesson?
478:15   Q. Yes, sir.

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

| Page/Line | Source | ID |
|---|---|---|

478:16   A. I think it was February 21,

478:17 1995, not long after getting back from Benin,

478:18 West Africa.

478:19   Q. All right.  And what were you

478:20 doing in Benin, West Africa?

478:21   A. I was a -- I was there to be a

478:22 field team administrator for a team of

478:23 missionaries.

478:24   Q. How long were you a missionary?

478:25   A. For about six years.

479:1   Q. And I think I heard you mention

479:2 during your direct you were in the Marines at

479:3 one time -- or during -- when plaintiff's

479:4 counsel was questioning you, you were in the

479:5 Marines?

479:6   A. I joined the Marines, yes.

479:7   Q. And when were you in the

479:8 Marines?

479:9   A. I was in the Marines back in

479:10 '69 and '70.

479:11   Q. So when did you become a

479:12 director of regulatory affairs at McKesson?

479:13   A. I was well into my career at

479:14 McKesson.  It was somewhere back in 2008, I

479:15 think.

479:16   Q. And so before -- just tell us

479:17 briefly, between the time you joined McKesson

479:18 and when you became a director of regulatory

479:19 affairs, what jobs did you hold at McKesson

479:20 Corporation?

479:21   A. Well, I started as an hourly

479:22 employee.  Early on they recognized that

479:23 I had had something extra to offer, and so

479:24 they made me a member of the management team.

479:25 And a few years later, I was both the

480:1 inventory manager and the office manager at

480:2 the Washington Court House DC working in

480:3 operations.  Then I became the senior asset

480:4 manager for the North Central region and

480:5 dealt with all of the distribution center

| Page/Line | Source | ID |
|---|---|---|

480:6 inventory managers over the security and loss
480:7 prevention inventory.  And then Don Walker
480:8 called me in 2008 and said he was forming a
480:9 team, this team, and asked me to join it.
480:10   Q. All right.  And that's when you
480:11 became a director of regulatory affairs?
480:12   A. I did, yes.
480:13   Q. So tell us briefly, what were
480:14 your job responsibilities as a director of
480:15 regulatory affairs.
480:16   A. One of the main
480:17 responsibilities naturally was managing to
480:18 thresholds and threshold increases and
480:19 vetting customers, especially the ones that
480:20 caught my eye as a result of something about
480:21 their order patterns or, you know, whatever.
480:22 So I visited customers a lot.  I looked at
480:23 the Internet a lot to try and ferret out any
480:24 potential problem areas surrounding either a
480:25 new customer or an existing customer.  Just
481:1 did a lot of research, a lot of
481:2 investigation.  That took a lot of my time.
481:3   Q. And you held a position of
481:4 director of regulatory affairs for about
481:5 seven years until 2013, correct?
481:6   A. Yeah, with about five of it as
481:7 a field DRA and the other as an auditor.

**481:12 - 482:22**          **Gustin, Dave 08-17-2018 (00:01:43)**          **DG04.294**

481:12   Q. Now, you testified today about
481:13 terminating or refusing to onboard pharmacies
481:14 within your territory.
481:15 Do you recall that?
481:16   A. Yes.
481:17   Q. Okay.  And why would you cut
481:18 off sale of controlled substances to
481:19 pharmacies?
481:20   A. Upon review, oftentimes on
481:21 site, something that I would see, something
481:22 that I would hear would give me pause,
481:23 whether it was a pharmacy that I sat in the

| Page/Line | Source | ID |
|---|---|---|

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

481:24 parking lot outside of St. Louis and watched
481:25 Kentucky license plates coming onto the
482:1 parking lot and going in and getting drugs or
482:2 unsatisfactory answer from the owner, manager
482:3 of Gwinn's pharmacy or, you know, something
482:4 to that effect.
482:5   Q. And approximately how many
482:6 pharmacies did you terminate during the time
482:7 that you were director of regulatory affairs?
482:8   A. I believe it was somewhere
482:9 between, I don't know, 19, 20, 20-something,
482:10 maybe 23, somewhere in that range.  I can't
482:11 remember for sure.
482:12   Q. And after you would terminate a
482:13 pharmacy, would you take any steps to notify
482:14 the DEA that you had done that?
482:15   A. I would -- yes, I would notify
482:16 the local field office.
482:17   Q. All right.  And were there also
482:18 times that -- you talked about sort of
482:19 cutting off a pharmacy.
482:20 Were there times that you also
482:21 refused to onboard a pharmacy or allow a
482:22 pharmacy to become a McKesson customer?

| 482:24 - 484:24 | **Gustin, Dave 08-17-2018 (00:02:15)** | DG04.295 |

482:24 THE WITNESS:  Yes, there were
482:25 multiple times that a salesperson
483:1 asked me if I would go and visit a
483:2 pharmacy before they invested any time
483:3 or whatever to see if -- what my
483:4 feelings on that pharmacy were, and I
483:5 came back with a negative answer.  And
483:6 in each of those instances, I let the
483:7 DEA know that we didn't bring them on
483:8 board so that they would have a
483:9 heads-up.
483:10 QUESTIONS BY MS. BROWNING:
483:11   Q. Now, you were asked some
483:12 questions earlier about Community Drug and
483:13 your interactions with them.  I think they're

| Page/Line | Source | ID |
|-----------|--------|-----|

**DG04-Dave Gustin Plaintiff and Defense Sunmissions**

483:14 in Manchester, Kentucky; is that correct?

483:15   A. Yes.

483:16   Q. After you cut off -- you

483:17 terminated sales of controls to Community

483:18 Drug, correct?

483:19   A. Yes.

483:20   Q. And after you did that, did you

483:21 notify the DEA?

483:22   A. Yes.

483:23   Q. And what -- tell us about that.

483:24   A. My recollection of that, and

483:25 it's been a long time ago, was that I was

484:1 asking questions about them.  After they

484:2 became on board, I asked more questions about

484:3 them.  I began hearing things that were

484:4 unsettling.  I followed up by phone calls to

484:5 the Board of Pharmacy.  I'm not sure, but it

484:6 seemed like there was potential action, and

484:7 then as is the case sometimes, and this

484:8 happened outside of St. Louis, too, they

484:9 didn't want to have them just cut off, if

484:10 they were in the middle of an investigation,

484:11 and, therefore, be given a heads-up that

484:12 something might be up.  So we reduced them to

484:13 standard thresholds, and I refused to talk

484:14 with the owner any, you know, after that, and

484:15 I don't know that I talked with him before

484:16 that.

484:17 And I remember we ended up --

484:18 the DEA ended up taking action on them.

484:19 Naturally, we -- not too much after that, I

484:20 got a phone call from the DEA, I think it was

484:21 Jeff Connors and a supervisor or something

484:22 like that.  They congratulated me on it and

484:23 asked what might have tipped off that it

484:24 wasn't a good pharmacy.

| 485:6 - 485:23 | **Gustin, Dave 08-17-2018 (00:00:47)** | **DG04.296** |

485:6   Q. When you would contact the DEA

485:7 about customers, how would they respond?

485:8   A. Oftentimes they would play it

| DG04-Dave Gustin Plaintiff and Defense Sunmissions | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

485:9 very close to the vest.  They didn't want to
485:10 say too much over the phone or tell me too
485:11 much of anything.  About the best I could
485:12 hope for was there was a DEA agent, I think
485:13 his name was Dave Tatemple [phonetic], and he
485:14 operated in the St. Louis market, and he
485:15 would give me cryptic -- kind of cryptic
485:16 replies saying, "Well, as a matter of fact,
485:17 we are aware of that customer," something to
485:18 that effect.
485:19 I think that kept him from
485:20 saying too much, and at the same time it
485:21 gave -- it gave me a heads-up that there may
485:22 be something to really look at on that
485:23 customer form.  It's just not go near him.

Plaintiffs' Designations = 02:10:16
Defense Completeness Designations = 00:26:53
Plaintiffs' Counter Counter Designations  = 00:03:49
Defense Counters = 00:07:57
**Total Time = 02:48:55**