## Designation Run Report

# Nathan Hartle Fact

---

**Hartle, Nathan 08-01-2018**

---

**Plaintiffs Affirmative Designations    01:12:22**

**Defense Counter Designations    00:03:51**

**Defense Completeness Counters  00:07:23**

**Plaintiff Counter Counters  00:01:36**

**Total Time  01:25:12**



| Page/Line | Source | ID |
|---|---|---|
| | NH02-CT2_Nathan Hartle Fact | |

| Page/Line | Source | ID |
|---|---|---|
| 15:7 - 16:12 | **Hartle, Nathan 08-01-2018 (00:00:44)** | NH02.1 |

15:7   Q. Could you state your name,
15:8 please?
15:9   A. Nathan John Hartle.  I go by
15:10 Nate.
15:11   Q. Mr. Hartle, my name is Troy
15:12 Rafferty.  I'm going to be asking you some
15:13 questions today.
15:14 Okay?
15:15   A. Okay.
15:16   Q. Who is your current employer?
15:17   A. McKesson Corporation.
15:18   Q. Okay.  What is your current
15:19 position?
15:20   A. I'm currently the vice
15:21 president of compliance -- regulatory affairs
15:22 and compliance.
15:23   Q. Vice president of regulatory
15:24 affairs and compliance.
15:25   A. Correct.
16:1   Q. Is that a new position?
16:2   A. It is a new position, new
16:3 title, as of July 1st.  Prior to that, I
16:4 was -- senior director of regulatory affairs
16:5 was my title.
16:6   Q. Senior director of regulatory
16:7 affairs for the retail national accounts or
16:8 in some other capacity?
16:9   A. Correct.  For the retail
16:10 national accounts.  The new title, I will be
16:11 taking on the statistics and analytics team
16:12 here shortly.

| Page/Line | Source | ID |
|---|---|---|
| 16:24 - 17:2 | **Hartle, Nathan 08-01-2018 (00:00:12)** | NH02.2 |

16:24   Q. Okay.  I'm going to show you --
16:25 MR. RAFFERTY:  If we could pull
17:1 up, Corey, 1.795, which we will mark
17:2 as Exhibit 41 to the deposition.

| Page/Line | Source | ID |
|---|---|---|
| 17:20 - 18:25 | **Hartle, Nathan 08-01-2018 (00:00:53)** | NH02.3 |

17:20   Q. All right.  What we have here,
17:21 if you look, is something entitled

| Page/Line | Source | ID |
|---|---|---|

NH02-CT2_Nathan Hartle Fact

17:22 "McKesson's Controlled Substance Monitoring
17:23 Program, Regulatory Affairs Training."
17:24 Do you see that?
17:25   A. I do.
18:1   Q. Okay.  And I will represent to
18:2 you that there's not a date on this, but we
18:3 looked at the production, and there's
18:4 something referred to as metadata that
18:5 established that this was produced
18:6 December 31, 2015.
18:7 Okay?
18:8 You were there in your role as
18:9 senior director of retail and national
18:10 accounts, correct?
18:11   A. Correct.
18:12   Q. You started there when?  In
18:13 McKesson.
18:14   A. In May of 2014.
18:15   Q. May of 2014.  Okay.
18:16 And you maintained that same
18:17 position in charge of retail national
18:18 accounts until July of this year when your
18:19 position changed, correct, or your title
18:20 changed?
18:21   A. Title changed, yeah.  And I've
18:22 added different responsibilities, but I've
18:23 always had the chain responsibility.
18:24   Q. So you've added additional
18:25 responsibilities, yes?

| 19:1 - 19:20 | **Hartle, Nathan 08-01-2018 (00:00:40)** | NH02.4 |

19:1   A. Correct.
19:2   Q. Okay.  If you'll turn to
19:3 page .9, I want to just make sure I
19:4 understand who -- where you sit in the
19:5 hierarchy of McKesson.  Okay?
19:6 And in particular, US pharma is
19:7 the division of McKesson that handles and
19:8 sells the narcotics, right?  That's the
19:9 division?
19:10   A. Correct.  Correct.

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

19:11   Q. Okay.  So if you look up here,
19:12 you've got regulatory affairs, retail
19:13 national accounts, and it says, "Nate Hartle,
19:14 senior director," right?
19:15   A. It does.
19:16   Q. Nobody above you?
19:17   A. Not on this slide.
19:18   Q. Not on that.  Not in terms of
19:19 retail national accounts?
19:20   A. Correct.

| 22:6 - 22:17 | **Hartle, Nathan 08-01-2018 (00:00:19)** | **NH02.5** |

22:6   Q. Okay.  Let's take a look now at
22:7 the US pharma regulatory affairs.  And the
22:8 reason I want to do this is I want to make
22:9 sure I know when we're talking today and
22:10 you're answering questions, in what capacity
22:11 you're answering them in the
22:12 hierarchy of regulatory affairs at McKesson.
22:13 Okay?
22:14   A. Understood.
22:15   Q. All right.
22:16 MR. RAFFERTY:  So if we could,
22:17 turn to page .4, Corey.

| 22:19 - 22:24 | **Hartle, Nathan 08-01-2018 (00:00:15)** | **NH02.6** |

22:19   Q. All right.  Now this is,
22:20 according to the CSMP training module that
22:21 we're looking at, this is supposed to be the
22:22 US pharma regulatory affairs CSMP team.
22:23 Do you see that?
22:24   A. I do.

| 23:16 - 23:21 | **Hartle, Nathan 08-01-2018 (00:00:08)** | **NH02.7** |

23:16   Q. Okay.  And if we look at the
23:17 hierarchy here, there's Gary -- okay, Krista
23:18 Peck, who is the senior vice president.  I
23:19 assume above her is the president of
23:20 McKesson?
23:21   A. Correct.

| 24:6 - 24:13 | **Hartle, Nathan 08-01-2018 (00:00:10)** | **NH02.8** |

24:6   Q. Okay.  So you got Krista Peck,
24:7 who is one step away from the president of US

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

24:8 pharma, right?

24:9   A. Correct.

24:10   Q. And then right below her you've

24:11 got Nate Hartle sitting there as senior

24:12 director, right?

24:13   A. Correct.

**24:20 - 25:21**     **Hartle, Nathan 08-01-2018 (00:00:50)**     **NH02.9**

24:20   Q. Okay.  So there were two

24:21 regions, east and west, and then you, who

24:22 covered, I assume, regional national -- I

24:23 always say regional national account --

24:24 retail national accounts for the entire

24:25 country, correct?

25:1   A. Yes, that's correct.

25:2   Q. Okay.  Now, when we talk about

25:3 the retail national accounts, we're talking

25:4 about -- that you were in charge of, we're

25:5 talking about the Rite Aids, CVS, Walgreens,

25:6 Walmarts and a bunch of others that I'm not

25:7 listing, right?

25:8   A. A variety of chains.

25:9   Q. Chains.  Okay.

25:10   A. Chains is the best way to talk

25:11 about it.

25:12   Q. Okay.  But literally thousands

25:13 of stores in those chains, right?

25:14   A. In some of them.

25:15   Q. In some of them.

25:16 And you're over all of that?

25:17   A. Correct, those chains.

25:18   Q. From a regulatory controlled

25:19 substance monitoring program standpoint,

25:20 true?

25:21   A. True.

**26:15 - 26:18**     **Hartle, Nathan 08-01-2018 (00:00:06)**     **NH02.10**

26:15   Q. Okay.  All right.  The retail

26:16 national accounts, that's a pretty big part

26:17 of US pharma's business, isn't it,

26:18 Mr. Hartle?

**26:20 - 26:25**     **Hartle, Nathan 08-01-2018 (00:00:06)**     **NH02.11**

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 26:20 THE WITNESS:  It is a larger | |
| | 26:21 part of the business. | |
| | 26:22 QUESTIONS BY MR. RAFFERTY: | |
| | 26:23   Q. It's a much larger part of the | |
| | 26:24 business than the IMC accounts, correct? | |
| | 26:25 ISMC, I'm sorry. | |
| 27:2 - 27:2 | **Hartle, Nathan 08-01-2018 (00:00:00)** | **NH02.12** |
| | 27:2 THE WITNESS:  Yes, it is. | |
| 34:5 - 34:7 | **Hartle, Nathan 08-01-2018 (00:00:13)** | **NH02.13** |
| | 34:5   Q. Okay.  Well, let's look at | |
| | 34:6 1437.3, which we will mark as Exhibit 41 -- | |
| | 34:7 42. | |
| 34:11 - 36:19 | **Hartle, Nathan 08-01-2018 (00:01:58)** | **NH02.14** |
| | 34:11   Q. All right, Mr. Hartle.  You see | |
| | 34:12 this controlled substance monitoring, | |
| | 34:13 Discount Drug Mart? | |
| | 34:14 Do you recognize that? | |
| | 34:15   A. I absolutely do. | |
| | 34:16   Q. Okay.  And it appears, though | |
| | 34:17 this one does have a date on it, it's | |
| | 34:18 September 29, 2017.  So not really all that | |
| | 34:19 long ago, right? | |
| | 34:20   A. Correct. | |
| | 34:21   Q. Okay.  Less than a year ago, | |
| | 34:22 right? | |
| | 34:23   A. That is. | |
| | 34:24   Q. And you see down there Nate | |
| | 34:25 Hartle, senior director, regulatory affairs, | |
| | 35:1 right? | |
| | 35:2   A. Yeah, it's my document. | |
| | 35:3   Q. Okay.  Do you recall giving | |
| | 35:4 this presentation? | |
| | 35:5   A. I do. | |
| | 35:6 MR. RAFFERTY:  If we could, | |
| | 35:7 let's turn to .3, Corey. | |
| | 35:8 QUESTIONS BY MR. RAFFERTY: | |
| | 35:9   Q. You see that up in the top of | |
| | 35:10 one of your slides there on page 3, a | |
| | 35:11 headline, "Deadliest Drug Epidemic on Record | |
| | 35:12 in Our Nation's History"? | |

| Page/Line | Source | ID |
|---|---|---|

**NH02-CT2_Nathan Hartle Fact**

35:13 Do you see that?

35:14   A. Yep.

35:15   Q. You wouldn't have put that in

35:16 your presentation unless you thought it was

35:17 true, right?

35:18   A. No.

35:19   Q. So you don't dispute that,

35:20 right?

35:21   A. I do not.

35:22   Q. Okay.  It then goes on and

35:23 says, "The drug problems of past decades pale

35:24 when compared to the current opioid epidemic

35:25 which has killed 165,000 Americans from 2000

36:1 to 2014."

36:2 Did I read that right?

36:3   A. You did.

36:4   Q. Okay.  Once again, you agree

36:5 with that statement, right?

36:6   A. These are part of the

36:7 presentation that I gave.

36:8   Q. Okay.  If we now go to the next

36:9 page, page 4, it says over there, "Scope of

36:10 the problem."  On an average day, an average

36:11 day in the US, more than 650,000 opioid

36:12 prescriptions are dispensed.

36:13 Do you see that?

36:14   A. I do.

36:15   Q. 3,900 people initiate

36:16 non-medical use of prescription opioids, and

36:17 then it says 580 people initiate heroin use.

36:18 You see that?

36:19   A. I see those.

| 37:4 - 37:9 | **Hartle, Nathan 08-01-2018 (00:00:18)** | **NH02.15** |

37:4   Q. I don't -- okay.  As head of

37:5 regulatory affairs and the controlled

37:6 substance monitoring program for national

37:7 chains of McKesson, would you agree that in

37:8 fact narcotic painkiller abuse, opioid abuse,

37:9 is a gateway to heroin use?

| 37:11 - 37:12 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.16** |

| Page/Line | Source | ID |
|---|---|---|
| | | |

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|

37:14 - 37:18

37:11 THE WITNESS:  I would agree
37:12 that it can be, yeah.
**Hartle, Nathan 08-01-2018 (00:00:09)**                    NH02.17
37:14   Q. Okay.  And in fact, 78 people
37:15 die from an opioid-related overdose every day
37:16 according to your slide.
37:17 Do you see that?
37:18   A. I see that.

37:19 - 38:7

**Hartle, Nathan 08-01-2018 (00:00:35)**                    NH02.256
37:19   Q. In fact, if you go on to your
37:20 presentation, page 16, .16, talking about the
37:21 heroin use, it says -- or what you say in
37:22 your presentation, or what you put in your
37:23 presentation, was people who are addicted
37:24 to -- and then it says, "Opioid painkillers
37:25 are 40 times more likely to be addicted to
38:1 heroin."
38:2 Do you see that?
38:3   A. I see that.
38:4   Q. And you agree with that?
38:5   A. I put them in the slides as
38:6 part of the information that I keep current
38:7 on.

38:14 - 38:20

**Hartle, Nathan 08-01-2018 (00:00:20)**                    NH02.18
38:14   Q. And you wouldn't have put it
38:15 out there if you thought it was inaccurate,
38:16 right?
38:17   A. I would not have.
38:18   Q. Okay.  Talking about the
38:19 heroin, the gateway to heroin, if we could,
38:20 let's have 1580.

38:24 - 39:2

**Hartle, Nathan 08-01-2018 (00:00:28)**                    NH02.19
38:24   Q. This is another presentation
38:25 that you gave, Mr. Hartle.  We'll mark this
39:1 as Exhibit 43.  This is another presentation
39:2 that you gave.  If you look at this --

39:9 - 39:17

**Hartle, Nathan 08-01-2018 (00:00:11)**                    NH02.20
39:9   Q. You see there it says,
39:10 "Regulatory affairs update, RNA leadership
39:11 team, Nate Hartle, senior director,

| Page/Line | Source | ID |
|---|---|---|

NH02-CT2_Nathan Hartle Fact

39:12 regulatory affairs."
39:13 Do you see that?
39:14   A. Yes.
39:15   Q. November 20, 2015.
39:16 You see that?
39:17   A. I do.

**40:8 - 41:8**   **Hartle, Nathan 08-01-2018 (00:00:55)**   **NH02.21**

40:8 Okay.  So if you look here it
40:9 says, "Addressing prescription drug abuse and
40:10 heroin use."  And you see it's got a little
40:11 flow chart, you see?
40:12 And it goes from the 259
40:13 million prescriptions of opioids and then --
40:14 which goes into prescription drug misuse
40:15 resulting in 1.4 million emergency room
40:16 visits in 2011.
40:17 And then that follows with
40:18 "four out of five users started by
40:19 misusing" -- in terms of heroin use, "four
40:20 out of five users started by misusing
40:21 prescription opioids."
40:22 You see that?
40:23   A. I see that.
40:24   Q. And then overdose, "16,000
40:25 prescription opioid deaths; heroin overdoses
41:1 rapidly increasing."
41:2 Do you see that?
41:3   A. I do see that.
41:4   Q. "Four out of five users of
41:5 heroin started by misusing prescription
41:6 opioids."
41:7 Did I read that right?
41:8   A. That's what it says.

**41:9 - 41:11**   **Hartle, Nathan 08-01-2018 (00:00:10)**   **NH02.242**

41:9 MR. RAFFERTY:  If we could
41:10 have 1.1355, Corey, that we'll mark as
41:11 Exhibit 44.

**41:15 - 42:25**   **Hartle, Nathan 08-01-2018 (00:01:14)**   **NH02.22**

41:15   Q. This is a document that
41:16 says -- it's titled "Prescription Drug Abuse:

| | | |
|---|---|---|
| **NH02-CT2_Nathan Hartle Fact** | | |
| **Page/Line** | **Source** | **ID** |

41:17 The National Perspective."
41:18 It's got McKesson up there in
41:19 the top right corner.
41:20 Do you see that?
41:21   A. I see that.
41:22   Q. And down by the bottom middle
41:23 it's 2014, McKesson Corporation, correct?
41:24   A. Correct.
41:25   Q. Okay.  If we go into this and
42:1 you turn to the second page -- .2, Corey --
42:2 and it talks about the current landscape,
42:3 epidemic.
42:4 Do you see that?
42:5   A. I see that.
42:6   Q. And then it says, "Prescription
42:7 drug overdoses, a US epidemic.  In 2007,
42:8 approximately 27,000 unintentional drug
42:9 overdose deaths occurred in the United
42:10 States, one death every 19 minutes.
42:11 Prescription drug abuse is the fastest
42:12 growing drug problem in the United States."
42:13 You see that?
42:14   A. I do.
42:15   Q. A death every 19 minutes,
42:16 right?
42:17   A. Right.  That's what it says.
42:18   Q. Okay.  In fact, your company
42:19 has been in the business of selling opioid
42:20 and narcotic painkillers for many years,
42:21 hasn't it?
42:22   A. It has.
42:23   Q. The same opioid and narcotic
42:24 drugs that are at the core of the epidemic
42:25 that we've just been talking about, true?

| 43:2 - 43:3 | **Hartle, Nathan 08-01-2018 (00:00:02)** | **NH02.23** |

43:2 THE WITNESS:  Those drugs are
43:3 part of the epidemic.

| 54:18 - 54:21 | **Hartle, Nathan 08-01-2018 (00:00:09)** | **NH02.24** |

54:18   Q. Why is there a requirement by
54:19 the DEA and the DOJ that has been in place

| Page/Line | Source | ID |
|---|---|---|
| | **NH02-CT2_Nathan Hartle Fact** | |
| | 54:20 since 1971 under the Controlled Substances<br>54:21 Act to report suspicious orders? | |
| 54:23 - 54:24 | **Hartle, Nathan 08-01-2018 (00:00:03)** | **NH02.25** |
| | 54:23 THE WITNESS:  It's one of the<br>54:24 things intended to prevent diversion. | |
| 55:2 - 55:6 | **Hartle, Nathan 08-01-2018 (00:00:14)** | **NH02.26** |
| | 55:2  Q. There you go.<br>55:3 And in fact, what happens when<br>55:4 you fill suspicious orders, they get diverted<br>55:5 into illegal uses and feed the epidemic in<br>55:6 the United States, true? | |
| 55:8 - 55:9 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.27** |
| | 55:8 THE WITNESS:  Again, that can<br>55:9 happen. | |
| 59:22 - 59:23 | **Hartle, Nathan 08-01-2018 (00:00:09)** | **NH02.28** |
| | 59:22  Q. This will be Exhibit P1.851,<br>59:23 which will be Exhibit 46 to the deposition. | |
| 59:24 - 60:2 | **Hartle, Nathan 08-01-2018 (00:00:04)** | **NH02.243** |
| | 59:24 Do you recall being shown this<br>59:25 presentation earlier?<br>60:1  A. I do remember this from<br>60:2 yesterday. | |
| 60:4 - 60:5 | **Hartle, Nathan 08-01-2018 (00:00:07)** | **NH02.29** |
| | 60:4 MR. RAFFERTY:  If we could pull<br>60:5 it up, Corey, please.  1.851. | |
| 66:5 - 66:15 | **Hartle, Nathan 08-01-2018 (00:00:29)** | **NH02.30** |
| | 66:5 We talked a little bit earlier<br>66:6 about the duties and responsibilities that<br>66:7 come along with selling and distributing<br>66:8 narcotics in the United States.<br>66:9 Do you recall that?<br>66:10  A. We have talked about that.<br>66:11  Q. Okay.  In fact, distributors<br>66:12 and wholesalers of narcotics have a great<br>66:13 responsibility to help prevent the diversion<br>66:14 and stop the diversion of narcotics in<br>66:15 America, true? | |
| 66:18 - 66:23 | **Hartle, Nathan 08-01-2018 (00:00:10)** | **NH02.31** |
| | 66:18 THE WITNESS:  I think everyone<br>66:19 in the closed distribution has a great | |

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 66:20 responsibility to prevent diversion. | |
| | 66:21 QUESTIONS BY MR. RAFFERTY: | |
| | 66:22   Q. Including the wholesalers and | |
| | 66:23 distributors such as McKesson, correct? | |
| 66:25 - 67:1 | **Hartle, Nathan 08-01-2018 (00:00:01)** | NH02.32 |
| | 66:25 THE WITNESS:  We're included in | |
| | 67:1 that, correct. | |
| 71:18 - 71:23 | **Hartle, Nathan 08-01-2018 (00:00:18)** | NH02.33 |
| | 71:18   Q. In terms of the ability -- | |
| | 71:19 well, let's turn to page 13.  "What can | |
| | 71:20 happen when these checks and balances | |
| | 71:21 collapse." | |
| | 71:22 Do you see that? | |
| | 71:23   A. I see that. | |
| 72:23 - 73:1 | **Hartle, Nathan 08-01-2018 (00:00:08)** | NH02.34 |
| | 72:23   Q. And it means that if there's | |
| | 72:24 not effective compliance, then it can result | |
| | 72:25 in catastrophe, disaster, that type of thing, | |
| | 73:1 correct? | |
| 73:3 - 73:4 | **Hartle, Nathan 08-01-2018 (00:00:01)** | NH02.35 |
| | 73:3 THE WITNESS:  Something bad, of | |
| | 73:4 course. | |
| 73:23 - 74:5 | **Hartle, Nathan 08-01-2018 (00:00:20)** | NH02.36 |
| | 73:23 So we go to now your | |
| | 73:24 ability to try to prevent that collapse. | |
| | 73:25 Do you see the word there, | |
| | 74:1 "collapse"? | |
| | 74:2   A. I see that. | |
| | 74:3   Q. McKesson has a particular | |
| | 74:4 ability or power as a distributor to prevent | |
| | 74:5 that collapse, don't they? | |
| 74:7 - 74:8 | **Hartle, Nathan 08-01-2018 (00:00:01)** | NH02.37 |
| | 74:7 THE WITNESS:  We have a role in | |
| | 74:8 prevention. | |
| 74:10 - 74:18 | **Hartle, Nathan 08-01-2018 (00:00:40)** | NH02.38 |
| | 74:10   Q. An important role? | |
| | 74:11   A. Important, absolutely. | |
| | 74:12   Q. Yeah.  Okay. | |
| | 74:13 In fact, if we go to page .37, | |
| | 74:14 do you see there it says, "Distributors have | |

| | | |
|---|---|---|
| **NH02-CT2_Nathan Hartle Fact** | | |
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 74:15 great power"?  Not just power, but great | |
| | 74:16 power. | |
| | 74:17 Do you see that? | |
| | 74:18   A. I see that. | |
| 75:19 - 76:7 | **Hartle, Nathan 08-01-2018 (00:00:27)** | NH02.39 |
| | 75:19   Q. And what he describes as | |
| | 75:20 great control -- or I'm sorry, great power is | |
| | 75:21 it says you control the supply to downstream | |
| | 75:22 customers. | |
| | 75:23 Do you see that last bullet | |
| | 75:24 point there? | |
| | 75:25   A. I do. | |
| | 76:1   Q. And it's true, right?  If you | |
| | 76:2 don't sell -- if you hold back an order, you | |
| | 76:3 don't sell a suspicious order or ship a | |
| | 76:4 suspicious order, that order can't be | |
| | 76:5 diverted, right? | |
| | 76:6   A. That particular one from us | |
| | 76:7 can't. | |
| 76:22 - 77:2 | **Hartle, Nathan 08-01-2018 (00:00:15)** | NH02.40 |
| | 76:22 That's the reason, you agreed | |
| | 76:23 with me earlier, that monitoring for | |
| | 76:24 suspicious orders and reporting suspicious | |
| | 76:25 orders is not just a check-the-box type of | |
| | 77:1 issue, right?  It's not -- it plays an | |
| | 77:2 important role in preventing diversion? | |
| 77:4 - 77:4 | **Hartle, Nathan 08-01-2018 (00:00:01)** | NH02.41 |
| | 77:4 THE WITNESS:  It does. | |
| 82:9 - 82:20 | **Hartle, Nathan 08-01-2018 (00:00:24)** | NH02.42 |
| | 82:9 Mr. Boggs was formerly involved | |
| | 82:10 in the diversion compliance with the DEA, | |
| | 82:11 correct? | |
| | 82:12   A. Yes, he was part of the Office | |
| | 82:13 of Diversion Control. | |
| | 82:14   Q. Let's see what Mr. Boggs says | |
| | 82:15 here about "what else impacts diversion." | |
| | 82:16 "Compliance," and there's one, | |
| | 82:17 two, three, four -- seven exclamation points | |
| | 82:18 after that. | |
| | 82:19 Do you see that, "compliance"? | |

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 82:20   A. I do. | |
| 83:17 - 84:7 | **Hartle, Nathan 08-01-2018 (00:00:32)** | **NH02.43** |
| | 83:17 Read that first bullet point | |
| | 83:18 under "Compliance" with the seven exclamation | |
| | 83:19 points. | |
| | 83:20   A. "The checks and balances | |
| | 83:21 created by the Controlled Substances Act | |
| | 83:22 work." | |
| | 83:23   Q. The next bullet point? | |
| | 83:24   A. "Registrants are a | |
| | 83:25 force-multiplier." | |
| | 84:1   Q. And the final one, will you | |
| | 84:2 read that? | |
| | 84:3   A. "Without sustained sources of | |
| | 84:4 supply, major diversion schemes wither away." | |
| | 84:5   Q. "Without sustained sources of | |
| | 84:6 supply," what he's talking about there is | |
| | 84:7 supply of narcotics, right? | |
| 84:9 - 84:9 | **Hartle, Nathan 08-01-2018 (00:00:00)** | **NH02.44** |
| | 84:9 THE WITNESS:  Correct. | |
| 84:11 - 84:14 | **Hartle, Nathan 08-01-2018 (00:00:08)** | **NH02.45** |
| | 84:11   Q. Okay.  "Major diversion schemes | |
| | 84:12 wither away."  That means diversion | |
| | 84:13 decreases, right? | |
| | 84:14   A. That's the idea. | |
| 84:24 - 85:10 | **Hartle, Nathan 08-01-2018 (00:00:25)** | **NH02.46** |
| | 84:24   Q. Pretty common sense, isn't it? | |
| | 84:25 Even for somebody not in -- not senior | |
| | 85:1 regulatory affairs director for a distributor | |
| | 85:2 of narcotics, it's pretty straight common | |
| | 85:3 sense, right? | |
| | 85:4   A. It's fairly common sense, | |
| | 85:5 right. | |
| | 85:6   Q. Okay.  And the same would be | |
| | 85:7 also fairly common sense, and that is if you | |
| | 85:8 don't effectively comply with the Controlled | |
| | 85:9 Substances Act, then the opposite happens and | |
| | 85:10 diversion increases, correct? | |
| 85:12 - 85:14 | **Hartle, Nathan 08-01-2018 (00:00:03)** | **NH02.47** |
| | 85:12 THE WITNESS:  Diversion can | |

| Page/Line | Source | ID |
|---|---|---|

**NH02-CT2_Nathan Hartle Fact**

85:13 increase.  I don't know if there's an
85:14 exact, you know --

| 85:16 - 85:19 | **Hartle, Nathan 08-01-2018 (00:00:06)** | **NH02.48** |

85:16   Q. Well, once again, it --
85:17   A. It's an option.  I understand
85:18 what you're saying.
85:19   Q. And it's true, right?

| 85:21 - 85:22 | **Hartle, Nathan 08-01-2018 (00:00:02)** | **NH02.49** |

85:21 THE WITNESS:  It can be true,
85:22 yes.

| 122:15 - 123:5 | **Hartle, Nathan 08-01-2018 (00:00:34)** | **NH02.50** |

122:15   Q. You're familiar with the
122:16 concept of the thresholds under the
122:17 controlled safety monitoring program --
122:18 controlled substance monitoring program,
122:19 correct?
122:20   A. I am.
122:21   Q. Okay.  In fact, it's somewhat
122:22 the foundation.  The thresholds are kind of
122:23 the foundation of the CSMP, true?
122:24   A. They're certainly a core part
122:25 of the program, foundation of the suspicious
123:1 order portion of that, yeah.
123:2   Q. Right.
123:3 The suspicious order monitoring
123:4 is performed through thresholds and the
123:5 setting of thresholds?

| 123:7 - 123:7 | **Hartle, Nathan 08-01-2018 (00:00:00)** | **NH02.51** |

123:7 THE WITNESS:  Correct.

| 123:9 - 123:17 | **Hartle, Nathan 08-01-2018 (00:00:27)** | **NH02.52** |

123:9   Q. And in fact, in terms of
123:10 the thresholds, there's two important aspects
123:11 of thresholds as it pertains to the diversion
123:12 of narcotics in the United States, and that
123:13 is, the initial setting of the thresholds and
123:14 then whether or not there should be a
123:15 threshold change request granted to increase
123:16 that threshold, correct?
123:17   A. Correct.

| 131:8 - 131:15 | **Hartle, Nathan 08-01-2018 (00:00:21)** | **NH02.53** |

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 131:8 MR. RAFFERTY:  This is -- I'm |  |
|  | 131:9 handing counsel P1.345, which is |  |
|  | 131:10 Exhibit 51 to the deposition. |  |
|  | 131:11 QUESTIONS BY MR. RAFFERTY: |  |
|  | 131:12   Q. I'm showing you what is the |  |
|  | 131:13 March 21, 2013 CSMP. |  |
|  | 131:14 You see that? |  |
|  | 131:15   A. I do. |  |
| 133:8 - 134:6 | **Hartle, Nathan 08-01-2018 (00:00:42)** | **NH02.54** |
|  | 133:8 All right.  So actually go to |  |
|  | 133:9 .7 first, I'm sorry, the bottom part of .7, |  |
|  | 133:10 "threshold review." |  |
|  | 133:11 Do you see that? |  |
|  | 133:12   A. I do. |  |
|  | 133:13   Q. And then it says, "Regulatory |  |
|  | 133:14 department will review/assess customer |  |
|  | 133:15 thresholds during the month.  Additionally, |  |
|  | 133:16 customers that approach a predetermined |  |
|  | 133:17 percentage of threshold maximum or exceed |  |
|  | 133:18 maximums will receive messaging as shown |  |
|  | 133:19 below." |  |
|  | 133:20 And then turn the page. |  |
|  | 133:21 "Threshold warning:  Invoice and delivery doc |  |
|  | 133:22 only." |  |
|  | 133:23 So that means on their invoice, |  |
|  | 133:24 they receive an invoice that says |  |
|  | 133:25 "approaching monthly regulatory purchase |  |
|  | 134:1 limit," right? |  |
|  | 134:2   A. Correct. |  |
|  | 134:3   Q. So you notify -- so as a |  |
|  | 134:4 customer gets -- now, the customer doesn't |  |
|  | 134:5 know what their -- or not supposed to know |  |
|  | 134:6 what their threshold is, right? |  |
| 134:8 - 134:18 | **Hartle, Nathan 08-01-2018 (00:00:16)** | **NH02.55** |
|  | 134:8 THE WITNESS:  We don't share it |  |
|  | 134:9 with them. |  |
|  | 134:10 QUESTIONS BY MR. RAFFERTY: |  |
|  | 134:11   Q. You don't share it with them. |  |
|  | 134:12 There's a reason why you don't |  |
|  | 134:13 share it with them, right? |  |

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 134:14  A. Sure. | |
| | 134:15  Q. And that is so that they can't | |
| | 134:16 try to manipulate a way around it, right, and | |
| | 134:17 get drugs from other suppliers or other | |
| | 134:18 distributors or something like that, right -- | |
| 134:20 - 134:22 | **Hartle, Nathan 08-01-2018 (00:00:02)** | NH02.56 |
| | 134:20 QUESTIONS BY MR. RAFFERTY: | |
| | 134:21  Q. -- as they approach it, so as | |
| | 134:22 not to be detected? | |
| 134:24 - 135:4 | **Hartle, Nathan 08-01-2018 (00:00:08)** | NH02.57 |
| | 134:24 THE WITNESS:  It's one of the | |
| | 134:25 reasons, sure. | |
| | 135:1 QUESTIONS BY MR. RAFFERTY: | |
| | 135:2  Q. Okay.  Yet, when you start to | |
| | 135:3 reach a percentage -- and what percentage is | |
| | 135:4 that, Mr. Hartle? | |
| 135:6 - 135:19 | **Hartle, Nathan 08-01-2018 (00:00:20)** | NH02.58 |
| | 135:6 QUESTIONS BY MR. RAFFERTY: | |
| | 135:7  Q. When do they get the | |
| | 135:8 notification that they're bumping up against | |
| | 135:9 their threshold? | |
| | 135:10  A. I believe it -- that can be a | |
| | 135:11 different number at a time and you can adjust | |
| | 135:12 that, but I think the standard was | |
| | 135:13 90 percent. | |
| | 135:14  Q. Okay. | |
| | 135:15  A. I believe. | |
| | 135:16  Q. So as it gets close to the | |
| | 135:17 threshold, you actually notify the customer | |
| | 135:18 and say, "Hey, you're bumping up against your | |
| | 135:19 threshold," right? | |
| 135:22 - 136:6 | **Hartle, Nathan 08-01-2018 (00:00:24)** | NH02.59 |
| | 135:22  Q. So at that point -- well, | |
| | 135:23 correct? | |
| | 135:24  A. Correct, that's on the invoice. | |
| | 135:25 That was on invoice. | |
| | 136:1  Q. All right.  So at that point a | |
| | 136:2 pharmacy, for example, could certainly | |
| | 136:3 estimate what their threshold level is, | |
| | 136:4 right?  They know -- they could go back and | |

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 136:5 see how much they've purchased and determine | |
| | 136:6 how much -- what their threshold is, right? | |
| 136:8 - 136:8 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.60** |
| | 136:8 THE WITNESS:  Theoretically. | |
| 137:14 - 137:21 | **Hartle, Nathan 08-01-2018 (00:00:21)** | **NH02.61** |
| | 137:14   Q. So what happens here, according | |
| | 137:15 to this, is then it says, "Sales and/or DC | |
| | 137:16 management may contact the customer to | |
| | 137:17 discuss threshold levels at their | |
| | 137:18 discretion," right? | |
| | 137:19   A. Right.  That's what it says. | |
| | 137:20   Q. Are you aware of how DC | |
| | 137:21 managers and salespeople are paid? | |
| 137:23 - 138:2 | **Hartle, Nathan 08-01-2018 (00:00:06)** | **NH02.62** |
| | 137:23 THE WITNESS:  In general, yes. | |
| | 137:24 QUESTIONS BY MR. RAFFERTY: | |
| | 137:25   Q. They have an incentive. | |
| | 138:1 They're paid on keeping customers and making | |
| | 138:2 sales, correct? | |
| 138:5 - 138:14 | **Hartle, Nathan 08-01-2018 (00:00:22)** | **NH02.63** |
| | 138:5   Q. That is a part of their | |
| | 138:6 compensation? | |
| | 138:7   A. That's how sales works. | |
| | 138:8   Q. So what you're doing here, | |
| | 138:9 according to this, is giving them discretion, | |
| | 138:10 once there's a threshold -- once somebody is | |
| | 138:11 bumping up against the threshold, to reach | |
| | 138:12 out to the customer and talk with them about | |
| | 138:13 whether or not they should initiate a | |
| | 138:14 threshold change request, right? | |
| 138:16 - 138:16 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.64** |
| | 138:16 THE WITNESS:  Yes. | |
| 139:10 - 139:15 | **Hartle, Nathan 08-01-2018 (00:00:13)** | **NH02.65** |
| | 139:10 So you're putting the people | |
| | 139:11 who stand to profit personally from the sale, | |
| | 139:12 giving them the discretion to reach out, have | |
| | 139:13 discussions with the customer as to whether | |
| | 139:14 or not to initiate a threshold change | |
| | 139:15 request.  That's what this says, right? | |
| 139:17 - 139:18 | **Hartle, Nathan 08-01-2018 (00:00:02)** | **NH02.66** |

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 139:17 THE WITNESS:  Our sales folks | |
| | 139:18 are involved in the process. | |
| 139:20 - 139:24 | **Hartle, Nathan 08-01-2018 (00:00:08)** | **NH02.67** |
| | 139:20   Q. It says then, "If a | |
| | 139:21 threshold change is requested, follow the | |
| | 139:22 change request process in step 1.3." | |
| | 139:23 Do you see that? | |
| | 139:24   A. I see that. | |
| 139:25 - 140:22 | **Hartle, Nathan 08-01-2018 (00:00:57)** | **NH02.244** |
| | 139:25   Q. Now it says, "2.2, | |
| | 140:1 threshold excursion."  That means that the | |
| | 140:2 order has exceeded the threshold, right? | |
| | 140:3   A. Correct. | |
| | 140:4   Q. "Once a customer has reached | |
| | 140:5 their monthly maximum threshold amount, all | |
| | 140:6 subsequent orders for that item will be | |
| | 140:7 blocked.  This triggers the level review | |
| | 140:8 process as detailed in level review steps | |
| | 140:9 below." | |
| | 140:10 You see that? | |
| | 140:11   A. I see that. | |
| | 140:12   Q. So the -- so what we were | |
| | 140:13 talking about earlier, the exceeding of the | |
| | 140:14 threshold, is what triggers the level review | |
| | 140:15 steps, right? | |
| | 140:16   A. Correct. | |
| | 140:17   Q. Okay.  And then it says it can | |
| | 140:18 be unblocked if it is temporarily changed, | |
| | 140:19 permanently changed or if they fall below the | |
| | 140:20 threshold by returning product or basically a | |
| | 140:21 new month starts, because it's refreshed at | |
| | 140:22 the beginning of every month, right? | |
| 140:25 - 141:1 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.68** |
| | 140:25   Q. The threshold is. | |
| | 141:1   A. Correct. | |
| 144:25 - 145:1 | **Hartle, Nathan 08-01-2018 (00:00:05)** | **NH02.69** |
| | 144:25 The decision on a TCR must be | |
| | 145:1 based on direct evidence, correct? | |
| 145:3 - 145:5 | **Hartle, Nathan 08-01-2018 (00:00:03)** | **NH02.70** |
| | 145:3 THE WITNESS:  Based on direct | |

| Page/Line | Source | ID |
|---|---|---|

145:4 evidence we receive and review and
145:5 research.

| 146:22 - 148:11 | **Hartle, Nathan 08-01-2018 (00:01:29)** | **NH02.71** |

146:22   Q. And if you would, turn to
146:23 page 15, P1.15.  This is Exhibit 47.
146:24 Slide 15 says, "Thresholds."
146:25 Do you see that?
147:1   A. I do.
147:2   Q. "Lastly, appropriate" --
147:3 there's a second paragraph there.  "Lastly,
147:4 appropriate adjustments will be made because
147:5 in the natural course of business we know
147:6 there will be growth.  To make adjustments,
147:7 we are really looking for, quote, direct
147:8 evidence, end quote."
147:9 That's your phrase, right?
147:10 That's what you said?
147:11   A. That's what I had in my notes.
147:12 I don't -- yeah.
147:13   Q. Okay.  "An understanding of the
147:14 business model and demonstration of the
147:15 corresponding responsibility."
147:16 Do you see that?
147:17   A. Yes.
147:18   Q. And then it says, "Specifically
147:19 related to direct evidence, just the fact
147:20 that the oxycodone sales are increasing is
147:21 not in and of itself justification to change
147:22 a threshold.  When we say direct evidence, it
147:23 is things like" -- and you list them out --
147:24 "the acquisition of a pharmacy and the
147:25 details related to projected increases."
148:1 So acquisition of a pharmacy,
148:2 right?  That's one?
148:3   A. Right.
148:4   Q. Two, a new clinic opening up.
148:5 Three, growth in overall
148:6 prescription business or something else that
148:7 connects the increase to a change in business
148:8 model or increased patient activity.

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 148:9 You see that? | |
| | 148:10   A. Yeah, they're examples of | |
| | 148:11 reasons for a request. | |
| 175:2 - 175:5 | **Hartle, Nathan 08-01-2018 (00:00:07)** | **NH02.72** |
| | 175:2   Q. The DOJ, as part of their | |
| | 175:3 investigation after 2008, part of that | |
| | 175:4 involved how you were handling threshold | |
| | 175:5 change requests, true? | |
| 175:7 - 175:8 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.73** |
| | 175:7 THE WITNESS:  Yes, it was part | |
| | 175:8 of those allegations. | |
| 175:10 - 175:13 | **Hartle, Nathan 08-01-2018 (00:00:05)** | **NH02.74** |
| | 175:10   Q. Okay.  And you've reviewed | |
| | 175:11 those -- that correspondence from the DOJ, | |
| | 175:12 right? | |
| | 175:13   A. Yes. | |
| 175:16 - 175:17 | **Hartle, Nathan 08-01-2018 (00:00:06)** | **NH02.75** |
| | 175:16   Q. Back in 2014, right? | |
| | 175:17   A. Yes. | |
| 175:21 - 175:22 | **Hartle, Nathan 08-01-2018 (00:00:19)** | **NH02.76** |
| | 175:21   Q. Let's go to 1.1433.  This will | |
| | 175:22 be Exhibit 54. | |
| 175:23 - 176:24 | **Hartle, Nathan 08-01-2018 (00:01:05)** | **NH02.245** |
| | 175:23 Here we've got a letter from | |
| | 175:24 the US Department of Justice, John Walsh, | |
| | 175:25 District of Colorado. | |
| | 176:1 Do you see that? | |
| | 176:2   A. I do. | |
| | 176:3   Q. August 13, 2014.  This is while | |
| | 176:4 you're there at McKesson now, right? | |
| | 176:5   A. Excuse me? | |
| | 176:6   Q. You're at McKesson as of August | |
| | 176:7 13, 2014? | |
| | 176:8   A. I am.  In May, yeah. | |
| | 176:9   Q. Okay.  You are senior | |
| | 176:10 regulatory affairs director for national | |
| | 176:11 accounts at that time, true? | |
| | 176:12   A. Correct. | |
| | 176:13   Q. All right.  If we could, let's | |
| | 176:14 look at page -- and the title here is | |

| Page/Line | Source | ID |
|---|---|---|
| | NH02-CT2_Nathan Hartle Fact | |

176:15 "Possible civil action against McKesson
176:16 Corporation for violations of the Controlled
176:17 Substances Act."
176:18 Do you see that?
176:19   A. I do.
176:20   Q. And it says -- and this is a
176:21 letter to your -- to McKesson's lawyers at
176:22 Covington & Burling, the same lawyers here
176:23 today, right?  The same law firm?
176:24   A. The same firm, yeah.

**177:18 - 177:23**  **Hartle, Nathan 08-01-2018 (00:00:12)**          **NH02.77**

177:18 This letter goes through -- and
177:19 we're going to go through some of it now and
177:20 some of it this afternoon, but that's what
177:21 this letter is doing, is they're notifying
177:22 McKesson of violations of the Controlled
177:23 Substance Act, right?

**177:25 - 178:1**  **Hartle, Nathan 08-01-2018 (00:00:00)**          **NH02.78**

177:25 THE WITNESS:  Their
178:1 allegations, right.

**178:3 - 179:1**  **Hartle, Nathan 08-01-2018 (00:00:56)**          **NH02.79**

178:3   Q. So here it says, if you
178:4 turn to .11, skipping ahead, and it says,
178:5 "McKesson-Aurora's desire for increased sales
178:6 overrode its obligations to report suspicious
178:7 orders."
178:8 Section B, do you see that?
178:9   A. Yes.
178:10   Q. "Our investigation has revealed
178:11 a disturbing pattern:  McKesson-Aurora's
178:12 desire for increased sales and retaining its
178:13 customers overrode its obligations to report
178:14 suspicious orders.  We have identified this
178:15 trend across several different areas:  1,
178:16 McKesson-Aurora manipulated and circumvented
178:17 thresholds."
178:18 Do you see that?
178:19   A. I see that.
178:20   Q. "Thresholds were supposed to be
178:21 the linchpin of McKesson's compliance

| Page/Line | Source | ID |
|---|---|---|
| | 178:22 program, but McKesson-Aurora manipulated | |
| | 178:23 customers' threshold levels in numerous ways | |
| | 178:24 to avoid rigorous internal review." | |
| | 178:25 Did I read that right? | |
| | 179:1   A. You did. | |
| 179:2 - 179:18 | **Hartle, Nathan 08-01-2018 (00:00:37)** | **NH02.246** |
| | 179:2   Q. And in fact it says, "First, | |
| | 179:3 McKesson-Aurora set its initial thresholds | |
| | 179:4 for its pharmacy customers very high. | |
| | 179:5 McKesson-Aurora's review process was not even | |
| | 179:6 triggered until an individual pharmacy sold | |
| | 179:7 more than 10 percent of that pharmacy's | |
| | 179:8 average volume from a 12-month period from | |
| | 179:9 2007 to 2008, a year in which McKesson had | |
| | 179:10 settled claims because diversion was | |
| | 179:11 flourishing in McKesson-supplied pharmacies." | |
| | 179:12 Do you see that? | |
| | 179:13   A. I do see that. | |
| | 179:14   Q. That's what we were talking | |
| | 179:15 about earlier, right, when I asked you about | |
| | 179:16 if you set thresholds too high initially, | |
| | 179:17 then the trigger for the evaluation is never | |
| | 179:18 set off, right? | |
| 179:20 - 179:21 | **Hartle, Nathan 08-01-2018 (00:00:00)** | **NH02.80** |
| | 179:20 THE WITNESS:  It's what we | |
| | 179:21 discussed earlier, correct. | |
| 180:13 - 180:19 | **Hartle, Nathan 08-01-2018 (00:00:17)** | **NH02.81** |
| | 180:13   Q. Going down here it | |
| | 180:14 says -- that's exactly what your -- the | |
| | 180:15 US Attorney in Colorado is accusing McKesson | |
| | 180:16 of, right, setting the thresholds too high to | |
| | 180:17 avoid the triggering of the tiered review? | |
| | 180:18 That's what it says. | |
| | 180:19   A. Right. | |
| 180:20 - 181:2 | **Hartle, Nathan 08-01-2018 (00:00:15)** | **NH02.257** |
| | 180:20   Q. "In some cases, | |
| | 180:21 McKesson-Aurora set thresholds so high at the | |
| | 180:22 outset that the pharmacy customer would never | |
| | 180:23 exceed it and thus never trigger any review | |
| | 180:24 as to whether an order was indeed | |

**NH02-CT2_Nathan Hartle Fact**

| Page/Line | Source | ID |
|---|---|---|

**NH02-CT2_Nathan Hartle Fact**

180:25 suspicious."

181:1 Once again, the same thing we
181:2 were talking about earlier, right?

| 181:6 - 181:6 | **Hartle, Nathan 08-01-2018 (00:00:00)** | **NH02.82** |

181:6   Q. Correct?

| 181:8 - 181:8 | **Hartle, Nathan 08-01-2018 (00:00:00)** | **NH02.83** |

181:8 THE WITNESS:  Right.

| 181:10 - 181:16 | **Hartle, Nathan 08-01-2018 (00:00:12)** | **NH02.84** |

181:10   Q. Right.
181:11 And that that was -- when I
181:12 asked you if that was a way to manipulate the
181:13 threshold process, was to set the threshold
181:14 so high that it never triggered the tier
181:15 review, that's what you're being accused of
181:16 by the US Attorney here, right?

| 181:18 - 181:19 | **Hartle, Nathan 08-01-2018 (00:00:02)** | **NH02.85** |

181:18 THE WITNESS:  That's what they
181:19 have in here, correct.

| 181:21 - 182:11 | **Hartle, Nathan 08-01-2018 (00:00:35)** | **NH02.86** |

181:21   Q. Okay.  "Second" -- if you turn
181:22 to the next page, which is .12.  "Second,
181:23 McKesson-Aurora routinely manipulated the
181:24 thresholds."
181:25 Do you see that?
182:1   A. I do.
182:2   Q. "It would often preemptively
182:3 increase the threshold of its customers on
182:4 particular drugs before the customers had
182:5 even submitted a TCR seeking a threshold
182:6 increase."
182:7 There, that's where we're --
182:8 that's -- they're talking about actually
182:9 McKesson employees increasing the thresholds
182:10 without even a request being made by the
182:11 customer, right?

| 182:14 - 182:17 | **Hartle, Nathan 08-01-2018 (00:00:02)** | **NH02.87** |

182:14   Q. That's what they're talking
182:15 about?
182:16   A. That's what they're talking
182:17 about.

| NH02-CT2_Nathan Hartle Fact | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

| 182:18 - 183:2 | **Hartle, Nathan 08-01-2018 (00:00:22)** | NH02.258 |

182:18   Q. Okay.  Down in the next
182:19 paragraph, next full paragraph:  "Time and
182:20 time again, McKesson-Aurora increased a
182:21 customer's threshold in a particular month so
182:22 that the customer did not exceed that
182:23 threshold and thus trigger McKesson-Aurora's
182:24 obligation to conduct a level 2 or level 3
182:25 review, much less file an SOR with the DEA."
183:1 Do you see that?
183:2   A. I see that.

| 184:12 - 185:22 | **Hartle, Nathan 08-01-2018 (00:01:28)** | NH02.88 |

184:12   Q. Well, let's see some of
184:13 the examples that the US Attorney used here,
184:14 which are different than the Thanksgiving.
184:15 "Dale's Pharmacy requested an
184:16 increase of its oxycodone threshold on
184:17 December 27, 2010.  Dale's proffered
184:18 justification was normal business with
184:19 increased volume during the holidays."
184:20 Do you see that?
184:21 "Although there were only four
184:22 days remaining in the month until Dale's
184:23 oxycodone would be reset, McKesson-Aurora
184:24 approved an 8,000 dosage unit increase of
184:25 Dale's oxycodone threshold, increasing the
185:1 threshold by 20.5 percent from 39,000 to
185:2 47,000 dosage units."
185:3 Do you see that?
185:4   A. I see that.
185:5   Q. "From June 2010 to
185:6 November 2010, McKesson-Aurora justified
185:7 many -- multiple threshold increases for
185:8 Dale's Pharmacy based upon an alleged influx
185:9 of customers due to the closure of a
185:10 neighboring pharmacy in Fort Lupton.  Several
185:11 of the TCRs for Dale's justified requests for
185:12 threshold increases on the grounds that the
185:13 API Pharmacy had stopped selling controlled
185:14 substances.  In point of fact, the API

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| Page/Line | Source | ID |

185:15 Pharmacy had closed seven years earlier."
185:16 You see that?
185:17   A. I see that.
185:18   Q. That's the kind of thing that
185:19 you're supposed to, if you're actually
185:20 effectively implementing the CSMP, that you
185:21 should know, isn't that right, that you
185:22 should detect?

| 185:24 - 185:25 | **Hartle, Nathan 08-01-2018 (00:00:03)** | **NH02.89** |

185:24 THE WITNESS:  It should be a
185:25 piece of information you should know.

| 186:2 - 186:20 | **Hartle, Nathan 08-01-2018 (00:00:46)** | **NH02.90** |

186:2   Q. Well, not -- yeah, that you
186:3 should find -- you should be able to
186:4 determine if you're actually doing due
186:5 diligence and exercising due diligence in
186:6 whether or not to increase a threshold,
186:7 right?
186:8   A. You should research that.
186:9   Q. Okay.  "The pharmacy at Salud,
186:10 another pharmacy in Fort Lupton, did stop
186:11 selling controlled substances for 19 days in
186:12 2010.  However, McKesson-Aurora allowed
186:13 Dale's to rely on this closure excuse for
186:14 continued threshold increases for another
186:15 four months, even after the pharmacy at Salud
186:16 was back up and running."
186:17 Once again, something that if
186:18 McKesson was using and exercising due
186:19 diligence in its investigation it should
186:20 determine and it should find out, right?

| 186:22 - 186:24 | **Hartle, Nathan 08-01-2018 (00:00:02)** | **NH02.91** |

186:22 THE WITNESS:  Again, that
186:23 information is critical to the
186:24 decision, part of it.

| 187:2 - 187:3 | **Hartle, Nathan 08-01-2018 (00:00:02)** | **NH02.92** |

187:2   Q. And should be found -- and
187:3 should be discovered?

| 187:6 - 188:3 | **Hartle, Nathan 08-01-2018 (00:00:42)** | **NH02.93** |

187:6   Q. Right?

| | | |
|---|---|---|
| **NH02-CT2_Nathan Hartle Fact** | | |
| **Page/Line** | **Source** | **ID** |

187:7   A. It should be part of it, yes.

187:8   Q. And if you're exercising due

187:9 diligence.

187:10 Going down to the bottom:  "In

187:11 sum, the thresh -- the thresholds that were

187:12 originally intended to trigger an

187:13 investigation that could result in a

187:14 suspicious order being reported to the DEA

187:15 never served this purpose.  McKesson did not

187:16 set and then maintain its thresholds as

187:17 required by its CSMP.  The thresholds did not

187:18 meaningfully restrict McKesson-Aurora's

187:19 customers from obtaining controlled

187:20 substances."

187:21 And then read that next

187:22 sentence, please.

187:23   A. It starts "thresholds"?

187:24   Q. Yep.

187:25   A. "Thresholds were moved to

188:1 accommodate whatever purchasing occurred, or

188:2 they were set so high that they never

188:3 triggered any review."

**188:4 - 188:7**   **Hartle, Nathan 08-01-2018 (00:00:07)**   **NH02.259**

188:4   Q. And that's -- that means that

188:5 the thresholds were being manipulated by

188:6 McKesson in order to accommodate sales,

188:7 right?

**188:9 - 188:10**   **Hartle, Nathan 08-01-2018 (00:00:01)**   **NH02.94**

188:9 THE WITNESS:  That's the

188:10 allegation in here.

**190:14 - 190:20**   **Hartle, Nathan 08-01-2018 (00:00:14)**   **NH02.95**

190:14   Q. Now, in setting the

190:15 threshold -- let's talk about setting the

190:16 thresholds, because that was -- part of the

190:17 allegations in here was the thresholds

190:18 were -- part of the allegations in August

190:19 of 2014 by the US Attorney was that the

190:20 thresholds were being set too high, right?

**190:22 - 190:23**   **Hartle, Nathan 08-01-2018 (00:00:01)**   **NH02.96**

190:22 THE WITNESS:  That's part of

| Page/Line | Source | ID |
|---|---|---|
| | **NH02-CT2_Nathan Hartle Fact** | |

190:23 the allegation.

| 190:25 - 190:25 | **Hartle, Nathan 08-01-2018 (00:00:03)** | **NH02.97** |

190:25   Q. And if we look at

| 191:1 - 191:1 | **Hartle, Nathan 08-01-2018 (00:00:03)** | **NH02.247** |

191:1 1.1461.

| 191:1 - 191:2 | **Hartle, Nathan 08-01-2018 (00:00:04)** | **NH02.248** |

191:1 which will be Exhibit 55 to the
191:2 deposition.

| 191:3 - 191:11 | **Hartle, Nathan 08-01-2018 (00:00:30)** | **NH02.249** |

191:3 Now, this is from Nate Hartle.
191:4 Do you see that at the top?
191:5   A. I do.
191:6   Q. Okay.  Now -- and this is dated
191:7 July 23, 2014, right?
191:8   A. Yes.
191:9   Q. So just about a month before
191:10 that letter from the US Attorney, right?
191:11   A. Correct.

| 191:19 - 191:21 | **Hartle, Nathan 08-01-2018 (00:00:26)** | **NH02.98** |

191:19   Q. Okay.  Now I want to show you
191:20 1.1458, which will be Exhibit 56 to the
191:21 deposition.

| 191:22 - 193:12 | **Hartle, Nathan 08-01-2018 (00:01:38)** | **NH02.250** |

191:22 All right.  This is another
191:23 e-mail from Nate Hartle, September 9, 2014.
191:24 Do you see that?
191:25   A. I do.
192:1   Q. Okay.  Let's focus on -- now,
192:2 this is about a month after you got the
192:3 letter, so let's be clear.
192:4 You got Exhibit 55, your e-mail
192:5 dated July 23, 2014, and that's dealing with
192:6 a TCR, a threshold change request, from
192:7 Wegmans.
192:8 Do you see that?
192:9   A. I see that.
192:10   Q. Okay.  And then the letter from
192:11 the US Attorney is sent a month later, in
192:12 August, alleging that the thresholds were
192:13 being set too high by McKesson in order to

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

192:14 avoid detection of suspicious orders.  That
192:15 was the allegation, right?
192:16   A. It was.
192:17   Q. Okay.  And then a -- at least a
192:18 short time after that letter is Exhibit 56,
192:19 which is the September 9, 2014 letter.
192:20 Do you see that -- or e-mail?
192:21   A. Yes.
192:22   Q. All right.  So a month after
192:23 you -- that letter is sent to McKesson's
192:24 lawyers, you write a letter -- or an e-mail,
192:25 I'm sorry, dated September 9, 2014, up at the
193:1 top, and you copy Micheal Bishop as well as
193:2 Michael Oriente.
193:3 Do you see that?
193:4   A. I do.
193:5   Q. And then it says, "Wakefern
193:6 threshold methodology."
193:7 You see that?
193:8   A. I do.
193:9   Q. And what it says is,
193:10 "Sensitivity:  Company, confidential," right?
193:11 Don't share it outside the
193:12 walls of McKesson, right?

| 193:14 - 193:15 | **Hartle, Nathan 08-01-2018 (00:00:02)** | **NH02.99** |

193:14 THE WITNESS:  It's classified
193:15 confidential, yeah.

| 193:17 - 194:6 | **Hartle, Nathan 08-01-2018 (00:00:31)** | **NH02.100** |

193:17   Q. "Bishop:  You asked on the call
193:18 about the methodology we have used in the
193:19 past, so below is what we will use.  This
193:20 will be the same as what we will need to do
193:21 with the new NRA [sic] volume for
193:22 hydrocodone."
193:23 So what you're doing is you're
193:24 asking -- you're telling him about how to set
193:25 an initial threshold for this, right?
194:1   A. Correct.
194:2   Q. All right.  And what you say
194:3 is, let's calculate it using the total doses

| Page/Line | Source | ID |
|---|---|---|

**NH02-CT2_Nathan Hartle Fact**

194:4 times distribution settle norm times buffer.
194:5 Do you see that?
194:6   A. I see that.

**194:14 - 194:22**   **Hartle, Nathan 08-01-2018 (00:00:14)**   **NH02.101**

194:14   Q. Okay.  This has been used in
194:15 the past; that's what you said?
194:16   A. Similar concept.
194:17   Q. Okay.  "Buffer, we've used
194:18 25 percent in the past, so that is what I've
194:19 put in for now.  And then rounding, we will
194:20 also round up to the nearest 500."
194:21 Do you see that?
194:22   A. I see that.

**195:11 - 195:23**   **Hartle, Nathan 08-01-2018 (00:00:27)**   **NH02.102**

195:11 You're saying here, let's use
195:12 the same methodology we used in the past,
195:13 right?  That's what you said?
195:14   A. That's what -- that's in here.
195:15   Q. Okay.
195:16   A. This relates to --
195:17   Q. And this was a few weeks after
195:18 having gotten the letter from the US Attorney
195:19 specifically alleging that you are setting
195:20 the thresholds too high in order to avoid
195:21 detection of suspicious orders, right?
195:22 That's the time frame?
195:23   A. That's the timing.

**197:6 - 197:9**   **Hartle, Nathan 08-01-2018 (00:00:09)**   **NH02.103**

197:6   Q. And then what you do is
197:7 you take that highest number, the highest
197:8 number you can get over the last year, and
197:9 you tack on 25 percent above it, right?

**197:12 - 197:19**   **Hartle, Nathan 08-01-2018 (00:00:16)**   **NH02.104**

197:12   Q. That's the buffer, 25 percent?
197:13   A. That's what a buffer is.
197:14   Q. That's what a buffer is.
197:15 Okay.  So if a store's max
197:16 number of last 12 months was 10,000, you
197:17 automatically set the threshold -- or you
197:18 automatically add a buffer of another 2,500,

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

197:19 right?

| 197:21 - 197:22 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.105** |

197:21 THE WITNESS:  That's how the
197:22 math works.

| 198:1 - 198:9 | **Hartle, Nathan 08-01-2018 (00:00:28)** | **NH02.106** |

198:1   Q. Okay.  And then what you do
198:2 after that is you then round it up to the
198:3 next 500.  So if it's -- if the number ends
198:4 up falling at 12,501, you then jack it up
198:5 another 499 and put it at 13,000 so that
198:6 the -- the max number of dispensing in a
198:7 month was 10,000, your buffer is now 13,000,
198:8 or 30 percent higher, than what it is they've
198:9 ever dispensed in the prior year, right?

| 198:11 - 198:13 | **Hartle, Nathan 08-01-2018 (00:00:05)** | **NH02.107** |

198:11 THE WITNESS:  That's the math.
198:12 The rounding is for -- you can't --
198:13 for bottle size factors, typically.

| 198:15 - 198:18 | **Hartle, Nathan 08-01-2018 (00:00:05)** | **NH02.108** |

198:15   Q. Well, but you're rounding up.
198:16 Why not round it down?  You don't round it
198:17 down, do you?
198:18   A. Typically don't.

| 200:24 - 202:10 | **Hartle, Nathan 08-01-2018 (00:01:15)** | **NH02.109** |

200:24 Let's look at the exhibit, this
200:25 July 23, 2014 e-mail.  This was the month
201:1 before the August 2014 letter from the
201:2 US Attorney.
201:3 "Hi, guys" --
201:4 This is from you, right, Nate
201:5 Hartle?
201:6   A. It is.
201:7   Q. Okay.  "Hi, guys, I took a look
201:8 this morning and have a few questions and
201:9 comments."  Now, this is -- the subject
201:10 matter is "Wegmans TCR request."
201:11 So what they're looking at is
201:12 what to set Wegmans levels at.  Would you
201:13 agree with that?  Threshold?
201:14 If you look at page .4, Shari

| Page/Line | Source | ID |
|---|---|---|
| | NH02-CT2_Nathan Hartle Fact | |

201:15 Pickell e-mail --
201:16   A. Yes.
201:17   Q. -- to you -- well, cc'd you.
201:18 And it says, "Please see the
201:19 attached TCR report and dispensing data for
201:20 oxycodone for Wegmans stores."
201:21   A. Right.
201:22   Q. "With their new contract, they
201:23 are moving their incremental volume over to
201:24 McKesson."
201:25 So they're moving business to
202:1 McKesson now, right?
202:2   A. Correct.
202:3   Q. "Please adjust thresholds
202:4 accordingly."  So there's some back and
202:5 forth.
202:6 And then ultimately it looks
202:7 like on the base codes -- what are the base
202:8 codes 9813 and 9814; do you know?
202:9   A. Those aren't -- those aren't
202:10 current ones in our -- so I can't --

| 202:22 - 202:25 | **Hartle, Nathan 08-01-2018 (00:00:02)** | **NH02.110** |

202:22   Q. It's an opioid.
202:23   A. Yeah.
202:24   Q. They're opioids, right?
202:25   A. Yeah.

| 204:7 - 204:17 | **Hartle, Nathan 08-01-2018 (00:00:15)** | **NH02.111** |

204:7   Q. Yeah, well, let's go up here.
204:8 And you say, "Hi, guys, I took
204:9 a look this morning and have a few
204:10 questions/comments."
204:11 Do you see that?
204:12   A. Uh-huh.
204:13   Q. "One, do we really want to be
204:14 lowering thresholds right now?"
204:15 Do you see you asking that
204:16 question?
204:17   A. Uh-huh.

| 205:5 - 205:19 | **Hartle, Nathan 08-01-2018 (00:00:28)** | **NH02.112** |

205:5   Q. In number 3?

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

205:6 "I was thinking we would do
205:7 something more like we did with the Rite Aid
205:8 recently.  For example, we used total RX
205:9 times the DC norm and add a buffer.  In
205:10 Wegmans' case, we could probably start with a
205:11 buffer on top of their max amount."
205:12 So that's what we were talking
205:13 about, the system that you were using in
205:14 September, right?  Take the max amount per
205:15 month of dispensing --
205:16  A. Right.
205:17  Q. -- add a buffer.
205:18 Do you see that?
205:19  A. I do.

**206:3 - 206:19**     **Hartle, Nathan 08-01-2018 (00:00:37)**     **NH02.113**

206:3  Q. But here it says, "take" -- it
206:4 says, "Logic, take max and add a buffer,
206:5 i.e., 20 percent, to round up to the nearest
206:6 500."
206:7 Do you see that?
206:8  A. I see that.
206:9  Q. So once again, taking whatever
206:10 number it is -- and so you give an example
206:11 down below, store number 1.  The max monthly
206:12 dispensing for that store at 11,800, add the
206:13 20 percent buffer puts it at 14, 1,060 [sic],
206:14 new threshold, 14,500.
206:15 Do you see that?
206:16  A. I see that.
206:17  Q. So instead of -- so that's
206:18 almost 3,000 doses per month higher than
206:19 their max dispensing, right?

**206:22 - 206:23**     **Hartle, Nathan 08-01-2018 (00:00:01)**     **NH02.114**

206:22  Q. That's an example.
206:23  A. It's an example.

**209:17 - 210:13**     **Hartle, Nathan 08-01-2018 (00:00:54)**     **NH02.115**

209:17  Q. Okay.  So I just want to
209:18 reorient us.  If we could take a look at
209:19 Exhibit 54 that you've got there, which is a
209:20 letter from the US Attorney, District of

| Page/Line | Source | ID |
|---|---|---|

**NH02-CT2_Nathan Hartle Fact**

209:21 Colorado, dated August 13, 2014.
209:22 That's -- this is the one that
209:23 was right in the middle of the two -- the
209:24 date that was in the middle of the two
209:25 e-mails that we were discussing.
210:1 You recall that?
210:2   A. Yes.
210:3   Q. Okay.  So this is August 2014.
210:4 If we look at page .11, please,
210:5 what he's -- what he's being critical of, and
210:6 the allegation in here in terms of the
210:7 McKesson-Aurora manipulated and circumvented
210:8 thresholds is, first he says,
210:9 "McKesson-Aurora set its initial thresholds
210:10 for its pharmacy customers very high.
210:11 McKesson-Aurora's review process was not even
210:12 triggered," meaning the threshold -- a
210:13 threshold excursion, right?

**210:16 - 211:9**   **Hartle, Nathan 08-01-2018 (00:00:51)**   **NH02.116**

210:16   Q. "The process was -- the review
210:17 process was not even triggered until an
210:18 individual pharmacy sold more than 10 percent
210:19 of that pharmacy's average volume for a
210:20 12-month period from 2007 to 2008."
210:21 You see that?
210:22   A. I see that.
210:23   Q. Okay.  So if we look at that,
210:24 what he's saying there is there was a 10
210:25 percent buffer built in over the pharmacy's
211:1 average volume from a 12-month period, right?
211:2   A. Correct.
211:3   Q. Which is lower than the 20 to
211:4 25 percent buffer you used.  And this uses an
211:5 average volume from a 12-month period, which
211:6 is lower than the max value for a month in
211:7 the prior 12 months, right?
211:8   A. Correct.  This is purchasing
211:9 versus dispensing in mine.

**212:1 - 212:20**   **Hartle, Nathan 08-01-2018 (00:00:55)**   **NH02.117**

212:1   Q. Now, if we go back to

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

212:2 your July 2014 e-mail, which is exhibit -- it
212:3 should be one of the just last couple but --
212:4 I think 55.  55, I'm sorry.
212:5 This is July 23, 2014, and this
212:6 is the one where you asked, "Do we really
212:7 want to be lowering thresholds right now?"
212:8 Do you see that?
212:9   A. I see that.
212:10   Q. Now, during this time period in
212:11 2014, do you know -- when you're asking that
212:12 question about lowering thresholds, do you
212:13 know what's going on in the country in terms
212:14 of the opioid epidemic?
212:15   A. I do.
212:16   Q. Okay.  In fact, it was during
212:17 this same time period we looked at the
212:18 document in 2014 that said that a person was
212:19 dying in the United States from an opioid
212:20 overdose every 19 minutes, right?

| 212:22 - 212:22 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.118** |

212:22 THE WITNESS:  Agree.

| 212:24 - 213:5 | **Hartle, Nathan 08-01-2018 (00:00:19)** | **NH02.119** |

212:24   Q. So while you are asking the
212:25 question, should we be lowering thresholds,
213:1 which is the very mechanism by which you
213:2 trigger the investigation and the review for
213:3 suspicious orders, and you're saying should
213:4 we be lowering them and doing that, people
213:5 are dying from opioids, right?

| 213:7 - 213:8 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.120** |

213:7 THE WITNESS:  I understand
213:8 people are dying from opiates.

| 221:19 - 221:20 | **Hartle, Nathan 08-01-2018 (00:00:06)** | **NH02.121** |

221:19   Q. Okay.  Now -- all right.
221:20 Looking at P1.88,

| 221:20 - 222:19 | **Hartle, Nathan 08-01-2018 (00:01:09)** | **NH02.251** |

221:20 this is a copy of the
221:21 administrative memorandum of agreement
221:22 pertaining to the 2017 settlement.
221:23 Have you reviewed this before?

| Page/Line | Source | ID |
|---|---|---|

NH02-CT2_Nathan Hartle Fact

221:24   A. I have.
221:25   Q. Okay.  And if you would, please
222:1 turn to the back page, which is P -- I'm
222:2 sorry, page 14.  Page 14.
222:3 Oh, I'm sorry, it's 58.  I'm
222:4 sorry, did you -- have you seen this before,
222:5 Mr. Hartle?
222:6   A. I have.
222:7   Q. Okay.  If you would, turn to
222:8 page 14.  And if you look over there, the
222:9 signatures of the acting administrator of the
222:10 Drug Enforcement Administration and assistant
222:11 administrator for the Diversion Control
222:12 Division of DEA; do you see that?
222:13   A. I see that.
222:14   Q. And those are dated January 17,
222:15 2017, right?
222:16   A. Correct.
222:17   Q. And that's the date that the
222:18 agreement was finalized and the $150 million
222:19 fine was levied, correct?

**222:21 - 222:21**  **Hartle, Nathan 08-01-2018 (00:00:01)**   NH02.122
222:21 THE WITNESS:  That's the date.

**222:25 - 223:4**  **Hartle, Nathan 08-01-2018 (00:00:25)**   NH02.123
222:25   Q. Okay.  Now, I'm going to show
223:1 you a copy of what we're going to mark as
223:2 Exhibit 59, which is an e-mail from
223:3 January 30, 2017, from you.  And if you
223:4 could, I want --

**223:8 - 223:14**  **Hartle, Nathan 08-01-2018 (00:00:07)**   NH02.124
223:8   Q. What I'd like to do is direct
223:9 your attention to the bottom e-mail first
223:10 from Dan Jefferies.
223:11 Do you see that?
223:12   A. I do.
223:13   Q. Do you know Mr. Jefferies?
223:14   A. I do.

**223:17 - 224:6**  **Hartle, Nathan 08-01-2018 (00:00:26)**   NH02.125
223:17   Q. Okay.  It says, "Subject,
223:18 opioid reductions."

| Page/Line | Source | ID |
|---|---|---|
| | **NH02-CT2_Nathan Hartle Fact** | |

223:19 Do you see that?
223:20   A. I see that.
223:21   Q. Okay.  And he's talking about
223:22 some discussion at a Topco meeting.
223:23 Do you see that?
223:24   A. I do.
223:25   Q. Okay.  And he says their
224:1 concerns were, "One, that manufacturers would
224:2 stockpile the product and release it at a
224:3 higher price; two, McKesson would stockpile
224:4 and release at a higher price; and three,
224:5 thresholds would be dramatically cut."
224:6 Do you see that?

| 224:8 - 224:8 | **Hartle, Nathan 08-01-2018 (00:00:00)** | **NH02.126** |

224:8 THE WITNESS:  I see that.

| 225:8 - 225:9 | **Hartle, Nathan 08-01-2018 (00:00:05)** | **NH02.127** |

225:8   Q. One of their concerns was that
225:9 thresholds would be dramatically cut.

| 225:12 - 226:19 | **Hartle, Nathan 08-01-2018 (00:00:57)** | **NH02.128** |

225:12   Q. I just read it to you.
225:13   A. Right.  I'm just looking.
225:14 Right.
225:15   Q. Okay.  And Topco, so that we're
225:16 clear, is one of the national chains, the
225:17 national accounts, right?
225:18   A. It's a buying group that has
225:19 chains associated with it, but it's in our
225:20 segment.
225:21   Q. Right.  Okay.  It's in your
225:22 segment --
225:23   A. Correct.
225:24   Q. -- under your control --
225:25   A. Correct.
226:1   Q. -- which is why you're
226:2 discussing this with we.
226:3   A. Correct.
226:4   Q. So up here you respond and you
226:5 say, "You were right in that the reduction
226:6 was just taking out a buffer, so we have no
226:7 concerns and do not anticipate any negative

| NH02-CT2_Nathan Hartle Fact | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

226:8 impact.  This should be a nonissue, so it is
226:9 business as usual from a threshold
226:10 perspective."
226:11 Right?  That's what you said?
226:12   A. Correct.
226:13   Q. And this is January 30, 2017,
226:14 right after signing -- this is less than two
226:15 weeks after signing the memorandum of
226:16 understanding regarding the $150 million fine
226:17 which included allegations in terms of how
226:18 your thresholds were set, how your --
226:19 McKesson's thresholds were set, right?

| 226:21 - 226:22 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.129** |

226:21 THE WITNESS:  That's the
226:22 timing.

| 227:18 - 227:20 | **Hartle, Nathan 08-01-2018 (00:00:05)** | **NH02.130** |

227:18 McKesson is business as usual
227:19 in regards to the way you set thresholds for
227:20 your customers, right?

| 227:23 - 227:24 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.131** |

227:23   Q. That's what you're saying
227:24 there?

| 228:1 - 228:2 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.132** |

228:1 THE WITNESS:  For these
228:2 customers, yeah.

| 240:14 - 241:3 | **Hartle, Nathan 08-01-2018 (00:00:38)** | **NH02.133** |

240:14 QUESTIONS BY MR. RAFFERTY:
240:15   Q. All right.  Let's -- all right.
240:16 Let's look at what else is going on.
240:17 During 2014, there were some --
240:18 you're familiar with HDMA.  We talked a
240:19 little bit about that earlier, right?
240:20   A. I am.
240:21   Q. That's your trade organization?
240:22   A. Right.  Correct.
240:23 (McKesson-Hartle Exhibit 61
240:24 marked for identification.)
240:25
241:1 QUESTIONS BY MR. RAFFERTY:
241:2   Q. Okay.  And if we look at 1490,

| Page/Line | Source | ID |
|---|---|---|

**NH02-CT2_Nathan Hartle Fact**

| Page/Line | Source | ID |
|---|---|---|
| | 241:3 which will be Exhibit 61 to the depo. | |
| 241:4 - 242:11 | **Hartle, Nathan 08-01-2018 (00:01:03)** | NH02.252 |
| | 241:4 So this is right around the | |
| | 241:5 time you're starting at McKesson, right, May | |
| | 241:6 2014? | |
| | 241:7   A. In 2014. | |
| | 241:8   Q. Okay.  "SGAC annual meeting." | |
| | 241:9 Do you see that? | |
| | 241:10   A. I see that. | |
| | 241:11   Q. And what is that; do you know? | |
| | 241:12   A. I don't know. | |
| | 241:13   Q. It says "HDMA" down at the | |
| | 241:14 bottom, Healthcare Distribution Management | |
| | 241:15 Association.  You guys are on the -- you | |
| | 241:16 guys.  You're -- McKesson is on the executive | |
| | 241:17 committee of that, right? | |
| | 241:18   A. Correct. | |
| | 241:19   Q. Okay.  And it says, if you look | |
| | 241:20 at point 2, "HDMA state government affairs | |
| | 241:21 capabilities, prepared for the HDMA executive | |
| | 241:22 committee expense working group." | |
| | 241:23 Do you see that? | |
| | 241:24   A. I do see that. | |
| | 241:25   Q. And one of the things, if you | |
| | 242:1 turn over a couple of pages to .4, one of the | |
| | 242:2 things it says is, "Challenges on the | |
| | 242:3 horizon:  State efforts to address, reduce, | |
| | 242:4 prevent prescription abuse and diversion." | |
| | 242:5 Do you see that? | |
| | 242:6   A. I see that. | |
| | 242:7   Q. Okay.  So your trade | |
| | 242:8 organization that you're on the executive | |
| | 242:9 committee sees states' efforts to reduce and | |
| | 242:10 prevent diversion as a challenge to your | |
| | 242:11 business, right? | |
| 242:13 - 242:15 | **Hartle, Nathan 08-01-2018 (00:00:02)** | NH02.134 |
| | 242:13 QUESTIONS BY MR. RAFFERTY: | |
| | 242:14   Q. Not as an opportunity but as a | |
| | 242:15 challenge? | |
| 242:17 - 242:19 | **Hartle, Nathan 08-01-2018 (00:00:02)** | NH02.135 |

| | | |
|---|---|---|
| **NH02-CT2_Nathan Hartle Fact** | | |
| **Page/Line** | **Source** | **ID** |

242:17 THE WITNESS:  I don't know what
242:18 the speaking points are, but it's on
242:19 the challenge slide.

**286:18 - 287:4**     **Hartle, Nathan 08-01-2018 (00:00:30)**     **NH02.136**

286:18  Q. All right.  Around this same
286:19 time period, Mr. Hartle, that we were
286:20 discussing that letter from the US Attorney
286:21 from West Virginia, there was also other
286:22 US Attorneys involved in investigating
286:23 McKesson's failure to report suspicious
286:24 orders, true?
286:25  A. Yes.
287:1  Q. In fact, one of those was John
287:2 Walsh from the District of Colorado, and that
287:3 letter is August 13, 2004 -- August 13, 2014,
287:4 correct?  It's Exhibit 54.

**287:5 - 287:24**     **Hartle, Nathan 08-01-2018 (00:00:39)**     **NH02.253**

287:5  A. Is it August 13, 2014?
287:6  Q. Yes, sir.
287:7  A. Correct.
287:8  Q. All right.  If we turn to
287:9 page 2 of that -- well, go back, just so I
287:10 can orient.
287:11 Okay.  So you see up there,
287:12 August 13, 2014.  And it's "Re: possible
287:13 civil action against McKesson Corporation for
287:14 violations of the Controlled Substances Act,"
287:15 correct?
287:16  A. Correct.
287:17  Q. Okay.  So if we go to page 2,
287:18 it says here in the second full paragraph at
287:19 the beginning, "The regulatory requirement to
287:20 report suspicious orders is not meaningless
287:21 box-checking."
287:22 Do you see that?
287:23  A. I see that.
287:24  Q. And you agree with that, right?

**288:1 - 288:2**     **Hartle, Nathan 08-01-2018 (00:00:02)**     **NH02.137**

288:1 THE WITNESS:  It's not a
288:2 meaningless process, no.

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

288:21 - 289:14      **Hartle, Nathan 08-01-2018 (00:00:36)**      **NH02.138**

288:21   Q. And then it goes on and says,

288:22 "Suspicious order reporting serves concrete

288:23 public safety goals."

288:24 Do you see that?

288:25   A. I see that.

289:1   Q. "Distributors are on the front

289:2 lines and thus in a unique position to

289:3 promptly advise the DEA when they receive an

289:4 order that is unusual, deviates from a normal

289:5 patterns or is otherwise suspicious or

289:6 inappropriate.  If the distributor does not

289:7 alert the DEA of such orders, then the DEA

289:8 cannot take the necessary law enforcement

289:9 steps to investigate the orders and prevent

289:10 diversion.  In this manner, distributors like

289:11 McKesson-Aurora play a vital role in

289:12 preventing diversion."

289:13 Do you see that?

289:14   A. I see that.

289:19 - 290:4      **Hartle, Nathan 08-01-2018 (00:00:40)**      **NH02.139**

289:19   Q. So then if we turn to

289:20 .3, page .3, I'm sorry, it says in that top

289:21 paragraph, "Instead, when McKesson-Aurora

289:22 received a suspicious order from one of its

289:23 pharmacy customers, the distribution center

289:24 manipulated its internal control systems in

289:25 various ways to avoid having to report that

290:1 order."

290:2 Now, what they're talking about

290:3 there is manipulating the threshold change

290:4 requests, aren't they?

290:6 - 290:7      **Hartle, Nathan 08-01-2018 (00:00:01)**      **NH02.140**

290:6 THE WITNESS:  They're talking

290:7 about thresholds.

290:9 - 290:25      **Hartle, Nathan 08-01-2018 (00:00:35)**      **NH02.141**

290:9   Q. Okay.  "The result was that

290:10 readily available identifiable orders and

290:11 ordering patterns that were obvious signs of

290:12 diversion occurring at McKesson-Aurora

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 290:13 customer pharmacies went unreviewed and | |
| | 290:14 unreported.  In this manner, | |
| | 290:15 McKesson-Aurora's desire for increased sales | |
| | 290:16 drove its compliance efforts." | |
| | 290:17 Do you see that? | |
| | 290:18   A. I see that. | |
| | 290:19   Q. Okay.  Then it goes on and | |
| | 290:20 says, "McKesson-Aurora's failure to report | |
| | 290:21 suspicious orders to the DEA has had tangible | |
| | 290:22 and tragic consequences." | |
| | 290:23 Have you reviewed this document | |
| | 290:24 before, Mr. Hartle? | |
| | 290:25   A. I have seen it. | |
| 291:20 - 292:7 | **Hartle, Nathan 08-01-2018 (00:00:33)** | **NH02.142** |
| | 291:20   Q. Okay.  And it says here, "The | |
| | 291:21 tangible and tragic consequences.  At least | |
| | 291:22 nine overdose deaths in Colorado can be | |
| | 291:23 traced to purchases made at pharmacies that | |
| | 291:24 were purchasing unusually high quantities of | |
| | 291:25 oxycodone and hydrocodone from | |
| | 292:1 McKesson-Aurora." | |
| | 292:2 Do you see that? | |
| | 292:3   A. I do. | |
| | 292:4   Q. Identified nine deaths as a | |
| | 292:5 direct result of diversion involving | |
| | 292:6 pharmacies you were providing the narcotics | |
| | 292:7 to, right? | |
| 292:9 - 292:20 | **Hartle, Nathan 08-01-2018 (00:00:26)** | **NH02.143** |
| | 292:9 THE WITNESS:  I see that listed | |
| | 292:10 in here, yes. | |
| | 292:11 QUESTIONS BY MR. RAFFERTY: | |
| | 292:12   Q. So after you got this | |
| | 292:13 information in 2014, did you reach out?  Did | |
| | 292:14 you try to find who those people were?  Did | |
| | 292:15 you try to go to the pharmacy?  Did you try | |
| | 292:16 to reach out to anybody in Aurora that was | |
| | 292:17 involved in these deaths, any of their family | |
| | 292:18 members, to try and figure out how McKesson | |
| | 292:19 could not -- could do something to not let | |
| | 292:20 this happen again?  Did you do that? | |

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 292:22 - 292:23 | **Hartle, Nathan 08-01-2018 (00:00:02)** | NH02.144 |
| | 292:22 THE WITNESS:  Personally, no, I | |
| | 292:23 did not. | |
| 292:25 - 293:12 | **Hartle, Nathan 08-01-2018 (00:00:33)** | NH02.145 |
| | 292:25   Q. "At least two drug trafficking | |
| | 293:1 organizations were operating out of | |
| | 293:2 McKesson-Aurora-supplied pharmacies and | |
| | 293:3 diverting prescription drugs for sales on the | |
| | 293:4 street, but McKesson-Aurora never once | |
| | 293:5 reported those pharmacies' blatant pattern of | |
| | 293:6 suspicious ordering to the DEA." | |
| | 293:7 Do you see that? | |
| | 293:8   A. I see that. | |
| | 293:9   Q. So nine people dead, two drug | |
| | 293:10 trafficking organizations running out of | |
| | 293:11 pharmacies that you were selling narcotics | |
| | 293:12 to, and no reports to the DEA, right? | |
| 293:14 - 293:15 | **Hartle, Nathan 08-01-2018 (00:00:01)** | NH02.146 |
| | 293:14 THE WITNESS:  Again, that's -- | |
| | 293:15 those are the allegations, yes. | |
| 293:17 - 293:20 | **Hartle, Nathan 08-01-2018 (00:00:15)** | NH02.147 |
| | 293:17   Q. All after -- years after you | |
| | 293:18 signed an agreement with the DEA in 2008 to | |
| | 293:19 report suspicious orders and to stop | |
| | 293:20 shipments of suspicious orders, right? | |
| 293:22 - 293:23 | **Hartle, Nathan 08-01-2018 (00:00:02)** | NH02.148 |
| | 293:22 THE WITNESS:  After that | |
| | 293:23 settlement agreement, yes. | |
| 294:1 - 294:13 | **Hartle, Nathan 08-01-2018 (00:00:41)** | NH02.149 |
| | 294:1 In fact, amazingly, if you look | |
| | 294:2 down in 2011, not only was McKesson turning a | |
| | 294:3 blind eye to what was going on at the | |
| | 294:4 McKesson-Aurora facility but, in fact, in | |
| | 294:5 2011 McKesson-Aurora was recognized as the | |
| | 294:6 distribution center of the year and given an | |
| | 294:7 award. | |
| | 294:8 Do you see that? | |
| | 294:9   A. I do see that. | |
| | 294:10   Q. Do you think the families of | |
| | 294:11 those nine people who passed away feel like | |

| Page/Line | Source | ID |
|---|---|---|

NH02-CT2_Nathan Hartle Fact

294:12 the Aurora -- McKesson-Aurora distribution
294:13 center should be given an award?

| Page/Line | Source | ID |
|---|---|---|
| 294:15 - 294:16 | **Hartle, Nathan 08-01-2018 (00:00:03)** | **NH02.150** |

294:15 THE WITNESS:  I certainly
294:16 wouldn't feel that way.

| 318:24 - 319:10 | **Hartle, Nathan 08-01-2018 (00:00:25)** | **NH02.151** |

318:24   Q. Okay.  And in fact, you're
318:25 familiar with the concept of the migration of
319:1 diverted drugs, correct, meaning drugs
319:2 that -- go ahead.
319:3   A. That move borders.
319:4   Q. Right.
319:5   A. Right.
319:6   Q. Drugs don't just -- because you
319:7 sell it to one particular pharmacy doesn't --
319:8 in one particular town doesn't mean that drug
319:9 is staying in that town, right?
319:10   A. Agreed.

| 319:25 - 320:16 | **Hartle, Nathan 08-01-2018 (00:00:29)** | **NH02.152** |

319:25 This is from Exhibit 44, and I
320:1 can just put this up, if you want.  It's a
320:2 chart.
320:3 This is from, just so you are
320:4 aware, the prescription drug abuse we looked
320:5 at earlier.
320:6   A. I've seen it before.
320:7   Q. Okay.
320:8   A. Okay.
320:9   Q. From McKesson.  This is from
320:10 McKesson in 2014.  And this is one of the
320:11 slides.  "Drug diversion, migration out of
320:12 Florida."
320:13 And you see the arrow going all
320:14 the way up through Georgia, Tennessee,
320:15 Kentucky, Ohio, Missouri?
320:16   A. Yeah, I'm aware of --

| 320:18 - 320:20 | **Hartle, Nathan 08-01-2018 (00:00:03)** | **NH02.153** |

320:18 THE WITNESS:  Oh, excuse me.
320:19 Aware of how drugs move and
320:20 migrate, so...

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 321:6 - 321:17 | **Hartle, Nathan 08-01-2018 (00:00:26)** | NH02.154 |

321:6 And in fact, the distribution
321:7 centers that you're talking about, that when
321:8 we're talking about distribution centers in
321:9 these states, those distribution centers
321:10 actually service pharmacies in other states,
321:11 right?
321:12 It's not just because it's
321:13 located in, you know, Washington Court House,
321:14 Ohio, that it's not servicing pharmacies in
321:15 other states or surrounding states, correct?
321:16   A. Correct.  Distribution centers
321:17 can serve customers in multiple states.

| 323:5 - 323:11 | **Hartle, Nathan 08-01-2018 (00:00:19)** | NH02.155 |

323:5   Q. And specifically -- so what I'm
323:6 saying is, because we're talking about --
323:7 trying to see that -- the effect that that
323:8 has, that diversion has -- based out of
323:9 distribution centers, it affects not just the
323:10 state that it's sitting in but many other
323:11 states that it services as well, correct?

| 323:13 - 323:14 | **Hartle, Nathan 08-01-2018 (00:00:02)** | NH02.156 |

323:13 THE WITNESS:  I agree that
323:14 diversion migrates.

| 389:12 - 390:1 | **Hartle, Nathan 08-01-2018 (00:00:27)** | NH02.157 |

389:12 QUESTIONS BY MR. PAPANTONIO:
389:13   Q. Sir, I was -- I listened to you
389:14 when you said that you thought there was a
389:15 responsibility to know what's going on
389:16 news-wise around the country.  If you know
389:17 what a reporter is saying about a particular
389:18 area, that's important information to you,
389:19 and I think you said -- you explained that to
389:20 my partner.  You said, yes, that's important;
389:21 yes, I keep up with it; no, I can't tell you
389:22 what everybody else does, but I do.  That's I
389:23 think what you said.
389:24   A. Correct.
389:25   Q. If I didn't characterize that
390:1 right --

| Page/Line | Source | ID |
|---|---|---|
| | **NH02-CT2_Nathan Hartle Fact** | |

| Page/Line | Source | ID |
|---|---|---|
| 390:3 - 390:12 | **Hartle, Nathan 08-01-2018 (00:00:20)** | NH02.158 |

390:3 QUESTIONS BY MR. PAPANTONIO:
390:4   Q. Right?
390:5   A. Yeah, as part of my entire
390:6 career, I want to stay in tune with --
390:7   Q. And you saw where my partner
390:8 actually showed you that you were doing what
390:9 the DEA told you to do, which was to stay
390:10 abreast of what the newspaper reports are in
390:11 any given area about problems that there may
390:12 be with opioids.

| Page/Line | Source | ID |
|---|---|---|
| 390:14 - 390:23 | **Hartle, Nathan 08-01-2018 (00:00:14)** | NH02.159 |

390:14 QUESTIONS BY MR. PAPANTONIO:
390:15   Q. Do you remember that section
390:16 that he showed you where the DEA said this is
390:17 something you should do?
390:18   A. Correct.
390:19   Q. Okay.  So did you know to do
390:20 that because the DA directed you -- DEA
390:21 directed you or did you just think that was a
390:22 good idea to stay abreast of what was going
390:23 on with news reports from around the country?

| Page/Line | Source | ID |
|---|---|---|
| 390:25 - 391:1 | **Hartle, Nathan 08-01-2018 (00:00:02)** | NH02.160 |

390:25 THE WITNESS:  That's what I do
391:1 as part of my information gathering.

| Page/Line | Source | ID |
|---|---|---|
| 391:13 - 391:19 | **Hartle, Nathan 08-01-2018 (00:00:13)** | NH02.161 |

391:13 Explain to the jury, if you
391:14 would, why this process that -- I don't want
391:15 to judge whether you did it on your own or
391:16 whether the DEA told you to do it, but this
391:17 process of where you think gathering
391:18 information from news sources is important.
391:19 Explain to them why that's important.

| Page/Line | Source | ID |
|---|---|---|
| 391:21 - 392:1 | **Hartle, Nathan 08-01-2018 (00:00:11)** | NH02.162 |

391:21 THE WITNESS:  It's important to
391:22 help understand the landscape, what's
391:23 going on, different -- different
391:24 information you can gain to help you
391:25 better run your program or better
392:1 understand what's happening.

| Page/Line | Source | ID |
|---|---|---|
| | **NH02-CT2_Nathan Hartle Fact** | |

| Page/Line | Source | ID |
|---|---|---|
| 429:15 - 429:24 | **Hartle, Nathan 08-01-2018 (00:00:19)** | NH02.163 |
| | 429:15 Did you know that there was a | |
| | 429:16 representation made -- it wasn't from your | |
| | 429:17 company, but there was a representation made | |
| | 429:18 to Congress during the Congressional hearings | |
| | 429:19 that there -- the reason they didn't know | |
| | 429:20 exactly how many drugs were being told -- | |
| | 429:21 sold in a pharmacy is they didn't know what | |
| | 429:22 the other companies were selling to the | |
| | 429:23 pharmacy. | |
| | 429:24 You ever heard that? | |
| 430:1 - 430:7 | **Hartle, Nathan 08-01-2018 (00:00:08)** | NH02.164 |
| | 430:1 THE WITNESS:  I've heard | |
| | 430:2 statements like that. | |
| | 430:3 QUESTIONS BY MR. PAPANTONIO: | |
| | 430:4   Q. But that wouldn't be true.  You | |
| | 430:5 had the ability to find out all the drugs | |
| | 430:6 that were being sold in a pharmacy.  We can | |
| | 430:7 agree with that, can't we? | |
| 430:9 - 430:11 | **Hartle, Nathan 08-01-2018 (00:00:02)** | NH02.165 |
| | 430:9 QUESTIONS BY MR. PAPANTONIO: | |
| | 430:10   Q. You could have done an audit | |
| | 430:11 anytime? | |
| 430:13 - 430:20 | **Hartle, Nathan 08-01-2018 (00:00:05)** | NH02.166 |
| | 430:13 THE WITNESS:  That was part of | |
| | 430:14 our process.  We would get -- | |
| | 430:15 QUESTIONS BY MR. PAPANTONIO: | |
| | 430:16   Q. Yes, sir. | |
| | 430:17   A. -- dispensing data and be able | |
| | 430:18 to see -- | |
| | 430:19   Q. That's what I'm trying to get | |
| | 430:20 at.  I just want to be clear about something. | |
| 431:5 - 431:11 | **Hartle, Nathan 08-01-2018 (00:00:17)** | NH02.167 |
| | 431:5   Q. If you wanted to know whether | |
| | 431:6 Cardinal was selling drugs to a pharmacy | |
| | 431:7 along with Amerisource, you had the right to | |
| | 431:8 audit and find out.  You knew exactly how | |
| | 431:9 many drugs were being sold in any given | |
| | 431:10 pharmacy that you were doing business with, | |
| | 431:11 at least when you came along? | |

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 431:13 - 431:14 | **Hartle, Nathan 08-01-2018 (00:00:02)** | NH02.168 |
| | 431:13 THE WITNESS:  Correct.  We | |
| | 431:14 would ask for dispensing to validate. | |
| 437:20 - 438:3 | **Hartle, Nathan 08-01-2018 (00:00:24)** | NH02.169 |
| | 437:20 QUESTIONS BY MR. PAPANTONIO: | |
| | 437:21   Q. Here's what I want to ask you | |
| | 437:22 about.  You don't have -- there is no oxy | |
| | 437:23 express if the level of narcotics are | |
| | 437:24 properly controlled.  If you don't have a | |
| | 437:25 glut, an excess, of pharmaceuticals, things | |
| | 438:1 like -- things like the oxy express can't | |
| | 438:2 even exist because there aren't enough pills, | |
| | 438:3 right?  You'd agree with that? | |
| 438:5 - 438:9 | **Hartle, Nathan 08-01-2018 (00:00:02)** | NH02.170 |
| | 438:5 THE WITNESS:  If there's less | |
| | 438:6 pills -- | |
| | 438:7 QUESTIONS BY MR. PAPANTONIO: | |
| | 438:8   Q. Right. | |
| | 438:9   A. -- sure. | |
| 439:6 - 439:11 | **Hartle, Nathan 08-01-2018 (00:00:09)** | NH02.171 |
| | 439:6 But Kermit was in West | |
| | 439:7 Virginia, correct?  You know that? | |
| | 439:8   A. Correct. | |
| | 439:9   Q. And it had a population of | |
| | 439:10 about 406 people; you know that.  It's a very | |
| | 439:11 small population. | |
| 439:13 - 439:21 | **Hartle, Nathan 08-01-2018 (00:00:16)** | NH02.172 |
| | 439:13 THE WITNESS:  Small population. | |
| | 439:14 QUESTIONS BY MR. PAPANTONIO: | |
| | 439:15   Q. Okay.  But nevertheless, it was | |
| | 439:16 getting millions of pills shipped into this | |
| | 439:17 little area of a population of 406 people; | |
| | 439:18 did you know that? | |
| | 439:19 Do you know how many million of | |
| | 439:20 pills were shipped in, that McKesson actually | |
| | 439:21 shipped in? | |
| 439:23 - 439:25 | **Hartle, Nathan 08-01-2018 (00:00:01)** | NH02.173 |
| | 439:23 THE WITNESS:  I know there were | |
| | 439:24 many. | |
| | 439:25 | |

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 442:4 - 442:9 | **Hartle, Nathan 08-01-2018 (00:00:14)** | NH02.174 |
| | 442:4   Q. Yeah, but you would agree | |
| | 442:5 that if there's millions of pills that are | |
| | 442:6 supposed to be shipped just to the town of | |
| | 442:7 Kermit, then 406 people cannot absorb | |
| | 442:8 millions of narcotics.  You would agree with | |
| | 442:9 that.  I mean, that's just logic. | |
| 442:11 - 442:14 | **Hartle, Nathan 08-01-2018 (00:00:03)** | NH02.175 |
| | 442:11 QUESTIONS BY MR. PAPANTONIO: | |
| | 442:12   Q. True? | |
| | 442:13   A. 400 people can't consume that | |
| | 442:14 many pills. | |
| 443:1 - 443:5 | **Hartle, Nathan 08-01-2018 (00:00:15)** | NH02.176 |
| | 443:1   Q. Okay.  So Judy's Pharmacy is | |
| | 443:2 selling more -- they're getting in all these | |
| | 443:3 pills, but the population -- if the | |
| | 443:4 population can't cover the pills, then the | |
| | 443:5 excess has to go somewhere, correct? | |
| 443:7 - 443:14 | **Hartle, Nathan 08-01-2018 (00:00:15)** | NH02.177 |
| | 443:7 QUESTIONS BY MR. PAPANTONIO: | |
| | 443:8   Q. I mean, you'd agree with that, | |
| | 443:9 wouldn't you? | |
| | 443:10   A. Correct. | |
| | 443:11   Q. Okay.  And one place it goes in | |
| | 443:12 diversion is it goes to pill mills, right? | |
| | 443:13 Goes to pill mills; that's one place? | |
| | 443:14   A. It can. | |
| 446:7 - 446:9 | **Hartle, Nathan 08-01-2018 (00:00:03)** | NH02.178 |
| | 446:7 MS. MOORE:  McKesson-Hartle 76. | |
| | 446:8 (McKesson-Hartle Exhibit 76 | |
| | 446:9 marked for identification.) | |
| 446:10 - 447:9 | **Hartle, Nathan 08-01-2018 (00:00:59)** | NH02.254 |
| | 446:10 QUESTIONS BY MR. PAPANTONIO: | |
| | 446:11   Q. Okay.  So if we go through this | |
| | 446:12 document, this is written Congress -- this is | |
| | 446:13 Congress of the United States and -- it's | |
| | 446:14 Congress of the United States, and it's | |
| | 446:15 written to Mr. Hammergren. | |
| | 446:16 Do you see that? | |
| | 446:17   A. Yes. | |

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

446:18  Q. And Mr. Hammergren is the
446:19 president of the company.  He's president and
446:20 chief executive officer of your company,
446:21 McKesson, and has been all the time you've
446:22 worked there, correct?
446:23  A. Correct.
446:24  Q. All right.  So the first
446:25 paragraph -- let's look at that first
447:1 paragraph.  It says, "Pursuant to the Rules X
447:2 and XI of the US House of Representatives,
447:3 the committee is continuing to investigate
447:4 the opioid epidemic in the US that is taking
447:5 115 lives a day."
447:6 You've known that that's a
447:7 figure that's been thrown around there for a
447:8 long time, and that is 115 people die every
447:9 day because of the opioid crisis, correct?

**447:11 - 448:3**   **Hartle, Nathan 08-01-2018 (00:00:36)**                **NH02.179**

447:11 THE WITNESS:  I've seen those
447:12 type of figures, yeah.
447:13 QUESTIONS BY MR. PAPANTONIO:
447:14  Q. And then it says, "As part of
447:15 our investigation, the committee wrote to
447:16 you" -- he's talking to Mr. Hammergren -- "on
447:17 May 8, 2017, regarding your distribution
447:18 practices generally, and in particular with
447:19 West Virginia -- with respect to West
447:20 Virginia.  As we mentioned in that letter,
447:21 the opioid epidemic has been particularly
447:22 devastating to West Virginia."
447:23 Now, you knew that when you
447:24 came to work with this company, that West
447:25 Virginia -- not just West Virginia but other
448:1 parts of this country were devastated by an
448:2 overabundance, a glut, of opioids.
448:3 You know that, right?

**448:5 - 448:7**   **Hartle, Nathan 08-01-2018 (00:00:03)**                **NH02.180**

448:5 THE WITNESS:  I knew certain
448:6 parts of the country, sure, were
448:7 impacted by the epidemic.

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 450:20 - 451:16 | **Hartle, Nathan 08-01-2018 (00:00:57)** | NH02.181 |
|---|---|---|

450:20 QUESTIONS BY MR. PAPANTONIO:
450:21   Q. Okay.  Fair enough.
450:22 You see it says -- page 2 --
450:23 page 2.  Go to page 2, please.
450:24 It says, "Sav-Rite No. 1,
450:25 Kermit, West Virginia."
451:1 That's a store that you sold
451:2 pharmaceuticals -- that McKesson sold
451:3 narcotics to, correct?
451:4   A. Correct.  I said correct.
451:5   Q. I'm sorry, I didn't hear.
451:6 It said, "In December of 2016,
451:7 the Charleston Gazette reported that the
451:8 Sav-Rite Pharmacy located in Kermit, West
451:9 Virginia, was among the top purchasers of
451:10 hydrocodone in West Virginia between 2007 and
451:11 2012.  According to US Census data, the town
451:12 of Kermit had a population of 406 individuals
451:13 in 2010."
451:14 I used the 400.  You remember
451:15 using 406 as the population in Kermit?
451:16   A. I do.

| 452:13 - 453:6 | **Hartle, Nathan 08-01-2018 (00:01:03)** | NH02.182 |
|---|---|---|

452:13 QUESTIONS BY MR. PAPANTONIO:
452:14   Q. Okay.  It says, "According to
452:15 the DEA, automation of reports and
452:16 consolidation orders, data obtained by the
452:17 committee, in 2006 McKesson shipped 2,211,630
452:18 hydrocodone pills and 78,500 oxycodone to
452:19 Strosnider Pharmacy, a/k/a Sav-Rite Pharmacy
452:20 No. 1."
452:21 Do you see that?
452:22   A. I see that.
452:23 MR. PAPANTONIO:  Underline 78
452:24 million 500 -- 78,500 oxycodone pills.
452:25 QUESTIONS BY MR. PAPANTONIO:
453:1   Q. It says, "This means that in
453:2 2006, McKesson would have shipped in an
453:3 average of 186,303 codone [sic] pills per

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

NH02-CT2_Nathan Hartle Fact

453:4 month, for a 6,059 hydrocodone pills per
453:5 day."
453:6 Do you see that?

**453:8 - 453:23**   **Hartle, Nathan 08-01-2018 (00:00:32)**   **NH02.183**
453:8 THE WITNESS:  I see that.
453:9 QUESTIONS BY MR. PAPANTONIO:
453:10   Q. All right.  Is that the first
453:11 time you've seen those kind of numbers?
453:12   A. No.
453:13   Q. Oh, you'd seen that before
453:14 today?
453:15   A. Generally these numbers, yeah.
453:16   Q. Okay.  And it says -- it says,
453:17 the bottom line in that paragraph, "Applying
453:18 the DEA data, it can be determined that
453:19 McKesson supplied 76 percent of the Sav-Rite
453:20 Pharmacy No. 1 hydrocodone pills that year."
453:21 When was the first time you saw
453:22 this document?
453:23   A. I can't recall.

**454:3 - 454:7**   **Hartle, Nathan 08-01-2018 (00:00:07)**   **NH02.184**
454:3 QUESTIONS BY MR. PAPANTONIO:
454:4   Q. By the time you got done, they
454:5 already had an increased rate of addiction,
454:6 an increased rate of death in Kermit.
454:7   A. Yeah.

**454:13 - 455:1**   **Hartle, Nathan 08-01-2018 (00:00:49)**   **NH02.185**
454:13 Now the next paragraph it says,
454:14 "The ARCOS data further shows that in the
454:15 following year, 2007, McKesson shipped
454:16 2,624,680 hydrocodone pills and 40,900
454:17 oxycodone pills to Sav-Rite Pharmacy No. 1.
454:18 This is equivalent to an average of 218,723
454:19 hydrocodone pills per month, or 7,191
454:20 hydrocodone pills per day."
454:21 Now, sir, if that was shipped
454:22 into Kermit, those are startling numbers,
454:23 aren't they?  I mean, look, just common
454:24 sense, those are startling numbers.  And I'm
454:25 not saying you did that, but those are

| Page/Line | Source | ID |
|---|---|---|

**NH02-CT2_Nathan Hartle Fact**

|  | 455:1 startling numbers, aren't they? |  |
|---|---|---|
| 455:3 - 455:25 | **Hartle, Nathan 08-01-2018 (00:00:38)** | **NH02.186** |
|  | 455:3 QUESTIONS BY MR. PAPANTONIO: |  |
|  | 455:4   Q. To a population of 406 people? |  |
|  | 455:5   A. Again, those are large numbers, |  |
|  | 455:6 but again I would -- you know, the context of |  |
|  | 455:7 the prescribing area and the population that |  |
|  | 455:8 that pharmacy may serve could change those a |  |
|  | 455:9 little bit.  Doesn't mean it's not -- they're |  |
|  | 455:10 not still large numbers. |  |
|  | 455:11   Q. Well, you know the DEA |  |
|  | 455:12 evaluated that, and we'll talk about that in |  |
|  | 455:13 a moment.  They looked around to see how does |  |
|  | 455:14 Kermit compare to other parts of West |  |
|  | 455:15 Virginia. |  |
|  | 455:16 You know that, right?  Correct? |  |
|  | 455:17   A. I think so. |  |
|  | 455:18   Q. Okay. |  |
|  | 455:19   A. You'll have to refresh my |  |
|  | 455:20 memory on that. |  |
|  | 455:21   Q. So in other words, the idea of |  |
|  | 455:22 saying, well, there were just more hospitals |  |
|  | 455:23 around Kermit or more pharmacies, that |  |
|  | 455:24 doesn't get that many pills into Kermit, does |  |
|  | 455:25 it? |  |
| 456:2 - 456:2 | **Hartle, Nathan 08-01-2018 (00:00:00)** | **NH02.187** |
|  | 456:2 THE WITNESS:  I understand. |  |
| 457:1 - 457:4 | **Hartle, Nathan 08-01-2018 (00:00:07)** | **NH02.188** |
|  | 457:1   Q. And one place that |  |
|  | 457:2 the glut goes is it's diverted to other parts |  |
|  | 457:3 of that area.  You would agree with that, |  |
|  | 457:4 right? |  |
| 457:6 - 457:8 | **Hartle, Nathan 08-01-2018 (00:00:01)** | **NH02.189** |
|  | 457:6 QUESTIONS BY MR. PAPANTONIO: |  |
|  | 457:7   Q. We know that for a fact? |  |
|  | 457:8   A. It can be, yes. |  |
| 465:17 - 465:25 | **Hartle, Nathan 08-01-2018 (00:00:19)** | **NH02.190** |
|  | 465:17   Q. Yeah.  It says, "They knew that |  |
|  | 465:18 Sav-Rite was a pill mill."  Sav-Rite was a |  |
|  | 465:19 pill mill. |  |

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

465:20 What is a pill mill in your
465:21 definition of a pill mill?
465:22   A. I mean, you could describe them
465:23 in many ways, but diverting drugs, you know,
465:24 not dispensing for legitimate medical
465:25 reasons.

**466:11 - 466:16**   **Hartle, Nathan 08-01-2018 (00:00:21)**   **NH02.191**

466:11   Q. Okay.  It says, "Press reports
466:12 describe a stampede of customers frequenting
466:13 the pharmacy, so many that the town had to
466:14 hire an extra police officer to handle a
466:15 spike in crime, extra crews to clean up the
466:16 mess that the clientele left behind."

**467:9 - 467:11**   **Hartle, Nathan 08-01-2018 (00:00:03)**   **NH02.192**

467:9 QUESTIONS BY MR. PAPANTONIO:
467:10   Q. Do you have a good reason for
467:11 that, why taxpayers should foot that bill?

**467:13 - 467:14**   **Hartle, Nathan 08-01-2018 (00:00:01)**   **NH02.193**

467:13 THE WITNESS:  I don't have a
467:14 good reason.

**468:21 - 469:3**   **Hartle, Nathan 08-01-2018 (00:00:12)**   **NH02.194**

468:21 QUESTIONS BY MR. PAPANTONIO:
468:22   Q. So my question is:  If you're
468:23 making billion -- if you're making money, why
468:24 should taxpayers have to pay for cleaning up
468:25 the mess that was left behind while you were
469:1 making that money?
469:2 You don't feel like that's
469:3 fair, do you?

**469:5 - 469:8**   **Hartle, Nathan 08-01-2018 (00:00:07)**   **NH02.195**

469:5 QUESTIONS BY MR. PAPANTONIO:
469:6   Q. That's not fair, is it?
469:7   A. I don't have a response for
469:8 you.

**469:14 - 469:19**   **Hartle, Nathan 08-01-2018 (00:00:21)**   **NH02.196**

469:14 It doesn't seem fair that taxpayers should
469:15 have to foot the bill for EMTs, for police,
469:16 for hospital care, for court costs that might
469:17 be attributed to a glut of pills being
469:18 shipped into an area like this by McKesson.

| Page/Line | Source | ID |
|---|---|---|

**NH02-CT2_Nathan Hartle Fact**

| Page/Line | Source | ID |
|---|---|---|
| 469:21 - 470:2 | 469:19 That's just not fair, is it? | NH02.197 |
| | **Hartle, Nathan 08-01-2018 (00:00:08)** | |
| | 469:21 THE WITNESS:  I think logically | |
| | 469:22 it doesn't seem fair, but -- | |
| | 469:23 QUESTIONS BY MR. PAPANTONIO: | |
| | 469:24  Q. That's all -- | |
| | 469:25  A. -- but there's many -- there's | |
| | 470:1 many involved in the -- you know, in the | |
| | 470:2 entire system. | |
| 471:5 - 472:6 | **Hartle, Nathan 08-01-2018 (00:01:01)** | NH02.198 |
| | 471:5  Q. I'm on the same page. | |
| | 471:6 It says, "According to DEA | |
| | 471:7 data, McKesson supplied a pharmacy in Mount | |
| | 471:8 Gay-Shamrock, West Virginia, with more than | |
| | 471:9 six times the amount of hydrocodone that an | |
| | 471:10 average pharmacy in rural West Virginia would | |
| | 471:11 have been expected to receive." | |
| | 471:12 Do you see that? | |
| | 471:13  A. I'm sorry, I was on the | |
| | 471:14 previous page.  Let me read that real quick. | |
| | 471:15  Q. "According to DEA data."  Yeah. | |
| | 471:16 Yeah. | |
| | 471:17 "According to the DEA data, | |
| | 471:18 McKesson supplied a pharmacy in Mount | |
| | 471:19 Gay-Shamrock, West Virginia, with more than | |
| | 471:20 six times the amount of hydrocodone" -- | |
| | 471:21 It's talking about McKesson | |
| | 471:22 here, right? | |
| | 471:23  A. I see that. | |
| | 471:24  Q. Okay. | |
| | 471:25 -- "more than six times the | |
| | 472:1 amount of the hydrocodone that an average | |
| | 472:2 pharmacy in rural West Virginia would have | |
| | 472:3 been expected to receive." | |
| | 472:4 I read that. | |
| | 472:5 Then it goes on to say, | |
| | 472:6 "DEA" -- | |
| 472:10 - 472:22 | **Hartle, Nathan 08-01-2018 (00:00:46)** | NH02.199 |
| | 472:10 QUESTIONS BY MR. PAPANTONIO: | |
| | 472:11  Q. "DEA ARCOS data showed that | |

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 472:12 between 2006 and 2014, McKesson supplied | |
|  | 472:13 Family Discount Pharmacy in Mount Shamrock | |
|  | 472:14 [sic] with 5,122,290 [sic] hydrocodone | |
|  | 472:15 pills" -- you see that? -- "and 695,000 | |
|  | 472:16 oxycodone pills, for a total of 5,818,020 | |
|  | 472:17 pills." | |
|  | 472:18 Do you know what the -- do you | |
|  | 472:19 know what the population of that place was? | |
|  | 472:20 If I told you it was 1,700, | |
|  | 472:21 would you be surprised?  Population of 1,700 | |
|  | 472:22 people, would that surprise you? | |
| 472:24 - 473:1 | **Hartle, Nathan 08-01-2018 (00:00:02)** | NH02.200 |
|  | 472:24 THE WITNESS:  It would surprise | |
|  | 472:25 me.  I don't know what the number is, | |
|  | 473:1 but... | |
| 478:12 - 478:13 | **Hartle, Nathan 08-01-2018 (00:00:01)** | NH02.201 |
|  | 478:12 MS. MOORE:  McKesson-Hartle | |
|  | 478:13 101. | |
| 478:17 - 479:8 | **Hartle, Nathan 08-01-2018 (00:00:38)** | NH02.202 |
|  | 478:17   Q. Had anybody ever told you that | |
|  | 478:18 the problem was so bad all the way back in | |
|  | 478:19 2011 -- this is the Charleston Gazette-Mail. | |
|  | 478:20 And, sir, this is actually -- had you seen | |
|  | 478:21 see this article before?  This the | |
|  | 478:22 Gazette-Mail talking about the very area | |
|  | 478:23 we've been talking about. | |
|  | 478:24   A. I'm not sure. | |
|  | 478:25   Q. Okay.  Well, just for the | |
|  | 479:1 record, I want to point out that as we go | |
|  | 479:2 forward, this is a document -- this is a | |
|  | 479:3 newspaper article that is actually attached | |
|  | 479:4 to the Congressional record. | |
|  | 479:5   A. Okay. | |
|  | 479:6   Q. This came out of the hearings | |
|  | 479:7 of the Congressional record. | |
|  | 479:8   A. Okay. | |
| 479:21 - 481:7 | **Hartle, Nathan 08-01-2018 (00:01:21)** | NH02.203 |
|  | 479:21   Q. And it says -- I have it | |
|  | 479:22 right -- it says, "A couple of blocks away, | |
|  | 479:23 people lined up before 6 a.m. to visit | |

| Page/Line | Source | ID |
|---|---|---|

**NH02-CT2_Nathan Hartle Fact**

479:24 another doctor's -- another clinic's doctor.

479:25 The community was frustrated.  They called it

480:1 Pilliamson instead of Williamson, said Mingo

480:2 County prosecuting attorney Michael Sparks.

480:3 It was an open secret, you might say, federal

480:4 and state authorities are handling an ongoing

480:5 investigation of the clinics, but Sparks says

480:6 prescription drug abuse causes most of the

480:7 local crimes he prosecutes - robberies,

480:8 assaults, forgery."

480:9 Do you see that?

480:10 "Even though the clinics are

480:11 now shuttered, substance abuse still plagues

480:12 the area.  People can still find pills."

480:13 Do you see that?

480:14   A. I do.

480:15   Q. Now, you understand the

480:16 other -- the other part of this.  You

480:17 understand once opioids -- once people are

480:18 addicted to opioids, narcotic opioids, their

480:19 chances of them moving to heroin are

480:20 dramatically increased.

480:21 You've heard that before,

480:22 right?

480:23   A. I have.

480:24   Q. I think you've actually --

480:25   A. It's in my presentations.

481:1   Q. It's in your presentation.

481:2 You've talked to people about it.

481:3 When you were trying to warn

481:4 other people about this issue, this is

481:5 something you raised, that the natural

481:6 progression goes from opioids to heroin,

481:7 true?

| 481:10 - 481:12 | **Hartle, Nathan 08-01-2018 (00:00:03)** | **NH02.204** |

481:10   Q. You know that?

481:11   A. I've shared some of those data

481:12 points about the -- you know.

| 20:1 - 22:5 | **Hartle, Nathan 08-01-2018 (00:01:32)** | **NH02.205** |

20:1 Okay.  So -- and we'll look at

| Page/Line | Source | ID |
|---|---|---|

**NH02-CT2_Nathan Hartle Fact**

20:2 that in just a minute. But you have
20:3 underneath you some direct reports, including
20:4 Micheal Bishop.
20:5 Do you know who Micheal Bishop
20:6 is?
20:7 A. I do.
20:8 Q. Okay. Michael Oriente. Do you
20:9 know who that is?
20:10 A. I do.
20:11 Q. Okay. Jay Espaillat?
20:12 A. Espaillat.
20:13 Q. Espaillat.
20:14 And then Adam Palmer, who
20:15 reports to Michael Oriente.
20:16 Do you see that?
20:17 A. I do.
20:18 Q. And then Jennifer Sheffield,
20:19 the regulatory affairs admin?
20:20 A. Yeah.
20:21 Q. Okay. And that was your team,
20:22 right?
20:23 A. Was, yeah. It's changed over
20:24 time.
20:25 Q. Okay. It's changed. In
21:1 fact -- yeah. Okay.
21:2 So if we go now to point --
21:3 well, how long was that your team? How long
21:4 did you have -- in particular looking at the
21:5 director of regulatory affairs, Michael
21:6 Oriente, and Micheal Bishop, the regulatory
21:7 affairs manager, how long were they with you?
21:8 A. So it's evolved. When I --
21:9 Michael joined the team -- Michael, Adam
21:10 Palmer -- well, two Michaels and Adam Palmer
21:11 joined the team in 2014. Jay was added -- I
21:12 can't remember the exact time frame, but
21:13 right around in 2015. He supports some work
21:14 I do for the entire regulatory affairs team
21:15 focused on threshold methodology and some
21:16 advancements we made.

| Page/Line | Source | ID |
|---|---|---|

NH02-CT2_Nathan Hartle Fact

21:17  Q. Okay.  All right.  My specific
21:18 question is how long they've been with you.
21:19  A. How long --
21:20  Q. How long were they on your
21:21 team?
21:22  A. Michael's been on the team
21:23 since 2014.  Adam's been 2014.  Jay's been
21:24 2015.
21:25  Q. Okay.
22:1  A. Micheal Bishop is no longer
22:2 here.  We've had some adjustments.
22:3  Q. But he was with you until 2018,
22:4 correct?
22:5  A. Yes.

**24:14 - 24:19**   **Hartle, Nathan 08-01-2018 (00:00:09)**   **NH02.206**

24:14  Q. You got Lisa Young as the
24:15 senior director for the west region, right?
24:16  A. Correct.
24:17  Q. And then Gary Boggs is the
24:18 senior director for the east region, right?
24:19  A. Correct.

**25:24 - 26:9**   **Hartle, Nathan 08-01-2018 (00:00:21)**   **NH02.207**

25:24  Q. So tell me, how much of the
25:25 business in terms of US pharma compared to
26:1 the -- because there's another category of
26:2 stores called the -- I believe you refer to
26:3 them as ISMCs; is that right?
26:4  A. Correct.
26:5  Q. Okay.  And that is the
26:6 independent small medium chains?
26:7  A. Correct.
26:8  Q. Is that what that stands for?
26:9  A. That's what it stands for, yes.

**36:20 - 36:22**   **Hartle, Nathan 08-01-2018 (00:00:08)**   **NH02.208**

36:20  Q. And in fact, opioid abuse and
36:21 addiction is a gateway to heroin use and
36:22 addiction, correct?

**36:24 - 37:2**   **Hartle, Nathan 08-01-2018 (00:00:05)**   **NH02.209**

36:24 THE WITNESS:  I'm not a medical
36:25 expert, but, you know, I've read

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 37:1 things, I use data from different | |
| | 37:2 sources, and they say that. | |
| 55:11 - 55:14 | **Hartle, Nathan 08-01-2018 (00:00:07)** | **NH02.210** |
| | 55:11   Q. Okay. | |
| | 55:12   A. That can be, but not all | |
| | 55:13 suspicious orders per the regulations are | |
| | 55:14 diversion, diverted. | |
| 77:6 - 77:8 | **Hartle, Nathan 08-01-2018 (00:00:02)** | **NH02.211** |
| | 77:6   Q. Okay. | |
| | 77:7   A. Or it can and -- it can. | |
| | 77:8   Q. Right. | |
| 136:10 - 136:23 | **Hartle, Nathan 08-01-2018 (00:00:30)** | **NH02.212** |
| | 136:10   Q. Okay. | |
| | 136:11   A. They can convert things to | |
| | 136:12 doses, convert things to base codes.  It's | |
| | 136:13 not just a report they run. | |
| | 136:14   Q. All right.  "Threshold warning, | |
| | 136:15 Section 2.1.  When a customer that has | |
| | 136:16 reached the threshold warning has been | |
| | 136:17 detected, the director of regulatory affairs | |
| | 136:18 will notify DC management and sales." | |
| | 136:19 Do you see that? | |
| | 136:20   A. I see that. | |
| | 136:21   Q. Now, you would agree with me | |
| | 136:22 that sales shouldn't be playing any part in | |
| | 136:23 regulatory decisions, right? | |
| 136:25 - 137:7 | **Hartle, Nathan 08-01-2018 (00:00:11)** | **NH02.213** |
| | 136:25 THE WITNESS:  They don't play | |
| | 137:1 any part of regulatory decisions.  We | |
| | 137:2 make the decisions. | |
| | 137:3 QUESTIONS BY MR. RAFFERTY: | |
| | 137:4   Q. Okay.  I didn't ask you that. | |
| | 137:5 You would agree with me that | |
| | 137:6 they shouldn't be involved in making | |
| | 137:7 regulatory decisions, right? | |
| 137:9 - 137:13 | **Hartle, Nathan 08-01-2018 (00:00:06)** | **NH02.214** |
| | 137:9 THE WITNESS:  The decision, no. | |
| | 137:10 QUESTIONS BY MR. RAFFERTY: | |
| | 137:11   Q. Okay. | |
| | 137:12   A. Gathering information for the | |

| Page/Line | Source | ID |
|---|---|---|

NH02-CT2_Nathan Hartle Fact

137:13 context of the request, yes.

| 138:18 - 138:22 | **Hartle, Nathan 08-01-2018 (00:00:11)** | **NH02.215** |

138:18   Q. The very people that
138:19 stand to profit from it are the ones talking
138:20 with the customer to see whether or not they
138:21 should make a threshold change request and
138:22 get that order shipped, right?

| 138:24 - 139:4 | **Hartle, Nathan 08-01-2018 (00:00:11)** | **NH02.255** |

138:24 THE WITNESS:  Those in sales
138:25 that are incentivized based on sales
139:1 are the ones that are part of the
139:2 intake.  I do know we have restricted
139:3 and blocked incentives around
139:4 controlled substances.

| 145:7 - 145:9 | **Hartle, Nathan 08-01-2018 (00:00:04)** | **NH02.216** |

145:7   Q. But you agree that
145:8 that's what the decision should be based on,
145:9 is direct evidence?

| 145:11 - 145:17 | **Hartle, Nathan 08-01-2018 (00:00:15)** | **NH02.217** |

145:11 THE WITNESS:  And -- and the
145:12 interpretation and collection of
145:13 information and context, yes.
145:14 QUESTIONS BY MR. RAFFERTY:
145:15   Q. That direct evidence should be
145:16 valid business decisions, right?  That's part
145:17 of it?

| 145:19 - 145:20 | **Hartle, Nathan 08-01-2018 (00:00:02)** | **NH02.218** |

145:19 THE WITNESS:  It's one of the
145:20 pieces of information, yeah.

| 199:11 - 199:15 | **Hartle, Nathan 08-01-2018 (00:00:05)** | **NH02.219** |

199:11   Q. You're not rounding down.  That
199:12 was my question.
199:13   A. That's -- we're not rounding
199:14 down.
199:15   Q. Right.

| 199:23 - 200:8 | **Hartle, Nathan 08-01-2018 (00:00:25)** | **NH02.220** |

199:23   Q. Go ahead.
199:24   A. I don't recall every single
199:25 detail associated with these, as they've
200:1 been -- they were a few months after I joined

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

200:2 the team.  The intent is to allow a customer
200:3 in -- to purchase, to meet that legitimate
200:4 dispensing.  And there are reasons why there
200:5 are buffers on top of a dispensing amount,
200:6 even a purchasing amount, because there is
200:7 significant variation in purchasing patterns
200:8 at times.

**204:18 - 205:2**     **Hartle, Nathan 08-01-2018 (00:00:16)**     **NH02.221**

204:18   Q. And then it says and it goes
204:19 on, "If the current ones are still within
204:20 normal level, with thresholds barely above
204:21 the average and sometimes lower than the max,
204:22 this may cause issues like unnecessary
204:23 omits," right?
204:24   A. Uh-huh.
204:25   Q. So what you're saying is, let's
205:1 use a different calculation than what was
205:2 being proposed, right?

**206:24 - 207:4**     **Hartle, Nathan 08-01-2018 (00:00:11)**     **NH02.222**

206:24   Q. Okay.
206:25   A. I would again contend I don't
207:1 know all the details or recall every single
207:2 detail, but the idea is to allow for
207:3 legitimate dispensing and normal variations
207:4 in purchasing, so --

**224:10 - 225:1**     **Hartle, Nathan 08-01-2018 (00:00:27)**     **NH02.223**

224:10   Q. And then if you go up,
224:11 he says here, "I recommend" -- "I commented
224:12 that this was part of an effort to take out
224:13 the 25 percent buffer that was put in place a
224:14 few years ago but wasn't sure how to respond
224:15 to their question about impact."
224:16 Do you see that?
224:17   A. I see that.  I think that --
224:18 that 25 percent buffer is not related to our
224:19 buffers.  That's related to --
224:20   Q. No, I understand.
224:21   A. -- the DEA quota, buffer,
224:22 right.
224:23   Q. Right.

| Page/Line | Source | ID |
|---|---|---|
| | 224:24 As to how much raw product can | |
| | 224:25 be provided to the manufacturers, correct? | |
| | 225:1  A. Correct. | |
| 227:1 - 227:4 | **Hartle, Nathan 08-01-2018 (00:00:08)** | **NH02.224** |
| | 227:1  Q. And so within two weeks you're | |
| | 227:2 comforting your clients and saying, as far as | |
| | 227:3 thresholds -- our thresholds are concerned, | |
| | 227:4 it's business as usual, right? | |
| 227:6 - 227:15 | **Hartle, Nathan 08-01-2018 (00:00:24)** | **NH02.225** |
| | 227:6 THE WITNESS:  The context of | |
| | 227:7 this is that -- the "business as | |
| | 227:8 usual" meaning the thresholds have | |
| | 227:9 been established for those customers, | |
| | 227:10 they're set in a way that allows them | |
| | 227:11 to meet their dispensing, and we don't | |
| | 227:12 believe that there's going to be an | |
| | 227:13 impact to those.  And if they -- they | |
| | 227:14 have a reason to request an increase, | |
| | 227:15 that we'd follow the normal process. | |
| 438:10 - 438:23 | **Hartle, Nathan 08-01-2018 (00:00:37)** | **NH02.226** |
| | 438:10  Q. Well, here's what I'm getting | |
| | 438:11 at.  Here's really what I'm trying to get to, | |
| | 438:12 okay? | |
| | 438:13 Let's go back to this.  Let's | |
| | 438:14 go back to Kermit.  If you got a town like | |
| | 438:15 Kermit -- and in a minute -- you don't have | |
| | 438:16 to take my word for it; I'll show you the | |
| | 438:17 actual numbers -- that Kermit had a | |
| | 438:18 population of about 400 -- I think it's 406 | |
| | 438:19 people, okay? -- during the time that the -- | |
| | 438:20 during the time that Congress actually wrote | |
| | 438:21 a letter to your president, Mr. Hammergren. | |
| | 438:22 Have you ever reviewed that | |
| | 438:23 letter that Congress wrote to Mr. Hammergren? | |
| 438:25 - 439:5 | **Hartle, Nathan 08-01-2018 (00:00:08)** | **NH02.227** |
| | 438:25 THE WITNESS:  Dated when? | |
| | 439:1 QUESTIONS BY MR. PAPANTONIO: | |
| | 439:2  Q. I'll have to get to it in a | |
| | 439:3 minute.  But I'm going to rely on the facts | |
| | 439:4 in that letter, and if I misstate it, it'll | |

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 439:5 be in that letter. |  |
| 442:15 - 442:25 | **Hartle, Nathan 08-01-2018 (00:00:30)** | **NH02.228** |
|  | 442:15   Q. So let me show you this |  |
|  | 442:16 film again because I'm going to go from this |  |
|  | 442:17 film, and then we're going to talk about |  |
|  | 442:18 specifics about what the actual Congressional |  |
|  | 442:19 letter said about places like Kermit and... |  |
|  | 442:20 There's a family.  There's |  |
|  | 442:21 pills coming in from Judy's Pharmacy. |  |
|  | 442:22 You remember us talking about |  |
|  | 442:23 Judy's Pharmacy earlier on?  I just called it |  |
|  | 442:24 Judy's Pharmacy. |  |
|  | 442:25   A. I do remember that. |  |
| 493:17 - 493:23 | **Hartle, Nathan 08-01-2018 (00:00:20)** | **NH02.229** |
|  | 493:17   Q. Go ahead. |  |
|  | 493:18   A. I was going to say, and as I |  |
|  | 493:19 came on board, my initial focus was to get to |  |
|  | 493:20 know the chains, to conduct some due |  |
|  | 493:21 diligence, understand their programs and help |  |
|  | 493:22 build out and formalize, you know, the focus |  |
|  | 493:23 on the chains over the course of time. |  |
| 497:9 - 499:4 | **Hartle, Nathan 08-01-2018 (00:01:59)** | **NH02.230** |
|  | 497:9   Q. Tell me about the policies and |  |
|  | 497:10 procedures that McKesson expects chains to |  |
|  | 497:11 have in place. |  |
|  | 497:12   A. It's similar to what I shared. |  |
|  | 497:13 We expect there to be oversight.  We expect |  |
|  | 497:14 there to be policies and procedures.  We |  |
|  | 497:15 expect there to be, you know, use of data, |  |
|  | 497:16 you know.  We get -- chains may use data. |  |
|  | 497:17 All of these things may -- they may do in |  |
|  | 497:18 slightly different ways, but the general |  |
|  | 497:19 expectation is to have oversight, to have |  |
|  | 497:20 policies and procedures, to have data to |  |
|  | 497:21 review.  And before a threshold change |  |
|  | 497:22 request even comes to us, before we make our |  |
|  | 497:23 own independent decision, to have a process |  |
|  | 497:24 on their side to review them and do research. |  |
|  | 497:25 So those are the types of |  |
|  | 498:1 expectations we have of chains. |  |

| | NH02-CT2_Nathan Hartle Fact | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

498:2  Q. And you mentioned McKesson
498:3 making an independent decision about
498:4 threshold changes related to chains.
498:5 Could you describe that process
498:6 and what's involved?
498:7  A. Yeah.  The way that threshold
498:8 requests work as part of our program today is
498:9 that a chain has their own process and
498:10 identifies a need or a request to come to us,
498:11 and they provide us the business
498:12 justification, they provide us dispensing
498:13 data.
498:14 And we have a complete separate
498:15 review, very consistent with what my peers do
498:16 on the independent side.  We review the
498:17 business justification.  We review the
498:18 purchasing data.  We look at analytics
498:19 involved with purchasing data.  We look at
498:20 dispensing.  We do all of those types of
498:21 things, and we make our own separate
498:22 decision.  And that means we don't always
498:23 approve every threshold.  We don't always
498:24 approve it for the same amount.  We cancel
498:25 some, we deny some, consistent with what
499:1 works on the ISMC decide.
499:2 So we view our decision, and
499:3 the chains know we are there to make our own
499:4 regulatory decision.

| 499:5 - 500:12 | **Hartle, Nathan 08-01-2018 (00:01:31)** | **NH02.231** |

499:5  Q. And we've talked about the
499:6 review that takes place surrounding threshold
499:7 change requests.
499:8 Are there also occasions when
499:9 McKesson may reach out to a chain about data
499:10 that it sees?
499:11  A. There are.
499:12 One of the other elements or
499:13 components of our general CSMP as a
499:14 regulatory affairs group is to do proactive
499:15 reviews, and at times we will -- we will

| NH02-CT2_Nathan Hartle Fact | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

499:16 identify locations that we want to learn more
499:17 about.  We may see something in the data.  It
499:18 may just be the top dispensing location for a
499:19 chain, it may be related to a particular base
499:20 code, it may be related to something.  But we
499:21 will reach out proactively to the chain
499:22 teams, and we expect -- our expectation is
499:23 that we learn why that might be different.
499:24 And many times the chains will
499:25 be able to explain to us why -- why, you
500:1 know, they're different or they may look
500:2 different.  They may be associated with
500:3 long-term care or something like that.  But
500:4 we reach out to them.
500:5 At times we've also learned
500:6 that chains have benefitted from that
500:7 information in terms of the shutting off a
500:8 doctor or a prescriber or going in to
500:9 re-review policies with the teams.  And so
500:10 they oftentimes, you know, take our word and
500:11 go out and establish action plans on their
500:12 side of the business.

**198:19 - 199:4**    **Hartle, Nathan 08-01-2018 (00:00:16)**    NH02.232

198:19  Q. No.  You round it up because
198:20 that increases the threshold, and that
198:21 reduces the risk that they're going to bump
198:22 up against the threshold and reduce the
198:23 chance that you're going to have to actually
198:24 conduct an investigation on somebody as
198:25 valuable of a customer such as Rite Aid,
199:1 right?
199:2 You're jacking the thresholds
199:3 up as high as you can; isn't that what you're
199:4 doing?

**199:6 - 199:6**    **Hartle, Nathan 08-01-2018 (00:00:00)**    NH02.233

199:6 THE WITNESS:  No.

**207:5 - 207:8**    **Hartle, Nathan 08-01-2018 (00:00:09)**    NH02.234

207:5  Q. That's not what the US Attorney
207:6 in Colorado put in the allegations against
207:7 your company, was it?  That's not -- that

| Page/Line | Source | ID |
|---|---|---|

**NH02-CT2_Nathan Hartle Fact**

207:8 wasn't -- that wasn't the allegation, was it?

| 207:10 - 207:17 | **Hartle, Nathan 08-01-2018 (00:00:13)** | **NH02.235** |

207:10 THE WITNESS:  No.  That's not
207:11 the language in there, no.
207:12 QUESTIONS BY MR. RAFFERTY:
207:13   Q. And in fact, that Aurora
207:14 conduct in that particular letter was part of
207:15 the 2017 settlement that resulted in the
207:16 $150 million fine that McKesson paid,
207:17 correct?

| 207:19 - 207:25 | **Hartle, Nathan 08-01-2018 (00:00:08)** | **NH02.236** |

207:19 THE WITNESS:  It was one of the
207:20 allegations that led to the ultimate
207:21 settlement.
207:22 QUESTIONS BY MR. RAFFERTY:
207:23   Q. Right.
207:24 That you -- that McKesson
207:25 accepted responsibility for, correct?

| 208:2 - 208:2 | **Hartle, Nathan 08-01-2018 (00:00:00)** | **NH02.237** |

208:2 THE WITNESS:  Correct.

| 501:15 - 501:24 | **Hartle, Nathan 08-01-2018 (00:00:26)** | **NH02.238** |

501:15   Q. All right.  From 2008, you'll
501:16 agree with me, though, that your company,
501:17 McKesson, made an awful lot of mistakes that
501:18 fed and created the opioid epidemic for many,
501:19 many years, correct?
501:20 If we went through all of those
501:21 today, it resulted in two settlements in 2008
501:22 and one in 2017, based on numerous, numerous
501:23 failures to provide suspicious order reports,
501:24 correct?

| 502:1 - 502:4 | **Hartle, Nathan 08-01-2018 (00:00:04)** | **NH02.239** |

502:1 THE WITNESS:  Similar to what's
502:2 in the most recent settlement, we
502:3 acknowledged, you know, certain
502:4 things.

| 504:8 - 504:12 | **Hartle, Nathan 08-01-2018 (00:00:12)** | **NH02.240** |

504:8   Q. Well, when you say you're not
504:9 perfect, I mean, for many years, many, many
504:10 years, that we went through with the failure

| Page/Line | Source | ID |
|---|---|---|
| | **NH02-CT2_Nathan Hartle Fact** | |
| 504:14 - 504:15 | 504:11 to report suspicious orders, it was far from<br>504:12 being perfect, wasn't it?  Wasn't even close?<br>**Hartle, Nathan 08-01-2018 (00:00:01)**<br>504:14 THE WITNESS:  I understand<br>504:15 there was some shortcomings, sure. | **NH02.241** |

Plaintiffs Affirmative Designations  = 01:12:22
Defense Counter Designations  = 00:03:51
Defense Completeness Counters = 00:07:23
Our Counter Counters = 00:01:36
**Total Time = 01:25:12**