**Designation Run Report**

# Hilliard, Gary - Defendants' Counters 5-27-21 11a

**Hilliard, Gary 01-10-2019**

**Defendants' Counters  00:04:24**

**Total Time  00:04:24**



ID:V311

| Page/Line | Source | ID |
|---|---|---|
| | V311-Hilliard, Gary - Defendants' Counters 5-27-21 11a | Page 2/4 |

| Page/Line | Source | ID |
|---|---|---|
| 326:25 - 327:05 | **Hilliard, Gary 01-10-2019 (00:00:13)**<br>326:25   Q. Now, during your time at<br>327:1 McKesson, are you aware of any changes to the<br>327:2 Controlled Substances Act?<br>327:3   A. No, I'm not.<br>327:4   Q. The CSA didn't change at all<br>327:5 during your tenure at McKesson? | **V311.1** |
| 327:07 - 327:07 | **Hilliard, Gary 01-10-2019 (00:00:01)**<br>327:7   A. That's correct. | **V311.2** |
| 327:09 - 327:14 | **Hilliard, Gary 01-10-2019 (00:00:11)**<br>327:9   Q. Now, have directives from the<br>327:10 DEA changed over that period?<br>327:11   A. Yes, they have.<br>327:12   Q. Can you provide us any examples<br>327:13 of how DEA directives have changed while you<br>327:14 were at McKesson? | **V311.3** |
| 327:16 - 330:03 | **Hilliard, Gary 01-10-2019 (00:03:08)**<br>327:16   A. The meetings that we<br>327:17 accompanied at headquarters with Rannazzisi<br>327:18 so that kind of was the dividing line.  I<br>327:19 think we had a pretty good relationship with<br>327:20 DEA before 2006.  I mean, we worked with<br>327:21 them.<br>327:22 We would have routine fiscal<br>327:23 audits.  The fiscal audits were not, you<br>327:24 know, argumentative and such.  They were<br>327:25 typically ran very well.  Many times they<br>328:1 were very collaborative.<br>328:2 We also worked with DEA in<br>328:3 respects where our DC managers would have a<br>328:4 relationship with the local DEA offices, so<br>328:5 if they needed assistance with something,<br>328:6 emergency delivery orders, natural disasters<br>328:7 occurring, you know, they were able to reach<br>328:8 out and obtain assistance from their local<br>328:9 agents.<br>328:10 We also worked integral as part<br>328:11 of the CSOS implementation.  We were the --<br>328:12 McKesson, myself and Jenny Melton, we worked<br>328:13 with CSOS, with DEA and DEA's partners that | **V311.6** |

| V311-Hilliard, Gary - Defendants' Counters 5-27-21 11a | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

328:14 they -- third-party partners that came in to
328:15 help design the CSOS program, and so we
328:16 worked throughout that development process
328:17 with DEA, very collaborative meetings and
328:18 work to establish that.
328:19 We also worked with them on
328:20 methadone restrictions.  They came in -- they
328:21 asked us to come in and discuss it with them.
328:22 And so I think we had a lot of collaboration
328:23 that took place.  You know, they have
328:24 industry association meetings or conferences
328:25 that DEA would hold pharmaceutical one year,
329:1 alternate year would be at least one.
329:2 So there were, you know,
329:3 training -- the industry, essentially,
329:4 working with the industry, providing
329:5 information to the industry.
329:6 2006, after the meeting with
329:7 Rannazzisi, there was a different directive
329:8 before that.  There was new requirements or
329:9 new interpretations that came out of that,
329:10 more right -- understanding your customer and
329:11 blocking orders.  And so these were things
329:12 that weren't part of the CSA but were now
329:13 coming out.
329:14 And even when we left the
329:15 meeting for the internet pharmacy
329:16 discussions, it seemed collaborative because
329:17 they were going to assist us by providing us
329:18 with customers that we could go out and
329:19 investigate.
329:20 So they had the data from the
329:21 ARCOS and such and they knew the players that
329:22 needed to be looked at and they were giving
329:23 us the names, and that was very collaborative
329:24 for them to do that.  And then that kind of
329:25 stopped for some reason.
330:1 But it seemed to be around
330:2 2006, after that Rannazzisi discussions, that
330:3 that occurred.

| Page/Line | Source | ID |
|---|---|---|
| 332:18 - 332:25 | **Hilliard, Gary 01-10-2019 (00:00:09)** | **V311.4** |
| | 332:18   Q. Does McKesson have access to | |
| | 332:19 other distributors' data that's reported to | |
| | 332:20 ARCOS? | |
| | 332:21   A. No, they don't.  We asked for | |
| | 332:22 it. | |
| | 332:23   Q. Who has access to the ARCOS | |
| | 332:24 reporting data? | |
| | 332:25   A. Only the DEA. | |
| 338:18 - 339:05 | **Hilliard, Gary 01-10-2019 (00:00:41)** | **V311.5** |
| | 338:18 Mr. Hilliard, you worked at | |
| | 338:19 McKesson for over 20 years.  How would you | |
| | 338:20 describe McKesson's culture in the area of | |
| | 338:21 compliance and regulatory affairs? | |
| | 338:22   A. I enjoyed working at McKesson | |
| | 338:23 and working with my colleagues.  I know that | |
| | 338:24 myself and my colleagues always worked with | |
| | 338:25 the utmost integrity and always believed in | |
| | 339:1 what we were doing and strived to do the | |
| | 339:2 right thing, and as they brought new folks in | |
| | 339:3 and I worked with some of them, they too were | |
| | 339:4 on the same page and had the same goals that | |
| | 339:5 we had. | |

Defendants' Counters = 00:04:24
**Total Time = 00:04:24**