### APPENDIX B – Plaintiffs' Master Deponent Exhibit List

| Deposition Designated Witness | Trial Exhibit # | Dep. Exhibit # | Disposition |
|---|---|---|---|
| Boggs, Gary | P-16210 | 9 | Objection Pending. |
| Boggs, Gary | P-13087 | 14 | Objection Pending. |
| Boggs, Gary | P-00003 | 28 | Objection Pending. |
| Boggs, Gary | P-00120 | 30 | Objection Pending. |
| Boggs, Gary | P-00122 | 38 | Objection Pending. |
| Brantley, Eric | P-00069 | 2 | Submitted without objection. |
| Brantley, Eric | P-00071 | 24 | Objection Pending. |
| Brown, Vic | P-41507 | 2 | Objection Pending. |
| Brown, Vic | P-41509 | 8 | Objection Pending. |
| Brown, Vic | P-41510 | 17 | Objection Pending. |
| Brown, Vic | P-44068 | 28 | Objection Pending. |
| Brown, Vic | P-44069 | 35 | Objection Pending. |
| Brown, Vic | P-41000 | 41 | Objection Pending. |
| Brown, Vic | P-41008 | 47 | Objection Pending. |
| Cherveny, Eric | P-00324 | 1 | Objection Pending. |
| Elkins, Nathan | P-44583 | 1 | Submitted without objection. |
| Elkins, Nathan | P-00966 | 3 | Objection Pending. |
| Gray, John | P-09243 | Gray-64 | Objection Pending. |
| Gray, John | P-09271 | Gray-40 | Objection Pending. |
| Gray, John | P-09275 | Gray-2 | Objection Pending. |
| Gray, John | P-09482 | Gray-17 | Objection Pending. |
| Gray, John | P-09483 | Gray-19 | Objection Pending. |
| Gray, John | P-09478 | Gray-47 | Objection Pending. |
| Gray, John | P-00157 | Gray-36 | Objection Pending. |
| Gray, John | P-09234 | Gray-28 | Objection Pending. |
| Gray, John | P-09477 | Gray-10 | Objection Pending. |
| Gray, John | P-09475 | Gray-8 | Objection Pending. |
| Gray, John | P-09476 | Gray-9 | Objection Pending. |
| Gray, John | P-09469 | Gray-4 | Objection Pending. |
| Gray, John | P-09070 | Gray-43 | Objection Pending. |
| Gray, John | P-09247 | Gray-25 | Objection Pending. |
| Gray, John | P-09197 | Gray-26 | Objection Pending. |
| Gray, John | P-09484 | Gray-21 | Objection Pending. |
| Gray, John | P-11239 | Gray-24 | Objection Pending. |
| Gray, John | P-11239 | Gray-31 | Objection Pending. |
| Gray, John | P-09491 | Gray-34 | Objection Pending. |

| | | | |
|---|---|---|---|
| Gray, John | P-09492 | Gray-35 | Objection Pending. |
| Gray, John | P-09179 | Gray-48 | Objection Pending. |
| Gray, John | P-09087 | Gray-57 | Objection Pending. |
| Gray, John | P-27688 | Gray-75 | Objection Pending. |
| Gray, John | P-11319 | Gray-59 | Objection Pending. |
| Gray, John | P-09085 | Gray-54 | Objection Pending. |
| Gray, John | P-09436 | Gray-55 | Objection Pending. |
| Gray, John | P-09083 | Gray-49 | Objection Pending. |
| Gray, John | P-09273 | Gray-50 | Objection Pending. |
| Gray, John | P-09486 | Gray-63 | Objection Pending. |
| Gray, John | P-09480 | Gray-13 | Objection Pending. |
| Gray, John | P-09493 | Gray-37 | Objection Pending. |
| Gray, John | P-09481 | Gray-14 | Objection Pending. |
| Gray, John | P-08873 | Gray-16 | Already Admitted. |
| Gray, John | P-09245 | Gray-78 | Objection Pending. |
| Gray, John | P-09248 | Gray-79 | Objection Pending. |
| Gray, John | P-09468 | Gray-3 | Objection Pending. |
| Gray, John | P-09470 | Gray-5 | Objection Pending. |
| Gray, John | P-09487 | Gray-29 | Objection Pending. |
| Gray, John | P-09488 | Gray-30 | Objection Pending. |
| Gray, John | P-09099 | Gray-74 | Objection Pending. |
| Gray, John | P-09471 | Gray-6 | Objection Pending. |
| Gray, John | P-09201 | Gray-45 | Objection Pending. |
| Gustin, David | P-00122 | 178 | Objection Pending. |
| Gustin, David | P-00119 | 175 | Objection Pending. |
| Gustin, David | P-08314 | 211 | Objection Pending. |
| Gustin, David | P-28148 | 195 | Objection Pending. |
| Gustin, David | P-13126 | 136 | Objection Pending. |
| Gustin, David | P-12820 | 194 | Submitted without objection. |
| Gustin, David | P-28144 | 1 | Objection Pending. |
| Gustin, David | P-23733 | 563 | Already Admitted. |
| Gustin, David | P-12627 | 512 | Submitted without objection. |
| Gustin, David | P-12825 | 646 | Submitted without objection. |
| Gustin, David | P-42622 | 616 | Submitted without objection. |
| Gustin, David | P-00054 | 638 | Submitted without objection. |
| Gustin, David | P-12709 | 555 | Submitted without objection. |
| Gustin, David | P-12891 | 666 | Objection Pending. |
| Gustin, David | P-42516 | 639 | Objection Pending. |
| Gustin, David | P-42631 | 660 | Submitted without objection. |
| Gustin, David | P-28151 | 664 | Objection Pending. |

| | | | |
|---|---|---|---|
| Gustin, David | P-42626 | 634 | Objection Pending. |
| Gustin, David | P-12795 | 579 | Submitted without objection. |
| Gustin, David | P-28152 | 668 | Objection Pending. |
| Gustin, David | P-00115 | 656 | Already Admitted. |
| Harper-Avilla, Stacy | P-41927 | 1 | Objection Pending. |
| Harper-Avilla, Stacy | P-41928 | 2 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-42883 | Hartle-5 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-28124 | Hartle-6 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-28154 | Hartle-9 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-28155 | Hartle-10 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-42545 | Hartle-12 | Submitted without objection. |
| Hartle, Nathan (30(b)(6)) | P-28156 | Hartle-15 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-00033 | Hartle-16 | Submitted without objection. |
| Hartle, Nathan (30(b)(6)) | P-23845 | Hartle-17 | Submitted without objection. |
| Hartle, Nathan (30(b)(6)) | P-12708 | Hartle-18 | Submitted without objection. |
| Hartle, Nathan (30(b)(6)) | P-00034 | Hartle-24 | Submitted without objection. |
| Hartle, Nathan (30(b)(6)) | P-00010 | Hartle-25 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-00002 | Hartle-29 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-44523 | Hartle-30 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-00118 | Hartle-31 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-00123 | Hartle-32 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-12674 | Hartle-35 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-12677 | Hartle-36 | Objection Pending. |
| Hartle, Nathan (30(b)(6)) | P-12676 | Hartle-37 | Submitted without objection. |
| Hartle, Nathan (30(b)(6)) | P-02863 | Hartle-38 | Objection Pending. |

| Hartle, Nathan (FACT) | P-07648 | 41 | Objection Pending. |
| Hartle, Nathan (FACT) | P-00014 | 42 | Objection Pending. |
| Hartle, Nathan (FACT) | P-42587 | 43 | Objection Pending. |
| Hartle, Nathan (FACT) | P-00003 | 44 | Objection Pending. |
| Hartle, Nathan (FACT) | P-16210 | 46 | Objection Pending. |
| Hartle, Nathan (FACT) | P-12627 | 51 | Submitted without objection. |
| Hartle, Nathan (FACT) | P-12752 | 47 | Objection Pending. |
| Hartle, Nathan (FACT) | P-00121 | 54 | Objection Pending. |
| Hartle, Nathan (FACT) | P-12733 | 55 | Objection Pending. |
| Hartle, Nathan (FACT) | P-12732 | 56 | Objection Pending. |
| Hartle, Nathan (FACT) | P-42554 | 58 | Already Admitted. |
| Hartle, Nathan (FACT) | P-00026 | 59 | Objection Pending. |
| Hartle, Nathan (FACT) | P-42581 | 61 | Objection Pending. |
| Hartle, Nathan (FACT) | P-28144 | 76 | Objection Pending. |
| Hartle, Nathan (FACT) | P-28162 | 101 | Objection Pending. |
| Hartman, Mark | P-07729 | 7 | Submitted without objection. |
| Hartman, Mark | P-00064 | 8 | Submitted without objection. |
| Hazewski, Edward | P-13416 | 1 | Submitted without objection. |
| Hazewski, Edward | P-13416 | 2 | Submitted without objection. |
| Hazewski, Edward | P-00112 | 6 | Objection Pending. |
| Hazewski, Edward | P-00112 | 7 | Objection Pending. |
| Hazewski, Edward | P-00605 | 8 | Objection Pending. |
| Hazewski, Edward | P-03376 | 9 | Objection Pending. |
| Hazewski, Edward | P-00571 | 10 | Objection Pending. |
| Hazewski, Edward | P-13421 | 15 | Submitted without objection. |
| Hazewski, Edward | P-13421 | 16 | Submitted without objection. |
| Hilliard, Gary | P-00033 | 3 | Already Admitted. |
| Hilliard, Gary | P-12805 | 4 | Already Admitted. |
| Hilliard, Gary | P-00051 | 5 | Objection Pending. |

| | | | |
|---|---|---|---|
| Hilliard, Gary | P-00016 | 6 | Already Admitted. |
| Hilliard, Gary | P-13058 | 10 | Objection Pending. |
| Hilliard, Gary | P-12930 | 11 | Objection Pending. |
| Hilliard, Gary | P-08314 | 12 | Objection Pending. |
| Hilliard, Gary | P-23733 | 13 | Already Admitted. |
| Hilliard, Gary | P-12708 | 14 | Submitted without objection. |
| Hilliard, Gary | P-00098 | 15 | Submitted without objection. |
| Hilliard, Gary | P-12937 | 16 | Objection Pending. |
| Hilliard, Gary | P-42535 | 17 | Already Admitted. |
| Hilliard, Gary | P-12938 | 18 | Objection Pending. |
| Hilliard, Gary | P-42672 | 19 | Submitted without objection. |
| Hilliard, Gary | P-12957 | 20 | Objection Pending. |
| Hilliard, Gary | P-08363 | 22 | Submitted without objection. |
| Hilliard, Gary | P-00097 | 23 | Submitted without objection. |
| Hilliard, Gary | P-42680 | 24 | Submitted without objection. |
| Howenstein, Kim | P-09882 | 3 | Objection Pending. |
| Kelly, Patrick | P-02804 | Kelly-3 | Objection Pending. |
| Kelly, Patrick | P-09271 | Kelly-5 | Objection Pending. |
| Kelly, Patrick | P-09224 | Kelly-6 | Objection Pending. |
| Kelly, Patrick | P-08879 | Kelly-8 | Objection Pending. |
| Kelly, Patrick | P-00041 | Kelly-9 | Objection Pending. |
| Kelly, Patrick | P-00041 | Kelly-7 | Objection Pending. |
| Kelly, Patrick | P-09239 | Kelly-10 | Objection Pending. |
| Kelly, Patrick | P-09740 | Kelly-11 | Submitted without objection. |
| Kelly, Patrick | P-09226 | Kelly-19 | Objection Pending. |
| Kelly, Patrick | P-02805 | Kelly-22 | Objection Pending. |
| Kelly, Patrick | P-08879 | Kelly-23 | Objection Pending. |
| Kelly, Patrick | P-09249 | Kelly-24 | Objection Pending. |
| Kelly, Patrick | P-00041 | Kelly-26 | Objection Pending. |
| Kelly, Patrick | P-08825 | Kelly-27 | Objection Pending. |
| Kelly, Patrick | P-09225 | Kelly-29 | Objection Pending. |
| Kelly, Patrick | P-09188 | Kelly-30 | Objection Pending. |
| Kelly, Patrick | P-09244 | Kelly-31 | Objection Pending. |
| Kelly, Patrick | P-09192 | Kelly-32 | Objection Pending. |
| Kelly, Patrick | P-09275 | Kelly-34 | Objection Pending. |
| Kelly, Patrick | n/a | Kelly-1 | Objection Pending. |
| Kelly, Patrick | P-09740 | Kelly-51 | Objection Pending. |
| Lawrence, Stephen | P-44676 | 5 | Objection Pending. |
| Lawrence, Stephen | P-01995 | 8 | Objection Pending. |
| Lawrence, Stephen | P-09365 | 9 | Objection Pending. |

| | | | |
|---|---|---|---|
| Lawrence, Stephen | P-01997 | 10 | Objection Pending. |
| Lawrence, Stephen | P-08238 | 18 | Objection Pending. |
| Norris, Jennifer | P-41757 | 4 | Objection Pending. |
| Norris, Jennifer | P-28124 | 5 | Objection Pending. |
| Norris, Jennifer | P-42885 | 6 | Objection Pending. |
| Norris, Jennifer | P-23804 | 12 | Objection Pending. |
| Norris, Jennifer | P-00030 | 13 | Objection Pending. |
| Norris, Jennifer | P-44555 | 14 | Objection Pending. |
| Norris, Jennifer | P-09124 | 16 | Objection Pending. |
| Norris, Jennifer | P-28157 | 17 | Objection Pending. |
| Norris, Jennifer | P-14250 | 18 | Objection Pending. |
| Norris, Jennifer | P-00007 | 25 | Objection Pending. |
| Norris, Jennifer | P-00069 | 32 | Submitted without objection. |
| Norris, Jennifer | P-28122 | 34 | Objection Pending. |
| Norris, Jennifer | P-09379 | 35 | Objection Pending. |
| Prevoznik, Thomas | P-06076 | 46 | Objection Pending. |
| Prevoznik, Thomas | P-00104 | 10 | Objection Pending. |
| Prevoznik, Thomas | P-02030 | 11 | Objection Pending. |
| Prevoznik, Thomas | P-28295 | 13 | Objection Pending. |
| Prevoznik, Thomas | P-19410 | 14 | Objection Pending. |
| Prevoznik, Thomas | P-0528 | D-5 | Objection Pending. |
| Prevoznik, Thomas | P-19524 | 18 | Submitted without objection. |
| Prevoznik, Thomas | P-19525 | 20 | Objection Pending. |
| Prevoznik, Thomas | P-09112 | 22 | Already Admitted. |
| Prevoznik, Thomas | P-09114 | 23 | Already Admitted. |
| Prevoznik, Thomas | P-09115 | 24 | Objection Pending. |
| Prevoznik, Thomas | P-09116 | 25 | Already Admitted. |
| Prevoznik, Thomas | P-08778 | 26 | Objection Pending. |
| Prevoznik, Thomas | P-11308 | 29 | Objection Pending. |
| Prevoznik, Thomas | P-00103 | 17 | Objection Pending. |
| Prevoznik, Thomas | P-09307 | 33 | Objection Pending. |
| Prevoznik, Thomas | P-28211 | 35 | Objection Pending. |
| Prevoznik, Thomas | P-09625 | 39 | Objection Pending. |
| Prevoznik, Thomas | P-17817 | 47 | Objection Pending. |
| Prevoznik, Thomas | P-09616 | 48 | Already Admitted. |
| Quintero, Gilberto | P-44562 | 10 | Objection Pending. |
| Reardon, Steve | P-20784 | 30 | Objection Pending. |
| Reardon, Steve | P-14260 | 31 | Submitted without objection. |
| Reardon, Steve | P-09311 | 32 | Submitted without objection. |
| Reardon, Steve | P-20733 | 34 | Submitted without objection. |

| | | | |
|---|---|---|---|
| Reardon, Steve | P-20732 | 35 | Submitted without objection. |
| Strait, Matthew | P-09302 | 1 | Objection Pending. |
| Strait, Matthew | P-09303 | 2 | Objection Pending. |
| Strait, Matthew | P-20012 | 3 | Submitted without objection. |
| Strait, Matthew | P-09229 | 8 | Submitted without objection. |
| Strait, Matthew | P-44578 | 9 | Submitted without objection. |
| Strait, Matthew | P-19527 | 10 | Submitted without objection. |
| Strait, Matthew | P-44579 | 12 | Objection Pending. |
| Walker, Donald | P-12805 | 688 | Already Admitted. |
| Walker, Donald | P-00051 | 689 | Objection Pending. |
| Walker, Donald | P-12806 | 693 | Objection Pending. |
| Walker, Donald | P-42828 | 686 | Already Admitted. |
| Walker, Donald | P-42670 | 687 | Objection Pending. |
| Walker, Donald | P-12627 | 672 | Submitted without objection. |
| Walker, Donald | P-12867 | 676 | Submitted without objection. |
| Walker, Donald | P-12836 | 677 | Submitted without objection. |
| Walker, Donald | P-12814 | 752 | Already Admitted. |
| Walker, Donald | P-12815 | 685 | Submitted without objection. |
| Walker, Donald | P-12743 | 678 | Objection Pending. |
| Walker, Donald | P-12821 | 674 | Already Admitted. |
| Walker, Donald | P-12883 | 732 | Submitted without objection. |
| Walker, Donald | P-13138 | 720 | Submitted without objection. |
| Walker, Donald | P-12767 | 714 | Objection Pending. |
| Walker, Donald | P-12864 | 719 | Submitted without objection. |
| Walker, Donald | P-12879 | 721 | Objection Pending. |