## APPENDIX C – Defendants' Master Deponent Exhibit List

| Deposition Designated Witness | Trial Exhibit # | Dep. Exhibit # | Disposition |
|---|---|---|---|
| Brantley, Eric | P-44482 | 6 | Submitted without objection. |
| Brantley, Eric | CAH_WV_00580 | 34 | Submitted without objection. |
| Brantley, Eric | CAH_WV_00363 | 35 | Submitted without objection. |
| Brantley, Eric | CAH_WV_00370 | 36 | Submitted without objection. |
| Brown, Vic | DEF-WV-00407 | Brown-53 | Submitted without objection. |
| Brown, Vic | DEF-WV-00462 | Brown-54 | Submitted without objection. |
| Brown, Vic | DEF-WV-00037 | Brown-2 | Submitted without objection. |
| Brown, Vic | DEF-WV-00052 | Brown-5 | Submitted without objection. |
| Brown, Vic | DEF-WV-00043 | Brown-18 | Submitted without objection. |
| Brown, Vic | DEF-WV-00047 | Brown-28 | Submitted without objection. |
| Brown, Vic | DEF-WV-00028 | Brown-38 | Submitted without objection. |
| Brown, Vic | DEF-WV-00036 | Brown-47 | Submitted without objection. |
| Harper-Avilla, Stacy | DEF-WV-01915 | 3 | Submitted without objection. |
| Harper-Avilla, Stacy | DEF-WV-00631 | 4 | Submitted without objection. |
| Harper-Avilla, Stacy | DEF-WV-00634 | 7 | Submitted without objection. |
| Harper-Avilla, Stacy | DEF-WV-00635 | 8 | Submitted without objection. |
| Hilliard, Gary | P-07649 | Hilliard-9 | Submitted without objection. |
| Kelly, Patrick | P-09249 | Kelly-24 | Submitted without objection. |
| Kelly, Patrick | P-09359 | Kelly-28 | Submitted without objection. |
| Prevoznik, Thomas | DEF-WV-00107 | 4 | Submitted without objection. |
| Prevoznik, Thomas | DEF-WV-00106 | 5 | Submitted without objection. |
| Prevoznik, Thomas | DEF-WV-01893 | 6 | Submitted without objection. |
| Prevoznik, Thomas | DEF-WV-01894 | 6 | Submitted without objection. |
| Prevoznik, Thomas | DEF-WV-01923 | P-7 | Submitted without objection. |
| Prevoznik, Thomas | AM-WV-02658 | D-22 | Submitted without objection. |
| Prevoznik, Thomas | AM-WV-00781 | D-23, D-25 | Submitted without objection. |
| Prevoznik, Thomas | DEF-WV-01922 | D-26 | Submitted without objection. |
| Reardon, Steve | CAH_WV_00580 | 32 | Submitted without objection. |
| Reardon, Steve | CAH_WV_00472 | 38 | Submitted without objection. |
| Reardon, Steve | CAH_WV_00355 | 39 | Submitted without objection. |
| Reardon, Steve | CAH_WV_00372 | 41 | Submitted without objection. |
| Reardon, Steve | CAH_WV_00374 | 42 | Submitted without objection. |
| Reardon, Steve | CAH_WV_00375 | 42 | Submitted without objection. |
| Reardon, Steve | CAH_WV_00376 | 42 | Submitted without objection. |
| Strait, Matthew | DEF-WV-00619 | 4 | Submitted without objection. |
| Walker, Donald | DEF-WV-01557 | 804 | Submitted without objection. |