## APPENDIX D – Index of Witness Transcript Designation Worksheets

D.1. **Vic Brown** transcript designations for deposition dated 5/17/2020

D.2. **Stacy Harper-Avilla** transcript designations for deposition dated 4/11/2019

D.3. **Thomas Prevoznik** transcript designations for deposition dated:

   a. 4/17/2019,

   b. 4/18/2019, and

   c. 5/17/2019

D.4. **Matthew Strait** transcript designations for deposition dated 5/31/2019

D.5. **John Gray** transcript designations for deposition dated 7/30/2020

D.6. **Patrick Kelly** transcript designations for deposition dated 5/10/2019

D.7. **Eric Cherveny** transcript designations for deposition dated 11/9/2018

D.8. **Nathan Elkins** transcript designations for deposition dated 11/14/2018

D.9. **Edward Hazewski** transcript designations for deposition dated 10/25/2018

D.10. **Lisa Mash** transcript designations for deposition dated 7/28/2020

D.11. **Eric Brantley** transcript designations for deposition dated 11/27/2018

D.12. **Mark Hartman** transcript designations for deposition dated 11/15/2018

D.13. **Kim Howenstein** transcript designations for deposition dated 1/10/2019

D.14. **Steve Lawrence** transcript designations for deposition dated 1/4/2019

D.15. **Jennifer Norris** transcript designations for deposition dated 8/7/2018

D.16. **Gilberto Quintero** transcript designations for deposition dated 12/6/2018

D.17. **Steve Reardon** transcript designations for deposition dated 11/30/2018

D.18. **Gary Boggs** transcript designations for deposition dated 1/17/2019

D.19. **David Gustin** transcript designations for deposition dated 8/17/2018

D.20. **Nathan Hartle** transcript designations for deposition dated 7/31/2018 (30(b)(6) McKesson Corporation witness testimony)

D.21. **Nathan Hartle** transcript designations for deposition dated 8/1/2018 (fact witness testimony)

D.22. **Gary Hilliard** transcript designations for deposition dated 1/10/2019

D.23. **Donald Walker** transcript designations for deposition dated 1/10/2019