| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 4/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS ||||| COUNTER DESIGNATIONS ||||| REPLY DESIGNATIONS |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin || Page/Line End || Objections | Objection Notes | Page/Line Begin || Page/Line End || Objections | Objection Notes | Page/Line Begin || Page/Line End || Objections | Objection Notes |
| 41 | 21 | 42 | 4 | | | 56 | 8 | 56 | 24 | | | | | | |
| 42 | 11 | 43 | 18 | | | 64 | 7 | 64 | 18 | | | | | | |
| 59 | 7 | 59 | 19 | | | 75 | 7 | 75 | 13 | | | | | | |
| 59 | 24 | 60 | 19 | | | 75 | 17 | 76 | 8 | | | | | | |
| 62 | 7 | 62 | 17 | | | 82 | 1 | 83 | 20 | | | | | | |
| 63 | 21 | 64 | 6 | | | 85 | 9 | 85 | 14 | | | | | | |
| 71 | 4 | 71 | 8 | | | 94 | 2 | 94 | 7 | | | | | | |
| 84 | 2 | 84 | 21 | | | 117 | 7 | 117 | 11 | | | | | | |
| 86 | 16 | 87 | 2 | | | 121 | 15 | 121 | 19 | | | | | | |
| 87 | 5 | 87 | 6 | | | 122 | 1 | 122 | 12 | | | | | | |
| 87 | 8 | 87 | 11 | | | 126 | 18 | 126 | 22 | | | | | | |
| 87 | 16 | 88 | 21 | | | 127 | 7 | 127 | 12 | | | | | | |
| | | | | | | 130 | 13 | 131 | 23 | | | | | | |
| | | | | | | 134 | 2 | 134 | 9 | | | | | | |
| | | | | | | 136 | 17 | 137 | 10 | | | | | | |
| | | | | | | 143 | 1 | 143 | 7 | | | | | | |
| | | | | | | 143 | 12 | 143 | 12 | | | | | | |
| | | | | | | 157 | 18 | 157 | 20 | | | | | | |
| | | | | | | 157 | 23 | 158 | 3 | | | | | | |
| | | | | | | 158 | 6 | 158 | 21 | | | | | | |
| | | | | | | 162 | 23 | 164 | 14 | | | | | | |
| | | | | | | 167 | 5 | 167 | 12 | | | | | | |
| | | | | | | 170 | 19 | 170 | 24 | | | | | | |
| | | | | | | 171 | 3 | 172 | 5 | | | | | | |
| | | | | | | 175 | 7 | 175 | 20 | | | | | | |
| | | | | | | 175 | 23 | 175 | 23 | | | | | | |
| | | | | | | 177 | 15 | 178 | 5 | | | | | | |
| | | | | | | 178 | 19 | 178 | 23 | | | | | | |
| | | | | | | 179 | 2 | 179 | 3 | | | | | | |
| | | | | | | 179 | 22 | 180 | 11 | | | | | | |
| | | | | | | 182 | 12 | 182 | 15 | | | | | | |
| | | | | | | 182 | 18 | 183 | 5 | | | | | | |
| | | | | | | 183 | 12 | 183 | 15 | | | | | | |
| | | | | | | 183 | 18 | 183 | 22 | | | | | | |
| | | | | | | 185 | 1 | 185 | 2 | | | | | | |
| | | | | | | 190 | 18 | 190 | 24 | | | | | | |
| | | | | | | 191 | 3 | 191 | 15 | | | | | | |
| | | | | | | 191 | 18 | 192 | 10 | | | | | | |
| | | | | | | 194 | 8 | 194 | 10 | | | | | | |

Prevoznik, Thomas
Deposition Date 4/17/2019

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 4/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS ||||| COUNTER DESIGNATIONS ||||| REPLY DESIGNATIONS |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin || Page/Line End || Objections | Objection Notes | Page/Line Begin || Page/Line End || Objections | Objection Notes | Page/Line Begin || Page/Line End || Objections | Objection Notes |
| | | | | | | 194 | 13 | 195 | 21 | | | | |
| | | | | | | 196 | 15 | 197 | 2 | | | | |
| | | | | | | 212 | 1 | 212 | 8 | | | | |
| | | | | | | 212 | 11 | 212 | 17 | | | | |
| | | | | | | 212 | 20 | 212 | 20 | | | | |
| | | | | | | 216 | 4 | 216 | 10 | | | | |
| | | | | | | 219 | 21 | 220 | 1 | | | | |
| | | | | | | 220 | 5 | 220 | 10 | | | | |
| | | | | | | 220 | 13 | 220 | 16 | | | | |
| | | | | | | 231 | 9 | 231 | 12 | | | | |
| | | | | | | 231 | 17 | 231 | 24 | | | | |
| | | | | | | 232 | 3 | 232 | 6 | | | | |
| | | | | | | 232 | 22 | 233 | 19 | | | | |
| | | | | | | 235 | 2 | 235 | 14 | | | | |
| | | | | | | 262 | 24 | 263 | 3 | | | | |
| | | | | | | 263 | 6 | 263 | 12 | | | | |
| | | | | | | 303 | 19 | 304 | 1 | | | | |
| | | | | | | 306 | 1 | 306 | 4 | | | | |
| | | | | | | 306 | 7 | 306 | 8 | | | | |
| | | | | | | 307 | 18 | 307 | 22 | | | | |
| | | | | | | 308 | 1 | 308 | 5 | | | | |
| | | | | | | 308 | 8 | 308 | 13 | | | | |
| | | | | | | 308 | 16 | 308 | 17 | | | | |
| | | | | | | 309 | 4 | 309 | 6 | | | | |
| | | | | | | 317 | 10 | 320 | 20 | | | | |
| | | | | | | 320 | 22 | 321 | 13 | | | | |
| | | | | | | 321 | 16 | 322 | 18 | | | | |
| | | | | | | 326 | 6 | 326 | 17 | | | | |
| | | | | | | 326 | 24 | 327 | 4 | | | | |
| | | | | | | 327 | 17 | 328 | 7 | | | | |
| | | | | | | 329 | 3 | 329 | 19 | | | | |
| | | | | | | 334 | 13 | 335 | 16 | | | | |
| | | | | | | 337 | 4 | 337 | 10 | | | | |
| | | | | | | 337 | 13 | 337 | 14 | | | | |
| | | | | | | 362 | 15 | 362 | 23 | | | | |
| | | | | | | 363 | 2 | 364 | 3 | | | | |
| | | | | | | 392 | 4 | 392 | 6 | | | | |
| | | | | | | 392 | 9 | 392 | 17 | | | | |
| | | | | | | 392 | 21 | 393 | 3 | | | | |

Prevoznik, Thomas
Deposition Date 4/17/2019

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 4/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | COUNTER DESIGNATIONS | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | Objections | Objection Notes | Page/Line Begin | Page/Line End | Objections | Objection Notes | Page/Line Begin | Page/Line End | Objections | Objection Notes |
| | | | | 393  8 | 393  14 | | | | | | |
| | | | | 393  17 | 393  18 | | | | | | |
| | | | | 394  8 | 394  16 | | | | | | |
| | | | | 394  19 | 394  23 | | | | | | |
| | | | | 395  4 | 395  4 | | | | | | |
| | | | | 396  19 | 397  4 | | | | | | |
| | | | | 397  6 | 397  6 | | | | | | |
| | | | | 398  2 | 398  11 | | | | | | |
| | | | | 401  5 | 401  9 | | | | | | |
| | | | | 402  4 | 402  7 | | | | | | |
| | | | | 402  16 | 403  19 | | | | | | |