| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 4/18/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS ||||| COUNTER DESIGNATIONS |||||| REPLY DESIGNATIONS ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin || Page/Line End || Objections | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections |
| 597 | 6 | 597 | 24 | | | 436 | 22 | 438 | 16 | | | | | | | |
| 598 | 1 | 598 | 10 | Argumentative; improper testimony from counsel | Counsel's questions are not evidence | 442 | 20 | 442 | 21 | | | | | | | |
| 598 | 12 | 598 | 24 | Leading; hearsay | Objections waived because not made on the record; questioning involves preliminary matters; H - FRE 803(8) (testimony of Acting Administrator of the DEA), Defendants introduce the same testimony at 436-438 | 443 | 3 | 443 | 3 | | | | | | | |
| 599 | 1 | 603 | 21 | Leading; hearsay | See above | 443 | 5 | 443 | 9 | | | | | | | |
| 603 | 22 | 604 | 8 | Foundation; incomplete hypothetical | Question is appropriate | 443 | 12 | 443 | 14 | | | | | | | |
| 604 | 11 | 604 | 11 | Foundation; incomplete hypothetical | Question is appropriate | 443 | 17 | 443 | 18 | | | | | | | |
| 604 | 13 | 604 | 21 | Foundation; incomplete hypothetical | Question is appropriate | 462 | 20 | 463 | 2 | | | | | | | |
| 605 | 1 | 605 | 24 | Foundation; hearsay; relevance; improperly testimony from counsel | Objections waived because not made on the record; counsel's questions are not evidence; court has already overruled relevance objection; congressional report is public record (FRE 803(8)) | 463 | 6 | 463 | 18 | | | | | | | |
| 606 | 6 | 606 | 6 | Foundation; hearsay; relevance | see above | 464 | 15 | 465 | 7 | | | | | | | |
| 607 | 1 | 607 | 5 | Foundation; relevance; speculation | Question is appropriate | 465 | 12 | 466 | 15 | | | | | | | |
| 607 | 9 | 607 | 13 | Foundation; relevance; speculation; argumentative | Question is appropriate | 469 | 9 | 469 | 18 | | | | | | | |
| 607 | 16 | 607 | 16 | Foundation; relevance; speculation; argumentative | see above | 469 | 21 | 469 | 21 | | | | | | | |
| 609 | 14 | 610 | 17 | Hearsay; improper opinion | FRE 803(8) (testimony of Acting Administrator of the DEA), Defendants introduce the same testimony at 436-438; | 492 | 4 | 492 | 6 | | | | | | | |
| 612 | 20 | 613 | 3 | Speculation | Not speculation; witness is testifying based on 28 years of DEA experience (see attached Response to Objection) | 492 | 9 | 492 | 16 | | | | | | | |
| 613 | 7 | 613 | 14 | Hearsay; speculation | FRE 803(8) (testimony of Acting Administrator of the DEA), Defendants introduce the same testimony at 436-438; not speculation; witness is testifying based on 28 years of DEA experience (see attached Response to Objection) | 492 | 20 | 492 | 20 | | | | | | | |
| 613 | 17 | 613 | 24 | Hearsay; speculation | FRE 803(8) (testimony of Acting Administrator of the DEA), Defendants introduce the same testimony at 436-438; not speculation; witness is testifying based on 28 years of DEA experience (see attached Response to Objection) | 528 | 4 | 528 | 12 | | | | | | | |
| 615 | 1 | 615 | 5 | Improper opinion; foundation; speculation | Not speculation or opinion; witness is testifying based on 28 years of DEA experience | 528 | 17 | 528 | 19 | | | | | | | |
| 615 | 8 | 616 | 14 | Hearsay; speculation | FRE 803(8) (testimony of Acting Administrator of the DEA), Defendants introduce the same testimony at 436-438; not speculation; witness is testifying based on 28 years of DEA experience (see attached Response to Objection) | 558 | 8 | 558 | 13 | | | | | | | |
| 616 | 19 | 617 | 4 | | | 558 | 16 | 558 | 17 | | | | | | | |
| 621 | 5 | 621 | 16 | Improper testimony from counsel; misstates testimony | Counsel's questions are not evidence | | | | | | | | | | | |
| 621 | 17 | 621 | 20 | Argumentative; foundation; prejudicial; speculation; vague as to timeframe and geographic scope; assumes facts not in evidence; misstates the record | Timeframe is contained within the question; facts are established and within the witness's knowledge based upon 28 years of DEA experience (see attached Response to Objection) | | | | | | | | | | | |
| 624 | 13 | 624 | 18 | Foundation; speculation; impermissible use of settlement agreement; legal conclusion; improper expert opinion | Facts are established and within the witness's knowledge based upon 28 years of DEA experience (see attached Response to Objection); question does not elicit a legal conclusion; 408-evidence not offered to prove the amount of the disputed claim or to impeach by a prior inconsistent statement or a contradiction | | | | | | | | | | | |
| 625 | 2 | 625 | 8 | Foundation; hearsay; improper testimony from counsel; Incomplete hypothetical | Question is appropriate and does not pose a hypothetical | | | | | | | | | | | |
| 628 | 12 | 629 | 7 | Foundation; hearsay; improper opinion; speculation; improper testimony from counsel; incomplete hypothetical; outside the scope of witness's Touhy designation | Question is appropriate; DEA attorney did not object and permitted witness to testify, thus evidencing no Touhy concerns | | | | | | | | | | | |
| 628 | 24 | 629 | 7 | Foundation; hearsay; improper testimony from counsel; incomplete hypothetical | Question is appropriate | | | | | | | | | | | |

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 4/18/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS ||||| COUNTER DESIGNATIONS ||||| REPLY DESIGNATIONS ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Objection Notes | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Objection Notes | Replies to Objections |
| 629 | 14 | 630 | 13 | Foundation; hearsay; improper opinion; improper expert opinion; legal conclusion; improper testimony from counsel; incomplete hypothetical | Question is appropriate and does not pose a hypothetical or seek a legal conclusion or expert opinion; witness is qualified to speak to DEA's position based upon 28 years' experience at the agency (see attached Response to Objection); document not offered for truth of the matter asserted | | | | | | | | | |
| 629 | 14 | 629 | 15 | Foundation; hearsay; improper testimony from counsel; incomplete hypothetical | Question is appropriate | | | | | | | | | |
| 632 | 5 | 632 | 14 | Improper testimony from counsel | Question is appropriate | | | | | | | | | |
| 632 | 17 | 632 | 19 | Legal conclusion | Question is appropriate | | | | | | | | | |
| 632 | 22 | 632 | 22 | Legal conclusion | Question is appropriate | | | | | | | | | |
| 633 | 4 | 633 | 11 | Improper testimony from counsel | Counsel's questions are not evidence | | | | | | | | | |
| 633 | 12 | 634 | 1 | Leading | Question concerns preliminary matter | | | | | | | | | |
| 634 | 9 | 634 | 12 | | | | | | | | | | | |
| 634 | 14 | 635 | 1 | | | | | | | | | | | |
| 635 | 4 | 635 | 4 | | | | | | | | | | | |
| 636 | 22 | 637 | 15 | | | | | | | | | | | |
| 636 | 22 | 637 | 12 | | | | | | | | | | | |
| 637 | 15 | 637 | 15 | | | | | | | | | | | |
| 638 | 10 | 638 | 20 | | | | | | | | | | | |
| 638 | 24 | 638 | 24 | | | | | | | | | | | |
| 639 | 2 | 639 | 7 | Legal conclusion | Question concerns preliminary matter | | | | | | | | | |
| 639 | 10 | 639 | 10 | Legal conclusion | Question concerns preliminary matter | | | | | | | | | |
| 639 | 22 | 640 | 20 | | | | | | | | | | | |
| 641 | 14 | 641 | 18 | | | | | | | | | | | |
| 642 | 3 | 642 | 5 | Legal conclusion | Question does not seek legal conclusion, seeks DEA's position | | | | | | | | | |
| 642 | 10 | 642 | 14 | Legal conclusion | Question does not seek legal conclusion, seeks DEA's position | | | | | | | | | |
| 642 | 10 | 642 | 10 | Legal conclusion | Question does not seek legal conclusion, seeks DEA's position | | | | | | | | | |
| 642 | 12 | 642 | 14 | | | | | | | | | | | |
| 643 | 1 | 643 | 5 | | | | | | | | | | | |
| 643 | 1 | 643 | 1 | | | | | | | | | | | |
| 643 | 3 | 643 | 5 | | | | | | | | | | | |
| 643 | 8 | 643 | 12 | Speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 643 | 8 | 643 | 8 | | | | | | | | | | | |
| 643 | 10 | 643 | 12 | | | | | | | | | | | |
| 643 | 15 | 643 | 15 | | | | | | | | | | | |
| 643 | 16 | 643 | 17 | | | | | | | | | | | |
| 643 | 19 | 643 | 23 | | | | | | | | | | | |
| 644 | 11 | 644 | 16 | | | | | | | | | | | |
| 644 | 11 | 644 | 11 | | | | | | | | | | | |
| 644 | 13 | 644 | 16 | | | | | | | | | | | |
| 644 | 22 | 644 | 22 | | | | | | | | | | | |
| 661 | 19 | 663 | 9 | | | | | | | | | | | |
| 661 | 19 | 662 | 4 | | | | | | | | | | | |
| 661 | 19 | 662 | 5 | | | | | | | | | | | |
| 662 | 13 | 662 | 14 | | | | | | | | | | | |
| 665 | 14 | 665 | 18 | | | | | | | | | | | |
| 665 | 21 | 666 | 12 | Speculation; legal conclusion; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question does not seek legal conclusion | | | | | | | | | |
| 666 | 22 | 667 | 2 | Speculation; legal conclusion; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question does not seek legal conclusion | | | | | | | | | |

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 4/18/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS | | | | | REPLY DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Objection Notes | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Objection Notes | Replies to Objections |
| 667 | 10 | 667 | 10 | | | | | | | | | | | |
| 667 | 23 | 668 | 7 | | | | | | | | | | | |
| 668 | 22 | 668 | 24 | | | | | | | | | | | |
| 669 | 9 | 669 | 15 | | | | | | | | | | | |
| 671 | 4 | 671 | 7 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 671 | 11 | 673 | 6 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 671 | 11 | 673 | 6 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 671 | 11 | 672 | 4 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 672 | 7 | 672 | 18 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 673 | 2 | 673 | 16 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 673 | 7 | 673 | 16 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 673 | 19 | 673 | 19 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 674 | 8 | 674 | 13 | Legal conclusion | Question concerns DEA guidance and does not seek legal conclusion | | | | | | | | | |
| 675 | 3 | 675 | 7 | | | | | | | | | | | |
| 679 | 18 | 680 | 5 | Foundation; legal conclusion; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question does not seek legal conclusion | | | | | | | | | |
| 680 | 8 | 680 | 8 | Foundation; legal conclusion; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question does not seek legal conclusion | | | | | | | | | |
| 692 | 10 | 692 | 11 | | | | | | | | | | | |
| 692 | 10 | 692 | 18 | | | | | | | | | | | |
| 692 | 16 | 692 | 18 | | | | | | | | | | | |
| 693 | 1 | 695 | 15 | | | | | | | | | | | |
| 693 | 1 | 694 | 9 | | | | | | | | | | | |
| 694 | 19 | 694 | 22 | | | | | | | | | | | |
| 695 | 17 | 696 | 10 | | | | | | | | | | | |
| 695 | 21 | 696 | 10 | | | | | | | | | | | |
| 696 | 15 | 696 | 24 | | | | | | | | | | | |
| 697 | 6 | 697 | 10 | | | | | | | | | | | |
| 697 | 12 | 698 | 9 | | | | | | | | | | | |
| 697 | 12 | 697 | 12 | | | | | | | | | | | |
| 698 | 12 | 698 | 12 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 700 | 4 | 700 | 9 | Speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 700 | 13 | 700 | 13 | Speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 700 | 15 | 700 | 15 | | | | | | | | | | | |
| 700 | 20 | 700 | 20 | | | | | | | | | | | |
| 700 | 24 | 700 | 24 | | | | | | | | | | | |
| 701 | 2 | 701 | 11 | Speculation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | |
| 701 | 16 | 702 | 8 | | | | | | | | | | | |

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 4/18/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | | COUNTER DESIGNATIONS | | | | | REPLY DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Objection Notes | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Objection Notes | Replies to Objections |
| 702 | 24 | 703 | 8 | | | | | | | | | | | | |
| 703 | 13 | 703 | 13 | | | | | | | | | | | | |
| 709 | 2 | 709 | 6 | Foundation; speculation; assumes facts not in evidence; misconstrues the document; lack of personal knowledge; outside the scope | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is factual in nature and not based on facts not in evidence | | | | | | | | | | |
| 709 | 10 | 709 | 10 | Foundation; speculation; lack of personal knowledge; misconstrues document | see above | | | | | | | | | | |
| 710 | 12 | 711 | 8 | | | | | | | | | | | | |
| 712 | 7 | 713 | 4 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | |
| 713 | 20 | 714 | 1 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | |
| 714 | 5 | 714 | 14 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | |
| 715 | 4 | 716 | 3 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | |
| 716 | 9 | 716 | 9 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | |
| 716 | 11 | 716 | 20 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | |
| 716 | 24 | 717 | 2 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | |
| 717 | 6 | 717 | 6 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | |
| 720 | 8 | 720 | 11 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | |
| 720 | 14 | 720 | 14 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | |
| 722 | 11 | 722 | 17 | Leading; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is appropriate | | | | | | | | | | |
| 722 | 24 | 723 | 3 | Leading; foundation; lack of personal knowledge; improper testimony from counsel | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is appropriate and counsel's statements are not evidence | | | | | | | | | | |
| 723 | 8 | 723 | 8 | Leading; foundation; lack of personal knowledge; improper testimony from counsel | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is appropriate and counsel's statements are not evidence | | | | | | | | | | |
| 724 | 12 | 724 | 20 | Leading; foundation; lack of personal knowledge; improper testimony from counsel | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is appropriate and counsel's statements are not evidence | | | | | | | | | | |
| 725 | 1 | 725 | 1 | Leading; foundation; lack of personal knowledge; improper testimony from counsel | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is appropriate and counsel's statements are not evidence | | | | | | | | | | |
| 734 | 19 | 735 | 6 | Foundation; outside the scope | Question concerns DEA's policies; witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | |
| 737 | 12 | 737 | 18 | Misconstrues the document | Question is factual in nature | | | | | | | | | | |
| 737 | 22 | 737 | 23 | | | | | | | | | | | | |
| 738 | 14 | 738 | 23 | Foundation; improper testimony from counsel; misconstrues the document | Counsel's questions are not evidence; question seeks factual information | | | | | | | | | | |
| 739 | 4 | 739 | 11 | | | | | | | | | | | | |
| 739 | 17 | 739 | 24 | | | | | | | | | | | | |
| 740 | 5 | 740 | 5 | | | | | | | | | | | | |

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 4/18/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS ||||| COUNTER DESIGNATIONS ||||| REPLY DESIGNATIONS |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin || Page/Line End || Objections | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections |
| 747 | 9 | 747 | 14 | | | | | | | | | | | | | | | |
| 747 | 19 | 747 | 20 | | | | | | | | | | | | | | | |
| 749 | 6 | 749 | 13 | | | | | | | | | | | | | | | |
| 749 | 20 | 750 | 3 | | | | | | | | | | | | | | | |
| 750 | 7 | 750 | 8 | | | | | | | | | | | | | | | |
| 750 | 10 | 750 | 19 | | | | | | | | | | | | | | | |
| 750 | 22 | 750 | 22 | | | | | | | | | | | | | | | |
| 752 | 6 | 752 | 9 | Speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | | | | |
| 752 | 14 | 752 | 15 | Speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | | | | |
| 752 | 17 | 752 | 20 | Legal conclusion | Question does not seek legal conclusion but concerns DEA's interpretation of regulations | | | | | | | | | | | | | |
| 752 | 24 | 753 | 1 | Legal conclusion | Question does not seek legal conclusion but concerns DEA's interpretation of regulations | | | | | | | | | | | | | |
| 755 | 2 | 755 | 4 | | | | | | | | | | | | | | | |
| 755 | 8 | 755 | 15 | Leading; foundation; lack of personal knowledge | Question is appropriate | | | | | | | | | | | | | |
| 755 | 20 | 756 | 1 | | | | | | | | | | | | | | | |
| 756 | 6 | 756 | 6 | | | | | | | | | | | | | | | |
| 759 | 19 | 760 | 2 | Speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | | | | | | | | | | | | | |
| 760 | 7 | 760 | 7 | | | | | | | | | | | | | | | |
| 760 | 9 | 768 | 9 | | | | | | | | | | | | | | | |
| 761 | 1 | 761 | 14 | | | | | | | | | | | | | | | |
| 764 | 1 | 764 | 4 | | | | | | | | | | | | | | | |
| 764 | 8 | 764 | 8 | | | | | | | | | | | | | | | |
| 765 | 19 | 766 | 3 | | | | | | | | | | | | | | | |
| 766 | 7 | 766 | 10 | | | | | | | | | | | | | | | |
| 768 | 14 | 768 | 21 | | | | | | | | | | | | | | | |
| 768 | 24 | 769 | 4 | | | | | | | | | | | | | | | |
| 770 | 6 | 770 | 11 | Foundation; lack of personal knowledge; assumes facts not in evidence; mischaracterizes prior Cardinal Health testimony | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is factual in nature | | | | | | | | | | | | | |
| 770 | 17 | 770 | 18 | Foundation; lack of personal knowledge; assumes facts not in evidence; mischaracterizes prior Cardinal Health testimony | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is factual in nature | | | | | | | | | | | | | |
| 771 | 7 | 771 | 10 | | | | | | | | | | | | | | | |
| 771 | 14 | 771 | 17 | Foundation; legal conclusion; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is factual in nature | | | | | | | | | | | | | |
| 771 | 20 | 771 | 20 | Foundation; legal conclusion; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is factual in nature | | | | | | | | | | | | | |
| 772 | 10 | 772 | 13 | Foundation; lack of personal knowledge; outside the scope; calls for a legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is factual in nature | | | | | | | | | | | | | |
| 772 | 18 | 772 | 18 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is factual in nature | | | | | | | | | | | | | |