| WITNESS NAME: | Thomas Prevoznik |
| --- | --- |
| DEPOSITION DATE: | 5/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS (Pink = Designation Made For Completeness) | | | | | | | REPLY DESIGNATIONS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Objection Notes | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Objection Notes | Replies to Objections |
| 807 | 2 | 807 | 19 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | 882 | 18 | 882 | 23 | | | | | | | | | |
| 807 | 24 | 807 | 24 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection) | 897 | 10 | 897 | 14 | | | | | | | | | |
| 809 | 14 | 809 | 19 | | | 897 | 17 | 897 | 23 | | | | | | | | | |
| 809 | 20 | 810 | 3 | | | 1010 | 1 | 1010 | 9 | | | | | | | | | |
| 810 | 5 | 810 | 5 | | | 1010 | 12 | 1011 | 2 | | | | | | | | | |
| 810 | 7 | 810 | 11 | | | 1026 | 12 | 1026 | 13 | | | | | | | | | |
| 810 | 16 | 810 | 18 | | | 1026 | 15 | 1026 | 18 | | | | | | | | | |
| 810 | 22 | 811 | 8 | | | 1026 | 20 | 1026 | 24 | | | | | | | | | |
| 811 | 11 | 811 | 11 | | | 1027 | 3 | 1027 | 9 | | | | | | | | | |
| 815 | 9 | 815 | 14 | Foundation; legal conclusion; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is factual in nature | 1027 | 17 | 1027 | 22 | | | | | | | | | |
| 815 | 18 | 815 | 18 | Foundation; legal conclusion; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is factual in nature | 1060 | 22 | 1061 | 1 | | | | | | | | | |
| 816 | 10 | 816 | 21 | | | 1070 | 8 | 1070 | 9 | | | | | | | | | |
| 820 | 7 | 820 | 23 | | | 1071 | 14 | 1071 | 25 | | | | | | | | | |
| 822 | 15 | 823 | 24 | Hearsay; speculation; foundation; lack of personal knowledge | Objections waived because not made on the record; witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); document is public record FRE 803(8) | 1074 | 6 | 1075 | 22 | | | | | | | | | |
| 824 | 2 | 824 | 8 | Hearsay; speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); document is public record FRE 803(8) | 1079 | 17 | 1079 | 18 | | | | | | | | | |
| 824 | 13 | 824 | 13 | Hearsay; speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); document is public record FRE 803(8) | 1085 | 9 | 1088 | 13 | | | | | | | | | |
| 834 | 21 | 834 | 24 | | | 1088 | 20 | 1090 | 1 | | | | | | | | | |
| 840 | 10 | 840 | 12 | | | 1090 | 4 | 1090 | 4 | | | | | | | | | |
| 840 | 23 | 841 | 18 | Speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | 1092 | 24 | 1093 | 2 | | | | | | | | | |
| 841 | 21 | 841 | 21 | | | 1093 | 4 | 1093 | 16 | | | | | | | | | |
| 841 | 23 | 842 | 4 | Speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | 1093 | 19 | 1094 | 1 | | | | | | | | | |
| 842 | 18 | 842 | 25 | Speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | 1094 | 2 | 1094 | 5 | | | | | | | | | |
| 843 | 5 | 843 | 17 | Speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | 1094 | 11 | 1094 | 15 | | | | | | | | | |
| 843 | 20 | 843 | 23 | Speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | 1094 | 19 | 1094 | 19 | | | | | | | | | |
| 845 | 18 | 846 | 4 | | | 1095 | 1 | 1096 | 13 | | | | | | | | | |
| 846 | 7 | 847 | 4 | Hearsay; speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); document is public record (FRE 803(8)) and contains party admission (FRE 801(d)(2)) | 1097 | 4 | 1097 | 20 | | | | | | | | | |

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 5/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS (Pink = Designation Made For Completeness) | | | | | REPLY DESIGNATIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Objection Notes | Replies to Objections | Page/Line Begin | Page/Line End | Objections | Objection Notes | Replies to Objections |
| 847 | 17 | 847 | 22 | Hearsay; speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); document is public record (FRE 803(8)) and contains party admission (FRE 801(d)(2)) | 1097 | 23 | 1097 | 24 | | | | | | | |
| 848 | 3 | 848 | 6 | Hearsay; legal conclusion; improper expert opinion; speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); document is public record (FRE 803(8)) and contains party admission (FRE 801(d)(2)) | 1098 | 5 | 1098 | 9 | | | | | | | |
| 848 | 10 | 848 | 10 | Hearsay; legal conclusion; improper expert opinion; speculation; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); document is public record (FRE 803(8)) and contains party admission (FRE 801(d)(2)) | 1099 | 8 | 1099 | 11 | | | | | | | |
| 849 | 12 | 849 | 14 | Speculation; foundation; improper opinion; lack of personal knowledge; improper testimony from counsel | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); counsel's questions are not evidence | 1099 | 17 | 1099 | 20 | | | | | | | |
| 849 | 22 | 850 | 1 | Speculation; foundation; improper opinion; lack of personal knowledge; improper testimony from counsel | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); counsel's questions are not evidence | 1100 | 1 | 1101 | 21 | | | | | | | |
| 850 | 18 | 851 | 9 | | | 1101 | 25 | 1102 | 15 | | | | | | | |
| 851 | 13 | 851 | 13 | | | 1102 | 22 | 1102 | 24 | | | | | | | |
| 851 | 15 | 851 | 16 | | | 1103 | 4 | 1103 | 23 | | | | | | | |
| 851 | 20 | 851 | 23 | | | 1104 | 1 | 1104 | 6 | | | | | | | |
| 852 | 1 | 852 | 6 | | | 1105 | 4 | 1105 | 7 | | | | | | | |
| 852 | 14 | 852 | 14 | | | 1107 | 12 | 1108 | 12 | | | | | | | |
| 853 | 4 | 853 | 10 | Incomplete hypothetical | Question is appropriate | 1109 | 6 | 1109 | 14 | | | | | | | |
| 853 | 19 | 853 | 20 | Legal conclusion; incomplete hypothetical | Question is appropriate and does not seek legal conclusion | 1109 | 24 | 1110 | 7 | | | | | | | |
| 854 | 19 | 854 | 25 | | | 1110 | 11 | 1110 | 15 | | | | | | | |
| 863 | 5 | 863 | 10 | | | 1112 | 23 | 1113 | 10 | | | | | | | |
| 863 | 16 | 863 | 19 | | | 1117 | 16 | 1117 | 21 | | | | | | | |
| 863 | 22 | 866 | 1 | | | 1117 | 24 | 1118 | 10 | | | | | | | |
| 866 | 4 | 866 | 4 | | | 1119 | 9 | 1119 | 20 | | | | | | | |
| 868 | 17 | 868 | 25 | | | 1119 | 24 | 1119 | 24 | | | | | | | |
| 869 | 1 | 869 | 25 | | | 1122 | 12 | 1122 | 24 | | | | | | | |
| 870 | 1 | 870 | 5 | | | 1127 | 13 | 1127 | 16 | | | | | | | |
| 870 | 6 | 870 | 21 | | | 1127 | 19 | 1128 | 3 | | | | | | | |
| 875 | 13 | 875 | 18 | | | 1129 | 6 | 1129 | 8 | | | | | | | |
| 878 | 7 | 878 | 18 | Legal conclusion | Question does not seek legal conclusion | 1129 | 12 | 1192 | 13 | | | | | | | |
| 878 | 22 | 879 | 9 | Legal conclusion | Question does not seek legal conclusion | 1129 | 15 | 1129 | 20 | | | | | | | |
| 879 | 13 | 879 | 13 | | | 1129 | 23 | 1129 | 24 | | | | | | | |
| 879 | 15 | 879 | 18 | Foundation; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is factual in nature and identical to questions defendants have designated | 1134 | 20 | 1134 | 23 | | | | | | | |
| 879 | 22 | 879 | 22 | Foundation; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is factual in nature and identical to questions defendants have designated | 1135 | 2 | 1136 | 7 | | | | | | | |
| 880 | 4 | 880 | 15 | | | 1139 | 10 | 1139 | 16 | | | | | | | |
| 881 | 1 | 881 | 4 | | | 1140 | 12 | 1140 | 16 | | | | | | | |
| 881 | 6 | 881 | 8 | | | 1144 | 12 | 1144 | 14 | | | | | | | |
| 881 | 10 | 881 | 18 | | | 1144 | 16 | 1144 | 16 | | | | | | | |
| 881 | 23 | 881 | 23 | | | 1144 | 18 | 1144 | 21 | | | | | | | |
| 882 | 11 | 882 | 17 | | | 1146 | 7 | 1146 | 9 | | | | | | | |
| 882 | 24 | 883 | 3 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | 1146 | 11 | 1146 | 14 | | | | | | | |

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 5/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS |||||| COUNTER DESIGNATIONS (Pink = Designation Made For Completeness) ||||| REPLY DESIGNATIONS ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin || Page/Line End || Objections | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections |
| 883 | 5 | 883 | 5 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | 1146 | 16 | 1146 | 16 | | | | | | |
| 884 | 1 | 884 | 3 | | | 1146 | 20 | 1146 | 24 | | | | | | |
| 884 | 4 | 884 | 16 | Foundation; speculation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | 1149 | 14 | 1149 | 21 | | | | | | |
| 884 | 18 | 884 | 18 | | | 1151 | 5 | 1151 | 15 | | | | | | |
| 888 | 13 | 888 | 17 | | | 1157 | 15 | 1157 | 18 | | | | | | |
| 889 | 21 | 890 | 2 | Legal conclusion | Question does not seek legal conclusion | 1157 | 21 | 1157 | 21 | | | | | | |
| 890 | 6 | 890 | 6 | Legal conclusion | Question does not seek legal conclusion | 1167 | 16 | 1168 | 13 | | | | | | |
| 890 | 23 | 891 | 2 | Foundation; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question does not seek legal conclusion; concerns DEA's interpretation and guidance | 1168 | 16 | 1168 | 17 | | | | | | |
| 891 | 7 | 891 | 8 | Foundation; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question does not seek legal conclusion; concerns DEA's interpretation and guidance | 1205 | 1 | 1205 | 15 | | | | | | |
| 891 | 10 | 891 | 12 | Foundation; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question does not seek legal conclusion; concerns DEA's interpretation and guidance | 1206 | 6 | 1206 | 7 | | | | | | |
| 891 | 15 | 891 | 16 | Speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | 1206 | 10 | 1206 | 14 | | | | | | |
| 891 | 20 | 892 | 15 | Speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | 1206 | 17 | 1206 | 20 | | | | | | |
| 892 | 20 | 892 | 24 | Speculation; foundation; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question does not seek legal conclusion; concerns DEA's interpretation and guidance | 1206 | 23 | 1207 | 1 | | | | | | |
| 893 | 2 | 893 | 2 | Speculation; foundation; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question does not seek legal conclusion; concerns DEA's interpretation and guidance | 1207 | 6 | 1207 | 13 | | | | | | |
| 893 | 12 | 893 | 22 | | | 1207 | 16 | 1207 | 20 | | | | | | |
| 894 | 3 | 894 | 14 | | | 1207 | 23 | 1208 | 2 | | | | | | |
| 894 | 16 | 894 | 16 | | | 1208 | 7 | 1208 | 13 | | | | | | |
| 894 | 20 | 894 | 23 | | | 1208 | 21 | 1208 | 24 | | | | | | |
| 899 | 21 | 899 | 22 | | | 1209 | 2 | 1209 | 7 | | | | | | |
| 899 | 22 | 899 | 22 | | | 1212 | 13 | 1212 | 16 | | | | | | |
| 899 | 23 | 899 | 25 | | | 1212 | 19 | 1212 | 19 | | | | | | |
| 899 | 25 | 900 | 1 | | | 1213 | 21 | 1213 | 24 | | | | | | |
| 900 | 5 | 900 | 9 | | | 1214 | 2 | 1214 | 3 | | | | | | |
| 900 | 22 | 901 | 8 | | | 1215 | 24 | 1216 | 2 | | | | | | |
| 903 | 5 | 903 | 21 | | | 1216 | 5 | 1216 | 12 | | | | | | |
| 903 | 23 | 903 | 23 | | | 1218 | 17 | 1218 | 23 | | | | | | |
| 904 | 5 | 904 | 10 | | | 1219 | 1 | 1219 | 10 | | | | | | |
| 904 | 18 | 904 | 25 | | | 1220 | 20 | 1220 | 23 | | | | | | |
| 905 | 2 | 905 | 13 | | | 1221 | 1 | 1221 | 7 | | | | | | |
| 905 | 15 | 905 | 15 | | | 1223 | 11 | 1223 | 14 | | | | | | |
| 906 | 11 | 906 | 14 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | 1223 | 17 | 1223 | 17 | | | | | | |
| 906 | 17 | 907 | 7 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | 1232 | 21 | 1233 | 1 | | | | | | |
| 907 | 10 | 907 | 10 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | 1233 | 5 | 1233 | 25 | | | | | | |
| 907 | 16 | 907 | 22 | | | 1234 | 20 | 1235 | 3 | | | | | | |

| WITNESS NAME: | Thomas Prevoznik | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPOSITION DATE: | 5/17/2019 | | | | | | | | | | | | |

| AFFIRMATIVE DEPOSITION DESIGNATIONS | | | | | COUNTER DESIGNATIONS (Pink = Designation Made For Completeness) | | | | | REPLY DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Objection Notes | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Objection Notes | Replies to Objections |
| 908 | 1 | 908 | 2 | | | 1236 | 2 | 1236 | 4 | | | | | | | | | | |
| 908 | 5 | 908 | 15 | | | 1236 | 7 | 1236 | 9 | | | | | | | | | | |
| 908 | 17 | 908 | 20 | | | 1238 | 6 | 1238 | 11 | | | | | | | | | | |
| 908 | 25 | 908 | 25 | | | 1238 | 14 | 1238 | 20 | | | | | | | | | | |
| 909 | 2 | 909 | 6 | | | 1239 | 18 | 1240 | 4 | | | | | | | | | | |
| 909 | 9 | 909 | 12 | | | 1242 | 7 | 1242 | 17 | | | | | | | | | | |
| 909 | 15 | 909 | 15 | | | 1252 | 2 | 1253 | 15 | | | | | | | | | | |
| 910 | 4 | 910 | 8 | | | 1253 | 19 | 1253 | 23 | | | | | | | | | | |
| 910 | 11 | 910 | 11 | | | 1254 | 1 | 1254 | 7 | | | | | | | | | | |
| 912 | 23 | 912 | 25 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | 1254 | 9 | 1254 | 16 | | | | | | | | | | |
| 913 | 4 | 913 | 4 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | 1261 | 3 | 1261 | 15 | | | | | | | | | | |
| 913 | 13 | 913 | 17 | | | | | | | | | | | | | | | | |
| 913 | 21 | 913 | 21 | | | | | | | | | | | | | | | | |
| 913 | 23 | 914 | 8 | | | | | | | | | | | | | | | | |
| 914 | 11 | 914 | 11 | | | | | | | | | | | | | | | | |
| 916 | 14 | 916 | 18 | Legal conclusion; incomplete hypothetical | Question does not seek legal conclusion; concerns DEA's interpretation and guidance; question is appropriate | | | | | | | | | | | | | | |
| 916 | 24 | 916 | 24 | Legal conclusion; incomplete hypothetical | Question does not seek legal conclusion; concerns DEA's interpretation and guidance; question is appropriate | | | | | | | | | | | | | | |
| 917 | 2 | 917 | 3 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | | | |
| 917 | 7 | 917 | 8 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | | | |
| 917 | 12 | 917 | 14 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | | | |
| 917 | 16 | 917 | 18 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | | | |
| 917 | 23 | 918 | 22 | | | | | | | | | | | | | | | | |
| 918 | 25 | 918 | 25 | | | | | | | | | | | | | | | | |
| 919 | 2 | 919 | 4 | | | | | | | | | | | | | | | | |
| 919 | 7 | 919 | 7 | | | | | | | | | | | | | | | | |
| 920 | 13 | 920 | 23 | | | | | | | | | | | | | | | | |
| 921 | 1 | 921 | 21 | | | | | | | | | | | | | | | | |
| 921 | 25 | 922 | 11 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | | | |
| 922 | 14 | 922 | 14 | | | | | | | | | | | | | | | | |
| 923 | 3 | 923 | 7 | | | | | | | | | | | | | | | | |
| 924 | 14 | 924 | 20 | | | | | | | | | | | | | | | | |
| 924 | 23 | 924 | 23 | | | | | | | | | | | | | | | | |
| 926 | 3 | 926 | 9 | | | | | | | | | | | | | | | | |
| 927 | 12 | 928 | 3 | | | | | | | | | | | | | | | | |
| 928 | 6 | 928 | 6 | | | | | | | | | | | | | | | | |
| 928 | 14 | 928 | 18 | Legal conclusion | Question does not seek legal conclusion | | | | | | | | | | | | | | |
| 928 | 21 | 928 | 21 | Legal conclusion | Question does not seek legal conclusion | | | | | | | | | | | | | | |
| 929 | 13 | 929 | 16 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | | | |

Prevoznik, Thomas
Deposition Date 5/17/2019

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 5/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS ||||| COUNTER DESIGNATIONS (Pink = Designation Made For Completeness) ||||| REPLY DESIGNATIONS |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin || Page/Line End || Objections | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections |
| 929 | 20 | 930 | 1 | Foundation; speculation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | |
| 930 | 6 | 930 | 8 | Foundation; speculation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | |
| 930 | 10 | 930 | 11 | Foundation; speculation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | |
| 933 | 20 | 933 | 23 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | |
| 934 | 2 | 934 | 3 | Legal conclusion; foundation | Question does not seek legal conclusion; concerns DEA's interpretation and guidance; Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | |
| 934 | 6 | 934 | 25 | Legal conclusion; foundation | Question does not seek legal conclusion; concerns DEA's interpretation and guidance; Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | |
| 937 | 23 | 938 | 2 | Argumentative; foundation; speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is appropriate | | | | | | | | | | | |
| 938 | 10 | 938 | 10 | Argumentative; foundation; speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is appropriate | | | | | | | | | | | |
| 942 | 4 | 942 | 8 | | | | | | | | | | | | | |
| 942 | 13 | 942 | 25 | | | | | | | | | | | | | |
| 943 | 1 | 943 | 6 | | | | | | | | | | | | | |
| 944 | 5 | 944 | 7 | | | | | | | | | | | | | |
| 944 | 13 | 945 | 24 | | | | | | | | | | | | | |
| 947 | 7 | 947 | 10 | Misstates testimony | Question is appropriate and is not evidence | | | | | | | | | | | |
| 947 | 13 | 947 | 24 | Foundation; speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | |
| 948 | 4 | 948 | 4 | Foundation; speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | |
| 948 | 8 | 948 | 13 | | | | | | | | | | | | | |
| 950 | 1 | 950 | 11 | Foundation; hearsay | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); document not offered for the truth of the matter asserted | | | | | | | | | | | |
| 950 | 14 | 950 | 25 | Foundation; hearsay | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); document not offered for the truth of the matter asserted | | | | | | | | | | | |
| 951 | 5 | 951 | 5 | Foundation; hearsay | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); document not offered for the truth of the matter asserted | | | | | | | | | | | |
| 951 | 18 | 951 | 20 | | | | | | | | | | | | | |
| 951 | 24 | 952 | 20 | | | | | | | | | | | | | |
| 953 | 17 | 953 | 23 | | | | | | | | | | | | | |
| 954 | 7 | 954 | 7 | | | | | | | | | | | | | |
| 954 | 9 | 954 | 19 | | | | | | | | | | | | | |
| 954 | 14 | 954 | 15 | | | | | | | | | | | | | |
| 955 | 24 | 956 | 4 | | | | | | | | | | | | | |
| 956 | 7 | 956 | 10 | | | | | | | | | | | | | |

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 5/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS ||||| COUNTER DESIGNATIONS (Pink = Designation Made For Completeness) ||||| REPLY DESIGNATIONS |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin | | Page/Line End | | Objections | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Objection Notes | Replies to Objections | Page/Line Begin | | Page/Line End | | Objections | Objection Notes | Replies to Objections |
| 956 | 13 | 957 | 1 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | | | | |
| 957 | 4 | 957 | 20 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | | | | |
| 957 | 23 | 957 | 23 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | | | | |
| 957 | 25 | 957 | 25 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | | | | |
| 958 | 4 | 958 | 4 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | | | | |
| 958 | 6 | 958 | 8 | Foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | | | | |
| 958 | 12 | 958 | 18 | Leading; foundation; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is appropriate | | | | | | | | | | | | | | |
| 958 | 22 | 958 | 22 | Leading; foundation; lack of personal knowledge | see above | | | | | | | | | | | | | | |
| 962 | 4 | 962 | 8 | | | | | | | | | | | | | | | | |
| 962 | 12 | 962 | 15 | | | | | | | | | | | | | | | | |
| 962 | 18 | 962 | 18 | | | | | | | | | | | | | | | | |
| 962 | 20 | 962 | 23 | | | | | | | | | | | | | | | | |
| 963 | 2 | 963 | 5 | Leading; speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is appropriate | | | | | | | | | | | | | | |
| 963 | 8 | 963 | 8 | Leading; speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); question is appropriate | | | | | | | | | | | | | | |
| 963 | 10 | 963 | 16 | | | | | | | | | | | | | | | | |
| 963 | 19 | 963 | 19 | | | | | | | | | | | | | | | | |
| 963 | 23 | 965 | 24 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | | | |
| 966 | 2 | 966 | 24 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | | | |
| 967 | 2 | 967 | 2 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | | | |
| 967 | 4 | 967 | 13 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | | | |
| 967 | 17 | 968 | 19 | Hearsay; foundation; speculation; relevance; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | | | |
| 968 | 22 | 968 | 22 | Hearsay; foundation; speculation; relevance; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | | | |
| 968 | 24 | 969 | 11 | Hearsay; foundation; speculation; relevance; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | | | |
| 969 | 14 | 969 | 18 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | | | |

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 5/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS |||||| COUNTER DESIGNATIONS (Pink = Designation Made For Completeness) ||||| REPLY DESIGNATIONS |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin || Page/Line End || Objections | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections |
| 969 | 23 | 969 | 23 | | | | | | | | | | | | | | |
| 969 | 25 | 970 | 9 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | |
| 970 | 12 | 970 | 12 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | |
| 970 | 14 | 971 | 8 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | |
| 971 | 13 | 971 | 13 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | |
| 972 | 4 | 973 | 5 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | |
| 973 | 10 | 974 | 10 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | |
| 974 | 14 | 974 | 25 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | |
| 975 | 5 | 975 | 10 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | |
| 975 | 16 | 975 | 16 | Hearsay; foundation; speculation; relevance | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); | | | | | | | | | | | | |
| 978 | 16 | 979 | 7 | Hearsay; foundation; speculation; relevance; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | |
| 979 | 12 | 979 | 25 | Hearsay; foundation; speculation; relevance; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | |
| 980 | 3 | 980 | 10 | Hearsay; foundation; speculation; relevance; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | |
| 980 | 13 | 980 | 23 | Hearsay; foundation; speculation; relevance; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | |
| 981 | 2 | 981 | 2 | Hearsay; foundation; speculation; relevance; legal conclusion | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); Congressional report is public record (FRE 803(8)); Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | | | | | |
| 981 | 15 | 982 | 1 | | | | | | | | | | | | | | |
| 982 | 15 | 982 | 20 | | | | | | | | | | | | | | |
| 982 | 23 | 983 | 19 | | | | | | | | | | | | | | |

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 5/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS ||||| COUNTER DESIGNATIONS (Pink = Designation Made For Completeness) ||||| REPLY DESIGNATIONS ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin || Page/Line End || Objections | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections |
| 983 | 25 | 984 | 5 | | | | | | | | | | |
| 984 | 9 | 984 | 13 | | | | | | | | | | |
| 984 | 17 | 984 | 22 | | | | | | | | | | |
| 985 | 2 | 985 | 3 | | | | | | | | | | |
| 985 | 6 | 985 | 12 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | |
| 985 | 16 | 985 | 16 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | |
| 986 | 9 | 987 | 9 | | | | | | | | | | |
| 987 | 12 | 988 | 6 | Speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | |
| 988 | 9 | 988 | 9 | | | | | | | | | | |
| 988 | 11 | 988 | 20 | | | | | | | | | | |
| 988 | 23 | 989 | 3 | | | | | | | | | | |
| 989 | 6 | 989 | 12 | | | | | | | | | | |
| 989 | 16 | 989 | 24 | | | | | | | | | | |
| 990 | 2 | 990 | 6 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | |
| 990 | 10 | 990 | 10 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | |
| 992 | 8 | 993 | 1 | | | | | | | | | | |
| 997 | 14 | 997 | 16 | | | | | | | | | | |
| 997 | 19 | 997 | 24 | | | | | | | | | | |
| 998 | 2 | 998 | 8 | | | | | | | | | | |
| 998 | 13 | 998 | 24 | | | | | | | | | | |
| 999 | 3 | 999 | 7 | | | | | | | | | | |
| 999 | 12 | 999 | 12 | | | | | | | | | | |
| 999 | 25 | 1000 | 4 | | | | | | | | | | |
| 1000 | 6 | 1000 | 6 | | | | | | | | | | |
| 1007 | 11 | 1007 | 17 | | | | | | | | | | |
| 1007 | 24 | 1007 | 24 | | | | | | | | | | |
| 1008 | 2 | 1008 | 6 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | |
| 1008 | 10 | 1008 | 10 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance | | | | | | | | |
| 1011 | 11 | 1011 | 14 | | | | | | | | | | |
| 1011 | 18 | 1011 | 22 | | | | | | | | | | |
| 1012 | 1 | 1012 | 1 | | | | | | | | | | |
| 1012 | 3 | 1012 | 7 | | | | | | | | | | |
| 1012 | 10 | 1012 | 11 | | | | | | | | | | |
| 1012 | 15 | 1014 | 2 | | | | | | | | | | |
| 1015 | 3 | 1015 | 23 | | | | | | | | | | |
| 1016 | 1 | 1016 | 6 | | | | | | | | | | |
| 1017 | 1 | 1017 | 7 | | | | | | | | | | |
| 1017 | 13 | 1017 | 14 | | | | | | | | | | |
| 1017 | 16 | 1017 | 20 | Speculation; foundation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | |
| 1018 | 3 | 1018 | 3 | Speculation; foundation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | |
| 1018 | 11 | 1018 | 14 | Speculation; foundation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | |

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 5/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS |||||| COUNTER DESIGNATIONS (Pink = Designation Made For Completeness) ||||| REPLY DESIGNATIONS ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin || Page/Line End || Objections | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections |
| 1018 | 21 | 1018 | 21 | Speculation; foundation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | |
| 1022 | 13 | 1022 | 21 | Foundation; document is not what counsel purports it to be on the record; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); counsel accurately describes the document on the record | | | | | | | | | |
| 1025 | 24 | 1025 | 25 | Foundation; document is not what counsel purports it to be on the record; lack of personal knowledge | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); counsel accurately describes the document on the record | | | | | | | | | |
| 1026 | 1 | 1026 | 9 | | | | | | | | | | | |
| 1028 | 5 | 1028 | 8 | | | | | | | | | | | |
| 1028 | 11 | 1028 | 25 | | | | | | | | | | | |
| 1029 | 4 | 1029 | 6 | | | | | | | | | | | |
| 1029 | 9 | 1029 | 9 | | | | | | | | | | | |
| 1029 | 12 | 1029 | 16 | | | | | | | | | | | |
| 1029 | 19 | 1029 | 23 | | | | | | | | | | | |
| 1030 | 3 | 1030 | 8 | Leading; foundation | Question is appropriate and concerns DEA guidance; witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | |
| 1030 | 11 | 1030 | 11 | Leading; foundation | Question is appropriate and concerns DEA guidance; witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | |
| 1030 | 18 | 1030 | 21 | Leading; foundation | Question is appropriate and concerns DEA guidance; witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | |
| 1030 | 24 | 1030 | 25 | Leading; foundation | Question is appropriate and concerns DEA guidance; witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | |
| 1032 | 15 | 1032 | 19 | | | | | | | | | | | |
| 1033 | 3 | 1033 | 4 | | | | | | | | | | | |
| 1033 | 8 | 1033 | 9 | | | | | | | | | | | |
| 1034 | 4 | 1034 | 7 | | | | | | | | | | | |
| 1034 | 10 | 1034 | 10 | | | | | | | | | | | |
| 1034 | 12 | 1034 | 15 | | | | | | | | | | | |
| 1034 | 19 | 1034 | 19 | | | | | | | | | | | |
| 1034 | 21 | 1034 | 25 | | | | | | | | | | | |
| 1035 | 4 | 1035 | 13 | | | | | | | | | | | |
| 1035 | 17 | 1035 | 21 | | | | | | | | | | | |
| 1036 | 1 | 1036 | 6 | | | | | | | | | | | |
| 1037 | 9 | 1037 | 10 | | | | | | | | | | | |
| 1037 | 13 | 1037 | 17 | | | | | | | | | | | |
| 1037 | 20 | 1037 | 25 | Foundation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | |
| 1038 | 5 | 1038 | 11 | Foundation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | |
| 1038 | 13 | 1039 | 5 | Foundation; speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | |
| 1039 | 8 | 1039 | 8 | Foundation; speculation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | |
| 1039 | 22 | 1040 | 2 | | | | | | | | | | | |
| 1040 | 5 | 1040 | 6 | | | | | | | | | | | |

Prevoznik, Thomas
Deposition Date 5/17/2019

| WITNESS NAME: | Thomas Prevoznik |
|---|---|
| DEPOSITION DATE: | 5/17/2019 |

| AFFIRMATIVE DEPOSITION DESIGNATIONS ||||| COUNTER DESIGNATIONS (Pink = Designation Made For Completeness) ||||| REPLY DESIGNATIONS |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page/Line Begin || Page/Line End || Objections | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections | Page/Line Begin || Page/Line End || Objections | Objection Notes | Replies to Objections |
| 1043 | 2 | 1043 | 5 | Foundation | Witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | | |
| 1045 | 7 | 1045 | 11 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance; | | | | | | | | | | | | |
| 1045 | 14 | 1046 | 1 | Foundation; speculation; legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance; witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | | |
| 1046 | 3 | 1046 | 3 | Foundation; speculation; legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance; witness is qualified to testify based on 28 years' experience at the agency (see attached Response to Objection); | | | | | | | | | | | | |
| 1051 | 9 | 1051 | 14 | | | | | | | | | | | | | | |
| 1052 | 5 | 1052 | 11 | | | | | | | | | | | | | | |
| 1052 | 15 | 1052 | 22 | | | | | | | | | | | | | | |
| 1052 | 25 | 1053 | 5 | | | | | | | | | | | | | | |
| 1053 | 11 | 1053 | 11 | | | | | | | | | | | | | | |
| 1054 | 16 | 1054 | 23 | Incomplete hypothetical | Question is appropriate | | | | | | | | | | | | |
| 1055 | 2 | 1055 | 12 | Incomplete hypothetical | Question is appropriate | | | | | | | | | | | | |
| 1055 | 15 | 1055 | 19 | Legal conclusion | Question does not seek legal conclusion; concerns DEA's interpretation and guidance; | | | | | | | | | | | | |
| 1056 | 19 | 1056 | 24 | | | | | | | | | | | | | | |
| 1262 | 7 | 1262 | 9 | | | | | | | | | | | | | | |
| 1262 | 13 | 1263 | 3 | | | | | | | | | | | | | | |