IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE** that David W. Haller, Esq. is withdrawing as legal counsel on behalf of McKesson Corporation in this matter effective September 7, 2021. Accordingly, it is requested that Mr. Haller be removed as a participant to the electronic docket in this matter.

Respectfully submitted this 7th day of September, 2021.

                                        */s/ Timothy C. Hester*
                                        Timothy C. Hester (DC 370707)
                                        COVINGTON & BURLING LLP
                                        One CityCenter
                                        850 Tenth Street NW
                                        Washington, DC 20001
                                        Tel: (202) 662-5324
                                        thester@cov.com

                                        *Counsel for McKesson Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01362 |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, *et al.*<br><br>    Defendants. | Civil Action No. 3:17-01665 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7ʰ day of September, 2021, I filed a true and exact copy of the foregoing "***Notice of Withdrawal as Counsel***" via the Court's CM/ECF system which will provide service to all counsel of record.

```
                                    /s/ Timothy C. Hester
                                    Timothy C. Hester (DC 370707)
```