# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON, <br><br>   Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION *et al.*, <br><br>   Defendants. | Civil Action No. 3:17-01362 <br> Hon. David A. Faber |
| CABELL COUNTY COMMISSION, <br><br>   Plaintiff, <br><br> v. <br><br> AMERISOURCEBERGEN DRUG CORPORATION *et al.*, <br><br>   Defendants. | Civil Action No. 3:17-01665 <br> Hon. David A. Faber |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE** that Jane E. Bockus PHV No. 41961 of the law firm of Dykema Gossett PLLC. 112 East Pecan Street Suite 1800, San Antonio, Texas 78205, is withdrawing as legal counsel on behalf of McKesson Corporation in this matter effective. September 8, 2021. Accordingly, it is requested that Ms. Bockus be removed as a participant to the electronic docket in this matter.

   Respectfully submitted this 8th day of September, 2021

                                   /s/ Timothy C. Hester
                                   Timothy C. Hester (DC 370707)
                                   COVINGTON & BURLING LLP

One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
*Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of September, 2021, I filed a true and exact copy of the foregoing **"Notice of Withdrawal of Counsel"** via the Court's CM/ECF system which will provide service to all counsel of record.

                                                                     /s/ Timothy C. Hester  
                                                                     Timothy C. Hester (DC 370707)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>　　　Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION *et al.*,<br><br>　　　Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION *et al.*,<br><br>　　　Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

The Court in receipt of the Notice of Withdrawal as Counsel of Jane E. Bockus for Defendant McKesson Corporation in this action. Pursuant to said notice, Jane E. Bockus is **GRANTED** withdrawal as counsel for Defendant McKesson Corporation, and her *pro hac vice* admission in this action is terminated.

**SO ORDERED.**


Date: _____           _____
　　　　　　　　　　　　　　　　　　　　Judge David A. Faber