# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>　　　Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION *et al.*,<br><br>　　　Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION *et al.*,<br><br>　　　Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

The Court in receipt of the Notice of Withdrawal as Counsel of Jane E. Bockus for Defendant McKesson Corporation in this action. Pursuant to said notice, Jane E. Bockus is **GRANTED** withdrawal as counsel for Defendant McKesson Corporation, and her *pro hac vice* admission in this action is terminated.

**SO ORDERED.**

Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge David A. Faber