IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE CITY OF HUNTINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01362<br>Hon. David A. Faber |
| CABELL COUNTY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 3:17-01665<br>Hon. David A. Faber |

**DEFENDANTS' MOTION TO QUASH
PLAINTIFFS' AMENDED CROSS-NOTICE OF REMOTE DEPOSITION
AND NON-RETAINED EXPERT WITNESS DISCLOSURE OF
<u>DR. RAHUL GUPTA</u>**

On September 3, 2021—weeks after closing arguments and the parties submitted proposed findings of fact and conclusions of law—Plaintiffs' counsel served a cross-notice of deposition for Dr. Rahul Gupta, as a non-retained expert, to take place on September 17. The Court should quash the cross-notice for these reasons:

1.    The Amended Notice states that "it is directed to all Defendants Severed by MDL Dkt. 2990 (all Defendants other than ABDC, Cardinal Health, and McKesson)." But the MDL

Court did not remand the severed claims against those defendants to this Court. There is no case *in this Court* against the non-distributor defendants in which Plaintiffs can take discovery.

2. The only defendants subject to this Court's jurisdiction are ABDC, Cardinal Health, and McKesson. But the case against those defendants, as the Court well knows, has concluded. Discovery in this case closed nearly a year ago, and now the trial is concluded. There is no basis for Plaintiffs to take any deposition in this matter, and they have provided none.

Dated: September 14, 2021

Respectfully submitted,

**CARDINAL HEALTH, INC.**

Respectfully submitted,

*/s/ Steven R. Ruby*
Michael W. Carey (WVSB No. 635)
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
mwcarey@csdlawfirm.com
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rsfranks@cdkrlaw.com

/s/ Ashley W. Hardin
Enu Mainigi
F. Lane Heard III
Jennifer G. Wicht
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com
lheard @wc.com
jwicht@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

/s/ Timothy C. Hester
Timothy C. Hester (DC 370707)
Laura Flahive Wu
Andrew P. Stanner
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5324
thester@cov.com
lflahivewu@cov.com
astanner@cov.com

/s/ Paul W. Schmidt
Paul W. Schmidt
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000
pschmidt@cov.com

/s/ Jeffrey M. Wakefield
Jeffrey M. Wakefield (WVSB #3894)
jwakefield@flahertylegal.com
Jason L. Holliday (WVSB #12749)
jholliday@flahertylegal.com
FLAHERTY SENSABAUGH BONASSO PLLC
P.O. Box. 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200

*Counsel for McKesson Corporation*

/s/ Gretchen M. Callas
Gretchen M. Callas (WVSB #7136)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
gcallas@jacksonkelly.com

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 14th day of September 2021, the foregoing "Defendants' Motion to Quash Plaintiffs' Amended Cross-Notice of Remote Deposition and Non-Retained Expert Witness Disclosure of Dr. Rahul Gupta" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

 /s/ *Steven R. Ruby*
Steven R. Ruby (WVSB No. 10752)
