```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

**THE CITY OF HUNTINGTON,**

    **Plaintiff,**

**v.**                                                  **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

    **Defendants.**

_____

**CABELL COUNTY COMMISSION,**

    **Plaintiff,**

**v.**                                                  **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG**
**CORPORATION, et al.,**

    **Defendants.**

_____

## <u>ORDER</u>

Showing as pending on the court's docket are:

1) Plaintiffs' Motion to Compel a Custodial Deposition of Healthcare Distribution Alliance to Establish Authentication of Evidentiary Foundation of Documents Produced in MDL 2804 (ECF No. 975);

2) The parties' joint motion for entry of a trial exhibit stipulation (ECF No. 999); and

3) Plaintiffs' motion to compel Cardinal Health's Compliance with MDL Discovery Ruling No. 2 (ECF No. 1185).

Trial of this matter has concluded. Therefore, to the extent these motions were not resolved prior to or during the trial,

they are **DENIED** as moot.  Plaintiffs' motion to file a surreply in opposition to defendant's motion to exclude certain expert testimony of Katherine Keyes, <u>see</u> ECF No. 1182, is **GRANTED**. Finally, the motion of Benjamin Fischer to withdraw his appearance as an attorney in this matter, <u>see</u> ECF No. 1196, is also **GRANTED**.

      The Clerk is directed to send this Order to those counsel of record who have registered to receive an electronic NEF.

      **IT IS SO ORDERED** this 29th day of September, 2021.

      ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge