**APPENDIX A**
**Index of Deposition Designations**

| Appendix A No. | Deponent | Transcript Designations for Deposition Date(s) |
|---|---|---|
| A.1 | Darren Cox | 7/15/2020 |
| A.2 | June Howard | 4/25/2019 |
| A.3 | Robert Knittle | 8/27/2020 |
| A.4 | Michael Mapes | 7/11/2019 & 7/12/2019 |
| A.5 | Beth Thompson | 7/23/2020 & 7/28/2020 |