# A.1

**Designation Run Report**

# Cox, Darren - Merged DA PC DC 7-10-21 11am

---

**Cox, Darren 07-15-2020**

---

| | |
|---|---|
| **Defendants' Affirmatives  00:40:43** | |
| **Plaintiffs' Counters  00:07:55** | |
| **Defendants' Completeness  00:04:29** | |
| **Plaintiffs' Completeness  00:07:38** | |

**Total Time  01:00:44**



| VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |
| 10:03 - 10:12 | **Cox, Darren 07-15-2020 (00:00:25)**<br>10:3 Can you please state your name and<br>10:4 address for the record.<br>10:5   A. Yes.  My name is Darren Cox.<br>10:6   Q. And where do you live, Special Agent<br>10:7 Cox?<br>10:8   A. Arlington, Virginia.<br>10:9   Q. What is your current job title?<br>10:10   A. Supervisory special agent.<br>10:11   Q. And that's with the FBI, correct?<br>10:12   A. Yes. | **VM32.1** |
| 10:21 - 11:06 | **Cox, Darren 07-15-2020 (00:00:25)**<br>10:21   Q. Special Agent Cox, you previously<br>10:22 served as coordinator of the Huntington Violent<br>11:1 Crime and Drug Task Force; is that correct?<br>11:2   A. Yes.<br>11:3   Q. When did you begin in that role?<br>11:4   A. I began in that role, I believe<br>11:5 around November of 2012 and concluded around<br>11:6 April of -- or May of 2015. | **VM32.2** |
| 28:12 - 28:21 | **Cox, Darren 07-15-2020 (00:00:17)**<br>28:12   Q. Before you were subpoenaed to<br>28:13 testify in this case, had you ever heard of<br>28:14 McKesson Corporation?<br>28:15   A. No, I had not.<br>28:16   Q. Had you ever heard of Cardinal<br>28:17 Health?<br>28:18   A. No.<br>28:19   Q. Had you ever heard of<br>28:20 AmerisourceBergen Corporation?<br>28:21   A. No. | **VM32.3** |
| 29:22 - 31:20 | **Cox, Darren 07-15-2020 (00:01:29)**<br>29:22   Q. Sitting here today, can you identify<br>30:1 anything specific that McKesson Corporation has<br>30:2 done that is unlawful?<br>30:3   A. No.<br>30:4   Q. Can you identify anything specific<br>30:5 that McKesson Corporation has done that is<br>30:6 unreasonable?<br>30:7   A. No. | **VM32.4** |

| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

30:8   Q. How about for Cardinal Health?  Can
30:9 you identify anything specific that Cardinal
30:10 Health has done that is unlawful?
30:11   A. No.
30:12   Q. Can you identify anything specific
30:13 that Cardinal Health has done that is
30:14 unreasonable?
30:15   A. No.
30:16   Q. Can you identify anything specific
30:17 that AmerisourceBergen has done that is
30:18 unlawful?
30:19   A. No.
30:20   Q. Can you identify anything specific
30:21 that AmerisourceBergen has done that is
30:22 unreasonable?
31:1   A. No.
31:2   Q. Sitting here today, do you know
31:3 anything about any of the systems that the
31:4 defendants have in this case in place to
31:5 prevent diversion of prescription opioids?
31:6   A. I do not.
31:7   Q. Special Agent Cox, because you are
31:8 not familiar with those systems, you would not
31:9 be able to identify any apps attached to those
31:10 systems that you consider to be defective,
31:11 correct?
31:12   A. Correct.
31:13   Q. Do you know anything about what
31:14 information any of the defendants in this case
31:15 reported to the DEA?
31:16   A. I do not.
31:17   Q. Do you know anything about what
31:18 information any of the defendants in this case
31:19 reported to the State of West Virginia?
31:20   A. I do not.

| 35:10 - 35:19 | **Cox, Darren 07-15-2020 (00:00:22)** | **VM32.5** |

35:10   Q. Yes, sure.  Do you have an
35:11 understanding of whether prescription opioid
35:12 medications are medically appropriate for the
35:13 treatment of chronic pain?

| Page/Line | Source | ID |
|---|---|---|
| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |

| Page/Line | Source | ID |
|---|---|---|
| | 35:14   A. I understand medical doctors make<br>35:15 that determination.  That's the best of my<br>35:16 knowledge.<br>35:17   Q. Based on your experience and<br>35:18 understanding, do you believe medical doctors<br>35:19 are in the best position to make that decision? | |
| 36:12 - 36:13 | **Cox, Darren 07-15-2020 (00:00:05)**<br>36:12 THE WITNESS:  All right.  Yes.<br>36:13 Doctors make that determination. | **VM32.6** |
| 39:19 - 39:22 | **Cox, Darren 07-15-2020 (00:00:05)**<br>39:19   Q. Do you believe at one point, there<br>39:20 was an opioid epidemic in Cabell County, West<br>39:21 Virginia?<br>39:22   A. Yes. | **VM32.7** |
| 42:14 - 42:17 | **Cox, Darren 07-15-2020 (00:00:06)**<br>42:14   Q. What is your understanding of the<br>42:15 biggest drug threat facing Cabell County in<br>42:16 Huntington, West Virginia, when you left the<br>42:17 task force in 2015? | **VM32.8** |
| 43:04 - 43:05 | **Cox, Darren 07-15-2020 (00:00:04)**<br>43:4 THE WITNESS:  It was a combination<br>43:5 of prescription drugs and heroin. | **VM32.9** |
| 43:07 - 43:11 | **Cox, Darren 07-15-2020 (00:00:11)**<br>43:7   Q. When you left the task force in<br>43:8 2015, was one of those two categories of drugs<br>43:9 that you just mentioned, prescription opioids<br>43:10 and heroin, a larger threat to Cabell County<br>43:11 and the City of Huntington? | **VM32.10** |
| 43:22 - 44:03 | **Cox, Darren 07-15-2020 (00:00:14)**<br>43:22 THE WITNESS:  Yes.  The drug problem<br>44:1 changed over time.  It changed from, I would<br>44:2 say a higher percentage of prescription drugs<br>44:3 to heroin by the time that I had left. | **VM32.11** |
| 44:05 - 44:11 | **Cox, Darren 07-15-2020 (00:00:19)**<br>44:5   Q. So by the time you left the task<br>44:6 force in 2015, heroin was a largest threat to<br>44:7 the area?<br>44:8   A. You know, I would say that they were<br>44:9 -- I would say heroin probably was a larger<br>44:10 percentage than prescription drugs at the time | **VM32.12** |

| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 44:11 I left. | |
|---|---|
| 44:18 - 45:09 | **Cox, Darren 07-15-2020 (00:00:41)** | VM32.13 |

44:18   Q.  Okay.  So then your testimony and
44:19 your understanding is that there was a larger
44:20 percentage of heroin seizures and cases in 2015
44:21 compared to prescription opioid?
44:22   A. Again, I want to be specific as far
45:1 as the seizures.  You know, there would be
45:2 specific statistics of that that would reflect
45:3 that.  So -- and again, I think it would be
45:4 relative as to the amount -- an amount of
45:5 heroin versus an amount of pills are different
45:6 amount, different quantities.  A pound of
45:7 heroin versus a pound of pills are different
45:8 quantities, so I'm not sure I can answer that
45:9 question the way it's stated.

| 45:10 - 45:18 | **Cox, Darren 07-15-2020 (00:00:24)** | VM32.14 |
|---|---|---|

45:10   Q.  Okay.  That's fair.  Well, you
45:11 previously testified that heroin was a larger
45:12 percentage at the time you left in 2015, so I
45:13 am trying to understand what you mean by that.
45:14   A. Yes.  I would -- I am basing that on
45:15 the number of investigations and the number of,
45:16 I guess, subjects that we would have worked
45:17 that would have been specifically selling
45:18 heroin as opposed to prescription drugs.

| 45:19 - 46:12 | **Cox, Darren 07-15-2020 (00:00:46)** | VM32.15 |
|---|---|---|

45:19   Q.  Okay.  So that's your understanding
45:20 that there was a larger percentage of
45:21 investigations and subjects in connection with
45:22 heroin compared to prescription drugs in 2015?
46:1   A. Yes.
46:2   Q. Special Agent Cox, are you familiar
46:3 with the phrase "diversion of pharmaceutical
46:4 drugs?"
46:5   A. Yes.
46:6   Q. What does that phrase "diversion"
46:7 mean?
46:8   A. To me, the way that I am familiar
46:9 with it, the diversion is -- would be people

| Page/Line | Source | ID |
|---|---|---|

VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am

46:10 using the -- obtaining a prescription for the
46:11 narcotics and then using them for an illegal
46:12 manner.

**47:10 - 48:03**  **Cox, Darren 07-15-2020 (00:00:36)**   **VM32.16**

47:10   Q. So is it your understanding then
47:11 that diversion of pharmaceutical drugs is
47:12 always illegal?
47:13   A. Yes.
47:14   Q. So then the person who diverts a
47:15 pharmaceutical drug has committed a crime,
47:16 correct?
47:17   A. Yes.
47:18   Q. Do you have an understanding of
47:19 whether the use or possession of a diverted
47:20 pharmaceutical drug is a crime?
47:21   A. Yes.
47:22   Q. Just so there's no confusion, the
48:1 use or possession of a diverted pharmaceutical
48:2 drug is a crime, correct?
48:3   A. Yes.

**49:10 - 52:08**  **Cox, Darren 07-15-2020 (00:03:03)**   **VM32.17**

49:10   Q. How does diversion occur, Special
49:11 Agent Cox?
49:12   A. My understanding is an individual
49:13 would go to a physician and receive a
49:14 prescription for whatever form of narcotics and
49:15 then they would take that prescription and sell
49:16 that prescription.
49:17   Q. Are you familiar with the term
49:18 "doctor shopping?"
49:19   A. Yes.
49:20   Q. What does "doctor shopping" mean?
49:21   A. Individuals that would go to
49:22 different doctors in order to obtain a
50:1 prescription.
50:2   Q. Doctor shopping is a form of
50:3 diversion, correct?
50:4   A. Yes.
50:5   Q. Doctor shopping is illegal; is that
50:6 right?

| Page/Line | Source | ID |
|---|---|---|

50:7   A. My understanding is, the result of
50:8 what they received from the doctor if they were
50:9 going to sell that narcotic, then that would be
50:10 illegal.  I don't know if actually going to
50:11 multiple doctors is illegal.
50:12   Q. Okay.  Fair enough.  What about
50:13 theft from a pharmacy.  Is that a form of
50:14 diversion?
50:15   A. I'm sorry, can you repeat that.
50:16   Q. Yes, sure.  Theft from a pharmacy.
50:17 Is that a form of diversion?
50:18   A. I would assume if they stole
50:19 prescription drugs that would be the purpose
50:20 for that.
50:21   Q. Okay.  What about sharing pills with
50:22 someone without a prescription.  Is that a form
51:1 of diversion?
51:2   A. Yes.
51:3   Q. I believe you already testified to
51:4 this, but selling pills on the street, that's a
51:5 form of diversion as well, correct?
51:6   A. Yes.
51:7   Q. How about a doctor who knowingly
51:8 prescribes prescription opioids without a
51:9 legitimate medical purpose.  Is that a form of
51:10 diversion?
51:11   A. Yes, my understanding.
51:12   Q. What about forging a prescription
51:13 for opioids.  Is that a form of diversion?
51:14   A. Yes.
51:15   Q. Can you think of any other ways that
51:16 prescription opioids can be diverted besides
51:17 the ones we have just gone over?
51:18   A. I cannot.
51:19   Q. And all the forms of diversion that
51:20 we just reviewed are illegal, correct?
51:21   A. Yes.
51:22   Q. The licensed distribution of
52:1 controlled substances is not diversion,
52:2 correct?

| Page/Line | Source | ID |
|---|---|---|
| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |

52:3   A. From my understanding, yes.
52:4   Q. So your understanding then is that a
52:5 distributor like McKesson Corporation is not
52:6 engaged in diversion when it delivers
52:7 medication to a licensed pharmacy?
52:8   A. Yes.

**57:06 - 57:08**   **Cox, Darren 07-15-2020 (00:00:06)**   **VM32.18**

57:6   Q. When did you first join the FBI?
57:7   A. I joined the FBI in December of
57:8 2001.

**59:12 - 59:22**   **Cox, Darren 07-15-2020 (00:00:34)**   **VM32.19**

59:12 When you joined in 2001, what was
59:13 your title?
59:14   A. Special agent.
59:15   Q. What were your responsibilities when
59:16 you were a special agent?
59:17   A. Initially, I was assigned to the
59:18 Phoenix Division of the FBI.  My first
59:19 assignment, I was assigned to a white collar
59:20 squad which my responsibilities there were to
59:21 investigate bank fraud -- primarily bank fraud
59:22 investigations, criminal activity.

**61:20 - 62:04**   **Cox, Darren 07-15-2020 (00:00:16)**   **VM32.20**

61:20   Q. Okay.  So when did you leave the
61:21 Phoenix office?
61:22   A. I left the Phoenix office in
62:1 December of 2009, I believe.
62:2   Q. Where did you go after that?
62:3   A. I transferred to Charleston, West
62:4 Virginia.

**62:09 - 62:12**   **Cox, Darren 07-15-2020 (00:00:07)**   **VM32.21**

62:9   Q. And what kind of work did you do
62:10 when you transferred to the Charleston office?
62:11   A. I was assigned to work
62:12 counterterrorism investigations.

**63:07 - 64:10**   **Cox, Darren 07-15-2020 (00:01:26)**   **VM32.22**

63:7   Q. I believe you testified that during
63:8 that time period from 2001 to 2009, you did do
63:9 some narcotics work in the Phoenix Division?
63:10   A. Yes.

| VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

63:11   Q. Did you encounter prescription
63:12 opioids during that time?
63:13   A. Not that I can recall, not in a --
63:14 certainly not in a large volume, as a large a
63:15 volume as after I transferred to West Virginia.
63:16   Q. Okay.  And from 2001 to 2009 in the
63:17 Phoenix office, did you encounter any illegal
63:18 opioids like heroin or fentanyl?
63:19   A. Yes.
63:20   Q. Was heroin a problem at that time?
63:21   A. Not -- yes, it's always a problem
63:22 but it was a relatively small problem and it
64:1 was a -- I would say a very, very small number
64:2 of investigations that we were -- that involved
64:3 heroin.
64:4   Q. When you say "heroin is always a
64:5 problem," what do you mean?
64:6   A. Well, any type of illegal drug I
64:7 believe was a problem, so if someone is using
64:8 any illegal drug, those have negative
64:9 consequences so, therefore, as an investigator,
64:10 it's problematic when people break the law.

**64:11 - 64:19**   **Cox, Darren 07-15-2020 (00:00:24)**   **VM32.23**

64:11   Q. Understood.  And in your experience
64:12 in law enforcement and with the task force, are
64:13 most illegal drugs present in some volume at
64:14 all times?
64:15   A. Yes.
64:16   Q. But at certain times, certain
64:17 illegal drugs become more popular and more
64:18 prevalent; is that right?
64:19   A. Yes.

**64:22 - 65:18**   **Cox, Darren 07-15-2020 (00:00:50)**   **VM32.24**

64:22 So you transferred to Charleston in
65:1 2009.  You were working on counterterrorism
65:2 cases but also doing some narcotics work; is
65:3 that correct?
65:4   A. Assisting with narcotics work,
65:5 again, in a small office, you assist on a
65:6 number of investigations.  My primary

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |

65:7 responsibilities were terrorism cases.
65:8   Q. How long were you in the Charleston
65:9 office?
65:10   A. In totality, I was assigned to the
65:11 -- well, if I could, it is easier probably to
65:12 break it down for you.  I was in the Charleston
65:13 office for approximately 15 months, and then I
65:14 transferred to FBI headquarters as a
65:15 supervisory special agent.
65:16   Q. And FBI headquarters is in the
65:17 Washington, D.C., area?
65:18   A. Yes.

**66:19 - 67:07**   **Cox, Darren 07-15-2020 (00:00:28)**   **VM32.25**

66:19   Q. When you moved to FBI headquarters
66:20 in Washington in 2011, did you have a focus on
66:21 a specific region of the country?
66:22   A. I was -- at that point in time, I
67:1 was responsible for working in our Weapons of
67:2 Mass Destruction Division, and I did have a
67:3 specific region of the country related to those
67:4 type of investigations.
67:5   Q. What was that region?
67:6   A. It was the Northeast Region of the
67:7 U.S.

**69:02 - 69:08**   **Cox, Darren 07-15-2020 (00:00:22)**   **VM32.26**

69:2   Q. So how did you become involved with
69:3 the task force in 2012?
69:4   A. After I completed my assignment at
69:5 FBI headquarters, I transferred back to the
69:6 Charleston and Huntington resident agencies,
69:7 and I was assigned to the Huntington Task
69:8 Force.

**73:03 - 73:15**   **Cox, Darren 07-15-2020 (00:00:39)**   **VM32.27**

73:3   Q. What were your responsibilities as
73:4 coordinator of the task force?
73:5   A. To oversee the daily operations of
73:6 the task force and then also to be involved in
73:7 investigations.
73:8   Q. When you say you oversaw day-to-day
73:9 activities, what does that mean?

| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

73:10   A. So on the task force, we had a
73:11 number of investigative entities and it was to
73:12 ensure that we were working investigations that
73:13 were consistent with what the bureau's goals
73:14 and objectives were while benefiting the states
73:15 and locals.

| 86:08 - 86:20 | **Cox, Darren 07-15-2020 (00:00:26)** | **VM32.28** |

86:8   Q. It says:  "Since 1992, this
86:9 organization has brought a professional and
86:10 coordinated effort in combating crime to the
86:11 law enforcement community."
86:12 Do you see that?
86:13   A. Yes.
86:14   Q. Does that refresh your recollection
86:15 as to when the task force was founded?
86:16   A. Sure, yes.
86:17   Q. And so you believe the task force
86:18 was founded in 1992?
86:19   A. I have no reason not to believe
86:20 that.

| 87:16 - 87:19 | **Cox, Darren 07-15-2020 (00:00:07)** | **VM32.29** |

87:16   Q. And let me put it this way:  Would
87:17 there be any purpose of founding a violent
87:18 crime and drug task force if there wasn't a
87:19 drug problem in the city at the time?

| 88:02 - 88:02 | **Cox, Darren 07-15-2020 (00:00:02)** | **VM32.30** |

88:2   A. Not that I am aware of.

| 90:14 - 91:02 | **Cox, Darren 07-15-2020 (00:00:40)** | **VM32.31** |

90:14 What is your understanding of the
90:15 purpose of the task force?
90:16   A. The task force in Huntington was to
90:17 combat violent crime, gang and narcotics drug
90:18 trafficking organizations.
90:19   Q. When you talk about drug trafficking
90:20 organizations, you are talking about criminal
90:21 drug trafficking organizations that are selling
90:22 either illegal narcotics or illegally diverted
91:1 prescription pills?
91:2   A. Yes.

| 91:11 - 92:07 | **Cox, Darren 07-15-2020 (00:00:49)** | **VM32.32** |

| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

91:11  Q. Okay.  So when you first joined the
91:12 task force in 2012, what illegal drugs were
91:13 most prevalent in the City of Huntington?
91:14   A. I would say prescription narcotics.
91:15   Q. And that would include prescription
91:16 opioids?
91:17   A. Yes.
91:18   Q. Does it include any other
91:19 prescription narcotics that are not opioids?
91:20   A. Probably, but it was mostly opioids.
91:21   Q. When you say that "mostly opioids,"
91:22 prescription opioids is the problem, you are
92:1 talking about illegally diverted prescription
92:2 opioids, correct?
92:3   A. Yes.
92:4   Q. You are not talking about someone
92:5 who receives a prescription from their doctor
92:6 and then uses the opioids in accordance with
92:7 that prescription, right?

92:09 - 93:09    **Cox, Darren 07-15-2020 (00:01:25)**    **VM32.33**

92:9 THE WITNESS:  Correct.
92:10 BY MR. PETKIS:
92:11   Q. So in 2012, illegal diverted
92:12 prescription opioids was the most prevalent
92:13 drug in the City of Huntington.
92:14 Has that changed over time?
92:15   A. Yes, in my opinion it has.
92:16   Q. How so?
92:17   A. In the beginning, as I understood
92:18 it, my view and opinion based on working it was
92:19 that prescription narcotics were the biggest
92:20 problem.  They were the biggest issue, and over
92:21 a period of time, there were a number of
92:22 investigations done that helped -- or made it
93:1 harder to obtain illegal narcotics -- illegal
93:2 prescriptions and the price of the pills on the
93:3 street went up, and as the price and
93:4 availability on the street went up or became
93:5 harder to get, people switched to heroin.
93:6   Q. So at some point after 2012, heroin

| | | |
|---|---|---|
| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |
| **Page/Line** | **Source** | **ID** |

93:7 became the most prevalent illegal drug in the
93:8 City of Huntington?
93:9   A. Yes, based on our investigations.

92:11 - 93:09   **Cox, Darren 07-15-2020 (00:01:22)**   **VM32.34**

92:11   Q. So in 2012, illegal diverted
92:12 prescription opioids was the most prevalent
92:13 drug in the City of Huntington.
92:14 Has that changed over time?
92:15   A. Yes, in my opinion it has.
92:16   Q. How so?
92:17   A. In the beginning, as I understood
92:18 it, my view and opinion based on working it was
92:19 that prescription narcotics were the biggest
92:20 problem.  They were the biggest issue, and over
92:21 a period of time, there were a number of
92:22 investigations done that helped -- or made it
93:1 harder to obtain illegal narcotics -- illegal
93:2 prescriptions and the price of the pills on the
93:3 street went up, and as the price and
93:4 availability on the street went up or became
93:5 harder to get, people switched to heroin.
93:6   Q. So at some point after 2012, heroin
93:7 became the most prevalent illegal drug in the
93:8 City of Huntington?
93:9   A. Yes, based on our investigations.

94:22 - 95:08   **Cox, Darren 07-15-2020 (00:00:26)**   **VM32.35**

94:22   Q. Based on your experience at the task
95:1 force, did the City of Huntington have a larger
95:2 illegal narcotics problem than other
95:3 communities in the area?
95:4   A. I think geographically that's
95:5 probably correct just because naturally, the
95:6 City of Huntington is larger than the City of
95:7 Milton or some of the other surrounding towns
95:8 in the area.

103:09 - 103:13   **Cox, Darren 07-15-2020 (00:00:10)**   **VM32.36**

103:9   Q. Is it your understanding that
103:10 criminal drug trafficking organizations brought
103:11 illegal narcotics into Huntington from outside
103:12 the City of Huntington?

| VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 103:13   A. Yes. |  |
| 103:22 - 104:21 | **Cox, Darren 07-15-2020 (00:01:02)** | **VM32.37** |
|  | 103:22   Q. Okay.  Would Detroit be one of the |  |
|  | 104:1 sources of illegal narcotics in the City of |  |
|  | 104:2 Huntington? |  |
|  | 104:3   A. Yes. |  |
|  | 104:4   Q. What about Mexico -- Mexican |  |
|  | 104:5 cartels, would they be a source of the illegal |  |
|  | 104:6 narcotics brought into the City of Huntington? |  |
|  | 104:7   A. I believe ultimately they would be |  |
|  | 104:8 the, you know, probably one of the main |  |
|  | 104:9 first-line suppliers of it, yes. |  |
|  | 104:10   Q. Are there any other cities or |  |
|  | 104:11 regions that you would consider a prominent |  |
|  | 104:12 source of illegal narcotics in the City of |  |
|  | 104:13 Huntington? |  |
|  | 104:14   A. From time to time, there were other |  |
|  | 104:15 sources, there were other cities, you know, |  |
|  | 104:16 from time to time, we would have cases that |  |
|  | 104:17 involved Akron, Ohio, we would have cases |  |
|  | 104:18 involving Atlanta, Georgia, we would have cases |  |
|  | 104:19 involving folks from Florida, so it kind of |  |
|  | 104:20 varied but Detroit would have been probably the |  |
|  | 104:21 most predominant. |  |
| 105:16 - 106:07 | **Cox, Darren 07-15-2020 (00:00:36)** | **VM32.38** |
|  | 105:16   Q. Are you aware of any time when |  |
|  | 105:17 either the Huntington Police Department or the |  |
|  | 105:18 Cabell County Sheriff's Office did not |  |
|  | 105:19 participate in the task force? |  |
|  | 105:20   A. I am not aware of any. |  |
|  | 105:21   Q. Okay.  When one of these agencies |  |
|  | 105:22 participated in the task force, would they |  |
|  | 106:1 provide funding to the task force? |  |
|  | 106:2   A. No, they would not. |  |
|  | 106:3   Q. The other way around, right?  The |  |
|  | 106:4 task force would provide funding to the |  |
|  | 106:5 agencies themselves? |  |
|  | 106:6   A. The FBI would provide overtime |  |
|  | 106:7 funding to the agencies. |  |
| 106:08 - 107:03 | **Cox, Darren 07-15-2020 (00:00:53)** | **VM32.39** |

| VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

106:8   Q. Is that the only form of funding,
106:9 overtime funding that would be provided to the
106:10 agencies?
106:11   A. Can you clarify, what do you mean by
106:12 "provided to the agencies." I'm not clear on
106:13 that.
106:14   Q. Sure. Did the FBI give any funding
106:15 to the agencies besides overtime for task force
106:16 officers?
106:17   A. No. The FBI did not.
106:18   Q. Did the FBI ever purchase equipment
106:19 to be used by the agencies?
106:20   A. The FBI would provide equipment that
106:21 would be used collectively by the task force.
106:22   Q. Would the FBI retain ownership of
107:1 that equipment in the event that the task force
107:2 ended?
107:3   A. While I was there, yes.

**123:13 - 123:21**   **Cox, Darren 07-15-2020 (00:00:36)**   **VM32.40**

123:13   Q. What proportion of the task force
123:14 investigations were focused on opioids?
123:15   A. I would say a very large percentage
123:16 of the Task Force's efforts.
123:17   Q. What proportion of the task force
123:18 investigations were focused on prescription
123:19 opioids in your experience?
123:20   A. It varied from time to time. It
123:21 would depend what an individual group was

**123:22 - 124:04**   **Cox, Darren 07-15-2020 (00:00:18)**   **VM32.41**

123:22 doing. I would say that in the beginning, my
124:1 time there, it was more driven towards
124:2 prescription narcotics. Towards the end, there
124:3 was probably a bigger percentage of heroin that
124:4 we investigated.

**124:05 - 124:12**   **Cox, Darren 07-15-2020 (00:00:19)**   **VM32.42**

124:5   Q. You testified earlier that Detroit
124:6 was a major source of illicit drugs trafficked
124:7 into the Huntington area; is that correct?
124:8   A. To our knowledge, yes.
124:9   Q. And Detroit was also a major source

| | | |
|---|---|---|
| | **VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am** | |
| **Page/Line** | **Source** | **ID** |

124:10 of illegally diverted prescription opioids

124:11 trafficked into the Huntington area, correct?

124:12   A. My understanding is yes.

**126:06 - 127:16**     **Cox, Darren 07-15-2020 (00:01:17)**     **VM32.43**

126:6   Q. During your time on the task force,

126:7 are you aware of any situation in which the

126:8 task force traced the source of the illegally

126:9 diverted prescription opioids back to McKesson

126:10 Corporation?

126:11   A. No, I'm not.

126:12   Q. Same question for Cardinal Health.

126:13 Are you aware of any investigation

126:14 that traced the source of illegally diverted

126:15 prescription opioids back to Cardinal Health?

126:16   A. No, I'm not.

126:17   Q. And what about AmerisourceBergen?

126:18   A. No.

126:19   Q. Okay.  I think you mentioned

126:20 previously that the task force did arrest some

126:21 individuals for diverting pharmaceutical drugs;

126:22 is that correct?

127:1   A. For distributing prescription

127:2 narcotics, yes.

127:3   Q. And the assumption would be if they

127:4 are illegally distributing prescription

127:5 narcotics, then those narcotics were diverted

127:6 at some point, correct?

127:7   A. Yes.

127:8   Q. It could have been diverted either

127:9 by the person that you arrested for

127:10 distributing them or by some other criminal act

127:11 earlier in the chain, right?

127:12   A. Yes, that's correct.

127:13   Q. Okay.  But it would always be a

127:14 criminal act or a criminal drug trafficking

127:15 organization that diverted the prescription

127:16 opioids, correct?

**127:20 - 127:21**     **Cox, Darren 07-15-2020 (00:00:03)**     **VM32.44**

127:20 THE WITNESS:  It would always be

127:21 someone who committed a crime, yes.

| VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 128:15 - 128:19 | **Cox, Darren 07-15-2020 (00:00:10)** | **VM32.45** |
| | 128:15   Q. Based on your experience on the task | |
| | 128:16 force, are you aware of any investigations that | |
| | 128:17 revealed the McKesson Corporation had diverted | |
| | 128:18 any prescription opioids? | |
| | 128:19   A. Not to my knowledge. | |
| 129:01 - 129:03 | **Cox, Darren 07-15-2020 (00:00:05)** | **VM32.46** |
| | 129:1   Q. Are you aware of any investigations | |
| | 129:2 that revealed that Cardinal Health diverted any | |
| | 129:3 prescription opioids? | |
| 129:09 - 129:09 | **Cox, Darren 07-15-2020 (00:00:02)** | **VM32.47** |
| | 129:9 THE WITNESS:  Not to my knowledge. | |
| 131:10 - 131:14 | **Cox, Darren 07-15-2020 (00:00:10)** | **VM32.48** |
| | 131:10   Q. Based on your experience with the | |
| | 131:11 task force and the investigations that | |
| | 131:12 occurred, what is the most common way that | |
| | 131:13 those individuals would have come into | |
| | 131:14 possession of those illegally diverted pills? | |
| 132:02 - 132:11 | **Cox, Darren 07-15-2020 (00:00:27)** | **VM32.49** |
| | 132:2 THE WITNESS:  The individuals would | |
| | 132:3 have come in possession of a larger quantity of | |
| | 132:4 prescription medication and our investigations | |
| | 132:5 would lead us to investigate the source of | |
| | 132:6 supply of the larger amounts. | |
| | 132:7 BY MR. PETKIS: | |
| | 132:8   Q. And was the source of the supply for | |
| | 132:9 the larger amounts of diverted prescription | |
| | 132:10 opioids typically a criminal drug trafficking | |
| | 132:11 organization? | |
| 132:18 - 132:21 | **Cox, Darren 07-15-2020 (00:00:14)** | **VM32.50** |
| | 132:18 THE WITNESS:  In some cases, that | |
| | 132:19 would be the case.  In other cases, we would | |
| | 132:20 hear or learn information that they received | |
| | 132:21 the drugs from a pharmacist or from a doctor. | |
| 133:17 - 133:18 | **Cox, Darren 07-15-2020 (00:00:03)** | **VM32.51** |
| | 133:17 MR. PETKIS:  I'm going to mark | |
| | 133:18 Exhibit 32. | |
| 133:22 - 135:01 | **Cox, Darren 07-15-2020 (00:00:58)** | **VM32.52** |
| | 133:22   Q. Special Agent Cox, have you seen | |
| | 134:1 this document before? | |

| Page/Line | Source | ID |
|---|---|---|

**VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am**

134:2   A. I have -- I may have seen the press
134:3 release back in 2014, but I don't recall.
134:4   Q. But it does appear to be an e-mail
134:5 of a press release.  You are listed on the "to"
134:6 line, correct?
134:7   A. Yes, I see that, yes.
134:8   Q. And the title of this particular
134:9 press release from the U.S. Attorney for the
134:10 Southern District of West Virginia is:  "Heroin
134:11 and Pill Dealer Sentenced in Huntington Federal
134:12 Court;" is that correct?
134:13   A. Yes, that's correct.
134:14   Q. The second sentence of this
134:15 particular press release reads:  "Chief Judge
134:16 Robert C. Chambers imposed a sentence of 87
134:17 months for Golson's role in a drug conspiracy
134:18 that included transporting heroin and oxycodone
134:19 from Detroit, Michigan, for sale in
134:20 Huntington;" is that correct?
134:21   A. Yes.
134:22   Q. This is an example of illegal
135:1 diversion of prescription opioids, correct?

| 135:06 - 135:06 | **Cox, Darren 07-15-2020 (00:00:01)** | **VM32.53** |

135:6 THE WITNESS:  Yes.

| 135:08 - 135:20 | **Cox, Darren 07-15-2020 (00:00:28)** | **VM32.54** |

135:8   Q. In the second paragraph, there is a
135:9 reference to the task force and the second to
135:10 last sentence reads:  "Golson told agents that
135:11 from January of 2010 to April of 2013, he
135:12 received regular deliveries of heroin and
135:13 oxycodone pills from Detroit that he sold in
135:14 Huntington."
135:15 Did I read that correctly?
135:16   A. Yes.
135:17   Q. So is it your understanding that in
135:18 this particular situation, the source of the
135:19 illegally diverted opioid pills was a criminal
135:20 drug trafficking organization in Detroit?

| 135:22 - 136:05 | **Cox, Darren 07-15-2020 (00:00:11)** | **VM32.55** |

135:22 THE WITNESS:  Yes.

| Page/Line | Source | ID |
|---|---|---|

**VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am**

136:1 BY MR. PETKIS:
136:2   Q. And that particular criminal drug
136:3 trafficking organization was also illegally
136:4 trafficking heroin into Huntington at the same
136:5 exact time; is that right?

136:13 - 136:13 — **Cox, Darren 07-15-2020 (00:00:01)** — VM32.56

136:13 THE WITNESS:  Yes.

161:10 - 161:21 — **Cox, Darren 07-15-2020 (00:00:29)** — VM32.57

161:10 From your experience and based on
161:11 your involvement with the task force, has there
161:12 ever been a time when the abuse of illegal
161:13 drugs was not a problem in the City of
161:14 Huntington?
161:15   A. Not during my assignment there.
161:16   Q. And in your experience and based on
161:17 your involvement with the task force, has there
161:18 ever been a time when the abuse of illegal
161:19 drugs was not a problem in Cabell County?
161:20   A. Not during my assignment on the task
161:21 force.

162:07 - 162:11 — **Cox, Darren 07-15-2020 (00:00:12)** — VM32.58

162:7   Q. Is it your understanding, based on
162:8 your involvement with the FBI Task Force, that
162:9 illegal drug use and abuse had been a
162:10 long-standing problem in the City of Huntington
162:11 prior to your joining in 2012?

162:13 - 162:13 — **Cox, Darren 07-15-2020 (00:00:01)** — VM32.59

162:13 THE WITNESS:  Yes.

162:15 - 163:01 — **Cox, Darren 07-15-2020 (00:00:21)** — VM32.60

162:15   Q. Same question for Cabell County.  Is
162:16 it your understanding that there had been a
162:17 long-standing illegal drug problem in Cabell
162:18 County prior to you joining in 2012?
162:19   A. Yes.
162:20   Q. It's your understanding that illegal
162:21 drugs are trafficked into Cabell County and the
162:22 City of Huntington by criminal drug trafficking
163:1 organizations, correct?

163:08 - 163:08 — **Cox, Darren 07-15-2020 (00:00:02)** — VM32.61

163:8   A. Yes.

| VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 163:18 - 163:22 | **Cox, Darren 07-15-2020 (00:00:14)** | **VM32.62** |
| | 163:18   Q. And those illegal drugs that are | |
| | 163:19 trafficked into the City of Huntington and | |
| | 163:20 Cabell County are then sold to end users by | |
| | 163:21 criminal drug dealers, correct? | |
| | 163:22   A. Yes. | |
| 164:07 - 164:12 | **Cox, Darren 07-15-2020 (00:00:13)** | **VM32.63** |
| | 164:7   Q. Sure.  Based on your understanding | |
| | 164:8 and your experience with the task force, the | |
| | 164:9 licensed pharmaceutical distributors who are | |
| | 164:10 defendants in this case do not distribute any | |
| | 164:11 illegal drugs, correct? | |
| | 164:12   A. Not to my knowledge. | |
| 167:08 - 167:11 | **Cox, Darren 07-15-2020 (00:00:05)** | **VM32.64** |
| | 167:8   Q. Sure.  Would you agree that | |
| | 167:9 defendants are not responsible for any of the | |
| | 167:10 illegal drugs that have been trafficked into | |
| | 167:11 Cabell County? | |
| 167:14 - 167:19 | **Cox, Darren 07-15-2020 (00:00:25)** | **VM32.65** |
| | 167:14 THE WITNESS:  So my opinion is, you | |
| | 167:15 know, it's a very complex question and it's a | |
| | 167:16 very complex issue and so to say that it's -- | |
| | 167:17 they bear no responsibility, at some point in | |
| | 167:18 time, a large volume of narcotics has increased | |
| | 167:19 year after year in our area.  I don't know who | |
| 167:20 - 168:22 | **Cox, Darren 07-15-2020 (00:01:20)** | **VM32.66** |
| | 167:20 makes them.  I don't know where they come from, | |
| | 167:21 but basic common sense to me as a business | |
| | 167:22 person understands that on a business aspect, | |
| | 168:1 you have an organization that is seeing | |
| | 168:2 astronomical amount of sales increase, whether | |
| | 168:3 that's heroin, whether that's pills, whatever | |
| | 168:4 it is, and what organization it is, and so to | |
| | 168:5 say that nobody bears a responsibility for it, | |
| | 168:6 somebody somewhere bears a responsibility that | |
| | 168:7 at some point in time, whether it's the end | |
| | 168:8 user, whether it's a local level dealer, | |
| | 168:9 whether it's a doctor or a pharmacist or a | |
| | 168:10 maker of narcotics, that it has increased year | |
| | 168:11 after year and at some level in the City of | |

| | | |
|---|---|---|
| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |
| **Page/Line** | **Source** | **ID** |

168:12 Huntington, Cabell County, the United States,
168:13 we don't have an astronomical increase from
168:14 year to year of people experiencing pain, so,
168:15 therefore, at some level, not -- far, far,
168:16 above my pay grade, but at some level, somebody
168:17 bears some responsibility for it and to say
168:18 that the first maker of the product bears no
168:19 responsibility for it, I can't answer that and
168:20 affirm to you whether they do or not, but
168:21 that's my stance on it and my understanding of
168:22 the problem.

**170:07 - 171:03**  **Cox, Darren 07-15-2020 (00:00:51)**                                    **VM32.67**

170:7   Q. Okay.  We talked about this a little
170:8 bit previously, but would you agree that the
170:9 popularity and availability of illegal drugs
170:10 can change over time?
170:11   A. Yes.
170:12   Q. So for instance, a drug that was
170:13 very popular in the '80s might not be so
170:14 popular in the '90s, but then might make a
170:15 resurgence in the 2000s, right?
170:16   A. Yes.
170:17   Q. And as the popularity and
170:18 availability of a specific illegal drug
170:19 changes, the threats posed by that illegal drug
170:20 can also change; is that right?
170:21   A. Yes.
170:22   Q. And so the threats posed by specific
171:1 illegal drugs can ebb and flow over time as
171:2 well, right?
171:3   A. Yes.

**171:06 - 171:10**  **Cox, Darren 07-15-2020 (00:00:17)**                                    **VM32.68**

171:6 What are the factors that determine
171:7 whether a specific illegal drug will be popular
171:8 or highly accessible at any given moment?
171:9   A. I think part of it is the supply,
171:10 the cost and the availability.

**172:07 - 172:10**  **Cox, Darren 07-15-2020 (00:00:06)**                                    **VM32.69**

172:7   Q. Okay.  How does the popularity and
172:8 accessibility of a particular illegal drug

| Page/Line | Source | ID |
|---|---|---|

| | 172:9 relate to the threats posed by that illegal | |
| | 172:10 drug? | |
| 172:14 - 173:05 | **Cox, Darren 07-15-2020 (00:00:45)** | **VM32.70** |
| | 172:14 THE WITNESS:  So I would use | |
| | 172:15 marijuana as an example, not my -- not an | |
| | 172:16 official FBI stance but I would use marijuana | |
| | 172:17 for example. | |
| | 172:18 Marijuana is in higher supply now or | |
| | 172:19 appears to be in higher supply now, but people | |
| | 172:20 that smoke marijuana don't necessarily show the | |
| | 172:21 propensity for violence and the death rate and | |
| | 172:22 other violent acts as what other drugs that may | |
| | 173:1 not be as available for.  They may be at | |
| | 173:2 cheaper cost and so there is a variety of drugs | |
| | 173:3 out there that may be a high number but they | |
| | 173:4 may not have the same risk factors just because | |
| | 173:5 it's in a higher number. | |
| 174:01 - 174:04 | **Cox, Darren 07-15-2020 (00:00:08)** | **VM32.71** |
| | 174:1   Q. Okay.  So you did testify that price | |
| | 174:2 played a role in the popularity of a specific | |
| | 174:3 illegal drug, right? | |
| | 174:4   A. Yes. | |
| 175:17 - 175:22 | **Cox, Darren 07-15-2020 (00:00:14)** | **VM32.72** |
| | 175:17   Q. So in that sense, as price decreases | |
| | 175:18 and supply increases, the threat for a | |
| | 175:19 particular illegal drug will be higher, | |
| | 175:20 correct? | |
| | 175:21   A. The amount of usage would be higher, | |
| | 175:22 yes. | |
| 176:19 - 176:20 | **Cox, Darren 07-15-2020 (00:00:15)** | **VM32.73** |
| | 176:19   Q. Criminal actors set the prices for | |
| | 176:20 illegal drugs like heroin, correct? | |
| 177:01 - 177:02 | **Cox, Darren 07-15-2020 (00:00:05)** | **VM32.74** |
| | 177:1 THE WITNESS:  Yes, to some degree | |
| | 177:2 it's the seller and the user. | |
| 177:04 - 177:07 | **Cox, Darren 07-15-2020 (00:00:09)** | **VM32.75** |
| | 177:4   Q. Okay.  But government-licensed | |
| | 177:5 distributors of legal narcotics do not set the | |
| | 177:6 price in the market for illegal drugs like | |
| | 177:7 heroin, right? | |

| Page/Line | Source | ID |
|---|---|---|

**VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am**

| 177:11 - 177:17 | **Cox, Darren 07-15-2020 (00:00:30)** | VM32.76 |

177:11 THE WITNESS:  Not per se.  What I
177:12 mean by that is that -- what we saw in the time
177:13 that I was on the task force, when prescription
177:14 medication becomes harder and harder to obtain,
177:15 then the price of prescription narcotics goes
177:16 up and the cost of heroin then goes down, and
177:17 so that is the way I view that.

| 177:19 - 178:07 | **Cox, Darren 07-15-2020 (00:00:24)** | VM32.77 |

177:19   Q. Okay.  But the licensed distributor
177:20 of legal narcotics doesn't tell a criminal drug
177:21 trafficking organization or an individual drug
177:22 dealer how much to sell their heroin for,
178:1 right?
178:2   A. Correct.
178:3   Q. The criminal drug trafficking
178:4 organization or the individual dealer, they
178:5 make the decision how much to sell their heroin
178:6 for, right?
178:7   A. Yes.

| 179:01 - 179:08 | **Cox, Darren 07-15-2020 (00:00:23)** | VM32.78 |

179:1   Q. But accessibility and supply play a
179:2 role in determining the level of usage of a
179:3 particular illegal drug, right?
179:4   A. Yes.
179:5   Q. And it's criminal drug trafficking
179:6 organizations and criminal drug dealers that
179:7 determine the availability and supply of
179:8 illegal drugs in the City of Huntington, right?

| 179:12 - 179:12 | **Cox, Darren 07-15-2020 (00:00:02)** | VM32.79 |

179:12 THE WITNESS:  Yes, to some degree.

| 179:14 - 179:17 | **Cox, Darren 07-15-2020 (00:00:10)** | VM32.80 |

179:14   Q. And licensed distributors of illegal
179:15 narcotics don't tell criminal drug trafficking
179:16 organizations or drug dealers how much of a
179:17 particular drug -- illegal drug to sell, right?

| 179:22 - 179:22 | **Cox, Darren 07-15-2020 (00:00:01)** | VM32.81 |

179:22 THE WITNESS:  That's correct.

| 180:02 - 180:05 | **Cox, Darren 07-15-2020 (00:00:06)** | VM32.82 |

180:2   Q. The criminal drug trafficking

| Page/Line | Source | ID |
|---|---|---|
| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |
| | 180:3 organization or drug dealer, they alone make | |
| | 180:4 the decision of how much a particular illegal | |
| | 180:5 drug to sell, right? | |
| 180:09 - 180:09 | Cox, Darren 07-15-2020 (00:00:02) | VM32.83 |
| | 180:9 THE WITNESS:  Yes.  Yes. | |
| 186:01 - 186:05 | Cox, Darren 07-15-2020 (00:00:15) | VM32.84 |
| | 186:1   Q. Is there anything unique about the | |
| | 186:2 City of Huntington or Cabell County that makes | |
| | 186:3 it particularly susceptible to illegal drug | |
| | 186:4 use? | |
| | 186:5   A. Not to my knowledge. | |
| 186:06 - 186:08 | Cox, Darren 07-15-2020 (00:00:06) | VM32.85 |
| | 186:6   Q. Okay.  I'm going to mark two | |
| | 186:7 exhibits at the same time, 46 and 47, if you | |
| | 186:8 want to pull those out. | |
| 187:06 - 187:08 | Cox, Darren 07-15-2020 (00:00:08) | VM32.86 |
| | 187:6   Q. Who is Greg Moore? | |
| | 187:7   A. Greg Moore was a member of the task | |
| | 187:8 force from Huntington Police Department. | |
| 188:10 - 188:15 | Cox, Darren 07-15-2020 (00:00:21) | VM32.87 |
| | 188:10   Q. All right.  Let's look at the next | |
| | 188:11 exhibit.  This is 47. | |
| | 188:12 This document is titled:  "FBI | |
| | 188:13 Huntington Violence Crime Drug Task Force, | |
| | 188:14 Huntington Interdiction Team, OCDETF Funding | |
| | 188:15 Proposal," and it's dated January 27, 2015. | |
| 188:22 - 189:05 | Cox, Darren 07-15-2020 (00:00:20) | VM32.88 |
| | 188:22   Q. What is this document? | |
| | 189:1   A. This is a document that was prepared | |
| | 189:2 by myself with the assistance of some other | |
| | 189:3 folks from the task force in order to get a | |
| | 189:4 fund -- request funding for interdiction | |
| | 189:5 program that we had in Huntington. | |
| 194:17 - 196:05 | Cox, Darren 07-15-2020 (00:01:09) | VM32.89 |
| | 194:17   Q. Okay.  We are going to skip a | |
| | 194:18 sentence, but the third sentence in this | |
| | 194:19 paragraph states:  "Huntington is the largest | |
| | 194:20 city in the region and located approximately | |
| | 194:21 300 miles south of Detroit, Michigan.  It is | |
| | 194:22 frequently referred to as 'Little Detroit' due | |

| Page/Line | Source | ID |
|---|---|---|

VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am

195:1 to the large population of former Detroit-based
195:2 heroin traffickers."
195:3 Did I read that correctly?
195:4   A. Yes.
195:5   Q. Have you ever heard of Huntington
195:6 referred to as "Little Detroit?"
195:7   A. Yes.
195:8   Q. Huntington was given that nickname
195:9 due to the large population of heroin
195:10 traffickers from Detroit?
195:11   A. Yes.
195:12   Q. The very next sentence reads:
195:13 "Huntington is a destination city known and
195:14 utilized by Detroit violent gang members and
195:15 narcotic traffickers to establish heroin
195:16 distribution points in other parts of the
195:17 tri-state region.  The Huntington area is a
195:18 well-known regional distribution hub for the
195:19 entire tri-state region for illegal drugs,
195:20 which has resulted in a deterioration of the
195:21 area with increased slum and blighting
195:22 conditions."
196:1 Did I read that correctly?
196:2   A. Yes.
196:3   Q. In your experience, is the City of
196:4 Huntington a destination city for violent gang
196:5 members and narcotics traffickers from Detroit?

| 196:07 - 196:07 | **Cox, Darren 07-15-2020 (00:00:01)** | **VM32.90** |

196:7 THE WITNESS:  Yes.

| 196:09 - 196:11 | **Cox, Darren 07-15-2020 (00:00:10)** | **VM32.91** |

196:9   Q. Why is that the case?
196:10   A. There is a demand for illegal drugs
196:11 in Huntington.

| 214:18 - 214:21 | **Cox, Darren 07-15-2020 (00:00:08)** | **VM32.92** |

214:18 Based on your experience with the
214:19 task force, are you aware of any years in which
214:20 marijuana was not being illegally sold and
214:21 abused in the City of Huntington?

| 215:02 - 215:02 | **Cox, Darren 07-15-2020 (00:00:01)** | **VM32.93** |

215:2 THE WITNESS:  No.

| Page/Line | Source | ID |
|---|---|---|
| | **VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am** | |

| Page/Line | Source | ID |
|---|---|---|
| 225:06 - 225:10 | **Cox, Darren 07-15-2020 (00:00:08)** | **VM32.94** |
| | 225:6   Q. Based on your experience with law | |
| | 225:7 enforcement and the task force, are there any | |
| | 225:8 years you are aware of where cocaine and crack | |
| | 225:9 cocaine was not being illegally sold and abused | |
| | 225:10 in the City of Huntington? | |
| 225:12 - 225:12 | **Cox, Darren 07-15-2020 (00:00:03)** | **VM32.95** |
| | 225:12 THE WITNESS:  Not to my knowledge. | |
| 227:02 - 227:05 | **Cox, Darren 07-15-2020 (00:00:06)** | **VM32.96** |
| | 227:2   Q. What about based on your personal | |
| | 227:3 experience growing up in West Virginia, are you | |
| | 227:4 aware of heroin use in the State of West | |
| | 227:5 Virginia prior to 2012? | |
| 227:07 - 227:11 | **Cox, Darren 07-15-2020 (00:00:13)** | **VM32.97** |
| | 227:7 THE WITNESS:  You know, heroin was | |
| | 227:8 something that I rarely heard of growing up in | |
| | 227:9 West Virginia.  Prior to my law enforcement | |
| | 227:10 experience, it was -- heroin was not very | |
| | 227:11 prevalent. | |
| 229:13 - 229:22 | **Cox, Darren 07-15-2020 (00:00:33)** | **VM32.98** |
| | 229:13   Q. Based on your experience with the | |
| | 229:14 task force, are all of these different types of | |
| | 229:15 heroin listed here, black tar, brown and | |
| | 229:16 Mexican, illegally sold and abused in the City | |
| | 229:17 of Huntington and Cabell County? | |
| | 229:18   A. You know, I am trying to recall if | |
| | 229:19 we had any black tar heroin.  I think that we | |
| | 229:20 did, but it would have been very small amounts. | |
| | 229:21 If we had it during my time, it would be very | |
| | 229:22 small amounts. | |
| 230:01 - 230:07 | **Cox, Darren 07-15-2020 (00:00:14)** | **VM32.99** |
| | 230:1   Q. Okay.  To the best of your | |
| | 230:2 knowledge, to the extent these different types | |
| | 230:3 of heroin are present in the City of Huntington | |
| | 230:4 or Cabell County, is it your understanding that | |
| | 230:5 they were illegally trafficked by criminal drug | |
| | 230:6 trafficking organizations? | |
| | 230:7   A. Yes. | |
| 231:04 - 231:18 | **Cox, Darren 07-15-2020 (00:00:44)** | **VM32.100** |
| | 231:4   Q. Has Xanax ever been a threat to the | |

| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

231:5 City of Huntington or Cabell County?

231:6   A. Yes.  It's used.  It's an illegal

231:7 drug that is used in the City of Huntington

231:8 from my understanding.

231:9   Q. When you say "it's an illegal drug,"

231:10 you mean it's a prescription drug that is

231:11 illegally diverted, correct?

231:12   A. Yes.

231:13   Q. Based on your knowledge and

231:14 understanding and participation in the task

231:15 force, are there any years in which Xanax was

231:16 not being illegally diverted in the City of

231:17 Huntington and Cabell County?

231:18   A. Not to my knowledge.

| 233:10 - 233:12 | **Cox, Darren 07-15-2020 (00:00:05)** | **VM32.101** |

233:10   Q. Why did the task force track these

233:11 three different line items for methamphetamine

233:12 only?

| 233:14 - 235:04 | **Cox, Darren 07-15-2020 (00:01:52)** | **VM32.102** |

233:14 THE WITNESS:  My understanding was

233:15 that methamphetamine use had been more

233:16 prevalent at one point in time, and the

233:17 manufacture and individual labs within the area

233:18 had been more prevalent prior to me getting on

233:19 the task force and that's why these boxes would

233:20 have been there to track that.

233:21 BY MR. PETKIS:

233:22   Q. When you say that "there is a point

234:1 in time where it was more prevalent," what are

234:2 you referring to?

234:3   A. At some point in time, I would --

234:4 probably before I was on the task force, there

234:5 was -- it was more prevalent that people would

234:6 make methamphetamine.  They would use different

234:7 types of methods to make methamphetamine at

234:8 their house or other places rather than

234:9 importing it in from outside the state.

234:10   Q. Was there a point in time where

234:11 there was a switch and imported methamphetamine

234:12 became more prevalent than single use or

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

234:13 homemade methamphetamine?
234:14   A. Yes.
234:15   Q. And when did that occur?
234:16   A. I don't know exactly.  Probably
234:17 sometime prior to 2012.  The use of meth --
234:18 methamphetamine imported in was not very high
234:19 and the production of it was basically the only
234:20 method, almost the only method in the area.
234:21   Q. But at some point, the importation
234:22 of methamphetamine by criminal drug trafficking
235:1 organizations increased; is that right?
235:2   A. Yes.
235:3   Q. What is your understanding of the
235:4 source of that imported methamphetamine?

| 235:06 - 235:07 | **Cox, Darren 07-15-2020 (00:00:05)** | **VM32.103** |

235:6 THE WITNESS:  It would be coming
235:7 from Mexico predominantly.

| 235:09 - 235:16 | **Cox, Darren 07-15-2020 (00:00:20)** | **VM32.104** |

235:9   Q. When that shift occurred and
235:10 imported Mexican methamphetamine became more
235:11 common, did the threat posed by methamphetamine
235:12 in the City of Huntington and Cabell County
235:13 increase or decrease?
235:14   A. I wasn't on the task force when that
235:15 happened, so I don't know the current state of
235:16 methamphetamine used in Huntington.

| 236:18 - 236:22 | **Cox, Darren 07-15-2020 (00:00:10)** | **VM32.105** |

236:18   Q. Are you aware, based on your
236:19 experience and participation in the task force,
236:20 of any years where methamphetamine was not
236:21 being illegally sold and abused in the City of
236:22 Huntington?

| 237:02 - 237:02 | **Cox, Darren 07-15-2020 (00:00:02)** | **VM32.106** |

237:2 THE WITNESS:  I'm not.

| 242:03 - 243:08 | **Cox, Darren 07-15-2020 (00:01:13)** | **VM32.107** |

242:3   Q. And you testified that the task
242:4 force did have a number of law enforcement
242:5 interactions with people who were involved in
242:6 illegal diversion of prescription opioids,
242:7 correct?

| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

242:8   A. Yes.

242:9   Q. You also testified that to the best

242:10 of the Task Force's ability, it would make an

242:11 attempt to trace the source of those illegally

242:12 diverted prescription opioids, correct?

242:13   A. Yes.

242:14   Q. And I believe you also testified

242:15 that in the majority of cases, the source of

242:16 the illegally diverted prescription opioids was

242:17 criminal drug trafficking organizations from

242:18 outside the City of Huntington, right?

242:19   A. Yes.

242:20   Q. Do you know what proportion of those

242:21 illegally diverted prescription opioids

242:22 involved in the interactions you are describing

243:1 came from a pharmacy within the City of

243:2 Huntington?

243:3   A. I do not.

243:4   Q. Do you know what proportion of those

243:5 illegally diverted prescription opioids came

243:6 from a doctor in the City of Huntington who was

243:7 prescribing without a legitimate medical

243:8 purpose?

| 243:10 - 243:10 | **Cox, Darren 07-15-2020 (00:00:02)** | **VM32.108** |

243:10 THE WITNESS:  I do not.

| 243:12 - 243:16 | **Cox, Darren 07-15-2020 (00:00:10)** | **VM32.109** |

243:12   Q. Do you have any knowledge of what

243:13 portion of those illegally diverted

243:14 prescription opioids were shared between family

243:15 members or stolen from a medicine cabinet in

243:16 the City of Huntington?

| 243:18 - 243:18 | **Cox, Darren 07-15-2020 (00:00:02)** | **VM32.110** |

243:18 THE WITNESS:  I do not.

| 245:09 - 245:18 | **Cox, Darren 07-15-2020 (00:00:32)** | **VM32.111** |

245:9   Q. Based on your law enforcement

245:10 experience and participation in the task force,

245:11 what kinds of opioids were involved in the

245:12 opioid epidemic or opioid crisis in the City of

245:13 Huntington?

245:14   A. I think initially, it was

| Page/Line | Source | ID |
|---|---|---|

VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am

245:15 prescription drug pills and when I think of the
245:16 crisis, I -- that's what I think of.  And then
245:17 I think of -- now turn to heroin, but I think
245:18 initially, it was prescription narcotics.

**247:01 - 247:02** **Cox, Darren 07-15-2020 (00:00:04)** — **VM32.112**

247:1   Q. Do you believe that the City of
247:2 Huntington is facing an opioid crisis today?

**247:07 - 247:11** **Cox, Darren 07-15-2020 (00:00:15)** — **VM32.113**

247:7 THE WITNESS:  I don't really have a
247:8 basis.  I'm not in Huntington.  I haven't been
247:9 there for a while but certainly, what I read in
247:10 the newspaper, I would think that they still
247:11 do, just -- yes.  The effects of it.

**247:13 - 247:19** **Cox, Darren 07-15-2020 (00:00:20)** — **VM32.114**

247:13   Q. When you referenced things that
247:14 you've read in the newspaper, what are you
247:15 referring to?
247:16   A. Just about arrests, things that --
247:17 about arrests related to drug abuse, drug
247:18 investigations, theft, child abuse.  Things
247:19 that ultimately have a drug connection to them.

**247:20 - 248:02** **Cox, Darren 07-15-2020 (00:00:10)** — **VM32.115**

247:20   Q. I believe you testified previously
247:21 that as between prescription opioids and
247:22 illegal opioids like heroin and fentanyl, the
248:1 illegal opioids are more prevalent at this
248:2 time; is that right?

**248:04 - 248:15** **Cox, Darren 07-15-2020 (00:00:28)** — **VM32.116**

248:4 THE WITNESS:  I believe they became
248:5 more prevalent after the prescription pills,
248:6 yes.
248:7 BY MR. PETKIS:
248:8   Q. And that was -- that happened during
248:9 the time that you were assigned to the task
248:10 force, right?
248:11   A. Yes.  They started becoming more
248:12 prevalent as -- towards the end of my tenure on
248:13 the task force.
248:14   Q. To the best of your knowledge, has
248:15 that trend continued?

**VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am**

| Page/Line | Source | ID |
|---|---|---|
| 248:20 - 248:20 | **Cox, Darren 07-15-2020 (00:00:01)** | **VM32.117** |
| | 248:20 THE WITNESS:  Yes. | |
| 249:01 - 249:05 | **Cox, Darren 07-15-2020 (00:00:15)** | **VM32.118** |
| | 249:1 Based on -- based on your law | |
| | 249:2 enforcement experience and participation in the | |
| | 249:3 task force, what portion of the opioid crisis | |
| | 249:4 or opioid epidemic from 2012 to 2015, do you | |
| | 249:5 attribute to prescription opioids? | |
| 249:11 - 249:18 | **Cox, Darren 07-15-2020 (00:00:28)** | **VM32.119** |
| | 249:11 THE WITNESS:  I believe that the | |
| | 249:12 prescription medication played a significant | |
| | 249:13 role in the opioid epidemic, and I believe that | |
| | 249:14 after individuals were on prescription | |
| | 249:15 medication, prescription medication became | |
| | 249:16 higher -- started being worked more by law | |
| | 249:17 enforcement, drove the price up and the supply | |
| | 249:18 down, people transitioned to heroin. | |
| 249:20 - 250:04 | **Cox, Darren 07-15-2020 (00:00:18)** | **VM32.120** |
| | 249:20   Q. What is the basis for your | |
| | 249:21 understanding that people may have transitioned | |
| | 249:22 from prescription opioid use to heroin use? | |
| | 250:1   A. Conversations with individuals that | |
| | 250:2 we arrested, conversations with individuals | |
| | 250:3 that we talked to within the community and the | |
| | 250:4 drug culture. | |
| 250:05 - 250:07 | **Cox, Darren 07-15-2020 (00:00:10)** | **VM32.121** |
| | 250:5   Q. Does the task force, to the best of | |
| | 250:6 your knowledge, keep any data on what drug | |
| | 250:7 someone started with after they're arrested? | |
| 250:09 - 250:15 | **Cox, Darren 07-15-2020 (00:00:16)** | **VM32.122** |
| | 250:9 THE WITNESS:  No, not to my | |
| | 250:10 knowledge. | |
| | 250:11 BY MR. PETKIS: | |
| | 250:12   Q. What proportion of the individuals | |
| | 250:13 who you believe abused prescription opioids | |
| | 250:14 prior to using heroin, had a valid prescription | |
| | 250:15 for those prescription opioids? | |
| 250:17 - 250:17 | **Cox, Darren 07-15-2020 (00:00:02)** | **VM32.123** |
| | 250:17 THE WITNESS:  I don't know. | |
| 251:22 - 252:09 | **Cox, Darren 07-15-2020 (00:00:25)** | **VM32.124** |

| Page/Line | Source | ID |
|---|---|---|

VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am

251:22   Q. But you don't know how many of those
252:1 people who transitioned had an actual valid
252:2 prescription for prescription opioids, right?
252:3   A. I do not.
252:4   Q. And you don't know how many of those
252:5 people who may have transitioned from
252:6 prescription opioids to illegal opioids like
252:7 heroin were using illegally diverted
252:8 prescription opioids?
252:9   A. I do not.

**252:18 - 255:10**    **Cox, Darren 07-15-2020 (00:02:25)**                         **VM32.125**

252:18   Q. Have you ever interviewed anyone who
252:19 started with another illegal drug and then
252:20 began using heroin?
252:21   A. Yes.
252:22   Q. So you referenced some interviews
253:1 that you had with people who began with
253:2 prescription opioids and transitioned to
253:3 heroin.
253:4 Do you remember that?
253:5   A. Yes.
253:6   Q. How many times has that occurred?
253:7   A. I can't put a number on it.  More
253:8 than once.
253:9   Q. Do you recall any of the specific
253:10 interviews where someone mentioned that they
253:11 began with prescription opioids and then
253:12 transitioned to heroin?
253:13   A. I don't.  It would be a -- during
253:14 the course of our investigations and
253:15 interviews, we talked to a lot of people and we
253:16 would ask, I would frequently ask, how did you
253:17 get on this, what happened, what kind of --
253:18 what your story is, and so I have talked to a
253:19 number of people that used pills and
253:20 transitioned from pills to heroin.
253:21   Q. Sitting here today, you can't
253:22 remember any specific stories along those
254:1 lines?
254:2 MR. PENDELL:  Objection.

| Page/Line | Source | ID |
|---|---|---|
| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |

254:3 THE WITNESS:  What are you wanting
254:4 as far as a story, like, specifically.
254:5 BY MR. PETKIS:
254:6   Q. Well, you are referencing a number
254:7 of interviews that you had with people who
254:8 transitioned from heroin -- I'm sorry, from
254:9 prescription opioids to heroin, right?
254:10   A. Yes.
254:11   Q. Are you thinking of anyone in
254:12 particular?  Do you have any specific
254:13 recollection of those conversations?
254:14   A. I do.  I remember one.  I don't know
254:15 their names but I do remember one couple that
254:16 we interviewed in Huntington who -- and when I
254:17 say "interviewed," we talked to them during a
254:18 -- during an interdiction or arrest type of
254:19 activity, talked to them about how they got on
254:20 heroin.
254:21 And I remember husband and wife and
254:22 they said that initially, heroin was, like,
255:1 scared the daylights out of them.  That they
255:2 never thought in a million years that they
255:3 would use heroin because they had to stick a
255:4 needle in their arm, but the addiction of the
255:5 pills was something that drove them to do it,
255:6 and the supply of pills, the cost of pills,
255:7 that heroin was much cheaper and that
255:8 eventually, they decided that they could
255:9 apparently get around the use of a needle and
255:10 they transitioned to heroin.

| 255:11 - 255:15 | **Cox, Darren 07-15-2020 (00:00:11)** | **VM32.126** |

255:11   Q. This particular story you are
255:12 referencing, did you ask those people whether
255:13 or not they had a valid prescription for
255:14 prescription opioids or whether they were using
255:15 illegally diverted prescription opioids?

| 255:17 - 255:22 | **Cox, Darren 07-15-2020 (00:00:08)** | **VM32.127** |

255:17 THE WITNESS:  No, I did not.
255:18 BY MR. PETKIS:
255:19   Q. Do you have an understanding of

| VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 255:20 whether they had a valid prescription or |  |
|  | 255:21 whether or not they were using illegally |  |
|  | 255:22 diverted prescription opioids? |  |
| 256:02 - 256:09 | **Cox, Darren 07-15-2020 (00:00:15)** | **VM32.128** |
|  | 256:2 THE WITNESS:  No, I do not. |  |
|  | 256:3 BY MR. PETKIS: |  |
|  | 256:4   Q. Can you recall any interviews where |  |
|  | 256:5 you did ask that question of whether someone |  |
|  | 256:6 had a valid prescription or whether or not they |  |
|  | 256:7 were using illegally diverted prescription |  |
|  | 256:8 opioids? |  |
|  | 256:9   A. No, I can't. |  |
| 258:02 - 258:06 | **Cox, Darren 07-15-2020 (00:00:11)** | **VM32.129** |
|  | 258:2   Q. So is it fair to say then that the |  |
|  | 258:3 vast majority, if not all of the people the |  |
|  | 258:4 task force arrested with prescription opioids |  |
|  | 258:5 had possession of illegally diverted |  |
|  | 258:6 prescription opioids? |  |
| 258:08 - 258:12 | **Cox, Darren 07-15-2020 (00:00:06)** | **VM32.130** |
|  | 258:8 THE WITNESS:  Yes. |  |
|  | 258:9 BY MR. PETKIS: |  |
|  | 258:10   Q. So those people would have received |  |
|  | 258:11 their prescription opioid pills from a criminal |  |
|  | 258:12 drug dealer, right? |  |
| 258:14 - 259:08 | **Cox, Darren 07-15-2020 (00:00:37)** | **VM32.131** |
|  | 258:14 THE WITNESS:  The majority, yes. |  |
|  | 258:15 There were cases that we would have where |  |
|  | 258:16 individuals would have a legitimate |  |
|  | 258:17 prescription and then they would sell those and |  |
|  | 258:18 if we were buying pills off of them that they |  |
|  | 258:19 had a legitimate prescription for, we would |  |
|  | 258:20 arrest that person even though they had a |  |
|  | 258:21 legitimate prescription for that but those |  |
|  | 258:22 cases were less frequent. |  |
|  | 259:1 BY MR. PETKIS: |  |
|  | 259:2   Q. And you would arrest those people |  |
|  | 259:3 because selling prescription opioids, even if |  |
|  | 259:4 you have a valid prescription is criminal, |  |
|  | 259:5 correct? |  |
|  | 259:6   A. Yes. |  |

| Page/Line | Source | ID |
|---|---|---|
| | | |

259:7   Q. It's a form of diversion?
259:8   A. Yes.

| 293:12 - 293:15 | **Cox, Darren 07-15-2020 (00:00:08)** | **VM32.132** |

293:12   Q. In your experience with the task
293:13 force, did the task force interact at all with
293:14 the West Virginia Board of Medicine as part of
293:15 its diversion investigations?

| 293:21 - 294:01 | **Cox, Darren 07-15-2020 (00:00:09)** | **VM32.133** |

293:21 THE WITNESS:  I can't say that we
293:22 never interacted with them, but that was -- we
294:1 rarely, if at all, interacted with them.

| 294:03 - 294:11 | **Cox, Darren 07-15-2020 (00:00:20)** | **VM32.134** |

294:3   Q. Okay.  So sitting here today, you
294:4 can't specifically recall any instances where
294:5 the task force interacted with the West
294:6 Virginia Board of Medicine on a diversion
294:7 investigation?
294:8   A. Not in our investigations.
294:9   Q. Okay.  Did the task force interact
294:10 at all with the West Virginia Board of Pharmacy
294:11 on any diversion investigation?

| 294:16 - 294:16 | **Cox, Darren 07-15-2020 (00:00:03)** | **VM32.135** |

294:16 THE WITNESS:  Generally, no.

| 294:18 - 294:21 | **Cox, Darren 07-15-2020 (00:00:07)** | **VM32.136** |

294:18   Q. And sitting here today, you can't
294:19 remember any specific investigations where the
294:20 task force worked with the West Virginia Board
294:21 of Pharmacy on diversion investigations?

| 295:02 - 295:02 | **Cox, Darren 07-15-2020 (00:00:01)** | **VM32.137** |

295:2 THE WITNESS:  No.

| 297:22 - 298:02 | **Cox, Darren 07-15-2020 (00:00:07)** | **VM32.138** |

297:22   Q. For instance, the task force would
298:1 not investigate a doctor who was writing
298:2 legitimate prescriptions, correct?

| 298:04 - 298:05 | **Cox, Darren 07-15-2020 (00:00:04)** | **VM32.139** |

298:4 THE WITNESS:  Correct.  That was not
298:5 within our investigative additive.

| 298:07 - 298:14 | **Cox, Darren 07-15-2020 (00:00:19)** | **VM32.140** |

298:7   Q. Based on your experience with the
298:8 task force, are you familiar with something

| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 298:9 called an ARCOS database? | |
| | 298:10   A. I am not. | |
| | 298:11   Q. Based on your experience with the | |
| | 298:12 task force, you are not aware of any situation | |
| | 298:13 where the task force made use of the ARCOS | |
| | 298:14 database as part of a diversion investigation? | |
| 298:19 - 298:19 | **Cox, Darren 07-15-2020 (00:00:02)** | **VM32.141** |
| | 298:19 THE WITNESS:  I'm not. | |
| 298:21 - 299:08 | **Cox, Darren 07-15-2020 (00:00:27)** | **VM32.142** |
| | 298:21   Q. Based on your experience with the | |
| | 298:22 task force, are you familiar with the West | |
| | 299:1 Virginia Board of Pharmacy controlled substance | |
| | 299:2 monitoring program, also sometimes called CSAP? | |
| | 299:3   A. No. | |
| | 299:4   Q. Based on that answer, I'm going to | |
| | 299:5 assume based on your involvement with the task | |
| | 299:6 force, you are not aware of the task force ever | |
| | 299:7 using CSAP as part of a diversion | |
| | 299:8 investigation? | |
| 299:10 - 299:13 | **Cox, Darren 07-15-2020 (00:00:09)** | **VM32.143** |
| | 299:10 THE WITNESS:  The FBI did not run | |
| | 299:11 diversion investigations on doctors or | |
| | 299:12 pharmacies.  That was done by someone else | |
| | 299:13 outside the task force. | |
| 299:15 - 299:16 | **Cox, Darren 07-15-2020 (00:00:03)** | **VM32.144** |
| | 299:15   Q. Who outside the task force would be | |
| | 299:16 responsible for those investigations? | |
| 299:21 - 299:22 | **Cox, Darren 07-15-2020 (00:00:04)** | **VM32.145** |
| | 299:21 THE WITNESS:  Other members of the | |
| | 299:22 FBI in Huntington or Charleston. | |
| 300:08 - 300:15 | **Cox, Darren 07-15-2020 (00:00:22)** | **VM32.146** |
| | 300:8   Q. Are you familiar with the term | |
| | 300:9 "Suspicious Order Report?" | |
| | 300:10   A. I am not. | |
| | 300:11   Q. Are you aware, based on your | |
| | 300:12 involvement with the task force, of the task | |
| | 300:13 force ever having used a Suspicious Order | |
| | 300:14 Report in connection with a diversion | |
| | 300:15 investigation? | |
| 300:20 - 300:20 | **Cox, Darren 07-15-2020 (00:00:01)** | **VM32.147** |

| VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 300:20 THE WITNESS:  I am not. | |
| 311:09 - 311:21 | **Cox, Darren 07-15-2020 (00:01:58)** | **VM32.148** |
| | 311:9 MR. PETKIS:  I'm going to mark | |
| | 311:10 Exhibit 56. | |
| | 311:11 (Deposition Exhibit 56 was marked | |
| | 311:12 for identification.) | |
| | 311:13 BY MR. PETKIS: | |
| | 311:14   Q. Let me know once you have had a | |
| | 311:15 chance to review that. | |
| | 311:16   A. Okay. | |
| | 311:17   Q. This exhibit is a combined e-mail | |
| | 311:18 attachment. | |
| | 311:19 Do you see yourself copied on the | |
| | 311:20 first e-mail there dated January 19, 2016? | |
| | 311:21   A. I do. | |
| 313:17 - 314:01 | **Cox, Darren 07-15-2020 (00:00:14)** | **VM32.149** |
| | 313:17 The very first paragraph begins: | |
| | 313:18 "Huntington, West Virginia, to a lesser extent, | |
| | 313:19 Charleston, West Virginia, are major | |
| | 313:20 destinations for traffickers transporting | |
| | 313:21 controlled pharmaceutical drugs (CPDs) and | |
| | 313:22 heroin from Detroit, Michigan." | |
| | 314:1 Do you see that? | |
| 314:02 - 314:02 | **Cox, Darren 07-15-2020 (00:00:01)** | **VM32.150** |
| | 314:2   A. Yes. | |
| 314:14 - 316:04 | **Cox, Darren 07-15-2020 (00:01:48)** | **VM32.151** |
| | 314:14   Q. The very next sentence here reads: | |
| | 314:15 "Although the movement of CPDs from Detroit to | |
| | 314:16 West Virginia has been stable, for the past | |
| | 314:17 several years, the volume of heroin trafficking | |
| | 314:18 is increasing as heroin abuse expands in West | |
| | 314:19 Virginia." | |
| | 314:20 Did I read that correctly? | |
| | 314:21   A. Yes. | |
| | 314:22   Q. Is that consistent with your | |
| | 315:1 understanding of the volume of prescription | |
| | 315:2 drug trafficking compared to heroin trafficking | |
| | 315:3 around the time you left the task force in | |
| | 315:4 2015? | |
| | 315:5   A. No.  I would -- in my opinion, no. | |

| Page/Line | Source | ID |
|---|---|---|

**VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am**

315:6   Q. And why not?
315:7   A. I believe the prescription
315:8 medication decreased and heroin increased.
315:9   Q. Okay.  Understood.  So where it says
315:10 here that:  "The movement of CPDs from Detroit
315:11 to West Virginia has been stable," you disagree
315:12 because you believe it actually decreased,
315:13 correct?
315:14   A. Yes.
315:15   Q. The next paragraph begins:  "As
315:16 heroin abuse and trafficking in West Virginia
315:17 have increased, Detroit traffickers have
315:18 swiftly exploited their CPD trafficking
315:19 connections and methods to sell heroin in
315:20 Huntington and Charleston and by extension,
315:21 rural West Virginia."
315:22 Did I read that correctly?
316:1   A. Yes.
316:2   Q. Do you agree with that assessment
316:3 based on your work with the task force at the
316:4 time you left in 2015?

| 316:07 - 316:07 | **Cox, Darren 07-15-2020 (00:00:01)** | VM32.152 |

316:7 THE WITNESS:  Yes.

| 316:09 - 316:12 | **Cox, Darren 07-15-2020 (00:00:08)** | VM32.153 |

316:9   Q. So it's your understanding then that
316:10 criminals who had been trafficking prescription
316:11 drugs began to traffic heroin from Detroit to
316:12 West Virginia instead?

| 316:16 - 316:16 | **Cox, Darren 07-15-2020 (00:00:01)** | VM32.154 |

316:16 THE WITNESS:  Yes.

| 316:18 - 316:21 | **Cox, Darren 07-15-2020 (00:00:08)** | VM32.155 |

316:18   Q. Those criminals essentially then
316:19 made the choice to focus more on distributing
316:20 heroin compared to pharmaceutical drugs; is
316:21 that correct?

| 317:03 - 317:03 | **Cox, Darren 07-15-2020 (00:00:01)** | VM32.156 |

317:3 THE WITNESS:  Yes.

| 317:05 - 317:14 | **Cox, Darren 07-15-2020 (00:00:24)** | VM32.157 |

317:5   Q. The very next sentence reads:  "This
317:6 trend is expected to increase supply, drive

| VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 317:7 down prices and contribute to an uptick in | |
| | 317:8 trafficking-related violence in West Virginia." | |
| | 317:9 Did I read that correctly? | |
| | 317:10  A. Yes. | |
| | 317:11  Q. Is that statement consistent with | |
| | 317:12 your understanding at the time you left the | |
| | 317:13 task force in 2015? | |
| | 317:14  A. Yes. | |
| 321:13 - 321:22 | **Cox, Darren 07-15-2020 (00:00:28)** | **VM32.158** |
| | 321:13  Q. Based on your law enforcement | |
| | 321:14 experience and your work with the task force, | |
| | 321:15 is it your understanding that part of what | |
| | 321:16 makes illegal drugs so dangerous is that they | |
| | 321:17 can be laced with other drugs? | |
| | 321:18  A. Yes. | |
| | 321:19  Q. And the end user of those illegal | |
| | 321:20 drugs might not know that the drugs are laced | |
| | 321:21 with something else, correct? | |
| | 321:22  A. Correct. | |
| 339:02 - 340:03 | **Cox, Darren 07-15-2020 (00:00:56)** | **VM32.159** |
| | 339:2  Q. So, Special Agent Cox, you recall | |
| | 339:3 earlier I asked you some questions about the | |
| | 339:4 techniques and methods that the task force used | |
| | 339:5 as part of its diversion investigations. | |
| | 339:6 Do you remember that? | |
| | 339:7  A. Yes. | |
| | 339:8  Q. Based on your experience with the | |
| | 339:9 task force, did the task force make use of | |
| | 339:10 either physical or electronic surveillance as | |
| | 339:11 part of its diversion investigations? | |
| | 339:12  A. Yes. | |
| | 339:13  Q. Did the task force make use of | |
| | 339:14 confidential informants as part of its | |
| | 339:15 diversion investigations? | |
| | 339:16  A. Yes. | |
| | 339:17  Q. Did the task force make use of | |
| | 339:18 cooperating defendants as part of its diversion | |
| | 339:19 investigations? | |
| | 339:20  A. Yes. | |
| | 339:21  Q. And did the task force make use of | |

| | VM32-Cox, Darren - Merged DA PC DC 7-10-21 11am | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

339:22 wiretaps as part of its diversion
340:1 investigations?
340:2   A. During my time, we did not, but we
340:3 have the capabilities.

Defendants' Affirmatives = 00:40:43
Plaintiffs' Counters = 00:07:55
Defendants' Completeness = 00:04:29
Plaintiffs' Completeness = 00:07:38
**Total Time = 01:00:44**