A.2

**Designation Run Report**

# Howard, June - Defendants' Affirmatives 7-8-21 8am

---

**Howard, June 04-25-2019**

---

**Defendants' Affirmatives  00:07:52**

---

**Total Time  00:07:52**



ID:V130

| Page/Line | Source | ID |
|---|---|---|

**V130-Howard, June - Defendants' Affirmatives 7-8-21 8am**

| Page/Line | Source | ID |
|---|---|---|
| 12:16 - 12:20 | **Howard, June 04-25-2019 (00:00:09)** | V130.1 |
| | 12:16   Q. My name is Chris Eppich.  I represent | |
| | 12:17 McKesson in this litigation. | |
| | 12:18 Would you please state your full name | |
| | 12:19 for the record. | |
| | 12:20   A. June Howard. | |
| 13:23 - 14:06 | **Howard, June 04-25-2019 (00:00:23)** | V130.2 |
| | 13:23   Q. You understand that you're providing | |
| | 13:24 testimony on behalf of DEA today? | |
| | 13:25   A. Yes. | |
| | 14:1 MR. EPPICH:  I'd like to mark as | |
| | 14:2 Exhibit 1 the amended notice of the deposition | |
| | 14:3 of Ms. Howard. | |
| | 14:4 (Howard Deposition Exhibit 1 marked for | |
| | 14:5 identification and attached to the | |
| | 14:6 transcript.) | |
| 14:25 - 15:03 | **Howard, June 04-25-2019 (00:00:06)** | V130.3 |
| | 14:25   Q. Do you understand it to be the letter | |
| | 15:1 authorizing your testimony on certain subjects | |
| | 15:2 on behalf of DEA? | |
| | 15:3   A. Yes. | |
| 15:11 - 15:19 | **Howard, June 04-25-2019 (00:00:26)** | V130.4 |
| | 15:11   Q. If you could turn to page 6 and | |
| | 15:12 topic 11.  Topic 11 states, "Your practice of | |
| | 15:13 notifying DEA-registered distributors when | |
| | 15:14 another distributor terminated its relationship | |
| | 15:15 with a customer due to the risk of diversion, | |
| | 15:16 including when and why you disseminated [sic] | |
| | 15:17 such practice." | |
| | 15:18 Are you authorized by the DEA to testify | |
| | 15:19 on this topic today? | |
| 15:23 - 15:23 | **Howard, June 04-25-2019 (00:00:00)** | V130.5 |
| | 15:23 THE WITNESS:  Yes. | |
| 15:25 - 16:02 | **Howard, June 04-25-2019 (00:00:05)** | V130.6 |
| | 15:25   Q. And you're prepared to testify on this | |
| | 16:1 topic here today? | |
| | 16:2   A. Yes. | |
| 17:24 - 18:08 | **Howard, June 04-25-2019 (00:00:20)** | V130.7 |
| | 17:24   Q. Now, you're currently the chief of the | |
| | 17:25 reports analyst group unit -- or excuse me, | |

| Page/Line | Source | ID |
|---|---|---|
| | V130-Howard, June - Defendants' Affirmatives 7-8-21 8am | |
| | 18:1 chief of the reports analyst unit; is that | |
| | 18:2 correct? | |
| | 18:3   A. Reports analysis unit. | |
| | 18:4   Q. Thank you. | |
| | 18:5 And is that -- is that a new -- is that | |
| | 18:6 the same as the chief of the targeting and | |
| | 18:7 analysis unit? | |
| | 18:8   A. Yes. | |
| 19:10 - 19:13 | **Howard, June 04-25-2019 (00:00:08)** | **V130.8** |
| | 19:10   Q. You were the chief of the targeting and | |
| | 19:11 analysis unit from 1996 to 2010; is that | |
| | 19:12 correct? | |
| | 19:13   A. Correct. | |
| 22:02 - 22:04 | **Howard, June 04-25-2019 (00:00:08)** | **V130.9** |
| | 22:2   Q. Did you join the targeting and analysis | |
| | 22:3 unit as the chief of that unit in 1996? | |
| | 22:4   A. Yes. | |
| 28:17 - 29:01 | **Howard, June 04-25-2019 (00:00:36)** | **V130.10** |
| | 28:17   Q. Following the first of the distributor | |
| | 28:18 briefings in 2005, DEA established an e-mail | |
| | 28:19 group to announce actions taken by distributors | |
| | 28:20 to either discontinue or limit supply to | |
| | 28:21 customers. | |
| | 28:22   A. Yes. | |
| | 28:23   Q. And these termination notices identified | |
| | 28:24 customers distributors had discontinued or | |
| | 28:25 restricted business with, correct? | |
| | 29:1   A. Correct. | |
| 29:19 - 30:01 | **Howard, June 04-25-2019 (00:00:20)** | **V130.11** |
| | 29:19   Q. Did the DEA want distributors to make | |
| | 29:20 informed decisions about the customers that they | |
| | 29:21 signed up to distribute to? | |
| | 29:22   A. Yes. | |
| | 29:23   Q. DEA understood that distributors trying | |
| | 29:24 to identify potential diversion would benefit | |
| | 29:25 from access to more information than just their | |
| | 30:1 own sales data and customer observations, right? | |
| 30:06 - 30:06 | **Howard, June 04-25-2019 (00:00:00)** | **V130.12** |
| | 30:6 THE WITNESS:  Yes. | |
| 30:08 - 30:11 | **Howard, June 04-25-2019 (00:00:10)** | **V130.13** |

| Page/Line | Source | ID |
|---|---|---|
| V130-Howard, June - Defendants' Affirmatives 7-8-21 8am | | |

|  | 30:8  Q. And if the distributors knew the name of<br>30:9 the pharmacies that had been cut off by other<br>30:10 distributors, it could help them identify<br>30:11 potential diversion, correct? |  |
|---|---|---|
| 30:14 - 30:16 | **Howard, June 04-25-2019 (00:00:08)** | **V130.14** |
|  | 30:14 THE WITNESS:  The information is<br>30:15 limited.  They would need more than notification<br>30:16 of pharmacies that have been cut off. |  |
| 31:03 - 31:06 | **Howard, June 04-25-2019 (00:00:10)** | **V130.15** |
|  | 31:3  Q. You would agree that the more<br>31:4 information the distributor has on the pharmacy,<br>31:5 the more helpful that would be to prevent<br>31:6 diversion, correct? |  |
| 31:10 - 31:10 | **Howard, June 04-25-2019 (00:00:00)** | **V130.16** |
|  | 31:10 THE WITNESS:  Yes. |  |
| 31:12 - 31:14 | **Howard, June 04-25-2019 (00:00:10)** | **V130.17** |
|  | 31:12  Q. Now, DEA considered the termination<br>31:13 notices to be a valuable lead to identify the<br>31:14 source -- a source of diversion, right? |  |
| 31:16 - 31:16 | **Howard, June 04-25-2019 (00:00:01)** | **V130.18** |
|  | 31:16 THE WITNESS:  Yes. |  |
| 34:06 - 34:12 | **Howard, June 04-25-2019 (00:00:16)** | **V130.19** |
|  | 34:6 Would you agree that the DEA knew and<br>34:7 understood that the vast majority of<br>34:8 distributors, upon receiving a termination<br>34:9 notice, they would conduct additional due<br>34:10 diligence or potentially stop supplying a<br>34:11 customer that another distributor had<br>34:12 terminated? |  |
| 34:15 - 34:15 | **Howard, June 04-25-2019 (00:00:01)** | **V130.20** |
|  | 34:15 THE WITNESS:  Yes. |  |
| 41:23 - 42:01 | **Howard, June 04-25-2019 (00:00:12)** | **V130.21** |
|  | 41:23  Q. Was it DEA's general practice to perform<br>41:24 any type of investigation into the pharmacies<br>41:25 and doctors identified in the termination<br>42:1 notices sent to distributors? |  |
| 42:06 - 42:06 | **Howard, June 04-25-2019 (00:00:01)** | **V130.22** |
|  | 42:6 THE WITNESS:  I don't know. |  |
| 42:08 - 42:11 | **Howard, June 04-25-2019 (00:00:12)** | **V130.23** |
|  | 42:8  Q. Was it DEA's general practice to use |  |

| Page/Line | Source | ID |
|---|---|---|
| | V130-Howard, June - Defendants' Affirmatives 7-8-21 8am | |
| | 42:9 ARCOS to investigate any of the pharmacies and | |
| | 42:10 doctors identified in the termination notices | |
| | 42:11 sent to distributors? | |
| 42:15 - 42:15 | **Howard, June 04-25-2019 (00:00:02)** | **V130.24** |
| | 42:15 THE WITNESS:  I don't know. | |
| 42:17 - 42:19 | **Howard, June 04-25-2019 (00:00:08)** | **V130.25** |
| | 42:17   Q. Was it DEA's general practice to set up | |
| | 42:18 any monthly monitoring of the pharmacies and | |
| | 42:19 doctors identified in the termination notices? | |
| 42:23 - 42:23 | **Howard, June 04-25-2019 (00:00:01)** | **V130.26** |
| | 42:23 THE WITNESS:  I don't know. | |
| 42:25 - 42:25 | **Howard, June 04-25-2019 (00:00:02)** | **V130.27** |
| | 42:25   Q. DEA had that capability, didn't it? | |
| 43:04 - 43:05 | **Howard, June 04-25-2019 (00:00:01)** | **V130.28** |
| | 43:4 THE WITNESS:  Can you repeat?  The | |
| | 43:5 capability to do what? | |
| 43:07 - 43:09 | **Howard, June 04-25-2019 (00:00:09)** | **V130.29** |
| | 43:7   Q. The capability to set up a monthly | |
| | 43:8 monitoring of the pharmacies and doctors that | |
| | 43:9 were identified in these termination notices. | |
| 43:11 - 43:12 | **Howard, June 04-25-2019 (00:00:08)** | **V130.30** |
| | 43:11 THE WITNESS:  We had the capability. | |
| | 43:12 Yes. | |
| 43:14 - 43:19 | **Howard, June 04-25-2019 (00:00:17)** | **V130.31** |
| | 43:14   Q. And in 2006, while you were the chief of | |
| | 43:15 the targeting and analysis group, sitting here | |
| | 43:16 today, you're not aware of any investigation or | |
| | 43:17 use of ARCOS data or monthly monitoring of the | |
| | 43:18 pharmacies and doctors that were identified in | |
| | 43:19 the termination notices; is that correct? | |
| 43:24 - 43:24 | **Howard, June 04-25-2019 (00:00:01)** | **V130.32** |
| | 43:24 THE WITNESS:  That's correct. | |
| 44:23 - 44:25 | **Howard, June 04-25-2019 (00:00:09)** | **V130.33** |
| | 44:23   Q. Would you agree that ARCOS data would | |
| | 44:24 have been helpful to distributors to identify | |
| | 44:25 potential diversion? | |
| 45:04 - 45:04 | **Howard, June 04-25-2019 (00:00:00)** | **V130.34** |
| | 45:4 THE WITNESS:  Yes. | |
| 45:06 - 45:13 | **Howard, June 04-25-2019 (00:00:19)** | **V130.35** |
| | 45:6   Q. Now, DEA stopped sending termination | |

| Page/Line | Source | ID |
|---|---|---|
| | 45:7 notices to distributors, correct? | |
| | 45:8   A. Correct. | |
| | 45:9   Q. And do you know when the DEA stopped | |
| | 45:10 sending termination notices to distributors? | |
| | 45:11   A. Based on the DEA records that I | |
| | 45:12 reviewed, it appears that it ceased in | |
| | 45:13 December 2007. | |
| 47:02 - 48:03 | **Howard, June 04-25-2019 (00:01:54)** | **V130.36** |
| | 47:2   Q. Why did DEA stop sending the termination | |
| | 47:3 notices to distributors? | |
| | 47:4   A. Based on my review of the DEA records, | |
| | 47:5 it appears the notification process ceased | |
| | 47:6 because diversion investigators in the field | |
| | 47:7 expressed concern about the notification, and | |
| | 47:8 individuals on the listing were legitimate | |
| | 47:9 pharmacies or doctors and needed their product | |
| | 47:10 for legitimate medical purposes. | |
| | 47:11 Also, the threat of potential | |
| | 47:12 litigation.  And -- that's it for now, if I | |
| | 47:13 can -- yeah. | |
| | 47:14   Q. And what were the concerns of the | |
| | 47:15 diversion investigators? | |
| | 47:16   A. That registrants that were identified | |
| | 47:17 had legitimate purposes for ordering product and | |
| | 47:18 they should not be blacklisted. | |
| | 47:19   Q. And you mentioned the threat of | |
| | 47:20 potential litigation.  Did I hear that | |
| | 47:21 correctly? | |
| | 47:22   A. That's correct. | |
| | 47:23   Q. What was the threat of potential | |
| | 47:24 litigation that you mentioned? | |
| | 47:25   A. In my review of some of the DEA records, | |
| | 48:1 Kyle Wright mentioned that once the notification | |
| | 48:2 termination memos were distributed, pharmacies | |
| | 48:3 and DEA registrants threatened to sue him. | |
| 49:02 - 49:05 | **Howard, June 04-25-2019 (00:00:15)** | **V130.37** |
| | 49:2   Q. Was the threat of litigation, was that | |
| | 49:3 threat too scary for the DEA so that it decided | |
| | 49:4 it would stop sending the termination notices to | |
| | 49:5 distributors? | |

V130-Howard, June - Defendants' Affirmatives 7-8-21 8am

| Page/Line | Source | ID |
|---|---|---|
| | **V130-Howard, June - Defendants' Affirmatives 7-8-21 8am** | |
| 49:08 - 49:09 | **Howard, June 04-25-2019 (00:00:05)** | **V130.38** |
| | 49:8 THE WITNESS:  I believe it contributed | |
| | 49:9 to ceasing sending out the notifications. | |
| 50:12 - 50:16 | **Howard, June 04-25-2019 (00:00:16)** | **V130.39** |
| | 50:12   Q. The DEA -- Ms. Howard, did the DEA stop | |
| | 50:13 sending distribution notices after hearing | |
| | 50:14 concerns about the threat of litigation against | |
| | 50:15 the DEA from pharmacies and doctors that were | |
| | 50:16 identified in the termination notices? | |
| 50:19 - 50:21 | **Howard, June 04-25-2019 (00:00:05)** | **V130.40** |
| | 50:19 THE WITNESS:  That was one of the | |
| | 50:20 reasons.  It appears that they ceased sending | |
| | 50:21 the notifications. | |

Defendants' Affirmatives = 00:07:52
**Total Time = 00:07:52**