## APPENDIX B
### Defendants' List of Exhibits Submitted With Their Deposition Designations

| Deponent | Trial Exhibit No. | Depo Exhibit No. | Trial Exhibit Disposition |
|---|---|---|---|
| Cox, Darren | DEF-WV-00933 | 32 | Submitted with objection |
| Cox, Darren | DEF-WV-01303 | 47 | Submitted with objection |
| Cox, Darren | DEF-WV-01338 & DEF-WV-01339 | 56 | Submitted with objection |
| Knittle, Robert | DEF-WV-01935 | 16 | Already admitted |
| Knittle, Robert | DEF-WV-01944 | 13 | Submitted with objection |
| Knittle, Robert | DEF-WV-02404 | 7 | Submitted without objection |
| Knittle, Robert | DEF-WV-02413 | 8 | Already admitted |
| Knittle, Robert | DEF-WV-02414 | 12 | Submitted with objection |
| Knittle, Robert | DEF-WV-02795 | 3 | Submitted with objection |
| Knittle, Robert | DEF-WV-02935 | 24 | Submitted with objection |
| Knittle, Robert | DEF-WV-02937 | 15 | Already admitted for the purpose of notice |
| Knittle, Robert | DEF-WV-03030 | 21 | Submitted without objection |
| Knittle, Robert | DEF-WV-03616 | 10 | Already admitted |
| Knittle, Robert | DEF-WV-03618 | 11 | Submitted without objection |
| Mapes, Michael | DEF-WV-00640 | 3 | Already admitted |
| Mapes, Michael | P-09112 | 7 | Already admitted for the purpose of notice |
| Mapes, Michael | P-09114 | 9 | Already admitted |
| Mapes, Michael | P-12805 | 8 | Already admitted |
| Thompson, Beth | DEF-WV-00159 | 16 | Submitted without objection |
| Thompson, Beth | DEF-WV-00275 | 44 | Submitted without objection |
| Thompson, Beth | DEF-WV-03829 | 16 | Submitted without objection |