**APPENDIX C**
**List of Exhibits Submitted by Plaintiffs in Relation to Defendants' Deposition Designations**

| Deponent | Trial Exhibit No. | Depo Exhibit No. | Trial Exhibit Disposition |
|---|---|---|---|
| Knittle, Robert | DEF-WV-03061 | 17 | Submitted without objection |
| Mapes, Michael | n/a | 32 | Submitted with objection |
| Mapes, Michael | P-00081 | 25 | Submitted with objection |
| Mapes, Michael | P-00082 | 31 | Already admitted |
| Mapes, Michael | P-00684 | 26 | Submitted with objection |
| Mapes, Michael | P-09115 | 27 | Submitted without objection |
| Mapes, Michael | P-19404 | 28 | Submitted with objection |
| Mapes, Michael | P-19418b | 30 | Submitted with objection |
| Mapes, Michael | P-23733 | 29 | Already admitted |
| Mapes, Michael | P-44541 | 24 | Submitted without objection |
| Mapes, Michael | P-44542 | 20 | Submitted with objection |