## APPENDIX D
## Index of Deposition Designations Objections and Replies

| Appendix D No. | Deponent | Transcript Designations for Deposition Date(s) |
| --- | --- | --- |
| D.1 | Darren Cox | 7/15/2020 |
| D.2 | June Howard | 4/25/2019 |
| D.3 | Robert Knittle | 8/27/2020 |
| D.4 | Michael Mapes | 7/11/2019 & 7/12/2019 |
| D.5 | Beth Thompson | 7/23/2020 & 7/28/2020 |