## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

THE CITY OF HUNTINGTON,

      Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

      Defendants.

Civil Action No. 3:17-01362

CABELL COUNTY COMMISSION,

      Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, *et al.*

      Defendants.

Civil Action No. 3:17-01665

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE** that Sara J. Dennis, Esq. is withdrawing as legal counsel on behalf of

McKesson Corporation in this matter effective October 5, 2021. Accordingly, it is requested that Ms. Dennis

be removed as a participant to the electronic docket in this matter.

Respectfully submitted this 5th day of October, 2021.

*/s/ Timothy C. Hester*
Timothy C. Hester (DC 370707)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001
Telephone: (202) 662-5324
thester@cov.com
*Counsel for McKesson Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| THE CITY OF HUNTINGTON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01362 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | |
| Defendants. | |

| | |
|---|---|
| CABELL COUNTY COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No. 3:17-01665 |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.* | |
| Defendants. | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 5th day of October, 2021, I filed a true and exact copy of the foregoing "***Notice of Withdrawal as Counsel***" via the Court's CM/ECF system which will provide service to all counsel of record.

*/s/ Timothy C. Hester*
Timothy C. Hester (DC 370707)