AmerisourceBergen                                                                                    CSRA Form 18

## Suspicious Order Monitoring - Base Levels

As part of our responsibilities as a distributor of controlled substances, the Drug Enforcement Administration (DEA) requires by federal regulation that we inform them of any actual or suspected cases of excessive or suspicious purchases of controlled substances.

Reporting of suspicious orders is automated to report possible suspicious or unusual transactions to the DEA electronically on a daily basis. However, these computer reports do not relieve us of our responsibility to report suspicious orders, especially large single orders.

Every controlled substance order received in the vault or cage will be **closely inspected by** the Order Clerks **prior to filling** to determine if quantities ordered may be excessive. **Any ordered quantities above the following basic parameters MUST be brought to your supervisor's attention:**

    Bottle of 100 ..................................................................above 10

    Bottle of 500 ..................................................................above 2

    Bottle of 1000 .................................................................above 1

    4 ounce liquids ...............................................................above 12

    16 ounce liquids .............................................................. above 3

    Gallons of liquids ............................................................above 1

    Injectables ......................................................................above 50

    Powdered Schedule 2 items ..........................................above 1 oz.

**In addition, any irregular orders, orders of unusual size or quantities, or orders deviating from the customer's normal pattern MUST also be brought to the supervisor's attention.**

Order quantities **deemed excessive** by the supervisor whether filled, cancelled, or reduced **must be reported to the DEA** office having jurisdiction over the division by the supervisor within twenty-four (24) hours. Initial notification may be made by telephone, however, written notification and/or submission of a copy of the order document or Schedule 2 order form will be submitted to DEA with a copy of all documents and communications placed in company file for a period of three (3) years.

Corporate Security & Regulatory Affairs                                                       February 2007



AM-WV-00006

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER
AM-WV-00006.00001

ABC-MSAGC00000089
ABDCMDL00000089