| | |
|---|---|
| **From:** | Madsen, Greg |
| **Sent:** | Thu, 24 Sep 2015 17:11:48 -0400 (EDT) |
| **To:** | May, David[dmay@amerisourcebergen.com]; Cherveny, Eric [ECherveny@amerisourcebergen.com]; Taraschi, Anthony [ATaraschi@amerisourcebergen.com]; Hamilton, Greg [GHamilton@amerisourcebergen.com] |
| **Subject:** | Columbus DC DEA Audit- OMP Meeting Prep |
| **Location:** | Conference Call: 800/315-5963 Pass code 65652903 |
| **Start Time:** | Fri, 25 Sep 2015 14:30:00 -0400 (EDT) |
| **End Time:** | Fri, 25 Sep 2015 15:00:00 -0400 (EDT) |

Having a quick call to discuss the DEA request for customer files and OMP information and to schedule the meeting with DEA for next week.

Thanks.  Greg

Begin forwarded message:

**From:** "Freese, Jesse L." <Jesse.L.Freese@usdoj.gov>
**Date:** September 24, 2015 at 12:00:16 PM EDT
**To:** "Hamilton, Greg" <GHamilton@amerisourcebergen.com>
**Subject: RE: Columbus DEA Audit, Sep15 - Top 10 Complete.xlsx**

Good morning Greg,

Would it be possible to schedule that teleconference with your Corporate Compliance folks for next Tuesday (Sept 29th)? I wish to discuss your suspicious ordering monitoring program and due diligence with them.

Can I also get the due diligence files for the following ABC customers?

- Pharmacy Associates, 1308 4th Ave, Huntington, WV 25701-DEA #BP0795433
- Nicholas Pharmacy, 421 Main Street, Summersville, WV 26651-DEA #BN9557298
- Moundsville Pharmacy, 118 North Lafayette Ave, Moundsville, WV 26041- DEA #AM9597800
- Continuumcare Pharmacy, 78 Perry Winkle Lane, Huntington, WV 25702-DEA #FC1712668
- McCloud Family Pharmacy, 4541 5th Street Road, Huntington, WV 25701, DEA #BM9558733
- Walgreens, 6414 Route 60, Barboursville, WV 25504, DEA #FW1925568
- Drug Emporium, 3 Mall Road, Barboursville, WV 25504, DEA #BD0427927
- Church Square Pharmacy, 7905 Euclid Ave, Cleveland, OH 44103-DEA #FC0792704
- BSD Inc, 716 Madison Avenue, Covington, KY 41011, DEA #AS1185900

I will likely have more requests later, but I wanted to have a few files to discuss during our teleconference.


AM-WV-00121

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ABDCMDL00155949

Thank you,

**Jesse Freese**
Diversion Investigator
Drug Enforcement Administration
Columbus, OH District Office
Office: 614-255-4169
Fax: 614-469-5788

---

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER