DOCUMENT PRODUCED IN NATIVE FORMAT

DOCUMENT PRODUCED IN NATIVE FORMAT 

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AM-WV-00398.00001

ABDCMDL00171311