SOM Investigation Summary
Huntington-Cabell Customers

| A | Cust Name | B Customer # | C DEA # | D DC | E Sales Rep | F Purchase Activity | G Inv Open | H Inv Closed | I Origin | J INV | K | L Customer Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | BUDGET DISCOUNT PHARMACY APSC | 010099614 | BG6892625 | Columbus | | 14K Hydro (7K Avg) 10K Alpraz (4K Avg) | 6/12/2007 | 6/22/2007 | 4/07 Hydro / Alpraz | EH | Account Opened - No suspicious found | Open |
| 111 | S & F PHARMACY, INC  #2  RX | 010041830 | AS7523118 | Columbus | Mike Perry | 28K Hydro (28k AVG) 21K Alpraz (19k AVG) | 6/1/2007 | 6/22/2007 | 4/07 Hydro / Alpraz | SK | Account Opened - No suspisicious found | Open |
| 114 | S & F PHARMACY, INC  RX | 010040360 | BS1588168 | Columbus | Michel Perry | 51.4K Hydro 3/07, 49.6K Hydro, 26.7k Aprazolam 04/07 | | | CSRA | TW | Account Opened - No suspicious found | Open |
| 115 | MEDICAL ARTS SUPPLY, INC APSC | 010040238 | BM3744489 | Columbus | Jon Cook | 8K Hydro (9K AVG) | 5/31/2007 | 6/12/2007 | 4/07 Hydro/ Alpraz | JJ | Account Opened - No suspicious found | Open |
| 117 | MEDICAL PARK PHARMACY  APSC | 010018242 | BM9592381 | Columbus | Jon Cook | 19K Hydro (16K AVG) 14K Alpraz (11k AVG) | 6/4/2007 | 5/27/2007 | 4/07 Hydro/ Alpraz | SK | Account Opened - No suspicious found | Open |
| 118 | MCCLOUD FAMILY PHARMACY  APSC | 010016402 | BM9558733 | Columbus | Mike Perry | 21K Hydro (20k AVG) 13K Alpraz (11K Avg) | 5/30/2007 | 6/22/2007 | 4/07 Hydro/ Alpraz | SK | Account Opened - No suspicious found | Open |
| 832 | SAFESCRIPT PHARMACY #6  APSC | 010052670 | BS8246349 | Columbus | Mike Perry | 21K Hydro (25K AVG) | 5/31/2007 | 6/26/2007 | 4/07 Hydro | Sk | Account Open - No suspicious Found | Open |
| 834 | MEDICAP PHARMACY (#317)  APSC | 010050500 | BM7641512 | Columbus | Mike Perry | 5.5.k Hydro Weekly | 5/30/2007 | 6/22/2007 | May 07 Weekly | SK | Account Open - No suspisuous found | Open |
| 860 | DRUG EMPORIUM | 010040204 | BD0427927 | Columbus | Michael Perry | 25K Hydro (23K AVG) 20K Alpraz (18 AVG) | 5/31/2007 | 7/12/2007 | 4/07 Hydro/ Alpraz | EH | Account Open - No suspicuous Found | Open |

AM-WV-00714A