

**U. S. Department of Justice**
Drug Enforcement Administration

Office of Training
P.O. Box 1475
Quantico, Virginia  22134-1475

SEP 2 5 2003

Mr. Steve Mays
Manager, Regulatory Affairs
Amerisource Bergen
P.O. Box 959
Valley Forge, Pennsylvania  19482

Dear Mr. Mays:

This letter is to confirm previous arrangements made by the Drug Enforcement Administration (DEA) Office of Training Class Coordinator Dorothy Coursey for a tour of the Bergen Brunswig facility in Richmond, Virginia, by our Diversion Investigator Trainees.  I appreciate your cooperation, and I am certain that the visit to your distribution plant will be a valuable learning experience for our students.

The visit to Bergen Brunswig is scheduled for Friday, October 31, 2003.  Approximately 30 employees, participating in the tour, will be arriving by bus at approximately 2 p.m. and we will depart your facility at approximately 4 p.m. for the return trip to Quantico, Virginia.

Again, thank you for your cooperation and support of the DEA Office of Training.  Ms. Coursey will be in contact with you regarding further arrangements.  In the meantime, if you should have any questions, please do not hesitate to contact her at (703) 632-5180.

Sincerely,

John R. McCarty
Special Agent in Charge



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
AM-WV-00782.00001

# Controlled Substance Regulatory Compliance

**Presented by AmerisourceBergen Corporation in cooperation with the Drug Enforcement Administration**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AM-WV-00782.00002

ABDCMDL00315796

# Steve Mays

## Director, Regulatory Affairs

## Security and Regulatory Affairs Dept.

## AmerisourceBergen Corporation (ABC)

## Valley Forge, PA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315797

# Statement of Goals

⋏ The goal of this program is to provide the participants with an overview of the Pharmaceutical (Drug) Wholesale industry and the Wholesaler's compliance with 21 C.F.R. 1300 to the End. In addition, we will provide examples and methods of standard operating procedures of a full-line pharmaceutical wholesaler in an attempt to educate and thus enhance and build on the good working relationship between the Industry and DEA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315798

# Objectives

- At the end of the presentation attendees should:

⋏ Understand the basic functions of a drug wholesaler with regard to distribution of controlled substances

⋏ Be familiar with the basic structure and departments of a drug wholesaler

⋏ Understand the Industry, basic operations and procedures and how they relate to 21 CFR 1300 to the end

⋏ Evaluate and understand the different types of reports and documents available during an audit

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315799

# Wholesale Drug Distributors

- There are over 3,000 different manufacturers of pharmaceuticals and health care products in the United States
  - ABC maintains approximately 140,000 SKUs (stock keeping units)

- There are over 130,000 pharmacy sites
  - Retail
  - Closed Door
  - Hospital

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AM-WV-00782.00006

ABDCMDL00315800

# ROLE OF THE WHOLSALE DISTRIBUTOR

Manufacturers    Pharmacies



**Without Distributors**

Confusion and Complexity

If all 130,000 pharmacy sites ordered product from all 3,000 manufacturers once a month the industry would generate 4.9 billion transactions each year

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315801

# ROLE OF THE WHOLESALE DISTRIBUTOR

**With Distributors**

Control and Common Sense

Utilizing the 80 drug wholesalers that number is cut to 124 million transactions (97% reduction in transactions)

Manufacturers

Pharmacies



Wholesaler

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315802

# Wholesale Drug Distributors

∧ There are approximately 80 wholesalers who operate approximately 230 distribution centers nationwide which generate approximately $120 billion in sales annually

∧ The top 3 wholesalers account for approximately 90% of the market

∧ In the past decade the industry has cut operating expenses by over 30 percent

∧ Cutting operating expenses has not curved the steady decline in profit margins

∧ Average product mark-up is 1%

∧ Estimated net profits for Wholesale Drug Distributor is less than 1 percent (0.65%) of sales

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315803

# Cost of Goods

➢ ABC's cost on Prozac ($4,400)

    ➢ At 1% mark-up, a distribution facility would need to sell $440,000 dollars of product to recoup the loss of one bottle

➢ ABC's cost on a case of Claritin ($34,000)

    ➢ At 1% mark-up, a distribution facility would need to sell $3.4 million of product to recoup the loss of one case

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315804

# AmerisourceBergen Corporation

AmerisourceBergen is the largest pharmaceutical services company in the United States dedicated solely to the pharmaceutical supply chain. It is the leading distributor of pharmaceutical products and services and is also a leader in the long term care pharmacy and workers' compensation fulfillment marketplaces.

- ABC has been in business since 1889
- ABC 2003 revenue - $45 billion
- Employs 14,000 people
- ABC is ranked #24 on the Fortune 500 list
- Operates 170 separate DEA registered locations

- ABC subsidiaries (ABSG, Pharmerica, AHP)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315805

# AmerisourceBergen Drug Company

➢ Operational Time Line (six days/week)

➢ Receiving (6:00am - 2:00pm)- approx. $125-190 million daily

➢ Ordering (6:00am - 9:00pm) - approx. 100 - 1,000 night

➢ Picking (12:00pm - 3:00 am) - approx. 10K - 70K Lines

➢ Shipping (10:00pm - 6:00am)

➢ Delivery (7:00 am - 4:00pm) - local and line haul

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315806

# AmerisourceBergen Drug Company

➤ Drug Enforcement Administration Audits
  ➤ Average approximately 12 audits each year
  ➤ Each distribution center audited once every 3-5 years

➤ ABC Security and Regulatory Compliance Audits
  ➤ Average approximately 30 audits each year
  ➤ Each distribution center audited once every 6 – 18 months

➤ Other Regulatory Agencies Impacting Distribution
  ➤ FDA (PDMA & New Food Handler Registration)
  ➤ State Boards of Pharmacy/Departments of Health
  ➤ Dept. of Transportation/FAA
  ➤ OSHA
  ➤ EPA (Rx Waste)
  ➤ HIPAA (Patient Privacy)
  ➤ Bureau of Wholesale Furniture

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315807

# Code of Federal Regulations

- Interpretation
  - Between different facets of the Industry (Phcy, Dist, Mfg's)
  - Between Industry and DEA
  - Between DEA Field Offices and/or Washington

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315808

# 21 CFR 1301 - Security

➤ 1301.71 - provide effective controls to guard against theft and diversion (Internal/External)

➤ Building Security

➤ Physical Controls

➤ Perception/Reality

➤ Security Systems (alarm, access control, CCTV, etc.)

➤ Segregated Areas (lobby, office, warehouse, parking)

➤ Policy and Procedures

➤ Employee entrance

➤ Emergency exits

➤ Visitor log and badges

➤ No packages (purses, backpacks, etc.) in warehouse

➤ No picking aprons outside warehouse

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315809

# 21 CFR 1301 - Security

- A 1301.72 - Controlled Drug physical security
  - A Vault & Cage
    - A Physical
      - A construction (concrete, modular, wire gauge)
      - A security systems (different detection sensors)
  - A Policy and Procedures
    - A Access lists
    - A Shipping and Receiving policies (DBL check, log)
    - A Inventory control
    - A Accountability is key

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 21 CFR 1301 - Security

➢ 1301.74 - Other security controls

  ➢ Good faith license inquiry

    ➢ MOST IMPORTANT FUNCTION

    ➢ Wholesale distributors have an express duty to verify licensure and registration status of its customers

  ➢ Customer File Set Up

    ➢ on-site customer inspection

    ➢ retain copy of each customer's registration

    ➢ DEA information entered into computer system exactly as represented on actual registration certificate

    ➢ only delivery to address in system

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315811

# 21 CFR 1301 - Security

- ➢ Customer File Maintenance
  - ➢ Customer DEA Review Report (NTIS)
    - ➢ reviewed monthly by each distribution center
    - ➢ also reviewed by corporate
  - ➢ Federal Register review daily
  - ➢ 30 and 60 day expiration reports printed at distribution centers
  - ➢ License expiration notifications printed on invoices
  - ➢ Computer system automatically "blocks" orders of expired registrations

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315812

# 21 CFR 1301 - Security

- A 1301.74 - Other security controls
  - A Suspicious order reporting system
    - A Suspicious orders include orders of unusual size, deviating substantially from a normal pattern, and/or unusual frequency
    - A Automated reporting system
    - A Flexible reporting timeframes
    - A Customer specific (retail, hospital, physician, etc.)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315813

# 21 CFR 1301 - Security

⋏ 1301.74 - Other security controls

  ⋏ Theft/loss reporting (DEA Form 106)

  ⋏ Common and contract carriers

  ⋏ Narcotic Treatment Center deliveries

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315814

# 21 CFR 1301 - Security

➢ 1301.90 & .93 - Employee Screening

  ➢ Prospective employees including temporary associates

➢ **All Associates**

  ➢ Justifacts - ALL felony & misdemeanor convictions

➢ **"Compliance Critical" Personnel**

  ➢ DEA - Drug related charges

  ➢ Annual Justifacts

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315815

# 21 CFR 1304 – Records & Reports

- 1304.04 – Maintenance of records and inventories
  - 3 years plus current
  - Central Recordkeeping
    - not including executed DEA Form 222's or inventories
  - Records must be available within two business days of a written request
  - Schedule II records must be stored separately
  - Schedule III-V records stored separately or in a readily retrievable manner

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315816

# 21 CFR 1304 – Records & Reports

➢ 1304.11 - Inventory requirements

➢ Complete and accurate record of all controlled substances on hand on the date the inventory is taken

➢ ABC Policy and Procedures regarding shipping, receiving and returns

➢ Inventories
  ➢ Daily transaction activity counts (detect errors)
  ➢ End of Month inventory of all Controlled Substances (saleable & unsaleable)
  ➢ Year End ARCOS - Schedule II & III narcotics
  ➢ Biennial - a complete inventory at least every two years

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315817

# 21 CFR 1304 – Records & Reports

Ⲗ Area of confusion during audits/inspections

Ⲗ 1304.22 – Records for distributors

 Ⲗ Product name, description, quantity, name, addresses, DEA registration number, for all transactions (sales, receipt, credit, debit, etc.)

 Ⲗ All of this information is available

Ⲗ 1304.33 Reports to ARCOS

 Ⲗ Filed monthly

 Ⲗ All Schedule II and Schedule III narcotic products

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315818

CHEMICAL EMERGENCY
1-800-451-8346

**AmerisourceBergen**

AMERISOURCEBERGEN-PADUCAH
322 NORTH 3RD ST.
PADUCAH, KY 42001
DEA# PA0322627   PH# 800-846-2472
S/LIC# W011157

AmerisourceBergen
P.O. BOX 50272
ST. LOUIS, MO 63150-0270

**INVOICE**

Ship Date 5/14/09  INV/DIV 3017160-17
State License F050255
Route 382-010

Order# 8037318
Conf.# 25659

BAPTIST HLTHCARE SYST, IN-CST.
CENTRAL BAPTIST HOSP DEPT PHCY
1740 NICHOLASVILLE ROAD
LEXINGTON, KY 40503

3005SFTT
BAPTIST HLTHCARE SYST, IN-CST.
CENTRAL BAPTIST HOSP DEPT PHCY
1740 NICHOLASVILLE ROAD
LEXINGTON, KY 40503
Ph# 859-260-6659

| Item Number | Customer Number | Quantity | Description | Item | NDC | Pack | Extended | OTC Stickers | Cust | AMU | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 3017160 | | ATIVAN 2MG/ML 10ML | BXT | 10 VL | 10019-102-10 | 4 | 30000 | 30000 | 8807 | 17514 | CR |
| | | | ** Refrigerate Upon Arrival | | | | | | | | | |
| 2 | | | BREVITAL SOD 500MG MDV | | 50ML VL | 61570-095-01 | 4 | 4051 | | 3172 | | M |
| 10 | | | ** Not Shipped  * Expected Arrival Date : 07/21/03 | | | | | | | | | |
| 15 | | | BUTORPHANOL 2MG/ML | BDF | 10ML VL | 55390-185-10 | 4 | 6500 | | 4110 | 61650 | C |
| 14 | | | BUTORPHANOL 2MG/ML | APX | 10ML VL | 60505-0660-0 | 4 | 6500 | | 4972 | 79552 | C |
| 3 | | | HYDROCODONE/APAP 5/500 | MLL | 100UD TB | 0406-0357-62 | 3 | 4375 | | 717 | 2157 | CAD |
| 1 | | | KETAMINE 100MG/ML 5ML | | 10 VL | 0074-2051-05 | 3N | 9825 | | 6174 | 6174 | C |
| 20 | | | MIDAZOLAM HCL 1MG/ML 2ML | BXT | 10 VL | 0074-028-02 | 4 | 1400 | | 480 | 14400 | C |
| 10 | | | MIDAZOLAM 1MG/ML 5ML FTV | | 10 VL | 0074-2357-03 | 4 | 1551 | | 1214 | 12140 | C |
| 61 | | | STADOL 2MG/ML | | 10ML VL | 0015-5648-20 | 4 | 7639 | | 3347 | 204187 | C |
| | | | ** Not Shipped | | | | | | | | | M |

Retail:
Freight:

3,978.54   OTC Cost
Inc Qty   % Labels

1-1574/2571:  16-10M/10TH
1-1574/2571:

AB3024247

REPRINT MERCH RETURN

AmerisourceBergen

AMERISOURCEBERGEN-PADUCAH
321 NORTH 3RD ST
PADUCAH, KY 42001
DEA# PL0232627 PH# 800-945-2472

CREDIT MEMO   BGNSSE11

ROUTE/STOP 383--10

To: BAPTIST HLTHCARE SYST, IN-C11
CENTRAL BAPTIST HOSP DEPT PHCY
1740 NICHOLASVILLE ROAD
LEXINGTON, KY 40503   4815

| Ship Date | CM Number | Co. | St. | Slsm. | Reference Number | Customer Number | Description | | Invoice | Ship To | File | DEA Number | Amount Due | Pg. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5886154 | | | | | 33162 | | | 334 | 33162 | 5539001B510 | AB3024243 | 4110 | 1 |
| | | | | | | | | | | | | | | 8220 0201 |

| CM Date 6/05/03 | Product Code 4154704 | Qty 2 | EA | BUTORPHANOL 2MG/ML BDF 10ML VL |
| | | | | IN#3017160 PO# 4815 |

# 21 CFR 1305 - Order Forms

- 1305.03, .06, .09 & .11 - An order form (DEA Form 222) is required for each distribution of a Schedule II controlled substance
  - Alterations, incomplete
- 1305.07 – Power of Attorney
  - Authorized associates to sign DEA Form 222's
- Each DEA Form 222 is double-checked and matched against work order for accuracy and completeness
- 1305.15 – Cancellations
  - Purchaser cancellations
  - Supplier cancellations
- Automation will positively impact the Industry

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315821

# 21 CFR 1309 – Listed Chemicals

⋏ Registration, Recordkeeping and Reporting

⋏ 1309.21 - (Registration) Every person who distributes List I Chemicals shall obtain annually a registration specific to List I Chemicals

  ⋏ Exemptions

    ⋏ DEA Controlled Substance registration

    ⋏ "retail distributor"

⋏ 1309.23 - Separate registration for separate locations

  ⋏ System automatically blocks customers without license

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315822

# 21 CFR 1310 – Listed Chemicals

- 1310.03 – (Recordkeeping) Required Records
  - Regulated transactions
- 1310.04 – Maintenance of Records
  - Regular business records are acceptable
  - Current plus 2 years
  - Central location record retention acceptable
  - "Readily Retrievable"

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315823

# 21 CFR 1310 –
# Listed Chemicals

- 1310.05 - (Reporting) Required Reports
  - Extraordinary quantity
  - Uncommon method of payment or delivery
  - Excessive loss or disappearance
- Reporting requirements for Chemicals are different than Controlled Substances
  - Oral notification upon discovery of loss
  - Written report must be filed within 15 days of oral notification
  - No DEA Form 106

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315824

# Future Impact

- Crime
  - Theft/Burglary
  - Counterfeit Product
- Controlled Substance Ordering System (CSOS)
- Listed Chemicals Storage Requirements
- Rescheduling of certain products

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315825

# Questions ?

> Industry

> AmerisourceBergen Corporation

> Registration

> Security

> Records and Reports

> Order Forms

> Listed Chemicals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00315826