**From:** "Lee, Angela D." <Angela.D.Lee@usdoj.gov>
**Sent:** Tue, 17 Jun 2014 14:14:02 -0400 (EDT)
**To:** "May, David" <DMay@amerisourcebergen.com>
**Subject:** RE: suspicious orders

Sounds great, shouldn't take but a few minutes, thanks again,

Angela Lee
DEA Diversion Investigator
Jackson District Office
O/601-965-8266
F/601-965-4019
C/601-397-1565

**From:** May, David [mailto:DMay@amerisourcebergen.com]
**Sent:** Tuesday, June 17, 2014 1:13 PM
**To:** Lee, Angela D.
**Subject:** RE: suspicious orders

This week I am in Pennsylvania; I've blocked 11:30 am (eastern) for our call. Let me know if that works for you.

**From:** Lee, Angela D. [mailto:Angela.D.Lee@usdoj.gov]
**Sent:** Tuesday, June 17, 2014 2:01 PM
**To:** May, David
**Subject:** RE: suspicious orders

Hey, David, I will try to contact you on Thursday, what phone # & what time would be convenient? I don't know where you are located but we are on central time. Thanks again,

Angela Lee
DEA Diversion Investigator
Jackson District Office
O/601-965-8266
F/601-965-4019
C/601-397-1565

**From:** May, David [mailto:DMay@amerisourcebergen.com]
**Sent:** Tuesday, June 17, 2014 12:33 PM
**To:** Lee, Angela D.
**Subject:** RE: suspicious orders

Angela,
I'm more than happy to get on the phone and take some time with you, the DPM or anyone else in your office to respond to the below questions and discuss any other matters relating to the company's diversion program. I will not, however, be able to provide written responses. David

**From:** Lee, Angela D. [mailto:Angela.D.Lee@usdoj.gov]
**Sent:** Tuesday, June 17, 2014 12:54 PM
**To:** May, David
**Subject:** RE: suspicious orders

Thank you, actually I need it in writing please, I will be out of the office after lunch today & all day tomorrow, returning on Thursday, thanks,

Angela Lee
DEA Diversion Investigator
Jackson District Office
O/601-965-8266



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AM-WV-00792.00001

ABDCMDL00316215

F/601-965-4019
C/601-397-1565

---

**From:** May, David [mailto:DMay@amerisourcebergen.com]
**Sent:** Tuesday, June 17, 2014 11:52 AM
**To:** Lee, Angela D.
**Subject:** FW: suspicious orders

Angela,
If you would like to call me at 3:00pm today, I would be more than happy to respond to the below questions for you.

*David May, Senior Director*
*CSRA/Diversion Control and Federal Investigations*
*AmerisourceBergen Corporation*
*dmay@AmerisourceBergen.com*
*Mobile 910-986-5061*

---

**From:** Lee, Angela D. [mailto:Angela.D.Lee@usdoj.gov]
**Sent:** Tuesday, June 17, 2014 9:40 AM
**To:** Harrison, Andy
**Cc:** May, David
**Subject:** RE: suspicious orders

Thank you, Andy,

Hello David, can you please provide the following information, should you have any questions please feel free to contact me, thanks again,

The following is the information I need to complete my report on Amerisource's suspicious transactions report. If you have any questions for me please feel free to contact me.

1) Why was the activity reported as suspicious?
2) Was the drug delivered to the customer? If so, why?
3) What criteria is used to determine any suspicious order?
4) In what time frame were the suspicious orders placed? Is this a monthly, quarterly, etc. generated report?
5) Are the customers notified, warning letters, terminated, etc?

Thanks again,

Angela Lee
DEA Diversion Investigator
Jackson District Office
O/601-965-8266
F/601-965-4019
C/601-397-1565

---

**From:** Harrison, Andy [mailto:AHarrison@amerisourcebergen.com]
**Sent:** Monday, June 16, 2014 2:59 PM
**To:** Lee, Angela D.
**Subject:** FW: suspicious orders

Good Afternoon Angela,

Our Senior Director over our order monitoring program will be able to assist you with the questions regarding suspicious orders. I have included his contact information below.

Thank you,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00316216
AM-WV-00792.00002

**Andy Harrison**
Compliance Manager
205.722.8563 Mobile | 205.421.4841 Fax
205.421.4827 Office | 106.4827 ABC Global


AmerisourceBergen

*"We Take Pride In Everything We Do Because People's Lives Depend On It"*

---

**From:** May, David
**Sent:** Thursday, June 12, 2014 4:09 PM
**To:** Harrison, Andy
**Cc:**
**Subject:** RE: suspicious orders

Andy,
Please pass along my contact information to Ms. Lee and I will be happy to discuss our OMP with her.

*David May, Senior Director*
*CSRA/Diversion Control and Federal Investigations*
*AmerisourceBergen Corporation*
*dmay@AmerisourceBergen.com*
*Mobile 910-986-5061*

**From:** "Lee, Angela D." <Angela.D.Lee@usdoj.gov>
**Date:** June 12, 2014 at 3:04:07 PM CDT
**To:** "Harrison, Andy" <AHarrison@amerisourcebergen.com>
**Subject: suspicious orders**

> Hello, Andy, thanks so much for your help. The following is the information I need to complete my report on Amerisource's suspicious transactions report. If you have any questions for me please feel free to contact me.
>
> 1) Why was the activity reported as suspicious?
> 2) Was the drug delivered to the customer? If so, why?
> 3) What criteria is used to determine any suspicious order?
> 4) In what time frame were the suspicious orders placed? Is this a monthly, quarterly, etc. generated report?
> 5) Are the customers notified, warning letters, terminated, etc?
>
> Thanks again,
>
> Angela Lee
> DEA Diversion Investigator
> Jackson District Office
> O/601-965-8266
> F/601-965-4019
> C/601-397-1565

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AM-WV-00792.00004

ABDCMDL00316218