| | |
|---|---|
| From: | "Marcum, Cathy" <CMarcum@amerisourcebergen.com> |
| Sent: | Wed, 16 Apr 2014 10:38:14 -0400 (EDT) |
| To: | "Campbell, Elizabeth" <ECampbell@amerisourcebergen.com>; "Mays, Steve"<SMays@amerisourcebergen.com>; "Hazewski, Edward"<EHazewski@amerisourcebergen.com>; "Glover, Sherrice" <SGlover@amerisourcebergen.com>; "Casalenuovo, Christopher"<CCasalenuovo@amerisourcebergen.com> |
| Cc: | "May, David" <DMay@amerisourcebergen.com> |
| Subject: | Follow - up - Meeting prep- DEA Office - Louisville, KY |

All,

The meeting with the DEA office in Louisville KY was held on Tuesday April 16th.

David May and myself met with Martin Redd- Diversion Group Supervisor and Pat Salers – Diversion investigator to review the AmerisourceBergen OMP program. We presented the PowerPoint that was reviewed and approved by this group. The meeting went very well, they ask a few general questions surrounding the program to help them better understand the order review process.

Mr. Redd advised us that the main reason that he wanted the meeting was due to the new process that DEA headquarters has implemented for his office. He now receives a monthly report from headquarters that contains all the rejected orders by ABC in his region and he is now required to respond to Headquarters with an explanation as to why they were reported as suspicious. One point of concern from him was why a customer is rejected one day and have available inventory the next day. This was addressed during the explanation of the rolling 30 days, customer threshold's and customer setup. He was satisfied with the information that we provided, he also ask who he could reach out to at the Paducah DC if he had any questions surrounding a customer on the report – I provided Jeff Walker's name as the Paducah Compliance Manager as his point of contact .

David May also advised Mr. Redd that he is currently reviewing the overall program to determine if there are revisions that need to take place. He explained that in many cases he feels we are over reporting. He assured them that we are continuing to review the program and are making adjusts to strengthen our program as we see necessary.

The meeting ended on a positive note and there was no request for a follow up meeting.

Please contact David or myself with any questions and/or concerns

Thank you
Cathy


*Cathy Marcum*
*Director -Corporate Security & Regulatory Affairs*

 

*1-502-955-3681 Office*
*1-502-552-8811 Cell Phone*
*1-502-955-5644 Fax*

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not consistute the waiver of the attorney-client or any other privilege.

---

**From:** Campbell, Elizabeth
**Sent:** Monday, April 14, 2014 4:04 PM
**To:** Marcum, Cathy; Mays, Steve; May, David; Hazewski, Edward; Glover, Sherrice
**Cc:** Casalenuovo, Christopher J.
**Subject:** RE: Meeting prep- DEA Office - Louisville, KY

# Privileged

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    AM-WV-01108    ABDCMDL00437054
AM-WV-01108.00001

-----Original Appointment-----
**From:** Marcum, Cathy
**Sent:** Monday, April 14, 2014 10:13 AM
**To:** Mays, Steve; May, David; Hazewski, Edward; Campbell, Elizabeth; Glover, Sherrice
**Cc:** Casalenuovo, Christopher J.
**Subject:** Meeting prep- DEA Office - Louisville, KY
**When:** Monday, April 14, 2014 4:45 PM-5:15 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 800-315-5963, participant code 62350652: Chairperson Pass code: 76700966

# Privileged

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00437055

AM-WV-01108.00002