## SOM Investigation - S and F Pharmacy 2 - 6/07
### Status: Archived - 06/14/11

**RA07-0953**
**Priority: Medium**

**IMPORTANT DATES:**

| Date Opened | Date Closed | Last Update | Date Added | Due Date | Customer |
|---|---|---|---|---|---|
| 06/14/07 | 06/22/07 | 06/22/07 | 06/14/07 | | |

Reference Number

- Old File No. -
- Customer/Requestor -

- City -
- State - West Virginia
- Country - United States
- Entity -
- NA -
- Storage -

**Internal Staff:**

| | |
|---|---|
| Kirsch, Scott J | Manager in Charge |
| Kirsch, Scott J | Team Member |
| Cherveny, Eric | Team Member |

**LEGAL HIERARCHY**
- Corp Security Reg Affairs
- Investigation
- Suspicious Orders-Internet

**LOCATION HIERARCHY**
AmerisourceBergen Drug Corporation (ABDC)
　North/East
　　Columbus, OH (Lockbourne)

**DEPARTMENT/S HIERARCHY**

**FIRM / VENDOR COMPANIES ASSIGNED**

| Firm Name | LV Code | Role | Date Assigned | Status / Released Date | Alt Fee (Yes / No) | Amount Invoiced |
|---|---|---|---|---|---|---|
| | | | | Total Lifetime Invoices from Outside Counsel / Vendors: | | 0.00 |

**MATTER EVENTS - 60 DAY OUTLOOK**

**AMERISOURCEBERGEN DEFINED FIELDS**

**FINANCE CONSIDERATIONS**

| | By Adversary | By Company |
|---|---|---|
| Amount Recovered: | 0.00 | 0.00 |
| Amount Lost: | 0.00 | 0.00 |
| Net Amount: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| Sum: | 0.00 | 0.00 |
| Average: | 0.00 | 0.00 |

| Recovery/Payment | Recovery / Payment | Outcome Amount | 0.00 |
|---|---|---|---|
| 0.00 | Payment | | |
| Insurer | Equitable Relief | Pre Insurance Sub Total | 0.00 |
| | No | | |
| | | Payment Of | 0 |
| | | Total Loss Of Matter | 0.00 |



AM-WV-01406

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AM-WV-01406.00001

ABDCMDL01911298

**MATTER CHECKLIST**

**MATTER RESERVES**

| CATEGORY | DATE | AMOUNT |
|---|---|---|
| | Total Reserved: | 0.00 |

**MATTER TEXT**

**Description**

06/14/07 CSRA opened an inquiry into Fruth # 2 Pharmacy, who is doing business as S and F Pharmacy, account # 010-041830, DEA Registration # AS7523118 for excessive Hydrocodone and Alprazolam purchases in 4/07. During 4/07 the customer purchased 28K dosage units of Hydrocodone and 21K dosage units of Alprazolam.

**Status**

06/14/07 S and F Pharmacy is owned by Den Pulin, Charles Burdede, and Michael Fruth. George Chapman is the pharmacist in charge. The pharmacy has been a customer of ABC for approximately 20yrs and does a monthly dollar volume of 283K. The percentage of sales which come from controls is 10%. The pharmacy indicated that the level's of controls is their average usage. The Account Manager, Michael Perry, forwarded me the CSRA Form 590 and photographs. All information concerning an on-line search related to this account and the completed Form 590c has been included in this file. Investigation does not indicate any type of diversion

**DOCUMENTS**

| NAME | CATEGORY | DATE |
|---|---|---|

**LINKED MATTERS**

No Linked Records

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        ABDCMDL01911299
AM-WV-01406.00002