**SOM - Budget Discount Pharmacy - Columbus - 6/2007**  
**Status: Archived - 06/14/11**  
**RA07-0976**  
**Priority: Medium**

**IMPORTANT DATES:**

| Date Opened | Date Closed | Last Update | Date Added | Due Date | Customer |
|---|---|---|---|---|---|
| 06/15/07 | 06/22/07 | 06/22/07 | 06/15/07 | | |

Reference Number

- Old File No. -
- Customer/Requestor -

- City -
- State - West Virginia
- Country - United States
- Entity -
- NA -
- Storage -

**Internal Staff:**
| | |
|---|---|
| Hazewski, Edward | Manager in Charge |
| Hazewski, Edward | Team Member |
| Cherveny, Eric | Team Member |
| Gundy, Bruce | Team Member |

**LEGAL HIERARCHY**

- Corp Security Reg Affairs
- Investigation
- Suspicious Orders-Internet

**LOCATION HIERARCHY**

AmerisourceBergen Drug Corporation (ABDC) 100%  
North/East  
Columbus, OH (Lockbourne)

**DEPARTMENT/S HIERARCHY**

**FIRM / VENDOR COMPANIES ASSIGNED**

| Firm Name | LV Code | Role | Date Assigned | Status / Released Date | Alt Fee (Yes / No) | Amount Invoiced |
|---|---|---|---|---|---|---|
| | | | | Total Lifetime Invoices from Outside Counsel / Vendors: | | 0.00 |

**MATTER EVENTS - 60 DAY OUTLOOK**      **AMERISOURCEBERGEN DEFINED FIELDS**

**FINANCE CONSIDERATIONS**

| | By Adversary | By Company |
|---|---|---|
| Amount Recovered: | 0.00 | 0.00 |
| Amount Lost: | 0.00 | 0.00 |
| Net Amount: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| Sum: | 0.00 | 0.00 |
| Average: | 0.00 | 0.00 |

| Recovery/Payment | Recovery / Payment | Outcome Amount | 0.00 |
|---|---|---|---|
| 0.00 | Payment | Pre Insurance Sub Total | 0.00 |
| Insurer | Equitable Relief — No | Payment Of | 0 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AM-WV-01409.00001



ABDCMDL01911304

|  | Total Loss Of Matter | 0.00 |
|---|---|---|

**MATTER CHECKLIST**

**MATTER RESERVES**

| CATEGORY | DATE | AMOUNT |
|---|---|---|
|  | Total Reserved: | 0.00 |

**Status**

06/15/07 CSRA initiated an investigation of Budget Discount Pharmacy, Huntington WV, account #010099614, DEA #BG6892625, for elevated purchase numbers during April 2007 of Hydrocodone and Alprazolam. During that month they ordered 14,200 dosage units of Hydrocodone, and 10,200 dosage units of Alprazolam. Budget Discount Pharmacy is owned by G&R LLC. (Richard and Gina Finley.) Richard K. Finley is listed as the Pharmacist-in-Charge. The pharmacy and Finley are properly licensed by the State of WV. The corporation is registered with the Secretary of State WV. Budget Discount Pharmacy has been an ABC customer for 11 years. Their total monthly dollar purchase volume is $200,000.00. Their current ratio of CS to Non-CS Product is 10%. Account Manager Mike Perry completed CSRA Form 590c and forwarded hard copies of the required photographs. The pharmacy answered yes to Q33 and 34 on the questionnaire regarding whether they expect to order >5000 dosage units per month of Hydrocodone and Alprazolam. They note that this is their normal business volume and list four physicians who are responsible for the bulk of the CS prescriptions. All four physicians have valid DEA registration numbers. All of the pertinent Internet search documents are included in the file. There is no indication of diversion.

**DOCUMENTS**

| NAME | CATEGORY | DATE |
|---|---|---|

**LINKED MATTERS**

| No Linked Records |
|---|

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL01911305

AM-WV-01409.00002