| SOM - Drug Emporium 1 - Columbus - 7/2007 | | | | | RA07-1267 |
|---|---|---|---|---|---|
| Status: Archived - 06/14/11 | | | | Priority: Medium | |

**IMPORTANT DATES:**

| Date Opened | Date Closed | Last Update | Date Added | Due Date | Customer |
|---|---|---|---|---|---|
| 07/12/07 | 07/12/07 | 07/12/07 | 07/12/07 | | |

Reference Number

- Old File No. -
- Customer/Requestor -

- City -
- State - West Virginia
- Country - United States
- Entity -
- NA -
- Storage -

**Internal Staff:**
Hazewski, Edward — Manager in Charge
Hazewski, Edward — Team Member
Gundy, Bruce — Team Member

**LEGAL HIERARCHY**
- Corp Security Reg Affairs
- Investigation
- Suspicious Orders-Internet

**LOCATION HIERARCHY**
AmerisourceBergen Drug Corporation (ABDC)
  North/East
    Columbus, OH (Lockbourne)

**DEPARTMENT/S HIERARCHY**

**FIRM / VENDOR COMPANIES ASSIGNED**

| Firm Name | LV Code | Role | Date Assigned | Status / Released Date | Alt Fee (Yes / No) | Amount Invoiced |
|---|---|---|---|---|---|---|
| | | | | Total Lifetime Invoices from Outside Counsel / Vendors: | | 0.00 |

**MATTER EVENTS - 60 DAY OUTLOOK**    **AMERISOURCEBERGEN DEFINED FIELDS**

**FINANCE CONSIDERATIONS**

| | By Adversary | By Company |
|---|---|---|
| Amount Recovered: | 0.00 | 0.00 |
| Amount Lost: | 0.00 | 0.00 |
| Net Amount: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| Sum: | 0.00 | 0.00 |
| Average: | 0.00 | 0.00 |

| Recovery/Payment | Recovery / Payment | Outcome Amount | 0.00 | |
|---|---|---|---|---|
| 0.00 | Payment | | | |
| Insurer | Equitable Relief | Pre Insurance Sub Total | 0.00 | |
| | No | | | |
| | | Payment Of | 0 | |
| | | Total Loss Of Matter | 0.00 | |



AM-WV-01410

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ABDCMDL01911306
AM-WV-01410.00001

**MATTER CHECKLIST**

**MATTER RESERVES**

| CATEGORY | DATE | AMOUNT |
|---|---|---|
| | Total Reserved: | 0.00 |

**Status**

07/12/07 CSRA initiated an investigation of Drug Emporium #1, Barboursville WV, account #010040204, DEA Registration BD0427927, for elevated purchase numbers during April 2007 of Hydrocodone and Alprazolam. During that month they purchased 25400 dosage units of Hydrocodone, and 20100 dosage units of Alprazolam. The pharmacy is owned by Robert Petryszak. Brock Filmore is the pharmacist in charge. The pharmacy is licensed by the State of WV. They have been an ABC customer for 20 years. Their total monthly dollar purchase volume is $361,000.00. The customer's ratio of CS to Non-CS product is 11%. Account Manager Michael Perry completed CSRA Form 590 and sent photographs of the estbablishment. At my request, Jerry Leonard, Director of Pharmacy Services sent a list of high prescribing physicians and their DEA Registrations. All are valid. All pertinent internet search documents are in the file. There is no indication of diversion.

**DOCUMENTS**

| NAME | CATEGORY | DATE |
|---|---|---|

**LINKED MATTERS**

**PEER OF**

RA10-0458 | OMP Activity - Drug Emporium E - Columbus

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AM-WV-01410.00002

ABDCMDL01911307