**SOM Investigation - Medical Arts Pharmacy 06/07**                                              RA07-0914
**Status: Archived - 06/14/11**                            **Priority: Normal**

**IMPORTANT DATES:**

| Date Opened | Date Closed | Last Update | Date Added | Due Date | Customer |
|---|---|---|---|---|---|
| 06/11/07 | 06/12/07 | 08/09/10 | 06/11/07 | | |

Reference Number

- Old File No. -
- Customer/Requestor -
- City -
- State -
- Country - United States
- Entity -
- NA -
- Storage -

**Internal Staff:**
Johnson, Jeff — Manager in Charge
Johnson, Jeff — Team Member
Gundy, Bruce — Team Member

**LEGAL HIERARCHY**
- Corp Security Reg Affairs
- Investigation

**LOCATION HIERARCHY**
AmerisourceBergen Drug Corporation (ABDC)
  North/East
    Columbus, OH (Lockbourne)

**DEPARTMENT/S HIERARCHY**

**FIRM / VENDOR COMPANIES ASSIGNED**

| Firm Name | LV Code | Role | Date Assigned | Status / Released Date | Alt Fee (Yes / No) | Amount Invoiced |
|---|---|---|---|---|---|---|
| | | | | Total Lifetime Invoices from Outside Counsel / Vendors: | | 0.00 |

**MATTER EVENTS - 60 DAY OUTLOOK**          **AMERISOURCEBERGEN DEFINED FIELDS**

**FINANCE CONSIDERATIONS**

| | By Adversary | By Company |
|---|---|---|
| Amount Recovered: | 0.00 | 0.00 |
| Amount Lost: | 0.00 | 0.00 |
| Net Amount: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| Sum: | 0.00 | 0.00 |
| Average: | 0.00 | 0.00 |

Recovery/Payment        Recovery / Payment        Outcome Amount        0.00
0.00                    ✎ Payment

Insurer                 Equitable Relief          Pre Insurance Sub Total    0.00
                        ✎ No

                                                  Payment Of              0

                                                  Total Loss Of Matter    0.00



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                             ABDCMDL01911312
AM-WV-01413.00001

**MATTER CHECKLIST**

**MATTER RESERVES**

| CATEGORY | DATE | AMOUNT |
|---|---|---|
| | Total Reserved: | 0.00 |

**MATTER TEXT**

**Description**

06/11/07 CSRA opened an inquiry into Medical Arts Pharmacy, account #010040238, DEA registration #BM3744489, from an April 2007 Hydrocodeone report for possible excessive purchase levels which shows the customer purchased 8,700 dosage units in 04/2007. Also from an April 2007 Phentermine report for possible excessive purchase levels which shows the customer purchased 6,800 dosage units in 04/2007. This is an independent store which does a monthly dollar volume of $135,098. The percentage of sales which is controls is .09%. Owner is Mike Wilson and pharmacist-in-charge is Matt Comer . The store has a front retail area. The account manager is Jon Cook, phone 740-646-5417.

**Status**

06/11/07 An on-line search did not reveal any links to an mail order site. This matter has been investigated by CSRA and determined that insufficient information currently exists warranting discontinuing the sales of controlled substances to this customer. Customer will continue to receive control substances until such time as additional information becomes available requiring further investigation. A request to close will be submitted and hard file copy sent to Steve Mays.

**DOCUMENTS**

| NAME | CATEGORY | DATE |
|---|---|---|

**LINKED MATTERS**

No Linked Records

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AM-WV-01413.00002

ABDCMDL01911313