## SOM Investigation - Medical Park Pharmacy - 5/07
### Status: Archived - 06/14/11

RA07-0724
Priority: Medium

**IMPORTANT DATES:**

| Date Opened | Date Closed | Last Update | Date Added | Due Date | Customer |
|---|---|---|---|---|---|
| 05/25/07 | 05/27/07 | 05/27/07 | 05/25/07 | | |

Reference Number

- Old File No. -
- Customer/Requestor -

- City -
- State - West Virginia
- Country - United States
- Entity -
- NA -
- Storage -

**Internal Staff:**

| | |
|---|---|
| Kirsch, Scott J | Manager in Charge |
| Kirsch, Scott J | Team Member |
| Will, Ted | Team Member |

**LEGAL HIERARCHY**
- Corp Security Reg Affairs
- Investigation
- Suspicious Orders-Internet

**LOCATION HIERARCHY**
- AmerisourceBergen Drug Corporation (ABDC)
  - North/East
    - Columbus, OH (Lockbourne)

**DEPARTMENT/S HIERARCHY**

**FIRM / VENDOR COMPANIES ASSIGNED**

| Firm Name | LV Code | Role | Date Assigned | Status / Released Date | Alt Fee (Yes / No) | Amount Invoiced |
|---|---|---|---|---|---|---|
| | | | | Total Lifetime Invoices from Outside Counsel / Vendors: | | 0.00 |

**MATTER EVENTS - 60 DAY OUTLOOK**

**AMERISOURCEBERGEN DEFINED FIELDS**

**FINANCE CONSIDERATIONS**

| | By Adversary | By Company |
|---|---|---|
| Amount Recovered: | 0.00 | 0.00 |
| Amount Lost: | 0.00 | 0.00 |
| Net Amount: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| Sum: | 0.00 | 0.00 |
| Average: | 0.00 | 0.00 |

| Recovery/Payment | Recovery / Payment | Outcome Amount | 0.00 | |
|---|---|---|---|---|
| 0.00 | Payment | | | |
| Insurer | Equitable Relief | Pre Insurance Sub Total | 0.00 | |
| | No | | | |
| | | Payment Of | 0 | |
| | | Total Loss Of Matter | 0.00 | |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AM-WV-01415.00001

ABDCMDL01911316

## MATTER CHECKLIST

## MATTER RESERVES

| CATEGORY | DATE | AMOUNT |
|---|---|---|
| | Total Reserved: | 0.00 |

## MATTER TEXT

### Description

05/25/07  CSRA opened an inquiry into Medical Park Pharmacy, account # 010-018242, DEA Registration # BM9592381 for excessive Hydrocodone, Alprazolam, and Phentermine, purchases in 4/07. During 4/07 the customer purchased 19.7K dosage units of Hydrocodone, 14.7K dosage units of Alprazolam, and 4K dosage units of Phentermine.

### Status

05/25/07  Medical Park Pharmacy is owned by Michele Dillon-Ross. The Pharmacist in charge is mark Ross. Medical Park Pharmacy has been a customer of ABC for approximately 1 ½ years and does a monthly dollar volume of $170K. The percentage of sales which are controls is 12%. The pharmacy employs two pharmacists and four Pharmacy techs. The pharmacy is located inside of a Medical Center in Huntington, WV, a moderate crime area. The Account manager, Jon Cook (ph# 740-646-5417), visits the pharmacy once a month. Jon indicated that the medical center where the pharmacy is located contains an obesity clinic and 80 physicians. Don has been in the back of the pharmacy and has not observed any indication of any mail order or online operations. Don forwarded me the CSRA Form 590 and photographs, which are included in the file All information concerning an on-line search related to this customer and the completed Form 590c has been included in this file. Investigation does not indicate any type of diversion.

## DOCUMENTS

| NAME | CATEGORY | DATE |
|---|---|---|
| SOM Investigation checklist (2).doc | Uncategorized | 05/25/07 |

## LINKED MATTERS

No Linked Records

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL01911317

AM-WV-01415.00002