## SOM Investigation - Medicap Pharmacy 317 - 6/07
### Status: Archived - 06/14/11
**Priority: Medium**  
RA07-1062

**IMPORTANT DATES:**

| Date Opened | Date Closed | Last Update | Date Added | Due Date | Customer |
|---|---|---|---|---|---|
| 06/21/07 | 06/22/07 | 06/22/07 | 06/21/07 | | |

Reference Number

- Old File No. -
- Customer/Requestor -
- City -
- State - West Virginia
- Country - United States
- Entity -
- NA -
- Storage -

**Internal Staff:**

| | | |
|---|---|---|
| Kirsch, Scott J | Manager in Charge | |
| Kirsch, Scott J | Team Member | |
| Cherveny, Eric | Team Member | |

**LEGAL HIERARCHY**
- ▫ Corp Security Reg Affairs
- ▫ Investigation
- ○ Suspicious Orders-Internet

**LOCATION HIERARCHY**
- AmerisourceBergen Drug Corporation (ABDC) 1062
  - North/East
    - Columbus, OH (Lockbourne)

**DEPARTMENT/S HIERARCHY**

---

**FIRM / VENDOR COMPANIES ASSIGNED**

| Firm Name | LV Code | Role | Date Assigned | Status / Released Date | Alt Fee (Yes / No) | Amount Invoiced |
|---|---|---|---|---|---|---|
| | | | | Total Lifetime Invoices from Outside Counsel / Vendors: | | 0.00 |

**MATTER EVENTS - 60 DAY OUTLOOK**    **AMERISOURCEBERGEN DEFINED FIELDS**

**FINANCE CONSIDERATIONS**

| | By Adversary | By Company |
|---|---|---|
| Amount Recovered: | 0.00 | 0.00 |
| Amount Lost: | 0.00 | 0.00 |
| Net Amount: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| Sum: | 0.00 | 0.00 |
| Average: | 0.00 | 0.00 |

| Recovery/Payment | Recovery / Payment | Outcome Amount | 0.00 |
|---|---|---|---|
| 0.00 | ▪ Payment | | |
| Insurer | Equitable Relief | Pre Insurance Sub Total | 0.00 |
| | ▪ No | Payment Of | 0 |
| | | Total Loss Of Matter | 0.00 |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AM-WV-01416.00001

ABDCMDL01911318

**MATTER CHECKLIST**

**MATTER RESERVES**

| CATEGORY | DATE | AMOUNT |
|---|---|---|
| | Total Reserved: | 0.00 |

**MATTER TEXT**

**Description**

06/21/07 CSRA opened an inquiry into Medicap Pharmacy #317, account # 010-050500 DEA Registration # BM7641512 for excessive Hydrocodone purchases in 5/07. During 5/07 the customer purchased 5.5 dosage units of Hydrocodone.

**Status**

06/21/07 Medicap Pharmacy is owned Pastm Inc. Peter Thomas is the pharmacist in charge. The pharmacy has been a customer of ABC for over 5 years and does a monthly dollar volume of 154K. The percentage of sales which come from controls is 13%. The Account Manager, Michael Perry, forwarded the CSRA Form 590 and photographs. All information concerning an on-line search related to this account and the completed Form 590c has been included in this file. Investigation does not indicate any type of diversion

**DOCUMENTS**

| NAME | CATEGORY | DATE |
|---|---|---|

**LINKED MATTERS**

No Linked Records

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL01911319

AM-WV-01416.00002