**SOM Investigation - S and F Pharmacy Inc. - dba. Fruths Pharmacy - May 2007**   RA07-0746
Status: Archived - 06/14/11   Priority: Normal

**IMPORTANT DATES:**

| Date Opened | Date Closed | Last Update | Date Added | Due Date | Customer |
|---|---|---|---|---|---|
| 05/29/07 | 05/29/07 | 05/29/07 | 05/29/07 | | |

Reference Number

- Old File No. -
- Customer/Requestor -
- City -
- State - West Virginia
- Country - United States
- Entity -
- NA -
- Storage -

**Internal Staff:**
Will, Ted — Manager in Charge
Will, Ted — Team Member

**LEGAL HIERARCHY**
- Corp Security Reg Affairs
- Investigation
  - Suspicious Orders-Internet

**LOCATION HIERARCHY**
AmerisourceBergen Drug Corporation (ABDC)
  North/East
    Columbus, OH (Lockbourne)

**DEPARTMENT/S HIERARCHY**

**FIRM / VENDOR COMPANIES ASSIGNED**

| Firm Name | LV Code | Role | Date Assigned | Status / Released Date | Alt Fee (Yes / No) | Amount Invoiced |
|---|---|---|---|---|---|---|
| | | | | | Total Lifetime Invoices from Outside Counsel / Vendors: | 0.00 |

**MATTER EVENTS - 60 DAY OUTLOOK**   **AMERISOURCEBERGEN DEFINED FIELDS**

**FINANCE CONSIDERATIONS**

| | By Adversary | By Company |
|---|---|---|
| Amount Recovered: | 0.00 | 0.00 |
| Amount Lost: | 0.00 | 0.00 |
| Net Amount: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| Sum: | 0.00 | 0.00 |
| Average: | 0.00 | 0.00 |

| Recovery/Payment | Recovery / Payment | Outcome Amount | 0.00 |
|---|---|---|---|
| 0.00 | Payment | | |
| Insurer | Equitable Relief<br>No | Pre Insurance Sub Total | 0.00 |
| | | Payment Of | 0 |
| | | Total Loss Of Matter | 0.00 |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
AM-WV-01417.00001
ABDCMDL01911320

**MATTER CHECKLIST**

**MATTER RESERVES**

| CATEGORY | DATE | AMOUNT |
|---|---|---|
| | Total Reserved: | 0.00 |

**MATTER TEXT**

**Description**

05/29/07    05/29/07 CSRA opened an inquiry into S & F Pharmacy Inc. (dba. Fruth's Pharmacy), account # 010-040360, DEA Registration # BS1588168 for possible excessive purchase levels in April 2007 for 49.6k dosage units of Hydrocodone and 26.7k dosage units of Alprazolam. S & F Pharmacy Inc. is an independent store which does a monthly dollar volume of $317k. The percentage of sales which are controls is 11.5%.

**Request to Close**

05/29/07    05/29/07 Investigation of S & F Pharmacy Inc. does not indicate any diversion.

**DOCUMENTS**

| NAME | CATEGORY | DATE |
|---|---|---|

**LINKED MATTERS**

No Linked Records

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ABDCMDL01911321

AM-WV-01417.00002