# Lawtrac



**Diversion Control Coordinator**

AmerisourceBergen

- Home
- Matter
- Matter General Report
- My Matters
- Add New
- Search
  - Corporate Staff
- Legal Staff
- Staff Schedule
- Legal Teams
  - Vendors
- Look-Up
- Roster
  - Parties
- Parties
  - Document Bank
- Listing
- Add Document
- Search Categories
- Search Meta Data
- Personal Folder
  - Reports
- Morning Report
- Dashboard
- Lawtrac Report Writer
- Standard Reports
- Report Folders
- Most Popular

Quick Find: [    ] Go

| Home ▼ | My LAWTRAC ▼ | My Matters ▼ Sep 29, 2015 | My Daily ▼ Log Out | People ▼ | Messages |

Main Matter Screen  RA07-1053
SOM Investigation - McCloud family Pharmacy- 6/07  «« Main Matter Screen

- Corporate Staff
- Firms / Vendors
- Parties
- Categories
- Text Records
- Documents & Files
  - Documents
    » Detailed List
    » Add New
- Network Location
- Asset Inventory
- Printables
- Return To Main Screen RA07-1053
- » Edit Record «
- Flag Matter
- Chronology

## MATTER TEXT                                        Add New Text

| DATE | DESCRIPTION | UPDATE | SOURCE | NAME |
|---|---|---|---|---|
| 06/28/12 | Status | 05/14/13 | In-House Staff | Kimberly St. John |

Threshold review request received by Eric Martin. Based on information provided, request has been denied. Customer has been shipped more than requested in the Threshold Review form as o 7/3/12. Eric Martin requested additional information from Eric Pitts. All pertinent information is attached.

| 06/20/07 | Status | 06/20/07 | In-House Staff | Scott J Kirsch |

McCloud Family Pharmacy is owned by Kevin McCloud and Jeffery McCloud. Kevin is also the pharmacist in charge. The pharmacy has been a customer of ABC for approximately 1 year and does a monthly dollar volume of 245K. The percentage of sales which come from controls is 13%. The pharmacy indicated that they see scripts from many different physicians in the area.

The Account Manager, Michael Perry, forwarded the CSRA Form 590 and photographs.

All information concerning an on-line search related to this account and the completed Form 590c has been included in this file.

Investigation does not indicate any type of diversion

| 06/20/07 | Description | 06/20/07 | In-House Staff | Scott J Kirsch |

CSRA opened an inquiry into McCloud Family Pharmacy, account # 010-016402 DEA Registration # BM9558733 for excessive Hydrocodone and Alprazolam purchases in 4/07. During 4/07 the customer purchased 21K dosage units of Hydrocodone with a 12 month average of 20K and 10.8K dosage units of Alprazolam with a 12 month average of 11K.

AM-WV-01999

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ABDC-STCT001395148
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ABDCMDL06467878
AM-WV-01999.00001

Edit My Reports

- Generated Reports

Support

Customer Service

FAQ's

LAWTRAC Docs

Industry Links

LAWTRAC Blog

Join Our Mailing List

Join Our Community On LinkedIn

Suggestion Box

Log Out

| Secure: YES | Last Update: Mar 12, 2015 Active | 13 Logged On | Matter_MT3 | Version: 3.60 Template: Matter_MT3 Revision: r.2012.45 |
|---|---|---|---|---|
| Currency Exchange Look-Up Tool: | LAWTRAC 3.60 - LT Online Corp © 2015 | | Auto Log-Out In 28797 | Seconds |

The local time zone is: GMT -4    Greenwich Mean Time is Tue, 29 Sep 2015 15:26:19 UTC

https://www5.lawtraconline.com/ablegal/default.cfm?MA=MT3                                    9/29/2015

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                ABDC-STCT001395149
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                ABDCMDL06467879
AM-WV-01999.00002