Case 3:17-cv-01362 Document 1504-24 Filed 01/12/22 Page 1 of 4 PageID #: 68641



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
AM-WV-02644.00023


AM-WV-02644-E

ABDC-WVFED00182194



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
AM-WV-02644.00029

ABDC-WVFED00182200



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
AM-WV-02644.00027

ABDC-WVFED00182198

<a><![CDATA[



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
AM-WV-02644.00002

ABDC-WVFED00182173
]]></a>