

**U. S. Department of Justice**

Drug Enforcement Administration

Washington, D.C. 20537

JUL 2 3 1998

Chris Zimmerman, Director
Regulatory Compliance and
Security Services
Bergen Brusnwig Corporation
4000 Metropolitan Drive
Orange, CA  92868

Dear Mr. Zimmerman:

    This is to grant approval of your request to implement on a nationwide basis your newly developed system to identify and report suspicious orders for controlled substances and regulated chemicals, as required by Federal regulation.  DEA managers who have been involved with the testing of the system have relayed their positive opinions regarding its ability to provide information in a fashion which is not only useful overall, but is also responsive to the needs of individual DEA offices.

    We appreciate the efforts you have undertaken to develop this improved system and apologize for the lengthy approval process.  It did not seem appropriate to grant this approval prior to the conclusion of the Suspicious Order Task Force formed as a result of the Methamphetamine Control Act.  Thank you for your patience in this matter.

    If you have any questions, please do not hesitate to call at (202) 307-7297.

Sincerely,

*Patricia M. Good*

Chief
Liaison and Policy Section
Patricia M. Good, Chief
Liaison and Policy Section
Office of Diversion Control

cc: DPMs, OD/D, ODX
ODO
ODC
ODLP:McFaul____ dt: 7-20-98  Document Name:  Doc3.wpd
ffs: 601-04-R2 (1301.74)
subject: approve suspicious order monitoring system



Confidential – Subject to Protective Order

US-DEA-00025671

AM-WV-02658.00001