## ABDC Distribution of Prescription Medication
## Cabell County and City of Huntington, 2006-2014



Source:

January 2006 – December 2012: Corrected Transaction Data, received in October 2020 (ABDC-WVFED00182519-25; ABDC-WVFED00182528-38)
January 2013 – December 2014: Original Transaction Data filtered to after 2012 (ABDCMDL01911464-68)

