# ABDC Opioid vs. Non-Opioid Comparison 2006-2014
## Cabell County and City of Huntington
## Solids Only



Source:
January 2006 – December 2012: Corrected Transaction Data, received in October 2020 (ABDC-WVFED00182519-25; ABDC-WVFED00182528-38)
January 2013 – December 2014: Original Transaction Data filtered to after 2012 (ABDCMDL01911464-68)



AM-WV-02771