<u>**DMQ - PHARMACY REVIEW GUIDELINES**</u>

**\*\*\* Please be sure to resolve all cases within ADC (when possible) prior to making any manual adjustments in Distrack (when needed).\*\*\***

<u>**DAILIES**</u>

- The following outline applies to both base and sub base code daily held orders:
  - Any <u>cut</u> order for which a daily **OR** daily floor threshold limit is exceeded (examples, below) must be reported to the DEA.
    - Scenarios in which a daily **OR** daily floor threshold limit is exceeded and, when cut, must be reported include:
      - D
      - DM
      - DQ
      - DMQ
      - D(F)
      - D(F)M
      - D(F)Q
      - D(F)MQ
  - If additional information is supplied by the field that the reviewer feels warrants the release of a single line item daily **OR** daily floor held order, the reviewer may release the order if the following requirements are met:
    - The held order must be **ONLY** a "D" or "D(F)" event with no additional limits exceeded (e.g. a "DMQ" event cannot be released)
    - <u>**The release requires 2-person approval**</u>
      - If 2-person approval is received, document in ADC the following:
        - Reasoning and 2-person approval received
          - Example: "End of life patient need.  2-person approved."
  - If additional information is supplied by the field that the reviewer feels warrants an adjustment to the <u>base</u> threshold limit, thereby automatically adjusting the daily threshold limit, the reviewer must confirm that the accrual for the held order is within the new daily, monthly variability factor, and quarterly threshold limits before releasing.
    - Utilize the daily accrual on the Customer Cases tab (not the Order Processing Screen) within ADC to determine whether the accrual is within the new daily threshold limit.  The below new Distrack screen should be used to aid in this review/confirmation of the order(s) being within the new daily, monthly variability factor, and quarterly threshold limits (you may also need to use the normal F10 function in Dublin6 to confirm the daily order amount).



**DEFENDANT EXHIBIT**

**CAH-WV-00562**

[ PAGE  \\* MERGEFORMAT ]



- o An audit of all cut daily held orders will be conducted to ensure each has been reported to the DEA as required.



[ PAGE  \* MERGEFORMAT ]

CONFIDENTIAL

## MONTHLY VARIABILITY FACTOR

- The following outline applies to both base and sub base code monthly variability factor held orders:
    - o All monthly variability factor limit held orders must be cut and reported, if no additional information is received to warrant an adjustment to the <u>base</u> threshold limit and release of orders within the new monthly variability factor limit.
        - ▪ Scenarios in which a monthly variability factor threshold limit is exceeded include:
            - • M
            - • DM
            - • DMQ
            - • D(F)M
            - • D(F)MQ
- If additional information is supplied by the field that the reviewer feels warrants an adjustment to the <u>base</u> threshold limit, thereby automatically adjusting the monthly variability factor threshold limit, the reviewer must confirm that the accrual for the held order is within the new daily, monthly variability factor, and quarterly threshold limits before releasing.
    - o Utilize the monthly variability factor limit accrual on the Customer Cases tab (not the Order Processing Screen) within ADC to determine whether the accrual is within the new monthly variability factor threshold limit.  The below new Distrack screen should be used to aid in this review/confirmation of the order(s) being within the new daily, monthly variability factor, and quarterly threshold limits (you may need to use the normal F10 function in Dublin6 to confirm the daily order amount).



- An audit of all cut monthly variability factor limit held orders will be conducted to ensure each has been reported to the DEA as required.

[ PAGE  \* MERGEFORMAT ]



**QUARTERLY**

- The following outline applies to both base and sub base code quarterly held orders:
  - All quarterly limit held orders must be cut and reported, if no additional information is received to warrant an adjustment to the <u>base</u> threshold limit and release of orders within the new quarterly limit.
    - Scenarios in which a quarterly threshold limit is exceeded include:
      - Q
      - DQ
      - MQ
      - DMQ
      - D(F)Q
      - D(F)MQ
  - If additional information is supplied by the field that the reviewer feels warrants an adjustment to the <u>base</u> threshold limit, thereby automatically adjusting the quarterly

[ PAGE  \* MERGEFORMAT ]

CAH_MDL2804_00124868

**CAH-WV-00562.00004**

threshold limit, the reviewer must confirm that the accrual for the held order is within the new quarterly threshold limit before releasing.

- ▪ Utilize the quarterly limit accrual on the Customer Cases tab (not the Order Processing Screen) within ADC to determine whether the accrual is within the new quarterly threshold limit. The below new Distrack screen should be used to aid in this review/confirmation of the order(s) being within the new daily, monthly variability factor, and quarterly threshold limits (you may need to use the normal F10 function in Dublin6 to confirm the daily order amount).



- • A monthly audit of all cut quarterly threshold limit held orders will be conducted to ensure each has been reported to the DEA as required.

[ PAGE  \* MERGEFORMAT ]

CONFIDENTIAL



**QUARTERLY (CONT'D)**

o   If additional information is <u>NOT</u> supplied by the field and the quarterly event order is cut and reported, utilize the <u>base</u> threshold limit to determine **next steps**:

**Oxycodone/Hydrocodone Quarterly Events**

- If the oxycodone and hydrocodone threshold limits combined are **less than 20,018:**
  - No additional follow up, unless reviewer believes additional conversation should be had regarding the customer.
- If the oxycodone and hydrocodone threshold limits combined are **more than 20,018**, but **within 9%:**
  - For retail independent pharmacies, determine if a recent (within last 90 days) sales site visit is on file.  If not, request and ensure completion within 5 business days.
  - Retail Chain pharmacies will be captured in the ABC process managed by the Investigations team.
- If the oxycodone and hydrocodone threshold limits combined are **more than 20,018** AND **greater than 9%:**
  - Consult with manager to determine next steps.

[ PAGE  \\* MERGEFORMAT ]

CONFIDENTIAL



**Oxymorphone/Hydromorphone/Fentanyl Quarterly Events**

- If the drug family <u>base</u> threshold limit is **less than 4,009:**
  - No additional follow up, unless reviewer believes additional conversation should be had regarding the customer.
- If the drug family <u>base</u> threshold limit **is between 4,009 and 6,009:**
  - For retail independent pharmacies, determine if a recent (within last 90 days) sales site visit is on file.  If not, request and ensure completion within 5 business days.
  - Retail Chain pharmacies will be captured in the ABC process managed by the Investigations team.
- If the drug family <u>base</u> threshold limit is **more than 6,009:**
  - Consult with manager to determine next steps.

[ PAGE  \* MERGEFORMAT ]

CAH_MDL2804_00124871

**CAH-WV-00562.00007**



**All Other Drug Family Quarterly Events**

- If the drug family <u>base</u> threshold limit is **less than 8,009:**
    - No additional follow up, unless reviewer believes additional conversation should be had regarding the customer.
- If the drug family <u>base</u> threshold limit **is between 8,009 and 15,009:**
    - For retail independent pharmacies, determine if a recent (within last 90 days) sales site visit is on file.  If not, request and ensure completion within 5 business days.
    - Retail Chain pharmacies will be captured in the ABC process managed by the Investigations team.
- If the drug family <u>base</u> threshold limit is **more than 15,009:**
    - Consult with manager to determine next steps.

[ PAGE   \* MERGEFORMAT ]



[ PAGE   \* MERGEFORMAT ]

CONFIDENTIAL

**Held Order Due Diligence Steps:**

- For <u>ANY</u> type of held order, the reviewer must ensure that the customer's profile, due diligence, and all threshold limits have been reviewed and the findings captured in a memo (see below) within the last year.
  - For any a customer that the reviewer finds no recent memo within the due diligence file (whether ABC, LVTAC, etc.), the reviewer must follow the below steps:
    - Complete a "DMQ Customer Review Memo," including:
      - All relevant threshold adjustments
        - If a drug family threshold limit is adjusted down to baseline, no need to include in the memo.
      - All relevant and recently confirmed business model information
        - If information is in the file that was documented more than a year prior to your review, stating that the pharmacy services 5 nursing homes, please reach out to confirm this prior to including that information the memo. However, this is relevant and should be included in the memo after confirmation.
      - Any other location, purchasing, etc. information that is relevant to understanding the business and or purchasing trends of a pharmacy.
    - Place completed memo in your specific folder within the "DMQ" folder on the i-drive.
      - These memos will be loaded and all completed actions will be communicated to the drafter of the memo, just as today's ABC memo process!
- While drafting a customer review memo is the general guideline to be followed, there may be instances where it does not make sense to complete and load a new memo, including but not limited to the below:
  - New customers that have recently been reviewed and approved by the NAS team and set business segment/model-specific threshold limits
    - A new customer is defined as one with a KYC loaded into the customer file within the last 3-4 months.



[ PAGE  \* MERGEFORMAT ]

- Additionally, for any drug family for which a held order occurs that the reviewer has not recently (within the last quarter) reached out for updated dispensing information, the reviewer should request from the field the outlined template of information for review.
  - When the information is received by the reviewer, one of several steps may be taken:
    - The communicated dispensing and anticipated purchasing volume is within methodology and makes sense based on the totality of the circumstances and business model - the base threshold limit may be adjusted with the appropriate documentation.
    - The communicated dispensing and anticipated purchasing volume is outside of methodology, but makes sense based on the totality of the circumstances and business model – the information may be reviewed by senior leadership for any appropriate base threshold limit adjustments.
    - The communicated dispensing and anticipated purchasing volume is inside/outside of methodology, makes sense based on the totality of the circumstances and business, and falls within zone A – the information may be reviewed by LVTAC for any appropriate base threshold limit adjustments.
    - The communicated dispensing and anticipated purchasing volume is within methodology, but does not make sense based on the totality of the circumstances and business model – no adjustment to base threshold limit will occur.
    - The communicated dispensing and anticipated purchasing volume is outside of methodology and does not make sense based on totality of the circumstances and business model – no adjustment to the base threshold limit will occur.
  - While requesting information the general guideline to be followed, there may be instances where it does not make sense to request dispensing and other information for review, including but not limited to the below:
    - The customer is set with secondary Cardinal Health/Kinray customer threshold limits (502/1002) for the DC out of which the held order occurred.
    - The customer is set with 3S template threshold limits (ending in 7).
    - It appears that the customer's base threshold limit is set appropriate based on purchase history:
      - Example:
        - A customer experiences a daily held order for tramadol (daily limit is 5,000 and base threshold limit is 10,000). Upon review of customer purchase history, it appears the customer averages ~5,000-6,000 dosage units of tramadol purchased per month. If proactive communication from the field regarding business model/purchasing changes did not occur, the takeaway by the reviewer may be that the base threshold limit is set appropriately and no additional information may be requested.
    - New customers (those with a KYC loaded into the customer file within the last 3-4 months) experiencing held orders for drug families for which dispensing information was included in the KYC (will depend based on business

[ PAGE  \* MERGEFORMAT ]

segment/model) and then utilized to set initial threshold limits (i.e. oxycodone for a retail independent pharmacy).

CONFIDENTIAL

**<u>Additional Notes:</u>**

<b><u>DMQ OVERRIDE</u></b>

- A DMQ Override option is available for those customers for which it is determined DMQ (in its entirety) should not be in effect.
  - When the DMQ Override flag is **ON ("Y")**, the customer's DMQ threshold limits will be set as follows:
    - **Daily** – the customer's daily threshold limit will remain in place as the previously specified percentage/floor.
    - **Monthly Variability Factor** – the customer's monthly variability factor threshold limit will be automatically reverted to the **Monthly Base** threshold limit and it will function just as it does under today's system.
    - **Quarterly** – the customer's quarterly threshold limit will be turned "off."
  - In Distrack, you will see the below representation of a customer who's DMQ Override flag has been turned **ON ("Y")**, meaning threshold limits will be adjusted as outlined above. You will also find that the Quarterly accrual/threshold information is no longer present on the screen, indicating DMQ is no longer active for this customer.



CONFIDENTIAL

**How to Read and Use the New Distrack Screen**

- A new Distrack screen has been built for two main purposes:
  - For the Anti-Diversion team to be able to understand where a customer falls, based on current ordering, with respect to the new **Daily, Monthly Variability Factor, and Quarterly** threshold limits.
    - This will aid in the decision-making process for the potential release of orders.
    - This will also aid in the communication process with the field to answer any questions posed regarding specific customers.
  - For the Anti-Diversion team to adjust **Quarterly** accruals, when appropriate.
    - Both the **Daily** and **Monthly Variability Factor** accruals will be adjusted under the current process within Dublin6.



For this customer, the DMQ Override flag is unchecked or off, which means that DMQ is active for this customer.  You can also tell this because **Quarterly** accrual/threshold information is present on the screen.

This will show the drug family **Monthly Base** threshold limit, so that the user does not have to change screens to check this.

The F5 function will be used to manually adjust the **Quarterly** accrual, when appropriate.  It is important to understand that if the quarterly accrual needs to be adjusted for both BC and SBC purposes, the user will need to access this F5 function for the BC and SBC separately.  All **Daily** and **Monthly** accruals should be adjusted in the "daily buckets" as they are today in Dublin6.

This will show the **Daily Floor** associated with the drug family.  The **Daily Floor** or **50% of the Monthly Base** threshold limit will generate a **Daily** held order – whichever is higher.  In this example, the customer would not experience a **Daily** held order until more than 700 DUs of product has been ordered by the customer in a single day.

This will show the **Quarterly** accrual cycle for the customer.  It functions similarly to the monthly accrual cycle, always resetting on either the 1st, 8th, 15th, or 22nd of a month.

[ PAGE  \* MERGEFORMAT ]

CAH_MDL2804_00124878

**CAH-WV-00562.00014**

## Returns

- In the case of a communicated customer return for product that was both purchased and returned within the same accrual period:
    - Confirm that the MRA-outlined product was received at the DC and/or a credit was issued.
        - It is important to confirm that the entire quantity indicated on the MRA was actually received by the DC for credit.
            - No adjustments to accruals will occur prior to confirmation of receipt by the DC and/or issue of credit.
    - After confirmation of product received, adjust monthly AND quarterly drug family (SBC, if applicable, based on returned product) accruals within Distrack.
        - The monthly accrual can be adjusted by using the existing "2 = Edit" option.
        - The quarterly accrual must be adjusted by using the new "6 = Inquiry"option.
    - Document the accrual adjustments in Distrack with the note, "Accrual adjusted due to returns."
- Due to this change in process, no end of accrual period/quarter reminders need to be placed on calendars for additional follow up/action.

## Theft/Loss (DEA 106)

- In the case of a communicated customer theft/loss though the provision of a completed DEA Form 106:
    - Total up quantities of theft/loss by drug family.
    - Review current threshold limits vs. historical purchasing to understand if any adjustments to accrual need to occur to support replenishment of stolen product.
    - After determination of any appropriate and needed adjustments, adjust monthly AND quarterly drug family (SBC, if applicable, based on reported stolen product) accruals within Distrack.
        - The monthly accrual can be adjusted by using the existing "2-Edit" option.
            - **If upon review, not enough dosage units have accrued in order to make necessary and complete drug family accrual adjustments in consideration of the theft/loss, set a reminder on the calendar to re-review to make needed adjustments.**
        - The quarterly accrual must be adjusted by using the new "6 = Inquiry" option.
            - **If upon review, not enough dosage units have accrued in order to make necessary and complete drug family accrual adjustments in consideration of the theft/loss, set a reminder on the calendar to re-review to make needed adjustments.**
    - When accrual adjustments are made, document the accrual adjustments in Distrack with the note, "Accrual adjusted due to theft/loss."
- Due to this change in process, no end of accrual period/quarter reminders need to be placed on calendars for additional follow up/action.

[ PAGE  \* MERGEFORMAT ]

**Bill/re-Bill only**

- A member of the Distribution Center will reach out should a held order occur based on the DC rekeying a previously invoiced/shipped order as bill/re-bill only.
    - If this happens, confirm with the DC, that no additional product will be shipped and that the order is for bill/re-bill purposes only.
    - Once confirmed, release the order in ADC with comments that say: "Bill only. No additional product will be shipped OR "Re-Bill only. No additional product will be shipped".

**Reporting**

- Two reports will be run regularly to ensure appropriate information collection and follow up, which may vary dependent upon customer review:
    - A report will be run regularly to identify those customers with held order patterns that fall into the outlined "Consecutive/Period" logic.
    - A report will be run regularly to identify those customers with quarterly held orders.

[ PAGE  \* MERGEFORMAT ]

CONFIDENTIAL

# Appendix

**Table 1: Quarterly Events guidance**

Oxycodone/Hydrocodone Quarterly Events

| Combined OH Threshold Limits AND Percentage | Action Retail Independent |
|---|---|
| < 20,018 | |
| > 20,018 AND < 9% | Sales Site Visit (last 90 days) |
| > 20,018 AND > 9% | Consult |

Oxymorphone/Hydromorphone/Fentanyl Quarterly Events

| Oxymorphone/Hydromorphone/Fentanyl Threshold Limits | Action Retail Independent |
|---|---|
| < 4,009 | |
| Between 4,009 and 6,009 | Sales Site Visit (last 90 days) |
| > 6,009 | Consult |

All Other Drug Family Quarterly Events

| All Other Drug Family Threshold Limits | Action Retail Independent |
|---|---|
| < 8,009 | |
| Between 8,009 and 15,009 | Sales Site Visit (last 90 days) |
| > 15,009 | Consult |

[ PAGE   \* MERGEFORMAT ]

**Table 2: Quarterly Reset Dates**

| Reset Date | "First" Quarter | "Second" Quarter | "Third" Quarter | "Fourth" Quarter |
|---|---|---|---|---|
| 1 | Jan 1st - Mar 31st | Apr 1st - Jun 30th | Jul 1st - Sep 30th | Oct 1st - Dec 31st |
| 8 | Feb 8th - May 7th | May 8th - Aug 7th | Aug 8th - Nov 7th | Nov 8th - Feb 7th |
| 15 | Feb 15th - May 14th | May 15th - Aug 14th | Aug 15th - Nov 14th | Nov 15th - Feb 14th |
| 22 | Mar 22nd - Jun 21st | Jun 22nd - Sep 21st | Sep 22nd - Dec 21st | Dec 22nd - Mar 21st |

**Table 3: Retail Independent Site Visit Guidance for Oxycodone/Hydrocodone**

| OH volume | OH Trx% |
|---|---|
| >20k O or H | |
| >30k O/H combined | |
| >20k O/H combined | >9% |

[ PAGE   \* MERGEFORMAT ]

CAH_MDL2804_00124882

**CAH-WV-00562.00018**

**Table 4: Retail Independent Site Visit Guidance for remaining Top 15 drug families**

| Base Code | Drug Family | Volume |
|---|---|---|
| 1100 | Amphetamine Sulfate | >12k |
| 1724 | Methylphenidate | >8k |
| 2737 | Clonazepam | >15k |
| 2783 | Zolpidem | >10k |
| 2882 | Alprazolam | >20k |
| 5000 | Carisoprodol | >14k |
| 9150 | Hydromorphone | >6k |
| 9250 | Methadone | >8k |
| 9300 | Morphine | >6k |
| 9652 | Oxymorphone | >3k |
| 9801 | Fentanyl | >4k |
| 5001 | Tramadol | >25k AND OHT>9% |
| 9064 | Buprenorphine | >10k |

CONFIDENTIAL

CAH_MDL2804_00124883

**CAH-WV-00562.00019**

**Table 5: Threshold Formula Summary**

| Base Code | Drug Family | Formula | 10S |
|---|---|---|---|
| 1100 | Amphetamine Sulfate | 10,000 | 6,000 |
| 1724 | Methylphenidate | 8,000 | 4,000 |
| 2737 | Clonazepam | (Scripts * .38) + 5,500 | 5,000 |
| 2783 | Zolpidem | (Scripts * .25) + 4,000 | 3,700 |
| 2882 | Alprazolam | (Scripts * .83) + 8,000 | 5,000 |
| 5000 | Carisoprodol | 8,000 | 4,000 |
| 9143 | Oxycodone | (Scripts * 1.3) + 17,000 | 6,000 |
| 9150 | Hydromorphone | 6,000 | 3,000 |
| 9193 | Hydrocodone | (Scripts * 1.5) + 18,000 | 6,000 |
| 9250 | Methadone | (Scripts * .2) + 6,600 | 5,000 |
| 9300 | Morphine | (Scripts * .23) + 4,600 | 4,000 |
| 9652 | Oxymorphone | 6,000 | 1,600 |
| 9801 | Fentanyl | 2,000 | 1,000 |
| 5001 | Tramadol | 25,000 / OHT ≥ 9% | 10,000 |
| 9064 | Buprenorphine | Patient Ct x 93 | 4,000 |

[ PAGE   \* MERGEFORMAT ]

CONFIDENTIAL

**Table 6: Accrual Reset Dates**

# Accrual Reset Dates

| | 1 | 8 | 15 | 22 |
|---|---|---|---|---|
| **Retail Chain** | CVS East<br>Delhaize<br>Drug Emporium<br>Fred's<br>Fruth<br>Hi-School<br>SEG<br>Ahold | Kmart<br>Safeway<br>HomeTown | CVS Central<br>CVS West | Balls Food<br>DDM<br>Kroger<br>Lewis Drug<br>Pharmaca<br>Ritzman<br>Rosauers<br>Walgreens |
| **Retail Independent** | Denver - 29<br>Houston - 28<br>Hudson - 24<br>Kinray - 64<br>Salt Lake City - 35<br>St. Louis - 18 | Auburn - 37<br>Dallas - 16<br>Kansas City - 27<br>Lakeland - 11<br>Swedesboro - 43<br>Syracuse - 3 | Boston - 6<br>Knoxville - 9<br>Sacramento - 34 | Aurora - 15<br>Greensboro - 26<br>Jackson - 10<br>Phoenix - 19<br>Valencia - 32<br>Wheeling - 8 |
| **Non-retail Chain** | Aids Healthcare Foundation (AHF)<br>Genoa/QOL<br>Optum<br>Pharmerica | | Alixa<br>Consonus<br>Enclara<br>Partners<br>Pharmcare<br>Pharmscript<br>Uvanta | Prime<br>Therapeutics<br>Welldyne |
| **Other** | | Hospital/Clinic<br>Institutional Retail<br>State Government | Community<br>Health Centers<br>Long-Term Care<br>Managed Care | All Other |

[ PAGE  \* MERGEFORMAT ]

**Table 7: Distribution Center Assignments/Responsibility**

| DC | Name | Reset Date | DTK Box | Name | Analyst |
|---|---|---|---|---|---|
| 6 | Boston | 15 | CAHDTK03 | BOS | Allisen Morgan |
| 18 | St. Louis | 1 | DUBLIN6 | STL | Allisen Morgan |
| 26 | Greensboro | 22 | CAHDTK03 | WSL | Allisen Morgan |
| 27 | Kansas City | 8 | DUBLIN6 | KNS | Allisen Morgan |
| 28 | Houston | 1 | CAHDTK02 | HTN | Allisen Morgan |
| 32 | Valencia | 22 | CAHDTK04 | VLN | Allisen Morgan |
| 34 | Sacramento | 15 | CAHDTK02 | SAC | Allisen Morgan |
| 37 | Seattle | 8 | CAHDTK04 | ALIB | Allisen Morgan |
| 48 | Swedesboro | 8 | CAHDTK04 | NJB | Allisen Morgan |
| 5 | Syracuse | 22 | CAHDTK03 | SYR | Dominic Palumbo |
| 9 | Knoxville | 15 | CAHDTK02 | KNX | Dominic Palumbo |
| 10 | Jackson | 22 | CAHDTK02 | JAC | Dominic Palumbo |
| 11 | Lakeland | 1 | CAHDTK02 | JLAK | Dominic Palumbo |
| 16 | Dallas | 8 | CAHDTK02 | WCO | Dominic Palumbo |
| 24 | Hudson | 1 | DUBLIN6 | HDS | Dominic Palumbo |
| 8 | Wheeling | 22 | DUBLIN6 | WHG | Laura Shinkle |
| 15 | Aurora | 22 | DUBLIN6 | MWD | Laura Shinkle |
| 19 | Phoenix | 22 | CAHDTK04 | PHX | Laura Shinkle |
| 29 | Denver | 1 | CAHDTK04 | DNV | Laura Shinkle |
| 35 | Salt Lake City | 1 | CAHDTK02 | SLC | Laura Shinkle |
| 64 | Kinray | 1 | AS400 | | Laura Shinkle |

| Segment | RPh/Analyst |
|---|---|
| Community Health Ctr | Bill Brady/Analyst |
| Correctional Facilities/DOD | Bill Brady |
| Group Homes | Bill Brady |
| Hospice | Bill Brady |
| Infusion | Bill Brady |
| LTC | Bill Brady |
| Mail Order | Bill Brady |
| Managed Care | Bill Brady |
| Skilled Nursing Facility | Bill Brady |
| Distributor/Wholesaler | Kimberly Anna-Soisson |
| Government/Other | Kimberly Anna-Soisson |
| Practitioner | Janet Ng |
| Surgery/Endoscopy Ctr (Non-Practitioner License) | Janet Ng |
| Hospital | Bill Brady |
| Institutional Retail | Becki Longfellow |

| | |
|---|---|
| Maintenance/Detox | Janet Ng |
| University/Student Health Ctr | Analyst by DC |

| DC | Name | Reset Date | DTK Box | Pharmacist |
|---|---|---|---|---|
| 18 | Ambulatory Care | 1 | CAHDTK04 | Janet Ng |
| 66 | Puerto Rico | 1 | | Liz Sanchez Marcano |
| 79 | Harvard | 1 | | Theodore Simpson/Alicia Atiyeh/Nicole Sparks |
| 80 | SPD - LaVergne | 1 | | Alicia Atiyeh/Nicole Sparks |
| 90 | SPD - Reno | 1 | | Alicia Atiyeh/Nicole Sparks |
| 94 | ParMed | 1 | | Theodore Simpson/Alicia Atiyeh/Nicole Sparks |
| 99 | NLC | 1 | CAHDTK04 | Alicia Atiyeh/Nicole Sparks |
| 100 | SPS - LaVergne | 1 | | Theodore Simpson/Alicia Atiyeh/Nicole Sparks |
| 300 | SPS - Reno | 1 | | Theodore Simpson/Alicia Atiyeh/Nicole Sparks |
| BRK | Brokerage | 1 | | Theodore Simpson/Alicia Atiyeh/Nicole Sparks |
| PPK | PharmPak | 1 | CAHDTK03 | Kimberly Anna-Soisson |

**Table 8: Customer Segmentation and Review Responsibilities**

| Zone | Authority to Set Limit | | Information Needed | | | | |
|---|---|---|---|---|---|---|---|
| | Customer Analytics | 2-Person Review | LV-TAC | Sales SV | QRA SV | Objective Criteria | Subjective Criteria |
| A1 | X | X (VP) | X | X | X | X | X |
| A2 | X | X (VP) | X | X | X | X | X |
| B1 | | X (VP/Dir) | | X | X | X | X |
| A3 | X | X (VP) | X | X | X | X | X |
| B2 | X | | | X | | X | X |
| B3 | X | | | X | | X | X |
| C1,C2,C3 | X | | | | | X | X |

[ PAGE   \* MERGEFORMAT ]

CONFIDENTIAL

**Table 9: Objective Criteria**

| Objective Criteria | Percent Within | National Average % |
|---|---|---|
| Oxycodone 15, 30MG Generic | Oxycodone Dosage Qty | 15% |
| Hydrocodone 10MG Generic | Hydrocodone Dosage Qty | 39% |
| Alprazolam 2MG | Alprazolam Dosage Qty | 11% |
| % Controlled Substances | All Rx Scripts in Dosage Qty | 13% |
| % Oxy Hydro | All Rx Scripts | 3.3% |
| % ADHD | Controlled Substances Dosage Qty | 11% |
| % Benzos | Controlled Substances Dosage Qty | 23% |
| % Opiates | All Rx Scripts in Dosage Qty | 7% |

[ PAGE  \* MERGEFORMAT ]

CAH_MDL2804_00124887

**CAH-WV-00562.00023**

**Table 10: National Accounts Contact List**

| Customer | Sales Lead | Director | Manager | Sr. Specialist |
|---|---|---|---|---|
| CVS | Paul Farley | Ashlee Hamski | Morgan McCullough | Jason Gawlik |
| KMart | Greg Ewing | Ashlee Hamski | Michael Friedheim | Sue Livingston |
| Fred's of Tenn / Reeves-Sain/Entrust Rx | Andy Grant | Susan Hoffman | Michael Friedheim | Nate Blankemeyer |
| Discount Drug Mart and Gentry Health | Andy Grant | Susan Hoffman | Michael Friedheim | Sue Livingston |
| Fruth Pharmacies | Chris Wendel | Susan Hoffman | Alan Pinyerd | George Speidel |
| Pharmaca | Chris Wendel | Susan Hoffman | Betsy Jewell | Sue Livingston |
| Kinney Drug Warehouse/Noble Health Specialty | Andy Grant | Susan Hoffman | Alan Pinyerd | Bob Goetzman |
| Rosauers | Chris Wendel | Susan Hoffman | Michael Friedheim | Bob Goetzman |
| Price Chopper | Andy Grant | Susan Hoffman | Michael Friedheim | Bob Goetzman |
| Weis Markets | Andy Grant | Susan Hoffman | N/A | N/A |
| Kroger | Greg Ewing | Theresa Shuster | Randy Mathias | Nate Blankemeyer |
| Delhaize/Ahold (includes Hannaford, Food Lion, Martin's, Stop & Shop, etc.) | Andy Grant | Theresa Shuster | Amy Saul/Enoch (EJ) Howard II | George Speidel |
| Lewis Drug | Chris Wendel | Theresa Shuster | Amy Saul | Bob Goetzman |
| Ritzman Pharmacies | Chris Wendel | Theresa Shuster | Enoch (EJ) Howard II | Sue Livingston |
| Balls Food | Chris Wendel | Theresa Shuster | Betsy Jewell | Sue Livingston |
| Drug Emporium | Chris Wendel | Theresa Shuster | Michael Friedheim | Sue Livingston |
| American Sales (Ahold Warehouse) | Andy Grant | Theresa Shuster | Amy Saul/ Enoch (EJ) Howard II | George Speidel |
| Southeastern Grocers (SEG) (includes Winn-Dixie, BI-LO, Harvey's) | Andy Grant | Theresa Shuster | Alan Pinyerd | Bob Goetzman |
| Genoa | Kraig Corwin | Jay Brake | Anthony Mills | Joe Rogich |
| HomeTown | Chris Wendel | Susan Hoffman | Enoch (EJ) Howard II | George Speidel |

[ PAGE   \* MERGEFORMAT ]

CONFIDENTIAL

**Table 11: CAH Distribution Position**

| Accounts name | Primary Source for Schedule II | Source for other Schedule Drugs | Primary Source for all other Rx Drugs |
|---|---|---|---|
| Fred's of Tenn / Reeves-Sain/Entrust Rx | All Schedule 2 products are purchased direct from Cardinal Health. | Cardinal Health | Cardinal Health |
| Fruth Pharmacies | Cardinal Health | Cardinal Health | Cardinal Health |
| Discount Drug Mart and Gentry Health | Cardinal Health. | Cardinal Health is the back-up distributor for Schedule 3, 4 & 5 products.  The chain warehouse is the primary distributor for these products.  Cardinal Health distributes these products when the chain warehouse is out of stock, does not carry the product, or the store needs delivery earlier than the delivery from the chain warehouse. | Self-warehouses 1,800 generic products. |
| Ritzman Pharmacies | Cardinal Health | Cardinal Health | Cardinal Health |
| Drug Emporium | Cardinal Health | Cardinal Health | Cardinal Health |
| DZA | Cardinal Health | Cardinal Health | Self-warehouses non-controlled product. |
| Lewis Drug | Cardinal Health | Cardinal Health | Cardinal Health |
| Rosauers | Cardinal Health | Cardinal Health | Cardinal Health |
| Balls Food | Cardinal Health | Cardinal Health | Cardinal Health |
| Pharmaca | Cardinal Health | Cardinal Health | Cardinal Health |
| KMart | Cardinal Health | Cardinal Health | Cardinal Health |
| CVS | All Schedule 2 products are purchased direct from Cardinal Health.  Cardinal Health also ships most brand products (CS and non-CS) direct to the chain warehouse.  These brand products are shipped to the store from the chain warehouse. | Cardinal Health is the back-up distributor for Schedule 3, 4 & 5 products.  The chain warehouse is the primary distributor for these products.  Cardinal Health distributes these products when the chain warehouse is out of stock, does not carry the product, or the store needs delivery earlier that the weekly delivery from the chain warehouse. | Cardinal Health is back-up distributor for non-controlled products. |
| Kroger | All Schedule 2 products are purchased direct from Cardinal Health.  Cardinal Health also ships most brand products (CS and non-CS) direct to the chain warehouse.  These brand products are shipped to the store from the chain warehouse. | Cardinal Health is the back-up distributor for Schedule 3, 4 & 5 products.  The chain warehouse is the primary distributor for these products.  Cardinal Health distributes these products when the chain warehouse is out of stock, does not carry the product, or the store needs delivery earlier that the weekly delivery from the chain warehouse. | Cardinal Health is back-up distributor for non-controlled products. |

[ PAGE   \* MERGEFORMAT ]

| | | | |
|---|---|---|---|
| Southeastern Grocers (SEG) | All Schedule 2 products are purchased direct from Cardinal Health. | Cardinal Health is the back-up distributor for Schedule 3, 4 & 5 products.  The chain warehouse is the primary distributor for these products.  Cardinal Health distributes these products when the chain warehouse is out of stock, does not carry the product, or the store needs delivery earlier that the weekly delivery from the chain warehouse. | Cardinal Health is back-up distributor for non-controlled products. |
| Ahold | Cardinal Health | Cardinal Health | Cardinal Health |
| HomeTown Pharmacy | Cardinal Health | Cardinal Health | Cardinal Health |

[ PAGE   \* MERGEFORMAT ]

**Table 12: Chain Banner List**

| Chain Affiliation | Banner Name |
|---|---|
| CVS | Hook-SupeRx, L.L.C. |
| CVS | Longs Drug Stores California, L.L.C. |
| Kroger | Jay-C |
| Kroger | Dillon's |
| Kroger | Baker's |
| Kroger | Kroger Kwik |
| Kroger | Gerbes |
| Kroger | Fry's |
| Kroger | King Soopers |
| Kroger | City Market |
| Kroger | Fred Meyer |
| Kroger | QFC |
| Kroger | Ralphs |
| Kroger | Smith's |
| Kroger | Harris Teeter |
| Kroger | Payless |
| Kroger | Scott's |
| Kroger | Food 4 Less |
| Kroger | PPS (Postal Prescription Service) |
| Kroger | JR |
| Kroger | Roundy's |
| Kroger | Pick n Save |
| Delhaize (DZA) | Hannaford |
| Delhaize (DZA) | Food Lion |
| Delhaize (DZA) | Martin's Food |
| Southeastern Grocers (SEG) | Winn-Dixie |
| Southeastern Grocers (SEG) | Bi-Lo |
| Southeastern Grocers (SEG) | Harvey's |
| Balls Food | Price Chopper |
| Balls Food | Hen House |
| Ahold | Giant of Carlisle |
| Ahold | Giant of Landover |
| Ahold | Stop & Shop |

[ PAGE  \* MERGEFORMAT ]

**Table 13: Non-Top 13 Drug Family Threshold Change Guidance**

| Category | Authority to Set Limit Danni's Team | 2-Person Review (Pharmacist) | 2-Person Review (VP) |
|---|---|---|---|
| Tier 1 | <=2k | Between 2k and 10k | Above 10k |
| Tier 2 | <=5k | Between 5k and 15k | Above 15k |
| Tier 3 | <=5k | Between 5k and 25k | Above 25k |
| Tier 4 | <=15k | Between 15k and 25k | Above 25k |
| Pseudoephedrine | =<15k | Between 15k, and 25k or 45k* | Above 25k or 45k |

*Low volume season (March-August): 25k
*High volume season (September-February): 45k

[ PAGE   \* MERGEFORMAT ]

**Template 14: Threshold Review Request Template**

### Threshold Review Request Template

To ensure that the "drug family name" threshold limit is set appropriately, based on updated dispensing and business model information, please provide the following if the pharmacy believes a threshold limit review is warranted based on a change in the above-mention factors.

- Is Cardinal Health the primary supplier of "drug family x?"
- How many dosage units of "drug family x" does this pharmacy dispense per month?
  - Month 1:
  - Month 2:
  - Month 3:
- How many dosage units of "drug family x" does this pharmacy anticipate purchasing from Cardinal Health per month?
- Are there any particulars about the business model that might drive the dispensing of "drug family x?"
  - Specialties serviced?
  - As ALWAYS, DO NOT need physician names, but often the number of physicians or beds (specific to hospice & LTC) per specialty is helpful.

**\*\*Please fill in the appropriate drug family name for "drug family 'x.'"**

Please do not forward dispensing reports for review.  Additionally, please be aware that supplying additional information does not automatically result in an adjustment to threshold limit.

[ PAGE  \\* MERGEFORMAT ]

CONFIDENTIAL

**Template 15:  Buprenorphine Questionnaire Template**

## 9064 Questionnaire Template

## Information relating to addiction treatment is protected under federal law. Please do not disclose to us the names of patients or physicians relating to the use of buprenorphine for addiction treatment.

- For how many patients does the pharmacy fill buprenorphine prescriptions written for opioid addiction treatment purposes?
- For how many patients does this pharmacy fill Butrans® (buprenorphine patch, extended release), Belbuca® (buprenorphine buccal film), or Buprenex® (buprenorphine hydrochloride) injection, solution prescriptions written for pain management purposes?
- Do all buprenorphine prescriptions written for opioid addiction treatment purposes come from DATA-waived physicians?
  - o   Is the number of opioid addiction patients from each physician consistent with the physician's 30, 100 or 275 patient limit, as reflected on the physician's DEA registration?
- Is there any rationale that may have changed the buprenorphine dispensing at this pharmacy?
- Is **Cardinal Health/Kinray** the primary wholesaler for buprenorphine for this pharmacy?
- How many dosage units of buprenorphine does this pharmacy dispense per month?
- How many dosage units of single-entity 8mg buprenorphine product does this pharmacy dispense per month for opioid addiction treatment purposes?
- How many dosage units of buprenorphine does this pharmacy anticipate purchasing from **Cardinal Health/Kinray** per month?

## Information relating to addiction treatment is protected under federal law. Please do not disclose the names of patients or physicians relating to the use of buprenorphine for addiction treatment.

[ PAGE  \* MERGEFORMAT ]

CONFIDENTIAL