# Anti-Diversion Customer Profile

**REVIEWED** CENTRAL
By Christopher J. Forst at 3:02 pm, Mar 01, 2010

BT5541760     T AND J ENTERPRISES INC

### DEA LICENSE INFORMATION

| | |
|---|---|
| DEA Number: | BT5541760 |
| Business Activity Code: | A  0  RETAIL PHARMACY |
| DEA Schedules: | 2 2N 3 3N 4 5 |
| License Expiration Date: | 20121130 |

### CUSTOMER INFORMATION

| | |
|---|---|
| T AND J ENTERPRISES INC | |
| DBA THE MEDICINE SHOPPE | 2402 ADAMS AVENUE |
| HUNTINGTON | WV  25704  3044296716  3044296716 |
| Dominant Accounting Class: | RETAIL INDEPENDENT |
| First Cardinal Account Created: | 3/19/1996 |
| Visited by QRA / # of Visits / Most Recent Visit: | |

### PURCHASE PROFILE
The below metrics are aggregated based on the previous 12 months sales figures

| | | | |
|---|---|---|---|
| # of Drug Families Purchased: | 52 | Hydrocodone | 26,645 |
| Total Rx Sales ($): | $2,635,616.20 | Oxyocodone | 211,700 |
| Control Substance (CS) Sales ($): | $641,853.27 | Alprazolam | 103,520 |
| Rx Dosage Units Sold: | 2,994,080 | Phentermine | 4,600 |
| CS Dosage Units Sold: | 649,480 | Carisoprodol | 2100 |
| % CS Purchases | 21.00% | Tramadol | 27130 |
| % AHOP CS Purchases | 53.00% | | |
| Total # of SOM Events: | 5 | | |
| Most Recent SOM: | 7/30/2008 | | |

### SOM EVENT SPECIFIC INFORMATION

| | | |
|---|---|---|
| Drug Family: | 9143 | OXYCODONE HYDROCHLORIDE |
| # of Events: | 2 | Not unreasonable end-of-month order. Order released. No threshold change. |
| Overage date: | 2/28/2010 | |
| Total Accrual: | 24,290 | |
| Monthly Limit: | 24,000 | |
| Order#: | 6277749 | |
| Item#: | 3526621 | |

### HISTORICAL PURCHASE DATA

| | | | | |
|---|---|---|---|---|
| Feb 09 | 15,320 | Aug 09 | 15,900 |
| Mar 09 | 15,800 | Sep 09 | 17,000 |
| Apr 09 | 16,790 | Oct 09 | 17,730 |
| May 09 | 16,900 | Nov 09 | 18,650 |
| Jun 09 | 17,820 | Dec 09 | 23,130 |
| Jul 09 | 15,500 | Jan 10 | 21,360 |

### DISTRACK INFORMATION

| | | | |
|---|---|---|---|
| Dublin 6 | WH | 103089 | |
| 8 | BT5541760 | 9143 | |

### REGIONAL DEMOGRAPHICS

| | | |
|---|---|---|
| Region: | South | South Atlantic |
| County / Population: | WAYNE | 45,824 |
| Population of Zip | Income / Household | Median Age |
| 17,019 | $27,335.00 | 38.60 |

### REVIEW CHECKLIST

- Customer Profile
- Held Order
- AR Limit
- Shipped Report
- Ordered Report
- Release/Cancel Report
- Validate Order Limits
- Customer Inquiry
- SCI Repository Review
- Contact Customer

### QRA DECISION

- Release Order ✓
- Cut Order
- Increase SOM Limits
- Report Order to DEA
- QRA Site Visit
- Sales Site Visit

---

CardinalHealth

Company Confidential - Internal Use Only
© 2009 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**DEFENDANT EXHIBIT**
CAH-WV-00763

3/1/2010 8:33:14 AM

CONFIDENTIAL                                                                 CAH_MDL2804_00541686

CAH-WV-00763.00001