02/27/2008 12:46 FAX 3044296716                                              ☒002/008
02/19/2008 06:15 FAX                    CARDINAL HEALTH                      ☒002/008


CardinalHealth

**RETAIL PHARMACY
SELF-QUESTIONNAIRE**

## I. GENERAL

| | |
|---|---|
| 1. Form completed By (Name)/Date | Lynnette Bunyan    2/21/08 |
| 2. Pharmacy Name | T & J Enterprises, Inc |
| 3. DBA ("doing business as" if name differs from corporate name or name on licenses) | The Medicine Shoppe #290 |
| 4. Has pharmacy ever operated under a different name? | ☐ YES    ☒ NO |
| 5. If yes, what name(s)? | |
| 6. Pharmacy Address | 2402 Adams Ave, Huntingt. WV 25704 |
| 7. Pharmacy Phone | (304) 429-6716 |
| 8. Pharmacy Fax | (304) 429-1924 |
| 9. Name of Pharmacist in charge. (List all licensed staff in Section VI) | Joseph C. McGlothlin, R.Ph. |
| 10. DEA Registration # of pharmacy | BT 5541760 |
| 11. Does your pharmacy sell anything other prescription drugs (e.g., does the pharmacy have a front end)? If so, please describe what merchandise is sold (e.g., durable medical equipment; home healthcare aids, vitamins, cosmetics, etc.)? | ☒ YES    ☐ NO<br>If yes, please describe: DME, Home healthcare aids, vitamins, Medicine Shoppe line of OTC. |

## II. OWNERSHIP

| | |
|---|---|
| 12. Ownership type (check one) | ☐ Sole proprietor  ☒ Corporation  ☐ Partnership  ☐ Other |
| 13. If corporation, indicate state of incorporation | West Virginia |
| 14. Owner(s) name or Corporate Officers if a Corporation | Joseph C McGlothlin, President<br>Neda McGlothlin, Vice-President |

Rev. 12/27/07                                                    Page 1 of 7

DEFENDANT EXHIBIT
CAH-WV-00765

CONFIDENTIAL                                        CAH_MDL2804_00569330
                                                    CAH-WV-00765.00001

02/27/2008 12:46 FAX 3044298716 ☑003/008
02/19/2008 06:15 FAX          CARDINAL HEALTH          ☑003/008

| | |
|---|---|
| 15. Owner's Business Address | 2402 Adams Ave, Huntington, WV 25704 |
| 16. Owner's Phone | (304) 429-6716 |
| 17. Owner's Fax | (304) 429-1924 |
| 18. Number of years owner has operated pharmacy | |
| 19. Is owner a licensed pharmacist? If so, please identify which State(s) and license number(s) | ☒ YES  ☐ NO<br>• State(name) WV  Pharmacist License # 3911<br>• State(name) ____  Pharmacist License # ____<br>• State(name) ____  Pharmacist License # ____ |
| 20. Does owner operate/own any other pharmacies? | ☐ YES  ☒ NO |
| 21. If yes, provide the following (Attach additional sheets as necessary) | |
| Name | |
| Address | |
| State and Pharmacy License # | |
| 22. Pharmacy owner must sign a compliance agreement requiring the pharmacy to adhere to all rules and regulations regarding diversion (copy attached at end of this form). Will this agreement be signed and provided to Cardinal Health? | ☒ YES  ☐ NO |

### III. PRIOR HISTORY AND ASSOCIATIONS

| | |
|---|---|
| 23. Has your pharmacy ever had a DEA registration suspended or revoked? | ☐ YES  ☒ NO |
| a) If yes, provide details | |
| 24. Has the pharmacy owner ever had a DEA registration suspended or revoked? | ☐ YES  ☒ NO |
| a) If yes, provide details | |

Page 2 of 7

CONFIDENTIAL

CAH_MDL2804_00569331

CAH-WV-00765.00002

02/27/2008 12:46 FAX 3044296716          CARDINAL HEALTH          ☑004/008
02/19/2008 06:15 FAX          ☑004/008

## IV. BUSINESS INFORMATION

| # | Question | Answer |
|---|---|---|
| 25. | Please provide a list of names of all pharmaceutical distributors pharmacy has used within the last 24 months | Harmed Pharma    Andr Pharma |
| 26. | Is the pharmacy affiliated with any other pharmacies or Internet websites? | ☐ YES    ☒ NO |
| a) | If yes, provide the following (Attach additional sheets as necessary) | |
| | Name | |
| | Address or URL Address | |
| | Phone | |
| 27. | How does pharmacy receive business (check all that apply)? | ☒ Internet   ☒ Fax   ☐ Mail Order   ☒ Phone   ☒ Walk in |
| a) | For each type of business, what percentage of total business does that represent? | 1 % Internet    29 % Fax    ___ % Mail Order<br>30 % Phone    40 % Walk in |
| 28. | Which states does pharmacy ship prescriptions into (if any)? | |
| 29. | Is pharmacy licensed for sales into states which it dispenses? | ☐ YES    ☐ NO |
| a) | If so, identify which states and provide the pharmacy license number(s) for those state(s). | State(name) _____ Pharmacy License # _____<br>State(name) _____ Pharmacy License # _____<br>State(name) _____ Pharmacy License # _____ |
| 30. | Does pharmacy fill prescriptions for out-of-state patients? | ☒ YES    ☐ NO |
| 31. | Does the pharmacy routinely fill prescriptions written by prescribers in other states?" | ☒ YES    ☒ NO (circled) |
| a) | If yes, what % of prescriptions? | a) If yes, the percentage of prescriptions filled by your pharmacy for out-of-state prescribers is : ___ % |

Page 3 of 7

CONFIDENTIAL      CAH_MDL2804_00569332

CAH-WV-00765.00003

b) If yes to No. 31(a), please provide the name(s) and address(es) of your most frequent out-of-state prescriber(s):

| Name of Out-of-State Prescriber | Address | Prescriber's Name | Prescriber's DEA # |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | |
|---|---|
| 32. How many prescriptions does your pharmacy fill on average? | Daily 250　　　Monthly _____ |
| 33. Hours of operation of pharmacy | Monday - Friday 9:30-6:00　　Saturday 9:30-1:00 |
| 34. Is the pharmacy a closed door pharmacy? | ☐ YES　　☒ NO |
| 35. Does the pharmacy service nursing homes, long term care facilities ("LTFC"), hospice or other inpatient facilities? If so, describe. | Nursing Home ☐ YES　☐ NO<br>LTCF ☐ YES　☐ NO<br>Hospice ☒ YES　☐ NO<br>Other ____ ☐ YES　☐ NO |
| a) If yes, what percentage of the pharmacy's business is attributable to each of those types of facilities? Request copies of agreements. | Nursing Home ____%<br>LTCF ____%<br>Hospice 1 %<br>Other ____ %|
| 36. Does the pharmacy have a Internet web site? | ☒ YES　　☐ NO |
| a) If yes, provide web address | 0290@medicineshoppe.com |
| 37. How does pharmacy receive payment for products and in what approximate percentage? | Insurance ☒YES ☐NO % of Revenue 20%<br>Medicare/Medicaid ☒YES ☐NO % of Revenue 75%<br>Cash ☒YES ☐NO % of Revenue 5%<br>Other ☐YES ☐NO % of Revenue ____ |
| a) If other, provide details |  |

Page 4 of 7

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　CAH_MDL2804_00569333

CAH-WV-00765.00004

02/27/2008 12:46 FAX 3044296716                  ☑006/008
02/19/2008 06:16 FAX           CARDINAL HEALTH                ☑006/008

| 38. What % of pharmacy's prescription sales are controlled substances? | 15% | | |
|---|---|---|---|
| 39. Does the pharmacy service pain management clinics/nursing homes/ long term care facilities (LTCF)/hospice? | Pn. Mgmt. Cl. ☒YES<br>Nursing Home ☐YES<br>If yes, how many nursing homes ____<br>How many beds per nursing home: ____<br>LTCF ☐YES<br>If yes, how many LTCF: ____<br>How many beds per LTCF: ____<br>Hospice ☒YES | ☐NO<br>☒NO<br><br>☒NO<br><br><br>☐NO | |
| a) If yes, list the following for each pain management clinic | Provide copy of contracts (if it exists) for hospice, LTCF and nursing home(s) and contact name at these institutions | | |
| Name of Clinic | Address of Clinic | Prescriber's Name | Prescriber's DEA # |
| CHH Regional Pain Management Center | 1623 13th Ave Huntington, WV 25701 | Dr. Ahmet Ozturk | BO1101512 |
| | 2900 1st Ave Huntington, WV 25702 | Dr. David Caraway | BC7126142 |
| | | | |

### V. DESCRIPTION OF NEIGHBORHOOD

| 40. Is the pharmacy located within a medical center? | ☐ YES | ☒ NO |
|---|---|---|
| 41. Is the pharmacy located within a strip mall? | ☐ YES | ☒ NO |
| 42. General description of neighborhood (e.g., urban; rural; low income or upscale area; business district; residential area, etc.) | Residential Area | |
| 43. Are there hospitals, doctors' offices or medical clinics located in vicinity of the pharmacy? | Doctor Offices ☒YES<br>Medical Clinics ☒YES | ☐NO<br>☐NO |
| a) If so, identify name, type, address, proximity to the pharmacy | Doctor Offices Dr. Greg Holmes    1/2 m.<br>Medical Clinics Valley Health Services    1/2 m. | |

Page 5 of 7

CONFIDENTIAL                                            CAH_MDL2804_00569334

CAH-WV-00765.00005