Case 3:17-cv-01362   Document 1505-19   Filed 01/12/22   Page 1 of 11 PageID #: 68846



HOME   ABOUT   FEATURED SPONSORS   HOTEL INFORMATION   REGISTER   OPIOID NEWS   CONTACT

# OPIOID CRISIS SUMMIT
## JULY 21-22, 2018
### FORT LAUDERDALE, FL

**DEFENDANT EXHIBIT CAH-WV-00861**

NY other opioid conference ever presented. There are commitments from major broadcast



## WHY DO YOU NEED TO ATTEND THIS EVENT?

Contrary to popular belief, it is not too late to acquire entity cases (state, county, city, union, private insurers, etc.) There are an estimated 10,000 entity cases and less than 1% have been signed. Mass Tort Nexus has the data for every county in the country, along with an index score to arm you with the information to write accurate complaints and customize them in great detail.

The universe of individual cases will potentially be in excess of one million plaintiffs. Over 90 million Americans were prescribed opioids in the last year alone and there is not one segment of society that has not been affected. The only litigation that compares to it in size and scope is the tobacco litigation; however, there is one big difference – the opioid litigation is likely to

resolve far more quickly. We will reveal the reasons why.

## SEATS ARE VERY LIMITED. REGISTER NOW.

REGISTER NOW



# REGISTRATION

For any questions or concerns, please contact us at info@opioidcrisissummit.com or call (954) 530-9892.

## Summit Price

### $1,495

*per attendee*

**Total Attendees**

1

**First Attendee (Main Contact)***

F    L

**Add a plus-one for first attendee? (cocktail parties only)**

☐ Yes +$195.00

**Email***

**Phone***

**Firm / Company Name***

**How did you hear about us?***

F

Total

$1,495.00



# AGENDA OF EVENTS

The U.S. is in the grip of an unprecedented opioid epidemic and has been for over a decade. Legal claims filed on behalf of major cities, counties, and other entities charge that major drug companies fueled the deadly crisis. Mass Tort Nexus, one of the nation's leading information resources for law firms, has gathered an unprecedented group of elected officials, political and medical experts, and academic leaders from around the country, to examine the crisis and offer insight.

As this nation's opioid epidemic continues to take lives and cost American cities billions of dollars, communities across the nation are now holding large pharmaceutical drug makers accountable by taking them to court. Recently, New York City joined Chicago, Seattle, Milwaukee, and other major cities in filing legal

action against Big Pharma. They charge that opioid manufacturers knew of the highly addictive nature of these drugs and directly fueled the epidemic, by focusing on profits over patient safety.

On July 21-22, 2018, the law firm consulting company Mass Tort Nexus will convene a symposium to present a firsthand account as to the depth and severity of the crisis. The research team at Mass Tort Nexus has brought together some very influential speakers. The list includes the Lieutenant Governor of Ohio, Mary Taylor; State Attorney for Palm Beach County Florida, Dave Aronberg, Esq.; Director of Public Health, State of West Virginia, Rahul Gupta, MD; Executive Director, Novus Medical Detox Centers, Kent Runyon; The Amy Winehouse Project Addiction Recovery Center, Susan Anderson and Blades Williamson; Opioid Crisis Advocate, Stephen Gelfand, MD; Partner at Watts Guerra, LLP, Shelly Sanford, Esq.; Partner at Parker Waichman, LLP, Raymond Silverman, Esq. and Lead Consultant and Opioid Crisis Expert, John Ray.  These speakers are coming together to give our attendees a firsthand look at just how dramatic the impact of the opioid crisis is within our communities.

Attorneys in attendance will be given specific information regarding the signing of both entity and individual cases, regarding case criteria, damage models and estimated timeframes for settlement.

VIEW DAILY AGENDA



# FACULTY LIST

THE FOLLOWING SPEAKERS HAVE BEEN INVITED AND TENTATIVELY AGREED



### Mary Taylor

Lieutenant Governor

— *State of Ohio*



### Dave Aronberg, Esq.

State Attorney

— *Palm Beach County, FL*



### Rahul Gupta, MD

Director of Public Health

— *State of West Virginia*



### Stephen G. Gelfand, MD

Rheumatology consultant/medical educator, Physicians for Responsible Opioid Prescribing [PROP]



### Admiral James A. Winnefeld JR.

S.A.F.E

— *Stop the Addiction Fatality Epidemic*



### Kent Runyon

Executive Director

— *Novus Medical Detox Centers, LLC*


### Blades Williamson, CADAC
CEO
— *Amy Winehouse Project*


### Susan Anderson, LMHC, NCC, CSAT
Clinical Director
— *Amy Winehouse Project*

### Shelly A. Sanford, JD
Partner
— *Watts Guerra LLP*


### Laura Feldman
Partner
— *Feldman Pinto*


### Rosemary Pinto
Partner
— *Feldman Pinto*


### Raymond C Silverman, JD
Partner
— *Parker Waichman LLP*


### Brett H. Oppenheimer
Partner
— *Brett H.*


### Rick T. Kuykendall, III, Esq
Partner


### Don Barrett
Partner
— *Barrett Law*


*Oppenheimer, PLLC*


Partner
*— The Kuykendall Group, Mobile AL*


Barrow Law
*Group, PA, Oxford MS*



## Nix Daniel, Esq

Managing Partner
*— Beggs & Lane, RLLP, Pensacola FL*



## John D. Ray

Lead Consultant
*— Mass Tort Nexus*



# HOTEL INFORMATION



The Historic Riverside Hotel – **SOLD OUT**

[620 East Las Olas Boulevard,
Fort Lauderdale, Florida 33301](#)

Phone: 954-467-0671 | Fax: 954-462-2148

Hotel Website: Click Here

Distance from Ft. Lauderdale International Airport – **15 min**
Distance from Miami International Airport – **55 min**
Distance from Palm Beach Airport – **55 min**
Distance from Ft. Lauderdale Beach – **10 min**

Fairfield Inn & Suites by Marriott® Fort Lauderdale Downtown/Las Olas

30 South Federal Highway
Fort Lauderdale, FL 33301

Phone: 954-713-0400

Hotel Website: Click Here

Distance to Riverside Hotel- **5 min walk**



# CONTACT

**Name***

First Name          Last Name

**Company / Firm Name**

**Email***

**Phone***

SUBMIT

## Contact Information



2755 E. Oakland Park Blvd Suite 250 Ft. Lauderdale, FL 33306

+1-954-530-9892

info@opioidcrisissummit.com

https://www.masstortnexus.com/

## Services

4-Day Immerson Course

Professional Site

Tort Chat

News

Contact Us

## Newsletter

First Name

Last Name

City

Phone Number

Email Address



SIGN

© 2018 Mass Tort Nexus   |   All Rights Reserved