

**McKesson Pharmaceutical Controlled Substance Monitoring Program (CSMP)**

**DEA Discussion Document**

**July 31, 2008**

1

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**MC-WV-00397.00001**

MC-WV-00397

**MSKESSON**
Empowering Healthcare

## Topics of Discussion

▶ Overview of McKesson business

▶ Controlled Substance Monitoring Program

▶ SOP's and Training

▶ Conroe Suspension

2

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**MC-WV-00397.00002**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00003

**MCKESSON**
Empowering Healthcare

# CSMP Components

I.   Know the Customer – Establish thresholds

II.  Monitor CS orders against thresholds

III. Block orders that exceed thresholds

IV.  Review and escalation process

V.   Suspicious order/sales reporting

VI.  Analysis and reports

10/9/2020          FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL          4

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00004

## CSMP Development History

**McKESSON**
*Empowering Healthcare*

April 2007
- ▸ Implemented Lifestyle Drug Monitoring Program
  - – First use of dose units by base code
  - – Track monthly sales
  - – Review and document
  - – Hydrocodone, Oxycodone, Alprazolam, Phentermine
- ▸ Created a three tier review process
  - – Included customer visits and documentation
- ▸ Detected and reported suspicious pharmacies

September 2007
- ▸ DEA Meeting triggered new development – CSMP
- ▸ $1.5M in development costs

April 2008
- ▸ Launched CSMP
- ▸ Customer communications

10/9/2020          FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL          5

5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00005

# CSMP
## I. Establish Customer Thresholds

**MCKESSON**
Empowering Healthcare

- Established family codes
  - Default thresholds based on store volume

- Existing Customers
  - Analysis of 12 month purchase history
    - Set threshold if above family code default
    - Default if below
  - Conducting site visits to customers based on priority
    - Independents
    - Lifestyle Drugs
    - Dose units greater than 25K
  - Retail Chain – review with internal regulatory

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00006

6

# CSMP
# Establish Customer Thresholds Cont.

**MCKESSON**
*Empowering Healthcare*

- ▶ New Customers
  - – Questionnaire – purchase history/business model
  - – Regulatory Approval
- ▶ Adjusting Thresholds
  - – Requires documentation
  - – Regulatory approval
- ▶ Threshold Database
  - – 15,000+ family codes/threshold baseline
  - – Each customer threshold maintained in the customer master

10/9/2020          FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL          7

7

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**MC-WV-00397.00007**



8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00008

# CSMP
# III. Blocking Orders

**MCKESSON**
Empowering Healthcare

- ▶ System Blocks Orders That Exceed Threshold
  - − Specific to that base code
  - − Specific to registrant
- ▶ No override
  - − Requires change in threshold
  - − Documented threshold change request required
- ▶ Customer Notification
  - − Alert customer approaching threshold
  - − Order entry systems alert customer
  - − Invoice notifies customer
- ▶ Audit conducted
  - − Since go live McKesson Internal Audit has conducted systems audit

10/9/2020    FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL    9

9

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00009



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00010



# CSMP
## IV.  Review and Escalation Cont.

Level II Review

*Actions*
- Conducted by Director of Regulatory Affairs
- Includes
  - Customer interview/site visit
    - Observations of DRA
    - Clientele
    - Customer traffic
    - Source of scripts
  - Local DEA input
  - Analysis of purchases
    - Increases

*Outcome Alternatives*
- Leave item blocked
- Adjust threshold
- Escalate to Level III

10/9/2020          FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL          11

11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00011

## CSMP
## IV.  Review and Escalation Cont.

**MCKESSON**
*Empowering Healthcare*

Level III Review

▸ Escalated to SVP of Distribution and Region SVP

▸ Any customer escalated to Level III all controlled substances purchases blocked

▸ Reported to DEA as suspicious

▸ Review with McKesson Legal

▸ Provide DEA with data and findings

12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00012

## CSMP
## V.  Suspicious Order/Sales Reporting

**MCKESSON**
*Empowering Healthcare*

- ▸ McKesson is prepared to stop excessive purchases reporting to local field office

- ▸ Recent contact with DEA to determine format
  - – Concern about format and process

- ▸ Need to create feedback process on those reported

10/9/2020                    FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                    13

13

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00013

# CSMP
# VI.  Analysis and Reports

**MCKESSON**
Empowering Healthcare

- ▶ Developed tools for tracking and analysis
- ▶ Tracking tools
  - − Threshold reports
    - ▪ E.g. – Customer approaching early in month – why?
  - − Exceed threshold report
- ▶ Analysis
  - − Lifestyle report
  - − Generics purchase analysis
  - − SAP sales report
  - − Ad Hoc reporting
  - − DEA/State BoP websites
  - − Google Searches

10/9/2020          FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL          14

14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00014

# CSMP
## SOP's and Training

**MCKESSON**
Empowering Healthcare

SOP's

▶ Detailed SOP (18 pages) for CSMP

  − SOP follows outline in this presentation

▶ Provides for:

  − Thresholds

  − Threshold Review

  − New Customer On Boarding

  − Due Diligence

  − Document Retention

10/9/2020    FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL    15

15

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**MC-WV-00397.00015**

# CSMP
# SOP's and Training Cont.

**MCKESSON**
Empowering Healthcare

Training

- Field Operations Leadership
  - Two hours training in May – Legal/Regulatory trainers
  - Ongoing training via on site with Directors of Regulatory
- DC Warehouse Associates
  - Orientation for cage/vault
  - Developing detailed training program
- Customer Service
  - All customer service trained and supported by online protocol

10/9/2020      FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL      16

16

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**MC-WV-00397.00016**

Case 3:17-cv-01362   Document 1506-4   Filed 01/12/22   Page 17 of 19 PageID #: 69004

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
MC-WV-00397.00017

**MCKESSON**
*Empowering Healthcare*

## How We Can Help DEA

- ▶ Information
  - – Systems data
  - – Observations
- ▶ Trends
  - – We see geographic differences
- ▶ Education
  - – Provide insight into distributors processes
  - – Drive industry awareness
  - – Support pharmacist education

10/9/2020          FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL          18

18

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**MC-WV-00397.00018**

MᶜKESSON
*Empowering Healthcare*

# Conroe Hydrocodone Sales

- ► Discovered July 8 we had made limited sales of cough and cold
- ► 70 transactions – 57 customers (53 Retail Chain)
  - – Small purchases
  - – Small quantities
- ► Error occurred in development of blocked item list – manual process
  - – Items marked as manufacturer discontinued
  - – Individual coding the list believed they would not be in Conroe

*Actions*

- ► Items now on blocked list
- ► Daily monitoring of new items – check against website
- ► All Hydrocodone and Alprazolam quarantined
  - – Systemically
  - – Physically
- ► All non – VA items marked as unsaleable
- ► Refresher training of associates

10/9/2020                    FOR INTERNAL USE ONLY/PROPRIETARY AND CONFIDENTIAL                    19

19

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**MC-WV-00397.00019**