## FW: gov contact

**From:**
"Oriente, Michael" <"/o=mckesson/ou=north america/cn=recipients/cn=eshjxsl">

**To:**
"Russell, Bruce" <bruce.russell@mckesson.com>, "Walker, Donald" <donald.walker@mckesson.com>

**Date:**
Wed, 08 Oct 2008 17:55:37 +0000

**Attachments:**
EAS (0 bytes)

---

Buffalo has received a verbal request from the local DEA office not to receive the monthly reports just their copy of the 222 forms.

\~

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064
\~

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

\~

\~ _____
**From:** Piazza, Joe
**Sent:** Wednesday, October 08, 2008 12:17 PM
**To:** Hilliard, Gary; Jonas, Tracy; McCarthy, John; Offerman, Kim; Oriente, Michael; Russell, Bruce; Smith, Christopher M; Thornton, Cindy; Trugman, Ina
**Cc:** Barnes, Timothy; Freier, Debra; Geary, Dave; Hillman, Ric; Koch, Dan; Rose, Gregory; Schwarzenholzer, Greg; Steinlein, Melissa; Wagner, Nelson
**Subject:** gov contact

\~

\~

Attachments:
govtcontactform DEA no longer need to send reports 09-08.doc (57362 Bytes)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                MCKMDL00749138

MC-WV-00592.00001


MC-WV-00592