Abstracts in the advertising sections

HEALTH SCIENCES LIBRARY
University of Wisconsin
Madison, Wis. 53706
SEP 15 1983

# The New England Journal of Medicine

Established in 1812 as The NEW ENGLAND JOURNAL OF MEDICINE AND SURGERY

VOLUME 306 — JANUARY 14, 1982 — NUMBER 2

### Original Articles

Hemodynamic Characterization of Tolerance to Long-Term Hydralazine Therapy in Severe Chronic Heart Failure .................. 57
MILTON PACKER, JOSE MELLER, NORMA MEDINA, MADELINE YUSHAK, AND RICHARD GORLIN

Treatment of Chronic Granulocytic Leukemia with Chemoradiotherapy and Transplantation of Marrow from Identical Twins ........... 63
ALEXANDER FEFER, MARTIN A. CHEEVER, PHILIP D. GREENBERG, FREDERICK R. APPELBAUM, CHERYL N. BOYD, C. DEAN BUCKNER, HENRY G. KAPLAN, ROBERT RAMBERG, JEAN E. SANDERS, RAINER STORB, AND E. DONNALL THOMAS

Lymphomatoid Granulomatosis: Prospective Clinical and Therapeutic Experience over 10 Years .......................... 68
ANTHONY S. FAUCI, BARTON F. HAYNES, JOSE COSTA, PAUL KATZ, AND SHELDON M. WOLFF

### Special Article

Rural Health Care: Opportunities for Established Group Practices ..................... 74
DAVID J. OTTENSMEYER AND HOWARD L. SMITH

### Medical Intelligence

Prenatal Diagnosis of Nonketotic Hyperglycinemia .................... 79
JOSÉ M. GARCÍA-CASTRO, CARLOS M. ISALES-FORSYTHE, HARVEY L. LEVY, VIVIAN E. SHIH, CARLOS R. LAÓ-VÉLEZ, MARÍA DEL CARMEN GONZÁLEZ-RÍOS, AND LUZ C. REYES DE TORRES

Reactive Perforating Collagenosis Associated with Diabetes Mellitus .................... 81
SUSANA C. POLIAK, MARK G. LEBWOHL, ANTHONY PARRIS, AND PHILIP G. PRIOLEAU

Nonenzymatically Galactosylated Serum Albumin in a Galactosemic Infant ................ 84
JOSEPH C. URBANOWSKI, MENASHI A. COHENFORD, HARVEY L. LEVY, JOHN D. CRAWFORD, AND JOEL A. DAIN

Familial Granulomatous Arteritis with Polyarthritis of Juvenile Onset ........... 86
DEBORAH ROTENSTEIN, DONNA L. GIBBAS, BHAGIRATH MAJMUDAR, AND ELIZABETH A. CHASTAIN

### Case Records of the Massachusetts General Hospital

A Young Man with Confusion and Abnormal Cerebrospinal Fluid ................... 91
JAMES R. LEHRICH AND EDWARD P. RICHARDSON, JR.

### Editorial

The Quality of Mercy ...................... 98

### Sounding Boards

Undrained Brains: A Modest Proposal to Recognize Some Contemporary Medical Heroes ........................ 99
RALPH CRAWSHAW

Management and Financing of Long-Term-Care Services: A New Approach to a Chronic Problem .......................... 101
HIRSCH S. RUCHLIN, JOHN N. MORRIS, AND GERALD M. EGGERT

Massachusetts Medical Society ... 106

### Correspondence

Percutaneous Catheter Drainage of Abdominal Abscesses ........................... 106
Unsuspected Benzyl Alcohol Hypersensitivity ....... 108
Avoiding Sphygmomanometer-Cuff "Hypertension" ... 108
Sputum for Cytologic Diagnosis of Lung Cancer ...... 109
Pyrophosphate Imaging for Infarct Sizing .......... 110
Biguanides and the Erythrocyte Insulin Receptor ...... 110
Virus-Specific IgE and Histamine Release in Nasopharyngeal Secretions ................ 111
EBV Molecular Epidemiology: Lack of Strain Role in Disease Manifestation ................... 111
Case 35-1981: Parainfectious Encephalopathy ....... 111
Isolation of *Chlamydia trachomatis* from the Liver Capsule in Fitz-Hugh–Curtis Syndrome .............. 113
Clinical Drug Information: A Case of Misinformation ... 113
OPEC Otitis .............................. 114
Carsonogenous Monocular Nyctalopia ............. 114

Book Reviews .......................... 115

Books Received ....................... 118

Notices ............................... 118

### Correction

Case Records of the Massachusetts General Hospital — Case 52-1981 ...................... 119

### Health Policy Report

Health Care and American Business ........... 120
JOHN K. IGLEHART

Owned, Published and ©Copyrighted, 1982, by the Massachusetts Medical Society

THE NEW ENGLAND JOURNAL OF MEDICINE (ISSN 0028-4793) is published weekly from editorial offices at 10 Shattuck Street, Boston, MA 02115. Subscription price: $48 per year. Second-class postage paid at Boston and at additional mailing offices. POSTMASTER: Send address changes to 1172 Commonwealth Avenue, Boston, MA 02134.
NEJMAG 306(2) 57-124 (1982)

MC-WV-01135.00001

MC-WV-01135

# The New England Journal of Medicine

Official Organ of
The Massachusetts Medical Society

Stanley M. Wyman, M.D.
*President*

William B. Munier, M.D.          Charles S. Amorosino, Jr.
*Executive Vice-president*       *Executive Secretary*

PUBLISHED WEEKLY BY THE COMMITTEE ON PUBLICATIONS
OF THE MASSACHUSETTS MEDICAL SOCIETY

James F. McDonough, M.D., *Chairman*
John I. Sandson, M.D.              John C. Ayres, M.D.
William H. Sweet, M.D., D.Sc.   William B. Schwartz, M.D.
Frank E. Bixby, Jr., M.D., *Consultant*

Arnold S. Relman, M.D., EDITOR
Marcia Angell, M.D., DEPUTY EDITOR
Edwin W. Salzman, M.D., DEPUTY EDITOR

ASSOCIATE EDITORS

Jane F. Desforges, M.D.     Norman K. Hollenberg, M.D., Ph.D.
Ronald A. Malt, M.D.        Morton N. Swartz, M.D.

Francis D. Moore, M.D., BOOK REVIEW EDITOR
John C. Bailar, III, M.D., STATISTICAL CONSULTANT

Joseph J. Elia, Jr., SENIOR ASSISTANT EDITOR
Emily S. Boro, ASSISTANT EDITOR

Marlene A. Thayer, ADMINISTRATIVE ASSISTANT

EDITORIAL BOARD

Richard H. Egdahl, M.D.        Paul Calabresi, M.D.
Park Gerald, M.D.              Aram V. Chobanian, M.D.
Joseph B. Martin, M.D.         John T. Harrington, M.D.
Robert J. Mayer, M.D.          Homayoun Kazemi, M.D.
Frederick Naftolin, M.D.       Kenneth McIntosh, M.D.
Kenneth J. Rothman, Dr.P.H.    David G. Nathan, M.D.
Kurt J. Bloch, M.D.            Lawrence G. Raisz, M.D.
Thomas J. Ryan, M.D.

Frederick Bowes, III, DIRECTOR OF BUSINESS OPERATIONS
Ronald H. Brown, MANAGER OF ADVERTISING & MARKETING
William H. Paige, MANAGER OF PRODUCTION & DISTRIBUTION
Milton C. Paige, Jr., CONSULTANT

PROSPECTIVE authors should consult "Information for Authors," which appears in the first issue of every volume and may be obtained from the *Journal* office.

ARTICLES with original material are accepted for consideration with the understanding that, except for abstracts, no part of the data has been published, or will be submitted for publication elsewhere, before appearing in this *Journal*.

MATERIAL printed in the *New England Journal of Medicine* is covered by copyright. The *Journal* does not hold itself responsible for statements made by any contributor.

NOTICES should be sent at least 30 days before publication date.

ALTHOUGH all advertising material accepted is expected to conform to ethical medical standards, acceptance does not imply endorsement by the *Journal*.

REPRINTS: The *Journal* does not stock reprints, and reprints of the MGH CPCs are not available.

SUBSCRIPTION PRICES: USA: $48 per year (interns, residents $35 per year; students $30 per year). Canada (U.S. funds only): $58 per year (interns, residents $45 per year; students $40 per year).

EDITORIAL OFFICES: 10 Shattuck St., Boston, MA 02115.

BUSINESS AND SUBSCRIPTION OFFICES: 1172 Commonwealth Ave., Boston, MA 02134.

## THE QUALITY OF MERCY

FEW things a doctor does are more important than relieving pain. Yet the treatment of severe pain in hospitalized patients is regularly and systematically inadequate.[1-5] One study showed that 73 per cent of patients undergoing treatment for pain continued to experience moderate to severe discomfort.[2] This is not for want of tools. It is generally agreed that most pain, no matter how severe, can be effectively relieved by narcotic analgesics.[4,6,7] Why this inconsistency between what is practiced and what is possible?

One consideration that limits the use of narcotics is the possibility of a variety of side effects, including drowsiness, constipation, urinary retention, and most serious, respiratory depression. A more important factor is a disproportionate, sometimes irrational fear on the part of the medical profession and the public alike that patients will become addicted. The desire to protect patients from becoming insidiously drawn into a state of addiction distorts both our sense of priorities and our scientific judgment. A survey of medical house officers in two New York teaching hospitals documented the strong tendency to exaggerate the dangers of narcotics, as well as a curious belief that very low doses were effective against severe pain, and higher doses would provide no added relief.[2]

These attitudes and misconceptions have led to a rather ritualized and parsimonious use of narcotics for the relief of pain. The drugs are given in doses that are often inadequate, at time intervals that are often too long, according to a pro re nata (prn) regimen that requires the patient to wait out the time interval, no matter how severe the pain. Even the inadequate amounts of narcotics ordered may not in fact be received by the patient. The prn regimen, by placing the onus on the patient to request the drug, introduces considerations other than whether or not he is in pain. Patients may be inhibited by a desire to please the medical staff and not be a nuisance. Those who do decide to ask for pain relief must keep track of both the time and the drug schedule and have the strength and endurance to summon a nurse if one is not nearby. The extent to which nurses share the common concerns about addiction may influence their readiness to respond. Thus, in practice, the average daily dose of narcotics received is even smaller than the amounts ordered, and uncorrelated with the degree of persistent pain.[2]

We are left, then, with the image of a patient who can anticipate severe pain toward the end of each three or four-hour period, who counts the minutes until the end of the interval, and desperately hopes that a nurse will be nearby and promptly give him his dose of narcotics when it is time. To such a patient, the medical profession's attention to pain must seem confined to limiting relief from it. To doctors and nurses, on the other hand, the patient's anxiety and clock watching may seem to indicate growing dependence on the drug, not inadequate relief of pain. I believe there is a tendency for an adversarial relation-

MC-WV-01135.00002

ship to develop in which the doctor or nurse ascribes to the patient the motivations and impulsions of an addict. He is seen to be obsessed with drugs — not pain — and too weak to stop himself.

What are the facts? Addiction among patients who receive narcotics for pain is exceedingly unlikely; the incidence is probably no more than 0.1 per cent.[3,8] Even those who develop tolerance and physical dependence are unlikely to become addicted, and withdrawal can be accomplished easily if the painful stimulus is no longer present.[4,6] The purpose of the drugs for these patients is, after all, the relief of pain; "street" addicts, in contrast, take drugs for quite different purposes. The incidence of serious respiratory depression in patients who receive narcotics for pain is similarly low. As tolerance develops to the analgesic effects of narcotics, so it does to the respiratory effects. No more than 1 per cent of patients who receive narcotics for pain develop serious respiratory depression.[3,9]

It is instructive to contrast the very low incidence of important side effects with the very high incidence of inadequate pain relief. I can't think of any other area in medicine in which such an extravagant concern for side effects so drastically limits treatment. We are used to a closer balance between risks and benefits. The relative weighting we give to risks and benefits in relieving pain should, of course, depend on the patient's medical condition and preferences. The patient with transient pain from benign disease may be unwilling to accept and should not experience more than minimal side effects. At the other extreme, concerns about addiction in the patient with terminal cancer are irrelevant, and those about respiratory depression should be secondary to relief of pain.

Given a commitment to pain relief, how is this best accomplished? The prn regimen for dispensing narcotics has been strongly criticized. Many authorities believe that it is not only punishing but inimical to the efficient use of narcotics, since the dose required to abolish pain is larger than the dose required to prevent its re-emergence.[7,10,11] The usual alternative to the prn regimen is to give the drug at fixed intervals, to prevent pain rather than to treat it. This is the regimen used at St. Christopher's Hospice in London. Both these approaches to pain relief have advantages and drawbacks, which have been well described by Beaver.[4] I would like to suggest an intermediate approach. A prn order for a range of doses could be written, but the patient asked at each specified interval whether he needs relief from pain and, if so, whether he needs a relatively small or large dose. This system would give the patient a great deal of control over his symptom relief and also allow for fluctuations in the intensity of pain. Thus, it is more flexible than the fixed schedule. More important, it has the advantage over the prn regimen that the patient is never placed in the demoralizing position of a supplicant who must hunt down his help every three or four hours. It goes without saying that the doses and frequency of administration must be fully adequate for analgesia.

Some of these issues concerning the way we physicians deal with severe pain were raised implicitly in a recent highly publicized trial in Fall River, Massachusetts (*Commonwealth vs. Ann Capute*). After five weeks of testimony, a licensed practical nurse was acquitted of the charge that she had murdered a patient with metastatic cancer by giving her large doses of morphine. She was also acquitted of a second charge, illegally dispensing morphine. Press reports of reactions to this case suggest that we are drawing the wrong lessons from it. Despite the defendant's acquittal, there are indications that hospitals, doctors, and nurses are reacting defensively. The result may be still tighter and less sensitive rationing of pain relief. A far more constructive result would be renewed attention to the problem of inadequate pain relief and to the obligation of all members of the health-care team to cooperate in treating pain. This is the doctor's job no less than the nurse's, and it is as important as diagnosis and treatment of disease.

Pain is soul destroying. No patient should have to endure intense pain unnecessarily. The quality of mercy is essential to the practice of medicine; here, of all places, it should not be strained.

MARCIA ANGELL, M.D.

### REFERENCES

1. Simpson MA. Planning for terminal care. Lancet. 1976; 2:192-3.
2. Marks RM, Sachar EJ. Undertreatment of medical inpatients with narcotic analgesics. Ann Intern Med. 1973; 78:173-81.
3. Miller RR, Jick H. Clinical effects of meperidine in hospitalized medical patients. J Clin Pharmacol. 1978; 18:180-9.
4. Beaver WT. Management of cancer pain with parenteral medication. JAMA. 1980; 244:2653-7.
5. Dewi Rees W. The distress of dying. Br Med J. 1972; 3:105-7.
6. Twycross RG. Diseases of the central nervous system: relief of terminal pain. Br Med J. 1975; 4:212-4.
7. Shimm DS, Logue GL, Maltbie AA, Dugan S. Medical management of chronic cancer pain. JAMA. 1979; 241:2408-12.
8. Porter J, Jick H. Addiction rare in patients treated with narcotics. N Engl J Med. 1980; 302:123.
9. Miller RR. Analgesics. In: Miller RR, Greenblatt DJ, eds. Drug effects in hospitalized patients. New York: John Wiley, 1976:133-64.
10. Reuler JB, Girard DE, Nardone DA. The chronic pain syndrome: misconceptions and management. Ann Intern Med. 1980; 93:588-96.
11. Lewis JR. Should heroin be available to treat severe pain? JAMA. 1978; 240:1601-2.

## SOUNDING BOARDS

### UNDRAINED BRAINS

### A Modest Proposal to Recognize Some Contemporary Medical Heroes

MOST physicians are aware of the "brain drain," which siphons off trained physicians from developing countries into the manpower pool of developed countries, but unfortunately, few physicians appreciate the role of undrained brains — the bright, dedicated, highly trained physicians of the Third World who have chosen to remain and practice scientific medicine under the often daunting conditions of their native land. Unwittingly, physicians of the prosper-