# DRUG OVERDOSE STATISTICS
## CCEMS

**2014**

Patients transported as "suspected overdose"

- Oct – 11
- Nov – 15
- Dec – 22

**Total - 48**

**2015**

Patients transported as "suspected overdose"

- Jan – 42
- Feb – 30
- Mar – 44
- Apr – 46
- May – 42
- June – 21
- July – 29
- Aug – 39
- Sept – 58
- Oct – 37
- Nov – 30
- Dec – 60

**Total – 480**

**Submitted by:**

Connie Priddy MA, RN, MCCN

Cabell County Emergency Medical Service

CCEMS_0266911

MC-WV-02098.00001


MC-WV-02098

CCEMS_0266912

MC-WV-02098.00002