# DRUG OVERDOSE STATISTICS

# CCEMS

## 2016

Patients transported as "suspected overdose"

- Jan - 51
- Feb - 75
- March - 71
- April - 74
- May - 66
- June - 66
- July - 97
- Aug - 114
- Sept - 139
- Oct - 131
- Nov – 158
- Dec – 175

**TOTAL – 1217**

## 2017

Patients transported as "suspected overdose"

- Jan – 165
- Feb – 153
- March – 134
- April – 174
- May – 181
- June – 146
- July – 144
- Aug – 195
- Sept – 167
- Oct – 139
- Nov – 115
- Dec – 118

**TOTAL – 1831**

Submitted by: Connie Priddy MA, RN (CCEMS)

CCEMS_0266916

MC-WV-02099.00001



CCEMS_0266917

MC-WV-02099.00002