## Drug Overdose Statistics
## Cabell County Emergency Medical Service
## 2018-2020

Patients transported as "suspected overdose"

**2018**

- Jan – 113
- Feb – 90
- Mar – 86
- Apr – 62
- May – 112
- Jun – 101
- Jul – 106
- Aug – 113
- Sep – 85
- Oct – 76
- Nov – 65
- Dec – 80

**Total - 1089**

**2019**

- Jan – 40
- Feb – 44
- Mar – 63
- Apr – 88
- May – 91
- Jun – 80
- Jul – 94
- Aug – 85
- Sep – 70
- Oct – 74
- Nov – 73
- Dec – 76

**Total – 878**

CCEMS_0266913

MC-WV-02100.00001



**2020**

- Jan – 60
- Feb – 59
- Mar – 70
- Apr – 52
- May – 142
- Jun – 108
- Jul – 112
- Aug – 89
- Sep – 89
- Oct – 92
- Nov – 66
- Dec – 60

**Total – 999**

**Increase from 2019 & 2020 – 14%**

**Submitted by:**

Connie Priddy MA, RN, MCCN
Cabell County Emergency Medical Services