# Drug Overdose Statistics
## Cabell County Emergency Medical Services
### 2021 (Jan-Mar)

Ambulance patient calls categorized as "suspected overdose"

**2021**

- Jan – 81
- Feb – 65
- Mar – 96

**Total – 242**

**Submitted by:**

Connie Priddy MA, RN, MCCN
Cabell County Emergency Medical Services

CCEMS_0266915

MC-WV-02101.00001

