

MC-WV-02134.1

# DEPARTMENT OF FAMILY & COMMUNITY HEALTH

# ANNUAL REPORT

## November 30, 2018

**FAMILY & COMMUNITY HEALTH 2018 ANNUAL REPORT**
**TABLE OF CONTENTS**

**Mission Statement**................................................................................................................ **5**

**Chair Summary**.................................................................................................................... **6**

**Family & Community Health Organization**.......................................................................... **10**

**Department Divisions**.......................................................................................................... **14**

**Medical Education**.............................................................................................................. **16**

   Patient Centered Medical Home........................................................................................ 16

   Medical Student Education................................................................................................ 16

      Pre-Clinical Medical Student Education........................................................................ 16

         Introduction to Clinical Skills (MS1) and Advanced Clinical Skills (MS2):....................... 16

         Medical Ethics and Professionalism:............................................................................ 16

         Wilderness Medicine:.................................................................................................. 16

      Clinical Medical Student Education............................................................................... 18

         Third-Year Clerkship in Family Medicine...................................................................... 18

         MS-4 Required Sub-internship (in Family Medicine)..................................................... 19

         Rural Family Medicine Scholar Experience.................................................................... 20

         St. George's University of London Medical Student Education........................................ 21

      Post-Graduate Medical Education................................................................................. 22

         Family Medicine Residency.......................................................................................... 22

         The Family Medicine Centers........................................................................................ 22

         Family Medicine Hospital Service................................................................................. 23

      Family Medicine Grand Rounds/Didactics..................................................................... 23

         Innovative Residency Tracks......................................................................................... 23

            Rural Family Medicine Residency Track.................................................................... 23

            Global Health Track................................................................................................. 24

MC-WV-02134.2

Paul Ambrose Health Policy Program............................................................. 24

Family Medicine Residents (2017-18):........................................................... 25

Family Medicine Residency Graduates........................................................... 27

Continuing Medical Education................................................................................ 28

Marshall University Family Medicine Grand Rounds.................................... 28

32nd Annual Jose I. Ricard, MD, Family Medicine and Sports Medicine Conference....................... 28

Annual Midwest Global Health Conference.................................................. 28

**Clinical Activities**........................................................................................................ **29**

.............................................................................................................................. 29

FCH Patient Satisfaction Survey 2017................................................................... 29

Division of Occupational Health and Wellness.................................................... 30

Division of Occupational, Environmental, and Disability Medicine.................... 32

Student Health Services........................................................................................ 33

Division of Sports Medicine.................................................................................. 34

Division of Addiction Sciences.............................................................................. 35

Division of Geriatrics............................................................................................. 36

**Community Health**........................................................................................................ **37**

Appalachian Diabetes Coalitions and Chronic Disease Management................. 37

Community Health Worker (CHW)-Based CCM Model.......................................... 38

School Health........................................................................................................ 40

School-Based Health Centers........................................................................... 40

School Mental Health............................................................................................ 41

Oral Health............................................................................................................ 42

The Robert C. Byrd Center for Rural Health......................................................... 44

Pipeline Initiatives............................................................................................ 44

Rural Research.................................................................................................. 45

Community Development................................................................................... 45

**Financial Report**............................................................................................................**45**

**Community Outreach and Service**................................................................................**52**

Ebenezer Medical Outreach.................................................................................. 52

Marshall Medical Outreach (MMO)....................................................................... 52

Recovery Point....................................................................................................... 53

Honduras................................................................................................................ 53

MC-WV-02134.3

Harmony House................................................................................................................................ 54

West Virginia Veterans Home............................................................................................................ 54

Tug River Health Clinic, McDowell County........................................................................................ 54

Marshall and Regional Athletics........................................................................................................ 55

**Scholarship and Research............................................................................................................. 56**

Peer Reviewed Papers and Book Chapters (FY 2018)........................................................................ 56

PUBLICATIONS............................................................................................................................. 56

Publications-In Print (End of FY 2017).......................................................................................... 57

Works Near Submission................................................................................................................ 57

FCH Faculty Invited Presentations 2017 - 2018............................................................................ 58

Location of Presentations World Wide.............................................................................................. 61

Grants Participation (July 2017 – June 2018).................................................................................... 63

**Department of Family and Community Health Faculty and Staff............................................. 66**

Faculty Appointments (2017-2018)................................................................................................... 67

Volunteer Clinical Faculty.................................................................................................................. 78

Faculty Contributions to the Medical School and Affiliated Hospitals.............................................. 78

**Awards and Honors....................................................................................................................... 81**

2017-18 Departmental Awards (given by Department)..................................................................... 81

2017-18 Departmental Awards (received by Department)................................................................ 82

NCQA LEVEL 3 RECOGNITION............................................................................................................ 82

**Plans for the Upcoming Year.................................................................................................................84**

**Follow-up on Prior Plans.......................................................................................................................85**

**Succession Planning for Departmental Leadership.................................................................87**

**Family and Community Health Faculty Work Effort Report (FY 2018)....................................88**

Full-Time Faculty................................................................................................................................ 88

Part-Time Faculty............................................................................................................................... 89

MC-WV-02134.4

# Mission Statement



The Mission of the Department of to improve the health of the surrounding areas through These activities will be carried out small town communities and department intends to develop and effective methods of serving this model and example to others in advancing the health of such communities.

Family and Community Health is people of West Virginia and education, service, and research. with an emphasis on rural and underserved peoples. The implement innovative and population and be recognized as a



MC-WV-02134.5

# Chair Summary



STEPHEN M. PETRANY, MD

What a year it has been for the Department of Family and Community Health!  We have taken on new and exciting challenges and met them with great passion, extraordinary creativity, and remarkable proficiency.  We have expanded into 2 new divisions of critical importance to our mission and the needs of our region, Addiction Sciences and Geriatrics, while continuing to grow our clinical, educational, and research efforts in both scope and quality. We have also added a newly accredited rural residency training site in Wayne County that offers yet another distinctive learning environment for our family medicine residents, further demonstrating our unwavering commitment to solving the access and workforce issues that plague our rural underserved communities. Reflecting upon the accomplishments of the last year, I once again recognize the unique privilege I have as Chair of the Department to work with such a wonderful group of people who are so committed to the success of our special mission.  Because of their efforts, the 2017-2018 academic year has been unsurpassed as a time of innovation, creativity, determination, growth, and influence, and positions the Department to be a leader in the region's health care arena for the foreseeable future.

The Department had another successful year financially. Overall productivity increased significantly. The Department was able once again add to our reserve funds, allowing us to maintain a healthy balance above institutional requirements (over $4,000,000 total). At the same time we were able to provide well-earned increases in compensation to our dedicated faculty such that our faculty compensation package is at or above the national average for academic Family Physicians for the first time.  Our faculty complement continued its growth with the addition of several outstanding physicians and mid-level providers.  In addition, we expanded our support staff to sustain our growing practice, and in a further commitment to quality, added more care-coordinators to our workforce in support of our clinical activities.   We added yet another well-established practice to our Department's growing clinical network, expanding our primary care presence further to the East in Putnam County.  We continued to develop our unique partnership with Cabell Huntington Hospital with respect to several primary care provider-based clinics adding sites at the Woodlands and Teays Valley to the well-established clinics at Ceredo-Kenova, Merritt's Creek, Proctorville, and 20th Street in Huntington.  Additionally, the network was expanded to include 2 new geriatrics practices, The Center for Healthy Aging in Barboursville and the Cabell Huntington Hospital/Marshall Health Home Care practice. It is therefore, no surprise that 2017-18 has been a busy year of recruiting new providers to support our ever growing primary care presence in the region. The Department's extension into evening and weekend coverage continues to grow, becoming

MC-WV-02134.6

increasingly popular with patients and families who have difficulty making daytime appointments.  Our innovative collaborative clinical activities with the Department of Psychiatry on site at our main Family Medicine Center continues to be of enormous benefit to our patient population.  The quality of our clinical services in the Marshall Family Medicine Center was recognized with the achievement of the highest NCQA Level 3 recognition, the only department of the medical school to be so recognized.

The Department of Family and Community Health continues to provide the best in quality education for our medical students and family medicine residents. We also continue to provide primary care training for residents in Obstetrics and Gynecology, Psychiatry, as well as Dental residents.  Our faculty members participate at a significant level in the education of students during all 4 years of medical school. Our 3rd year clerkship continues to be rated very highly by graduating Marshall medical students (rated in the top 5 % nationally).  2017-18 saw the successful graduation of medical students from our recently developed and innovative Rural Health Scholars program, a longitudinal experience for 4th year medical students with an interest in rural primary care that is meant to encourage careers as rural primary care physicians while stimulating scholarship through mentoring and support of special research projects.  Our faculty continues to be recognized for their outstanding contributions to the education mission of our institution, with several well-earned awards, including the Dean's Award for Clinical Care, The Deans award for Leadership, and the Faculty Impact Award. Our Family Medicine residency expanded to a new ACGME accredited rural residency site in Wayne County and implemented numerous creative new approaches to our recruiting and overall education efforts, including a new HRSA supported curriculum in Addiction Sciences. The Family Medicine residency remains attractive to some of the best students from Marshall Medical School and from throughout the nation, with 8 outstanding individuals joining our program as interns at the year's end.  Once again, several of our residency graduates chose to practice in beautiful West Virginia and surrounding Appalachia.  2017 saw the first graduate of our recently re-established Sports Medicine Fellowship. Under the guidance and hard work of our sports medicine faculty and staff, we successfully recruited a second outstanding fellow to the program for the upcoming academic year.

FY2017 saw the further expansion of our community outreach commitments.  We continued our extraordinary efforts directed toward the *Marshall Medical Outreach* program for the homeless, the *Ebenezer Medical Outreach Clinic* for the uninsured and underinsured, and the *Recovery Point* in Huntington where we assist in the medical care of their 150 residents who suffer from various substance use disorders.  We expanded our support of academic and community efforts to address the opioid addiction epidemic that plagues our state and region through numerous projects, often providing energetic leadership to the development of programs like PROACT and Project Hope for Women and Children.  We established a new Division of Addiction Sciences built upon 4 main foci of activity:  Research, Education, Clinical Service, and Community Engagement.   The extensive list of Departmental outreach enterprises also includes, in part, activities at Tug River Health Clinic in southern WV, clinical support for the

MC-WV-02134.7

WV Veterans Home, providing medical care to the homeless at Harmony House in Huntington, providing access to screening mammograms throughout rural southern WV with the Bonnie's Bus mobile mammography unit, and supervision of Marshall's international student experience in Honduras. The generosity of our faculty, residents, and staff continues to amaze and inspire while bringing much recognition to the school of medicine.

The department's new Division of Geriatrics with Dr. Robert Walker as its director.   Within that division, the Center for Healthy Aging was conceived and developed specifically to address the unique and evolving issues facing West Virginia's aging population. The Marshall Center for Rural Geriatrics has begun to establish a network of relationships throughout southern West Virginia that expects to be a means to further study and address the needs of our rural elderly population.  Our geriatric faculty expanded to include seasoned geriatrician, Dr. Cindy Pinson, who brings with her a large home care and nursing home practice that enhances our clinical, educational, and research opportunities.  The department has worked closely with the Department of Internal Medicine leadership to initiate an integrated effort moving toward a Center of Excellence in Geriatrics, with the establishment of a Geriatrics Advisory Board that incorporates representation from multiple departments in the medical school.

Our department continues to be a national leader in community health initiatives, impacting chronic disease management, school-based health activities, health promotion and disease prevention, and oral health, for a large swath of central Appalachia.  Under the direction of Dr. Richard Crespo, a team of multi-talented professionals have been applying new care models and approaches toward many of the devastating chronic physical and mental health problems that affect our region of the country, while creatively working with payers to find ways to fund such activities.  The Robert Byrd Center for Rural Health continues its numerous effective initiatives focused toward improving the health and well-being of the rural communities of southern West Virginia, recently adding the ECHO project to reach out with expert educational support to rural clinicians in West Virginia.

Our faculty has always been committed to quality scholarship and this past year brought additional energy to the Department's research activities. At the end of FY2017, we count over 57 active research projects by our faculty, usually in collaboration with residents and students. Research interest varies greatly among faculty members, displaying our particular field of medicine's depth and diversity. A sampling of our efforts include studying techniques to improve patient communication, investigating the impact of new approaches to patients on opioid medications in rural ambulatory practice, assessing the outcomes of multiple new initiatives designed to address the opioid crisis, studying unique determinants of health for the oldest seniors, analyzing methods to improve the health care experience of patients, studying multiple aspects of care quality, and researching the effectiveness of certain education methods including the impact of PCMH models of care. Our scholarly activities display our residents' and faculty's desire for continued lifelong learning and to ultimately impact upon our discipline's future through focused practical scholarship activities. Over the last year, our faculty have been

MC-WV-02134.8

spreading the influence of our department and representing the medical school as invited speakers throughout the country and the world, presenting Marshall as a world leader in disability assessment, health policy, and issues related to substance use disorder. Once again, the Department of Family and Community Health leads all clinical Departments in external grant awards (Total $11,804,107.84).

I have repeatedly said that the great strength of the Department of Family and Community Health rests in its people, and this past year, once again, several of them were honored for their unique contributions to the school and the community.  A number of our faculty have been appointed or elected to major leadership positions. Dr. James Becker was nationally recognized as Chairman of the Medicaid Medical Director Network (MMDM), a national organization of 45 state Medicaid Medical Directors.  Dr. Adam Franks has served as President of the Medical and Dental Staff at Cabell Huntington Hospital, while Sydnee McElroy served as Family Medicine Section Chief at Cabell Huntington Hospital.  Dr. Mohammed Ranavaya continues as President of the American Board of Independent Medical Examiners.

As you read through the pages that follow, I have no doubt you will develop a picture of a department that continues to build upon its multiple and varied successes, supported by a group of creative and energetic people committed to improving the health care environment of our wonderful state and region.  This past year was a very successful time for the department marked by extraordinary growth and we look back with justified pride in our accomplishments. Our expectations remain high for a future marked by continued advancement and innovation, allowing Family and Community Health to remain at the forefront of Marshall's important and noble mission. Indeed, what a year it has been!


Stephen M. Petrany, M.D.
Professor and Chairman

MC-WV-02134.9

# Family & Community Health Organization



MC-WV-02134.10

# Organizational Chart for Crespo Team



MC-WV-02134.11



Family and Community Health
Division of Addiction Sciences

MC-WV-02134.12



# Robert C. Byrd Center for Rural Health Organizational Chart

**Department Divisions**

MC-WV-02134.13

**AESTHETICS/LASER**
  Kathy O'Hanlon, MD **
  Tammy Bannister, MD
  Teresa Thacker, MD

**ADDICTION SCIENCES**
  Stephen Petrany, MD
  Todd Davies, PhD
  Matt Christiansen, MD
  Lyn O'Connell, PhD
  Bob Hansen
  Michael Haney

**COMMUNITY MEDICINE & HEALTH POLICY**
  Richard Crespo, PhD **
  Stephen Petrany, MD **
  Matthew Christiansen, MD
  Jennifer Plymale, MA

**COMMUNITY OUTREACH**
  Stephen Petrany, MD **
  Charles Clements, MD
  Matthew Christiansen, MD
  FCH Faculty

**FAMILY MEDICINE**
  Stephen Petrany, MD **
  Tammy Bannister, MD
  Kathryn Bell, MD
  Jon Bowen, MD
  Kelly Chapman, NP
  Nick Chongswatdi, MD
  Matthew Christiansen, MD
  Charles Clements, MD
  Gary Cremeans, MD
  Matthew Curry, MD
  Carolyn Curtis, MD
  Adam Franks, MD
  Erika Harris, MD
  Hyla Harvey, MD
  Adrienne Mays, MD
  Patti Marcum, MD
  Mary Marcuzzi, MD
  Kevin McCann, MD
  Dilip Nair, MD
  Laurie Nair, MD
  Kathy O'Hanlon, MD
  John Parker, MD
  Ross Patton, MD
  Cynthia Pinson, MD
  David Rupp, MD
  Linda Savory, MD
  Mitch Shaver, MD
  Kate Steele, MD
  Teresa Thacker, MD
  Stephen Wilcox, MD
  Ken Devlin, MA
  Gary Culver, PA
  Mary Gibbs, RN-C, MSN, FNP
  Catlin Sallie, FNP
  Ambryan White, MD

**GERIATRICS**

  Robert Walker, MD**
  Cynthia Pinson, MD
  Michael Grome, PA
  Stephen Petrany, MD

**GLOBAL MEDICINE**
  John Walden, MD **
  Charles Clements, MD
  Richard Crespo, PhD
  Matthew Curry, MD
  Carolyn Curtis, MD
  Sydnee McElroy, MD
  Dilip Nair, MD
  John Parker, MD
  Kate Steele, MD

**MEDICAL STUDENT EDUCATION**
  Kathleen O'Hanlon, MD **
  James Becker, MD
  Adrienne Mays, MD
  Dilip Nair, MD

**OB/GYN**
  Ross Patton, MD **
  Adam Franks, MD
  Sydnee McElroy, MD

**OCCUPATIONAL HEALTH & WELLNESS**
  Nick Chongswatdi, MD **
  James Becker, MD
  Diane Alcorn, RN

**OCCUPATIONAL, ENVIRONMENTAL & DISABILITY MEDICINE**
  Mohammed Ranavaya, MD **
  James Becker, MD
  Rabah Boukhemis, MD
  Nick Chongswatdi, MD
  Charles Clements, MD
  Mary Murphy, DO
  John Parker, MD
  David Rupp, MD
  John Walden, MD

**POST-GRADUATE MEDICAL EDUCATION**
  Tammy Bannister, MD**
  Greg Elkins, MD
  Adam Franks, MD
  Dilip Nair, MD
  Mitch Shaver, MD
  Ross Patton, MD
  David Rupp, MD

**RESEARCH**
  Adam Franks, MD**
  Dilip Nair, MD
  Stephen Petrany, MD
  Richard Crespo, PhD
  FCH Faculty

**RURAL HEALTH**
  Jennifer Plymale, Director **

MC-WV-02134.14

Richard Crespo, PhD
Stephen Petrany, MD
John Parker, MD
Greg Elkins, MD

**SPORTS MEDICINE**
Ross Patton, MD **
Rabah Boukhemis, MD
David Rupp, MD
Mitch Shaver, MD
Chuck Clements, MD

**WILDERNESS MEDICINE**
Charles Clements, MD **

** Division Chief

MC-WV-02134.15

# Medical Education

## Patient Centered Medical Home



W. MITCH SHAVER, MD

Dr. Mitch Shaver supervised integration of Medication Assisted Therapy (MAT) Curriculum into the Patient Centered Medical Home curriculum for the 2017 -2018 academic year.  Residents participate with experiences in MAT group and individual sessions, group sessions at Recovery Point, one day in Cabell County Drug Court and in the Cabell County Health Department Harm Reduction Program.  Residents complete MAT Training on-line leading to a certificate allowing application for a DEA Waiver for MAT prescribing.

## Medical Student Education

### Pre-Clinical Medical Student Education

 

ADRIENNE M. MAYS, MD   Matthew B. Curry, MD

Faculty from Family and Community Health participate in the pre-clinical curriculum of medical education; our faculty provided over 250 contact hours of teaching support for the MS-1 and MS-2 curriculum. This last year saw several changes in our Department's commitment and approach to teaching during the pre-clinical years.  Dr. Curry continues to develop workshops to improve students' critical thinking skills. He is also working to improve the current IPE (Inter-Professional Education) events.   We worked with Charles Yarbrough, PhD, and Laura Richardson, PhD, to enhance the students' education on the Dermatologic history, physical exam, and diagnostic skills.  We have worked with academic medical students to develop a website for reference materials that our students can access after their pre-clinical education is complete.  We have expanded the use of Workshops in the MS-1 curriculum for teaching the cardiac exam as well as continued to improve those in the MS-2 curriculum (Students work in groups of 4 and do multiple cases in one afternoon). We are integrating our clinical experiences into the basic science courses as well.  (Heart Sounds Workshop; Differential Diagnosis and Critical Thinking, Cardiac Infections, Parasitology, Hematuria and Dysuria).

***Introduction to Clinical Skills (MS1) and Advanced Clinical Skills (MS2):***  Dr. Adrienne Mays is the course director and main instructor of the MS-1 *Introduction to Clinical Skills* course.  Dr. Matthew Curry is the main instructor for the successive MS-2 *Advanced Clinical Skills* course.  In both courses, Dr. Mays and Dr. Curry spend four hours each week working with medical students. Dr. Mays also teaches other clinical courses, instructs on critical thinking, and conducts a heart sounds workshop.

***Medical Ethics and Professionalism:***  Dr. Petrany, Dr. Clements, and Dr. Nair join Dr. Mays to instruct the students on various topics of Ethics and Professionalism, providing clinical correlations within the integrated curriculum.  Dr. Mays also works with Dr. Gallagher to instruct on topics of medical ethics and law.  Dr. Ranavaya continues to teach healthcare and law to our second year students.

***Parasitology:***  This year Drs. Curtis, Steele, and Curry took over teaching the MS2 parasitology course after the retirement of Dr. John Walden. The course, split during the fall and spring semester, covers a variety of parasites found both domestically and abroad and features both didactic and large group case study formats.

***Wilderness Medicine:***  Outside of the required MS1 and MS2 curriculum, Dr. Chuck Clements offers a consistently popular one-of-a-kind *Wilderness Medicine* course that combines didactic and field experiences.

MC-WV-02134.16

## Faculty MS1 Lectures

| | | |
|---|---|---|
| Course Introduction: ICS | Dr. Adrienne Mays | .25 of an Hour |
| Course Introduction: Medical Humanities | Dr. Adrienne Mays | .25 of an Hour |
| The Patient Interview & Vital Signs | Dr. Adrienne Mays | 1 Hour |
| The Patient Interview | Dr. Adrienne Mays | .5 of an Hour |
| The Vital Signs | Dr. Adrienne Mays | .5 of an Hour |
| Vital Signs Clinical Assessment | Dr. Adrienne Mays | .17 of an Hour |
| Introduction to Ethics | Dr. Adrienne Mays | 1 Hour |
| History of Present Illness & ROS | Dr. Adrienne Mays | 1 Hour |
| Developing the HPI | Dr. Adrienne Mays | 1 Hour |
| Taking a History (PMH, Fam, Soc) | Dr. Adrienne Mays | 1 Hour |
| Developing the Past Medical History | Dr. Adrienne Mays | 1 Hour |
| Documentation: Notes (examples) | Dr. Adrienne Mays | 1 Hour |
| Introduction to the Physical Exam | Dr. Adrienne Mays | 1 Hour |
| Intro: Cultural Competency/Awareness | Dr. Adrienne Mays | .5 of an Hour |
| Peripheral Nerve Case & Documentation | Dr. Adrienne Mays | 1 Hour |
| Through their Eyes-Neuro c/o (Seizures) | Dr. Adrienne Mays | 1 Hour |
| CCE-III – The Musculoskeletal Exam | Dr. Adrienne Mays | .5 of an Hour |
| Cranial Nerve Exam | Dr. Adrienne Mays | 1 Hour |
| Neuro Case and Documentation | Dr. Adrienne Mays | 1 Hour |
| The Skin Exam – Working as a Team | Dr. Adrienne Mays | 3 Hours |
| Med Hum Presentation | Dr. Adrienne Mays | .5 of an Hour |
| Introduction to the Abdominal Exam | Dr. Adrienne Mays | 1 Hour |
| The Abdominal Exam | Dr. Adrienne Mays | 1 Hour |
| Abdominal Case & Documentation | Dr. Adrienne Mays | 1 Hour |
| Euthanasia & PAS | Dr. Adrienne Mays | 2 Hours |
| Through their Eyes | Dr. Adrienne Mays | 1 Hour |
| Everyday Ethics | Dr. Stephen Petrany | 2 Hours |
| Clinical Dilemmas | Dr. Dilip Nair | 1 Hour |

## Faculty MS2 Lectures

| | | |
|---|---|---|
| Introduction to Advanced Clinical Skills | Dr. Matthew Curry | .5 of an Hour |
| Introduction to the Case Presentation | Dr. Matthew Curry | .5 of an Hour |
| Medical Humanities: SBIRT in Practice | Dr. Matthew Curry | 2 Hours |
| CBL: Exploring Infectious Diseases through H&P | Dr. Matthew Curry | 1 Hour |
| Difficult Counters and Non-Compliant Patients | Dr. Matthew Curry | 1 Hour |
| Exploring Heme/Onc via H&P | Dr. Matthew Curry | 1 Hour |
| Breaking Bad News | Dr. Matthew Curry | 1 Hour |
| Exploring MSK Complaints through H&P | Dr. Matthew Curry | 1 Hour |
| Neurology Workshop | Dr. Matthew Curry | 3 Hours |
| Cardiac Workshop | Dr. Matthew Curry | 3 Hours |
| Pulmonary Workshop | Dr. Matthew Curry | 3 Hours |
| Abdominal Workshop | Dr. Matthew Curry | 3 Hours |
| Preventive Care Workshop | Dr. Matthew Curry | 3 Hours |
| Introduction to Parasites, Delusional Parasitosis, Strongyloidiasis | Dr. Carolyn Curtis | 2 hours |
| Parasitology- Protozoa; Trypanosomiasis, Leishmaniasis | Dr. Kate Steele | 2 Hours |

MC-WV-02134.17

| Parasitology Case Studies | Drs. Curtis and Steele | 2 Hours |
|---|---|---|
| Parasitology – Intestinal Protozoa; Paragonimiasis; Fascioloa | Dr. Matthew Curry | 2 Hours |
| Parasitology – Free Living Amebic Infections; Schistomiasis | Dr. Kate Steele | 2 Hours |
| Parasitology – Case Studies | Dr. Kate Steele | 2 Hours |

## Clinical Medical Student Education

### *Third-Year Clerkship in Family Medicine*



KATHLEEN M. O'HANLON, MD



GLENNA MICHAEL

The department of Family Medicine continues to have our school's most highly rated MSIII clinical rotation, comprising 8 weeks during which each student is paired, one-on-one, with one of our family physicians or volunteer clinical faculty members in their offices -- who serve as teacher, role model, and mentor.  We strive to provide students with an exceptional opportunity to work in the outpatient setting, and complement that experience with one week on our busy family medicine in-patient service at Cabell Huntington Hospital.  Here, students work alongside our residents and hospital attending and become members of a dedicated around-the-clock team involved in caring for the very ill patient.

Our diverse and talented faculty also provide approximately 50 hours of teaching during each rotation – focusing on core curriculum medical topics, current local issues such as opioid addiction and chronic pain management, our popular hands-on workshops in sports medicine, dermatology, and simple office procedures, and our chairman's highly rated EKG-interpretation series.   As we move more fully toward the "medical home" model, we are placing more emphasis on the concept of physician-as-team-leader, acquisition of clinical decision making skills,  fostering multidisciplinary interaction, rewarding personal curiosity, and encouraging life-long research and independent study.



We recognize the difficulty of teaching as broad a subject as "Family Medicine" over just eight weeks.  In light of this reality we strive to provide a supportive and stimulating educational environment which allows students to develop professional bedside manner, practice history and physical exam skills encompassing a wide array of problems for all age-groups, and gain competency in use of the electronic health record and documentation skills. Our efforts to expose students to the full breadth of our specialty remains an exhilarating challenge – which we enthusiastically embrace!

### Family Medicine MS3 Clerkship Conference Schedule

| Topic | Faculty | Time |
|---|---|---|
| Applying to Residency | Dr. Petrany | 2 Hours |
| Clinical Decision Making Part 1 | Dr. Christiansen | 1.5 Hours |
| Clinical Decision Making Part 2 | Dr. Becker | 1.5 Hours |
| Clinical Decision Making Part 3 | Dr. Parker | 1.5 Hours |
| Cryo & RF Surgery | Dr. O'Hanlon | 1.5 Hours |

MC-WV-02134.18

| Derm 1 | Dr. O'Hanlon | 2 Hours |
| Derm 2 | Dr. O'Hanlon | 2 Hours |
| Diagnosing Otitis Media | Dr. L. Nair | 2 Hours |
| EKG#1 | Dr. Petrany | 1 Hour |
| EKG#2 | Dr. Petrany | 1 Hour |
| EKG#3 | Dr. Petrany | 1 Hour |
| EKG#4 | Dr. Petrany | 1 Hour |
| EKG#5 | Dr. Petrany | 1 Hour |
| EKG#6 | Dr. Petrany | 1 Hour |
| EKG#7 | Dr. Petrany | 1 Hour |
| EKG Review | Dr. Petrany | 1 Hour |
| Emergency Treatment of Asthma | Dr. Becker | 1.5 Hours |
| Evaluation of Chronic Lung Disease | Dr. Becker | 1.5 Hours |
| Global Health – Getting Involved | Dr. Curry | 1 Hour |
| Heart Exam/Murmur | Dr. Becker | 1.5 Hours |
| Intra Dermal Injection | Dr. O'Hanlon | .5 on an Hour |
| Intro to Prevention | Dr. Petrany | 2 Hours |
| Joint Exam/Aspiration | Dr. Boukhemis | 2 Hours |
| Leading a Multi-Disciplinary Team | Dr. Shaver | 1.5 Hours |
| Low Back Pain | Dr. Rupp | 1.5 Hours |
| Management of Chronic Pain | Dr. Becker | 1.5 Hours |
| Obesity | Dr. Bell | 1 Hour |
| Opioid Addiction -Dx/Management | Dr. Clements | 1.5 Hours |
| Pediatrics Sports Medicine | Dr. Patton | 2 Hours |
| Skin Biopsy & Local Anesthesia | Dr. O'Hanlon | 1.5 Hours |
| Suture Workshop | Dr. O'Hanlon | 2 Hours |
| Wilderness Medicine | Dr. Clements | 1 Hour |
| Women's Health Cases | Dr. Franks | 2 Hours |

The Family Medicine Clerkship continues to provide students with support and tools to help with passing and increasing their scores on the shelf exam.   The NBME has recently made available a Family Medicine Self-Assessment exam allowing the clerkship to purchase "Vouchers" for practice exams leading up to the final clerkship exam.  During the 2017 - 2018 academic year the clerkship gave 43 "pass" and 23 "pass with honors" grades.

We have continued our tradition of receiving the highest clerkship evaluation scores nationally on the AAMC's most recent 2017 Medical School Graduation Questionnaire (**Top 5% Nationally**).  We are honored to find that students have rated our efforts so highly [**72.9% rated us "excellent" compared to 53.6% national average**].  We continue to monitor and respond to student feed-back and we strive to maintain and even exceed these standards in the coming years.

***MS-4 Required Sub-internship (in Family Medicine)***



STEPHEN M. PETRANY, MD

Interest in our Family Medicine Sub-internship continues.  In the 2017-18 academic year 14 students completed their required hospital sub-internship on our Family Medicine Hospital Service.  These students were provided an advanced responsibility inpatient experience supervised by our family

MC-WV-02134.19

medicine residents and attending physicians.  Debriefing of students by Dr. Petrany (Course Director) and course evaluations indicate students perceive this rotation as a high quality and challenging learning experience that further prepares them for their upcoming residency training responsibilities. Students stated *"The Family Sub-I was a wonderful experience that reinforced why I chose Family Medicine as my future career".   "This sub-I took every opportunity to prepare me for my intern year. I felt like a member of the team and useful."  "This was an incredible opportunity to get to actually learn and function as an intern. I appreciate the residents who took the time to teach me to make me better as a physician and make my first year of residency easier".*

## Marshall Student Participants Family Medicine Sub-internship

| Year | Sub-internship |
|---|---|
| 2014-15 | 12 |
| 2015-16 | 15 |
| 2016-17 | 15 |
| 2017-18 | 14 |

### Rural Family Medicine Scholar Experience



ADAM M. FRANKS, MD

The development of an innovative longitudinal experience for fourth year medical students through the Department of Family and Community Health began 2015 – 2016 AY. Dr. Adam Franks is the Director of this unique program guided by a committee of our best faculty including Dr. Mitch Shaver, Dr. Sydnee McElroy, Dr. David Rupp, Amy Smith, MS, and the Director of the Robert C. Byrd Rural Health Center, Jennifer Plymale. This is a 4th year enrichment experience that provides focused Family Medicine experiences, knowledge, and guidance to interested medical students at Marshall University.  Students are provided with enrichment experiences including rural placements, rural research projects, and more personalized mentor support.  This opportunity gives students the skills necessary to match and succeed in a Family Medicine residency. Since 2015, all 30 graduates of the program have been accepted into one of their top residency choices.

### MS-4 Electives in Family Medicine








STEPHEN M. PETRANY, MD          CHARLES W. CLEMENTS, MD          ROSS M. PATTON, MD          RICHARD D. CRESPO, PHD          W. MITCH

The Department of Family and Community Health provides an extensive list of elective courses for 4th year medical students.  These proved to be increasingly popular with medical students during the 2016 – 2017 academic year.

| *Course* | *Course Director* | *Students* |
|---|---|---|

MC-WV-02134.20

| | | |
|---|---|---|
| FCH 800- Outpatient Family Medicine | Mitch Shaver, MD | 34 |
| FCH 888- Rural Family Medicine | Mitch Shaver, MD | 19 |
| FCH 780- Special Projects | Mitch Shaver, MD | 8 |
| FCH 827- Sub-Internship in Family Medicine | Stephen Petrany, MD | 14 |
| FCH 890- Wilderness Medicine | Charles Clements, MD | 10 |
| FCH 880- International Health | Kate Steele, MD | 28 |
| FCH 885- Medical Spanish | Kate Steele, MD | 30 |
| FCH 845- Sports Medicine and Adult Fitness | Ross Patton, MD | 9 |
| FCH 855- Readings in Rural Health | Richard Crespo, PhD | 34 |
| FCH 857- Readings in International Medicine | Matthew Curry, MD | 32 |
| FCH 820- Rehabilitative Medicine | Rabah Boukhemis, MD | 13 |
| FCH 806- Clerkship in Local Health Department | Michael Kilkenny, MD | 23 |
| FCH 895- Hospice & Palliative Medicine | Nikki Cole, MD | 21 |

### *St. George's University of London Medical Student Education*

Students visiting from St. George's University in London (SGUL) are required to complete 4 weeks of Family Medicine rotation during their 4th year of school.  We provided opportunities for 11 of these students to complete these requirements through our department during the 2017-2018 academic year. We have participated in completing several accreditation needs for the London-based school, including an extensive review of our educational activities and offerings.  As course director for these rotations, Dr. Shaver has been busy validating the curriculum across the Marshall experience for the SGUL students' outcomes-based requirements, to insure compatibility with SGUL accreditation needs.  To date 2 of the SGUL students have participated in the Rural Family Medicine Scholars and 1 of the SGUL students matched with the Family Medicine Residency.

## Post-Graduate Medical Education

### *Family Medicine Residency*

Dr. Tammy Bannister, Residency Director since 2016 continues to work with the residency faculty to develop clinical and teaching innovations. Under their leadership, the Marshall University Family Practice Residency continues its tradition of excellent preparation of family physicians through continuing curriculum innovation built upon a strong traditional track as well as defined areas of concentration in Rural Medicine, Global Health, Wilderness Medicine, and Health Policy.  The three core elements of the residency remain the model Family Medicine


Tammy L. Bannister, MD


Vicky Blackshire

MC-WV-02134.21

Centers, our busy Family Medicine Hospital Service, and our Family Medicine Grand Rounds/Didactic experiences. The uniquely flexible curriculum design allows our family medicine residents to continue to take advantage of distinctive elective educational experiences locally, nationally, and internationally.

In answer to the growing concern regarding well-being and wellness among physicians the residency has refocused its curriculum in these areas with the development of a wellness curriculum and more focused opportunities for mentorship and team building activities among the residents and faculty.  The residency now requires readings prior to the intern start date to facilitate discussions on managing stress, anxiety, and depression. Dr. Bannister is the chair of the GME Wellbeing Committee and is working to standardize a wellness curriculum. This past year, the residents were provided opportunity and funding for our first ever resident-only retreat. It was held at Adventures on the Gorge and was mandatory time away from work duties. Faculty volunteered to cover resident responsibilities in order to allow this important activity. This year's curriculum and agenda centered on team building. We plan to continue this wellness activity annually.

The Family Medicine Residency has increased focus on scholarly activity among faculty and residents alike.  Dr. Adam Franks our Vice Chair of Research heads up a very active program for developing scholarly activity through research and publications.  We have developed a forum for displaying ongoing research and recent publications in the department. Since this increased focus, there has been a substantial increase in publications and ongoing research within the department. The Family Medicine Residency is now requiring RAFT – based quality and safety improvement projects to be completed yearly and presented locally, regionally or nationally.

In order to further improve our already outstanding patient satisfaction results, as well as to enhance resident and faculty team building, the residency has developed the RAFT (Resident and Faculty Team).  Each RAFT consists of two residents from each year of training, a nurse, a care coordinator, Family Medicine faculty member, and patient service representatives. Patients are presented with a team card at their visit with information about appointments and important patient centered phone numbers.

Responding to the community needs in regard to substance use disorders and pain management, all residents receive Medically Assisted Treatment (MAT) training before completing residency.

### The Family Medicine Centers

The main residency continuity practice is located at the Marshall University Family Medicine Center (FMC) with additional obstetrical continuity experiences in local area faculty offices.  A second FMC is located in Lincoln Primary Care Center (a Federally Qualified Health Center) located in Hamlin, WV, and acts as the center of the state's first Rural Family Medicine Residency Program. We now offer a second rural residency option at our rural family medicine practice in Lavalette. This site achieved ACGME approval as a rural teaching facility for a total of six residents. Following a beautiful office renovation, residents began seeing rural patients in January 2018. Further supplemental continuity practice opportunities are provided at a local underserved urban clinic (Ebenezer Medical Outreach) as well as more rural practice sites.

Marshall University Family Medicine Center achieved NCQA PCMH level 3 certification in 2017. This significant achievement allows residents and students to directly experience the team-based approach to patient care that is essential in today's healthcare environment. New work flows and clinical teams have been developed to meet PCMH needs as well as each resident spends three months of their residency training dedicated to this area of health management.

### Family Medicine Hospital Service

Our Department's Family Medicine Hospital Service continues to be a superior source of education for our residents and students.  Exit interviews of our graduates continue to rate the service as one of the best learning experiences during their 3 years of training.  The service is well-respected by Cabell-Huntington Hospital leadership for the level and quality of support we provide for inpatient care.   In 2017 -18 our hospital service admitted 3,545 patients. 2017-2018 saw the

MC-WV-02134.22

development of an unattached CAP for the FMHS team. This was accomplished with collaboration with the CHH leadership in an effort to maintain excellent quality and safe care to patients in addition to allowing ample time for resident and student teaching on the busy hospital service. The Family Medicine Hospital faculty has also been instrumental in the improvement of quality measures such as speed of admissions from the emergency department.

## Family Medicine Grand Rounds/Didactics

Our department continues to provide excellent AAFP accredited CME opportunities for our university faculty and local community physicians through our Family Medicine Grand Rounds activities.  Dr. Matt Curry oversees the planning of our Grand Rounds sessions.  Over the last year we have held several innovative lectures series including "Foundational Topics" which highlights subjects germane to the field of Family Medicine. This series, given by PGY-3 residents, explores not only the core pathophysiologic aspects of disease but also the practical day-to-day management of these topics. Additionally, we have welcomed several guest speakers including Dr. Paul Little – a former graduate of our program who returned to discuss "*The Good, Bad, and Ugly of Substance Use and Addiction*".  During his talk Dr. Little highlighted his personal experience offering medication assisted treatment and the challenges of doing so. Throughout the expansion of our Grand Rounds series we have also developed live-streaming and recording capabilities and have offered access not only to our current and former residents but also to several rural sites throughout West Virginia. Our Grand Rounds presentations are also cataloged online for later review by our residents.  This innovation allows residents on away rotation, busy faculty, and community attending to access high quality accredited CME opportunities.

### *Innovative Residency Tracks*

Although most residents follow the traditional track with its carefully designed flexibility, a number of innovative specially focused tracks are available to our most competitive applicants.

#### *Rural Family Medicine Residency Track*

Marshall Family Medicine developed West Virginia's first formal rural residency program.  Located at Lincoln Primary Care Center (LPCC) in the foothills of the Appalachian Mountains, this track grew out of the Department's commitment to meeting the needs of the people of our region. Our affiliation with several rural and small-town health centers provides our residents with an interest in rural practice the opportunity to gain experience in rural settings and develop the skills necessary to care for a population with limited health care access. We continually monitor outcomes related to this program which has been very effective in graduating family physicians who choose to practice in rural areas.  Since its inception, 88% of the track's graduates are practicing in rural primary care settings and 80% of these graduates practice in West Virginia. Two residents participated in the rural track at LPCC for the 2017-18 year. The new addition to Rural Track at Lavalette currently has three residents providing care to rural Wayne residents.

#### *Global Health Track*

Marshall Family Medicine established the nation's first global health track within a residency program back in the 1980's. Family Medicine is not bound by hospital walls or national borders. With a cohort of faculty members with special interests in anthropology, parasitology, public health, preventive medicine, tropical medicine, envenomation, occupational medicine, obstetrics, rural practice, and care for the underserved - the department is well-equipped to prepare residents to address the complex medical issues existing in third world settings. The residency supported two global health track participants during the 2017-18 academic year – Drs. Nick Raubitschek and Sarah Dennemeyer. During the year, Dr. Dennemeyer participated in a month long journey to serve patients in India with the organization Child Family Health International. During her visit, she spent time in the northern state of Uttarkhand traveling through the capital city of Dehradun, hill town of Rishikesh, and rural village of Patti. While experiencing indigenous cultures, she gained cross-culture competency in the diagnosis and treatment of patients who may be receiving a combination of modern and traditional therapies and understanding how they may complement one another.  Dr. Raubitschek spent his

MC-WV-02134.23

elective time on a two month rotation in rural Malawai with former graduate Dr. Martha Sommers gaining experience working with and treating the local population in both ambulatory and hospital settings.

Additionally, monthly global health meetings were held providing a longitudinal educational experience for students, residents, and faculty members.  Drs. Charles Clements and Matt Curry were also accepted to speak at the AAFP Global Heath Workshop – The Academy's global health national conference in Houston, Texas. Their talk, *"God Willing and the Creek Don't Rise: Medical School Community Aides in Flood Relief Effort"*, highlighted the challenges of responding to a natural disaster as well as MU JCESOM's involvement in response to the catastrophic flooding of southern WV in the summer of 2016.  Also this year, Dr. Kate Steele served on the planning committee for the Mid-West Regional Global Health Conference which was held in Cincinnati, Ohio. The event, which partners with the Universities of Cincinnati, Kentucky, West Virginia, and Wright State along with Pikeville Medical College, hosts multidisciplinary lectures on the topics of international health.  Our faculty have also held multiple student-oriented discussions centered on ethical considerations for service in global health and assisted MS4s organize international rotations. Finally, Drs. Curtis and Steele organized and taught the elective course, Medical Spanish, for students interested in serving Spanish speaking patients.

*Paul Ambrose Health Policy Program*

Named in honor of Marshall's own Dr. Paul Ambrose, the Paul Ambrose Health Policy Program is the nation's only health policy program integrated into a 3-year residency in Family Medicine. Residents in this track have the opportunity to experience the intricacies of health policy development, implementation, and oversight. Participants observe and partake in the legislative process and become involved in health administrative agencies. They work directly with legislators and their staff, attend a National Health Policy Conference, survey state agencies with administrative responsibilities in the health care field, and conduct research on a broad range of health care access and affordability issues. All five recent graduates of this new program are practicing in West Virginia, two in major leadership positions at the state and even national levels.   One resident, Dr. Louie Olive, participated in the Health Policy track in 2017-2018.  In addition to participating in meetings during the 2018 legislative session, he conducts noon lectures on legislative topics that are always informative and well attended by faculty and residents. Dr. Olive has also been involved in moderating conferences and blog writing for Marshall Health.

### *Family Medicine Residents (2017-18):*

PGY-3

Darby Ford, DO

        Undergraduate Education:  Marshall University and Ohio University

        Medical Education:  WV School of Osteopathic Medicine

Jeffrey Groves, MD

        Undergraduate Education:  WVU Mechanical Engineering

        Medical Education:  Marshall University Joan C. Edwards School of Medicine

Syeda Mansur, MD

        Undergraduate Education:  Virginia Commonwealth University

        Medical Education:   Howard University College of Medicine

Kaitlin McGrogan, DO

MC-WV-02134.24

Undergraduate Education:  Allegheny College

Medical Education:  Philadelphia College of Osteopathic Medicine

Nicole Nettey, MD

Undergraduate Education:  Georgia State University

Medical Education:  Meharry Medical School

Nicholas Raubitschek, MD

Undergraduate Education:  University of California, Berkeley

Medical Education:  Medical School for International Health at Ben-Gurion University/Columbia University

Sarah Sexton, MD

Undergraduate Education:  Marshall University

Medical Education:  Marshall University Joan C. Edwards School of Medicine

Devan Trull, DO (graduated (9/5/17)

Undergraduate Education: Marshall University

Medical Education:  WV School of Osteopathic Medicine

Benjamin Wendt, MD

Undergraduate Education:  Ohio State University

Medical Education:  Ohio State University School of Medicine

PGY-2

Shawndra Barker, MD

Undergraduate Education: Marshall University

Medical Education: Marshall University Joan C. Edwards School of Medicine

Katherine Rector Bennett, MD

Undergraduate Education: Columbia University, NY

Medical Education: Marshall University Joan C. Edwards School of Medicine

Sarah Dennemeyer, MD

Undergraduate Education: University of Nevada Reno

Medical Education:  Medical School for International Health at Ben-Gurion University/Columbia University

Stephen "Andrew" Ford, DO

Undergraduate Education: The College of Wooster

Medical Education: West Virginia School of Medicine

William Clay Mitchell, MD

Undergraduate Education: University of Central Florida

Medical Education:  University of Central Florida College of Medicine

Louie Olive, MD

Undergraduate Education: West Virginia University

Medical Education: Marshall University Joan C. Edwards School of Medicine

Audrey Plummer, DO

MC-WV-02134.25

Undergraduate Education: Marshall University

Medical Education: University of Pikeville - Kentucky College of Osteopathic Medicine

PGY-1

Brandon Carl Flores, MD

Undergraduate Education: University of Washington

Medical Education:  University of North Dakota School of Medicine and Health Sciences

Laura Mae Given, MD

Undergraduate Education: West Virginia Wesleyan College

Medical Education: Joan C. Edwards School of Medicine at Marshall University

Adam Clay Howerton, DO

Undergraduate Education: Marshall University

Medical Education: West Virginia School of Osteopathic Medicine

Benjamin Carl Schnakenberg, MD

Undergraduate Education: SUNY Stony Brook

Medical Education: Howard University College of Medicine

Richard Asher Sexton, MD

Undergraduate Education: Marshall University

Medical Education: Joan C. Edwards School of Medicine at Marshall University

Kasey Danielle Stickler, MD

Undergraduate Education: Marshall University

Medical Education: Joan C. Edwards School of Medicine at Marshall University

Morgan Catherine Stickler, MD

Undergraduate Education: Marshall University

Medical Education: Joan C. Edwards School of Medicine at Marshall University

Courtney Diane Wellman, MD

Undergraduate Education: Marshall University

Medical Education: Joan C. Edwards School of Medicine at Marshall University

### *Family Medicine Residency Graduates*



The Marshall Family Medicine Residency Program produces quality physicians, many of whom choose to remain in West Virginia. With **134 graduates now practicing in West Virginia, and 40% of all graduates practicing in small population rural areas**, the Department of Family and Community Health is carrying out the Joan C. Edwards School of Medicine's mission to provide quality health care to meet the needs of West Virginia and Central Appalachia. 8 outstanding young physicians completed our family medicine residency program

MC-WV-02134.26

in 2017, with 3 choosing to practice in the state of West Virginia, and 2 providing care in a medically underserved community.

**Family Medicine Residency Graduates 2014-18**

|  | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| West Virginia | 5 | 5 | 3 | 3 |
| Shortage Area | 1 | 2 | 1 | 2 |

## Sports Medicine Fellowship


ROSS M. PATTON, MD


DAVID P. RUPP, MD

First established in 1987 under the direction of Dr. Ross Patton, the fellowship was the fifth primary care sports medicine fellowship in the country until it closed in 2007.  2016 saw the reestablishing of our sports medicine fellowship with the arrival of our first sports medicine fellow in 10 years (Dr. Trey Leaven).  Supported by family medicine faculty with long-term clinical experience in sports medicine and years of involvement with Marshall University athletics, as well as the department's Occupational Medicine Division, the fellowship offers unique opportunities for residency graduates interested in certification in sports medicine. In addition to the typical sideline experiences and research activities, our fellows will receive special training and certification by the American Board of Independent Medical Examiners.   Dr. Bryce Meredith (University of Kentucky School of Medicine) was selected through the match as our 2017-2018 fellow, and we matched Dr. Brock Hardin to be our 2018-2019 sports medicine fellow. Dr. Hardin was one of a plethora of interested applicants.

## Continuing Medical Education

***Marshall University Family Medicine Grand Rounds***

The Department offers outstanding opportunities for CME credit through its weekly Grand Rounds presentations that are available to local physicians and health workers.  Dr. Matthew Curry presently supervises this important element of our residency program and scholarly activities.  Family Medicine Grand Rounds offerings have been approved for prescribed credit by the AAFP for any attendees.  For FY2017 a total of 53.5 hours of CME credit was offered through our Family Medicine Grand Rounds.

***32nd Annual Jose I. Ricard, MD, Family Medicine and Sports Medicine Conference***

The Department of Family and Community Health continued its tradition of planning and support for West Virginia's largest medical conference.  This Huntington conference draws hundreds of participants from throughout the state, the region, and the nation for 3-4 days of outstanding CME offerings in primary care and sports medicine.  Several recognized national speakers, joined local faculty this last year in presenting on timely topics at the forefront of changes

MC-WV-02134.27

in medicine. The Conference offered 26.5 hours of credit (AAFP prescribed, AMA PRA Category 1, AOA Category 2-A) to participants.

### *Annual Midwest Global Health Conference*

The Department of Family and Community Health at Marshall University joins with The University of Cincinnati, University of Louisville, and the University of Kentucky in the development and sponsorship of an annual regional conference on Global Health.  Nationally recognized speakers present on timely topics in Global Health attracting attendees throughout the Midwest region.  The location of the conference rotates to the sponsoring medical schools with the University of Cincinnati providing the venue for the 2018 spring conference. The interest in this conference has now spread to more medical schools in the region and we currently have participation and support from West Virginia University, University of Pikeville, Ohio University and West Virginia School of Osteopathic Medicine."

# Clinical Activities

The Department's Clinical Services have expanded greatly over the past 2 years.  With our expanding practices and the partnership with Cabell Huntington Hospital in staffing, managing, and supporting Family Medicine practices throughout the region, the **Department's regional footprint has grown greatly, both to the east and across the Ohio River.**  2017 saw the addition of a practice in Putnam County, a new Center for Healthy Aging in Barboursville, a new Senior Pain and Wellness Center in Huntington, a primary care practice in Barboursville, and the CHH/Marshall Health Home Care practice covering several local counties.

| 2014-15 | 2015-16 | 2016-17 | |
|---|---|---|---|
| **4 Sites** | **5 Sites** | **10 Sites** | |
| Marshall FMC | Marshall FMC | Marshall FMC | Marshall F... |
| Village Medical Center | Village Medical Center | Village Medical Center | Village Me... |
| Lavalette Medical Center | Lavalette Medical Center | Lavalette Medical Center | Lavalette ... |
| Student Health Service | Student Health Service | Student Health Service | Student He... |
| | Hurricane Family Medicine | Hurricane Family Medicine | Hurricane... |
| **MC-WV-02134.28** | | Milton Family Medicine | Ceredo-Ken... |

# FCH Patient Satisfaction Survey 2017

The Department has a reputation for quality clinical care that was verified this last year by Marshall Health's Patient Satisfaction Survey results.



# Division of Occupational Health and Wellness

Marshall Family Medicine's Division of Occupational Health and Wellness works to promote health and safety among the staff and medical students of the medical school.

- It provides a centralized system to receive vaccinations, fit testing, and TB skin testing while keeping records for easy access by employees. The Division of Occupational Health and Wellness communicates information regarding vaccinations, fit testing, and TB skin testing to affiliated hospitals and away rotations.

MC-WV-02134.29

- The Division monitors the immunization status of employees and coordinates follow-up immunizations or TB skin testing when necessary.
- It manages blood borne pathogen exposures and coordinates any required follow-up and communicates with affiliated hospitals and agencies when exposures occur off-site. Additionally, it assists with all medical exposures including TB, Pertussis, etc.
- The Division supports injury management by handling Workers Compensation cases and referring to specialists as needed. It facilitates required paperwork and incident reporting and offers return to work programs.
- It provides pre-employment examinations including physical exams, Fit Testing, Hepatitis B Vaccine Series, TB Skin Testing and drug screening. Additional vaccines and titers are performed as needed.
- The Division offers workplace wellness programs in conjunction with PEIA.



The Division of Occupational Health and Wellness tracks and provides necessary treatment for employees exposed to numerous workplace hazards, including Blood borne Pathogen Exposures. During the last year, 54 Marshall Health Employees and JCESOM students working at VAMC, St. Mary's Medical Center, Cabell Huntington Hospital, Cabell Huntington Surgery Center, the Byrd Clinical Center, Marshall Medical Center, and out of state academic facilities (medical students on away rotations) encountered various exposures.

MC-WV-02134.30



Clinical Sites Where Exposures Occurred
**(MH Employees, MS) 2018**

Legend:
- Exposures by Clinical Sites
- CHH
- MUMC
- 20th St. Offices
- SMMC
- Teays
- Misc.
- VAMC

Baseline and follow-up care was provided by the Division of Occupational Health and Wellness. The Hepatitis epidemic in our area has had a huge impact on our employees and students who encounter exposures. These exposures require more frequent monitoring and follow up care.

For the 2017 year, 296 Pre-Employment screenings were completed, up from 278 performed the previous year. We led the Flu Vaccination Campaign for the year, immunizing 1539 employees. Additionally, the division reviewed 80 medical students' immunizations records and performed 30 physical exams for incoming medical students.

# Division of Occupational, Environmental, and Disability Medicine

The Division of Occupational, Environmental, and Disability Medicine, continues to provide medical examinations to local industries at the Family Medicine Center as well as on-site at remote locations, collaborating with the RCB Mobile Medical Unit. These evaluations are designed to reduce worker's compensation and health care costs as well as assist in identifying pre-existing conditions that could affect a worker's ability to perform their job duties. The Division works closely with employers, employees, physicians, physical therapists and other organizations to provide programs to minimize risk and prevent costly accidents and works with employees to return them back to the workplace in a timely manner.

With a strong commitment to preventative medicine, the Division of Occupational, Environmental, and Disability Medicine offers consultation services for employers, government agencies, and others wishing to address occupational health and safety. And in the past year added on-call services for drug screen testing "for cause" at two local plants.

The Division provides consultations for:

- Toxic exposure determination
- Assistance in corporate decisions involving safety, industrial hygiene, ergonomics, and worker's compensation
- Guidance with monitoring and sampling techniques and controlling medical, occupational, and environmental health hazards
- Health screenings for early detection, as well as employee wellness and assistance programs
- Guidance for compliance with OSHA, EPA, and MSHA guidelines

The division continues to provide activities including disability exams, workers-compensation cases (and "return to work"), Labor Black Lung exams, annual surveillance exams and pre-employment exams and Independent Medical Examinations (IME). IME exams are performed in the FMC as well as our Raleigh County outreach facility in Beckley WV. For FY 2017 the division expanded services with the appointment of Dr. Chongswatdi as Medical Director of the Cabell

MC-WV-02134.31

Huntington Hospital Occupational Medicine Division, added certifications for IMEs by Drs. Rupp and Chongswatdi, added DOT exam certification to division faculty, and the purchasing of equipment to provide mobile hearing testing, fitness testing, and spirometry.

**Specific services offered by the division of occupational, environmental, and disability medicine:**

| | | |
|---|---|---|
| Asbestos Examinations | Ergonomic Evaluations | Pulmonary Function Testing |
| Breath Alcohol Testing | Hearing Conservation Programs | Respiratory Clearance |
| Chest x-rays with b-reading | Lead Evaluations | Return-to-work Examinations |
| DOT Evaluations | Medical Surveillance Exams | Medical Surveillance Exams |
| Disability Examinations | OSHA Mandated Examinations | Toxic Exposure Evaluations |
| Drug and Alcohol Screenings | Pre-Employment Physicals | Vision Screenings |

**Contracts supported by the division have expanded for 2018 and are listed below:**

- River Valley
- J.H. Fletcher & Company
- Alcon Labs
- Southwestern Community Action Council, Inc.
- WV DEP
- Huntington Fire Dept.
- Felman

- Huntington Police Dept.
- Columbia Paint
- Pharma Logis
- CHH Maintenance
- MU Forensics Dept.
- Hurricane Police
- Schad Refractory
- Greenman-Pedersen, Inc.

- Marshall University Police Dept.
- REO Logistics
- Valley Health Systems
- MU School of Nursing
- Cabell County Sheriff's Office
- CHH Occ
- Cabell County Board of Education

**Revenue from contracts for the Occupational Division for 2017-18:**

In the last fiscal year, revenue from contracts made through the Division of Occupational, Environmental, and Disability Medicine has increased by .17%.

MC-WV-02134.32



## Student Health Services

Marshall Family Medicine has continued to provide Student Health Services to students at Marshall University. Under the direction of Dr. Ross Patton, Student Health provides health care services for acute illnesses to University students, and this year, Student Health **provided services to over 4,000 students** including primary and sports-related care for the Marshall University Student Athletes at the training room. This number does not reflect on-sight game day coverage, which is provided by the department as well.

ROSS M. PATTON, MD

This highly-regarded Student Health program has been offered to students for over 25 years through Marshall Family Medicine and continues to give students access to exceptional care. With a Physician Assistant, Nurse Practitioner, and support from physician faculty from Family and Community Health, Student Health is well-equipped to meet the health care needs of the Marshall University student body.

On-Site Services:
- Diagnosis of acute and chronic illnesses
- Treatment for acute illnesses
- Routine non-surgical procedures

Additional Services:
- Limited laboratory procedures
- Limited radiographic (x-ray) services
- Prescription medications provided from a formulary with a $5 co-pay

Student Health also offers prevention and education (AIDS and STDs awareness, healthy eating, etc.), physical examinations, testing, and specialist referral.

MC-WV-02134.33

| Students Seen by Student Health Service 2015-2018 | | | | |
|---|---|---|---|---|
| | FY 2015 | FY 2016 | FY 2017 | FY 2018 |
| Patient Encounters | 4375 | 4145 | 4028 | 4059 |

## Division of Sports Medicine



The Department of Family and Community Health has been directly involved in practicing primary care sports medicine since 1985 at both the community and university levels.

Drs. Patton and Shaver acted as team physicians for Cabell Midland High School.  As part of our service to the school, we have provided direct side-line coverage for both home and away games in football for the past 21 years.  Additionally, the department provided clinical support and coverage for the annual cross country invitational high school meet and the WV state championship in cross country.

Dr. Rupp serves as team physician for Huntington High School, and provides direct sideline coverage for home and regional away football games.  Dr. Rupp also supervises the sports medicine fellow, at Huntington High during their weekly training activity.  Dr. Rupp provided physician coverage for mass participation events in the community including the Marshall Marathon, WV State wrestling, and WSAZ Invitational wrestling tournaments.  He also served as medical director for the Region 1 US Youth Soccer Tournament and the President's Cup that were held in Barboursville, WV.

These sporting venues are used as opportunities for training for our Family Medicine residents and medical students as well as our Sports Medicine fellow.

Our faculty serve as the team physicians for the University's Men's Basketball, Women's Basketball, Women's Soccer, Men's Soccer, and Softball.  Drs. Patton, Shaver, Rupp, and Boukhemis each have a weekly 1-hour clinic for athletes in the University's Henderson Center training room.  They also attend to athletes at other times during the week as the need arises as well as perform pre-participation exams in the fall and spring.



Dr. Rupp has two weekly clinics in the new Marshall Sports Medicine Institute treating musculoskeletal and sports medicine ailments for our patients in the community.  Drs. Patton and Rupp, both have a current CAQ in Primary Care Sports Medicine.

## Division of Addiction Sciences

The Department of Family and Community Health has established a new division at the request of the Dean of the School of Medicine, dedicated to addressing the scourge of substance use disorder that is affecting our community, the region, and the nation. This has been a challenging task that, despite stressing the resources of the department at times, has resulted in an extraordinarily vibrant, energetic, committed, and rapidly growing division of the department that is beginning to make significant contributions to alleviating the suffering caused by the opioid crisis.  By the end of the

MC-WV-02134.34

fiscal year, the Department was successful in securing over **5.6 million dollars in state and external grant funding** through June 30, 2018 to expand services, institute new programs, and to collaborate with community partners. At year's end, multiple applications for further substantial grant support had been submitted or were in process.

Just a **sample** of the multiple developing efforts of 2017-18 include:

- PROACT, a project to reduce the impact of addiction in our communities by providing comprehensive assessment, education, intervention, and treatment solutions in a single accessible service hub, bringing together behavioral, social, and medical resources from the community to effectively triage patients sufferings from addiction. This project began as a result of a partnership with Cabell Huntington Hospital, St. Mary's Hospital, and Marshall Health.
- Project Hope for Women and Children, an eighteen apartment residential Substance Use Disorder treatment facility, ASAM level III.5, which provides intensive treatment in a residential setting to pregnant and/or postpartum women and their children. This effort is a partnership with the City Mission.
- Regional Partnership Grant for Children and Families, a wrap-around therapy services for children birth to five years of parents with Substance Use Disorders, a partnership with Prestera Center for Mental Health Services.
- State Target Response, a multi-agency approach to engage persons with Substance Use Disorders through Peer Recovery Support staff in the Emergency Rooms, and in the proposed PROACT (Provider Response Organization for Addiction Care and Treatment) facility. This partnership includes Cabell Huntington Hospital, St Mary's Hospital, Marshall Health, Valley Health and Recovery Point of WV.
- Drug Free Moms and Babies, a continuum of care for infants with neonatal exposure and their mothers, a partnership with WV Perinatal Partnership
- Healthy Connections, a program that bridges the relationship between Marshall University and the City of Huntington to unite local efforts in order to make a greater impact. To date, Healthy Connections includes more than 25 groups, including Marshall University, its Joan C. Edwards School of Medicine and Marshall Health and 20 different community agencies. Healthy Connections has received grant support from the Sisters of St. Joseph Health and Wellness Foundation and the West Virginia Perinatal Partnership. A significant initiative of Healthy Connections is River Valley CARES (Center for Addiction Research, Education and Support), a project creating a continuum of care for infants exposed to substances in utero, along with mothers and their families. The former Enterprise Child Development Center serves as the main facility for the initiative.
- Great Rivers Regional System for Addiction Care, a four county initiative to reduce opioid related deaths. This grant has six components which includes, 1.Comprehensive harm reduction programs with wrap around services, 2. Naloxone education and distribution, 3.Community-based Quick Response Teams following overdose, 4. Project Engage to screen and identify persons with Substance Use Disorders in the hospitals and link them to treatment and recovery services, 5. Provider Response Organization for Addiction Care and Treatment (PROACT) as a community hub for treatment and referral services, and 6. Community-level substance use prevention and education.
- Substance Use Disorder HRSA Training Grant for new education initiatives established by the Department of Family & Community Health at the Marshall University Joan C. Edwards School of Medicine aid in combatting the region's opioid crisis. Through the grant provided by the Health Resources & Services Administration (HRSA), Marshall is training future primary care physicians and physician assistants on complex issues inherent to opioid addiction and its medical management. In addition to training Marshall providers, the initiative also offers training to health care providers throughout southern West Virginia. One outcome of the grant is a dramatic increase in the number of MAT providers participating in West Virginia's Medicaid system.
- Expanded clinical services for MAT by department faculty.

# Division of Geriatrics

Academic year 2017-18 saw great progress in working toward the development of a Center of Excellence in Geriatrics at the Marshall University School of Medicine, an effort begun by the Department of Family and Community Health to

MC-WV-02134.35

unite into an integrated effort the various activities and initiatives at the university and the community levels that relate to senior health and well-being. The following outlines some significant accomplishments over the last year by the Department:

- **Establishment of the Division of** Geriatrics within the Department of Family and Community Health.
- Hiring Robert Walker, M.D. to lead the Division of Geriatrics in Family and Community Health.
- Hiring Michael Grome, P.A. with extensive experience in clinical geriatrics by Family and Community Health.
- $320,000 construction of the Center for Healthy Aging and Rural Geriatrics Center in Barboursville, WV.
- Development of a community-based research network throughout southwestern WV.
- Opening of the **Center for Healthy Aging** and the **Rural Geriatrics Center** January 2018.
- Establishment of the **Marshall Medical School Geriatrics Advisory Council** with membership from multiple departments, including representatives from Internal Medicine, Family Medicine, Psychiatry, and Research.  Two formal meeting have occurred and regular meetings are planned.
- Hiring of Cindy Pinson, M.D. as Director of the CHH/MH Home Care Medicine.
- Initiation of 7 IRB approved research projects through the Center for Healthy Aging/Rural Geriatrics Center.
- Initiated process of development of **Geriatrics Fellowship** through Family and Community Health and Internal Medicine.

# Community Health

## Appalachian Diabetes Coalitions and Chronic Disease Management

With funding from the Appalachian Regional Commission, Family and Community Health continues to participate in the **development and supervision of 92 rural counties** in **9 Appalachian states** over the last 18 years under the guidance of Dr. Richard Crespo.  The health coalitions focus on the development of local engagement in the various health issues related to diabetes in all distressed counties in Appalachia, including a special focus on care coordination of high-risk diabetes patients in southern West Virginia.

The map on the right identifies the location of the diabetes coalitions within the Appalachian Region.  In 2011, the Centers for Disease Control and Prevention (CDC) labeled a 644-county area of the United States as the "diabetes belt," where approximately 11.7% of the population was diagnosed with diabetes as compared to only 8.5% of the population residing outside the belt. More than one-third of the diabetes belt counties lie in central and southern Appalachia.  The diabetes coalitions are on the front lines of preventing and controlling diabetes within this belt.

Dr. Crespo and his team members' role and focus have been to assist with the initiation of the coalitions, provide support and leadership training, set up evidence-based community programs, conduct site visits, and network, also using social media and electronic communications.

Coalitions focus on key diabetes risk factors, such as physical activity and diet, and have greatly expanded community participation in local events. Figure 1, below, describes the increase over the last seven years in key interventions. Participants in physical activity programs have increased more than tenfold from 2,011 in 2011 to 60,418  in 2016 Participants in healthy eating programs have also seen significant increases from 7,032 in 2011 to over 37,000  in 2017. It is noteworthy that these increases are in the most distressed rural counties in the region.

MC-WV-02134.36

Additional Diabetes Coalitions Summary of Accomplishments for 2017 include:

- 57 of 71 (80% average) of the coalitions reported
- 908 people were trained in Evidenced Based/Best-Practice programs (Gentle Yoga, NDPP, CDSMP/DSMP, Walk with Ease, Shopping/Cooking Matters, etc.)
- 65,444 people participated in best-practice physical activity programs
- 37,403 people participated in healthy eating programs
- 15,608 people participated in health screenings (pre-diabetes, A1C)
- 2,106 people participated in self-management classes (CDSMP/DSMP, DSME, DPP, DEEP)
- 55 coalitions worked with local food initiatives (school gardening, worked with food insecurities or with local food policy)
- $1,680,688 dollars raised in cash, grants, and in-kind contributions.

# Community Health Worker (CHW)-Based CCM Model

In addition to the development and supervision of diabetes coalitions, Dr. Crespo and his team members have devoted tremendous work disseminating a model for care coordination of high-risk diabetes patients, which includes community health workers (CHWs) on the team.  This model proposes to transfer the delivery of rural primary care by implementing a sustainable care coordination model for high-risk diabetes patients that produces positive health outcomes and will develop into a sustainable reimbursement system.



Currently, the model is being implemented in **13 rural counties in West Virginia, eight in Kentucky, and five in Ohio.** Care coordination is being conducted by federally qualified health centers and rural hospitals. Funders for this model and its dissemination are the Appalachian Regional Commission's POWER grant, the Claude Worthington Benedum Foundation, the Sisters Health Foundation, Randolph County Housing Authority, the McDonough Foundation, the Logan Health Foundation, the Highmark Foundation and the Merck Foundation.  Collaboration with Medicaid Managed Care Organizations has been established to analyze the correlation of health outcomes and cost savings for high-risk diabetes patients who are enrolled in care coordination.



Currently, 282 high-risk patients are enrolled, served by 30 community health workers. The community health workers help patients with medicine adherence, self-management skills, and most importantly with social and economic problems that affect their ability to manage their condition. Following are four examples that describe how they help with social determinants of health.

- A patient had trouble getting in and out of her home due to issues with ambulation.  The CHW contacted a local agency and they are currently in the process of evaluating her to have a ramp built onto the front of her home.  They will also install grab bars for her shower and toileting needs.  This help is a major stress relief for this patient.
- A patient was not monitoring her blood sugar because she could not see the numbers on the glucometer.  She was embarrassed to admit this to her doctor.  The CHW learned of this on his home visit and arranged to get her a talking glucometer.  Subsequently her A1C came down to a moderate level.

MC-WV-02134.37

- A patient's refrigerator stopped working, and she could not afford a new one.  As a result, she was only eating packaged foods and not taking her insulin.  The CHW connected her with social services that arranged a refrigerator for her.  Not long after her glucometer reading were again in an acceptable range.
- A legally blind patient was struggling with matters of daily living, including proper nutrition.  The CHW connected her with services and training for the blind.  Her A1C when from 14% to 8% in about five months.

We have had major progress in working with health insurance payers.  **In partnership with The Health Plan and Community Care (FQHC), we are taking the first steps in implementing a pay-for-success model!**  The Health Plan committed to supporting our care coordination model with their patients at Community Care.  It is a FQHC serving Clay, Harrison, Upshur, and Webster counties in WV.  Health Plan identified their high risk members that are patients at Community Care and agreed to initiate a payment plan that reimburses for CHW-based chronic care management.  We have written an MOU between The Health Plan, Community Care and Marshall that defines each partner's responsibilities.  Community Care will provide the CHW-Based care coordination. The Health Plan agreed to establish an initial payment plan that will pay Community Care for part of the costs of care coordination.  They also agree to increase the payment amount in years two and three as they realize savings from the care coordination, with the goal of establishing a payment model that fully compensates Community Care for their service.  Marshall's role is to provide grant funding to Community Care that **will underwrite the upfront cost of testing the payment models.  As high risk patients reduce hospital and emergency department visits, the savings will enable The Health Plan to fully support the model.**

**In August, The Health Plan will begin making payments to Community Care.  This is something we did not expect to occur until the end of our grant.  It is now already happening half way through.**

We are in negotiations with four other agencies (Aetna, UniCare, Humana, and United Healthcare) to do the same. Once they identify geographic concentrations of their high-risk members, we will match them with a health care agency that is implementing our model.  This will allow the payers to perform actuarial analyses on their own members and build the business case for sustainable CHW employment as members of chronic care management teams.   The payers' early strong interest in our model is an encouraging indicator that sustainable funding is possible.

CHW-Based CCM Model

Chronic Care Management (CCM) is led by a care management team that involves a mid-level provider, a nurse, and Community Health Workers (CHWs).  The role of the team is to receive referrals from providers, assess patients' level of risk, and enroll eligible patients in intensive CCM.  Once enrolled, the team assesses patients' health status, creates care plans and follows up on patients on a regular basis.  The following figure provides a description of the organizational structure.

MC-WV-02134.38



The mid-level provider leads the team and meets weekly for case reviews. The nurse on the team manages the clinical side of care management such as making referrals, contacting patients' primary care providers, and helping to set up clinical appointments.  The CHWs link patients with community services and conduct regular home visits to assist patients with medication adherence, chronic disease self-management, healthy eating, and active living goals. The CHWs receive their instructions for patient care at the weekly care management meetings and are in regular contact with the team nurse. They are full time, permanent, employees of the sponsoring health centers.

While CHWs across the country function in a wide range of roles with commensurate skills, in this project their focus is on encouraging and supporting patients to manage their condition. Their fundamental skills are helping patients make self-management decisions, and teaching problem-solving skills. Because this project serves high-risk patients, the CHWs do not function independently. As members of the care management team, they are supervised directly by the team's nurse and mid-level provider. Their training centers on understanding diabetes self-management and on how to engage patients in self-management behaviors.

The CHWs are trusted members of their community, have a close understanding of the culture, language, and life experiences of the community served. They interact with patients in the safety and comfort of their homes, in a setting where patients can freely discuss their problems and concerns.  National data show that healthcare programs using CHWs to work with high-risk patients in the community can significantly improve outcomes while often generating impressive return-on-investments.

# School Health

## School-Based Health Centers

Dr. Crespo and his team continue to provide technical assistance and training for School-Based Health Centers (SBHC) throughout the state of West Virginia.  There are presently over 150 School-Based Health Centers in the state, and our **team provides services in over 170 schools in 40 counties to a student population over 84,000.**  We coordinate and

support back to school conferences and have developed an online Adolescent Risk Assessment tool for students. Following are some of our accomplishments in this area for FY 2018:

- Conducted site visits to over 20 centers;
- Began the process of reviewing current risk surveys and websites for possible updates to make the online program more appropriate for larger audience in centers;
- Sponsored 16 monthly, continuing education webinars for school health personnel with an average attendance of 75 participants a month;
- Produced a directory of all SBHCs, services provided and staff for the state.  The directory can be accessed online https://livewell.marshall.edu/mutac/; and printed hard copies are distributed;
- Collaborated with the WV Immunization network to promote immunizations for children and adolescents in schools with SBHCs, and, the WV Alliance of School-Based Health Centers under the PAC to support SBHCs in the state as well as the community schools;
- Provided technical assistance and training to five new, startup SBHCs in the state;
- Participated on the leadership team in organizing the annual KidStrong conference.  Our team led sessions on SBHCs, oral health, and school mental health at this conference, and managed the conference evaluation and CEU system. This past year, a total of 1,500 people attended;
- Worked with the WV Kids' Health Partnership of the West Virginians for Affordable Health Care to address the issue of homeless and displaced students and how SBHCs can help identify these students and provide health care for them;
- Staff traveled to the National School-Based Health Alliance Conference for continued learning opportunities, professional development, and Telehealth with the goal of implementing this service in the fall of the 2018-19 school year;
- Parent, teacher and student user Satisfaction Surveys were developed within Survey Monkey and made available to each of the WV SBHCs.  Each year, approximately 55 schools satisfaction survey summaries are produced and shared with each sponsoring agency;
- Maintained the online data entry system for school-based oral health projects. The data entry system recently received a major overhaul to align the information more closely to the data collected by the CDC.  Analyzing the data is done at the end of each school year.  During the 2017 – 2018 school year, there were 43 projects in 37 counties, 317 schools, 6,641 unduplicated student users, and 10,656 total visits  Each of the 43 projects received technical assistance and training throughout the school year and an annual report at the end of each school year.  A statewide aggregate report is produced and shared with WV DHHR;
- Held the 7th Annual West Virginia School & Community Oral Health Conference and Back to School Workshop at the John XXIII Pastoral Conference Center in Charleston on August 4, 2017 for both SBHC's and Oral Health attendees where CEU's were provided for over 150 attendees from across the state.

## School Mental Health

Through Dr. Crespo's efforts, the Department of Family and Community Health has partnered with the West Virginia Department of Education (WVDE) and the Bureau for Behavioral Health (BBHHF) in conducting school mental health programs.  His team currently facilitates the statewide Expanded School Mental Health (ESMH) steering team. The ESMH Steering team has 30 members representing more than 20 entities and initiatives across the state. Some of our accomplishments are as follows.

- Assisted the Bureau for Behavioral Health in preparing a funding opportunity announcement for ESMH grants and participated in the grantee selection process;
- Provided technical assistance, resources, and training for 40 schools that are implementing ESMH;
- Conducted *Community of Practice* conference calls and webinars with ESMH sites. These webinars and calls addressed a variety of issues regarding implementation of the ESMH model;

- Conducted open site visits at ESMH sites to increase awareness of and support for ESMH grantees as well as ESMH statewide;
- Conducted 2 workshops:  1) a strategic planning workshop for the ESMH Steering team to engage statewide local and regional partners. Input from stakeholders and interested parties was instrumental in creation of the ESMH Steering Team work plan to ensure the steering team is working to strengthen WV ESMH, provide needed tools and resources, and engaging all partners. 2) an ESMH BBHHF Grantee workshop, held via WEBEX as well as, in person for the grantees, at the beginning of the fiscal year to build community of practice, provide resources, and convey grant guidelines. This workshop was highly interactive with immediate, onsite technical assistance;
- Participated in planning and leading a statewide conference for school and community mental health personnel on school mental health. It was attended by over 80 administrators and agency leaders;
- Led the development of resource toolkits for those wanting to implement the ESMH model in their schools;
- Consulted with over 50 schools on implementing the ESMH model in their schools;
- Maintained the statewide WV ESMH website with resource links, toolkits, sample forms, etc.

# Oral Health

Our community oral health teams are involved in a variety of programs statewide.  Our team manages West Virginia's oral health surveillance system that covers the life span, which includes the targeted populations, perinatal, universal prekindergarten, third grader, adults, and seniors.  The team is involved in oral health policy development, leads the statewide oral health coalition, works with schools on oral health education, screening, preventive interventions, and has organized regional oral health coalitions that work on local policy issues, access to care and workforce development.  The oral health team played a lead role in the first state plan development for West Virginia and the recently second such document. The team also has become the recognized experts for community water fluoridation, school sealant programs, perinatal oral health, oral health program development and implementation.

Over this past year, additional, specific program details included the continuation of the coordination of the school-community partnerships for oral health.  **This dental screening, sealant, treatment and referral program in place in over 35 counties** has relied on a database managed and housed by our team for state reporting to the Centers for Disease Control.  Team members also provided technical assistance to existing and new programs.

Through a grant with the DentaQuest Foundation, team members participated in a national oral health coalition and promoted state level collaboration. This work is to establish and grow grassroots and grass-middle support for the advancement of oral health.  This coalition also helps the Foundation advance its national agenda for policy development, access to care, and workforce development.  These focuses are all dedicated to using evidence-based programs for improving dental outcomes, particularly in vulnerable populations.  Two team members were appointed to serve as national and regional leaders in recognition of the Marshall University oral health teams' successes, collaborative efforts and devotion.

In anticipation of the changing funding landscape, the oral health team was proactive in obtaining the following to add value to their contributions:  Healthcare Professional Advanced Life Support & CPR trainer certification via the American Heart Association, Tobacco Treatment Specialist certification via the Mayo Clinic, and Community Water Treatment & Fluoridation Specialist via the CDC-Oral Health Program.

The oral health team has collaborated with Ebenezer Medical Outreach (EMO) to provide technical assistance that allowed for the successfully reopening of the dental clinic.   The oral health team wrote and received three grants that support this effort.   The oral health team of MU is staffing the dental clinic, providing direct services and program coordination for EMO.

**In February of 2018, the MU Oral Health Team was awarded the first** Program Champion Award, from Oral Health America (OHA), which acknowledges OHA partners who have demonstrated leadership and a collective impact on the oral health of vulnerable children or older adults in their geographical community.  The MU oral health team received recognition for their commitment to advancing the oral health of low-income children in West Virginia and their contributions to growing the OHA Webinar Series.





Other accomplishments of the team include:

- Hosted over 200 dental, medical, and school based professionals for the 8th Annual West Virginia School & Community Oral Health Conference at John XXIII Pastoral Center;
- Prevented water fluoridation removal or rollbacks in 10 communities;
- Conducted education, outreach to over 20,000 school aged children;
- Worked directly with 127 schools to support the school based dental sealant program;
- Provided support to two free clinics in the state to (re)establish oral health outreach programs for services to adults;
- Trained over 250 home visiting professionals in oral health motivational interviewing;
- Conducted over 500 community, school and professional education outreach programs;
- Was invited to present 2 poster abstracts and 3 roundtable abstracts at the National Oral Health Conference in Louisville, KY highlighting the successful work of the team

MC-WV-02134.42

Additionally, our team continued to work alongside the MU Dental Residency program to acquire funding for research regarding the burden of oral disease upon the MUSOM/Cabell-Huntington hospital catchment area.  This research was presented at 3 statewide conferences, and the National Oral Health Conference.  Research findings have been submitted for publication, and are awaiting acceptance.  The oral health team also continued to support West Virginia Health Right with their mobile dental clinic unveiled last June 2017 to provide needed dental care for low-income families in six West Virginia counties which include McDowell, Logan, Boone, Clay, Roane and Harrison.  Dental services are free of charge to uninsured or under-insured residents with Medicaid or Medicare.  Some of the features of the mobile dental clinic include:  three dental chairs, an X-ray machine, a kitchen, microwave, bathroom, and sterilization area.  Dentists will serve patients who need fillings, extractions and dental cleanings.

# The Robert C. Byrd Center for Rural Health

Under the direction of Jennifer Plymale, the Robert C. Byrd Center for Rural Health serves as the base for the Joan C. Edwards School of Medicine's rural medicine outreach programs. These programs serve more than half of West Virginia's counties, striving to improve access to health care in some of the state's most isolated regions. Through pipeline programs, rural research initiatives, and teleconferencing, the Center for Rural Health lessens the distance between the Joan C. Edwards School of Medicine and rural communities. The Center for Rural Health staff includes Christy Adkins, Debbie Curry and Amber Vance.



**JENNIFER PLYMALE**

2017-2018 has been a busy year with continuing and new initiatives supported through the CRH. A brief description follows:

## Pipeline Initiatives

- Staff presented at the 3 state level and 1 national level conferences about the pipeline recruitment and retention initiatives. The locations included The National Rural Health Association Conference, The West Virginia Rural Health Association Conference, The West Virginia Science Teachers Academy and WV Health Occupations Students of America (HOSA) Annual Conference.
- **Over 2,900 students from 40 high schools in 21 counties participated** in a total of 82 Center for Rural Health high school pipeline events.
- Marshall University and the Joan C. Edwards School of Medicine have created an **Accelerated Bachelor of Science/Doctor of Medicine (BS/MD)** program for West Virginia high school students. This pathway seeks to attract high performing and highly motivated high school students and supports them on a fast track to medical education. The goal is to educate more physicians who will want to practice medicine in the state. The program allows students to complete the requirements for both the Bachelor of Science and Doctor of Medicine program in seven, instead of eight years. These students have no Medical College Admission Test (MCAT®) required, guaranteed acceptance into medical school at Marshall upon successful completion of the program requirements, and a tuition waiver for the medical school portion of the program. Nine students were accepted in 2018, bringing the total to 28 students enrolled in the program. **All 13 students from the first class have begun their first year of medical school.**
- Fifteen undergraduate college students participated in a week-long academy to prepare students interested in medical careers. Participants in past programs include: 31 currently attending medical school (36%), 1 student graduated from Physician Assistant School, 1 student attending Pharmacy school, 2 students attending Physician's Assistant school, 1 student in Public Health and 1 student in a graduate biomedical sciences program.
- Five residents in primary care were selected as Rural Health Scholars for their interest in rural medicine and commitment to practicing in West Virginia. These Scholars conducted research and participated in rural educational experiences.

MC-WV-02134.43

- The Center supported the Rural Interest/Family Medicine Interest Group's various activities throughout the year.
- Through the Rural Health Initiative Grant, resources were allocated to the Rural Family Medicine Scholars Experience program. Two Rural Scholar participants were accepted into the Marshall Family Medicine Residency Program and received a **$10,000 match bonus**. The remaining 7 participants all went into primary care, in Family Medicine residencies in West Virginia and out of state.
- The Center created a rural service program opportunity for medical students intending to practice primary care in a rural/underserved community. This opportunity provided funding support of **$25,000** for third and/or fourth year medical students in exchange for a year of practice in a rural or underserved area. **Four students** were selected, two third-year and two fourth-year medical students. The two fourth-year medical students selected for this program matched in Family Medicine residencies at Marshall and WVU.

## Rural Research

The Robert C. Byrd Center for Rural Health provides community resources for research. Additionally, the Center for Rural Health, through the Rural Health Initiative, **provided 8 grants** to medical students, residents, and fellows for rural research projects during the 2017-18 academic year. The amount provided was **approximately $119,500**.

## Community Development



The Center for Rural Health has worked with the physicians in rural communities in West Virginia. The Center works closely with the Coalfield Health Center in providing educational opportunities for research, rotations for students and residents. The Robert C. Byrd Mobile Medical Unit continues to provide outreach to rural communities. The medical unit continues to be the hub of the monthly Marshall Medical Outreach, giving medical care to the homeless population in Huntington. For FY 2018 the **Mobile Medical Unit had 13 events with 360 people served**. The mobile unit most recently was utilized by the Sports Medicine faculty at the Regional Soccer Tournament. The Rural Health Center has sponsored the Annual Rural Preceptor Appreciation Dinner, inviting rural primary care volunteer faculty for an event which recognizes their valuable contributions to the mission of the medical school. The Center initiated Project ECHO with focus on Endocrinology and Cardiology and received a three year Rezulin grant to implement and expand program. This program will also be providing ECHO to clinics with which Richard Crespo is working and faculty and residents within Family Medicine are also able to participate.

# Financial Report



Judy Watters

Overall finances for The Department of Family and Community Health ended on a positive balance for the fiscal year 2017-18. After paying out hard earned bonuses to staff and faculty, the department was still able to add to its reserve total by $105,071 for the fiscal year. This brought our departmental reserve to $4,189,073, as of June 30, 2018.

The growth of the department included the addition of the following:

- Center for Healthy Aging – 1 Physician and 1 Physician Assistant
- Putnam Family Medicine – 1 Physician, 1 Nurse Practitioner, and 5 Staff
- The Senior Pain and Wellness Center – 1 Physician
- Cabell Huntington Hospital Home Care Medicine – 2 Physicians, 5 Nurse Practitioners
- Barboursville Family Medicine – 2 Physicians and 2 Nurse Practitioners

MC-WV-02134.44

- Division of Addiction Sciences – 1 Faculty, 1 Director, 2 Administrative, 3 Family Navigators/Social Workers



## Clinical Income and Productivity:

Marshall Family Medicine has had an increase in Revenue of 31.2% over the past 4 years, and 19.6% over the last year. Our RVU totals have increased by 23.0% over the past 4 years, and 11.5% in the last year.  Patient visits have increased by 31.2% over the last 4 years, and 9.7% over the last year.

| Gross Revenue FY 2015-18 | | | | |
|---|---|---|---|---|
| **FY2015** | **FY2016** | **FY2017** | **FY2018** | **% Chg FY 17 - 18** |
| **$6,595,107** | **$7,045,900** | **$7,232,458** | **$8,652,161** | **19.63%** |

MC-WV-02134.45





**Total FCH Revenue**

MC-WV-02134.46

| | FY 15 | FY 16 | FY 17 | FY 18 | % Chg FY 16 - 17 |
|---|---|---|---|---|---|
| Collection | $4,686,665 | $4,736,330 | $4,742,957 | $5,469,840.79 | 15% |
| Capitation | $356,399 | $438,630 | $390,045 | $469,743.57 | 20% |
| Contracts | $963,101 | $1,178,661 | $1,474,852 | $2,139,712.67 | 45% |
| Transfers | $22,159 | $214,650 | $120,701.87 | $50,411.90 | -58% |
| Misc. Pt-related | $274,242 | $402,112 | $358,344 | $332,569.31 | -7% |
| Misc. Other | $24,170 | $3,575 | $18,489 | $53,883.46 | 191% |
| Grant Income | $0 | $71,942 | $92,138 | $126,000.00 | 37% |
| Edu and Clin Support | $193,650 | $0 | $0 | $10,000.00 | |
| Phy Rec Loan | $74,721 | $0 | $34,931 | $0.00 | |
| Total | $6,595,107 | $7,045,900 | $7,232,458 | $8,652,161 | 20% |

| FCH Clinical Site Patient Visits and RVUs 2015-18 (excludes CHH PBCs) | | | | | |
|---|---|---|---|---|---|
| | FY 15 | FY 16 | FY 17 | FY 18 | % Chg FY 17 - 18 |
| Patient Visits | 48,381 | 59,266 | 57,869 | 63,465 | 10% |
| RVUs | 79,125 | 83,245 | 87,230 | 97,303 | 12% |

Grant Funding

MC-WV-02134.47

The Department's external grant support for work in community health continues to grow and now includes funding for our university and community based efforts to address the opioid crisis of our region.  We also received our fourth year of funding for a 5-year primary care workforce grant from HRSA to transition to the Patient Centered Medical Home Model as well as support new educational programs in substance use disorders for our family medicine residency. These projects have provided cutting edge educational offerings to our residents and students, while improving the quality of care delivered through our Family Medicine Center.

| FY 2018 FCH ACTIVE EXTERNAL GRANT LIST | | |
|---|---|---|
| **Funding Agency** | **Project Title** | **Award Total** |
| ARC | ADCTP FFY16 | $ 400,000.00 |
| ARC | Capacity Building for Diabetes Coalition in Alabama | $ 90,802.00 |
| WV DHHR | CDC/DHHR Oral Health Prevention Program | $ 12,005.00 |
| WV DHHR | Perinatal Oral Health FFY17 | $ 75,000.00 |
| WV DOE | SAMHSA - Project AWARE  for Tiffany Pittman (FFY17 - Year3) | $ 50,000.00 |
| Benedum | Benedum CHW | $ 82,000.00 |
| Benedum | Benedum School Based Health Centers (SBHC) - YR16-17 | $ 175,000.00 |
| WV DHHR | Children's Mental Health Project (MU Technical Assistance - ESMH) | $ 12,960.00 |
| Pallottine | Oral Healthcare Assessment & Coordination Project | $ 9,500.00 |
| DentaQuest | WV Oral Health Coalition Support Project | $ 175,801.00 |
| MUSOM/Rezulin | PROMOTE Study Proposal Mobilizing Diabetes Coalitions in Rural WV | $ 204,333.00 |
| Benedum | Benedum Oral Health YR16-17 | $ 250,000.00 |
| AmeriCorps VISTA | Development of Systems for CHW /VISTA | $ 8,100.00 |
| DentaQuest | DentaQuest WV State Rep | $ 5,600.00 |
| DentaQuest | DentaQuest Delaware Grassroots | $ 3,100.00 |
| DentaQuest | DentaQuest Delaware State Rep | $ 5,600.00 |
| Benedum | Expansion and Strengthening of the MUSOM Dental Residency Program | $ 75,000.00 |
| Sisters Health Foundation | Sustainable Employment for CHWs in Coal Impacted Counties | $ 65,000.00 |
| WV DHHR | Oral Health Web Based Collection FY17-18 | $ 63,250.00 |
| Randolph Co HA | Wellness Collaborative Healthy Home Program Evaluation | $ 15,000.00 |
| ARC | ADCTP FFY17 | $ 300,000.00 |
| WV DOE / SAMHSA | Mental Health Consultation - Project AWARE FY18 - SAMHSA | $ 50,000.00 |
| Pallottine Foundation | WV Wisdom Tooth | $ 12,000.00 |
| Pallottine Foundation | Care Coordination & CHWs Serving High Risk Diabetes Patients | $ 15,500.00 |
| TGKVF | Sustainable Care Coordination for High Risk Diabetes Patients | $ 34,192.00 |

MC-WV-02134.48

| | | | |
|---|---|---|---|
| WV DHHR | Children's Mental Health FY18 - ESMH - MU Technical Assistance | $ | 77,000.00 |
| DentaQuest | DentaQuest WV State Lead | $ | 15,600.00 |
| Benedum | Benedum School Based Health Centers (SBHC) | $ | 175,000.00 |
| Benedum | Expansion and Strengthening of the MUSOM Dental Residency Program - FY18 | $ | 80,000.00 |
| Benedum | Benedum Oral Health YR17-18 | $ | 250,000.00 |
| MUSOM/Rezulin | PROMOTE Study Proposal Mobilizing Diabetes Coalitions in Rural WV | $ | 211,231.00 |
| DentaQuest | DentaQuest Oral Health FY18-19 | $ | 125,000.00 |
| AmeriCorp VISTA | Development of Systems for CHW/VISTA | $ | 8,100.00 |
| Benedum | Benedum Oral Health FY18-19 | $ | 250,000.00 |
| DentaQuest | DentaQuest WV State Rep FY18 | $ | 5,600.00 |
| DentaQuest | DentaQuest Delaware State Rep FY18 | $ | 5,600.00 |
| DentaQuest | DentaQuest WV Lead FY18 | $ | 15,600.00 |
| DentaQuest | DentaQuest Delaware Grassroots State Rep FY19 | $ | 3,100.00 |
| Sisters Health Foundation | Sustainable Employment for CHWs in Coal Impacted Counties | $ | 65,000.00 |
| Benedum | Benedum Building CHW Workforce Through ARC POWER Grant | $ | 164,000.00 |
| WV DHHR | Oral Health Web Based Collection FY18-19 | $ | 49,304.00 |
| ARC | ADCTP FY18 | $ | 500,000.00 |
| ARC | Sustainable Employment for CHW | $ | 538,685.00 |
| Benedum | Scaling Up Sustainable Employment for CHWs in Coal Impacted Counties | $ | 50,000.00 |
| MERCK Foundation | Bridging the Gap: Reducing Disparities in Diabetes Care | $ | 299,820.00 |
| WV Perinatal Partnership | Drug Free Moms and Babies | $ | 80,000.00 |
| Merck Foundation | Opioid Epidemic in the Great Rivers Region | $ | 1,967,042.00 |
| WV DHHR | Project Hope | $ | 2,825,406.00 |
| WVU/WV DHHR | COAT Project (State Targeted Response to the Opioid Crisis) | $ | 123,335.00 |
| City of Huntington | City of Huntington Integrated Community Program | $ | 19,152.00 |
| Cabell Huntington Health Department | Great Rivers Harm Reduction Coalition | $ | 9,900.00 |
| Prestera Center | Regional Partnership Grant for Children and Families (RPG) | $ | 386,340.00 |
| WV DHHR/SAMHSA | State Targeted Response (STR) | $ | 332,601.00 |
| Benedum Foundation | Creating Opportunities for Recovery Employment (CORE) - Benedum | $ | 225,000.00 |
| National Association of Chain Drug Stores | Drug Use During Pregnancy | $ | 263,000.00 |
| WV Higher Education Policy Commission | A Comparative Analysis of Opioid Use Disorder (OUD) Interventions of Pregnant Women with Depression | $ | 25,000.00 |
| WV Higher Education Policy Commission | A Retrospective Analysis of the Difficulties of Establishing an MAT Program in Rural West Virginia | $ | 25,000.00 |

MC-WV-02134.49

| | | | |
|---|---|---|---|
| WV Higher Education Policy Commission | Impairment of Smell and Taste in Rural, Community-Dwelling Elders | $ | 9,312.42 |
| WV Higher Education Policy Commission | Nutritional Literacy and Application in Rural West Virginia Parents and Children | $ | 9,271.00 |
| WV Higher Education Policy Commission | Loneliness and Isolation among the Rural, Community-Dwelling Oldest-Old | $ | 8,363.42 |
| HRSA | Primary Care Training and Enhancement Awards - MAT | $ | 61,141.00 |
| HRSA | PCMH | $ | 244,601.00 |
| | | **$** | **11,692,847.84** |

## FY 2018 FCH ACTIVE INTERNAL GRANT LIST

| Funding Agency | Project Title | Award Total | |
|---|---|---|---|
| Robert C. Byrd Center for Rural Health | Shared Minimal Active Reading to Infants (SMARtI) | $ | 25,000.00 |
| Robert C. Byrd Center for Rural Health | Brain Games in Pregnancy Brain | $ | 25,000.00 |
| Robert C. Byrd Center for Rural Health | Onsite Primary Care Services in Community Based Behavioral Health Facility | $ | 25,000.00 |
| Robert C. Byrd Center for Rural Health | Rural Health Department Opioid Monitoring Protocol | $ | 11,260.00 |
| Robert C. Byrd Center for Rural Health | Music and Memory in LTAC Patients with Dementia | $ | 25,000.00 |
| | | **$** | **111,260.00** |

# Community Outreach and Service

## Ebenezer Medical Outreach

MC-WV-02134.50





STEPHEN M. PETRANY, MD

The Department of Family and



Community Health has been a charter partner in the development of Ebenezer Medical Outreach (EMO) since its inception in the late 1980s.  At that time the department collaborated with the Ebenezer Methodist Church to provide health care to uninsured patients of our community.   After over 20 years as Medical Director of the EMO medical clinic, Dr. Stephen Petrany retired from the position with Dr. Matthew Christiansen starting as Medical Director October 2017.  Dr. Petrany remains actively involved with EMO as Vice-president of the Board of Directors. The Department of Family and Community Health continues to provide regular supervision of resident care at the center at no cost to EMO. In addition, the Department has provided coverage for the medical clinic by one of our nurse practitioners once each week. We have also assisted in procuring funding to relocate EMO's dental clinic to the clinical space on the first floor (anticipated re-opening of the dental clinic in the Fall of 2018), and helped to negotiate agreement with the Marshall University School of Pharmacy which continues to provide support for the clinic pharmacy.

# Marshall Medical Outreach (MMO)

The Department of Family and Community Health continues its involvement in Marshall Medical Outreach, a free mobile health clinic that provides medical care for the homeless and those at risk of homelessness in Huntington. Under the supervision of Dr. Charles Clements, Marshall Medical Outreach provides primary care to its patients, and, within the last year, has expanded its services to meet the needs of those it serves. As a medical student-led service, Marshall



Medical Outreach gives medical students an opportunity to become involved in medical community service. The mission of Marshall Medical Outreach is to provide continuity of care to those in need, and medical students and physicians volunteer their clinical resources to provide comprehensive care to these people.

Marshall Medical Outreach operates one Saturday each month at Trinity Episcopal Church, and in its four years of operation, it has received funding from grants, community businesses and organizations, and private donations. Over 1,900 patients have been treated during this outreach over the past six years.

# Recovery Point

The Department of Family and Community Health has partnered with the Huntington Recovery Point, an addiction recovery center for men struggling with alcohol and substance abuse, since January 2011. The Huntington facility currently houses 100 clients where faculty members provide comprehensive primary medical care to the clients that participate in their program.  An on-site clinic where residents of this facility can be seen by one of our family physicians

MC-WV-02134.51

for acute and chronic medical problems during their stay, was established. Twice monthly, we provide a physician, a nurse, and an assistant, and also bring some equipment, while utilizing available space at the facility. Additionally, our activities there allow the center to obtain discount drug testing for all of their clients, resulting in a substantial cost savings that can be reinvested into the recovery effort. We provide care for 25-35 patients per month during the 2 half days of service. This work has been cited by the Huntington City Mayor as an outstanding contribution to our community that allows those in recovery to have their medical issues addressed while they seek addiction recovery.



Comments from Matt Boggs, the Executive Director of Recovery Point of WV: *"Since Marshall Family Medicine (Marshall Health) began providing medical services on-site for our Huntington facility, the overall health and wellbeing of our participants has improved by addressing the underlying health issues that have been overlooked during active substance use. The partnership with Marshall Family Medicine has provided our participants with a patient/provider relationship grounded in trust, supported in wisdom, and carried with gratitude. We are indeed thankful for the care and compassion our participants received by the Physicians and staff of Marshall Family Medicine."*

## Honduras

Dr. Chuck Clements continues to be a leader in this annual effort. The team, which included **34 medical and pharmacy students, clinical faculty, residents, undergraduate students and other health care professionals**, treated **2837 patient**s during five days of clinics in and around La Esperanza, Honduras. The group came prepared with 55 boxes of supplies, provided by Cabell Huntington Hospital and other community partners, to treat a vast array of conditions—from sexually transmitted diseases to seizures to severe glaucoma to a machete wound—for patients of all ages.

The team administered vaccinations to protect patients against tetanus, diphtheria and pertussis. In addition to general medicine, the team also provided specialized ophthalmology, dentistry and gynecology care. A gynecology team hosted a clinic for annual exams and performed a variety of surgeries. The team also provided follow-up care for patients who received abnormal Pap smear results during a different medical brigade visit.



This trip is made possible through an endowed fund that bears Paul Ambrose's name and the generous support of his parents, Dr. Kenneth and Sharon Ambrose; other community supporters, including Cabell Huntington Hospital, which donated medications for the trip; and various student-led fundraising initiatives.

## Harmony House

MC-WV-02134.52

The Department of Family and Community Health, was awarded the Harmony House Community Partner of the Year for its continued cooperation with Harmony House of Huntington, West Virginia, to provide medical support to their



homeless clients.  In the past year Marshall Family Medicine made 72 visits which resulted in 261 encounters for medical assessment, triage, and basic treatment to the homeless individuals and their families that utilize the center for this and other resources.

Harmony House now partners with Valley Health Systems, Marshall Health Family Medicine, and Ebenezer Medical Outreach to improve access to medical care to the approximately 1000 annual homeless clients of Harmony House.  Our providers work with Harmony House on site to evaluate and triage health needs for their clients at no cost.

## West Virginia Veterans Home



The West Virginia Veterans Home, located at 512 Water St., Barboursville, is not a treatment facility but rather is designed for individuals who are ambulatory and independent in all activities of daily living. It can house 150 veterans at full capacity and is operated by a staff of approximately 50 employees.

Dr. Ross Patton has been Medical Director for this facility that supports our veterans since 2013, providing medical chart reviews on a weekly basis.

## Tug River Health Clinic, McDowell County

Tug River Health Association is a non-profit agency located in southern West Virginia governed by a community based board, providing top quality health care and dental care to patients, no matter their income. For over 30 years, they have provided reliable care in all areas of medicine for individuals and families in McDowell County which has some of the worst health outcomes in the state and nation.

This year our faculty member, Dr. Teresa Thacker, supported Tug River as Medical Director where she works on policies, chart reviews, and quality assurance. In addition, Dr. Ross Patton travelled monthly to McDowell County to provide comprehensive women's care to the rural population at Gary Clinic.  His clinical work is primarily directed at evaluating individuals referred for abnormal pap smears and abnormal findings on pelvic examinations.  It includes colposcopy examination with biopsies and LEEP (loop electrical excision procedure) as well as endometrial biopsy when necessary. These are services that would not otherwise be locally available to the clinic.

## Marshall and Regional Athletics

MC-WV-02134.53



The Department of Family and Community Health has provided uncompensated support to Marshall Athletics for many years. The 2017-2018 academic year was no exception. Our faculty and resident physicians have provided hundreds of hours of sports medicine coverage to the university, the local community, and the state during the last year. We provided coverage for several Marshall University teams:

- Dr. Boukhemis – Men's Soccer
- Dr. Patton – Women's Soccer, Softball
- Dr. Rupp – Women's Soccer, Women's Basketball, Men's Football
- Dr. Shaver – Men's Basketball

In addition, our faculty and residents provided medical support to local high school football programs. Team physicians include:

- Cabell Midland High School – Drs. Patton and Shaver
- Spring Valley High School  - Dr. McCann
- Huntington High School – Dr. Rupp, and sports medicine fellow Dr. Meredith along with Dr. Hendricks from Orthopedics
- Wayne High School – Dr. Gary Cremeans
- Lincoln County High School – Dr. Greg Elkins
- Huntington Prep – Dr. Rupp with Dr. Hendricks from Orthopedics

Our faculty and resident physicians have also supported many local and regional sporting events during the 2017-18 year:

- St. Mary's Cross Country Meet – Dr. Shaver
- Marshall Marathon with Orthopedics – Drs. Rupp, Wendt, Meredith, K. Stickler, M. Stickler, and Wellman
- Region 1 soccer tournament with Orthopedics – Drs. Patton, Rupp, and Meredith
- West Virginia High School Wrestling Tournament with Orthopedics – Drs. Rupp, and Meredith

Our faculty and residents have performed several hundred pre-participation physicals for various needs:
- 2016 Special Olympics – Dr. Vaughan
- Huntington High, Spring Valley, St. Joe's, and Wayne – Drs. Rupp, K. Stickler, M Stickler, Dennemeyer, D. Ford
- Marshall University Athletics – Drs. Patton, Shaver, Boukhemis, Rupp, and Meredith

# Scholarship and Research

MC-WV-02134.54

Our department has made significant commitments in time and money to enhancing our scholarly work over the last few years. We have expanded our research support with increased available funding for specific projects, established regular meetings uniquely focused on supporting scholarly projects, hired qualified research assistants, and have witnessed a growing departmental culture of enthusiasm for practical clinical research. We have included research output as a major element of our faculty incentive program. We have set a firm foundation for increased publication output in the coming years.

# Peer Reviewed Papers and Book Chapters (FY 2018)

The ultimate step of research is the sharing of knowledge; through publishing in regional, national, and international medical journals, our faculty members disseminate ideas, methodologies, and findings to a large audience within both family medicine and the broader medical community. The following list includes publications and invited presentations from the last academic year.

## PUBLICATIONS

1. Nellhaus E., Davies T. (2017): "How the History of Clinical Trials Formed the Modern Regulatory Environment." *MJM.* 2017;Vol. 3:Iss. 1.
2. Loudin S, Werthammer J., Prunty L, Shapiro JI, Davies TH. "A management strategy that reduces NICU admissions and decreases charges from the front line of the neonatal abstinence syndrome epidemic." *J Perinatol*. 2017.
3. Andrews L., Davies T, Foote-Linz M, Payne M. "Polydrug Abuse and Fetal Exposure: A Review." *J Pediatric & Child Health Care.* 2018; 3(1).
4. Franks AM, Fischer R, Plummer A, Nettey R. Poland Syndrome: A Case of a Left Handed Infant. *WVMJ*-OA. 2017.
5. McCann KS, Barker S, Cousins R, Franks A, McDaniel C, Petrany S, Riley E. Structures Management of Chronic Nonmalignant Pain with Opioids in a Rural Primary Care Office. *JABFM*. 2018; 31(1):57-63.
6. Jarrell A, Mays A, Bannister T, Franks A. Cobalamin Deficient Thrombotic Microangiopathy: a Case of TTP or Pseudo-TTP. *WVMJ*-OA. 2018.
7. Franks A, McCann K, Saab M, Bell K. Chronic Fatigue Syndrome Through Postural Orthostatic Tachycardia Syndrome to Hypermobile Ehlers Danlos Syndrome: a Journey Through Unclear Diagnoses. *WVMJ*-OA. 2018.
8. Mays A. "Effect of a brief patient communication teaching on both attendee and non-attendee family medicine residents". *MJM*; Vol. 4, 2018.
9. McCann K. Chronic Fatigue Syndrome through Hypermobile Elhers Danos to POTS: A Journey through Uncertainty. *WVMJ*. 2018.
10. Nair D, Mays A, Harsh M. "Effect of brief patient communication teaching on both attendee and non-attendee family medicine residents." *MJM.* 2018; 4(1):5.
11. Stalnaker L, Steele K, Rayyan Y, Nair D. 2017. "A Unique Case of Accidental Ingestion of Potassium Permanganate". WV Medical Journal. *WVMJ* OA; 2017(4).
12. Parker J, Shaver M. Ranking of Resident Applicants on the match List – Does it Correlate with Their Final Ranking on the Core Competencies". *WVJM.* Online Jan 2018.
13. Petrany SM, Gress T, Poole D. A Free Clinic Continuity Experience During Residency Is Associated With Practice in Underserved Areas. *JGME.* 2017 10 28; 9(5):595-599.
14. Gilliland, Timmons, Giangarra, Petrany, Harris. ECG measurement parameters of athletes are reliable when made with a smartphone based ECG device. *MJM*. 2018;4:(2):61-74
15. Loudin, S, El-Hamdani M, Ranavaya M. "Opioid epidemic-- is there an end in sight?" *MJM* 2017; Vol. 3: Iss. 4.
16. Ranavaya, M. Physician's Guide to Medico legal practice. AMA Guide to Medico legal practice. American Medical Association. 2018.

MC-WV-02134.55

Publications-In Print (End of FY 2017)

1. Davis T. An Unusual Amnestic Syndrome Associated With Combined Fentanyl and Cocaine Use. *Ann Intern Med*. 2018 Nov 6; 169(9):662. doi: 10.7326/L18-0410.
2. Franks AM, Urian JW, Patton R, Barker S. A Shocking Etiology of Placental Abruption: a Case of Electric Shock During Pregnancy. *WVMJ*-OA. July/August 2018; 114(4):26-29.
3. Nair D., Hart A. Family Physicians' Perspectives on Their Weight Loss Nutrition Counseling in a High Obesity Prevalence   Area. *J Am Board Fam* Med July-August 2018 31:522-528.
4. Nellhaus EM, Murray S, Hansen Z, Loudin S, Davies TH. Novel Withdrawal Symptoms of a Neonate Prenatally Exposed to a Fentanyl Analog. *J Pediatric Health Care*. 2018 Nov 8. pii: S0891-5245(18)30204-9. doi: 10.1016/j.pedhc.2018.08.014. [Epub ahead of print]
5. Nellhaus EM, Nieuwenhuizen L, Egleton R, Hansen Z, Chaffin D, Loudin S, Davies TH. History of postpartum depression as a contributor to the severity of NAS. *Addict Behav*. 2019 Feb; 89:78-84. doi: 10.1016/j.addbeh.2018.09.011. Epub 2018.

Works Near Submission

1. Thompson-Reid P, Crespo R, Stockton E. Chronic Disease and Diabetes Self-Management Implemented by Coalitions in Appalachia. (In press).
2. Bannister T. Impact of Physician Lifestyle Study, Lead Investigator Educational Research: Team Based Care in Resident Outpatient Clinic. (Study in progress)
3. Mays A. "Which AAFP Foundation Student Externship Characteristics are Associated with Family Medicine Residency Entry?" Family Medicine Journal (receive review-pending major revisions).

## FCH Faculty Invited Presentations 2017 - 2018

1. Crespo, R., Care Coordination Model using Community Health Workers to Deliver Better Care to High Risk Diabetes Patients to Lower Cost. , National Rural Health Association Annual Conference , New Orleans, LA, 05/01/2018
2. Crespo, R., Care Coordination and Community Health Workers in Appalachia. , National Oral Health Conference , New Orleans, LA, 05/01/2018
3. McCann, K., WV Controlled Substance Prescribing Updates , JCESOM Family and Community Health Grand Rounds , Huntington, WV, 05/01/2018
4. McCann, K., WV Controlled Substance Prescribing Updates , WVAFP Scientific Assembly , Charleston, WV, 05/01/2018
5. Ranavaya, M., AMA Guides to the evaluation of permanent Impairment 6th ed. training , Neurology Grand rounds, JCESOM , Dept. of Neurology, JCESOM, 05/01/2018
6. Ranavaya, M., Curbside Consults and Neurology , Neurology Grand rounds, JCESOM , Dept. of Neurology, JCESOM, 05/01/2018
7. Ranavaya, M., Curbside Consults and Neurology , Steering Group workshop towards developing National Omani Impairment and Disability assessment Guides , Muscat, OMAN, 05/01/2018
8. Ranavaya, M., Practical use of AMA Guides in developing National Omani Impairment and Disability assessment Guides , AMA Guides to the evaluation of permanent Impairment 6th ed. training , Johannesburg, South Africa, 05/01/2018
9. Crespo, R., Oral Health on Country Roads: A Collaboration to Bring Mobil Dental Services Rural West Virginia's Low Income Population. , 25th Annual WV Rural Health Conference / Silver Linings: Reflecting on

MC-WV-02134.56

Our Past; Transitioning to Our Future , Canaan Valley Resort, Davis, WV, 04/01/2018
10.  McCann, K., WV Safe Prescribing , WVAFP Scientific Assembly , Charleston, WV, 04/01/2018
11.  McCann, K., WV Safe Prescribing , 2016 Rural Research Conference , JCESOM, Huntington, WV, 04/01/2018
12.  Nair, D, Systems-Based Practice: Navigating Dangerous Waters. , West Virginia Academy of Family Physicians 65th Scientific Assembly , Charleston, West Virginia, 04/01/2018
13.  Ranavaya, M., South African Road accident Fund/Univ of Pretoria/ABIME training seminar , AMA Guides to the evaluation of permanent Impairment 6th ed. training , Johannesburg, South Africa, 04/01/2018
14.  Ranavaya, M., South African Road accident Fund/Univ of Pretoria/ABIME training seminar , Australian eReports Medical specialist training seminar , Melbourne Australia, 04/01/2018
15.  Ranavaya, M., AMA Guides to evaluation of Permanent Impairment 6th ed. Boot camp , Australian eReports Medical specialist training seminar , Melbourne Australia, 04/01/2018
16.  Ranavaya, M., AMA Guides to evaluation of Permanent Impairment 6th ed. Boot camp , MediLaw Australia worker's Comp Physician training conference , Brisbane, Australia, 04/01/2018
17.  Ranavaya, M., Medicolegal Report writing workshop , MediLaw Australia worker's Comp Physician training conference , Brisbane, Australia, 04/01/2018
18.  Ranavaya, M., Medicolegal Report writing workshop , Road accident Fund/ABIME training workshop, Johannesburg, South Africa , Johannesburg, South Africa, 04/01/2018
19.  Ranavaya, M., Traumatic Brain Injury and disability assessment in Road accident Victims , Road accident Fund/ABIME training workshop, Johannesburg, South Africa , Johannesburg, South Africa, 04/01/2018
20.  Ranavaya, M., Traumatic Brain Injury and disability assessment in Road accident Victims , Neurosurgery Grand rounds , Dept. of Neurosurgery, JCEMUSOM, 04/01/2018
21.  Rupp, D., Chiari Malformation in a collegiate Athlete , AMSSM National Conference , San-Diego, CA, 04/01/2018
22.  O'Hanlon, K., Penile Variant of Mondor's Disease , Annual Marshall University Joan C. Edwards School of Medicine Research Day , Huntington, WV, 03/01/2018
23.  O'Hanlon, K., Penile Variant of Mondor's Disease , The Annual Family Medicine Residency Directors Conference and Workshop, 03/01/2018
24.  Ranavaya, M., Curbside Consult--Benevolence or Malfeasance , Ohio 2018 Bureau of Workers Comp Medical Symposium , Columbus, OH, 03/01/2018
25.  Ranavaya, M., Empowering Ability in Disability – Return to Function , Ohio 2018 Bureau of Workers Comp Medical Symposium , Columbus, OH, 03/01/2018
26.  Ranavaya, M., Medical Causation analysis in workers comp claims– Holistic Approach; Medical & legal Overview , Combined Pediatrics and Medicine Grand rounds , Harless Auditorium, JCESOM, 03/01/2018
27.  Becker, J., High Cost/High Needs in Medicaid Populations in West Virginia , Alliance for Academic Internal Medicine (AAIM), 2017 Alliance Skills and Leadership Conference , Gaylord Texas, 02/01/2018
28.  Ranavaya, M., Curbside Consults in Medicine--Benefits and challenges , WV family Medicine Foundation annual Jose Ricard conference Nov 2017 , Huntington, WV, 01/01/2018
29.  Elkins, G, Skin Conditions in Athletes , West Virginia Academy of Family Physicians 63rd Annual Scientific Assembly , Charleston, West Virginia, 11/01/2017
30.  Ranavaya, M., Black Lung -Old disease-New Lessons , Permanent Impairment evaluation of Road accident Victims in South Africa , Johannesburg, South Africa, 11/01/2017
31.  Becker, J., Resident Attitudes & Practice Behaviors in Opioid Prescribing for Pain Management , Center for Evidence-based Policy Medicaid Evidence-based Decisions Project (MED) , Portland, OR, 10/01/2017
32.  Becker, J., Using 1115 Waivers to Develop a Comprehensive Substance Disorder Strategy , West Virginia State Medical Association 2017 Healthcare Summit , White Sulphur Springs, WV, 10/01/2017
33.  Clements, C., God Willing and the Creek Don't Rise: Medical School Community Aides in Flood Relief Effort" , NSP Southern Division Fall Conference , Kingsport, TN, 10/01/2017

MC-WV-02134.57

34.  Clements, C., God Willing and the Creek Don't Rise: Medical School Community Aides in Flood Relief Effort" , WV Association of Professional Psychologists Conference , Flatwoods, WV, 10/01/2017

35.  Crespo, R., Everyone with Diabetes Counts in Rural WV & Using Community Health Workers to Deliver Better Care to High Risk Diabetes Patients to Lower Cost , WV Rural Health Association Annual Conference. , Canaan Valley, WV, 10/01/2017

36.  Crespo, R., Using Community Health Workers to Deliver Better Care at Lower Cost. , Try This for Health Care Professionals conference , Buckhannon, WV, 10/01/2017

37.  Harvey, H., Lung Cancer Screening , Marshall Family Medicine Grand Rounds , Huntington, WV, 09/01/2017

38.  Ranavaya, M., Review of Methodology and use of AMA Guides to the evaluation of permanent Impairment for physicians in Road accident fund scheme of South Africa-- 8 hour symposium , United Nations Peace Keeping Medical Training in use of AMA Guides, Dakar, Senegal , Dakar, Senegal, 09/01/2017

39.  Ranavaya, M., AMA Guides to the Evaluation of Permanent Impairment, Methodology and Practical use in United Nations Peace Keeping Mission , European Forum 2017 on Sustainable working life , Stockholm, Sweden, 09/01/2017

40.  Becker, J., Plenary Session Panel Discussion, 2017 Association of Medical Colleges (AAMC) Integrating Quality Annual Meeting, Chicago, IL, 08/01/2017

41.  Clements, C., Does Use of C-Collar Require Full Backboard , NSP Southern Division Fall Conference , Kingsport, TN, 08/01/2017

42.  Clements, C., Use of Traction Splints in Mountain Rescue , JCESOM , Huntington, WV, 08/01/2017

43.  Bannister, T., Improving pneumococcal and influenza immunizations rates in senior populations in McDowell, WV , University of Kentucky Faculty Retreat , Lexington, KY, 07/01/2017

44.  Davies TH. West Virginia Medicaid Targets Substance Abuse Disorder Conference Choosing Wisely: Reducing Harm   Innovative Solutions to the Opioid Epidemic. Huntington, WV, 2017.

45.  Davies TH.  Clinical Research Workforce Development: Where to Find the Best Clinical Research Coordinator Candidates. MAGI East 2017, Philadelphia, PA, USA, 2017.

46.  Davies TH. The Consequences of Addiction for the Youth of West Virginia. Positive Behavior Interventions and Supports   Meeting, Fairmont, WV, 2018.

47.  Davies TH. The Consequences of Prenatal Exposure on the Development of West Virginia Children. West Virginia State Pre-k Steering Team Meeting. Charleston, WV, 2018.

48.  Davies TH. Neonatal Abstinence Syndrome. KidSmart, Charleston, WV, 2018.

49.  Davies TH. Clinical Research Recruiting in a Substance Using Population. MAGI East 2018, Arlington, VA, 2018.

50.  Davies TH. Opioid Forum Sponsored by Ironton Tribune. Ironton, OH, 2018.

51.  Davies, TH. Nieuwenhuizen L; Gottlieb J. Building Healthy Connections, CWLA National Conference, Washington, D.C, 2018.

52.  Davies TH. Saunders A; Linz M; O'Connell L; Adkins C. Using What We Know: Helping Teachers, Families and Communities Respond Systematically to Children Affected by Familial SUD. National Rx Abuse and Heroin. Summit, Washington, D.C., 2018

53.  Davies, TH. In Utero Exposure and the Consequences of Addiction for the Very Youngest, West Virginia CASE. Morgantown, WV, 2018

54.  Franks, A. Marshall Rural Family Medicine Scholars Program – a longitudinal MS III sub-intern year (poster). CFAS   National Spring Meeting, April 2018

55.  Franks A. Improved Behavioral Health Access in a Provider Based Clinic (poster). MUQAQIC, April 2018

56.  Franks A. HTN Polypharmacy Project in a Provider Based Clinic (poster). MUQAQIC, April 2018

57.  Franks A. Improving Work Flow Efficiency in a Patient Centered Medical Home (poster).MUQAQIC, April

58.  Franks A. Implementation of a COPD Action Plan in a Provider Based Clinic (poster). MUQAQIC, April

MC-WV-02134.58

2018.

59. Franks A. Implementation of a Systolic CHF (HFrEF) Action Plan in a Provider Based Clinic (poster). MUQAQIC, April 2018.

60. Franks A. Penile Variant of Mondor's Disease (poster) – MURD, March 2018.

61. Franks Syndrome: Left-Infant MURD,

62. Franks TTP: A Severe Deficiency MURD,

63. Franks Orthostatic Syndrome:



A Poland A Case of a Handed (poster) – March 2018. A. Pseudo Case of Cobalamin (poster) – March 2018. A. Postural Tachycardia A

Dysautonomia from Hypermobile Ehlers Danlos Syndrome   (poster) – MURD, March 2018.

64. Franks A. Improving the Accelerated Transition in Medicine and the Marshall Experience in Family Medicine – AAMC. National Conference, November 2017.

65. Franks A. Practical Questions (and some answers) for Improving a 'Medical' Fourth Year – CFAS National Spring. Conference, March 2017.

66. Becker J. Speaker. Robert Wood Foundation, Chandler Arizona, March 2018.

67. Plymale J. National Rural Health Conference. 5/2018.

68. Plymale J. WV Science Teachers Conference. 10/2017.

69. Plymale J. WV State HOSA Conference. 3/2018.

# Location of Presentations World Wide

**54** presentations given in the United States

Chandler, AZ; Gaylord , Texas;  Portland,  OR;  Chicago, IL;  White Sulphur Springs,  WV;  Huntington,  WV(19);
Charleston, WV(9)  Kingsport,  TN(2);  New Orleans, LA(2);  Davis,  WV;  Canaan Valley,  WV(2);  Buckhannon,  WV;
Flatwoods,  WV;  Charleston,  WV(4); Fairmont, WV; Morgantown, WV; Arlington, VA; Lexington, KY; Columbus,  OH(2);
Ironton, OH; Philadelphia, PA; Washington, D.C.; San-Diego,  CA

 

**1** presentation given in Sweden, and **4** presentations in Australia

Stockholm, Sweden; Melbourne, Australia (2); Brisbane, Australia (2)

MC-WV-02134.60



**6**

presentations given in Africa, and **1** presentation given in Oman

Johannesburg, South Africa (5); Dakar, Senegal; Muscat, Oman

Grants Participation (July 2017 – June 2018)

MC-WV-02134.61

| | | |
|---|---|---|
| 1. | Bannister T. | Primary Care Training and Enhancement Awards - MAT |
| 2. | Becker J. | Primary Care Training and Enhancement Awards –PCMH<br>Primary Care Training and Enhancement Awards – MAT |
| 3. | Butcher J. | A Comparative Analysis of Opioid Use Disorder (OUD) Interventions of Pregnant Women with Depression |
| 4. | Butcher J. | A Retrospective Analysis of the Difficulties of Establishing an MAT Program in Rural West Virginia |
| 5. | Crespo R. | ADCTP FFY16 |
| 6. | Crespo R. | Capacity Building for Diabetes Coalition in Alabama |
| 7. | Crespo R. | CDC/DHHR Oral Health Prevention Program |
| 8. | Crespo R. | Perinatal Oral Health FFY17 |
| 9. | Crespo R. | SAMHSA - Project AWARE  for Tiffany Pittman (FFY17 - Year3) |
| 10. | Crespo R. | Benedum CHW |
| 11. | Crespo R. | Benedum School Based Health Centers (SBHC) - YR16-17 |
| 12. | Crespo R. | Children's Mental Health Project (MU Technical Assistance - ESMH) |
| 13. | Crespo R. | Oral Healthcare Assessment & Coordination Project |
| 14. | Crespo R. | WV Oral Health Coalition Support Project |
| 15. | Crespo R. | PROMOTE Study Proposal Mobilizing Diabetes Coalitions in Rural WV |
| 16. | Crespo R. | Benedum Oral Health YR16-17 |
| 17. | Crespo R. | Development of Systems for CHW /VISTA |
| 18. | Crespo R. | DentaQuest WV State Rep |
| 19. | Crespo R. | DentaQuest Delaware Grassroots |
| 20. | Crespo R. | DentaQuest Delaware State Rep |
| 21. | Crespo R. | Expansion and Strengthening of the MUSOM Dental Residency Program |
| 22. | Crespo R. | Sustainable Employment for CHWs in Coal Impacted Counties |
| 23. | Crespo R. | Oral Health Web Based Collection FY17-18 |
| 24. | Crespo R. | Wellness Collaborative Healthy Home Program Evaluation |
| 25. | Crespo R. | ADCTP FFY17 |
| 26. | Crespo R. | Mental Health Consultation - Project AWARE FY18 - SAMHSA |
| 27. | Crespo R. | WV Wisdom Tooth |
| 28. | Crespo R. | Care Coordination & CHWs Serving High Risk Diabetes Patients |
| 29. | Crespo R. | Sustainable Care Coordination for High Risk Diabetes Patients |
| 30. | Crespo R. | Children's Mental Health FY18 - ESMH - MU Technical Assistance |
| 31. | Crespo R. | DentaQuest WV State Lead |
| 32. | Crespo R. | Benedum School Based Health Centers (SBHC) |
| 33. | Crespo R. | Expansion and Strengthening of the MUSOM Dental Residency Program - FY18 |
| 34. | Crespo R. | Benedum Oral Health YR17-18 |
| 35. | Crespo R. | PROMOTE Study Proposal Mobilizing Diabetes Coalitions in Rural WV |
| 36. | Crespo R. | DentaQuest Oral Health FY18-19 |
| 37. | Crespo R. | Development of Systems for CHW/VISTA |
| 38. | Crespo R. | Benedum Oral Health FY18-19 |
| 39. | Crespo R. | DentaQuest WV State Rep FY18 |
| 40. | Crespo R. | DentaQuest Delaware State Rep FY18 |
| 41. | Crespo R. | DentaQuest WV Lead FY18 |
| 42. | Crespo R. | DentaQuest Delaware Grassroots State Rep FY19 |
| 43. | Crespo R. | Sustainable Employment for CHWs in Coal Impacted Counties |

MC-WV-02134.62

| 44. | Crespo R. | Benedum Building CHW Workforce Through ARC POWER Grant |
| 45. | Crespo R. | Oral Health Web Based Collection FY18-19 |
| 46. | Crespo R. | ADCTP FY18 |
| 47. | Crespo R. | Sustainable Employment for CHW |
| 48. | Crespo R. | Scaling Up Sustainable Employment for CHWs in Coal Impacted Counties |

| Year* | Publications | Presentations | Posters |
| --- | --- | --- | --- |
| 2014 | 5 | 28 | 3 (2 national) |
| 2015 | 4 | 36 | 5 |
| 2016 | 15 | 41 | 11 (2 national) |
| 2017 | 11 | 30 | 5 |
| 2018 | 17 | 61 | 8 |

| 49. | Crespo R. | Bridging the Gap:  Reducing Disparities in Diabetes Care |
| 50. | Davies T. | Drug Use During Pregnancy |
| 51. | Davies T. | A Comparative Analysis of Opioid Use Disorder (OUD) Interventions of Pregnant Women with Depression |
| 52. | Davies T. | A Retrospective Analysis of the Difficulties of Establishing an MAT Program in Rural West Virginia |
| 53. | Franks A. | Impairment of Smell and Taste in Rural, Community-Dwelling Elders |
| 54. | Franks A. | Nutritional Literacy and Application in Rural West Virginia Parents and Children |
| 55. | Franks A. | Loneliness and Isolation among the Rural, Community-Dwelling Oldest-Old |
| 56. | Franks A. | Primary Care Training and Enhancement Awards –PCMH<br>Primary Care Training and Enhancement Awards – MAT |
| 57. | Grome M. | Impairment of Smell and Taste in Rural, Community-Dwelling Elders |
| 58. | Grome M. | Loneliness and Isolation among the Rural, Community-Dwelling Oldest-Old |
| 59. | Hansen B. | Drug Free Moms and Babies |
| 60. | Hansen B. | Opioid Epidemic in the Great Rivers Region |
| 61. | Hansen B. | Project Hope |
| 62. | Hansen B. | City of Huntington Integrated Community Program |
| 63. | Hansen B. | Great Rivers Harm Reduction Coalition |
| 64. | Hansen B. | Regional Partnership Grant for Children and Families (RPG) |
| 65. | Hansen B. | State Targeted Response (STR) |
| 66. | Hansen B. | Creating Opportunities for Recovery Employment (CORE) - Benedum |
| 67. | Linz M. | A Comparative Analysis of Opioid Use Disorder (OUD) Interventions of Pregnant Women with Depression |
| 68. | Linz M. | A Retrospective Analysis of the Difficulties of Establishing an MAT Program in Rural West Virginia |
| 69. | Mays A. | Nutritional Literacy and Application in Rural West Virginia Parents and Children |
| 70. | Melvin | COAT Project (State Targeted Response to the Opioid Crisis) |
| 71. | Petrany S. | Primary Care Training and Enhancement Awards –PCMH<br>Primary Care Training and Enhancement Awards – MAT |
| 72. | Shaver M. | Primary Care Training and Enhancement Awards –PCMH |

## Active FCH Research Projects (2018)

| Type of Project | Number Active | Number Active |
|---|---|---|
| Year | 2017 | 2018 |
| Educational | 7 | 8 |
| QA/QI | 13 | 14 |
| PCORI | 2 | 2 |
| Case Studies | 10 | 9 |
| Other | *21* | *24* |
| *Total* | *53* | *57* |

## Department of Family and Community Health Faculty and Staff

The people who make up the Department of Family and Community Health are a diverse group of committed individuals who are dedicated to achieving the highest standards of quality in our teaching, clinical, outreach, and research missions.

## FCH Staffing (Individuals)

| | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|
| Physicians | 18/4 | 22/5 | 28/6 | 32/6 | 37/10 |
| Mid-Level Providers | 2/1 | 3/2 | 3/2 | 3/2 | 6/12 |
| RNs | 2 | 3 | 3 | 2 | 2 |
| LPN/MAS | 14 | 19 | 24 | 25 | 31 |
| Reception | 10 | 12 | 14 | 14 | 16 |

MC-WV-02134.64

| | | | | | |
|---|---|---|---|---|---|
| Support Staff | 12 | 13 | 13 | 13 | 17 |
| Clinical Pharmacist | 0 | 1 | 1 | 1 | 1 |
| Social Worker | 0 | 0 | 1 | 1 | 1 |
| Psychologist | 1 | 1 | 2 | 1 | 1 |
| Psychiatry | 0 | 1 | 1 | 1 | 1 |
| Addiction Science Staff | 0 | 0 | 0 | 0 | 6 |
| Dr. Crespo Staff | 17 | 16 | 14 | 11 | 12 |
| *Total* | *81* | *98* | *112* | *112* | *153* |

# Faculty Appointments (2017-2018)

### Stephen M. Petrany, MD, Professor and Chair



**Undergraduate Education:** Georgetown University, Bachelor of Science, Biology, *Summa Cum Laude*
**Medical Education:** Georgetown University
**Residency:** Medical College of Virginia, Fairfax Family Practice Program
**Board Certifications:** American Board of Family Medicine
**Data Joined Faculty:** 1989
**Clinical Interests:** Pediatrics, Underserved Populations, Rural Medicine

### Tammy Bannister, MD, Associate Professor



**Undergraduate Education:** Marshall University School of Nursing; West Virginia State College; Marshall University
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 1996

MC-WV-02134.65

### James Becker, MD, Associate Professor



**Undergraduate Education:** St. Louis University, Biology/Chemistry Major; Marshall University, Regents Program
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of the American Academy of Family Physicians; American College of Occupational and Environmental Medicine; American Public Health
Association (in Environmental and Occupational Medicine)
**Date Joined Faculty:** 1994
**Clinical Interests:** Occupational and Environmental Medicine

### Kathryn Bell, MD, Assistant Professor



**Undergraduate Education:** Auburn University, Montgomery, Bachelor of Science
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall Family Medicine Residency Program
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2014
**Clinical Interests:** Women's Health, Home Visits, Geriatrics

### Rabah Boukhemis, MD, Professor



**Undergraduate Education:** Constantine University
**Medical Education:** University Hospital, Constantine, Algeria
**Residency:** Marshall University School of Medicine; René Descartes University, Paris, France
**Fellowship:** Sports Medicine and Adult Fitness, Marshall University; Sports Medicine, Salpêtrière Hospital, France.
**Board Certification:** PM&R National French Board, American Association of Physician Specialists in Sports Medicine
**Date Joined Faculty:** 1987
**Clinical Interests:** Rehabilitation and Sports Medicine

### Jon Bowen, MD, Assistant Professor



**Undergraduate Education:** Marshall University
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2011

### Mitch Charles, MD, Associate Professor



**Undergraduate Education:** University of Kentucky
**Medical Education:** Marshall University School of Medicine
**Residency:** University of Kentucky
**Board Certification:** American Board of Family Practice
**Date Joined Faculty:** 2002

MC-WV-02134.66

**Clinical Interests:** Emergency Medicine

### Nick Chongswatdi, MD, Assistant Professor



**Undergraduate Education:** West Virginia University, Bachelor of Science, Biology; Marshall University, Master's in Biomedical Sciences
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2008
**Clinical Interests:** Occupational Medicine

### Matthew W. Christiansen, MD Assistant Professor



**Undergraduate Education:** Denison University, BS. Biology, Minor Spanish

**Medical Education:** Marshall University Joan C. Edwards School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2016
**Clinical Interests:** Health Policy, Primary Care, and Preventative Medicine

### Charles Clements, MD, Professor



**Undergraduate Education:** U.S. Military Academy, West Point; Command and General Staff College, Fort Leavenworth, KS, Troy State University
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certifications:** American Board of Family Medicine
**Date Joined Faculty:** 1999
**Clinical Interests:** Wilderness Medicine, Sports Medicine

### Gary Cremeans, MD, Assistant Professor



**Undergraduate Education:** Marshall University
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certifications:** American Board of Family Medicine
**Date Joined Faculty:** 2002



### Richard Crespo, Ph.D., Professor



**Undergraduate Education:** Wheaten College
**Graduate Education:** Master of Science, Community Resource Development, Michigan State University, Ph.D. Curriculum Research and Development, Michigan State University
**Date Joined Faculty:** 1991

### Matthew B. Curry, MD Assistant Professor

MC-WV-02134.67



**Undergraduate Education:**  Marshall University, BS Biomedical Science
**Graduate Education:** Marshall University Joan C. Edwards School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2016
**Clinical Interests:**  General Family Medicine, International and Travel Health, Travel Exams, and Dermatology

**<u>Carolyn A. Curtis, MD Assistant Professor</u>**



**Undergraduate Education:**  Furman University, BA Religion
**Graduate Education:** Medical College of Georgia
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2016
**Clinical Interests:** International and Travel Health, Tropical Medicine

**<u>Joseph M. DeLapa, MD, MHA Assistant Professor</u>**



**Undergraduate Education:**
**Graduate Education:** The Ohio State University College of Medicine
**Residency:** The Ohio State University College of Medicine – Anesthesiology
**Board Certification:** American Board of Anesthesiology, subspecialty certification in Pain Medicine, American Board of Independent Medical Examiners

**<u>Kenneth Devlin, MA, Behavioral Medicine Coordinator</u>**



**Undergraduate Education:** LaSalle University
**Graduate Education:** Master of Arts in Clinical Psychology
**Board Certification:** West Virginia Board of Examiners of Psychologists
**Date Joined Faculty:** 1990
**Clinical Interests:** Integration of behavioral health in rural primary care, health policy, rehabilitation and occupational psychology

**<u>Gregory Elkins, MD, Medical Director, Lincoln Primary Care Center</u>**



**Undergraduate Education:** West Virginia University, Bachelor of Science in Education with emphasis on Athletic Training and General Science
**Medical Education:** Marshall University School of Medicine
**Residency:** Department of Family and Community Health, Marshall University School of Medicine
**Board Certification:** West Virginia Board of Medicine, Diplomat American Board of Family Practice
**Date Joined Faculty:** 1997
**Clinical Interests:** Sports Medicine, General Family Practice, Death in High School and

MC-WV-02134.68

College Football, Weight Loss in Interscholastic Wrestlers, Physician and Athletic Trainer Coverage of Interscholastic Sports Events, Speaker Bureau American Cancer Society

**Adam Franks, MD, Professor**



**Undergraduate Education:** Marshall University, Bachelor of Science, Chemistry/German, Yeager Scholar
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Fellowship:** Advanced Maternal Care, University of Tennessee
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2002
**Clinical Interests:** Obstetrics, Pediatrics, and Gynecology

**Jeremy Fuller, MD, Instructor**



**Undergraduate Education:** Marshall University
**Medical Education:** Marshall University School of Medicine
**Residency:**
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2003
**Clinical Interests:** Sports Medicine, Emergency Medicine

**Michael Gibbs, MD**



**Undergraduate Education:** Marshall University
**Medical Education:** Marshall University Joan C. Edwards School of Medicine (Huntington, W.Va.)
**Residency:** Marshall University Joan C. Edwards School of Medicine (Huntington, W.Va.)
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2003

**Erika Harris, MD, Assistant Professor**



**Undergraduate Education:** Wheeling Jesuit University, Bachelor of Science, Biology
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2005
**Clinical Interests:** Family Medicine

**Matthew Harris, MD, Assistant Professor**



**Undergraduate Education:**
**Medical Education:** Wayne State University Medical School
**Residency:** William Beaumont Hospital – Internal Medicine/Pediatrics

MC-WV-02134.69

**Board Certification:** American Board of Internal Medicine
**Date Joined Faculty:** 2018

### Hyla Harvey, MD, Assistant Professor



**Undergraduate Education:** State University of New York College of Buffalo, Bachelor of Science in Clinical Dietetics (Magna Cum Laude)
**Medical Education:** University of Turin School of Medicine and Surgery, Turin, Italy; State University of New York at Stony Brook School of Medicine
**Residency:** Overlook Hospital Family Practice Residency Program, Summit, New Jersey; Marshall University Family Practice Residency Program
**Board Certification:** American Board of Family Practice
**Date Joined Faculty:** 2015
**Clinical Interests:** Electronic Health Records, Women's Health

### Patti Jo Marcum. MD



**Medical Education:** Marshall University Joan C. Edwards School of Medicine
**Residency:** Marshall University Joan C. Edwards School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2018

### Mary Marcuzzi, MD, Assistant Professor



**Undergraduate Education:** Marshall University
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2005

### Maynard, Jeffrey 'Alan' Maynard II, APRN



**Undergraduate Education:** The Ohio State University, BS-Nursing
**Medical Education:** The Ohio State University, MSN-FNP
**Board Certification:** American Nurses Credentialing Center
**Date Joined Faculty: 2018**

### Adrienne Mays, MD, Assistant Professor



**Undergraduate Education:** Marshall University, Bachelor of Science, Chemistry, Magna Cum Laude
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine

MC-WV-02134.70

**Date Joined Faculty:** 2012
**Clinical Interests:** Family Medicine

### Kevin McCann, MD, Associate Professor



**Undergraduate Education:** Marshall University, Bachelor of Science, Biology
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 1997
**Clinical Interests:** Family Medicine

### Sydnee McElroy, MD, Assistant Professor



**Undergraduate Education:** Marshall University, Bachelor of Science, Biochemistry
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine

### Mary Murphy, DO, Assistant Professor



**Undergraduate Education:** Indiana University, Bachelor of Science, Biology

**Medical Education:** Des Moines University

**Internship**: Michigan State University State Wide Campus System, Bay Regional Medical Center
**Residency:** University of Iowa Occupational Medicine
**Board Certification:** American Board of Preventive Medicine, Diplomat
**Date Joined Faculty:** 2017

### Dilip Nair, MD, Professor



**Undergraduate Education:**
**Medical Education:** University of Connecticut School of Medicine
**Residency:** Marshall University Joan C. Edwards School of Medicine
**Board Certification:** American Board of Family Medicine, National Board of Medical Examiners
**Date Joined Faculty:** 1997
**Clinical Interests:**

### Laurie Nair, MD, Assistant Professor



**Undergraduate Education:** Williams College, Williamstown, Massachusetts, Bachelor of Arts in Biology, Magna Cum Laude
**Medical Education:** University of Connecticut
**Residency:** Marshall University Family Medicine Residency
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2014
**Clinical Interests:** Health care for all ages and Patient Education

MC-WV-02134.71

**Kathy O'Hanlon, MD, Professor**



**Undergraduate Education:** Marshall University
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 1989
**Clinical Interests:** Skin biopsy, skin lesion and cancer removal, aesthetic services including Botox and chemical peels

**John Parker, MD, Associate Professor**



**Undergraduate Education:** University of Virginia School of Arts and Sciences, Bachelor of Arts, Biology, High Honors
**Medical Education:** University of Virginia Medical School
**Residency:** Eisenhower Army Medical Center
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2005
**Clinical Interests:** Advice for International Travel, U.S. Immigration and Naturalization

**Randall W. Peterson, MD, Associate Professor**



**Undergraduate Education:**
**Medical Education:** West Virginia University School of Medicine
**Residency:** University of South Florida Bayfront Medical Center
**Board Certification:** American Board of Family Practice
**Date Joined Faculty:** 2017

**Ross Patton, MD, Professor**



**Undergraduate Education:** Appalachian Bible College, Bachelor of Theology; Marshall University
**Medical Education:** West Virginia University
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 1987
**Clinical Interests:** Sports Medicine and Obstetrics

**Cynthia Z. Pinson, MD**



**Undergraduate Education: Marshall University**
**Medical Education:** Marshall university Joan C. Edwards School of Medicine
**Residency:** Marshall University Joan C. Edwards School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2018

**Jennifer Plymale, MA, Director, Robert C. Byrd Center for Rural Health**



MC-WV-02134.72

**Undergraduate Education:** Marshall University, BA in education
**Graduate Degree:** Master of Arts Degree in Psychology
**Date Joined Faculty:** 1999
**Clinical Interests:** Rural Health

### Mohammed Ranavaya, MD, JD, MS, Professor



**Undergraduate Education: DJ Science College**
**Medical Education:** Dow Medical College, University of Karachi, Pakistan
**Residency:** West Virginia University School of Medicine
**Fellowship:** Faculty of Occupational Medicine and Royal College of Physicians, Ireland
**Board Certification:** American Board of Preventive Medicine; Subspecialty Certification in Occupational Medicine; American Board of Independent Medical Examiners
**Date Joined Faculty:** 2000
**Clinical Interests:** Return to work/ stay at work, occupational lung disease, impairment and disability assessment, Healthcare Law, Medico-Legal Issues

### James Rollins, MD, Assistant Professor



**Undergraduate Education:** Marshall University
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall Family Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2016
**Clinical Interests:** Global Health

### David Rupp, MD, Assistant Professor



**Undergraduate Education:** Marshall University
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall Family Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2016
**Clinical Interests:** Global Health

### Linda Savory, MD, Professor



**Undergraduate Education:** Bachelor of Science in Nursing, Marshall University
**Graduate Education:** Master of Science in Nursing, Marshall University
**Board Certification:** American Nurses' Credentialing Center
**Date Joined Faculty:** 2015
Clinical Interests: Acute Care, Pediatrics, Family Medicine

### Mitch Shaver, MD, Professor

**Undergraduate Education:** Ohio University

MC-WV-02134.73



**Medical Education:** University of Michigan Medical School
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 1983
**Clinical Interests:** Women's and Family Medicine

<u>**Katherine J. Steele, MD Assistant Professor**</u>



**Undergraduate Education:** Marshall University, Bachelor of Science Chemistry and Zoology, Master of Science, Biological Sciences
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine, Subspecialty Certification in Sports Medicine
**Date Joined Faculty:** 1993
**Clinical Interests:** General and preventative adult and children care, Sports Medicine, and Occupational Medicine

<u>**Amy Smith, M.Ed., Clinical Skills Coordinator**</u>



**Undergraduate Education:**  Marshall University, BS Biology, Minor Mathematics and Chemistry
**Graduate Education:** Marshall University Joan C. Edwards School of Medicine
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2016
**Clinical Interests:**  International and Travel Health, Women's Health

<u>**Teresa Thacker, MD, Assistant Professor**</u>



**Undergraduate Education:** Marshall University
**Medical School:** Marshall University School of Medicine
**Residency:** Roanoke Memorial Hospital – Carillion Health System
**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 2015
**Clinical Interests: Aesthetics, Sports Medicine, Total Family Medicine Preventative Care, Adolescents and Pediatrics**

<u>**Freddie W. Vaughan II, MD Assistant Professor**</u>



**Undergraduate Education:** Kanawha Valley Community and Technical College
**Graduate Education:** Marshall University Joan C. Edwards School of Medicine
**Residency:** Marshall University Joan C. Edwards School of Medicine
**Board Certification:** American Board of Family Medicine

MC-WV-02134.74

**Date Joined Faculty:** 2017

**John B. Walden, MD, Professor**



**Undergraduate Education:** University of Virginia, Bachelor of Arts, Biology
**Medical Education:** West Virginia University School of Medicine
**Residency:** Gorgas U.S. Army Hospital

**Board Certification:** American Board of Family Medicine
**Date Joined Faculty:** 1982
**Clinical Interests:** Advice for international travel, U.S. Immigration and Naturalization, and Occupational Medicine

**Robert B. Walker, MD**



**Undergraduate Education:**
**Graduate Education:** University of Florida College of Medicine
**Residency:** Bowman–Gray College of Medicine, Wake Forest University
**Board Certification:** American Board of Family Medicine, American Board of Preventive Medicine, American Board of Independent Medical Examiners
**Date Joined Faculty:** 2018
**Clinical Interests:**
**Clinical Interests:** Advice for international travel, U.S. Immigration and Naturalization, and Occupational Medicine

**Ambryan L. White, MD**



**Undergraduate Education:**
Medical School: Marshall University Joan C. Edwards School of Medicine
Residency: Marshall University Joan C. Edwards School of Medicine
Board Certified: American Board of Family Medicine
**Date Joined Faculty:** 2018
**Clinical Interests:**

**Stephen N. Wilcox, MD, Assistant Professor**



**Undergraduate Education:** Eckerd College
**Medical Education:** Marshall University School of Medicine
**Residency:** Marshall University School of Medicine
**Board Certification:** American Board of Family Medicine,
**Date Joined Faculty:** 2003

MC-WV-02134.75

## Volunteer Clinical Faculty

| Faculty | Location | Faculty | Location |
|---|---|---|---|
| Benjamin Allen, MD | Barboursville, West Virginia | Amy Marsteller, MD | Valley Health East Huntington WV |
| Kimberly Becher, MD | Community Care Of WV | Gregory Peters, MD | Buckhannon, WV |
| Karah Cloxton, MD | Pleasant Valley Hospital | Kara Siford, MD | Rock Cave, WV |
| Scott Davis, MD | Valley Health Wayne WV | Lucia Soltis, MD | Southern West Virginia Health System Hamlin, WV |
| Michael Farrell, JD | Huntington, West Virginia | Chandos Tackett, MD | Huntington, WV |
| Christy Gillenwater, MD | Clay, WV | Beth Ann Toppins, MD | Cabell Huntington Hospital: Huntington WV |
| Zachary Hansen, MD | Valley Health Highlawn WV | Terrance Triplett, MD | Huntington, WV |
| Tracy Hendershot, MD | Elizabeth, WV | Chad C. Turner, MD | Charleston, WV |
| Jason Hudak, MD | Huntington, WV | Johnny G. Walker, MD | Huntington, WV |
| Eugenia Jarrell, MD | Ceredo, WV | Matthew Weimer, MD | Valley Health Milton |
| Michael Kilkenny, MD, MS | St. Mary's Family Care Center in Ceredo, WV | Jonathan White, MD | Winfield, West Virginia |
| Daniel Langleben, MD | Marshall Family Medicine Huntington, WV | David Whitmore, DO | Valley Health Huntington/Wayne |

# Faculty Contributions to the Medical School and Affiliated Hospitals

## Faculty Committee/Service Participation

| Dr. Bannister | Clinical Operations Committee |
|---|---|
| | Medical Director of Village Medical Center |
| | GME Well-being Committee - Chair |
| | Residency Program Evaluation (GME, FMC, PCMH) - Chair |
| | NCQA, MDT, Mentor Junior Faculty |

| Dr. Becker | Chairman of the Medicaid Medical Director Network (MMDN) |
|---|---|
| | Executive Committee Marshall Health |
| | Medical Director for Doc-For-A-Day program at the Capitol |
| | Member of the Governing Board and Executive Committee of Oregon Health Sciences University |
| | Resident Advisory Committee in the Department of Emergency Medicine at West Virginia University |
| | Controlled Substances Advisory Council |
| | Quality Officer for the practice plan and Patient Safety Officer |

| Dr. Boukhemis | Hospital Pharmacy Committee |
|---|---|
| | Executive Committee Health South |

MC-WV-02134.76

|  | Director of Health South Rehabilitation Hospital |
|--|--|
|  | Disability Determination Section Consultant for the Federal and West Virginia State Government |
|  | Certified Independent Medical Examiner for the State Worker's Compensation System |

| **Dr. Chongswatdi** | Utilization review committee CHH |
|--|--|
|  | Infectious disease committee CHH |
|  | Medical Director Cabell Huntington Hospital Occupational Medicine |

| **Dr. Clements** | Chair, Executive Committee, MUSOM Admissions Committee |
|--|--|
|  | Executive Group Admissions Committee |
|  | Faculty Senate |
|  | Chair, Fourth Year Curriculum Committee |
|  | Academic and Professional Standards Committee |
|  | Executive Committee, Cabell County Medical Society- Treasurer |
|  | CHH Credentials Committee - Family Medicine |
|  | Doctor's Care Cabell County- Member of Board Executive Committee |
|  | Chair, Southern Division Medical Advisory Committee, NSP |
|  | Member, NSP National Medical Advisory Committee |
|  | Member, Huntington Mayor's Homeless/Addiction Working Group |
|  | Vice Chair, Academic and Professor |
|  | Physician Supervisor, Marshall Medical Outreach |
|  | Faculty, Wilderness Medical Society Student/ Resident Elective |

| **Dr. Crespo** | Chair, Advisory Committee for the Vulnerable Populations |
|--|--|

| **Dr. Devlin** | Health Home Development Committee (WV Medicaid) |
|--|--|

| **Dr. Franks** | Cabell Huntington Hospital Family President of Medical Staff |
|--|--|
|  | CHH Board of Directors |
|  | Departmental Promotion and Tenure Committee - Chair |
|  | Academic Medicine - Reviewer |
|  | Marshall Medicine - Reviewer |
|  | Promotion and Tenure Committee |
|  | Rural Family Medicine Scholars - Director |
|  | Scholarly work activity group - Chair |
|  | Peer Review Committee |
|  | Patient Care Committee |
|  | Mission Achievement and Faculty Values Committee |
|  | Evaluation Committee |
|  | Physicians Advisory Committee |
|  | Rural Advisory Committee |
|  | Credentials Committee |
|  | MU Alumni Board of Directors |
|  | CFAs Senior representative for MUSOM |
|  | Cabell Huntington Hospital Med Exec Committee - Chair |
|  | Academy of Medical Educators |
|  | Perinatal Committee |
|  | Chair of Clinical Competency Committee |
|  | Family Medicine Core Faculty Committee |
|  | Dean's Advisory Committee |
|  | Medical Science Educator-reviewer |
|  | Advisory Board for the Alliance for Creative Health Care Solutions |

| **Dr. Mays** | School of Medicine- Curriculum Committee |
|--|--|
|  | MSI Subcommittee |
|  | MSII Subcommittee |
|  | Ophthalmology Chair Search Committee |
|  | Medical Director of Clinical Skills |
|  | School of Medicine Alumni Association |
|  | Family Medicine Interest Group Faculty Advisor |

MC-WV-02134.77

| Dr. McCann | Wayne County Public Health Officer |
| | Medical Director at Marshall Family Medicine-Wayne County |
| | PROMOTE committee member JCESOM |

| Dr. McElroy | Core Competency Committee |

| Dr. Dilip Nair | Medical Director, Cabell Huntington Hospital Home Health |
| | Cabell Huntington Hospital Home Health Advisory Committee |

| Dr. O'Hanlon | Clerkship Director for MS III |
| | Faculty Council, JCESOM/FM |
| | Clerkship Directors' Committee, JCESOM |
| | Promotion and Tenure Committee/Family & Community Health, JCESOM |

| Dr. Parker | Chair, EHR Steering Committee |
| | Clinical Operations Committee |
| | Sabbatical, Promotion, & Tenure Committee Family Medicine |
| | Quality Assurance and Safety Committee |

| Dr. Patton | Director of Sports Medicine |
| | McDowell County Rural Outreach |

| Dr. Petrany | MUSOM Admissions Committee |
| | Work Effort Evaluation Committee (Chair) |
| | Physician Strategic Advisory Committee |
| | PCMH Committee |
| | Rezulin Funds Executive Committee |

| Jennifer Plymale | JCESOM Admissions Committee |
| | Facilitate and Coordinate the PROMOTE Committee |
| | Rezulin Executive Committee Member |
| | Drug Court Advisory member |
| | Forensic Science Advisory Board |
| | West Virginia Health Information Network (WVHIN) Founding Board Member |
| | Coalfield Board of Directors – Nonvoting member |
| | Tri State Early College STEM School- Member of the Governing Board |

| Dr. Ranavaya | MUSOM Admissions Committee |
| | West Virginia COPD Coalition as MUSOM outreach |

| Dr. Shaver | MUSOM Admissions Committee |
| | Marshall Health Community Consortium Graduate Medical Education Committee |
| | Residency Curriculum Committee |
| | Residency Core Competency Committee |
| | Residency Program Evaluation Committee |

| Dr. T. Thacker | Medical Director for Tug River Health Association, McDowell County |

| Dr. Wilcox | Medical Director of Cabell Hospital Family Urgent Care Center |

# Awards and Honors

MC-WV-02134.78

## 2017-18 Departmental Awards (given by Department)

### The Robert B. Walker, MD – Outstanding Dedication to Primary Care Award

 **Luke Finley, MS4** (pictured left) received the Robert B. Walker, MD - Outstanding Dedication to Primary Care Award.  We are pleased that Luke matched with the Marshall Family Medicine Residency and began his residency June 2018.

### David K. Heydinger, MD – Commitment to Family Medicine, Academic Excellence & Leadership Potential Award

 **Jenna Barbour, MS4** (pictured left) received the David K. Heydinger, MD – Commitment to Family Medicine, Academic Excellence & Leadership Potential Award.  We are pleased that Jenna matched with the Marshall Family Medicine Residency and began her residency June 2018.

### Becker Scholarship

 **Melissa Saab** (pictured left) received the Becker Scholarship in the amount of $2000 for her academic excellence and commitment to the specialty of Family Medicine.

### Family Medicine Scholarship

 **Alex Vance, MS4** (pictured left) was this year's recipient of a $2000 scholarship by the faculty of the Department of Family and community Health for his commitment to the specialty.

## 2017-18 Departmental Awards (received by Department)

NCQA LEVEL 3 RECOGNITION

MC-WV-02134.79



The NCQA - National Committee for Quality Assurance has announced that Marshall Family Medicine has received NCQA Patient-Centered Medical Home (PCMH) Recognition. Family Medicine is the only department in the medical school to achieve such recognition. Only 1 in 6 primary care doctors in the country practice in an NCQA-recognized practice. Marshall Family Medicine was recognized as a Level 3 medical home, which is the highest level of quality identified by NCQA.

### HARMONY HOUSE COMMUNITY PARTNER OF THE YEAR FOR 2017

Marshall Family Medicine was recognized as the "Harmony House Community Partner of the Year for 2017" for our volunteer work in providing primary care support to the more than 1000 homeless people who visit Harmony House each year.







Faculty Awards 2018

MC-WV-02134.80



The Faculty Awards are designed to recognize and thank faculty for their tremendous efforts and contributions in bringing success to the Joan C. Edward School of Medicine.

Steve Petrany, MD          Dean's Award – Excellence in Leadership

Dilip Nair, MD              Dean's Award - Excellence in Clinical Care

Jim Becker, MD              Faculty Impact Award

## Best Clerkship Coordinator



The 2018 Class recognized Glenna Michaels for her efficient coordination of rotations, and outstanding service to medical students by awarding her the Best Clerkship Coordinator Award.

# Plans for the Upcoming Year

MC-WV-02134.81

## A brief outline of the departmental goals for the upcoming year:

The upcoming 2018-2019 FY presents unique opportunities and unique challenges for the Department of Family and Community Health.  Several major initiatives have been nurtured during the year of this report and will come to fruition in the upcoming year.  These include:

1. Cabell Huntington Hospital Primary Care Network continued successful partnership. This past year, we were able to collaborate on multiple sites, thus expanding the primary care base for both the medical school and the hospital.  We hope to further grow this network in collaboration with Cabell Huntington Hospital.
2. The Division of Addiction Sciences will continue to grow at a tremendous rate as we hire new faculty and staff to support the multiple initiatives of this division.  Examples of expansion needs include services for PROACT, which currently include clinical assessments, MAT, peer recovery support, individual and group therapy, support groups, and intensive outpatient services, career placement and career readiness training, spiritual care, and on-site pharmacy. Project Hope for Women and Children will also continue to develop with the completion of the 18-unit residential treatment facility, requiring expansion of staff and faculty. With the addition of Dr. Langleben, the division will continue to expand both its clinical and its research missions.
3. Begin to write and publish our experiences in Addiction Sciences, and work toward an identification as a national center for clinical initiatives and research in this field.
4. Maintaining PCMH NCQA certification will require that we continue to work diligently to maintain the obligations to be recognized as a high quality primary care practice.
5. Recruit quality family physicians to support the growing clinical, educational, and research needs of the department.
6. Develop a more cohesive, integrated geriatrics program for the medical school, including educational, clinical, and research initiatives.
7. Establish an ACGME accredited Geriatrics Fellowship.
8. Grow our Family Medicine Scholarship endowment.
9. Provide support for with the Graduate Medical Education Consortium to assist Holzer Medical Center in first year as an ACGME accredited program.
10. Further develop the new residency curriculum in Addiction Sciences and MAT.
11. Provide education to medical school faculty and community providers in MAT.
12. Maintain our high level of excellence in teaching medical students and residents and fellows at Marshall.
13. Develop a leadership curriculum for Family Medicine residents.
14. Invigorate the nation's first Global Health Track in family medicine with the recruiting of Martha Sommers, MD, who has over 20 years of experience practicing in third world countries.
15. Expand Occupational Health activities (contracts, etc.).
16. Increase focus on Wellness for our faculty, residents, and staff.  Primary care practice is nationally suffering from alarming increases in physician burnout due to the increasing burden of documentation, quality metrics, and productivity demands.  We need to understand this trend and respond to it in a meaningful way.
17. Transition to new faculty leadership as faculty plan to retire (Ross Patton, MD and Richard Crespo, PhD).

# Follow-up on Prior Plans

The following list describes progress made on the goals specifically listed in our 2016-17 annual report.  This listing speaks to an incredible year of development, growth, and creativity for the department.

MC-WV-02134.82

1. **The establishment of a Geriatric Division** in the Department under the direction of Dr. Robert Walker. A physician assistant, Mike Grome, was also recruited with 30 years of experience to work with Dr. Walker. Initial practice was integrated with the Village Medical Center office during renovation. In January 2018, the Center for Healthy Aging was opened in the basement of Village Medical Center in Barboursville after renovation was completed. The Division worked collaboratively with other departments within Marshall Health with initiatives related to geriatrics to establish a Geriatrics Advisory Group with representation from multiple departments to lead the effort to integrate our efforts into a **Center of Excellence in Geriatrics.** Senior Pain and Wellness Center opened in November 2017 with the addition of a board-certified faculty member (Dr. DeLapa) with a practice focused on non-opioid treatment of pain in the elderly.

2. **The acquisition of a primary care practice in Putnam County** was acquired in September 2017. Dr. Peterson and his staff joined Marshall Health along with the hiring of a nurse practitioner in January 2018.

3. **The Family Medicine Residency Program developed a second rural residency site in Lavalette in Wayne County, WV.** The opportunity to acquire the second half of the building became available in January 2018. The addition of this rural residency track will be an asset to recruit young physicians to our program and to rural practice in West Virginia.

4. **A new Division of Addiction Sciences was established in the Department of Family and Community Health.** The department will be the home of the medical school's efforts in collaboration with hospital and community initiatives to impact upon the devastating problem of substance use disorder. The division brought in multiple grants to support its multiple initiatives, under the supervision of Bob Hansen and other staff.  Over the past year, the division has worked toward establishing PROACT, Provider Response Organization for Addiction Care and Treatment, on 20th Street in the former CVS Building. A director was hired, Michael Haney, as well as four therapists and other support staff. This is a collaboration with Valley Health Systems. A community service branch will be established under the direction of Bob Hansen and a newly-hired associate director, Lyn O'Connell, Ph.D. Under the community services, Healthy Connections and Great River Valley have been established with family navigators and social workers. Project Hope is being developed in collaboration with City Mission. Clinical services for the division have also expanded with Dr. Matt Christiansen, Associate Director, and the addition of several physicians providing medical assistance treatment at PROACT. A research and educational branch has also being developed, respectively led by Todd Davies, PhD and Mitch Shaver, MD.

5. **The establishment of a Division of Geriatrics** within the Department directed by Dr. Robert Walker who was successfully recruited to join our faculty beginning August 2017.  Plans to establish a comprehensive center for senior care at the Village Medical Center (Barboursville) have been ongoing, with an expected opening date of January 2018.  The development of an extensive rural network in southern WV for clinical and research programs is an important element of our plans. We anticipate this Division to work collaboratively with other departments with all initiatives related to geriatrics care. Also, within this overall effort, we have worked toward the addition of a board certified faulty member (Dr. DeLapa) with a practice focused on the non-opioid treatment of pain in the elderly.

6. **The addition of a successful primary care practice in Putnam County** to support our medical school's efforts to expand eastward.  Negotiations in 2017 were successful in attracting one of the areas most respected family physicians (Dr. Randall Peterson) to the Department and Marshall Health, beginning in the fall of 2017.

7. **Expanding our primary care presence in Wayne County, WV** (Lavalette).  We doubled our clinical space in the Wayne County office during the upcoming year.  This will potentially provide a site for a second rural residency track for our Family Medicine Residency Program that we hope will successfully recruit young physicians to our program and to rural practice in WV.

8. **Establishing a Division of Addiction Medicine** within the Department of Family and Community Health.  The upcoming year will see the arrival within our faculty of a specially qualified specialist in addiction medicine to supervise the medical school's work toward healing the wounds of the opioid epidemic.  The Department will be the home of University efforts in collaboration with hospital and community initiative to impact upon this devastating problem.

9. **Faculty and residents were trained to provide MAT (HRSA grant applied for and obtained)** and we began to collaborate with other community agencies in providing clinical support for MAT.

10. Achieved **Patient Centered Medical Home NCQA certification** for the Family Medicine Center. We achieved the highest level of certification, the only department to achieve such recognition.

11. **Recruited new faculty** to fulfill the needs of our ever expanding practice and programs.

MC-WV-02134.83

12. **Continued to increase research output** in the form of accepted publications and invited presentations.  We continued expansion of active research and scholarly projects by residents and faculty.
13. **Increased our Family Medicine Scholarship endowment**.  We have been able to add to the corpus of our endowment each year since it was first established and hope to be able to continue to grow the scholarship during the upcoming year.
14. **Assisted in Holzer Medical Center** to successfully achieve the difficult task of ACGME accreditation.
15. **Maintained our high standards and level of excellence in our teaching responsibilities** at all levels of training.  Once again achieving high scores on the graduate questionnaire, in the top group nationally for Family Medicine.
16. **Developed a new curriculum in Addiction Medicine (including MAT)** to develop competency in this important area for Family Medicine residents and faculty.  A HRSA grant provided funds for the development of this new curriculum.
17. **Updated our Marshall Health and Family Medicine promotional offerings**, including web sites, advertisements, waiting room videos, etc.
18. **Created new and effective approaches to recruiting** students to our Family Medicine Residency Program and residents to our Sports Medicine Fellowship.

# Succession Planning for Departmental Leadership

The Department of Family and Community Health is fortunate to have had minimal faculty turnover during the last decade.  We have a good mix of experienced and younger faculty that bodes well for the future of the department.  Leadership training and experience for mid and junior faculty members is a priority that we are glad to invest in.  Formal training and informal mentoring are supported to encourage the development of leadership potential at all levels of experience.  We have identified 3 specific leaders within the department leadership structure: Vice-Chair for Medical Education (Dr. Shaver); Vice-Chair for Scholarship and Research (Dr. Franks); and Vice-Chair for Clinical Affairs (Dr. Clements).  These positions are directly accountable to the Chair of the department.  Dr. Franks represents the next generation of leadership for Family and Community Health and has taken on additional responsibilities in preparation for his potential future role.

Family and Community Health Faculty Work Effort Report (FY 2018)

Full-Time Faculty

MC-WV-02134.84

| Faculty | FTE | Teaching | Advising | Funded Research | Scholarly Activity | Clinical Service | Administration & Institution | Total |
|---|---|---|---|---|---|---|---|---|
| Alcorn, C. Diane | 1 | 0 | 0 | 0 | 0 | 11.25 | 0 | 11.25 |
| Bannister, Tammy | 0.72 | 11.67 | 0.07 | 0 | 1.5 | 10.67 | 8.06 | 31.97 |
| Bell, Kathryn | 1 | 0.24 | 0 | 0 | 1 | 25.92 | 0.5 | 27.66 |
| Chapman, Kelly | 1 | 0 | 0 | 0 | 0 | 17.59 | 0 | 17.59 |
| Charles, P. Mitch | 1 | 4 | 0 | 0 | 0.5 | 0 | 0 | 4.5 |
| Chongswatdi, Natavoot | 1 | 0.47 | 0 | 0 | 0 | 37.76 | 2.97 | 41.2 |
| Christiansen, Matthew | 1 | 0.44 | 0.04 | 0 | 0 | 23.1 | 2.83 | 26.41 |
| Clements, II, Charles | 1 | 0.88 | 0 | 0 | 1.5 | 23.94 | 19.31 | 45.63 |
| Cremeans, II, Gary | 1 | 0 | 0 | 0 | 0 | 37.55 | 2.11 | 39.66 |
| Crespo, Richard D | 1 | 0.07 | 0.02 | 22 | 1.7 | 0 | 12 | 35.79 |
| Culver, Gary | 1 | 0 | 0 | 0 | 0 | 0 | 10 | 10 |
| Curry, Matthew | 1 | 6.3 | 0 | 0 | 0.5 | 19.67 | 5.47 | 31.94 |
| Curtis, Carolyn | 1 | 0.47 | 0 | 0 | 0 | 38.37 | 0.25 | 39.09 |
| Davies, Todd | 1 | 13.8 | 0 | 13.68 | 8.9 | 0 | 5 | 41.38 |
| DeLapa II, Joseph | 1 | 0 | 0 | 0 | 0 | 10.52 | 6.83 | 17.35 |
| Franks, Adam | 1 | 1.24 | 0.31 | 0 | 8 | 31.69 | 13.53 | 54.77 |
| Harris, Matthew | 1 | 0 | 0 | 0 | 0 | 12.27 | 0 | 12.27 |
| Harvey, Hyla | 1 | 0.2 | 0 | 0 | 0 | 23.46 | 2.92 | 26.58 |
| Marcuzzi, Mary | 1 | 0 | 0 | 0 | 0 | 12.87 | 0 | 12.87 |
| Mays, Adrienne | 1 | 13.18 | 0.04 | 0 | 2 | 26.67 | 7.28 | 49.17 |
| McCann, Kevin | 1 | 0.13 | 0.07 | 0 | 4.2 | 26 | 4.5 | 34.9 |
| McElroy, Sydnee | 1 | 0.38 | 0 | 0 | 0 | 20.61 | 0 | 20.99 |
| Nair, Dilip | 1 | 0.71 | 0.2 | 0 | 1.1 | 23 | 0 | 25.01 |
| O'Hanlon, Kathleen | 1 | 5.58 | 0.07 | 0 | 0 | 19.43 | 3.67 | 28.75 |
| Parker, Jr., John | 1 | 0.31 | 0.04 | 0 | 1 | 9.42 | 11.25 | 22.02 |
| Peterson, Randall | 1 | 0 | 0 | 0 | 0 | 21.43 | 0 | 21.43 |
| Petrany, Stephen | 1 | 6.28 | 0.24 | 7.69 | 7 | 5.25 | 41 | 67.46 |
| Pinson, Cynthia | 1 | 0.67 | 0 | 0 | 0 | 20.59 | 3.42 | 24.68 |
| Rupp, David | 1 | 0.6 | 0.18 | 0 | 0.5 | 25.88 | 9.11 | 36.27 |
| Sallie, Caitlin | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Savory, Linda | 1 | 0 | 0 | 0 | 0 | 24.85 | 0 | 24.85 |
| Shaver, W. Mitchel | 1 | 0.98 | 0 | 0 | 0 | 17.09 | 17.08 | 35.15 |
| Steele, Katherine | 1 | 0.8 | 0 | 0 | 0 | 17.9 | 0.25 | 18.95 |
| Vaughan, Freddie | 1 | 0 | 0 | 0 | 0 | 0 | 0.02 | 0.02 |
| Wilcox, Stephen | 1 | 0 | 0 | 0 | 0 | 10.1 | 11.75 | 21.85 |
| Withers II, David | 1 | 0 | 0 | 0 | 0 | 29.39 | 0 | 29.39 |
| Rollins, James | 1 | 0 | 0 | 0 | 0 | 27.42 | 0 | 27.42 |
| | | 69.4 | 1.28 | 43.37 | 39.4 | 661.66 | 201.11 | 1016.22 |
| | | | | | | | AVERAGE SHE | 27.47 |

Family and Community Health Faculty Work Effort Report (FY 2018)

## Part-Time Faculty

MC-WV-02134.85

| Faculty | FTE | Teaching | Advising | Funded Research | Scholarly Activity | Clinical Service | Administration & Institution | Total |
|---|---|---|---|---|---|---|---|---|
| Grome, Michael | 0.8 | 0 | 0 | 0 | 0 | 4.09 | 0 | 4.09 |
| Becker, James | 0.3 | 1.31 | 0 | 9.69 | 1.5 | 0.14 | 18.75 | 31.39 |
| Boukhemis, Rabah | 0.8 | 0.41 | 0 | 0 | 0 | 30.98 | 0.75 | 32.14 |
| Devlin, Kenneth | 0.5 | 0.67 | 0 | 0 | 0 | 0 | 9.78 | 10.45 |
| Elkins, Gregory | 0.2 | 0 | 0 | 0 | 0 | 0 | 4.44 | 4.44 |
| Fuller, Jeremy | 0.1 | 0 | 0 | 0 | 0 | 0 | 8.89 | 8.89 |
| Gibbs, Michael | 0.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Harris, Erika | 0.5 | 0 | 0 | 0 | 0 | 14.34 | 0 | 14.34 |
| McKay, George | 0.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nair, Laurie | 0.3 | 1.11 | 0 | 0 | 0 | 10.52 | 0 | 11.63 |
| Ranavaya, Mohammed | 0.2 | 0.47 | 0 | 0 | 8.5 | 0 | 7.92 | 16.89 |
| Thacker, Teresa | 0.5 | 0 | 0 | 0 | 0 | 9.13 | 1.78 | 10.91 |
| Walden, John | 0.3 | 0 | 0 | 0 | 0 | 0 | 0.89 | 0.89 |
|  |  | 3.97 | 0 | 9.69 | 10 | 69.2 | 53.2 | 146.06 |
|  |  |  |  |  |  |  | AVERAGE SHE | 11.24 |

MC-WV-02134.86



MC-WV-02134.87