1515 West Bella Vista St
Lakeland FL 33805

Phone 863-682-1818
Fax 863-616-2958



McKesson 195
Lakeland

# Fax

To: Miguel

Fax: 813-287-4766

Phone:

Re:

From: Adam Voytek

Pages: 12

Date: 11-28-05

CC:

**Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

Suspicious Purchase Report



EXHIBIT

R510

**MC-WV-02143**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497495

**MC-WV-02143.1**

PROGRAM DU4SL650 VER 001
DATE 11/25/05   TIME 21:44:48

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

MCKESSON CORPORATION

ROUTE: 054        STOP: 029

WEBB PHARM RX INC
4607 CLARK AVE
TAMPA                 FL
PHONE: 813-876-0081

RAM #-064        CUST #-461504

33614
DEA # BW9038010

DG-195  MCKESSON-DRUG-TAMPA
1515 WEST BELLA VISTA
LAKELAND  FL
PHONE: 863-616-1818

33805
DEA # PHO000771

DRUG ENFORCEMENT ADMINISTRATION        (ADDRESS)        (CITY, STATE)        (FAX NUMBER)

PURSUANT TO CFR21:.B 1305-74(B)--WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/25/05
THIS REPORT REFLECTS PURCHASES FROM CUSTOMERS USED ARE AVAILABLE UPON REQUEST.
THE CLASS OF TRADE: A LISTING OF THE PARAMETERS

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED | ORDERED | SCH |
|---|---|---|---|---|---|---|---|---|---|
| | | | DIST  CTR  MGR./GR  DESIGNEE | ITEM MONTHLY AVG | FACTOR | ITEM TOTAL | | | |
| 82198 | 11/23/05 | 22937430 | 00591038705 | HYDROCOD+AP  TB  7.5/750  WAT  SCO | HYDROCODONE  BIT/ACETAMINOPHEN | EA | 24 | 24 | III |
| 55499 | 11/23/05 | 22937430 | 00591038705 | HYDROCOD+AP  TB  7.5/750  WAT  SCO | HYDROCODONE  BIT/ACETAMINOPHEN | EA | | | III |
| 50094 | 11/19/05 | 22937430 | 00591038705 | HYDROCOD+AP  TB  7.5/750  WAT  SCO | HYDROCODONE  BIT/ACETAMINOPHEN | EA | | | III |
| 49677 | 11/16/05 | 22937430 | 00591038705 | HYDROCOD+AP  TB  7.5/750  WAT  SCO | HYDROCODONE  BIT/ACETAMINOPHEN | EA | | | III |
| 49456 | 11/09/05 | 22937430 | 00591038705 | HYDROCOD+AP  TB  7.5/750  WAT  SCO | HYDROCODONE  BIT/ACETAMINOPHEN | EA | | | III |
| 00613 | 11/07/05 | 22937430 | 00591038705 | HYDROCOD+AP  TB  7.5/750  WAT  SCO | HYDROCODONE  BIT/ACETAMINOPHEN | EA | | | III |
| | | | | | 9-19902  FACTOR  9.00 | | 12 | 12 | |

ROUTE: WCO        STOP: 000

XXXTRELLES-PHARMACY-MGMT
2501 RIGA BLVD STE 200
TAMPA                 FL
PHONE: 813-662-1153

RAM #-064        CUST #-544242

33619
DEA # BTS771933

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

DG-195  MCKESSON-DRUG-TAMPA
1515 WEST BELLA VISTA
LAKELAND  FL
PHONE: 863-616-1818

33805
DEA # PHO000771

DRUG ENFORCEMENT ADMINISTRATION        (ADDRESS)        (CITY, STATE)        (FAX NUMBER)

PURSUANT TO CFR21:.B 1305-74(B)--WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
E CLASS OF TRADE: A LISTING FROM THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

8195  PAGE
REPORT DU4SR05A

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.2

PROGRAM DUA5L650 VER 001
DATE 11/25/05  TIME 21:44:49

MCKESSON CORPORATION
DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

B155  PA
REPORT DUA5R05A          62

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|

ROUTE: 054     STOP: 029
MED-PHARM-RX-INC
4402 CLARK AVE
PHONE: 813-876-0881     FL     33614
DEA # BM9038010

DRUG ENFORCEMENT ADMINISTRATION          (ADDRESS)          (CITY, STATE)          (TAX NUMBER)

DC-175   MCKESSON-DRUG-TAMPA
1515 WEST BELLA VISTA
LAKELAND     FL     33805
PHONE: 863-616-1818          DEA # PHO000771

PURSUANT TO SECTION 1304.22(C), THIS REPORT REFLECTS PURCHASES FROM CUSTOMERS FOR SCHEDULES II-V CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DIST. CTR. MGR./OR DESIGNEE.



PROGRAM DU45L650 VER 001
DATE 11/25/05 TIME 21:44:48

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
SORTED BY DC, RETAIL, ACCT MGR, GENERIC DESC

ROUTE: 054   STOP: 029

WESTPHARM RX INC
4607 CLARK AVE
PHONE: 813-876-0881

FL       33614
DEA # BW9038010

DRUG ENFORCEMENT ADMINISTRATION          (ADDRESS)          (CITY, STATE)          (FAX NUMBER)

DC-TPE   MCKESSON DRUG-TAMPA
1515 WEST BELLA VISTA
LAKELAND FL
PHONE: 863-616-1918       33805
DEA # PM0000771

DIST. CTR.   MGR./OR DESIGNEE



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MCKMDL00497499
MC-WV-02143.5



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.6

MCKMDL00497500



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497501

MC-WV-02143.7

MCKESSON CORPORATION
DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

PROGRAM DU4SL650 VER 001
DATE 11/25/05 TIME 21:44:48

ROUTE: 054   STOP: 043   RAM * 011   CUST * 217578

ARCHED-RX-INC
3104 N WATERS AVE STE 104
TAMPA   FL   33614
PHONE: 813-865-1525   DEA # BA9320089

DE-195   MCKESSON-DRUG-TAMPA
1515 WEST BELLA VISTA FL
LAKELAND   FL   33805
PHONE: 863-616-1818   DEA # PHO000771

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   MCKMDL00497502

MC-WV-02143.8

PROGRAM DU45L650 VER 001
DATE 11/25/05 TIME 21:44:48

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

MCKESSON CORPORATION

B195   PAGE
REPORT DU45R05A   25

ROUTE: 054   STOP: 043

ACQUIRED RX INC
TAMPA W WATERS AVE STE 104
PHONE: 813-865-1525   FL   33614

RAH   CUST   217570

DC 195   MCKESSON-DRUG-TAMPA
1515 WEST BELLA VISTA
PHONE: 863-616-1818   FL   33805
DEA # PM0000771

DRUG ENFORCEMENT ADMINISTRATION   (ADDRESS)   BAP323089

PURSUANT TO SEP 1301-74(B) THE DATA CONTROLLED SUBSTANCES PURCHASES
THIS REPORT REFLECTS THE CUSTOMERS A COPY OF THE DATA CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR
THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DIST. CTR. MGR./DR DESIGNEE

INVOICE#   INV DATE   ITEM #   NDC NUMBER   SELLING DESCRIPTION   GENERIC DESCRIPTION   UNIT   FILLED ORDERED   SCH
00339   11/07/05   27976628   0059108505   HYDROCOD+AP TB 7.5/5C MAT 500#   HYDROCODONE BIT/ACETAMINOPHEN   EA   4   4   3
06728   11/01/05   27973628   0059108505   HYDROCOD+AP TB 7.5/5C MAT 500#   HYDROCODONE BIT/ACETAMINOPHEN   EA   6   6   3

ITEM MONTHLY AVG :   2.96956   FACTOR :   3.00

INVOICE#   INV DATE   ITEM #   NDC NUMBER   SELLING DESCRIPTION   GENERIC DESCRIPTION   UNIT   FILLED ORDERED   SCH

ROUTE: 500   STOP!   DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT   SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC   MCKESSON CORPORATION   B195   PAGE
REPORT DU45R05A   26

DRUG ENFORCEMENT ADMINISTRATION

SAINT CHILD STE A FL   DEA # AP2125167
PHONE: 407-892-7166

1615 WEST   MCKESSON-DRUG-TAMPA
LAKELAND BELLA VISTA
PHONE: 863-616-1818   FL   33805
DEA # PM0000771

PROGRAM DU45L650 VER 001
DATE 11/25/05   TIME 21:44:48

MCKESSON CORPORATION
DAILY CONTROLLED SUBSTANCES SUSPICIOUS PURCHASE
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

REPORT

ROUTE:  062          STOP:  130
WES-PHARMACY, INC
407 NORTH BELCHER ROAD
PHONE: 727-450-0700 FL
                    33765
                    DEA # BAB622284

DRUG ENFORCEMENT ADMINISTRATION   (ADDRESS)

PURSUANT TO CFR21:1.B -1301-74(B)- WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11-25-05.
THE CLASS OF TRADE: IS PURCHASES FROM CUSTOMERS FOR SCHEDULES II-V CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR
                    A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DIST.  CTR.  MGR.   (CONF/DESIGNEE)

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | ITEM TOTAL ITEM LIMIT |
|---|---|---|---|---|---|---|---|

34.99090   FACTOR :  3.00

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|

74218   11/25/05   1267061   0040603680l   HYDROC B+AC TB 10/660 HALL 1C8   HYDROCODONE BIT/ACETAMINOPHEN   EA   12   12   III

PROGRAM DU45L650 VER 001
DATE 11/25/05   TIME 21:44:48

MCKESSON CORPORATION
DAILY CONTROLLED SUSPICIOUS PURCHASE
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

REPORT

ROUTE:  062          STOP:  130
WES-PHARMACY, INC
407 NORTH BELCHER ROAD
PHONE: 727-450-0700 FL
                    33765
                    DEA # BAB622284

DRUG ENFORCEMENT ADMINISTRATION   (ADDRESS)

B195   PAGE
REPORT DU45R05A   2B

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497505

MC-WV-02143.11

PRINTED IN U.S.A

PROGRAM: DU45L650 VER 001
DATE 11/25/05  TIME 21:44:48

DAILY CONTROLLED SUBSTANCE PURCHASE REPORT
MCKESSON CORPORATION
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

B195  PAGE
REPORT DU45R05A

ROUTE: 062    STOP: 130
WEB PHARMACY, INC
407 NORTH BELCHER ROAD
CLEARWATER          FL
PHONE: 727-450-0700

RAH # 011    CUST # 492175

DEA # BA6622284

DG-195    MCKESSON DRUG-TAMPA
5115 WEST BELLA VISTA
LAKELAND          FL          33805
PHONE: 863-616-1818

REPORT DU45R05A    30

DRUG ENFORCEMENT ADMINISTRATION          (ADDRESS)          (CITY, STATE)          (TAX NUMBER)

PURSUANT TO CFR21, S-1301-74(1), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE REPORT FOR 11/25/05.
THIS REPORT REFLECTS PURCHASES FROM CUSTOMERS FOR SCHEDULES II-V CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR
THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | | GENERIC DESCRIPTION | | UNIT | FILLED | ORDERED | SCH |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | DIST. CTR. MGR./CR. DESIGNEE | | | | | | | | |
| | | | | ITEM MONTHLY AVG. | 9.55240 | FACTOR | 3.00 | | ITEM LIMIT | TOTAL | |

PROGRAM: DU45L650 VER 001
DATE 11/25/05  TIME 23:44:48

DAILY CONTROLLED SUBSTANCE PURCHASE REPORT
MCKESSON CORPORATION
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

B195  PAGE
REPORT DU45R05A    30

ROUTE: 055    STOP: 035
WEBER MEDICAL CENTER
3060 DR FLETCHER AVE
TAMPA          FL          33613
PHONE: 813-972-3774

RAH # 011    CUST # 551620

DEA # BF0240820

DG-195    MCKESSON DRUG-TAMPA
5115 WEST BELLA VISTA
LAKELAND          FL          33805
PHONE: 863-616-1818    DEA # PH0000771

DRUG ENFORCEMENT ADMINISTRATION          (ADDRESS)          (CITY, STATE)          (TAX NUMBER)

TO CFR21, S-1301-74(1), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE REPORT FOR 25/05.
REFLECTS PURCHASES FROM CUSTOMERS FOR SCHEDULES II-V CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          MCKMDL00497506
MC-WV-02143.12

1010 West Bella Vista St.
Lakeland FL 33805

Phone 863-682-1818
Fax    863-616-2958


McKesson 195
Lakeland

# Fax

To: Miguel

Fax: 813-887-4766

Phone:

Re:

From: Adam Voytek

Pages: 21

Date: 11-29-05

CC:

Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Suspicious Purchase Report


EXHIBIT
R51E

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.13

MCKMDL00497507

PROGRAM DU45C4850 VER'001
DATE 11/29/05 TIME 00:36:24

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
SORTED BY DC, RETAIL ACCT MGR, GENERIC DEBC

MCKESSON CORPORATION
BI795   PAGE
REPORT DU45RO5A

PURSUANT TO CFR41, S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR      11/29/05.
THIS REPORT REFLECTS PURCHASES FROM OUR CUSTOMERS THAT EXCEED THE ITEM MONTHLY AVERAGE FOR
THE CLASS OF TRADE.   A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DRUG ENFORCEMENT ADMINISTRATION          (ADDRESS)                    (CITY, STATE)              (FAX NUMBER)

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED BCH |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497508

MC-WV-02143.14



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.15

MCKMDL00497509



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.16

MCKMDL00497510



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497511
MC-WV-02143.17

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.18

MCKMDL00497512



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MC-WV-02143.19



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497515

MC-WV-02143.21

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.22

MCKMDL00497516

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00497517

MC-WV-02143.23

ROUTE: 054          STOP: 050

UNIVERSAL RX
SARASOTA
PHONE: 941-366-2424

DRUG ENFORCEMENT ADMINISTRATION

INVOICE#    INV DATE    ITEM #    NDC NUMBER    SELLING DESCRIPTION    GENERIC DESCRIPTION    UNIT    FILLED ORDERED

PRINTED IN U.S.A.

PROGRAM /RDT5C.05D /KEY COL.
DATE: 01/24/05 TIME COL.36: 24

DAILY CONTROLLED SUBSTANCE PURCHASE REPORT

ROUTE: 054    STOP: 050

UNIVERSAL RX
TAMPA, FL
PHONE: 813-471-1400

RAM # 011    CUST # 77B011

DRUG ENFORCEMENT ADMINISTRATION

(ADDRESS)            (CITY, STATE)

DC 195 - MCKESSON DRUG TAMPA

PURSUANT TO CFR21, S 1301 74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/29/05.

DIST. CTR.   MGR. /GR DESIGNEE

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED | ORDERED | SCH |
|---|---|---|---|---|---|---|---|---|---|

(remainder of table faded and illegible)

INVOICE#   INV DATE   ITEM   NDC NUMBER   ITEM MONTHLY AVG   SELLING DESCRIPTION   FACTOR : 3.00   TOTAL ITEM LIMIT

34.99090

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          MCKMDL00497519
MC-WV-02143.25

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497520

MC-WV-02143.26

PROGRAM: 1V/49705 VME 08.34.24          DAILY CONTROLLED SUBSTANCES PURCHASE REPORT
DATE 11/49705 VME 08.34.24

ROUTE: 060          STOP: 065

BI-WISE PHCY-ST PETE
RAM # O11          CUST # #22210

DRUG ENFORCEMENT ADMINISTRATION          (ADDRESS)          (CITY, STATE)          (FAX NUMBER)

PURSUANT TO CFR21, S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR          11/29/05.
THE CLASS OF TRADE, A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DIST.  CTR   MGR /GR  DESIGNEE

| INVOICE # | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED | SCH |
|-----------|----------|--------|------------|---------------------|---------------------|------|----------------|-----|

ITEM MONTHLY AVG :     34.99090     FACTOR :    3.00

GENERIC DESCRIPTION          ITEM TOTAL LIMIT

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          MCKMDL00497521

MC-WV-02143.27

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497522

MC-WV-02143.28

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497524

MC-WV-02143.30



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497525

MC-WV-02143.31



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497526

MC-WV-02143.32



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.33

MCKMDL00497527

1515 West Bella Vista St.
Lakeland FL 33805

Phone 863-682-1818
Fax    863-616-2958



McKesson 195
Lakeland

# Fax

To: Miguel

From: Adam Voytek

Fax: 813 287-476 Pages: 25

Phone:

Date: 11-30-05

Re:

CC:

Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Suspicious Purchase Report



EXHIBIT
R51F

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MC-WV-02143.34

MCKMDL00497528



PROGRAM: DU45R050-VER-001
DATE: 11/30/05    TIME: 00:04:03

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC    REPORT

ROUTE: 754    STOP: 005

GOLDEN PHARMACY INC    GPHS    RAH # 001    CUST # 074880
BLOOMINGTON PHARMACY #PREE
PHONE: 850-674-4557    DEA # BG9283894

DC 195 - MCKESSON DRUG TAMPA
LAKELAND
PHONE: 863-616-1818    FL
DEA # PM0000771    33805

DRUG ENFORCEMENT ADMINISTRATION
(ADDRESS)    (CITY, STATE)    (FAX NUMBER)

PURSUANT TO CFR21, S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/30/05.
THIS REPORT REFLECTS PURCHASES FROM OUR CUSTOMERS WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR
THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

| INVOICE | INV. DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED | ORDERED |
|---|---|---|---|---|---|---|---|---|
| 08903 | 11/07/05 | 2775104 | 00591038501 | HYDROC BAP IB 7.5/500 | HYDROCODONE BIT/ACETAMINOPHEN | EA | 1 | 1 |
| 99847 | 11/07/05 | 2775104 | 00591038501 | HYDROC BAP IB 7.5/500 MAT 100 | HYDROCODONE BIT/ACETAMINOPHEN | EA | 1 | 171 |

DIST.    CTR.    MGR./OR DESIGNEE

ITEM MONTHLY AVG : 4.24739    FACTOR : 3.00    ITEM TOTAL : 12.74
ITEM LIMIT :

PROGRAM: DU45R050-VER-001
DATE: 11/30/05    TIME: 00:04:03

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC    REPORT

ROUTE: 406    STOP: 030    RAH # 001    CUST # 128342

SHANDS JAX / PLAZA PHCY
JACKSONVILLE    FL    33200
PHONE: 904-244-9142    DEA # BY4523974

DC 195 - MCKESSON DRUG TAMPA
4315 WEST BELLA VISTA
LAKELAND    FL    33805
PHONE: 863-616-1818    DEA # *PM0000771

DRUG ENFORCEMENT ADMINISTRATION    DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT

(ADDRESS)    (CITY, STATE)    (FAX NUMBER)



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.37

MCKMDL00497531

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
MCKESSON CORPORATION - RETAIL ACCT MGR. GENERIC/DEBC

PROGRAM: RM45L50 VER 001
DATE 11/30/05  TIME 00:04:03

ROUTE: 400   STOP: 005

PAXON PRESCRIPTION CENTER
1752 NORTH ERDMANN
JACKSONVILLE, FL
PHONE: 904-388-0514

RAM # 001   CUST # 335986

DEA # AP0200612

DC 195 - MCKESSON DRUG TAMPA

PURSUANT TO CFR21, S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/30/05.
THIS REPORT REFLECTS PURCHASES FROM CUSTOMERS FOR SCHEDULE III-V SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DIST.   CTR.   MGR./OR DESIGNEE

INVOICE   INV. DATE   ITEM #   NDC #   DESCRIPTION   ITEM MONTHLY AVG   FACTOR   ITEM TOTAL   ITEM LIMIT

ROUTE: 085   STOP: 075   RAM # 001   CUST # 389213

CHECK PHCY /RX DEPT /CC
CORNER OF HWY 1 SHARP AVE
PHONE: 954-490-3542, FL

DC 195 - MCKESSON DRUG TAMPA

PURRHANT TO CFR21, S 1301.74(B)

ROUTE: 406     STOP: 045

DATE: 11/30/05   TIME: 00:04:07

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT

MCKESSON CORPORATION
SORTED BY DC, RETAIL ACCT NBR, GENERIC DESC

SAN MARCO PAVILION PHCY
JACKSONVILLE FL      RAM # 002      CUST # 406355
PHONE: 904-202-5292

DC 195  -  MCKESSON DRUG TAMPA
LAKELAND FL      33805
PHONE: 863-616-1818      DEA # PMD000771

01:75   REPORT PAGE   11
REPORT DU45ROSA

PURSUANT TO CFR21, S 1301.74(D), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR   11/30/05.
THIS REPORT REFLECTS PURCHASES FROM CUSTOMERS FOR SCHEDULES II-V CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR
THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

(ADDRESS)        (CITY, STATE)        (FAX NUMBER)

DIST.    CTR.    MGR./OR DESIGNEE

| INVOICE # | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|
| 14417 | 11/17/05 | 24055520 | 00054279525 | OXYCOD+ACET CAP 5/500 RDX 100 | OXYCODONE HCL/ACETAMINOPHEN | EA | 20  20 |

ITEM MONTHLY AVG   6. 50632   FACTOR :  3. 00      ITEM TOTAL   40
                                                    ITEM LIMIT   19. 51

MC-WV-02143.39

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497534

MC-WV-02143.40



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.41



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.42

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00497537

MC-WV-02143.43

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497538

MC-WV-02143.44

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497539

MC-WV-02143.45

PROGRAM DU45L650 VER 001
DATE 11/30/05 TIME 00:04:03

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

MCKESSON CORPORATION

REPORT

8195 PAGE
REPORT DU45R05A   2¢

ROUTE: 054     STOP: 043

ACCUDMED RX INC                    RAM # 011     CUST # 217578
TAMPA W WATERS AVE STE 104
PHONE: 813-865-1525          DEA # BA9323089

DC 195 - MCKESSON DRUG TAMPA
1545 WEST BELLA VISTA
LAKELAND                    FL     33805
PHONE: 863-616-1818          DEA # PH0000771

DRUG ENFORCEMENT ADMINISTRATION                    (ADDRESS)               (CITY, STATE)          (TAX NUMBER)

PURSUANT TO CFR21, S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/30/05.
THIS REPORT REFLECTS PURCHASES FROM CUSTOMERS FOR SCHEDULES II-V CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR
THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DIST. CTR. MGR./OR DESIGNEE                    ITEM MONTHLY AVG

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELL-ING-DESCRIPTION- | GENERIC DESCRIPTION | UNIT | FILLED ORDERED-GDH |
|---|---|---|---|---|---|---|---|
| 00334 | 11/07/05 | 3683935 | 00073025005 | ACETAM+COD 1B #4 TEV | CODEINE PHOS/ACETAMINOPHEN | EA | 1 2 |
| 69768 | 11/01/05 | 3683935 | 00073025005 | ACETAM+COD 1B #4 TEV | CODEINE PHOS/ACETAMINOPHEN | EA | 1 2 |

500@  CODEINE PHOS/ACETAMINOPHEN          ITEM TOTAL      1 3
500@  CODEINE PHOS/ACETAMINOPHEN          ITEM LIMIT      3 89

1,29729          FACTOR :     3.00

ROUTE: 500     STOP: 020

PRESCRIPTION UNLIMITED                    RAM # 011     CUST # 230607
11TH ST STE A FL
CLOUD          34769
PHL                    DEA # AP2125169
407-892-7166

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

MCKESSON CORPORATION

REPORT

8195 PAGE
REPORT DU45R05A   27

DC 195 - MCKESSON DRUG TAMPA
1515 WEST BELLA VISTA
LAKELAND                    FL     33805
PHONE: 863-616-1818          DEA # PH 70771

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    MCKMDL00497540
MC-WV-02143.46



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.47

MCKMDL00497541

MCKESSON CORPORATION
DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
SORTED BY: DC, RETAIL ACCT MGR, GENERIC DESC.

PURSUANT TO CFR21 S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/30/05.
THE REPORT REFLECTS PURCHASES FROM CUSTOMERS FOR SCHEDULED (V) CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

(ADDRESS)                    (CITY, STATE)              (FAX NUMBER)

DC 195 - MCKESSON DRUG TAMPA
(TAX NUMBER)

UNITED PRESCRIPTION SVCS        RAM # 011      CUST # 621281
301 EAST FLETCHER AVE
DEA # 8U6696073
PHONE: 813-977-0300

DIST.   CTR.   MGR./CR DESIGNEE

| NDC# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED | ORDERED | SCH |
|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MCKMDL00497542
MC-WV-02143.48

PGRAM DU45L650 VER 001
TE 11/30/05 TIME 00:04:03

MCKESSON CORPORATION
DAILY CONTROLLED SUBSTANCE PURCHASE
SORTED BY DC, RETAIL ACCT/MGR, GENERIC DESC

REPORT

B195  PAGE
REPORT DU45R05A   31

JTE: 054          STOP: 050

IVERSAL RX                    RAH # 011      CUST # 778011
95-W WATERS AVE  STE  607
NE.                           33634
B13-471-1400 FL               DEA # BU8419491

DC 195 - MCKESSON DRUG TAMPA
LAKELAND BELLA VISTA
PHONE: B63-616-1818 FL

JO ENFORCEMENT ADMINISTRATION

[ADDRESS]                 (CITY, STATE)              (FAX NUMBER)

SUANT TO CFR21: S 1301.74(B) WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/30/05.
REPORT REFR21:S PURCHASES FROM THE CUSTOMER WHO'S IN-V CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR
CLASS OF TRADE: A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DIST. CTR.  MGR./GR DESIGNEE

| VOICE# | INV DATE | ITEM # | NDC NUMBER | ITEM MONTHLY AVG : | BELLING DESCRIPTION | QENERIC DESCRIPTION | | UNIT | FILLED | ORDERED | SCH |
|--------|----------|--------|------------|--------------------|--------------------|--------------------|---|------|--------|---------|-----|

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MCKMDL00497543
MC-WV-02143.49

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497544

MC-WV-02143.50



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.51

PRINTED IN U.S.A.

PROGRAM: DM45C650-VER-001
DATE 11/30/05 TIME 00:04:03

DAILY CONTROLLED SUBSTANCE (OUR PURCHASE
SORTED BY DC: RETAIL ACCT-MGR/GENERIC DESC.

REPORT

ROUTE: 058          STOP: 015

BAY PHARMACY
SAINT PETERSBURG          FL          RAM # 065          CUST # 060795
PHONE: 727-577-3000       DEA # BB4056521

DC 195 - MCKESSON DRUG TAMPA
1515 WEST BELFAIR VISTA
LAKELAND          FL
PHONE: 863-616-1818          DEA # PH0000771

09195 PAGE
REPORT DM45R05A

DRUG ENFORCEMENT ADMINISTRATION          (ADDRESS)          (CITY, STATE)          (FAX NUMBER)

PURSUANT TO CFR21, S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/30/05.
THIS REPORT REFLECTS FROM PURCHASES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR
THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DIST. CTR. MGR. /DR DESIGNEE

INVOICE#     INV DATE     ITEM #     NDC NUMBER     ITEM MONTHLY AVG     SELLING DESCRIPTION     GENERIC DESCRIPTION     UNIT     FILLED ORDERED SCH

INVOICE#     INV DATE     ITEM #     NDC NUMBER          SELLING DESCRIPTION     GENERIC DESCRIPTION     UNIT     FILLED ORDERED SCH

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | ITEM MONTHLY AVG | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|---|
| 76923 | 11/29/05 | 1629153 | 00406051205 | 5/325 | OXYCOD+APAP TB MALL 500@ | OXYCODONE HCL/ACETAMINOPHEN | EA | |

REPORT:

ROUTE: 053          STOP: 102

LITEPATH HOSPICE
TAMPA          FL          RAM # 065          CUST # 074022
PHONE: 813-353-9573       DEA # BL621931A

DC 195 - MCKESSON DRUG TAMPA
PHONE: 863-616-1818          DEA # PH0000771

01195 PAGE
REPORT DM45R05A

DRUG ENFORCEMENT ADMINISTRATION          (ADDRESS)          (CITY, STATE)          (FAX NUMBER)

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE
SORTED BY DC: RETAIL ACCT-MGR. GENERIC DESC.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          MCKMDL00497546

MC-WV-02143.52



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.53

MCKMDL00497547



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02143.54

MCKMDL00497548

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PRINTED IN U.S.A.

PROGRAM: BV45L459-VER-004-03
DATE: 11/30/05   TIME 08:04:03

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE
REPORT BY DEA RETAIL, ACCT MGR, GENERIC DESC.

REPORT   BV45-P495-DU45R05A

ROUTE: 270   STOP: 020

PHARMACY SERVICE GROUP
OAKLAND PARK          FL      33309      RAM # 15B   CUST # 769349
PHONE: 954-938-5980   DEA # BM4637231

DRUG ENFORCEMENT ADMINISTRATION            (ADDRESS)              (CITY, STATE)          (FAX NUMBER)

DC 195 - MCKESSON DRUG TAMPA
LAKELAND   BELLA VISTA FL   33905
PHONE: 863-616-1818   DEA # PM0000771

PURSUANT TO CFR21, S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/30/05.
THIS REPORT REFLECTS PURCHASES THAT CUSTOMERS HAVE RECEIVED THAT EXCEED THE THRESHOLD MONTHLY AVERAGE FOR
THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DIST.   CTR.   MGR./OR   DESIGNEE

| INVOICE# | INV. DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|

Report data (rotated / illegible)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          MCKMDL00497550

MC-WV-02143.56

Case 3:17-cv-01362   Document 1506-29   Filed 01/12/22   Page 57 of 65 PageID #: 70681

DATE 11/30/05   TIME 00:04:03

DAILY ORDER MONITORING REPORT
CERTIFIED BY CV RETAIL ACCT MGR GENERIC DESC

ROUTE: 374   STOP: 073

VITACOST.COM INC
5400 HIGH TECH ROAD
BOYNTON BEACH FL
PHONE: 800-773-2401   03A24   RAM # 006   CUST # 490025
DEA # NO DEA NUM

DRUG ENFORCEMENT ADMINISTRATION   (ADDRESS)   (CITY, STATE)   (FAX NUMBER)

DC 195 - MCKESSON DRUG TAMPA
LAKELAND BELLA VISTA
PHONE: 863-616-1818   DEA # M50000771

94-95   PAGE
REPORT: DU45R05C

| INVOICE # | INV. DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED |
|---|---|---|---|---|---|---|---|
| | 11/29/05 | | | SUDAFED | PSEUDOEPHEDRINE | | |
| | 11/28/05 | | | SUDAFED | PSEUDOEPHEDRINE | | |
| | 11/09/05 | | | SUDAFED | PSEUDOEPHEDRINE | | |
| | 11/04/05 | | | SUDAFED | PSEUDOEPHEDRINE | | |
| | 11/01/05 | | | SUDAFED | PSEUDOEPHEDRINE | | |

DIST. CTR. MGR./OR DESIGNEE   ITEM MONTHLY AVG.   7.98021   FACTOR: 8.00   ITEM TOTAL ITEM LIMIT

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MC-WV-02143.57
MCKMDL00497551

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497552

MC-WV-02143.58

1515 West Bella Vista St.
Lakeland FL 33805

Phone 863-682-1818
Fax    863-616-2958



McKesson 195
Lakeland

# Fax

To: Diversion Control     From: Adam Voytek

Fax: 813-887-4766     Pages: 7

Phone:     Date: 11-10-05

Re:     CC:

Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

Suspicious Order Report



EXHIBIT
06-66
R52

PROGRAM: DL95RD50-VER 001
DATE: 11/09/05   TIME 00:12:05

MCKESSON CORPORATION
DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

BII9-P806
REPORT DL45RD50A

ROUTE: 054   STOP: 043
RAM # 011   CUST # 217578

ACCUMED RX INC
STOR W WATERS AVE STE 105
3814   DEA # 8A9323089
PHONE: 813-855-1525 FL

DC 195 - MCKESSON DRUG TAMPA
1515 WEST BELCH VISTA
LAKELAND   FL   33805
PHONE: 863-616-1818   DEA # PH0000771

PURSUANT TO CFR21, S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/09/05.
RESPECT TO PURCHASES PRODUCED BY ORDERS...
THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DRUG ENFORCEMENT ADMINISTRATION

(ADDRESS)                 (CITY, STATE)                 (FAX NUMBER)

DIST. CTR.   MGR./DR DESIGNEE

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED | ORDERED | BCH |
|---|---|---|---|---|---|---|---|---|---|
| 02349 | 11/09/05 | 1075511 | 00591085305 | HYDROC B+AP TB 10/325 MAT 500S | HYDROCODONE BIT/ACETAMINOPHEN | EA | 2 | 2 | 1 |
| 40847 | 11/02/05 | 1075515 | 00591085305 | HYDROC B+AP TB 10/325 MAT 500S | HYDROCODONE BIT/ACETAMINOPHEN | EA | 3 | 3 | 1 |
| 64955 | 11/04/05 | 1075515 | 00591085305 | HYDROC B+AP TB 10/325 MAT 500S | HYDROCODONE BIT/ACETAMINOPHEN | EA | 3 | 3 | 1 |
| 06768 | 11/03/05 | 1075519 | 00591085305 | HYDROC B+AP TB 10/325 MAT 500S | HYDROCODONE BIT/ACETAMINOPHEN | EA | 3 | 3 | 1 |

ITEM MONTHLY AVG :   34.99090   FACTOR :   3.00   ITEM TOTAL:   240   104.97

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED | ORDERED | BCH |
|---|---|---|---|---|---|---|---|---|---|
| 06769 | 11/01/05 | 1353820 | 63481069870 | ZYDONE TAB 10/400MG | HYDROCODONE BIT/ACETAMINOPHEN | EA | 4 | 4 | 1 |
| 64959 | 11/03/05 | 1353820 | 63481069870 | ZYDONE TAB 10/400MG | HYDROCODONE BIT/ACETAMINOPHEN | EA | 3 | 3 | 1 |
| 02680 | 11/08/05 | 1353820 | 63481069870 | ZYDONE TAB 10/400MG | HYDROCODONE BIT/ACETAMINOPHEN | EA | 4 | 4 | 1 |

ITEM MONTHLY AVG :   1.93215   FACTOR :   3.00   ITEM TOTAL:

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED | ORDERED | BCH |
|---|---|---|---|---|---|---|---|---|---|
| 06768 | 11/01/05 | 1483841 | 00074197354 | VICODIN ES TAB 750MG | HYDROCODONE BIT/ACETAMINOPHEN | EA | 2 | 2 | 1 |
| 00335 | 11/07/05 | 1483841 | 00074197354 | VICODIN ES TAB 750MG | HYDROCODONE BIT/ACETAMINOPHEN | EA | 3 | 3 | 1 |
| 33749 | 11/09/05 | 1483841 | 00074197354 | VICODIN ES TAB 750MG | HYDROCODONE BIT/ACETAMINOPHEN | EA | 2 | 2 | 1 |

ITEM MONTHLY AVG :   2.46753   FACTOR :   3.00   ITEM TOTAL:   7.40

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED | ORDERED | BCH |
|---|---|---|---|---|---|---|---|---|---|
| 22801 | 11/01/05 | 1605617 | 00009002401 | DIDREX TAB 50MG | GENERIC DESCRIPTION | EA | 4 | 4 | 1 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MC-WV-02143.60

PRINTED IN U.S.A.

PROGRAM DU45R050 VER 001
DATE 11/09/05   TIME 00:12:05

MCKESSON CORPORATION
DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE   REPORT
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC

81795 - PAGE
REPORT DU45R05A

ROUTE:  054      STOP:  043

DC 195  -  MCKESSON DRUG TAMPA
1595 HWY 92
LAKELAND 'BELCH V18FL
PHONE:  863-616-1818FL

39805
DEA #: PM0000771

ACCUMED RX INC
TAMPA WATERS AVE STE #FL       DEA #  BAF929089
PHONE:  813-865-1929

RAM #  011      CUST #  217578

DRUG ENFORCEMENT ADMINISTRATION    (ADDRESS)

(CITY, STATE)

(FAX NUMBER)

PURSUANT TO CFR21, S 1301 74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR     11/09/05.
THIS REPORT REFLECTS PURCHASES THAT EXCEED MERCED RETAIL CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR
THE CLASS OF TRADE.  A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DIST.  CTR.   MGR./OR  DESIGNEE

| INVOICE# | INV. DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|
| 068902 | 11/08/05 | 1605617 | 0000900240I | DIDREX TAB 50MG | BENZPHETAMINE HCL | EA | 36 |
| 054755 | 11/07/05 | 1605617 | 0000900240I | DIDREX TAB 50MG | BENZPHETAMINE HCL | EA | 18 |
| 040867 | 11/03/05 | 1605617 | 0000900240I | DIDREX TAB 50MG | BENZPHETAMINE HCL | EA | 18 |
| 24242 | 11/03/05 | 1605617 | 0000900240I | DIDREX TAB 50MG | BENZPHETAMINE HCL | EA | 9 |
| 067798 | 11/01/05 | 1605617 | 0000900240I | DIDREX TAB 50MG | BENZPHETAMINE HCL | EA | 15 |

ITEM MONTHLY AVG :   2.59349      FACTOR :   8.00      ITEM TOTAL:
ITEM LIMIT:   20.74

| INVOICE# | INV. DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|
| 068902 | 11/08/05 | 1988153 | 0009351610I | HYDROCOD BIT+IBUP TAB TEV 100# | IBUPROFEN/HYDROCODONE | EA | 4 |
| 24242 | 11/02/05 | 1988153 | 0009351610I | HYDROCOD BIT+IBUP TAB TEV 100# | IBUPROFEN/HYDROCODONE | EA | 4 |

ITEM MONTHLY AVG :   2.46313      FACTOR :   3.00      ITEM TOTAL:
ITEM LIMIT:   7.38

| INVOICE# | INV. DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|
| 072397 | 11/08/05 | 2792935 | 0059105406005 | HYDROC+AP TB 10/500 WAT | HYDROCODONE BIT/ACETAMINOPHEN | EA | 36 |
| 054396 | 11/07/05 | 2792935 | 0059105406005 | HYDROC+AP TB 10/500 WAT | HYDROCODONE BIT/ACETAMINOPHEN | EA | 18 |
| 040867 | 11/03/05 | 2792935 | 0059105406005 | HYDROC+AP TB 10/500 WAT | HYDROCODONE BIT/ACETAMINOPHEN | EA | 18 |
| 24242 | 11/03/05 | 2792935 | 0059105406005 | HYDROC+AP TB 10/500 WAT | HYDROCODONE BIT/ACETAMINOPHEN | EA | 9 |
| 067798 | 11/01/05 | 2792935 | 0059105406005 | HYDROC+AP TB 10/500 WAT | HYDROCODONE BIT/ACETAMINOPHEN | EA | 15 |

ITEM MONTHLY AVG :   9.65340      FACTOR :   3.00      ITEM TOTAL:
ITEM LIMIT:   28.96



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MC-WV-02143.62

PRINTED IN U.S.A.

PROGRAM: DU95S550-VER001
DATE 11/09/05   TIME 00:12:05

DAILY CONTROLLED MCKESSON CORPORATION
SORTED BY: DC, RETAIL ACCT MGR, GENERIC DESC.

MCKESSON CORPORATION PURCHASE
REPORT

8195   PAGE
REPORT# DU45R05A   11

ROUTE   054   STOP   050

DC 195   -   MCKESSON DRUG TAMPA
LAKELAND BELCH-VISTA FL
PHONE:   863-616-1818   33805
DEA # PM0000771

UNIVERSAL RX
3555 W WATERS AVE STE 807   RAM # 011
PHONE:   813-471-1400 FL   33634
DEA # BU8619491

CUST # 778011

(ADDRESS)   (CITY, STATE)   (FAX NUMBER)

DRUG ENFORCEMENT ADMINISTRATION

PURSUANT TO CFR21, S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/09/05.
THE 'CLASS' OF 'TRADE' A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST. CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR

DIST   CTR   MGR. /OR DESIGNEE

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | | | GENERIC DESCRIPTION | | UNIT | FILLED | ORDERED | SCH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45196 | 11/08/05 | 2793935 | 00591085300 | HYDROC B+AP TB 10/325 | 500 | NAT | HYDROCODONE BIT/ACETAMINOPHEN | | EA | 24 | 24 | III |
| 44636 | 11/09/05 | 2793935 | 00591085300 | HYDROC B+AP TB 10/325 | 500 | NAT | HYDROCODONE BIT/ACETAMINOPHEN | | EA | 60 | 60 | III |
| 45554 | 11/09/05 | 2793935 | 00591085300 | HYDROC B+AP TB 10/325 | 500 | NAT | HYDROCODONE BIT/ACETAMINOPHEN | | EA | 48 | 48 | III |
| 08455 | 11/01/05 | 1107515 | 00591085305 | HYDROC B+AP TB 10/325 | 500 | NAT | HYDROCODONE BIT/ACETAMINOPHEN | | EA | 80 | 80 | III |
| | | | | ITEM MONTHLY AVG : | | | | | | | 240 | |
| | | | | | | | | | | | 104.97 | |

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | | | GENERIC DESCRIPTION | | UNIT | FILLED | ORDERED | SCH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01015 | 11/07/05 | 1988153 | 00093510101 | HYDROCOD BIT-IBUP TAB TEV | 100 | | IBUPROFEN/HYDROCODONE BIT | | EA | 8 | 8 | III |
| | | | | ITEM MONTHLY AVG : | 34.99090 | | FACTOR : | 3.00 | ITEM TOTAL | | | |
| | | | | | | | | | ITEM LIMIT | | | |

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | | | GENERIC DESCRIPTION | | UNIT | FILLED | ORDERED | SCH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01062 | 11/07/05 | 1988153 | 00093510101 | HYDROCOD BIT-IBUP TAB TEV | 100 | | IBUPROFEN/HYDROCODONE BIT | | EA | 8 | 8 | III |
| | | | | ITEM MONTHLY AVG : | 2.46313 | | FACTOR : | 3.00 | ITEM TOTAL | | 8 | |
| | | | | | | | | | ITEM LIMIT | | 7.38 | |

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | | | GENERIC DESCRIPTION | | UNIT | FILLED | ORDERED | SCH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31062 | 11/08/05 | 2793313 | 00591050305 | HYDROCOD+AP TB 10/650 NAT | 500 | | HYDROCODONE BIT/ACETAMINOPHEN | | EA | 12 | 12 | III |
| | | | | ITEM MONTHLY AVG : | 9.65340 | | FACTOR : | 3.00 | ITEM LIMIT | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497557

MC-WV-02143.63

PRINTED IN U.S.A

PROGRAM DU95C650-VER-001
DATE:11/09/05 TIME 00:12:05

MCKESSON CORPORATION
DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
SORTED BY: DC, RETAIL ACCT,MGR,GENERIC DESC

BU195 PAGE
REPORT DU95R05AA

ROUTE: 054    STOP: 029

RAM # 064    CUST # 461534

DC 195 - MCKESSON DRUG TAMPA
LAKELAND BELLA VISTA
PHONE: 863-616-1818 FL

MEDIPHARM RX INC
9904 CLARK AVE
PHONE: 813-876-0881  FL  33614

39805
DEA # PH0000771

DRUG ENFORCEMENT ADMINISTRATION    DEA # BM9038010

PURSUANT TO CFR21, S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/09/05.
THE CLASS OF TRADE, LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

(ADDRESS)   (CITY, STATE)   (FAX NUMBER)

DIST.   CTR   MGR./OR DESIGNEE

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|
| 00613 27397 26967 26967 | 11/07/05 11/07/05 11/03/05 11/03/05 | 1057611 1612548 1107515 1107515 | 0059109050305 0059109050305 0059109050305 0059109050305 | HYDROC B+AP TB 10/325MG HYDROC B+AP TB 10/325MG HYDROC B+AP TB 10/325MG HYDROC B+AP TB 10/325MG | HYDROCODONE BIT/ACETAMINOPHEN HYDROCODONE BIT/ACETAMINOPHEN HYDROCODONE BIT/ACETAMINOPHEN HYDROCODONE BIT/ACETAMINOPHEN | EA EA EA EA | 32 36 48 24 |

ITEM MONTHLY AVG :   34.99090   FACTOR : 3.00   ITEM LIMIT :   104.97

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|
| 00613 37399 | 11/08/05 11/07/05 | 1287061 1287061 | 0040603628201 0040603628201 | HYDROC B+AC TB 10/660 MALL HYDROC B+AC TB 10/660 MALL | HYDROCODONE BIT/ACETAMINOPHEN HYDROCODONE BIT/ACETAMINOPHEN | EA EA | 12 12 |

ITEM MONTHLY AVG :   3.18181   FACTOR : 3.00   ITEM LIMIT :   9.54

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|
| 27399 26967 | 11/08/05 11/04/05 | 1612548 1612548 | 5047409100 5047409100 | LORTAB TAB 10/500MG LORTAB TAB 10/500MG | HYDROCODONE BIT/ACETAMINOPHEN HYDROCODONE BIT/ACETAMINOPHEN | EA EA | 100 100 |

ITEM MONTHLY AVG :   2.18931   FACTOR : 3.00   ITEM LIMIT :   6.56

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED ORDERED SCH |
|---|---|---|---|---|---|---|---|
| 37399 00613 | 11/08/05 11/07/05 | 2470086 2470086 | 0059104250 0059104250 | BUTAL+ASP+CAF+COD CP MAT BUTAL+ASP+CAF+COD CP MAT | CODEINE/ASA/CAFFEINE/BUTALB CODEINE/ASA/CAFFEINE/BUTALB | EA EA | 6 6 |

ITEM MONTHLY AVG :   1.75817   FACTOR : 3.00   ITEM LIMIT :

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00497558

MC-WV-02143.64

PRINTED IN U.S.A.

PROGRAM: DD45C-50 VER DD1:
DATE: 11/09/05   TIME 00:12:05

DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT
SORTED BY DC, RETAIL ACCT MGR, GENERIC DESC.

MCKESSON CORPORATION

8175   PAGE
REPORT DU4SROSA   22

ROUTE: 054   STOP: 029

DC 195 - MCKESSON DRUG TAMPA
1525 WEST BELCA VISTA
LAKELAND, FL
PHONE: 863-616-1818

3905
DEA # PM0000771

MEDIPHARM RX INC
6770 CLARK AVE
TAMPA   FL   33614
PHONE: 813-876-0881   DEA # BM9038010

RAM # 064   CUST # 461534

ADC ENFORCEMENT ADMINISTRATION      (ADDRESS)      (CITY, STATE)      (FAX NUMBER)

PURSUANT TO CFR21, S 1301.74(B), WE ARE SENDING A COPY OF THE DAILY CONTROLLED SUBSTANCE SUSPICIOUS PURCHASE REPORT FOR 11/09/05.
THIS REPORT REFLECTS PURCHASES FROM CUSTOMERS FOR SCHEDULES I-V CONTROLLED SUBSTANCES WHICH EXCEED THE ITEM MONTHLY AVERAGE FOR
THE CLASS OF TRADE. A LISTING OF THE PARAMETERS USED ARE AVAILABLE UPON REQUEST.

DIST   CTR   MGR /OR DESIGNEE

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED | ORDERED |
|---|---|---|---|---|---|---|---|---|
| 02399 | 11/08/05 | 2792604 | 00406036601 | HYDROC B+AC 7.5/325 MALL 100@ | HYDROCODONE BIT/ACETAMINOPHEN | EA | 12 | 12 |
| 20957 | 11/03/05 | 2792804 | 00406036601 | HYDROC B+AC 7.5/325 MALL 100@ | HYDROCODONE BIT/ACETAMINOPHEN | EA | 12 | 12 |

ITEM MONTHLY AVG :   1 60587   FACTOR :   3.00      ITEM TOTAL ...   32   III
                                                    ITEM LIMIT :   12   III

| INVOICE# | INV DATE | ITEM # | NDC NUMBER | SELLING DESCRIPTION | GENERIC DESCRIPTION | UNIT | FILLED | ORDERED |
|---|---|---|---|---|---|---|---|---|
| 37399 | 11/08/05 | 2793313 | 00591050305 | HYDROCOD+AP TB 10/650 HAT 500@ | HYDROCODONE BIT/ACETAMINOPHEN | EA | 12 | 12 |
| 64893 | 11/04/05 | 2793313 | 00591050305 | HYDROCOD+AP TB 10/650 HAT 500@ | HYDROCODONE BIT/ACETAMINOPHEN | EA | 12 | 12 |
| 26967 | 11/03/05 | 2793313 | 00591050305 | HYDROCOD+AP TB 10/650 HAT 500@ | HYDROCODONE BIT/ACETAMINOPHEN | EA | 12 | 12 |

ITEM MONTHLY AVG :   4.021+5   FACTOR :   3.00      ITEM TOTAL :   48   III
                                                    ITEM LIMIT :   12.08   III

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      MCKMDL00497559
MC-WV-02143.65