

# State of West Virginia

## Board of Pharmacy

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: May 04, 2015**

**McKesson Corporation**

dba McKesson Drug Company
2798 New Butler Road
New Castle, PA 16101

LICENSE # MI0000183

DEA # RM0258601

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000001

**MC-WV-02149**

MCKMDL02117737

MC-WV-02149.1



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015**

**McKesson Corporation**

2798 New Butler Road
New Castle, PA 16101

LICENSE # WD0557800

DEA # RM0258601

MCK-WVAG-007-0000002

MCKMDL02117738

MC-WV-02149.2



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: June 07, 2016

**McKesson Corporation**

dba McKesson Drug Company
2798 New Butler Road
New Castle, PA 16101

LICENSE # MI0000183

DEA # RM0258601

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000003

MCKMDL02117739

MC-WV-02149.3



# State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016

**McKesson Corporation**

2798 New Butler Road
New Castle, PA 16101

LICENSE # WD0557800

DEA # RM0258601

MCK-WVAG-007-0000004

MCKMDL02117740

MC-WV-02149.4



### State of West Virginia

# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017**

**McKesson Corporation**

dba McKesson Drug Company
2798 New Butler Road
New Castle, PA 16101

LICENSE # M10000183

DEA # RM0258601

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000005

MCKMDL02117741

MC-WV-02149.5



# State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017

**McKesson Corporation**

2798 New Butler Road
New Castle, PA 16101

LICENSE # WD0557800

DEA # RM0258601

MCK-WVAG-007-0000006

MCKMDL02117742

MC-WV-02149.6



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2018 - June 30, 2019 Date Issued: 6/13/2018**

**McKesson Corporation**

2798 New Butler Road
New Castle, PA 16101

LICENSE # WD0557800
DEA # RM0258601

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000007

MCKMDL02117743

MC-WV-02149.7



## State of West Virginia

# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2014 - June 30, 2015 - Date Issued: September 02, 2014

**McKesson Corporation**

dba McKesson Drug Company
10504 McKesson Drive
Ruther Glen. VA 22546

LICENSE # MI0000157

DEA # RM0424363

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000011

MCKMDL02117747

MC-WV-02149.8



## Board of Pharmacy
### WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2014 - June 30, 2015 - Date Issued: September 02, 2014**

McKesson Corporation dba

McKesson Drug Company
10504 McKesson Drive
Ruther Glen, VA 22546

LICENSE # WD0558964

DEA # RM0424363

MCK-WVAG-007-0000012

MCKMDL02117748

MC-WV-02149.9



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2015 - June 30, 2016 - Date Issued: May 04, 2015

**McKesson Corporation**

dba McKesson Drug Company
10504 McKesson Drive
Ruther Glen, VA 22546

LICENSE # MI0000157

DEA # RM0424363

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000013

MCKMDL02117749

MC-WV-02149.10



## Board of Pharmacy
### WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015**

McKesson Corporation dba

McKesson Drug Company
10504 McKesson Drive
Ruther Glen, VA 22546

LICENSE # WD0558964

DEA # RM0424363

MCK-WVAG-007-0000014

MCKMDL02117750

MC-WV-02149.11



Board of Pharmacy

CONTROLLED SUBSTANCE PERMIT

July 1, 2016 - June 30, 2017 - Date Issued: June 09, 2016

McKesson Corporation

d/b/a McKesson Drug Company
10594 McKesson Drive
Red Bar Glen, WA 22546

LICENSE # MT000157

MCK-WVAG-007-0000015

MCKMDL02117751

MC-WV-02149.12



State of West Virginia

Board of Pharmacy

WHOLESALE DRUG DISTRIBUTOR PERMIT

July 1, 2016 - June 30, 2017 · Date Issued: March 28, 2016

McKesson Corporation dba
McKesson Drug Company
10704 McKesson Drive
Ruther Glen, VA 22546

LICENSE # WD0558964

DEA # RM0624863

MCK-WVAG-007-0000016

MCKMDL02117752

MC-WV-02149.13



# State of West Virginia

## Board of Pharmacy

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017**

**McKesson Corporation**

dba McKesson Drug Company
10504 McKesson Drive
Ruther Glen, VA 22546

LICENSE # MI0000157

DEA # RM0424363

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000017

MCKMDL02117753

MC-WV-02149.14



State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017**

**McKesson Corporation dba**

McKesson Drug Company
10504 McKesson Drive
Ruther Glen, VA 22546

LICENSE # WD0558964

DEA # RM0424363

MCK-WVAG-007-0000018

MCKMDL02117754

MC-WV-02149.15



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

### July 1, 2018 – June 30, 2019 Date Issued: 6/13/2018

### McKesson Corporation dba

McKesson Drug Company
10504 McKesson Drive
Ruther Glen, VA 22546
LICENSE # WD0558964
DEA # RM0424363

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000019

MCKMDL02117755

MC-WV-02149.16



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2014 - June 30, 2015 - Date Issued: April 16, 2014

**McKesson Corporation**

dba McKesson Drug Company
3000 Kenskill Ave
Washington Courthouse, OH 43160

LICENSE # MI0000199

DEA # RM0220688

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000026

MCKMDL02117762

MC-WV-02149.17



# State of West Virginia

## Board of Pharmacy
### WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2014 - June 30, 2015 - Date Issued: April 08, 2014**

**McKesson Drug Company**

3000 Kenskill Avenue
Washington Ct. House, OH 43160

LICENSE # WD0557512

DEA # RM0220688

MCK-WVAG-007-0000027

MCKMDL02117763

MC-WV-02149.18



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: May 22, 2015**

**McKesson Corporation**

dba McKesson Drug Company
3000 Kenskill Ave
Washington Courthouse, OH 43160

LICENSE # MI0000199

DEA # RM0220688

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000028

MCKMDL02117764

MC-WV-02149.19



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015**

**McKesson Drug Company**

3000 Kenskill Avenue
Washington Ct. House, OH 43160

LICENSE # WD0557512

DEA # RM0220688

MCK-WVAG-007-0000029

MCKMDL02117765

MC-WV-02149.20



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2016 - June 30, 2017 - Date Issued: June 07, 2016**

**McKesson Corporation**

dba McKesson Drug Company
3000 Kenskill Ave
Washington Courthouse, OH 43160

LICENSE # MI0000199

DEA # RM0220688

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000030

MCKMDL02117766

MC-WV-02149.21



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016**

**McKesson Drug Company**

3000 Kenskill Avenue
Washington Ct. House, OH 43160

LICENSE # WD0557512

DEA # RM0220688

MCK-WVAG-007-0000031

MCKMDL02117767

MC-WV-02149.22



## Board of Pharmacy

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017**

**McKesson Corporation**

dba McKesson Drug Company
3000 Kenskill Ave
Washington Courthouse, OH 43160

LICENSE # M10000199

DEA # RM0220688

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000032

MCKMDL02117768

MC-WV-02149.23



# State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017**

**McKesson Drug Company**

3000 Kenskill Avenue
Washington Ct. House, OH 43160

LICENSE #  WD0557512

DEA #  RM0220688

MCK-WVAG-007-0000033

MCKMDL02117769

MC-WV-02149.24





# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2018 - June 30, 2019 Date Issued: 6/13/2018**

**McKesson Drug Company**

3000 Kenskill Avenue
Washington Ct. House, OH 43160

LICENSE # WD0557512
DEA # RM0220688

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000034

MCKMDL02117770

MC-WV-02149.25



# Board of Pharmacy
## CONTROLLED SUBSTANCE PERMIT

**July 1, 2014 - June 30, 2015 - Date Issued: April 16, 2014**

**McKesson Corporation**

dba McKesson Drug Company
2798 New Butler Road
New Castle, PA 16101

LICENSE # MI0000183

DEA # RM0258601

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

MCK-WVAG-007-0000041

MCKMDL02117777

MC-WV-02149.26



MCK-WVAG-007-0000042

MCKMDL02117778

MC-WV-02149.27



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2014 - June 30, 2015 - Date Issued: April 08, 2014

McKesson Corporation

dba McKesson Drug Company
2975 Evergreen Drive
Duluth, GA 30096

LICENSE # WD0558773

DEA # PR0040357



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015**

**McKesson Corporation**

dba McKesson Drug Company
2975 Evergreen Drive
Duluth, GA 30096

LICENSE # WD0558773

DEA # PR0040357

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153262

**MC-WV-02149.29**



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016**

**McKesson Corporation**

dba McKesson Drug Company
2975 Evergreen Drive
Duluth, GA 30096

LICENSE #  WD0558773

DEA #  PR0040357

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153263

**MC-WV-02149.30**



# State of West Virginia

## Board of Pharmacy

### WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017**

**McKesson Corporation**

dba McKesson Drug Company
2975 Evergreen Drive
Duluth, GA 30096

LICENSE #  WD0558773

DEA #  PR0040357

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**MC-WV-02149.31**



## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2018 - June 30, 2019 Date Issued: 6/13/2018**

**McKesson Corporation dba McKesson Drug Company**

2975 Evergreen Drive
Duluth, GA 30096

LICENSE # WD0558773

DEA # PR0040357

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153265

**MC-WV-02149.32**



# State of West Virginia

# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2014 – June 30, 2015 – Date Issued: April 16, 2014

McKesson Corporation

dba McKesson Drug Company
3400 Fraser Street
Aurora, CO 80011

LICENSE # MI0000379

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153266

**MC-WV-02149.33**



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2015 - June 30, 2016 - Date Issued: May 04, 2015

**McKesson Corporation**

dba McKesson Drug Company
3400 Fraser Street
Aurora, CO 80011

LICENSE # MI0000379

DEA # RM0354958

Schedule II Narcotic
Schedule III Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.34

# CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: June 07, 2016

**McKesson Corporation**

dba McKesson Drug Company
3400 Fraser Street
Aurora, CO 80011

LICENSE # MI0000379

DEA # RM0354958

Schedule II Narcotic
Schedule III Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153268

**MC-WV-02149.35**



# State of West Virginia

# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017

**McKesson Corporation**

dba McKesson Drug Company
3400 Fraser Street
Aurora, CO 80011

LICENSE # MI0000379

DEA # RM0354958

Schedule II Narcotic
Schedule III Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.36



# State of West Virginia

## Board of Pharmacy
### WHOLESALE DRUG DISTRIBUTOR PERMIT

July 1, 2014 - June 30, 2015 - Date Issued: April 08, 2014

Mckesson Corporation

dba Mckesson Drug Company
3400 Fraser Street
Aurora, CO 80011

LICENSE # WD0559379

DEA # FM0354958

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.37



## Board of Pharmacy
### WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2015 - June 30, 2016 – Date Issued: April 02, 2015**

**Mckesson Corporation**

dba Mckesson Drug Company
3400 Fraser Street
Aurora, CO 80011

LICENSE # WD0559379

DEA # FM0354958

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**MC-WV-02149.38**



# State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016

**Mckesson Corporation**

dba Mckesson Drug Company
3400 Fraser Street
Aurora, CO 80011

LICENSE #  WD0559379

DEA # FM0354958

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153272

**MC-WV-02149.39**



# State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017

**Mckesson Corporation**

dba Mckesson Drug Company
3400 Fraser Street
Aurora, CO 80011

LICENSE # WD0559379

DEA # FM0354958

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153273

**MC-WV-02149.40**



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2014 - June 30, 2015 - Date Issued: April 16, 2014**

**McKesson Corporation**

dba McKesson Drug Company
1995 McKesson Street Suite 101
Aurora, IL 60502

LICENSE # MI0000173

DEA # RM0380484

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153274

**MC-WV-02149.41**



## Board of Pharmacy

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: May 04, 2015**

**McKesson Corporation**

dba McKesson Drug Company
1995 McKesson Street Suite 101
Aurora, IL 60502

LICENSE #  MI0000173

DEA #  RM0380484

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.42

MCKMDL02153275



# State of West Virginia

# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: June 07, 2016

**McKesson Corporation**

dba McKesson Drug Company
1995 McKesson Street Suite 101
Aurora, IL 60502

LICENSE # MI0000173

DEA # RM0380484

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.43

MCKMDL02153276



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017

**McKesson Corporation**

dba McKesson Drug Company
1995 McKesson Street Suite 101
Aurora, IL 60502

LICENSE # MI0000173

DEA # RM0380484

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153277

**MC-WV-02149.44**



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2014 - June 30, 2015 - Date Issued: April 08, 2014**

**McKesson Corporation dba McKesson Drug Co.**

1995 McKesson Street Suite 101
Aurora, IL 60502

LICENSE #  WD0558180

DEA #  RM0380484

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153278

**MC-WV-02149.45**



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015**

**McKesson Corporation dba McKesson Drug Co.**

1995 McKesson Street Suite 101
Aurora, IL 60502

LICENSE #  WD0558180

DEA #  RM0380484

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.46



## Board of Pharmacy

### WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016**

**McKesson Corporation dba McKesson Drug Co.**

1995 McKesson Street Suite 101
Aurora, IL 60502

LICENSE #  WD0558180

DEA #  RM0380484

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153281

**MC-WV-02149.47**



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017**

**McKesson Corporation dba McKesson Drug Co.**

1995 McKesson Street Suite 101
Aurora, IL 60502

LICENSE # WD0558180

DEA # RM0380484

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**MC-WV-02149.48**



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2018 - June 30, 2019 Date Issued: 6/13/2018**

**McKesson Corporation dba McKesson Drug Co.**

1995 McKesson Street Suite 101
Aurora, IL 60502

LICENSE # WD0558180
DEA # RM0380484

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**MC-WV-02149.49**



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

July 1, 2014 - June 30, 2015 - Date Issued: May 07, 2014

McKesson Corporation

dba McKesson Drug Company
710 132nd Street S.W.
Evertt, WA 98204

LICENSE # MI0000190

DEA # PM0150538

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          MCKMDL02153284

**MC-WV-02149.50**



## Board of Pharmacy

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2015 – June 30, 2016 – Date Issued: June 23, 2015**

**McKesson Corporation**

dba McKesson Drug Company
710 132nd Street S.W.
Evertt, WA 98204

LICENSE # MI0000190

DEA # PM0150538

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153285

**MC-WV-02149.51**



## Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 – June 30, 2017 – Date Issued: June 17, 2016

**McKesson Corporation**

dba McKesson Drug Company
710 132nd Street S.W.
Evertt, WA 98204

LICENSE # MI0000190

DEA # PM0150538

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153286

MC-WV-02149.52

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153287



State of West Virginia

# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

July 1, 2014 - June 30, 2015 - Date Issued: May 07, 2014

McKesson Corporation

dba McKesson Drug Company
710- 132 Street S.W.
Everett, WA 98204

LICENSE # WD0557670

DEA # PM0150538

MC-WV-02149.53



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015

**McKesson Corporation**

dba McKesson Drug Company
710- 132 Street S.W.
Everett, WA 98204

LICENSE #  WD0557670

DEA #  PM0150538

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.54

MCKMDL02153288



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016

**McKesson Corporation**

dba McKesson Drug Company
710- 132 Street S.W.
Everett, WA 98204

LICENSE # WD0557670

DEA # PM0150538

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2014 – June 30, 2015 – Date Issued: April 16, 2014**

**McKesson Corporation**

dba McKesson Drug Company
38220 Plymouth Road
Livonia, MI 48150

LICENSE # MI0000189

DEA # PM0030849

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153290

**MC-WV-02149.56**



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: May 05, 2015**

**McKesson Corporation**

dba McKesson Drug Company
38220 Plymouth Road
Livonia, MI 48150

LICENSE # MI0000189

DEA # PM0030849

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153291

**MC-WV-02149.57**



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 – June 30, 2017 – Date Issued: June 07, 2016

**McKesson Corporation**

dba McKesson Drug Company
38220 Plymouth Road
Livonia, MI 48150

LICENSE # MI0000189

DEA # PM0030849

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153292

MC-WV-02149.58



# State of West Virginia

# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017**

**McKesson Corporation**

dba McKesson Drug Company
38220 Plymouth Road
Livonia, MI 48150

LICENSE # MI0000189

DEA # PM0030849

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153293

**MC-WV-02149.59**



## Board of Pharmacy
### WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2014 – June 30, 2015 – Date Issued: April 08, 2014**

McKesson Drug Co.

38220 Plymouth Road
Livonia, MI 48150

LICENSE # WD0557675

DEA # PM0030849

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153294

**MC-WV-02149.60**



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015**

**McKesson Drug Co.**

38220 Plymouth Road
Livonia, MI 48150

LICENSE # WD0557675

DEA # PM0030849



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2016 – June 30, 2017 – Date Issued: March 28, 2016**

McKesson Drug Co.

38220 Plymouth Road
Livonia, MI 48150

LICENSE # WD0557675

DEA # PM0030849

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153297

**MC-WV-02149.62**



# State of West Virginia

## Board of Pharmacy

### WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017**

**McKesson Drug Co.**

38220 Plymouth Road
Livonia, MI 48150

LICENSE #  WD0557675

DEA # PM0030849

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153298

**MC-WV-02149.63**



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2014 - June 30, 2015 - Date Issued: April 16, 2014

**McKesson Corporation**

dba McKesson Drug Company
4836 Southridge Blvd
Memphis, TN 38141

LICENSE # MI0000176

DEA # PM0001951

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153299

**MC-WV-02149.64**



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: May 28, 2015**

**McKesson Corporation**

dba McKesson Drug Company
4836 Southridge Blvd
Memphis, TN 38141

LICENSE #  MI0000176

DEA #  PM0001951

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.65



## Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 – June 30, 2017 – Date Issued: June 07, 2016

**McKesson Corporation**

dba McKesson Drug Company
4836 Southridge Blvd
Memphis, TN 38141

LICENSE # MI0000176

DEA # PM0001951

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153301

**MC-WV-02149.66**



# State of West Virginia

## Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017

**McKesson Corporation**

dba McKesson Drug Company
4836 Southridge Blvd
Memphis, TN 38141

LICENSE # MI0000176

DEA # PM0001951

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2014 - June 30, 2015 - Date Issued: April 08, 2014

**McKesson Corporation**

4836 Southridge Blvd.
Memphis, TN 38141

LICENSE # WD0558130

DEA # PM0001951

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153303

**MC-WV-02149.68**



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015**

**McKesson Corporation**

4836 Southridge Blvd.
Memphis, TN 38141

LICENSE #  WD0558130

DEA #  PM0001951

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.69

MCKMDL02153304



## State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016

**McKesson Corporation**

4836 Southridge Blvd.
Memphis, TN 38141

LICENSE #  WD0558130

DEA #  PM0001951

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153305

**MC-WV-02149.70**



# State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017

**McKesson Corporation**

4836 Southridge Blvd.
Memphis, TN 38141

LICENSE #  WD0558130

DEA #  PM0001951

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2018 - June 30, 2019 Date Issued: 6/13/2018**

### McKesson Corporation

4836 Southridge Blvd.
Memphis, TN 38141

LICENSE # WD0558130

DEA # PM0001951

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153307

MC-WV-02149.72



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2016 - June 30, 2017 - Date Issued: April 13, 2017**

**McKesson Corporation**

dba McKesson Drug Company
10 Hudson Crossing Dr.
Montgomery, NY 12549

LICENSE # MI0001236

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153308

**MC-WV-02149.73**



# State of West Virginia

# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: June 21, 2017

**McKesson Corporation**

dba McKesson Drug Company
10 Hudson Crossing Dr.
Montgomery, NY 12549

LICENSE # MI0001236

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153309

**MC-WV-02149.74**



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: April 13, 2017

**McKesson Corporation**

dba McKesson Drug Company
10 Hudson Cross Dr.
Montgomery, NY 12549

LICENSE # WD0559864

DEA #

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.75

MCKMDL02153310



## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2018 – June 30, 2019 Date Issued: 6/13/2018**

**McKesson Corporation dba McKesson Drug Company**

10 Hudson Cross Dr.
Montgomery, NY 12549

LICENSE # WD0559864

DEA # RM0513401

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2014 - June 30, 2015 - Date Issued: May 07, 2014**

**McKesson Corporation**

dba Mckesson Drug Company
8313 Polk Lane
Olive Branch, MS 38654

LICENSE = MI0000152

DEA = RM0421557

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153312

**MC-WV-02149.77**



**State of West Virginia**

**Board of Pharmacy**

CONTROLLED SUBSTANCE PERMIT

July 1, 2015 - June 30, 2016 - Date Issued: May 05, 2015

McKesson Corporation

dba Mckesson Drug Company
8313 Polk Lane
Olive Branch, MS 38654

LICENSE # MI0000152

DEA # RM0421557

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153313

**MC-WV-02149.78**



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: June 07, 2016

McKesson Corporation

dba Mckesson Drug Company
8313 Polk Lane
Olive Branch, MS 38654

LICENSE # MI0000152

DEA # RM0421557

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153314

**MC-WV-02149.79**



## State of West Virginia

## Board of Pharmacy

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017**

McKesson Corporation

dba Mckesson Drug Company
8313 Polk Lane
Olive Branch, MS 38654

LICENSE # MI0000152

DEA # RM0421557

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153315

**MC-WV-02149.80**



**Board of Pharmacy**

**WHOLESALE DRUG DISTRIBUTOR PERMIT**

July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015

McKesson Corporation

dba McKesson Drug Company
8313 Polk Lane
Olive Branch, MS 38654

LICENSE # WD05589-9

DEA # RM0215587

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153316

**MC-WV-02149.81**



# State of West Virginia

## Board of Pharmacy

### WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016**

**McKesson Corporation**

dba McKesson Drug Company
8313 Polk Lane
Olive Branch, MS 38654

LICENSE #  WD0558979

DEA #  RM0421557

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153317

**MC-WV-02149.82**



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017

**McKesson Corporation**

dba McKesson Drug Company
8313 Polk Lane
Olive Branch, MS 38654

LICENSE # WD0558979

DEA # RM0421557

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.83

MCKMDL02153318



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2019 – June 30, 2020 Date Issued: 5/29/2019**

**McKesson Corporation**
**McKesson Drug Company**

2975 Evergreen Drive
Duluth, GA 30096

LICENSE # WD0558773
DEA # PR0040357

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153319

MC-WV-02149.84



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017

**McKesson Corporation**

dba McKesson Drug Company
710 132nd Street S.W.
Evertt, WA 98204

LICENSE # MI0000190

DEA # PM0150538

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**MC-WV-02149.85**



## State of West Virginia

## Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017

**McKesson Corporation**

dba McKesson Drug Company
710- 132 Street S.W.
Everett, WA 98204

LICENSE #  WD0557670

DEA # PM0150538

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153321

**MC-WV-02149.86**



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2019 - June 30, 2020 Date Issued: 5/29/2019**

**McKesson Corporation**
**McKesson Drug Company**

4836 Southridge Blvd.
Memphis, TN 38141

LICENSE # WD0558130
DEA # PM0001951

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**MC-WV-02149.87**



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

### July 1, 2019 – June 30, 2020 Date Issued: 5/29/2019

**McKesson Corporation**
**dba McKesson Drug Company**

8313 Polk Lane
Olive Branch, MS 38654

LICENSE # WD0558979
DEA # RM0421557

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153325

**MC-WV-02149.88**



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2018 - June 30, 2019 Date Issued: 6/13/2018**

**McKesson Corporation dba McKesson Drug Company**

8313 Polk Lane
Olive Branch, MS 38654

LICENSE # WD0558979
DEA # RM0421557

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153326

**MC-WV-02149.89**



# State of West Virginia

# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

July 1, 2018 - June 30, 2019 Date Issued: **6/13/2018**

Mckesson Corporation dba Mckesson **Drug Company**

3400 Fraser Street
Aurora, CO 80011

LICENSE # WD0559379
DEA # RM0354958

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153327

**MC-WV-02149.90**



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT
## CONTROLLED SUBSTANCE PERMIT

**July 1, 2018 - June 30, 2019 Date Issued: 6/13/2018**

**McKesson Corporation dba McKesson Drug Company**

280 Dividend Road
Rocky Hill, CT 06067

LICENSE # WD0558409
DEA # PR0104593

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153329

**MC-WV-02149.91**



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2018 - June 30, 2019 Date Issued: 6/13/2018**

**McKesson Drug Company**

3775 Seaport Boulevard
West Sacramento, CA 956913472

LICENSE # WD0557905
DEA # PM0021535

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017

**McKesson Drug Company**

3775 Seaport Boulevard
West Sacramento. CA 95691-3472

LICENSE #  WD0557905

DEA #  PM0021535

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017

**McKesson Corpoartion**

**dba McKesson Drug Company**
9501 South Norwalk Blvd
Santa Fe Springs, CA 90670

LICENSE # MI0000185

DEA # PF0000012

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2017 – June 30, 2018 – Date Issued: March 22, 2017

**McKesson Corportation**

dba McKesson Drug Company
9501 South Norwalk Blvd.
Santa Fe Springs, CA 90670

LICENSE #  WD0557729

DEA #  PF0000012

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153333

**MC-WV-02149.95**



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2018 - June 30, 2019 Date Issued: 6/13/2018**

**McKesson Corporation dba McKesson Drug Company**

1 John Henry Drive
Robbinsville, NJ 08691

LICENSE # WD0559418
DEA # RM0456411

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2019 - June 30, 2020 Date Issued: 5/29/2019**

**McKesson Corporation**
**McKesson Drug Company**

3000 Kenskill Avenue
Washington Ct. House, OH 43160

LICENSE # WD0557512
DEA # RM0220688

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153335

MC-WV-02149.97



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153340

**MC-WV-02149.98**



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: May 05, 2015**

**McKesson Corporation**

dba Mckesson Drug Corporation
9700 S.W. Commerce Circle
Wilsonville, OR 97070

LICENSE #  MI0000196

DEA # PM0022929

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153341

**MC-WV-02149.99**



## Board of Pharmacy

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2016 - June 30, 2017 - Date Issued: June 07, 2016**

**McKesson Corporation**

dba Mckesson Drug Corporation
9700 S.W. Commerce Circle
Wilsonville, OR 97070

LICENSE # M10000196

DEA # PM0022929

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153342

**MC-WV-02149.100**



# State of West Virginia

# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017

**McKesson Corporation**

dba Mckesson Drug Corporation
9700 S.W. Commerce Circle
Wilsonville, OR 97070

LICENSE # MI0000196

DEA # PM0022929

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



## Board of Pharmacy
### WHOLESALE DRUG DISTRIBUTOR PERMIT

July 1, 2014 - June 30, 2015 - Date Issued: April 08, 2014

McKesson Corporation

dba McKesson Drug Company
9700 SW Commerce Circle
Wilsonville, OR 97070

LICENSE # WD0557669

DEA # PM0022929

MCKMDL02153344

MC-WV-02149.102



# State of West Virginia

# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015

**McKesson Corporation**

dba McKesson Drug Company
9700 SW Commerce Circle
Wilsonville, OR 97070

LICENSE # WD0557669

DEA # PM0022929

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153345

**MC-WV-02149.103**



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016

**McKesson Corporation**

dba McKesson Drug Company
9700 SW Commerce Circle
Wilsonville, OR 97070

LICENSE # WD0557669

DEA # PM0022929

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153346

**MC-WV-02149.104**



State of West Virginia

Board of Pharmacy

WHOLESALE DRUG DISTRIBUTOR PERMIT

July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017

McKesson Corporation

dba McKesson Drug Company
9700 SW Commerce Circle
Wilsonville, OR 97070

LICENSE # WD0557669

DEA # PM0022929

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# State of West Virginia

## Board of Pharmacy

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2014 – June 30, 2015 – Date Issued: April 16, 2014**

McKesson Corporation

dba McKesson Drug Company
1 John Henry Drive
Robbinsville, NJ 08691

LICENSE # MI0000404

DEA # RM0456411

Schedule II Narcotic
Schedule III Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.106

MCKMDL02153348



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2015 - June 30, 2016 - Date Issued: May 04, 2015

**McKesson Corporation**

dba McKesson Drug Company
1 John Henry Drive
Robbinsville, NJ 08691

LICENSE # MI0000404

DEA # RM0456411

Schedule II Narcotic
Schedule III Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 – June 30, 2017 – Date Issued: June 07, 2016

**McKesson Corporation**

dba McKesson Drug Company
1 John Henry Drive
Robbinsville, NJ 08691

LICENSE # MI0000404

DEA # RM0456411

Schedule II Narcotic
Schedule III Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



## Board of Pharmacy
### WHOLESALE DRUG DISTRIBUTOR PERMIT

July 1, 2014 - June 30, 2015 - Date Issued: April 08, 2014

McKesson Corporation

dba McKesson Drug Company
1 John Henry Drive
Robbinsville, NJ 08691

LICENSE # WD0559418

DEA # RM0456411

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153351

**MC-WV-02149.109**



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015

**McKesson Corporation**

dba McKesson Drug Company
1 John Henry Drive
Robbinsville, NJ 08691

LICENSE # WD0559418

DEA # RM0456411

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153352

**MC-WV-02149.110**



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016

**McKesson Corporation**

dba McKesson Drug Company
1 John Henry Drive
Robbinsville, NJ 08691

LICENSE # WD0559418

DEA # RM0456411

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153353

**MC-WV-02149.111**



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2014 – June 30, 2015 – Date Issued: April 16, 2014

McKesson Corporation

dba Mckesson Drug Company
280 Dividend Road
Rocky Hill, CT 06067

LICENSE # MI0000166

DEA # PR0104593

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2015 - June 30, 2016 - Date Issued: May 04, 2015**

**McKesson Corporation**

dba Mckesson Drug Company
280 Dividend Road
Rocky Hill, CT 06067

LICENSE # MI0000166

DEA # PR0104593

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

July 1, 2016 - June 30, 2017 - Date Issued: June 07, 2016

McKesson Corporation

dba Mckesson Drug Company
280 Dividend Road
Rocky Hill, CT 06067

LICENSE # MI0000166

DEA # PR0104593

MCKMDL02153356

MC-WV-02149.114



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017

**McKesson Corporation**

dba Mckesson Drug Company
280 Dividend Road
Rocky Hill, CT 06067

LICENSE # MI0000166

DEA # PR0104593

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153357

**MC-WV-02149.115**



## State of West Virginia

### Board of Pharmacy
### WHOLESALE DRUG DISTRIBUTOR PERMIT

July 1, 2014 – June 30, 2015 – Date Issued: April 08, 2014

McKesson Corporation

280 Dividend Road
Rocky Hill, CT 06067

LICENSE #  WD0558409

DEA #

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153358

**MC-WV-02149.116**



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015

McKesson Corporation

dba McKesson Drug Company
280 Dividend Road
Rocky Hill, CT 06067

LICENSE # WD0558409

DEA # PR0104593

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153359

MC-WV-02149.117

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER





# State of West Virginia

## Board of Pharmacy

### WHOLESALE DRUG DISTRIBUTOR PERMIT

July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016

McKesson Corporation

dba McKesson Drug Company
280 Dividend Road
Rocky Hill, CT 06067

LICENSE # WD0558409

DEA # PR0104593

MCKMDL02153360

MC-WV-02149.118



# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017

**McKesson Corporation**

dba McKesson Drug Company
280 Dividend Road
Rocky Hill, CT 06067

LICENSE # WD0558409

DEA # PR0104593



# Board of Pharmacy
## CONTROLLED SUBSTANCE PERMIT

**July 1, 2014 - June 30, 2015 - Date Issued: April 24, 2014**

McKesson Corpoartion

dba McKesson Drug Company
9501 South Norwalk Blvd
Santa Fe Springs, CA 90670

LICENSE # MI0000185

DEA # PF0000012

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153362

**MC-WV-02149.120**



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2015 - June 30, 2016 - Date Issued: May 04, 2015

**McKesson Corpoartion**

dba McKesson Drug Company
9501 South Norwalk Blvd
Santa Fe Springs, CA 90670

LICENSE # MI0000185

DEA # PF0000012

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# State of West Virginia

## Board of Pharmacy

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2016 - June 30, 2017 - Date Issued: June 07, 2016**

**McKesson Corpoartion**

dba McKesson Drug Company
9501 South Norwalk Blvd
Santa Fe Springs, CA 90670

LICENSE # MI0000185

DEA # PF0000012

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2014 – June 30, 2015 – Date Issued: April 24, 2014**

### McKesson Corportation

dba McKesson Drug Company
9501 South Norwalk Blvd.
Santa Fe Springs, CA 90670

LICENSE # WD0557729

DEA # PF0000012

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**MC-WV-02149.123**



# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

**July 1, 2015 – June 30, 2016 – Date Issued: April 02, 2015**

McKesson Corportation

dba McKesson Drug Company
9501 South Norwalk Blvd.
Santa Fe Springs, CA 90670

LICENSE # WD0557729

DEA # PF0000012

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016

**McKesson Corportation**

dba McKesson Drug Company
9501 South Norwalk Blvd.
Santa Fe Springs, CA 90670

LICENSE #  WD0557729

DEA #  PF0000012

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153367

**MC-WV-02149.125**



# State of West Virginia

## Board of Pharmacy

### CONTROLLED SUBSTANCE PERMIT

July 1, 2014 - June 30, 2015 - Date Issued: April 29, 2014

**McKesson Corporation**

dba McKesson Drug Company
3775 Seaport Blvd
W. Sacramento, CA 95691

LICENSE # MI0000180

DEA # PM0021535

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.126

MCKMDL02153368



# State of West Virginia

# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2015 - June 30, 2016 - Date Issued: May 04, 2015

McKesson Corporation

dba McKesson Drug Company
3775 Seaport Blvd
W. Sacramento, CA 95691

LICENSE # MI0000180

DEA # PM0021535

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

July 1, 2016 - June 30, 2017 - Date Issued: June 07, 2016

**McKesson Corporation**

dba McKesson Drug Company
3775 Seaport Blvd
W. Sacramento, CA 95691

LICENSE # MI0000180

DEA # PM0021535

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



# Board of Pharmacy

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: May 30, 2017

**McKesson Corporation**

dba McKesson Drug Company
3775 Seaport Blvd
W. Sacramento, CA 95691

LICENSE # MI0000180

DEA # PM0021535

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153371

**MC-WV-02149.129**



# State of West Virginia

# Board of Pharmacy
## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2014 - June 30, 2015 - Date Issued: April 29, 2014

**McKesson Drug Company**

3775 Seaport Boulevard
West Sacramento, CA 95691-3472

LICENSE # WD0557905

DEA # PM0021535

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153372

**MC-WV-02149.130**



# State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2015 - June 30, 2016 - Date Issued: April 02, 2015

**McKesson Drug Company**

3775 Seaport Boulevard
West Sacramento, CA 95691-3472

LICENSE # WD0557905

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153373

**MC-WV-02149.131**



## Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT

### July 1, 2016 – June 30, 2017 – Date Issued: March 28, 2016

**McKesson Drug Company**

3775 Seaport Boulevard
West Sacramento, CA 95691-3472

LICENSE # WD0557905

DEA # PM0021535



## State of West Virginia

## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/8/2020**

**McKesson Corporation**
**McKesson Drug Company**

2975 Evergreen Drive
Duluth, GA 30096

LICENSE # WD0558773
DEA # PR0040357

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**MC-WV-02149.133**

MCKMDL02153375



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2019 - June 30, 2020 Date Issued: 5/29/2019**

### McKesson Corporation
### McKesson Drug Company

1995 McKesson Street Suite 101
Aurora, IL 60502

LICENSE # WD0558180
DEA # RM0380484

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153376

**MC-WV-02149.134**



## State of West Virginia

## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/22/2020**

**McKesson Corporation**
**McKesson Drug Company**

1995 McKesson Street Suite 101
Aurora, IL 60502

LICENSE # WD0558180
DEA # RM0380484

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153377

**MC-WV-02149.135**



## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/22/2020**

**McKesson Corporation**
**McKesson Drug Company**

38220 Plymouth Road
Livonia, MI 48150

LICENSE # WD0557675
DEA # PM0030849

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153378

**MC-WV-02149.136**



# State of West Virginia

## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/5/2020**

**McKesson Corporation**
**McKesson Drug Company**

4836 Southridge Blvd.
Memphis, TN 38141

LICENSE # WD0558130
DEA # PM0001951

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153379

**MC-WV-02149.137**



## State of West Virginia

## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/22/2020**

**McKesson Corporation**
**McKesson Drug Company**

10 Hudson Cross Dr.
Montgomery, NY 12549

LICENSE # WD0559864
DEA # RM0513401

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153380

**MC-WV-02149.138**



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/22/2020**

### McKesson Corporation
### McKesson Drug Company

2798 New Butler Road
New Castle, PA 16101

LICENSE # WD0557800
DEA # RM0258601

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.139

MCKMDL02153381



## State of West Virginia

## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/8/2020**

**McKesson Corporation**
**dba McKesson Drug Company**

8313 Polk Lane
Olive Branch, MS 38654

LICENSE # WD0558979
DEA # RM0421557

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**MC-WV-02149.140**



## State of West Virginia

## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/19/2020**

### McKesson Corporation
### McKesson Drug Company

9700 SW Commerce Circle
Wilsonville, OR 97070

LICENSE # WD0557669
DEA # PM0022929

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153383

**MC-WV-02149.141**



# State of West Virginia

## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/19/2020**

**Mckesson Corporation**
**dba Mckesson Drug Company**

3400 Fraser Street
Aurora, CO 80011

LICENSE # WD0559379
DEA # RM0354958

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153384

**MC-WV-02149.142**



## State of West Virginia

## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/22/2020**

### McKesson Corporation
### McKesson Drug Company

3775 Seaport Boulevard
West Sacramento, CA 95691

LICENSE # WD0557905
DEA # PM0021535

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153385

**MC-WV-02149.143**



# Board of Pharmacy

## *WHOLESALE DRUG DISTRIBUTOR PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

### July 1, 2019 – June 30, 2020 Date Issued: 5/29/2019

**McKesson Corportation**
**McKesson Drug Company**

9501 South Norwalk Blvd.
Santa Fe Springs, CA 90670

LICENSE # WD0557729
DEA # PF0000012

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153386

**MC-WV-02149.144**



## State of West Virginia

## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/22/2020**

**McKesson Corportation**
**McKesson Drug Company**

9501 South Norwalk Blvd.
Santa Fe Springs, CA 90670

LICENSE # WD0557729
DEA # PF0000012

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**MC-WV-02149.145**



# State of West Virginia

## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2019 - June 30, 2020 Date Issued: 5/29/2019**

**McKesson Corporation**
**McKesson Drug Company**

1 John Henry Drive
Robbinsville, NJ 08691

LICENSE # WD0559418

DEA # RM0456411

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MC-WV-02149.146



# State of West Virginia

## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/19/2020**

**McKesson Corporation**
**McKesson Drug Company**

McKesson Drug Company
10504 McKesson Drive
Ruther Glen, VA 22546

LICENSE # WD0558964
DEA # RM0424363

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
MC-WV-02149.147



# State of West Virginia

# Board of Pharmacy

## WHOLESALE DRUG DISTRIBUTOR PERMIT
## CONTROLLED SUBSTANCE PERMIT

July 1, 2019 - June 30, 2020 Date Issued: 5/29/2019

**McKesson Corporation**
**McKesson Drug Company**

McKesson Drug Company
10504 McKesson Drive
Ruther Glen, VA 22546
LICENSE # WD0558964
DEA # RM0424363

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153391

**MC-WV-02149.148**



## Board of Pharmacy

### *WHOLESALE DRUG DISTRIBUTOR PERMIT*
### *CONTROLLED SUBSTANCE PERMIT*

**July 1, 2020 - June 30, 2021 Date Issued: 6/22/2020**

**McKesson Corporation**
**McKesson Drug Company**

3000 Kenskill Avenue
Washington Ct. House, OH 43160

LICENSE # WD0557512
DEA # RM0220688

Schedule II
Schedule III
Schedule IV
Schedule V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL02153392

**MC-WV-02149.149**