

# State of West Virginia
# Board of Pharmacy

*WHOLESALE DRUG DISTRIBUTOR PERMIT*
*CONTROLLED SUBSTANCE PERMIT*

July 1, 2020 - June 30, 2021   Date Issued: 6/22/2020

**McKesson Corporation**
**McKesson Drug Company**

1 John Henry Drive
Robbinsville, NJ 08691

LICENSE # WD0559418
DEA # RM0456411

Schedule II
Schedule III
Schedule IV
Schedule V

MC-WV-02150

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        MCKMDL02153389

MC-WV-02150.1