

**U.S. DEPARTMENT OF JUSTICE ★ DRUG ENFORCEMENT ADMINISTRATION**

# DIVERSION CONTROL DIVISION

Population Summary | Registrants by Bus. Act. | Chemical Handlers | Qualifying Practitioners by State

## Registrant Population by State and Business Activity

You must select a State and Cycle then click the "View" button to insure you are viewing accurate figures.
Select "Totals" and a Cycle to view activities for all States.

WV - WEST VIRGINIA    08 - 2006    View

| BUSINESS ACTIVITIES FOR - WEST VIRGINIA | |
|---|---|
| | TOTALS |
| Pharmacy | 513 |
| Hospital/Clinic | 113 |
| Practitioner | 5,446 |
| Teaching Institute | 9 |
| Manufacturer | 2 |
| Distributor | 3 |
| Researcher | 34 |
| Analytical Lab | 9 |
| Importer | 0 |
| Exporter | 1 |
| Reverse Distributor | 0 |
| Mid-Level Practitioner | 910 |
| Maintenance | 0 |
| Detoxification | 0 |
| Narcotic Treatment Program Maintenance and Detoxification | 8 |
| Narcotic Treatment Program Compounder/Maintenance | 0 |
| Narcotic Treatment Program Compounder/Detoxification | 0 |
| Narcotic Treatment Program Compounder/Maintenance and Detoxification | 0 |

MC-WV-02183

MC-WV-02183.1