

**U.S. DEPARTMENT OF JUSTICE** ★ **DRUG ENFORCEMENT ADMINISTRATION**

# DIVERSION CONTROL DIVISION

Population Summary | Registrants by Bus. Act. | Chemical Handlers | Qualifying Practitioners by State

# Registrant Population by State and Business Activity

You must select a State and Cycle then click the "View" button
to insure you are viewing accurate figures.
Select "Totals" and a Cycle to view activities for all States.

WV - WEST VIRGINIA | 10 - 2015 | View

| BUSINESS ACTIVITIES FOR - WEST VIRGINIA | |
|---|---|
| | **TOTALS** |
| Pharmacy | 600 |
| Hospital/Clinic | 118 |
| Practitioner | 6,656 |
| Teaching Institute | 6 |
| Manufacturer | 3 |
| Distributor | 7 |
| Researcher | 77 |
| Analytical Lab | 7 |
| Importer | 3 |
| Exporter | 2 |
| Reverse Distributor | 0 |
| Mid-Level Practitioner | 2,023 |
| Maintenance | 1 |
| Detoxification | 0 |
| Narcotic Treatment Program Maintenance and Detoxification | 8 |
| Narcotic Treatment Program Compounder/Maintenance | 0 |
| Narcotic Treatment Program Compounder/Detoxification | 0 |
| Narcotic Treatment Program Compounder/Maintenance and Detoxification | 0 |

MC-WV-02197

MC-WV-02197.1