

# West Virginia Board of Medicine

## Mission
The West Virginia Board of Medicine is the state agency charged with protecting the health and safety of the public through licensure, regulation and oversight of medical doctors (MDs), podiatric physicians (DPMs), and collaborating physician assistants (PAs).

## Vision
We will be a national leader in innovative oversight of health professionals.

## Core Values
**Integrity** - Our actions are congruent with our words. We question actions inconsistent with our values.

**Public Protection** (Compliance) - We follow the law and achieve complete compliance to the rules, policies and procedures that have been established to safeguard the public and to regulate fairly the health care professionals we serve.

**Accountability** (Accuracy) - We believe we must ensure that information is exact and correct. Strong attention to detail and editing our work are essential.

**Trust** (Reliability & Respect) - We strive to earn the confidence of others. We demonstrate consistently strong performance with respect and dignity.

## At a Glance - "Vital Statistics"
Active licenses in WV as of July. 1, 2018:

    MD – 4,386 (total active 6,889)
    DPM – 83 (total active 116)
    PA – 974

## Staff
17 - Administration; Licensing, Certification and Renewals Division; and Investigation, Complaints and Compliance Division.

## Budget
- Total (FY 2018-19): $2,421,541
- Source: The West Virginia Board of Medicine is financially self-sufficient.
  - Licensing fees = 100% of Board budget
- ***No General Revenue Fund appropriations***
- Fines **returned** to General Revenue Fund (FY 2017-18): $18,750

## Priority Issue
For providers, the West Virginia Board of Medicine has adopted Guidelines for the Chronic Use of Opioid Analgesics in Patient Care. The guidelines are available on our website at www.wvbom.wv.gov.

The Board also has teamed up with the West Virginia Attorney General's Office and other organizations to tackle opioid use in high school athletics. With more than two million high school sports injuries reported each year, young athletes are particularly at risk.

- 28.2% used medical opioids at least once over a three-year period;
- 11% have used opioid medication for nonmedical reasons;
- Nearly 25% of students who chronically use prescription opioids also use heroin.

The most commonly prescribed opioid painkillers are oxycodone (OxyContin) and hydrocodone (Lortab and Vicodin).

The campaign emphasizes non-narcotic pain management options, including physical therapy, chiropractic care, massage therapy, acupuncture and over-the-counter medications. For more information, visit https://ago.wv.gov.

## General CME Requirements
- MDs and DPMs – min. 50 hours in preceding 2 years; include at least 30 hours in area(s) of specialty; min. 3 hours of drug diversion training and best practice prescribing of controlled substances
- PAs – min. 100 hours in preceding 2 years; min. 3 hours of drug diversion training and best practice prescribing of controlled substances

## Board Membership (Structure/Appointment)
- 16 members – 8 MDs, 2 DPMs, 2 PAs and 3 lay members, all appointed by the Governor, plus state health officer (ex officio).

## Board Time Commitment
- Board members average 14 hours bimonthly in meetings and preparation.
- Does not include travel or downtime in Charleston.
- Board meets at 9 a.m. on the 2nd Monday of January, March, May, July, September and November.
- Committees meet on Saturdays and Sundays preceding Monday board meetings.
- Special meetings and conference calls, as necessary.

## Committee Service (6 board committees):
- Complaint Committee
- Executive/Management Committee
- Legislative Committee
- Licensure Committee
- Personnel Committee
- Physician Assistant Committee

Committees include 3 to 8 board members.

## Fees
The below fees are based on a 2-year renewal cycle. The national average for initial licensing fees is $545 (based on a 2-year cycle).

| MDs & DPMs | Fees |
|---|---|
| Initial & Renewal License | $400 |
| Temporary License | $100 |
| Reinstatement (active) | $600 |
| Reinstatement (inactive) | $225 |

| PAs | Fees |
|---|---|
| Initial License | $250 |
| Renewal License | $150 |
| Reinstatement | $225 |
| Temporary License | $50 |
| Practice Agreements | $100 |

| Medical Corporations | Fees |
|---|---|
| Initial Filing Fee | $500 |
| Renewal (annual) | $250 |

| PLLCs | Fees |
|---|---|
| Initial Filing Fee | $100 |

*Among surrounding states, KY and MD have higher licensing fees than WV, based on a 2-year licensing cycle. Fees have not increased since May 2010. MDs also pay a $125 PICF fee.*

## Investigations
The Board receives an average of 190 complaints per year, many alleging multiple violations.

From 7/1/16 to 6/30/18, the Board:
- Received 380 complaints – 106 remained open/pending as of 6/30/18;
- Entered 58 Orders, Consent Orders or Amended Consent Orders regarding complaints against MDs, DPMs and PAs.
- Closed 216 complaints without Board action.



FY 2018-2019 Budget Allocations

- Personnel/Staff Salaries - 39%
- Goods and Services - 33%
- Employee Benefits - 11%
- Overhead (rent, utilities) - 8%
- Attorney General/Legal - 4%
- Board Expenses - 1%
- Travel - 2%
- Expert Witness Contracts - 2%

MC-WV-02221.1

MC-WV-02221