

# Drug Enforcement Administration Pharmaceutical Industry Conference

# Wholesale Distribution Diversion Control Program

# September 11, 2007

**Chris Zimmerman**

**Vice President - Corporate Security & Regulatory Affairs**

**AmerisourceBergen Corporation**

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

DEF-WV-00001.00001

ABDC001819
ABDCMDL00037184



DEF-WV-00001



# Regulatory Responsibility

Title 21 of the Code of Federal Regulations:

**1301.71(a)** - "All applicants and registrants shall provide **effective controls** and procedures to **guard against** theft and **diversion** of controlled substances."

Distributor Response: Develop policy to ….

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001820
ABDCMDL00037185

DEF-WV-00001.00002



# HOW?

Distributors usually implement policies that mirror the Code of Federal Regulations' requirements:

**1301.72  - Physical Security Controls** – vault / cage construction and alarm system requirements – No Problem

**1304 – Records and Reports of Registrants** – information, maintenance, and inventory requirements – No Problem

**1305 – Orders For Schedule I & II Controlled Substances** – ordering, filling, executing, and endorsing DEA Forms 222 – No Problem

**1301.74 – Other Security Controls** – make a good faith inquiry; report suspicious orders; report significant losses – gray area

- 3 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001821
ABDCMDL00037186

DEF-WV-00001.00003



# Regulatory Responsibility

Title 21 of the Code of Federal Regulations:

**1301.74(b)** - "The registrant shall design and operate a system to **disclose** to the registrant **suspicious orders** of controlled substances.  The registrant shall inform Field Diversion Office of the Administration in his area of suspicious orders **when discovered** by the registrant."

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001822
ABDCMDL00037187

DEF-WV-00001.00004



# Regulatory Responsibility

▶ Reporting suspicious orders to DEA does <u>NOT</u> relieve the distributor of the responsibility to maintain effective controls to prevent diversion.

▶ DEA cannot / will not tell a distributor:
- – if an order is or is not legitimate; and/or
- – if the distributor should or should not ship an order

▶ Distributor must make a "business" decision whether or not to ship the order.

- 5 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001823
ABDCMDL00037188

DEF-WV-00001.00005



# ABC's Diversion Control Program

▸ **"Know Your Customer" Due Diligence**

▸ **Order Monitoring Program (OMP)**

▸ **Investigations**

▸ **Education and Training**

- 6 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001824
ABDCMDL00037189

DEF-WV-00001.00006



# New Customer Due Diligence

▸ "Know Your Customer" Due Diligence investigations completed on all new Retail and Wholesale Accounts.
  – Retail chain pharmacies are exempted.

▸ Included in New Account Setup Process
  – New Account Questionnaire
  – On-site visit includes photographs inside and out (or physical description of premises)

- 7 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001825
ABDCMDL00037190

DEF-WV-00001.00007



# New Customer Due Diligence

▶ Monthly Sales Limits
  – All new accounts set at the lowest threshold level for DEA business type in ABC's Order Monitoring Program (OMP)

▶ "Do Not Ship" List
  – Customers to whom ABC has ceased distribution to due to suspicious activity
  – Other sources

- 8 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001826
ABDCMDL00037191

DEF-WV-00001.00008



# Order Monitoring Program (OMP)

▸ The Controlled Substances/Listed Chemicals Order Monitoring Program (OMP) was developed to identify suspicious orders and purchasing trends.

▸ Historically Controlled Substance / Listed Chemical order monitoring has been based on a **ship and report** process.

▸ ABC's OMP process is now based on: identify, capture, investigate, and report suspicious orders; all **prior to shipment**.

- 9 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001827
ABDCMDL00037192

**DEF-WV-00001.00009**



# OMP Customer Account Type and Size

▸ Each Customer is classified by "Customer Type," which represents how the customer is registered with DEA.
- Hospital/Clinic, Retail Pharmacy, Distributor, etc.
- This value is loaded using the NTIS Database synch process.

▸ Each customer is then categorized by "Customer Size" based upon average revenue relative to its peers in the same "Customer Type."

- 10 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001828
ABDCMDL00037193

DEF-WV-00001.00010



# OMP Item Family and Threshold

▸ All controlled substance and listed chemical products are grouped into item "families" based upon the drug's active ingredient, which has a corresponding Generic Code Number (GCN).

▸ The OMP will combine all sales of items within the same GCN family (e.g., hydrocodone / vicodin; oxycodone / percocet; Alprazolam / Xanax), for each customer.

- 11 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001829
ABDCMDL00037194

DEF-WV-00001.00011



# OMP Item Family and Threshold

▸ Item threshold levels are established from accumulated monthly sales for all customers based on item family, DEA type, and customer size.

▸ A customer's threshold level is initially set by item family based on the customer's DEA type and customer size.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001830
ABDCMDL00037195

DEF-WV-00001.00012



# OMP Order Processing

▶ A customer's incoming orders are accumulated by item family, and the total item family order quantity is applied to the predetermined Item family monthly threshold.

▶ If the order quantity falls below the Item family threshold, the order will process normally.

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001831
ABDCMDL00037196

**DEF-WV-00001.00013**



# OMP Order Processing

▸ If the order quantity goes over the item family threshold, the order will be placed into "OMP Review."

▸ All subsequent orders within the same item family will be rejected while an item within the same family is under review.

▸ Each distribution center (DC) is responsible for initial review of all orders in OMP Review.

   – If the DC can determine the order is not suspicious, the DC will release the order.

   – If the DC is unsure, the order will be flagged to be investigated by Corporate (CSRA).

- 14 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001832
ABDCMDL00037197

DEF-WV-00001.00014



# OMP Order Processing

▶ All OMP orders that the DC released, as well as those flagged for CSRA Review, are sent to CSRA each morning.

▶ Based upon information available to CSRA, flagged orders will either be released or placed in "Investigate" status.

▶ All orders placed into Investigate status are electronically reported to DEA on a daily basis.

- 15 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001833
ABDCMDL00037198

DEF-WV-00001.00015



# OMP Order Processing

▸ CSRA conducts the investigation and will notify the distribution center of the final disposition of the order (release or cancel).

▸ CSRA will also determine if any permanent action needs to be taken with the customer.

– Customers who have legitimate needs will have their size or threshold levels increased.

– Customers with continued suspicious ordering patterns may have their ability to order control substances effected.

- 16 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001834
ABDCMDL00037199

DEF-WV-00001.00016



## Order Monitoring Process
## (OMP)





Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001835
ABDCMDL00037200

DEF-WV-00001.00017



- 18 -
Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001836
ABDCMDL00037201

DEF-WV-00001.00018



# Order Monitoring Program (OMP)

▶ A Distributor can't solely rely on computer systems and programs to prevent diversion.

▶ All employees have a role and responsibility in a successful Order Monitoring Program:

- – Sales
- – Procurement
- – Management (DC / HQ)
- – Order fillers
- – Customer service
- – IT

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001837
ABDCMDL00037202

DEF-WV-00001.00019



# Investigations

▶ Sources of Investigations
  – Order Monitoring Program (OMP)
  – Monthly Customer Product Mix Report
  – Notification by DEA
  – Notification by ABC DC

▶ Typical Investigation Process
  – One-year purchase history
  – On-site inspection
  – **CSRA Form 590c Retail Pharmacy Verification Checklist**

▶ Decision
  – Cease distribution of CS/LC to customer
  – Customer Sign applicable compliance agreement

Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001838
ABDCMDL00037203

DEF-WV-00001.00020



# Education and Training

▸ All appropriate associates are trained on ABC's Diversion Control Program

▸   ABC also holds training and educational courses for its customers and vendors regarding this subject matter.



Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001839
ABDCMDL00037204

DEF-WV-00001.00021





Copyright 2007 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001840
ABDCMDL00037205

DEF-WV-00001.00022