

# Drug Enforcement Administration Pharmaceutical Industry Conference

# A Wholesale Distribution Diversion Control Program

# October 15, 2009

Chris Zimmerman
Vice President - Corporate Security & Regulatory Affairs
AmerisourceBergen Corporation

Copyright 2009 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001841
ABDCMDL00037206

DEF-WV-00002.00001





# Regulatory Responsibility

Title 21 of the Code of Federal Regulations:

**1301.71(a)** - "All applicants and registrants shall provide **effective controls** and procedures to **guard against** theft and **diversion** of controlled substances."

Distributor Response: Develop policy to ….

Copyright 2009 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001842
ABDCMDL00037207

DEF-WV-00002.00002



# ABC's Diversion Control Program

▸ Prior to June 2007

▸ After June 2007

▸ September 2007 – ABC Presentation to the DEA Pharmaceutical Industry Conference, Houston TX

▸ October 2009

Copyright 2009 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001843
ABDCMDL00037208

DEF-WV-00002.00003



# ABC's Diversion Control Program

- "Know Your Customer" Due Diligence

- Order Monitoring Program (OMP)

- Investigations

- Education and Training

Copyright 2009 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001844
ABDCMDL00037209

DEF-WV-00002.00004

![AmerisourceBergen]

## New Customer Due Diligence

- 2007 – 438
- 2008 – 929
- 2009 – 1,356

Number includes review of existing customers.

## Suspicious Order Monitoring Investigations

- 2007 – 483
- 2008 – 822
- 2009 – 1,453



Copyright 2009 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001845
ABDCMDL00037210

DEF-WV-00002.00005

# AmerisourceBergen

**Order Lines Reviewed**

- **2007 – 40,000**
- **2008 – 36,000**
- **2009 – 25,686**

**Suspicious Orders (Lines) Reported**

- **2007 – 1,393**
- **2008 – 1,858**
- **2009 – 2,322**

**Line Items Received**

**On average ABC processes about 215,000,000 lines per year**



Copyright 2009 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001846
ABDCMDL00037211

DEF-WV-00002.00006



# Internal Departmental Changes

- A dedicated Diversion Control staff, consisting of a manager, two diversion investigators, and one investigator/analyst was implemented.

- This staff was given the responsibility for the Order Monitoring Program, Suspicious Order Investigations, New Customer Due Diligence Investigations, targeted pharmacy visits, trending reports, and customer and employee/customer education.

- On a monthly basis, the diversion control staff reviews about 3,000 orders.

- Approximately 6% or 180 orders per month are investigated and subsequently reported to the DEA as suspicious orders. These orders are not shipped.

Copyright 2009 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001847
ABDCMDL00037212

DEF-WV-00002.00007



# Diversion Control – An Ever Evolving Program

| Then | Now |
|---|---|
| ▸ No dedicated DC staff | ▸ Manager, 2 investigators, analyst |
| ▸ 2 page questionnaire | ▸ 5 page questionnaire |
| ▸ Basic due diligence | ▸ Enhanced due diligence |
| ▸ Hydrocodone and Alprazolam | ▸ High risk CS / Tramadol & Soma |
| ▸ Internet sales | ▸ Pain Management / Dispensing docs |
| ▸ Limited interaction with pharmacy | ▸ Regular interaction with pharmacy |
| ▸ Few compliance specific visits | ▸ Regular compliance specific visits |
| ▸ Limited guidance provided | ▸ Model Policies & Procedures |

Copyright 2009 – AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001848
ABDCMDL00037213

DEF-WV-00002.00008





Copyright 2009 - AmerisourceBergen - Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABDC001849
ABDCMDL00037214

DEF-WV-00002.00009