AMENDED 6-26-2007

# WEST VIRGINIA DEPARTMENT OF HEALTH & HUMAN RESOURCES
## BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION
## PHYSICIANS / MEDICAL EXAMINER'S CERTIFICATE OF DEATH
ROOM 165, 350 CAPITOL STREET, CHARLESTON, WV 25301

008309
933
STATE FILE NUMBER
800128480

TYPE/PRINT IN PERMANENT BLACK INK

Redacted

NAME OF DECEDENT For use by physician or institution

44

**DECEDENT**

1 DECEDENT'S NAME (First, Middle, Last): Redacted
2 SEX: M
3 DATE OF DEATH (Month, Day, Year): 5/25/2007
4 SOCIAL SECURITY NUMBER: Redacted
5a AGE-Last Birthday (Years): 27
5b UNDER 1 YEAR: Months / Days
5c UNDER 1 DAY: Hours / Minutes
6 DATE OF BIRTH (Month, Day, Year): Redacted
7 BIRTHPLACE (City and State or Foreign Country): Huntington, WV
8 WAS DECEDENT EVER IN US ARMED FORCES? (Yes or no): No
9a PLACE OF DEATH (Check only one; see instructions on other side): HOSPITAL ☐ Inpatient ☐ ER/Outpatient ☐ DOA; OTHER ☐ Nursing Home ☑ Residence ☐ Other (Specify)
9b FACILITY NAME (If not institution, give street and number): Redacted
9c CITY, TOWN, OR LOCATION OF DEATH: Huntington
9d COUNTY OF DEATH: Cabell
10 MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify): Married
11 SURVIVING SPOUSE (If wife, give maiden name): Redacted
12a DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.): Tree Trimmer 720
12b KIND OF BUSINESS/INDUSTRY: Asplundh Tree Co. 777
13a RESIDENCE—STATE: W.V.
13b COUNTY: Cabell
13c CITY, TOWN, OR LOCATION: Huntington
13d STREET AND NUMBER: Redacted
13e INSIDE CITY LIMITS? (Yes or no): Yes
13f ZIP CODE: 25701
14 WAS DECEDENT OF HISPANIC ORIGIN? (Specify No or Yes—If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☐ No ☐ Yes Specify: no
15 RACE—American Indian, Black, White, etc. (Specify): White
16 DECEDENT'S EDUCATION (Specify only highest grade completed): 16A Elementary/Secondary (0-12): 9th; 16B College (1-4 or 5+):

**PARENTS**

17 FATHER'S NAME (First, Middle, Last): Redacted
18 MOTHER'S NAME (First, Middle, Maiden Surname): Redacted

**INFORMANT**

19a INFORMANT'S NAME (Type/Print): Redacted
19b MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code): Redacted

**DISPOSITION**

20a METHOD OF DISPOSITION: ☑ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify)
20b PLACE OF DISPOSITION (Name of cemetery, crematory, or other place): Warricks Cemetery
20c LOCATION—City or Town, State: Ranger, W.V.
21 SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH: [signature] Jimmy Shane Koontz
22 NAME AND ADDRESS OF FACILITY: Koontz Funeral Home, PO Box 416 Hamlin, W.V.

**PRONOUNCING PHYSICIAN ONLY**

Complete items 23a-b only when certifying physician is not available at time of death to certify cause of death
23a To the best of my knowledge death occurred at the time, date and place stated
Signature and Title ▶
23b DATE SIGNED (Month, Day, Year)

ITEMS 24-26 MUST BE COMPLETED BY PERSON WHO PRONOUNCES DEATH

24 TIME OF DEATH: Late PM
25 DATE PRONOUNCED DEAD (Month, Day, Year): 5/25/07
26 WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? (Yes or no): Yes 07-549

**CAUSE OF DEATH**

27 PART I Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. Morphine intoxication — Approximate Interval Between Onset and Death: Minutes
DUE TO (OR AS A CONSEQUENCE OF):
Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST
b.
DUE TO (OR AS A CONSEQUENCE OF):
c.
DUE TO (OR AS A CONSEQUENCE OF):
d.

PART II Other significant conditions contributing to death but not resulting in the underlying cause given in Part I
28a WAS AN AUTOPSY PERFORMED? (Yes or no): Yes
28b WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or no): Yes

29 MANNER OF DEATH: ☐ Natural ☒ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be Determined
30a DATE OF INJURY (Month, Day, Year): 5-25-2007
30b TIME OF INJURY: Late P. M
30c INJURY AT WORK? (Yes or No): No
30d DESCRIBE HOW INJURY OCCURRED: Injected illicit narcotic
30e PLACE OF INJURY — At home, farm, street, factory, office building, etc. (Specify): Home
30f LOCATION (Street and Number or Rural Route Number, City or Town, State): Redacted

**CERTIFIER**

31a CERTIFIER (Check only one)
☐ CERTIFYING PHYSICIAN (Physician certifying cause of death when another physician has pronounced death and completed item 23) To the best of my knowledge, death occurred due to the cause(s) and manner as stated
☐ PRONOUNCING AND CERTIFYING PHYSICIAN (Physician both pronouncing death and certifying to cause of death) To the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) and manner as stated
☑ MEDICAL EXAMINER/CORONER On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and manner as stated
31b SIGNATURE AND TITLE OF CERTIFIER: [signature] Chief Medical Examiner
31c DATE SIGNED (Month, Day, Year): 5/26/07
32 NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 27) (Type/Print): James A. Kaplan, M.D. 619 Virginia St., W. Charleston, WV 25302

**REGISTRAR**

33 REGISTRAR'S SIGNATURE: [signature]
34 DATE FILED (Month, Day, Year): JUN - 1 2007

Form VS-002 (Rev. 6/92)

DEF-WV-00131-A.1

DEF-WV-00131-A

COUNTY