# FY 2018 West Virginia
# Justice Assistance Grant Program
# Task Force Application Forms

**\*\*The JAG application has adopted a format which bases all applications on specific program types/abstracts. All units of state or local government are eligible to apply, providing that their program/application falls under one of the Abstracts included in the application packet.**



CONFIDENTIAL

**DEF-WV-00274.00001**

CCWVPD_0006873



| **West Virginia Justice Assistance Grant Program Application** | **General Administrative Information Page 1** |
|---|---|

| ***Applicant Agency:*** Cabell County Commission | ***Task Force Commander:*** SA Jeffrey Youngblood |
|---|---|
| **Address:** 750 5th Avenue, Suite 300 Huntington, WV 25701 [ FORMTEXT ] | **Address:** P.O. Box 2947 Huntington, WV 25729 [ FORMTEXT ] |
| **Phone:** 304-526-8634 | **Phone:** 304-526-3963 |
| **Fax Number:** 304-526-8648 | **Email:** jayoungblood@fbi.gov |

| ***Project Director:*** Allen D. Davis II | ***Fiscal Officer:*** Rosann Brooks |
|---|---|
| **PD Title:** Supervisory Special Agent | **FO Title:** Executive Assistant |
| **Address:** 1108 Third Avenue Suite 400 Huntington, WV 25701 | **Address:** P.O. Box 2114 Huntington, WV 25721 [ FORMTEXT ] |
| **Phone:** 304-526-3960 | **Phone:** 304-526-8663 |
| **Fax:** 304-526-3979 | **Fax:** 304-526-8649 |
| **Email:** addavis@fbi.gov | **Email:** rbrooks@cabellcounty.org |

**Funds Requested**: <u>**$75,000**</u>      **Amount Awarded:**

**Match Proposed:** <u>**$25,000**</u>      *(for DJCS use only)*

**Project Period:** July 1, 2018 – June 30, 2019

**Number of years previously funded**: <u>11+</u>      **Estimated Number to be Served:** <u>251,426</u>

**Geographic Area(s) Served:** : WV counties of Cabell, Wayne, Lincoln, Mingo, Mason, Logan

**Total Population:** <u>251,426</u>

**DUNS Number:** <u>076823921</u>

**FEIN Number:** <u>55-600-0305</u>

**Project Title:** <u>Huntington Violent Crime/Drug Task Force</u>

**Project Description:** Continue the operation and drug enforcement efforts of a multi-jurisdictional, multi-agency drug task force by funding for reimbursement of salaries for three task force officers.

*Certification: To the best of my knowledge, the information contained in this application is true and correct. The submission thereof has been duly authorized by the governing body and the applicant will comply with the attached special conditions and assurances, if funding is provided.*

| **Authorized Official:** Bob Bailey | **AO Title:** President, Cabell County Commission |
|---|---|
| Address: 750 5th Avenue, Suite 300 Huntington, WV 25701 [ FORMTEXT ] | Phone: 304-526-8634 Fax:   304-526-8648 E-Mail: bbailey@cabellcounty.org |
| Signature: | Date: |

| West Virginia Justice Assistance Grant Program Application | Budget Summary Page 2 |
|---|---|

| Applicant: **Cabell County Commission** | FEIN Number: **55-600-0305** |
|---|---|

| Budget Category | WV JAG Requested Funds (A) | Local (Match) Funds (B) | Total Budget (A + B) |
|---|---|---|---|
| Personnel/Contractual | $75,000.00 | $25,000.00 | $100,000.00 |
| Travel/Training | [ FORMTEXT ] | [ FORMTEXT ] | [ FORMTEXT ] |
| Equipment | [ FORMTEXT ] | [ FORMTEXT ] | [ FORMTEXT ] |
| Other | [ FORMTEXT ] | [ FORMTEXT ] | [ FORMTEXT ] |
| Totals | $75,000.00 | $25,000.00 | $100,000.00 |

*All funds __must__ be rounded to the nearest whole dollar amount*

Funding Strategy

| Funding Source(s) | Amount | Status |
|---|---|---|
| JAG Grant Funds | $75,000.00 | A |
| Local (match) Funds | $25,000.00 | C |
| [ FORMTEXT ] | [ FORMTEXT ] | [ FORMTEXT ] |
| [ FORMTEXT ] | [ FORMTEXT ] | [ FORMTEXT ] |
| [ FORMTEXT ] | [ FORMTEXT ] | [ FORMTEXT ] |
| [ FORMTEXT ] | [ FORMTEXT ] | [ FORMTEXT ] |
| [ FORMTEXT ] | [ FORMTEXT ] | [ FORMTEXT ] |
| Total | [ FORMTEXT ] | |

Funding Source - Separately list each source of funds that will be used in the program.

Amount - Enter the amount received or anticipated for each

Status - Indicate the status of each funding source as follows:

P – Projected grant, loan or donation
A – Application submitted and under review
C – Funds Committed
R – Funds received, appropriated or on hand

CONFIDENTIAL

CCWVPD_0006875

DEF-WV-00274.00003

| West Virginia Justice Assistance Grant Program Application | Budget Detail Page 3 |
| --- | --- |

| Detailed Project Cost by Budget Category | Requested JAG Funds | Local Funds Utilized | Grant Funds Approved |
| --- | --- | --- | --- |
| **Personnel / Contractual:** Two (2) Cabell County Sheriff's Department Deputy positions for the HVC/DTF | $50,000.00 | $16,667.00 | (DJCS Use Only) |
| Barboursville Police Department Officer for the HVC/DTF | $25,000.00 | $8,333.00 | |
| **Travel / Training:** [ FORMTEXT ] | [ FORMTEXT ] | [ FORMTEXT ] | |
| **Equipment ($1,000/unit):** [ FORMTEXT ] | [ FORMTEXT ] | [ FORMTEXT ] | |
| **Other:** [ FORMTEXT ] | | | |
| Total Requested JAG Funds | **$75,000.00** | | |
| Total Local Matching Funds | | **$25,000.00** | |
| Total Funds APPROVED for Project | | | (For DJCS Only) |

CONFIDENTIAL

DEF-WV-00274.00004

| **West Virginia Justice Assistance Grant Program Application** | **Budget Justification Page 4** |
|---|---|

Provide specific information that explains <u>each proposed expense</u> for the project.  State clearly and in concise detail the <u>breakdown and justification of need for each item</u> requested for funding in the Budget Detail pages.  Also, provide an identified breakdown of matching funds.  <u>Be sure to label the breakdown of matching funds as such.</u>  Attach additional pages if necessary.

Personnel/Contractual

|  | Grant Funds<br>Requested | Cash Match<br>Estimates | Total |
|---|---|---|---|
| Salary reimbursement for a Cabell County Sheriff's Department deputy position for the HVC/DTF (32.6% of total salary & benefits is requested through JAG funding)<br>FICA          7.65%<br>Workers Comp     2.1%<br>Unemployment     .7%<br>Insurance        43.6%<br>Retirement       12% | $25,000.00 | $8,334.00 | $33,334.00 |
| Salary reimbursement for a Second Cabell County Sheriff's Department deputy position for the HVC/DTF (32.6% of total salary & benefits is requested through JAG funding)<br>FICA          7.65%<br>Workers Comp     2.1%<br>Unemployment     .7%<br>Insurance        43.6%<br>Retirement       12% | $25,000.00 | $8,333.00 | $33,333.00 |
| Salary reimbursement for a Barboursville Police Department officer position for the HVC/DTF (46% of total salary & benefits is requested through JAG funding)<br>FICA          7.65%<br>Workers Comp     5%<br>Insurance        46.3%<br>Retirement       10% | $25,000.00 | $8,333.00 | $33,333.00 |
| Total Personnel/Contractual  costs for reimbursement: | $75,000.00 | $25,000.00 | $100,000.00 |

| West Virginia Justice Assistance Grant Program Application | Budget Justification Page 4 |
|---|---|

Total Personnel/Contractual Grant Funds Requested = $75,000.00

Funding for the salary reimbursements of Cabell County sheriff's deputies and a Barboursville police officer for the Huntington Violent Crime/Drug Task Force (HVC/DTF) is needed so the Cabell County Sheriff's Department (CCSD) and Barboursville Police Department (BPD) can each continue to assign deputies and officers full-time to the HVC/DTF to assist in the task force's efforts to reduce and combat the amount of illegal drugs coming into, and being distributed, in the HVC/DTF's area of responsibility.  Since the CCSD and BPD are smaller agencies, funding from the JAG for the backfilling of the positions vacated by the deputies' and officer who are assigned to the HVC/DTF will allow for the continued involvement of the CCSD and BPD in the HVC/DTF while maintaining a sufficient number of deputies and officers to provide for patrol and other functions.  This year, the HVC/DTF is again requesting funding for the salary reimbursement of the second CCSD sheriff's deputy who is assigned to the HVC/DTF.  In past years, the CCSD has assigned two, and occasionally three, deputies to the HVC/DTF on a full-time basis.  To help ease the financial burden on the CCSD (which is a smaller agency) for committing that amount of personnel resources to the HVC/DTF, this funding for the salary reimbursement of a second sheriff's deputy is being requested again.  It would be a great benefit to the HVC/DTF for the CCSD to be able to continue to commit those personnel resources to assist in the HVC/DTF's efforts.  A lack of the JAG funding could lead to a reduction in the number of Task Force Officers (TFOs) assigned to the HVC/DTF, thereby reducing the HVC/DTF's capabilities and effectiveness in the fight against illegal drugs in our area.

CCWVPD_0006878

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

Please provide information that describes the proposed project. State clearly and in concise detail the purpose and direction of the project, including all components described in the project narrative section of the application instructions. **All components must be addressed in the order listed in the instructions.** Attach additional pages if necessary and label additional pages as 5a, 5b, 5c, etc. **PLEASE SEE ABSTRACT.**

A. **PROBLEM STATEMENT**

While the Huntington Violent Crime/Drug Task Force (HVC/DTF) successfully accomplished its established goals during the previous grant period, the ongoing problems of illegal distribution and use of controlled substances, illegal diversion of prescription pharmaceutical drugs, and drug-related violent crime persists throughout the region. The HVC/DTF has significantly and repeatedly disrupted multiple drug trafficking organizations (DTOs) and gangs, yet the organizations and their criminal activity continue to threaten the tri-state region and present a significant challenge to law enforcement.

For many years, there has been a strong market for illegal drugs in the tri-state area. There are numerous customers to whom drug dealers are able to distribute a variety of illegal substances and diverted pharmaceutical drugs. The Huntington, West Virginia (WV) area is a well-known drug distribution hub for the region, which has resulted in a deterioration of the area with increased slum and blighting conditions. Much of the HVC/DTF's area of responsibility has seen a significant increase in the illegal use and distribution of heroin and fentanyl along with Mexican methamphetamine. The distribution of prescription pills by DTOs seems to have decreased somewhat. Distribution of cocaine, cocaine base, marijuana, and other illegal narcotics seems consistent. Heroin, fentanyl, and Mexican methamphetamine are the most pressing drug problems in the HVC/DTF's area.

The HVC/DTF has made strides in reducing drugs and violent crime in the area in recent years. Despite those efforts, beginning in about 2011, due to focused efforts to reduce the abuse of prescription medications, heroin quickly emerged as the replacement drug for addicts. Limited law enforcement resources and an overwhelming influx of drug dealers and associates has resulted in an epidemic. Though efforts in reducing the import and sale of heroin in the tri-state area have been somewhat successful, the problem has persisted and still requires aggressive targeting by the HVC/DTF. In addition, the reduction of heroin market has led to an influx of Mexican methamphetamine.

The financial reward of distributing heroin or methamphetamine in Huntington is extremely appealing to DTO members as these drugs may sell for up to five times the value in Huntington as it does in a larger city such as Detroit, Michigan (MI). Huntington also offers traffickers less violence and less competition than they experience in Detroit where street gangs battle for territory and a greater share of the drug market. Exacerbating the heroin epidemic is the presence of

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

fentanyl and carfentanil, powerful synthetic opioids that have been associated with numerous overdoses in the region.  Fentanyl is an opioid analgesic that is 50 to 100 times more powerful than morphine.  Carfentanil, an animal tranquilizer and analog of fentanyl, is as many as 10,000 times more powerful than morphine. Exposure to a few grains of carfentanil can cause a fatal overdose. Many DTOs are adding fentanyl and carfentanil to heroin in order to produce a larger quantity of drugs to sell.  Fentanyl is also being sold in the region in pure form, with little or no presence of heroin.  Liquid fentanyl, intended for apparent medicinal purposes for use in hospitals, has been seized in search locations. Numerous recent drug overdoses in the region have been due to the presence of fentanyl and carfentanil in heroin.

While methamphetamine use has been on the rise, and is the predominant illegal drug in other parts of the region, the trafficking of heroin and pills from Michigan and Ohio continues to be the most significant drug threat to the Cabell County area and its residents.

Cocaine, cocaine base (commonly known as 'crack'), and marijuana continue to be widely distributed in the region.  The diversion and illegal distribution of pharmaceuticals, particularly oxycodone, remain problems in the HVC/DTF's area as well.  Detroit continues to be a major source city of illegally-controlled substances for the area covered by the HVC/DTF.  Huntington has often been referred to as "Little Detroit" due to its large population of former Detroit-based heroin traffickers.  Huntington is a destination city known to and utilized by violent DTOs and gang members who come from Detroit, and elsewhere, to establish heroin distribution points in other parts of the region. The HVC/DTF continues to see an influx of gang members from the Detroit area.

Some factors that bring legitimate businesses and residents to the area also continue to provide incentives for DTOs and gang member to relocate to the tri-state region.  Some of those factors include: the numerous highways that run directly through Huntington and the southern portion of West Virginia; several hotels and motels that are visible from the interstate and which frequently serve as meeting and distribution locations for drug traffickers; and, despite the interstate jurisdiction of the HVC/DTF, drug traffickers continue to come from Ohio and Michigan to our region where they believe they can better avoid detection and indictment in a Federal conspiracy investigation.

Even though it is not as prevalent here as it is in Detroit or other larger cities, the competition that still exists or arises between rival drug dealers, gangs, and/or DTOs often results in violence occurring between these groups.  In the past, it has been seen that these drug-related disputes have led to multiple shooting incidents in the Huntington area alone and those types of violent incidents have continued to occur in this area recently.  Many people in the areas where these organizations operate are victimized by this aggressive behavior, including

CCWVPD_0006880

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

residents who are unaffiliated with the drug dealers and organizations. Many of the law enforcement agencies in the HVC/DTF's area are small, with few resources and limited manpower to address the overwhelming illegal drug problem. The HVC/DTF is able to assist these smaller agencies and areas with combating the drug and violent crime problems by utilizing a coordinated effort to bring additional resources such as manpower, funding, and equipment, as well as experience and expertise, to drug investigations which facilitates and promotes the disruption and dismantlement of these complicated criminal enterprises.

The method used to evaluate the continuing need in our area for the services of the HVC/DTF to combat the drug epidemic has been the continual process of gathering information and intelligence regarding the type of illegal drug distribution activities that are occurring throughout the region. The HVC/DTF continued to do this by interviewing and debriefing subjects at all levels of the criminal enterprises who are involved in drug trafficking activity; obtaining evidence through drug investigations conducted by the HVC/DTF; receiving information from other law enforcement agencies, communities, and residents concerning the drug problems in their areas; as well as collecting information widely reported in media and other outlets about various drug problems in our region. Frequently, upon reading a newspaper article or watching news broadcasts in the area, one can see the extent of the drug problem in our communities, as it is so often present in these news reports. All of this information suggests that the problem of illegal drug distribution and use remains a significant problem and concern to the communities we serve.

The primary population to be served by the HVC/DTF will continue to be the residents of the counties in the area of responsibility covered by the HVC/DTF, namely Cabell, Lincoln, Logan, Mason, Mingo, and Wayne. Many of the residents in these regions are victimized by, and plagued with, a variety of problems and criminal activity stemming from the use and distribution of controlled substances in and around their communities. Residents of this region need to be relieved from the violence, property crimes, and blight brought to their neighborhoods by the illegal drug problems that exist there. Additionally, the HVC/DTF has two members of the Kentucky State Police and one member of the Ashland Police Department who assist with investigations that cross over into eastern Kentucky. As the current drug crisis is regional in nature, being able to target drug distribution networks throughout the region is critical. As some of the drug supply routes flow into Kentucky from the Huntington area, or into West Virginia from eastern Kentucky, being able to efficiently conduct investigations across the state border is not only helpful but critical to effectively combating the drug crisis.

Despite the HVC/DTF's significant and repeated disruptions to many DTOs and gangs, along with continued efforts of many law enforcement agencies and

DEF-WV-00274.00009

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

others in the HVC/DTF's area of responsibility, the problems of the illegal distribution and use of controlled substances, the illegal diversion of prescription pharmaceutical drugs, and drug-related violent crime remain major problems for area residents and significant challenges for the various law enforcement agencies in those areas. With the economic hardships that many of the law enforcement agencies in this area continue to address, including fewer resources and limited manpower to address the overwhelming illegal drug problem, the continued work of the HVC/DTF is more essential than ever. The HVC/DTF remains able to assist other law enforcement agencies and underserved areas in combating the drug and violent crime problem by utilizing a coordinated effort to bring additional resources such as manpower, funding, and equipment, as well as experience and expertise in drug investigations and techniques, to these regions. The HVC/DTF's resources and experience add tremendous value to the region's law enforcement anti-drug capability, effectively disrupting and dismantling DTOs that are affecting those areas.

B. **PROGRAM DESCRIPTION AND/OR SOLUTION TO THE PROBLEM**

By way of background, the HVC/DTF is a multi-jurisdictional, multi-agency enforcement effort designed to combat drugs and violent crime activity in Huntington, WV, as well as other communities and counties in West Virginia. The HVC/DTF has effectively executed this mission for the past 25 years. The HVC/DTF is coordinated by the FBI and made up of officers from the Huntington and Barboursville Police Departments, the Cabell County Sheriff's Department, the West Virginia State Police, the Kentucky State Police, and the Ashland Police Department. The FBI has a substantial commitment to the HVC/DTF to which it provides numerous resources. Those resources include workspaces and equipment, personnel, funding, oversight, and supervision. Numerous other state, local, and federal agencies also collaborate with the HVC/DTF in fulfilling its mission. Since 1992, this organization has brought a professional and coordinated effort in combating crime to the law enforcement community. Since its inception, the HVC/DTF has been, and remains, tremendously successful in its fight against drugs and violent crime. Countless convictions and very lengthy prison sentences, as well as significant seizures of drugs and assets resulting from HVC/DTF investigations, have led to the dismantlement of many DTOs. The JAG grant has historically played a very significant role in supporting the efforts of the HVC/DTF by funding backfill positions, overtime, vehicles, and equipment. As many law enforcement organizations today face increasingly tight budgetary conditions, the importance of the three funded investigator positions requested cannot be overstated. Some police agencies who are directly affected by the drug crisis in the tri-state area cannot afford to commit their limited personnel resources without some type of financial assistance. The loss of these positions would harm the HVC/DTF by reducing its ability to effectively carry out its mission, potentially placing the public at additional risk of harm.

CONFIDENTIAL

DEF-WV-00274.00010

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

As it has done so effectively for many prior years, the HVC/DTF will continue to address the seemingly never-ending problems of the illegal distribution of controlled substances, the illegal diversion of prescription pharmaceutical drugs, and the violent crime associated with this activity in several ways.  HVC/DTF officers will continue to utilize a variety of proven and effective investigative techniques to identify and target gang and DTO members involved in drug distribution activities and will develop evidence of criminal offenses committed by these subjects, leading to their arrest and prosecution.  The HVC/DTF will also seek new and innovative tactics and techniques to continue to combat this problem.  It has been repeatedly demonstrated that a close working relationship and partnership between a drug task force and the prosecutor's office is vital to successfully addressing the drug problem.  The HVC/DTF continues to enjoy excellent partnerships and communication with both the federal and state prosecutors' offices in its area.  The HVC/DTF has very close working relationships with the prosecutors' offices, which is very beneficial in efficiently and effectively combating the drug distribution problem.  The HVC/DTF also maintains very regular communication with the Assistant United States Attorneys in the Southern District of West Virginia with whom it works extremely closely, from the earliest stages in their investigations, to effectively prosecute subjects targeted by the HVC/DTF in federal court.  The goal of the HVC/DTF is to prosecute a majority of cases federally in an effort to obtain longer prison sentences and ensure offenders' return to the community is delayed for as long as the law allows.  Because of the quality, solid cases put together by the HVC/DTF, most of the federal defendants plead guilty during the adjudication of their charges, with few actually going to trial.  Even without a jury trial, many of these defendants also received substantial sentences for their drug activities.

In addition to arresting and prosecuting subjects involved in drug distribution and significantly disrupting and totally dismantling their organizations, the HVC/DTF will continue to seize illegal drugs and diverted pills through search warrants, arrests, interdictions, and controlled purchases to reduce the amount and number of these drugs available for distribution and use.  These drugs will be destroyed after they are no longer needed as evidence.  Likewise, the HVC/DTF will continue its efforts in seizing assets belonging to gang and DTO members including currency, vehicles, personal property, and real property related to their illegal drug trafficking activities, thereby reducing the amount of assets and profits available to subjects involved in the distribution of illegal drugs.  Targeting the profits and financial framework of these groups is an important step in disrupting and dismantling the organization.  Also, these seizures will help to add to the sustainability of this HVC/DTF, in that forfeited proceeds help to offset the cost of HVC/DTF operations, thereby reducing the need to use appropriated funds.

Additionally, the HVC/DTF will continue to share information and intelligence concerning drug trafficking activities with other law enforcement agencies as

CONFIDENTIAL

DEF-WV-00274.00011

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

appropriate to assist those agencies in pursuing enforcement efforts or to increase knowledge of drug trafficking/distribution activities and persons in their jurisdictions.  Through the FBI, the HVC/DTF shares information with other states and even foreign countries contributing to the fight against drug trafficking.  In 2017, the HVC/DTF provided information to a number of other states facilitating multiple operations and cases across the country.  The HVC/DTF shares, when warranted, counter-narcotics information with national anti-drug efforts such as the Office of National Drug Control Policy (ONDCP), the Department of Justice's Narcotics and Dangerous Drug Section (NDDS), the various Intelligence Community (IC) working groups combating drug trafficking worldwide, and the Organized Crime Drug Enforcement Task Forces (OCDETF).  Through these and other inter-agency relationships, the HVC/DTF serves a vital and unique role for West Virginia in the nationwide counter-drug effort.

The anticipated impact on the residents of the counties in the area of responsibility covered by the HVC/DTF includes the following:  a reduction of various drug-related crimes, violent crime, and other criminal activity, including drug distribution activity in those areas; a reduction in drug use; a reduction in the availability of illegal drugs and diverted prescription drugs by increasing drug seizures; a decrease in DTOs and gangs conducting illegal operations by increasing arrests, prosecutions, disruptions, and dismantlements; fewer assets and profits available to the drug dealers by increasing asset seizures and forfeitures; and an increase of drug education and awareness among community members/residents concerning drug problems and empowerment of those communities to help with the problems.  The HVC/DTF will also serve the community by ensuring that TFOs receive continued training to enhance the counter-drug capability of the HVC/DTF and its member agencies.

The major activities necessary to continue the HVC/DTF's efforts in combating the illegal distribution of drugs in its area of responsibility include the following:  reducing the number of gang and DTO members involved in the distribution and trafficking of illegal drugs in the area of responsibility of the HVC/DTF by identifying, targeting, arresting, and prosecuting an increased number of these subjects.  TFOs will utilize a variety of investigative techniques to identify gang and DTO members involved in drug activities and gather evidence of criminal violations committed by these gang and DTO members who have been identified.  Gang and DTO members will be arrested for the criminal violations they commit and will be prosecuted for these crimes in federal or state court, as appropriate.  The HVC/DTF will also reduce the number of organizations involved in the distribution and trafficking of illegal drugs by identifying, targeting, disrupting, and dismantling these organizations.  After identifying these groups, TFOs will increase the number of affirmative, significant law enforcement actions (for example, search warrants, wiretaps, and other operations) designed to impede the normal and effective activities and operations of the targeted gangs and/or DTOs as they are involved in violations relating to the trafficking or

CONFIDENTIAL

DEF-WV-00274.00012

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

distribution of illegal drugs.

Intelligence will also be gathered to evaluate and confirm that the law enforcement actions taken have been effective and have had the desired influence on the gangs' and DTOs' methods of operation and leadership, or those actions will be adjusted as necessary to achieve the desired outcome of dismantling the organizations.  Together, this will lead to a decrease in known DTOs operating in our area as the HVC/DTF successfully dismantles them, thereby reducing the amount of illegal drugs available for distribution and use in the area of responsibility of the HVC/DTF through an increase in seizures and controlled purchases of these illegal drugs.  TFOs will utilize a variety of investigative techniques to identify persons possessing illegal drugs or locations where drugs are being kept and will seize illegal drugs from people and places through controlled purchases, searches, and other lawful techniques.  The illegal drugs seized will be used as evidence in the prosecution of the subjects possessing and/or distributing them before they are destroyed when no longer needed as evidence.  The HVC/DTF will also reduce the amount of assets/profits available to subjects involved in the distribution of illegal drugs in the area of responsibility of the HVC/DTF by increasing assets seized that belong to gang and DTO members including currency, vehicles, personal property, and/or real property related to their illegal drug trafficking activities.  These seizures will also add to the sustainability of the HVC/DTF in that forfeited proceeds help to offset the cost of HVC/DTF operations, thereby reducing the need to use appropriated funds.

TFOs, FBI financial analysts, and forfeiture investigators will identify assets associated with subjects who are involved in the illegal distribution of drugs that are suitable for seizure.  TFOs will appropriately seize these assets that were identified and suitable and which can be located.  State and federal prosecutors will pursue asset forfeiture in drug trafficking crimes in both federal and state courts.  Procedures will then be initiated to convert these assets, or the proceeds thereof, to the use of the HVC/DTF through state and federal forfeiture processes.  While completing these activities described above, the HVC/DTF will share information and intelligence concerning drug trafficking activities with other law enforcement agencies as appropriate to assist those agencies in pursuing enforcement efforts or to increase knowledge of drug trafficking and distribution activities and persons in their jurisdictions.

As resources and schedules permit, the HVC/DTF will also provide drug education and awareness to the community and schools through presentations given to local community, neighborhood and/or social groups and organizations, and local schools, thereby increasing community awareness of the drug problem and providing prevention measures and tips to help deal with the drug problem. The achievements of the HVC/DTF as related to the above activities will be documented through the periodic progress reporting of statistics and

CONFIDENTIAL

DEF-WV-00274.00013

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

accomplishments to all of the entities that the HVC/DTF reports to and who assess the HVC/DTF's progress toward achieving its goals and objectives. This will follow the collection, review, and analysis of a variety of statistical accomplishments. Also, reporting from intelligence gathered that drug availability or drug prices in our area have been impacted or that DTOs have been displaced, disrupted, and/or dismantled may, in part, aid in reflecting the task force's achievements of the above activities.

The impact of the HVC/DTF's efforts on the residents in its area of responsibility pursuant to previous funding for the HVC/DTF from the JAG from July 1, 2016 to June 30, 2017 is, in part, reflected in the statistical accomplishments listed below:

• 5  new federal criminal enterprise investigations initia
• 45 search warrants executed
• 118 felony arrests, 105 of which were subjects who were members or associates of local gangs, and 8 misdemeanor arrests
• 27 federal felony indictments
• 39 state felony indictments
• 22 federal convictions
• 9 subjects sentenced to a total 555 months of federal incarceration
• 9 gang/DTOs disrupted (some of which were disrupted multiple times)
  Seizures
• 1,936.9 g heroin seized
•    590.5 g cocaine seized
•    447.3 g crack cocaine seized
•    8,431 g marijuana seized (includes bulk marijuana seizures)
•    460.5 g Synthetic Drugs seized
• 6,446.2 g methamphetamine seized
• 1,703 dosage units of prescription controlled substances seized
• 64 firearms seized
• Over $173,000 in total dollar value of assets seized (including currency, vehicles, and firearms

  Forfeitures
• 10 federal forfeiture cases filed
• $32,210.64 in U.S. currency forfeited under federal cases

Through a concentrated effort of utilizing both short-term and long-term investigative approaches, as well as sophisticated and less-sophisticated investigative techniques, the HVC/DTF can show the local community immediate impacts while also establishing more complex and extensive investigations to disrupt and dismantle DTOs and gangs operating in the HVC/DTF's area of responsibility and elsewhere.

CCWVPD_0006886

DEF-WV-00274.00014

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

As an existing and previously-funded project, the HVC/DTF has been very successful in accomplishing its goals and objectives set for the prior grant period. The HVC/DTF disrupted several targeted gangs and DTOs that were involved in the illegal distribution of controlled substances in the HVC/DTF's area of responsibility.  Some of these gangs and DTOs were disrupted multiple times through law enforcement operations conducted by the HVC/DTF, including arrests, search warrants, drug interdiction operations, and the seizures of assets and contraband.  These actions affected leaders, distributors, suppliers, couriers, and other members or associates of these organizations.  Many of these subjects that were arrested were then federally indicted, convicted, and sentenced to terms of imprisonment, several of which were lengthy.  The HVC/DTF made multiple large seizures of illegal drugs during the course of several investigations. The HVC/DTF also initiated interdiction operations targeting local hotels, public transportation, and other "hot spot" locations in Cabell County which were experiencing high volumes of drug trafficking on a routine basis.  Many hotels in the area are being utilized by DTO members as a base for their illegal operations.  These interdiction operations were very successful in identifying subjects involved in the illegal trafficking of drugs and led to many arrests and seizures of drugs and assets.  The HVC/DTF has also continued the excellent working relationship with the Ohio Highway Patrol (OHP) and the Kentucky State Police which has proven to be very effective in combating the trafficking of drugs in the region through the targeting of supply routes.  There have continued to be several successful traffic interdiction operations by OHP who, in turn, have contacted members of the HVC/DTF to further the investigation beyond the mere seizure of the drugs and arrest of the drug courier.  The investigative efforts of the HVC/DTF also continued to identify and arrest members of other smaller DTOs, as well as seize their drugs and assets which continued to disrupt the activities of these organizations.  These efforts have also led to the successful prosecution and conviction of several of the members of these organizations.

C. **PROJECT ASSESSMENT/EVALUATION**

As it is currently doing, the HVC/DTF will continue to collect, review, and analyze a wide variety of statistical data and information concerning its drug enforcement efforts.  The processes established by the HVC/DTF and others to accomplish this have proven effective and beneficial.  However, whenever possible, adjustments continue to be made as necessary to improve the quality of information collected and the efficiency of its collection and use. The data that is captured and recorded includes, but is not be limited to, the number of arrests and indictments (including those of gang and DTO members), the amount and types of drugs seized and purchased, and the types and values of assets seized, as well as other investigative and prosecutive activities accomplished by the HVC/DTF.  The data collected is, and will continue to be, reviewed and analyzed by the Task Force Coordinator and shared with the Division of Justice and Community Services, the Governing Board, and others as necessary through

CCWVPD_0006887

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

monthly and quarterly reports.  The HVC/DTF cases and statistical accomplishments are also reviewed by the FBI's Supervisory Special Agent (SSA) on a daily basis to verify HVC/DTF resources are being utilized in the most efficient way possible and to ensure that the most salient threats are being targeted.

The methodology for capturing, recording, and regular reporting of the wide variety of comprehensive statistical data and information concerning the accomplishments and efforts of the HVC/DTF will be conducted in several ways and mostly remains the same as in the past, with adjustments made as necessary to most accurately and efficiently reflect the work and accomplishments of the HVC/DTF.  Data concerning arrests, indictments, drug seizures, etc. are memorialized by TFOs when they complete their Daily Activity Task Force Reporting forms.  Additionally, the HVC/DTF also utilizes Monthly Investigative Reports to document data concerning activities completed by TFOs which is not captured on the Daily Activity Task Force Reporting forms.  On a monthly basis, Division of Justice and Community Services (DJCS) JAG Grant Progress Reports and WVDVCC Task Force Reporting Forms are completed and sent to DJCS to report the progress made by the HVC/DTF toward the HVC/DTF's goals and objectives.  The HVC/DTF Monthly Investigative Reports are sent to the Governing Board members for review on a monthly basis.  Also, on a quarterly basis, required reports of statistical accomplishments, data, and information (task force activities and personnel reports) are completed and sent to DJCS.  Reporting is also done to the FBI and Department of Justice concerning activities of the HVC/DTF, statistical data, and accomplishments on a regular and ongoing basis.

The task force coordinator will continue to assess the performance of the HVC/DTF on a continual and ongoing basis throughout the grant period to ensure that the HVC/DTF is functioning and performing as it should be, is meeting its objectives, and is on track to achieve its goals.  The above-listed reports and other information will be utilized to monitor the various types of accomplishments and progress.  A more in-depth review of HVC/DTF statistical accomplishments is conducted on a monthly basis by the coordinator for submission to DJCS.  Additionally, members of the HVC/DTF meet on a weekly basis, at a minimum, to discuss cases, any issues, progress, and accomplishments.  The HVC/DTF will also be assessed by the FBI SSA on a daily basis.  On a quarterly basis, the Governing Board for the HVC/DTF will assess the HVC/DTF during its quarterly board meetings.  The HVC/DTF also provides monthly progress reports as well as quarterly to DJCS/JAG personnel for assessment purposes and to gauge the HVC/DTF's progress toward achieving its stated goals.

The HVC/DTF also undergoes evaluations by the FBI's Safe Streets and Gang Unit (SSGU) and by the FBI's Inspection Division.  Additionally, the quality of the

CCWVPD_0006888

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

HVC/DTF's activities in the areas of arrests and prosecutions are measured by judges and juries during the prosecution aspect of these cases. Another measure of success of the HVC/DTF is seen through interviews and other intelligence reporting that drug availability or drug prices in the HVC/DTF's area of responsibility have been impacted or that DTOs have been displaced, disrupted, and dismantled. Intelligence is routinely gathered to evaluate and confirm that the law enforcement and prosecutorial actions taken by the HCVDTF have been effective and have had the desired influence on the gangs' and DTOs' methods of operation and leadership. If it is determined that those actions have not been effective, they will be evaluated and adjusted as necessary to achieve the desired outcome of dismantling the organizations. This will lead to a decrease in known DTOs operating in our area as the HVC/DTF successfully dismantles them and the performance of the HVC/DTF can also be seen in those results.

The results of the assessments conducted by all of the entities detailed above will be utilized by the task force coordinator, the FBI SSA, and others as appropriate or necessary to confirm that the HVC/DTF is functioning and performing as it should be and that it is meeting its objectives and on track to achieve its goals that have be outlined. The results of the assessment may also be utilized to make any needed adjustments in procedures, focus, etc. to ensure the HVC/DTF is performing at its optimum level or to enhance its performance to create the most likely probability that it will be successful in effectively and efficiently combating the illegal drug distribution problem it is targeting in its area, to best serve the area residents.

## D. STRATEGIC PLAN FOR THE PROGRAM

Since its beginning, the HVC/DTF has always worked very closely and strongly collaborated with a wide array of other agencies, including law enforcement organizations, other government agencies, and non-governmental organizations to accomplish the goals and objectives of the HVC/DTF and to meet the needs of the people in our area of responsibility. The HVC/DTF continues to closely partner with these other agencies and organizations as it carries out its responsibilities and strives to increase collaboration with other entities wherever possible in order to operate more effectively and efficiently. The HVC/DTF seeks to build relationships with other law enforcement agencies, community entities, and private partners. The daily function of the HVC/DTF is to foster collaboration between the full-time HVC/DTF members, which include the FBI, the Cabell County Sheriff's Department, the Huntington Police Department, the Barboursville Police Department, the West Virginia National Guard, the West Virginia State Police, the Kentucky State Police, and the Ashland Police Department. Additionally, the HVC/DTF collaborates with numerous other federal, state, and local law enforcement partners in our area of responsibility (and elsewhere as cases dictate) regularly in the normal course of its duties,

CONFIDENTIAL

DEF-WV-00274.00017

| West Virginia Justice Assistance Grant Program Application | Project Narrative Page 5 |
|---|---|

including the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States Marshals Service, the Internal Revenue Service, the United States Postal Inspection Service, Homeland Security Investigations, FBI offices across the country (but particularly in Detroit, MI, which is one of the primary drug source cities for our area), Ohio Highway Patrol, and countless other law enforcement organizations throughout the region.

The HVC/DTF also collaborates frequently with the United States Attorney's Office in the Southern District of West Virginia and the Cabell County Prosecutor's Office concerning the prosecution and adjudication of criminal charges filed on subjects pursuant to investigations conducted by the HVC/DTF. In addition to law enforcement, prosecutors' offices, and other criminal justice partners, the HVC/DTF works closely and continues to collaborate with a wide array of other social agencies and organizations to accomplish its goals.

The local Governing Board for the HVC/DTF is comprised of an upper-level executive from each of the member agencies of the HVC/DTF, including the FBI SSA for the Huntington Resident Agency, the Chiefs of Police for the Huntington Police Department, the Barboursville Police Department and the Ashland Police Department, the Sheriff of Cabell County, and a Captain of the Kentucky State Police.  The function of the Governing Board for the HVC/DTF is to provide oversight, guidance, and direction to the HVC/DTF and its operations, as well as any assistance the HVC/DTF needs to complete its mission and achieve its goals.  The Governing Board also provides accountability for the HVC/DTF and aids in resolving any problems or issues identified.  A Memorandum of Understanding is agreed upon and signed by the head of each member agency of the HVC/DTF to set forth rules and guidance for the operation of the HVC/DTF.  On a quarterly basis, a meeting of the Governing Board is held and attended by each of the members or their designees and the task force coordinator.  The past quarter's operation of the HVC/DTF, including the status of significant cases, accomplishments, and statistics, obstacles, or other matters are discussed.  Also, the direction and plans for the HVC/DTF in the upcoming months are reviewed and shared with the board.  The Governing Board provides feedback and input concerning the past and continued operation of the HVC/DTF.  HVC/DTF Monthly Investigative Reports are sent to the Governing Board members for review on a monthly basis to keep them aware of the HVC/DTF's operations on a more frequent basis.

CONFIDENTIAL

| West Virginia Justice Assistance Grant Program Application | Grant Goals and Objectives Page 6b |
|---|---|

Goal - Broad statement about what the program intends to accomplish. This statement should state the long-term desired impact of the program, set scope or foundation, state long-range target or purpose, identify target population, and state the condition to be changed.

Objective - A specific statement of the desired short-term, immediate outcome of the program which will show accomplishment of the goal. Each objective must be **S.M.A.R.T. (S**pecific, **M**easurable, **A**ttainable, **R**esults oriented and **T**ime bound).

Outcome Measure - The data or tool used to measure achievement of the objective. How will data be collected, analyzed, and results shared.

Activities - What will be done and who will accomplish it. **You must have at least one (1) activity per objective.**

Timeline - When will the activity begin and end. **You must have a timeline for each activity.**

| | | |
|---|---|---|
| Goal Number: | 1 | **Reduce the number of gang and DTOs and members involved in the distribution and trafficking of illegal drugs in the area of responsibility of the HVC/DTF by identifying, targeting, and arresting these subjects, as well as disrupting and dismantling these subjects' organizations.** |

Objective Number: 1 Reduce the number of gang and DTO members involved in the distribution and trafficking of illegal drugs in the area of responsibility of the HVC/DTF by identifying, targeting, and arresting these subjects as well as disrupting and dismantling these organizations. This will be accomplished by increasing the number of arrests of subjects who are gang and DTO members for violations relating to the trafficking or distribution of illegal drugs in the time period of 7/1/18 - 6/30/19.

Outcome Measure: Statistical data, including the number of arrests (including those of gang and DTO members) and other investigative and prosecutive activities accomplished by the HVC/DTF will be captured on daily activity sheets, reviewed and analyzed by the Task Force Coordinator, and shared with DJCS, the Governing Board, and others as necessary through monthly and quarterly reports. The quality of the task force's activities in these areas is also measured by judges and juries in the prosecution aspect of these cases. Additionally, this will lead to a decrease in known DTOs operating in our area as the task force successfully dismantles them.

Activities to meet objective:

1. Task Force Officers (TFOs) will utilize a variety of investigative techniques to identify gang and/or DTO members involved in drug activities.

Timeline for each activity:

1. 7/1/18 – 6/30/19

CONFIDENTIAL

CCWVPD_0006891

DEF-WV-00274.00019

| West Virginia Justice Assistance Grant Program Application | Grant Goals and Objectives Page 6b |
|---|---|

2.  TFOs will gather evidence of criminal violations committed by these gang/DTO members who have been identified

2.  7/1/18 – 6/30/19

3.  Gang/DTO members will be arrested by TFOs for the criminal violations they committed.

3.  7/1/18 – 6/30/19

4.  [ FORMTEXT ]

4.  [ FORMTEXT ]

| Objective Number: | <u>2</u> | Reduce the number of gang and DTOs involved in the distribution and trafficking of illegal drugs in the area of responsibility of the HVC/DTF by identifying, targeting, disrupting, and dismantling these organizations.  This will be accomplished by increasing the number of affirmative, significant law enforcement actions (for example, search warrants and other operations) designed to impede the normal and effective activities and operations of the targeted gangs and/or DTOs as they are involved in violations relating to the trafficking or distribution of illegal drugs in the time period of 7/1/18 - 6/30/19. |
|---|---|---|
| Outcome Measure: | | Statistical data, including the number of disruptions and dismantlements of gangs and DTOs, as well as other investigative and prosecutive activities accomplished by the HVC/DTF will be captured, reviewed, and analyzed by the Task Force Coordinator, and shared with DJCS, the Governing Board, and others as necessary through monthly and quarterly reports.  Intelligence will also be gathered to evaluate and confirm that the law enforcement actions taken have been effective and have had the desired influence on the gang/DTOs' methods of operation and/or leadership, or those actions will be adjusted as necessary to achieve the desired outcome of dismantling the organizations.  Together, this will lead to a decrease in known DTOs operating in our area as the task force successfully dismantles them. |

Activities to meet objective:

Timeline for each activity:

1.  Task Force Officers (TFOs) will utilize a variety of investigative techniques to identify gangs and/or DTOs involved in drug activities.

1.  7/1/18 – 6/30/19

2.  TFOs will conduct affirmative, significant law enforcement actions designed to impede the normal and effective activities and operations of the targeted gangs and/or DTOs.

2.  7/1/18 – 6/30/19

| West Virginia Justice Assistance Grant Program Application | Grant Goals and Objectives Page 6b |
|---|---|

3. TFOs will gather intelligence to evaluate and confirm that law enforcement actions taken have been effective and have had the desired influence on the gang/DTOs' methods of operation or will adjust those actions as necessary to achieve the desired outcome of dismantling the organizations.

3. 7/1/18 – 6/30/19

4. [ FORMTEXT ]

4. [ FORMTEXT ]

---

| Goal Number: | 2 | Reduce the amount/number of illegal drugs available for distribution and/or use in the area of responsibility of the HVC/DTF through seizures and controlled purchases of these illegal drugs. |
|---|---|---|

| Objective Number: | 1 | Reduce the amount/number of illegal drugs available for distribution and/or use in the area of responsibility of the HVC/DTF through seizures and controlled purchases of these illegal drugs. This will be accomplished by increasing the overall amount of illegal drugs and prescription drugs seized by the HVC/DTF during its investigations and operations in the time period of 7/1/18 - 6/30/19. |
|---|---|---|
| Outcome Measure: | | Statistical data, including the amount and types of drugs seized and purchased, as well as other investigative and prosecutive activities accomplished by the HVC/DTF, will be captured on daily activity sheets, reviewed and analyzed by the Task Force Coordinator, and shared with DJCS, the Governing Board, and others as necessary through monthly and quarterly reports.  This will also be measured through interviews and other intelligence reporting that drug availability or price in our area has been impacted or that DTOs have been displaced, disrupted, and/or dismantled. |

Activities to meet objective:

Timeline for each activity:

1. Task Force Officers (TFOs) will utilize a variety of investigative techniques to identify persons possessing illegal drugs or locations where drugs are being kept.

1. 7/1/18 – 6/30/19

2. TFOs will seize illegal drugs from people and places through controlled purchases, searches, and other lawful techniques.

2. 7/1/18 – 6/30/19

3. The illegal drugs seized will be used as evidence in the prosecution of the subjects possessing and/or distributing them.

3. 7/1/18 – 6/30/19

CONFIDENTIAL

DEF-WV-00274.00021

| West Virginia Justice Assistance Grant Program Application | Grant Goals and Objectives Page 6b |
|---|---|

4.  These illegal drugs will be destroyed after they are no longer needed as evidence.

4.  7/1/18 – 6/30/19

---

Objective Number: [ FORM TEXT ]   [ FORMTEXT ]

Outcome Measure:   [ FORMTEXT ]

Activities to meet objective:

1.  [ FORMTEXT ]
2.  [ FORMTEXT ]
3.  [ FORMTEXT ]
4.  [ FORMTEXT ]

Timeline for each activity:

1.  [ FORMTEXT ]
2.  [ FORMTEXT ]
3.  [ FORMTEXT ]
4.  [ FORMTEXT ]

| Goal Number: | 3 | **Reduce the amount of assets/profits available to subjects involved in the distribution of illegal drugs in the area of responsibility of the HVC/DTF by seizing assets belonging to gang/DTO members including currency, vehicles, personal property, and/or real property which are the profits of or otherwise related to their illegal drug trafficking activities.** |
|---|---|---|

Objective Number:   1   Reduce the amount of assets/profits available to subjects involved in the distribution of illegal drugs in the area of responsibility of the HVC/DTF by seizing assets belonging to gang/DTO members including currency, vehicles, personal property, and/or real property which are the profits of or otherwise related to their illegal drug trafficking activities.  This will be accomplished by increasing the amount of these types of assets seized by the task force, in any combination, in the time period of 7/1/18 - 6/30/19.  These seizures will also add to the sustainability of this task force in that forfeited proceeds help to offset the cost of task force operations, thereby reducing the need to use appropriated funds.

Outcome Measure:   Statistical data, including the types and values of assets seized, will be captured and recorded.  The data will then be reviewed and analyzed by the Task Force Coordinator and shared with DJCS, the Governing Board, and others as necessary through monthly and quarterly reports.

DEF-WV-00274.00022

| West Virginia Justice Assistance Grant Program Application | Grant Goals and Objectives Page 6b |
|---|---|

Activities to meet objective:

1. Task Force Officers (TFOs), FBI financial analysts, and forfeiture investigators will identify assets associated with subjects who are involved in the illegal distribution of drugs that are suitable for seizure.

2. TFOs will appropriately seize these assets that were identified and suitable and which can be found.

3. These seized assets, or the proceeds thereof, will be converted to the use of the HVC/DTF through state and/or federal forfeiture processes.

4. [ FORMTEXT ]

Timeline for each activity:

1. 7/1/18 – 6/30/19

2. 7/1/18 – 6/30/19

3. 7/1/18 – 6/30/19

4. [ FORMTEXT ]

---

Objective Number:  [ FORM TEXT ]      [ FORMTEXT ]

Outcome Measure:      [ FORMTEXT ]

Activities to meet objective:

1. [ FORMTEXT ]
2. [ FORMTEXT ]
3. [ FORMTEXT ]
4. [ FORMTEXT ]

Timeline for each activity:

1. [ FORMTEXT ]
2. [ FORMTEXT ]
3. [ FORMTEXT ]
4. [ FORMTEXT ]

| Goal Number: [ FORM TEXT ]      [ FORM TEXT ] |
|---|

Objective Number:  [ FORM TEXT ]      [ FORMTEXT ]

Outcome Measure:      [ FORMTEXT ]

Activities to meet objective:

1. [ FORMTEXT ]

Timeline for each activity:

1. [ FORMTEXT ]

DEF-WV-00274.00023

| **West Virginia Justice Assistance Grant Program Application** | **Grant Goals and Objectives Page 6b** |
|---|---|

2.  [ FORMTEXT ]          2.  [ FORMTEXT ]

3.  [ FORMTEXT ]          3.  [ FORMTEXT ]

4.  [ FORMTEXT ]          4.  [ FORMTEXT ]

---

Objective Number:    [ FORM TEXT ]    [ FORMTEXT ]

Outcome Measure:            [ FORMTEXT ]

Activities to meet objective:          Timeline for each activity:

1.  [ FORMTEXT ]          1.  [ FORMTEXT ]

2.  [ FORMTEXT ]          2.  [ FORMTEXT ]

3.  [ FORMTEXT ]          3.  [ FORMTEXT ]

4.  [ FORMTEXT ]          4.  [ FORMTEXT ]

CONFIDENTIAL

DEF-WV-00274.00024

| West Virginia Justice Assistance Grant Program Application | Collaboration Participants Page 7 |
|---|---|

**Provide a membership list of the all parties collaborating on this project, including name, title, agency affiliation, mailing address, telephone number, fax number, and email address for each member.** *Letters of commitment or MOU's from each board member, reflecting their understanding of the requirements of the Collaboration will not be required but is encouraged for this grant application.*

Since its inception, the HVC/DTF has always worked very closely and strongly collaborated with a wide array of other agencies, outside organizations, and entities, including law enforcement and criminal justice partners as well as social agencies and organizations, to accomplish the goals and objectives of the HVC/DTF and to meet the needs of our target population. The HVC/DTF continues to closely partner with these other agencies and organizations as it carries out its responsibilities and strives to increase collaboration with other entities wherever possible. The daily function of the HVC/DTF is a continuing collaboration between the FBI, the Cabell County Sheriff's Department (CCSD), the Huntington Police Department (HPD), the Barboursville Police Department (BPD), the West Virginia State Police (WVSP), the Kentucky State Police (KSP), and the Ashland Police Department, in that all of these agencies have committed resources to the HVC/DTF by assigning troopers, deputies, and officers from their agencies to staff the task force on a full-time basis. The HVC/DTF also collaborates with the West Virginia National Guard Counterdrug (WVNGC) in that they have assigned a full-time Intelligence Analyst to the HVC/DTF. Also, the HVC/DTF frequently collaborates with the Appalachia High Intensity Drug Trafficking Area. The following is a list of the TFOs assigned full-time to the HVC/DTF:

Deputy Matt Siebel, CCSD, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:msiebel@cabellcounty.org" ].

Deputy Jared Cremeans, CCSD, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:Jcremeans@cabellcounty.org" ].

Sergeant Paul Hunter, HPD, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:phunter@hpdwv.com" ].

Detective Greg Moore, HPD, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:gmoore@hpdwv.com" ].

Detective Adrian Rosario, HPD, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:arosario@hpdwv.com" ].

Detective Steve Maniskas, HPD, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:smaniskas@hpdwv.com" ].

Detective Craig Preece, HPD, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-

| West Virginia Justice Assistance Grant Program Application | Collaboration Participants Page 7 |
|---|---|

523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:cpreece@hpdwv.com" ].

Detective Paul Minigh, HPD, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:pminigh@hpdwv.com" ].

Detective Bart Copley, BPD, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), bacopley@hpdwv.com.

Trooper First Class Kristopher Kirk, KSP, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:Kristopher.kirk@ky.gov" ].

Senior Trooper Jeffery Kelley, KSP, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:Jeffery.kelley@ky.gov" ].

Detective Jeffrey Ryan McDavid, Ashland Police Department, 201 17th Street, Ashland, KY 41101, 606-327-2020 (office), 606-324-5500 (fax), ryanmcdavid@ashlandkypd.com.

Corporal Jared Brewer, WVSP, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:jared.r.brewer@wvsp.gov" ].

Sergeant Terry Toney, WVSP, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:terry.l.toney@wvsp.gov" ].

Master Sergeant Tracy Jordan, WVNGC, HVC/DTF, P.O. Box 2945, Huntington, WV 25729, 304-523-3120 (office), 304-526-6539 (fax), [ HYPERLINK "mailto:tracy.s.jordan.mil@mail.mil" ].

The following individuals are members of the Governing Board for the HVC/DTF and collaborate frequently with the task force through quarterly meetings and other more frequent contacts with the Task Force Coordinator to provide guidance to the direction of the task force and its operations and any assistance that the task force needs to complete its mission and achieve its goals.  A Memorandum of Understanding is agreed upon and signed by each member agency of the HVC/DTF to set out rules and guidelines for operation of the task force.

Supervisory Special Agent Allen D. Davis II, FBI, 1108 3rd Avenue, Huntington, WV 25701, 304-525-4741 (office), 304-526-3979 (fax), [ HYPERLINK "mailto:addavis@fbi.gov" ].

| West Virginia Justice Assistance Grant Program Application | Collaboration Participants Page 7 |
|---|---|

Captain Darren Stapleton, KSP, 8751 Briar Hill Road, KSP Building #1, Lexington, KY 40516, 859-293-4240 (office), 859-293-4244 (fax), [ HYPERLINK "mailto:Darren.stapleton@ky.gov" ].

Chief Mike Coffey, BPD, 721 Central Avenue, Barboursville, WV 25504, 304-736-5203 (office), 304-736-2850 (fax), [ HYPERLINK "mailto:mcoffey@barboursville.org" ].

Sheriff Chuck Zerkle, CCSD, P.O. Box 2114, Huntington, WV 25721, 304-526-8663 (office), 304-526-8649 (fax), [ HYPERLINK "mailto:czerkle@cabellcounty.org" ].

Chief Hank Dial, HPD, 675 10th Street, Huntington, WV 25701, 304-696-5510 (office), 304-696-4434 (fax), [ HYPERLINK "mailto:hdial@hpdwv.com" ].

Chief Todd Kelley, Ashland Police Department, 201 17th Street, Ashland, KY, 606-327-2020 (office), 606-324-5500 (fax), [ HYPERLINK "mailto:toddkelley@ashlandkypd.org" ].

The following individuals are the executives of the federal and state agencies with whom the HVC/DTF collaborates most frequently concerning the prosecution and adjudication of criminal charges filed on subjects investigated by the task force:

United States Attorney Mike Stuart, United States Attorney's Office, Southern District of West Virginia, 300 Virginia Street, East, Charleston, WV 25301, 304-345-2200 (office), 304-347-5104 (fax), mike.stuart@usdoj.gov

Prosecuting Attorney Sean K. Hammers, Cabell County Prosecuting Attorney's Office, Suite 350, 750 Fifth Avenue, Huntington, WV 25701, 304-526-8653 (office), 304-526-8679 (fax), [ HYPERLINK "mailto:shammers@cabellcounty.org" ].

Additionally, the HVC/DTF collaborates with numerous other federal, state, and local law enforcement partners in our area of responsibility, and elsewhere as cases dictate, regularly in the normal course of its duties, including the Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms, and Explosives (BATFE), Internal Revenue Service-Criminal Investigation Division (IRS-CID), United States Marshals Service (USMS), United States Postal Inspection Service (USPIS), FBI offices across the country, Ohio Highway Patrol (OHP), and countless other departments all over our local area and region.  Persons the task force collaborates with on a more regular basis include the following:

Lieutenant Karla Taulbee, OHP, 10179 Chillicothe Pike, Jackson, OH 45640, 740-288-1472 (office), 740-286-3631 (fax), [ HYPERLINK "mailto:kmtaulbee@dps.ohio.gov" ].

| West Virginia Justice Assistance Grant Program Application | Collaboration Participants Page 7 |
|---|---|

Sergeant Shawn Kelley, OHP, 10179 Chillicothe Pike, Jackson, OH 45640, 740-288-1472 (office), 740-286-3631 (fax), [ HYPERLINK "mailto:ckelley@dps.ohio.gov" ]

Special Agent Vincente Ruiz, FBI - Detroit Division, 477 Michigan Avenue, Floor 26, Detroit, MI 48226, 313-496-4655 (office), 313-496-4662 (fax), [ HYPERLINK "mailto:vjruiz@ic.fbi.gov" ].

Special Agent Neil Gavin, FBI - Detroit Division, 477 Michigan Avenue, Floor 26, Detroit, MI 48226, 313-496-4622 (office), 313-496-4662 (fax), [ HYPERLINK "mailto:nmgavin@fbi.gov" ].

Special Agent Jeff Jacobs, FBI – Detroit Division, Oakland RA, 5600 Crooks Road, Suite 200, Troy, MI, 248-828-7583 (office), 248-828-7599 (fax), [ HYPERLINK "mailto:jjacobs@fbi.gov" ].

Assistant Special Agent in Charge David Gourley, DEA, #2 Monongalia Street, Suite 300, Charleston, WV 25302, 304-347-5209 (office), 304-347-5212 (fax), [ HYPERLINK "mailto:david.w.gourley@usdoj.gov" ].

Resident Agent in Charge Adam Black, BATFE, 300 Summers Street, Suite 1400, Charleston, WV 25301, 304-340-7800 (office), 304-340-7801 (fax), [ HYPERLINK "mailto:adam.black@usdoj.gov" ].

Resident Agent in Charge Wade Fleming, USSS, 300 Summers Street, Suite 910, Charleston, WV 25301, 304-347-5188 (office), 304-347-5187 (fax), [ HYPERLINK "mailto:thomas.fleming@usss.dhs.gov" ].

United States Marshal Michael T. Baylous , USMS, Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Room 3602, Charleston, WV 25301, 304-347-5136 (office), 304-347-5394 (fax), michael.baylous@usdoj.gov

Special Agent Jeff Goode, IRS-CID, 150 Court Street, Room 106, Charleston, WV 25301, 304-561-3063 (office), 304-561-3067 (fax), [ HYPERLINK "mailto:jeffrey.goode@ci.irs.gov" ].

Postal Inspector Robert Didomenico, USPIS, 1002 Lee Street, East, Charleston, WV 25301, 304-357-4135 (office), 304-357-4146 (fax), radidomenico@uspis.gov.

The HVC/DTF also collaborates on a very frequent basis with the Appalachia High Intensity Drug Trafficking Area through West Virginia Deputy Director Kenny Burner, 1108 Third Avenue, Suite 101, Huntington, WV 25701, 304-522-0901 (office), 304-522-

CONFIDENTIAL

DEF-WV-00274.00028

| West Virginia Justice Assistance Grant Program Application | Collaboration Participants Page 7 |
|---|---|

0699, [ HYPERLINK "mailto:burnerk@ahidta.org" ].

Currently, the HVC/DTF assists with and supports a community-oriented initiative by HPD designed to address and reduce the violent crime and drug problems plaguing an identified area in the West End of Huntington. This target area has violent and drug crimes that are dramatically above what would be expected. HPD developed a project called the West End Initiative to address the crime and drug problems in this area of Huntington. It was designed after the very successful and ongoing Weed and Seed and DMI models discussed above and incorporates collaboration among the community, HPD, and law enforcement partners, including the HVC/DTF. The HVC/DTF has been and continues to be very active in this area and will continue to utilize investigative tools in an effort to reduce the sale of drugs and aid in reaching the goals and objectives of that initiative.

CONFIDENTIAL

DEF-WV-00274.00029

| **West Virginia Justice Assistance Grant Program Application** | **Hiring Procedures, Job Descriptions and Resumes Page 8** |
|---|---|

**Provide a brief statement outlining the program agency's procedures for hiring employees who are funded under this grant.  Include with this application a job description and qualifications for the position(s) proposed under the grant.  If position(s) are currently filled, please include a resume for each position filled.**

The positions for which these grant funds will be utilized include two backfill positions for Cabell County Sheriff's Department (CCSD) deputies and one backfill position for a Barboursville Police Department (BPD) officer. The JAG funds allow these agencies to backfill the positions of the officers assigned to the HVC/DTF with new hires under state civil service guidelines.  The employees who are hired to fill those positions are not hired by the HVC/DTF.   Attached to this application are job descriptions and qualifications for a CCSD deputy and a BPD officer – Attachment 1.

CONFIDENTIAL

DEF-WV-00274.00030

| West Virginia Justice Assistance Grant Program Application | Operational Budget Attachment A |
|---|---|

**Attach the operational budget for this program along with a brief 3-year strategic financial and programmatic plan of operation.  Only one 3-year plan is required as long as all entities included in the application are sufficiently covered in the plan.**

CONFIDENTIAL

DEF-WV-00274.00031

| West Virginia Justice Assistance Grant Program Application | Plan of Sustainability Attachment B |
|---|---|

**Please attach in this section a detailed outline of future funding strategies, and an outline of funding plans should federal funding sources cease to exist. Please detail fundraising strategies; local donations; city, county, and state funding contributions; as well as plans to maintain positions and program goals in current and future economic strains.**

In the event that funding from the the JAG would cease, the HVC/DTF would continue to exist and function.  The HVC/DTF would still operate and combat the illegal drug problem in its area of responsibility.  The salaries of the TFOs would still be paid for by their employing agencies and their overtime would still be paid by the FBI. The FBI currently provides overtime for the partner agencies, which include the Barboursville Police Department, Cabell County Sheriff's Department, Huntington Police Department, the West Virginia State Police, and the Kentucky State Police.  However, the lack of this JAG funding could lead to the reduction in the number of TFOs assigned to the HVC/DTF, thereby reducing the HVC/DTF's capabilities and effectiveness.  Some of the smaller partner agencies would not receive funding to backfill the officer's position who they have assigned to the task force.  Without the funding, the smaller agencies would be at a disadvantage without the backfill money to hire an officer to replace the one assigned to the HVC/DTF and may have to pull officers back from the task force due to manpower issues. The FBI does not have the ability to provide money for backfills in the event the JAG funding ends.

CONFIDENTIAL

DEF-WV-00274.00032

| West Virginia Justice Assistance Grant Program Application | Other Required Program Information Attachment C |
|---|---|

A copy of the following information must be submitted (as applicable) with this attachment in order for the application to be complete.  Please refer to page xvii of the application instructions for more details:

1. **Current Task Force Memorandum of Understanding**
2. **Law Enforcement Entry Level Salary Certifications**
3. **Prevention Resource Officer Board of Education Agreement**
4. **Memo of IBR Compliance from West Virginia State Police** (all city, county, and state agencies are required to have this. If multiple cities or counties are covered under this application, a Memo must be provided for EACH participating agency)
5. **501c3 Documents and Articles of Incorporation**
6. **Active CCR Documentation**

CONFIDENTIAL

DEF-WV-00274.00033

CONFIDENTIAL

CCWVPD_0006906

DEF-WV-00274.00034