Message

| | |
|---|---|
| **From**: | Kenneth Burner [burnerk@ahidta.org] |
| **Sent**: | 2/5/2016 6:20:23 PM |
| **To**: | Shapiro, Joseph I. [ShapiroJ@marshall.edu]; Werthammer, Joseph W [werthammer@marshall.edu] |
| **CC**: | Jim Johnson [johnsonj@cityofhuntington.com]; Steve [swilliams@cityofhuntington.com]; Yingling, Kevin W [yingling@marshall.edu]; Kilkenny, Michael E [michael.e.kilkenny@wv.gov]; Hazelett, Tim D [tim.d.hazelett@wv.gov] |
| **Subject**: | RE: How big pharma got people hooked on opioids |

```
Dr. Shapiro, I couldn't agree with you more! Kenny

-----Original Message-----
From: Shapiro, Joseph I. [mailto:ShapiroJ@marshall.edu]
Sent: Friday, February 05, 2016 12:59 PM
To: Werthammer, Joseph W
Cc: Jim Johnson; Steve; Yingling, Kevin W; michael.e.kilkenny@wv.gov; Tim.D.Hazelett@wv.gov; Kenneth Burner
Subject: Re: How big pharma got people hooked on opioids

We had some help. Pain as the "5th vital sign" comes to mind....

Joseph I Shapiro, MD
Dean, Joan C Edwards School of Medicine
Marshall University
Sent from my iPhone

On Feb 5, 2016, at 10:48 AM, Werthammer, Joseph W <werthammer@marshall.edu<mailto:werthammer@marshall.edu>> wrote:

Unfortunately, it was not big pharma who wrote the prescriptions, it was me and my colleagues.
Joe

Joseph W. Werthammer, M.D.
Chief Medical Officer
Joan C. Edwards School of Medicine
  at Marshall University
1600 Medical Center Drive, Suite 3407A
Huntington, WV  25701
werthammer@marshall.edu<mailto:werthammer@marshall.edu>
304-691-1602


From: Jim Johnson [mailto:johnsonj@cityofhuntington.com]
Sent: Friday, February 5, 2016 10:41 AM
To: Steve <swilliams@cityofhuntington.com<mailto:swilliams@cityofhuntington.com>>; Yingling, Kevin W <yingling@marshall.edu<mailto:yingling@marshall.edu>>; michael.e.kilkenny@wv.gov<mailto:michael.e.kilkenny@wv.gov>; Tim.D.Hazelett@wv.gov<mailto:Tim.D.Hazelett@wv.gov>; Shapiro, Joseph I. <ShapiroJ@marshall.edu<mailto:ShapiroJ@marshall.edu>>; Werthammer, Joseph W <werthammer@marshall.edu<mailto:werthammer@marshall.edu>>; Burnerk@ahidta.org<mailto:Burnerk@ahidta.org>
Cc: johnsonj@cityofhuntington.com<mailto:johnsonj@cityofhuntington.com>
Subject: FW: How big pharma got people hooked on opioids


From: Scott lemley [mailto:Slemley@hpdwv.com]
Sent: Friday, February 05, 2016 9:45 AM
To: Jan Rader; Jim Johnson
Subject: How big pharma got people hooked on opioids

http://www.vox.com/2016/2/5/10919360/opioid-epidemic-chart

<image001.png>
Now that's a graph.
```

CHHD_0081328

DEF-WV-00473.00001

DEF-WV-00473