

ARCOS

Automation of Reports and Consolidated Orders System

DEF-00047480

DEF-WV-00642.00001

DEF-WV-00642

# *Introduction*

**Kyle J. Wright**

**Unit Chief**

**Targeting and Analysis (ODPT)**

**(202) 307 - 4949 (Main Number)**

**(202) 307 - 5492 (Desk)**

DEF-00047481

DEF-WV-00642.00002

# Overview

- Targeting & Analysis
- ARCOS Required by Law
- ARCOS Reporting
- Reporting System
- Reportable Drugs
- Statistical Reports
- Sample Products

DEF-00047482

DEF-WV-00642.00003

# *Targeting & Analysis*



- Conducts and analyzes trends of controlled substance distributions on a national, state, and local level.

- Identifies potential illicit activities of registrants.

- Supports investigations.

- Provides statistical data to other Federal agencies (Drug Czar, CDC, Congress, etc.)

DEF-00047483

DEF-WV-00642.00004

# *ARCOS Required by law*



- **21 United States Code (USC) § 827(a)(3): states in part "every registrant under this subchapter manufacturing, distributing, or dispensing a controlled substance …shall maintain a _complete_ and _accurate_ record of each such substance…."**

- **21 USC § 827 (b): states in part "Every inventory or other record required …(1) shall be in accordance with, and contain such relevant information as may be required by regulations…."**

DEF-00047484

DEF-WV-00642.00005

## ARCOS Required by law



- **21 USC § 827(c)(d)(1): states in part: "make periodic reports … of _every_ sale, delivery, or other disposal by him (registrant) of any controlled substance…"**

- **21 USC § 842(a)(5): It shall be unlawful for any person to refuse or negligently fail to make, keep, or furnish _any_ record, report notification, declaration, order, or order form, statement, invoice, or information required under this subchapter…**

DEF-00047485

DEF-WV-00642.00006

# *ARCOS Required*



- **21 USC § 842(a)(10): "negligently to fail to keep a record or make a report…"**

- **21 USC § 843(a)(4)(A) states in part: "to furnish false or fraudulent material information, or omit any material information from, any…report, record,…required to be made…"**

DEF-00047486

DEF-WV-00642.00007

# *ARCOS Reporting (21CFR §1304.33)*

- WHO reports to ARCOS?
- WHAT is reported to ARCOS?

- **Manufacturers** of bulk and/or dosage form controlled substances (C/S's) must report

  - **Manufacturing Activities**
    - All controlled substances in Schedules I , II, and III (narcotics)
    - Other specified C/S's in Schedules IIIN – V.

  - **Acquisitions (Procurement)**
    - All controlled substances in Schedules I , II, and III (narcotics)
    - Other specified C/S's in Schedules IIIN – V.

8

DEF-00047487

DEF-WV-00642.00008

# ARCOS Reporting (21CFR §1304.33)

- **Manufacturers** (*continued*)
  - **Dispositions**
    - All controlled substances in Schedules I , II, and III (narcotics)
    - Other specified C/S's in Schedules IIIN – V.
  - **Inventories**
    - All controlled substances in Schedules I , II, and III (narcotics)
    - Other specified C/S's in Schedules IIIN – V.

9

DEF-00047488

DEF-WV-00642.00009

# *ARCOS Reporting (21CFR §1304.33)*

- **Distributors** of Controlled Substances must report
  - **Acquisitions, Dispositions, and Inventories,**
    - All controlled substances in Schedules I , II, and III (narcotics)
    - Other specified C/S's in Schedules IIIN – V.

10

DEF-00047489

DEF-WV-00642.00010



*ARCOS Reporting System*

DEF-00047490

DEF-WV-00642.00011

12

# *ARCOS Reportable Drugs:*



- Hydrocodone
- Oxycodone
- Methadone
- Fentanyl
- Morphine
- Hydromorphone
- Meperidine
- Codeine
- Cocaine
- Buprenorphine
- Amphetamines
- Oxymorphone
- Methylphenidate

DEF-00047491

DEF-WV-00642.00012

# *ARCOS Data Can Be Used to Support...*



- On-going investigations
- Subpoenas, warrants, grand jury indictments
- Pre-trial hearings
- Civil and criminal cases
- Federal and State trials
- Geographic trend analysis
- Pharmacy, medical or public health boards

DEF-00047492

DEF-WV-00642.00013

# *ARCOS:  Statistical Reports*



**Each of the following reports is available in grams and dosage units:**

**Report 1:**  **Drug Distribution to Retail Registrants by Zip Code**
This report provides quarterly and annual total drug amounts distributed to retail registrants by three digit zip code.

**Report 2:**  **Drug Distribution to Retail Registrants by State**
This report reflects the total drug quantity distributed to retail registrants quarterly, by state.

**Report 3:**  **Quarterly Drug Distribution by State per 100k Population**
This report reflects quarterly drug totals distributed to each state, per 100k population.

14

DEF-00047493

DEF-WV-00642.00014

# ARCOS-2 Statistical Reports

## Reports (continued):

**Report 4:** Yearly Drug Distribution by State Per 100k Population
This report reflects yearly drug totals distributed to each state per 100k population. For each drug, the states are listed in ranking order.

**Report 5:** Statistical Summary for Retail Drug Purchases, by State
This report lists the number of registrants, total amounts sold, and average purchases of each drug, for each business activity, in each state. Those registrants purchasing two standard deviations above the average are identified.

**Report 7:** Statistical Summary for Retail Drug Purchases, for Entire United States
This report lists the number of registrants, total amounts sold, and average purchases of each drug, for each business activity, within the entire United States. Those registrants purchasing two standard deviations above the average are identified.

15

DEF-00047494



Trends
(Sample Charts)

DEF-00047495

DEF-WV-00642.00016



**Oxycodone Distribution Nationwide CY2000-2008**

DEF-00047496

DEF-WV-00642.00017



**Oxycodone Distribution Grams Per 100K Population CY2000-2008**

- 2000
- 2001
- 2002
- 2003
- 2004
- 2005
- 2006
- 2007
- 2008

| Year | Value |
|------|-------|
| 2008 | 17,318 |
| 2007 | 16,370 |
| 2006 | 13,333 |
| 2005 | 11,107 |
| 2004 | 10,505 |
| 2003 | 9,597 |
| 2002 | 8,056 |
| 2001 | 7,174 |
| 2000 | 5,511 |

DEF-00047497

DEF-WV-00642.00018



# Distribution of Suboxone/Subutex to Practitioners
## January - December 2008

**U.S. Average = 42,447 dosage units**

- Above Average = 53,060 dosage units or more
- Average = 31,835 – 53,059 dosage units
- Below Average = 31,834 dosage units or less

DEF-00047498

DEF-WV-00642.00019

# State Map by Zip Code
## 2008 Purchases of Hydromorphone



U.S. Average = 54,044 dosage units

State Average = 36,951 dosage units

Above Average = 46,190 dosage units or more

Average = 27,713 – 46,189 dosage units

Below Average = 27,712 dosage units or less

DEF-00047499

DEF-WV-00642.00020



State Map by County
2007 Distribution of Methadone

U.S. Average = 10,578 dosage units

State Average = 13,398 dosage units

- Above Average = 16,749 dosage units or more
- Average = 10,049 – 16,748 dosage units
- Below Average = 10,048 dosage units or less
- Zero Dosage Units

DEF-00047500

DEF-WV-00642.00021



Distribution of Methadone by Formulation
January – December 2008

Methadone Liquids
622,638 grams

Methadone Powder
68,191 grams

45%

5%

7%

Methadone 40mg
94,209 grams

42%

Methadone 10mg
578,204 grams

Methadone 5mg
16,497 grams - 1%

22

DEF-00047501

DEF-WV-00642.00022



Investigative and Court Support
(Sample Charts)

DEF-00047502

DEF-WV-00642.00023



DEF-00047503

DEF-WV-00642.00024

Top 10 Doctors Nationwide for Purchases of Oxycodone January - December 2008

DOSAGE UNITS

| Doctor | Dosage Units |
|--------|--------------|
| Target | 438,600 |
| Doctor 2 | 351,000 |
| Doctor 3 | 291,575 |
| Doctor 4 | 262,200 |
| Doctor 5 | 239,300 |
| Doctor 6 | 235,300 |
| Doctor 7 | 203,400 |
| Doctor 8 | 189,600 |
| Doctor 9 | 168,800 |
| Doctor 10 | 164,100 |

DEF-00047504

DEF-WV-00642.00025



Suppliers of Fentanyl to Pharmacy X
January 2003 – December 2008

Supplier B
583,000 dosage units

Supplier C
89,700 dosage units

35.5%

5.5%

58.0%

Supplier A
952,400 dosage units

Supplier D: 8,700 dosage units (.5%)
Supplier E: 5,900 dosage units (.4%)
Supplier F: 3,500 dosage units (.2%)

26

DEF-00047505

DEF-WV-00642.00026



**Purchases of Hydrocodone by Trade Name to Doctor X**
**January 1, 2005 – December 31, 2008**

Lortab
281,000 dosage units

Hydrocodone 10mg
1,294,200 dosage units

Vicodin
7,000 dosage units (0.4%)

17.8%

81.8%

27

DEF-00047506

DEF-WV-00642.00027



To request nationwide or state specific ARCOS data please contact your local DEA Office

DEF-00047507

DEF-WV-00642.00028