Message

| | |
|---|---|
| **From**: | Petrany, Stephen M [petrany@marshall.edu] |
| **Sent**: | 3/5/2019 9:58:16 PM |
| **To**: | ELIZABETH ADKINS [elizabeth.a.adkins@wv.gov]; Davies, Todd H. [daviest@marshall.edu]; Gallagher, Brian A. [gallagherb@marshall.edu]; Gilbert, Jerome [gilbert@marshall.edu]; Marshall University President's Office [president@marshall.edu]; TIM HAZELETT [tim.d.hazelett@wv.gov]; michael.e.kilkenny@wv.gov; Gordon Merry [gordon.merry@ccems.org]; O'Connell, Lyn [oconnelll@marshall.edu]; Petrany, Stephen M [petrany@marshall.edu]; Connie Priddy [connie.priddy@ccems.org]; ggwhite@jrw-advisors.com; karen.yost@prestera.org; BETH THOMPSON [bthompson@cabellcounty.org]; kellisobonya@gmail.com; sheriff@cabellcounty.org; Yingling, Kevin W [yingling@marshall.edu]; Davies, Todd H. [daviest@marshall.edu] |
| **Subject**: | Comprehensive plan to address the impact of the opioid crisis |

Hello all.

I am writing you as a participant in the meeting last week that focused on developing a comprehensive integrated "abatement" plan for our community to address the impact of the opioid crisis going forward. This is the first of several communications to follow.

I want to first receive a response from everyone just to verify that your individual contact e-mail addresses that is being used are correct.

In addition, I would appreciate any and all recommendations for additional individuals who may have something significant to contribute to this effort (with a very brief comment as to why you believe they can contribute).

THIS IS ALL THAT I AM ASKING FOR TODAY.

Subsequent communications will be asking for your input to gather complete information on several aspects of this project. You may want to start to consider your responses prior to the arrival of those surveys. I believe they will possibly break down as follows: Immediate and short-term effects of the crisis; identified and potential longer-term effects of the crisis; a listing of specific projects/initiatives/activities that are active presently to address the problem (those that you are aware of in your particular area of expertise); and any shortcomings/gaps in our community's present efforts thus far that need to be addressed.

Once we have gathered all of this background information (which will be shared and reviewed by all), we can then begin the process of building upon our already significant accomplishments to develop a coordinated integrated plan to address the impact of the crisis for the next decade and beyond.

We have a very truncated timeline to develop a quality document. Your prompt responses will be very much appreciated.

Thank you,

Steve


Stephen M. Petrany, M.D.
Professor and Chairman
Department of Family and Community Health
Marshall University JCE School of Medicine
1600 Medical Center Drive
Huntington, West Virginia

HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   MSS_CCEMS_0002303

DEF-WV-00778.00001


DEF-WV-00778