Message

**From**: Steve Williams [swilliams@cityofhuntington.com]
**Sent**: 1/17/2019 3:37:38 PM
**To**: Bryan Chambers [chambersb@cityofhuntington.com]
**Subject**: Re: Opioids research – The Guardian

The statement sounds good. Adjust if you feel it needs to be to reflect our voice.

STW

Sent from my iPhone

On Jan 17, 2019, at 3:28 PM, Bryan Chambers <chambersb@cityofhuntington.com> wrote:

Mayor,
Jessica Glenza with The Guardian contacted me a while ago regarding a new study that will be released tomorrow at 11 a.m. regarding marketing dollars spent by drug companies directly on doctors. The study found that Cabell County had the highest amount spent per capita during the period of the study (see below and attached for more details). I contacted Katie and Erin, our media consultants, because Jessica mentioned the lawsuits on the phone. Katie sees no problem with you providing a statement for this story. She proposes the following:

***"Here is more evidence of these companies profiting off of our residents and misleading our doctors. We are starting to dig out but this will be a decades-long recovery process."***

**Bryan Chambers**
Communications Director
City of Huntington
800 5th Ave., Huntington, WV 25701
304.696.5540 or 304.962.8138 (cell)
www.cityofhuntington.com

**From:** Jessica Glenza [*] <jessica.glenza@guardian.co.uk>
**Sent:** Thursday, January 17, 2019 11:27 AM
**To:** chambersb@cityofhuntington.com
**Subject:** Opioids research – The Guardian

Hello,

Thanks so much for taking my call earlier today. Here is the press release for the study. I'm happy to provide the full details as well if you'd like, but I thought this was well laid out and gave the most relevant information.

As far as Cabell County specifically, the researcher did some math at my request which was not specifically included in the study. He found Cabell County had the highest per capita rate of opioid marketing in the 29 months his study covered (2013-2015).

For every 1,000 people in the county, drug companies spent $49.95 in marketing payments made directly to doctors annually. The annual US average is $1.57, so you can see the huge difference.

DEF-WV-01134

I'm happy to answer any other questions you might have on this study. My deadline is Friday at 11am ET, but even if you can only talk afterward I would like to speak about the findings.

I would appreciate it if you did not share this until after the embargo has lifted, or else I will be in trouble with JAMA!

Thanks again.

Very best,
Jessica G

--
**Jessica Glenza**
Health reporter, Guardian US
Guardian News & Media
M: 646-477-9737
E: jessica.glenza@theguardian.com
Twitter: @JessicaGlenza
------
315 West 36th Street
New York, NY 10018
theguardian.com/us
-----
**Download the Guardian app for Android and iOS**

*NOTE: All emails are presumed to be on the record unless and until a mutually accepted negotiation of ground rules has successfully concluded. Any unilateral declaration by recipient of this email that a conversation is on background or off the record will not be honored.*

---

This e-mail and all attachments are confidential and may also be privileged. If you are not the named recipient, please notify the sender and delete the e-mail and all attachments immediately. Do not disclose the contents to another person. You may not use the information for any purpose, or store, or copy, it in any way. Guardian News & Media Limited is not liable for any computer viruses or other material transmitted with or as part of this e-mail. You should employ virus checking software.

Guardian News & Media Limited is a member of Guardian Media Group plc. Registered Office: PO Box 68164, Kings Place, 90 York Way, London, N1P 2AP. Registered in England Number 908396

<Is Marketing of Opioids to Physicians Associated With Overdose Deaths_ - For The Media - JAMA Network.pdf>