

**Chief W. H. "Skip" Holbrook**

Phone: (304) 696-5510
Fax: (304) 696-4484
holbrooks@hpdwv.com

**Office of the Chief of Police**

675 Tenth Street, Huntington, WV 25701
www.hpdwv.com

# MEMORANDUM

TO: Sgt. D. Booth
Cpl. S. Bills
Cpl. P. Hunter
PFC S. Hinchman

FROM: Chief W.H. Holbrook

DATE: December 14, 2012

SUBJECT: <u>Commendation   U.S. Attorney Award</u>

On October 15, 2012, R. Booth Goodwin, U.S. Attorney, Southern District of West Virginia, submitted a memorandum commending each of you for your outstanding performance during the "Dirty Deeds" OCDETF Investigation. This case involved the prosecution of a number of local and out of state crack cocaine and oxycodone dealers which resulted in the dismantling of a major DTO and lengthy prison sentences for those involved.

Your hard work and sacrifice does not go unnoticed. It is especially gratifying to see such high praise of your performance from our U.S. Attorney. Each of you represent the Huntington Police Department in the highest of standards and I commend you for a job well done! Keep up the great work and keep leading by example.

A copy of this memorandum and U.S. Attorney Goodwin's commendation will be placed in your personnel files.


WHH/sg

cc: personnel files

attachment

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    HUNT_01835132

DEF-WV-01317.00001


DEF-WV-01317

**United States Department of Justice**

United States Attorney
Southern District of West Virginia

| | |
|---|---|
| Robert C. Byrd United States Courthouse | Mailing Address |
| 300 Virginia Street, East | Post Office Box 1713 |
| Suite 4000 | Charleston, WV 25326-1713 |
| Charleston, WV 25301 | 304-345-2200 |
| FAX: 304-347-5104 | 1-800-659-8726 |

October 15, 2012

Cpl. Shane Bills
Huntington Police Department
675 10th Street
Huntington, WV  25701

Re:   Letter of Commendation – Burke, et al. ("Dirty Deeds") OCDETF Investigation)
        2012 U.S. Attorney Law Enforcement & Victim Assistance Awards

Dear Cpl. Bills:

Please accept my sincere thank you for your excellent work in the Dirty Deeds OCDETF investigation. Your tireless work over a number of months was a major contribution in the prosecution of a number of local and out-of-state crack and oxycodone dealers, all of whom, with the exception of one fugitive, have pled guilty and been sentenced. As I understand it, the two king-pins of this organization, Alonzo Dixon and Charles "Rick" Burke, received 235 months and 236 months sentences, respectively. These are significant sentences of which these individuals are deserving and, without your efforts, could not have been achieved.

AUSA Greg McVey offered high praise of your work in this investigation, as he does in all investigations in which you have been a part. I am told that you will be the ranking member of the Huntington Police Department on the Huntington Violent Crime and Drug Task Force. I know that your contributions have been vital in the past and will certainly be vital in coordinating the Huntington Police Department's contribution to the task force. Your hard work and dedication are to be commended and I look forward to working with you in the future.

Cases like Dirty Deeds are very important to our district in general and to the Huntington area specifically. They instill public confidence in my office, law enforcement, and the judicial system as a whole. Thank you again.

Sincerely,

R. BOOTH GOODWIN II
United States Attorney



**Chief W. H. "Skip" Holbrook**

Phone (304) 696-5510
Fax (304) 696-4434
holbrooks@hpdwv.com

**Office of the Chief of Police**

675 Tenth Street, Huntington, WV 25701
www.hpdwv.com

# MEMORANDUM

TO: Sgt. D. Booth
Cpl. S. Bills
Cpl. P. Hunter
PFC S. Hinchman

FROM: Chief W.H. Holbrook

DATE: December 14, 2012

SUBJECT: <u>Commendation - U.S. Attorney Award</u>

On October 15, 2012, R. Booth Goodwin, U.S. Attorney, Southern District of West Virginia, submitted a memorandum commending each of you for your outstanding performance during the "Dirty Deeds" OCDETF Investigation. This case involved the prosecution of a number of local and out of state crack cocaine and oxycodone dealers which resulted in the dismantling of a major DTO and lengthy prison sentences for those involved.

Your hard work and sacrifice does not go unnoticed. It is especially gratifying to see such high praise of your performance from our U.S. Attorney. Each of you represent the Huntington Police Department in the highest of standards and I commend you for a job well done! Keep up the great work and keep leading by example.

A copy of this memorandum and U.S. Attorney Goodwin's commendation will be placed in your personnel files.


WHH/sg

cc: personnel files

attachment



**Chief W. H. "Skip" Holbrook**

Phone  (304) 696-5510
Fax    (304) 696-4434
holbrooks@huntingtonwvpolice.com

**Office of the Chief of Police**

675 Tenth Street, Huntington, WV 25701
www.hpdwv.com

TO: Mayor Kim Wolfe

FROM: Chief W.H. Holbrook

DATE: June 29, 2012

SUBJECT: **"Operation Dirty Deeds" – Officer of the Month Award April 2012**

Beginning in 2008 the members of the HPD Special Investigations Division (Sgt. D. Booth, Cpl. Shane Bills, S. Hinchman, and P. Hunter), and the FBI VCDTF initiated an investigation of violent criminal activity involving a drug trafficking organization (DTO) operating in Huntington, WV. The DTO was being controlled by Charles R. Burke and several of his criminal associates. Due to the complexity and multi-state drug nexus of the case, it was designated OCEDTF status by the U.S. Attorney's Office and titled "Operation Dirty Deeds".

The investigation determined that Burke had been operating in Huntington since the 1990's. His criminal enterprise gained significant momentum between 2005 and 2007 while Huntington was still recovering from the police layoffs. According to one cooperating defendant, Burke was responsible for recruiting and bringing to Huntington at least 100 people to distribute crack cocaine and illegally diverted prescription pills. Another subject stated that in the Inkster, Michigan area, it was a goal of many teenagers to be recruited by Burke and sent to Huntington to deal drugs. At one point during the conspiracy, one of the recruits told investigators that Burke had four drug houses operating at once. Each house could make up to $20,000.00 per day selling drugs. The ripple effect of this type of complex organization, structuring and recruiting activity is still being felt today, further illustrating the significance of this investigation.

The investigation of Burke stretched from Detroit and Inkster, Michigan, to Huntington, West Virginia, to Durham, North Carolina, to finally Cleveland, Ohio. Investigators worked with many other law enforcement agencies and put in countless hours of work during the investigation. Many hours were also spent searching for Burke and many of his associates, who had fled our jurisdiction following the issuance of federal indictments. However, due to the persistence and thoroughness of the HPD personnel, Burke and the other leaders of his organization were captured.

On April 23, 2012, the leader of the "Dirty Deeds" DTO, Charles Burke, pled guilty in U.S. District Court to conspiracy to distribute oxycodone and crack cocaine in Huntington and the Southern District of West Virginia. A short time later, another ranking member of the DTO, Alonzo Dixon, plead guilty to federal drug trafficking violations. This case is expected to yield prison sentences for defendants ranging from 10 years - life imprisonment. It has also delivered

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        HUNT_01835135

DEF-WV-01317.00004

a resounding message to individuals involved in the illegal drug trade - Huntington is no longer "Easy Money." Drug eradication is a priority for the HPD and the consequences of being caught are severe.

The Special Investigations Division; VCDTF has been a staple in our drug enforcement community for years. Most of their work is done covertly and with limited fanfare. Their success is achieved by each of them embracing the philosophy of "there is no limit to what we can accomplish if we don't worry about who gets the credit." I believe members of this unit exemplify all that is expected of a Huntington Police officer and they represent the HPD in the highest of standards.

Because of the extraordinary work of these officers during this investigation, they have been selected as the April 2012 Officers of the Month.

I would like to ask you to join me in commending and congratulating each of them for a job well done!


WHH/sg

cc: personnel files
    Sgt. Darrell Booth
    Cpl. Shane Bills
    Cpl. Paul Hunter
    PFC Sid Hinchman

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            HUNT_01835136

DEF-WV-01317.00005



**United States Department of Justice**

United States Attorney
Southern District of West Virginia

| | |
|---|---|
| Robert C. Byrd United States Courthouse | Mailing Address |
| 300 Virginia Street, East | Post Office Box 1713 |
| Suite 4000 | Charleston, WV 25326-1713 |
| Charleston, WV 25301 | 304-345-2200 |
| FAX   304-347-5104 | 1-800-659-8726 |

October 15, 2012

Cpl. Shane Bills
Huntington Police Department
675 10th Street
Huntington, WV   25701

Re:   Letter of Commendation — Burke, et al. ("Dirty Deeds" OCDETF Investigation)
       2012 U.S. Attorney Law Enforcement & Victim Assistance Awards

Dear Cpl. Bills:

Please accept my sincere thank you for your excellent work in the Dirty Deeds OCDETF investigation. Your tireless work over a number of months was a major contribution in the prosecution of a number of local and out-of-state crack and oxycodone dealers, all of whom, with the exception of one fugitive, have pled guilty and been sentenced. As I understand it, the two king-pins of this organization, Alonzo Dixon and Charles "Rick" Burke, received 235 months and 236 months sentences, respectively. These are significant sentences of which these individuals are deserving and, without your efforts, could not have been achieved.

AUSA Greg McVey offered high praise of your work in this investigation, as he does in all investigations in which you have been a part. I am told that you will be the ranking member of the Huntington Police Department on the Huntington Violent Crime and Drug Task Force. I know that your contributions have been vital in the past and will certainly be vital in coordinating the Huntington Police Department's contribution to the task force. Your hard work and dedication are to be commended and I look forward to working with you in the future.

Cases like Dirty Deeds are very important to our district in general and to the Huntington area specifically. They instill public confidence in my office, law enforcement, and the judicial system as a whole. Thank you again.

Sincerely,

R. BOOTH GOODWIN II
United States Attorney

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER               HUNT_01835137

DEF-WV-01317.00006

**MAYOR KIM WOLFE**
mayorwolfe@cityofhuntington.com



July 18, 2012

Corporal Shane Bills
Huntington Police Department
675 10th Street
Huntington, WV  25701

Dear Corporal Bills:

I want to personally congratulate you for being named Officer of the Month for April 2012.  The professionalism and performance that you, and the other members of the HPD Special Investigations Division, portrayed during your work on "Operation Dirty Deeds" was exemplary.

Both Chief Holbrook and I agree that your job performance reflects favorably on the Huntington Police Department and the City of Huntington.  Your commitment to the Huntington Police Department and the City of Huntington will have a lasting positive effect on our community.

Thank you for your service and commitment to the Huntington Police Department, the City of Huntington, and its citizens.

Congratulations on a job well done!

Sincerely,

*[signature]*

Mayor Kim Wolfe

KW/ab

c:     Chief of Police W. H. Holbrook
       Personnel File

Office of the Mayor
P.O. Box 1659 • Huntington, WV 25717 • Phone. (304) 696-5540 • Fax: (304) 696-4493
www.cityofhuntington.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    HUNT_01835138

DEF-WV-01317.00007

Chief W. H. "Skip" Holbrook

Office of the Chief of Police

Phone: (304) 696-5810
Fax:   (304) 696-2334
holbrook@huntingtonpolice.com

TO: Mayor Kim Wolfe

FROM: Chief W.H. Holbrook

DATE: June 29, 2012

SUBJECT: **"Operation Dirty Deeds" – Officer of the Month Award April 2012**

Beginning in 2008 the members of the HPD Special Investigations Division (Sgt. D. Booth, Cpl. Shane Bills, S. Hinchman, and P. Hunter), and the FBI VCDTF initiated an investigation of violent criminal activity involving a drug trafficking organization (DTO) operating in Huntington, WV. The DTO was being controlled by Charles R. Burke and several of his criminal associates. Due to the complexity and multi-state drug nexus of the case, it was designated OCEDTF status by the U.S. Attorney's Office and titled "Operation Dirty Deeds".

The investigation determined that Burke had been operating in Huntington since the 1990's. His criminal enterprise gained significant momentum between 2005 and 2007 while Huntington was still recovering from the police layoffs. According to one cooperating defendant, Burke was responsible for recruiting and bringing to Huntington at least 100 people to distribute crack cocaine and illegally diverted prescription pills. Another subject stated that in the Inkster, Michigan area, it was a goal of many teenagers to be recruited by Burke and sent to Huntington to deal drugs. At one point during the conspiracy, one of the recruits told investigators that Burke had four drug houses operating at once. Each house could make up to $20,000.00 per day selling drugs. The ripple effect of this type of complex organization, structuring and recruiting activity is still being felt today, further illustrating the significance of this investigation.

The investigation of Burke stretched from Detroit and Inkster, Michigan, to Huntington, West Virginia, to Durham, North Carolina, to finally Cleveland, Ohio. Investigators worked with many other law enforcement agencies and put in countless hours of work during the investigation. Many hours were also spent searching for Burke and many of his associates, who had fled our jurisdiction following the issuance of federal indictments. However, due to the persistence and thoroughness of the HPD personnel, Burke and the other leaders of his organization were captured.

On April 23, 2012, the leader of the "Dirty Deeds" DTO, Charles Burke, pled guilty in U.S. District Court to conspiracy to distribute oxycodone and crack cocaine in Huntington and the Southern District of West Virginia. A short time later, another ranking member of the DTO, Alonzo Dixon, plead guilty to federal drug trafficking violations. This case is expected to yield prison sentences for defendants ranging from 10 years   life imprisonment. It has also delivered

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    HUNT_01835139

DEF-WV-01317.00008

a resounding message to individuals involved in the illegal drug trade. Huntington is no longer "Easy Money." Drug eradication is a priority for the HPD and the consequences of being caught are severe.

The Special Investigations Division; VCDTF has been a staple in our drug enforcement community for years. Most of their work is done covertly and with limited fanfare. Their success is achieved by each of them embracing the philosophy of "there is no limit to what we can accomplish if we don't worry about who gets the credit." I believe members of this unit exemplify all that is expected of a Huntington Police officer and they represent the HPD in the highest of standards.

Because of the extraordinary work of these officers during this investigation, they have been selected as the April 2012 Officers of the Month.

I would like to ask you to join me in commending and congratulating each of them for a job well done!


WHH·sg

cc: personnel files
    Sgt. Darrell Booth
    Cpl. Shane Bills
    Cpl. Paul Hunter
    PFC Sid Hinchman

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     HUNT_01835140

DEF-WV-01317.00009



**Chief W. H. "Skip" Holbrook**

Phone (304) 696-5510
Fax (304) 696-4454
holbrooks@huntingtonwvpolice.com

**Office of the Chief of Police**

675 Tenth Street, Huntington, WV 25701
www.hpdwv.com

TO: List*

FROM: W. H. Holbrook, Chief of Police

DATE: November 29, 2011

SUBJECT: **Commendation—Outstanding Implementation of District Initiative-Drug Market Intervention (DMI) Huntington**

On October 6, 2011, United States Attorney, Southern District of West Virginia, R. Booth Goodwin II, recognized you and other members of the Huntington Police Department for outstanding implementation of District Initiative: Drug Market Intervention Initiative (DMI) at the 2011 United States Attorney's Law Enforcement and Victim Assistance Awards.

This initiative began last year and included collaboration with other area law enforcement officers, the Fairfield West Improvement Council, the Fairfield Crime and Safety Committee and faith community leaders. This problem-solving initiative was designed to close down open-air drug markets and associated crime. To-date, the Fairfield West Drug Market area in and around 19th Street and Ninth Avenue has been eliminated and sustained violent crime reductions of around 70% have been observed. Drug crimes in the DMI area have gone from representing 60% of drug crimes in the city to only 10% of such crimes.

This initiative has resulted in the true transformation of a once distressed neighborhood. I join United States Attorney R. Booth Goodwin II in recognizing your work in the DMI initiative. I commend you for your efforts in this case and the example your set for other officers to follow.

WHH/lja
Copy: Personnel Files ✓

Captain H. Dial
Lieutenant R. Cornwell
Lieutenant D. Underwood
Sergeant D. Booth
Sergeant E. Corder
Corporal J. Franklin

Corporal S. Bills ✓
PO S. Hinchman
PO P. Hunter
PO C. Preece
Scott Lemley

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            HUNT_01835141

DEF-WV-01317.00010

**United States Department of Justice**

United States Attorney
Southern District of West Virginia

Robert C. Byrd United States Courthouse
300 Virginia Street, East
Suite 4000
Charleston, WV 25301
FAX: 304-347-5104

Mailing Address
Post Office Box 1713
Charleston, WV 25326-1713
304-345-2200
1-800-659-8726

September 8, 2011

Cpl. Shane Bills
Huntington Police Department
675 10th Street
Huntington, WV 25701

Re: 2011 U. S. Attorney's Law Enforcement & Victim Assistance Awards

Dear Shane:

I would like to congratulate you on being selected as an award recipient this year! You were nominated for this award because of your outstanding efforts in the Drug Market Intervention (DMI) Initiative.

It would give me great pleasure to present you with this award at a ceremony and reception to honor you and the other 2011 award recipients at noon on October 6, 2011, at the Marshall University Foundation Hall, home of the Erickson Alumni Center, located a 519 John Marshall Drive in Huntington, West Virginia.

Please confirm your attendance with Deanna Eder by calling (304) 345-2200, ext. 3090, or emailing her at deanna.eder@usdoj.gov no later than September 22, 2011. Also, please verify the spelling of your name, and rank, if applicable.

Again, congratulations!

Sincerely,

R. BOOTH GOODWIN II
United States Attorney

cc: Chief W. H. Holbrook, Huntington Police Dept.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    HUNT_01835142

DEF-WV-01317.00011



Office of the Chief of Police
Huntington Police Department
675 10th Street, Huntington, WV 25701
P.O. Box 1659, Huntington, WV 25717
(304) 696-5510 • Fax (304) 696-4434

Chief W. H. "Skip" Holbrook

TO: Corporal Shane Bills

FROM: W. H. Holbrook, Chief of Police

DATE: October 27, 2010

SUBJ: **Commendation: 2010 United States Attorney's Award**

On October 6, 2010 you and Detective Curt Nethercutt were recognized by United States Attorney R. Booth Goodwin II for your outstanding contributions to the "Snowcrash" OCDETF investigation. This significant investigation led to the successful prosecution of principles Wilson Watson, Jr., Stephen Gray and others.

Because of your efforts, you received the 2010 United States Attorney's Law Enforcement and Victim Assistance Award. Receiving this award reflects very favorably upon yourself and the Huntington Police Department. Your efforts in narcotics investigations are well-known both locally and regionally.

I commend you for a job well done! A copy of this memo, as well as the award letter, will be placed in your Personnel File.

WHH/lja

C: Personnel File ✓

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    HUNT_01835143

DEF-WV-01317.00012



Law
Enforcement
Coordinating
Committee

U.S. Department of Justice

United States Attorney
Southern District of West Virginia

| United States Courthouse | Mailing Address |
| --- | --- |
| 300 Virginia Street, East | Post Office Box 1713 |
| Charleston, WV 25301 | Charleston, WV 25326-1713 |
| FAX: (304) 347-7074 | (304) 345-2200 |
| | 1-800-659-8726 |

September 15, 2010

Shane Bills
Huntington Police Department
675 10th Street
Huntington, WV 25701

RE: *2010 U. S. Attorney's Law Enforcement and Victim Assistance Awards*

Dear Shane:

I would like to congratulate you on being selected as an award recipient this year! You were nominated for this award by AUSA John Frail for your work in the "Snowcrash" OCDETF investigation which led to the successful prosecution of Wilson Watson, Jr., Stephen Gray and others.

It would give me great pleasure to present you with this award at a ceremony and reception to honor you and the other 2010 award recipients on October 6, 2010, at 12:00 p.m. at the University of Charleston Rotunda located at 2300 MacCorkle Avenue, SE, Charleston, West Virginia.

Please confirm your attendance with Deanna Eder by calling (304) 345-2200, extension 3090 no later than September 24, 2010.

Again, congratulations!

Sincerely,

R. BOOTH GOODWIN II
United States Attorney

cc: Chief Skip Holbrook, Huntington Police Dept.
AUSA John Frail, USAO SDWV

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    HUNT_01835144

DEF-WV-01317.00013



Chief Gordon Ramey II

**Office of the Chief of Police**
**Huntington Police Department**
675 10th Street - Zip 25701
P.O. Box 1659 - Zip 25717
(304) 696-5510 - Fax 696-5579

TO: Officer Shane Bills

FROM: Gordon Ramey II, Chief of Police

DATE: May 11, 2001

SUBJECT: LETTER OF COMMENDATION

I would like to take this opportunity to personally commend you on your outstanding performance on April 29, 2001, when you responded with Officer Charlton to a Missing Juvenile call in Altizer. Your assistance resulted in the apprehension of David C. Stapleton for the Sexual Assault of a Juvenile. In addition, your efforts helped Detective Beckett identify the suspect and collect evidence for the case.

Your efforts not only reflect favorably upon yourself but the Huntington Police Department as a whole. Your action resulted in a favorable outcome of what could have ended in the suspect eluding prosecution.

On behalf of the members of the Huntington Police Department, I would like to thank you and express my appreciation for a job well done.

GR/ew/ja

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          HUNT_01835145

DEF-WV-01317.00014



Chief Mike Nimmo

**Office of the Chief of Police**
**Huntington Police Department**
675 10th Street - Zip 25701
P.O. Box 1659 - Zip 25717
(304) 696-5510 - Fax 696-5579

TO:       Officer Shane Bills

FROM:     Gordon Ramey II, Chief of Police

DATE:     March 29, 2001

SUBJECT:  LETTER OF COMMENDATION

I would like to take this opportunity to express my sincere appreciation and commend you for your role in the apprehension of James Robert Stone. The arrest cleared the robberies of Kentucky Fried Chicken, El Haijj Salon and Spa, CVS Pharmacy (03/14/01), and Speedway (03/12/01).

Your efforts are worthy of recognition and reflect most favorably on the City of Huntington and the Huntington Police Department. Thanks for a job well done.

GR/ew/ja



Office of the Chief of Police
Huntington Police Department
675 10th Street - Zip 25701
P.O. Box 1659 - Zip 25717
(304) 696-5510 - Fax 696-5579

# MEMORANDUM

TO:      Officer Shane Bills

FROM:    Sam Scheidler, Interim Chief of Police

DATE:    January 4, 2001

SUBJECT: Commendation

Upon a letter of recommendation from your Shift Commander, Lt. Gene Hollingsworth, this commendation is awarded to you for professional police performance that resulted in the investigation and clearance of several armed robberies of pizza drivers and at least six stolen property cases. (See CR#00-13258.)

Your exemplary police performance has reflected most positively on the Huntington Police Department. Thank you. Keep up the good work!

Copies of this letter and that of Lt. Hollingsworth regarding this matter will be placed in your personnel file for future reference.

SS/ja