# FBI Huntington Violent Crime Drug Task Force

# Huntington Interdiction Team

## OCDETF Funding Proposal



   

# January 27, 2015

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HUNT_01842936

DEF-WV-01323.00001

DEF-WV-01323

### Tri-State's Heroin Epidemic

The Tri-State region, which is comprised of Kentucky, Ohio and West Virginia, has a population of approximately 300,000. The respective counties in each state reports per capita, some of the highest heroin drug usage in their respective states. Huntington is the largest city in the region; located approximately 300 miles south of Detroit, Michigan. It is frequently referred to as "Little Detroit" due to the large population of former Detroit based heroin traffickers. Huntington is a destination city known and utilized by Detroit violent gang members and narcotics traffickers to establish heroin distribution points in other parts of the Tri-State region.

The Huntington area is a well known regional distribution hub for the entire Tri-State region for illegal drugs, which has resulted in a deterioration of the area with increased slum and blighting conditions. The financial reward of distributing heroin in Huntington is extremely appealing as heroin sells for five times the value in Huntington as it does in Detroit. Huntington also offers traffickers less violence and less competition than Detroit. With limited law enforcement resources, combined with the influx of drug dealers, prostitutes, and associated violent crimes, the heroin epidemic has created a situation that could quickly spiral if not aggressively targeted. The FBI and the City of Huntington has made great strides in reducing drugs and violent crime in recent years, but starting in 2011, due to the focused efforts to reduce prescription medications, heroin quickly emerged as the replacement drug for addicts.

### Overdoses

Statistical analysis shows an unprecedented peak in overdose calls related to heroin usage. In 2013, West Virginia had the highest drug overdose mortality rate in the United States, with 28.9 per 100,000 people suffering drug overdose fatalities, according to a report titled *Prescription Drug Abuse: Strategies to Stop the Epidemic*. From 2007 to 2010, overdose calls into the Huntington Regional 911 averaged 117 incidents. Overdose calls spiked to 160 in 2011 and have been increasing through 2014 with a result of 272. In the first seventeen days of 2015 there have been 37 overdose calls reported to 911, with nine of the incidents resulting in the death of the individual. We are currently averaging 2.17 overdose calls a day. If the current trend continues, we will have approximately 800 overdoses and 165 overdose deaths by the end of 2015. **At the projected 2015 rate, the overdose death per capita rate in the Huntington region would be 328.5 per 100,000 people.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## Arrests, Seizures, and Search Warrants

In 2013, the FBI Huntington Violent Crime Drug Task Force executed 19 search warrants and numerous covert operations, resulting in the arrests of 127 individuals linked to DTOs. The investigations resulted in the seizure of 23 firearms, 212 grams of crack/cocaine/cocaine base, 11,670 grams of marijuana, 3,365 grams of heroin, 2,539 grams of synthetic drugs, and 9,317 dosage units of prescription medications. Total heroin seizures by Huntington Police Department and the FBI equaled 5,500 grams, a substantial increase (1,291%) from 395.5 grams seized in 2010.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



In 2014, the FBI Violent Crime Drug Task Force executed 68 search warrants, resulting in the arrests of 175 individuals linked to DTOs. The TF obtained 48 federal indictments and 115 state indictments. The return on investment based on a 13 individual TF has been extremely successful.

### Interdiction Efforts

The FBI Huntington operates a Safe Streets Task Force comprised of 12 Task Force Officers (TFO) and one full-time FBI Agent. The FBI Task Force is comprised of members from the Huntington Police Department, Cabell County Sheriff's Office, Barboursville Police Department, West Virginia (WV) State Police, and the WV National Guard Counter-Drug unit.

The members of the FBI TF are the sole drug investigators from their respective agencies. Therefore, TFOs and the FBI Task Force are solely responsible for investigating every aspect of drug trafficking and distribution in the Huntington region. The TF is responsible for both long and short-term investigations.

Due to the size of respective police departments which comprise the TF, the agencies cannot provide additional manpower for full-time Safe Streets Task Force funded positions. A limited amount of FBI overtime money has historically been available to obtain assistance

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HUNT_01842939

DEF-WV-01323.00004

from additional agencies that cannot provide full time TF members.  OCDETF funding for this initiative is the only solution that allows local agencies the ability to combat the heroin epidemic, which is the number one crime problem in the region.

In order to specifically target large-scale Drug Trafficking Organizations (DTO), the FBI TF developed a four pronged heroin interdiction program.  The program utilizes intelligence developed through long-term OCDETF investigations and applies the intelligence to focus on short-term interdiction projects.  Through a concentrated effort utilizing short and long-term techniques, the TF is able to show the local community immediate impacts, while establishing a long-term OCDETF investigation which disrupts and dismantles DTOs.  Through successfully applying this strategy the TF has been able to achieve impressive results over the last two years.

The four pronged program is comprised of the following:

- Daily Interdiction (Greyhound Bus Station)
- Mail Interdiction (FedEx & USPS)
- Hotspot Interdiction (hotels & hotspots)
- Highway Interdiction (State Rt. 2 & US 35)


### Daily Interdiction

In order to aggressively target parcel interdiction, the TF deputized a TFO who is a K-9 officer.  The officer is responsible for conducting daily interdiction work at three parcel shipment hubs which deliver parcel packages in the Tri-State region.  Due to numerous responsibilities of TFO, the officer is generally able to cover only one shipping company per day.  The TFO is also responsible for conducting other Greyhound bus line interdiction.

Since 2012, members of the Task Force have aggressively targeted Greyhound Bus Interdiction.  As part of Operation Carry-On, the TF utilizes a Deputized K-9 officer to identify human transporters used by DTOs to transport heroin.  Currently, the TF targets both incoming and outgoing buses traveling from Detroit to Huntington, WV.  Through numerous successful interdictions, the TF has developed intelligence and behavior indicators which have made interdiction efforts extremely successful.  Most recently, the TF began working with Greyhound Bus Lines to identify individuals who are traveling to Huntington multiple times per month.  This newly developed intelligence has identified a trend of cash-

purchased one way tickets for individuals who return to Detroit within one day. Investigative efforts are linking these individuals directly to DTOs.

Historic intelligence reflects that the DTOs utilize Greyhound because of the cost-effective manner of traveling and the ease of recruiting low-level human carriers, who are frequently paid less than $500 to transport heroin via the bus to Huntington. Typically an individual may transport between 100 to 400 grams of heroin each trip and make multiple trips per week.

DTOs frequently utilize early morning bus trips to Detroit to transport profits from their heroin distributions, while using the late evening bus arrivals to transport heroin to Huntington. Due to the time span between arrivals and departures and the limited manpower, the TF is frequently only able to cover one trip per day. Additional overtime funding will allow the TF to perform interdiction activities of both arrivals in Huntington and departures to Detroit.

With this recently developed partnership with Greyhound, the TF interdiction efforts will become more productive and efficient during short-term investigations and in cultivating intelligence through targeting specific human carriers used by DTOs.

## Mail Interdiction

Human intelligence has identified three parcel delivery services successfully utilized by DTOs to transport narcotics into the Tri-State region. While package interdiction is extremely productive and provides an extremely high return on investment, the challenge and limitation is that funding only exists for one TFO to conduct the operation. When the TFO is unavailable, no funding exists to conduct parcel interdiction.

On ten occasions during 2014, when parcel packages where successfully interdicted the TF conducted controlled deliveries and executed search warrants on the receiving location. These efforts led to numerous arrests, heroin seizures, and furthered long-term investigative efforts by gathering intelligence at the delivery locations.

One of the successful interdiction efforts in December 2014 resulted in connecting three short-term investigations to a Detroit based DTO. The case resulted in seizures of over one kilo of heroin, $20,000 cash, and a federal indictment of nine individuals from West Virginia and Michigan.

DEF-WV-01323.00006

Funding as requested in this proposal would allow the TF to devote adequate manpower resources to make these efforts even more productive.

### Hotspot Interdiction

In January 2014, the TF began conducting weekly interdiction operations at local hotels utilized by DTO members as a base for their illegal operations. TF operations have been extremely successful by conducting surveillance at the locations and employing marked patrol cars to conduct strategically targeted traffic stops. After achieving successful seizures from the stop, the TF obtains a search warrant for the drug trafficker's hotel room. During 2014, the TF achieved successful results on 70% of the interdiction days. Hotel interdiction efforts have been so successful that other jurisdictions are requesting the TF to conduct operations in their respective areas. The primary limiting factor for hotel interdiction is manpower. It is challenging to devote as much as 20% of the TF's weekly resources to short-term interdiction efforts.

In January 2015, while conducting weekly interdiction, TFOs identified two high level drug traffickers who traveled to Huntington to attend a federal sentencing of a DTO leader. The TF utilized long-term and current investigative information to obtain arrest warrants for the targets and executed two search warrants on their hotel rooms. The warrants resulted in the seizure of two firearms and numerous documents which connected the DTO leaders to large amounts of heroin and currency seized in previous search warrants. Due to this successful hotel interdiction, a federal indictment of the two DTO leaders will be forthcoming.



Drug Offense Locations 2014 – City of Huntington

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEF-WV-01323.00007

## Highway Interdiction

In June 2013, the TF developed a Highway interdiction strategy in conjunction with Ohio Highway Patrol. The FBI TF sponsored a training seminar for local law enforcement agencies. The one day course was attended by 145 officers from 33 agencies around the Tri-State region. The purpose of the conference was to develop and implement an aggressive highway interdiction strategy on the most frequently traveled highways used by DTOs.

During June 2013, members of the TF conducted weekly highway interdiction efforts, which led to arrests, drug seizures and valuable intelligence which supported long-term cases. Due to limited manpower resources, the highway interdiction project could only be conducted one day per week for three months. In an effort to increase productivity the TF transitioned from highway interdiction to hotel interdiction. This transfer of resources has left highway interdiction completely unaddressed. Funding from this proposal would allow highway interdiction to resume.

## Huntington Interdiction Team (HIT)

This proposal will establish a full-time heroin interdiction team which will work at the direction of the FBI Task Force. The Huntington Interdiction Team (HIT) shall be solely managed by the FBI Task Force, which will ensure free flowing intelligence between both entities. The team will utilize intelligence gathered by the TF through numerous human sources and OCDETF investigation techniques to concentrate interdiction efforts on areas and methods used to transport heroin to the Tri-State region. The interdiction efforts will establish a five person interdiction team which will devote 100 hours per week to target transportation methods used by DTOs to traffic heroin.

The funding will be used to pay overtime for manpower resources, vehicle costs and equipment needs. Members of the TF will provide daily intelligence on specific heroin interdiction opportunities, and direct the HIT to specific locations. The HIT will conduct arrests and seizures to fuel long-term OCDETF investigative efforts. The devotion of overtime resources will not only provide a specialized team to provide full-time interdiction efforts, but will allow the TF to devote a full time effort to long-term OCDETF investigations.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DEF-WV-01323.00008

Due to the local agency members expending all of their available manpower resources to the current TF, OCDETF funding is the only mechanism which will allow the TF to focus on long-term OCDETF investigations and improve short-term interdiction efforts.

This proposal will fund overtime for five officers a minimum of 20 hours per week. The overtime effort will be paid to officers trained in interdiction methods, who will patrol major thoroughfares, conduct Greyhound bus and parcel interdiction, and target locations used by DTOs trafficking heroin in the Tri-State region.

This effort will also utilize an established relationship with the Ohio Highway Patrol (OHP) to improve regional highway interdiction efforts. OHP is recognized as one of the most proficient interdiction law enforcement agencies in the United States. OHP has agreed to train and conduct joint interdiction operations with the HIT. Many of the successful interdiction actions conducted by OHP are destined for the Tri-State Region. Funding from this proposal will establish a multi-jurisdictional interdiction effort, which will complement highway interdiction efforts already established by Ohio Highway Patrol. These collective efforts will develop intelligence for not only West Virginia based investigations, but also DTOs in Kentucky, Ohio, and Michigan.

Investigators on the TF are responsible for long-term OCDETF style investigations, along with managing short–term proactive investigative efforts which are valuable and necessary to disrupt the DTOs daily operations. Without the success of both investigative efforts, DTOs will flourish and remain unchecked.

In 2014, the TF successfully managed pro-active long-term and short-term investigations which led to the arrests of 175 individuals and 68 search warrants. The TF obtained 48 federal indictments and 115 state indictments. The return on investment based on a 13 individual TF has resulted in positive a community transformation.

Funding for future interdiction efforts and the full implantation of this strategy will expand the past successes of the FBI Task Force exponentially in the future.

DEF-WV-01323.00009

Funding Request

Personnel:

102 hours a week for 52 weeks = 5279 hours of funding

5279 * 34.60 (current OT Rate) = **$182,655.00** (rounded to nearest dollar)

Fringe:

| | |
|---|---|
| Pension (8.5%) | $17,425.00 |
| FICA (1.45%) | $2972.50 |
| Unemployment (.15%) | $307.50 |
| Worker's Comp (.80%) | $1640.00 |
| Total Fringe | **$22,345.00** |

**Total Personnel + Fringe**    **$205,000.00** (rounded to nearest dollar)

Vehicles

Fuel Costs    $8,000.00 X three vehicles = $24,000 (annually)

Maintenance  $2000.00 X three vehicles = $6,000 (annually)

**Total Vehicle Cost**    **$30,000.00**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HUNT_01842945

DEF-WV-01323.00010

Equipment

Cameras (still & video)

Audio Recording Devices

Binoculars

Misc Surveillance Equipment

**Total Equipment Cost**     **$15,000.00**


Total Amount Requested

Personnel (OT + Fringe)          $205,000.00

Vehicles (Fuel + Maintenance)    $ 30,000.00

Equipment                        $ 15,000.00

**Total Project Cost**           **$250,000.00**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          HUNT_01842946