Message
___

| | |
|---|---|
| **From**: | Petrany, Stephen M [/O=MARSHALL UNIVERSITY/OU=MUSOM/CN=RECIPIENTS/CN=PETRANY] |
| **Sent**: | 2/3/2020 8:17:30 PM |
| **To**: | Paul@farrell.law |
| **Subject**: | FW: Resiliency Plan Public Release |
| **Attachments**: | 2020_Huntington Resiliency Plan.pdf |

FYI

Here is the e-mail I just sent to all of the people listed on page 1 of the Resiliency Plan with the most updated document. This is the document that will be released to the newspaper.

Can you send this version to your colleagues who need to have the most updated document?

Steve

___

**From:** Petrany, Stephen M <petrany@marshall.edu>
**Sent:** Monday, February 03, 2020 2:01 PM
**Subject:** Resiliency Plan Public Release

I am writing to you as an active participant in the community group that developed the attached Resiliency Plan for addressing the substance use disorder crisis that has affected our county and city. Each of you contributed meaningfully to the final plan which was completed after several months of effort in September of 2019. We have been encouraged to make that plan public and I am writing to inform you of our intention to do so later this week. Since you are listed in the document as a contributor, you may be contacted for your thoughts, so I have attached a copy of what will be released to the press for you to be able to review. While some minor grammatical and spelling changes were made to this document, there were no substantive changes made to the plan that was developed by the group. It was recommended that any reference to a specific budget for the plan be removed from the document to be released. Recall that the plan does not reflect any particular group or institution but represents a sincere effort to bring together experts from our community to develop an intermediate and long term strategy to build upon present efforts. We all designed it to be flexible and responsive to the changing nature of the crisis and its effects going forward.

I am sure you have all been following the developments of the law suit by the county and city related to the impact of the opioid crisis on our community. My understanding is that our Resiliency Plan will be presented as part of that effort.

Once again, I want to express my sincere appreciation for each and every one of you. The work you do has been critical in turning the tide of destruction brought upon by the substance use crisis.

Sincerely,

Steve Petrany

Stephen M. Petrany, M.D.
Professor and Chairman
Department of Family and Community Health
Marshall University JCE School of Medicine
1600 Medical Center Drive
Huntington, West Virginia

Confidential                                                                                                                             MARSHALL_FEDWV_00003512

**DEF-WV-01361.00001**


DEF-WV-01361