Message
---

| | |
|---|---|
| **From:** | Petrany, Stephen M [/O=MARSHALL UNIVERSITY/OU=MUSOM/CN=RECIPIENTS/CN=PETRANY] |
| **Sent:** | 12/18/2019 6:30:36 PM |
| **To:** | Paul Farrell [Paul@Greeneketchum.com] |
| **CC:** | Amy Quezon (Amy@mchughfuller.com) [Amy@mchughfuller.com]; akearse@motleyrice.com; Ritter, Ann [aritter@motleyrice.com]; Erin Dickinson [ekd@cruegerdickinson.com]; O'Connell, Lyn [/o=Marshall University/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e82ceb9f6fed46d0aec7003964497f09-ocon] |
| **Subject:** | RE: Cabell County Resiliency (Abatement) Plan |
| **Attachments:** | Huntington Resiliency Plan Final Sept 3 FINAL.pdf |

Paul,

Here is the latest version that I have of the Resiliency Plan.

I think it is important for me to inform all participants of any plans to release this document prior to its release.

Just to let you know, I will be on vacation and unavailable beginning tomorrow through Jan 2, 2020.

It is probably best to wait until after the holidays to consider any release to the public.

Give me a call when you have a moment to discuss. (cell: 304-634-6943)

Thanks.

Have a Merry Christmas!

Steve

Stephen M. Petrany, M.D.
Professor and Chairman
Department of Family and Community Health
Marshall University JCE School of Medicine
1600 Medical Center Drive
Huntington, West Virginia


**From:** Paul Farrell <Paul@Greeneketchum.com>
**Sent:** Tuesday, December 17, 2019 2:25 PM
**To:** Petrany, Stephen M <petrany@marshall.edu>
**Cc:** Amy Quezon (Amy@mchughfuller.com) <Amy@mchughfuller.com>; akearse@motleyrice.com; Ritter, Ann <aritter@motleyrice.com>; Erin Dickinson <ekd@cruegerdickinson.com>
**Subject:** FW: Cabell County Resiliency (Abatement) Plan

Dr. Petrany,

Circling back to you. Gonna disclose the Resiliency Plan and ready for you to release to the public. Is this the latest version?

**Paul T. Farrell, Jr., Esq.**
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
phone:    304.525.9115


Confidential                                                                                                                                    MARSHALL_FEDWV_01065741

DEF-WV-01432.00001



800.479.0053
facsimile: 304.529.3284
email: paul@greeneketchum.com
*"Facts are stubborn things."*
    -John Adams
     President of the United States.
     Trial lawyer

Confidential

DEF-WV-01432.00002

MARSHALL_FEDWV_01065742