Message

| | |
|---|---|
| **From:** | Petrany, Stephen M [/O=MARSHALL UNIVERSITY/OU=MUSOM/CN=RECIPIENTS/CN=PETRANY] |
| **Sent:** | 8/20/2019 10:07:36 PM |
| **To:** | Maiolo, Jodi [/o=Marshall University/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=873e1e0ae1b048e5b72989f9c500d488] |
| **Subject:** | Huntington Resiliency Plan 8-20 6PM Draft JLM.docx |
| **Attachments:** | Huntington Resiliency Plan 8-20 Draft JLM.docx |

Confidential

MARSHALL_FEDWV_01105176

**DEF-WV-01456.00001**

