LAW OFFICES
HYMAN, PHELPS & MCNAMARA, P.C.
700 THIRTEENTH STREET, N.W.
SUITE 1200
WASHINGTON, D. C. 20005-5929
(202) 737-5600
FACSIMILE
(202) 737-9329
www.hpm.com

JOHN A. GILBERT, JR.

Direct Dial (202) 737-4293

5603.013.01

June 12, 2007

Mia Brent

**BY MESSENGER**

Linden Barber, Esq.
Chief, Regulatory Section
Office of Chief Counsel
Drug Enforcement Administration
600 Army/Navy Drive
Arlington, Virginia 22202

Dear Mr. Barber:

I have attached some important information on the progress of McKesson's implementation of the Lifestyle Drug Monitoring Program. As I stated in our last conversation, McKesson has implemented this program "nationally" across its 30 distribution centers ("DC") throughout the country.

I have attached a copy of the following information:

- Amendment to the McKesson DC Operations Manual describing the standard operation procedures (SOPs) for the Lifestyle Drug Monitoring Program;
- PowerPoint presentation by Donald Walker, Senior Vice President of Distribution Operations, at McKesson's National Operations Conference in April 2007 (this included the entire distribution network leadership, managers and staff, 110 persons);
- Copy of letter being sent to Retail National Accounts (chain customers);
- Pharmacy questionnaire and declaration being used by McKesson sales staff for due diligence with retail accounts; and
- Excerpt from Daily Dosage Summary which identifies customers that have exceeded threshold for the current month; (DC 8,195 = Lakeland).

McKesson has already conducted a level 1 inquiry of all customers (other than VA hospitals and chain pharmacies) about their distribution practices. These contacts have been documented at each DC. The initial run of the daily dosage report identified more

2603 MAIN STREET
SUITE 760
IRVINE, CALIFORNIA 92614
(949) 553-7400
FAX: (949) 553-7433

4819 EMPEROR BOULEVARD
SUITE 400
DURHAM, NORTH CAROLINA 27703
(919) 313-4750
FAX: (919) 313-4751

**Confidential / Exempt from FOIA. Subject to FRE 408.** **MCK_WVA_000001**

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001323
MCKMDL00355527

**DEF-WV-01527.00001**

DEF-WV-01527



Linden Barber, Esq.
June 12, 2007
Page 2

HYMAN, PHELPS & MCNAMARA, P.C.

than 4,400 entries across the 30 DCs where the threshold has been exceeded. McKesson is in the process of conducting a level 2 inquiry with those customers who have placed orders above the expected norm based on the customer's profile and threshold amounts. McKesson has already terminated or reduced some customers based on its preliminary analysis. The results of this due diligence will be documented at each DC.

I also want to note two anecdotal examples that McKesson provided to me that demonstrate the progress of the program within the first 45 days. First, McKesson found one case where its inquiry of a pharmacy customer alerted that customer to an employee theft. The customer reported this information to the local DEA office. Second, I have attached an e-mail from the McKesson Washington Court, Ohio DC Manager describing a contact he made to Kathy Chaney, Group Supervisor of the Columbus DEA office. McKesson is encouraging the DC managers to incorporate these contacts in implementation of the Lifestyle Drug Monitoring Program.

I trust you will find that this information provides further evidence of McKesson's commitment to improving its distribution monitoring systems. Please let me know if you have any questions.

Sincerely,

John A. Gilbert, Jr.
Counsel to McKesson Corporation

Attachments

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000002

Confidential - Subject to Protective Order MCK-WVAG-003-0001324
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355528

DEF-WV-01527.00002

Lifestyle Drug Monitoring Program Page 1 of 7

# McKesson Operations Manual

*for Pharma Distribution*

MOM Main Index

## Lifestyle Drug Monitoring Program

| General Description | Author / Owner | Overview of Detailed Steps | Detailed Steps |
|---|---|---|---|
| Attachments | Revision History | Search DistOps | Contact Us |

### General Description

**Task:** This procedure outlines requirements and activities to proactively review customer's purchases of DEA identified "Lifestyle Drugs" and actions to take based upon analysis of customer purchases.

**Purpose:** McKesson has been proactively working with the DEA to enhance current practices for the monitoring and review of suspicious orders. Trends in the marketplace require McKesson to reevaluate the methodology utilized to review customer orders and their business models.

The DEA expects the supplier to *"know their customer"*. This means understanding the customer's business, *why* they purchase as well as how much they purchase. Factors such as type of business, internet activities, type and quantity of products purchased should be considered when evaluating a customer.

**Reports**

Two Business Objects reports, Daily Dosage Summary Report and Dosage Limit Tracking Detail, have been developed to allow McKesson to monitor customer purchases of controlled substances by the net number of dosage units sold based on the DEA's Controlled Substance Generic Base Code ID. McKesson will investigate customer activity when sales of a given generic base ingredient exceed a predefined dosage unit threshold within a calender month. Initially all items will be investigated at the same threshold level, however the level may be changed per item at Regulatory Affairs descression. The same dosage threshold will be used for all classes of customers.

This reporting process is targeting controlled substances that the DEA considers "lifestyle" drugs. These drugs are highly abused and are commonly found in illegal internet pharmacies.
Currently, the controlled substances being monitored by these reports are:

| Generic Ingredient | Base code | Dosage Threshold |
|---|---|---|
| Oxycodone | 9143 | 8,000 |
| Hydrocodone | 9193 | 8,000 |
| Alprazalam | 2882 | 8,000 |
| Phentermine | 1640 | 8,000 |

Additions or deletions of items will be managed through the Regulatory Department by submitting a problem request to Business Intelligence- Functional (BI-FUNC).

For the purpose of these reports, all sales to a DEA license number are being accumulated, therefore sales to mulple account numbers with the same DEA license number are consolidated. Sales are added together regardless of fill dc.

**Daily Dosage Summary Report**
This report will summarize customers who have purchased quantities of all products containing the identified base code in excess of the threshold for the item. For example all sales and credits of Mckesson items containing Hydrocodone will be added together and reported if the total doses exceeed 8,000 unit. The daily report will systemically be sent via email to the DCM and their the designee, Sales Management, and Regulatory department. It will be the DCM's responsibility to review and act on the reports according to the processes listed below.

Review of Summary Report

The report will be generated as customers exceed the dosage unit threshold. Each customer appearing on the report must be evaluated to the legitimacy of their order quantity. Once an account appears on the report, it will continue to show up on the report until the end of the month. You should start your evaluation when the account appears on the report; do not wait until the end of the month to start the process.

http://mcknethost.mckesson.com/distops/Manuals/MOM/zav_MOM-CTRL-004.asp 6/7/2007

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000003

Confidential - Subject to Protective Order MCK-WVAG-003-0001325
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355529

DEF-WV-01527.00003


Lifestyle Drug Monitoring Program Page 2 of 7

If the account is a large customer that McKesson expects to purchase in large quantities, for example: Institutional, warehouse accounts, government, or mail order, then you will generally only have to perform a Level I review. However, large spikes of any customer including hospitals, warehouse accounts, or government accounts must be evaluated.

**Generic Dosage Limit Tracking Detail Report**
This is an on demand report that allows a DC to research a customer that has been reported on the Summary Report. Once a customer has been identified from the summary report, this report will provide detail of all sales and credits during any given time frame.

The user logs into Business Objects, runs the report and enters the DEA numbers and dates of interest.

**Manually Running Reports**
Both reports can be run manually within Business Objects, they are located in the Corporate Documents folder.

Since the reports may run a long time, the user should run these reports using the Business Objects PC client rather than through the Business Objects web interface. Using the web interface, the reports may time out before completion.

Download and install the "Business Objects Full Client Reporter" following the instructions found on the Business Objects home page at Business Objects.

Access to Business Objects is granted by making a standard request to IT Security. Complete an OnLine Access Request at On Line Security Request Form.

Problems with installing or using Business Objects should be addressed by calling the McKesson Internal Help Desk at 888-HELPMCK.

 Top

## Author / Owner

**Author:** Keith McIntyre

**Document Owner:** Gary Hilliard

 Top

## Overview of Detailed Steps

1. *Level I Review*
2. *Level II Review*
3. *Level III Review*
4. *Actions if sales are not approved*
5. *LDMP Approval & Sign Off Process*
6. *Record Retention Methology*

 Top

## Detailed Steps

1. **Level I Review**

http://mcknethost.mckesson.com/distops/Manuals/MOM/zav_MOM-CTRL-004.asp 6/7/2007

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000004

Confidential - Subject to Protective Order MCK-WVAG-003-0001326
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355530

DEF-WV-01527.00004



### 1.1 If the customer appears on a previous month's report for the same item

Evaluate the customer's purchases relative to the past three month's purchases. The evaluation should include but not necessarily be limited to the following criteria:

- Previous sales were validated and approved.
- Sales have not increased more than 25% from any previous month.
- Sales are not increasing steadily.
- Sales are consistent with the customer type.
- Sales are consistent with any previous Sales or Customer communication.

Document findings on the LDMP Tracking Spreadsheet.

### 1.2 Determine if the sales are approved or inconclusive

If the evaluation indicates that the customer's purchases are reasonable and that no further investigation is required, proceed to the LDMP Approval and Sign Off Step. If the evaluation is inconclusive continue to the next step to gather and analyze further information.

### 1.3 If this is the first time the item has been listed for the customer or further investigation is indicated

Proceed with the following evaluation steps until sales are determined to be reasonable for the customer.

- Generate and review the Dosage Limit Detail Report for the customer for the previous 6 months. Use this to review the last 6 months sales for any trends.
- Review daily DU45 Suspicious Orders Report for entries for this customer. Has the customer appeared previously? Have we reported their sales to the DEA via the DU45?
- Review Customer Purchasing Profile if one has has been completed; are sales consistent with their profile?
- Perform a web search on the customer to review possible business practices
- Contact the appropriate Sales representative to determine reasoning behind the sales.
- Contact the customer to inquire on sales volume, expected volume and nature of business.

Document findings on the LDMP Tracking Spreadsheet.

### 1.4 Determine if the sales are approved or inconclusive

If the evaluation indicates that the customer's purchases are reasonable and that no further investigation is required, proceed to the LDMP Approval and Sign Off Step.

If the evaluation is not conclusive:

- Begin cutting order quantities on identified items
- Escalate to the Level II Review

Section Top

## 2. Level II Review

### 2.1 Notify management that a Level II Review has been initiated

Email the VPDO and the Director or VP of Regulatory Affairs to notify them that a Level II Review has been started.

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000005

Confidential - Subject to Protective Order MCK-WVAG-003-0001327
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355531

DEF-WV-01527.00005



## 2.2 Conduct a customer site examination

Visit the customer's site with the intent to observe their location and clientele. Observations should include items such as the following:

- Customer Traffic - does the customer volume seem in line with their business type?
- Signage - does the customer advertise themselves to the public in a manner consistent with their business type?
- Location - is the customer's business in a site that appears consistent with their business type and volume? For example, consider the area's population and surrounding businesses.
- Store Size - does the customer's square footage appear to be appropriate for their business type and volume?

Document findings on the LDMP Tracking Spreadsheet.

## 2.3 Conduct an interview with the customer

If evidence is not conclusive at this point, the customer must be contacted and an interview conducted with them regarding their purchases. This meeting should be conducted with representation from both Sales and Operations.

At the conclusion of the interview, the customer signs the Customer Declaration of Controlled Substance Purchases attesting to their business practices. After the interview, the McKesson representative will complete and sign off on the LDMP Questionnaire; this questionnaire will summarizes the customer's responses.

**Important:** The customer is not allowed to complete the questionnaire themselves, the questionnaire is meant to document interactive communications between McKesson and the customer.

**Instructions for performing the interview**

1. Notify the appropriate Sales team member that an interview must be conducted with the customer.
2. Sales or Operations should contact the customer and request a meeting at a mutually agreed upon date and time.
    - Schedule the meeting for as soon as is possible for all parties; the DEA expects McKesson's responses to suspicious activities to be prompt and timely.
    - Ensure that the customer understands that McKesson is performing due diligence activities for the benefit of both McKesson and the customer.
3. Print and review the LDMP Questionnaire and Customer Declaration of Controlled Substance Purchases prior to visiting the customer.
4. Conduct the interview.
5. Have the customer sign the declaration.
6. Thank the customer and exit the interview
7. Complete and sign the LDMP Questionnaire based upon responses provided by the customer.

Document findings on the LDMP Tracking Spreadsheet.

## 2.4 Determine if the sales are approved or inconclusive

If the evaluation indicates that the customer's purchases are reasonable and that no further investigation is required, proceed to the LDMP Approval and Sign Off Step.

If the evaluation is not conclusive, escalate to the Level III Review.

Section Top

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000006

Confidential - Subject to Protective Order MCK-WVAG-003-0001328
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355532

DEF-WV-01527.00006

### 3. Level III Review

#### 3.1 Contact Home Office

If Level I and Level II reviews have not been conclusive, Distribution and Sales should contact the Director or Vice President of Regulatory Affairs to discuss finding and determine next steps. The Regional SVP should be notified at this time regarding the escalation of review.

#### 3.2 Contact the local DEA office

The local DEA office should be contacted to determine if the account is in good standing with the agency; this will be done by DC Managment or Regulatory Affairs. Findings must be shared between DC Management and Regulatory Affairs.

#### 3.3 Senior Management Review of Findings

Regulatory Affairs will schedule and conduct meetings with the Law Department and Senior Management to present the findings of the review process and discuss next steps.

#### 3.4 Contact DEA Headquarters

With the Law Department's guidance, Regulatory Affairs or Counsel will contact the DEA Headquarters to discuss our findings.

#### 3.5 Final determination if the sales are approved or inconclusive

The final review of customer purchases and decisions regarding their purchases will be determined by the Law Department and Senior Vice President.

Section Top

### 4. Actions if sales are not approved

#### 4.1 DEA Notification

Regulatory Affairs will notify the DEA Headquarters and Local Office of McKesson's findings and any decisions regarding continued business with the customer.

#### 4.2 Customer Notification

If there are outcomes to the review that impact the customer relationship with McKesson, Sales or Distribution Management will notify the customer.

Section Top

### 5. LDMP Approval & Sign Off Process

When a review ofn a customer's purchases is conducted, the attached form will be utilized to document findings and McKesson Management sign off.

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000007

Confidential - Subject to Protective Order MCK-WVAG-003-0001329
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355533

DEF-WV-01527.00007

**Required Sign Offs:**

**Level I Review:**
DC Manager

**Level II Review:**
DC Manager, Sales Manager, Vice President of Operations (VPDO), Director or Vice President of Regulatory Affairs

**Level III Review:**
DC Manager, Sales Manager, Vice President of Operations (VPDO), Regional SVP, Director or Vice President of Regulatory Affairs, SVP of Operations

## 6. Record Retention Methology

Records will be maintained centrally by Regulatory Affairs although it is recommended that the DC maintain a copy for their own records as well. Reports will be emailed to Regulatory Affairs monthly or on an "as completed" basis depending on the document.

**Daily Dosage Tracking Reporting:**
The distribution centers and Regulatory Affairs will maintain copies of the report generated on the last business day of the month for at least two years. The DC does not need to send a copy to Regulatory Affairs, they receive their own copy automatically.

**LDMP Tracking Spreadsheet:**
*This report should be completed* and sent to Regulatory Affairs by the 10th of the month for the previous month's data. Copies should be maintained for at least two years.

Email the report to Jan Phillips at jan.phillips@mckesson.com - in the subject include the following: "LDMP Tracking Report for DC xxx for month year".

Example: **LDMP Tracking Report for DC 109 for May 2007**

**Investigation Documentation:**
As each investigation is completed all the related documents should be attached into a single email to send to Regulatory Affairs. The number and type of supporting documents will depend on how in depth a review was necessary. The Daily Dosage Summary Report **is not needed** in the review's documentation because the DC and Regulatory Affairs will be maintaining the last report for the month.

Email the documentation to Jan Phillips at jan.phillips@mckesson.com - in the subject include the following text "customer DEA# YYYYMM Level x Review"

Example: **PM0022929 200705 Level II Review**

Top

**Attachments**

LDMP Tracking Log

 Click to Open or Save

LDMP Customer Questionnaire

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000008

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001330
MCKMDL00355534

DEF-WV-01527.00008

Click to Open or Save

LDMP Review McKesson Sign Off
Click to Open or Save

LDMP Customer Declaration of Controlled Substance Purchases
Click to Open or Save

Top

**Revision History**

**Revision #:**
1.0
05/04/2007
Document Created

**Revision #:**
1.1
05/09/2007
Added oxycodone to questionnaire in question #8

**Revision #:**
1.2
05/15/2007
added Customer Declaration of Controlled Purchases

**Revision #:**
1.3
05/16/2007
corrected sign off sheet level lll headlung

**Revision #:**
1.4
05/16/2007
Removed "Draft" reference from the Declaration attachment

Top

No email? Send your comments to: MOM Feedback

For Internal Use Only
Copyright © 2003-2004 McKesson Corporation. All Rights Reserved.
This page created 05/29/2007 using Zavanta® version 3.5

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000009

Confidential - Subject to Protective Order MCK-WVAG-003-0001331
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355535

DEF-WV-01527.00009

Confidential / Exempt from FOIA. Subject to FRE 408.

Lifestyle Drugs &
Internet Pharmacies
McKESSON
Empowering Healthcare
BEYOND
BOUNDARIES
NATIONAL OPERATIONS CONFERENCE 2007

Donald Walker
Senior Vice President
Distribution Operations

MCK_WVA_000010

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001332
MCKMDL00355536

DEF-WV-01527.00010

Confidential / Exempt from FOIA. Subject to FRE 408.

# Discussion Topics

- Public Health Issue
- DEA Focus
- McKesson Involvement
- Current Status
- Lifestyle Drug Monitoring Program

MCK_WVA_000011

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001333
MCKMDL00355537

DEF-WV-01527.00011

Confidential / Exempt from FOIA. Subject to FRE 408.

# Public Health Issues

- Abuse of prescription drugs has risen 66% since 2000
- Hot capital hill topic
- Opioid painkillers kill more than cocaine and heroin combined
- Rogue Internet pharmacies distributing
  - Oxycodone C-II opioid analgesic painkiller
  - Hydrocodone C-II and C-III opioid painkiller
  - Phentermine C-IV appetite suppressant
  - Alprazolam C-IV antidepressant

MCK_WVA_000012

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001334
MCKMDL00355538

DEF-WV-01527.00012

Confidential / Exempt from FOIA. Subject to FRE 408.

MCKESSON
Empowering Healthcare

# DEA Focus

- Internet Pharmacies
  - Investigative work hours have doubled
  - Cutting supply critical to success
  - 218 investigations in 2006
- Wholesalers
  - DEA expects
    - We "know our customers"
    - Wholesalers accountable for controlling quantities shipped
    - 5000 dose units is "average"

BEYOND
BOUNDARIES

MCK_WVA_000013

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001335
MCKMDL00355539

DEF-WV-01527.00013

Confidential / Exempt from FOIA. Subject to FRE 408.

McKESSON
Empowering Healthcare

# McKesson Involvement

- Sept 05- DEA meeting in Wash DC
  - Outlined Internet issue
- Nov 05 – DEA notified McKesson
  - 6 pharmacies in Florida excessive Hydrocodone
- Jan 06 – Meeting with DEA in Wash DC
  - Clear message from DEA
- Oct 06 – Order to Show Cause
  - Response: Create MOU

BEYOND
BOUNDARIES

5 NATIONAL OPERATIONS CONFERENCE 2007

MCK_WVA_000014

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001336
MCKMDL00355540

DEF-WV-01527.00014

Confidential / Exempt from FOIA. Subject to FRE 408.

McKESSON
Empowering Healthcare

# Current Status

- Apr 07 – Meeting with DEA attorneys
  - Identified new customers and DC's
- What we have done
  - Created new report and process
  - Lifestyle Drug Monitoring Program
  - Drafted response to DEA
  - Added analyst to Regulatory group

BEYOND
BOUNDARIES

MCK_WVA_000015

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001337
MCKMDL00355541

DEF-WV-01527.00015

Confidential / Exempt from FOIA. Subject to FRE 408.

# Lifestyle Drug Monitoring Program (LDMP)

STARTS MAY 1st

- Focus on four drugs
- Measure by "dose units" rather than sell units
- Establish threshold for excessive quantities – 8000 dose units
- Thorough due diligence of customers exceeding threshold
- Reducing orders to customers
- Documentation and reporting to DEA

MCK_WVA_000016

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001338
MCKMDL00355542

DEF-WV-01527.00016

Confidential / Exempt from FOIA. Subject to FRE 408.

# Lifestyle Drug Monitoring Program (LDMP)

MCKESSON
Empowering Healthcare

- Level 1
  - Daily Dosage Summary report
  - DU45
  - Contact customer
- Review
  - Approve Y/N
  - Document

- Level 2
  - Physically visit customer
  - Interview customer - questionnaire
  - Document
- Review
  - Approve Y/N

- Level 3
  - Review with regulatory dept
  - Contact local DEA
  - Review with Sr Mgt and Legal
  - Contact DEA headquarters
- Final Review

BEYOND
BOUNDARIES

MCK_WVA_000017

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001339
MCKMDL00355543

DEF-WV-01527.00017

Confidential / Exempt from FOIA. Subject to FRE 408.

MCKESSON
Empowering Healthcare

# Daily Dosage Summary Report

- Captures data on the 4 Lifestyle drugs
  - Oxycodone, Hydrocodone, Phentermine, Alprazolam
- Generic base code
- 8000 dose unit threshold
- Report will be emailed daily to DCM and designees

BEYOND BOUNDARIES

MCK_WVA_000018

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001340
MCKMDL00355544

DEF-WV-01527.00018



Confidential / Exempt from FOIA. Subject to FRE 408.

# DEA Dosage Summary

| Cust DEA # | Acct # | DC | DC DEA # | Dosage Threshold | Account Name | Drug | Order Qty | Net Qty | Net Dosages |
|---|---|---|---|---|---|---|---|---|---|
| AA0551920 | 395036 | 8113 | PM0003094 | 6,000 | ANTHONY BROWN PH-PSSNY | HYDROCODONE | 34 | 34 | 13,632 |
| BB4874221 | 218326 | 8113 | PM0003094 | 6,000 | BAILEY PRESCRIP CRT EDI | HYDROCODONE | 72 | 72 | 27,032 |
| AB4930106 | 375170 | 8113 | PM0003094 | 6,000 | BARTLES PHCY EDI PSSNY | HYDROCODONE | 36 | 36 | 9,516 |
| BB1047100 | 139097 | 8113 | PM0003094 | 6,000 | BAYSIDE PHARMACY | HYDROCODONE | 46 | 46 | 15,696 |
| AB7890696 | 059485 | 8113 | PM0003094 | 6,000 | BROWNS PHCY PSSNY | HYDROCODONE | 43 | 43 | 8,216 |
| AB1706564 | 279206 | 8113 | PM0003094 | 6,000 | BURHENNS PHCY | HYDROCODONE | 38 | 38 | 12,032 |
| BF2057735 | 144246 | 8113 | PM0003094 | 6,000 | CUBA PHARMACY HEALTHMART | HYDROCODONE | 37 | 37 | 13,448 |
| BJ6183896 | 260662 | 8113 | PM0003094 | 6,000 | FILLMORE PHARMACY JARE | HYDROCODONE | 57 | 57 | 21,216 |
| BF2628569 | 140897 | 8113 | PM0003094 | 6,000 | FRONTIER PHARMACY | HYDROCODONE | 80 | 80 | 26,424 |
| BF2628569 | 140897 | 8113 | PM0003094 | 6,000 | FRONTIER PHARMACY | OXYCODONE | 206 | 204 | 16,269 |
| AG5338517 | 315994 | 8113 | PM0003094 | 6,000 | GEROULDS-HOFF-PSSNY-C | HYDROCODONE | 34 | 34 | 10,032 |
| BG0830340 | 810655 | 8113 | PM0003094 | 6,000 | GEROULDS-HORSE-PSSNY-C | HYDROCODONE | 35 | 35 | 9,816 |
| BG0830340 | 810655 | 8113 | PM0003094 | 6,000 | GEROULDS-HORSE-PSSNY-C | OXYCODONE | 113 | 88 | 10,080 |
| AG0553417 | 316133 | 8113 | PM0003094 | 6,000 | GEROULDS-MAIN-PSSNY-C | HYDROCODONE | 40 | 40 | 15,180 |
| AG0553417 | 316133 | 8113 | PM0003094 | 6,000 | GEROULDS-MAIN-PSSNY-C | OXYCODONE | 80 | 78 | 11,000 |
| BG9113072 | 655963 | 8113 | PM0003094 | 6,000 | GRANT STREET PHCY | HYDROCODONE | 151 | 151 | 15,100 |
| BH4613398 | 074476 | 8113 | PM0003094 | 6,000 | HENDERSON DRUG #1 | HYDROCODONE | 50 | 50 | 8,032 |
| BH8151083 | 297755 | 8113 | PM0003094 | 6,000 | HENDERSON DRUG #3-EDI | HYDROCODONE | 49 | 45 | 11,616 |
| AB1113404 | 858677 | 8113 | PM0003094 | 6,000 | KINNEY DRUGS 09 | OXYCODONE | 84 | 76 | 12,400 |
| AP1113466 | 850146 | 8113 | PM0003094 | 6,000 | KINNEY DRUGS 17 | OXYCODONE | 66 | 64 | 10,000 |
| BK4725733 | 478874 | 8113 | PM0003094 | 6,000 | KINNEY DRUGS 31 | OXYCODONE | 119 | 119 | 11,900 |
| BK9357066 | 779701 | 8113 | PM0003094 | 6,000 | KINNEY DRUGS 60 | OXYCODONE | 145 | 145 | 13,906 |
| BK9535650 | 504855 | 8113 | PM0003094 | 6,000 | KINNEY DRUGS 60 | OXYCODONE | 98 | 92 | 8,622 |
| BJ8145153 | 147669 | 8113 | PM0003094 | 6,000 | LOCKPORT APOTHECARY EDI | HYDROCODONE | 84 | 84 | 9,600 |
| BM3004703 | 728246 | 8113 | PM0003094 | 6,000 | MEDICAL PARK PHARMACY | HYDROCODONE | 141 | 141 | 21,616 |
| BM3004703 | 728246 | 8113 | PM0003094 | 6,000 | MEDICAL PARK PHARMACY | OXYCODONE | 178 | 177 | 16,500 |
| FN0088669 | 644066 | 8113 | PM0003094 | 6,000 | NCS HTHCR/OMNI ROCHESTER | OXYCODONE | 103 | 96 | 9,600 |
| BN5345574 | 068303 | 8113 | PM0003094 | 6,000 | NIAGARA APOTHECARY | HYDROCODONE | 124 | 124 | 13,116 |
| BN4677615 | 043803 | 8113 | PM0003094 | 6,000 | NIAGARA PHARMACY | HYDROCODONE | 151 | 151 | 21,016 |
| BB5756466 | 185066 | 8113 | PM0003094 | 6,000 | OMNICARE OF WESTERN NY | ALPRAZOLAM | 9 | 9 | 9,000 |
| BO5841346 | 596681 | 8113 | PM0003094 | 6,000 | OUR LADY OF LOURDES O/P | OXYCODONE | 100 | 98 | 8,800 |

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER





Confidential / Exempt from FOIA. Subject to FRE 408.

# Lifestyle Drug Monitoring Program (LDMP)

McKESSON
Empowering Healthcare

- Roll out plan
  - Using April data begin diligence
  - VA and RNA Accounts will be managed centrally
- Webinar May 9th
  - Include ARCOS clerks and other critical staff
- Sales training TBD

BEYOND
BOUNDARIES

11 NATIONAL OPERATIONS CONFERENCE 2007

MCK_WVA_000020

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001342
MCKMDL00355546

DEF-WV-01527.00020

McKesson Corporation
One Post Street
San Francisco, CA 94104

MCKESSON
Empowering Healthcare

June 1, 2007

Name
Title
Company
Address
City, ST, Zip

Dear Name,

I want to let you know about a change in McKesson's processes to better monitor and support the DEA's ongoing effort to control illegal internet pharmacies.

In an effort to combat inappropriate drug diversion through illegal internet pharmacies, McKesson has modified our monitoring processes on the distribution of certain controlled substance lifestyle drugs. Pharmaceutical wholesalers, including McKesson, are being held accountable for controlling the quantities of these drugs shipped to customers and will be held responsible for reviewing trends as indicated by customers' order history.

To better control the distribution of these drugs, McKesson has developed the Lifestyle Drug Monitoring Program (LDMP). This program began on May 1, 2007 and focuses on four drugs: Oxycodone, Hydrocodone, Phentermine and Alprazolam. Shipment and monitoring of these drugs will be measured by "dose units" rather than "sell units" with 8,000 dose units as the threshold for excessive quantities. The LDMP will also monitor customers exceeding the threshold, reduce orders if necessary and provide documentation and reporting to the DEA.

To help us better comply with DEA, please complete the following form and return it to me by Date. If you have any questions, please don't hesitate to contact me at XXX-XXX-XXXX.

Thank you,

VPSS
Vice President Strategic Solutions
McKesson Corporation

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000021

Confidential - Subject to Protective Order MCK-WVAG-003-0001343
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355547

DEF-WV-01527.00021

McKESSON
Empowering Healthcare

## DECLARATION OF CONTROLLED SUBSTANCES PURCHASES

1. ______________________________ *[company name]* (hereinafter "Company") located at ______________________________ *[address, city and state]* maintains retail pharmacies nationwide that are registered with the Drug Enforcement Administration to distribute controlled substances ("Pharmacies").

2. Company declares and attests that its Pharmacies fully comply with all federal and state laws and regulations on the dispensing of controlled substances including but not limited to dispensing to patients only pursuant to a legitimate prescription issued in the course of an established doctor-patient relationship (e.g., pursuant to a physical examination) and only for a legitimate medical purpose.

3. Company will not knowingly dispense controlled substances for prescriptions that have been received by its Pharmacies via the Internet, mail-order, or other non-walk-in customer where it has reason to believe that the prescription was issued without a legitimate medical purpose.

4. Company states that the requirements of its Pharmacies for purchases of Lifestyle Drugs (e.g., hydrocodone, phentermine, alprazolam, oxycodone) from McKesson are necessary for the following reasons: *[please describe the reason for purchasing these drugs in the quantities requested including information about the prescriber and the general purposes for which the drugs are being prescribed.)*

5. Company certifies that it has made sufficient inquiry to be able to make this declaration truthfully, accurately and without material omissions. Company affirms by signing this declaration that all of the above information is true and correct to the best of its knowledge and belief.

______________________________
Signature

______________________________
Printed Name of Signer

______________________________ ______________
Title Date

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000022

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001344
MCKMDL00355548

DEF-WV-01527.00022

McKesson Corporation
One Post Street
San Francisco, CA 94104

MCKESSON
*Empowering Healthcare*

June 1, 2007

Name
Title
Company
Address
City, ST, Zip

Dear Name,

I want to let you know about a change in McKesson's processes to better monitor and support the DEA's ongoing effort to control illegal internet pharmacies.

In an effort to combat inappropriate drug diversion through illegal internet pharmacies, McKesson has modified our monitoring processes on the distribution of certain controlled substance lifestyle drugs. Pharmaceutical wholesalers, including McKesson, are being held accountable for controlling the quantities of these drugs shipped to customers and will be held responsible for reviewing trends as indicated by customers' order history.

To better control the distribution of these drugs, McKesson has developed the Lifestyle Drug Monitoring Program (LDMP). This program began on May 1, 2007 and focuses on four drugs: Oxycodone, Hydrocodone, Phentermine and Alprazolam. Shipment and monitoring of these drugs will be measured by "dose units" rather than "sell units" with 8,000 dose units as the threshold for excessive quantities. The LDMP will also monitor customers exceeding the threshold, reduce orders if necessary and provide documentation and reporting to the DEA.

To help us better comply with DEA, please complete the following form and return it to me by Date. If you have any questions, please don't hesitate to contact me at XXX-XXX-XXXX.

Thank you,

VPSS
Vice President Strategic Solutions
McKesson Corporation

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000023

Confidential - Subject to Protective Order MCK-WVAG-003-0001345
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355549

DEF-WV-01527.00023

MCKESSON
Empowering Healthcare

## DECLARATION OF CONTROLLED SUBSTANCES PURCHASES

1. ______________________________ *[company name]* (hereinafter "Company") located at ______________________________ *[address, city and state]* maintains retail pharmacies nationwide that are registered with the Drug Enforcement Administration to distribute controlled substances ("Pharmacies").

2. Company declares and attests that its Pharmacies fully comply with all federal and state laws and regulations on the dispensing of controlled substances including but not limited to dispensing to patients only pursuant to a legitimate prescription issued in the course of an established doctor-patient relationship (e.g., pursuant to a physical examination) and only for a legitimate medical purpose.

3. Company will not knowingly dispense controlled substances for prescriptions that have been received by its Pharmacies via the internet, mail-order, or other non-walk-in customer where it has reason to believe that the prescription was issued without a legitimate medical purpose.

4. Company states that the requirements of its Pharmacies for purchases of Lifestyle Drugs (e.g., hydrocodone, phentermine, alprazolam, oxycodone) from McKesson are necessary for the following reasons: *[please describe the reason for purchasing these drugs in the quantities requested including information about the prescriber and the general purposes for which the drugs are being prescribed.)*

5. Company certifies that it has made sufficient inquiry to be able to make this declaration truthfully, accurately and without material omissions. Company affirms by signing this declaration that all of the above information is true and correct to the best of its knowledge and belief.

______________________________
Signature

______________________________
Printed Name of Signer

______________________________ ______________
Title Date

**Confidential / Exempt from FOIA. Subject to FRE 408.** **MCK_WVA_000024**

Confidential - Subject to Protective Order MCK-WVAG-003-0001346
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355550

**DEF-WV-01527.00024**

# Pharmacy Questionnaire

Pharmacy Name: ______________________

Customer Number: ______________________

DEA Number: ______________________

Date: ______________________

McKesson Sales Associate: ______________________

Customer Representative: ______________________

*Survey Questions*

1. Have you physically inspected the pharmacy?
    a. Is it located in a normal retail environment?
    b. If not in a normal retail environment, describe the location (industrial park, warehouse area, non-medical office building, etc.

2. Does the pharmacy accept walk-in customers?
    a. Estimated daily traffic?

3. Does the pharmacy purchase a wide range of drug products from distributors?

4. Has the pharmacy requested to pick up orders rather than have them delivered to the pharmacy (will calls)?

5. If the pharmacy has a web site or is related to a web site:

**Confidential / Exempt from FOIA. Subject to FRE 408.** **MCK_WVA_000025**

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001347
MCKMDL00355551

**DEF-WV-01527.00025**

## Pharmacy Questionnaire

a. Are reasonable retail prices listed on the website?

b. Is there a patient medical history questionnaire on the website?

c. Does the prescribing doctor perform a physical exam of each patient?

d. Does the website accept third party payment (insurance) for the internet prescriptions?

e. Does the website offer to sell drugs without a prescription?

6. Is the pharmacy VIPPS (Verified Internet Pharmacy Practice Sites) certified? (check the National Board of Pharmacy website)

   a. If not, why not?

   b. What certification do they have, and how does it compare to VIPPS?

7. Who pays the distributor for the drugs, the pharmacy or a third party?

8. How many prescriptions for the following products does the pharmacy fill on a daily basis?

   a. Hydrocodone:

   b. Alprazolam:

   c. Phentermine:

   d. Oxycodone:

**Confidential / Exempt from FOIA. Subject to FRE 408.** **MCK_WVA_000026**

Confidential - Subject to Protective Order MCK-WVAG-003-0001348
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355552

**DEF-WV-01527.00026**



## Pharmacy Questionnaire

9. Estimate the number or percentage of prescriptions received by category, that are:
   a. walk-ins
   b. faxed prescriptions
   c. phoned-in prescriptions
   d. mailed prescriptions

   Also, how are these prescriptions received, that is, faxed from LTC facility, faxed from doctor's office, faxed/mailed by patient?

10. Are prescriptions received from many states or primarily from Florida?

    a. How many states do they ship to?

    b. In how many states is the customer licensed?

11. How many doctors do they prescribe for?

    a. Are they concentrated in a specific area?

    b. Are the doctors close to where the customers are?

12. Does the pharmacy have any agreements with Internet companies and does the pharmacy receive prescriptions from these providers?

13. What steps are taken to ensure the prescriptions have been issued by a practitioner pursuant to a valid doctor-patient relationship (e.g., has the doctor examined the patient?

    a. Are calls made to practitioners to verify the scripts)?

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000027

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER
MCK-WVAG-003-0001349
MCKMDL00355553

DEF-WV-01527.00027

## DECLARATION OF CONTROLLED SUBSTANCES PURCHASES

1. ________________ *[pharmacy name]* (hereinafter "Pharmacy") located at ______________________________________ *[address, city and state]* is registered with the Drug Enforcement Administration (DEA), ________________ *[DEA registration #]*.

2. Pharmacy declares and attests that it fully complies with all federal and state laws and regulations on the dispensing of controlled substances including but not limited to dispensing to patients only pursuant to a legitimate prescription issued in the course of an established doctor-patient relationship (e.g., pursuant to a physical examination) and only for a legitimate medical purpose.

3. Pharmacy will not knowingly dispense controlled substances for prescriptions that have been received via the internet, mail-order, or other non-walk-in customer where it has reason to believe that the prescription was issued without a legitimate medical purpose.

4. Pharmacy states that its requirements for purchases of Lifestyle Drugs (e.g., hydrocodone, phentermine, alprazolam, oxycodone) from McKesson are necessary for the following reasons: *[please describe the reason for purchasing these drugs in the quantities requested including information about the prescriber and the general purposes for which the drugs are being prescribed.)*

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

**Confidential / Exempt from FOIA. Subject to FRE 408.** **MCK_WVA_000028**

Confidential - Subject to Protective Order MCK-WVAG-003-0001350
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER MCKMDL00355554

**DEF-WV-01527.00028**

________________________________________________
________________________________________________
________________________________________________
________________________________________________
________________________________________________
________________________________________________
________________________________________________
________________________________________________

5. Pharmacy certifies that it has made sufficient inquiry to be able to make this declaration truthfully, accurately and without material omissions. Pharmacy affirms by signing this declaration that the above is true and correct to the best of its knowledge and belief.

______________________
Signature

______________________
Printed Name of Signer

______________________ ____________
Title Date

Confidential / Exempt from FOIA. Subject to FRE 408. MCK_WVA_000029

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-003-0001351
MCKMDL00355555

DEF-WV-01527.00029

| Cust DEA # | Acct # | DC | DC DEA # | Dosage Threshold | Account Name | Drug | Order Qty | Net Qty | Net Dosages |
|---|---|---|---|---|---|---|---|---|---|
| BA9422469 | 506688 | 8195 | PM0000771 | 8,000 | AETNA RX HOME DEL-EDI ORD | ALPRAZOLAM | 258 | 226 | 148,040 |
| BA9422469 | 506688 | 8195 | PM0000771 | 8,000 | AETNA RX HOME DEL-EDI ORD | HYDROCODONE | 381 | 355 | 120,877 |
| BA9422469 | 506688 | 8195 | PM0000771 | 8,000 | AETNA RX HOME DEL-EDI ORD | OXYCODONE | 420 | 383 | 38,300 |
| AA7378805 | 391699 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4301 RX | OXYCODONE | 87 | 87 | 8,700 |
| AA7378978 | 391607 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4302 RX | OXYCODONE | 86 | 86 | 13,400 |
| AA7379068 | 850297 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4314 RX | OXYCODONE | 82 | 82 | 8,117 |
| AA8339916 | 149534 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4327 RX | OXYCODONE | 88 | 86 | 8,701 |
| AA8391409 | 149542 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4328 RX | OXYCODONE | 187 | 183 | 12,736 |
| AA9816949 | 151712 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4346 RX | OXYCODONE | 91 | 91 | 9,100 |
| AA1455852 | 336503 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4353 RX | OXYCODONE | 85 | 87 | 8,700 |
| BA4973930 | 244764 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4429 RX | OXYCODONE | 84 | 83 | 8,300 |
| BA7169470 | 855317 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4464 RX | OXYCODONE | 88 | 88 | 8,402 |
| BA8158221 | 469528 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4468 RX | OXYCODONE | 87 | 87 | 9,500 |
| BA7268003 | 349715 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4474 RX | OXYCODONE | 107 | 105 | 9,312 |
| BA7768148 | 727158 | 8195 | PM0000771 | 8,000 | ALBERTSONS #4484 RX | OXYCODONE | 85 | 83 | 8,217 |
| BJ8292883 | 308558 | 8195 | PM0000771 | 8,000 | AMERIDRUG-ST PETE JSA | HYDROCODONE | 21 | 21 | 8,816 |
| AM3094214 | 849943 | 8195 | PM0000771 | 8,000 | APOTHECARY AT MEMORIAL | OXYCODONE | 124 | 122 | 12,500 |
| BO9159914 | 710190 | 8195 | PM0000771 | 8,000 | APS - LONGWOOD | OXYCODONE | 413 | 407 | 38,807 |
| BO1970549 | 471509 | 8195 | PM0000771 | 8,000 | ARNOLD PALMER HOSPITAL | OXYCODONE | 120 | 120 | 12,000 |
| BA5362847 | 089201 | 8195 | PM0000771 | 8,000 | ARTHUR'S ORIGINAL PHCY | OXYCODONE | 173 | 171 | 17,741 |
| BM5507649 | 417642 | 8195 | PM0000771 | 8,000 | A & W DRUG, INC | ALPRAZOLAM | 28 | 28 | 9,100 |
| BM5507643 | 417642 | 8195 | PM0000771 | 8,000 | A & W DRUG, INC | HYDROCODONE | 65 | 78 | 20,216 |
| BB4772225 | 087338 | 8195 | PM0000771 | 8,000 | BAPTIST MEDICAL ARTS HM | OXYCODONE | 358 | 358 | 35,445 |
| BB0855588 | 848483 | 8195 | PM0000771 | 8,000 | BAYA PHCY - EAST | HYDROCODONE | 32 | 30 | 8,748 |
| BG8100327 | 735671 | 8195 | PM0000771 | 8,000 | BAYA PHCY - JASPER | HYDROCODONE | 56 | 32 | 9,898 |
| AG2988092 | 889820 | 8195 | PM0000771 | 8,000 | BAYA PHCY WEST | HYDROCODONE | 62 | 47 | 17,564 |
| AG2988092 | 889820 | 8195 | PM0000771 | 8,000 | BAYA PHCY WEST | OXYCODONE | 203 | 203 | 20,300 |
| BB6085218 | 080785 | 8195 | PM0000771 | 8,000 | BAY PHARMACY | OXYCODONE | 281 | 232 | 55,307 |
| AO1187588 | 887729 | 8195 | PM0000771 | 8,000 | BERRYHILL PHARMACY | HYDROCODONE | 27 | 24 | 8,632 |
| AD8068214 | 885877 | 8195 | PM0000771 | 8,000 | BEST DRUGS-TRENTON | ALPRAZOLAM | 9 | 9 | 8,100 |
| AD8068214 | 885877 | 8195 | PM0000771 | 8,000 | BEST DRUGS-TRENTON | HYDROCODONE | 36 | 31 | 14,880 |
| AD8068214 | 885877 | 8195 | PM0000771 | 8,000 | BEST DRUGS-TRENTON | OXYCODONE | 128 | 128 | 18,200 |
| AB5004407 | 879885 | 8195 | PM0000771 | 8,000 | BILLS PRESCRIPTION | ALPRAZOLAM | 49 | 40 | 25,780 |
| AB5004407 | 879885 | 8195 | PM0000771 | 8,000 | BILLS PRESCRIPTION | HYDROCODONE | 23 | 21 | 8,332 |
| AB5004407 | 879885 | 8195 | PM0000771 | 8,000 | BILLS PRESCRIPTION | OXYCODONE | 435 | 423 | 49,895 |
| BB7497414 | 279898 | 8195 | PM0000771 | 8,000 | BOCA PHARMACY AND HHC #2 | OXYCODONE | 83 | 81 | 8,508 |
| BG2534978 | 886246 | 8195 | PM0000771 | 8,000 | BOCA PHARMACY & HHC | OXYCODONE | 107 | 107 | 11,900 |
| BB4910835 | 178015 | 8195 | PM0000771 | 8,000 | BUDGET DRUGS #4 | ALPRAZOLAM | 22 | 22 | 12,520 |
| BB4910835 | 178015 | 8195 | PM0000771 | 8,000 | BUDGET DRUGS #4 | HYDROCODONE | 48 | 48 | 16,128 |
| BB4910835 | 178015 | 8195 | PM0000771 | 8,000 | BUDGET DRUGS #4 | OXYCODONE | 165 | 164 | 20,400 |
| BB5701138 | 819885 | 8195 | PM0000771 | 8,000 | BURKLOW PHARMACY | ALPRAZOLAM | 21 | 21 | 11,060 |
| BB5701138 | 819885 | 8195 | PM0000771 | 8,000 | BURKLOW PHARMACY | HYDROCODONE | 88 | 85 | 19,568 |
| AC5573787 | 824859 | 8195 | PM0000771 | 8,000 | CANTONMENT PHARMACY INC | OXYCODONE | 139 | 139 | 14,700 |
| BC8810354 | 897200 | 8195 | PM0000771 | 8,000 | CAREMARK (MAR) FDC NEW | ALPRAZOLAM | 98 | 98 | 28,480 |
| BC8810354 | 897200 | 8195 | PM0000771 | 8,000 | CAREMARK (MAR) FDC NEW | HYDROCODONE | 116 | 102 | 17,546 |
| BC8810354 | 897200 | 8195 | PM0000771 | 8,000 | CAREMARK (MAR) FDC NEW | OXYCODONE | 598 | 567 | 81,552 |
| BC8399949 | 837918 | 8195 | PM0000771 | 8,000 | CENTER CITY PHARMACY HM | OXYCODONE | 174 | 172 | 16,560 |
| BC7577375 | 221650 | 8195 | PM0000771 | 8,000 | CENTURY PHARMACY, LLC | HYDROCODONE | 34 | 32 | 22,712 |
| AC0169967 | 389213 | 8195 | PM0000771 | 8,000 | CHEEK PHCY/RX DEPT /CC HM | HYDROCODONE | 57 | 42 | 13,848 |
| AC0169967 | 389213 | 8195 | PM0000771 | 8,000 | CHEEK PHCY/RX DEPT /CC HM | OXYCODONE | 105 | 102 | 12,600 |
| BC1704495 | 487184 | 8195 | PM0000771 | 8,000 | CITY DRUGS OF CHIPLEY | HYDROCODONE | 33 | 30 | 11,495 |
| BC5950387 | 907022 | 8195 | PM0000771 | 8,000 | COMPSCRIPT-BOCA | OXYCODONE | 58 | 58 | 14,800 |
| BC5072056 | 354886 | 8195 | PM0000771 | 8,000 | COSTCO #093 PHCY | OXYCODONE | 148 | 148 | 14,800 |
| BC5040378 | 354870 | 8195 | PM0000771 | 8,000 | COSTCO #183 PHCY | ALPRAZOLAM | 70 | 70 | 10,600 |
| BC5040378 | 354870 | 8195 | PM0000771 | 8,000 | COSTCO #183 PHCY | HYDROCODONE | 85 | 88 | 17,516 |
| BC5040378 | 354870 | 8195 | PM0000771 | 8,000 | COSTCO #183 PHCY | OXYCODONE | 115 | 111 | 12,700 |
| BC8450720 | 860352 | 8195 | PM0000771 | 8,000 | COSTCO #184 PHCY | OXYCODONE | 78 | 76 | 10,000 |
| BC8586808 | 950873 | 8195 | PM0000771 | 8,000 | COSTCO #185 PHCY | OXYCODONE | 85 | 88 | 9,000 |
| BC8275819 | 037466 | 8195 | PM0000771 | 8,000 | COSTCO #336 PHCY | HYDROCODONE | 41 | 41 | 8,816 |
| BC0506870 | 950394 | 8195 | PM0000771 | 8,000 | COSTCO #351 PHCY | HYDROCODONE | 35 | 33 | 8,416 |
| BC6588678 | 950915 | 8195 | PM0000771 | 8,000 | COSTCO #354 PHCY | OXYCODONE | 114 | 111 | 11,100 |

Confidentially Notice: This document is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

Confidential / Exempt from FOIA. Subject to FRE 408.

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

| Cust DEA # | Acct # | DC | DC DEA # | Dosage Threshold | Account Name | Drug | Order Qty | Net Qty | Net Dosages |
|---|---|---|---|---|---|---|---|---|---|
| BC7039680 | 757857 | 8195 | PM0000771 | 8,000 | COSTCO #357 PHCY | ALPRAZOLAM | 600 | 556 | 58,400 |
| BC7039680 | 757857 | 8195 | PM0000771 | 8,000 | COSTCO #357 PHCY | HYDROCODONE | 544 | 461 | 46,732 |
| BC7039680 | 757857 | 8195 | PM0000771 | 8,000 | COSTCO #357 PHCY | OXYCODONE | 250 | 250 | 25,000 |
| BC7040368 | 050188 | 8195 | PM0000771 | 8,000 | COSTCO #358 PHCY | ALPRAZOLAM | 51 | 81 | 13,020 |
| BC7040368 | 050188 | 8195 | PM0000771 | 8,000 | COSTCO #358 PHCY | HYDROCODONE | 95 | 65 | 13,196 |
| BC7040368 | 050188 | 8195 | PM0000771 | 8,000 | COSTCO #358 PHCY | OXYCODONE | 104 | 89 | 10,500 |
| BD3442287 | 405847 | 8195 | PM0000771 | 8,000 | DENNIS PHARMACY | ALPRAZOLAM | 38 | 27 | 19,800 |
| BD3442287 | 405847 | 8195 | PM0000771 | 8,000 | DENNIS PHARMACY | HYDROCODONE | 104 | 58 | 28,200 |
| BD3442287 | 405847 | 8195 | PM0000771 | 8,000 | DENNIS PHARMACY | OXYCODONE | 134 | 134 | 14,600 |
| BD2256990 | 035211 | 8195 | PM0000771 | 8,000 | DEPT OF VA OUTPATIENT | ALPRAZOLAM | 18 | 18 | 9,500 |
| BD2256990 | 035211 | 8195 | PM0000771 | 8,000 | DEPT OF VA OUTPATIENT | OXYCODONE | 228 | 228 | 22,800 |
| AD0212059 | 772378 | 8195 | PM0000771 | 8,000 | DOCTORS PHARMACY | ALPRAZOLAM | 37 | 37 | 20,000 |
| BE1971743 | 888832 | 8195 | PM0000771 | 8,000 | EDISON PRESCRIPTION HM | ALPRAZOLAM | 14 | 9 | 8,500 |
| BE8973720 | 571818 | 8195 | PM0000771 | 8,000 | EXPRESS PHCY SRVCS OF FL | OXYCODONE | 354 | 354 | 34,212 |
| BF7058048 | 575242 | 8195 | PM0000771 | 8,000 | FAMILYMEDS PHCY 726 | HYDROCODONE | 53 | 35 | 15,016 |
| BF7454654 | 544417 | 8195 | PM0000771 | 8,000 | FLAGLER COMMUNITY PHY INC | ALPRAZOLAM | 35 | 35 | 9,420 |
| BF7454654 | 544417 | 8195 | PM0000771 | 8,000 | FLAGLER COMMUNITY PHY INC | HYDROCODONE | 149 | 72 | 24,876 |
| BF7454654 | 544417 | 8195 | PM0000771 | 8,000 | FLAGLER COMMUNITY PHY INC | OXYCODONE | 128 | 126 | 14,900 |
| BF0240820 | 551822 | 8195 | PM0000771 | 8,000 | FLETCHER MEDICAL CENTER | OXYCODONE | 178 | 177 | 18,452 |
| BF9611408 | 819630 | 8195 | PM0000771 | 8,000 | FT MEADE COMM PHCY HM | HYDROCODONE | 145 | 141 | 13,896 |
| BJ3675456 | 049098 | 8195 | PM0000771 | 8,000 | GARDEN DRUGS | ALPRAZOLAM | 149 | 142 | 67,000 |
| BJ3675456 | 049098 | 8195 | PM0000771 | 8,000 | GARDEN DRUGS | HYDROCODONE | 59 | 58 | 18,400 |
| BJ3675456 | 049098 | 8195 | PM0000771 | 8,000 | GARDEN DRUGS | OXYCODONE | 4,714 | 4,554 | 414,288 |
| BG8502089 | 288970 | 8195 | PM0000771 | 8,000 | GARDENS DRUGS INC | OXYCODONE | 133 | 133 | 8,748 |
| BG2823284 | 074880 | 8195 | PM0000771 | 8,000 | GOLDEN PHCY INC GRHSHM | HYDROCODONE | 82 | 74 | 11,760 |
| BG8271900 | 873158 | 8195 | PM0000771 | 8,000 | GULFSHORE PHARMACY INC | OXYCODONE | 75 | 74 | 8,447 |
| BH4727270 | 390245 | 8195 | PM0000771 | 8,000 | HEARTLAND HLTH SVC | OXYCODONE | 78 | 78 | 21,325 |
| AH0188583 | 773702 | 8195 | PM0000771 | 8,000 | HEDGES PRESCRIPTION SH HM | ALPRAZOLAM | 9 | 9 | 8,000 |
| AH0188583 | 773702 | 8195 | PM0000771 | 8,000 | HEDGES PRESCRIPTION SH HM | HYDROCODONE | 44 | 27 | 11,018 |
| AH0188583 | 773702 | 8195 | PM0000771 | 8,000 | HEDGES PRESCRIPTION SH HM | OXYCODONE | 205 | 201 | 21,106 |
| AH0194934 | 589030 | 8195 | PM0000771 | 8,000 | HOLY CROSS HOSPITAL | OXYCODONE | 134 | 134 | 9,300 |
| BH3800059 | 881899 | 8195 | PM0000771 | 8,000 | HOSPICE OF THE FLORIDA | OXYCODONE | 161 | 161 | 8,983 |
| BH6408709 | 907713 | 8195 | PM0000771 | 8,000 | HPH PHARMACY & MED EQUIP | HYDROCODONE | 78 | 78 | 8,004 |
| BH6408709 | 907713 | 8195 | PM0000771 | 8,000 | HPH PHARMACY & MED EQUIP | OXYCODONE | 377 | 377 | 15,920 |
| BB4452102 | 049488 | 8195 | PM0000771 | 8,000 | HUBER | OXYCODONE | 89 | 88 | 9,102 |
| BH1076767 | 820048 | 8195 | PM0000771 | 8,000 | HUMANA PHARM 47914 | ALPRAZOLAM | 38 | 38 | 16,800 |
| BJ0413839 | 390375 | 8195 | PM0000771 | 8,000 | JAMES A HALEY/VA MED O/P | OXYCODONE | 2,128 | 2,128 | 212,480 |
| AJ7312402 | 085324 | 8195 | PM0000771 | 8,000 | JERRY'S DRUG | OXYCODONE | 128 | 128 | 12,636 |
| BK7568455 | 344284 | 8195 | PM0000771 | 8,000 | KINGS PHARMACY | OXYCODONE | 121 | 121 | 12,708 |
| BF8052285 | 433588 | 8195 | PM0000771 | 8,000 | KINGS PHCY BOYNTON | OXYCODONE | 88 | 88 | 12,101 |
| BL8219314 | 074022 | 8195 | PM0000771 | 8,000 | LIFEPATH HOSPICE | ALPRAZOLAM | 37 | 37 | 18,018 |
| BL8219314 | 074022 | 8195 | PM0000771 | 8,000 | LIFEPATH HOSPICE | OXYCODONE | 600 | 600 | 47,765 |
| AL8803745 | 093005 | 8195 | PM0000771 | 8,000 | LITTLE DRUG CO INC HM | HYDROCODONE | 25 | 25 | 8,332 |
| AL0210188 | 049023 | 8195 | PM0000771 | 8,000 | LIVE & LET LIVE | OXYCODONE | 117 | 117 | 18,100 |
| BM8212855 | 770595 | 8195 | PM0000771 | 8,000 | MADISON STREET PHARMACY | ALPRAZOLAM | 41 | 41 | 14,020 |
| BM8212855 | 770595 | 8195 | PM0000771 | 8,000 | MADISON STREET PHARMACY | HYDROCODONE | 141 | 100 | 27,372 |
| BM8212855 | 770595 | 8195 | PM0000771 | 8,000 | MADISON STREET PHARMACY | OXYCODONE | 240 | 239 | 27,987 |
| BK8801943 | 135287 | 8195 | PM0000771 | 8,000 | MEDICAP PHARMACY | OXYCODONE | 1,413 | 1,377 | 128,800 |
| BO8838740 | 232007 | 8195 | PM0000771 | 8,000 | MEDISTAT PHARMACY | OXYCODONE | 531 | 489 | 48,800 |
| BO8838752 | 385329 | 8195 | PM0000771 | 8,000 | MEDISTAT PHCY SVCS | OXYCODONE | 544 | 345 | 32,124 |
| BM4834621 | 975154 | 8195 | PM0000771 | 8,000 | MEM HSP OF JACKSONVILLE | OXYCODONE | 187 | 187 | 11,817 |
| BD8551118 | 714298 | 8195 | PM0000771 | 8,000 | MILLER'S HEALTHMART PHCY | OXYCODONE | 89 | 89 | 8,880 |
| BD3311680 | 838316 | 8195 | PM0000771 | 8,000 | MMS/DE CESPEDES, RAUL | OXYCODONE | 176 | 103 | 12,712 |
| BL9561235 | 182244 | 8195 | PM0000771 | 8,000 | MMS/LAZZOPINA, MICHAEL | ALPRAZOLAM | 23 | 22 | 9,000 |
| BL9561235 | 182244 | 8195 | PM0000771 | 8,000 | MMS/LAZZOPINA, MICHAEL | OXYCODONE | 158 | 158 | 15,600 |
| AB5135849 | 859788 | 8195 | PM0000771 | 8,000 | MMS/NORMAN B BAMBERG | OXYCODONE | 74 | 74 | 9,800 |
| BE7792650 | 858792 | 8195 | PM0000771 | 8,000 | MMS/PAIN CARE 1ST ORLANDO | OXYCODONE | 188 | 172 | 17,200 |
| AK2888856 | 858793 | 8195 | PM0000771 | 8,000 | MMS/PAIN CARE ASSOC INC | OXYCODONE | 300 | 180 | 18,000 |
| BS9363691 | 858836 | 8195 | PM0000771 | 8,000 | MMS/PAIN MGMT CTR | OXYCODONE | 231 | 174 | 14,636 |
| AP8300884 | 858807 | 8195 | PM0000771 | 8,000 | MMS/PAIN MGMT CTR IN | OXYCODONE | 424 | 390 | 29,808 |
| AS9122045 | 160385 | 8195 | PM0000771 | 8,000 | MMS/SWARTZ, FREDRIC | OXYCODONE | 155 | 135 | 13,500 |

Confidentiality Notice: This document is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

Confidential / Exempt from FOIA. Subject to FRE 408. 

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

| Cust DEA # | Acct # | DC | DC DEA # | Dosage Threshold | Account Name | Drug | Order Qty | Net Qty | Net Dosages |
|---|---|---|---|---|---|---|---|---|---|
| AW7215191 | 280325 | 8195 | PM0000771 | 8,000 | MMS/WILSON WILLIAMS MD PA | ALPRAZOLAM | 32 | 20 | 10,000 |
| AW7215191 | 280325 | 8195 | PM0000771 | 8,000 | MMS/WILSON WILLIAMS MD PA | HYDROCODONE | 26 | 16 | 8,000 |
| AW7215191 | 280325 | 8195 | PM0000771 | 8,000 | MMS/WILSON WILLIAMS MD PA | OXYCODONE | 376 | 376 | 25,620 |
| BN3353365 | 405373 | 8195 | PM0000771 | 8,000 | NAPIER PHARMACY INC | HYDROCODONE | 63 | 42 | 18,712 |
| BN3353365 | 886572 | 8195 | PM0000771 | 8,000 | NAPIER PHARMACY INC EDI | ALPRAZOLAM | 25 | 25 | 11,600 |
| BN3353365 | 886572 | 8195 | PM0000771 | 8,000 | NAPIER PHARMACY INC EDI | HYDROCODONE | 87 | 44 | 16,432 |
| BN3353365 | 886572 | 8195 | PM0000771 | 8,000 | NAPIER PHARMACY INC EDI | OXYCODONE | 107 | 107 | 10,700 |
| BN6164812 | 636083 | 8195 | PM0000771 | 8,000 | NORTH FLORIDA REG PHCY | OXYCODONE | 121 | 121 | 12,100 |
| FO0092990 | 239218 | 8195 | PM0000771 | 8,000 | ORH SCRIPTS | OXYCODONE | 387 | 347 | 31,021 |
| AO7450238 | 820815 | 8195 | PM0000771 | 8,000 | ORLANDO REGIONAL MED CTR | OXYCODONE | 423 | 423 | 27,380 |
| BO9931657 | 825054 | 8195 | PM0000771 | 8,000 | OSBORNE PHARM INC HM | ALPRAZOLAM | 18 | 13 | 8,000 |
| BO9931657 | 825054 | 8195 | PM0000771 | 8,000 | OSBORNE PHARM INC HM | OXYCODONE | 416 | 404 | 41,224 |
| AC8153047 | 082438 | 8195 | PM0000771 | 8,000 | OSCEOLA PHARMACY PPSC | ALPRAZOLAM | 9 | 9 | 8,000 |
| AO8153047 | 082438 | 8195 | PM0000771 | 8,000 | OSCEOLA PHARMACY PPSC | HYDROCODONE | 39 | 39 | 9,398 |
| AC8153047 | 082438 | 8195 | PM0000771 | 8,000 | OSCEOLA PHARMACY PPSC | OXYCODONE | 99 | 99 | 10,700 |
| AP7120594 | 049007 | 8195 | PM0000771 | 8,000 | PARK DRUG HM | OXYCODONE | 317 | 317 | 32,270 |
| BP9917088 | 887377 | 8195 | PM0000771 | 8,000 | PASCO PHARMACY | OXYCODONE | 179 | 176 | 17,900 |
| BP8166642 | 335814 | 8195 | PM0000771 | 8,000 | PAVILION PLAZA LANE HM | HYDROCODONE | 31 | 29 | 8,460 |
| BP0244979 | 552935 | 8195 | PM0000771 | 8,000 | PAVILION PLAZA PHCY PPSHM | ALPRAZOLAM | 20 | 20 | 10,680 |
| BP0244979 | 552935 | 8195 | PM0000771 | 8,000 | PAVILION PLAZA PHCY PPSHM | HYDROCODONE | 75 | 75 | 18,412 |
| BP0244979 | 552935 | 8195 | PM0000771 | 8,000 | PAVILION PLAZA PHCY PPSHM | OXYCODONE | 163 | 163 | 16,100 |
| BP8168654 | 861504 | 8195 | PM0000771 | 8,000 | PAVILION PLAZA REGENCY HM | HYDROCODONE | 31 | 28 | 10,380 |
| AP0200812 | 550974 | 8195 | PM0000771 | 8,000 | PAXON PRESC CNTR EDI | ALPRAZOLAM | 39 | 39 | 19,600 |
| AP0200812 | 550974 | 8195 | PM0000771 | 8,000 | PAXON PRESC CNTR EDI | HYDROCODONE | 105 | 82 | 37,400 |
| BM4637231 | 768349 | 8195 | PM0000771 | 8,000 | PHARMACY SERVICE GROUP | HYDROCODONE | 41 | 41 | 10,072 |
| BM4637231 | 768349 | 8195 | PM0000771 | 8,000 | PHARMACY SERVICE GROUP | OXYCODONE | 231 | 207 | 12,344 |
| BW5609168 | 170683 | 8195 | PM0000771 | 8,000 | PILL BOX III HM | OXYCODONE | 110 | 110 | 9,539 |
| AP3078599 | 254831 | 8195 | PM0000771 | 8,000 | PILL BOX PHARMACY | OXYCODONE | 134 | 134 | 14,804 |
| BM3100665 | 254849 | 8195 | PM0000771 | 8,000 | PILL BOX PHARMACY II HM | OXYCODONE | 182 | 182 | 17,146 |
| BD4394693 | 228379 | 8195 | PM0000771 | 8,000 | PLAZA DENNIS PHCY HM | OXYCODONE | 93 | 93 | 10,900 |
| BL3052781 | 084831 | 8195 | PM0000771 | 8,000 | POST HASTE PHARMACY | OXYCODONE | 246 | 236 | 21,228 |
| BH9690529 | 820226 | 8195 | PM0000771 | 8,000 | PRESCRIBIT RX LLC45536 | ALPRAZOLAM | 28 | 28 | 10,800 |
| BH9690492 | 820169 | 8195 | PM0000771 | 8,000 | PRESCRIBIT RX LLC 45537 | ALPRAZOLAM | 18 | 18 | 8,800 |
| BH9690517 | 820203 | 8195 | PM0000771 | 8,000 | PRESCRIBIT RX LLC 45538 | ALPRAZOLAM | 29 | 29 | 14,500 |
| BH9690505 | 820231 | 8195 | PM0000771 | 8,000 | PRESCRIBIT RX LLC 45540 | ALPRAZOLAM | 45 | 21 | 20,500 |
| AP8699840 | 850930 | 8195 | PM0000771 | 8,000 | PRESCRIPTION DRUG FOUND | OXYCODONE | 128 | 127 | 13,805 |
| AP2125189 | 230607 | 8195 | PM0000771 | 8,000 | PRESCRIPTION UNLIMITED | HYDROCODONE | 63 | 62 | 13,484 |
| AP2125189 | 230607 | 8195 | PM0000771 | 8,000 | PRESCRIPTION UNLIMITED | OXYCODONE | 130 | 128 | 12,687 |
| AP7006897 | 879936 | 8195 | PM0000771 | 8,000 | PRESTON REXALL PHARMACY | OXYCODONE | 88 | 89 | 9,300 |
| BP8483353 | 594140 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0019 | OXYCODONE | 89 | 89 | 9,700 |
| BP2876160 | 383183 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0053 | OXYCODONE | 72 | 72 | 8,800 |
| BP5393654 | 474138 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0141 | OXYCODONE | 73 | 73 | 8,203 |
| BP1695848 | 285603 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0361 | OXYCODONE | 88 | 81 | 10,633 |
| BP1805362 | 451213 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0371 | OXYCODONE | 78 | 72 | 9,600 |
| BP1797048 | 726066 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0373 | OXYCODONE | 79 | 73 | 8,904 |
| BP2817320 | 203678 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0411 | OXYCODONE | 66 | 66 | 8,400 |
| BP3470058 | 378868 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0435 | OXYCODONE | 95 | 95 | 10,953 |
| BP6019362 | 668639 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0446 | OXYCODONE | 92 | 82 | 10,200 |
| BP3821683 | 384972 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0457 | OXYCODONE | 231 | 198 | 24,000 |
| BP4348341 | 238059 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0523 | OXYCODONE | 82 | 82 | 10,200 |
| BP4477142 | 884439 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0527 | OXYCODONE | 106 | 78 | 9,817 |
| BP5621796 | 613728 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0620 | OXYCODONE | 118 | 110 | 13,804 |
| BP5883687 | 212281 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0631 | OXYCODONE | 62 | 58 | 8,000 |
| BP7703792 | 487679 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0757 | OXYCODONE | 74 | 74 | 8,008 |
| BP7044876 | 609516 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0760 | OXYCODONE | 80 | 76 | 9,200 |
| BP7429334 | 971331 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0792 | OXYCODONE | 72 | 65 | 8,100 |
| BP7587009 | 628188 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0813 | OXYCODONE | 110 | 107 | 14,700 |
| BP8272016 | 880381 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0851 | OXYCODONE | 91 | 89 | 11,217 |
| BP7860190 | 650930 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #0854 | OXYCODONE | 77 | 68 | 9,200 |
| BP9541257 | 583198 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #1007 | OXYCODONE | 67 | 62 | 8,200 |
| BP9535519 | 583176 | 8195 | PM0000771 | 8,000 | PUBLIX PHCY #1037 | OXYCODONE | 90 | 86 | 9,800 |

Confidentiality Notice: This document is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

| Cust DEA # | Acct # | DC | DC DEA # | Dosage Threshold | Account Name | Drug | Order Qty | Net Qty | Net Dosages |
|---|---|---|---|---|---|---|---|---|---|
| BR4848208 | 049981 | 8195 | PM0000771 | 8,000 | RELIABLE SUPER DRUGS | HYDROCODONE | 107 | 98 | 19,500 |
| BR4848208 | 049981 | 8195 | PM0000771 | 8,000 | RELIABLE SUPER DRUGS | OXYCODONE | 135 | 135 | 23,900 |
| AS3148500 | 899825 | 8195 | PM0000771 | 8,000 | ROMANO'S PHARMACY | OXYCODONE | 148 | 148 | 14,418 |
| BR9508954 | 831763 | 8195 | PM0000771 | 8,000 | RXPERT #1 LLC | ALPRAZOLAM | 50 | 45 | 18,060 |
| BR9508954 | 831763 | 8195 | PM0000771 | 8,000 | RXPERT #1 LLC | HYDROCODONE | 54 | 32 | 14,000 |
| FR0003981 | 814725 | 8195 | PM0000771 | 8,000 | RXPERT #3, LLC | HYDROCODONE | 42 | 36 | 12,400 |
| FR0003981 | 814725 | 8195 | PM0000771 | 8,000 | RXPERT #3, LLC | OXYCODONE | 120 | 120 | 12,000 |
| AS0177394 | 157848 | 8195 | PM0000771 | 8,000 | SACRED HEART HOSP O/P PHS | HYDROCODONE | 36 | 35 | 9,060 |
| BP3890084 | 408356 | 8195 | PM0000771 | 8,000 | SAN MARCO PAVILION PHCY HM | HYDROCODONE | 28 | 28 | 10,400 |
| BS8498045 | 758744 | 8195 | PM0000771 | 8,000 | SANTA ROSE PHARMACY EDI | ALPRAZOLAM | 11 | 11 | 8,060 |
| BS8498045 | 758744 | 8195 | PM0000771 | 8,000 | SANTA ROSE PHARMACY EDI | HYDROCODONE | 85 | 47 | 16,448 |
| BC9864207 | 752914 | 8195 | PM0000771 | 8,000 | SAV-A-LOT PHCY/LAUDERHILL | OXYCODONE | 148 | 148 | 14,280 |
| BG9864194 | 752953 | 8195 | PM0000771 | 8,000 | SAV-A-LOT PHCY/MARGATE | OXYCODONE | 99 | 98 | 11,405 |
| BD8071273 | 987811 | 8195 | PM0000771 | 8,000 | SAVE-A-LOT PHCY | ALPRAZOLAM | 16 | 16 | 9,660 |
| BD8071273 | 987811 | 8195 | PM0000771 | 8,000 | SAVE-A-LOT PHCY | OXYCODONE | 48 | 48 | 8,400 |
| AS8841428 | 098208 | 8195 | PM0000771 | 8,000 | SCHAEFER DRUG INC 2 | ALPRAZOLAM | 75 | 71 | 13,800 |
| AS8841428 | 098208 | 8195 | PM0000771 | 8,000 | SCHAEFER DRUG INC 2 | OXYCODONE | 418 | 416 | 40,841 |
| BM5190373 | 822158 | 8195 | PM0000771 | 8,000 | SE FAMILY HLT CTR PHS EDI | HYDROCODONE | 115 | 115 | 11,418 |
| BS8348725 | 893157 | 8195 | PM0000771 | 8,000 | SENTRY DRUGS EAST HM | HYDROCODONE | 48 | 48 | 9,328 |
| BS8348725 | 893157 | 8195 | PM0000771 | 8,000 | SENTRY DRUGS EAST HM | OXYCODONE | 570 | 570 | 59,404 |
| BS7084697 | 175950 | 8195 | PM0000771 | 8,000 | SETON PHCY-BARRS | HYDROCODONE | 28 | 23 | 8,312 |
| FL0164638 | 776795 | 8195 | PM0000771 | 8,000 | SEVEN HILLS PHARMACY HM | ALPRAZOLAM | 12 | 11 | 8,000 |
| AD9470826 | 088882 | 8195 | PM0000771 | 8,000 | SHANDS HOSP INPATNO #DG18 | OXYCODONE | 165 | 165 | 8,013 |
| BS6523282 | 241880 | 8195 | PM0000771 | 8,000 | SHANDS JACKSONVILLE MC/IP | OXYCODONE | 279 | 277 | 23,820 |
| BS6523282 | 584787 | 8195 | PM0000771 | 8,000 | SHANDS JAX MED CTR/OP PHS | ALPRAZOLAM | 188 | 168 | 16,800 |
| BS6523282 | 584787 | 8195 | PM0000771 | 8,000 | SHANDS JAX MED CTR/OP PHS | HYDROCODONE | 863 | 801 | 79,596 |
| BS6523282 | 584787 | 8195 | PM0000771 | 8,000 | SHANDS JAX MED CTR/OP PHS | OXYCODONE | 397 | 397 | 39,617 |
| BS9656666 | 128342 | 8195 | PM0000771 | 8,000 | SHANDS JAX / PLAZA PHCY | HYDROCODONE | 105 | 102 | 10,116 |
| BS8079102 | 121683 | 8195 | PM0000771 | 8,000 | SHANDS/MEDICAL PLAZA PHS | OXYCODONE | 199 | 193 | 14,059 |
| AD9470826 | 088148 | 8195 | PM0000771 | 8,000 | SHANDS OUTPATIENT PHY/PHS | OXYCODONE | 120 | 120 | 10,887 |
| BS5599388 | 951004 | 8195 | PM0000771 | 8,000 | SNEADS PHARMACY | HYDROCODONE | 25 | 23 | 9,932 |
| BP4901183 | 544130 | 8195 | PM0000771 | 8,000 | STEGER DRUG CO. PPSCHM | HYDROCODONE | 86 | 43 | 14,860 |
| BP4901183 | 544130 | 8195 | PM0000771 | 8,000 | STEGER DRUG CO. PPSCHM | OXYCODONE | 143 | 143 | 14,300 |
| BS8780834 | 011687 | 8195 | PM0000771 | 8,000 | ST. JOHNS PHARMACY | ALPRAZOLAM | 28 | 28 | 9,380 |
| BS8780834 | 011687 | 8195 | PM0000771 | 8,000 | ST. JOHNS PHARMACY | HYDROCODONE | 56 | 52 | 20,716 |
| BS8780834 | 011687 | 8195 | PM0000771 | 8,000 | ST. JOHNS PHARMACY | OXYCODONE | 118 | 118 | 12,600 |
| BT7347328 | 055503 | 8195 | PM0000771 | 8,000 | ST. MARYS MEDICAL CTR 0947 | OXYCODONE | 118 | 118 | 8,880 |
| AS5131229 | 528729 | 8195 | PM0000771 | 8,000 | ST. VINCENTS MED. CTR/JAX | OXYCODONE | 107 | 107 | 9,500 |
| BS5104929 | 544254 | 8195 | PM0000771 | 8,000 | SUN PHARMACY | OXYCODONE | 116 | 101 | 28,947 |
| BA9106320 | 248331 | 8195 | PM0000771 | 8,000 | SUNRISE DISCOUNT PHARMACY | ALPRAZOLAM | 44 | 43 | 16,500 |
| BA9106320 | 248331 | 8195 | PM0000771 | 8,000 | SUNRISE DISCOUNT PHARMACY | OXYCODONE | 1632 | 582 | 52,866 |
| BS8158245 | 513324 | 8195 | PM0000771 | 8,000 | SUNSHINE PHARMACY | OXYCODONE | 207 | 198 | 21,111 |
| BS9884487 | 131547 | 8195 | PM0000771 | 8,000 | SUNSHINE PHCY AT DAVIS | OXYCODONE | 85 | 73 | 8,340 |
| BS7218565 | 330257 | 8195 | PM0000771 | 8,000 | SUNSHINE SOLUTIONS PHCY | OXYCODONE | 91 | 91 | 10,387 |
| BS5744845 | 645274 | 8195 | PM0000771 | 8,000 | SUNSHINE WELLNESS CTR | HYDROCODONE | 47 | 47 | 10,912 |
| BS5744845 | 645274 | 8195 | PM0000771 | 8,000 | SUNSHINE WELLNESS CTR | OXYCODONE | 125 | 125 | 15,108 |
| BF5851882 | 948464 | 8195 | PM0000771 | 8,000 | TAMPA GENERAL HOSPITAL | OXYCODONE | 383 | 382 | 27,500 |
| AC4530920 | 197820 | 8195 | PM0000771 | 8,000 | TARARA PHARMACY INC | ALPRAZOLAM | 99 | 98 | 49,000 |
| BT7660851 | 221385 | 8195 | PM0000771 | 8,000 | TARGET 0845 PHCY | HYDROCODONE | 95 | 68 | 17,748 |
| BT7660851 | 221385 | 8195 | PM0000771 | 8,000 | TARGET 0845 PHCY | OXYCODONE | 96 | 96 | 9,600 |
| BT2707529 | 605105 | 8195 | PM0000771 | 8,000 | TARGET 0851 PHCY | ALPRAZOLAM | 16 | 16 | 9,000 |
| BT2707529 | 605105 | 8195 | PM0000771 | 8,000 | TARGET 0851 PHCY | HYDROCODONE | 74 | 61 | 14,418 |
| BT2707492 | 605139 | 8195 | PM0000771 | 8,000 | TARGET 0854 PHCY | ALPRAZOLAM | 35 | 35 | 9,540 |
| BT2707492 | 605139 | 8195 | PM0000771 | 8,000 | TARGET 0854 PHCY | HYDROCODONE | 103 | 84 | 19,032 |
| BT3052228 | 605154 | 8195 | PM0000771 | 8,000 | TARGET 0888 PHCY | HYDROCODONE | 39 | 39 | 8,724 |
| BT3206199 | 605188 | 8195 | PM0000771 | 8,000 | TARGET 0889 PHCY | HYDROCODONE | 66 | 54 | 10,496 |
| BT3206199 | 605188 | 8195 | PM0000771 | 8,000 | TARGET 0889 PHCY | OXYCODONE | 83 | 83 | 8,300 |
| BT5398878 | 159608 | 8195 | PM0000771 | 8,000 | TARGET 0799 PHCY | HYDROCODONE | 136 | 121 | 15,384 |
| BT5398878 | 159608 | 8195 | PM0000771 | 8,000 | TARGET 0799 PHCY | OXYCODONE | 241 | 241 | 24,017 |
| BT3191397 | 604967 | 8195 | PM0000771 | 8,000 | TARGET 0811 PHCY | ALPRAZOLAM | 37 | 37 | 9,260 |
| BT3191397 | 604967 | 8195 | PM0000771 | 8,000 | TARGET 0811 PHCY | HYDROCODONE | 66 | 65 | 16,744 |

Confidentiality Notice: This document is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

Confidential / Exempt from FOIA. Subject to FRE 408.

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

| Cust DEA # | Acct # | DC | DC DEA # | Dosage Threshold | Account Name | Drug | Order Qty | Net Qty | Net Dosages |
|---|---|---|---|---|---|---|---|---|---|
| BT3317624 | 605022 | 8195 | PM0000771 | 8,000 | TARGET 0817 PHCY | ALPRAZOLAM | 28 | 25 | 11,180 |
| BT3317624 | 605022 | 8195 | PM0000771 | 8,000 | TARGET 0817 PHCY | HYDROCODONE | 110 | 75 | 27,228 |
| BT3317624 | 605022 | 8195 | PM0000771 | 8,000 | TARGET 0817 PHCY | OXYCODONE | 100 | 108 | 10,402 |
| BT3771208 | 605089 | 8195 | PM0000771 | 8,000 | TARGET 0874 PHCY | HYDROCODONE | 40 | 33 | 9,048 |
| BT4158768 | 490219 | 8195 | PM0000771 | 8,000 | TARGET 0919 PHCY | HYDROCODONE | 85 | 84 | 10,716 |
| BT4158768 | 490219 | 8195 | PM0000771 | 8,000 | TARGET 0919 PHCY | OXYCODONE | 85 | 86 | 8,600 |
| BT4917300 | 912402 | 8195 | PM0000771 | 8,000 | TARGET 1023 PHCY | ALPRAZOLAM | 29 | 29 | 8,900 |
| BT4917300 | 912402 | 8195 | PM0000771 | 8,000 | TARGET 1023 PHCY | HYDROCODONE | 68 | 52 | 12,684 |
| BT4917300 | 912402 | 8195 | PM0000771 | 8,000 | TARGET 1023 PHCY | OXYCODONE | 150 | 150 | 15,404 |
| BT6043778 | 950782 | 8195 | PM0000771 | 8,000 | TARGET 1053 PHCY | HYDROCODONE | 67 | 55 | 9,692 |
| BT6043778 | 950782 | 8195 | PM0000771 | 8,000 | TARGET 1053 PHCY | OXYCODONE | 70 | 70 | 8,402 |
| BT7825819 | 881992 | 8195 | PM0000771 | 8,000 | TARGET 1294 PHCY | HYDROCODONE | 67 | 51 | 8,598 |
| BT6939411 | 011340 | 8195 | PM0000771 | 8,000 | TARGET 1300 PHCY | ALPRAZOLAM | 12 | 12 | 8,060 |
| BT6939411 | 011340 | 8195 | PM0000771 | 8,000 | TARGET 1300 PHCY | HYDROCODONE | 52 | 40 | 8,664 |
| BT7564136 | 280781 | 8195 | PM0000771 | 8,000 | TARGET 1503 PHCY | HYDROCODONE | 106 | 88 | 11,084 |
| BT8507329 | 097818 | 8195 | PM0000771 | 8,000 | TARGET 1820 PHCY | ALPRAZOLAM | 18 | 18 | 8,160 |
| BT8507329 | 097816 | 8195 | PM0000771 | 8,000 | TARGET 1820 PHCY | HYDROCODONE | 46 | 36 | 11,612 |
| BT8507329 | 097816 | 8195 | PM0000771 | 8,000 | TARGET 1820 PHCY | OXYCODONE | 86 | 86 | 8,600 |
| BT8877411 | 923824 | 8195 | PM0000771 | 8,000 | TARGET 1855 PHCY | HYDROCODONE | 47 | 31 | 8,532 |
| BT9835123 | 861889 | 8195 | PM0000771 | 8,000 | TARGET 2155 PHCY | HYDROCODONE | 45 | 37 | 11,912 |
| BT9572783 | 064442 | 8195 | PM0000771 | 8,000 | TEQUESTA DRUGS | OXYCODONE | 86 | 89 | 9,518 |
| BP9433373 | 872533 | 8195 | PM0000771 | 8,000 | THE MEDICINE SHOPPE/A | OXYCODONE | 91 | 91 | 9,100 |
| BP8350718 | 872484 | 8195 | PM0000771 | 8,000 | THE MEDICINE SHOPPE/D | HYDROCODONE | 45 | 29 | 11,448 |
| BU8503799 | 497865 | 8195 | PM0000771 | 8,000 | ULTIMA RXLLC | ALPRAZOLAM | 44 | 44 | 20,000 |
| BU9949946 | 341099 | 8195 | PM0000771 | 8,000 | UNIVERSITY PHARMACY INC | OXYCODONE | 90 | 88 | 8,800 |
| AV4277849 | 038871 | 8195 | PM0000771 | 8,000 | VA LAKE CITY OUTPATIENT | HYDROCODONE | 460 | 460 | 46,000 |
| AV4277848 | 038871 | 8195 | PM0000771 | 8,000 | VA LAKE CITY OUTPATIENT | OXYCODONE | 955 | 955 | 94,887 |
| BV0368787 | 925977 | 8195 | PM0000771 | 8,000 | VA MAYAGUEZ OUTPAT CLINIC | OXYCODONE | 25 | 25 | 12,100 |
| BV0484781 | 320878 | 8195 | PM0000771 | 8,000 | VA MC PHCY O/P/PENSACOLA | HYDROCODONE | 158 | 158 | 15,800 |
| BV0484781 | 320878 | 8195 | PM0000771 | 8,000 | VA MC PHCY O/P/PENSACOLA | OXYCODONE | 108 | 108 | 10,800 |
| AV4871372 | 847880 | 8195 | PM0000771 | 8,000 | VA MED CTR GAINESVILLE IP | HYDROCODONE | 1,013 | 1,013 | 101,300 |
| AV4871372 | 847880 | 8195 | PM0000771 | 8,000 | VA MED CTR GAINESVILLE IP | OXYCODONE | 2,225 | 2,226 | 219,840 |
| AV5307889 | 044708 | 8195 | PM0000771 | 8,000 | VA MED CTR I/P CONTROLS | HYDROCODONE | 772 | 772 | 69,472 |
| AV5307889 | 044708 | 8195 | PM0000771 | 8,000 | VA MED CTR I/P CONTROLS | OXYCODONE | 209 | 201 | 20,100 |
| BD2869395 | 131768 | 8195 | PM0000771 | 8,000 | VA MEDICAL CENTER | OXYCODONE | 1,024 | 1,024 | 102,400 |
| AV4345559 | 134782 | 8195 | PM0000771 | 8,000 | VA MEDICAL CENTER/INPAT | HYDROCODONE | 268 | 268 | 26,800 |
| AV8835469 | 040817 | 8195 | PM0000771 | 8,000 | VA OUTPATIENT CLIN ALMMS | HYDROCODONE | 171 | 171 | 17,100 |
| BV0255706 | 562740 | 8195 | PM0000771 | 8,000 | VA OUTPATIENT CLINIC | OXYCODONE | 1,248 | 1,248 | 124,800 |
| AV5214488 | 743845 | 8195 | PM0000771 | 8,000 | VA OUTPATIENT CLINIC | HYDROCODONE | 636 | 634 | 63,400 |
| AV5214488 | 743845 | 8195 | PM0000771 | 8,000 | VA OUTPATIENT CLINIC | OXYCODONE | 192 | 192 | 19,200 |
| BD4832015 | 627891 | 8195 | PM0000771 | 8,000 | VA OUTPATIENT CLINIC | OXYCODONE | 1,572 | 1,572 | 157,200 |
| BV3465970 | 770541 | 8195 | PM0000771 | 8,000 | VA OUTPATIENT CLINIC | HYDROCODONE | 144 | 144 | 14,400 |
| BV3465970 | 770541 | 8195 | PM0000771 | 8,000 | VA OUTPATIENT CLINIC | OXYCODONE | 174 | 174 | 17,400 |
| BV4345910 | 553231 | 8195 | PM0000771 | 8,000 | VA OUTPATIENT CLINIC | OXYCODONE | 1,372 | 1,372 | 137,200 |
| BV6325652 | 284828 | 8195 | PM0000771 | 8,000 | VA OUTPATIENT CLINIC | OXYCODONE | 1,218 | 1,218 | 121,800 |
| BW9765060 | 746571 | 8195 | PM0000771 | 8,000 | WELLINGTON DISC PHCY HM | HYDROCODONE | 35 | 35 | 15,800 |
| BW9765060 | 746571 | 8195 | PM0000771 | 8,000 | WELLINGTON DISC PHCY HM | OXYCODONE | 289 | 286 | 30,501 |
| BR9032551 | 812349 | 8195 | PM0000771 | 8,000 | WESTCHASE COMPOUNDING PHY | HYDROCODONE | 24 | 19 | 8,816 |
| AH0208228 | 679506 | 8195 | PM0000771 | 8,000 | XXA HABANA HOSPITAL PHCY | HYDROCODONE | 40 | 38 | 10,346 |
| AH0208228 | 679506 | 8195 | PM0000771 | 8,000 | XXA HABANA HOSPITAL PHCY | OXYCODONE | 125 | 125 | 12,500 |
| BY8654977 | 741099 | 8195 | PM0000771 | 8,000 | YAMATO DISCOUNT DRUGS HM | OXYCODONE | 72 | 72 | 9,040 |
| AA5030882 | 406991 | 8195 | PM0000771 | 8,000 | ZZATKINSON'S MART 5/30/07 | OXYCODONE | 150 | 150 | 12,655 |

Confidentiality Notice: This document is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

Confidential / Exempt from FOIA. Subject to FRE 408. 

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER