MPO552506

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| FW7342316 | 05-31-2019 | $731 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N,3 3N,4,5 | CHAIN PHARMACY | 02-08-2018 |

WALGREEN CO.
RITE AID #00968
6401 US ROUTE 60 E
BARBOURSVILLE, WV 25504

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| FW7342316 | 05-31-2019 | $731 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N,3 3N,4,5 | CHAIN PHARMACY | 02-08-2018 |

WALGREEN CO.
RITE AID #00968
6401 US ROUTE 60 E
BARBOURSVILLE, WV 25504

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (9/2016)

Confidential

WVBOP_FEDWV_00016527

DEF-WV-01989.00001



# West Virginia Board of Pharmacy

2310 Kanawha Boulevard East  Charleston, WV 25311  Phone (304) 558-0558  Fax (304) 558-0572

## CHANGE OF OWNERSHIP – INSTATE PHARMACY

A change of ownership occurs when the new pharmacy applies as that of a new Pharmacy Registration. Upon receipt of this completed application, the Board will review the application within 90 days, made within 90 days.

When this application completed and signed by an applicant, the power of attorney is also required to be completed and signed by an applicant.

When this application is being made for a change of ownership or application will be returned for compliance.

1. Current name of pharmacy **Rite Aid Disc Phcy 968** Registration Number **MP0550577**
2. Name of pharmacy to be operated **Walgreen Co** Date **02/16/18**
3. Is a change in doing business name of business **Rite Aid #  00968**
4. Street address **6401 US Route 60E** Mailing address **PO Box 901 Deerfield, IL 60015**
   City **Barboursville** WV Zip **25504** County **cabell**
5. Pharmacy email address **rxp00968@rite aid.com**
6. Pharmacist in charge **Michael Chaney** RP **0006893**
7. Pharmacist in charge work phone prior to opening **304-736-2837** Home Phone **304-593-8966**
8. Has the pharmacist ever had license been denied, suspended or revoked in this or any state?   Yes  No
9. Has any individual been convicted of a felony?   Yes  No
10. Has any individual been convicted of a misdemeanor other than a traffic violation?   Yes  No
11. Has an order or suspension of the license been executed detailed explanation
12. Type of ownership of business   Single Proprietor     Partnership     Corporation X
13. Is the pharmacy a single site pharmacy or as part of a  X multisite pharmacy chain organization
14. Name of owner(s) and (list title  owner Partner or three corporate officers)

   **Richard Ashworth** Title President, Pharmacy & Retail Operations

   _____ Title Secretary

   _____ Title Assistant Secretary

15. Has the applicant or any officer that met ever been convicted in a felony?   Yes  No
16. If yes, explain on 14 x yrs attach a detailed explanation
17. Schedule of fees

   Pharmacy outpatient  $150.00
   Pharmacy outpatient  $150.00
   Controlled Substance Permit  $10.00
   ... of Compounding Permit  $150.00
   Nuclear Pharmacy Permit  $150.00 (Notice & license required each)

18. Attach check or money order to application Total Fees $ **160.00**
19. Controlled Drug Schedules applied for:   II   III   IV   V
20. Name of work and list of personnel with Controlled Substance Power of Attorney
   **Michael Chaney  6401 US Route 60E  Barboursville WV 25504**
   **Travis Zimmerman  6401 US Route 60E  Barboursville WV 25504**
21. The undersigned hereby swear or affirm that all statements made herein are true and correct and that any errors or omissions made in good faith and the practice of pharmacy will be faithfully observed so long as, registration is in force.


RECEIVED
JAN 18 2018
By_____

_____  **01/16/18**
Signature of owner or its president or corporate officer  Date

_____  **1/11/2018**
Signature of pharmacist-in-charge  Date

Office use only. New Registration Number _____
New date that letter of New Registration policy and Registration Number was mailed to Owner _____

WVBOP Change of Pharmacy Ownership    Rev 10/5/2017

4895618

| Check Number: 30-0011668596  Vendor: 1304063 | | Remit to: | Return to Dept:MS3215 LIC ADM CT | | Date:01/10/18 Page: 1 of 1 | |
|---|---|---|---|---|---|---|
| Description | Invoice Date | Invoice Number | | Invoice Amount | Imprint Number | AU / Location |
| PHARMACY AND CONTROLLED SUBSTANCE 01/09/18 | | 019045 | | 160.00 | 55321900 | 00000 |
| | GROSS TOTAL | DISCOUNT TOTAL | | CHECK TOTAL | | |
| | ********160.00 | ***********.00 | | ********160.00 | | |

Confidential

WVBOP_FEDWV_00016529

**DEF-WV-01989.00003**

# West Virginia Board of Pharmacy

**Phone (304) 558-0558**          **2310 Kanawha Boulevard East**          **Fax (304) 558-0572**

## Charleston, West Virginia 25311

### OUTPATIENT PHARMACY INSPECTION REPORT

| | |
|---|---|
| | **E-Mail Address** / **Date** 11/07/2017 |
| Rite Aid Disc Pharmacy #0968 | **Phone** 3047362837 / **Fax** 3047331203 |
| 6401 U.S. Route 60 E | **DEA License #** AR6070178 / **WVBOP #** MP0550577 |
| | **P I C** Carly R. Preece / **License #** RP0008535 |
| Barboursville, WV 25504 | **Hours** 8-10 M-F 9-9 S & S |
| | 9-9 EVERYDAY! |

| Item | Question | Reference | Yes | No | NA |
|---|---|---|---|---|---|
| 1 | Does this Pharmacy have an automated dispensing system? | 15-1-20.3.2.11 | ✓ | | |
| 2 | What is the name of this system? SCRIPT PRO- | | | | |
| 3 | Has the Board been notified in writing of its installation? | 15-1-20.3.2.11 | ✓ | | |
| 4 | Does this pharmacy perform USP 795 Non-Sterile Compounding? | | | ✓ | |
| 5 | If Yes attach a USP 795 Inspection Form. | | | | ✓ |
| 6 | Does this pharmacy perform USP 797 Sterile Compounding? | | | ✓ | |
| 7 | If Yes attach a USP 797 Inspection Form. Ship out of state use NABP Universal. | WV _____ or NABP_____ | | | ✓ |
| 8 | Is there an alarm system installed according to Rule? | 15-1-14.7.2 | ✓ | | |
| 9 | Does the alarm system include a battery back-up power source? | 15-1-14.7.2.2 | ✓ | | |
| 10 | Are there barriers installed to Rule including Drive-Up window? | 15-1-14.7(d).1 & 15-2-4 | ✓ | | |
| 11 | Are controlled substances dispersed?        Or | 15-2-4.6.9 | ✓ | | |
| 12 | Stored in a 20 gauge (or better) locked metal cabinet or drawer? | 15-2-4.6.a | | | ✓ |
| 13 | Are all losses or thefts of controlled drugs reported to DEA and WVBOP? | 15-2-8.3.a | ✓ | | |
| 14 | Only authorized non-registered person(s) in prescription area? | 15-1-18.7 | ✓ | | |
| 15 | Only pharmacists have key or code access to prescription area? | 15-1-14.7.3.1 | ✓ | | |
| 16 | Is generic sign visible to the public? | 30-5-12b.(o) | ✓ | | |
| 17 | Are Rules of Professional Conduct posted in a conspicuous place? | 15-1-19.15 | ✓ | | |
| 18 | Are the Pharmacy's Permit and DEA License posted in a conspicuous place? | 15-1-14.3.3 | ✓ | | |
| 19 | Are all pharmacist and pharmacy technician licenses posted? | 30-5-11 | ✓ | | |
| 20 | Is a copy of the Combined Technician List and Confidentiality Statement posted? | 15-1-20.3.1& 15-1-20.2.10 | ✓ | | |
| 21 | Is there a proper sign available to post when a pharmacist is not on duty? | 15-1-14.7.4 | | | ✓ |
| 22 | Are completed prescriptions stored in pharmacy area which does not have unlicensed personnel? | 15-1-14.7.5 | ✓ | | |
| 23 | Last Biennial Inventory is dated: 05/01/2017 and is correct? | 15-2-6.5 | ✓ | | |
| 24 | Does Form 222 or CSOS require a Power of Attorney? | 15-2-3.4 | ✓ | | |
| 25 | Has Power(s) of Attorney been issued? To Whom: MOLLIE ROUSH CARLY R. PREECE, MICHAEL CHANEY. | 15-2-3.4 | | | |
| 26 | Are controlled substance invoices or packing slips signed by a pharmacist? | 15-2.8.4.b | ✓ | | |

Rev. 5-1-2017                    Outpatient Inspection Set (Tablet)

Confidential          WVBOP_FEDWV_00016530

DEF-WV-01989.00004

| # | Question | Code | Yes | No | NA |
|---|----------|------|-----|-----|-----|
| 27 | Are there completed Return & Destruction records of controlled drugs? | 15-2-6.13a.I | ✓ | | |
| 28 | Does the pharmacy sell Over-the-Counter controlled drugs? | 15-2-7.19.a.5 | | ✓ | |
| 29 | Is the Schedule V Book complete and correct? | 15-2-9.22 | | | ✓ |
| 30 | Has the pharmacy filled any telephoned Emergency CII prescriptions? | 15-2-7.9.b | | ✓ | |
| 31 | The emergency quantity only filled? | 15-2-7.9.4.1 | | | ✓ |
| 32 | Is there a signed written Rx that was provided within 7 days? | 15-2-7.9.b.3 | | | ✓ |
| 33 | Do all controlled drug prescriptions show practitioners printed name? | 15-2-7.6.c | ✓ | | |
| 34 | Do hospital prescriptions show the practitioners issued suffix #? | 15-2-7.6.c | ✓ | | |
| 35 | Patient's address shown? | 15-2-7.5.a | ✓ | | |
| 36 | Date of Issue shown? | 15-2-7.5.a | ✓ | | |
| 37 | Partial fills documented correctly? | 15-2-7.11 | ✓ | | |
| 38 | Are controlled Rx's on a separate prescription blank? | 15-2-7.6.a | ✓ | | |
| 39 | No controlled Rx's are filled after 90 days (unless provider called)? | 15-2-7.9.a.1 | ✓ | | |
| 40 | Are all pseudoephedrine sales reported via the NPLEX System? | 60A-10-8.b | ✓ | | |
| 41 | Is there a reasonable effort to obtain patient I.D. for the patient record? | 60A-3-308.d.2.B | ✓ | | |
| 42 | Is the I.D. of the person receiving a controlled Rx being recorded? | 60A-9-4.a | ✓ | | |
| 43 | Are any outdated drugs found among shelf stock? Number found  ∅ | 15-1-19.9.2 | | | |
| 44 | Are refrigerator temperatures all between 36 & 46 degrees F (2 to 7.7 C)? | 15-1-15.1.2 | ✓ | | |
| 45 | List refrigerator temperatures:   39.9°F | | — | | |
| 46 | Are freezer temperatures between -4 and 14 degrees F(-10 to -20 C)? | 15-1-15.1.2 | ✓ | | |
| 47 | List the freezer temperatures:  −20°C | | — | | |
| 48 | Is the pharmacy area temperature controlled and between 59 and 77 F? | 15-1-15.1.2 | ✓ | | |
| 49 | What is the pharmacy area current temperature?  72°F | | — | | |
| 50 | Is the prescription counter clean and dust free? | 15-1-18.2 | ✓ | | |
| 51 | Is the prescription counter only used for prescription preparation? | 15-1-18.2 | ✓ | | |
| 52 | Is the prescription preparation room clean, orderly and dust free? | 15-1-18.5 | ✓ | | |
| 53 | Is the sink used only for cleaning hands and equipment? | 15-1-18.3 | ✓ | | |
| 54 | Are pharmacists wearing white coats, lab jackets or smocks? | 15-1-18.4 | ✓ | | |
| 55 | Do pharmacists have a proper name tag on their garment? | 15-1-18.4 | ✓ | | |
| 56 | Are electronic prescription transmissions certified? | 15-1-21.1.7.b | ✓ | | |
| 57 | Do all prescriptions appear prescribed for a legitimate medical use? | 15-1-21.1 | ✓ | | |
| 58 | Are telephoned prescriptions properly & completely documented? | 15-1-19.13.1 | ✓ | | |
| 59 | Is the manufacturer shown on the prescription record file? | 30-5-12b(j) | ✓ | | |
| 60 | Is the dispensing pharmacist's initials recorded on the Rx record file? | 15-1-19.13.4 | ✓ | | |
| 61 | Are the initials of all personnel who have worked on Rx recorded? | 15-1-19.13.4 | ✓ | | |
| 62 | How many files does the computer system generate?  2 | | — | | |
| 63 | Are transfered prescriptions properly recorded (both in and out)? | 15-1-9.1.1.b | ✓ | | |
| 64 | Is there any sign that prescriptions have been refilled after 12 months? | 15-1-10.3 | | ✓ | |
| 65 | Does it appear that all CFNP and PA prescribing is according to Rules? | 11-1B-14.8 | ✓ | | |
| 66 | Is there a proper record of emergency dispensing of maintenance meds? | 15-1-26.1 | ✓ | | |
| 67 | Are complete patient profiles maintained on all patients? | 15-1-15.2.6 | ✓ | | |
| 68 | Does the pharmacy maintain signed and complete daily Rx reports? | 15-4-5.2.3 | | | ✓ |
| 69 | In lieu of a Daily Report does pharmacy maintain a proper log book? | 15-4-5.2.3 | ✓ | | |
| 70 | Is one full year of dispensing records available online? | 15-4-4 | ✓ | | |
| 71 | Can the pharmacy generate five full years of dispensing's on request? | 15-4-4 | ✓ | | |
| 72 | Are sales of Rx drugs without a prescription properly recorded? | 15-1-9.1.1 | | | ✓ |

Rev. 5-1-2017          Outpatient Inspection Set (Tablet)

| # | Question | Reference | Yes | No | NA |
|---|----------|-----------|-----|----|----|
| 73 | If servicing a nursing home is a log of returned drugs maintained? | 15-1-12.3 | | | ✓ |
| 74 | Is there sufficient compounding equipment available? | 15-1-15.2.2 | ✓ | | |
| 75 | Is there a sanitary method of measuring liquids? | 15-1-15.2.1 | ✓ | | |
| 76 | Does the pharmacy have Board approved clinical reference materials? | Board Policy | ✓ | | |
| 77 | Does the pharmacy have a current copy of WVBOP Law and Rules? | 15-1-15.2.8 | ✓ | | |
| 78 | Does the pharmacy have an adequate balance and weights available? | 15-1-15.2.2 | ✓ | | |
| 79 | Do prescription containers meet the FDA and USP requirements? | 15-1-15.1.2 | ✓ | | |
| 80 | Are proper closures used and documented if Non-Safety? | Consumer Protection | ✓ | | |
| 81 | Do the pharmacist's initials appear on the Rx label? | 15-1-19.13.4 | ✓ | | |
| 82 | Does the manufacturer's name and drug generic name appear on the Rx label? | 30-5-12b(j) | ✓ | | |
| 83 | If dispensed as equivalent does the Rx label show "Substituted for" "brand"? | 15-1-22.1.4(i)1 | ✓ | | |
| 84 | Does the Rx label show a beyond use date? | 15-1-22.1.4(k) | ✓ | | |
| 85 | Does the Rx label show the prescriber's name? | 15-1-22.1.4.c | ✓ | | |
| 86 | Does the Rx label show proper title for mid-level practitioners? (Not Currently required by Rule) | | ✓ | | |
| 87 | Is a proper offer to counsel made on pickup of each new prescription? | 15-1-19.13.6 | ✓ | | |
| 88 | How is "Offer to Counsel" documented on mail or delivered Rx's? | 15-1-19.13.6 | ✓ | | |
| 89 | Is the counseling area convenient to the pharmacist? (unless excused) | 15-1-15.1.1 | ✓ | | |
| 90 | Is the Counseling area private for the patient? (unless excused) | 15-1-15.1.1 | ✓ | | |
| 91 | Does this pharmacy employ technician trainees? | | ✓ | | |
| 92 | Is an approved Technician Training Manual available? | 15-1-20.3.2.4 | ✓ | | |
| 93 | Is documentation of training by the P.I.C. available? | 15-7-4.5 | ✓ | | |
| 94 | Are there written records that document the required elements? | 15-7-4.5a.f | ✓ | | |
| 95 | Do trainees wear proper attire? | 15-1-18.4 | | | ✓ |
| 96 | Do trainees have a proper name tag? | 15-7-6.2 | | | ✓ |
| 97 | No trainee has exceeded 15 months training plus 3 months for testing? | 15-7-4.4(f) | ✓ | | |
| 98 | All licensed technicians are wearing proper attire and name tags? | 15-1-18.4 | ✓ | | |
| 99 | Does the pharmacy maintain written duties for all technicians? | 15-1-20.3.2 | ✓ | | |
| 100 | No technician is observed violating legally authorized duties? | 15-7-5(1) | ✓ | | |
| 101 | All technicians are directly supervised by the pharmacist on duty? | 15-1-20.3.2.4 | ✓ | | |
| 102 | Are nationally certified or those licensed in other states also licensed in WV? | 15-7-3.1.c | ✓ | | |
| 103 | Does PIC work 30 or more HR/WK if pharmacy is open more than 40HR/WK? | 15-1-2.40c | ✓ | | |
| 104 | Does PIC work 50% of hours in a pharmacy open less than 40 HR/WK? | Board policy | | | ✓ |
| 105 | Has an Interim PIC been utilized? | 15-1-14.5.2 | | ✓ | |
| 106 | Has the PIC seen current licenses of all current employees? | 15-1-20.3.2.6 | ✓ | | |
| 107 | Does the pharmacy have an ongoing Quality Assurance program in place? | 15-1-20.3.2.3 | ✓ | | |
| 108 | Does the QA program address CSMP review and Buprenorphine use? | | ✓ | | |
| 109 | Demonstrate the Controlled Drug Perpetual inventory & monthly review. | 15-2-6.2.4(a) | ✓ | | |
| 110 | Are written reports prepared when dispensing errors occur? | Board Policy | ✓ | | |
| 111 | Are these reports formally discussed with prescription dept. personnel? | Board Policy | ✓ | | |
| 112 | Is there a connection to the CSMP available? | 15-8-3 | ✓ | | |
| 113 | Are controlled substance dispensing's being reported to the CSMP? | 15-8-3 | ✓ | | |
| 114 | Does the pharmacy refuse to fill some Controlled Drug Prescriptions? | | ✓ | | |
| 115 | Does the pharmacy document the refusal in any manner? | | ✓ | | |
| 116 | Does the pharmacy review patient's need for Controlled Drugs & the CSMP data? | | ✓ | | |

Rev. 5-1-2017                    Outpatient Inspection Set (Tablet)

Confidential                                                                WVBOP_FEDWV_00016532

DEF-WV-01989.00006

| | | | Yes | No | NA |
|---|---|---|---|---|---|
| 117 | Does the pharmacy maintain any documentation of Item #116? | | ✓ | | |
| 118 | Has this pharmacy dispensed any opioid antagonists? | 60A-9-4 | | ✓ | |
| 119 | Is there documentation of reporting opioid antagonist to CSMP? | 60A-9-4 | | | ✓ |
| 120 | Have any & all complaints about a pharmacist been sent to Board? | 15-1-14.6.4 | | | ✓ |
| 121 | Has the Board been notified of any pharmacists recently discharged? | 15-1-14.6.3 | | | ✓ |
| 122 | Has PIC notified permit holder of any & all violations of Law or Rules? | 15-1-20.3.2.2 | | | ✓ |
| 123 | Is there documentation of such with a copy to Board office? | 15-1-20.3.2.2 | | | ✓ |
| 124 | If not, explain why? | 15-1-20.3.2.2 | | | ✓ |
| 125 | No employee exceeds a 12-hour shift? | 15-1-14.8.1 | ✓ | | |
| 126 | Is there documentation if 12-hour shift is exceeded? | 15-1-14.8.1 | | | ✓ |
| 127 | Does a pharmacist ever work without a technician present? | 15-1-14.8.2 | ✓ | ✓ | |
| 128 | If so, what is the average number of Rx/Hr. dispensed during that period? | | | | |
| 129 | Is the ratio of Technicians to Pharmacist correct at this time? | Board Policy | ✓ | | |
| 130 | Currently on Duty:          Technicians _2_ Pharmacists _1_ | | | | |
| 131 | Is the PIC assisted by sufficient staff? | 15-1-20.3.3 | ✓ | | |
| 132 | Is a medication review pharmacist always on staff? | Board Policy | | ✓ | |
| 133 | If being done remotely has PIC seen DUR pharmacists license? | Board Policy | | | |
| 134 | Do pharmacists administer vaccines? | 15-12-1 | ✓ | | |
| 135 | Does the pharmacy follow CDC guidelines for vaccine administration? | 15-12-5.1.a | ✓ | | |
| 136 | Does the pharmacy have written emergency procedures in place? | 15-12-7.2 | ✓ | | |
| 137 | Does the Emergency Kit meet the CDC guidelines? | 15-12-7.2 | ✓ | | |
| 138 | Are appropriate records kept for vaccines? | 15-12-6 | ✓ | | |
| 139 | Do immunizing pharmacists have current CPR certification? | 15-12-3.1.(c) | ✓ | | |
| 140 | Immunizing R.Ph. 2 HR CE per Year per Renewal on vaccines & administration? | 15-12-3.1.(d) | ✓ | | |
| 141 | Are CE certificates or records for all pharmacists available for inspection? | 15-3-13.3 | ✓ | | |
| 142 | Do pharmacists have 3 hours CE/Renewal on drug diversion & WV statistics? | 15-3-4.4 | ✓ | | |
| 143 | Do all pharmacists have at least 6 hours of live CE for reporting period? | 15-3-4.3 | ✓ | | |
| 144 | Do all pharmacists have 30 or more hours of CE for reporting period? | 15-3-4.1 | ✓ | | |

Inspector Comments:

Cory R. Preece   *MICHAEL CHANEY*   11/07/2017   Date
Pharmacist in Charge

Patrick Regan   11/07/2017   Date
Inspector

Rev. 5-1-2017          Outpatient Inspection Set (Tablet)

Confidential                                                                 WVBOP_FEDWV_00016533

DEF-WV-01989.00007

# West Virginia Board of Pharmacy

Phone (304) 558-0558          2310 Kanawha Boulevard East          Fax (304) 558-0572

## Charleston, West Virginia 25311

## Combined Technician List & Confidentiality Statement

| | |
|---|---|
| Rite Aid Disc Pharmacy #0968 | E-Mail Address — Date 11/07/2017 |
| 6401 U.S. Route 60 E | Phone 3047362837 — Fax 3047331203 |
| | DEA License # AR6070178 — WVBOP # MP0550577 |
| Barboursville, WV 25504 | PIC Carly R. Preece — License # RP0008535 |
| | Hours 8-10 M-F 9-9 S&S EVERYDAY |

| Pharmacists | License | Expires | Pharmacists/Interns | License | Expires |
|---|---|---|---|---|---|
| CARLY R. PREECE | 8535 | 6/30/18 | | | |
| MICHAEL CHANEY | 6893 | 6/30/18 | | | |

| Pharmacy Technicians | License | Expires | Pharmacy Technicians | License | Expires |
|---|---|---|---|---|---|
| LAURA BROCK | PT 4152 | 6/30/18 | | | |
| JESSICA NEASE | 4450 | 6/30/18 | | | |
| DESTINY DAVIS | 9367 | 6/30/19 | | | |
| HEATHER ROBERTS | 6967 | 6/30/18 | | | |
| KAITYLYN JOBE | 9297 | 6/30/18 | | | |
| AMBER ADKINS | 9302 | 6/30/18 | | | |

| Pharmacy Technician Trainees | Certificate Number | Issued Date/Exp. Date | Pharmacy Technician Trainees | Certificate Number | Issued Date/Exp. Date |
|---|---|---|---|---|---|
| KIMBERLY McMILLIAN | T 12547 | 2/1/2017 8/1/2018 | | | |
| AVANA RUSSELL | T 12901 | 7/12/2017 1/12/2018 | | | |

This form satisfies the requirement of WV Board of Pharmacy Rules 15-1-20.3.3.1. Additionally, by signing this form, the P.I.C. certifies that policy & procedures for maintaining the integrity and confidentiality of prescription information and patient health care information have been implemented and all the above listed employees have read and comply with the established policies and procedures. This meets the requirement of WV Board of Pharmacy Rules 15-1-20.3.2.10. **An up to date copy of this form is to be posted in a conspicuous place at all times with a copy sent to the WV Board of Pharmacy. Prepare a new form each July 1st.**

P.T.C. _____          Date 11/07/2017

Rev. 5-1-2017          Outpatient Inspection Set (Tablet)

Confidential          WVBOP_FEDWV_00016534

DEF-WV-01989.00008

47-0360

$10.00



RECEIVED
DEC 26 2017
By_____



*Office*
2310 Kanawha Blvd, East
Charleston, WV 25311

*Website: wvbop.com*

*Phone*
(304)558-0558
(304)558-0572

## In State

## Notification of Change of

## Pharmacist-In-Charge (PIC)

Pharmacy Name **Rite Aid #968**

Pharmacy License # **MP0550577**

Address of Pharmacy **6401 US Route 60E**

City **Barboursville**   State **WV**   Zip **25504**   Phone# **304-736-2837**

Incoming PIC                                        Outgoing PIC

Name **Michael Chaney**                  Name **Carly Preece**

License# **RP0006893**                      License# **RP0008535**

Home Phone **304-593-8966**           Home Phone# **606-424-4294**

Previous Employer                              New Employer
**Rite Aid**                                             **Marshall Pharmacy**

An inventory of all controlled substances was taken on   Date **12/22/17**

As the incoming PIC I state that I have reviewed my pharmacy's Duties of the PIC and that I have reviewed and fully understand West Virginia Rules §15-1-20. **Duties and Responsibilities of the Pharmacist-in-Charge.**

Signature of Incoming PIC _____   Date **12/22/17**

Signature of Outgoing PIC _____   Date _____

*Note - If the departing and incoming P I C are unable to conduct the inventory together a closing inventory shall be conducted by the departing P-I-C and a separate beginning inventory shall be conducted by the incoming P I C

*Note  This P I C form must be mailed to the Board office along with the fee of **$10.00 (Check or money order only)** and the original permit  Make a copy of the original permit with a line drawn through the name of the outgoing PIC  write the name of the incoming PIC in indelible ink upon the copied permit  and put it on your pharmacy wall until you receive the new permit from the Board office

Confidential

WVBOP_FEDWV_00016535

DEF-WV-01989.00009



# State of West Virginia

# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2017 - June 30, 2018 - Date Issued: March 22, 2017

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60 E
Barboursville, WV 25504

LICENSE # MP0550577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

**Carly R. Preece - RP0008535**

Registered Pharmacist in Charge

Confidential

DEF-WV-01989.00010



RECEIVED
NOV 20 2017
By

0006935518
$2060.00

Paying for
103 law books

Rite Aid
#968

| Store # | Address | City | State | Zip | Rx Number |
|---|---|---|---|---|---|
| 00112 | 260 HUFF CREEK HIGHWAY | Man | WV | 25635-1099 | MP0550727 |
| 00113 | 448 APPALACHIAN HIGHWAY | Pineville | WV | 24874-0570 | MP0550735 |
| 00121 | 1250 CANAWHA AVENUE | Ranelle | WV | 25962-7120 | MP0550739 |
| 00141 | 901A ROOSEVELT BOULEVARD | Eleanor | WV | 29670-0298 | MP0550751 |
| 00173 | 802 NORTH LEWIS STREET | Glenville | WV | 26351-1323 | MP0550755 |
| 00280 | 406 WASHINGTON STREET | Ravenswood | WV | 26164-1708 | MP0550704 |
| 00284 | 8 CHERRY RIVER PLAZA | Richwood | WV | 28293-1371 | MP0550718 |
| 00285 | 533 STOKES DRIVE | Hinton | WV | 28951-2564 | MP0552231 |
| 00294 | 6401 SISSONVILLE DRIVE | Charleston | WV | 25312-8463 | MP0550715 |
| 00452 | 8 ELK PLAZA | Elkview | WV | 25071-9602 | MP0550074 |
| 00698 | 120 JEFFERSON AVENUE | Moundsville | WV | 26041-1411 | MP0550010 |
| 00733 | 111 KRUGER STREET | Wheeling | WV | 26003-5120 | MP0550415 |
| 00734 | 2152 WARWOOD AVENUE | Wheeling | WV | 26003-7106 | MP0550191 |
| 00976 | 71 WEST MAIN STREET | Buckhannon | WV | 26201-2296 | MP0552539 |
| 00914 | 690 BEVERLY PIKE | Elkins | WV | 25241-9475 | MP0550545 |
| 00915 | 565 ROSEBUD PLAZA | Clarksburg | WV | 28301-6880 | MP0550580 |
| 00917 | 208 S. PIKE STREET | Shinnston | WV | 26431-1122 | MP0550890 |
| 00919 | 405 FAIRMONT ROAD | Westover | WV | 26501-4227 | MP0552341 |
| 00921 | 150 WEST MAIN STREET | Romney | WV | 26757-1640 | MP0550596 |
| 00933 | 28 MAIN AVENUE | Logan | WV | 25601-3391 | MP0550088 |
| 00934 | 3801 MACCORKLE AVENUE SE | Charleston | WV | 25374-1927 | MP0550057 |
| 00935 | 406 WEST WASHINGTON STREET | Charleston | WV | 25302-2131 | MP0550058 |
| 00937 | 1101 MYERS AVENUE | Dunbar | WV | 25064-3118 | MP0550049 |
| 00944 | 1015 BRIDGE ROAD | Charleston | WV | 25314-1905 | MP0550042 |
| 00945 | 100 21ST STREET | Nitro | WV | 25143-1740 | MP0550047 |
| 00946 | 305 SIXTH AVENUE | Saint Albans | WV | 25177-2638 | MP0550055 |
| 00947 | 333 MACCORKLE AVENUE.SW | South Charleston | WV | 25303-1263 | MP0550185 |
| 00948 | 1719 W. WASHINGTON STREET | Charleston | WV | 25112-2319 | MP0550082 |
| 00949 | 1201 MAIN STREET EAST | Oak Hill | WV | 25901-3132 | MP0550064 |
| 00950 | 1138 HAL GREER BOULEVARD | Huntington | WV | 25701-3700 | MP0552512 |
| 00953 | 69 LEWIS STREET | Whitesville | WV | 25209-0567 | MP0550657 |
| 00957 | 4077 ROBERT C BYRD DRIVE | Beckley | WV | 25801-2203 | MP0552331 |
| 00958 | 635 MAIN STREET WEST | Ripley | WV | 25271-1107 | MP0550355 |
| 00961 | 294 RED OAKS SHOPPING CENTER | Ronceverte | WV | 24970-1349 | MP0550518 |
| 00966 | 215 STATE ROUTE 34 | Hurricane | WV | 25526-7003 | MP0550016 |
| 00968 | 6401 US ROUTE 60 EAST | Barboursville | WV | 25504-1200 | [illegible] |
| 70972 | 337 MAIN ST | Grantsville | WV | 26147-0738 | MP0550093 |
| 01013 | 2330 EAST DUPONT AVE | Belle | WV | 25015-1843 | MP0550788 |
| 01277 | 173 MAIN STREET | Clay | WV | 25043-0789 | MP0550640 |
| 01289 | 406 SMOOT AVENUE | Danville | WV | 25053-0285 | MP0550845 |
| 01365 | 218 EAST THIRD STREET | Weston | WV | 26452-2021 | MP0552281 |
| 01343 | 354 COOK PARKWAY | Oceana | WV | 24870-6640 | MP0550061 |
| 01358 | 781 VIRGINIA AVENUE | Welch | WV | 24801-7341 | MP0550861 |
| 01375 | 401 MORAN AVENUE | Mullens | WV | 25882-1430 | MP0550670 |
| 01380 | 3400 DUDLEY AVENUE | Parkersburg | WV | 26104-1810 | MP0550865 |
| 01382 | 1360 NORTH PLEASANTS HWY | Saint Marys | WV | 26170-0740 | MP0550867 |
| 01406 | 2107 PINE STREET SUITE 4 | Parkersburg | WV | 26101-6973 | MP0552201 |
| 01407 | 18116 WEBSTER ROAD | Craigsville | WV | 26205-8677 | MP0550892 |
| 01408 | 108 EAST MAIN STREET | Mannington | WV | 26582-1126 | MP0550896 |
| 01419 | 114 S. MAIN STREET | Philippi | WV | 26416-1328 | MP0550392 |
| 01460 | 2900 EAST 7TH STREET | Parsersburg | WV | 26101-4266 | MP0552104 |
| 01462 | 16025 ROCKET BOYS DRIVE | War | WV | 24892-0697 | MP0550913 |
| 01473 | 2900 GRAND CENTRAL AVENUE | Vienna | WV | 26105-1347 | MP0552344 |
| 01503 | 205 MARSHALL STREET | Benwood | WV | 26031-1024 | MP0550923 |
| 01562 | 1301 WASHINGTON STREET EAST | Charleston | WV | 25301-1916 | MP0550930 |
| 01564 | 381 PATTESON DRIVE | Morgantown | WV | 26505-3203 | MP0550924 |
| 01634 | 8315 COURT AVENUE | Hamlin | WV | 25523-1332 | MP0550899 |
| 01635 | 5798 MCCLELLAN HIGHWAY | Branchland | WV | 25506-8700 | MP0550946 |
| 01687 | 906 NORTH MAIN STREET | Webster Springs | WV | 26288-1046 | MP0550954 |
| 01688 | 2418 JACKSON AVENUE | Point Pleasant | WV | 25550-2008 | MP0550955 |
| 01694 | 1731 HARPER ROAD | Beckley | WV | 25801-9311 | MP0552328 |
| 01748 | 10404 MACCORKLE AVENUE | Marmet | WV | 25315-1916 | MP0550041 |
| 01755 | 10055 MARSHALL HWY | Bradshaw | WV | 24817-0731 | MP0550730 |
| 01802 | 800 W. MAIN STREET | Bridgeport | WV | 26330-1751 | MP0550036 |
| 01849 | 292 MAIN STREET | Gilbert | WV | 25621-0828 | MP0550063 |
| 01914 | 401 BUCKHANNON PIKE | Nutter Fort | WV | 26301-4307 | MP0550108 |
| 01949 | 1600 MAIN STREET | Follansbee | WV | 26037-1259 | MP0552340 |
| 01982 | 98 NORTH PIKE STREET | Grafton | WV | 26354-1516 | MP0550117 |
| 01992 | 164 HOLDEN ROAD | Mount Gay | WV | 25637-1251 | MP0550136 |
| 02255 | 1021 3RD STREET | New Martinsville | WV | 26155-2700 | MP0550149 |
| 02258 | 19258 SENECA TRAIL | Marlinton | WV | 24954-1519 | MP0551107 |
| 02265 | 134 MAIN STREET | Parsons | WV | 26287-0948 | MP0550150 |
| 02289 | 8 GAYLE DRIVE | Berkeley Springs | WV | 25411-8800 | MP0550196 |
| 02431 | 10235 ROUTE 152 | Wayne | WV | 25570-581 | MP0550066 |
| 02444 | 198 POCAHONTAS TRAIL | White Sulphur Springs | WV | 24986-5025 | MP0550591 |
| 02460 | 901 MAIN STREET | Chapmanville | WV | 25508-4547 | MP0550689 |
| 02543 | 26 MADDEX SQUARE | Shepherdstown | WV | 25443-4323 | MP0550211 |
| 02571 | 6402 PENNSYLVANIA AVENUE | Big Chimney | WV | 25302-4720 | MP0550205 |
| 02605 | 415 EAST MAIN STREET | Ringwood | WV | 26557-1771 | MP0550218 |
| 02610 | 111 MAIN STREET | Alastad | WV | 25812-0799 | MP0550193 |
| 02667 | 713 JOHNSTOWN ROAD | Beckley | WV | 25801-4821 | MP0552111 |
| 02675 | 69.3 BOX 3186 | Keyser | WV | 26726-9415 | MP0550227 |
| 02684 | 8699 ELK RIVER ROAD NORTH | Clendenin | WV | 25045-0685 | SP0550729 |
| 02728 | 4248 COAL HERITAGE ROAD | Bluefield | WV | 24701-8190 | MP0552245 |
| 02736 | 200 VIRGINIA STREET | Smithers | WV | 25186-0427 | MP0551139 |
| 02742 | 27 WEST MAIN STREET | Sutton | WV | 26601-1025 | MP0551129 |
| 02789 | 7031 HARPER ROAD | Glen Daniel | WV | 25844-9460 | MP0551118 |
| 02799 | 407 FAIRMONT AVENUE | Fairmont | WV | 26554-5103 | MP0551117 |
| 02812 | 2198 RITTER DRIVE | Daniels | WV | 25832-9571 | MP0551544 |
| 02813 | 1610 SOUTH MAIN STREET | Milton | WV | 25541-1220 | MP0551139 |
| 02841 | 1490 EAST MAIN STREET | Harrisville | WV | 26362-9602 | MP0551147 |
| 02838 | 126 12TH STREET | Wellsburg | WV | 26070-1577 | MP0551155 |
| 02935 | 30 SOUTH MAIN STREET | Petersburg | WV | 26847-1728 | MP0550907 |
| 03139 | 71 MOUNTAINEER DRIVE | Franklin | WV | 26807-8203 | MP0551150 |
| 03408 | 101 MORRISON DRIVE | Princeton | WV | 24740-2322 | MP0551169 |
| 03423 | 527 31ST STREET | Huntington | WV | 25702-1716 | MP0552358 |
| 03462 | 4749 U.S. ROUTE 152 | Lavalette | WV | 25535-9802 | MP0551170 |
| 03606 | 604 WINCHESTER AVENUE | Martinsburg | WV | 25401-2101 | MP0550084 |
| 03702 | 992 CROSS LANES DRIVE | Cross Lanes | WV | 25313-1315 | MP0551205 |
| 04731 | 3114 TEAYS VALLEY ROAD | Hurricane | WV | 25526-1335 | MP0552181 |
| 07882 | 7936 WINCHESTER AVENUE | Inwood | WV | 25428-4066 | MP0552572 |
| 07938 | 74 JOSHUA M FREEMAN BLVD | Ranson | WV | 25438-5694 | MP0552366 |
| 11308 | 1360 COVE ROAD | Weirton | WV | 26062-4205 | MP0552347 |

DEF-WV-01989.00011

**RECEIVED**
MAY 11 2017
WV Board of Pharmacy

Per Rule 15-1-14.4.2 renewal applications must be RECEIVED in our office by June 15th in order to allow time to process by June 30th

# West Virginia Board of Pharmacy

## 2310 Kanawha Blvd. East

## Charleston, WV 25311

### APPLICATION FOR PHARMACY PERMIT RENEWAL

#6835959
$ 10.00
36 OF 103

July 1, 2017 to June 30, 2018

Current name of business :  Rite Aid Disc Phcy  968                    ___Name/Address Change

6401 US ROUTE 60 EAST

BARBOURSVILLE, WV 25504

Pharmacy E-mail: ___jakers@riteaid.com___

Has there been a change of Pharmacist in charge at this facility?                                    Yes___No ✓
Has there been a change to the Controlled Substance Drug Schedules carried at this facility?      Yes___No ✓
License# MP0550577 ___County Cabell ___ DEA# AR6070178 ___Phone# 304-736-2837

1.  Pharmacist in Charge ___Carly Preece___                                    RPh# RP000 8535
    a   Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state?   Yes___No ✓
    b   Have you ever been convicted of a felony?                                    Yes___No ✓
    c   Have you ever been convicted of a misdemeanor other than a traffic violation?   Yes___No ✓
    d   Do you ever work part-time in any other pharmacy?                              Yes___No ✓
        If any answer in #1 is yes, attach a detailed explanation

2.  Renewal Fees.  Circle all applicable a. through e.:
    a.   Pharmacy- Inpatient                                                          $100.00
    b.   Pharmacy- Outpatient                                                         $100.00
    c.   Controlled Substance Permit                                                  $10.00
    d.   Sterile Pharmaceutical Compounding Permit                                    $100.00
    e.   Nuclear Pharmacy                                                             $100.00

    Attach Check or Money Order to Application                          Total Fees: $ 110.00

    Name of Enteral/Parenteral Pharmacist Manager_____      RPh#_____

3.  Circle Applicable Drug Schedule       II    III    IV    V     Narcotic
                                          II    III    IV    V     Non-Narcotic
4.  Circle Type of Ownership        Single Proprietor     Partnership   (Corporation)
5.  Names of Principles and Titles: (Owner, Partners, Three Corporate Officers)
                            See Attached
    _____
    _____
    _____

6.  Has the applicant or any officer or partner of the applicant ever been convicted of a Felony? __NO__
7.  The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of
    the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will
    be in force.
8.  _Daniel Miller_____          Vice Pres.____      5/8/17____
    Signature of Applicant, Managing Partner or Office          Title              Date
9.  _____
    Signature of Applicant, Managing Partner or Office          Title              Date

Confidential



77-028922716
$10



RECEIVED
JUL 1 8 2016
By _____

**Office**
106 Capitol Street, Suite 100
Charleston, WV 25301

**Website: wvbop.com**

**Phone**
(304)558-0558
(304)558-0572

## Notification of Change of

## Pharmacist-In-Charge (PIC)

Pharmacy Name _Rite Aid # 968_

Pharmacy License # _MP0550577_

Address of Pharmacy _6401 US Route 60 E_

City _Barboursville_ State _WV_ Zip _25504_ Phone# _304-736-2837_

Incoming PIC

Name _Michael Chaney_

License# _RP0006893_

Home Phone# _304-593-8966_

Outgoing PIC

Name _Carly Preece_

License# _RP 0008535_

Home Phone# _606-424-4294_

Previous Employer:
_Rite Aid_

New Employer:
_Rite Aid_

An inventory of all controlled substances was taken on: Date _6/26/2016_

Signature of Incoming PIC _[signature]_ Date _6/29/2016_

Signature of Outgoing PIC _Carly RPreece_ Date _6/29/16_

*Note: If the departing and incoming P-I-C are unable to conduct the inventory together, a closing inventory
shall be conducted by the departing P-I-C and a separate beginning inventory shall be conducted by the
incoming P-I-C.

*Note: This P-I-C form must be mailed to the Board office along with the fee of $10.00, and the original permit.
Make a copy of the original permit with a line drawn through the name of the outgoing PIC, write the name of
the incoming PIC in indelible ink upon the copied permit, and put it on your pharmacy wall until you receive
the new permit from the Board office.

Confidential

WVBOP_FEDWV_00016539

DEF-WV-01989.00013



# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: March 28, 2016

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60 E
Barboursville, WV 25504

LICENSE # MP0550577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

Michael Chaney - RP0006893
~~Carly R. Preece - RP0008535~~

Registered Pharmacist in Charge

Confidential

DEF-WV-01989.00014

197
$10




RECEIVED
JAN 0 9 2017
By

*Office*
*2310 Kanawha Blvd. East*
*Charleston, WV 25311*

*Website: wvbop.com*

*Phone*
(304)558-0558
(304)558-0572

## Notification of Change of
## Pharmacist-In-Charge (PIC)

Pharmacy Name **Rite Aid #00968**

Pharmacy License # **MP 0550577**

Address of Pharmacy **1401 US Route 60E**

City **Barboursville**   State **WV**   Zip **25504**   Phone# **304/ 736-2837**

Incoming PIC
Name **Carly R Preece**
License# **8535**
Home Phone # **606-424-4294**

Outgoing PIC
Name **Michael Chaney**
License# **6893**
Home Phone# **304-593-8966**

Previous Employer
**Rite Aid**

New Employer
**Rite Aid**

An inventory of all controlled substances was taken on    Date **12/23/2016**

Signature of Incoming PIC **Carly R Preece**   Date **1/2/17**

Signature of Outgoing PIC ___   Date **1/2/17**

Note: If the departing and incoming P-I-C are unable to conduct the inventory together, a closing inventory shall be conducted by the departing P-I-C and a separate beginning inventory shall be conducted by the incoming P-I-C

Note: This P-I-C form must be mailed to the Board office along with the fee of **$10.00 (Check or moneyorder only)**, and the original permit. Make a copy of the original permit with a line drawn through the name of the outgoing PIC, write the name of the incoming PIC in indelible ink upon the copied permit, and put it on your pharmacy wall until you receive the new permit from the Board office.

Confidential   WVBOP_FEDWV_00016541

**DEF-WV-01989.00015**



# State of West Virginia

# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2016 - June 30, 2017 - Date Issued: July 25, 2016

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60 E
Barboursville, WV 25504

LICENSE # MP0550577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

**Michael Chaney - RP0006893**

Registered Pharmacist in Charge

Confidential

WVBOP_FEDWV_00016542

DEF-WV-01989.00016

Chk #0006634487
$110.00 /$11,220.00

Per Rule §15-1-14.4.2 applications must be RECEIVED in our office by June 15t

## West Virginia Board of Pha

### 2310 Kanawha Blvd. East

### Charleston, WV 25311

## APPLICATION FOR PHARMACY PERMIT RENEWAL

### July 1, 2016 to June 30, 2017

Current name of business to be licensed by this permit:                                        ___Name/Address Change

Rite Aid Disc Phcy 968
6401 U.S. Route 60 E
Barboursville, WV 25504

Pharmacy E-mail: jakers@riteaid.com
Has there been a change of Pharmacist in charge at this facility?                         Yes ✓ No In the past year.
Has there been a change to the Controlled Substance Drug Schedules carried at this facility?    Yes ___ No ✓
License# _MP0550577_ County _Cabell_  DEA# _AR6070178_ Phone#_304-736-2837_
1. Pharmacist In Charge _Carly Preece_                                RPh# _RA0008535_
   a.  Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state?   Yes ___ No ✓
   b.  Have you ever been convicted of a felony?                                            Yes ___ No ✓
   c.  Have you ever been convicted of a misdemeanor other than a traffic violation?        Yes ___ No ✓
   d.  Do you ever work part-time in any other pharmacy?                                    Yes ___ No ✓
       If any answer in #1 is yes, attach a detailed explanation.

2. Renewal Fees. Circle all applicable a. through e.:
   a.  Pharmacy- Inpatient                                                           $100.00
   b.  Pharmacy- Outpatient                                                          $100.00
   c.  Controlled Substance Permit                                                   $10.00
   d.  Sterile Pharmaceutical Compounding Permit                                     $100.00
   e.  Nuclear Pharmacy                                                              $100.00

   Attach Check or Money Order to Application                        Total Fees: 110⁰⁰

   Name of Enteral/Parenteral Pharmacist Manager_____    RPh#_____

3. Circle Applicable Drug Schedule          II   III   IV   V    Narcotic
                                            II   III   IV   V    Non-Narcotic
4. Circle Type of Ownership        Single Proprietor     Partnership    Corporation
5. Names of Principles and Titles: (Owner, Partners, Three Corporate Officers)

   _____
   _____
   _____

6. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony? ___NO___
7. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of
   the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will
   be in force.
8. _Daniel Miller_                          _V.P._              _SEP 0 6 2016_
   Signature of Applicant, Managing Partner or Office       Title              Date
9. _____
   Signature of Applicant, Managing Partner or Office       Title              Date

# West Virginia Board of Pharmacy

Phone (304) 558-0558          2310 Kanawha Boulevard East          Fax (304) 558-0572

## Charleston, West Virginia 25311

### OUTPATIENT PHARMACY INSPECTION REPORT

Rite Aid Disc Pharmacy #0968
6401 U.S. Route 60 E
Barboursville, WV 25504

| | |
|---|---|
| E-Mail Address | By _11-02-15_ |
| Phone _304-736-2837_ | Fax _304-733-1203_ |
| DEA License # _AR6070178_ | WVBOP # _MP0550577_ |
| P.I.C _Nikki L. Hamm_ | License # _RPh 8125_ |
| Hours _M-F 8am-10pm, Sat & Sun 9am-9pm_ | |

| # | Question | Ref | NA Y N | # | Question | Ref | NA Y N |
|---|---|---|---|---|---|---|---|
| 1 | Does this Pharmacy have an automated dispensing system? | 15-1-20.3.2.11 | NA Y N✓ | 23 | Last Biennial Inventory is dated: _05/01/2015_ and is correct? | 15-2-6.5 | NA Y✓ N |
| 2 | What is the name of this system? _ScriptPro_ | | | 24 | Does Form 222 or CSOS require a Power of Attorney? | 15-2-3.4 | NA Y N✓ |
| 3 | Has the Board been notified in writing of its installation? | 15-1-20.3 2.11 | NA Y N✓ | 25 | Has Power(s) of Attorney been issued? To Whom: _Nikki Hamm RPh_ _Jennifer Skeens RPh_ | 15-2-3.4 | NA Y✓ N |
| 4 | Does this pharmacy perform USP 795 Non-Sterile Compounding? | | NA Y N✓ | 26 | Are controlled substance invoices or packing slips signed by a pharmacist? | 15-2.8.4.b | NA Y✓ N |
| 5 | If Yes attach a USP 795 Inspection Form. | | | 27 | Are there completed Return & Destruction records of controlled drugs? | 15-2-6.13.I | NA Y✓ N |
| 6 | Does this pharmacy perform USP 797 Sterile Compounding? | | NA✓ Y N | 28 | Does the pharmacy sell Over-the-Counter controlled drugs? | 15-2-7.19.a.5 | NA Y✓ N |
| 7 | If Yes attach a USP 797 Inspection Form. | | | 29 | Is the Schedule V Book complete and correct? | 15-2-9.22 | NA✓ Y N |
| 8 | Is there an alarm system installed according to Rule? | 15-1-14.7.2 | NA Y N✓ | 30 | Has the pharmacy filled any telephoned Emergency CII prescriptions? | 15-2-7.9.b | NA✓ Y N |
| 9 | Does the alarm system includes a battery back-up power source? | 15-1-14.7.2.2 | NA Y N✓ | 31 | The emergency quantity only filled? | 15-2-7.9.4.1 | NA✓ Y N |
| 10 | Are there barriers installed to Rule including Drive-Up window? | 15-1-14.7(d).1 & 15-2-4 | NA Y N✓ | 32 | Is there a signed written Rx that was provided within 7 days? | 15-2-7.9.b.3 | NA✓ Y N |
| 11 | Are controlled substances dispersed? Or | 15-2-4 6.9 | NA✓ Y N | 33 | Do all controlled drug prescriptions show practitioners printed name? | 15-2-7.6.c | NA Y✓ N |
| 12 | Stored in a 20 gauge (or better) locked metal cabinet or drawer? | 15-2-4.6.a | NA Y✓ N | 34 | Do hospital prescriptions show the practitioners issued suffix #? | 15-2-7.6.c | NA Y✓ N |
| 13 | Are all losses or thefts of controlled drugs reported to DEA and WVBOP? | 15-2-8.3 a | NA Y✓ N | 35 | Patient's address shown? | 15-2-7.5.a | NA Y✓ N |
| 14 | Only authorized non-registered person(s) in prescription area? | 15-1-18.7 | NA Y✓ N | 36 | Date of Issue shown? | 15-2-7.5.a | NA Y✓ N |
| 15 | Only pharmacists have key or code access to prescription area? | 15-1-14.7.3.1 | NA Y✓ N | 37 | Partial fills documented correctly? | 15-2-7.11 | NA Y✓ N |
| 16 | Is generic sign visible to the public? | 30-5-12b.(o) | NA Y✓ N | 38 | Are controlled Rx's on a separate prescription blank? | 15-2-7 6.a | NA Y✓ N |
| 17 | Are Rules of Professional Conduct posted in a conspicuous place? | 15-1-19.15 | NA Y✓ N | 39 | No controlled Rx's are filled after 90 days (unless provider called?) | 15-2-7.9.a.1 | NA Y✓ N |
| 18 | Are the Pharmacy's Permit and DEA License posted in a conspicuous place? | 15-1-14.3.3 | NA Y✓ N | 40 | Are all pseudoephedrine sales reported via the NPLEX System? | 60A-10-8.b | NA Y✓ N |
| 19 | Are all pharmacist and pharmacy technician licenses posted? | 30-5-11 | NA Y✓ N | 41 | Is the I.D. of the patient being recorded in the patient record? | 60A-3-308.d.2.B | NA Y✓ N |
| 20 | Is a copy of the Combined Technician List and Confidentiality Statement posted? | 15.1-20.3.3.1 15-1-20.3.2.10 | NA Y✓ N | 42 | Is the I.D. of the person receiving a controlled Rx being recorded? | 60A-9-4.a | NA Y✓ N |
| 21 | Is there a proper sign available to post when a pharmacist is not on duty? | 15-1-14.7.4 | NA Y✓ N | | | | |
| 22 | | | | 43 | | | |

Rev.6/12/2015

Confidential

WVBOP_FEDWV_00016544

DEF-WV-01989.00018

### West Virginia Board of Pharmacy

| # | Question | Reference | Answer |
|---|----------|-----------|--------|
| 44 | Are any outdated drugs found among shelf stock? Number found ____ | 15-1-19 9 2 | NA___Y___N✓ |
| 45 | Are refrigerator temperatures all between 36 & 46 degrees F? | 15-1-15 1.2 | NA___Y✓N___ |
| 46 | List refrigerator temperatures: **42°** | | |
| 47 | Are freezer temperatures between -4 and 14 degrees F? | 15-1-15.1.2 | NA___Y✓N___ |
| 48 | List the freezer temperatures: **~ 4°** | | |
| 49 | Is the pharmacy area temperature controlled and between 59 and 77 F? | 15-1-15.1.2 | NA___Y✓N___ |
| 50 | What is the pharmacy area current temperature? **70°** | | |
| 51 | Is the prescription counter clean and dust free? | 15-1-18.2 | NA___Y✓N___ |
| 52 | Is the prescription counter only used for prescription preparation? | 15-1-18.2 | NA___Y✓N___ |
| 53 | Is the prescription preparation room clean, orderly and dust free? | 15-1-18.5 | NA___Y✓N___ |
| 54 | Is the sink used only for cleaning hands and equipment? | 15-1-18.3 | NA___Y✓N___ |
| 55 | Are pharmacists wearing white coats, lab jackets or smocks? | 15-1-18.4 | NA___Y✓N___ |
| 56 | Do pharmacists have a proper name tag on their garment? | 15-1-18.4 | NA___Y✓N___ |
| 57 | Are electronic prescription transmissions certified? | 15-1-21.1.7.b | NA✓Y___N___ |
| 58 | Do all prescriptions appear prescribed for a legitimate medical use? | 15-1-21 1 | NA___Y✓N___ |
| 59 | Are telephoned prescriptions properly & completely documented? | 15-1-19 13.1 | NA___Y___N___ |
| 60 | Is the manufacturer shown on the prescription record file? | 30-5-12b(j) | NA___Y✓N___ |
| 61 | Is the dispensing pharmacist's initials recorded on the Rx record file? | 15-1-19 13 4 | NA___Y✓N___ |
| 62 | Are the initials of all personnel who have worked on Rx recorded? | 15-1-19 13 4 | NA___Y✓N___ |
| 63 | How many files does the computer system generate? **2** | | |
| 64 | Are transferred prescriptions properly recorded (both in and out)? | 15-1-9.1.1.b | NA___Y✓N___ |
| 65 | Is there any sign that prescriptions have been refilled after 12 months? | 15-1-10 3 | NA✓Y___N___ |
| 66 | Does it appear that all CFNP and PA prescribing is according to Rules? | 11-1B-14 8 | NA___Y✓N___ |
| 67 | Is there a proper record of emergency dispensing of maintenance meds? | 15-1-26.1 | NA___Y✓N___ |
| 68 | Are complete patient profiles maintained on all patients? | 15-1-15.2.6 | NA___Y✓N___ |
| 69 | Does the pharmacy maintain signed and complete daily Rx reports? | 15-4-5 2 3 | NA___Y✓N___ |
| 70 | In lieu of a Daily Report does pharmacy maintain a proper log book? | 15-4-5.2.3 | NA✓Y___N___ |
| 71 | Is one full year of dispensing records available online? | 15-4-4 | NA___Y✓N___ |
| 72 | Can the pharmacy generate five full years of dispensing's on request? | 15-4-4 | NA___Y✓N___ |
| 73 | Are sales of Rx drugs without a prescription properly recorded? | 15-1-9.1.1 | NA✓Y___N___ |
| 74 | If servicing a nursing home is a log of returned drugs maintained? | 15-1-12.3 | NA✓Y___N___ |
| 75 | Is there sufficient compounding equipment available? | 15-1-15 2 2 | NA___Y✓N___ |
| 76 | Is there a sanitary method of measuring liquids? | 15-1-15 2 1 | NA___Y✓N___ |
| 77 | Does the pharmacy have Board approved clinical reference materials? | Board Policy | NA___Y✓N___ |
| 78 | Does the pharmacy have a current copy of WVBOP Law and Rules? | 15-1-15.2.8 | NA___Y✓N___ |
| 79 | Does the pharmacy have an adequate balance and weights available? | 15-1-15.2.2 | NA___Y✓N___ |
| 80 | Do prescription containers meet the FDA and USP requirements? | 15-1-15.1.2 | NA___Y✓N___ |
| 81 | Are proper closures used and documented if Non-Safety? | Consumer Protection | NA___Y✓N___ |
| 82 | Do the pharmacist's initials appear on the Rx label? | 15-1-19.13.4 | NA___Y✓N___ |
| 83 | Does the manufacturer's name and drug generic name appear on the Rx label? | 30-5-12b(j) | NA___Y✓N___ |
| 84 | If dispensed as equivalent does the Rx label show "Substituted for" "brand"? | 15-1-22.1.4(i)1 | NA___Y✓N___ |
| 85 | Does the Rx label show a beyond use date? | 15-1-22.1.4(k) | NA___Y✓N___ |
| 86 | Does the Rx label show the prescriber's name? | 15-1-22.1.4.c | NA___Y✓N___ |
| 87 | Does the Rx label show proper title for mid-level practitioners? | Not currently required by Rule | NA✓Y___N___ |
| 88 | Is a proper offer to counsel made on pickup of each new prescription? | 15-1-19 13 6 | NA___Y✓N___ |
| 89 | How is "Offer to Counsel" documented on mail or delivered Rx's? | 15-1-19 13 6 | NA✓Y___N___ |
| 90 | Is the counseling area convenient to the pharmacist? (unless excused) | 15-1-15.1.1 | NA___Y✓N___ |
| 91 | Is the Counseling area private for the patient? (unless excused) | 15-1-15.1 1 | NA___Y✓N___ |
| 92 | Does this pharmacy employ technician trainees? | | NA___Y✓N___ |
| 93 | Is an approved Technician Training Manual available? | 15-1-20.3.2 4 | NA___Y✓N___ |
| 94 | Is documentation of training by the P I C available? | 15-7-4 5 | NA___Y✓N___ |
| 95 | Are there written records that document the required elements? | 15-7-4.5a.f | NA___Y✓N___ |
| 96 | Do trainees wear proper attire? | 15-1-18.4 | NA___Y✓N___ |
| 97 | Do trainees have a proper name tag? | 15-7-6.2 | NA___Y✓N___ |
| 98 | No trainee has exceeded 15 months training plus 3 months for testing? | 15-7-4.4(f) | NA___Y✓N___ |
| 99 | All licensed technicians are wearing proper attire and name tags? | 15-1-18 4 | NA___Y✓N___ |
| 100 | Does the pharmacy maintain written duties for all technicians? | 15-1-20.3.2 | NA___Y✓N___ |
| 101 | No technician is observed violating legally authorized duties? | 15-7-5(1) | NA___Y✓N___ |
| 102 | All technicians are directly supervised by the pharmacist on duty? | 15-1-20.3.2 4 | NA___Y✓N___ |
| 103 | Are PCTB techs or those licensed in other states also licensed in WV? | 15-7-3 1 e | NA___Y✓N___ |
| 104 | | | |
| 105 | | | |

Confidential

WVBOP_FEDWV_00016545

DEF-WV-01989.00019

West Virginia Board of Pharmacy

| # | Question | Ref | Answer | # | Question | Ref | Answer |
|---|---|---|---|---|---|---|---|
| 106 | Does PIC work 30 or more HR/WK if pharmacy is open more than 40HR/WK? | 15-1-2.40c | NA__Y✓N__ | 126 | Is 12 hour shift not exceeded? | 15-1-14.8.1 | NA✓Y__N__ |
| 107 | Does PIC work 50% of hours in a pharmacy open less than 40 HR/WK? | Board policy | NA✓Y__N__ | 127 | Is there documentation if 12 hour shift is exceeded? | 15-1-14.8.1 | NA✓Y__N__ |
| 108 | Has an interim PIC been utilized? | 15-1-14.5.2 | NA✓Y__N__ | 128 | Does a pharmacist ever work without a technician present? | 15-1-14.8.2 | NA✓Y__N__ |
| 109 | Has the PIC seen current licenses of all current employees? | 15-1-20.3.2.6 | NA__Y✓N__ | 129 | If so, what is the average number of Rx/Hr dispensed during that period? | | >15 Rx/HR |
| 110 | Does the pharmacy have an ongoing Quality Assurance program in place? | 15-1-20.3.2.3 | NA__Y✓N__ | 130 | Is the ratio of Technicians to Pharmacist correct at this time? | Board Policy | NA__Y✓N__ |
| 111 | Are written reports prepared when dispensing errors occur? | Board Policy | NA__Y✓N__ | 131 | Currently on Duty: Technicians __3__ Pharmacists __2__ | | |
| 112 | Are these reports formally discussed with prescription dept. personnel? | Board Policy | NA__Y✓N__ | 132 | Is the PIC assisted by sufficient staff? | 15-1-20.3.3 | NA__Y✓N__ |
| 113 | Is a perpetual inventory maintained for commonly diverted drugs? | 15-1-20.3.2.3 | NA__Y✓N__ | 133 | Is a medication review pharmacist always on staff? | Board Policy | NA__Y✓N__ |
| 114 | Does reconciliation of controlled drugs effectively detect diversion? | 15-1-20.3.2.3 | NA__Y✓N__ | 134 | If being done remotely has PIC seen DUR pharmacists license? | Board Policy | NA✓Y__N__ |
| 115 | Have any & all complaints about a pharmacist been sent to Board? | 15-1-14.6.4 | NA✓Y__N__ | 135 | Do pharmacists administer vaccines? | 15-12-1 | NA__Y✓N__ |
| 116 | Has the Board been notified of any pharmacists recently discharged? | 15-1-14.6.3 | NA✓Y__N__ | 136 | Does the pharmacy follow CDC guidelines for vaccine administration? | 15-12-5.1.a | NA__Y✓N__ |
| 117 | Has PIC notified permit holder of any & all violations of Law or Rules? | 15-1-20.3.2.2 | NA✓Y__N__ | 137 | Does the pharmacy have written emergency procedures in place? | 15-12-7.2 | NA__Y✓N__ |
| 118 | Is there documentation of such with a copy to Board office? | 15-1-20.3.2.2 | NA✓Y__N__ | 138 | Does the Emergency Kit meet the CDC guidelines? | 15-12-7.2 | NA__Y✓N__ |
| 119 | If not, explain why? ✓ | 15-1-20.3.2.2 | | 139 | Are appropriate records kept for vaccines? | 15-12-6 | NA__Y✓N__ |
| 120 | Is there a connection to the CSMP available? | 15-8-3 | NA__Y✓N__ | 140 | Do immunizing pharmacists have current CPR certification? | 15-12-3.1.(c) | NA__Y✓N__ |
| 121 | Are controlled substance dispensing's being reported to the CSMP? | 15-8-3 | NA__Y✓N__ | 141 | Do immunizing R.Ph. have 2 HR CE on vaccines & administration? | 15-12-3.1.(d) | NA__Y✓N__ |
| 122 | | | | 142 | Are CE certificates or records for all pharmacists available for inspection? | 15-3-13.3 | NA__Y__N✓ |
| 123 | | | | 143 | Do pharmacists have 3 hours CE on drug diversion & WV statistics? | 15-3-4.4 | NA__Y__N✓ |
| 124 | | | | 144 | Do all pharmacists have at least 6 hours of live CE for reporting period? | 15-3-4.3 | NA__Y__N✓ |
| 125 | | | | 145 | Do all pharmacists have 30 or more hours of CE for reporting period? | 15-3-4.1 | NA__Y✓N__ |

146  Comments:
147
148        GOOD PHARMACY!
149
150

P.I.C. _____    Date 11-02-15    Inspector Thomas _____ Date 11-02-15

Rev.6/12/2015                    Outpatient Inspection Report                    Page 3 of 3

Confidential

DEF-WV-01989.00020

# West Virginia Board of Pharmacy

Phone (304) 558-0558

2310 Kanawha Boulevard East

Fax (304) 558-0572

## Charleston, West Virginia 25311

## Combined Technician List & Confidentiality Statement

Rite Aid Disc Pharmacy #0968
6401 U.S. Route 60 E
Barboursville, WV 25504

E-Mail Address

Date: *11-02-15*

Phone: *304-736-2837*   Fax: *304-733-1203*

DEA License #: *AR6070178*   WVBOP #: *MP0550577*

P.I.C: *Nikki L. Hamm, RPh 8125*

Hours: *M-F 8am-10pm, Sat. + Sun. 9am-9pm.*

| Pharmacists | License | Current Issue Year |
|---|---|---|
| *Nikki L. Hamm, RPh* | *8125* | *15* |
| *Jennifer E. Skeens, RPh* | *8581* | *14* |
| *Lori M. Moss, RPh* | *5548* | *14* |
| | | |
| | | |

| Pharmacists | License | Current Issue Year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Pharmacy Technicians | License | Current Issue Year |
|---|---|---|
| *Laura Brock* | *P.T. 4152* | *14* |
| *Marsha Dotson* | *P.T. 6803* | *14* |
| *Josh Zue* | *P.T. 8013* | *13* |
| | | |
| | | |
| | | |
| | | |

| Pharmacy Technicians | License | Current Issue Year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Pharmacy Technician Trainees | Employment Date |
|---|---|
| *Destiny Davis, P.T.T.* | *01-15* |
| | |

| Pharmacy Technician Trainees | Employment Date |
|---|---|
| | |
| | |

This form satisfies the requirement of WV Board of Pharmacy Rules 15-1-20.3.3.1. Additionally, by signing this form, the P.I.C. certifies that policy & procedures for maintaining the integrity and confidentiality of prescription information and patient health care information have been implemented and all the above listed employees have read and comply with the established policies and procedures. This meets the requirement of WV Board of Pharmacy Rules 15-1-20.3.2.10. A copy of this form is to be posted in a conspicuous place in the pharmacy and an additional copy sent to the WV Board of Pharmacy office.

P.I.C.

Date: *11-02-15*

Rev.6/12/2015

Employee Listing

Confidential

WVBOP_FEDWV_00016547

DEF-WV-01989.00021

47-0283442O1

$10

**WEST VIRGINIA BOARD OF PHARMACY**

RECEIVED
JAN 0 4 2016
WV Board of Pharmacy

**Office**
2310 Kanawha Blvd. East
Charleston, WV 25311

*Website: wvbop.com*

**Phone**
(304)558-0558
(304)558-0572

## Notification of Change of

## Pharmacist-In-Charge (PIC)

Pharmacy Name _Rite Aid #9168_
Pharmacy License # _MP0550577_
Address of Pharmacy _6401 US Rt 60_
City _Barboursville_ State _WV_ Zip _25504_ Phone# _304-736-2837_

Incoming PIC
Name _Carly Preece_
License# _RP0008535_
Home Phone# _606-424-4294_
Previous Employer:
_Rite Aid #3311_

Outgoing PIC
Name _Nikki Hamm_
License# _RP0008125_
Home Phone# _304-993-6748_
New Employer:
_Rite Aid #947_

An inventory of all controlled substances was taken on: Date_____
Signature of Incoming PIC _Carly R Preece_ Date _11/22/2015_
Signature of Outgoing PIC _Not Available_ Date_____

*Note: If the departing and incoming P-I-C are unable to conduct the inventory together, a closing inventory shall be conducted by the departing P-I-C and a separate beginning inventory shall be conducted by the incoming P-I-C.

*Note: This P-I-C form must be mailed to the Board office along with the fee of **$10.00 (Check or money order only)**, and the original permit. Make a copy of the original permit with a line drawn through the name of the outgoing PIC, write the name of the incoming PIC in indelible ink upon the copied permit, and put it on your pharmacy wall until you receive the new permit from the Board office.

Confidential

**DEF-WV-01989.00022**



# State of West Virginia

# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2015 - June 30, 2016 - Date Issued: April 01, 2015

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60 E
Barboursville, WV 25504

LICENSE # MP0550577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

*Carly R Preece*
*Carly R Preece*
*11/22/2015*
*RP000 8535*

**Nikki L.Hamm - RP0008125**

Registered Pharmacist in Charge

Confidential

DEF-WV-01989.00023

November 9th 2015

Rite Aid Pharmacy 00968

6401 US Route 60 East

Barboursville, WV 25504



RE: Notification of Reduction/Change of Pharmacy Hours at Rite Aid Location 00968

To: West Virginia Board of Pharmacy:

This letter is to inform the WV Board of Pharmacy that the Rite Aid location at; Rite Aid Pharmacy 00968 6401 US Route 60 East Barboursville, WV 25504, will need to change the pharmacy hours of operation effective Wednesday November 16th 2015 to the following;

Monday through Friday 9am to 9pm (From 8am to 10pm)

The weekend hours, Saturday 9am to 9pm and Sunday 9am to 9pm, will remain the same.

Taking care of our patients is our primary focus and we feel these changes are a necessity at the current time.

This immediate and urgent change is due to staffing concerns and making sure we are able to support the patients to the best of our ability. To notify our patients, we will post signs on both the front doors, front registers, and around the pharmacy area of the change in hours. These will remain in place for at least 30 days.

We did not want to make this decision and will readdress the change back when we feel we can support the patients accordingly.

If you need any more information from me regarding this or any matter, please feel free to contact me.

Professionally;

Shepardson W. Campbell

Rite Aid Corporation Pharmacy District Manager

3805 MacCorkle Ave.

Charleston, WV 25304

Cell Phone (804) 389-7245          Office Phone (304) 925-6975

Confidential
WVBOP_FEDWV_00016550
DEF-WV-01989.00024

0006422 942
110.00

# WEST VIRGINIA BOARD OF PHARMACY
## 232 Capitol Street
## Charleston, West Virginia 25301

36/104

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2015 - June 30, 2016

RECEIVED
MAY 12 2015
WV Board of Pharmacy

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:   Pharmacy E-mail: _____

Rite Aid Disc Phcy 968
6401 U.S. Route 60 E
Barboursville, WV 25504

LICENSE # __MP0550577__          COUNTY Cabell          DEA # AR6070178          PHONE # _____

2. PHARMACIST IN CHARGE     Nikki  Hamm          RPh# RP000 8125

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state?  ....  Yes___ No ✓
b. Have you ever been convicted of a felony?  ....................................................  Yes___ No ✓
c. Have you ever been convicted of a misdemeanor other than a traffic violation?  .............  Yes___ No ✓
d. Do you ever work partime in any other pharmacy?  ...........................................  Yes___ No ✓
   If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES.  Circle All Applicable a. through e.:

| | |
|---|---|
| a. PHARMACY - Inpatient | $100.00 |
| b. PHARMACY - Outpatient | ($100.00) |
| c. CONTROLLED SUBSTANCE PERMIT | ($10.00) |
| d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT | $100.00 |
| e. NUCLEAR PHARMACY | $100.00 |

Name of Enteral/Parenteral Pharmacist Manager _____     RPh # _____

ATTACH CHECK OR MONEY ORDER TO APPLICATION          TOTAL FEES $ 110⁰⁰

4. CIRCLE APPLICABLE DRUG SCHEDULES:     (II     III     IV     V)     NARCOTIC
                                          (II     III     IV     V)     NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP          SINGLE PROPRIETOR          PARTNERSHIP          (CORPORATION)

6. NAMES OF PRINCIPLES AND TITLES:  (Owner; Partners; Three Corporate Officers)

SEE ATTACHED

_____
_____
_____

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?  NO

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.          MAY 0 7 2015

9.  _M. Ali Mohammadi_          V.P.          _____
    Signature of Applicant, Managing Partner or Office          Title          Date

10. _____          _____          _____
    Signature of Pharmacist in Charge          RPh #          Date

Confidential          WVBOP_FEDWV_00016551

DEF-WV-01989.00025



17-006383346
3/0

JUL 0

**Office**
2310 Kanawha Blvd. East
Charleston, WV 25311

**Website: wvbop.com**

**Phone**
(304)558-0558
(304)558-0572

## Notification of Change of

## Pharmacist-In-Charge (PIC)

Pharmacy Name __Rite Aid #9108__

Pharmacy License # __MP0550577__

Address of Pharmacy __6401 US Rt. 60__

City __Barboursville__ State __WV__ Zip __25504__ Phone# __304-736-2837__

Incoming PIC

Name __Nikki Hamm__

License# __RP0008125__

Home Phone# __304-993-6748__

Previous Employer:

__N/A__

Outgoing PIC

Name __Melody Dotton__

License# __RP0000500__

Home Phone# __304-932-9262__

New Employer:

__N/A__

An inventory of all controlled substances was taken on:  Date __5/31/2014__

Signature of Incoming PIC __Nikki Hamm__ Date __6/11/2014__

Signature of Outgoing PIC __N/A__ Date __N/A__

*Note: If the departing and incoming P-I-C are unable to conduct the inventory together, a closing inventory shall be conducted by the departing P-I-C and a separate beginning inventory shall be conducted by the incoming P-I-C.

*Note: This P-I-C form must be mailed to the Board office along with the fee of **$10.00 (Check or moneyorder only)**. and the original permit. Make a copy of the original permit with a line drawn through the name of the outgoing PIC, write the name of the incoming PIC in indelible ink upon the copied permit, and put it on your pharmacy wall until you receive the new permit from the Board office.

Confidential

WVBOP_FEDWV_00016552

DEF-WV-01989.00026



# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2014 - June 30, 2015 - Date Issued: March 28, 2014

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60
Barboursville, WV 25504

LICENSE # MP0550577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

Nikki Hamm RP0008125
~~Melody S. Dalton    RP0006500~~

Registered Pharmacist in Charge

Confidential

WVBOP_FEDWV_00016553

DEF-WV-01989.00027

006238858

$10
$20

**WEST VIRGINIA BOARD OF PHARMCY**

**2310 Kanawha Blvd. East**

**Charleston, WV 25311**

JUL 0 2

**Change of Name/Address Form (Facility)**

WV License #: MP0550577 _____    Date of Change: June 27  2014 _____

### Preferred Name/Mailing Address

(The preferred mailing address is the licensee's address of record, which is public information)

(Note that telephone numbers are not considered public information)

New Name/Address:                        Old Name/Address:

Name:                                     Name:

Rite Aid Disc Phcy 968 _____         Rite Aid Disc Phcy 968 _____

Physical Address:                         Physical Address:

6401 US Route 60 E _____             6401 U.S. Route 60 _____

Barboursville  WV  25504 –1200            Barboursville  WV  25504 _____

_____                _____

Telephone #:__ ____ ____ _____       Fax #:_____

Mailing Address (if different):

_____

_____

_____

Signature: M O Hodgoski _____        Date: June 27  2014 _____

(Signature of Manager-In-Charge or Pharmacist-In-Charge is Required)

**Name/Address Change Requires $10 Fee for reprint of Wall Certificate**

Confidential

WVBOP_FEDWV_00016554

**DEF-WV-01989.00028**



# State of West Virginia
## Board of Pharmacy

### REGISTERED PHARMACY PERMIT

### CONTROLLED SUBSTANCE PERMIT

**July 1, 2014 - June 30, 2015 - Date Issued: March 28, 2014**

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60 *E*
Barboursville, WV 25504  -1200

LICENSE # AB0590***

DEA # ARG*****

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

**Melody S.Dalton - RP0006500**

Registered Pharmacist in Charge

Confidential
WVBOP_FEDWV_00016555

DEF-WV-01989.00029



# Look Up a ZIP Code™

**By Address**    By Company    Cities by ZIP Code™

## You entered:

6401 US ROUTE 60
BARBOURSVILLE WV

**Here's the full address, using standard abbreviations a**

6401 US ROUTE 60 E
BARBOURSVILLE WV **25504-1200**

Show Mailing Industry Details



*Nancy Brenner*

2

WVBOP_FEDWV_00016556

DEF-WV-01989.00030

11,440.00

# WEST VIRGINIA BOARD OF PHARMACY
### 232 Capitol Street
### Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2014 - June 30, 2015

**RECEIVED**
**MAY 14 2014**
WV Board of Pharmacy

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:  Pharmacy E-mail: _____

Rite Aid Disc Phcy 968
6401 U.S. Route 60
Barboursville, WV 25504

LICENSE # __MP0550577__       COUNTY Cabell       DEA # __AR6070178__       PHONE # 

2. PHARMACIST IN CHARGE ___Melody  Dalton___       RPh # RP 0006500

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state? ......... Yes ___ No ✓
b. Have you ever been convicted of a felony? ................ Yes ___ No ✓
c. Have you ever been convicted of a misdemeanor other than a traffic violation? ......... Yes ___ No ✓
d. Do you ever work partime in any other pharmacy? ......... Yes ___ No ✓
If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES.  Circle All Applicable a. through e.:
a. PHARMACY - Inpatient ......... $100.00
b. PHARMACY - Outpatient ......... $100.00
c. CONTROLLED SUBSTANCE PERMIT ......... $10.00
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT ......... $100.00
e. NUCLEAR PHARMACY ......... $100.00

Name of Enteral/Parenteral Pharmacist Manager _____ RPh # 

ATTACH CHECK OR MONEY ORDER TO APPLICATION       TOTAL FEES $110⁰⁰

4. CIRCLE APPLICABLE DRUG SCHEDULES:    II   III   IV   V    NARCOTIC
                                        II   III   IV   V    NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP       SINGLE PROPRIETOR       PARTNERSHIP       CORPORATION

6. NAMES OF PRINCIPLES AND TITLES:  (Owner; Partners; Three Corporate Officers)

_____

_____

_____

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9. __M. al Hodgurdin__       V.P.       MAY 0 9 2014
   Signature of Applicant, Managing Partner or Office       Title       Date

10. _____       _____       _____
    Signature of Pharmacist in Charge       RPh #       Date

Confidential

DEF-WV-01989.00031



**RITE AID**

RECEIVED ON

JUL 2 2 2013

WV BOARD OF PHARMACY

• **MAILING ADDRESS**
P.O. Box 3165
Harrisburg, PA 17105

• **GENERAL OFFICE**
30 Hunter Lane
Camp Hill, PA 17011

• Telephone (717) 761-2633

**(VIA UPS)**

July 19, 2013

West Virginia Board of Pharmacy
106 Capitol Street, Suite 100
Charleston, WV 25301

Re:   Rite Aid of West Virginia, Inc.
        DBA: Rite Aid 968
        6401 US Route 60
        Barboursville WV 25504
        Pharmacy License #MP0550577

Dear Sir or Madame:

Minor work will occur in the above referenced pharmacy department. Work will begin on August 19, 2013 and will be completed on or about September 9, 2013.

Although the pharmacy will not be relocating within the building, and submission of an application is not required; please accept this as a courtesy notification of the work that will occur in the pharmacy. We will be constructing a new consultation room, new waiting area adjacent to the existing pharmacy department, replace countertops in for the drop off and pick up areas, and adding a flip gate.

Feel free to contact me directly at (717) 214-8548 or via email dordway@riteaid.com if you should have any questions or concerns regarding our plans.

Sincerely
RITE AID OF WEST VIRGINIA, INC.

Denise Ordway
Licensing Coordinator

Confidential

WVBOP_FEDWV_00016558

DEF-WV-01989.00032



Confidential

WVBOP_FEDWV_00016559

DEF-WV-01989.00033



$258
$10



RECEIVED
NOV 0 2 2012
WV Board of Pharmacy



# State of West Virginia

## Board of Pharmacy

Phone (304) 558-0558
Fax (304) 558-0572

**Office**
106 Capitol Street
Charleston, West Virginia 2530

### West Virginia Pharmacies Only

## NOTIFICATION OF CHANGE OF
## PHARMACIST-IN-CHARGE (PIC) — Interim —

Pharmacy Name **Rite Aid Pharmacy #00968**

Pharmacy License # **MP0550577**

Address of Pharmacy **6401 US Route 60**

City **Barboursville** State **WV** Zip **25504** Phone # **(304) 736-2837**

**Incoming PIC**

Name **Melody Dalton**

License # **RP0006500**

Home Phone # **(304) 932-9262**

Previous Employer:

**N/a**

**Outgoing PIC**

Name **Zachary G. Campbell**

License # **RP0006366**

Home Phone # **(304) 638-9555**

New Employer:

**N/A**

An inventory of all controlled substances was taken on: **Date** _____

Signature of incoming PIC **Melody Dalton** Date **11-1-12**

Signature of outgoing PIC _____ Date _____

'Note: If the departing and incoming P-I-C are unable to conduct the inventory together, a closing inventory shall be conducted by the departing P-I-C and a new separate beginning inventory shall be conducted by the incoming P-I-C.

'Note: This **P-I-C** form must be mailed to the Board office along with the **fee of $10.00**, and the **original permit**. Make a copy of the original permit with a line drawn through the name of the outgoing PIC, write the name of the incoming PIC in indelible ink upon the copied permit, and put it on your pharmacy wall until you receive the new permit from the Board office.

Confidential

DEF-WV-01989.00034

00067012-01
110.00

# WEST VIRGINIA BOARD OF PHARMACY
**232 Capitol Street**
**Charleston, West Virginia 25301**

## APPLICATION TO RENEW A PHARMACY PERMIT
**July 1, 2012 - June 30, 2013**

36 of 100

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT.

Rite Aid Disc Phcy 968
6401 U.S. Route 60
Barboursville, WV 25504

*RECEIVED*
*MAY 29 2012*
*WV BOARD OF PHARMACY*

LICENSE # <u>MP0550577</u>      COUNTY <u>Cabell</u>      DEA # <u>AR6070178</u>      PHONE #

2. PHARMACIST IN CHARGE   <u>Zachary Campbell</u>                          RPh # <u>RP 0006366</u>

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state? - - - - - - - - -   Yes   (No)
b. Have you ever been convicted of a felony?   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   Yes   No
c. Have you ever been convicted of a misdemeanor other than a traffic violation? - - - - - - - - - - - - - - - - - - -   Yes   No
d. Do you ever work partime in any other pharmacy? - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   Yes   No
  If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES. Circle All Applicable a. through e.:
a. PHARMACY - Inpatient   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $100.00
b. PHARMACY - Outpatient   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   ($100.00)
c. CONTROLLED SUBSTANCE PERMIT   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   ($10.00)
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $100.00
e. NUCLEAR PHARMACY   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $100.00

  Name of Enteral/Parenteral Pharmacist Manager_____   RPh #_____

  ATTACH CHECK OR MONEY ORDER TO APPLICATION   - - - - - - - - - - - -   TOTAL FEES $ 110°°

4. CIRCLE APPLICABLE DRUG SCHEDULE:   ( II      III      IV      V )      NARCOTIC
                                        II      III      IV      V       NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP          SINGLE PROPRIETOR      PARTNERSHIP      (CORPORATION)

6. NAMES OF PRINCIPLES AND TITLES:  (Owner; Partners; Three Corporate Officers)

_____
_____
_____       *SEE ATTACHED*

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony? NO

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9. _M. A. Wolgnish_____       _Pres._____       MAY 2 4 2012
  Signature of Applicant, Managing Partner or Office       Title                   Date

10. _____       _____       _____
  Signature of Pharmacist in Charge                   RPh #                   Date

# WEST VIRGINIA BOARD OF PHARMACY

## 106 CAPITOL ST. CHARLESTON WV 25301
## List of Employed Pharmacy Technicians & Trainees

THIS FORM IS REQUIRED BY WV LEGISLATIVE RULE 15-1-20.3.1.

Rite Aid Pharmacy #00968
6401 US Rt 60 East
Barboursville, WV 25504

| | |
|---|---|
| PHONE | 304-736-2837 |
| BOP LICENSE # | MP0550577 |
| P.I.C. & Lic. | Zachary Campbell RP6366 |

Pharmacy technicians employed and registration number:

| | |
|---|---|
| Mark Baker | PT 7036 |
| Laura Brock | PT 4152 |
| Ramona McMillian | PT 5557 |
| Jessica Neace | PT 4450 |

Pharmacy technician trainees and date employment in pharmacy began:

| | |
|---|---|
| Janessa Carter | 05-28-12 |
| Jordan Poston | 06-16-11 |
| Samantha Preece | 02-25-11 |

**Tech trainees must get 2080 hours within 2 years or obtain Board approval for extenuating circumstances!!!
Training period must be completed in ONLY TWO YEARS!!!**

P.I.C. Signature                    DATE 05-28-12

12/14/2006

Confidential

DEF-WV-01989.00036

# WEST VIRGINIA BOARD OF PHARMACY

## 232 CAPITOL ST. CHARLESTON WV 25301    304 558-0558
## OUTPATIENT PHARMACY INSPECTION REPORT

E-MAIL ADDRESS                        DATE  10-19-2011

Rite Aide Pharmacy #14
1001 J. Route 60 East
Milton, W.Va. 25502

PHONE  304-736-2837    FAX

DEA LICENSE #  AR097178       BOP LICENSE #  -PU50577

P.T.C.  ZACHARY Campbell      LICENSE #  6566

PHY/HOURS

| PERSONNEL | LIC.# OR REG.# | YEAR ISSUED | PERSONNEL | LIC.# OR REG.# | TRAINEE HOURS ACCRUED |
|---|---|---|---|---|---|
| Melody DALTON Rph | 6500 | | MARK BAKER | PT000 7036 | |
| JEFF Richards  Rph | 4873 | | LAURA BROCK | PT000 4152 | |
| | | | Romona McMillian | PT000 5557 | |
| | | | Jessica Noace | PT000 4450 | |
| | | | CHAD Nelson | PT000 6133 | |
| | | | Jordan Postra | 6-16-11 | |
| | | | SAmantha | 2-25-11 | |

## AUTOMATED PHARMACY SYSTEM

1. NAME OF SYSTEM  Script Pro                     NA ___
2. BOARD HAS BEEN NOTIFIED IN WRITING OF INSTALLATION?
   15-1-20.2.11 UNKNOWN ___ YES ___ NO ___

## SECURITY

3. ALARM SYSTEM TO RULES 15-1-14.7.2          YES ___ NO ✓
4. INCLUDES BACKUP POWER SOURCE?15-1-14.7.2.2  YES ___ NO ✓
5. BARRIER TO RULE INCLUDING DRIVE-IN WINDOW?
   15-1-14.7(d)1 &   15-2-4        NA ___ YES ✓ NO ___
6. KEY & CODE PROCEDURE OK?        NA ___ YES ___ NO ✓
7. PROCEDURE FOR ABSENCE OF R.Ph. OK?
   15-1-14.7.4              NA ___ YES ___ NO ✓
8. CONTROLLED SUBSTANCES DISPENSED?
   NA ___ YES ___ NO ___
9. 20 GAUGE METAL CABINET OR DRAWER IF LOCKED?
   15-2-4.6.1      NA ___ YES ✓ C II
10. ALL LOSS OR THEFT REPORTED?
    15-2-8.3.1      NA ✓ YES ___ NO ___
11. ONLY AUTHORIZED NON-REGISTERED PERSON(S) IN Rx
    AREA?        15-1-18.7     NA ___ YES ✓ NO ___
12. ONLY PHARMACISTS HAVE KEY OR CODE TO Rx AREA?
    15-1-14.7.3.1      NA ___ YES ✓ NO ___

## GENERICS

13. GENERIC SIGN VISIBLE TO PUBLIC? 30-5-12b(c)
    YES ___ NO ✓
14. PROPERLY MADE GENERIC SELECTIONS? 15-1-13.1
    YES ___ NO ✓

## CONTROLLED SUBSTANCE RECORDS

15. BIENNIAL INVENTORY DATED  5-1-2011
    IS CORRECT?      15-2-6.5         YES ✓ NO ___
16. FORM 222 or CSOS REQUIRE POWER OF ATTORNEY YES ___ NO ___
17. POWER OF ATTORNEY GRANTED?      NA ___ YES ___ NO ___
18. TO WHOM:
    ZACHARY Campbell Rph # 6566
19. CONTROLLED SUBSTANCE INVOICES OR PACKING SLIPS SIGNED
    BY PHARMACIST?      15-2.8.4.2       YES ✓ NO ___
20. SCHEDULE V  BOOK TO DATE?      NA ___ YES ___ NO ✓
21. COMPLETE & CORRECT?15-2-9.22      NA ___ YES ✓ NO ___
22. COMPLETE RETURN & DESTRUCTION RECORDS?
    NA ___ YES ✓ NO ___
23. EMERGENCY C-II FILLED?      NA ___ YES ___
24. EMERGENCY QUANTITY ONLY?
    15-1-21.14(a)      NA ___ YES ___ NO ___
25. SIGNED Rx WITHIN 7 DAY! 15-1-21.4(c)   NA ___ YES ___ NO ___
26. PRACTITIONER PRINTED NAME?  15-2-7.6.3c   YES ___ NO ___
27. INSTITUTIONAL PRACTITIONER SUFFIX # ?
    15-2-7.6.3      NA ___ YES ___ NO ___
28. PATIENT ADDRESS?         NA ___ YES ___ NO ___
29. DATE OF ISSUE?      15-2-7.5.1      YES ___ NO ___
30. CORRECT PARTIAL FILLS?15-1-21.1.3 (a) 2  NA ___ YES ___ NO ___
31. CONTROLLED SUBSTANCE RX'S ON SEPARATE BLANK?
    15-2-7.6.1      YES ✓ NO ___
32. ARE REQUIRED PSEUDOEPHEDRINE SALES REPORTED TO THE
    MONITORING PROGRAM?      NA ___ YES ✓ NO ___
33. ARE ALL PSEUDOEPHEDRINE SALES PROPERLY RECORDED?
    NA ___ YES ✓ NO ___
34. NO Rx's FOR SCHEDULE II's FILLED AFTER 90 DAYS ?
    15-2-7.9.1      NA ___ YES ___ NO ___

Confidential                                        WVBOP_FEDWV_00016563

DEF-WV-01989.00037

## TRANSFER OF Rx ONLY DRUGS

### WITHOUT Rx
35. CORRECT TRANSFER RECORD?
15-1-9.1.1  NA ✓  YES____  NO____

### WITH Rx
36. DISPENSING RECORDS OK? 15-1-15.2.6  YES ✓  NO____
37. PATIENT PROFILES KEPT?  15-1-15.2.7  YES ✓  NO____
38. PROPER DAILY REPORT?  15-4-6.5  NA____  YES ✓  NO____
39. DAILY REPORT SIGNED & VERIFIED? 5-4-6.2.3 NA____  YES____  NO ✓
40. LOG BOOK KEPT?  15-4-5.2.3  NA ✓  YES____  NO____
41. 1 YEAR RECORD ONLINE? 15-4-4  NA____  YES____  NO____
42. DISPENSING RECORDS KEPT  5 YEARS?
15-4-4  YES____  NO ✓

## THE PRESCRIPTION ORDER
43. FOR A LEGITIMATE MEDICAL PURPOSE?
15-1-21.1  YES ✓  NO____
44. PROPERLY DOCUMENTED IF ORAL Rx?
15-1-19.13.1 & 15-1-21.1.2  NO____
45. MANUFACTURER SHOWN?  30-5-12b (j)  YES____  NO____
46. PHARMACIST'S INITIALS? 15-1-19313.4  YES____  NO____
47. NO OBLITERATION OR COVERING ON Rx REQUIRED INFO?
15-1-9.1.2(a)3.C  YES____  NO____
48. NUMBER OF FILES KEPT _____
49. TRANSFERED Rx PROPERLY RECORDED?
15-1-9.1.2(a)3.C  NA____  YES____  NO____
50. NO REFILLS EXCEED 12 MONTHS?  15-1-10.3  YES____  NO____
51. ALL NP OR PA PRESCRIBING IS PROPER ACCORDING TO
LAW AND THEIR BOARD RULES?  YES____  NO____
52. Rx NUMBER OF NON-COMPLIANT Rx'S_____
53. EMERGENCY DISPENSING IS RECORDED?
15-1-26.1  NA____  YES ✓  NO____
54. EMERGENCY DISPENSING WAS PROPER?
15-1-26  NA____  YES____  NO____

## COMPLETED PRESCRIPTION & LABELING
55. PROPER CONTAINERS USED? 15-1-15.1.2  YES ✓  NO____
56. PROPER CLOSURES USED AND DOCUMENTED?
30-5-14 a (b)  YES ✓  NO____
57. PHARMACIST INITIALS?  15-1-19.13.3  YES ✓  NO____
58. GENERIC NAME & MFG.? 15-1-22.1.4(j)  YES ✓  NO____
59. GENERIC NAME HAS "SUB" OR EQUIVALENT?
15-1-22.1.4 (j) 1  YES____  NO ✓
60. DRUG BEYOND USE DATE? 15-1-22.1.4(k) 1  YES____  NO ✓
61. LABEL SHOWS PROPER TITLE FOR MID-LEVEL PRACTITIONERS?
YES____  NO____

## TECHNICIANS
NA ✓
62. PROPER ATTIRE FOR ALL TECHNICIANS?
15-1-18.4  YES ✓  NO____
63. PROPER NAME TAG FOR ALL TECHNICIANS?
15-7-6.1  YES ✓  NO____
64. P.I.C. HAS WRITTEN DUTIES OF TECHNICIANS?
15-1-20.3.2  YES ✓  NO____
65. TECHNICIAN(S) NOT OBSERVED VIOLATING LEGALLY
AUTHORIZED DUTIES?  15-7-6 (1)  YES ✓  NO____
66. DIRECTLY SUPERVISED BY PHARMACIST?
15-1-20.3.2  YES ✓  NO____
67. LIST OF TECHNICIANS AVAILABLE?
(MAIL COPY TO OFFICE)  15-1-20.3.1  YES ✓  NO____
68. PTCB TECHNICIANS OR THOSE LICENSED IN OTHER STATES ARE
ALSO LICENSED IN WV?  15-7-3.1 c  NA ✓  YES____  NO____

## EQUIPMENT
69. SUFFICIENT COMPOUNDING EQUIPMENT?
15-1-15.2.2  YES ✓  NO____
70. SANITARY LIQUID MEASUREMENT?
15-1-15.2.2  YES ✓  NO____
71. RECENT  UPTO DATE 'FACTS & COMPARISONS?
30-5-13  YES ✓  NO____
72. PHARMACY LAWS AND REGULATIONS?
15-1-15.2.8  YES ✓  NO____
73. BALANCE CERTFIED WITHIN 5 YEARS?
LABOR DEPT RULE  YES ✓  NO____

## COUNSELING
74. AN ADEQUATE OFFER TO COUNSEL IS MADE ON PICK-UP OF
EACH NEW PRESCRIPTION?  15-1-19.13.6  YES ✓  NO____
75. DOCUMENTATION IF OFFER IS NOT DEEMED NEEDED?
(Delivered)  15-1-19.13.6  YES____  NO____
76. COUNSELING AREA IS CONVENIENT TO PHARMACIST ?
77.  (UNLESS PERMITTED BEFORE MAY 1999)  15-1-15.1.1
EXCUSED  YES____  NO____
78. COUNSELING AREA IS PRIVATE FOR PATIENT?
(UNLESS PERMITTED BEFORE MAY 1999)  15-1-15.1.1
EXCUSED  YES____  NO____

## DRUG RELIABILITY
79. OUTDATED DRUGS IN SHELF STOCK?  15-1-19. NO____  YES ✓
80. NUMBER FOUND_____  3
81. REFRIGERATOR TEMPERATURE 36 TO 46?  YES ✓  NO____
82. TEMPERATURE IS?  ____
83. FREEZER TEMPERATURE -4 TO 14?  NA ✓  YES____  NO____
84. TEMPERATURE IS?  ____
85. ROOM TEMPERATURE  59 TO 77?  YES ✓  NO____
86. TEMPERATURE IS?  NO THERMOMETER ✓
#79 THRU #82 USP REQUIREMENTS 15-1-15.1.2
87. RETURNED DRUGS LOG KEPT?  NA ✓  YES____  NO____
15-1-12.3

## SANITARY REGULATIONS
88. Rx COUNTER CLEAN & DUST FREE?  YES ✓  NO____
15-1-18.2
89. Rx COUNTER USED ONLY FOR Rx PREPARATION?
15-1-18.2  YES ✓  NO____
90. Rx AREA ORDERLY & CLEAN CONDITION?
15-1-18.5  YES ✓  NO____
91. SINK USED ONLY FOR CLEANING HANDS AND EQUIPMENT?
15-1-18.3  YES ✓  NO____
92. DISPENSING AREA IS DUST FREE?
15-1-18.32  YES ✓  NO____
93. PHARMACISTS WEARING WHITE COAT OR JACKET?
15-1-18.4  YES ✓  NO____
94. PROPER NAME TAG FOR PHARMACISTS?
15-1-18.4  YES ✓  NO____

## TECHNICIAN TRAINEES
NA____
95. TRAINING MANUAL AVAILABLE?  15-1-20.2.4 & 15-7-4  YES ✓  NO____
96. DOCUMENTATION OF THE INITIAL TRAINING OF EACH TRAINEE
BY P.I.C. IS AVAILABLE?  15-7-4.5  YES ✓  NO____
97. WRITTEN TRAINING RECORD CONTAINS REQUIRED ELEMENTS?
15-7-4.5a-f  YES ✓  NO____
98. PROPER ATTIRE FOR TRAINEES?
15-1-18.4  YES ✓  NO____
99. PROPER NAME TAG FOR TRAINEES?
15-7-8.2  YES ✓  NO____
100. 2 YEARS TRAINING NOT  EXCEEDED?
15-7-4.4  YES ✓  NO____
101. P. I. C. MAINTAINS RECORD OF TRAINING & HOURS?
YES ✓  NO____

## PHARMACIST-IN-CHARGE
102. WORKS 30 HOURS/WEEK OR MORE IN PHARMACY OPEN 40
OR MORE HR/WK?  15-1-21.1.38 c  NA ✓
103. WORKS 50% OF TIME IN PHARMACY OPEN LESS THAN 40 HR/WK?
BOARD POLICY  15-1-20.3.1  NA____  YES ✓  NO____
104. INTERIM P.I.C. UTILIZED?  30-6-14a(f)  NA____  YES ✓  NO____
105. P. I. C. HAS SEEN THE CURRENT LICENSE OF ALL CURRENT PHARMACISTS?

## PROFESSIONAL WORK ENVIRONMENT
117. 12 HOUR SHIFT NOT EXCEEDED?15-1-14.8.1  YES____  NO____
118. DOCUMENTED IF OVER 12 HOURS.?
15-1-14.8.1  NA ✓  YES____  NO____
119. DOES PHARMACIST EVER WORK WITHOUT A TECHNICIAN?
15-1-14.8.2  NO____  YES ✓
PATIENT INSPECTION REPORT YES
120. HOW MANY Rx WERE FILLED EACH HOUR OF THIS PERIOD? 2 171 A

WVBOP_FEDWV_00016564

DEF-WV-01989.00038

EMPLOYEES

6. HAS IMPLEMENTED QUALITY ASSURANCE PROGRAM FOR PATIENT CARE? 15-1-20.2.3 YES ✓ NO
107. ARE WRITTEN INCIDENT REPORTS PREPARED WHEN DISPENSING ERRORS OCCUR? YES ✓ NO
108. ARE THESE REPORTS FORMALLY DISCUSSED WITH Rx DEPARTMENT PERSONNEL? YES NO
109. IS PERPETUAL INVENTORY MAINTAINED FOR COMMONLY DIVERTED DRUGS? 15-1-20.2.3 NA YES NO
110. DOES RECONCILIATION OF CONTROLLED SUBSTANCES EFFECTIVELY DETECT DRUG DIVERSION? 15-1-20.2.3 NA YES NO
111. HAS DOCUMENTATION OF EMPLOYEES MAINTAINING PATIENT CONFIDENTIALITY? 15-1-20.2.10 YES NO
112. HAVE ANY AND ALL COMPLAINTS MADE ABOUT A PHARMACIST BEEN REPORTED TO THE BOARD OF PHARMACY? 15-1-14.6.4 NA YES NO
113. HAS BOARD BEEN NOTIFIED ABOUT ALL PHARMACISTS THAT HAVE BEEN DISCHARGED? 15-1-14.6.3 NA YES NO
114. HAS P.I.C. NOTIFIED PERMIT HOLDER OF ANY & ALL KNOWN VIOLATIONS OF RULES OR REGS EXISTING WITHIN THE PHARMACY? 15-1-20.2.2 NA YES NO
115. IS THERE DOCUMENTATION & WITH A COPY TO THE BOARD? 15-1-20.2.2 NA YES NO
116. CONTROLLED SUBSTANCE Rx REPORTING IS BEING DONE? 15-8-3 UNKNOWN YES NO

121. TECHNICIAN/PHARMACIST RATIO IS CORRECT? 30-5-5a(e) YES ✓ NO
122. RATIO ON DUTY NOW? 30-5-5a(e)
123. P.I.C. IS ASSISTED BY SUFFICIENT STAFF? 15-1-20.2 YES ✓ NO
124. IS MEDICATION REVIEW PHARMACIST ALWAYS ON STAFF & REGULARLY WORKS A SHIFT IN HOUSE? YES NO
125. IF NOT HAS PIC SEEN LICENSE OF EACH SUCH PHARMACIST? NA YES NO
126. IS AN ELECTRONIC CONNECTION TO THE CSMP AVAILABLE? YES NO
127. DOES PHARMACIST GIVE FLU SHOTS DURING SEASON? 30-5-30 YES NO
128. DOES PHARMACIST GIVE OTHE VACCINES AS ALLOWED BY LAW OR REGULATION? 30-5-30 YES NO
129. HOW MANY PHARMACISTS ARE CERTIFIED TO ADMINISTER VACCINES? 3
130. APPROPRIATE RECORDS KEPT FOR VACCINES? YES NO 30-5-30

## CONTINUING EDUCATION

131. ARE THE CE CERTIFICATES OF ALL PHARMACISTS AVAILABLE FOR INSPECTION? 15-3-13.3 YES ✓ NO
132. SIX HOURS CE IN LIVE PRESENTATION? YES NO
133. ARE APPLICABLE CE CERTIFICATES READILY RETRIEVABLE? 15-3-13.3 YES ✓ NO

INSPECTOR COMMENTS:

134. _____
135. _____
136. _____
137. _____
138. _____
139. _____
140. _____
141. _____
142. _____

SIGNATURE OF PERSON IN CHARGE AT TIME OF INSPECTION    DATE 10.19.2011    INSPECTOR

Confidential

DEF-WV-01989.00039

WVBOP_FEDWV_00016565

*RECEIVED APR 28 2011 WV BOARD OF PHARMACY*

*$110.00*

*X*

*36 of 103*

# WEST VIRGINIA BOARD OF PHARMACY
## 232 Capitol Street
### Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2011 - June 30, 2012

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:

Rite Aid Disc Phcy 968
6401 U.S. Route 60
Barboursville, WV 25504

LICENSE # MP0550577     COUNTY Cabell     DEA # AR6070178     PHONE #

2. PHARMACIST IN CHARGE   _Zachary Campbell_     RPh # _RP0006366_

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state? ------- Yes (No)
b. Have you ever been convicted of a felony? ------------------------------------ Yes (No)
c. Have you ever been convicted of a misdemeanor other than a traffic violation? ----------- Yes (No)
d. Do you ever work partime in any other pharmacy? ---------------------------- Yes (No)
   If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES. Circle All Applicable a. through e.:
a. PHARMACY - Inpatient .................................................. $100.00
b. PHARMACY - Outpatient -------------------------------------- ($100.00)
c. CONTROLLED SUBSTANCE PERMIT ---------------------------------- ($10.00)
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT .................... $100.00
e. NUCLEAR PHARMACY ----------------------------------------- $100.00

Name of Enteral/Parenteral Pharmacist Manager _____ RPh # _____

ATTACH CHECK OR MONEY ORDER TO APPLICATION ------------- TOTAL FEES $ 110.00

4. CIRCLE APPLICABLE DRUG SCHEDULE:  (II   III   IV   V)   NARCOTIC
                                     (II   III   IV   V)   NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP     SINGLE PROPRIETOR     PARTNERSHIP     (CORPORATION)

6. NAMES OF PRINCIPLES AND TITLES:  (Owner; Partners; Three Corporate Officers)

_____

_____  *SEE ATTACHED*

_____

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9. _M. A. Podgurski_     _V.P._     APR 2 5 2011
   Signature of Applicant, Managing Partner or Office     Title     Date

10. _____     _____     _____
    Signature of Pharmacist in Charge     RPh #     Date

Confidential                                                    WVBOP_FEDWV_00016566

DEF-WV-01989.00040

RECEIVED ON

JAN 2 6 2010

WV BOARD OF PHARMACY

 **Medical Associates Pharmacy**
**#3 Chateau Lane**
**Barboursville, WV 25504**
**304-757-0508**

To Whom it may concern,

Medical Associates Pharmacy has closed and sold all its' inventory and files to Rite Aid Pharmacy #968, 6401 US Rt 60, Barboursville, WV 25504 on January 20, 2010. A full scheduled Inventory was taken and copies are enclosed. Copies of the closing DEA Form 222's are enclosed. I am also enclosing the surrendered State License. I will be notifying the Board on the proper forms of a change of employment shortly.


Thank You Sincerely.


Michael J Ebbert, R.Ph.
Pharmacy Manager
Medical Associates Pharmacy

Confidential

DEF-WV-01989.00041

RECEIVED ON

JAN 2 5 2010

WV BOARD OF PHARMACY

**Medical Associates Pharmacy**
**#3 Chateau Lane**
**Barboursville, WV 25504**
**304-757-0508**

To Whom it may concern,

Medical Associates Pharmacy has closed and sold all its` inventory and files to Rite Aid Pharmacy #968, 6401 US Rt 60, Barboursville, WV 25504 on January 20, 2010. A full scheduled Inventory was taken and copies are enclosed. Copies of the closing DEA Form 222`s are enclosed. I am also enclosing the surrendered State License. I will be notifying the Board on the proper forms of a change of employment shortly.

Thank You Sincerely,

Michael J Ebbert, R.Ph.
Pharmacy Manager
Medical Associates Pharmacy



# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2009 - June 30, 2010 - Date Issued: March 31, 2009

**Medical Associates Pharmacy, Inc.**
Registered Pharmacy

dba Medical Associates Pharmacy
#3 Chateau Lane
Barboursville, WV 25504

LICENSE # MP0552262

DEA # BM6647739

**Michael J. Ebbert - RP0004542**

Registered Pharmacist in Charge

Confidential

DEF-WV-01989.00043

```
RITE AID TRANSFER BRAND - 968                  +-----------------------+                        Page : 1
Printed: 01/20/2010 03:07                       !  INVENTORY EDIT LIST  !              Inventory Date 01/20/2010
                                                +-----------------------+                  Report Date 01/20/2010

Tag Range: RX (Cond)
```

| Tag /Shelf | Rec # | I | Sku | nof Cat | | Description | Qty | Price | EXTPRICE |
|---|---|---|---|---|---|---|---|---|---|
| C217/01 | 1034 | | C3 | 03 | | | 2.7 | 5.22 | 14.09 |
| | 1035 | | 503830079_6 | G | | ACETAMINOPHEN-CODEINE ELIXIR | 0.7 | 4.89 | 3.42 |
| | 1036 | | 00603139558 | G | | HYDROCODONE-APAP 7.5-500 MG/15 | 0.9 | 7.45 | 6.71 |
| | 1037 | | 00603158558 | G | | PROMETHAZINE-CODEINE SYRUP | 1.1 | 6.10 | 6.71 |
| | 1038 | | 50383085516 | G | | PAREGORIC LIQUID | 0.9 | 39.91 | 35.92 |
| | 1039 | | 53014054867 | B | | TUSSIONEX PENNKINETIC SUSP | 0.5 | 279.79 | 139.90 |
| | 1040 | | 52544047030 | B | | ANDRODERM 5 MG/24HR PATCH | 1.0 | 254.13 | 254.13 |
| | 1041 | | 12496130600 | B | | SUBOXONE 8 MG-2 MG TABLET SL | 1.0 | 165.11 | 165.11 |
| | 1042 | | 12496131002 | B | | SUBUTEX 8 MG TABLET SL | 0.2 | 229.60 | 505.12 |
| | 1043 | | 124961283C2 | B | | SUBOXONE 2 MG-0.5 MG TABLET | 1.3 | 92.82 | 120.67 |
| | 1044 | | 12496127802 | B | | SUBUTEX 2 MG TABLET SL | 0.3 | 122.13 | 36.64 |
| | 1045 | | 00054017613 | G | | BUPRENORPHINE 2 MG TABLET SL | 3.9 | 80.50 | 313.95 |
| | 1046 | | 00054017713 | G | | BUPRENORPHINE 8 MG TABLET SL | 0.4 | 150.50 | 60.20 |
| | 1047 | | 50383077504 | G | | LIDOCAINE 2% VISCOUS SOLN | 0.4 | 2.00 | 0.80 |
| | 1048 | | C4 | 04 | | | 2.5 | 19.65 | 49.13 |
| | 1049 | | 10574050216 | B | | ORA-SWEET-SF SYRUP | 0.4 | 19.65 | 7.86 |
| | 1050 | | 00406036001 | G | | HYDROCODONE-APAP 7.5-750 TAB | 0.6 | 3.92 | 2.35 |
| | 1051 | | 00591320201 | G | | HYDROCODONE-APAP 5-325 TABLET | 0.1 | 17.53 | 1.75 |
| | 1052 | | 00603388802 | G | | HYDROCODONE-APAP 2.5-500 TAB | 1.0 | 8.19 | 8.19 |
| | 1053 | | 00406035705 | C | | HYDROCODONE-APAP 5-500 TABLET | 0.1 | 12.29 | 1.23 |
| | 1054 | | 00406036305 | G | | HYDROCODONE-APAP 10-500 TABLET | 1.0 | 56.35 | 56.35 |
| | 1055 | | 00603519032 | G | | PHENTERMINE 37.5 MG TABLET | 0.2 | 135.23 | 27.05 |
| | 1056 | | 00591085305 | G | | HYDROCODONE-APAP 10-325 TABLET | 0.2 | 65.30 | 13.06 |
| | 1057 | | 00591036705 | G | | HYDROCODONE-APAP 7.5-750 TAB | 1.0 | 18.98 | 18.98 |
| | 1058 | | 00591038508 | G | | HYDROCODONE-APAP 7.5-500 TAB | 0.6 | 20.89 | 12.53 |
| | 1059 | | 00406036601 | G | | HYDROCODONE-APAP 7.5-325 TAB | 0.3 | 23.06 | 6.92 |
| | 1060 | | 13668000801 | G | | ZOLPIDEM TARTRATE 10 MG TABLET | 0.4 | 3.25 | 1.30 |
| | 1061 | | 00093007301 | G | | ZOLPIDEM TARTRATE 5 MG TABLET | 0.7 | 2.25 | 0.28 |
| | 1062 | | 00603388621 | G | | HYDROCODONE-APAP 10-660 TABLET | 0.1 | 16.71 | 1.67 |
| | 1063 | | 00591024005 | G | | LORAZEPAM 0.5 MG TABLET | 0.8 | 15.30 | 12.24 |
| | 1064 | | 00093084905 | G | | PROPOXYPHEN-APAP 100-650 MG TB | 0.1 | 19.70 | 1.97 |
| | 1065 | | 00406036305 | G | | HYDROCODONE-APAP 10-500 TABLET | 0.2 | 56.35 | 11.27 |
| | 1066 | | 00603389721 | G | | HYDROCODONE BT-IBUPROFEN TAB | 0.6 | 32.18 | 19.31 |
| | 1067 | | 10702002510 | G | | PHENTERMINE 37.5 MG TABLET | 0.1 | 148.91 | 14.89 |
| | 1068 | | 00603388532 | G | | HYDROCODONE-APAP 10-650 TABLET | 0.4 | 49.80 | 19.92 |
| | 1069 | | 00591024105 | G | | LORAZEPAM 1 MG TABLET | 0.6 | 16.30 | 9.78 |
| | 1070 | | 00406035805 | G | | HYDROCODONE-APAP 7.5-500 TAB | 0.1 | 21.99 | 2.20 |
| | 1071 | | 00031552150 | B | | AMBIEN CR 12.5 MG TABLET | 0.8 | 3,605.16 | 2,884.13 |
| | 1072 | | 00603388832 | G | | HYDROCODONE-APAP 10-500 TABLET | 0.1 | 97.25 | 9.73 |
| | 1073 | | 00004005801 | B | | FLONGFIN 1 MG TABLET | 0.2 | 142.28 | 28.46 |
| | 1074 | | 00054485906 | G | | TRIAZOLAM 0.25 MG TABLET | 1.0 | 14.10 | 14.10 |
| | 1075 | | 00054485906 | G | | TRIAZOLAM 0.25 MG TABLET | 1.1 | 14.10 | 15.51 |
| | 1076 | | 00378041510 | G | | DIPHENOXYLATE-ATROPINE TABLET | 0.9 | 335.37 | 301.83 |
| | 1077 | | 24486032510 | G | | PROPOXYPHEN-APAP 100-325 MG TB | 3.1 | 179.48 | 556.39 |
| | 1078 | | 50474091001 | B | | LORTAB 10-500 TABLET | 0.2 | 122.45 | 24.49 |
| | 1079 | | 00185405701 | G | | PHENDIMETRAZINE 35 MG TABLET | 1.5 | 11.56 | 17.34 |
| | 1080 | | 00185525401 | G | | PHENDIMETRAZINE ER 105 MG CAP | 0.7 | 69.80 | 48.86 |

Confidential

DEF-WV-01989.00044

```
RITE AID TRANSFER BRAND - 968                    ---------------------------                          Page : 2
Printed: 01/20/2010 05:07                        ·  INVENTORY EDIT LIST                    Inventory Date 01/20/2010
                                                 ---------------------------                  Reprit Date 01/20/20.0

Tag Range: RX


Tag /Shelf Rec #   i     Sku      nof Cat              Description            Qty      Price     EXTPRICE
========== ======= = ============= === ===  =================================  ======  ========== ==========
0017/01    1081      00143178531       G   BUTALBITAL-ASA-CAFFEINE TABLET     0.7      8.45       5.92
           1082      00378443001       G   FLURAZEPAM 30 MG CAPSULE           1.0      6.95       6.95
           1083      00603294932       G   CLONAZEPAM 1 MG TABLET             0.1     22.01       2.20
           1084      63459022560       B   NUVIGIL 250 MG TABLET              1.0    533.50     533.50
           1085      00228300450       G   CLONAZEPAM 1 MG TABLET             1.1     13.30      14.63
           1086      00228300550       G   CLONAZEPAM 2 MG TABLET             0.3     19.55       5.87
           1087      63402019130       B   LUNESTA 2 MG TABLET                0.7    502.61     351.83
           1088      63459021560       B   NUVIGIL 150 MG TABLET              0.9    533.50     480.15
           1089      00228300311       G   CLONAZEPAM 0.5 MG TABLET           0.3      1.73       0.52
           1090      03                03                                     0.7    204.43    _43.10
           1091      00091332101       B   NIRAVAM 0.25 MG TABLET             0.8    204.34     163.47
           1092      00093083210       G   CLONAZEPAM 0.5 MG TABLET           0.1     27.35       2.74
           1093      63402019310       B   LUNESTA 3 MG TABLET                1.0    563.58     563.58
           1094      00071101868       B   LYRICA 300 MG CAPSULE              0.6    204.43     123.66
           1095      00071101868       B   LYRICA 300 MG CAPSULE              0.8    204.43     163.54
           1096      00071101468       B   LYRICA 75 MG CAPSULE               0.5    204.43     102.22
           1097      00071101268       B   LYRICA 25 MG CAPSULE               1.0    204.43     204.43
           1098      00071101768       B   LYRICA 200 MG CAPSULE              0.5    204.43     102.22
           1099      00071101768       B   LYRICA 200 MG CAPSULE              1.0    204.43     204.43
           1100      00071101568       B   LYRICA 100 MG CAPSULE              1.7    204.43     347.53
           1101      00071101668       B   LYRICA 150 MG CAPSULE              1.5    204.43     306.65
           1102      00228227650       G   TEMAZEPAM 15 MG CAPSULE            0.7     30.95      21.67
           1103      00143145010       G   PHENOBARBITAL 30 MG TABLET         0.3      9.85       2.96
           1104    * 00641047725       G   PHENOBARBITAL 130 MG/XL VIAL      11.0      3.37      37.07
           1105      64125090201       G   PHENOBARBITAL 60 MG TABLET         0.2      1.85       0.37
           1106      63459020101       B   PROVIGIL 200 MG TABLET             0.9  1,374.61   1,237.15
           1107      00591074401       G   ESTAZOLAM 1 MG TABLET              0.1     24.75       2.48
           1108      00603388132       G   HYDROCODONE-APAP 5-500 TABLET      0.1     27.35       2.74
           1109      63459010101       B   PROVIGIL 100 MG TABLET             1.0    907.99     907.99
           1110      03                03                                     1.0    907.99     907.99
           1111      00603516732       G   PHENOBARBITAL 64.8 MG TABLET       0.9      7.85       7.07
           1112      63717090101       B   REPREXAIN 5-200 MG TABLET          1.0     36.68      36.68
           1113      00781220205       G   TEMAZEPAM 30 MG CAPSULE            0.1     39.15       3.92
           1114      63717090201       B   REPREXAIN 10-200 MG TABLET         1.0     83.95      83.95
           1115      00143144510       G   PHENOBARBITAL 15 MG TABLET         1.0      3.48       3.48
           1116      63717090001       B   REPREXAIN 2.5-200 MG TABLET        1.0     57.85      57.85
           1117      00406096001       G   TEMAZEPAM 7.5 MG CAPSULE           1.1    667.29     734.00
           1118      64125091510       G   PHENOBARBITAL 15 MG TABLET         0.3      5.99       1.80
           1119      59762371903       G   ALPRAZOLAM 0.25 MG TABLET          0.8     13.10      10.48
           1120      59762372003       G   ALPRAZOLAM 0.5 MG TABLET           0.1     15.90       1.59
           1121      00140090501       B   VALIUM 5 MG TABLET                 0.6    303.38     182.03
           1122      00591562605       G   DIAZEPAM 10 MG TABLET              0.8     10.35       8.28
           1123      59762372201       G   ALPRAZOLAM 2 MG TABLET             0.4      8.15       3.26
           1124      60793014601       B   SONATA 10 MG CAPSULE               0.2    380.87      76.17
           1125      00591551310       G   CARISOPRODOL 350 MG TABLET         0.5     58.98      29.49
           1126      03                03                                     0.5     52.60      26.30
           1127      52544046960       B   ANDRODERM 2.5 MG/24HR PATCH        1.0    254.13     254.13
```

Confidential

DEF-WV-01989.00045

```
RITE AID TRANSFER BRAND - 968                 +------------------------+              Page : 3
Printed: 01/20/2010 03:07                      | INVENTORY EDIT LIST |        Inventory Date 01/20/2010
                                               +------------------------+        Report Date 01/20/2010

Tag Range: R4

Tag /Shelf Rec #  1    Sku      nof Cat       Description          Qty    Price   EXTPRICE
==== /===== =======  =  ========= === ===   ==================   =====  =======  ========
0217/01  1128  63481066970      B  ZYDONE 5-400 MG TABLET         0.6   58.88    35.33
         1129  00054008525      G  ZALEPLON 10 MG CAPSULE         0.3   26.10     7.83
         1130  59762371903      G  ALPRAZOLAM 0.25 MG TABLET      0.1   13.10     1.31
         1131  00172480460      G  OXAZEPAM 10 MG CAPSULE         0.1   18.94     1.89
         1132  03               03                                1.0   64.54    64.54
         1133  00591039501      G  PENTAZOCINE-NALOXONE TABLET    0.1  113.42    11.34
         1134  03               03                                2.0   16.23    32.46
         1135  00054356699      C  MIDAZOLAM HCL 2 MG/ML SYRUP    1.0   59.33    59.33
         1136  63304056101      G  ACETAMINOPHEN-COD #4 TABLET    0.1   10.82     1.08
         1137  00228207750      G  TEMAZEPAM 30 MG CAPSULE        0.3   39.15    11.75
         1138  00228206710      G  OXAZEPAM 10 MG CAPSULE         1.0   18.94    18.94
         1139  00009005501      B  XANAX 0.5 MG TABLET            0.8  145.50   116.40
         1140  03               03                                2.0    0.82     1.64
         1141  100190027?0      G  MIDAZOLAM HCL 5 MG/ML VIAL    10.0    7.76    77.60
         1142  64720032210      G  ZALEPLON 5 MG CAPSULE          1.0   26.58    26.58
         1143  04               04                                4.0    4.79    19.16
         1144  60793014601      B  SONATA 10 MG CAPSULE           1.0  363.91   363.91
         1145  03               03                                2.0   22.25    44.50
         1146  04               04                                1.0    9.99     9.99
         1147  04               04                                1.0   22.06    22.06
         1148  00781106905      G  ALPRAZOLAM 2 MG TABLET         0.1   32.98     3.30
         1149  00228203196      G  ALPRAZOLAM 1 MG TABLET         0.1   43.38     4.34
         1150  00591561905      G  DIAZEPAM 5 MG TABLET           0.6    9.30     5.58
         1151  00591562135      G  DIAZEPAM 2 MG TABLET           0.4    9.89     3.96
         1152  00093015010      G  ACETAMINOPHEN-COD #3 TABLET    0.6   23.09    13.85
         1153  00591039501      G  PENTAZOCINE-NALOXONE TABLET    1.0  100.16   100.16

         Times Printed = 1 Total Tag Lines = 120  Qty = 114.1  EXTPRICE = 11594.23  Term = N2031 Emp 44H006
```

Confidential

DEF-WV-01989.00046

```
RITE AID TRANSFER BRAND - 968                    +-------------------------+                              Page . 1
Printed: 01/20/2010 03:08                        :   INVENTORY EDIT LIST   :            Inventory Date 01/20/2010
                                                 +-------------------------+                 Report Date 01/20/2010

Tag Range: RX (Cond)


Tag /Shelf  Ref #  i     Sku      nof Cat           Description            Qty     Price     EXTPRICE
====/=====  =====  =  ===========  === ===  ===========================  =======  =======  ========

0219/01     1154   03            03                                         8.0     17.05      136.40
            1155   03            03                                         2.9      6.60       19.14
            1156   03            03                                         2.6      9.67       25.14
            1157   03            03                                         0.8     25.10       20.08
            1158   C0409685830   G    OXYCODONE HCL 20 MG/XL SOLN           1.0     14.14       14.14
            1159   00054355344   G    METHADONE INTENSOL 10 MG/ML           1.0     21.44       21.44
            1260   C0555078702   G    DEXTROAMP-AMPHET ER 10 MG CAP         1.0    448.01      448.01
            1261   C0555078702   G    DEXTROAMP-AMPHET ER 10 MG CAP         0.7    448.01      313.61
            1262   54092038501   B    ADDERALL XR 15 MG CAPSULE             1.0    605.52      605.52
            1263   00591321272   G    FENTANYL 50 MCG/HR PATCH              0.8     50.45       40.36
            1264   67767012218   G    FENTANYL 75 MCG/HR PATCH              2.0     79.27      158.54
            1265   00591321372   G    FENTANYL 75 MCG/HR PATCH              1.0     86.19       86.19
            1266   67767012218   G    FENTANYL 75 MCG/HR PATCH              2.0     79.27      158.54
            1267   00378912298   G    FENTANYL 50 MCG/HR PATCH              0.8     57.32       45.56
            1268   03            03                                         0.2    100.69       20.14
            1169   03            03                                         0.2     20.31        4.06
            1170   00781711355   G    FENTANYL 75 MCG/HR PATCH              0.6     79.27       47.56
            1171   00781711355   G    FENTANYL 75 MCG/HR PATCH              1.0     79.27       79.27
            1172   67767012018   G    FENTANYL 25 MCG/HR PATCH              3.0     29.48       88.44
            1173   50458003505   B    DURAGESIC 75 MCG/HR PATCH             2.0    277.32      554.64
            1174   50458003405   B    DURAGESIC 50 MCG/HR PATCH             9.0    181.81    1,636.29
            1175   03            03                                         5.0     98.89      494.45
            1176   00378912398   G    FENTANYL 75 MCG/HR PATCH              1.0    106.76      106.76
            1177   00378911998   G    FENTANYL 12 MCG/HR PATCH              4.0     50.85      203.40
            1178   03            03                                         0.9    147.55      132.80
            1179   03            03                                         1.0    147.55      147.55
            1180   00555097202   G    AMPHETAMINE SALTS 10 MG TAB           2.0     15.33       30.66
            1181   00555097202   G    AMPHETAMINE SALTS 10 MG TAB           0.2     15.33        3.07
            1182   00185040401   G    AMPHETAMINE SALTS 30 MG TAB           0.2     15.70        3.14
            1183   00555077702   G    AMPHETAMINE SALTS 15 MG TAB           1.6     28.80       46.08
            1184   64720013510   G    AMPHETAMINE SALTS 20 MG TABLET        0.6     42.35       25.41
            1185   00555079102   G    DEXTROAMP-AMPHET ER 15 MG CAP         3.0    448.01    1,344.03
            1186   64720013410   G    AMPHETAMINE SALTS 5 MG TAB            1.0     42.35       42.35
            1187   54092038701   B    ADDERALL XR 20 MG CAPSULE             0.4    605.52      242.21
            1188   00555079202   G    DEXTROAMP-AMPHET ER 25 MG CAP         1.0    448.01      448.01
            1189   00115133301   G    DEXTROAMP-AMPHET ER 20 MG CAP         0.2    446.01       89.60
            1190   54092038901   B    ADDERALL XR 25 MG CAPSULE             1.0    605.52      605.53
            1191   00115133301   G    DEXTROAMP-AMPHET ER 30 MG CAP         0.1    418.01       44.80
            1192   54092038901   B    ADDERALL XR 25 MG CAPSULE             0.3    605.52      181.66
            1193   54092039101   B    ADDERALL XR 30 MG CAPSULE             0.1    605.52       60.55
            1194   00555097102   G    AMPHETAMINE SALTS 5 MG TAB            0.2     15.22        3.04
            1195   64720013010   G    AMPHETAMINE SALTS 5 MG TAB            0.8     52.35       41.88
            1196   C0409653201   G    OXYCODONE-APAP 5-500 MG CAP           1.0      8.75        8.75
            1197   64720013610   G    AMPHETAMINE SALTS 30 MG TAB           0.3     42.35       12.71
            1198   64720013610   G    AMPHETAMINE SALTS 30 MG TAB           1.0     42.35       42.35
            1199   00406324901   G    HYDROMORPHONE 8 MG TABLET             0.5     58.01       29.01
            1200   00555097202   G    AMPHETAMINE SALTS 10 MG TAB           1.0      5.22        5.22
```

WVBOP_FEDWV_00016573

DEF-WV-01989.00047

```
RITE AID TRANSFER BRAND - 968              +-------------------------+                        Page : 1
Printed: 01/20/2016 03:09                  |   INVENTORY EDIT LIST   |           Inventory Date 01/20/2016
                                           +-------------------------+              Report Date 01/20/2016

Tag Range: RX
```

| Tag /Shelf | Rec # | i | Sku | nof | Cat | Description | Qty | Price | EXTPRICE |
|---|---|---|---|---|---|---|---|---|---|
| 0219/01 | 1201 | | 64720013210 | | G | AMPHETAMINE SALTS 10 MG TAB | 3.0 | 42.35 | 127.05 |
| | 1202 | | 00406524301 | | C | HYDROMORPHONE 2 MG TABLET | 4.0 | 9.83 | 39.40 |
| | 1203 | | 00054457025 | | G | METHADONE HCL 5 MG TABLET | 4.0 | 5.67 | 22.68 |
| | 1204 | | 00054023525 | | B | MORPHINE SULFATE IR 15 MG TAB | 0.3 | 5.30 | 1.59 |
| | 1205 | | 00054449425 | | G | LEVORPHANOL 2 MG TABLET | 0.4 | 94.25 | 37.70 |
| | 1206 | | 00054023625 | | G | MORPHINE SULFATE IR 30 MG TAB | 0.6 | 7.75 | 4.65 |
| | 1207 | | 00406833001 | | G | MORPHINE SULF ER 30 MG TABLET | 0.9 | 30.76 | 27.68 |
| | 1208 | | 60951365270 | | G | MORPHINE SULF ER 15 MG TABLET | 0.1 | 21.85 | 2.19 |
| | 1209 | | 17314585002 | | B | CONCERTA 18 MG TABLET SA | 1.0 | 419.14 | 419.14 |
| | 1210 | | 17314585302 | | B | CONCERTA 27 MG TABLET SA | 1.0 | 429.64 | 429.64 |
| | 1211 | | 50458058601 | | B | CONCERTA ER 36 MG TABLET | 1.0 | 443.16 | 443.16 |
| | 1212 | | 00555095402 | | G | D-AMPHETAMINE ER 5 MG CAPSULE | 1.0 | 148.46 | 148.46 |
| | 1213 | | 50458058701 | | B | CONCERTA ER 54 MG TABLET | 0.3 | 482.22 | 144.67 |
| | 1214 | | 50458058601 | | B | CONCERTA ER 36 MG TABLET | 0.2 | 443.16 | 88.63 |
| | 1215 | | 00078043005 | | B | FOCALIN XR 5 MG CAPSULE | 0.7 | 416.34 | 291.44 |
| | 1216 | | 00078043205 | | B | FOCALIN XR 20 MG CAPSULE | 0.7 | 434.36 | 304.05 |
| | 1217 | | 00078043105 | | B | FOCALIN XR 10 MG CAPSULE | 0.5 | 422.35 | 211.18 |
| | 1218 | | 00555036102 | | G | MEPERIDINE 50 MG TABLET | 1.0 | 28.95 | 28.95 |
| | 1219 | | 63857032511 | | B | KADIAN ER 30 MG CAPSULE | 1.2 | 445.50 | 534.60 |
| | 1220 | | 00078049305 | | B | FOCALIN XR 15 MG CAPSULE | 0.7 | 434.36 | 304.05 |
| | 1221 | | 00555095602 | | G | D-AMPHETAMINE ER 15 MG CAPSULE | 0.6 | 212.80 | 127.68 |
| | 1222 | | 63857041211 | | B | KADIAN 90 MG CAPSULE SR | 0.8 | 1,188.61 | 950.89 |
| | 1223 | | 00054023625 | | B | MORPHINE SULFATE IR 30 MG TAB | 3.0 | 7.75 | 23.25 |
| | 1224 | | 00406537101 | | G | METHADONE HCL 10 MG TABLET | 0.1 | 6.40 | 0.64 |
| | 1225 | | 00093527601 | | G | DEXMETHYLPHENIDATE 5 MG TAB | 0.7 | 64.38 | 45.07 |
| | 1226 | | 00406052201 | | G | OXYCODONE-APAP 7.5-325 MG TAB | 0.1 | 33.20 | 3.32 |
| | 1227 | | 00406527701 | | G | DEXMETHYLPHENIDATE 10 MG TAB | 1.0 | 92.57 | 92.57 |
| | 1228 | | 00406838001 | | G | MORPHINE SULF ER 60 MG TABLET | 0.1 | 51.61 | 5.16 |
| | 1229 | | 63481061770 | | B | OPANA ER 20 MG TABLET | 0.8 | 536.54 | 429.23 |
| | 1230 | | 63481057170 | | B | OPANA ER 30 MG TABLET | 0.1 | 772.28 | 77.23 |
| | 1231 | | 63481067470 | | B | OPANA ER 10 MG TABLET | 0.8 | 302.52 | 242.02 |
| | 1232 | | 59011083010 | | B | OXYCONTIN 30 MG TABLET | 0.1 | 464.20 | 46.42 |
| | 1233 | | 59011010310 | | B | OXYCONTIN 20 MG TABLET | 0.8 | 327.97 | 262.38 |
| | 1234 | | 63481057170 | | B | OPANA ER 30 MG TABLET | 1.0 | 747.04 | 747.04 |
| | 1235 | | 58177004104 | | G | OXYCODONE HCL 5 MG CAPSULE | 0.5 | 14.05 | 7.03 |
| | 1236 | | 50458082004 | | E | NUCYNTA 50 MG TABLET | 1.0 | 171.70 | 171.70 |
| | 1237 | | 50458083004 | | B | NUCYNTA 75 MG TABLET | 1.0 | 200.99 | 200.99 |
| | 1238 | | 00406052201 | | G | OXYCODONE-APAP 7.5-325 MG TAB | 1.0 | 29.36 | 29.36 |
| | 1239 | | 60951351301 | | C | MORPHINE SULF ER 60 MG TABLET | 0.1 | 51.58 | 5.16 |
| | 1240 | | 63481061370 | | B | OPANA 10 MG TABLET | 6.0 | 550.26 | 3,301.56 |
| | 1241 | | 59011010510 | | B | OXYCONTIN 40 MG TABLET | 0.3 | 581.92 | 174.58 |
| | 1242 | | 00406055401 | | G | OXYCODONE HCL 5 MG CAPSULE | 0.6 | 14.05 | 9.42 |
| | 1243 | | 00406055401 | | G | OXYCODONE HCL 5 MG CAPSULE | 1.0 | 14.05 | 14.05 |
| | 1244 | | 60951070070 | | G | ENDOCET 7.5-325 MG TABLET | 0.1 | 34.43 | 3.44 |
| | 1245 | | 60951079670 | | G | ENDOCET 7.5-500 MG TABLET | 0.2 | 34.54 | 6.91 |
| | 1246 | | 63481062770 | | B | PERCOCET 2.5-325 MG TABLET | 0.7 | 218.6. | 153.03 |
| | 1247 | | 00078037005 | | B | RITALIN LA 20 MG CAPSULE | 0.2 | 364.17 | 72.83 |

Confidential

WVBOP_FEDWV_00016574

DEF-WV-01989.00048

```
RITE AID TRANSFER BRAND - 968                    *--------------------------              Page : 3
Printed: 01/20/2010 03:08                    :   INVENTORY EDIT LIST                Inventory Date 01/20/2010
                                                 *--------------------------              Report Date 01/20/2010

Tag Range: RX


Tag /Shelf Rec #   .       Sku        nof Cat        Description              Qty       Price      EXTPRICE
=====/=====  ======  #  ============= === ===  ============================  ======  ==========  =========
001970:    1248     00781574801      G   METHYLPHENIDATE 5 MG TABLET         0.2       6.93       1.39
           1249     00406058201      G   OXYCODONE W/APAP 7.5/500 TAB        3.0      33.20      99.60
           1250     00781574901      G   METHYLPHENIDATE 10 MG TABLET        0.9      10.01       9.01
           1251     60951079670      G   ENDOCET 7.5-500 MG TABLET           2.0      34.06      68.12
           1252     00406055201      G   OXYCODONE HCL 5 MG TABLET           0.3      12.42       3.73
           1253     60951079770      G   ENDOCET 10-650 MG TABLET            0.3      40.55      12.17
           1254     00078037005      B   RITALIN LA 20 MG CAPSULE            1.0     364.17     364.17
           1255     00781575401      G   METHYLPHENIDATE 5 MG TABLET         1.0      25.41      25.41
           1256     00591588201      G   METHYLPHENIDATE 5 MG TABLET         1.0       6.47       6.47
           1257     00591588401      G   METHYLPHENIDATE 20 MG TABLET        0.8      14.29      11.43
           1258     00406851501      G   OXYCODONE HCL 15 MG TABLET          0.2      25.78       5.16
           1259     66479058210      B   ROXICODONE 15 MG TABLET             0.4     113.53      45.41
           1260     66479058210      B   ROXICODONE 30 MG TABLET             0.1     222.77      22.28
           1261     00078037540      G   METHYLPHENIDATE SR 20 MG TAB        1.8      25.41      45.74
           1262     00791574901      G   METHYLPHENIDATE 10 MG TABLET        1.0      10.01      10.01
           1263     00406055201      G   OXYCODONE HCL 5 MG TABLET           1.0      12.42      12.42
           1264     00555065602      G   OXYCODONE-APAP 5-500 MG CAP         0.2       8.70       1.74
           1265     59417010710      B   VYVANSE 70 MG CAPSULE               0.4     422.34     168.94
           1266     66479058010      B   ROXICODONE 5 MG TABLET              0.1      43.52       4.35
           1267     00078037105      B   RITALIN LA 30 MG CAPSULE            0.3     372.46     111.74
           1268     59417010710      B   VYVANSE 70 MG CAPSULE               1.0     422.34     422.34
           1269     58177044504      C   OXYCODONE HCL 15 MG TABLET          0.1      25.78       2.58
           1270     59417010410      B   VYVANSE 40 MG CAPSULE               0.8     422.34     337.87
           1271     59417010210      B   VYVANSE 20 MG CAPSULE               1.0     422.34     422.34
           1272     00406053201      G   OXYCODONE-APAP 5-500 MG CAP         0.1       6.72       0.67
           1273     00406833001      G   OXYCODONE HCL 30 MG TABLET          0.3      36.40      10.92
           1274     59417010310      B   VYVANSE 30 MG CAPSULE               0.5     422.34     211.17


          Times Printed = 1 Total Tag Lines = 121  Qty = 135.1  EXTPRICE = 21868.37   Term = N0831 Emp 44R016
```

Confidential

DEF-WV-01989.00049

**See Reverse of PURCHASER'S Copy for Instructions** — No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04).

**OMB APPROVAL No. 1117-0010**

Name of Supplier: Medical Associates Pharmacy #3
STREET ADDRESS: Chateau Lane
and STATE: Barboursville WV
DATE: 1-20-10

TO BE FILLED IN BY SUPPLIER
SUPPLIERS DEA REGISTRATION No.: BM6647739

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 1 | | Belladonna + Opium 16.2/60g | 00574704 0126 | 1 | 1-20-10 |
| 1 | 30 | Methadone Intensol 10mg/ml | 0005435 5344 | 1 | 1-20-10 |
| 1 | 30 | Oxycodone 20mg/ml Concentrate Sln | 0040685 5830 | 1 | 1-20-10 |
| 8 | 10 | Morphine 10mg/ml CARPUJECT | 0040912 6130 | 8 | 1-20-10 |
| 3 | 1 | Morphine 10/ml CARPUJECT | 0040912 6130 | 3 | 1-20-10 |
| 2 | 10 | Morphine 8mg/ml CARPUJECT | 0040912 6069 | 2 | 1-20-10 |
| 6 | 1 | Morphine 8mg/ml CARPUJECT | 0040912 6069 | 6 | 1-20-10 |
| 9 | 1 | Hydromorphone 1mg/ml CARPUJECT | 0040912 8331 | 9 | 1-20-10 |
| 2 | 10 | Hydromorphone 2mg/ml CARPUJECT | 0040912 8331 | 2 | 1-20-10 |
| 8 | 1 | Hydromorphone 4mg/ml CARPUJECT | 0040911 3043 | 8 | 1-20-10 |

LAST LINE COMPLETED: 10   **(MUST BE 10 OR LESS)**
SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

Date: 12/09/2009   DEA Registration No.: AR6070178
Name and Address of Registrant:
RITE AID OF WEST VIRGINIA INC
RITE AID PHARMACY #768
6401 U.S. RT 60
BARBOURSVILLE, WV 25504-0000-000

Schedules: 2, 2N, 3, 3N, 4, 5
No. of this Order Form: 096601112
CHAIN PHARMACY

**U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II**
DRUG ENFORCEMENT ADMINISTRATION
DEA Copy 2

---

**See Reverse of PURCHASER'S Copy for Instructions** — No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04).

**OMB APPROVAL No. 1117-0010**

Name of Supplier: Medical Associates Pharmacy
STREET ADDRESS: 3 Chateau Lane
and STATE: Barboursville W V
DATE: 01-20-10

TO BE FILLED IN BY SUPPLIER
SUPPLIERS DEA REGISTRATION No.: BM6647739

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 1 | 20 | Amphetamine Salts - 5mg Tab | 0055509 7102 | 1 | 01-20-10 |
| 1 | 80 | Amphetamine Salts - 5mg Tab | 6472001 3010 | 1 | 01-20-10 |
| 1 | 100 | Amphetamine Salts - 5mg Tab | 6472001 3010 | 1 | 01-20-10 |
| 1 | 20 | Amphetamine Salts - 10mg Tab | 0055509 7202 | 1 | 01-20-10 |
| 3 | 100 | Amphetamine Salts - 10mg Tab | 0055509 7202 | 3 | 01-20-10 |
| 3 | 100 | Amphetamine Salts - 10mg Tab | 6472001 3010 | 3 | 01-20-10 |
| 1 | 60 | Amphetamine Salts - 15mg Tab | 0055507 7702 | 1 | 01-20-10 |
| 1 | 100 | Amphetamine Salts - 15mg Tab | 0055507 7702 | 1 | 01-20-10 |
| 1 | 65 | Amphetamine Salts - 20mg Tab | 6472001 3510 | 1 | 01-20-10 |
| 1 | 0.75 | Amphetamine Salts - 20mg Tab | 0055509 7302 | 1 | 01-20-10 |

LAST LINE COMPLETED: 10   **(MUST BE 10 OR LESS)**
SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

Date: 12/09/2009   DEA Registration No.: AR6070178
Name and Address of Registrant:
RITE AID OF WEST VIRGINIA INC
RITE AID PHARMACY #768
6401 U.S. RT 60
BARBOURSVILLE, WV 25504-0000-000

Schedules: 2, 2N, 3, 3N, 4, 5
No. of this Order Form: 096601111

See Reverse of PURCHASER'S
Copy for Instructions

No order form may be issued for Schedule I and II substances unless a
completed application form has been received. (21 CFR 1305.04).

**OMB APPROVAL
No. 1117-0010**

Name of Supplier:

NAME STATE — Medican Assoc. Pharmacy

STREET ADDRESS — 3 Chateau LN

Barboursville  WV        DATE  1-20-10

TO BE FILLED IN BY PURCHASER

TO BE FILLED IN BY SUPPLIER

SUPPLIERS DEA REGISTRATION No. — Bm 664 7739

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 1 | 30 | Oxycodone 30g | 0 0 4 0 6 8 5 3 0 0 1 | 1 | 1.20.10 |
| 1 | 8 | Oxycodon /APAP 5/500 CAPS | 0 0 4 0 6 0 5 3 2 0 1 | 1 | 1.20.10 |
| 1 | 100 | Oxycodone /APAP 5/500 CAPS | 0 0 4 0 6 0 5 3 2 0 1 | 1 | 1.20.10 |
| 1 | 22 | Oxycodone /APAP 5/500 CAPS | 0 0 5 5 0 6 5 8 9 2 | 1 | 1.20.10 |
| 1 | 100 | Vyvance 20g | 5 9 4 1 7 0 1 0 2 1 0 | 1 | 1.20.10 |
| 1 | 52 | Vyvance 30g | 5 9 4 1 7 0 1 0 3 1 0 | 1 | 1.20.10 |
| 1 | 80 | Vyvance 40g | 5 9 4 1 7 0 1 0 4 1 0 | 1 | 1.20.10 |
| 1 | 45 | Vyvance 50g | 5 9 4 1 7 0 1 0 7 1 0 | 1 | 1.20.10 |
| 1 | 100 | Vyvance 70g | 5 9 4 1 7 0 1 0 7 1 0 | 1 | 1.20.10 |

9  8  LAST LINE COMPLETED   **(MUST BE 10 OR LESS)**

SIGNATURE OF PURCHASER
OR ATTORNEY OR AGENT

DATE  12/09/2009

DEA Registration No.  AR5070178

Name and Address of Registrant

RITE AID OF WEST VIRGINIA INC
RITE AID PHARMACY #968
6401 U.S. RT 60
BARBOURSVILLE, WV  25504-0000-000

SCHEDULES

No. of this Order Form  096601116

CHAIN PHARMACY

DEA Form 222
(Oct. 1995)

**U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II**
DRUG ENFORCEMENT ADMINISTRATION
DEA Copy 2

Confidential

WVBOP_FEDWV_00016577

DEF-WV-01989.00051

See Reverse of PURCHASER'S Copy for Instructions | No order form may be issued for Schedule I and II substances unless a completed application form has been received, (21 CFR 1305.04). | OMB APPROVAL No. 1117-0010

(Name of Supplier): Medical Associates Pharmacy
STREET ADDRESS: 3 Chateau LN
CITY and STATE: Barboursville WV
DATE: 1-20-10

TO BE FILLED IN BY SUPPLIER
SUPPLIERS DEA REGISTRATION No. Bm6647739

TO BE FILLED IN BY PURCHASER

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 2 | 100 | Endocet 7.5/500 | 60951079670 | 2 | 1-20-10 |
| 1 | 32 | Endocet 10g/650 | 60951079170 | 1 | 1-20-10 |
| 3 | 100 | Oxycodone/APAP 7.5g/500g | 00406058201 | 3 | 1-20-10 |
| 1 | 100 | Methylphenidate 10g | 00781574901 | 1 | 1-20-10 |
| 1 | 90 | Methylphenidate 10g | 00781574901 | 1 | 1-20-10 |
| 1 | 80 | Methylphenidate 20g | 00591588401 | 1 | 1-20-10 |
| 1 | 24 | Methylphenidate 5g | 00781574801 | 1 | 1-20-10 |
| 1 | 100 | Methylphenidate 5g | 00591588201 | 1 | 1-20-10 |
| 1 | 19 | Ritalin LA 20g | 00078037005 | 1 | 1-20-10 |
| 1 | 100 | Ritalin LA 20g | 00078037005 | 1 | 1-20-10 |

10 LAST LINE COMPLETED (MUST BE 10 OR LESS) | SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

Date Issued: 12/09/2007
DEA Registration No.: AR6070178
Schedules: 2, 2N, 3, 3N, 4, 5,
Registered as a: CHAIN PHARMACY
No. of this Order Form: 096601114

Name and Address of Registrant:
RITE AID OF WEST VIRGINIA INC
RITE AID PHARMACY 3968
6401 U.S. RT 60
BARBOURSVILLE, WV 25504-0000-000

DEA Form-222 (2008)

**U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II**
DRUG ENFORCEMENT ADMINISTRATION
DEA Copy 2

See Reverse of PURCHASER'S Copy for Instructions | No order form may be issued for Schedule I and II substances unless a completed application form has been received, (21 CFR 1305.04). | OMB APPROVAL No. 1117-0010

(Name of Supplier): MEDICAL ASSOCIATE PHARMACY
STREET ADDRESS: 3 Chateau LN
CITY and STATE: Barboursville WV
DATE: 1-20-10

TO BE FILLED IN BY SUPPLIER
SUPPLIERS DEA REGISTRATION No. Bm6647739

TO BE FILLED IN BY PURCHASER

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 1 | 100 | Oxycodone 5g TABS | 00406055201 | 1 | 1-20-10 |
| 1 | 32 | Oxycodone 5g TABS | 00406055201 | 1 | 1-20-10 |
| 1 | 2 | Roxicodone 5g TABS | 66479058010 | 1 | 1-20-10 |
| 1 | 100 | Methylphenidate SR 20g | 00781575401 | 1 | 1-20-10 |
| 1 | 180 | Methylphenidate SR 20g | 00781575401 | 1 | 1-20-10 |
| 1 | 30 | Ritalin LA 30g | 00078037105 | 1 | 1-20-10 |
| 1 | 45 | Roxicodone 15g | 66479058110 | 1 | 1-20-10 |
| 1 | 26 | Oxycodone 15g TABS | 00406851501 | 1 | 1-20-10 |
| 1 | 5 | Oxycodone 15g TABS | 58177044504 | 1 | 1-20-10 |
| 1 | 11 | Roxicodone 30g | 66479055110 | 1 | 1-20-10 |

10 LAST LINE COMPLETED (MUST BE 10 OR LESS) | SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

Date Issued: 12/09/2007
DEA Registration No.: AR6070178
Schedules: 2, 2N, 3, 3N, 4, 5,
Registered as a:
No. of this Order Form: 096601115

Name and Address of Registrant:
RITE AID OF WEST VIRGINIA INC
RITE AID PHARMACY #968
6401 U.S. RT 60
BARBOURSVILLE, WV 25504-0000-000

See Reverse of PURCHASER'S Copy for Instructions

No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04)

OMB APPROVAL No. 1117-0010

| Name of Supplier | | STREET ADDRESS | | | |
|---|---|---|---|---|---|
| Medical Associate Pharmacy | | 3 Chateau Ln | | | |
| and STATE | DATE | TO BE FILLED IN BY SUPPLIER | | | |
| Barboursville WV | 1.20.10 | SUPPLIERS DEA REGISTRATION No. BM6647739 | | | |

TO BE FILLED IN BY PURCHASER

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 1 | 13 | Morphine ER 60mg | 0 0 5 9 1 3 5 1 3 0 1 | 1 | 1-20-10 |
| 1 | 100 | Nucynta 50mg | 5 0 4 5 8 0 8 2 0 0 4 | 1 | 1-20-10 |
| 1 | 100 | Nucynta 75mg | 5 0 4 5 8 0 8 3 0 0 4 | 1 | 1-20-10 |
| 6 | 100 | Opana 10mg | 6 3 4 8 1 0 6 1 3 7 0 | 6 | 1-20-10 |
| 1 | 80 | Opana ER 10mg | 6 3 4 8 1 0 6 7 4 7 0 | 1 | 1-20-10 |
| 1 | 84 | Opana ER 20mg | 6 3 4 8 1 0 6 1 7 7 0 | 1 | 1-20-10 |
| 1 | 10 | Opana ER 30mg | 4 3 4 8 1 0 5 7 1 7 0 | 1 | 1-20-10 |
| 1 | 100 | Opana ER 30mg | 4 3 4 8 1 0 5 7 1 7 0 | 1 | 1-20-10 |
| 1 | 77 | OxyContin 20mg | 5 9 0 1 1 0 3 0 3 1 0 | 1 | 1-20-10 |
| 1 | 9 | OxyContin 30mg | 5 9 0 1 1 0 8 3 0 1 0 | 1 | 1-20-10 |

10 ◄ LAST LINE COMPLETED   (MUST BE 10 OR LESS)

SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

| Date Issued | DEA Registration No. | Name and Address of Registrant |
|---|---|---|
| 12/09/2009 | AR6070178 | RITE AID OF WEST VIRGINIA INC RITE AID PHARMACY #968 6401 U.S. RT 60 BARBOURSVILLE, WV  25504-0000-000 |

Schedules 2, 2N, 3, 3N, 4, 5

Registered as a CHAIN PHARMACY

No. of this Order Form 078601105

DEA Form -222 (Oct. 2008)

**U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II** DRUG ENFORCEMENT ADMINISTRATION

DEA Copy 2

---

See Reverse of PURCHASER'S Copy for Instructions

No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04)

OMB APPROVAL No. 1117-0010

| Name of Supplier | | STREET ADDRESS | | | |
|---|---|---|---|---|---|
| Medical Associates Pharmacy | | 3 Chateau Ln | | | |
| and STATE | DATE | TO BE FILLED IN BY SUPPLIER | | | |
| Barboursville WV | 1.20.10 | SUPPLIERS DEA REGISTRATION No. BM6647739 | | | |

TO BE FILLED IN BY PURCHASER

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 1 | 70 | Percocet 2.5/325 | 6 3 4 8 1 0 6 3 7 7 0 | 1 | 1-20-10 |
| 1 | 0.5 | Oxycodone/APAP 5/325 | 8 0 4 0 6 0 5 1 2 0 5 | 1 | 1-20-10 |
| 1 | 51 | Oxycodone 5 CAPS | 5 8 1 7 7 0 0 4 1 0 4 | 1 | 1-20-10 |
| 1 | 14 | Endocet 7.5/325 | 6 0 9 5 1 0 7 0 0 7 0 | 1 | 1-20-10 |
| 1 | 100 | Oxycodone 5 CAPS | 0 0 4 0 6 0 5 5 4 0 1 | 1 | 1-20-10 |
| 1 | 59 | Oxycodone 5 CAPS | 0 0 4 0 6 0 5 5 4 0 1 | 1 | 1-20-10 |
| 1 | 29 | OxyContin 40mg | 5 9 0 1 1 0 1 0 5 1 0 | 1 | 1-20-10 |
| 1 | 100 | Oxycodone/APAP 7.5/325 | 0 0 4 0 6 0 5 2 2 8 1 | 1 | 1-20-10 |
| 1 | 15 | Oxycodone/APAP 7.5/325 | 0 0 4 0 6 0 5 2 2 9 1 | 1 | 1-20-10 |
| 1 | 25 | Endocet 7.5/500 | 6 0 9 5 1 0 7 7 6 7 0 | 1 | 1-20-10 |

10 ◄ LAST LINE COMPLETED   (MUST BE 10 OR LESS)

SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

| Date Issued | DEA Registration No. | Name and Address of Registrant |
|---|---|---|
| 12/09/2009 | AR6070178 | RITE AID OF WEST VIRGINIA INC RITE AID PHARMACY #968 6401 U.S. RT 60 BARBOURSVILLE, WV  25504-0000-000 |

Schedules 2, 2N, 3, 3N, 4, 5

Registered as a

No. of this Order Form

DEF-WV-01989.00053

| See Reverse of PURCHASER'S Copy for Instructions | No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305 04). | | | | OMB APPROVAL No. 1117-0010 |
|---|---|---|---|---|---|

Name of Supplier: Medical ASSOCIATES Pharmacy
STREET ADDRESS: 3 Choteau Ln
and STATE: Barboursville WV
DATE: 01-20-10
SUPPLIERS DEA REGISTRATION No.: BM6647739

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 1 | 50 | Hydramorphone 8 mg | 0 0 4 0 6 3 3 4 9 0 1 | 1 | 1-20-10 |
| 4 | 100 | Hydromorphone 2 mg | 0 0 4 0 6 3 3 4 3 0 1 | 4 | 1-20-10 |
| 1 | 70 | Focalin XR 5 g | 0 0 0 7 8 0 4 3 0 0 5 | 1 | 1-20-10 |
| 1 | 70 | Dexmethylphenidate 5 g | 0 0 0 9 3 5 3 7 6 0 1 | 1 | 1-20 p |
| 1 | 100 | Dexmethylphenidate 10 g | 0 0 0 9 3 5 3 7 7 0 1 | 1 | 1-20-10 |
| 1 | 70 | Focalin XR 20 g | 0 0 0 7 8 0 4 3 2 0 5 | 1 | 1-20-10 |
| 1 | 72 | Focalin XR 15 g | 0 0 0 7 8 0 4 9 3 0 5 | 1 | 1-20-10 |
| 1 | 50 | Focalin XR 10 g | 0 0 0 7 8 0 4 3 1 0 5 | 1 | 1-20-10 |
| 1 | 117 | KADIAN 30 g | 6 3 8 5 7 0 3 2 5 1 1 | 1 | 1-20-10 |
| 1 | 76 | KADIAN 80 g | 6 3 8 5 7 0 4 1 2 1 1 | 1 | 1-20-10 |

10 LAST LINE COMPLETED (MUST BE 10 OR LESS)
SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

Date Issued: 12/09/2009
DEA Registration No.: AR6070178
Name and Address of Registrant: RITE AID OF WEST VIRGINIA INC
RITE AID PHARMACY #968
6401 U.S. RT 60
BARBOURSVILLE, WV  25504-0000-000

Schedules: 2, 2N, 3, 3N, 4, 5
No. of this Order Form: 095601103
CHAIN PHARMACY

Form-222

**U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II**
DRUG ENFORCEMENT ADMINISTRATION
DEA Copy 2

---

| See Reverse of PURCHASER'S Copy for Instructions | No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305 04). | | | | OMB APPROVAL No. 1117-0010 |
|---|---|---|---|---|---|

Name of Supplier: Medical ASSOCIATES Pharmacy
STREET ADDRESS: 3 Choteau Lane
and STATE: Barboursville WV
DATE: 01-20-10
SUPPLIERS DEA REGISTRATION No.: BM6647739

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 1 | 40 | Levorphanol 2 g | 0 0 0 5 4 4 9 9 4 2 5 | 1 | 1-20-10 |
| 3 | 100 | Methadone 5 g | 0 0 0 5 4 4 5 7 0 2 5 | 3 | 1-20-10 |
| 1 | 2 | Methadone 5 g | 0 0 0 5 4 4 5 7 0 2 5 | 1 | 1-20-10 |
| 1 | 4 | Methadone 10 g | 0 0 4 0 6 8 5 7 7 1 0 1 | 1 | 1-20-10 |
| 1 | 31 | Morphine 15 g | 0 0 0 5 4 0 2 3 5 2 5 | 1 | 1-20-10 |
| 3 | 100 | Morphine 30 g | 0 0 0 5 4 0 2 3 6 2 5 | 3 | 1-20-10 |
| 1 | 59 | Morphine 15 g | 0 0 0 5 4 9 9 3 6 2 5 | 1 | 1-20-10 |
| 1 | 13 | Morphine 15 g ER | 6 0 9 5 1 0 6 5 2 7 0 | 1 | 1-20-10 |
| 1 | 95 | Morphine 30 g ER | 0 0 4 0 6 8 3 3 0 0 1 | 1 | 1-20-10 |
| 1 | 12 | Morphine 60 g ER | 0 0 4 0 6 8 3 8 9 0 1 | 1 | 1-20-10 |

10 LAST LINE COMPLETED (MUST BE 10 OR LESS)
SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

Date Issued: 12/09/2009
DEA Registration No.: AR6070178
Name and Address of Registrant: RITE AID OF WEST VIRGINIA INC
RITE AID PHARMACY #968
6401 U.S. RT 60
BARBOURSVILLE, WV  25504-0000-000

Schedules: 2, 2N, 3, 3N, 4, 5
No. of this Order Form: 095601154

WVBOP_FEDWV_00016580
DEF-WV-01989.00054

See Reverse of PURCHASER'S Copy for Instructions | No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04). | OMB APPROVAL No. 1117-0010

Name of Supplier: Medical Associates Pharmacy | STREET ADDRESS #3 Chateau Ln

City and STATE: Barboursville WV | DATE: 1-20-10 | TO BE FILLED IN BY SUPPLIER

SUPPLIERS DEA REGISTRATION No. BM664 7739

TO BE FILLED IN BY PURCHASER

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 1 | 25 | Amphetamine Salts 30g | 0 0 1 8 5 0 4 0 4 0 1 | 1 | 1-20-10 |
| 1 | 28 | Amphetamine Salts 30g | 6 4 7 2 0 0 1 3 6 1 0 | 1 | 1-20-10 |
| 1 | 100 | Amphetamine Salts 30g | 6 4 7 2 0 0 1 3 6 1 0 | 1 | 1-20-10 |
| 1 | 10 | Amphetamine Salts XR 15g | 0 0 5 5 5 0 7 9 1 0 2 | 1 | 1-20-10 |
| 2 | 100 | Amphetamine Salts XR 15g | 0 0 5 5 5 0 7 9 1 0 2 | 2 | 1-20-10 |
| 1 | 41 | Adderall XR 20g | 5 4 9 9 2 0 3 8 7 0 1 | 1 | 1-20-10 |
| 1 | 25 | Amphetamine Salts XR 30g | 0 0 1 1 5 1 3 3 1 0 1 | 1 | 1-20-10 |
| 1 | 30 | Adderall XR 25g | 5 4 0 9 2 0 3 8 9 0 1 | 1 | 1-20-10 |
| 1 | 100 | Adderall XR 25g | 5 4 0 9 2 0 3 8 9 0 1 | 1 | 1-20-10 |
| 1 | 100 | Amphetamine Salts XR 25g | 0 0 5 5 5 0 7 9 3 0 2 | 1 | 1-20-10 |

10 | LAST LINE COMPLETED | (MUST BE 10 OR LESS) | SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

Date Issued: 12/09/2007 | DEA Registration No.: AR6070178 | Name and Address of Registrant: RITE AID OF WEST VIRGINIA INC. RITE AID PHARMACY #968 6401 U.S. RT 60 BARBOURSVILLE, WV 25504-0000-000

Schedules: 2, 2N, 3, 3N, 4, 5,

Registered as a: CHAIN PHARMACY | No. of this Order Form 096601101

U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II
DRUG ENFORCEMENT ADMINISTRATION
DEA Copy 2

---

See Reverse of PURCHASER'S Copy for Instructions | No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04). | OMB APPROVAL No. 1117-0010

Name of Supplier: Medical Associates Pharmacy | STREET ADDRESS #3 Chateau Ln

City and STATE: Barboursville WV | DATE: 1-20-10 | TO BE FILLED IN BY SUPPLIER

SUPPLIERS DEA REGISTRATION No. BM664 7739

TO BE FILLED IN BY PURCHASER

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 1 | 10 | Adderall XR 30g | 5 4 0 9 2 0 3 9 1 0 1 | 1 | 1-20-10 |
| 1 | 10 | Amphetamine Salts XR 15g | 0 0 1 1 5 1 3 3 1 0 1 | 1 | 1-20-10 |
| 1 | 100 | Concerta 18g | 1 7 3 1 4 5 8 5 0 0 2 | 1 | 1-20-10 |
| 1 | 100 | Concerta 27g | 1 7 3 1 4 5 8 5 3 0 2 | 1 | 1-20-10 |
| 1 | 19 | Concerta 36g | 5 0 4 5 8 0 5 8 6 0 1 | 1 | 1-20-10 |
| 1 | 30 | Concerta 54g | 5 0 4 5 8 0 5 8 7 0 1 | 1 | 1-20-10 |
| 1 | 100 | Concerta 36g | 5 0 4 5 8 0 5 8 6 0 1 | 1 | 1-20-10 |
| 1 | 100 | Meperidine 50g | 0 0 5 5 5 0 3 8 1 0 2 | 1 | 1-20-10 |
| 1 | 100 | Dextroamphetamine XR CAPS 5g | 0 0 5 5 5 0 9 4 5 0 2 | 1 | 1-20-10 |
| 1 | 59 | Dextroamphetamine XR CAPS 15g | 0 0 5 5 5 0 9 4 6 0 2 | 1 | 1-20-10 |

10 | LAST LINE COMPLETED | (MUST BE 10 OR LESS) | SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT

Date Issued: 12/09/2007 | DEA Registration No.: AR6070178 | Name and Address of Registrant: RITE AID OF WEST VIRGINIA INC RITE AID PHARMACY #968 6401 U.S. RT 60 BARBOURSVILLE, WV 25504-0000-000

Schedules: 2, 2N, 3, 3N, 4, 5,

No. of this Order Form

Confidential

WVBOP_FEDWV_00016581

DEF-WV-01989.00055

**Form 1 (top)**

See Reverse of PURCHASER'S Copy for Instructions — No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04) — OMB APPROVAL No. 1117-0010

Name of Supplier: Medical Associates Pharmacy
Street Address: #3 Chateau Ln
City and State: Barboursville WV
Date: 1-20-10
SUPPLIERS DEA REGISTRATION No.: BM6647739

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 5 | 10 | Hydromorphone 4 w/10 Carpuject | 0040913043 1 | 5 | 1-20-10 |
| 2 | 5 | Duragesic 75mg/hr | 50458003505 | 2 | 1-20-10 |
| 9 | 5 | Duragesic 50mg/hr | 50458003405 | 9 | 1-20-10 |
| 1 | 25 | Morphine Sulfate USP Powder | 0040615315 | 1 | 1-20-10 |
| 1 | 23.2 | Morphine Sulfate USP Powder | 0040615315 5 | 1 | 1-20-10 |
| 4 | 5 | Fentanyl 12mg/hr | 0037891 1998 | 4 | 1-20-10 |
| 2 | 1 | Fentanyl 25mg/hr | 677670 12008 | 2 | 1-20-10 |
| 2 | 5 | Fentanyl 25mg/hr | 67767010018 | 2 | 1-20-10 |
| 1 | 5 | Fentanyl 75mg/hr | 0037891 2398 | 1 | 1-20-10 |
| 1 | 5 | Fentanyl 75mg/hr | 0081711355 | 1 | 1-20-10 |

LAST LINE COMPLETED: 10 (MUST BE 10 OR LESS)

Date Issued: 12/09/2009  DEA Registration No.: AR6070178
Schedules: 2, 2N, 3, 3N, 4, 5
Registered as a: CHAIN PHARMACY
No. of this Order Form: 076601089

Name and Address of Registrant:
RITE AID OF WEST VIRGINIA INC
RITE AID PHARMACY #9568
6401 U.S. RT 60
BARBOURSVILLE, WV 25504-0000-000

U.S. OFFICIAL ORDER FORMS - SCHEDULES I & II
DRUG ENFORCEMENT ADMINISTRATION

**Form 2 (bottom)**

See Reverse of PURCHASER'S Copy for Instructions — No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04) — OMB APPROVAL No. 1117-0010

Name of Supplier: Medical Associates Pharmacy
Street Address: J Chateau Ln
City and State: Barboursville WV
Date: 1-20-10
SUPPLIERS DEA REGISTRATION No.: BM6647739

| No. of Packages | Size of Package | Name of Item | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|
| 4 | 1 | Fentanyl 50mg/hr | 0037891 2398 | 4 | 1-20-10 |
| 4 | 1 | Fentanyl 50mg/hr | 0059113212 72 | 4 | 1-20-10 |
| 1 | 5 | Fentanyl 75mg/hr | 0059113213 72 | 1 | 1-20-10 |
| 2 | 5 | Fentanyl 75mg/hr | 677670 12218 | 2 | 1-20-10 |
| 3 | 1 | Fentanyl 75mg/hr | 0081711355 | 3 | 1-20-10 |
| 1 | 1 | Fentanyl 100mg/hr | 0081711455 | 1 | 1-20-10 |
| 1 | 100 | Adderall XR 15mg | 54092938501 | 1 | 1-20-10 |
| 1 | 100 | Amphetamine Salts XR 10mg | 00555078702 | 1 | 1-20-10 |
| 1 | 70 | Amphetamine Salts XR 10mg | 00555078702 | 1 | 1-20-10 |

LAST LINE COMPLETED: 10 (MUST BE 10 OR LESS)

Date Issued: 12/09/2009  DEA Registration No.: AR6070178
Schedules: 2, 2N, 3, 3N, 4, 5
No. of this Order Form: 076601100

Name and Address of Registrant:
RITE AID OF WEST VIRGINIA INC
RITE AID PHARMACY #9568
6401 U.S. RT 60
BARBOURSVILLE, WV 25504-0000-000

Confidential
DEF-WV-01989.00056

Entered and Mailed 9/15/10

# REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.

Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of the report.

**OMB APPROVAL No. 1117-0001**

| 1. Name and Address of Registrant (Include ZIP Code) | ZIP CODE | 2. Phone No. (Include Area Code) |
|---|---|---|

Rite Aid # 968

6401 US Rt 60 Barbousville WV

ZIP CODE: 2 5 5 0 4

304-736-2877

| 3. DEA Registration Number | 4. Date of Theft or Loss | 5. Principal Business of Registrant (Check one) |
|---|---|---|

2 ltr. prefix: A R        7 digit suffix: 6 0 7 0 1 7 8

4. Date of Theft or Loss: 9/8/10

5. Principal Business of Registrant (Check one)
1 ☒ Pharmacy      5 ☐ Distributor
2 ☐ Practitioner    6 ☐ Methadone Program
3 ☐ Manufacturer   7 ☐ Other (Specify)
4 ☐ Hospital/Clinic

| 6. County in which Registrant is Located | 7. Was theft reported to Police? | 8. Name and Telephone Number of Police Department (Include Area Code) |
|---|---|---|

6. Cabell

7. ☐ Yes  ☒ No

8. Barbousville Police Dept
304-736-5203

9. Number of Thefts or Losses Registrant has Experienced in the Past 24 Months: 2

10. Type of Theft or Loss (Check one and complete items below as appropriate)
1 ☐ Night Break-in    3 ☐ Employee Pilferage
2 ☐ Armed Robbery    4 ☐ Customer Theft
Prescription dispensed twice
☒ Other (Explain)
☐ Lost in transit (Complete item 14)

11. If Armed Robbery, was Anyone:
Killed? ☐ No  ☐ Yes (How many)
Injured? ☐ No  ☐ Yes (How many)

12. Purchase Value to Registrant of controlled substances taken?
$ 81.64

13. Were any pharmaceuticals or merchandise taken?
☒ No  ☐ Yes (Est. Value)
$

## 14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING:

| A. Name of Common Carrier | B. Name of Consignee | C. Consignee's DEA Registration Number |
|---|---|---|
| | | |

| D. Was the carton received by the customer? | E. If received, did it appear to be tampered with? | F. Have you experienced losses in transit from this same carrier in the past? |
|---|---|---|
| ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ No  ☐ Yes (How Many) |

15. What identifying marks, symbols, or price codes were on the labels of these containers that would assist in identifying the products?

16. If Official Controlled Substance Order Forms (DEA-222) were stolen, give numbers.

17. What security measures have been taken to prevent future thefts or losses?

Policy and procedures of checking out prescriptions have been reviewed with staff

### PRIVACY ACT INFORMATION

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (PL 91-513).
PURPOSE: Report theft or loss of Controlled Substances.
ROUTINE USES: The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosure of information from this system are made to the following categories of users for the purposes stated:
A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
EFFECT: Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act.

In accordance with the Paperwork Reduction Act of 1995, no person is required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this collection of information is 1117-0001. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

FORM DEA-100 (October 28, 2008) Previous edition is obsolete

CONTINUE ON REVERSE

FORM DEA-106 (October 2006) Pg. 2

## LIST OF CONTROLLED SUBSTANCES LOST

| | Trade Name of Substance or Preparation | NDC Number | Name of Controlled Substance in Preparation | Dosage Strength | Dosage Form | Total Quantity Lost or Stolen Express Quantity in Dosage Units or Milliliters for Liquids |
|---|---|---|---|---|---|---|
| Examples | Diazoyn | 00074-3777-01 | Methamphetamine Hydrochloride | 5 mg | Tablets | 200 |
| | Darvasd | 00406-1117-33 | Meperidine Hydrochloride | 50 mg/ml | 180 ml | 150 ml |
| | Robitussin A-C | 00031-8674-25 | Codeine Phosphate | 2 mg/ml | Liquid | 5678 ml |
| 1 | Percocet | 00148-0522-01 | Oxycodone | 7.5 y | tab | 6.0 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief.

Sign and Print Name _____ by McLeskey       Title _____ Pharmacy  Det..d Marger       Date _____ 9/8/1.

Confidential



*entered and mailed 6-29-10.*

# REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.

Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

**OMB APPROVAL No. 1117-0001**

**1. Name and Address of Registrant (Include ZIP Code)**
Rite Aid #968
6401 US Rt 60
Barboursville   WV

**ZIP CODE** 2 3 5 0 4

**2. Phone No. (Include Area Code)**
304-736-2837

**3. DEA Registration Number**
2 ltr. prefix: AR   7 digit suffix: 6 0 7 0 1 7 8

**4. Date of Theft or Loss**
1 | 20 | 10

**5. Principal Business of Registrant (Check one)**
1 ☐ Pharmacy
2 ☐ Practitioner
3 ☐ Manufacturer
4 ☐ Hospital/Clinic
5 ☐ Distributor
6 ☐ Methadone Program
7 ☐ Other (Specify)

**6. County in which Registrant is Located**
Cabell

**7. Was theft reported to Police?**
☑ Yes   ☐ No

**8. Name and Telephone Number of Police Department (Include Area Code)**
Ashland ( Boyd Co)   606-375-0765
5975  St Rd US 60
Ashland Ky  41102   Detective Marriol   Vandoll

**9. Number of Thefts or Losses Registrant has Experienced in the Past 24 Months**
1

**10. Type of Theft or Loss (Check one and complete items below as appropriate)**
1 ☐ Night Break-in
2 ☐ Armed Robbery
3 ☐ Employee Pilferage
4 ☐ Customer Theft
5 ☑ Other (Explain)  Theft
6 ☐ Lost in transit (Complete item 14)

**11. If Armed Robbery, was Anyone:**
Killed? ☐ No  ☐ Yes (How many)
Injured? ☐ No  ☐ Yes (How many)

**12. Purchase value of controlled substance taken?**
$ 275.24

**13. Were any pharmaceuticals or merchandise taken?**
☑ No   ☐ Yes (Est. Value)  $

**14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING:**

**A. Name of Common Carrier**

**B. Name of Consignee**

**C. Consignee's DEA Registration Number**

**D. Was the carton received by the customer?**
☐ Yes   ☐ No

**E. If received, did it appear to be tampered with?**
☐ Yes   ☐ No

**F. Have you experienced losses in transit from this same carrier in the past?**
☐ No   ☐ Yes (How Many)

**15. What identifying marks, symbols, or price codes were on the labels of these containers that would assist in identifying the products?**

**16. If Official Controlled Substance Order Forms (DEA-222) were stolen, give numbers.**

**17. What security measures have been taken to prevent future thefts or losses?**
Loss due to theft by inventory company associate Dana Goodfellow. She has admitted theft and has been turned over to the police. A full audit has been completed. Policies and procedures for the security of controlled substances has been reviewed

---

**PRIVACY ACT INFORMATION**

**AUTHORITY:** Section 301 of the Controlled Substances Act of 1970 (PL 91-513).
**PURPOSE:** Report theft or loss of Controlled Substances.
**ROUTINE USES:** The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosure of information from this system are made to the following categories of users for the purposes stated:
A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
**EFFECT:** Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act.

In accordance with the Paperwork Reduction Act of 1995, no person is required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this collection of information is 1117-0001. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

FORM DEA-106 (October 26, 2008) Previous edition is obsolete

**CONTINUE ON REVERSE**

Confidential

DEF-WV-01989.00059

WVBOP_FEDWV_00016585

FORM DEA-106 (October 2006) Pg. 2

## LIST OF CONTROLLED SUBSTANCES LOST

Trade Name of Substance or Preparation

| | Trade Name of Substance or Preparation | NDC Number | Name of Controlled Substance in Preparation | Dosage Strength | Dosage Form | Total Quantity Lost or Stolen (Express Quantity in Dosage Units, or Milliliters for Liquids) |
|---|---|---|---|---|---|---|
| Examples | Darvocyn | 60074-3377-01 | Methamphetamine Hydrochloride | 5 mg | Tablets | 960 |
| | Demand | 50458-1161-30 | Meperidine Hydrochloride | 60 mg/ml | Vial | 163 ml |
| | Robitussin A-C | 50951-6674-55 | Codeine Phosphate | 2 mg/cc | Liquid | 5476 ml |
| 1. | Norco | 52746-0110-01 | hydrocodone | 1A | 1 | 200 |
| 2. | Lortab | | hydrocodone | | 1c | 200 |
| 3. | Xanex | 55712-319-01 | Alprazolam | Cv | 1ct | 100 |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |
| 18. | | | | | | |
| 19. | | | | | | |
| 20. | | | | | | |
| 21. | | | | | | |
| 22. | | | | | | |
| 23. | | | | | | |
| 24. | | | | | | |
| 25. | | | | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief.

Greg McClanahan

Sign and Print Name

Pharmacy District Manager

Title

6/1/1

Date

WVBOP_FEDWV_00016586

DEF-WV-01989.00060

11,330
79 of 102

# WEST VIRGINIA BOARD OF PHARMACY
### 232 Capitol Street
### Charleston, West Virginia 25301

**RECEIVED**
MAY 17 2010

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2010 - June 30, 2011

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:

Rite Aid Disc Phcy 968
6401 U.S. Route 60
Barboursville, WV 25504

LICENSE # MP0550577        COUNTY Cabell        DEA # AR6070178        PHONE #

2. PHARMACIST IN CHARGE  _Zachery Campbell_        RPh # RP0006366

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state? — — — Yes  (No)
b. Have you ever been convicted of a felony? — — — — — — — — — — — — — — — — — — Yes  (No)
c. Have you ever been convicted of a misdemeanor other than a traffic violation? — — — — — Yes  (No)
d. Do you ever work part time in any other pharmacy? — — — — — — — — — — — — — — Yes  (No)
  If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES. Circle All Applicable a. through e.:
a. PHARMACY - Inpatient — — — — — — — — — — — — — — — — — — — — — — — — — — $100.00
b. PHARMACY - Outpatient — — — — — — — — — — — — — — — — — — — — — — — — — ($100.00)
c. CONTROLLED SUBSTANCE PERMIT — — — — — — — — — — — — — — — — — — — — ($10.00)
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT — — — — — — — — — — — — — — $100.00
e. NUCLEAR PHARMACY — — — — — — — — — — — — — — — — — — — — — — — — — $100.00

Name of Enteral/Parenteral Pharmacist Manager — — — — — — — — — RPh #

ATTACH CHECK OR MONEY ORDER TO APPLICATION        TOTAL FEES $ 110ᵒᵒ

4. CIRCLE APPLICABLE DRUG SCHEDULE  (II    III    IV    V    NARCOTIC)
                                     II    III    IV    V    NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP    SINGLE PROPRIETOR    PARTNERSHIP    (CORPORATION)

6. NAMES OF PRINCIPLES AND TITLES: (Owner, Partners, Three Corporate Officers)

_SEE ATTACHED_

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9. _M. W. Polynski_        _V. P._        MAY 1 0 2010
   Signature of Applicant, Managing Partner or Officer        Title        Date

10. _____
    Signature of Pharmacist in Charge        RPh #        Date

Confidential

DEF-WV-01989.00061

# WEST VIRGINIA BOARD OF PHARMACY

### 232 CAPITOL ST. CHARLESTON WV 25301
## List of Employed Pharmacy Technicians & Trainees

THIS FORM IS REQUIRED BY WV LEGISLATIVE RULE 15-1-20.3.1.

| | |
|---|---|
| Rite Aid Pharmacy #968<br>6401 USRt 60 East<br>Barboursville, WV 25504 | PHONE  304-736-2837<br>BOP LICENSE # MPO550577<br>P.I.C. & Lic. Zachary Campbell Ph. RP5366 |

Pharmacy technicians employed and registration number:

Laura Brock           PT 4152

Ramona McMillian   PT 5557

Jessica Neace         PT 4450

Chad Nelson          PT 6133

Valerie Wolford      PT 5591

Pharmacy technician trainees and date employment in pharmacy began:

Tabitha Ferguson       08-21-08

Allison Fisher          09-23-09

Tech trainees must get 2080 hours within 2 years or obtain Board approval for extenuating circumstances!!!
Training period must be completed in ONLY TWO YEARS!!!

P. I. C. Signature                              09-23-09
                                                      DATE

12/14/2006

Confidential

WVBOP_FEDWV_00016588

DEF-WV-01989.00062

# WEST VIRGINIA BOARD OF PHARMACY

## 232 CAPITOL ST. CHARLESTON WV 25301    304 558-0558
### OUTPATIENT PHARMACY INSPECTION REPORT

Rite Aid Pharmacy No. 968
4401 US Route 60 East
Barboursville, W.Va. 25504

E-MAIL ADDRESS          DATE 6-12-09
PHONE 304-736-2837      FAX
DEA LICENSE # AR6070178   BOP LICENSE # MPU550577
P.I.C. Zachary G. Campbell    LICENSE # 6366
PHCY HOURS 8am-10pm M-F  9-9 Sat  9-9 Sunday

### PERSONNEL

| PERSONNEL | LIC# OR REG# | YEAR ISSUED | PERSONNEL | LIC# OR REG# | TRAINEE HOURS ACCRUED |
|---|---|---|---|---|---|
| Melody S. Dillon | 6500 | | Jessica N. Neace | PT0004450 | |
| Jeffrey Richards | 4073 | | Valerie A. Wolford | PT0005571 | |
| | | | Chad A. Nelson | PT0006133 | |
| David Eplin Intern | IN0005843 | | Jacqueline N. Lambert | PT0006123 | |
| | | | Laura C. Brock | PT0004152 | |

## AUTOMATED PHARMACY SYSTEM
1. NAME OF SYSTEM Script Pro   N/A
2. BOARD HAS BEEN NOTIFIED IN WRITING OF INSTALLATION? 15-1-20.2.11 UNKNOWN___ YES ✓ NO___

## SECURITY
3. ALARM SYSTEM TO RULES 15-1-14.7.2   YES___ NO✓
4. INCLUDES BACKUP POWER SOURCE?15-1-14.7.2.2   YES___ NO✓
5. BARRIER TO RULE INCLUDING DRIVE-IN WINDOW? 15-1-14.7(d)1 & 15-2-4   N/A___ YES___ NO✓
6. KEY & CODE PROCEDURE OK? 15-2-4.6.1   N/A___ YES___ NO✓
7. PROCEDURE FOR ABSENCE OF R.Ph. OK? 15-1-14.7.4   N/A___ YES___ NO
8. CONTROLLED SUBSTANCES DISPENSED? cII cIV cV   N/A___ YES✓ NO___
9. 20 GAUGE METAL CABINET OR DRAWER IF LOCKED? 15-2-4.8.3.1   N/A___ YES✓ cII
10. ALL LOSS OR THEFT REPORTED? 15-2-8.3.1   N/A___ YES___ NO___
11. ONLY AUTHORIZED NON-REGISTERED PERSON(S) IN Rx AREA? 15-1-18.7   N/A___ YES___ NO___
12. ONLY PHARMACISTS HAVE KEY OR CODE TO Rx AREA? 15-1-14.7.3.1   N/A___ YES ✓ NO___

## GENERICS
13. GENERIC SIGN VISIBLE TO PUBLIC? 30-5-12b(c)   YES___ NO___
14. PROPERLY MADE GENERIC SELECTIONS? 15-1-13.1   YES✓ NO___

## CONTROLLED SUBSTANCE RECORDS
15. BIENNIAL INVENTORY DATED 5-1-2009   IS CORRECT? 15-2-6.5   YES✓ NO___
16. FORMS #222 REQUIRE POWER OF ATTORNEY?   YES___ NO___
17. POWER OF ATTORNEY GRANTED ?   N/A___ YES✓ NO___
18. TO WHOM: Zachary G Campbell, Rph 6366
19. CONTROLLED SUBSTANCE INVOICES OR PACKING SLIPS SIGNED BY PHARMACIST?   15-2-8.4.2   YES✓ NO___
20. SCHEDULE V BOOK TO DATE?   N/A___ YES___ NO✓
21. COMPLETE & CORRECT?15-2-9.22   N/A___ YES✓ NO___
22. COMPLETE RETURN & DESTRUCTION RECORDS?   N/A___ YES✓ NO___
23. EMERGENCY C-II FILLED?   N/A___ YES___
24. EMERGENCY QUANTITY ONLY? 15-1-21.14(a)   N/A___ YES___ NO✓
25. SIGNED Rx WITHIN 7 DAY! 15-1-21 4(c)   N/A___ YES___ NO✓
26. PRACTITIONER PRINTED NAME? 15-2-7.6.3c   YES___ NO✓
27. INSTITUTIONAL PRACTITIONER SUFFIX # ? 15-2-7.6.3   N/A___ YES___ NO✓
28. PATIENT ADDRESS?   YES___ NO✓
29. DATE OF ISSUE? 15-2-7.5.1   YES___ NO✓
30. CORRECT PARTIAL FILLS? 15-1-21.1.3 (a) 2   N/A___ YES___ NO___
31. CONTROLLED SUBSTANCE RX'S ON SEPARATE BLANK? 15-2-7.6..1   N/A___ YES✓ NO___
32. ARE REQUIRED PSEUDOEPHEDRINE SALES REPORTED TO THE MONITORING PROGRAM?   N/A___ YES___ NO✓
33. ARE ALL PSEUDOEPHEDRINE SALES PROPERLY RECORDED?   N/A___ YES✓ NO___
34. NO Rx's FOR SCHEDULE II'S FILLED AFTER 90 DAYS ? ✓

5/18/2007          OUTPATIENT INSPECTION REPORT          1

Confidential          WVBOP_FEDWV_00016589

DEF-WV-01989.00063

## TRANSFER OF Rx ONLY DRUGS

### WITHOUT Rx

35. CORRECT TRANSFER RECORD?                    N/A ✓ YES____ NO____
    15-1-9.1.1

### WITH Rx

35. DISPENSING RECORDS OK? 15-1-15.2.6           YES ✓ NO____
37. PATIENT PROFILES KEPT?  15-1-15.2 7          YES ✓ NO____
38. PROPER DAILY REPORT? 15-4-5             N/A__ YES ✓ NO____
39. DAILY REPORT SIGNED & VERIFIED? 5-4-5.2.3 N/A__ YES ✓ NO____
40. LOG BOOK KEPT?          15-4-5.2.3       N/A__ YES ✓ NO____
41. 1 YEAR RECORD ONLINE? 15-4-4            N/A__ YES ✓ NO____
42. DISPENSING RECORDS KEPT  5 YEARS?             YES ✓ NO____
    15-4-4

## THE PRESCRIPTION ORDER

43. FOR A LEGITIMATE MEDICAL PURPOSE?             YES ✓ NO____
    15-1-21.1
44. PROPERLY DOCUMENTED IF ORAL Rx?          YES ✓ NO____
    15-1-19.13.1 & 15-1-21.1.2
45. MANUFACTURER SHOWN?  30-5-12b (j)        YES ✓ NO____
46. PHARMACIST'S INITIALS?  15-1-19313.4      YES ✓ NO____
47. NO OBLITERATION OR COVERING ON Rx REQUIRED INFO?
    15-1-9.1.2(a)3.C                         YES____ NO____

48. NUMBER OF FILES KEPT ____2____
49. TRANSFERED Rx PROPERLY RECORDED?
    15-1-9.1.2(a)3.C             N/A__ YES ✓ NO____

50. NO REFILLS EXCEED 12 MONTHS?  15-1-10.3   YES ✓ NO____

51. ALL NP OR PA PRESCRIBING IS PROPER ACCORDING TO
    LAW AND THEIR BOARD RULES?               YES ✓ NO____
52. Rx NUMBER OF NON-COMPLIANT Rx'S _____

53. EMERGENCY DISPENSING IS RECORDED?
    15-1-26.1                    N/A__ YES__ NO ✓
54. EMERGENCY DISPENSING WAS PROPER?
    15-1-26                      N/A__ YES__ NO ✓

## COMPLETED PRESCRIPTION & LABELING

55. PROPER CONTAINERS USED? 15-1-15.1.2       YES ✓ NO____
56. PROPER CLOSURES USED AND DOCUMENTED?
    30-5-14 a (b)                            YES ✓ NO____
57. PHARMACIST INITIALS?  15-1-19.13.3         YES ✓ NO____
58. GENERIC NAME & MFG.? 15-1-22.1.4(j)1       YES ✓ NO____
59. GENERIC NAME HAS "SUB" OR EQUIVALENT?
    15-1-22.1.4 (i) 1                        YES ✓ NO____
60. DRUG BEYOND USE DATE? 15-1-22.1.4(k) 1     YES ✓ NO____
61. LABEL SHOWS PROPER TITLE FOR MID-LEVEL PRACTITIONERS?
                                             YES ✓ NO____

## TECHNICIANS                                  N/A____

62. PROPER ATTIRE FOR ALL TECHNICIANS?
    15-1-18.4                                YES ✓ NO____
63. PROPER NAME TAG FOR ALL TECHNICIANS?
    15-7-6.1                                 YES ✓ NO____
64. P.I.C. HAS WRITTEN DUTIES OF TECHNICIANS?
    15-1-20.3.2                              YES ✓ NO____
65. TECHNICIAN(S) NOT OBSERVED VIOLATING LEGALLY
    AUTHORIZED DUTIES?     15-7-5 (1)         YES ✓ NO____
66. DIRECTLY SUPERVISED BY PHARMACIST?
    15-1-20.3.2                              YES ✓ NO____
67. LIST OF TECHNICIANS AVAILABLE?
    (MAIL COPY TO OFFICE)  15-1-20.3.1        YES ✓ NO____
68. PTCB TECHNICIANS OR THOSE LICENSED IN OTHER STATES ARE
    ALSO LICENSED IN WV?   15-7-3.1 c    N/A ✓ YES____ NO____

## EQUIPMENT

69. SUFFICIENT COMPOUNDING EQUIPMENT?
    15-1-15.2.2                              YES ✓ NO____
70. SANITARY LIQUID MEASUREMENT?
    15-1-15.2.2                              YES ✓ NO____
71. TORSION BALANCE INSPECTED WITHIN 2 YEARS?
    LABOR DEPARTMENT RULE 15-1-15.2.1    N/A__ YES____ NO____
72. LABOR DEPT NOTIFIED?                 N/A__ YES ✓ NO____
73. ELECTRONIC BALANCE INSPECTED WITHIN 2 YEARS?
    LABOR DEPARTMENT RULE 15-1-15.2.1    N/A ✓ YES____ NO____
74. LABOR DEPT NOTIFIED?                 N/A ✓ YES____ NO____
75. WEIGHTS WITHIN CERTIFIED DATE OF  5-24-2007
    LABOR DEPARTMENT RULE               N/A__ YES ✓ NO____
76. LABOR DEPT NOTIFIED?                 N/A__ YES ✓ NO____
77. RECENT 3 VOL. 'USP DI' OR UPTO DATE 'FACTS & COMPARISONS'?
    30-5-13                                  YES ✓ NO____
78. PHARMACY LAWS AND REGULATIONS?
    15-1-15.2.8                              YES ✓ NO____

## DRUG RELIABILITY

79. OUTDATED DRUGS IN SHELF STOCK?  15-1-19. NO ✓ YES____
80. NUMBER FOUND ____1____
81. REFRIGERATOR TEMPERATURE 36 TO 46?       YES ✓ NO____
82. TEMPERATURE IS? ____38°____
83. FREEZER TEMPERATURE -4 TO 14?        N/A ✓ YES____ NO____

84. TEMPERATURE IS? _____
85. ROOM TEMPERATURE 59 TO 77?               YES ✓ NO____
86. TEMPERATURE IS? _____         NO THERMOMETER____
    #79 THRU #82 USP REQUIREMENTS 15-1-15.1.2
87. RETURNED DRUGS LOG KEPT?            N/A__ YES ✓ NO____
    15-1-12.3

## SANITARY REGULATIONS

88. Rx COUNTER CLEAN & DUST FREE?            YES ✓ NO____
    15-1-18.2
89. Rx COUNTER USED ONLY FOR Rx PREPARATION?
    15-1-18.2                                YES ✓ NO____
90. Rx AREA ORDERLY & CLEAN CONDITION?
    15-1-18.5                                YES ✓ NO____
91. SINK USED ONLY FOR CLEANING HANDS AND EQUIPMENT?
    15-1-18.3                                YES ✓ NO____
92. DISPENSING AREA IS DUST FREE?
    15-1-18.32                               YES ✓ NO____
93. PHARMACISTS WEARING WHITE COAT OR JACKET?
    15-1-18.4                                YES ✓ NO____
94. PROPER NAME TAG FOR PHARMACISTS?
    15-1-18.4                                YES ✓ NO____

## TECHNICIAN TRAINEES
                                             N/A____
95. TRAINING MANUAL AVAILABLE?  15-1-20.2.4 & 15-7-4
                                             YES ✓ NO____
96. DOCUMENTATION OF THE INITIAL TRAINING OF EACH TRAINEE
    BY P.I.C. IS AVAILABLE?  15-7-4.5         YES ✓ NO____
97. WRITTEN TRAINING RECORD CONTAINS REQUIRED ELEMENTS?
    15-7-4.5a-f                              YES ✓ NO____
98. PROPER ATTIRE FOR TRAINEES?
    15-1-18.4                                YES ✓ NO____
99. PROPER NAME TAG FOR TRAINEES?
    15-7-6.2                                 YES ✓ NO____
100. 2 YEARS TRAINING NOT  EXCEEDED?
    15-7-4.4                                 YES ✓ NO____
101. P. I. C. MAINTAINS RECORD OF TRAINING & HOURS?
                                             YES ✓ NO____

Confidential                                    WVBOP_FEDWV_00016590

DEF-WV-01989.00064

## PHARMACIST-IN-CHARGE

*102. WORKS 30 HOURS/WEEK OR MORE IN PHARMACY OPEN 40 OR MORE HR/WK?          15-1-2 1.38 c          N/A____ YES__✓__ NO____

103. WORKS 50% OF TIME IN PHARMACY OPEN LESS THAN 40 HR/WK?
BOARD POLICY          N/A____ YES__✓__ NO____

104. INTERIM P.I.C. UTILIZED?   30-5-14a(f)          N/A____ YES____ NO____

105. P. I. C. HAS SEEN THE CURRENT LICENSE OF ALL CURRENT EMPLOYEES?          15-1-20.2.6          YES____ NO____

106. HAS IMPLEMENTED QUALITY ASSURANCE PROGRAM FOR PATIENT CARE?          15-1-20.2.3          YES____ NO____

107. ARE WRITTEN INCIDENT REPORTS PREPARED WHEN DISPENSING ERRORS OCCUR?          YES____ NO____

108. ARE THESE REPORTS FORMALLY DISCUSSED WITH Rx DEPARTMENT PERSONNEL?          YES____ NO____

109. IS PERPETUAL INVENTORY MAINTAINED FOR COMMONLY DIVERTED DRUGS?          15-1-20.2.3          YES____ NO____

110. DOES RECONCILIATION OF CONTROLLED SUBSTANCES EFFECTIVELY DETECT DRUG DIVERSION?          15-1-20.2.3          YES____ NO____

111. HAS DOCUMENTATION OF EMPLOYEES MAINTAINING PATIENT CONFIDENTIALITY?          15-1-20.2.10          YES____ NO____

112. HAVE ANY AND ALL COMPLAINTS MADE ABOUT A PHARMACIST BEEN REPORTED TO THE BOARD OF PHARMACY?
15-1-14.6.4          N/A____ YES____ NO____

113. HAS BOARD BEEN NOTIFIED ABOUT ALL PHARMACISTS THAT HAVE BEEN DISCHARGED? 15-1-14.6.3          N/A____ YES____ NO____

114. HAS P.I.C. NOTIFIED PERMIT HOLDER OF ANY & ALL KNOWN VIOLATIONS OF RULES OR REGS EXISTING WITHIN THE PHARMACY?
15-1-20.2.2          N/A____ YES____ NO____

115. IS THERE DOCUMENTATION & WITH A COPY TO THE BOARD?
15-1-20.2.2          N/A____ YES____ NO____

116. CONTROLLED  SUBSTANCE  Rx REPORTING IS BEING DONE?
15-8-3          UNKNOWN____ YES____

## PROFESSIONAL WORK ENVIRONMENT

117. 12 HOUR SHIFT NOT EXCEEDED?15-1-14.8.1          YES__✓__ NO____

118. DOCUMENTED IF OVER 12 HOURS.
15-1-14.8.1          N/A__✓__ YES____ NO____

119. DOES PHARMACIST EVER WORK WITHOUT A TECHNICIAN?
15-1-14.8.2          NO____ YES____

120. HOW MANY Rx's WERE FILLED EACH HOUR OF THIS PERIOD?

121. TECHNICIANS-PHARMACIST RATIO IS CORRECT?
30-5-5a(e)          YES____ NO____

122. RATIO ON DUTY NOW?          _____ / _____

123. P.I.C. IS ASSISTED BY SUFFICIENT STAFF?
15-1-20.3          YES____ NO____

## COUNSELING

124. AN ADEQUATE OFFER TO COUNSEL IS MADE ON PICK-UP OF EACH NEW PRESCRIPTION?          15-1-19.13.6          YES__✓__ NO____

125. DOCUMENTATION IF OFFER IS NOT DEEMED NEEDED?
(Delivered)          15-1-19.13.6          N/A____ YES____ NO____

126. COUNSELING AREA IS CONVENIENT TO PHARMACIST ?
(UNLESS PERMITTED BEFORE MAY 1999)  15-1-15.1.1
EXCUSED____ YES____ NO____

123. COUNSELING AREA IS PRIVATE  FOR PATIENT?
(UNLESS PERMITTED BEFORE MAY 1999)  15-1-15.1.1
EXCUSED____ YES____ NO____

## CONTINUING EDUCATION

127. ARE THE CE CERTIFICATES OF ALL PHARMACISTS AVAILABLE FOR INSPECTION?          15-3-13.3          YES__✓__ NO____

128. SIX HOURS CE IN LIVE PRESENTATION?          YES____ NO____

129. ARE APPLICABLE CE CERTIFICATES READILY RETRIEVABLE?
15-3-13.3          YES____ NO____

130.  INSPECTOR COMMENTS:

131. _____
132. _____
133. _____
134. _____
135. _____
136. _____
137. _____
138. _____
139. _____

_____          6-10-09          _____
SIGNATURE OF PERSON IN CHARGE AT TIME OF INSPECTION          DATE          INSPECTOR

5/18/2007          OUTPATIENT INSPECTION REPORT          3

Confidential          WVBOP_FEDWV_00016591

DEF-WV-01989.00065

# WEST VIRGINIA BOARD OF PHARMACY

**RECEIVED** 232 CAPITOL ST. CHARLESTON WV 25301        304 558-0558

### Non-compliance Correction Report

JUN 15 2009

WV BOARD OF PHARMACY

Rite Aid Pharmacy #968
6401 US Rte 60 East
Barboursville, W.Va. 25504

| BOP LICENSE # | MPO 550577 |
| --- | --- |
| P.T.C. | LICENSE # |
| Zachary D. Campbell | 6366 |
| Inspector |
| Irvin Vann[...] |

following non-compliant items were found during the inspection on ( 6-7-09 )

**Description**
52- Need to Document Emergency Dispensing

**Description**
71 Balance needs Certified

**Description**
79 Found outdated drug

**Description**
127 Need CE certificates for Rph

**Description**

**Description**

**Description**

se show the corrective action you have taken on each of the above to bring your pharmacy into
liance. Return to the Board address above within ten working days of your inspection date.

**(52) Action taken**
RPh on duty didn't know where log was. She had a new
log faxed to store on 06-10-09. No Emergency Dispensing Occured.

**(71) Action taken**
Called WV Weights & Measures to ask for (2nd Request) to have
Balance Re-Certified. 6-11-09) Was given New RFA # 09-1125.

**(79) Action taken**
Removal from Inventory / Quarantined - Being Sent
to - Corporate Drug Returns / Outdate Processor.

**(127) Action taken**
RPh had taken his CE home to fill out License Renewal Form
Returned to Store.

**Action taken**

**Action taken**

**Action taken**

Date    06-11-09

gnature

ort will be compared with your next inspection and a repeated item will be
ed to the complaint committee of the Board for formal action.

Confidential

DEF-WV-01989.00066

00048416282
11,330
34 of 103

RECEIVED
APR 23 2009
WV BOARD OF PHARMACY

# WEST VIRGINIA BOARD OF PHARMACY
## 232 Capitol Street
### Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2009 - June 30, 2010

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:

Rite Aid Disc Phcy 968
6401 U.S. Route 60
Barboursville, WV 25504

LICENSE # MP0550577          COUNTY Cabell          DEA # AR6070178          PHONE #

2. PHARMACIST IN CHARGE ___Zachery Campbell___          RPh # RP0006366

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state? - - - - - - - - -   Yes   No
b. Have you ever been convicted of a felony?   · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·   Yes   No
c. Have you ever been convicted of a misdemeanor other than a traffic violation? - - - - - - - - - - - - - - - - - -   Yes   No
d. Do you ever work partime in any other pharmacy? - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   Yes   No
   If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES. Circle All Applicable a. through e.:
a. PHARMACY - Inpatient   · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·   $100.00
b. PHARMACY - Outpatient   · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·   $100.00
c. CONTROLLED SUBSTANCE PERMIT   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $10.00
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $100.00
e. NUCLEAR PHARMACY   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $100.00

Name of Enteral/Parenteral Pharmacist Manager _____   RPh # _____

ATTACH CHECK OR MONEY ORDER TO APPLICATION   - - - - - - - - - - - - - - -   TOTAL FEES $ 110°°

4. CIRCLE APPLICABLE DRUG SCHEDULE   II   III   IV   V   NARCOTIC
                                      II   III   IV   V   NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP          SINGLE PROPRIETOR       PARTNERSHIP       CORPORATION

6. NAMES OF PRINCIPLES AND TITLES: (Owner; Partners; Three Corporate Officers)

SEE ATTACHED

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?   NO

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9. ___M. W. Belgurski___          ___V.P.___          APR 21 2009
   Signature of Applicant, Managing Partner or Office          Title          Date

10. _____          _____          _____
    Signature of Pharmacist in Charge          RPh #          Date

Confidential          WVBOP_FEDWV_00016593

DEF-WV-01989.00067

*11-14-08*
*copy to Fred & JRL*

## REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.

Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

OMB APPROVAL
No 1117-0001

| 1 Name and Address of Registrant (Include ZIP Code) | | 2 Phone No. (Include Area Code) |
|---|---|---|
| Rite Aid #968 | ZIP CODE | |
| 6401 US 12+ W E Barboursville, WV | 2 5 5 0 4 | 304-736-1857 |

| 3 DEA Registration Number | 4 Date of Theft or Loss | 5 Principal Business of Registrant (Check one) |
|---|---|---|
| 2 ltr prefix / 7 digit suffix | | 1 [X] Pharmacy    5 [ ] Distributor |
| A R 6 0 7 0 1 7 8 | 9/5/08 | 2 [ ] Practitioner   6 [ ] Methadone Program |
| | | 3 [ ] Manufacturer   7 [ ] Other (Specify) |
| | | 4 [ ] Hospital/Clinic |

| 6 County in which Registrant is located | 7 Was Theft reported to Police? | 8 Name and Telephone Number of Police Department (Include Area Code) |
|---|---|---|
| Cabell | [X] Yes   [ ] No | Barboursville Police Dept    304  736  5208 |

| 9 Number of Thefts or Losses Registrant has experienced in the past 24 months | 10 Type of Theft or Loss (Check one and complete items below as appropriate) |
|---|---|
| | 1 [ ] Night break-in    3 [X] Employee pilferage *(missing)*    5 [ ] Other (Explain) |
| | 2 [ ] Armed robbery    4 [ ] Customer theft    6 [ ] Lost in transit (Complete Item 14) |

| 11 If Armed Robbery was anyone | 12 Purchase value to registrant of Controlled Substances taken? | 13 Were any pharmaceuticals or merchandise taken? |
|---|---|---|
| Killed? [ ] No  [ ] Yes (How many) | $ 43.70 | [ ] No  [X] Yes (If so Value) |
| Injured? [ ] No  [ ] Yes (How many) | | $ 673.15 |

**14 IF LOST IN TRANSIT COMPLETE THE FOLLOWING**

| A Name of Common Carrier | B Name of Consignee | C Consignee's DEA Registration Number |
|---|---|---|
| | | |

| D Was the carton received by the customer? | E If received did it appear to be tampered with? | F Have you experienced losses in transit from this same carrier in the past? |
|---|---|---|
| [ ] Yes   [ ] No | [ ] Yes   [ ] No | [ ] No   [ ] Yes (How Many) |

15  What identifying marks, symbols, or price codes were on the labels of these containers that would assist in identifying the product/s?

16  If Official Controlled Substance Order Forms (DEA-222) were stolen, give numbers

17  What security measures have been taken to prevent future thefts or losses?
1. Increased monitoring of on hand counts at store
2. Monitor associates with direct contact with med cabinet

### PRIVACY ACT INFORMATION

AUTHORITY  Section 301 of the Controlled Substances Act of 1970 (PL 91-513)
PURPOSE  Report theft or loss of Controlled Substances
ROUTINE USES  The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated
  A  Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes
  B  State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes
EFFECT  Failing to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act

In accordance with the Paperwork Reduction Act of 1995 no person is required to respond to a collection of information unless it displays a ly valid OMB control number. The valid OMB control number for this collection of information is 1117-0001. Public reporting burden for this collection of information is estimated to average 30 minutes per response including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

FORM DEA  106 (11-00) Previous editions obsolete

**CONTINUE ON REVERSE**

Confidential

WVBOP_FEDWV_00016594

DEF-WV-01989.00068

FORM DEA-106 (Nov. 2000) Pg. 2

# LIST OF CONTROLLED SUBSTANCES LOST

| Trade Name of Substance or Preparation | Name of Controlled Substance in Preparation | Dosage Strength and Form | Quantity |
|---|---|---|---|
| **Examples.**   **Desoxyn** | **Methamphetamine Hydrochloride** | 5 mg Tablets | 3 x 100 |
| **Demerol** | **Meperidine Hydrochloride** | 50 mg/ml Vial | 5 x 30 ml |
| **Robitussin A-C** | **Codeine Phosphate** | 2 mg/cc Liquid | 12 Pints |
| 1. Hydrocodone 10MG | | 5 / 325 | 2.22 x 100 |
| 2. tramadol | | 50 | 7.12 x 100 |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| 31. | | | |
| 32. | | | |
| 33. | | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| 37. | | | |
| 38. | | | |
| 39. | | | |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |
| 46. | | | |
| 47. | | | |
| 48. | | | |
| 49. | | | |
| 50. | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief

_____        Pharmacy District Manager        9/2/08
Signature                                          Title                                         Date

Confidential

WVBOP_FEDWV_00016595

DEF-WV-01989.00069

# WEST VIRGINIA BOARD OF PHARMACY

## 232 CAPITOL ST. CHARLESTON WV 25301
## List of Employed Pharmacy Technicians & Trainees

THIS FORM IS REQUIRED BY WV LEGISLATIVE RULE 15-1-20.3.1.

| | |
|---|---|
| Rite Aid Pharmacy #968 | PHONE (304) 736-2837 |
| 6401 US Rt. 60 East | BOP LICENSE # MPO550577 |
| Barboursville, WV 25504 | P. I. C. & LIC. Zachary Campbell RP6366 |

Pharmacy technicians employed and registration number:

| | |
|---|---|
| Laura Brock | PT 4152 |
| Jacqueline Lambert | PT 6123 |
| Jessica Neace | PT 4450 |
| Chad Nelson | PT 6133 |
| Valerie Wolford | PT 5591 |

Pharmacy technician trainees and date employment in pharmacy began:

| | |
|---|---|
| Tabitha Ferguson | 08-21-08 |

Tech trainees must get 2080 hours within 2 years or obtain Board approval for extenuating circumstances!!!
Training period must be completed in ONLY TWO YEARS!!!

P. I. C. Signature

08-27-08
DATE

12/14/2006

Confidential

DEF-WV-01989.00070

WVBOP_FEDWV_00016596

# WEST VIRGINIA BOARD OF PHARMACY

## 232 CAPITOL ST. CHARLESTON WV 25301
## List of Employed Pharmacy Technicians & Trainees

### THIS FORM IS REQUIRED BY WV LEGISLATIVE RULE 15-1-20.3.1.

Rite Aid Pharmacy #968
6401 US Rt. 60 East
Barboursville, WV 25504

PHONE 304-736-2837
BOP LICENSE # MPO550577
P.I.C. & Lic. Zachary Campbell RP6366

Pharmacy technicians employed and registration number:

| | |
|---|---|
| Laura Brock | PT 4152 |
| Susan Jackson | PT 5302 |
| Jacqueline Lambert | PT 6123 |
| Jessica Neace | PT 4450 |
| Chad Nelson | PT 6133 |

Pharmacy technician trainees and date employment in pharmacy began:

Tech trainees must get 2080 hours within 2 years or obtain Board approval for extenuating circumstances!!!
Training period must be completed in ONLY TWO YEARS!!!

P.I.C. Signature

DATE 07-17-08

12/14/2006

Confidential                                          WVBOP_FEDWV_00016597
DEF-WV-01989.00071

10-2-08

copy to Fred + VanMete

## REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration

Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

OMB APPROVAL
No. 1117-0001

| 1 Name and Address of Registrant (Include ZIP Code) | | 2 Phone No. (Include Area Code) |
|---|---|---|
| Rite Aid #918 | | 304-736-2857 |
| 6401 US Rt 60 E Barboursville, WV ZIP CODE 2 5 5 0 4 | | |

| 3 DEA Registration Number | 4 Date of Theft or Loss | 5 Principal Business of Registrant (Check one) |
|---|---|---|
| 2 ltr prefix: A R  7 digit suffix: 6 0 7 0 1 7 8 | 9/5/04 | 1 ☑ Pharmacy    5 ☐ Distributor<br>2 ☐ Practitioner    6 ☐ Methadone Program<br>3 ☐ Manufacturer    7 ☐ Other (Specify)<br>4 ☐ Hospital/Clinic |

| 6 County in which Registrant is located | 7 Was Theft reported to Police? | 8 Name and Telephone Number of Police Department (Include Area Code) |
|---|---|---|
| Cabell | ☑ Yes   ☐ No | Barboursville Police Dept<br>304-736-5205 |

| 9 Number of Thefts or Losses Registrant has experienced in the past 24 months | 10 Type of Theft or Loss (Check one and complete items below as appropriate) |
|---|---|
| 1 | 1 ☐ Night break in    3 ☑ Employee pilferage (assumed)    5 ☐ Other (Explain)<br>2 ☐ Armed robbery    4 ☐ Customer theft    6 ☐ Lost in transit (Complete item 14) |

| 11 If Armed Robbery was anything | 12 Purchase value to registrant of Controlled Substances taken? | 13 Were any pharmaceuticals or merchandise taken? |
|---|---|---|
| Killed? ☐ No ☐ Yes (How many)<br>Injured? ☐ No ☐ Yes (How many) | $ 43.70 | ☐ No ☑ Yes (Est Value)<br>$ 673.15 |

### 14 IF LOST IN TRANSIT COMPLETE THE FOLLOWING

| A Name of Common Carrier | B Name of Consignee | C Consignee's DEA Registration Number |
|---|---|---|
| | | |

| D Was the carton received by the customer? | E If received, did it appear to be tampered with? | F Have you experienced losses in transit from this same carrier in the past? |
|---|---|---|
| ☐ Yes    ☐ No | ☐ Yes    ☐ No | ☐ No ☐ Yes (How Many) |

15 What identifying marks, symbols, or price codes were on the labels of these containers that would assist in identifying the products?

16 If Official Controlled Substance Order Forms (DEA 222) were stolen, give numbers

17 What security measures have been taken to prevent future thefts or losses?

1. Increased monitoring of on hand counts at store
2. Monitor associates with direct contact with medication

### PRIVACY ACT INFORMATION

AUTHORITY Section 301 of the Controlled Substances Act of 1970 (PL 91-513).
PURPOSE Report theft or loss of Controlled Substances
ROUTINE USES The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated
  A Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes
  B State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes
EFFECT Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act

In accordance with the Paperwork Reduction Act of 1995 no person is required to respond to a collection of information unless it displays a ly valid OMB control number. The valid OMB control number for this collection of information is 1117-0001. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information

FORM DEA - 106 (11-00) Previous editions obsolete

CONTINUE ON REVERSE

FORM DEA-106 (Nov. 2000) Pg. 2

# LIST OF CONTROLLED SUBSTANCES LOST

| Trade Name of Substance or Preparation | Name of Controlled Substance in Preparation | Dosage Strength and Form | Quantity |
|---|---|---|---|
| Examples.      Desoxyn | Methamphetamine Hydrochloride | 5 mg Tablets | 3 x 100 |
| Demerol | Meperidine Hydrochloride | 50 mg/ml Vial | 5 x 30 ml |
| Robitussin A-C | Codeine Phosphate | 2 mg/cc Liquid | 12 Pints |
| 1. Hydrocodone 10MG | | 5 / 325 | 2.22 x 100 |
| 2. Tramadol | | 50 g | 8.12 x 100 |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| 31. | | | |
| 32. | | | |
| 33. | | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| 37. | | | |
| 38. | | | |
| 39. | | | |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |
| 46. | | | |
| 47. | | | |
| 48. | | | |
| 49. | | | |
| 50. | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief

| Signature | Title  Pharmacy District Manager | Date  9/20/08 |

Confidential

DEF-WV-01989.00073

WVBOP_FEDWV_00016599

*q 10-08 copy to J.R.y Fred*

**RITE AID PHARMACY**
**Suspected Controlled Substance Loss**
**DEA Notification Central**

Date: 9/8/08

Dear Agent in Charge:

The Rite Aid pharmacy listed below has identified a suspected loss. If we confirm the suspected loss as actual, we will initiate a loss prevention investigation and notify the local police department and state regulatory agency. We will submit a DEA-106 once we have gathered adequate information about the actual loss. If you have any questions concerning this suspected loss or the outcome of the preliminary audit, or if you would like to assist in the investigation, please contact the Pharmacy Development Manager listed below.

Details and Date of Suspected Loss:
5/1/08 - 9/5/08    222 hydrocodone APAP 5/325   and 812 tramadol 50

Rite Aid Pharmacy: Rite Aid 968

Telephone: 304 736-2837
DEA Number: AR009 0178

Pharmacy Development Manager: Greg McClanahan
Address: Ashland, Ky
Office Telephone: 606-324-9500
Cell Phone: 276-698-4743
Loss Prevention Manager: Duane Wills

**DEA Offices Covering Rite Aid Central Division:**

| DEA Office | Area/State Covered | Fax Number |
|---|---|---|
| Detroit | Michigan | 313-234-4149 |
| Cincinnati | Southern Ohio | 513-684-3080 |
| Cleveland | Northern Ohio | 216-522-3765 |
| Columbus | Central and Southern Ohio | 614-469-5788 |
| London | Southeast Kentucky | 606-862-8296 |
| Louisville | Kentucky (except Southeast) | 502-582-6360 |
| Pittsburgh | Western Pennsylvania | 412-777-1880 |
| Washington | Washington, D.C., Southern Maryland and Northern Virginia | 202-305-8355 |
| Baltimore | Maryland (except Wash D.C. suburbs) | 410-244-3590 |
| Charleston | West Virginia | 304-347-5212 |
| Richmond | Central and Southern Virginia | 804-627-6352 |
| New Orleans | Louisiana and Mississippi | 504-840-1076 |
| Birmingham | Northern Alabama | 205-290-7157 |
| Mobile | Southern Alabama | 251-441-5877 |
| Indianapolis | Indiana | 317-226-7703 |
| Nashville | Tennessee | 615-736-2558 |

| Boards of Pharmacy | Fax Number |
|---|---|
| Alabama | 205-967-1009 |
| D.C. | 202-442-9431 |
| Indiana | 317-233-4236 |
| Kentucky | 502-573-1582 |
| Louisiana | 225-925-6499 |
| Maryland | 410-358-6207 |
| Michigan | 517-373-2179 |
| Mississippi | 601-605-9546 |
| Ohio | 614-752-4836 |
| Tennessee | 615-741-2722 |
| Virginia | 804-662-9313 |
| West Virginia | 304-558-0573 |

CC: **Rite Aid Corporate (Attention: J. Hart)** 717-975-5789 66 fax a copy with the confirmation of receipt by the DEA. Copy to the LPM also.

10/71

# WEST VIRGINIA BOARD OF PHARMACY
## 232 Capitol Street
## Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2008 - June 30, 2009

**RECEIVED**

**MAY 2 8 2008**

**WV BOARD OF PHARMACY**

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:

Rite Aid Disc Phcy 968
6401 U.S. Route 60
Barboursville, WV 25504

LICENSE # MP0550577        COUNTY Cabell        DEA # AR6070178        PHONE #

2. PHARMACIST IN CHARGE   *Zachery Campbell*        RPh # RP0006366

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state? ---------  Yes   (No)
b. Have you ever been convicted of a felony? ---------------------------------------------------------  Yes   (No)
c. Have you ever been convicted of a misdemeanor other than a traffic violation? ------------------------  Yes   (No)
d. Do you ever work partime in any other pharmacy? ------------------------------------------------------  Yes   (No)

   If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES.  Circle All Applicable a. through e.:

a. PHARMACY - Inpatient ------------------------------------------------------------------------------  $100.00
b. PHARMACY - Outpatient -----------------------------------------------------------------------------  ($100.00)
c. CONTROLLED SUBSTANCE PERMIT ----------------------------------------------------------------------  ($10.00)
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT --------------------------------------------------------  $100.00
e. NUCLEAR PHARMACY ----------------------------------------------------------------------------------  $100.00

Name of Enteral/Parenteral Pharmacist Manager _____   RPh #

ATTACH CHECK OR MONEY ORDER TO APPLICATION  ------------------------  TOTAL FEES $ 110⁰⁰

4. CIRCLE APPLICABLE DRUG SCHEDULE   (II   III   IV   V   NARCOTIC
                                      II   III   IV   V    NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP        SINGLE PROPRIETOR        PARTNERSHIP        (CORPORATION)

6. NAMES OF PRINCIPLES AND TITLES:  (Owner; Partners; Three Corporate Officers)

_SEE ATTACHED_

_____

_____

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?   No

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9. _M. C. Pedgwichi_        _Vice Pres._        MAY 0 8 2008

   Signature of Applicant, Managing Partner or Office        Title        Date

10. _____

   Signature of Pharmacist in Charge        RPh #        Date

45-82249347
$10



# State of West Virginia
# Board of Pharmacy

Phone (304) 558-0558
Fax (304) 558-0572

Office
232 Capitol Street
Charleston, West Virginia 25301

## NOTIFICATION OF CHANGE OF
## PHARMACIST-IN-CHARGE (PIC)

Pharmacy Name _Rite Aid Pharmacy #968_

Pharmacy License # _MP0550577_

Address of Pharmacy _6401 US Route 60 East_

City _Barboursville_ State _WV_ Zip _25504_ Phone # _304-736-2837_

**Incoming PIC**

Name _Zachary G. Campbell_

License # _RP0006366_

Home Phone # _304-638-9555_

Previous Employer:

_Rite Aid Pharmacy #7311_

**Outgoing PIC**

Name _Jennifer Crumel_

License # _RP006735_

Home Phone # _304-757-1342_

New Employer:

_extended leave of absence_

An inventory of all controlled substances was taken on: Date _9/16/07_

Signature of incoming PIC _____ Date _09-10-07_

Signature of outgoing PIC _on leave of absence_ Date _____

*Note: If the departing and incoming P-I-C are unable to conduct the inventory together, a closing inventory shall be conducted by the departing P-I-C and a new separate beginning inventory shall be conducted by the incoming P-I-C.

*Note: This **P-I-C** form must be mailed to the Board office along with the **fee of $10.00** , and the **original permit** . Make a copy of the original permit with a line drawn through the name of the outgoing PIC, write the name of the incoming PIC in indelible ink upon the copied permit, and put it on your pharmacy wall until you receive the new permit from the Board office.

Confidential

WVBOP_FEDWV_00016602

DEF-WV-01989.00076

# RITE AID CORPORATION

## NOTICE OF EMPLOYMENT AS PHARMACIST-IN-CHARGE

To The _West Virginia_ State Board Of Pharmacy

Ladies and Gentlemen:

I respectfully submit the following information to inform you of my acceptance of the position of Pharmacist-in-Charge in a Rite Aid pharmacy.

Effective _09-10-2007_, I have accepted employment as the Pharmacist-in-
_(Date)_

Charge at Rite Aid Pharmacy # _968_, located at:

_6401 U.S Route 60 East_
(Street Address)

_Barboursville, WV 25504-1200_
(City)

_Zachary G. Campbell_
(Print Name)

_RP0006366_
(Pharmacist License Number)

_(Signature)_

Confidential



# State of West Virginia

# Board of Pharmacy

Phone (304) 558-0558
Fax (304) 558-0572

Office
232 Capitol Street
Charleston, West Virginia 25301

## NOTIFICATION OF CHANGE OF
## PHARMACIST-IN-CHARGE (PIC)

Pharmacy Name _Rite Aid_

Pharmacy License # _MP0550577_

Address of Pharmacy _6401 U.S. Rt 60_

City _Barboursville_ State _WV_ Zip _25504_ Phone # _304-736-2837_

**Incoming PIC**

Name _Jennifer Crimmel_

License # _RP0010935_

Home Phone # _304-757-1342_

Previous Employer:

_Rite Aid 1748_

**Outgoing PIC**

Name _Steve Perry_

License # _RP5749_

Home Phone # _304-733-639_

New Employer:

_SAME_

An inventory of all controlled substances was taken on: Date _7-25-07_

Signature of incoming PIC _Jennifer Crimmel_ Date _8/14/07_

Signature of outgoing PIC _[signature]_ Date _7-25-07_

*Note: If the departing and incoming P-I-C are unable to conduct the inventory together, a closing inventory shall be conducted by the departing P-I-C and a new separate beginning inventory shall be conducted by the incoming P-I-C.

*Note: This **P-I-C form** must be mailed to the Board office along with the **fee of $10.00** , and the **original permit** . Make a copy of the original permit with a line drawn through the name of the outgoing PIC, write the name of the incoming PIC in indelible ink upon the copied permit, and put it on your pharmacy wall until you receive the new permit from the Board office.

Confidential

DEF-WV-01989.00078

# State of West Virginia

# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2007 - June 30, 2008 - Date Issued: March 28, 2007**

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60
Barboursville, WV 25504

LICENSE # MP0550577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

~~Steven Perry~~ ~~RP0005749~~

Registered Pharmacist in Charge

Confidential

WVBOP_FEDWV_00016605

**DEF-WV-01989.00079**

Case 3:17-cv-01362   Document 1508-7   Filed 01/12/22   Page 80 of 209 PageID #: 71775



RECEIVED
AUG 3 1 2007
WV BOARD OF PHARMACY

# State of West Virginia
# Board of Pharmacy

Phone (304) 558-0558
Fax (304) 558-0572

Office
232 Capitol Street
Charleston, West Virginia 25301

## NOTIFICATION OF CHANGE OF
## PHARMACIST-IN-CHARGE (PIC)

Pharmacy Name _Rite Aid_

Pharmacy License # _MP0550577_

Address of Pharmacy _6401 U.S. Rt 60_

City _Barboursville_ State _WV_ Zip _25504_ Phone # _304-736-2837_

**Incoming PIC**

Name _Jennifer Crimmel_

License # _RP0001935_

Home Phone # _304-757-1342_

Previous Employer:

_Rite Aid 1748_

**Outgoing PIC**

Name _Steve Perry_

License # _RP5749_

Home Phone # _304-733-639_

New Employer:

_SAME_

An inventory of all controlled substances was taken on: Date _7-25-07_

Signature of incoming PIC _Jennifer Crimmel_ Date _8/14/07_

Signature of outgoing PIC _[signature]_ Date _7-25-07_

*Note: If the departing and incoming P-I-C are unable to conduct the inventory together, a closing inventory shall be conducted by the departing P-I-C and a new separate beginning inventory shall be conducted by the incoming P-I-C.

*Note: This P-I-C form must be mailed to the Board office along with the fee of $10.00 , and the original permit . Make a copy of the original permit with a line drawn through the name of the outgoing PIC, write the name of the incoming PIC in indelible ink upon the copied permit, and put it on your pharmacy wall until you receive the new permit from the Board office.

Confidential                                    WVBOP_FEDWV_00016606

DEF-WV-01989.00080

AUG. 13. 2007 (MON) 14:52   RITEAID                          9049200591                    PAGE 5

# RITE AID CORPORATION

## NOTICE OF EMPLOYMENT AS PHARMACIST-IN-CHARGE

To The  West Virginia  State Board of Pharmacy

Ladies and Gentlemen:

I respectfully submit the following information to inform you of my acceptance of the position of Pharmacist-in-Charge in a Rite Aid Pharmacy.

Effective  8|3|07 , I have accepted employment as the Pharmacist-in-Charge at Rite Aid Pharmacy # 09108 , located at:

6401 US Route 60
(Street Address)

Barboursville WV

25504
(City, State, Zip Code)

Jennifer Crimmel
(Print Name)

RP 0006935
(Pharmacist License Number)

Jennifer Crimmel
(Signature)

Confidential                                                                WVBOP_FEDWV_00016607

**DEF-WV-01989.00081**



# WEST VIRGINIA BOARD OF PHARMACY
## 232 Capitol Street
### Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2007 - June 30, 2008

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:

Rite Aid Disc Phcy 968
6401 U.S. Route 60
Barboursville, WV 25504

LICENSE # MP0550577         COUNTY Cabell         DEA # AR6070178         PHONE #

2. PHARMACIST IN CHARGE   Steven Perry                              RPh # RP 0005749

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state? - - - - - - - - - -   Yes   No
b. Have you ever been convicted of a felony?   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   Yes   No
c. Have you ever been convicted of a misdemeanor other than a traffic violation? - - - - - - - - - - - - - - -   Yes   No
d. Do you ever work partime in any other pharmacy? - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   Yes   No
    If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES.  Circle All Applicable a. through e.:

a. PHARMACY - Inpatient - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $100.00
b. PHARMACY - Outpatient - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $100.00
c.   CONTROLLED SUBSTANCE PERMIT  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $10.00
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT   - - - - - - - - - - - - - - - - - - - -   $100.00
e.   NUCLEAR PHARMACY   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   $100.00

Name of Enteral/Parenteral Pharmacist Manager _____   RPh # _____
ATTACH CHECK OR MONEY ORDER TO APPLICATION  . . . . . . . . . . . . . . .   TOTAL FEES $ 110°°

4. CIRCLE APPLICABLE DRUG SCHEDULE    II    III    IV    V    NARCOTIC
                                      II    III    IV    V    NON-NARCOTIC
5. CIRCLE TYPE OF OWNERSHIP           SINGLE PROPRIETOR    PARTNERSHIP    CORPORATION
6. NAMES OF PRINCIPLES AND TITLES:  (Owner: Partners; Three Corporate Officers)

_____ SEE ATTACHED _____
_____
_____

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?  NO

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy. will be faithfully observed so long as any permit issue will be in force.

9.   _____        Vice Pres.        4/26/07
     Signature of Applicant, Managing Partner or Office        Title        Date

10.  _____        _____        _____
     Signature of Pharmacist in Charge        RPh #        Date

RECEIVED

# WEST VIRGINIA BOARD OF PHARMACY

JUN 0 8 2007     32 CAPITOL ST.  CHARLESTON WV 25301          304 558-0558

WV BOARD OF PHARMACY

## Non-compliance Correction Report          5-17-07

| | BOP LICENSE # |
|---|---|
| Rite Aid Pharmacy #968 | BP0550577 |
| 6401 U.S. Route 60 W. | PIC: Steven Perry           LICENSE #  5749 |
| Barboursville, W.Va. 25504 | Inspector: Irvin Van Meter, Jr. RPh |

The following non-compliant items were found during the inspection on _____

| Item # | Description |
|---|---|
| 43 | NEED to Document time on telephoned Rx's |
| 70 | Balance NEEDS Certified |
| 73 | Weights to Be Certified |
| 123 | NEED Copies of CE Certificates for all RPh's |
| | |
| | |
| | |

Please show the corrective action you have taken on each of the above to bring your pharmacy into compliance. Return to the Board address above within ten working days of your inspection date

| Item # | Action taken |
|---|---|
| 43 | All RPh's noting time on call in Rx's |
| 70 | Called Division of Weights & Measures to schedule balance certification 5-17-07 |
| 73 | Weights sent to be certified 5-17-07 |
| 123 | Verified RPh's CE Present in Store. |
| | |
| | |
| | |

5-18-07

P. I. C. Signature                                    Date

This report will be compared with your next inspection and a repeated item will be presented to the complaint committee of the Board for formal action.

Confidential                                    WVBOP_FEDWV_00016609

DEF-WV-01989.00083

# WEST VIRGINIA BOARD OF PHARMACY

## 232 CAPITOL ST. CHARLESTON WV 25301    304 558-0558
## OUTPATIENT PHARMACY INSPECTION REPORT

Rite Aid Pharmacy #968
6401 U.S. Route 60 West
Barboursville, W.Va. 25504

E-MAIL ADDRESS | DATE 5-17-07
PHONE 304-736-2837 | FAX
DEA LICENSE # AR6070178 | BOP LICENSE # KP0550577
P.I.C. Steven Perry | LICENSE # 5149
PHCY HOURS 8-10 M-F   9-9 SAT   9-9 Sunday

| PERSONNEL | LIC.# OR REG.# | YEAR ISSUED |
|---|---|---|
| Jeffrey Richards | #4073 | |
| Joe Howard | #2783 | |
| Robert Svingos Intern | #5384 | |
| Marcus Patrick Intern | #5240 | |

## AUTOMATED PHARMACY SYSTEM
NAME OF SYSTEM: Script Pro
BOARD HAS BEEN NOTIFIED IN WRITING OF INSTALLATION?

### SECURITY

### GENERICS

## CONTROLLED SUBSTANCE RECORDS
15. BIENNIAL INVENTORY DATED 5-1-07
18. TO WHOM: Steven Perry, Rph# 4073

8/1/2006    OUTPATIENT INSPECTION REPORT    1

Confidential    WVBOP_FEDWV_00016610
DEF-WV-01989.00084

## TRANSFER OF Rx ONLY DRUGS

### WITHOUT Rx

34. CORRECT TRANSFER RECORD?
15-1-9.1.1   N/A___ YES___ NO___

### WITH Rx

35. DISPENSING RECORDS OK? 15-1-15.2.6   YES___ NO___
36. PATIENT PROFILES KEPT? 15-1-15.2.7   YES___ NO___
37. PROPER DAILY REPORT? 15-4-5   N/A___ YES___ NO___
38. DAILY REPORT SIGNED & VERIFIED? 5-4-5.2.3 N/A___ YES___ NO___
39. LOG BOOK KEPT?   15-4-5.2.3   N/A___ YES___ NO___
40. 1 YEAR RECORD ONLINE? 15-4-4   N/A___ YES___ NO___
41. DISPENSING RECORDS KEPT 5 YEARS?
15-4-4   YES___ NO___

## THE PRESCRIPTION ORDER

12. FOR A LEGITIMATE MEDICAL PURPOSE?
15-1-21.1   YES___ NO___
13. PROPERLY DOCUMENTED IF ORAL Rx?
15-1-19.13.1 & 15-1-21.1.2   YES___ NO___
14. MANUFACTURER SHOWN?  30-5-12b (j)   YES___ NO___
15. PHARMACIST'S INITIALS?  15-1-19313.4   YES___ NO___
16. NO OBLITERATION OR COVERING ON Rx REQUIRED INFO?
15-1-9.1.2(a)3.C   YES___ NO___
7. NUMBER OF FILES KEPT _____
8. TRANSFERED Rx PROPERLY RECORDED?
15-1-9.1.2(a)3.C   N/A___ YES___ NO___
9. NO REFILLS EXCEED 12 MONTHS?  15-1-10.3   YES___ NO___
0. ALL NP OR PA PRESCRIBING IS PROPER ACCORDING TO
LAW AND THEIR BOARD RULES?   YES___ NO___
1. Rx NUMBER OF NON-COMPLIANT Rx'S _____

2. EMERGENCY DISPENSING LOG KEPT & UP TO DATE?
15-1-26.1   YES___ NO___
3. EMERGENCY DISPENSING WAS PROPER?
15-1-26   YES___ NO___

## COMPLETED PRESCRIPTION & LABELING

4. PROPER CONTAINERS USED? 15-1-15.1.2   YES___ NO___
5. PROPER CLOSURES USED AND DOCUMENTED?
30-5-14 a (b)   YES___ NO___
5. PHARMACIST INITIALS?  15-1-19.13.3   YES___ NO___
7. GENERIC NAME & MFG.? 15-1-22.1.4(j)1   YES___ NO___
3. GENERIC NAME HAS "SUB" OR EQUIVALENT?
15-1-22.1.4 (i) 1   YES___ NO___
9. DRUG BEYOND USE DATE? 15-1-22.1.4(k) 1   YES___ NO___
1. LABEL SHOWS PROPER TITLE FOR MID-LEVEL PRACTITIONERS?
YES___ NO___

## TECHNICIANS

. PROPER ATTIRE FOR ALL TECHNICIANS?   N/A___
15-1-18.4   YES___ NO___
. PROPER NAME TAG FOR ALL TECHNICIANS?
15-7-6.1   YES___ NO___
. P.I.C. HAS WRITTEN DUTIES OF TECHNICIANS?
15-1-20.3.2   YES___ NO___
TECHNICIAN(S) NOT OBSERVED VIOLATING LEGALLY
AUTHORIZED DUTIES?   15-7-5 (1)   YES___ NO___
. DIRECTLY SUPERVISED BY PHARMACIST?
15-1-20.3.2   YES___ NO___
LIST OF TECHNICIANS AVAILABLE?
(MAIL COPY TO OFFICE)   15-1-20.3.1   YES___ NO___
. PTCB TECHNICIANS OR THOSE LICENSED IN OTHER STATES ARE
ALSO LICENSED IN WV?   N/A___ YES___ NO___

## EQUIPMENT

68. SUFFICIENT COMPOUNDING EQUIPMENT?
15-1-15.2.2   YES___ NO___
69. SANITARY LIQUID MEASUREMENT?
15-1-15.2.2   YES___ NO___
70. TORSION BALANCE INSPECTED WITHIN 2 YEARS?
LABOR DEPARTMENT RULE  15-1-15.2.1   N/A___ YES___ NO___
71. LABOR DEPT NOTIFIED?   N/A___ YES___ NO___
72. ELECTRONIC BALANCE NTEP CERTIFIED?  N/A___ YES___ NO___
LABOR DEPARTMENT RULE
(GIVE LETTER IF PERTINENT)
73. WEIGHTS WITHIN CERTIFIED DATE OF _____
LABOR DEPARTMENT RULE   N/A___ YES___ NO___
74. LABOR DEPT NOTIFIED?   N/A___ YES___ NO___
75. RECENT 3 VOL 'USP DI' OR UPTO DATE 'FACTS & COMPARISONS?
30-5-13   YES___ NO___
76. PHARMACY LAWS AND REGULATIONS?
15-1-15.2.8   YES___ NO___

## DRUG RELIABILITY

77. OUTDATED DRUGS IN SHELF STOCK?  15-1-19 NO___ YES___
78. NUMBER FOUND _____
79. REFRIGERATOR TEMPERATURE 36 TO 46?   YES___ NO___
80. TEMPERATURE IS? _4C 0_
81. FREEZER TEMPERATURE -4 TO 14?   N/A___ YES___ NO___
TEMPERATURE IS? _____
82. ROOM TEMPERATURE 59 TO 77?   YES___ NO___
TEMPERATURE IS? _____   NO THERMOMETER___
#79 thru #82 15-1-15.1.2
#79 THRU #82 USP REQUIREMENTS
83. RETURNED DRUGS LOG KEPT?
15-1-12.3   N/A___ YES___ NO___

## SANITARY REGULATIONS

84. Rx COUNTER CLEAN & DUST FREE?   YES___ NO___
15-1-18.1
85. Rx COUNTER USED ONLY FOR Rx PREPARATION?
15-1-18.1   YES___ NO___
86. Rx AREA ORDERLY & CLEAN CONDITION?
15-1-18.1   YES___ NO___
87. SINK USED ONLY FOR CLEANING HANDS AND EQUIPMENT?
15-1-18.3   YES___ NO___
88. DISPENSING EQUIPMENT DUST FREE?
15-1-18.3   YES___ NO___
89. PHARMACISTS WEARING WHITE COAT OR JACKET?
15-1-18.5   YES___ NO___
90. PROPER NAME TAG FOR PHARMACISTS?
15-1-18.4   YES___ NO___

## TECHNICIAN TRAINEES

N/A___
91. TRAINING MANUAL AVAILABLE?  15-1-20.2.4 & 15-7-4
YES___ NO___
92. DOCUMENTATION OF THE INITIAL TRAINING OF EACH TRAINEE
BY P.I.C. IS AVAILABLE?  15-7-4.5   YES___ NO___
93. WRITTEN TRAINING RECORD CONTAINS REQUIRED ELEMENTS?
15-7-4.5a-f   YES___ NO___
94. PROPER ATTIRE FOR TRAINEES?
15-1-18.4   YES___ NO___
95. PROPER NAME TAG FOR TRAINEES?
15-7-6.2   YES___ NO___
96. 2 YEARS TRAINING NOT EXCEEDED?
15-7-4.4   YES___ NO___
97. P.I.C. MAINTAINS RECORD OF TRAINING & HOURS?
YES___ NO___

Confidential                                                        WVBOP_FEDWV_00016611

DEF-WV-01989.00085

## PHARMACIST-IN-CHARGE

98. WORKS 30 HOURS/WEEK OR MORE IN PHARMACY OPEN 40 40 HR/WK?     15-1-2.1.38 c     N/A___ YES___ NO___

99. WORKS 50% OF TIME IN PHARMACY OPEN LESS THAN 40 HR/WK?     BOARD POLICY     N/A___ YES___ NO___

00. INTERIM P.I.C. UTILIZED?   30-5-14a(f)     N/A___ YES___ NO___

01. P.I.C. HAS SEEN THE CURRENT LICENSE OF ALL CURRENT EMPLOYEES?     15-1-20.2.6     YES___ NO___

02. HAS IMPLEMENTED QUALITY ASSURANCE PROGRAM     15-1-20.2.3     YES___ NO___

03. ARE WRITTEN INCIDENT REPORTS PREPARED WHEN DISPENSING ERRORS OCCUR?     YES___ NO___

04. ARE THESE REPORTS FORMALLY DISCUSSED WITH Rx DEPARTMENT PERSONNEL?     YES___ NO___

05. IS PERPETUAL INVENTORY MAINTAINED FOR C-II'S AND IS IT RECONCILED REGULARLY?     YES___ NO___

06. HAS DOCUMENTATION OF EMPLOYEES MAINTAINING PATIENT CONFIDENTIALITY?     15-1-20.2.10     YES___ NO___

07. HAVE ANY AND ALL COMPLAINTS MADE ABOUT A PHARMACIST BEEN REPORTED TO THE BOARD OF PHARMACY?     15-1-14.6.4     N/A___ YES___ NO___

08. HAS BOARD BEEN NOTIFIED ABOUT ALL PHARMACISTS THAT HAVE BEEN DISCHARGED? 15-1-14.6.3     N/A___ YES___ NO___

09. HAS P.I.C. NOTIFIED PERMIT HOLDER OF ANY & ALL KNOWN VIOLATIONS OF RULES OR REGS EXISTING WITHIN THE PHARMACY     15-1-20.2.2     N/A___ YES___ NO___

10. IS THERE DOCUMENTATION & WITH A COPY TO THE BOARD?     15-1-20.2.2     N/A___ YES___ NO___

11. CONTROLLED SUBSTANCE Rx REPORTING IS BEING DONE?     15-8-3     UNKNOWN___ YES___ NO___

## PROFESSIONAL WORK ENVIRONMENT

112. 12 HOUR SHIFT NOT EXCEEDED?15-1-14.8.1     YES___ NO___
113. DOCUMENTED IF OVER 12 HOURS.?     15-1-14.8.1     N/A___ YES___ NO___
114. TECH REQUIRED ON (DATE)_____ 15-1-14.8.2     NO___ YES___
115. TECH WORKED THAT DATE ?     N/A___ YES___ NO___
116. TECHNICIANS-PHARMACIST RATIO IS CORRECT?     30-5-5a(e)     YES___ NO___
117. RATIO ON DUTY NOW?   3 / 1
118. P.I.C. IS ASSISTED BY SUFFICIENT STAFF?     15-1-20.3     YES___ NO___

## COUNSELING

119. ADEQUATE OFFER TO COUNSEL? 15-1-19 13.6     YES___ NO___
120. DOCUMENTATION IF OFFER IS NOT DEEMED NEEDED?     15-1-19.13.6     N/A___ YES___ NO___
121. COUNSELING AREA IS CONVENIENT TO PHARMACIST ? (UNLESS PERMITTED BEFORE MAY 1999)  15-1-15.1.1     EXCUSED___ YES___ NO___
122. COUNSELING AREA IS PRIVATE FOR PATIENT? (UNLESS PERMITTED BEFORE MAY 1999)  15-1-15.1.1     EXCUSED___ YES___ NO___

## CONTINUING EDUCATION

123. ARE THE CE CERTIFICATES OF ALL PHARMACISTS AVAILABLE FOR INSPECTION?     15-3-13.3     YES___ NO___
124. TWO HOURS OF END OR LIFE & PAIN MANAGEMENT OBTAINED IF REQUIRED?     30-1-7a CS     N/A___ YES___ NO___
125. SIX HOURS CE IN LIVE PRESENTATION?     YES___ NO___
126. ARE APPLICABLE CE CERTIFICATES READILY RETRIEVABLE?     15-3-13.3     YES___ NO___

INSPECTOR COMMENTS:

27. _____
28. _____
29. _____
0. _____
1. _____
2. _____
3. _____

SIGNATURE OF PERSON IN CHARGE AT TIME OF INSPECTION          DATE 5-17-07          INSPECTOR

Confidential          WVBOP_FEDWV_00016612

DEF-WV-01989.00086

# WEST VIRGINIA BOARD OF PHARMACY
## 232 CAPITOL ST. CHARLESTON WV 25301     304 558-0558
## OUTPATIENT PHARMACY INSPECTION REPORT

Rite Aid Pharmacy #969
2101 U.S. Route 60 East
Barboursville, W.Va. 25504

E-MAIL ADDRESS                                    DATE 3-10-08

PHONE  304- 736-2957        FAX
DEA LICENSE #  AR0070175        BOP LICENSE #  PD0550577
PIC  Steven Perry        LICENSE #  5749
PHCY HOURS  8-10 M-Friday   9-9 Sunday & Sat

| PERSONNEL | LIC # OR REG # | PERSONNEL | LIC # OR REG # |
|---|---|---|---|
| Jeffrey Richards | RPh | Jessica Neace | |
| Jim Hubbard | RPh | Donna Stevenson | |
| Richard Forrest | Intern | | |
| Monique Parrish | Intern | | |

USE PAGE 3 IF NECESSARY

## SECURITY

| | | |
|---|---|---|
| 1. ALARM SYSTEM TO RULE 15-1-14.7.2 | YES ✓ | NO |
| 2. INCLUDES BACKUP POWER SOURCE?15-1-14.7.2.2 | YES | NO |
| 3. BARRIER TO RULE INCLUDING DRIVE-IN WINDOW? | | |
| 15-1-14.7(d)1 & 15-2-4 | N/A YES | NO |
| 4. KEY & CODE PROCEDURE OK? | N/A YES | NO |
| 5. PROCEDURE FOR ABSENCE OF R.Ph. OK? | | |
| 15-1-14.7.4 | N/A YES | NO |
| 6. CONTROLLED SUBSTANCES DISPERSED? | | |
| | N/A YES | NO |
| 7. 20 GAUGE METAL CABINET OR DRAWER IF LOCKED? | | |
| 15-2-4.6.1 | N/A YES | NO |
| 8. ALL LOSS OR THEFT REPORTED? | | |
| 15-2-4.6.1 | N/A YES | NO |
| 9. ONLY AUTHORIZED NON-REGISTERED PERSON(S) IN Rx | | |
| AREA? 15-1-18.7 | N/A YES | NO |
| 10. ONLY PHARMACISTS HAVE KEY OR CODE TO Rx AREA? | | |
| 15-1-14.7.3.1 | N/A YES | NO |

## THE PRESCRIPTION ORDER

| | | |
|---|---|---|
| 11. FOR A LEGITIMATE MEDICAL PURPOSE? | | |
| 15-1-21.1 | YES | NO |
| 12. PROPERLY DOCUMENTED IF ORAL Rx? | | |
| 15-1-19.13.1 & 15-1-21.1.2 | YES | NO |
| 13. MANUFACTURER SHOWN? 30-5-12b (j) | YES | NO |
| 14. PHARMACIST'S INITIALS? 15-1-19313.4 | YES | NO |
| 15. NO OBLITERATION OR COVERING ON Rx REQUIRED INFO? | | |
| 15-1-9.1.2(a)3.C | YES | NO |
| 16. NUMBER OF FILES KEPT | | |
| 17. TRANSFERED Rx PROPERLY RECORDED? | | |
| 15-1-9.1.2(a)3.C | N/A YES | NO |
| 18. Rx # OF IMPROPERLY TRANSFERED RX | | |
| 19. NO REFILLS EXCEED 12 MONTHS? | N/A YES | NO |
| 15-1-10.3 | | |
| 20. ALL NP OR PA PRESCRIBING IS PROPER ACCORDING TO | | |
| LAW AND THEIR BOARD RULES? | YES | NO |
| 21. Rx NUMBER OF NON-COMPLIANT Rx'S | | |
| 22. PA DRUG LIST & NP EXCLUSION LIST AVAILABLE? | | |
| 15-1-19.13.5 | YES | NO |
| 23. EMERGENCY DISPENSING LOG KEPT & UP TO DATE? | | |
| 15-1-26.1 | YES | NO |
| 24. EMERGENCY DISPENSING WAS PROPER? | | |
| 15-1-26 | YES | NO |

## CONTROLLED SUBSTANCE RECORDS

| | | |
|---|---|---|
| 25. BIENNIAL INVENTORY DATED 3-1-04 | | |
| IS CORRECT? 15-2-6.5 | YES | NO |
| 26. FORMS #222REQUIRE POWER OF ATTORNEY? | YES | NO |
| 27. POWER OF ATTORNEY GRANTED ? | N/A YES | NO |
| 28. TO WHOM: Steve Perry, RPh | | |
| 29. INVOICE OR PACKING SLIP SIGNED BY PHARMACIST? | | |
| 15-2-8.4.2 | YES | NO |
| 30. SCHEDULE V BOOK TO DATE? | N/A YES | NO |
| 31. COMPLETE & CORRECT?15-2-9.22 | N/A YES | NO |
| 32. COMPLETE RETURN & DESTRUCTION RECORDS? | | |
| | N/A YES | NO |
| 33. EMERGENCY C-II FILLED? | N/A YES | |
| 34. EMERGENCY QUANTITY ONLY? | | |
| 15-1-21.14(a) | N/A YES | NO |
| 35. SIGNED Rx WITHIN 7 DAY 15-1-21.4(c) | N/A YES | NO |
| 36. PRACTITIONER PRINTED NAME? 15-2-7.6.3c | YES | NO |
| 37. INSTITUTIONAL PRACTITIONER SUFFIX # ? | | |
| 15-2-7.6.3 | YES | NO |
| 38. PATIENT ADDRESS? | YES | NO |
| 39. DATE of ISSUE? 15-2-7.5.1 | YES | NO |
| 40. CORRECT PARTIAL FILLS? 15-1-21.1.3 (a) 2 | | |
| | N/A YES | NO |
| 41. CONTROLLED SUBSTANCE RX'S ON SEPARATE BLANK? | | |
| 15-2-7.6..1 | N/A YES | NO |
| 42. Rx NUMBER OF NON-COMPLIANT Rx'S | | |
| 43. NO Rx's FOR SCHEDULE II'S FILLED AFTER 90 DAYS ? | | |
| 15-2-7.9.1 | N/A YES | NO |

## PROFESSIONAL WORK ENVIRONMENT

| | | |
|---|---|---|
| 44. 12 HOUR SHIFT NOT EXCEEDED?15-1-14.8.1 | YES | NO |
| 45. DOCUMENTED IF OVER 12 HOURS.? | | |
| 15-1-14.8.1 | N/A YES | NO |
| 46. TECH REQUIRED ON (DATE) | | |
| 15-1-14.8.2 | NO | YES |
| 47. TECH WORKED THAT DATE ? | YES | NO |
| 48. TECHNICIANS-PHARMACIST RATIO IS CORRECT? | | |
| 30-5-5a(e) | YES | NO |
| 49. RATIO ON DUTY NOW? | YES | NO |
| 50. P.I.C. IS ASSISTED BY SUFFICIENT STAFF? | | |
| 15-1-20.3 | YES | NO |

7/2/2004                    OUTPATIENT INSPECTION REPORT                    1

## TRANSFER OF Rx ONLY DRUGS

### WITHOUT Rx

51  CORRECT TRANSFER RECORD?
15-1-9 1.1                                   N/A ✓ YES____ NO____

### WITH Rx

52. DISPENSING RECORDS OK?  15-1-15.2.6            YES ✓ NO____
53. PATIENT PROFILES KEPT?  15-1-15.2.7            YES ✓ NO____
54. PROPER DAILY REPORT? 15-4-5       N/A___ YES ✓ NO____
55  DAILY REPORT SIGNED & VERIFIED? 5-4-5.2 N/A___ YES ✓ NO____
56. LOG BOOK KEPT?        15-4-5.2.3   N/A ✓ YES____ NO____
57  1 YEAR RECORD ONLINE? 15-4-4       N/A___ YES ✓ NO____
58  DISPENSING RECORDS KEPT  5 YEARS?
15-4-4                                  YES ✓ NO____

## EQUIPMENT

59. SUFFICIENT COMPOUNDING EQUIPMENT?
15-1-15.2.2                             YES ✓ NO____
60. SANITARY LIQUID MEASUREMENT?
15-1-15.2.2                             YES ✓ NO____
61. TORSION BALANCE INSPECTED WITHIN 2 YEARS?
LABOR DEPARTMENT 15-1-15.2.1   N/A___ YES____ NO ✓
62. LABOR DEPT NOTIFIED?               N/A___ YES ✓ NO____
63. ELECTRONIC BALANCE NTEP CERTIFIED? N/A___ YES ✓ NO____
LABOR DEPARTMENT RU  (GIVE LETTER IF PERTINENT)

64. WEIGHTS WITHIN CERTIFIED DATE OF _____
LABOR DEPARTMENT RULE         N/A___ YES____ NO ✓
65. LABOR DEPT NOTIFIED?               N/A___ YES ✓ NO____
66. RECENT 3 VOL. 'USP DI' OR UPTO DATE 'FACTS & COMPARISONS?
30-5-13                                 YES ✓ NO____
67  PHARMACY LAWS AND REGULATIONS?
15-1-15.2.8                             YES ✓ NO____

## AUTOMATED PHARMACY SYSTEM

N/A____
68. NAME OF SYSTEM_____Script Pro_____
69. BOARD HAS BEEN NOTIFIED IN WRITING OF INSTALLATION?
15-1-20.2.11 UNKNOWN___ YES ✓ NO____

## COMPLETED PRESCRIPTION & LABELING

70  PROPER CONTAINERS USED? 15-1-15.1.2        YES ✓ NO____
71  PROPER CLOSURES USED AND DOCUMENTED?
30-5-14 a (b)                           YES ✓ NO____
72. PHARMACIST INITIALS?  15-1-19.13.3          YES ✓ NO____
73. GENERIC NAME & MFG.? 15-1-22.1.4(j)1        YES ✓ NO____
74. GENERIC NAME HAS "SUB" OR EQUIVALENT?
15-1-22.1.4 (i) 1                       YES ✓ NO____
75. DRUG BEYOND USE DATE? 15-1-22.1.4(k) 1      YES ✓ NO____

## TECHNICIANS
N/A____

76. PROPER ATTIRE FOR ALL TECHNICIANS?
15-1-18.4                               YES ✓ NO____
77. PROPER NAME TAG FOR ALL TECHNICIANS?
15-7-6.1                                YES ✓ NO____
78. P.I.C. HAS WRITTEN DUTIES OF TECHNICIANS?
15-1-20.3.2                             YES ✓ NO____
79. TECHNICIAN(S) NOT OBSERVED VIOLATING LEGALLY
AUTHORIZED DUTIES?   15-7-5 (1)         YES ✓ NO____
80. DIRECTLY SUPERVISED BY PHARMACIST?
15-1-20.3.2                             YES ✓ NO____
81. LIST OF TECHNICIANS AVAILABLE?
(MAIL COPY TO OFFICE) 15-1-20.3.1       YES ✓ NO____
82. PTCB TECHNICIANS OR THOSE LICENSED IN OTHER STATES ARE
ALSO LICENSED IN WV? 15-7-3.1 c      N/A___ YES____ NO____

## TECHNICIAN TRAINEES
N/A____

83. TRAINING MANUAL AVAILABLE?  15-1-20.2.4 & 15-7-4
YES ✓ NO____
84. DOCUMENTATION OF THE INITIAL TRAINING OF EACH TRAINEE
BY P.I.C  15-7-4.5                      YES ✓ NO____
85. WRITTEN TRAINING RECORD CONTAINS REQUIRED ELEMENTS?
15-7-4.5a-f                             YES ✓ NO____
86. PROPER ATTIRE FOR TRAINEES?
15-1-18.4                               YES ✓ NO____
87. PROPER NAME TAG FOR TRAINEES?
15-7-6.2                                YES ✓ NO____
88. 2 YEARS TRAINING NOT  EXCEEDED?
15-7-4 4                                YES ✓ NO____

## COUNSELING

89. ADEQUATE OFFER TO COUNSEL? 15-1-19.13.6   YES ✓ NO____
90. DOCUMENTATION IF OFFER IS NOT DEEMED NEEDED?
15-1-19.13.6             N/A___ YES____ NO ✓
91. COUNSELING AREA IS CONVENIENT TO PHARMACIST ?
(UNLESS PERMITTED BEFORE MAY 1999) 15-1-15.1.1
EXCUSED_____  YES ✓ NO____
92. COUNSELING AREA IS PRIVATE  FOR PATIENT?
(UNLESS PERMITTED BEFORE MAY 1999) 15-1-15.1.1
EXCUSED_____  YES____ NO____

7/2/2004                    OUTPATIENT INSPECTION REPORT                    2

Confidential

DEF-WV-01989.00088

## SANITARY REGULATIONS

93. Rx COUNTER CLEAN & DUST FREE?                           YES____ NO____
    15-1-18.1
94. Rx COUNTER USED ONLY FOR Rx PREPARATION?                YES____ NO____
    15-1-18.1
95. Rx AREA ORDERLY & CLEAN CONDITION?                      YES ✓ NO____
    15-1-18.1
96. SINK USED ONLY FOR CLEANING HANDS AND EQUIPMENT?        YES____ NO____
    15-1-18.3
97. DISPENSING EQUIPMENT DUST FREE?                         YES____ NO____
    15-1-18.3
98. PHARMACISTS WEARING WHITE COAT OR JACKET?               YES____ NO____
    15-1-18.5
99. PROPER NAME TAG FOR PHARMACISTS?                        YES____ NO____
    15-1-18.4

## CONTINUING EDUCATION

100. ARE THE CE CERTIFICATES OF ALL PHARMACISTS AVAILABLE FOR
     INSPECTION?        15-3-13.3                           YES____ NO____
101. TWO HOURS OF END OR LIFE & PAIN MANAGEMENT OBTAINED?
     30-1-7a CS         N/A____ YES____ NO____
102. SIX HOURS CE IN LIVE PRESENTATION?                     YES____ NO____

## DRUG RELIABILITY

103. OUTDATED DRUGS IN SHELF STOCK?     15-1-19. NO____ YES____
     NUMBER FOUND_____
104. REFRIGERATOR TEMPERATURE 36 TO 46?                     YES____ NO____
     TEMPERATURE IS?_____
105. FREEZER TEMPERATURE -4 TO 14?      N/A____ YES____ NO____
     TEMPERATURE IS?_____
106. ROOM TEMPERATURE 59 TO 77?                             YES____ NO____
     TEMPERATURE IS?_____                                NO THERMOMETER____
     #103 thru #105 15-1-15.1.2
     #103 THRU #105 USP REQUIREMENTS
107. RETURNED DRUGS LOG KEPT?           N/A____ YES____ NO____
     15-1-12.3

## GENERICS

108. GENERIC SIGN VISIBLE TO PUBLIC? 30-5-12b(c)
                                                            YES____ NO____
109. PROPERLY MADE GENERIC SELECTIONS? 15-1-13.1
                                                            YES____ NO____
110. PRESCRIPTION #'S OF IMPROPERLY SELECTED Rx'S
                                          N/A____ YES____ NO____

## PHARMACIST-IN-CHARGE

111. WORKS 30 HOURS/WEEK OR MORE IN PHARMACY OPEN 40
     40 HR/WK?          15-1-2.1.38 c    N/A____ YES____ NO____
112. WORKS 50% OF TIME IN PHARMACY OPEN LESS THAN 40 HR/WK?
                        BOARD POLICY     N/A____ YES____ NO____
113. INTERIM P.I.C. UTILIZED? 30-5-14a(f)  N/A____ YES____ NO____
114. P. I. C. HAS SEEN THE CURRENT LICENSE OF ALL CURRENT
     EMPLOYEES?         15-1-20.2.6                         YES____ NO____
115. HAS IMPLEMENTED QUALITY ASSURANCE PROGRAM
     FOR PATIENT CARE?  15-1-20.2.3                         YES____ NO____
116. QUALITY ASSURANCE PROGRAM IS DESIGNED TO PREVENT AND
     DETECT DRUG DIVERSION? 15-1-20.2.3                     YES____ NO____
117. HAS DOCUMENTATION OF EMPLOYEES MAINTAINING PATIENT
     CONFIDENTIALITY?   15-1-20.2.10                        YES____ NO____
118. HAVE ANY AND ALL COMPLAINTS MADE ABOUT A PHARMACIST
     BEEN REPORTED TO THE BOARD OF PHARMACY?
     15-1-14.6.4                          N/A____ YES____ NO____
119. HAS BOARD BEEN NOTIFIED ABOUT ALL PHARMACISTS THAT
     HAVE BEEN DISCHARGED? 15-1-14.6.3    N/A____ YES____ NO____
120. HAS P.I.C. NOTIFIED PERMIT HOLDER OF ANY & ALL KNOWN
     VIOLATIONS OF RULES OR REGS EXISTING WITHIN THE
     PHARMACY?         15-1-20.2.2        N/A____ YES____ NO____
121. IS THERE DOCUMENTATION & WITH A COPY TO THE BOARD?
     15-1-20.2.2       N/A____ YES____ NO____
122. CONTROLLED SUBSTANCE Rx REPORTING IS BEING DONE?
     15-8-3            UNKNOWN____ YES____ NO____

INSPECTOR COMMENTS:          (LIST DISCREPANCIES BETWEEN SELF INSPECTION REPORT AND THIS REPORT)

123. _Memory Dispensing Area needs more Room_

124.

125.

126.

127.

128.

129.

SIGNATURE OF PERSON IN CHARGE AT TIME OF INSPECTION     DATE 3-10-05     INSPECTOR

____PERSONNEL CONTINUED FROM FIRST PAGE.
PERSONNEL                          LIC.# OR REG #     PERSONNEL                          LIC.# OR REG #

7/2/2004                    OUTPATIENT INSPECTION REPORT                    3

Confidential                                              WVBOP_FEDWV_00016615

DEF-WV-01989.00089

# West Virginia Board of Pharmacy

232 Capitol Street  Charleston WV 25301          304 558-0558

## Non-compliance Correction Report

Please Print or type

The following non-compliant items were found during the inspection on _____3-1-05_____ of
DATE

| | |
|---|---|
| Rite Aid Pharmacy 1968 | #P0550577 |
| Pharmacy Name | License # |
| 6601 b.. Route 60 east | Steve Perry          5749 |
| Street Address | PIC          License # |
| Barboursville          25504 | Irvin Van Peter, Jr. RPh |
| City          Zip | Inspector |

| Item # | Description |
|---|---|
| 12 | NEED to Document time on all telephoned R's |
| 61 | Balance needs Certified |
| 64 | Weights need Certified |
| | |
| | |
| | |

Please show the corrective action you have taken on each of the above to bring your pharmacy into
compliance  Return to the Board address above within ten working days of your inspection date

| Item # | Action taken |
|---|---|
| 12 | Will implement procedure for recording time on call in RX'S |
| 61 | Call immediately for appointment for certification |
| 64 | Will send weights in for certificate |
| | |
| | |
| | |

_____          3-10-05
PIC Signature          Date

# WEST VIRGINIA BOARD OF PHARMACY

## 232 CAPITOL ST. CHARLESTON WV 25301    304 558-0558
## OUTPATIENT PHARMACY INSPECTION REPORT

Rite Aid Pharmacy #968
6401 U.S. Route 60 west
Barboursville, W.Va. 25504

| E-MAIL ADDRESS | | DATE 5-17-07 |
|---|---|---|
| PHONE 304-736-2837 | | FAX |
| DEA LICENSE # AR6070178 | BOP LICENSE # MP0550577 | |
| P.I.C. STEVEN Perry | | LICENSE # 5149 |
| PHCY HOURS 8-10 M.F | 9-9 SAT | 9-9 Sunday |

| PERSONNEL | LIC.# OR REG.# | YEAR ISSUED | PERSONNEL | LIC.# OR REG.# | TRAINEE HOURS ACCRUED |
|---|---|---|---|---|---|
| JEFFREY Richards | #4073 | | | | |
| JOE HOWARD | #2783 | | | | |
| | | | | | |
| | | | | | |
| RoBeRT Sunigos Intern #5384 | | | | | |
| MARcus Patrick Intern # 5240 | | | | | |

## AUTOMATED PHARMACY SYSTEM

NAME OF SYSTEM  ScRipt Pro  N/A____
BOARD HAS BEEN NOTIFIED IN WRITING OF INSTALLATION?
15-1-20.2.11 UNKNOWN___ YES_✓_NO___

## SECURITY

ALARM SYSTEM TO RULES 15-1-14.7.2  YES_✓_NO___
INCLUDES BACKUP POWER SOURCE?15-1-14.7.2.2  YES_✓_NO___
BARRIER TO RULE INCLUDING DRIVE-IN WINDOW?
15-1-14.7(d)1 &  15-2-4  N/A___ YES_✓_NO___
KEY & CODE PROCEDURE OK?  N/A___ YES___NO___
PROCEDURE FOR ABSENCE OF R.Ph. OK?
15-1-14.7.4  N/A___ YES___NO___
CONTROLLED SUBSTANCES DISPERSED?
N/A___ YES___NO___
20 GAUGE METAL CABINET OR DRAWER IF LOCKED?
15-2-4.6.1  N/A___ YES___
ALL LOSS OR THEFT REPORTED?
15-2-8.3.1  N/A___ YES___NO___
ONLY AUTHORIZED NON-REGISTERED PERSON(S) IN Rx
AREA?  15-1-18.7  N/A___ YES___NO___
ONLY PHARMACISTS HAVE KEY OR CODE TO Rx AREA?
15-1-14.7.3.1  N/A___ YES_✓_NO___

## GENERICS

GENERIC SIGN VISIBLE TO PUBLIC? 30-5-12b(c)
YES___NO___
PROPERLY MADE GENERIC SELECTIONS? 15-1-13.1
YES_✓_NO___

## CONTROLLED SUBSTANCE RECORDS  5-1-07

15. BIENNIAL INVENTORY DATED____
    IS CORRECT?  15-2-6.5  YES_✓_NO___
16. FORMS #222REQUIRE POWER OF ATTORNEY?  YES_✓_NO___
17. POWER OF ATTORNEY GRANTED ?  N/A___ YES_✓_NO___
18. TO WHOM; Steven Perry, Robert # 4073
19. INVOICE OR PACKING SLIP SIGNED BY PHARMACIST?
    15-2.8.4.2  YES_✓_NO___
20. SCHEDULE V BOOK TO DATE?  N/A_✓_YES___NO___
21. COMPLETE & CORRECT?15-2-9.22  N/A_✓_YES___NO___
22. COMPLETE RETURN & DESTRUCTION RECORDS?
    N/A___ YES___NO_✓_
23. EMERGENCY C-II FILLED?  N/A_✓_YES___
24. EMERGENCY QUANTITY ONLY?
    15-1-21.14(a)  N/A_✓_YES___NO___
25. SIGNED Rx WITHIN 7 DAY! 15-1-21.4(c)  N/A_✓_YES___NO___
26. PRACTITIONER PRINTED NAME? 15-2-7.6.3c  YES___NO___
27. INSTITUTIONAL PRACTITIONER SUFFIX # ?
    15-2-7.6.3  N/A_✓_YES___NO___
28. PATIENT ADDRESS?  YES___NO___
29. DATE OF ISSUE?  15-2-7.5.1  YES___NO___
30. CORRECT PARTIAL FILLS? 15-1-21.1.3 (a) 2
    N/A_✓_YES___NO___
31. CONTROLLED SUBSTANCE RX'S ON SEPARATE BLANK?
    15-2-7.6..1  YES_✓_NO___
32. ARE PSEUDOEPHEDRINE SALES RECORDED?
    N/A___ YES_✓_NO___
33. NO Rx's FOR SCHEDULE II'S FILLED AFTER 90 DAYS ?
    15-2-7.9.1  N/A___ YES___NO___

Confidential    WVBOP_FEDWV_00016617

DEF-WV-01989.00091

## TRANSFER OF Rx ONLY DRUGS

### WITHOUT Rx
34. CORRECT TRANSFER RECORD?
15-1-9.1.1   N\A __✓__ YES ____ NO ____

### WITH Rx
35. DISPENSING RECORDS OK? 15-1-15.2.6   YES __✓__ NO ____
36. PATIENT PROFILES KEPT? 15-1-15.2.7   YES __✓__ NO ____
37. PROPER DAILY REPORT? 15-4-5   N\A ____ YES __✓__ NO ____
38. DAILY REPORT SIGNED & VERIFIED? 5-4-5.2.3 N\A ____ YES ____ NO ____
39. LOG BOOK KEPT?   15-4-5.2.3   N\A ____ YES __✓__ NO ____
40. 1 YEAR RECORD ONLINE? 15-4-4   N\A ____ YES __✓__ NO ____
41. DISPENSING RECORDS KEPT  5 YEARS?
15-4-4   YES __✓__ NO ____

## THE PRESCRIPTION ORDER
2. FOR A LEGITIMATE MEDICAL PURPOSE?
15-1-21.1   YES __✓__ NO ____
3. PROPERLY DOCUMENTED IF ORAL Rx?
15-1-19.13.1 & 15-1-21.1.2   YES ____ NO __✓__
4. MANUFACTURER SHOWN?  30-5-12b (l)   YES ____ NO __✓__
5. PHARMACIST'S INITIALS?  15-1-19313.4   YES ____ NO __✓__
6. NO OBLITERATION OR COVERING ON Rx REQUIRED INFO?
15-1-9.1.2(a)3.C   YES __✓__ NO ____

7. NUMBER OF FILES KEPT ____✓____
8. TRANSFERED Rx PROPERLY RECORDED?
15-1-9.1.2(a)3.C   N\A ____ YES __✓__ NO ____

9. NO REFILLS EXCEED 12 MONTHS?  15-1-10.3   YES __✓__ NO ____

0. ALL NP OR PA PRESCRIBING IS PROPER ACCORDING TO
LAW AND THEIR BOARD RULES?   YES __✓__ NO ____
1. Rx NUMBER OF NON-COMPLIANT Rx'S _____

2. EMERGENCY DISPENSING LOG KEPT & UP TO DATE?
15-1-26.1   YES __✓__ NO ____
3. EMERGENCY DISPENSING WAS PROPER?
15-1-26   YES __✓__ NO ____

## COMPLETED PRESCRIPTION & LABELING
4. PROPER CONTAINERS USED? 15-1-15.1.2   YES __✓__ NO ____
5. PROPER CLOSURES USED AND DOCUMENTED?
30-5-14 a (b)   YES __✓__ NO ____
6. PHARMACIST INITIALS?  15-1-19.13.3   YES __✓__ NO ____
7. GENERIC NAME & MFG.? 15-1-22.1.4(j)1   YES __✓__ NO ____
8. GENERIC NAME HAS "SUB" OR EQUIVALENT?
15-1-22.1.4 (i) 1   YES __✓__ NO ____
9. DRUG BEYOND USE DATE? 15-1-22.1.4(k) 1   YES __✓__ NO ____
0. LABEL SHOWS PROPER TITLE FOR MID-LEVEL PRACTITIONERS?
YES __✓__ NO ____

## TECHNICIANS   N\A ____
1. PROPER ATTIRE FOR ALL TECHNICIANS?
15-1-18.4   YES __✓__ NO ____
2. PROPER NAME TAG FOR ALL TECHNICIANS?
15-7-6.1   YES __✓__ NO ____
3. P.I.C. HAS WRITTEN DUTIES OF TECHNICIANS?
15-1-20.3.2   YES __✓__ NO ____
4. TECHNICIAN(S) NOT OBSERVED VIOLATING LEGALLY
AUTHORIZED DUTIES?   15-7-5 (1)   YES __✓__ NO ____
DIRECTLY SUPERVISED BY PHARMACIST?
15-1-20.3.2   YES __✓__ NO ____
LIST OF TECHNICIANS AVAILABLE?
(MAIL COPY TO OFFICE)   15-1-20.3.1   YES __✓__ NO ____
PTCB TECHNICIANS OR THOSE LICENSED IN OTHER STATES ARE
ALSO LICENSED IN WV?   15-7-3.1 c   N\A __✓__ YES ____ NO ____

## EQUIPMENT
68. SUFFICIENT COMPOUNDING EQUIPMENT?
15-1-15.2.2   YES __✓__ NO ____
69. SANITARY LIQUID MEASUREMENT?
15-1-15.2.2   YES ____ NO ____
70. TORSION BALANCE INSPECTED WITHIN 2 YEARS?
LABOR DEPARTMENT RULE  15-1-15.2.1   N\A ____ YES ____ NO __✓__
71. LABOR DEPT NOTIFIED?   N\A ____ YES ____ NO ____
72. ELECTRONIC BALANCE NTEP CERTIFIED?   N\A ____ YES __✓__ NO ____
L ABOR DEPARTMENT RULE
(GIVE LETTER IF PERTINENT)
73. WEIGHTS WITHIN CERTIFIED DATE OF
LABOR DEPARTMENT RULE   N\A ____ YES ____ NO ____
74. LABOR DEPT NOTIFIED?   N\A ____ YES ____ NO ____
75. RECENT 3 VOL. 'USP DI' OR UPTO DATE 'FACTS & COMPARISONS?
30-5-13   YES __✓__ NO ____
76. PHARMACY LAWS AND REGULATIONS?
15-1-15.2.8   YES __✓__ NO ____

## DRUG RELIABILITY
77. OUTDATED DRUGS IN SHELF STOCK?   15-1-19. NO __✓__ YES ____
78. NUMBER FOUND _____
79. REFRIGERATOR TEMPERATURE 36 TO 46?   YES __✓__ NO ____
80. TEMPERATURE IS? __40 o__
81. FREEZER TEMPERATURE -4 TO 14?   N\A __✓__ YES ____ NO ____
TEMPERATURE IS? _____
82. ROOM TEMPERATURE  59 TO 77?   YES __✓__ NO ____
TEMPERATURE IS? _____   NO THERMOMETER ____
#79 thru #82 15-1-15.1.2
#79 THRU #82 USP REQUIREMENTS
83. RETURNED DRUGS LOG KEPT?   N\A __✓__ YES ____ NO ____
15-1-12.3

## SANITARY REGULATIONS
84. Rx COUNTER CLEAN & DUST FREE?   YES __✓__ NO ____
15-1-18.1
85. Rx COUNTER USED ONLY FOR Rx PREPARATION?
15-1-18.1   YES __✓__ NO ____
86. Rx AREA ORDERLY & CLEAN CONDITION?
15-1-18.1   YES __✓__ NO ____
87. SINK USED ONLY FOR CLEANING HANDS AND EQUIPMENT?
15-1-18.3   YES __✓__ NO ____
88. DISPENSING EQUIPMENT DUST FREE?
15-1-18.3   YES __✓__ NO ____
89. PHARMACISTS WEARING WHITE COAT OR JACKET?
15-1-18.5   YES __✓__ NO ____
90. PROPER NAME TAG FOR PHARMACISTS?
15-1-18.4   YES __✓__ NO ____

## TECHNICIAN TRAINEES
N\A ____
91. TRAINING MANUAL AVAILABLE?  15-1-20.2.4 & 15-7-4
YES __✓__ NO ____
92. DOCUMENTATION OF THE INITIAL TRAINING OF EACH TRAINEE
BY P.I.C. IS AVAILABLE?   15-7-4.5   YES __✓__ NO ____
93. WRITTEN TRAINING RECORD CONTAINS REQUIRED ELEMENTS?
15-7-4.5a-f   YES __✓__ NO ____
94. PROPER ATTIRE FOR TRAINEES?
15-1-18.4   YES __✓__ NO ____
95. PROPER NAME TAG FOR TRAINEES?
15-7-6.2   YES __✓__ NO ____
96. 2 YEARS TRAINING NOT  EXCEEDED?
15-7-4.4   YES __✓__ NO ____
97. P. I. C. MAINTAINS RECORD OF TRAINING & HOURS?
YES __✓__ NO ____

Confidential        WVBOP_FEDWV_00016618

DEF-WV-01989.00092

## PHARMACIST-IN-CHARGE

98. WORKS 30 HOURS/WEEK OR MORE IN PHARMACY OPEN 40 40 HR/WK?   N/A___ YES___ NO___

99. WORKS 50% OF TIME IN PHARMACY OPEN LESS THAN 40 HR/WK? BOARD POLICY   15-1-2.1.38 c   N/A___ YES___ NO___

00. INTERIM P.I.C. UTILIZED?   30-5-14a(f)   N/A___ YES___ NO___

01. P. I. C. HAS SEEN THE CURRENT LICENSE OF ALL CURRENT EMPLOYEES?   15-1-20.2.6   YES___ NO___

02. HAS IMPLEMENTED QUALITY ASSURANCE PROGRAM FOR PATIENT CARE?   15-1-20.2.3   YES___ NO___

03. ARE WRITTEN INCIDENT REPORTS PREPARED WHEN DISPENSING ERRORS OCCUR?   YES___ NO___

04. ARE THESE REPORTS FORMALLY DISCUSSED WITH Rx DEPARTMENT PERSONNEL?   YES___ NO___

05. IS PERPETUAL INVENTORY MAINTAINED FOR C-II'S AND IS IT RECONCILED REGULARLY?   YES___ NO___

06. HAS DOCUMENTATION OF EMPLOYEES MAINTAINING PATIENT CONFIDENTIALITY?   15-1-20.2.10   YES___ NO___

07. HAVE ANY AND ALL COMPLAINTS MADE ABOUT A PHARMACIST BEEN REPORTED TO THE BOARD OF PHARMACY?   15-1-14.6.4   N/A___ YES___ NO___

08. HAS BOARD BEEN NOTIFIED ABOUT ALL PHARMACISTS THAT HAVE BEEN DISCHARGED?  15-1-14.6.3   N/A___ YES___ NO___

09. HAS P.I.C. NOTIFIED PERMIT HOLDER OF ANY & ALL KNOWN VIOLATIONS OF RULES OR REGS EXISTING WITHIN THE PHARMACY   15-1-20.2.2   N/A___ YES___ NO___

0. IS THERE DOCUMENTATION & WITH A COPY TO THE BOARD?   15-1-20.2.2   N/A___ YES___ NO___

1. CONTROLLED SUBSTANCE Rx REPORTING IS BEING DONE?   15-8-3   UNKNOWN___ YES___ NO___

## PROFESSIONAL WORK ENVIRONMENT

112. 12 HOUR SHIFT NOT EXCEEDED?15-1-14.8.1   YES___ NO___
113. DOCUMENTED IF OVER 12 HOURS.?   15-1-14.8.1   N/A___ YES___ NO___
114. TECH REQUIRED ON (DATE)_____   15-1-14.8.2   NO___ YES___
115. TECH WORKED THAT DATE ?   N/A___ YES___ NO___
116. TECHNICIANS-PHARMACIST RATIO IS CORRECT?   30-5-5a(e)   YES___ NO___
117. RATIO ON DUTY NOW?___
118. P.I.C. IS ASSISTED BY SUFFICIENT STAFF?   15-1-20.3   YES___ NO___

## COUNSELING

119. ADEQUATE OFFER TO COUNSEL? 15-1-19.13.6   YES___ NO___
120. DOCUMENTATION IF OFFER IS NOT DEEMED NEEDED?   15-1-19.13.6   N/A___ YES___ NO___
121. COUNSELING AREA IS CONVENIENT TO PHARMACIST ?   (UNLESS PERMITTED BEFORE MAY 1999) 15-1-15.1.1   EXCUSED___ YES___ NO___
122. COUNSELING AREA IS PRIVATE FOR PATIENT?   (UNLESS PERMITTED BEFORE MAY 1999) 15-1-15.1.1   EXCUSED___ YES___ NO___

## CONTINUING EDUCATION

123. ARE THE CE CERTIFICATES OF ALL PHARMACISTS AVAILABLE FOR INSPECTION?   15-3-13.3   YES___ NO___
124. TWO HOURS OF END OR LIFE & PAIN MANAGEMENT OBTAINED IF REQUIRED?   30-1-7a CS   N/A___ YES___ NO___
125. SIX HOURS CE IN LIVE PRESENTATION?   YES___ NO___
126. ARE APPLICABLE CE CERTIFICATES READILY RETRIEVABLE?   15-3-13.3   YES___ NO___

INSPECTOR COMMENTS:

5-17-07   DATE   INSPECTOR

SIGNATURE OF PERSON IN CHARGE AT TIME OF INSPECTION

# WEST VIRGINIA BOARD OF PHARMACY
## 232 CAPITOL STREET, CHARLESTON, WV 25301
### List of Employed Pharmacy Technicians & Trainees
#### THIS FORM IS REQUIRED BY WV LEGISLATIVE RULE 15-1-20.3.1

Name of
Pharmacy: Rite Aid #968
Address: 6401 US Rt 60 Barboursville WV 25504
Phone: (304) 736-2837 ___ BOP Licence # MP0550577

P.I.C. (Print Name) Steve Perry ___ License# RP0005749

**Pharmacy Technicians employed and Registration Number.**

Jessica Neace        PT0004450

Susan Jackson        PT0005302

**Pharmacy Technician Trainees & Date Employment Began in Pharmacy.**

Joe Rubin        08/22/2004

Chad Nelson        09/10/2005

Dwight Eplin II        03/24/2006

Kelli Adkins        03/24/2006

Jacqueline Lambert        08/20/2006

Tech Trainees MUST Get 2080 Hours Within a (2) Two Year Period OR Obtain Approval
From The Board For Extenuating Circumstances!

P.I.C.
Signature ___ Date 5-17-07
(Form updated 9/30/05)

# WEST VIRGINIA BOARD OF PHARMACY

32 CAPITOL ST.  CHARLESTON WV 25301          304 558-0558

## Non-compliance Correction Report          5-17-07

| | |
|---|---|
| Rite Aid Pharmacy #968<br>5401 U.S. Route 60 W.<br>Barboursville, W.Va. 25504 | BOP LICENSE #<br>MP0550577 |
| | P.I.C.   Steven Perry   LICENSE #   5749 |
| | Inspector<br>Irvin Van Meter, Jr. RPh |

The following non-compliant items were found during the inspection on _____

| Item # | Description |
|---|---|
| 43 | NEED to Document time on telephoned Q.s |
| 10 | Balance NEEDS Certified |
| 73 | Weight to Be Certified |
| 123 | NEED Copies of CE Certificates For all RPh's |
| Item # | Description |
| Item # | Description |
| Item # | Description |

Please show the corrective action you have taken on each of the above to bring your pharmacy into compliance. Return to the Board address above within ten working days of your inspection date.

| Item # | Action taken |
|---|---|
| Item # | Action taken |
| Item # | Action taken |
| Item # | Action taken |
| Item # | Action taken |
| Item # | Action taken |
| Item # | Action taken |

P. I. C. Signature                              Date

This report will be compared with your next inspection and a repeated item will be presented to the complaint committee of the Board for formal action.

Confidential                                                    WVBOP_FEDWV_00016621

DEF-WV-01989.00095

# WEST VIRGINIA BOARD OF PHARMACY
## 232 CAPITOL STREET, CHARLESTON, WV 25301
### List of Employed Pharmacy Technicians & Trainees
#### THIS FORM IS REQUIRED BY WV LEGISLATIVE RULE 15-1-20.3.1

Name of Pharmacy: Rite Aid #968

Address: 6401 US Rt 60 Barboursville WV 25504

Phone: (304) 736-2837    BOP Licence # MP0550577

P.I.C. (Print Name) Steve Perry    License# RP0005749

**Pharmacy Technicians employed and Registration Number.**

| | |
|---|---|
| Jessica Neace | PT0004450 |
| Susan Jackson | PT0005302 |

**Pharmacy Technician Trainees & Date Employment Began in Pharmacy.**

| | |
|---|---|
| Joe Rubin | 08/22/2004 |
| Chad Nelson | 09/10/2005 |
| Dwight Eplin II | 03/24/2006 |
| Kelli Adkins | 03/24/2006 |
| Jacqueline Lambert | 08/20/2006 |

Tech Trainees MUST Get 2080 Hours Within a (2) Two Year Period OR Obtain Approval From The Board For Extenuating Circumstances!

P.I.C. Signature    Date 5-17-07

(Form updated 9/30/05)

Confidential

DEF-WV-01989.00096

*[handwritten: 110.00]*
*[handwritten: 37 of 103]*

# WEST VIRGINIA BOARD OF PHARMACY
## 232 Capitol Street
### Charleston, West Virginia 25301

*[stamp: RECEIVED JUN 22 2005 WV BOARD OF PHARMACY]*

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2005 - June 30, 2006

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:

Rite Aid Disc Phcy 968
6401 U.S. Route 60
Barboursville, WV 25504

LICENSE # MP0550577    COUNTY Cabell    DEA # AR6070178    PHONE #

2. PHARMACIST IN CHARGE _Steven Perry_    RPh # RP0005749

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state?............ Yes ___ No ✓
b. Have you ever been convicted of a felony? ................................................. Yes ___ No ✓
c. Have you ever been convicted of a misdemeanor other than a traffic violation?................. Yes ___ No ✓
d. Do you ever work partime in any other pharmacy? . . . . . .................................... Yes ___ No ✓
   If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES. Circle All Applicable a. through e.:
a. PHARMACY - Inpatient ....................................................... $100.00
b. PHARMACY - Outpatient ...................................................... (circled) $100.00
c. CONTROLLED SUBSTANCE PERMIT .............................................. (circled) $10.00
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT ................................ $100.00
e. NUCLEAR PHARMACY .......................................................... $100.00

Name of Enteral/Parenteral Pharmacist Manage_____    RPh #_____

ATTACH CHECK OR MONEY ORDER TO APPLICATION .................    TOTAL FEES $ 110.00

4. CIRCLE APPLICABLE DRUG SCHEDULE  (II  III  IV  V)  NARCOTIC
                                     II  III  IV  V   NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP    SINGLE PROPRIETOR    PARTNERSHIP    (CORPORATION)

6. NAMES OF PRINCIPLES AND TITLES: (Owner; Partners; Three Corporate Officers)

_____

## SEE ATTACHED

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?  _No_

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy will be faithfully observed so long as any permit issue will be in force.

9. _[signature]_    _Vice Pres._    **JUN 13 2005**
   Signature of Applicant, Managing Partner or Office    Title    Date

10. _[signature]_    RP0005749    5-6-05
    Signature of Pharmacist in Charge    RPh #    Date

Confidential

**DEF-WV-01989.00097**

$110

# WEST VIRGINIA BOARD OF PHARMACY
## 232 Capitol Street
## Charleston, West Virginia 25301

36 of 102

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2006 - June 30, 2007

RECEIVED

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:

Rite Aid Disc Phcy 968
6401 U.S. Route 60
Barboursville, WV 25504

LICENSE # MP0550577          COUNTY Cabell          DEA # A3607178          PHONE #

2. PHARMACIST IN CHARGE _____          Rite Aid # 00968
                                          Steven Perry / RPH #RP0005749

a. Has your Pharmacist License ever been denie                                    Yes ___  No ✓
b. Have you ever been convicted of a felony? .................................    Yes ___  No ✓
c. Have you ever been convicted of a misdemeanor other than a traffic violation? .....  Yes ___  No ✓
d. Do you ever work partime in any other pharmacy? . . . . . .                    Yes ___  No ✓
   If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES. Circle All Applicable a. through e.:
a. PHARMACY - Inpatient ...............................................................    $100.00
b. PHARMACY - Outpatient ............................................................    $100.00
c. CONTROLLED SUBSTANCE PERMIT ...........................................    $10.00
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT ...................    $100.00
e. NUCLEAR PHARMACY ..................................................................    $100.00

Name of Enteral/Parenteral Pharmacist Manage_____    RPh #

ATTACH CHECK OR MONEY ORDER TO APPLICATION          TOTAL FEES $ 110.00

4. CIRCLE APPLICABLE DRUG SCHEDULE    II   III   IV   V    NARCOTIC
                                       II   III   IV   V    NON-NARCOTIC
5. CIRCLE TYPE OF OWNERSHIP      SINGLE PROPRIETOR      PARTNERSHIP      CORPORATION
6. NAMES OF PRINCIPLES AND TITLES: (Owner; Partners; Three Corporate Officers)

## SEE ATTACHED

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony? NO

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

MAY 2 2 2006

9. _____          Vice Pres.          _____
   Signature of Applicant, Managing Partner or Office      Title            Date

10. _____          _____     _____
    Signature of Pharmacist in Charge      RPh #          Date

Confidential                                    WVBOP_FEDWV_00016624

DEF-WV-01989.00098

# WEST VIRGINIA BOARD OF PHARMACY
## 232 CAPITOL ST. CHARLESTON WV 25301    304 558-0558
## OUTPATIENT PHARMACY INSPECTION REPORT

Rite Aid Pharmacy #968
6401 U.S. Route 60 East
Barboursville, W.Va. 25504

E-MAIL ADDRESS

DATE: 3-10-05

PHONE: 304- 736-2931    FAX:

DEA LICENSE #: AR6070178    BOP LICENSE #: 1P0550577

P.I.C.: Steven Perry    LICENSE #: 5749

PHCY HOURS: 8-10 M-Friday    9-9 Sunday & Sat

| PERSONNEL | LIC.# OR REG.# | PERSONNEL | LIC.# OR REG.# |
|---|---|---|---|
| Jeffrey Richards | RPh | Jessica Neace | [tech] |
| Joe Howard | RPh | Donna Stevenson | [Reg tech] |
| Rachel Forrest | intern | | |
| Marcus Patrick | intern | | |

USE PAGE 3 IF NECESSARY

## SECURITY

| | YES | NO |
|---|---|---|
| 1. ALARM SYSTEM TO RULE 15-1-14.7.2 | ✓ | |
| 2. INCLUDES BACKUP POWER SOURCE?15-1-14.7.2.2 | YES | NO |
| 3. BARRIER TO RULE INCLUDING DRIVE-IN WINDOW? 15-1-14.7(6)1 & 15-2-4 | N/A YES | NO |
| 4. KEY & CODE PROCEDURE OK? | N/A YES | NO |
| 5. PROCEDURE FOR ABSENCE OF R.Ph. OK? 15-1-14.7.4 | N/A YES | NO |
| 6. CONTROLLED SUBSTANCES DISPENSED? | N/A YES | NO |
| 7. 20 GAUGE METAL CABINET OR DRAWER IF LOCKED? 15-2-4.6.1 | N/A YES | |
| 8. ALL LOSS OR THEFT REPORTED? 15-2-4.6.1 | N/A YES | NO |
| 9. ONLY AUTHORIZED NON-REGISTERED PERSON(S) IN Rx AREA? 15-1-18.7 | N/A YES | NO |
| 10. ONLY PHARMACISTS HAVE KEY OR CODE TO Rx AREA? 15-1-14.7.3.1 | N/A YES | NO |

## THE PRESCRIPTION ORDER

| | YES | NO |
|---|---|---|
| 11. FOR A LEGITIMATE MEDICAL PURPOSE? 15-1-21.1 | YES | NO |
| 12. PROPERLY DOCUMENTED IF ORAL Rx? 15-1-19.13.1 & 15-1-21.1.2 | YES | NO |
| 13. MANUFACTURER SHOWN? 30-5-12b (j) | YES | NO |
| 14. PHARMACIST'S INITIALS? 15-1-19313.4 | YES | NO |
| 15. NO OBLITERATION OR COVERING ON Rx REQUIRED INFO? 15-1-9.1.2(a)3.C | YES | NO |
| 16. NUMBER OF FILES KEPT | ✓ | |
| 17. TRANSFERED Rx PROPERLY RECORDED? 15-1-9.1.2(a)3.C | N/A YES | NO |
| 18. Rx # OF IMPROPERLY TRANSFERED RX | | |
| 19. NO REFILLS EXCEED 12 MONTHS? 15-1-10.3 | N/A YES | NO |
| 20. ALL NP OR PA PRESCRIBING IS PROPER ACCORDING TO LAW AND THEIR BOARD RULES? | YES | NO |
| 21. Rx NUMBER OF NON-COMPLIANT Rx'S | | |
| 22. PA DRUG LIST & NP EXCLUSION LIST AVAILABLE? 15-1-19.13.5 | YES | NO |
| 23. EMERGENCY DISPENSING LOG KEPT & UP TO DATE? 15-1-26.1 | YES | NO |
| 24. EMERGENCY DISPENSING WAS PROPER? 15-1-26 | YES | NO |

## CONTROLLED SUBSTANCE RECORDS

| | | YES | NO |
|---|---|---|---|
| 25. BIENNIAL INVENTORY DATED 5-1-04 IS CORRECT? 15-2-6.5 | | YES | NO |
| 26. FORMS #222 REQUIRE POWER OF ATTORNEY? | | YES | NO |
| 27. POWER OF ATTORNEY GRANTED ? | N/A | YES | NO |
| 28. TO WHOM: Steve Perry, RPh | | | |
| 29. INVOICE OR PACKING SLIP SIGNED BY PHARMACIST? 15-2-8.4.2 | | YES | NO |
| 30. SCHEDULE V  BOOK TO DATE? | N/A | YES | NO |
| 31. COMPLETE & CORRECT?15-2-9.22 | N/A | YES | NO |
| 32. COMPLETE RETURN & DESTRUCTION RECORDS? | N/A | YES | NO |
| 33. EMERGENCY C-II FILLED? | N/A | YES | |
| 34. EMERGENCY QUANTITY ONLY? 15-1-21.14(a) | N/A | YES | NO |
| 35. SIGNED Rx WITHIN 7 DAY 15-1-21.4(c) | N/A | YES | NO |
| 36. PRACTITIONER PRINTED NAME? 15-2-7.6.3c | | YES | NO |
| 37. INSTITUTIONAL PRACTITIONER SUFFIX # ? 15-2-7.6.3 | | YES | NO |
| 38. PATIENT ADDRESS? | | YES | NO |
| 39. DATE OF ISSUE? 15-2-7.5.1 | | YES | NO |
| 40. CORRECT PARTIAL FILLS? 15-1-21.1.3 (a) 2 | | YES | NO |
| 41. CONTROLLED SUBSTANCE RX'S ON SEPARATE BLANK? 15-2-7.6..1 | | YES | NO |
| 42. Rx NUMBER OF NON-COMPLIANT Rx'S | | | |
| 43. NO Rx's FOR SCHEDULE II'S FILLED AFTER 90 DAYS ? 15-2-7.9.1 | N/A | YES | NO |

## PROFESSIONAL WORK ENVIRONMENT

| | YES | NO |
|---|---|---|
| 44. 12 HOUR SHIFT NOT EXCEEDED?15-1-14.8.1 | YES | NO |
| 45. DOCUMENTED IF OVER 12 HOURS.? 15-1-14.8.1 | N/A YES | NO |
| 46. TECH REQUIRED ON (DATE) 15-1-14.8.2 | NO | YES |
| 47. TECH WORKED THAT DATE ? 15-1-14.8.2 | N/A YES | NO |
| 48. TECHNICIANS-PHARMACIST RATIO IS CORRECT? 30-5-5a(e) | YES | NO |
| 49. RATIO ON DUTY NOW? | ✓ | |
| 50. P.I.C. IS ASSISTED BY SUFFICIENT STAFF? 15-1-20.3 | YES | NO |

7/2/2004    OUTPATIENT INSPECTION REPORT    1

Confidential

DEF-WV-01989.00099

## TRANSFER OF Rx ONLY DRUGS

### WITHOUT Rx

51. CORRECT TRANSFER RECORD?
    15-1-9.1.1    N/A ✓ YES____ NO____

### WITH Rx

52. DISPENSING RECORDS OK?  15-1-15.2.6    YES____ NO____
53. PATIENT PROFILES KEPT?  15-1-15.2.7    YES____ NO____
54. PROPER DAILY REPORT?  15-4-5    N/A____ YES____ NO____
55. DAILY REPORT SIGNED & VERIFIED? 5-4-5.2 N/A____ YES____ NO____
56. LOG BOOK KEPT?    15-4-5.2.3    N/A____ YES____ NO____
57. 1 YEAR RECORD ONLINE? 15-4-4    N/A____ YES____ NO____
58. DISPENSING RECORDS KEPT  5 YEARS?
    15-4-4    YES____ NO____

### EQUIPMENT

59. SUFFICIENT COMPOUNDING EQUIPMENT?
    15-1-15.2.2    YES ✓ NO____
60. SANITARY LIQUID MEASUREMENT?
    15-1-15.2.2    YES____ NO____
61. TORSION BALANCE INSPECTED WITHIN 2 YEARS?
    LABOR DEPARTMENT 15-1-15.2.1    N/A____ YES____ NO____
62. LABOR DEPT NOTIFIED?    N/A____ YES____ NO____
63. ELECTRONIC BALANCE NTEP CERTIFIED?    N/A____ YES____ NO____
    LABOR DEPARTMENT RU  (GIVE LETTER IF PERTINENT)

64. WEIGHTS WITHIN CERTIFIED DATE OF _____
    LABOR DEPARTMENT RULE    N/A____ YES____ NO____
65. LABOR DEPT NOTIFIED?    N/A____ YES____ NO____
66. RECENT 3 VOL. 'USP DI' OR UPTO DATE 'FACTS & COMPARISONS?
    30-5-13    YES____ NO____
67. PHARMACY LAWS AND REGULATIONS?
    15-1-15.2.8    YES____ NO____

### AUTOMATED PHARMACY SYSTEM

    N/A____
68. NAME OF SYSTEM _____Script Pro_____
69. BOARD HAS BEEN NOTIFIED IN WRITING OF INSTALLATION?
    15-1-20.2.11 UNKNOWN___ YES ✓ NO____

## COMPLETED PRESCRIPTION & LABELING

70. PROPER CONTAINERS USED? 15-1-15.1.2    YES____ NO____
71. PROPER CLOSURES USED AND DOCUMENTED?
    30-5-14 a (b)    YES____ NO____
72. PHARMACIST INITIALS?  15-1-19.13.3    YES____ NO____
73. GENERIC NAME & MFG.? 15-1-22.1.4(j)1    YES____ NO____
74. GENERIC NAME HAS "SUB" OR EQUIVALENT?
    15-1-22.1.4 (i) 1    YES____ NO____
75. DRUG BEYOND USE DATE? 15-1-22.1.4(k) 1    YES____ NO____

## TECHNICIANS

    N/A____
76. PROPER ATTIRE FOR ALL TECHNICIANS?
    15-1-18.4    YES____ NO____
77. PROPER NAME TAG FOR ALL TECHNICIANS?
    15-7-6.1    YES ✓ NO____
78. P.I.C. HAS WRITTEN DUTIES OF TECHNICIANS?
    15-1-20.3.2    YES____ NO____
79. TECHNICIAN(S) NOT OBSERVED VIOLATING LEGALLY
    AUTHORIZED DUTIES?    15-7-5 (1)    YES____ NO____
80. DIRECTLY SUPERVISED BY PHARMACIST?
    15-1-20.3.2    YES ✓ NO____
81. LIST OF TECHNICIANS AVAILABLE?
    (MAIL COPY TO OFFICE)  15-1-20.3.1    YES____ NO____
82. PTCB TECHNICIANS OR THOSE LICENSED IN OTHER STATES ARE
    ALSO LICENSED IN WV? 15-7-3.1 c    N/A____ YES____ NO____

## TECHNICIAN TRAINEES

    N/A____
83. TRAINING MANUAL AVAILABLE?  15-1-20.2.4 & 15-7-4    YES____ NO____
84. DOCUMENTATION OF THE INITIAL TRAINING OF EACH TRAINEE
    BY P.I.C. IS AVAILABLE? 15-7-4.5    YES____ NO____
85. WRITTEN TRAINING RECORD CONTAINS REQUIRED ELEMENTS?
    15-7-4.5a-f    YES____ NO____
86. PROPER ATTIRE FOR TRAINEES?
    15-1-18.4    YES ✓ NO____
87. PROPER NAME TAG FOR TRAINEES?
    15-7-6.2    YES____ NO____
88. 2 YEARS TRAINING NOT  EXCEEDED?
    15-7-4.4    YES____ NO____

## COUNSELING

89. ADEQUATE OFFER TO COUNSEL? 15-1-19.13.6  YES____ NO____
90. DOCUMENTATION IF OFFER IS NOT DEEMED NEEDED?
    15-1-19.13.6    N/A____ YES____ NO____
91. COUNSELING AREA IS CONVENIENT TO PHARMACIST ?
    (UNLESS PERMITTED BEFORE MAY 1999)  15-1-15.1.1
    EXCUSED____ YES____ NO____
92. COUNSELING AREA IS PRIVATE  FOR PATIENT?
    (UNLESS PERMITTED BEFORE MAY 1999)  15-1-15.1.1
    EXCUSED____ YES____ NO____

Confidential             WVBOP_FEDWV_00016626

DEF-WV-01989.00100

## SANITARY REGULATIONS

93. Rx COUNTER CLEAN & DUST FREE?   YES___ NO___
    15-1-18.1
94. Rx COUNTER USED ONLY FOR Rx PREPARATION?
    15-1-18.1   YES___ NO___
95. Rx AREA ORDERLY & CLEAN CONDITION?
    15-1-18.1   YES ✓ NO___
96. SINK USED ONLY FOR CLEANING HANDS AND EQUIPMENT?
    15-1-18.3   YES___ NO___
97. DISPENSING EQUIPMENT DUST FREE?
    15-1-18.3   YES___ NO___
98. PHARMACISTS WEARING WHITE COAT OR JACKET?
    15-1-18.5   YES___ NO___
99. PROPER NAME TAG FOR PHARMACISTS?
    15-1-18.4   YES___ NO___

## CONTINUING EDUCATION

100. ARE THE CE CERTIFICATES OF ALL PHARMACISTS AVAILABLE FOR
     INSPECTION?   15-3-13.3   YES___ NO___
101. TWO HOURS OF END OR LIFE & PAIN MANAGEMENT OBTAINED?
     30-1-7a CS   N/A___ YES___ NO___
102. SIX HOURS CE IN LIVE PRESENTATION?   YES___ NO___

## DRUG RELIABILITY

103. OUTDATED DRUGS IN SHELF STOCK?   15-1-19 NO___ YES___
     NUMBER FOUND_____
104. REFRIGERATOR TEMPERATURE 36 TO 46?   YES___ NO___
     TEMPERATURE IS?___ 36.8
105. FREEZER TEMPERATURE -4 TO 14?   N/A___ YES___ NO___
     TEMPERATURE IS?_____
106. ROOM TEMPERATURE  59 TO 77?   YES___ NO___
     TEMPERATURE IS?_____   NO THERMOMETER_____
     #103 thru #105 15-1-15.1.2
     #103 THRU #105 USP REQUIREMENTS
107. RETURNED DRUGS LOG KEPT?   N/A___ YES___ NO___
     15-1-12.3

## GENERICS

108. GENERIC SIGN VISIBLE TO PUBLIC? 30-5-12b(c)
     YES___ NO___
109. PROPERLY MADE GENERIC SELECTIONS? 15-1-13.1
     YES___ NO___
110. PRESCRIPTION # 'S OF IMPROPERLY SELECTED Rx'S
     N/A___ YES___ NO___

## PHARMACIST-IN-CHARGE

111. WORKS 30 HOURS/WEEK OR MORE IN PHARMACY OPEN 40
     40 HR/WK?   15-1-2.1.38 c   N/A___ YES___ NO___
112. WORKS 50% OF TIME IN PHARMACY OPEN LESS THAN 40 HR/WK?
     BOARD POLICY   N/A___ YES___ NO___
113. INTERIM P.I.C. UTILIZED? 30-5-14a(f)   N/A___ YES___ NO___
114. P. I. C. HAS SEEN THE CURRENT LICENSE OF ALL CURRENT
     EMPLOYEES?   15-1-20.2.6   YES___ NO___
115. HAS IMPLEMENTED QUALITY ASSURANCE PROGRAM
     FOR PATIENT CARE?   15-1-20.2.3   YES___ NO___
116. QUALITY ASSURANCE PROGRAM IS DESIGNED TO PREVENT AND
     DETECT DRUG DIVERSION? 15-1-20.2.3   YES___ NO___
117. HAS DOCUMENTATION OF EMPLOYEES MAINTAINING PATIENT
     CONFIDENTIALITY?   15-1-20.2.10   YES___ NO___
118. HAVE ANY AND ALL COMPLAINTS MADE ABOUT A PHARMACIST
     BEEN REPORTED TO THE BOARD OF PHARMACY?
     15-1-14.6.4   N/A___ YES___ NO___
119. HAS BOARD BEEN NOTIFIED ABOUT ALL PHARMACISTS THAT
     HAVE BEEN DISCHARGED? 15-1-14.6.3   N/A___ YES___ NO___
120. HAS P.I.C. NOTIFIED PERMIT HOLDER OF ANY & ALL KNOWN
     VIOLATIONS OF RULES OR REGS EXISTING WITHIN THE
     PHARMACY   15-1-20.2.2   N/A___ YES___ NO___
121. IS THERE DOCUMENTATION & WITH A COPY TO THE BOARD?
     15-1-20.2.2   N/A___ YES___ NO___
122. CONTROLLED SUBSTANCE  Rx REPORTING IS BEING DONE?
     15-8-3   UNKNOWN___ YES___ NO___

INSPECTOR COMMENTS:     (LIST DISCREPANCIES BETWEEN SELF INSPECTION REPORT AND THIS REPORT)

123. _Pharmacy dispensing area needs new floor_

124. _____

125. _____

126. _____

127. _____

128. _____

129. _____

SIGNATURE OF PERSON IN CHARGE AT TIME OF INSPECTION     DATE 3-10-05     INSPECTOR

PERSONNEL CONTINUED FROM FIRST PAGE.

| PERSONNEL | LIC.# OR REG.# | PERSONNEL | LIC.# OR REG.# |
|---|---|---|---|
| Tech Trainees | | Tech Trainees | |
| Cynthia Childers | | Jordan Adkins | |
| Joe Robin | | Susan Jackson | |
| Abby Nisbet | | Robert Svingos | |
| Sarah Fashbaugh | | | |

7/2/2004     OUTPATIENT INSPECTION REPORT     3

## LIST OF EMPLOYED PHARMACY TECHNICIANS

Name of Pharmacy _Rite Aid_  # 968

Address: _6401 U.S. Rt 60_

City: _Barbousville_  State: _WV_  Zip: _25504_

Telephone: _304-736-2837_

P-I-C-(please print name): _Steven Perry_

**NAMES OF ALL PHARMACY TECHNICIANS EMPLOYED AND DATE OF EMPLOYMENT:**

_Jessica Neace_

_Dawna Stevenson_

**PHARMACY TECHNICIAN TRAINEES EMPLOYED AND DATE OF EMPLOYMENT:**

_Cynthia Childers, Joe Rubin, Abby Nisbet_

_Sarah Fashbaugh, Jordan Adkins, Susan Jackson_

_Robert Svingos_

Mail original to: WV Board of Pharmacy, 232 Capitol St., Charleston, WV 25301
Post copy in the pharmacy area (304) 558-0558.   Thank you

P-I-C- (signature) _____   DATE: _3-10-05_

# West Virginia Board of Pharmacy
232 Capitol Street  Charleston WV 25301     304 558-0558

## Non-compliance Correction Report

Please Print or type

The following non-compliant items were found during the inspection on _____3-10-05_____ of
DATE

Rite Aid Pharmacy #968                                    MP0650577
Pharmacy Name                                              License #

6401 U.S. Route 60 East                 Steve Perry                    5749
Street Address                            PIC                          License #

Barboursville          25504             Irvin Van Meter, Jr. RPh
City                      Zip             Inspector

| Item # | Description |
|--------|-------------|
| 12 | NEED to Document time on all telephnal R's |
| 61 | Balance needs Certifical |
| 64 | Weights need Certifical |
| | |
| | |
| | |

Please show the corrective action you have taken on each of the above to bring your pharmacy into compliance. Return to the Board address above within ten working days of your inspection date.

| Item # | Action taken |
|--------|-------------|
| 12 | Will implement procedure for recording time on call & Rt's |
| 61 | Call immediately for appointment for artification |
| 64 | Will send weights in for certificate |
| | |
| | |
| | |

Signature _____     Date    3-10-05

WVBOP_FEDWV_00016629

DEF-WV-01989.00103

0003158013
110.00

36/103

# WEST VIRGINIA BOARD OF PHARMACY

### 232 Capitol Street
### Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2004 - June 30, 2005



1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:

Rite Aid Disc Phcy 968
6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE # MP0550577          COUNTY Cabell          DEA # AR6070178          PHONE #

2. PHARMACIST IN CHARGE    *Steven Perry*          RPh # *RP0005749*

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state?.............. Yes ___ No ✔
b. Have you ever been convicted of a felony? ............................................................ Yes ___ No ✔
c. Have you ever been convicted of a misdemeanor other than a traffic violation? ........................... Yes ___ No ✔
d. Do you ever work partime in any other pharmacy? ........................................................ Yes ___ No ✔
   If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES.  Circle All Applicable a. through e.:
a. PHARMACY - Inpatient ............................................................................. $100.00
b. PHARMACY - Outpatient ............................................................................ ($100.00)
c.  CONTROLLED SUBSTANCE PERMIT ....................................................... ($10.00)
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT .................................... $100.00
e.  NUCLEAR PHARMACY ............................................................................ $100.00

Name of Enteral/Parenteral Pharmacist Manage_____ RPh #_____

ATTACH CHECK OR MONEY ORDER TO APPLICATION .......................... TOTAL FEES $ 110⁰⁰

4. CIRCLE APPLICABLE DRUG SCHEDULE    (II) (III) (IV) (V)    NARCOTIC
                                        II  III  IV  V      NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP    SINGLE PROPRIETOR    PARTNERSHIP    (CORPORATION)

6. NAMES OF PRINCIPLES AND TITLES:  (Owner; Partners; Three Corporate Officers)    SEE ATTACHED

_____
_____

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?  NO

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9.  _____    Vice Pres.    5/24/04
    Signature of Applicant, Managing Partner or Office    Title    Date

10. *Steven Perry*    RP0005749    5/24/04
    Signature of Pharmacist in Charge    RPh #    Date

Confidential

WVBOP_FEDWV_00016630

**DEF-WV-01989.00104**



Confidential

WVBOP_FEDWV_00016631

DEF-WV-01989.00105

**RITE AID**

**Jonah Fox, R.Ph.**
Pharmacy Development Manager

e-mail: jdfox@riteaid.com

RITE AID Corporation
3805 MacCorkle Avenue, S.E.
Charleston, WV 25304

Bus: 304.925.7323
Fax: 304.926.6591
Pager: 304.580.2211

Confidential



**RITE AID**

**Rite Aid Corporation**

• **MAILING ADDRESS**
3805 MacCorkle Ave., SE
Charleston, WV 25304
• **Phone (304) 926-6119**
• **Fax (304) 926-6671**
• **GENERAL OFFICE**
30 Hunter Lane
Camp Hill, PA 17011
• **(717) 761-2633**

September 22, 2003

West Virginia State Board of Pharmacy
Mr. William T. Douglas Jr.  Executive Director
232 Capital Street
Charleston, West Virginia 25301

Dear Mr. Douglas,

My name is Jonah Fox and I am the new Pharmacy Development Manager for Rite Aid Corporation for the area including Huntington, Charleston and Parkersburg.  In my travels to my stores, I noticed that my store in Barboursville was not in compliance concerning turning in the proper paperwork on a PIC change.  Before I came into the job, the PIC of my Rite Aid #968 located in Barboursville was demoted and transferred to a different store.  A new PIC took over and did a narcotic count and did his portion of the PIC change paperwork.  With repeated attempts to get the old PIC to sign the form not successful, he contacted his store district manager, who is not a pharmacist and not aware of all of the steps required in a PIC change, for guidance.  This is the reason it was not done in the required amount of time.

 When I noticed this, I immediately contacted the board inspector for that store.  He suggested that we immediately turn in the paperwork and that I write a letter to you explaining what had happened.  On behalf of Rite Aid I am very sorry for our lack of timely action on this particular PIC change.  I can assure you and the Board that this particular store was never without a Pharmacist In Charge and that a beginning narcotic count was taken on May 28th, 2003.  The only thing we failed to do was follow up on the paperwork and that was because of a misunderstanding of the rules concerning my store district manager's lack of understanding of the law.

Please find enclosed with this letter a copy of the PIC change and pharmacy permit.  I have instructed my current PIC to immediately send in the original application with the outgoing PIC not signing the form, the original pharmacy permit with the old PIC's name on it and the ten dollar fee.  Again, please accept my apology for this oversight and I assure you that as a company we will do a better job with monitoring this important notification.  If you have any additional questions, please contact me at my office in Charleston.  My phone number there is (304) 925-7323.

Sincerely

Jonah D. Fox
Pharmacy Development Manager
Rite Aid Corporation

Confidential

DEF-WV-01989.00107

WVBOP_FEDWV_00016633

# State of West Virginia

# Board of Pharmacy

Phone (304) 558-0558
Fax (304) 558-0572

Office
232 Capital Street
Charleston, West Virginia 25301

## NOTIFICATION OF CHANGE OF
## PHARMACIST-IN-CHARGE (PIC)

Pharmacy Name    Rite Aid

Pharmacy License #    MP055 0577

Address of Pharmacy    6401 U.S. Rt 60

City  Barboursville  State  WV  Zip 25504  Phone #  304-736-2837

Incoming PIC

Name    Steven Perry

License #    RP 00005749

Home Phone #    304-733-6391

Previous Employer:

CVS

Outgoing PIC

Name    Dennis McEldowney

License #    RP0004947

Home Phone #    304-759-4927

New Employer:

Same

Inventory of all controlled substances was taken on:  Date  5-28-03

Signature of incoming PIC

Signature of outgoing PIC   refused to sign                    Date  5-28-03

Date

Note: If the departing and incoming P-I-C are unable to conduct the inventory together, a closing inventory shall be conducted by the departing P-I-C and a new separate beginning inventory shall be conducted by the incoming P-I-C.

Note: This P-I-C form must be mailed to the Board office along with the fee of $10.00, and the original permit. Make a copy of the original permit with a line drawn through the name of the outgoing PIC, write the name of the incoming PIC in indelible ink upon the copied permit, and put it on your pharmacy wall until you receive the new permit from the Board office.

Confidential

DEF-WV-01989.00108

WVBOP_FEDWV_00016634



# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2003 - June 30, 2004 - Date Issued: March 27, 2003

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE #  MP0550577

DEA #  AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

*Steven Perry  RP C0005719*

~~Dennis McEldowney - RP0004947~~

Registered Pharmacist in Charge

Confidential

WVBOP_FEDWV_00016635

DEF-WV-01989.00109

1164
10.00

# State of West Virginia

## Board of Pharmacy

RECEIVED
SEP 19 2003
WV BOARD OF PHARMACY

Phone (304) 558-0558
Fax (304) 558-0572

Office
232 Capital Street
Charleston, West Virginia 25301

## NOTIFICATION OF CHANGE OF
## PHARMACIST-IN-CHARGE (PIC)

Pharmacy Name _____Rite Aid_____

Pharmacy License # ____MP0550577____

Address of Pharmacy ___6401 U.S. Rt 60___

City __Barboursville__ State _WV_ Zip _25504_ Phone # _304-736-2837_

**Incoming PIC**

Name ___Steven Perry___

License # ___RP00005749___

Home Phone # _304-733-6391_

Previous Employer:

_____CVS_____

**Outgoing PIC**

Name ___Dennis McEldowney___

License # ___RP0004947___

Home Phone # _304-757-4927_

New Employer:

_____Same_____

An inventory of all controlled substances was taken on:   Date __5-28-03__

Signature of incoming PIC _[signature]_   Date **5-28-03**

Signature of outgoing PIC _Unable to get sig._   Date _____

Note: If the departing and incoming P-I-C are unable to conduct the inventory together, a closing inventory shall be conducted by the departing P-I-C and a new separate beginning inventory shall be conducted by the incoming P-I-C.

Note: This P-I-C form must be mailed to the Board office along with the fee of **$10.00** , and the **original permit** . Make a copy of the original permit with a line drawn through the name of the outgoing PIC, write the name of the incoming PIC in indelible ink upon the copied permit, and put it on your pharmacy wall until you receive the new permit from the Board office.

Confidential

DEF-WV-01989.00110



# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2003 - June 30, 2004 - Date Issued: March 27, 2003**

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE #  MP0550577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

Steven Party  RP 0005719

~~Dennis McEldowney - RP0004947~~

Registered Pharmacist in Charge

**DEF-WV-01989.00111**

$110

# WEST VIRGINIA BOARD OF PHARMACY

## 232 Capitol Street
## Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2003 - June 30, 2004

**WV BOARD OF PHARMACY RECEIVED MAY 13 2003**

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:

Rite Aid Disc Phcy 968
6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE # MP0550577          COUNTY Cabell          DEA # AR6070178          PHONE #

DENNIS MCELDOWNEY
2. PHARMACIST IN CHARGE _____ RP0004947 _____                              RPh # _____

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state?......... Yes ___ No ✓
b. Have you ever been convicted of a felony? ........................................................... Yes ___ No ✓
c. Have you ever been convicted of a misdemeanor other than a traffic violation?........................ Yes ___ No ✓
d. Do you ever work partime in any other pharmacy?.................................................. Yes ___ No ✓
   If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES.  Circle All Applicable a. through e.:
a. PHARMACY - Inpatient ............................................................... $100.00
b. PHARMACY - Outpatient ............................................................. ($100.00)
c.   CONTROLLED SUBSTANCE PERMIT ............................................... ($10.00)
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT .............................. $100.00
e.   NUCLEAR PHARMACY ................................................................ $100.00

Name of Enteral/Parenteral Pharmacist Manage_____ RPh # _____

ATTACH CHECK OR MONEY ORDER TO APPLICATION ...................... TOTAL FEES $ 110.00

4. CIRCLE APPLICABLE DRUG SCHEDULE   II  III  IV  V   NARCOTIC
                                      II  III  IV  V   NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP        SINGLE PROPRIETOR     PARTNERSHIP     (CORPORATION)

6. NAMES OF PRINCIPLES AND TITLES:  (Owner: Partners: Three Corporate Officers)

See attached

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony? NO

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9. _James E. Kahler_                  Vice pres.              5/5/03
   Signature of Applicant, Managing Partner or Office        Title              Date

10. _____
    Signature of Pharmacist in Charge        RPh #           Date

Confidential

WVBOP_FEDWV_00016638

DEF-WV-01989.00112

RECEIVED

JUN 0 3 2003

WV BOARD OF PHARMACY

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF THEFT OR LOSS
OF CONTROLLED SUBSTANCES**

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.

Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

OMB APPROVAL
No 1117-0001

| 1. Name and Address of Registrant (include ZIP Code) | 2. Phone No. (Include Area Code) |
|---|---|

PIC Drums McElceney
Rite Aid Pharmacy #968
6401 US Rt. 601
Barbousville WV 25504

ZIP CODE  2 5 5 0 4

304-736-2851

| 3. DEA Registration Number | 4. Date of Theft or Loss | 5. Principal Business of Registrant (Check one) |
|---|---|---|

2 ltr. prefix  A R    7 digit suffix  6 0 7 0 1 7 8

5/25/03

1 ☒ Pharmacy       5 ☐ Distributor
2 ☐ Practitioner    6 ☐ Methadone Program
3 ☐ Manufacturer   7 ☐ Other (Specify)
4 ☐ Hospital/Clinic

| 6. County in which Registrant is located | 7. Was Theft reported to Police? | 8. Name and Telephone Number of Police Department (Include Area Code) |
|---|---|---|

Cabell

☐ Yes   ☒ No

State Police: 1-304-528-5555
Local Police: 1-304-736-5203

| 9. Number of Thefts or Losses Registrant has experienced in the past 24 months | 10. Type of Theft or Loss (Check one and complete items below as appropriate) |
|---|---|

Zero, except for this incident

1 ☐ Night break-in      3 ☐ Employee pilferage    5 ☒ Other (Explain) On hand inventory short they can't
2 ☐ Armed robbery    4 ☐ Customer theft         6 ☐ Lost in transit (Complete item 14) account give

| 11. If Armed Robbery, was anyone? | 12. Purchase value to registrant of Controlled Substances taken? | 13. Were any pharmaceuticals or merchandise taken? |
|---|---|---|

Killed? ☐ No  ☐ Yes (How many) _____
Injured? ☐ No  ☐ Yes (How many) _____

$ 299.99

☐ No  ☐ Yes (Est. Value)
$

**14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING:**

| A. Name of Common Carrier | B. Name of Consignee | C. Consignee's DEA Registration Number |
|---|---|---|

| D. Was the carton received by the customer? | E. If received, did it appear to be tampered with? | F. Have you experienced losses in transit from this same carrier in the past? |
|---|---|---|
| ☐ Yes   ☐ No | ☐ Yes   ☐ No | ☐ No   ☐ Yes (How Many ) |

15. What identifying marks, symbols, or price codes were on the labels of these containers that would assist in identifying the products?

16. If Official Controlled Substance Order Forms (DEA-222) were stolen, give numbers.

17. What security measures have been taken to prevent future thefts or losses? Loss occurred sometime Between 1/22/0 & 5/25/03
All CII Medications will be counted back and on hand continued with actual count on every RX. Every CII will always be counted by two different employees.

**PRIVACY ACT INFORMATION**

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (PL 91-513).
PURPOSE: Report theft or loss of Controlled Substances.
ROUTINE USES:  The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:
A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.
EFFECT:  Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act.

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a currently valid OMB control number.
Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Records Management Section, Drug Enforcement Administration, Washington, D.C.  20537; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C.  20503.

DEA Form - 106
(Dec. 1985)

Previous edition dated 03/83 is OBSOLETE

CONTINUE ON REVERSE

FOR Questions or concerns call Randy Robinson
606-922-8445

DEA-106 (Dec. 1985) Pg. 2

# LIST OF CONTROLLED SUBSTANCES LOST

| Trade Name of Substance or Preparation | Name of Controlled Substance in Preparation | Dosage Strength and Form | Quantity |
|---|---|---|---|
| Examples: Desoxyn | Methamphetamine Hydrochloride | 5 mg Tablets | 3 x 100 |
| Demerol | Meperidine Hydrochloride | 50 mg/ml Vial | 5 x 30 ml |
| Robitussin A-C | Codeine Phosphate | 2 mg/cc Liquid | 12 Pints |
| 1. OxyContin 80mg tab | oxycodone 80mg ER tab | 80 mg | #30 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| 31. | | | |
| 32. | | | |
| 33. | | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| 37. | | | |
| 38. | | | |
| 39. | | | |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |
| 46. | | | |
| 47. | | | |
| 48. | | | |
| 49. | | | |
| 50. | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief.

Signature _____   Title Pharmacy Manager / PIC   Date 5/27/03

# West Virginia Board of Pharmacy

232 Capitol Street  Charleston WV 25301        304 558-0558

## Non-compliance Correction Report

*4-21-03  Copy  to  Ike*

Please Print or type

The following non-compliant items were found during the inspection on _____4-8-03_____ of
                                                                    DATE

Rite Aid Pharmacy #968                                    HP0550577

**Pharmacy Name**                          License #

6401 Us Route 60 East        Dennis McElDowney          4947

**Street Address**                  P.I.C.              License #

Barboursville              25504      Irvin Van Meter, Jr.  Rh
**City**                   Zip        Inspector

| Item # | Description |
|---|---|
| 61 | BALANCE NEEDS inspected |
| 64 | Weights Need inspected |
| 75 | NEED CE Certificates in Pharmacy |
| 88 | List of Techs sent to Board office |
| 90 | Documentation of initial TRAINing of each TRAINEE |
| 104 | Found outdated Drugs |

Please show the corrective action you have taken on each of the above to bring your pharmacy into compliance. Return to the Board address above within ten working days of your inspection date.

| Item # | Action taken |
|---|---|
| 61 | Will recall to have balance calibrate |
| 64 | will send weights out to be inspected |
| 75 | Will Collect CE certificates from all RPh and keep on file |
| 88 | Will send in list of techs to Board of pharmacy |
| 90 | will take action to document all training of technicians |
| 104 | Outdated drugs will be returned and shelves will be rechecked |

P.I.C. Signature _____        Date  4/8/53

Confidential                                    WVBOP_FEDWV_00016641

DEF-WV-01989.00115

# WEST VIRGINIA BOARD OF PHARMACY
### 232 CAPITOL ST. CHARLESTON WV 25301    304 558-0558
## OUTPATIENT PHARMACY INSPECTION REPORT

Rite Aid Pharmacy #968
6101 Jb Route 60 East
Barboursville, W.Va. 25504

PHONE 304 . 736 . 2637    DATE 4-8-03
DEA LICENSE # AK 6070178    BOP LICENSE # 50577
PAC Dennis MCELDOWNEY    LICENSE # 4947
PHCY HOURS D70 M-SAT    9-9 Sunday

| PERSONNEL | LIC # OR REG # | | |
|---|---|---|---|
| Jeffrey Richard | RPH | Jessica N. Nake | Reg Tech |
| Joe F Howard | RPH | Susan Jackson | Tech Trainee |
| | | Robert Sumgos | Tech Trainee |
| | | Donna Stevenson | Tech-Train |

## SECURITY

1. ALARM SYSTEM TO RULES? 15-1-14.7.2 — YES ✓ NO
2. BARRIER TO RULE? 15-1-14.7(a) — N/A — YES — NO
3. KEY & CODE PROCEDURE OK? 15-1-14.7(d)1 & 2 — N/A — YES ✓ NO
4. PROCEDURE FOR ABSENCE OF R.Ph. OK? 15-1-14.7.4 — N/A — YES — NO ✓
5. CONTROLLED SUBSTANCES DISPERSED? 15-2-4.6 1CS — N/A — YES — NO
6. 20 GAUGE METAL CABINET OR DRAWER IF LOCKED? 15-2-4.6.1CS — N/A ✓ YES — NO
7. ALL LOSS OR THEFT REPORTED? 15-2-10 7 — N/A — YES — NO
8. DOCUMENTATION OF AFTER HOURS ENTRY? 15-1-14.7.2.4 — N/A ✓ YES — NO
9. ONLY AUTHORIZED NON-REGISTERED PERSON(S) IN Rx AREA? 15-1-18 7 — N/A ✓ YES — NO
10. THEIR PRESENCE IS APPROPRIATE? 15-1-18 7 — N/A ✓ YES — NO
11. ONLY PHARMACISTS HAVE KEY OR CODE TO Rx AREA? 15-1-14.7.3.1 — YES — NO

## THE PRESCRIPTION ORDER

12. FOR A LEGITIMATE MEDICAL PURPOSE? 15-1-21.1 — YES — NO
13. PROPERLY DOCUMENTED IF ORAL Rx? 15-1-19.13.1 & 15-1-21.1.2 — YES — NO
14. GENERIC DISPENSED IF AVAILABLE? 30-5-12b(j) — YES ✓ NO
15. MANUFACTURER SHOWN? 30-5-12b (j) — YES — NO
16. PHARMACIST'S INITIALS? 15-1-19.13.4 — YES — NO
17. NO OBLITERATION OR COVERING ON Rx REQUIRED INFO? 15-1-9 1 2(a)3 C — YES ✓ NO
18. NUMBER OF FILES KEPT — 2
19. TRANSFERED Rx PROPERLY RECORDED? 15-1-11 — N/A — YES ✓ NO
20. Rx # OF IMPROPERLY TRANSFERRED Rx
21. NO REFILLS EXCEED 12 MONTHS? 15-1-10 3 — YES ✓ NO
22. ALL NP OR PA PRESCRIBING IS PROPER ACCORDING TO LAW AND THEIR BOARD RULES? — N/A — YES — NO
23. PA DRUG LIST & NP EXCLUSION LIST AVAILABLE? 15-1-19.13.5 — YES — NO
24. EMERGENCY DISPENSING LOG KEPT & UP TO DATE? 15-1-26 1 — YES — NO
25. EMEGENCY DISPENSING WAS PROPER? 15-1-26 — N/A — YES ✓ NO

## CONTROLLED SUBSTANCE RECORDS

26. BIENNIAL INVENTORY 15-2-7.9 — YES ✓ NO — DATED 5-1-01
27. FORMS #222 REQUIRE POWER OF ATTORNEY? — NO — YES ✓
28. POWER OF ATTORNEY GRANTED ? 15-2-8 — N/A — YES ✓ NO
29. TO WHOM Dennis McEldowney RPH
30. INVOICE OR PACKING SLIP SIGNED BY PHARMACIST? 15-8.4.2CS — YES — NO
31. SCHEDULE V BOOK TO DATE? — N/A — YES — NO
32. COMPLETE & CORRECT?15-2-9.22 — N/A — YES — NO
33. COMPLETE RETURN & DESTRUCTION RECORDS? — N/A — YES — NO
34. EMERGENCY C-II FILLED? — N/A — YES
35. EMERGENCY QUANTITY ONLY? 15-1-21.1 4(a) — N/A — YES ✓ NO
36. SIGNED Rx WITHIN 7 DAYS? 15-1-21.4(c) — N/A — YES — NO
37. PRACTITIONER PRINTED NAME? 15-2-7.6.3c CS — YES — NO
38. INSTITUTIONAL PRACTITIONER SUFFIX # ? 15-2-7.6.3CS — YES — NO
39. PATIENT ADDRESS? — YES — NO
40. DATE OF ISSUE? 15-2-7.5.1 — YES — NO
41. CORRECT PARTIAL FILLS? 15-1-21.1.3 (a) 2 — N/A — YES — NO
42. CONTROLLED SUBSTANCE RX'S ON SEPARATE BLANK? 15-2-7.6. 1 CS — YES — NO
43. LOG OF NON-COMPLIANT CONTROLLED SUBSTANCE Rx's? 15-2-7.6.1 & 3 CS — N/A — YES — NO — Rx NUMBER OF NON-COMPLIANT Rx'S
44. NO Rx's FOR SCHEDULE II'S FILLED AFTER 90 DAYS ? 15-2-7 9.1 — N/A — YES — NO

## PROFESSIONAL WORK ENVIRONMENT

45. 12 HOUR SHIFT NOT EXCEEDED?15-1-14.8.1 — YES — NO
46. DOCUMENTED IF OVER 12 HOURS ? 15-1-14 8.1 — N/A — YES — NO
47. TECH REQUIRED ON (DATE) 15-1-14 8 2 — NO — YES
48. TECH WORKED THAT DATE ? — N/A — YES — NO
49. TECHNICIANS-PHARMACIST RATIO IS CORRECT? 30-5-5a(e) — YES — NO
50. RATIO ON DUTY NOW? 2 /1

08/28/2002

## TRANSFER OF Rx ONLY DRUGS

### WITHOUT Rx

51. CORRECT TRANSFER RECORD?
15-1-9 1 1          N/A_____ YES___✓___ NO_____

### WITH Rx

52. DISPENSING RECORDS OK? 15-1-15 2 6          YES_✓_ NO___
53. PATIENT PROFILES KEPT? 15-1-15 2 7          YES___ NO✓__
54. PROPER DAILY REPORT? 15-4-5     N/A___ YES___ NO___
55. DAILY REPORT SIGNED & VERIFIED? 15-4-5 2 3
                    N/A___ YES___ NO___
56. LOG BOOK KEPT?     15-4-5 2 3     N/A___ YES__✓_ NO___
57. 1 YEAR RECORD ONLINE? 15-4-4     N/A___ YES__✓_ NO___
58. DISPENSING RECORDS KEPT 5 YEARS?
                    15-4-4          YES___ NO___

## EQUIPMENT

59. SUFFICIENT COMPOUNDING EQUIPMENT?
15-1-15 2 2          YES_✓_ NO___
60. SANITARY LIQUID MEASUREMENT?
15-1-15.2.1          YES_✓_ NO___
61. TORSION BALANCE INSPECTED WITHIN 2 YEARS?
    LABOR DEPARTMENT RULE     N/A___ YES___ NO✓__
62. LABOR DEPT NOTIFIED?     N/A___ YES___ NO✓__
63. ELECTRONIC BALANCE NTEP CERTIFIED?     (GIVE LETTER)
    LABOR DEPARTMENT RULE     N/A_✓_ YES___ NO___
64. WEIGHTS WITHIN CERTIFIED DATE OF _____
    LABOR DEPARTMENT RULE     N/A___ YES___ NO✓__
65. LABOR DEPT NOTIFIED?     N/A___ YES___ NO✓__
66. RECENT 3 VOL. 'USP D' OR UP TO DATE 'FACTS &
    COMPARISONS' ?     30-5-13          YES_✓_ NO___
67. PHARMACY LAWS AND REGULATIONS?
15-1-15 2 8          YES_✓_ NO___

## SANITARY REGULATIONS

68. Rx COUNTER CLEAN & DUST FREE?
15-1-18.1          YES___ NO___
69. Rx COUNTER USED ONLY FOR Rx PREPARATION?
15-1-18 2          YES_✓_ NO___
70. Rx AREA ORDERLY & CLEAN CONDITION?
15-1-18.5          YES___ NO___
71. SINK USED ONLY FOR CLEANING HANDS AND EQUIPMENT?
15-1-18.3          YES_✓_ NO___
72. DISPENSING EQUIPMENT DUST FREE?
15-1-18 5          YES_✓_ NO___
73. PHARMACISTS WEARING WHITE COAT OR JACKET?
15-1-18.4          YES___ NO___
74. PROPER NAME TAG FOR PHARMACISTS?
15-1-18 4          YES___ NO___

## CONTINUING EDUCATION

75. ARE THE CE CERTIFICATES OF ALL PHARMACISTS
    AVAILABLE FOR INSPECTION?     15-3-13.1 YES___ NO_✓_
76. TWO HOURS OF END OR LIFE & PAIN MANAGEMENT OBTAINED?
                    YES_✓_ NO___

## COMPLETED PRESCRIPTION & LABELING

77. PROPER CONTAINERS USED? 15-1-15.1 2          YES_✓_ NO___
78. PROPER CLOSURES USED AND DOCUMENTED?
30-5-14 a (b)          YES___ NO___
79. PHARMACIST INITIALS?  15-1-19 13 3          YES_✓_ NO___
80. GENERIC NAME & MFG ? 15-1-22 1 4(j)1          YES_✓_ NO___
81. GENERIC NAME HAS "SUB" OR EQUIVALENT?
15-1-22.1 4 (i) 1          YES___ NO___
82. DRUG BEYOND USE DATE? 15-1-22 1 4(k) 1          YES___ NO___

## TECHNICIANS          N/A___

83. PROPER ATTIRE FOR ALL TECHNICIANS?
15-1-18.4          YES_✓_ NO___
84. PROPER NAME TAG FOR ALL TECHNICIANS?
15-7-6.1          YES_✓_ NO___
85. P I C. HAS WRITTEN DUTIES OF TECHNICIANS?
15-1-20.3 2          YES_✓_ NO___
86. TECHNICIAN(S) NOT OBSERVED VIOLATING LEGALLY
    AUTHORIZED DUTIES?     15-7-5 (1)          YES_✓_ NO___
87. DIRECTLY SUPERVISED BY PHARMACIST?
15-1-20.3.2          YES_✓_ NO___
88. LIST OF TECHNICIANS AVAILABLE?
(MAIL COPY TO OFFICE)     15-1-20.3.1          YES___ NO_✓_

## TECHNICIAN TRAINEES          N/A___

89. TRAINING MANUAL AVAILABLE?  15-1-20 2.4 & 15-7-4
                    YES_✓_ NO___
90. DOCUMENTATION OF THE INITIAL TRAINING OF EACH TRAINEE
    BY P.I.C. IS AVAILABLE?     15-7-4.5          YES___ NO___
91. WRITTEN TRAINING RECORD CONTAINS REQUIRED ELEMENTS?
15-7-4.5a-f          YES_✓_ NO___
92. PROPER ATTIRE FOR TRAINEES?
15-1-18.4          YES_✓_ NO___
93. PROPER NAME TAG FOR TRAINEES?
15-7-6.2          YES___ NO_✓_
94. 2 YEARS TRAINING NOT EXCEEDED?
15-7-4.4          YES___ NO___

## COUNSELING

95. ADEQUATE OFFER TO COUNSEL? 15-1-19.13.6          YES___ NO___
96. PROPER DOCUMENTATION FOR COUNSELING REFUSAL?
15-1-19.13 6 b          YES_✓_ NO___
97. DOCUMENTATION IF OFFER IS NOT DEEMED NEEDED?
15-1-19.13.6  N/A___          YES___ NO___
98. COUNSELING AREA IS CONVENIENT TO PHARMACIST ?
99. (UNLESS PERMITTED BEFORE MAY 1999)  15-1-15 1 1
    EXCUSED_____          YES___ NO___
100. COUNSELING AREA IS PRIVATE FOR PATIENT?
    (UNLESS PERMITTED BEFORE MAY 1999)  15-1-15.1 1
    EXCUSED_____          YES_✓_ NO___

08/24/2002

Confidential

WVBOP_FEDWV_00016643

DEF-WV-01989.00117

## GENERICS

101  GENERIC SIGN VISIBLE TO PUBLIC? 30-5-12b(c)
     YES___ NO___

102  PROPERLY MADE GENERIC SELECTIONS? 15-1-13 1
     YES___ NO___

103  PRESCRIPTION # 'S OF IMPROPERLY SELECTED Rx'S
     _____

## DRUG RELIABILITY

104  OUTDATED DRUGS IN SHELF STOCK?        15-1-19 2
     NUMBER FOUND_____ 4          NO___ YES___
105. REFRIGERATOR TEMPERATURE 36 TO 46?
     TEMPERATURE IS?_____ 46 °     YES___ NO___
106  FREEZER TEMPERATURE -4 TO 14?
     TEMPERATURE IS?_____      N/A___ YES___ NO___
107  ROOM TEMPERATURE 59 TO 77?
     #XX thru #XX 15-1-15.1.2      YES___ NO___
108  TEMPERATURE IS?_____ 76      NO THERMOMETER_____
     #105 THRU #108 USP REQUIREMENTS
109  RETURNED DRUGS LOG KEPT?
     15-1-12.3        N/A___ YES___ NO___

INSPECTOR COMMENTS

## PHARMACIST-IN-CHARGE

110  WORKS 30 HOURS/WEEK OR MORE IN PHARMACY OPEN 40 HR/WK?
     15-1-2 1 38 c  N/A___ YES___ NO___
111  WORKS 50% OF TIME IN PHARMACY OPEN LESS THAN 40 HR/WK?
     BOARD POLICY         N/A___ YES___ NO___
112. INTERIM P I C UTILIZED?     30-5-14a(f)  N/A___ YES___ NO___
113  P I C HAS SEEN THE CURRENT LICENSE OF ALL CURRENT
     EMPLOYEES?           15-1-20 2.6   YES___ NO___
114. P.I.C. IS ASSISTED BY SUFFICIENT STAFF?
     15-1-20 3       YES___ NO___
115  HAS IMPLEMENTED QUALITY ASSURANCE PROGRAM
     FOR PATIENT CARE?        15-1-20.2 3   YES___ NO___
116  QUALITY ASSURANCE PROGRAM IS DESIGNED TO PREVENT AND
     DETECT DRUG DIVERSION?   15-1-20.2 3   YES___ NO___
117. HAS DOCUMENTATION OF EMPLOYEES MAINTAINING PATIENT
     CONFIDENTIALITY?         15-1-20.2 10  YES___ NO___
118  HAVE ANY AND ALL COMPLAINTS MADE ABOUT A PHARMACIST
     BEEN REPORTED TO THE BOARD OF PHARMACY?
     15-1-14.6.4      N/A___ YES___ NO___
119  HAS BOARD BEEN NOTIFIED ABOUT ALL PHARMACISTS THAT
     HAVE BEEN DISCHARGED? 15-1-14.6.3   N/A___ YES___ NO___
120. HAS P.I.C NOTIFIED PERMIT HOLDER OF ANY & ALL KNOWN
     VIOLATIONS OF RULES OR REGS EXISTING WITHIN THE PHARMACY?
     15-1-20.2.2      N/A___ YES___ NO___
121. IS THERE DOCUMENTATION & WITH A COPY TO THE BOARD?
     15-1-20.2.2      N/A___ YES___ NO___

122. _____
123. _____
124. _____
125. _____
126. _____
127. _____
128. _____
129. _____

_____        9-8-03        _____
SIGNATURE OF PERSON IN CHARGE AT TIME OF INSPECTION        DATE        INSPECTOR

___ PERSONNEL CONTINUED FROM FIRST PAGE

| PERSONNEL | LIC # OR REG # | PERSONNEL | LIC # OR REG # |
|-----------|----------------|-----------|----------------|
| RAchel Forest | Tech Manik | | |
| TiNA HARRISON | Tech Manic | | |
| CyNthia Childers | Tech Tech | | |
| | | | |
| | | | |
| | | | |

Confidential        WVBOP_FEDWV_00016644

DEF-WV-01989.00118

PAGE 1

3 (FRI) 09 44

# State of West Virginia

# Board of Pharmacy

Office
232 Capitol Street
Charleston, West Virginia

ne (304) 558-8588
(304) 558-0572

## CONFIDENTIALITY AFFIDAVIT

Pharmacy: Rite Aid Pharmacy #968

Address: 6401 US Route 60 Barboursville WV 25504

Telephone Number: 304 - 736 - 2837

Fax Number: 304 - 733 - 1203

I, Dennis J McEldowney, pharmacist-in-charge at the above named pharmacy, hereby certify that policies and procedures for maintaining the integrity and confidentiality of prescription information and patient health care information have been implemented at the pharmacy and the following employees of the pharmacy have read and comply with the established policies and procedures.(CSR §15-1-30.2.10, pg. 37)

Dennis McEldowney

(Signature of Pharmacist-in-charge)

Today's Date: 4/11/05

## EMPLOYEES

| | |
|---|---|
| Jessica Neace | Tina Harrison |
| Cynthia Childers | |
| Susan Jackson | |
| Dawna Stephens | |
| Robert Svingos | |
| Rachel Forest | |
| Erica Stoler | |

Please complete form and keep at pharmacy location. Update as necessary with new employees. You may attach additional pages for employee signatures.

## LIST OF EMPLOYED PHARMACY TECHNICIANS

Name of Pharmacy: Rite Aid Pharmacy     # 968

Address: 6401 US Rote 60

City: Barbaisville     State: WV     Zip: 25504

Telephone: 304-736-2837

P-I-C-(please print name): Dennis McEldowney

**NAMES OF ALL PHARMACY TECHNICIANS EMPLOYED AND DATE OF EMPLOYMENT:**

Jessica Neace  - Tech.     8/2/99

**PHARMACY TECHNICIAN TRAINEES EMPLOYED AND DATE OF EMPLOYMENT:**

| | | |
|---|---|---|
| Cynthia Childers  1/13/02 | Rachel Forest  8/1/02 |
| Susan Jackson - 2/22/02 | Tina Harrison  1/13/03 |
| Dawna Stephenson 2/25/02 | Erica Stoler  11/17/02 |
| Robert Svingos  8/1/02 | |

Mail original to: WV Board of Pharmacy, 232 Capitol St., Charleston, WV 25301
Post copy in the pharmacy area. (304) 558-0558.     Thank you

P-I-C- (signature): _____     DATE: 4/11/03

Confidential
WVBOP_FEDWV_00016646

DEF-WV-01989.00120

# NOTIFICATION OF CHANGE OF
# PHARMACIST-IN-CHARGE   (PIC)

Pharmacy License Number  MP0550577

Pharmacy Name  Rite Aid  #968

Address  6401  US  Rt. 60  East

City  BARbOURSville    State  WV    Zip  25504

RECEIVED
SEP 1 6 2002
WV BOARD OF PHARMACY

| Incoming PIC | Outgoing PIC |
|---|---|
| Name  DenNis McEldowNy | Name  JeFFrey RichARds |
| License Number  4947 | License Number  4073 |
| Previous Employer  SAme | New Employer  SAme |
| deAdie | |
| Previous Employer's License Number | New Employer's License Number |
| SAme | SAme |
| Previous Position | New Position |
| (Staff, PIC, or PIC/Consultant) | (Staff, PIC, or PIC/Consultant) |

An inventory of all controlled substances was taken on
9 — 10 — 02 ,  2002
19

*Signature of Incoming PIC ╳

*Signature of Outgoing PIC ╳  Jeffrey Richards

**\*Note:** If the departing and the incoming pharmacists-in-charge are unable to conduct the inventory together, a closing inventory shall be conducted by the departing pharmacist-in charge and a new separate beginning inventory shall be conducted by the incoming pharmacist-in-charge.

Date  9 - 10- 02    Fee: $10.00

Please complete and return to:

**West Virginia Board of Pharmacy**
**232 Capitol Street**
**Charleston, West Virginia 25301**

Phone:  (304) 558-0558
Fax:    (304) 558-0572

Confidential

# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2002 - June 30, 2003 - Date Issued: May 03, 2002**

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE # MP0550577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

**Jeffrey Richards - RP0004073**

Registered Pharmacist in Charge

2556
8/10,

# NOTIFICATION OF CHANGE OF PHARMACIST-IN-CHARGE (PIC)

Pharmacy License Number **AR6070178**

Pharmacy Name **Rite Aid Pharmacy**

Address **6401 US Route 60 East**

City **Barboursville**  State **WV**  Zip **25504**

**Incoming PIC**

Name **Jeffrey Richards**

License Number **4073**

Previous Employer **Same**

**Outgoing PIC**

Name **Peter Thomas**

License Number **5140**

New Employer **Medicap Pharmacy**

Previous Employer's License Number
**Same**

New Employer's License Number
**Pending**

Previous Position
(Staff, PIC, or PIC/Consultant)   [Staff circled]

New Position
(Staff, PIC, or PIC/Consultant)   [PIC circled]

An inventory of all controlled substances was taken on
**Feb 13th**, ~~19~~ **2002**

*Signature of Incoming PIC  _[signature]_

*Signature of Outgoing PIC  _[signature]_

*Note: If the departing and the incoming pharmacists-in-charge are unable to conduct the inventory together, a closing inventory shall be conducted by the departing pharmacist-in charge and a new separate beginning inventory shall be conducted by the incoming pharmacist-in-charge.

Date **2/13/2**

Fee: $10.00

Please complete and return to:

**West Virginia Board of Pharmacy
232 Capitol Street
Charleston, West Virginia 25301**

Phone: (304) 558-0558
Fax:   (304) 558-0572

Confidential
WVBOP_FEDWV_00016649
DEF-WV-01989.00123

# RITE AID CORPORATION

## NOTICE OF TERMINATION OF EMPLOYMENT AS PHARMACIST- IN-CHARGE

To The ___WV✓___ _____ State Board Of Pharmacy.

Ladies and Gentlemen:

I respectfully submit the following information to inform you of my cessation of activity as Pharmacist-in-Charge in a Rite Aid pharmacy.

Effective ___2/13/02___ , my employment as the Pharmacist-in-Charge
(Date)

at Rite Aid Pharmacy # _968_ , located at:

___6401 U.S. Rt 60 E___
(Street Address)

___Barboursville, WV 25504___
(City)

has terminated.

___Peter Thomas___
(Print Name)

___5140___
(Pharmacist License Number)

___Peter _____
(Signature)

# RITE AID CORPORATION

## NOTICE OF EMPLOYMENT AS PHARMACIST-IN-CHARGE

To The _____ WV _____ State Board Of Pharmacy

Ladies and Gentlemen:

I respectfully submit the following information to inform you of my acceptance of the position of Pharmacist-in-Charge in a Rite Aid pharmacy.

Effective _02/13/02_, I have accepted employment as the Pharmacist-in-
(Date)

Charge at Rite Aid Pharmacy # _968_, located at:

_6401 US Route 60 East_
(Street Address)

_Barboursville, WV_
(City)

_Jeffrey Richards_
(Print Name)

_AR670178_
(Pharmacist License Number)

_[signature]_
(Signature)

Confidential

## Power of Attorney for DEA Order Forms

Name of Registrant:    Rite Aid Pharmacy #968

Address    6401 US Route 60 East

Barboursville, WV 25504

DEA Registration Number    AB6070178

I, James E. Krahulec, the undersigned, who is authorized to sign the current application for registration of the above-named registrant under the Controlled Substances Act or Controlled Substances Import and Export Act, have made, constituted and appointed, and by these presents, do make constitute, and appoint _Jeffrey Richards_, my true and lawful attorney for me in my name, place and stead, to execute applications for books of official order forms and to sign such order forms in requisition for Schedule I and II controlled substances, in accordance with section 308 of the Controlled Substances Act (21 U.S.C. 828) and Part 305 of Title 21 of the Code of Federal Regulations. I hereby ratify and confirm all that said attorney shall lawfully do or cause to be done by virtue hereof.

James E. Krahulec

I, _Jeffrey Richards_, hereby affirm that I am the person named herein as attorney-in-fact and that the signature affixed hereto is my signature.

Pharmacist Signature

Witnesses:

1.

2.

Signed and dates on the _13_ day of _Feb_ _200 2_ at _Rite Aid Pharmacy #968_



# State of West Virginia
# Board of Pharmacy

## REGISTERED PHARMACY PERMIT

## CONTROLLED SUBSTANCE PERMIT

**July 1, 2001 - June 30, 2002 - Date Issued: May 04, 2001**

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE # MP0550577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

**Peter A. Thomas - RP0005140**

Registered Pharmacist in Charge

Confidential

DEF-WV-01989.00127

# WEST VIRGINIA BOARD OF PHARMACY
## 232 Capitol Street
## Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2001 - June 30, 2002

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:

Rite Aid Disc Phcy 968
6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE # MP0550577      COUNTY Cabell      DEA # AR6070178      PHONE # 304-736-2837

2. PHARMACIST IN CHARGE Pete Thomas                    RPh # 5140

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state? .............. Yes ___ No X
b. Have you ever been convicted of a felony? ........................................................... Yes ___ No X
c. Have you ever been convicted of a misdemeanor other than a traffic violation? ......................... Yes ___ No X
d. Do you ever work partime in any other pharmacy ........................................................ Yes ___ No X
   If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES.  Circle All Applicable a. through e.:
a. PHARMACY - Inpatient .................................................................................... $100.00
b. PHARMACY - Outpatient .................................................................................. ($100.00)
c. CONTROLLED SUBSTANCE PERMIT ............................................................................. ($10.00)
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT ............................................................... $100.00
e. NUCLEAR PHARMACY ........................................................................................ $100.00

Name of Enteral/Parenteral Pharmacist Manage_____ RPh #_____

ATTACH CHECK OR MONEY ORDER TO APPLICATION   ..................   TOTAL FEES $ 110.00

4. CIRCLE APPLICABLE DRUG SCHEDULE   (I)  (II)  (IV)  (V)   NARCOTIC
                                     (II) (III)           NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP      SINGLE PROPRIETOR      PARTNERSHIP      (CORPORATION)

6. NAMES OF PRINCIPLES AND TITLES:  (Owner; Partners; Three Corporate Officers)

_list attached_

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony? N

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.   MAY 21 2001

9. _____   James Krahulec
   Signature of Applicant, Managing Partner or Office      Vice President            Date

10. _____
   Signature of Pharmacist in Charg            RPh #            Date

# WEST VIRGINIA
# BOARD OF PHARMACY

## REGISTERED PHARMACY CERTIFICATE

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2000 – June 30, 2001 – Date Issued: October 20, 2000

**Rite Aid Disc Phcy 968**
Registered Pharmacy

6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE # MP0550577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

*Peter Thomas – RP000540*
~~Kevin D. McCloud – RP0005952~~

Registered Pharmacist in Charge

Confidential                    WVBOP_FEDWV_00016655

**DEF-WV-01989.00129**

716 501 5087
0 10 -

# NOTIFICATION OF CHANGE OF
# PHARMACIST-IN-CHARGE   (PIC)

Pharmacy License Number _MP 0550577_

Pharmacy Name _Rite Aid Pharmacy #968_

Address _6401 US Rt 60 East_

City _Barbuursville_     State _WV_     Zip _25504_

| Incoming PIC | Outgoing PIC |
|---|---|
| Name _Peter Thomas_ | Name _Kevin McCloud_ |
| License Number _5140_ | License Number _RP0005952_ |
| Previous Employer _Same_ | New Employer _Same_ |
| _Stone 1655_ | |
| Previous Employer's License Number | New Employer's License Number |
| _MP0550946_ | |
| Previous Position | New Position |
| (Staff,PIC,or PIC/Consultant) | (Staff,PIC,or PIC/Consultant) |

An inventory of all controlled substances was taken on

_1-23_ , ~~19~~ _200 1_

ENTERED JAN 2 2001

*Signature of Incoming PIC _Peter Thomas_

*Signature of Outgoing PIC _K D fw_

\*Note: If the departing and the incoming pharmacists-in-charge are unable to conduct the inventory together, a closing inventory shall be conducted by the departing pharmacist-in charge and a new separate beginning inventory shall be conducted by the incoming pharmacist-in-charge.

Date _1-23-2001_        Fee: **$10.00**

Please complete and return to:

**West Virginia Board of Pharmacy**
**232 Capitol Street**     Phone: (304) 558-0558
**Charleston, West Virginia 25301**    Fax:    (304) 558-0572

Confidential
DEF-WV-01989.00130

# RITE AID CORPORATION

## NOTICE OF TERMINATION OF EMPLOYMENT AS
## PHARMACIST- IN-CHARGE

To The _WEST Virginia_ _____ State Board Of Pharmacy

Ladies and Gentlemen:

I respectfully submit the following information to inform you of my cessation of activity as Pharmacist-in-Charge in a Rite Aid pharmacy.

Effective ___1-23-01___, my employment as the Pharmacist-in-Charge
      (Date)

at Rite Aid Pharmacy # _968_, located at:

_6401   US R4 60_
(Street Address)

_BARBOOPSWILLE WV 25504_

_____
(City)

has terminated.

_Kevin D. McCloud_
(Print Name)

_WV  RP000 5952_
(Pharmacist License Number)

_K.D. Hill_
(Signature)

Confidential

DEF-WV-01989.00131

# RITE AID CORPORATION

## NOTICE OF EMPLOYMENT AS PHARMACIST-IN-CHARGE

To The _____*W V*_____ State Board Of Pharmacy

Ladies and Gentlemen:

I respectfully submit the following information to inform you of my acceptance of the position of Pharmacist-in-Charge in a Rite Aid pharmacy.

Effective *1-23-01* , I have accepted employment as the Pharmacist-in-
(Date)

Charge at Rite Aid Pharmacy # *968*, located at:

_____*6401 US Route 60 East*_____
(Street Address)

_____

_____*BARbouRsville, WV*_____
(City)

_____*Peter A Thomas*_____
(Print Name)

_____*5140*_____
(Pharmacist License Number)

_____*(signature)*_____
(Signature)

Confidential
DEF-WV-01989.00132

U.S. DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION

11-27-01 COPY OF ORIGINAL STATE

No. 1117 0002

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.

Complete the front and back of this form in duplicate. Forward the original and duplicate copies to the nearest D.E.A. Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

DEA MANUAL AUTHORITY
Diversion Investigators 5124
FFS 630 02

| 1. NAME AND ADDRESS OF REGISTRANT (Include ZIP Code) | | 2. PHONE NO. (Include Area Code) |
|---|---|---|
| AAE AID PHARMACY<br>6466 US RT 60 968<br>Barboursville, WV 2 | ZIP CODE<br>25504 | 304-736-2837 |

| 3. DEA REGISTRATION NUMBER | | 4. DATE OF THEFT OR LOSS | 5. PRINCIPAL BUSINESS OF REGISTRANT (Check one) |
|---|---|---|---|
| 2 ltr. prefix | 7 digit suffix | 11-20-00 | 1 ☑ Pharmacy  5 ☐ Distributor |
| A R | 6470178 | | 2 ☐ Practitioner  6 ☐ Methadone Program<br>3 ☐ Manufacturer  7 ☐ Other (specify)<br>4 ☐ Hospital/Clinic  NOV 27 2000 |

| 6. COUNTY IN WHICH REGISTRANT IS LOCATED | 7. WAS THEFT REPORTED TO POLICE? | 8. NAME AND TELEPHONE NUMBER OF POLICE DEPARTMENT (Include Area Code) |
|---|---|---|
| Cabell | ☐ Yes  ☑ No | |

| 9. NUMBER OF THEFTS OR LOSSES REGISTRANT HAS EXPERIENCED IN THE PAST 24 MONTHS? | 10. TYPE OF THEFT OR LOSS (Check one and complete items below as appropriate) |
|---|---|
| 1 | 1 ☐ Night break-in  3 ☑ Employee pilferage  5 ☐ Other (Explain)<br>2 ☐ Armed robbery  4 ☐ Customer theft  6 ☐ Lost in transit (Complete Item 14) |

| 11. IF ARMED ROBBERY, WAS ANYONE: | 12. PURCHASE VALUE TO REGISTRANT OF CONTROLLED SUBSTANCES TAKEN? | 13. WERE ANY PHARMACEUTICALS OR MERCHANDISE TAKEN? |
|---|---|---|
| KILLED? ☐ No  ☐ Yes (How many)<br>INJURED? ☐ No  ☐ Yes (How many) | $ 77.96 | ☐ No  ☐ Yes (Est. Value)<br>$ |

14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING

| A. Name of Common Carrier | B. Name of Consignee | C. Consignee's DEA Registration Number |
|---|---|---|
| | | |

| D. Was the carton received by the customer? | E. If received, did it appear to be tampered with? | F. Have you experienced losses in transit from this same carrier in the past? |
|---|---|---|
| ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ No  ☐ Yes (How Many) |

15. WHAT IDENTIFYING MARKS, SYMBOLS, OR PRICE CODES WERE ON THE LABELS OF THESE CONTAINERS THAT WOULD ASSIST IN IDENTIFYING THE PRODUCTS?

16. IF OFFICIAL CONTROLLED SUBSTANCE ORDER FORMS (DEA-222) WERE STOLEN, GIVE NUMBERS:

17. WHAT SECURITY MEASURES HAVE BEEN TAKEN TO PREVENT FUTURE THEFTS OR LOSSES?

① Notified security to install surveilance Equipment
② PIC is monitoring on Daily basis
③ Discovered through perpetual Inventory Control log

### PRIVACY ACT INFORMATION

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (PL 91-513).

PURPOSE: Report theft or loss of Controlled Substances.

ROUTINE USES: The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:

    A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.

    B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT: Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act.

DEA Form - 106
(Dec. 1985)

Previous edition dated 3/83 is OBSOLETE.

CONTINUE ON REVERSE

Confidential

WVBOP_FEDWV_00016659

DEF-WV-01989.00133

## LIST OF CONTROLLED SUBSTANCES LOST

| Trade Name of Substance or Preparation | Name of Controlled Substance in Preparation | Dosage Strength and Form | Quantity |
|---|---|---|---|
| Desoxyn | Methamphetamine Hydrochloride | 5 Mg Tablets | 5 x 100 |
| Demerol | Meperidine Hydrochloride | 50 Mg/ml Vial | 5 x 30 ml |
| Robitussin A-C | Codeine Phosphate | 2 Mg/cc Liquid | 12 Pints |
| Rox Anol | Morphine SO4 | 100 mg | 120 cc |

I certify that the foregoing information is correct to the best of my knowledge and belief.

PIC
_____
Title

11-20-00
_____
Date

☆ U.S. Government Printing Office: 1988—481-409/43695

Confidential

WVBOP_FEDWV_00016660

DEF-WV-01989.00134

# WEST VIRGINIA
# BOARD OF PHARMACY

## REGISTERED PHARMACY CERTIFICATE

## CONTROLLED SUBSTANCE PERMIT

### July 1, 2000 - June 30, 2001 - Date Issued: June 14, 2000

Rite Aid Disc Phcy 968
Registered Pharmacy

6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE # MP0650577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All



Registered Pharmacist in Charge

Confidential

WVBOP_FEDWV_00016661

DEF-WV-01989.00135

# NOTIFICATION OF CHANGE OF
# PHARMACIST-IN-CHARGE (PIC)

Pharmacy License Number _MP0550577_

Pharmacy Name _Rite Aid Discount Pharmacy #968_

Address _6401 US Rt 60_

City _Barboursville_ State _WV_ Zip _25504_

Incoming PIC

Name _Kevin D. M'Clود_

License Number _MR 0005952_

Previous Employer _Rite Aid #3422_

Outgoing PIC

Name _Gayle Hubbard_

License Number _5830_

New Employer _Rik Aid 947_

_____

Previous Employer's License Number
_MP0551168_

New Employer's License Number
_____

Previous Position

(Staff, PIC, or PIC/Consultant)

New Position

(Staff, PIC, or PIC/Consultant)

An inventory of all controlled substances was taken on

_October M_ , _30 2000_

*Signature of Incoming PIC _K. D. Hell_

*Signature of Outgoing PIC _____

*Note: If the departing and the incoming pharmacists-in-charge are unable to conduct the inventory together, a closing inventory shall be conducted by the departing pharmacist-in charge and a new separate beginning inventory shall be conducted by the incoming pharmacist-in-charge.

Date _10·01 2000_          Fee: $10.00

Please complete and return to:

## West Virginia Board of Pharmacy
232 Capitol Street
Charleston, West Virginia 25301

Phone: (304) 558-0558
Fax: (304) 558-0572

Confidential

# RITE AID CORPORATION

## NOTICE OF EMPLOYMENT AS PHARMACIST-IN-CHARGE

To The  WEST  VIRGINIA  State Board Of Pharmacy

Ladies and Gentlemen:

I respectfully submit the following information to inform you of my acceptance of the position of Pharmacist-in-Charge in a Rite Aid pharmacy.

Effective  October 11, 2000  , I have accepted employment as the Pharmacist-in-
(Date)

Charge at Rite Aid Pharmacy #  968  , located at:

6401 US Rt 60
(Street Address)

BARBOURSVILLE   WV  25504
(City)

KEVIN  D.  McCLOUD
(Print Name)

WV 000 5952
(Pharmacist License Number)

(Signature)

WVBOP_FEDWV_00016663

DEF-WV-01989.00137

# NOTIFICATION  OF  CHANGE  OF
# PHARMACIST-IN-CHARGE   (PIC)

Pharmacy License Number _MPO550577_

Pharmacy Name _Rite Aid     # 98_

Address _6401 U.S. Rt 60_

City _Barboursville_ _____ State _WV_ _____ Zip _25504_

| Incoming PIC | Outgoing PIC |
|---|---|
| Name _Gayle Hubbard_ | Name _Steven Perry_ |
| License Number _RP 5830_ | License Number _RP 5749_ |
| Previous Employer _Rite Aid 946_ | New Employer _Rite Aid_ |
| _St. Albans, WV_ | _Columbus, OH_ |
| Previous Employer's License Number | New Employer's License Number |
| _MPO550055_ | _02-0451900_ |
| Previous Position | New Position |
| (Staff,) PIC, or PIC/Consultant) | (Staff,) PIC, or PIC/Consultant) |

An inventory of all controlled substances was taken on

_3-18_ _____ _2000_

*Signature of Incoming PIC _Gayle G. Hubbard_ _3/28/2000_

*Signature of Outgoing PIC _Steven Perry_ _3-18-2000_

*Note: If the departing and the incoming pharmacists-in-charge are unable to conduct the inventory together, a closing inventory shall be conducted by the departing pharmacist-in charge and a new separate beginning inventory shall be conducted by the incoming pharmacist-in-charge.

Date _3/28/2000_                           Fee: **$10.00**

Please complete and return to:

**West Virginia Board of Pharmacy**
**232 Capitol Street**                  Phone: (304) 558-0558
**Charleston, West Virginia 25301**     Fax:   (304) 558-0572

Confidential

DEF-WV-01989.00138

PAGE.001

RE  2  '00  2:50

# BOARD OF PHARMACY

## REGISTERED PHARMACY CERTIFICATE

## CONTROLLED SUBSTANCE PERMIT

### July 1, 1999 - June 30, 2000 - Date Issued: June 02, 1999

**Rite Aid Disc Phcy 968**
Regsitered Pharmacy

6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE # MP0550577

DEA # AR6070178

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

GAYLE HUBBARD     RP0005830

~~Steven Perry - RP0005749~~

Registered Pharmacist in Charge

ATTN: Dave Morgan
AKA: Batman

** TOTAL PAGE.001 **

Confidential

WVBOP_FEDWV_00016665

DEF-WV-01989.00139



**Rite Aid Corporation**

• RITE AID MARKET OFFICE #5
  3805 MacCORKLE AVE. SE
  CHARLESTON, WV 25304

• Phone: (304) 926-6119
• Fax: (304) 926-6591

DATE:  _3/31/00_

WEST VIRGINIA BOARD OF PHARMACY
236 CAPITOL STREET
CHARLESTON, WV 25301

RE:    PIC Notification of Change

ENCLOSED ARE NOTIFICATION OF CHANGES IN PHARMACIST IN CHARGE
IN STORE #  _968_    (address)  _6401 US Rt 60 E_
_Barboursville WV 25504_
ALSO INCLUDED IS A MONEY ORDER FOR THE FEE OF $10.00 (TEN DOLLARS)

IF YOU WOULD NEED ANY ADDITIONAL INFORMATION  PLEASE FEEL FREE TO
CONTACT ME AT (304) 926-6119.

SINCERELY,

BILL JACKSON
REGIONAL VICE PRESIDENT
RITE AID OF WEST VIRGINIA

# RITE AID CORPORATION

## NOTICE OF TERMINATION OF EMPLOYMENT AS
## PHARMACIST- IN-CHARGE

To The _____West Virginia_____ State Board Of Pharmacy

Ladies and Gentlemen:

I respectfully submit the following information to inform you of my cessation of activity as Pharmacist-in-Charge in a Rite Aid pharmacy.

Effective __3-18-2000__, my employment as the Pharmacist-in-Charge
                (Date)

at Rite Aid Pharmacy # __968__, located at:

_____6401 U.S. Rt 60_____
            (Street Address)

_____

_____Barboursville_____
            (City)

has terminated.

_____Steven Perry_____
            (Print Name)

_____RPS749_____
            (Pharmacist License Number)

_____
            (Signature)

# RITE AID CORPORATION

## NOTICE OF EMPLOYMENT AS PHARMACIST-IN-CHARGE

To The WEST VIRGINIA State Board Of Pharmacy

Ladies and Gentlemen:

I respectfully submit the following information to inform you of my acceptance of the position of Pharmacist-in-Charge in a Rite Aid pharmacy.

Effective 3/27/2000 , I have accepted employment as the Pharmacist-in-Charge at Rite Aid Pharmacy # 968 , located at:

6401 U.S. Rt. 60
(Street Address)

BARBOURSVILLE
(City)

GAYLE G. HUBBARD
(Print Name)

5830
(Pharmacist License Number)

Gayle G. Hubbard
(Signature)

U.S. DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION

## REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

OMB APPROVAL
No. 1117-0001

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.
Complete the front and back of this form in triplicate.  Forward the original and duplicate copies to the nearest DEA Office.  Retain the triplicate copy for your records.  Some states may also require a copy of this report.

DEA MANUAL AUTHORITY
Diversion Investigators 5124
FFS 630-02

1. NAME AND ADDRESS OF REGISTRANT (Include ZIP Code)

Rite Aid Pharmacy #968
6401 US Rt. 60
Barboursville, WV 25504

ZIP CODE 2 5 5 5 9

2. PHONE NO. (Include Area Code)
304-736-2837

3. DEA REGISTRATION NUMBER

2 ltr. prefix   7 digit suffix
A R   6 0 7 0 1 7 8

4. DATE OF THEFT OR LOSS
9-8-00

5. PRINCIPAL BUSINESS OF REGISTRANT (Check one)

1 ☑ Pharmacy
2 ☐ Practitioner
3 ☐ Manufacturer
4 ☐ Hospital/Clinic
5 ☐ Distributor
6 ☐ Methadone Program
7 ☐ Other (specify)

6. COUNTY IN WHICH REGISTRANT IS LOCATED
Cabell

7. WAS THEFT REPORTED TO POLICE?
☐ YES   ☑ NO

8. NAME AND TELEPHONE NUMBER OF POLICE DEPARTMENT (Include Area Code)

9. NUMBER OF THEFTS OR LOSSES REGISTRANT HAS EXPERIENCED IN THE PAST 24 MONTHS?

10. TYPE OF THEFT OR LOSS (Check one and complete items below as appropriate)

1 ☐ Night break-in
2 ☐ Armed robbery
3 ☐ Employee pilferage
4 ☐ Customer theft
5 ☑ Other (Explain) Discovered thru perpetual Inventory.
6 ☐ Lost in transit (Complete item 14)

11. IF ARMED ROBBERY, WAS ANYONE:

KILLED?  ☐ No  ☐ Yes (How many) _____
INJURED?  ☐ No  ☐ Yes (How many) _____

12. PURCHASE VALUE TO REGISTRANT OF CONTROLLED SUBSTANCES TAKEN?
$

13. WERE ANY PHARMACEUTICALS OR MERCHANDISE TAKEN?
☐ No   ☐ Yes (Est. Value)
$

14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING:

A. Name of Common Carrier

B. Name of Consignee

C. Consignee's DEA Registration Number

D. Was the carton received by the customer?
☐ Yes  ☐ No

E. If received, did it appear to be tampered with?
☐ Yes  ☐ No

F. Have you experienced losses in transit from this same carrier in the past?
☐ No  ☐ Yes (How Many) _____

15. WHAT IDENTIFYING MARKS, SYMBOLS, OR PRICE CODES WERE ON THE LABELS OF THESE CONTAINERS THAT WOULD ASSIST IN IDENTIFYING THE PRODUCTS?

16. IF OFFICIAL CONTROLLED SUBSTANCE ORDER FORMS (DEA-222) WERE STOLEN, GIVE NUMBERS

17. WHAT SECURITY MEASURES HAVE BEEN TAKEN TO PREVENT FUTURE THEFTS OR LOSSES?

① Will discuss with PIC and staff the importance of back-counting and balancing perpetual on daily basis.
② Will monitor Roxanol closely and notify security.

## PRIVACY ACT INFORMATION

AUTHORITY: Section 301 of the Controlled Substances Act of 1970 (PL 91-513).
PURPOSE: Report theft or loss of Controlled Substances
ROUTINE USES: The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:

A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT: Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Records Management Section, Drug Enforcement Administration, Washington, D.C. 20537; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503

DEA Form - 106
(Dec. 1985)

Previous edition dated 3/83 is OBSOLETE.

CONTINUE ON REVERSE

Confidential

WVBOP_FEDWV_00016669

DEF-WV-01989.00143

# WEST VIRGINIA BOARD OF PHARMACY
## OUTPATIENT PHARMACY INSPECTION REPORT

Rite Aid Pharm. # 968
6401 US Route 60 East
Barboursville  WV  25504

MPO 550577

PHONE: 304 736 2837

DATE: Aug-10-2000

FED #: AR 6070178

STATE #: MPO 550577

P.I.C.: GAYLE G. HUBBARD

LIC #: 5830

PHCY HOURS: 7-12-M-S   9-4-SUNDAY

| PERSONNEL | TITLE & LIC# OR REG.# |
|---|---|
| STEVEN R. BARTHOLMEW | 3487 |
| JOE F. HOWARD | 9783 |
| ZACHARY G CAMPBELL IN | 4409 |
| CASSIE GARRISON IN | 4453 |
| KATHRYN P. CYRUS PT | 3855 |

| PERSONNEL | TITLE & LIC# OR REG.# | |
|---|---|---|
| KIMBERLY STEELE | PT | 1914 |
| SAMUEL S. SCHWED | PTT | Dec 99 |
| DEBRA C. ELLISON | PTT | May 200 |
| MISTY SMITH | PTT | April 2000 |

## SECURITY

1. ALARM SYSTEM TO RULES 15-1-14.7.1 — YES ✓ NO____
2. BARRIER TO RULE 15-1-14.7(a) — N/A____ YES ✓ NO____
3. KEY & CODE PROCEDURE OK 15-1-14.7(d)1 & 2 — YES____ NO____
4. PROCEDURE FOR ABSENCE OF R.Ph. OK 15-1-14.7.4 — N/A____ YES____ NO____
5. CONTROLLED SUBSTANCES DISPENSED 15-1-15.2.5 CFR 1301.75( b) — YES ✓
6. SAFE STORAGE IF LOCKED CFR1301.75(a) — YES____ NO____
7. ALL LOSS OR THEFT REPORTED 15-2-10.7 — YES____ NO____
8. DOCUMENTATION OF AFTER HOURS ENTRY 15-1-14.7.2.4 — N/A____ YES____ NO____
9. ONLY AUTHORIZED NON-REGISTERED PERSON(S) IN Rx AREA? 15-1-18.7 — N/A ✓ YES____ NO____
10 THEIR PRESENCE IS APPROPRIATE? 15-1-18.7 — N/A ✓ YES____ NO____

## PROFESSIONAL WORK ENVIRONMENT

11. 12 HOUR SHIFT NOT EXCEEDED15-1-14.8.1 — YES____ NO ✓
12. DOCUMENTED IF OVER 12 HOURS 15-1-14.8.1 — N/A____ YES____ NO____
13. TECH REQUIRED ON (DATE) 1996
    15-1-14.8.2 — YES ✓ NO____
14. TECH WORKED THAT DATE — YES ✓ NO____

## COMPLETED PRESCRIPTION and LABELING

15. PROPER CONTAINERS USED 15-1-15.1.2 — YES ✓ NO____
16. PROPER CLOSURES USED AND DOCUMENTED 30-5-14 a (b) — YES ✓ NO____
17. PHARMACIST INITIALS 15-1-19.13.3 — YES ✓ NO____
18. GENERIC NAME & MFG. 15-1-22.1.4(j)1 — YES ✓ NO____
19. GENERIC NAME HAS "SUB" OR EQUAVALENT?
    15-1-22.1.4 (i) 1 — YES ✓ NO____
20. BEYOND USE DATE 15-1-22.1.4 (k) 1 — YES____ NO ✓
    of the DRUG

## DRUG RELIABILITY

21. OUTDATED DRUGS 15-1-19.9.2 — YES____ NO ✓
22. REFRIGERATOR TEMPERATURE 36 TO 46 — YES____ NO____
23. FREEZER TEMPERATURE -4 TO 14N\A — YES____ NO____
24. ROOM TEMPERATURE 59 TO 77 — YES ✓ NO____
    #22 thru #24 15-1-15.1.2
25. LOG OF RETURNED DRUGS 15-1-12.3 — YES ✓ NO____

## THE PRESCRIPTION ORDER

26. FOR A LEGITIMATE MEDICAL PURPOSE 15-1-21.1 — YES ✓ NO____
27. PROPERLY DOCUMENTED IF ORAL Rx '15-1-19.13.1 & 15-1-21.1.2 — YES ✓ NO____
28. GENERIC DISPENSED IF AVAILABLE. 30-5-12b (j) — YES ✓ NO____
29. MANUFACTURER SHOWN 30-5-12b (j) — YES ✓ NO____
30. PHARMACIST'S INITIALS 15-1-19.13.4 — YES ✓ NO____
31. NO OBLITERATION ON ANY Rx 15-1-9.1.2(a)3C — YES ✓ NO____
32. NUMBER OF FILES KEPT TWO
33. TRANSFERED Rx PROPERLY RECORDED 15-1-11 — YES ✓ NO____
34. ALL NP OR PA PRESCRIBING IS PROPER ACCORDING TO THEIR BOARD RULES N/A____ YES____ NO____
35. NO REFILLS EXCEED 12 MONTHS 15-1-10.3 — YES ✓ NO____
36. PA DRUG LIST & NP EXCLUSION LIST AVAILABLE 15-1-19.13.5 — YES ✓ NO____
37. PROPER EMERGENCY DISPENSING? 15-1-26 — N/A____ YES ✓ NO____

## CONTROLLED SUBSTANCE RECORDS

38. BIENNIAL INVENTORY 15-2-7.9 — YES ✓ NO____
    DATED 5-1-00
39. FORMS #222 REQUIRE POWER OF ATTORNEY? NO____ YES ✓
40. POWER OF ATTORNEY GRANTED N/A____ YES ✓ NO____
40a. TO WHOM Gayle Hubbard
41. SCHEDULE V BOOK TO DATE N/A ✓ YES____ NO____
42. COMPLETE & CORRECT 15-2-9.22 N/A ✓ YES____ NO____
43. COMPLETE RETURN & DESTRUCTION RECORDS — YES ✓ NO____
44. EMERGENCY C-II FILLED N/A ✓ YES____ NO____
45. EMERGENCY QUANTITY ONLY? 15-1-21.1.4(a) — YES____ NO____
46. SIGNED Rx WITHIN 7 DAYS 15-1-21.4(c) — N/A ✓ YES____ NO____
47. PRACTITIONER PRINTED NAME — YES ✓ NO____
48. PRACTITIONER SUFFIX # N/A____ YES ✓ NO____
49. PATIENT ADDRESS — YES ✓ NO____
50. DATE OF ISSUE — YES ✓ NO____
    #47 THRU #50 ARE CFR 1306.05
51. CORRECT PARTIAL FILLS 15-1-21.1.3 (a) 2 — YES____ NO NE

Confidential

DEF-WV-01989.00144

page 2

## TRANSFER OF Rx ONLY DRUGS

### WITHOUT Rx
52. CORRECT TRANSFER RECORD 15-1-9.1.1
    N/A_____ YES__✓__NO_____

### WITH Rx
53. DISPENSING RECORDS OK 15-1-15.2.63   YES_✓_NO_____
54. PATIENT PROFILES KEPT 15-1-15.2.7   YES_✓_NO_____
55. PROPER DAILY REPORT 15-4-5  N/A____ YES____NO_____
56. DAILY REPORT SIGNED & VERIFIED 15-4-5
    YES_✓_NO_____
57. 1 YEAR RECORD ONLINE 15-4-4  N/A____ YES____NO_✓_
58. DISPENSING RECORDS KEPT 5 YEARS 15-4-4
    YES____NO_____

## EQUIPMENT

59. SUFFICIENT COMPOUNDING EQUIPMENT
    15-1-15.2.2   YES_✓_NO_____
60. SANITARY LIQUID MEASUREMENT 15-1-15.2.1
    YES_✓_NO_____
61. BALANCE INSPECTED WITHIN 2 YEARS
    LABOR DEPARTMENT RULE   YES____NO_____
62. WEIGHTS WITHIN CERTIFIED DATE OF _9-98_
    LABOR DEPARTMENT RULE   YES_✓_NO_____
63. RECENT 3 VOL. 'USP DI' OR UPTO DATE 'FACTS &
    COMPARISONS' ?   30-5-13   YES_✓_NO_____
64. PHARMACY LAWS AND REGULATIONS
    15-1-15.2.8   YES_✓_NO_____

## SANITARY REGULATIONS

65. Rx AREA CLEAN, ORDERLY & DUST FREE
    15-1-18.1 & 15-1-18.5   YES_✓_NO_____
66. Rx COUNTER USED ONLY FOR Rx PREPARATION
    15-1-18.2   YES_✓_NO_____
67. SINK USED ONLY FOR CLEANING HANDS AND EQUIPMENT
    15-1-18.3   YES____NO_____
68. PROPER ATTIRE FOR PHARMACISTS 15-1-18.4
    YES_✓_NO_____
69. PROPER NAME TAG FOR PHARMACISTS 15-1-18.4
    YES_✓_NO_____
70. DISPENSING EQUIPMENT DUST FREE 15-1-18.5
    YES_✓_NO_____

## COUNSELING

71. ADEQUATE OFFER TO COUNSEL 15-1-19.13.6
    YES_✓_NO_____
72. PROPER DOCUMENTATION FOR COUNSELING REFUSAL?
    19-13.6b YES_✓_NO_____
73. DOCUMENTATION IF OFFER IS NOT DEEMED NEEDED?
    15-1-19.13.6 N/A_✓_YES_____NO_____
74. COUNSELING AREA IS CONVENIENT TO PHARMACIST ?
    (UNLESS PERMITTED BEFORE PASSAGE OF...) 15-1-15.1.1
    EXCUSED_✓_YES____NO_____
75. COUNSELING AREA IS PRIVATE FOR PATIENT?
    (UNLESS PERMITTED BEFORE PASSAGE OF...) 15-1-15.1.1
    EXCUSED_____ YES_✓_NO_____

## TECHNICIANS
    N/A_____

76. PROPER ATTIRE FOR ALL TECHNICIANS?
    15-1-18.4   YES_✓_NO_____
77. PROPER NAME TAG FOR ALL TECHNICIANS?
    15-1-18.4   YES_✓_NO_____
78. P.I.C. HAS WRITTEN DUTIES OF TECHNICIANS?
    15-1-20.3.2   YES_✓_NO_____
79. TECHNICIAN(S) NOT OBSERVED VIOLATING
    AUTHORIZED DUTIES?   15-7-5 (1)   YES_✓_NO_____
80. DIRECTLY SUPERVISED BY PHARMACIST 15-1-20.3.2
    YES_✓_NO_____
81. LIST OF TECHNICIANS AVAILABLE 15-1-20.3.1
    YES_✓_NO_____

## TECHNICIAN TRAINEES
    N/A_____

82. TRAINING MANUAL AVAILABLE 15-1-20.2.4 & 15-7-4
    YES_✓_NO_____
83. DOCUMENTATION OF THE INITIAL TRAINING OF EACH TRAINEE
    BY P.I.C. IS AVAILABLE?   15-7-4.5   YES_✓_NO_____
84. WRITTEN RECORD CONTAINS THE REQUIRED ELEMENTS?
    15-7-4.5a-f   YES_✓_NO_____
85. PROPER ATTIRE FOR TRAINEES 15-1-18.4   YES_✓_NO_____
86. PROPER NAME TAG FOR TRAINEES 15-1-189.4   YES_✓_NO_____
87. 24 MONTHS TRAINING EXCEEDED. 15-7-4.4   YES____NO_____

## PHARMACIST -IN-CHARGE

88. WORKS 30 HOURS/WEEK OR MORE. 15-1-2.1.38c YES____NO_____
89. HAS SEEN THE CURRENT LICENSE OF CURRENT EMPLOYEES
    15-1-20.2.6   YES_✓_NO_____
90. P.I.C. IS ASSISTED BY SUFFICIENT STAFF?
    15-1-20.3   YES____NO_____
91. HAS IMPLEMENTED QUALITY ASSURANCE PROGRAM
    FOR PATIENT CARE.   15-1-20.2.3 YES_✓_NO_____
92. QUALITY ASSURANCE PROGRAM IS DESIGNED TO PREVENT
    AND DETECT DRUG DIVERSION?   15-1-20.2.3 YES_✓_NO_____
93. HAS DOCUMENTATION OF EMPLOYEES MAINTAINING
    PATIENT CONFIDENTIALITY.   15-1-20.2.1(YES_✓_NO_____
94. HAVE ANY AND ALL COMPLAINTS MADE ABOUT A PHARMACIST
    BEEN REPORTED TO THE BOARD OF PHARMACY.
    15-1-14.6.4   N/A_✓_YES____NO_____
95. HAS BOARD BEEN NOTIFIED ABOUT ALL PHARMACISTS THAT
    HAVE BEEN DISCHARGED? 15-1-14.6.3 N/A____ YES_✓_NO_____
96. HAS P.I.C. NOTIFIED PERMIT HOLDER OF ANY & ALL VIOLATIONS
    OF RULES OR REGS EXISTING WITHIN THE PHARMACY
    15-1-20.2.2   N/A_✓_YES____NO_____
97. IS THERE DOCUMENTATION?   N/A_✓_YES____NO_____
98. ARE THE CE CERTIFICATES OF ALL PHARMACISTS
    AVAILABLE FOR INSPECTION?   YES_✓_NO_____

## GENERICS

99. GENERIC SIGN VISIBLE TO PUBLIC? 30-5-12b(c)
    YES_✓_NO_____
1000. PROPERLY MADE GENERIC SELECTIONS 15-1-13.1
    YES_✓_NO_____

Confidential

DEF-WV-01989.00145

page 3
INSPECTOR COMMENTS:

Busy store with 3 Techs. Has 2 pharmacist
on Duty at busy times. Has Script Pro Pharmacy
automation. Watch refilling Pharmacist checked it.

Beyond use date is for the Rx — Not the date of the
drug. Pharmacist checks date of drug.

_____          _____
SIGNATURE OF PERSON IN CHARGE AT TIME OF INSPECTION          INSPECTOR

Confidential

DEF-WV-01989.00146

U.S. DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION

# REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

OMB APPROVAL
No. 1117-0001

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.
Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

DEA MANUAL AUTHORITY
Diversion Investigators 5124
FFS 530-02

| 1. NAME AND ADDRESS OF REGISTRANT (Include ZIP Code) | | 2. PHONE NO. (Include Area Code) |
|---|---|---|
| Rite Aid Pharmacy #968<br>6401 US Rt. 60<br>Barboursville, WV 25504 | ZIP CODE **2 5 5 5 9** | 304-736-2837 |

| 3. DEA REGISTRATION NUMBER | 4. DATE OF THEFT OR LOSS | 5. PRINCIPAL BUSINESS OF REGISTRANT (Check one) |
|---|---|---|
| 2 ltr. prefix: **A R**    7 digit suffix: **6 0 7 0 1 7 8** | 9-8-00 | 1 ☑ Pharmacy    5 ☐ Distributor<br>2 ☐ Practitioner    6 ☐ Methadone Program<br>3 ☐ Manufacturer    7 ☐ Other (specify)<br>4 ☐ Hospital/Clinic |

| 6. COUNTY IN WHICH REGISTRANT IS LOCATED | 7. WAS THEFT REPORTED TO POLICE? | 8. NAME AND TELEPHONE NUMBER OF POLICE DEPARTMENT (Include Area Code) |
|---|---|---|
| Cabell | ☐ YES   ☑ NO | |

| 9. NUMBER OF THEFTS OR LOSSES REGISTRANT HAS EXPERIENCED IN THE PAST 24 MONTHS? | 10. TYPE OF THEFT OR LOSS (Check one and complete items below as appropriate) |
|---|---|
| | 1 ☐ Night break-in    3 ☐ Employee pilferage    5 ☑ Other (Explain) Discovered thru perpetual Inventory<br>2 ☐ Armed robbery    4 ☐ Customer theft    6 ☐ Lost in transit (Complete item 14) |

| 11. IF ARMED ROBBERY, WAS ANYONE: | 12. PURCHASE VALUE TO REGISTRANT OF CONTROLLED SUBSTANCES TAKEN? | 13. WERE ANY PHARMACEUTICALS OR MERCHANDISE TAKEN? |
|---|---|---|
| KILLED? ☐ No  ☐ Yes (How many) ____<br>INJURED? ☐ No  ☐ Yes (How many) ____ | $ | ☐ No  ☐ Yes (Est. Value)<br>$ |

14. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING:

| A. Name of Common Carrier | B. Name of Consignee | C. Consignee's DEA Registration Number |
|---|---|---|
| | | |

| D. Was the carton received by the customer? | E. If received, did it appear to be tampered with? | F. Have you experienced losses in transit from this same carrier in the past? |
|---|---|---|
| ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ No  ☐ Yes (How Many) |

15. WHAT IDENTIFYING MARKS, SYMBOLS, OR PRICE CODES WERE ON THE LABELS OF THESE CONTAINERS THAT WOULD ASSIST IN IDENTIFYING THE PRODUCTS?

16. IF OFFICIAL CONTROLLED SUBSTANCE ORDER FORMS (DEA-222) WERE STOLEN, GIVE NUMBERS

17. WHAT SECURITY MEASURES HAVE BEEN TAKEN TO PREVENT FUTURE THEFTS OR LOSSES?
① Will discuss with PIC and staff the importance of back-counting and balancing perpetual on Daily basis.
② Will monitor Roxanol closely and notify security.

## PRIVACY ACT INFORMATION

**AUTHORITY:** Section 301 of the Controlled Substances Act of 1970 (PL 91-513).
**PURPOSE:** Report theft or loss of Controlled Substances
**ROUTINE USES:** The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:

A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.
B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

**EFFECT:** Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act.

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Records Management Section, Drug Enforcement Administration, Washington, D.C. 20537; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503

DEA Form - 106
(Dec. 1986)

Previous edition dated 3/83 is OBSOLETE.

CONTINUE ON REVERSE

# WEST VIRGINIA BOARD OF PHARMACY
### 232 Capitol Street
### Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 2000 - June 30, 2001

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT: (Please Type)

Rite Aid Disc Phcy 968
6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE # <u>MP0550577</u>        COUNTY <u>Cabell</u>        DEA # <u>AR6070178</u>        HONE #

2. PHARMACIST IN CHARGE _____ RPh #

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state? ------------ Yes ___ No ✓
b. Have you ever been convicted of a felony? ........................................................ Yes ___ No ✓
c. Have you ever been convicted of a misdemeanor other than a traffic violation? ................................. Yes ___ No ✓
d. Do you ever work partime in any other pharmacy? .................................................. Yes ___ No ✓
   If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES. Circle All Applicable a. through e.:

| | |
|---|---|
| a. PHARMACY - Inpatient | $100.00 |
| b. PHARMACY - Outpatient | $100.00 |
| c. CONTROLLED SUBSTANCE PERMIT | $10.00 |
| d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT | $100.00 |
| e. NUCLEAR PHARMACY | $100.00 |

Name of Enteral/Parenteral Pharmacist Manager _____ RPh #

ATTACH CHECK OR MONEY ORDER TO APPLICATION ----------------- TOTAL FEES $ 110.00

4. CIRCLE APPLICABLE DRUG SCHEDULE    II    III    IV    V    NARCOTIC
                                      II    III   IV    V    NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP    SINGLE PROPRIETOR    PARTNERSHIP    CORPORATION

6. NAMES OF PRINCIPLES AND TITLES: (Owner; Partners; Three Corporate Officers)

_____

_____

_____

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as anv permit issue will be in force.

9. _____        James Krahulec
   Signature of Applicant, Managing Partner or Office        Vice President        _____
                                                                                    Date

10. _____
    Signature of Pharmacist in Charge        RPh #        Date

Confidential        WVBOP_FEDWV_00016674

DEF-WV-01989.00148

## AFFIDAVIT OF COMPLETION

Pharmacy: Rite Aid #968

Address: 6401 U.S. RT 60 Barbousville, WV 25504

Telephone Number: (304) 736-2837

Fax Number: (304) 733-1206

PIC Self-Inspection must be completed and Affadavit of completion received in the Board office by no later than: **October 15, 1999.**

The Self-Inspection has been conducted, by myself, on 9-29-99 and a signed, completed report is on file at this location.

_____
(signature of pharmacist-in-charge)

Steven Perry
_____
(print name of (p-i-c)

Today's Date: 10-13-99

## Mail completed "Affidavit of Completion " to:

West Virginia Board of Pharmacy
232 Capitol Street
Charleston, West Virginia 25312

(seltinspecaff)

Confidential

## LIST OF EMPLOYED PHARMACY TECHNICIANS

Name of Pharmacy  Rite Aid #968                          #

Address:  6401 U.S. Rt 60

City:  Barboursville          State:  WV      Zip:  25504

Telephone:  (304) 736-2837

P-I-C-(please print name):  Steven Perry

**NAMES OF ALL PHARMACY TECHNICIANS EMPLOYED AND DATE OF EMPLOYMENT:**

Kat Cyrus        9-15-99

Pauline Dillon    1-1-1990

**PHARMACY TECHNICIAN TRAINEES EMPLOYED AND DATE OF EMPLOYMENT:**

Rose Hammon    10-1-99          Eli Christian 10-12-99

Amber Reynolds   10-7-99

Brad Pavley      8-01-98

Keith Baker      9-13-98

Mail original to: WV Board of Pharmacy, 232 Capitol St., Charleston, WV 25301
Post copy in the pharmacy area (304) 558-0558.          Thank you

P-I-C- (signature)                          DATE:  10-13-99

*00015 1265*
*00015 1765*
*110 -*

# WEST VIRGINIA BOARD OF PHARMACY
### 232 Capitol Street
### Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 1999 - June 30, 2000

<u>1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:</u> (Please Type)

Rite Aid Disc Phcy 968
6401 U.S. Route 60 East
Barboursville, WV  25504

LICENSE # <u>MP0550577</u>          COUNTY <u>Cabell</u>          DEA # <u>AR6070178</u>          PHONE # *304·733·1651*

2. PHARMACIST IN CHARGE          *Steven Perry*          RPh # *RP5749*

| | | |
|---|---|---|
| a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state? | Yes ___ | No ✓ |
| b. Have you ever been convicted of a felony? | Yes ___ | No ✓ |
| c. Have you ever been convicted of a misdemeanor other than a traffic violation? | Yes ___ | No ✓ |
| d. Do you ever work partime in any other pharmacy | Yes ___ | No ✓ |

If any answer in #2 is Yes, attach a detailed explanation.

3. RENEWAL FEES.  Circle All Applicable a. through e.:

| | |
|---|---|
| a. PHARMACY - Inpatient | $100.00 |
| b. PHARMACY - Outpatient | $100.00 |
| c.   CONTROLLED SUBSTANCE PERMIT | $10.00 |
| d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT | $100.00 |
| e.   NUCLEAR PHARMACY | $100.00 |

Name of Enteral/Parenteral Pharmacist Manager _____ RPh # _____

ATTACH CHECK OR MONEY ORDER TO APPLICATION _____ TOTAL FEES $ *110.00*

4. CIRCLE APPLICABLE DRUG SCHEDULE   II   III   IV   V   NARCOTIC
                                     II   III   IV   V   NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP          SINGLE PROPRIETOR     PARTNERSHIP     CORPORATION

6. NAMES OF PRINCIPLES AND TITLES:  (Owner; Partners; Three Corporate Officers)

— Charles Kibler, President
__ I. Lawrence Gelman, VP & Secretary
     Joseph Speaker , VP & Treasurer
—

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?  *NO*

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9. _____          JOSEPH SPEAKER          *6·2399*
   Signature of Applicant, Managing Partner or Office          Title          V.P./TREASURER          Date

10. _____          *RP5749*          *5-28-99*
    Signature of Pharmacist in Charge          RPh #          Date

Confidential

WVBOP_FEDWV_00016677

**DEF-WV-01989.00151**

| OMB Approval No. 43-R0548 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION REGISTRANTS INVENTORY OF DRUGS SURRENDERED | PACKAGE No. |
|---|---|---|

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

FROM: *(Include Name, Street, City, State and ZIP Code in space provided below).*

RITE AID PHARMACY #968
6401 U.S. RT 60
BARBOURSVILLE, WV 25504
(304) 736-2837

Signature of applicant or authorized agent

*Gabl R Well*

Registrant's DEA Number
AR 9105330

Registrant's Telephone Number
304 736-2837

NOTE: Registrants will fill in Columns 1, 2, 3, and 4 Only.

| | NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content, (Each Unit) | FOR DEA USE ONLY DISPOSITION | QUANTITY GMS. | QUANTITY MGS. |
|---|---|---|---|---|---|---|---|
| 1 | Methylin Tab. | 1 | ONE | 5mg | | | |
| 2 | Roxicet | 1 | TWO | 5mg | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

DEA Form — 41
(Mar. 1980)        Previous edition may be used.        * See instructions on reverse side.

Confidential                                                        WVBOP_FEDWV_00016678
DEF-WV-01989.00152

| NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|
| | | | | DISPOSITION | QUANTITY | |
| | | | | | GMS. | MGS. |
| *1* | *2* | *3* | *4* | *5* | *6* | *7* |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been ~~received~~

~~(1)~~ ~~packages purporting to contain the drugs listed on this inventory and have been (1) Forwarded tape-sealed without opening;~~

(2) Destroyed ~~and the remainder forwarded tape-sealed~~ after verifying contents; ~~(3) Forwarded tape-sealed after verifying contents;~~

DATE  *July 13*  19 *99*

** *Strike out lines not applicable.*

DESTROYED BY: _____

WITNESSED BY:  *BT Campbell   Inspector*

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the controlled substance content of each unit described in column 3; e.g., morphine sulfate tabs., 3 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/2 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any further inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or registered mail to Special Agent In Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

## PRIVACY ACT INFORMATION

AUTHORITY: Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).

PURPOSE: To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.

ROUTINE USES: This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users for the purposes stated.

    A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.

    B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT: Failure to document the surrender of unwanted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

☆ U.S. Government Printing Office: 1980—311-384/2235

# WEST VIRGINIA BOARD OF PHARMACY
## OUTPATIENT PHARMACY INSPECTION REPORT

2 hrs 15 min

PHONE ,736 , 2837   DATE 7-13-99

RITE AID PHARMACY # **RITE AID PHARMACY #968**
6401Rt. 60 East
6401 U.S. RT 60
BARBOURSVILLE, WV 25504
(304) 736-2837

FED # AR 9105330   STATE # MPO 550762
P.I.C. Steve Perry   5749
PHCY HOURS 7-12   Sun 9-9

| PERSONNEL | TITLE & LIC. OR REG. # | PERSONNEL | TITLE & LIC. OR REG. # |
|---|---|---|---|
| Steven Perry | RPh 5749 | Jerome Conners | IN 4568 |
| Joe F. Howard | 2783 | Jimmy T Redmon | PTT |
| Steven R. Bartholomew | 3487 | Brad A. Pauley | PTT |
| Pauline Dillon | PT 1375 | Ricard K. Baker | PTT |
| Shari Faulkner | PT 764 | | |

## SECURITY

1. ALARM SYSTEM TO RULES 15-1-14.7.1  YES ✓ NO___
2. BARRIER TO RULE 15-1-14.7(a)  N/A___  YES ✓ NO___
3. KEY & CODE PROCEDURE OK
   15-1-14.7(d)1 & 2  YES ✓ NO___
4. PROCEDURE FOR ABSENCE OF R.Ph. OK
   15-1-14.7.4  N/A___  YES ✓ NO___
5. CONTROLLED SUBSTANCES DISPENSED
   15-1-15.2.5  CFR 1301.75(b) No.  YES ✓
6. SAFE STORAGE IF LOCKED CFR 1301.75(a)  YES___ NO___
7. LOSS OR THEFT REPORTED 15-2-10.7  YES___ NO ✓
8. DOCUMENTATION OF AFTER HOURS ENTRY
   15-1-14.7.2.4  N/A ✓  YES___ NO___
9. ONLY AUTHORIZED NON-REGISTERED PERSON(S) IN Rx
   Rx AREA?  15-1-18.7  N/A___  YES ✓ NO___

## PROFESSIONAL WORK ENVIRONMENT

10. 12 HOUR SHIFT NOT EXCEEDED 15-1-14.8.1  YES ✓ NO___
11. DOCUMENTED IF OVER 12 HOURS
    15-1-14.8.1  N/A ✓  YES___ NO___
12. TECH REQUIRED ON (DATE)___
    15-1-14.8.2  N/A ✓  YES___
13. TECH WORKED THAT DATE  N/A ✓  YES___ NO___

## COMPLETED PRESCRIPTION and LABELING

14. PROPER CONTAINERS USED 30-5-14 A (b)  YES___ NO ✓
15. PROPER CLOSURES USED AND DOCUMENTED
    30-5-14 a (b)  YES___ NO ✓
17. PHARMACIST INITIALS  15-1-19.13.3  YES ✓ NO___
18. GENERIC NAME & MFG. 15-1-19.13.3  YES ) NO___
19. GENERIC NAME HAS "SUB" OR "SUBSTITUTION"
    15-1-22.1.4 (i) 1  YES___ NO ✓
20. BEYOND USE DATE  15-1-22.1.4 (k) 1  YES___ NO ✓

## DRUG RELIABILITY

21. OUTDATED DRUGS 15-1-19.9.2  YES___ NO ✓
22. REFRIGERATOR TEMPERATURE 36 TO 46  YES___ NO ✓
23. FREEZER TEMPERATURE -4 TO 14  N/A ✓ YES___ NO___
24. ROOM TEMPERATURE  59 TO 77
    #22 thru #24  15-1-15.1.2  YES ✓ NO___
25. LOG OF RETURNED DRUGS  15-1-12.3  YES ✓ NO___

## THE PRESCRIPTION ORDER

26. FOR A LEGITIIMATE MEDICAL PURPOSE
    15-1-21.1  YES ✓ NO___
27. PROPERLY DOCUMENTED IF ORAL Rx
    '15-1-19.13.1 & 15-1-21.1.2  N/A___  YES ✓ NO___
28. GENERIC DISPENSED IF AVAILABLE.
    30-5-12b (j)  YES ✓ NO___
29. MANUFACTURER SHOWN 30-5-12b (j)  N/A___  YES ✓ NO___
30. PHARMACIST'S INITIALS  15-1-19.13.4  YES ✓ NO___
31. NO OBLITERATION ON ANY Rx 15-1-9.1.2(a)3C  YES___ NO ✓
32. NUMBER OF FILES KEPT  2
33. TRANSFERED Rx PROPERLY RECORDED
    15-1-11  YES ✓ NO___
34. ALL NP OR PA PRESCRIBING IS PROPER ACCORDING TO
    THEIR BOARD RULES  N/A___  YES ✓ NO___
35. NO REFILLS EXCEED 12 MONTHS  15-1-10.3  YES___ NO ✓
36. PA DRUG LIST & NP EXCLUSION LIST AVAILABLE
    15-1-19.13.5  YES ✓ NO___
37. PROPER EMERGENCY DISPENSING
    15-1-26  YES___ NO___

## CONTROLLED SUBSTANCE RECORDS

38. BIENNIAL INVENTORY 15-2-7.9  YES ✓ NO___
    DATED  5-1-99
39. FORMS #222 REQUIRE POWER OF ATTORNEY?  NO___ YES ✓
40. POWER OF ATTORNEY GRANTED  N/A___  YES ✓ NO___
40a. TO WHOM  STEVE PERRY
41. SCHEDULE V  BOOK TO DATE  N/A ✓  YES___ NO___
42. COMPLETE & CORRECT 15-2-9.22  N/A___  YES ✓ NO___
43. COMPLETE RETURN & DESTRUCTION
    RECORDS  YES ✓ NO___
44. EMERGENCY C-II FILLED  N/A ✓  YES___
45. SUPPLY LESS THAN 7 DAYS  N/A ✓  YES___ NO___
46. SIGNED Rx WITHIN 7 DAYS
    15-1-21.4(a)(b)(c  N/A ✓  YES___ NO___
47. PRACTITIONER PRINTED NAME  YES ✓ NO___
48. PRACTITIONER SUFFIX #  N/A ✓  YES___ NO___
49. PATIENT ADDRESS  YES ✓ NO___
50. DATE OF ISSUE  YES ✓ NO___
    #46 THRU #49 ARE CFR 1306.05
51. CORRECT PARTIAL FILLS  15-1-21.1.3 (a) 2  YES___ NO___

Confidential   WVBOP_FEDWV_00016680

# WEST VIRGINIA BOARD OF PHARMACY

## INSPECTION REPORT

*R8*

Rite Aid Pharmacy # ~~Drug~~ # 964

6401    U.S Route 60 East

Barboursville   WV   25504

| PHONE | | TIME IN | A.M. | TIME OUT | A.M |
|---|---|---|---|---|---|
| 736-2837 | | | P.M. | | P.M |

| TYPE | | FED # | AR   9105330 |
|---|---|---|---|
| Chain Pharsmacy | | STATE # | MPO   550762 |

| HOURS OPEN | (DAILY) | (SUN. & HOLIDAYS) |
|---|---|---|
| | 9:00  to 9:00 | 12--6 |

| RESPONS BLE PERSON | TITLE |
|---|---|
| Steven Perry | P.I.C |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| Steven Perry | 5749 | Pauline Dillon | PT 1375 |
| Joe F Howard | 2783 | Shary Ann Faulkner | PT 784 |
| Steven R Bartholomew | 3487 | Kimberly R Taylor | PTT |
| | | Jimmy T Redman | PTT |

1. LICENSES — Posted
2. I.D. CARDS — Posted
3. RECORD SYSTEM — Computerized — Sequential Numbering 3 files
4. BARRICADE — Yes Roll Down Metal Gates
5. MIN. STANDARDS — OK CE shore — Jackets are used
6. SECURITY — BA - all Schedule drugs dispersed
7. LIBRARY — USP-DI-98. Fdc
8. CLEANLINESS — Clean + Bright - Rx Counter C+C
9. REFRIGERATION — 40° F.
10. ACCOUNTABILITY — Conforms -
11. IMPROPER DISPENSING —
12. INSUFFICIENT SUPERVISION — NO
13. INVENTORY RECORDS — PER   5-1-98 PM Steven Perry
14. DRUG DESTRUCTION — R.D.S
15. ILLEGAL SALES — No
16. ILLEGAL PURCHASES — No
17. SAMPLES — None found
18. NON-REG COMPOUNDING — No
19. Rx BLANKS — None seen
20. IMPROPER Rx's — Know what can be written
21. OUT DATED DRUGS — None on shelves — Boxed for Return.
22. DRUG LABELS — Conforms
23. Rx INFORMATION — OBRA Printed + Verbal
24. GENERIC SIGN — Posted
25. GENERIC MFG. — Amerisource + R.A.W.H
26. Rx FILES — 3 files — C II n   + Reg Rx = C 3-4-5
27. Rx COPIES — Conform
28. Rx INT/DATE — Does
29. RED "C" — Still uses
30. PHONED SCH II Rx — Emer. only
31. REFILLS - 6 MO/5X — ✓
32. REFILLS - INT/DATE — ✓
33. REFILLS - U A — NO
34. SCHEDULE V - EXEMPT REG. — No Sales in N5 c 98
35. PRICE POSTING PLACARD — Signs For N5 c 98
36. COMPUTERIZED — Rec - R.A.D.S
37. DAILY Rx RECORD — Signs
38. BALANCES - WEIGHTS — Bal inspected 9/97   wgts . 5-96

Steven R Barthelomew   DATE 5-27-98      C.T. Campbell
PERSON IN CHARGE                          INSPECTOR

Confidential                                      WVBOP_FEDWV_00016681

DEF-WV-01989.00155

# WEST VIRGINIA BOARD OF PHARMACY

232 Capitol Street
Charleston, West Virginia 25301

*000/05727*
*$ 90*

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 1998 - June 30, 1999

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT: (Please Type)

Rite Aid Disc Phcy 968
6401 U.S. Route 60 East
Barboursville, WV 25504

LICENSE # MP0550577   COUNTY Cabell   DEA # AR6070178   PHONE #(304) 736-2837

2. PHARMACIST IN CHARGE   STEVEN PERRY   X RPh # RP0005749

X a. Has your Pharmacist License ever been denied, suspended or revoked in this or any other state?......Yes___ No X
X b. Have you ever been convicted of a felony?......Yes___ No X
X c. Have you ever been convicted of a misdemeanor other than a traffic violation?......Yes___ No X
X d. Do you ever work partime in any other pharmacy?......Yes___ No X

X. If any answer in #2 is Yes. attach a detailed explanation statement.

3. RENEWAL FEES.  Circle All Applicable a. though e.:
   a. PHARMACY-Inpatient-(Hospital)......$75.00
   b.   CONTROLLED SUBSTANCE PERMIT......$15.00
   c. PHARMACY-Outpatient......$75.00
   d.   CONTROLLED SUBSTANCE PERMIT......$15.00
   e. ENTERAL/PARENTERAL COMPONDING PERMIT......$75.00

Name of Enteral/Parenteral Pharmacist Manager_____   RPh #_____

ATTACH CHECK OR MONEY ORDER TO APPLICATION......TOTAL FEES $ 90.00

4. CIRCLE APPLICABLE DRUG SCHEDULES:   II   III   IV   V   NARCOTIC

   II   III   IV   V   NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP:   SINGLE PROPRIETOR   PARTNERSHIP   CORPORATION

6. NAMES OF PRINCIPLES AND TITLES: (Owner; Partners; Three Corporate Officers)

Charles Kibler, President

I. Lawrence Gelman, VP & Secretary

James E. Krahulec, Vice President

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?......Yes___ No X (If yes, attach a detailed statement)

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9. _____   Vice President   MAY 1 8 1998
Signature of Applicant, Managing Partner or Office   Title   Date

10. X_____   X RP0005749 X   4-23-98
Signature of Pharmacist in Charge   RPh #   Date

## NOTIFICATION OF CHANGE OF PHARMACIST-IN-CHARGE (PIC)

0968

$10.-

X Pharmacy License Number: _____ MP0550577     0968

X Pharmacy Name: _____ Rite Aid Pharmacy

X Address: 6401 US Rt 60

X City: Barboursville _____ West Virginia,     (zip) _____ 25504

RECEIVED
SEP 4 1997

**Incoming PIC**

X Name: Steven Perry

X License Number: RP0005749

X Previous Employer: Rite Aid

X Previous Employer's License #:
MP0550762

X Previous Position

(Staff, PIC or PIC/Consultant)

**Outgoing PIC**

X Name: Joe Howard

X License Number: RP0002783

X New Employer: Rite Aid

X New Employer's License #:
MP0550577

X New Position

(Staff, PIC or PIC/Consultant)

X An inventory of all controlled substances was taken on _____ 8-11- _____ , 19 97

X *Signature of Incoming PIC: _____

X *Signature of Outgoing PIC: _____ Joe Frank Howard

*Note: If the departing and the incoming pharmacists-in-charge are unable to conduct the inventory together, a closing
inventory shall be conducted by the departing pharmacist-in-charge and a new separate beginning inventory shall
be conducted by the incoming pharmacist-in-charge.

X Date: 8-13-97 _____                                      Fee $5.00

Please complete and return to:  **West Virginia Board of Pharmacy**
                                **236 Capitol Street**
                                **Charleston, West Virginia 25301**

WVBOP_FEDWV_00016683

**DEF-WV-01989.00157**

# WEST VIRGINIA BOARD OF PHARMACY

236 Capitol Street
Charleston, West Virginia 25301

## PERMIT TO HANDLE CONTROLLED SUBSTANCES
July 1, 1994 - June 30, 1995

Current name and address

Type any change of name and address below this line

Rite Aid Pharmacy
900 Fourth Ave
Huntington, WV  25701
(304) 529-0180

6401 U.S. Rt 60
Barboursville, WV  25504
(304) 736-2837

Please use typewriter only.   LICENSE # MP0550577   DEA # AR6070178   PHONE # 736-2837

| Single-Site Community | ___ | Clinic | ___ | Extended Care | ___ | | |
| Multi-Site Chain | X | Hospital | ___ | Nursing Home | ___ | Other | ___ |
| Researcher | ___ | Teaching Inst. | ___ | Medical Examiner | ___ | | |

If you hold license in a state other than West Virginia, give State_____ Number_____

Drug Schedules. . .(Check all applicable)

| Schedule I Researchers Only | Schedule II | Schedule III | Schedule IV | Schedule V |
|---|---|---|---|---|
| ( ) Narcotic | (X) Narcotic | (X) Narcotic | (X) All | (X) All |
| ( ) Non-Narcotic | (X) Non-Narcotic | (X) Non-Narcotic | (X) All | (X) All |

Check, if individual named hereon is a Federal ( ), State ( ), or Local ( ) Official.  Are you seeking this permit for use in your official capacity? NO

Are you currently authorized to manufacture, distribute, dispense, conduct research, or otherwise handle the controlled substances in the schedules for which you are applying, under the laws of the State of West Virginia? YES

Has the applicant or any officer or partner of the applicant been convicted of a felony under Federal or State law relating to the manufacture or distribution of controlled substances? NO

### RETURN FORM PRIOR TO JUNE 30TH WITH PROPER FEE.

| | | | |
|---|---|---|---|
| Pharmacy | $15.00 | Nursing Home | $25.00 |
| Hospital/Clinic | $50.00 | Teaching Institution | $25.00 |
| Extended Care Facility | $25.00 | Researcher or Medical Examiner | $25.00 |

_____ _____    Treasurer
Date            Signature of Authorized Individual     Official Title

X _____ _____   RP 0005749
Date            Registered Pharmacist in Charge        Certificate #

Confidential

DEF-WV-01989.00158

# West Virginia Board of Pharmacy

**232 Capitol Street   •   Charleston, WV 25301   •   (304) 558-0558**

## NEW PHARMACY INSPECTION FORM

*New Location formly 900 - 4th Ave Hgt 25701*

Please Print or Type

1. Pharmacy Name  RITE AID DISCOUNT PHARMACY # ~~135~~ 968
2. Street Address  6401 U.S. Route 60 East          Mailing Address Barboursville WV 25504
3. City  BARBOURSVILLE          WV ZIP WV          County CABELL
4. Pharmacist-in-charge  ~~Sam Perry~~ Joe F. Howard          Lic. # RP000~~~~ 2783
5. To serve Inpatients? _____ Outpatients? __XXXX__. Will you prepare Unit dose packs? Yes _____ No _____
6. Store phone # 304/736-2837          Generic sign? Yes __X__ No _____. Number of files? __2__.
7. Is there adequate equipment to prepare prescriptions in a sanitary manner? Yes __✓__ No _____
8. Latest 3 vol. set USP-DI with supplements? (30-5-13) Yes _____ No _____
9. a. Barricade? (15-1-12.7) Yes __✓__ No _____. Separate phone? Yes __✓__ No _____. # 304-736-2837
   b. If yes, is there a proper sign? Yes __✓__ No _____. Mail slot or drug box? Yes N/A No _____
10. Refrigerator temperature? 39°. Room temperature controlled? Yes __✓__ No _____. (15-1-13.2f)
11. Balance and weights inspected & certified? Yes __✓__ No _____. Labor Dept. notified? Yes _____ No _____
12. Will sterile preparations be prepared? (15-1-14) Yes _____ No __✓__. (If yes, use applicable form)
13. Law and Rules books available? Yes __✓__ No _____. Rules or Professional conduct? Yes _____ No _____
14. System for determining breaking and entering? Yes __✓__ No _____. Conforms to Rule? Yes _____ No _____
15. Pharmacy hours? 7AM to 12PM Sunday 9-9   Store hours  7AM to 12PM Sun 9-9
16. Date first controlled substance will be stocked? 8-11-97. C-11's locked _____ dispersed __✓__
17. Name of computer software system? (15-4-1) R.A.D.S.
18. Are adequate reports printable? (15-4-5.2.3) Yes __✓__ No _____.
19. Proper labels are prepared? (30-5-12b (5) j) Yes __✓__ No _____.
20. Duty pharmacist identified on prescription order? (30-1-17.13 d) Yes __✓__ No _____.
21. Duty pharmacist identified on prescription label? (30-1-17.13 d) Yes __✓__ No _____.
22. Does daily printout show pharmacist verification and signature line? (15-4-5.2.3) Yes __✓__ No _____.
23. Does system meet federal and state controlled substance requirements? Yes __✓__ No _____.
24. Is typewriter available to be used in event of computer failure? Yes __✓__ No _____.
25. If #22 is 'no' will prescription area be closed in event of computer failure? Yes _____ No __✓__.
26. Is consultation area convenient for pharmacist? Yes __✓__ No _____. Private for patient? Yes _____ No _____.
27. If #19 thru #27 is 'no' explain completely: Has Clerbrix & Marvel Type writing

28. I certify that the above answers are correct and that I am aware of my responsibilities and duties as the pharmacist-in-charge.          Joe F. Howard          *Joe Howard*
   **Pharmacist-in-charge**
29. I recommend this licensure. *CT Campbell* . I recommend this license be withheld because of the following:

30. Date  8/5/97          Inspector  C T Campbell

Confidential

WVBOP_FEDWV_00016685

DEF-WV-01989.00159

# WEST VIRGINIA BOARD OF PHARMACY

236 Capitol Street - Charleston, West Virginia 25301

OOOO614J56

## APPLICATION FOR NEW PHARMACY PERMIT

8165.

(Please Type)

1. NAME OF OWNER APPLYING FOR PERMIT: Rite Aid of West Virginia, Inc.

2. NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT: Rite Aid Discount Pharmacy #152    968

3. STREET ADDRESS: 6401 U.S. Route 60 East

4. MAILING ADDRESS: 6401 U.S. Route 60 East, Barboursville, WV 25504

5. CITY & ZIP: Barboursville, WV 25504    County    Cabell

6. PHONE NUMBER AT THIS ADDRESS IF KNOWN: 304/736-2837

7. PHONE NUMBER OF APPLICANT PRIOR TO OPENING: 717/761-2633    2783

PHARMACIST IN CHARGE: Steven Perry  Joe F. Howard  RPh # RP0005749

PHONE NUMBER OF PHARMACIST IN CHARGE PRIOR TO OPENING: (304) 736-2837

9. CIRCLE FEES APPLICABLE: a. through d.
   a. PHARMACY-Serving Inpatients.................................................................... $150.00
   b. PHARMACY-Serving Outpatients................................................................ $150.00
   c. CONTROLLED SUBSTANCE PERMIT........................................................ $150.00
   d. ENTERAL/PARENTERAL COMPONDING PERMIT................................. $150.00

   ATTACH CHECK OR MONEY ORDER TO APPLICATION....................TOTAL FEES $ $165.00

10. Name of Enteral/Parenteral Pharmacist Manager N/A    RPh #

11. CIRCLE APPLICABLE DRUG SCHEDULES:    II    III    IV    V    NARCOTIC
                                          II    III    IV    V    NON-NARCOTIC

12. NAME & WORK ADDRESS OF PERSON WITH CONTROLLED SUBSTANCE POWER OF ATTORNEY:
    Steven Perry, PIC--6401 U.S. Route 60 East, Barboursville, WV 25504

13. PHARMACY HOURS M-S 9am to 9pm 7am to 12pm SUN 12pm to 6pm STORE HOURS M-S 9am to 9pm 7am to 12pm SUN 12pm to 6pm

14. CIRCLE TYPE OF OWNERSHIP:    SINGLE PROPRIETOR    PARTNERSHIP    CORPORATION

15. NAMES OF PRINCIPLES AND TITLES: (Owner; Partners; Three Corporate Officers)

Franklin C. Brown--President                Frank Bergonzi--Vice President

Michael F. Morris--Vice President           James E. Krahulec--Treasurer

16. HAS THE APPLICANT OR ANY OFFICER OR PARTNER OF THE APPLICANT EVER BEEN CONVICTED OF A FELONY?    NO
    (ATTACH DETAILED STATEMENT IF YES)

17. HAS YOUR PHARMACIST REGISTRATION EVER BEEN DENIED, SUSPENDED OR REVOKED IN ANY STATE?    NO
    (ATTACH DETAILED STATEMENT IF YES)

18. THE UNDERSIGNED HEREBY SWEAR, OR AFFIRM, THAT ALL STATEMENTS MADE HEREIN ARE TRUE AND CORRECT, AND THAT ALL PROVISIONS OF THE LAW AND REGULATIONS RELATIVE TO THE PRACTICE OF PHARMACY, WILL BE FAITHFULLY OBSERVED SO LONG AS ANY PERMIT ISSUE WILL BE IN FORCE.

19. _Michael F. Morris_    Michael F. Morris, Vice President    7/08/97
    Signature of Applicant, Managing Partner or Office    Title    Date

    _[signature]_    RP0005749    5-27-97
    Signature of Pharmacist in Charge    RPh #    Date

***** MUST NOTIFY INSPECTOR FOURTEEN (14) DAYS PRIOR TO INSPECTION DATE *****

Confidential

WVBOP_FEDWV_00016686
DEF-WV-01989.00160



# West Virginia Board of Pharmacy

**232 Capitol Street • Charleston, WV 25301 • (304) 558-0558**

## NEW PHARMACY INSPECTION FORM

*New Location formly 900 – 4th Av Hgt 2570]*

Please Print or Type

1. Pharmacy Name  RITE AID DISCOUNT PHARMACY # ~~152~~ *968*
2. Street Address  6401 U.S. Route 60 East  Mailing Address Barboursville WV 25504
3. City  BARBOURSVILLE  WV ZIP  WV  County  CABELL
4. Pharmacist-in-charge  ~~Steven Perry~~ *Joe F. Howard*  Lic. # RP000 ~~528~~ *2783*
5. To serve Inpatients? _____ Outpatients? _XXXX_. Will you prepare Unit dose packs? Yes _____ No _____.
6. Store phone # 304/736-2837  Generic sign? Yes _X_ No _____. Number of files? _2_.
7. Is there adequate equipment to prepare prescriptions in a sanitary manner? Yes ✓ No _____.
8. Latest 3 vol. set USP-DI with supplements? (30-5-13) Yes ✓ No _____.
9. a. Barricade? (15-1-12.7) Yes ✓ No _____. Separate phone? Yes ✓ No _____. # 304-736-2837
   b. If yes, is there a proper sign? Yes ✓ No _____. Mail slot or drug box? Yes N/A No _____.
10. Refrigerator temperature? 39°. Room temperature controlled? Yes ✓ No _____. (15-1-13.2f)
11. Balance and weights inspected & certified? Yes ✓ No _____. Labor Dept. notified? Yes _____ No _____.
12. Will sterile preparations be prepared? (15-1-14) Yes _____ No ✓. (If yes, use applicable form)
13. Law and Rules books available? Yes ✓ No _____. Rules or Professional conduct? Yes ✓ No _____.
14. System for determining breaking and entering? Yes ✓ No _____. Conforms to Rule? Yes ✓ No _____.
15. Pharmacy hours? 7AM to 12PM Sund 9-9  Store hours 7AM to 12PM Sun 9-9
16. Date first controlled substance will be stocked? 8-11-97. C-11's locked _____ dispersed ✓.
17. Name of computer software system? (15-4-1) R.A.D.S.
18. Are adequate reports printable? (15-4-5.2.3) Yes ✓ No _____.
19. Proper labels are prepared? (30-5-12b (5) j) Yes ✓ No _____.
20. Duty pharmacist identified on prescription order? (30-1-17.13 d) Yes ✓ No _____.
21. Duty pharmacist identified on prescription label? (30-1-17.13 d) Yes ✓ No _____.
22. Does daily printout show pharmacist verification and signature line? (15-4-5.2.3) Yes ✓ No _____.
23. Does system meet federal and state controlled substance requirements? Yes ✓ No _____.
24. Is typewriter available to be used in event of computer failure? Yes ✓ No _____.
25. If #22 is 'no' will prescription area be closed in event of computer failure? Yes _____ No ✓.
26. Is consultation area convenient for pharmacist? Yes ✓ No _____. Private for patient? Yes _____ No _____.
27. If #19 thru #27 is 'no' explain completely: *Has Electric & Manuel Type writting* _____

_____

28. I certify that the above answers are correct and that I am aware  *Joe F. Howard*
    of my responsibilities and duties as the pharmacist-in-charge. *Joel Howard*
    _____ Pharmacist-in-charge
29. I recommend this licensure *C.J. Campbell*. I recommend this license be withheld because of the following:

_____

30. Date  8/5/97  Inspector  *C.J. Campbell*

Confidential

WVBOP_FEDWV_00016688

DEF-WV-01989.00162



Confidential

**RITE AID**

(717) 975-5822

**Dianna L. McClellan**
Pharmacy Licensing Coordinator

RITE AID CORPORATION
Box 3165
Harrisburg, Pennsylvania 17105

(717) 761-2633
Telex 705954

FEDERAL EXPRESS DELIVERY

July 8, 1997

ATTN:      Betty Payne
West Virginia Board of Pharmacy
232 Capitol Street
Charleston, WV  25301

RE:      Rite Aid of West Virginia, Inc. t/a
         Rite Aid Discount Pharmacy #152
         Pea Ridge Plaza
         5360 Route 60 East
         Hungtington, WV  25705

STATE #:  550762
D.E.A. #:  AR9105330

Dear Betty:

Please find enclosed a completed pharmacy application for the above noted location that we are relocating on August 18th, 1997.  The following is the new address:

**6401 U.S. Route 60 East**
**Barboursville, WV  25504**

We have included a check in the amount of one hundred and sixty-five dollars ($165.00). We will be contacting the appropriate pharmacy inspector to schedule the inspection at the new site.

If there are any additional questions, please feel free to contact me at 717/975-5822.  Thank you for your continued cooperation.

Very truly yours,

RITE AID OF W. VIRGINIA, INC.

Dianna McClellan

Dianna L. McClellan
Pharmacy Licensing Coordinator

Attachments

cc:      Janelle Smith, Washington D.E.A. Field Office
         (Corrected D.E.A. Certificate of Registration & 222's)

Confidential

DEF-WV-01989.00164



**Rite Aid Corporation**

• **MAILING ADDRESS**
P.O. Box 3165
Harrisburg, PA 17105

• **GENERAL OFFICE**
30 Hunter Lane
Camp Hill, PA 17011

• (717) 761-2633

FEDERAL EXPRESS DELIVERY

July 15, 1997



ATTN:      William T. Douglas, Jr.
               Executive Director
West Virginia Board of Pharmacy
232 Capitol Street
Charleston, WV  25301

RE:    Rite Aid of West Virginia, Inc. t/a
          Rite Aid Discount Pharmacy #968
          900 Fourth Avenue
          Huntington, WV  25701

STATE #:  550577
D.E.A. #:   AR6070178

Dear Mr. Douglas:

Pursuant to our conversation earlier today, we are writing this letter regarding previous correspondence to the board concerning the relocation of Store #152 in Huntington.  We will be closing Store #152 and we will be relocating Store #968 (noted above) to the following location:

**6401 U.S. Route 60 East
Barboursville, WV  25504**

We have already submitted the pharmacy application and the appropriate fee.  The pharmacy manager will remain the same (Steven Perry).

If there are any additional questions, please feel free to contact me at 717/975-5822.  Thank you for your continued cooperation.

Very truly yours,

RITE AID OF W. VIRGINIA, INC.

Dianna McClellan

Dianna L. McClellan
Pharmacy Licensing Coordinator

Attachments

Confidential

WVBOP_FEDWV_00016691

DEF-WV-01989.00165

*592741*
*$90.⁰⁰*

# WEST VIRGINIA BOARD OF PHARMACY

232 Capitol Street
Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 1997 - June 30, 1998

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT: (Please Type)

Rite Aid Disc Phcy 968
900 Fourth Avenue
Huntington, WV 25701

LICENSE # MP0550577  COUNTY Cabell_____  DEA # AR6070178  PHONE #(304) 529-0180_____

2. PHARMACIST IN CHARGE__Joe F. Howard_____ X RPh # 2783___

a. Has your Pharmacist License ever been denied, suspended or revoked in this or any other state?..................Yes____ No X
b. Have you ever been convicted of a felony?...................................................................................................Yes____ No X
c. Have you ever been convicted of a misdemeanor other than a traffic violation?..........................................Yes____ No X
d. Do you ever work partime in any other pharmacy?........................................................................................Yes____ No X

If any answer in #2 is Yes, attach a detailed explanation statement.

3. RENEWAL FEES. Circle All Applicable a. though e.:
a. PHARMACY-Inpatient-(Hospital).....................................................................................................$75.00
b.  CONTROLLED SUBSTANCE PERMIT..........................................................................................$15.00
c. PHARMACY-Outpatient....................................................................................................................($75.00)
d.  CONTROLLED SUBSTANCE PERMIT..........................................................................................($15.00)
e. ENTERAL/PARENTERAL COMPONDING PERMIT.......................................................................$75.00

Name of Enteral/Parenteral Pharmacist Manager _____  RPh #_____

ATTACH CHECK OR MONEY ORDER TO APPLICATION...................................................TOTAL FEES $_____

4. CIRCLE APPLICABLE DRUG SCHEDULES:   II   III   IV   V   NARCOTIC

                                          II   III   IV   V   NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP:   SINGLE PROPRIETOR   PARTNERSHIP   (CORPORATION)

6. NAMES OF PRINCIPLES AND TITLES: (Owner; Partners; Three Corporate Officers)

Franklin Brown -- President

Frank Bergonzi -- Vice President

James Krahulec -- Treasurer

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?.........................Yes___ No X (If yes, attach a detailed statement)

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

                                                              MAY 22 1997
9. _James E Krahulec_____  Treasurer_____  _____
   Signature of Applicant, Managing Partner or Office   Title         Date

10. X_Joe F Howard_____  X 2783_____  X 5-2-97___
                                    RPh #          Date

Confidential

WVBOP_FEDWV_00016692

**DEF-WV-01989.00166**

# WEST VIRGINIA BOARD OF PHARMACY

## INSPECTION REPORT

| | PHONE | | | TIME IN | A.M. | TIME OUT | A.M. |
|---|---|---|---|---|---|---|---|
| | 529 | 0180 | | | P.M. | | P.M. |

RITE AID #968

900  Fourth Ave.
HUNTINGTON WV  25701

| TYPE | FED # AR 6070178 |
|---|---|
| Chain Pharmacy | STATE # MPO 550577 |

| HOURS OPEN | (DAILY) | (SUN. & HOLIDAYS) |
|---|---|---|
| 8:00  to  6:00 | | Closed Sun |

RESPONSIBLE PERSON.  _Joe f Howard_   TITLE  _P.I.C_

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| Joe f Howard | 2783 | | |
| Brenda McIntyre | 7916 | | |

| | | |
|---|---|---|
| 1 | LICENSES | Posted |
| 2 | I.D. CARDS | Listed |
| 3 | RECORD SYSTEM | Computerized Sequential Numbering N3 |
| 4 | BARRICADE | |
| 5 | MIN. STANDARDS | OK ~ CE here |
| 6 | SECURITY | all schedule drugs secured |
| 7 | LIBRARY | USP-DI- 97 F+C |
| 8 | CLEANLINESS | Light Dust- Rx Counter C+C |
| 9 | REFRIGERATION | 38°F |
| 10 | ACCOUNTABILITY | Conform  Pharmacist ONLY  No T. |
| 11 | IMPROPER DISPENSING | 6 day generics |
| 12 | INSUFFICIENT SUPERVISION | Conform  Pharmacist ONLY |
| 13 | INVENTORY RECORDS | available |
| 14 | DRUG DESTRUCTION | R.D.S. |
| 15 | ILLEGAL SALES | Saving - passed on |
| 16 | ILLEGAL PURCHASES | Orig Cont. |
| 17 | SAMPLES | None |
| 18 | NON-REG COMPOUNDING | No Coded R. |
| 19 | Rx BLANKS | None |
| 20 | IMPROPER Rx's | Knows what can be written |
| 21 | OUT DATED DRUGS | None on shelves boxed for return |
| 22 | DRUG LABELS | Conform |
| 23 | Rx INFORMATION | OK - printed & verbal |
| 24 | GENERIC SIGN | Posted |
| 25 | GENERIC MFG. | announces |
| 26 | Rx FILES | Ofc or Sep File |
| 27 | Rx COPIES | Conform |
| 28 | Rx INT/DATE | Not every Rx most |
| 29 | RED "C" | Uses |
| 30 | PHONED SCH II Rx | NONE |
| 31 | REFILLS - 6 MO/5X | ✓ |
| 32 | REFILLS - INT/DATE | ✓ |
| 33 | REFILLS - U A | no |
| 34 | SCHEDULE V - EXEMPT REG. | No Sales |
| 35 | PRICE POSTING PLACARD | Signs for NSC |
| 36 | COMPUTERIZED | Yes  R, A.D.S |
| 37 | DAILY Rx RECORD | Sign |
| 38 | BALANCES, WEIGHTS | Bal 3/90  wgts P.D. |

PERSON IN CHARGE  _Brenda L McIntyre_   DATE  3/20/97

INSPECTOR  _C.T. Campbell_

OFFICE COPY — WHITE          INSPECTOR COPY — CANARY          PHARMACY COPY — PINK

Confidential

DEF-WV-01989.00167





**RITE AID**

**Rite Aid Corporation**

• MAILING ADDRESS
P.O. Box 3165
Harrisburg, PA 17105

• GENERAL OFFICE
30 Hunter Lane
Camp Hill, PA 17011

• (717) 975-5710
• FAX (717) 975-3760

RECEIVED MAR 3 1997

February 26, 1997

**JAMES E. KRAHULEC**
Vice President
Government and Trade Relations

Mr. William Douglass, Jr.
Executive Director
West Virginia Board of Pharmacy
232 Capitol Street
Charleston, WV 25301

Dear Mr. Douglass:

Attached, for your files, is a copy of the February 10, 1997, letter we received from the Drug Enforcement Administration acknowledging the fact that all Rite Aid/Thrifty Payless pharmacies and distribution centers have elected to use May 1, 1997, as the date of their biennial controlled drug inventory.

You may also recall from previous correspondence that we have made a corporate decision to voluntarily go to an annual inventory of controlled substances. It is our hope that this change in procedure would improve our supervision of the stores and at the same time lessen the regulatory burden on various state and federal agencies.

Thank you for taking the time to review this matter. If you have any further questions, please contact me at 717-975-5710. If our selection of the May 1, 1997, biennial inventory date meets with your approval, I would appreciate written verification so that our stores can keep such notification with their paperwork.

Sincerely,

RITE AID CORPORATION

*James E. Krahulec*

**JAMES E. KRAHULEC**

JEK:damh

Enclosure

CC:    Tim Noonan          Greg Webb
       Chuck Kibler        Gary Kincel
       Mike Podgurski      Bob Silsby
       Wayne Gibson        Joe Garvey
       Ron Miller          Ken Simmons
       Tara Stevens

Confidential

WVBOP_FEDWV_00016694

DEF-WV-01989.00168

# WEST VIRGINIA BOARD OF PHARMACY

236 Capitol Street
Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT
### July 1, 1996 - June 30, 1997

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT: (Please Type)

Rite Aid Disc Phcy 968
900 Fourth Avenue
Huntington, WV 25701

LICENSE # MP0550577  COUNTY Cabell     DEA # AR6070178     PHONE #(304) 529-0180

2. PHARMACIST IN CHARGE  Joe F Howard                          RPh # RPC002283

a. Has your Pharmacist License ever been denied, suspended or revoked in this or any other state?.....................Yes___ No X
b. Have you ever been convicted of a felony?...........................................................................................................Yes___ No X
c. Have you ever been convicted of a misdemeanor other than a traffic violation?...............................................Yes___ No X
d. Do you ever work partime in any other pharmacy?............................................................................................Yes___ No X

If any answer in #2 is Yes, attach a detailed explanation statement.

3. RENEWAL FEES. Circle All Applicable a. though e.:
    a. PHARMACY-Inpatient-(Hospital)............................................................................................................$75.00
    b.   CONTROLLED SUBSTANCE PERMIT..........................................................................................$15.00
    c. PHARMACY-Outpatient...........................................................................................................................$75.00
    d.   CONTROLLED SUBSTANCE PERMIT..........................................................................................$15.00
    e. ENTERAL/PARENTERAL COMPONDING PERMIT....................................................................$75.00

Name of Enteral/Parenteral Pharmacist Manager_____ RPh #_____

ATTACH CHECK OR MONEY ORDER TO APPLICATION...............................................TOTAL FEES $ 90.00

4. CIRCLE APPLICABLE DRUG SCHEDULES:  II   III   IV   V   NARCOTIC

    II   III   IV   V   NON-NARCOTIC

5. CIRCLE TYPE OF OWNERSHIP:        SINGLE PROPRIETOR     PARTNERSHIP     CORPORATION

6. NAMES OF PRINCIPLES AND TITLES: (Owner; Partners; Three Corporate Officers)
    Frankin Brown -- President

    Frank Bergonzi -- Vice President

    James Krahulec -- Treasurer

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony?.........................Yes___ No X (If yes, attach a detailed statement)

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9. X _James E Krahulec_____   Treasurer          MAY 2 8 1996
    Signature of Applicant, Managing Partner or Office     Title          Date

10. X _Joe F Howard_____   X RPC002283   X 05-18-96
    Signature of Pharmacist in Charge     RPh #        Date

# WEST VIRGINIA BOARD OF PHARMACY

## INSPECTION REPORT

Rite Aid # 968
900 - 4th Ave
Huntington WV 25701

| PHONE | 529 0180 | TIME IN | A.M / P.M | TIME OUT | A.M / P.M |

TYPE: Chain Pharmacy
FED. #: AR 6070178
STATE #: MPO 550577
HOURS OPEN: 8-6 (DAILY) / (SUN. & HOLIDAYS) — Closed

RESPONSIBLE PERSON: Joe F Howard    TITLE: PIC

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|-----------|----------------|-----------|----------------|
| Joe F Howard | 2783 | | |
| | | | |
| | | | |

1. LICENSES — Posted
2. I.D. CARDS — Posted
3. RECORD SYSTEM — Computerized   Serial Numbers
4. BARRICADE — No -
5. MIN. STANDARDS — OK   CE+ Here
6. SECURITY — all Schedule drugs Dispersed
7. LIBRARY — 159-01-96 Etc   Hole IN THE FLOOR - Must be Fixed
8. CLEANLINESS — Good
9. REFRIGERATION — 36°F
10. ACCOUNTABILITY — Pharmacist ONLY
11. IMPROPER DISPENSING — Uses generic   Pharmacist ONLY
12. INSUFFICIENT SUPERVISION — Available
13. INVENTORY RECORDS — R.D.S. takes it.
14. DRUG DESTRUCTION — 5 day
15. ILLEGAL SALES — Orig Cont.
16. ILLEGAL PURCHASES — none
17. SAMPLES — No Coded Rx
18. NON-REG COMPOUNDING — None
19. Rx BLANKS — Knew what can be written
20. IMPROPER Rx's — None on the shelves
21. OUT DATED DRUGS — Conforms
22. DRUG LABELS — OK'd - Verbal + written - checks + Sign
23. Rx INFORMATION — Posted
24. GENERIC SIGN — Amerisource
25. GENERIC MFG. — Ctt on Sg File   Orders OK
26. Rx FILES — Conforms
27. Rx COPIES — does it
28. Rx INT/DATE — Uses
29. RED "C" — NONE
30. PHONED SCH II Rx — ✓
31. REFILLS - 6 MO/5X — ✓
32. REFILLS - INT/DATE — No
33. REFILLS - U A — No Sales
34. SCHEDULE V - EXEMPT REG. — Sign for NSC
35. PRICE POSTING PLACARD — Yes   RADS
36. COMPUTERIZED — Sgm
37. DAILY Rx RECORD — Bal 3/90   wgts Due
38. BALANCES - WEIGHTS

PERSON IN CHARGE: Joe Howard    DATE: 3/14/96

INSPECTOR: B T Campbell

Confidential                                                    WVBOP_FEDWV_00016696

DEF-WV-01989.00170

# WEST VIRGINIA BOARD OF PHARMACY

236 Capitol Street
Charleston, West Virginia 25301

## APPLICATION TO RENEW A PHARMACY PERMIT

### July 1, 1995 - June 30, 1996

1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT: (Please Type).

Rite Aid Disc Phcy 968
900 Fourth Avenue
Huntington, WV 25701

LICENSE # MP0550577 COUNTY Cabell   DEA # AR6070178   PHONE #(304) 529-0180

2. PHARMACIST IN CHARGE   Joe   F   Howard   RPh # 2783

a. Has your Pharmacist License ever been denied, suspended or revoked in this or any other state? .......... Yes___ No_X_
b. Have you ever been convicted of a felony? ................................................................. Yes___ No_X_
c. Have you ever been convicted of a misdemeanor other than a traffic violation? ................. Yes___ No_X_
d. Do you ever work parttime in any other pharmacy? ...................................................... Yes___ No_X_

If any answer in #2 is Yes, attach a detailed explanation statement.

3. RENEWAL FEES. Circle All Applicable a. through e:
   a. PHARMACY-Inpatient-(Hospital) .......................................................................... $75.00
   b. CONTROLLED SUBSTANCE PERMIT .................................................................. $15.00
   c. PHARMACY-Outpatient ...................................................................................... $75.00
   d. CONTROLLED SUBSTANCE PERMIT .................................................................. $15.00
   e. ENTERAL/PARENTERAL COMPOUNDING PERMIT .......................................... $75.00

Name of Enteral/Parenteral Pharmacist Manager _____ RPh # _____

ATTACH CHECK OR MONEY ORDER TO APPLICATION. ..............................TOTAL FEES $   90.00

4. CIRCLE APPLICABLE DRUG SCHEDULES:   NARCOTIC   (II)   III   IV   V
                                         NON-NARCOTIC   (II)   III   IV   V

5. CIRCLE TYPE OF OWNERSHIP:   SINGLE PROPRIETOR   PARTNERSHIP   (CORPORATION)

6. NAMES OF PRINCIPLES AND TITLES: (Owner, Partners, Three Corporate Officers)

Franklin Brown, President

Frank Bergonzi, Vice President

James Krahulec, Treasurer

7. Has the applicant or any officer or partner of the applicant ever been convicted of a Felony? ..........Yes___ No_X_ (If yes, attach a detailed statement)

8. The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue or will be in force.

9. X _____
   Signature of Applicant, Managing Partner or Office

   Treasurer
   Title

   MAY 31 1995
   Date

10. X _____
    Signature of Pharmacist in Charge

    RPh #
    2783

    Date
    5-2-95

Confidential

WVBOP_FEDWV_00016697

DEF-WV-01989.00171



# WEST VIRGINIA BOARD OF PHARMACY

236 Capitol Street
Charleston, West Virginia 25301

## APPLICATION FOR PERMIT AND/OR RENEWAL TO OPERATE A PHARMACY
### July 1, 1994 - June 30, 1995

Current name and address

Rite Aid Disc Phcy 968
900 Fourth Avenue
Huntington, WV 25701

Please use typewriter only.   LICENSE # MP0550577 COUNTY _Cabell_   DEA # _AR6070178_   PHONE #_304-529-0180_

"Any person, firm, corporation or partnership desiring to operate, maintain, open or establish a pharmacy or drugstore, as defined, in this State, shall apply to the Board of Pharmacy for a permit to do so," as provided for in Article 5, Chapter 30 of the Code of West Virginia, as amended by the rules and regulations promulgated by the West Virginia Board of Pharmacy. Complete the following form, fill in all categories as required, return with the renewal fee of $75, or original fee of $150, payable to the West Virginia Board of Pharmacy.

Type of pharmacy:      Individual ___      Partnership ___      Corporation _X_

List current owner, partners, or corporate officers and titles

Franklin C. Brown--President

Frank Bergonzi--Vice President

James E. Krahulec--Treasurer

| Single-Site Community | ___ | Clinic | ___ | Extended Care | ___ | |
|---|---|---|---|---|---|---|
| Multi-Site Chain | _X_ | Nursing Home | ___ | In-Patient Hosp. | ___ | Out-Patient Hosp. ___ |

X Pharmacy open for business daily from _8_ A.M. to _6_ P.M.

X Registered Pharmacist in Charge _Joe F Howard_                                    X Certificate # _2793_      X Age _53_

X Number of registered pharmacists employed, excluding pharmacist in charge _2_      X Number of registered interns employed or in training _0_

X Have there been any violations taken, pertaining to the above pharmacy? _no_  Is so, attach a detailed statement.

### THE FOLLOWING IS TO BE EXECUTED BY THE REGISTERED PHARMACIST IN CHARGE

X 1.   Has your pharmacist license ever been denied, suspended, or revoked by this or any other State? _no_  If so, attach a detailed statement.

X 2.   Have you ever been convicted of a felony? _no_  If so, attach a detailed statement.

X 3.   Have you ever been convicted of a misdemeanor other than a traffic violation? _no_  If so, attach a detailed statement.

X   Are you working part-time in any other pharmacy? _no_  If so, where?_____

The undersigned hereby swears, or affirms, that all statements made herein are true and correct, and that all the provisions of the law and regulations

based thereon, relative to the practice of pharmacy, will be faithfully observed during the period any permit issued may be in force and effect.

SIGNED: _James E Krahulec_                          SIGNED X _Joe F Howard_
(Owner, Partner, Corporate Officer)                      (Pharmacist in Charge)

Confidential

# WEST VIRGINIA BOARD OF PHARMACY

236 Capitol Street
Charleston, West Virginia  25301

## PERMIT TO HANDLE CONTROLLED SUBSTANCES
### July 1, 1994 - June 30, 1995

Current name and address                              Type any change of name and address below this line

Rite Aid Disc Phcy 968
900 Fourth Avenue
Huntington, WV 25701

Please use typewriter only.          LICENSE # MP0550577   DEA #  AR6070178     PHONE # 304-529-0180

| | | | | | | |
|---|---|---|---|---|---|---|
| Single-Site Community | ___ | Clinic | ___ | Extended Care | ___ | |
| Multi-Site Chain | ___ | Hospital | ___ | Nursing Home | ___ | Other ___ |
| Researcher | ___ | Teaching Inst. | ___ | Medical Examiner | ___ | |

X If you hold license in a state other than West Virginia, give State_____ Number_____

Drug Schedules. . .(Check all applicable)

| Schedule I Researchers Only | Schedule II | Schedule III | Schedule IV | Schedule V |
|---|---|---|---|---|
| ( ) Narcotic | (X) Narcotic | (X) Narcotic | (X) All | (X) All |
| ( ) Non-Narcotic | (X) Non-Narcotic | (X) Non-Narcotic | (X) All | (X) All |

Check, if individual named hereon is a Federal ( ), State ( ), or Local ( ) Official.  Are you seeking this permit for use in your official capacity?  NO

Are you currently authorized to manufacture, distribute, dispense, conduct research, or otherwise handle the controlled substances in the schedules for which you are applying, under the laws of the State of West Virginia? YES

Has the applicant or any officer or partner of the applicant been convicted of a felony under Federal or State law relating to the manufacture or distribution of controlled substances?  NO

### RETURN FORM PRIOR TO JUNE 30TH WITH PROPER FEE.

| | | | |
|---|---|---|---|
| Pharmacy | $15.00 | Nursing Home | $25.00 |
| Hospital/Clinic | $50.00 | Teaching Institution | $25.00 |
| Extended Care Facility | $25.00 | Researcher or Medical Examiner | $25.00 |

6-20-94  _James E. Kalula_                     Treasurer
Date        Signature of Authorized Individual         Official Title

X 06-01-94 X _Joel Howard_              X   2753
Date        Registered Pharmacist in Charge            Certificate #

# WEST VIRGINIA BOARD OF PHARMACY

## INSPECTION REPORT

Rite Aid Disc. Pharm. #968
4th Ave. & 9th St.
Huntington, WV 25701

| | |
|---|---|
| PHONE | 529 0180 |
| TIME IN | A.M. / P.M. |
| TIME OUT | A.M. / P.M. |
| TYPE | Chain Pharmacy |
| FED. # | AR 607 0178 |
| STATE # | MPO 550577 |
| HOURS OPEN (DAILY) | 8-6 |
| (SUN. & HOLIDAYS) | Closed |
| RESPONSIBLE PERSON | Joe Howard |
| TITLE | PIC |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| Joe F Howard | 2783 | | |
| | | | |
| William R Lawrence | 1799 | | |

| | | |
|---|---|---|
| 1. | LICENSES | Posted |
| 2. | I.D. CARDS | Yes |
| 3. | RECORD SYSTEM | Computerized — Serial Numbering |
| 4. | BARRICADE | No |
| 5. | MIN. STANDARDS | OK |
| 6. | SECURITY | Bug Alarm — All Schedules Disp — |
| 7. | LIBRARY | F+C USP-DI - 1994 |
| 8. | CLEANLINESS | Very Good |
| 9. | REFRIGERATION | 36° √F |
| 10. | ACCOUNTABILITY | Pharmacist ONly |
| 11. | IMPROPER DISPENSING | NO |
| 12. | INSUFFICIENT SUPERVISION | NO |
| 13. | INVENTORY RECORDS | Available 5/1/93 |
| 14. | DRUG DESTRUCTION | Inspector — This Day |
| 15. | ILLEGAL SALES | Yes |
| 16. | ILLEGAL PURCHASES | No |
| 17. | SAMPLES | NO |
| 18. | NON-REG COMPOUNDING | NO |
| 19. | Rx BLANKS | NO |
| 20. | IMPROPER Rx's | No |
| 21. | OUT DATED DRUGS | No Found |
| 22. | DRUG LABELS | Yes |
| 23. | Rx INFORMATION | CBRX Tested |
| 24. | GENERIC SIGN | R.A.w.H. + chapmen |
| 25. | GENERIC MFG. | CIIs on Separate file |
| 26. | Rx FILES | Yes |
| 27. | Rx COPIES | does |
| 28. | Rx INT/DATE | Uses |
| 29. | RED "C" | None |
| 30. | PHONED SCH II Rx | ✓ |
| 31. | REFILLS - 6 MO/5X | ✓ |
| 32. | REFILLS - INT/DATE | NO |
| 33. | REFILLS - U A | No Sale in 1994 |
| 34. | SCHEDULE V - EXEMPT REG. | Posted |
| 35. | PRICE POSTING PLACARD | Yes |
| 36. | COMPUTERIZED | Yes |
| 37. | DAILY Rx RECORD | Bal 3/91      rept. 3/21/83 |
| 38. | BALANCES - WEIGHTS | |

| | | |
|---|---|---|
| Joe F Howard | | |
| PERSON IN CHARGE | DATE 3/2/94 | B R Campbell   INSPECTOR |

OFFICE COPY — WHITE          INSPECTOR COPY — CANARY          PHARMACY COPY — PINK

Confidential                                                                        WVBOP_FEDWV_00016700

DEF-WV-01989.00174

8384

# WEST VIRGINIA BOARD OF PHARMACY

236 Capitol Street
Charleston, West Virginia 25301

## APPLICATION FOR PERMIT AND/OR RENEWAL TO OPERATE A PHARMACY
### July 1, 1993 - June 30, 1994

Current name and address

Rite Aid Disc Phcy 968
900 Fourth Avenue
Huntington, WV 25701

Please use typewriter only.    LICENSE # MP0550577  COUNTY  Cabell   DEA # AR6070178   PHONE # 304-529-0180

"Any person, firm, corporation or partnership desiring to operate, maintain, open or establish a pharmacy or drugstore, as defined, in this State, shall apply to the Board of Pharmacy for a permit to do so," as provided for in Article 5, Chapter 30 of the Code of West Virginia, as amended by the rules and regulations promulgated by the West Virginia Board of Pharmacy. Complete the following form, fill in all categories as required, return with the renewal fee of $75, or original fee of $150, payable to the West Virginia Board of Pharmacy.

Type of pharmacy:      Individual ___      Partnership ___      Corporation  X

List current owner, partners, or corporate officers and titles

| Franklin C. Brown | President |
| Frank Bergonzi | Vice President |
| James E. Krahulec | Treasurer |

| | | | | | |
|---|---|---|---|---|---|
| Single-Site Community | ___ | Clinic | ___ | Extended Care | ___ |
| Multi-Site Chain | X | Nursing Home | ___ | In-Patient Hosp. | ___ | Out-Patient Hosp. ___ |

Pharmacy open for business daily from  8  A.M. to  6  P.M.

Registered Pharmacist in Charge  Joe F. Howard      Certificate # 2783      Age 52

Number of registered pharmacists employed, excluding pharmacist in charge  1      Number of registered interns employed or in training _____

Have there been any violations taken, pertaining to the above pharmacy? ___No___ Is so, attach a detailed statement.

---

### THE FOLLOWING IS TO BE EXECUTED BY THE REGISTERED PHARMACIST IN CHARGE

1. Has your pharmacist license ever been denied, suspended, or revoked by this or any other State? ___No___ If so, attach a detailed statement.

2. Have you ever been convicted of a felony? ___No___ If so, attach a detailed statement.

3. Have you ever been convicted of a misdemeanor other than a traffic violation? ___No___ If so, attach a detailed statement.

Are you working part-time in any other pharmacy? ___no___ If so, where? _____

The undersigned hereby swears, or affirms, that all statements made herein are true and correct, and that all the provisions of the law and regulations based thereon, relative to the practice of pharmacy, will be faithfully observed during the period any permit issued may be in force and effect.

SIGNED: _James E. Krahulec_              SIGNED: _Joe F. Howard_
      (Owner, Partner, Corporate Officer)              (Pharmacist in Charge)
JAMES E. KRAHULEC, TREASURER

Confidential

WVBOP_FEDWV_00016701

DEF-WV-01989.00175

# WEST VIRGINIA BOARD OF PHARMACY
### 236 Capitol Street
### Charleston, West Virginia  25301

## PERMIT TO HANDLE CONTROLLED SUBSTANCES
### July 1, 1993 - June 30, 1994

Current name and address                    Type any change of name and address below this line

Rite Aid Disc Phcy 968
900 Fourth Avenue
Huntington, WV 25701

Please use typewriter only.          LICENSE # MP0550577  DEA # __AR6070178__   PHONE # _304-529-0180_

| | | | | | | |
|---|---|---|---|---|---|---|
| Single-Site Community | ___ | Clinic | ___ | Extended Care | ___ | |
| Multi-Site Chain | X | Hospital | ___ | Nursing Home | ___ | Other ___ |
| Researcher | ___ | Teaching Inst. | ___ | Medical Examiner | ___ | |

X If you hold license in a state other than West Virginia, give State  KY          Number  5034

### Drug Schedules. . .(Check all applicable)

| Schedule I Researchers Only | Schedule II | Schedule III | Schedule IV | Schedule V |
|---|---|---|---|---|
| ( ) Narcotic | (X) Narcotic | (X) Narcotic | (X) All | (X) All |
| ( ) Non-Narcotic | (X) Non-Narcotic | (X) Non-Narcotic | (X) All | (X) All |

Check, if individual named hereon is a Federal ( ), State ( ), or Local ( ) Official.  Are you seeking this permit for use in your official capacity? _N/A_

Are you currently authorized to manufacture, distribute, dispense, conduct research, or otherwise handle the controlled substances in the schedules for which you are applying, under the laws of the State of West Virginia? _yes_

Has the applicant or any officer or partner of the applicant been convicted of a felony under Federal or State law relating to the manufacture or distribution of controlled substances? _No_

### RETURN FORM PRIOR TO JUNE 30TH WITH PROPER FEE.

| | | | |
|---|---|---|---|
| Pharmacy | $15.00 | Nursing Home | $25.00 |
| Hospital/Clinic | $50.00 | Teaching Institution | $25.00 |
| Extended Care Facility | $25.00 | Researcher or Medical Examiner | $25.00 |

### JAMES E. KRAHULEC, TREASURER

_6/22/93_   Signature of Authorized Individual         Official Title
Date

X 6-4-93   Registered Pharmacist in Charge      X 2753
Date                                            Certificate #

Confidential
WVBOP_FEDWV_00016702
**DEF-WV-01989.00176**

# WEST VIRGINIA BOARD OF PHARMACY

## INSPECTION REPORT

Rite Aid Disc. Pharm.
4th Ave. & 9th St.
Huntington, WV 25701

| PHONE | 529 0180 | | TIME IN | | A.M. | TIME OUT | | A.M. |
|---|---|---|---|---|---|---|---|---|
| | | | P.M. | | | | | P.M. |
| TYPE | Chain Pharmacy | | FED. # AR 6070178 | | | | | |
| HOURS OPEN | 8-6 (DAILY) | | STATE # MP0 550577 | | | | | |
| | | | (SUN. & HOLIDAYS) — Clos | | | | | |
| RESPONSIBLE PERSON: | Joe Howard | | TITLE | PIC | | | | |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| Joe F. Howard | 2783 | | |
| William R Lawrence | 1797 | | |
| | | | |

1. LICENSES — Posted
2. I.D. CARDS — ✓
3. RECORD SYSTEM — Serial Numbers — computer
4. BARRICADE — No
5. MIN. STANDARDS — OK
6. SECURITY — Fro Buyler. Schedule Drugs Dispersed DSP-DI-93
7. LIBRARY — Very Good
8. CLEANLINESS — Temp √36°F
9. REFRIGERATION — Pharmacist only
10. ACCOUNTABILITY — NO
11. IMPROPER DISPENSING — NO
12. INSUFFICIENT SUPERVISION — available 5/1/93
13. INVENTORY RECORDS — Properly Destroyed Schedule Drug. This Day
14. DRUG DESTRUCTION — NO
15. ILLEGAL SALES — M
16. ILLEGAL PURCHASES — NO
17. SAMPLES — N°
18. NON-REG COMPOUNDING — NO
19. Rx BLANKS — NO
20. IMPROPER Rx's — NONE Found
21. OUT DATED DRUGS — Y
22. DRUG LABELS — Consults
23. Rx INFORMATION — Posted
24. GENERIC SIGN — Chapman Drug Knoxville
25. GENERIC MFG. — CIIs on separate file
26. Rx FILES — ✓
27. Rx COPIES — over
28. Rx INT/DATE — 1100
29. RED "C" — No
30. PHONED SCH II Rx — ✓
31. REFILLS - 6 MO/5X — ✓
32. REFILLS - INT/DATE — NO
33. REFILLS - U A — 78 Salco in Feb 93  6 repeats
34. SCHEDULE V - EXEMPT REG. — Posted
35. PRICE POSTING PLACARD — Yes
36. COMPUTERIZED — Yes
37. DAILY Rx RECORD — Bol 3/91      wgts 3/31/43
38. BALANCES - WEIGHTS

| PERSON IN CHARGE | Joe Howard | DATE | 3/19/93 | INSPECTOR | C.T. Campbell |
|---|---|---|---|---|---|

OFFICE COPY — WHITE          INSPECTOR COPY — CANARY          PHARMACY COPY — PINK

Confidential

WVBOP_FEDWV_00016703

**DEF-WV-01989.00177**

# WEST VIRGINIA BOARD OF PHARMACY

## INSPECTION REPORT

Rite Aid Disc. Pharm. #968
4th Ave. & 9th St.
Huntington, WV 25701

| PHONE | | TIME IN | | A.M. | TIME OUT | | A.M. |
|---|---|---|---|---|---|---|---|
| | | 529 | 0180 | P.M. | | | P.M. |
| TYPE | | | FED. # | AR6070178 | | | |
| Chain Pharmacy | | STATE # | MR0 550 577 | | | | |
| HOURS OPEN (DAILY) | | (SUN. & HOLIDAYS) | Closed | | | | |
| 8-6 | | | | | | | |
| RESPONSIBLE PERSON | | | TITLE | | | | |
| Joe Howard | | | PIC | | | | |

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| Joe F. Howard | RP000 2783 | | |
| William R. Lawrence | RP600 1797 | | |

1. LICENSES — Posted
2. I.D. CARDS — ✓
3. RECORD SYSTEM — Computerized
4. BARRICADE — No
5. MIN. STANDARDS — OK
6. SECURITY — Burglar alarm
7. LIBRARY — Very clean
8. CLEANLINESS — F & C  USP-DI  USPNF 1550
9. REFRIGERATION — Temp 36°F
10. ACCOUNTABILITY — Pharmacist Only
11. IMPROPER DISPENSING — No
12. INSUFFICIENT SUPERVISION — No
13. INVENTORY RECORDS — available DEA 5/1/91
14. DRUG DESTRUCTION — Inspector Destroyed Schedule Drugs This Day
15. ILLEGAL SALES — No
16. ILLEGAL PURCHASES — No
17. SAMPLES — No
18. NON-REG COMPOUNDING — No
19. Rx BLANKS — M
20. IMPROPER Rx's — No
21. OUT DATED DRUGS — none found
22. DRUG LABELS — Yes
23. Rx INFORMATION — Computer
24. GENERIC SIGN — Posted
25. GENERIC MFG. — Chapman Drug
26. Rx FILES — Stock
27. Rx COPIES — 
28. Rx INT/DATE — does Drs
29. RED "C" — 
30. PHONED SCH II Rx — None
31. REFILLS · 6 MO/5X — ✓
32. REFILLS · INT/DATE — ✓
33. REFILLS · U.A — No
34. SCHEDULE V · EXEMPT REG. — If sales this year 1 repeat  CIIs OK  orders OK
35. PRICE POSTING PLACARD — Exempt
36. COMPUTERIZED — Yes
37. DAILY Rx RECORD — Bal Due 3/91      wgts 3/31/93
38. BALANCES · WEIGHTS —

PERSON IN CHARGE: Joe F Howard   DATE 3/5/92   INSPECTOR: B.T. Campbell

OFFICE COPY — WHITE            INSPECTOR COPY — CANARY            PHARMACY COPY — PINK

Confidential

WVBOP_FEDWV_00016704

DEF-WV-01989.00178

# WEST VIRGINIA BOARD OF PHARMACY

### 236 Capitol Street
### Charleston, West Virginia 25301

## PERMIT TO HANDLE CONTROLLED SUBSTANCES
### July 1, 1991 - June 30, 1992

Current name and address                    Type any change of name and address below this line

Rite Aid #968
900 Fourth Ave
Huntington, WV  25701

Please use typewriter only.    LICENSE # 550577    DEA # AR6070178    PHONE # 529-0180

| Single-Site Community | __ | Clinic | __ | Extended Care | __ | |
|---|---|---|---|---|---|---|
| Multi-Site Chain | XX | Hospital | __ | Nursing Home | __ | Other __ |
| Researcher | __ | Teaching Inst. | __ | Medical Examiner | __ | |

If you hold license in a state other than West Virginia, give State_____  Number_____

Drug Schedules. . .(Check all applicable)

| Schedule I Researchers Only | Schedule II | Schedule III | Schedule IV | Schedule V |
|---|---|---|---|---|
| ( ) Narcotic | XX Narcotic | XX Narcotic | XX All | XX All |
| ( ) Non-Narcotic | XX Non-Narcotic | XX Non-Narcotic | XX All | XX All |

Check, if individual named hereon is a Federal ( ), State ( ), or Local ( ) Official.  Are you seeking this permit for use in your official capacity? __NO__

Are you currently authorized to manufacture, distribute, dispense, conduct research, or otherwise handle the controlled substances in the schedules for which you are applying, under the laws of the State of West Virginia? __YES__

Has the applicant or any officer or partner of the applicant been convicted of a felony under Federal or State law relating to the manufacture or distribution of controlled substances? __NO__

### RETURN FORM PRIOR TO JUNE 30TH WITH PROPER FEE.

| Pharmacy | $15.00 | Nursing Home | $25.00 |
|---|---|---|---|
| Hospital/Clinic | $50.00 | Teaching Institution | $25.00 |
| Extended Care Facility | $25.00 | Researcher or Medical Examiner | $25.00 |

1/28/92            James E Kalulee            Treasurer
Date        Signature of Authorized Individual      Official Title

1-21-92          Joe F. Howard                2783
Date        Registered Pharmacist in Charge       Certificate #

DEF-WV-01989.00179

#968

## NOTIFICATION OF CHANGE OF PHARMACIST-IN-CHARGE (PIC)

Pharmacy License Number: MP0550577

Pharmacy Name: Rite Aid #968

Address: 900 Fourth Ave

City: Huntington     West Virginia,    (zip) 25701

**Incoming PIC**

Name: Joe Howard

License Number: 2783

Previous Employer: _____

_____

Previous Employer's License #:

_____

Previous Position .

(Staff, PIC or PIC/Consultant)    PIC

**Outgoing PIC**

Name: Terry Edgell

License Number: 2834

New Employer: _____

_____

New Employer's License #:

_____

New Position

(Staff, PIC or PIC/Consultant)    STAFF

An inventory of all controlled substances was taken on January 21 _____, 19 92

*Signature of Incoming PIC: *Joe K Howard*

*Signature of Outgoing PIC: *Terry E Edgell, R.Ph.*

*Note: If the departing and the incoming pharmacists-in-charge are unable to conduct the inventory together, a closing inventory shall be conducted by the departing pharmacist-in-charge and a new separate beginning inventory shall be conducted by the incoming pharmacist-in-charge.

Date: 1/21/92                         Fee $5.00

Please complete and return to: **West Virginia Board of Pharmacy**
**236 Capitol Street**
**Charleston, West Virginia 25301**



Confidential

WVBOP_FEDWV_00016706

DEF-WV-01989.00180

# WEST VIRGINIA BOARD OF PHARMACY

236 Capitol Street
Charleston, West Virginia 25301

## APPLICATION FOR PERMIT AND/OR RENEWAL TO OPERATE A PHARMACY
### July 1, 1991 - June 30, 1992

Current name and address

Rite Aid Disc Phcy 968
900 Fourth Avenue
Huntington, WV 25701

Please use typewriter only.    LICENSE # PY0550577   DEA # AR6070178   PHONE # 304/529-0180

"Any person, firm, corporation or partnership desiring to operate, maintain, open or establish a pharmacy or drugstore, as defined, in this State, shall apply to the Board of Pharmacy for a permit to do so," as provided for in Article 5, Chapter 30 of the Code of West Virginia, as amended by the rules and regulations promulgated by the West Virginia Board of Pharmacy. Complete the following form, fill in all categories as required, return with the renewal fee of $75, or original fee of $150, payable to the West Virginia Board of Pharmacy.

Type of pharmacy:    Individual ___    Partnership ___    Corporation X

List current owner, partners, or corporate officers and titles

| Franklin C. Brown | -- | President |
| Frank Bergonzi | -- | Vice President |
| James E. Krahulec | -- | Treasurer |

| Single-Site Community ___ | Clinic ___ | Extended Care ___ | |
| Multi-Site Chain XX | Nursing Home ___ | In-Patient Hosp. ___ | Out-Patient Hosp. ___ |

Pharmacy open for business daily from 8 A.M. to 6 P.M.

Registered Pharmacist in Charge TERRY E. EDGELL    Certificate # 2834   Age 54

Number of registered pharmacists employed, excluding pharmacist in charge 1    Number of registered interns employed or in training 0

Have there been any violations taken, pertaining to the above pharmacy? No   Is so, attach a detailed statement.

### THE FOLLOWING IS TO BE EXECUTED BY THE REGISTERED PHARMACIST IN CHARGE

1.    Has your pharmacist license ever been denied, suspended, or revoked by this or any other State? No   If so, attach a detailed statement.

2.    Have you ever been convicted of a felony? No   If so, attach a detailed statement.

3.    Have you ever been convicted of a misdemeanor other than a traffic violation? No   If so, attach a detailed statement.

Are you working part-time in any other pharmacy? NO   If so, where? _____

The undersigned hereby swears, or affirms, that all statements made herein are true and correct, and that all the provisions of the law and regulations based thereon, relative to the practice of pharmacy, will be faithfully observed during the period any permit issued may be in force and effect.

SIGNED: James E Krahulec    SIGNED: Terry E Edgell, R.Ph.
(Owner, Partner, Corporate Officer)    (Pharmacist in Charge)   5/27/91

**JAMES E. KRAHULEC, TREASURER**

Confidential

DEF-WV-01989.00181

WVBOP_FEDWV_00016707

# WEST VIRGINIA BOARD OF PHARMACY

236 Capitol Street
Charleston, West Virginia  25301

## PERMIT TO HANDLE CONTROLLED SUBSTANCES
### July 1, 1991 - June 30, 1992

Current name and address                         Type any change of name and address below this line

Rite Aid Disc Phcy 968
900 Fourth Avenue
Huntington, WV 25701

Please use typewriter only.         LICENSE # PY0550577   DEA # _AR6070178_     PHONE # _304/529-0180_

| | | | | | | |
|---|---|---|---|---|---|---|
| Single-Site Community | ___ | Clinic | ___ | Extended Care | ___ | |
| Multi-Site Chain | X | Hospital | ___ | Nursing Home | ___ | Other ___ |
| Researcher | ___ | Teaching Inst. | ___ | Medical Examiner | ___ | |

X If you hold license in a state other than West Virginia, give State _FLORIDA_ _NEW YORK_  Number _16773_ _22641_

Drug Schedules. . .(Check all applicable)

| Schedule I Researchers Only | Schedule II | Schedule III | Schedule IV | Schedule V |
|---|---|---|---|---|
| ( ) Narcotic | (X) Narcotic | (X) Narcotic | (X) All | (X) All |
| ( ) Non-Narcotic | (x) Non-Narcotic | (x) Non-Narcotic | (x) All | (x) All |

Check, if individual named hereon is a Federal ( ), State ( ), or Local ( ) Official.  Are you seeking this permit for use in your official capacity? _N/A_

Are you currently authorized to manufacture, distribute, dispense, conduct research, or otherwise handle the controlled substances in the schedules for which you are applying, under the laws of the State of West Virginia? _Yes_

Has the applicant or any officer or partner of the applicant been convicted of a felony under Federal or State law relating to the manufacture or distribution of controlled substances? _No_

### RETURN FORM PRIOR TO JUNE 30TH WITH PROPER FEE.

| | | | |
|---|---|---|---|
| Pharmacy | $15.00 | Nursing Home | $25.00 |
| Hospital/Clinic | $50.00 | Teaching Institution | $25.00 |
| Extended Care Facility | $25.00 | Researcher or Medical Examiner | $25.00 |

JAMES E. KRAHULEC, TREASURER

JUN 24 1991   _James E Krahulec_

Date        Signature of Authorized Individual                        Official Title

X _5/22/91_   _Terry E Edgell, RPh_   X   _2834_

Date        Registered Pharmacist in Charge                          Certificate #

Confidential

DEF-WV-01989.00182

# WEST VIRGINIA BOARD OF PHARMACY

## INSPECTION REPORT

PH: 529-0180

**PHARMACY**
900 4TH AVENUE
HUNTINGTON, WV 25701
RITE AID OF WV, INC.

**NO. 968**
DEA AR6070178

| | |
|---|---|
| PHONE | 529 / 0180 |
| TIME IN | A.M. / P.M. |
| TIME OUT | A.M. / P.M. |
| TYPE | Chain Pharmacy |
| FED. # | AR 6070198 |
| STATE # | 550 577 |
| HOURS OPEN (DAILY) | 9-6 |
| (SUN. & HOLIDAYS) | Closed |
| RESPONSIBLE PERSON | Terry Edgell |
| TITLE | PIC |

Refill...............Dr.

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| Terry Edgell | 2834 | | |
| William R Lawrence | 1797 | | |

| | | |
|---|---|---|
| 1. LICENSES | Perfect | |
| 2. I.D. CARDS | ✓ | |
| 3. RECORD SYSTEM | Computerized — IBM | |
| 4. BARRICADE | NO | |
| 5. MIN. STANDARDS | OK | |
| 6. SECURITY | Burglar Alarm | |
| 7. LIBRARY | F+C USP-DI USP NF 1990  5/1/89  Due 5/1/91 | |
| 8. CLEANLINESS | Good | |
| 9. REFRIGERATION | Pharmacist only | |
| 10. ACCOUNTABILITY | | |
| 11. IMPROPER DISPENSING | No | |
| 12. INSUFFICIENT SUPERVISION | No | |
| 13. INVENTORY RECORDS | Available DEA Destroyed Drugs THIS DAY | |
| 14. DRUG DESTRUCTION | No | |
| 15. ILLEGAL SALES | No | |
| 16. ILLEGAL PURCHASES | No | |
| 17. SAMPLES | No | |
| 18. NON-REG COMPOUNDING | No | |
| 19. Rx BLANKS | No | |
| 20. IMPROPER Rx's | OK | |
| 21. OUT DATED DRUGS | | |
| 22. DRUG LABELS | Correct | |
| 23. Rx INFORMATION | Postal | |
| 24. GENERIC SIGN | Chapman Drug | |
| 25. GENERIC MFG. | Geneva | |
| 26. Rx FILES | | |
| 27. Rx COPIES | does | |
| 28. Rx INT/DATE | Yes | |
| 29. RED "C" | NONE | |
| 30. PHONED SCH II Rx | ✓ | |
| 31. REFILLS - 6 MO/5X | ✓ | |
| 32. REFILLS - INT/DATE | | |
| 33. REFILLS - U A | No  7 sales this yr  CIIs OK | |
| 34. SCHEDULE V - EXEMPT REG. | Posn | |
| 35. PRICE POSTING PLACARD | Yes | |
| 36. COMPUTERIZED | Yes | |
| 37. DAILY Rx RECORD | Bal Due 3/91  Wgts Due 3/31/93 | |
| 38. BALANCES - WEIGHTS | | |

PERSON IN CHARGE: Wm R Lawrence #1797  DATE Feb 14, 1991

INSPECTOR: Charles T. Campbell

OFFICE COPY — WHITE        INSPECTOR COPY — CANARY        PHARMACY COPY — PINK

Confidential

WVBOP_FEDWV_00016709

DEF-WV-01989.00183

| OMB Approval No. 1117-0007 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION<br>REGISTRANTS INVENTORY OF DRUGS SURRENDERED | PACKAGE No. |
|---|---|---|

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

FROM: (Include Name, Street, City, State and ZIP Code in space provided below).

Rite Aid Disc. Pharm. #968
4th Ave. & 9th St.
Huntington, WV 25701  05 9

Signature of applicant or authorized agent

Terry E Edgell

Registrant's DEA Number
AR6070178

Registrant's Telephone Number
304-529-6180

NOTE: REGISTERED MAIL IS REQUIRED FOR SHIPMENTS OF DRUGS VIA US POSTAL SERVICE (see instructions on reverse of form)

| | NAME OF DRUG OR PREPARATION<br>Registrants will fill in Columns 1, 2, 3, and 4 Only. | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container ) | Controlled Substance Content, (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|---|
| | | | | | DISPOSITION | QUANTITY | |
| | | | | | | GMS. | MGS. |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | DEMEROL 50mg TABS | 1 | 100 | 50mg | | | |
| 2 | DEMEROL 50mg TABS | 1 | 22 | 50mg | | | |
| 3 | TALWIN INJ. 30mg/ml | 1 | 10 | 30mg | | | |
| 4 | DEMEROL INJ. 50mg/ml | 1 | 30 | 50mg | | | |
| 5 | SECONAL CAPS 100mg | 1 | 100 | 100mg | | | |
| 6 | SECONAL CAPS 100mg | 1 | 80 | 100mg | | | |
| 7 | SECONAL CAPS 100mg | 1 | 56 | 100mg | | | |
| 8 | RITALIN SR 20mg TABS | 1 | 100 | 20mg | | | |
| 9 | RITALIN SR 20mg TABS | 1 | 70 | 20mg | | | |
| 10 | RMS Suppositories 20mg | 1 | 12 | 20mg | | | |
| 11 | MORPHINE SOL 10mg/5ml | 1 | 39 | 10mg | | | |
| 12 | CODEINE SO4 30mg TABS | 1 | 13 | 30mg | | | |
| 13 | ROXIPRIN TABS | 2 | 100 | 5mg | | | |
| 14 | SOLFOTON TABS | 1 | 82 | 15mg | | | |
| 15 | NUCOFED EXPECTORANT 20mg/5ml | 1 | 6 | 20mg | | | |
| 16 | ANEXIA TABS | 1 | 20 | 5mg | | | |

DEA Form — 41
(Jul. 1984)     Previous edition may be used.

* See Instructions on reverse side.

| NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|
| | | | | DISPOSITION | QUANTITY | |
| | | | | | GMS. | MGS. |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been received in _____ packages purporting to contain the drugs listed on this inventory and have been: **(1) Forwarded tape-sealed without opening; (2) Destroyed as indicated and the remainder forwarded tape-sealed after verifying contents; (3) Forwarded tape-sealed after verifying contents.

DATE _Feb 14_ 19 _91_

DESTROYED BY: _Wm. R. Lawrence #1797_

WITNESSED BY: _C. T. Campbell_ _Inspector_ _W. Va. B. of P._

** *Strike out lines not applicable.*

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the controlled substance content of each unit described in column 3; e.g., morphine sulfate tabs., 3 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/2 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any furhter inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or registered mail to Special Agent In Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

### PRIVACY ACT INFORMATION

AUTHORITY: Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).

PURPOSE: To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.

ROUTINE USES: This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users for the purposes stated.

    A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.

    B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT: Failure to document the surrender of unwanted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

WVBOP_FEDWV_00016711

DEF-WV-01989.00185

| OMB Approval No. 1117-0007 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION | PACKAGE No. |
|---|---|---|
| | **REGISTRANTS INVENTORY OF DRUGS SURRENDERED** | |

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

FROM: *(Include Name, Street, City, State and ZIP Code in space provided below).*

Rite Aid Disc. Pharm. #968
th Ave. & 9th St.
ntington, WV 25701 05 9

Signature of applicant or authorized agent

Terry E Edgell, R.Ph.

Registrant's DEA Number

AR 6070178

Registrant's Telephone Number

304-529-0180

NOTE: REGISTERED MAIL IS REQUIRED FOR SHIPMENTS OF DRUGS VIA US POSTAL SERVICE (see instructions on reverse of form)

| | NAME OF DRUG OR PREPARATION (Registrants will fill in Columns 1, 2, 3, and 4 Only.) | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content, (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|---|
| | | | | | DISPOSITION | QUANTITY | |
| | | | | | | GMS. | MGS. |
| | | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | Flurazepam 15mg CAPS | 1 | 70 | 15mg | | | |
| 2 | Phenobarbital 15mg TABS | 1 | 1000 | 15mg | | | |
| 3 | Paregoric | 1 | 560 | 2mg | | | |
| 4 | Donnagel PG Susp | 1 | 4oz | 24mg | | | |
| 5 | Robitussin DAC Syrup | 1 | 24. | 10mg | | | |
| 6 | Lortab Liquid | 1 | 24 | 2.5mg | | | |
| 7 | Lortab-ASA Tabs | 1 | 59 | 5mg | | | |
| 8 | Phenobarbital Elixir | 1 | 72 | 20mg | | | |
| 9 | Lorazepam Tabs 1mg | 1 | 45 | 1mg | | | |
| 10 | Chlorazepate 3.75mg Tabs | 1 | 56 | 3.75mg | | | |
| 11 | Actifed c Codeine Syrup | 1 | 12 | 10mg | | | |
| 12 | Emprin c Codeine #3 | 1 | 89 | 30mg | | | |
| 13 | Emprin c Codeine #2 | 1 | 82 | 15mg | | | |
| 14 | Deprol Tabs | 1 | 55 | 400mg | | | |
| 15 | Meprospan Caps | 1 | 55 | 400mg | | | |
| 16 | Oxazepam 15mg | 1 | 100 | 15mg | | | |

DEA Form — 41 (Jul. 1984)     Previous edition may be used.     * See instructions on reverse side.

WVBOP_FEDWV_00016712
DEF-WV-01989.00186

| NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|
| | | | | DISPOSITION | QUANTITY | |
| | | | | | GMS. | MGS. |
| | 2 | 3 | 4 | 5 | 6 | 7 |
| 17  Myphetane DX Syrup | 1 | 12 | 15 | | | |
| 18  Esgic c̄ Codeine 30mg | 1 | 47 | 30mg | | | |
| 19  Triaminic DH Syrup 10mg/oz | 1 | 13 | 10mg | | | |
| 20  Tepanil Tabs 25mg | 1 | 38 | 25mg | | | |
| 21  Centrax Caps 10mg | 1 | 88 | 10mg | | | |
| 22  Motofen Tabs 1mg | 1 | 100 | 1mg | | | |
| 23  Doriden Tabs 0.5gm | 1 | 123 | 500mg | | | |
| 24  Oxazepam Caps 10mg | 1 | 10 | 10mg | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been received in _____ packages purporting to contain the drugs listed on this inventory and have been: **(1) Forwarded tape-sealed without opening;

(2) Destroyed as indicated and the remainder forwarded tape-sealed after verifying contents; (3) Forwarded tape-sealed after verifying contents.

DATE  Feb 14  19 91

DESTROYED BY: _____ 1797

WITNESSED BY: B. T. Campbell
W. Va Bd Ph

** Strike out lines not applicable.

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the controlled substance content of each unit described in column 3; e.g., morphine sulfate tabs., 3 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/2 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any further inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or registered mail to Special Agent In Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

### PRIVACY ACT INFORMATION

AUTHORITY: Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).

PURPOSE: To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.

ROUTINE USES: This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users for the purposes stated.

A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.

B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT: Failure to document the surrender of unwanted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

Confidential

DEF-WV-01989.00187

| OMB Approval No. 1117-0007 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION **REGISTRANTS INVENTORY OF DRUGS SURRENDERED** | PACKAGE No. |
|---|---|---|

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

FROM: *(Include Name, Street, City, State and ZIP Code in space provided below).*

Rite Aid Disc. Pharm. #968
4th Ave. & 9th St.
Huntington, WV  25701   05

Signature of applicant or authorized agent

*Terry E Edge II, R.Ph.*

Registrant's DEA Number
AR 6070178

Registrant's Telephone Number
304-529-0180

NOTE: Registrants will fill in Columns 1, 2, 3, and 4 Only.

| | NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content, (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|---|
| | | | | | DISPOSITION | QUANTITY | |
| | | | | | | GMS. | MGS. |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | TRANXENE 3.75g | 1 | 79 | 3.25g | | | |
| 2 | HYCOTUSS SYRUP  5mg/tsp | 1 | 78 | 5mg | | | |
| 3 | HYCODAN SYRUP  5mg/tsp | 1 | 40 | 5mg | | | |
| 4 | HYCODAN TABS | 1 | 95 | 5mg | | | |
| 5 | BUTISOL 1/4g. TABS | 1 | 100 | 15g | | | |
| 6 | BUTISOL 1/4g. TABS | 1 | 69 | 15g | | | |
| 7 | BUTISOL 50mg TABS | 1 | 100 | 50mg | | | |
| 8 | BUTISOL 50mg. TABS | 1 | 4 | 50mg | | | |
| 9 | BUTISOL 100mg TABS | 1 | 100 | 100mg | | | |
| 10 | TYLOX CAAS | 1 | 10 | 5mg | | | |
| 11 | TUSSEND ANTITUSSIGE | 1 | 48 | 5mg | | | |
| 12 | TUSSEND TABLETS | 1 | 100 | 5mg | | | |
| 13 | KLONOPIN TABS 1mg | 2 | 100 | 1mg | | | |
| 14 | ASPIRIN c̄ CODEINE 600mg | 1 | 32 | 60mg | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

DEA Form — 41
(Mar. 1980)          Previous edition may be used.          * See instructions on reverse side.

Confidential                                                                                WVBOP_FEDWV_00016714

DEF-WV-01989.00188

| NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|
| | | | | DISPOSITION | QUANTITY | |
| | | | | | GMS. | MGS. |
| | 2 | 3 | 4 | 5 | 6 | 7 |
| 17  OXAZEPAM 15mg CAPS | 1 | 12 | 15mg | | | |
| 18  MEDIATRIC CAPS | 1 | 100 | 1mg | | | |
| 19  SERAX 15mg CAPS | 2 | 100 | 15mg | | | |
| 20  SERAX 15mg CAPS | 1 | 41 | 15mg | | | |
| 21  SERAX 10mg CAPS | 1 | 100 | 10mg | | | |
| 22  SERAX 30mg CAPS | 1 | 100 | 30mg | | | |
| 23  EQUANIL 400mg ~~CAPS~~ TABS | 1 | 50 | 400mg | | | |
| 24  CYLERT TABS 37.5Mg | 1 | 63 | 37.5mg | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been received

in _____ packages purporting to contain the drugs listed on this inventory and have been:  **(1) Forwarded tape-sealed without opening;

(2) Destroyed as indicated and the remainder forwarded tape-sealed after verifying contents; (3) Forwarded tape-sealed after verifying contents.

DATE Feb 14    19 91         DESTROYED BY: _____ #1797

** Strike out lines not applicable.        WITNESSED BY: _____
                                                W.Va B♀PL

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the controlled substance content of each unit described in column 3; e.g., morphine sulfate tabs., 3 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/2 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any further inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or registered mail to Special Agent In Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

## PRIVACY ACT INFORMATION

AUTHORITY:  Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).

PURPOSE:  To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.

ROUTINE USES:  This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users for the purposes stated.

A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.

B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT:  Failure to document the surrender of unwanted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

# WEST VIRGINIA BOARD OF PHARMACY
## INSPECTION REPORT

**RITE AID**

PHARMACY
900 4TH AVENUE
HUNTINGTON, WV 25701
RITE AID OF WV, INC.

PH: 529-0180
NO. 968
DEA AR6070178

No. _____  Date _____

Refill ............ Dr. _____

| PHONE | | | TIME IN | A.M. P.M. | TIME OUT | A.M. P.M. |
|---|---|---|---|---|---|---|
| 529 0180 | | | | | | |

TYPE: Chain Ph.

FED. # AR 6070128
STATE # MPO 550577 — Closed

HOURS OPEN (DAILY): 8-6   (SUN. & HOLIDAYS)

RESPONSIBLE PERSON: Joe F Howard   TITLE: PIC

| PERSONNEL | TITLE/I.D. NO. | PERSONNEL | TITLE/I.D. NO. |
|---|---|---|---|
| Joe F Howard | 2783 | | |
| William R Lawson | 1797 | | |

| | | |
|---|---|---|
| 1. LICENSES | Posted | |
| 2. I.D. CARDS | yes | |
| 3. RECORD SYSTEM | Computerized — Serial numbering | |
| 4. BARRICADE | No | |
| 5. MIN. STANDARDS | No - 5ml cond. | |
| 6. SECURITY | all schedule drugs dispensed | |
| 7. LIBRARY | PIC - USP-DI-1995 | |
| 8. CLEANLINESS | Very Good | |
| 9. REFRIGERATION | 36°-F | |
| 10. ACCOUNTABILITY | | Pharmacist ONLY |
| 11. IMPROPER DISPENSING | No | |
| 12. INSUFFICIENT SUPERVISION | No | |
| 13. INVENTORY RECORDS | available DEA 5/1/93   Due - May 1st 1995 | |
| 14. DRUG DESTRUCTION | Destroyed Schedule drugs This Day | |
| 15. ILLEGAL SALES | No | |
| 16. ILLEGAL PURCHASES | No | |
| 17. SAMPLES | No NC | |
| 18. NON-REG COMPOUNDING | None | |
| 19. Rx BLANKS | None | |
| 20. IMPROPER Rx's | No | |
| 21. OUT DATED DRUGS | 1 - Product - 2-95 | |
| 22. DRUG LABELS | Yes | |
| 23. Rx INFORMATION | OBRA - consult all new Rx | |
| 24. GENERIC SIGN | Posted | |
| 25. GENERIC MFG. | Chapman Drug | |
| 26. Rx FILES | CII - sep. File | |
| 27. Rx COPIES | yes | |
| 28. Rx INT/DATE | yes | |
| 29. RED "C" | yes | |
| 30. PHONED SCH II Rx | No | |
| 31. REFILLS - 6 MO/5X | ✓ | |
| 32. REFILLS - INT/DATE | ✓ | |
| 33. REFILLS - U A | No | |
| 34. SCHEDULE V - EXEMPT REG. | No Sales | |
| 35. PRICE POSTING PLACARD | Posted | |
| 36. COMPUTERIZED | Yes | |
| 37. DAILY Rx RECORD | Yes Sign | Bal 3/90   wgts Due |
| 38. BALANCES - WEIGHTS | | |

Joe F Howard   DATE 3/23/95   B.T. Campbell

IN CHARGE   INSPECTOR

OFFICE COPY — WHITE          INSPECTOR COPY — CANARY          PHARMACY COPY — PINK

Confidential                                      WVBOP_FEDWV_00016716

DEF-WV-01989.00190

00543085

$110

**WEST VIRGINIA BOARD OF PHARMACY**
232 Capitol Street
Charleston, West Virginia 25301

**APPLICATION TO RENEW A PHARMACY PERMIT**
July 1, 2002 - June 30, 2003

WV BOARD OF PHARMACY   JUN 17 2002   RECEIVED

**1. CURRENT NAME OF BUSINESS TO BE LICENSED BY THIS PERMIT:**

Rite Aid Disc Phcy 968
6401 U.S. Route 60 East
Barboursville, WV 25504

AR6070178
EXPIRES 06/30/2003

(304)736 2837

LICENSE # MP0550577         COUNTY Cabell              PHON

**2. PHARMACIST IN CHARGE** Jeff Richards          RPh # RP0004073

a. Has your Pharmacist License ever been denied, suspended, or revoked in this or any other state? ----- Yes ___ No X
b. Have you ever been convicted of a felony? ----- Yes ___ No X
c. Have you ever been convicted of a misdemeanor other than a traffic violation? ----- Yes ___ No X
d. Do you ever work partime in any other pharmacy ----- Yes ___ No X
   If any answer in #2 is Yes, attach a detailed explanation.

**3. RENEWAL FEES.** Circle All Applicable a. through e.:
a. PHARMACY - Inpatient ----- $100.00
b. PHARMACY - Outpatient ----- $100.00
c. CONTROLLED SUBSTANCE PERMIT ----- $10.00
d. STERILE PHARMACEUTICAL COMPOUNDING PERMIT ----- $100.00
e. NUCLEAR PHARMACY ----- $100.00

Name of Enteral/Parenteral Pharmacist Manage _____ RPh # _____
ATTACH CHECK OR MONEY ORDER TO APPLICATION ----- TOTAL FEES $ 110.00

**4. CIRCLE APPLICABLE DRUG SCHEDULE** II III IV V   NARCOTIC   NON-NARCOTIC
**5. CIRCLE TYPE OF OWNERSHIP**   SINGLE PROPRIETOR   PARTNERSHIP   CORPORATION
**6. NAMES OF PRINCIPLES AND TITLES:** (Owner; Partners; Three Corporate Officers)   See attached

**7.** Has the applicant or any officer or partner of the applicant ever been convicted of a Felony? NO

**8.** The undersigned hereby swear, or affirm, that all statements made herein are true and correct, and that all provisions of the law and regulations relative to the practice of pharmacy, will be faithfully observed so long as any permit issue will be in force.

9. _____ Vice President _____ 5/30/02
Signature of Applicant, Managing Partner or Office          Date

10. Jeff Richards   RP0004073   6/14/02
Signature of Pharmacist in Charg   RPh #   Date



RECEIVED
SEP 2 0 2018
WV Board of Pharmacy

# State of West Virginia

# Board of Pharmacy

## *REGISTERED PHARMACY PERMIT*
## *CONTROLLED SUBSTANCE PERMIT*

### July 1, 2018 - June 30, 2019 Date Issued: 6/11/2018

### Walgreen Co dba Rite Aid #00968

Registered Pharmacy

6401 US Route 60 E
Barboursville, WV 25504

LICENSE # MP0552506

DEA # FW7342316

Schedule II Narcotic
Schedule II Non-Narcotic
Schedule III Narcotic
Schedule III Non-Narcotic
Schedule IV All
Schedule V All

interim Justin Lutsy

~~Michael Chaney - RP0006893~~      RP0007953

Registered Pharmacist in Charge

Confidential

DEF-WV-01989.00192

DEF-WV-01989.00193

## CII Verification Section of Annual/PIC Inventory

| NDC | Item Description | Inventory Date | DEA Code | Pack Size | User ID | OH Full Pkgs | OH Part Pkgs |
|---|---|---|---|---|---|---|---|
| 54092038301 | ADDERALL XR 10 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 14.00 |
| 54092038501 | ADDERALL XR 15 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 66.00 |
| 54092038701 | ADDERALL XR 20 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 48.00 |
| 54092038901 | ADDERALL XR 25 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 15.00 |
| 54092039101 | ADDERALL XR 30 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 2.00 | 40.00 |
| 54092038101 | ADDERALL XR 5 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 21.00 |
| 70165002030 | ADZENYS XR-ODT 12 5 MG TABLET | 09/10/2018 | 2 | 30.000 | RXPJTL2 | 0 00 | 0.00 |
| 70165003030 | ADZENYS XR-ODT 18.8 MG TABLET | 09/10/2018 | 2 | 30.000 | RXPJTL2 | 1.00 | 0 00 |
| 70165001030 | ADZENYS XR-ODT 6 3 MG TABLET | 09/10/2018 | 2 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 64720013410 | AMPHETAMINE SALTS 15 MG TABLET | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 64720013610 | AMPHETAMINE SALTS 30 MG TABLET | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 1.00 |
| 64720013010 | AMPHETAMINE SALTS 5 MG TABLET | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 7.00 |
| 42858040245 | APTENSIO XR 15 MG CAPSULE | 09/10/2018 | 2 | 90.000 | RXPJTL2 | 0.00 | 60.00 |
| 50458055801 | CONCERTA ER 27 MG TABLET | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 10.00 |
| 50458058601 | CONCERTA ER 36 MG TABLET | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 10.00 |
| 50458058701 | CONCERTA ER 54 MG TABLET | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 50.00 |
| 70165010030 | COTEMPLA XR-ODT 17.3 MG TABLET | 09/10/2018 | 2 | 30.000 | RXPJTL2 | 1.00 | 0.00 |
| 70165030030 | COTEMPLA XR-ODT 25.9 MG TABLET | 09/10/2018 | 2 | 30.000 | RXPJTL2 | 1.00 | 0.00 |
| 68968555203 | DAYTRANA 10 MG/9 HR PATCH | 09/10/2018 | 2 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 68968555403 | DAYTRANA 20 MG/9 HOUR PATCH | 09/10/2018 | 2 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 00093527701 | DEXMETHYLPHENIDATE 10 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 10.00 |
| 10702010801 | DEXMETHYLPHENIDATE 10 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 27808009301 | DEXMETHYLPHENIDATE 10 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 15.00 |
| 57664037988 | DEXMETHYLPHENIDATE 10 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 80.00 |
| 27808009101 | DEXMETHYLPHENIDATE 2.5 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 10.00 |
| 57664037688 | DEXMETHYLPHENIDATE 2.5 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 40.00 |
| 00093527601 | DEXMETHYLPHENIDATE 5 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 10702010701 | DEXMETHYLPHENIDATE 5 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0 00 | 20.00 |
| 27808009201 | DEXMETHYLPHENIDATE 5 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 27.00 |
| 00093555101 | DEXMETHYLPHENIDATE ER 10 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0 00 | 65 00 |
| 00378408101 | DEXMETHYLPHENIDATE ER 10 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0 00 | 0.00 |
| 00378408201 | DEXMETHYLPHENIDATE ER 15 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0 00 | 11.00 |
| 00781268401 | DEXMETHYLPHENIDATE ER 15 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 60 00 |
| 49884042801 | DEXMETHYLPHENIDATE ER 15 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00093555301 | DEXMETHYLPHENIDATE ER 20 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 20.00 |
| 00115168501 | DEXMETHYLPHENIDATE ER 20 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0 00 |
| 00378408301 | DEXMETHYLPHENIDATE ER 20 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00781268501 | DEXMETHYLPHENIDATE ER 20 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 13.00 |
| 00093504501 | DEXMETHYLPHENIDATE ER 25 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 10.00 |
| 00781268601 | DEXMETHYLPHENIDATE ER 25 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00378408401 | DEXMETHYLPHENIDATE ER 30 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00781268701 | DEXMETHYLPHENIDATE ER 30 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 61.00 |
| 49884043001 | DEXMETHYLPHENIDATE ER 30 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00093556201 | DEXMETHYLPHENIDATE ER 40 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 10.00 |
| 00378408501 | DEXMETHYLPHENIDATE ER 40 MG CP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00378408001 | DEXMETHYLPHENIDATE ER 5 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 20.00 |
| 00781268201 | DEXMETHYLPHENIDATE ER 5 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 0.00 |
| 00781233501 | DEXTROAMP-AMPHET ER 10 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0 00 | 40.00 |
| 66993059502 | DEXTROAMP-AMPHET ER 10 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0 00 | 20.00 |
| 00115133001 | DEXTROAMP-AMPHET ER 15 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0 00 |
| 00781234301 | DEXTROAMP-AMPHET ER 15 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 10.00 |
| 66993059602 | DEXTROAMP-AMPHET ER 15 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 10.00 |
| 00781235201 | DEXTROAMP-AMPHET ER 20 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 90 00 |
| 66993059702 | DEXTROAMP-AMPHET ER 20 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 28.00 |
| 00555079202 | DEXTROAMP-AMPHET ER 25 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |

WVBOP_FEDWV_00016720

DEF-WV-01989.00194

| NDC | Drug | Date | | Qty | | Col1 | Col2 |
|---|---|---|---|---|---|---|---|
| 00781236801 | DEXTROAMP-AMPHET ER 25 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 13.00 |
| 66993059802 | DEXTROAMP-AMPHET ER 25 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00781237101 | DEXTROAMP-AMPHET ER 30 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 92.00 |
| 66993059902 | DEXTROAMP-AMPHET ER 30 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00555097002 | DEXTROAMP-AMPHET ER 5 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 13.00 |
| 00781232901 | DEXTROAMP-AMPHET ER 5 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 0.00 |
| 66993059402 | DEXTROAMP-AMPHET ER 5 MG CAP | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 30.00 |
| 00555097202 | DEXTROAMP-AMPHETAMIN 10 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 22.00 |
| 13107007001 | DEXTROAMP-AMPHETAMIN 10 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 51.00 |
| 57664064308 | DEXTROAMP-AMPHETAMIN 10 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 20.00 |
| 00555077702 | DEXTROAMP-AMPHETAMIN 15 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 40.00 |
| 13107007201 | DEXTROAMP-AMPHETAMIN 15 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00406889301 | DEXTROAMP-AMPHETAMIN 20 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 6.00 |
| 00555097302 | DEXTROAMP-AMPHETAMIN 20 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 40.00 |
| 13107007301 | DEXTROAMP-AMPHETAMIN 20 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 15.00 |
| 57664064608 | DEXTROAMP-AMPHETAMIN 20 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 20.00 |
| 00406889401 | DEXTROAMP-AMPHETAMIN 30 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00555097402 | DEXTROAMP-AMPHETAMIN 30 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 2.00 | 0.00 |
| 13107007401 | DEXTROAMP-AMPHETAMIN 30 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00555097102 | DEXTROAMP-AMPHETAMINE 5 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 95.00 |
| 13107006801 | DEXTROAMP-AMPHETAMINE 5 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00406895901 | DEXTROAMPHETAMINE 10 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 5.00 |
| 10702006601 | DEXTROAMPHETAMINE 10 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 20.00 |
| 00406895801 | DEXTROAMPHETAMINE 5 MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 60793043020 | EMBEDA ER 20-0.8 MG CAPSULE | 09/10/2018 | 2 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 00406900076 | FENTANYL 100 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 2.00 | 0.00 |
| 00591321472 | FENTANYL 100 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 60505700902 | FENTANYL 100 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 00378911998 | FENTANYL 12 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 00406901276 | FENTANYL 12 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 4.00 | 0.00 |
| 60505701002 | FENTANYL 12 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 00406902576 | FENTANYL 25 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 2.00 | 0.00 |
| 00591319872 | FENTANYL 25 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 60505700602 | FENTANYL 25 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 1.00 | 0.00 |
| 00406905076 | FENTANYL 50 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 00591321272 | FENTANYL 50 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 60505700702 | FENTANYL 50 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 00406907576 | FENTANYL 75 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 2.00 | 0.00 |
| 00591321372 | FENTANYL 75 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 60505700802 | FENTANYL 75 MCG/HR PATCH | 09/10/2018 | 2 | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 00178348216 | FLOWTUSS 2.5-200 MG/5 ML SOLN | 09/10/2018 | 2 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 00078038205 | FOCALIN 10 MG TABLET | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00078043105 | FOCALIN XR 10 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 70.00 |
| 00078049305 | FOCALIN XR 15 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 6.00 |
| 00078043205 | FOCALIN XR 20 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 24.00 |
| 00078060805 | FOCALIN XR 25 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 50.00 |
| 00078043305 | FOCALIN XR 30 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 1.00 | 26.00 |
| 00078043405 | FOCALIN XR 40 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 82.00 |
| 00078043005 | FOCALIN XR 5 MG CAPSULE | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 63.00 |
| 00178329116 | HYCOFENIX 2.5-30-200 MG/5 ML | 09/10/2018 | 2 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 43386035003 | HYDROCOD-HOMATROP 5-1.5 MG TAB | 09/10/2018 | 2 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 53746014501 | HYDROCOD-IBUPROF 7.5/200MG TAB | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00603129558 | HYDROCODON-ACETAMIN 7.5-500/15 | 09/10/2018 | 2 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 00603388021 | HYDROCODON-ACETAMINOPH 2.5-500 | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00591038501 | HYDROCODON-ACETAMINOPH 7.5-500 | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00603388421 | HYDROCODON-ACETAMINOPH 7.5-650 | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00591038750 | HYDROCODON-ACETAMINOPH 7.5-750 | 09/10/2018 | 2 | 500.000 | RXPJTL2 | 0.00 | 0.00 |
| 00591034905 | HYDROCODON-ACETAMINOPHEN 5-500 | 09/10/2018 | 2 | 500.000 | RXPJTL2 | 0.00 | 0.00 |
| 00603388128 | HYDROCODON-ACETAMINOPHEN 5-500 | 09/10/2018 | 2 | 500.000 | RXPJTL2 | 0.00 | 0.00 |
| 00591054001 | HYDROCODON-ACETAMINOPHN 10-500 | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00591260901 | HYDROCODON-ACETAMINOPHN 10-500 | 09/10/2018 | 2 | 100.000 | RXPJTL2 | 0.00 | 0.00 |

WVBOP_FEDWV_00016721

DEF-WV-01989.00195

|  |  |  |  |  |  | 0.00 |
|---|---|---|---|---|---|---|
|  | HYDROCODON-ACETAMINOPHN 10-650 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00603388521 | HYDROCODON-ACETAMINOPHN 10-650 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00591051701 | HYDROCODON-ACETAMINOPHN 10-660 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00603388621 | HYDROCODON-ACETAMINOPHN 10-660 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00406012501 | HYDROCODONE-ACETAMIN 10-325 MG | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 51.00 |
| 00603388721 | HYDROCODONE-ACETAMIN 10-325 MG | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00603388728 | HYDROCODONE-ACETAMIN 10-325 MG | 09/10/2018 | 2 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 53746011005 | HYDROCODONE-ACETAMIN 10-325 MG | 09/10/2018 | 2 | 500.000 RXPJTL2 | 0.00 | 18.00 |
| 00406012301 | HYDROCODONE-ACETAMIN 5-325 MG | 09/10/2018 | 2 | 100.000 RXPJTL2 | 2.00 | 68.00 |
| 00603389021 | HYDROCODONE-ACETAMIN 5-325 MG | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00603389028 | HYDROCODONE-ACETAMIN 5-325 MG | 09/10/2018 | 2 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 00406012401 | HYDROCODONE-ACETAMIN 7.5-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 4.00 | 34.00 |
| 00603389121 | HYDROCODONE-ACETAMIN 7.5-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00603389128 | HYDROCODONE-ACETAMIN 7.5-325 | 09/10/2018 | 2 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 65162011550 | HYDROCODONE-ACETAMIN 7.5-325 | 09/10/2018 | 2 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 00121077216 | HYDROCODONE-ACETAMN 7 5-325/15 | 09/10/2018 | 2 | 473.000 RXPJTL2 | 0.00 | 56.00 |
| 64376064016 | HYDROCODONE-ACETAMN 7 5-325/15 | 09/10/2018 | 2 | 473.000 RXPJTL2 | 0.00 | 66.00 |
| 66689002316 | HYDROCODONE-ACETAMN 7 5-325/15 | 09/10/2018 | 2 | 473.000 RXPJTL2 | 0.00 | 473.00 |
| 62175049064 | HYDROCODONE-CHLORPHEN ER SUSP | 09/10/2018 | 2 | 115.000 RXPJTL2 | 0.00 | 0.00 |
| 43386011803 | HYDROCODONE-HOMATROPINE 5-1.5 | 09/10/2018 | 2 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 60432045516 | HYDROCODONE-HOMATROPINE SYRUP | 09/10/2018 | 2 | 473.000 RXPJTL2 | 0.00 | 0.00 |
| 00603389721 | HYDROCODONE-IBUPROFEN 7 5-200 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | -16.00 |
| 00472103016 | HYDROMET SYRUP | 09/10/2018 | 2 | 473.000 RXPJTL2 | 0.00 | 0.00 |
| 00409128331 | HYDROMORPHONE 1 MG/ML CARPUJCT | 09/10/2018 | 2 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 00703001801 | HYDROMORPHONE 10 MG/ML VIAL | 09/10/2018 | 2 | 50.000 RXPJTL2 | 0.00 | 0.00 |
| 00703011001 | HYDROMORPHONE 10 MG/ML VIAL | 09/10/2018 | 2 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 00406324301 | HYDROMORPHONE 2 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | -14.00 |
| 00409131230 | HYDROMORPHONE 2 MG/ML CARPUJCT | 09/10/2018 | 2 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 00409336501 | HYDROMORPHONE 2 MG/ML VIAL | 09/10/2018 | 2 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 00703011303 | HYDROMORPHONE 50 MG/5 ML VIAL | 09/10/2018 | 2 | 5.000 RXPJTL2 | 0.00 | 0.00 |
| 00409263450 | HYDROMORPHONE 500 MG/50 ML VIA | 09/10/2018 | 2 | 50.000 RXPJTL2 | 0.00 | 0.00 |
| 59011027260 | HYSINGLA ER 30 MG TABLET | 09/10/2018 | 2 | 60.000 RXPJTL2 | 0.00 | 0.00 |
| 59011027360 | HYSINGLA ER 40 MG TABLET | 09/10/2018 | 2 | 60.000 RXPJTL2 | 0.00 | 30.00 |
| 59011027460 | HYSINGLA ER 60 MG TABLET | 09/10/2018 | 2 | 60.000 RXPJTL2 | 0.00 | 30.00 |
| 50474091001 | LORTAB 10-500 TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 50474090701 | LORTAB 7 5-500 TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 59630075550 | METHYLIN 10 MG/5 ML SOLUTION | 09/10/2018 | 2 | 500.000 RXPJTL2 | 0.00 | 200.00 |
| 00591588301 | METHYLPHENIDATE 10 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 20.00 |
| 10702010101 | METHYLPHENIDATE 10 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 31722017401 | METHYLPHENIDATE 10 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 17.00 |
| 00406114601 | METHYLPHENIDATE 20 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00591588401 | METHYLPHENIDATE 20 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 10.00 |
| 00603457821 | METHYLPHENIDATE 20 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 10702010201 | METHYLPHENIDATE 20 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 31722017501 | METHYLPHENIDATE 20 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 4.00 |
| 57664023088 | METHYLPHENIDATE 20 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00781574801 | METHYLPHENIDATE 5 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 10702010001 | METHYLPHENIDATE 5 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 1.00 | 50.00 |
| 31722017301 | METHYLPHENIDATE 5 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 10.00 |
| 57664022888 | METHYLPHENIDATE 5 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 62175015437 | METHYLPHENIDATE CD 40 MG CAP | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 62175015537 | METHYLPHENIDATE CD 50 MG CAP | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00406183001 | METHYLPHENIDATE CD ER 30 MG CP | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 20.00 |
| 00406185001 | METHYLPHENIDATE CD ER 50 MG CP | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00406144501 | METHYLPHENIDATE ER 10 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 80.00 |
| 00378815577 | METHYLPHENIDATE ER 18 MG TAB | 09/10/2018 | 2 | 90.000 RXPJTL2 | 0.00 | 0.00 |
| 62175031037 | METHYLPHENIDATE ER 18 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 65162023109 | METHYLPHENIDATE ER 18 MG TAB | 09/10/2018 | 2 | 90.000 RXPJTL2 | 1.00 | 0.00 |
| 00406147301 | METHYLPHENIDATE ER 20 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 1.00 | 10.00 |
| 10702007601 | METHYLPHENIDATE ER 20 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 43199004201 | METHYLPHENIDATE ER 20 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |

WVBOP_FEDWV_00016722

DEF-WV-01989.00196

| NDC | Drug | Date | | Qty | | | |
|---|---|---|---|---|---|---|---|
| | METHYLPHENIDATE ER 27 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 10.00 |
| 00378815677 | METHYLPHENIDATE ER 27 MG TAB | 09/10/2018 | 2 | 90.000 RXPJTL2 | 0.00 | 0.00 |
| 00406012701 | METHYLPHENIDATE ER 27 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 22.00 |
| 00781236301 | METHYLPHENIDATE ER 30 MG CAP | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 20.00 |
| 00378815701 | METHYLPHENIDATE ER 36 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 12.00 |
| 00378815777 | METHYLPHENIDATE ER 36 MG TAB | 09/10/2018 | 2 | 90.000 RXPJTL2 | 0.00 | 0.00 |
| 00406013601 | METHYLPHENIDATE ER 36 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 60.00 |
| 00591271701 | METHYLPHENIDATE ER 36 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 10.00 |
| 64720040510 | METHYLPHENIDATE ER 50 MG CAP | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 10.00 |
| 00378815801 | METHYLPHENIDATE ER 54 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 12.00 |
| 00378815877 | METHYLPHENIDATE ER 54 MG TAB | 09/10/2018 | 2 | 90.000 RXPJTL2 | 0.00 | 0.00 |
| 00406015401 | METHYLPHENIDATE ER 54 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 90.00 |
| 00591271801 | METHYLPHENIDATE ER 54 MG TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 10.00 |
| 51862026401 | METHYLPHENIDATE LA 30 MG CAP | 09/10/2018 | 2 | 100.000 RXPJTL2 | 2.00 | 50.00 |
| 00409189001 | MORPHINE 2 MG/ML CARPUJECT | 09/10/2018 | 2 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 00409189101 | MORPHINE 4 MG/ML CARPUJECT | 09/10/2018 | 2 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 00054040444 | MORPHINE SULF 100 MG/5 ML SOLN | 09/10/2018 | 2 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 00527190636 | MORPHINE SULF 100 MG/5 ML SOLN | 09/10/2018 | 2 | 30.000 RXPJTL2 | 1.00 | 0.00 |
| 27808008201 | MORPHINE SULF 100 MG/5 ML SOLN | 09/10/2018 | 2 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 00406831501 | MORPHINE SULF ER 15 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 5.00 |
| 42858080101 | MORPHINE SULF ER 15 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 1.00 | 90.00 |
| 42858080201 | MORPHINE SULF ER 30 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 58.00 |
| 63304045101 | MORPHINE SULF ER 30 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 63304075801 | MORPHINE SULF ER 60 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 70.00 |
| 00228309111 | MORPHINE SULFATE ER 60 MG CAP | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 54092046801 | MYDAYIS ER 12.5 MG CAPSULE | 09/10/2018 | 2 | 100 RXPJTL2 | 0.00 | 70.00 |
| 54092047101 | MYDAYIS ER 25 MG CAPSULE | 09/10/2018 | 2 | 100 RXPJTL2 | 0.00 | 10.00 |
| 54092047401 | MYDAYIS ER 37.5 MG CAPSULE | 09/10/2018 | 2 | 100 RXPJTL2 | 0.00 | 60.00 |
| 54092047701 | MYDAYIS ER 50 MG CAPSULE | 09/10/2018 | 2 | 100 RXPJTL2 | 0.00 | 50.00 |
| 50458082004 | NUCYNTA 50 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 50458086101 | NUCYNTA ER 100 MG TABLET | 09/10/2018 | 2 | 60.000 RXPJTL2 | 1.00 | 0.00 |
| 50458086001 | NUCYNTA ER 50 MG TABLET | 09/10/2018 | 2 | 60.000 RXPJTL2 | 0.00 | 0.00 |
| 63481081660 | OPANA ER 20 MG TABLET | 09/10/2018 | 2 | 60.000 RXPJTL2 | 0.00 | 0.00 |
| 42799021701 | OPIUM TINCTURE 10 MG/ML | 09/10/2018 | 2 | 118.000 RXPJTL2 | 0.00 | 42.00 |
| 13107004501 | OXYCODON-ACETAMINOPHEN 7.5-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 34.00 |
| 31722019301 | OXYCODONE-ACETAMINOPHEN 7.5-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 16.00 |
| 10702005601 | OXYCODONE HCL 10 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 2.00 | 0.00 |
| 68382079401 | OXYCODONE HCL 10 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 21.00 |
| 66689002530 | OXYCODONE HCL 100 MG/5 ML SOLN | 09/10/2018 | 2 | 30.000 RXPJTL2 | 0.00 | 30.00 |
| 68308002003 | OXYCODONE HCL 100 MG/5 ML SOLN | 09/10/2018 | 2 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 68462034737 | OXYCODONE HCL 100 MG/5 ML SOLN | 09/10/2018 | 2 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 00228287811 | OXYCODONE HCL 15 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 8.00 |
| 00406851501 | OXYCODONE HCL 15 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 50.00 |
| 13107005601 | OXYCODONE HCL 15 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 19.00 |
| 57664018788 | OXYCODONE HCL 15 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 80.00 |
| 00228287911 | OXYCODONE HCL 30 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 80.00 |
| 00406853001 | OXYCODONE HCL 30 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 95.00 |
| 00406055201 | OXYCODONE HCL 5 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 3.00 | 26.00 |
| 65162004710 | OXYCODONE HCL 5 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 30.00 |
| 66689040150 | OXYCODONE HCL 5 MG/5 ML SOLN | 09/10/2018 | 2 | 5.000 RXPJTL2 | 0.00 | 0.00 |
| 00093573201 | OXYCODONE HCL ER 20 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00093573301 | OXYCODONE HCL ER 40 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 63304068301 | OXYCODONE HCL ER 40 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 31722019401 | OXYCODONE-ACETAMINOPHEN 10-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 3.00 | 64.00 |
| 42858010401 | OXYCODONE-ACETAMINOPHEN 10-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 47781023001 | OXYCODONE-ACETAMINOPHEN 10-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 53746020401 | OXYCODONE-ACETAMINOPHEN 10-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 1.00 |
| 00054055125 | OXYCODONE-ACETAMINOPHEN 5-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00406051201 | OXYCODONE-ACETAMINOPHEN 5-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 1.00 | 67.00 |
| 42858010601 | OXYCODONE-ACETAMINOPHEN 5-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 71.00 |
| 47781019601 | OXYCODONE-ACETAMINOPHEN 5-325 | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 3.00 |

WVBOP_FEDWV_00016723

DEF-WV-01989.00197

| | | | | | | |
|---|---|---|---|---|---|---|
| | OXYCONTIN 15 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 80.00 |
| 59011042010 | OXYCONTIN 20 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 48.00 |
| 59011048010 | OXYCONTIN 80 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 24478012001 | QUILLICHEW ER 20 MG CHEW TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 50.00 |
| 24478013001 | QUILLICHEW ER 30 MG CHEW TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 60.00 |
| 24478014001 | QUILLICHEW ER 40 MG CHEW TAB | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 40.00 |
| 24478019010 | QUILLIVANT XR OS 300MG | 09/10/2018 | 2 | 60.000 RXPJTL2 | 0.00 | 0.00 |
| 24478020020 | QUILLIVANT XR OS 600MG | 09/10/2018 | 2 | 120.000 RXPJTL2 | 0.00 | 0.00 |
| 24478020525 | QUILLIVANT XR OS 750MG | 09/10/2018 | 2 | 150.000 RXPJTL2 | 1.00 | 0.00 |
| 24478021030 | QUILLIVANT XR OS 900MG | 09/10/2018 | 2 | 180.000 RXPJTL2 | 0.00 | 0.00 |
| 23635010801 | TUSSICAPS 10 MG-8 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00074304113 | VICODIN 5-300 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00074304313 | VICODIN ES 7.5-300 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00074305413 | VICODIN HP 10-300 MG TABLET | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 59417010110 | VYVANSE 10 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 1.00 | 30.00 |
| 59417010210 | VYVANSE 20 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 60.00 |
| 59417010310 | VYVANSE 30 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 20.00 |
| 59417010410 | VYVANSE 40 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 27.00 |
| 59417010510 | VYVANSE 50 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 1.00 | 23.00 |
| 59417010610 | VYVANSE 60 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 1.00 | 38.00 |
| 59417010710 | VYVANSE 70 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 20.00 |
| 43376021010 | ZOHYDRO ER 10 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 43376021510 | ZOHYDRO ER 15 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 43376022010 | ZOHYDRO ER 20 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 43376023010 | ZOHYDRO ER 30 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 43376024010 | ZOHYDRO ER 40 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 43376025010 | ZOHYDRO ER 50 MG CAPSULE | 09/10/2018 | 2 | 100.000 RXPJTL2 | 0.00 | 0.00 |

RITE AID-6401 US RTE 60
6401 US ROUTE 60 EAST
BARBOURSVILLE, WV 25504-1200
FW7342316

**\*\* This Inventory was taken at the OPEN / CLOSE of business**
**\*\* NOTE: Open/Close selection should match the signature cover sheet.**
**\*\* Please store in Annual/PIC Inventory Record Keeping Box**

Reverse 222 form for outdates were sent to WAG instead of my store. The drugs were already being sent out but with Rite Aid system had to wait on the 222 form #'s. I had already inputted the control inventory before they brought it over, so now they've been removed in the system.

Confidential

WVBOP_FEDWV_00016724

DEF-WV-01989.00198

**Non-CII Verification Section of Annual/PIC Inventory**

| NDC | Item Description | Inventory Date | DEA Code | Pack Size | User ID | OH Full Pkgs | OH Part Pkgs |
|---|---|---|---|---|---|---|---|
| 00573018810 | ADVIL ALLERGY SINUS CAPLET | 09/10/2018 | 0 | 20.000 | RXPJTL2 | 1.00 | 0.00 |
| 00573018010 | ADVIL COLD & SINUS CAPLET | 09/10/2018 | 0 | 20.000 | RXPJTL2 | 0.00 | 0.00 |
| 00573018021 | ADVIL COLD & SINUS CAPLET | 09/10/2018 | 0 | 40.000 | RXPJTL2 | 0.00 | 0.00 |
| 00573018432 | ADVIL COLD-SINUS LIQUI-GELS | 09/10/2018 | 0 | 32.000 | RXPJTL2 | 0.00 | 0.00 |
| 00573266012 | ALAVERT D-12 ALLERGY-SINUS TAB | 09/10/2018 | 0 | 12.000 | RXPJTL2 | 0.00 | 0.00 |
| 00280603010 | ALEVE C/S CAP | 09/10/2018 | 0 | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 00280603020 | ALEVE C/S CAP | 09/10/2018 | 0 | 20.000 | RXPJTL2 | 0.00 | 0.00 |
| 41167431002 | ALLEGRA-D 12 HOUR TABLET | 09/10/2018 | 0 | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 41167431004 | ALLEGRA-D 12 HOUR TABLET | 09/10/2018 | 0 | 20.000 | RXPJTL2 | 0.00 | 0.00 |
| 41167431006 | ALLEGRA-D 12 HOUR TABLET | 09/10/2018 | 0 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 41167432005 | ALLEGRA-D 24 HOUR TABLET | 09/10/2018 | 0 | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 41167432007 | ALLEGRA-D 24 HOUR TABLET | 09/10/2018 | 0 | 15.000 | RXPJTL2 | 0.00 | 0.00 |
| 00574110404 | BROMPHENIR-PSEUDOEPHED-DM SYR | 09/10/2018 | 0 | 118.000 | RXPJTL2 | 0.00 | 0.00 |
| 00574110416 | BROMPHENIR-PSEUDOEPHED-DM SYR | 09/10/2018 | 0 | 473.000 | RXPJTL2 | 0.00 | 74.00 |
| 60432027516 | BROMPHENIR-PSEUDOEPHED-DM SYR | 09/10/2018 | 0 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 00280080060 | BRONKAID CAPLET | 09/10/2018 | 0 | 60.000 | RXPJTL2 | 0.00 | 0.00 |
| 00591264001 | BUTALB-ACETAMIN-CAFF 50-300-40 | 09/10/2018 | 0 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 42195095510 | BUTALB-ACETAMIN-CAFF 50-300-40 | 09/10/2018 | 0 | 100.000 | RXPJTL2 | 0.00 | 20.00 |
| 00093085401 | BUTALB-ACETAMIN-CAFF 50-325-40 | 09/10/2018 | 0 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00143178701 | BUTALB-ACETAMIN-CAFF 50-325-40 | 09/10/2018 | 0 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00143178705 | BUTALB-ACETAMIN-CAFF 50-325-40 | 09/10/2018 | 0 | 500.000 | RXPJTL2 | 0.00 | 473.00 |
| 00603254421 | BUTALB-ACETAMIN-CAFF 50-325-40 | 09/10/2018 | 0 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 51862054001 | BUTALB-ACETAMIN-CAFF 50-325-40 | 09/10/2018 | 0 | 100.000 | RXPJTL2 | 0.00 | 5.00 |
| 45802072153 | CETIRIZINE-PSE ER 5-120 MG TAB | 09/10/2018 | 0 | 12.000 | RXPJTL2 | 0.00 | 0.00 |
| 45802072162 | CETIRIZINE-PSE ER 5-120 MG TAB | 09/10/2018 | 0 | 24.000 | RXPJTL2 | 0.00 | 0.00 |
| 11523716201 | CLARITIN-D 12 HOUR TABLET | 09/10/2018 | 0 | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 11523716202 | CLARITIN-D 12 HOUR TABLET | 09/10/2018 | 0 | 20.000 | RXPJTL2 | 0.00 | 0.00 |
| 41100080208 | CLARITIN-D 12 HOUR TABLET | 09/10/2018 | 0 | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 41100080217 | CLARITIN-D 12 HOUR TABLET | 09/10/2018 | 0 | 20.000 | RXPJTL2 | 0.00 | 0.00 |
| 41100080319 | CLARITIN-D 12 HOUR TABLET | 09/10/2018 | 0 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 11523716102 | CLARITIN-D 24 HOUR TABLET | 09/10/2018 | 0 | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 11523716103 | CLARITIN-D 24 HOUR TABLET | 09/10/2018 | 0 | 15.000 | RXPJTL2 | 0.00 | 0.00 |
| 41100008049 | CLARITIN-D 24 HOUR TABLET | 09/10/2018 | 0 | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 11523360101 | CORICIDIN HBP COUGH & COLD TAB | 09/10/2018 | 0 | 16.000 | RXPJTL2 | 0.00 | 0.00 |
| 00032102301 | ESTRATEST H.S. TABLET | 09/10/2018 | 0 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00032102601 | ESTRATEST TABLET | 09/10/2018 | 0 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00527140901 | ESTROGEN-METHYLTESTOS D.S. TAB | 09/10/2018 | 0 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 63824004124 | MUCINEX D ER 1,200-120 MG TAB | 09/10/2018 | 0 | 24.000 | RXPJTL2 | 0.00 | 0.00 |
| 63824005718 | MUCINEX D ER 600-60 MG TABLET | 09/10/2018 | 0 | 18.000 | RXPJTL2 | 0.00 | 0.00 |
| 63824005736 | MUCINEX D ER 600-60 MG TABLET | 09/10/2018 | 0 | 36.000 | RXPJTL2 | 0.00 | 0.00 |
| 48964023224 | NEXAFED SINUS PRESS-PAIN TAB | 09/10/2018 | 0 | 24.000 | RXPJTL2 | 0.00 | 0.00 |
| 00187084401 | PHRENILIN FORTE CAPSULE | 09/10/2018 | 0 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00536185085 | PSEUDOEPHED 30 MG/5 ML SOLN | 09/10/2018 | 0 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 11822505410 | RA CETIRI-D ER TABLET | 09/10/2018 | 0 | 24.000 | RXPJTL2 | 0.00 | 0.00 |
| 11822008360 | RA IB C/S 20CT | 09/10/2018 | 0 | 20.000 | RXPJTL2 | 0.00 | 0.00 |
| 11822008350 | RA IB C/S 40CT | 09/10/2018 | 0 | 40.000 | RXPJTL2 | 0.00 | 0.00 |
| 11822331550 | RA LORATA-D 24-HOUR TABLET | 09/10/2018 | 0 | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 11822504860 | RA LORATA-D 24-HOUR TABLET | 09/10/2018 | 0 | 15.000 | RXPJTL2 | 0.00 | 0.00 |
| 11822349520 | RA SUPHEDRINE 12HR 120 MG CPLT | 09/10/2018 | 0 | 20.000 | RXPJTL2 | 0.00 | 0.00 |
| 11822040230 | RA SUPHEDRINE 30 MG TABLET | 09/10/2018 | 0 | 48.000 | RXPJTL2 | 0.00 | 0.00 |
| 11822319860 | RA SUPHEDRINE 30 MG TABLET | 09/10/2018 | 0 | 24.000 | RXPJTL2 | 0.00 | 0.00 |
| 50580053916 | SUDAFED 12 HR PRESSURE-PAIN | 09/10/2018 | 0 | 16.000 | RXPJTL2 | 0.00 | 0.00 |
| 50580034201 | SUDAFED 12HR 120 MG CAPLET | 09/10/2018 | 0 | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 50580067020 | SUDAFED 12HR 120 MG CAPLET | 09/10/2018 | 0 | 20.000 | RXPJTL2 | 0.00 | 0.00 |
| 50580066910 | SUDAFED 24 HOUR ER 240 MG TAB | 09/10/2018 | 0 | 10.000 | RXPJTL2 | 0.00 | 0.00 |

Confidential

DEF-WV-01989.00199

| NDC | Drug | Date | | Qty | Code | | |
|---|---|---|---|---|---|---|---|
| 50580054524 | SUDAFED 30 MG TABLET | 09/10/2018 | 0 | 24.000 | RXPJTL2 | 0.00 | 0.00 |
| 50580054548 | SUDAFED 30 MG TABLET | 09/10/2018 | 0. | 48.000 | RXPJTL2 | 0.00 | 0.00 |
| 00904580315 | SUDOGEST 12 HOUR 120 MG CAPLET | 09/10/2018 | 0. | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 00045065060 | ULTRACET TABLET | 09/10/2018 | 0. | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00045065960 | ULTRAM 50 MG TABLET | 09/10/2018 | 0. | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00062065330 | ULTRAM ER 100 MG TABLET | 09/10/2018 | 0. | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 00062065530 | ULTRAM ER 200 MG TABLET | 09/10/2018 | 0. | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 00062065730 | ULTRAM ER 300 MG TABLET | 09/10/2018 | 0. | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 00363061739 | WAL-ITIN D 12 HOUR TABLET | 09/10/2018 | 0 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 00363061752 | WAL-ITIN D 12 HOUR TABLET | 09/10/2018 | 0 | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 00363061760 | WAL-ITIN D 12 HOUR TABLET | 09/10/2018 | 0 | 20.000 | RXPJTL2 | 0.00 | 0.00 |
| 00363011208 | WAL-PHED 30 MG TABLET | 09/10/2018 | 0 | 24.000 | RXPJTL2 | 0.00 | 0.00 |
| 00363042341 | WAL-PROFEN COLD & SINUS CPLT | 09/10/2018 | : | 40.000 | RXPJTL2 | 0.00 | 0.00 |
| 00363042321 | WAL-PROFEN D COLD & SINUS CPLT | 09/10/2018 | 0 | 20.000 | RXPJTL2 | 0.00 | 0.00 |
| 50580072812 | ZYRTEC-D TABLET | 09/10/2018 | 0 | 12.000 | RXPJTL2 | 0.00 | 0.00 |
| 50580072824 | ZYRTEC-D TABLET | 09/10/2018 | 0 | 24.000 | RXPJTL2 | 0.00 | 0.00 |
| 00406048410 | ACETAMINOPHEN-COD #3 TABLET | 09/10/2018 | 3 | 1000.000 | RXPJTL2 | 0.00 | 8.00 |
| 65162003311 | ACETAMINOPHEN-COD #3 TABLET | 09/10/2018 | 3 | 1000.000 | RXPJTL2 | 0.00 | 415.00 |
| 00093035005 | ACETAMINOPHEN-COD #4 TABLET | 09/10/2018 | 3 | 500.000 | RXPJTL2 | 0.00 | 0.00 |
| 00406048501 | ACETAMINOPHEN-COD #4 TABLET | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 54.00 |
| 00603233921 | ACETAMINOPHEN-COD #4 TABLET | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 1.00 | 0.00 |
| 13107006001 | ACETAMINOPHEN-COD #4 TABLET | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 77.00 |
| 52544007660 | ANDRODERM 2 MG/24HR PATCH | 09/10/2018 | 3: | 60.000 | RXPJTL2 | 0.00 | 30.00 |
| 52544007730 | ANDRODERM 4 MG/24HR PATCH | 09/10/2018 | 3 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 00051845030 | ANDROGEL 1% GEL PCKT 5.0GM 30S | 09/10/2018 | 3. | 5.000 | RXPJTL2 | 0.00 | 0.00 |
| 00051846233 | ANDROGEL 1 62% GEL PUMP | 09/10/2018 | 3. | 75.000 | RXPJTL2 | 0.00 | 0.00 |
| 42858058640 | BUPRENORPHINE 15 MCG/HR PATCH | 09/10/2018 | 3: | 4.000 | RXPJTL2 | 2.00 | 0.00 |
| 00093360040 | BUPRENORPHINE 5 MCG/HR PATCH | 09/10/2018 | 3: | 4.000 | RXPJTL2 | 0.00 | 0.00 |
| 42858075040 | BUPRENORPHINE 5 MCG/HR PATCH | 09/10/2018 | 3: | 4.000 | RXPJTL2 | 1.00 | 0.00 |
| 42858035340 | BUPRENORPHINE 7.5 MCG/HR PATCH | 09/10/2018 | 3: | 4.000 | RXPJTL2 | 0.00 | 0.00 |
| 00228315303 | BUPRENORPHINE 8 MG TABLET SL | 09/10/2018 | 3 | 30.000 | RXPJTL2 | 0.00 | 47.00 |
| 00378092493 | BUPRENORPHINE 8 MG TABLET SL | 09/10/2018 | 3 | 30.000 | RXPJTL2 | 0.00 | 2.00 |
| 50383093093 | BUPRENORPHINE 8 MG TABLET SL | 09/10/2018 | 3 | 30.000 | RXPJTL2 | 0.00 | 3.00 |
| 00054018913 | BUPRENORPHIN-NALOXON 8-2 MG SL | 09/10/2018 | 3 | 30.000 | RXPJTL2 | 0.00 | 16.00 |
| 00228315573 | BUPRENORPHIN-NALOXON 8-2 MG SL | 09/10/2018 | 3 | 30.000 | RXPJTL2 | 0.00 | 9.00 |
| 00406802003 | BUPRENORPHIN-NALOXON 8-2 MG SL | 09/10/2018 | 3 | 30.000 | RXPJTL2 | 0.00 | 3.00 |
| 50383028793 | BUPRENORPHIN-NALOXON 8-2 MG SL | 09/10/2018 | 3 | 30.000 | RXPJTL2 | 0.00 | 16.00 |
| 65162041503 | BUPRENORPHIN-NALOXON 8-2 MG SL | 09/10/2018 | 3 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 00591322001 | BUTALB-CAFF-ACETAMINOPH-CODEIN | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 30.00 |
| 00527131201 | BUTALBITAL COMP-CODEINE #3 CAP | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 14.00 |
| 00591354601 | BUTALBITAL COMP-CODEINE #3 CAP | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 89.00 |
| 00527155201 | BUTALBITAL/ASA&CAFF CAPSULE | 09/10/2018 | 3: | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00591321901 | BUTALBITAL-ASA-CAFFEINE CAP | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 8.00 |
| 59011075104 | BUTRANS 10 MCG/HR PATCH | 09/10/2018 | 3 | 4.000 | RXPJTL2 | 0.00 | 0.00 |
| 59011075804 | BUTRANS 15 MCG/HR PATCH | 09/10/2018 | 3 | 4.000 | RXPJTL2 | 0.00 | 0.00 |
| 59011075004 | BUTRANS 5 MCG/HR PATCH | 09/10/2018 | 3 | 4.000 | RXPJTL2 | 0.00 | 0.00 |
| 00009034702 | DEPO-TESTOSTERONE 100 MG/ML VL | 09/10/2018 | 3. | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 00009041701 | DEPO-TESTOSTERONE 200 MG/ML | 09/10/2018 | 3 | 1.000 | RXPJTL2 | 0.00 | 0.00 |
| 00009041702 | DEPO-TESTOSTERONE 200 MG/ML | 09/10/2018 | 3. | 10.000 | RXPJTL2 | 0.00 | 0.00 |
| 17478076106 | DRONABINOL 2.5 MG CAPSULE | 09/10/2018 | 3 | 60.000 | RXPJTL2 | 0.00 | 22.00 |
| 42858086706 | DRONABINOL 2.5 MG CAPSULE | 09/10/2018 | 3 | 60.000 | RXPJTL2 | 0.00 | 0.00 |
| 49884086702 | DRONABINOL 2.5 MG CAPSULE | 09/10/2018 | 3 | 60.000 | RXPJTL2 | 0.00 | 32.00 |
| 49884086802 | DRONABINOL 5 MG CAPSULE | 09/10/2018 | 3 | 60.000 | RXPJTL2 | 2.00 | 30.00 |
| 51991007901 | EEMT DS 1.25-2.5 MG TABLET | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 51991007801 | EEMT HS 0.625-1.25 MG TABLET | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 68462017401 | ESTROGEN-METHYLTESTOS D S. TAB | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 13925017201 | ESTROGEN-METHYLTESTOS F.S. TAB | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 53746007801 | ESTROGEN-METHYLTESTOS F.S. TAB | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 58657040501 | ESTROGEN-METHYLTESTOS F.S. TAB | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 0.00 | 50.00 |
| 62559014901 | ESTROGEN-METHYLTESTOS F.S. TAB | 09/10/2018 | 3 | 100.000 | RXPJTL2 | 1.00 | 0.00 |
| 13925017101 | ESTROGEN-METHYLTESTOS H.S. TAB | 09/10/2018 | 3. | 100.000 | RXPJTL2 | 0.00 | 0.00 |

WVBOP_FEDWV_00016726

DEF-WV-01989.00200

| | | | | | | |
|---|---|---|---|---|---|---|
| | ESTROGEN-METHYLTESTOS H.S. TAB | 09/10/2018 | 3 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 58657040601 | ESTROGEN-METHYLTESTOS H.S. TAB | 09/10/2018 | 3 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 62559015001 | ESTROGEN-METHYLTESTOS H.S. TAB | 09/10/2018 | 3 | 100.000 RXPJTL2 | 0.00 | 80.00 |
| 68462017301 | ESTROGEN-METHYLTESTOS H.S. TAB | 09/10/2018 | 3 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 52544095701 | FIORICET 50-325-40 MG TABLET | 09/10/2018 | 3 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 12496120201 | SUBOXONE 2 MG-0.5 MG SL FILM | 09/10/2018 | 3 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 12496120203 | SUBOXONE 2 MG-0.5 MG SL FILM | 09/10/2018 | 3 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 12496128302 | SUBOXONE 2 MG-0 5 MG TABLET SL | 09/10/2018 | 3 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 12496120401 | SUBOXONE 4 MG-1 MG SL FILM | 09/10/2018 | 3 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 12496120403 | SUBOXONE 4 MG-1 MG SL FILM | 09/10/2018 | 3 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 12496120801 | SUBOXONE 8 MG-2 MG SL FILM | 09/10/2018 | 3 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 12496120803 | SUBOXONE 8 MG-2 MG SL FILM | 09/10/2018 | 3 | 30.000 RXPJTL2 | 0.00 | 1.00 |
| 12496130602 | SUBOXONE 8 MG-2 MG TABLET SL | 09/10/2018 | 3 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 62756001740 | TESTOSTERON CYP 1,000 MG/10 ML | 09/10/2018 | 3 | 10.000 RXPJTL2 | 1.00 | 0.00 |
| 62756001640 | TESTOSTERON CYP 2,000 MG/10 ML | 09/10/2018 | 3 | 10.000 RXPJTL2 | 0.00 | 0.00 |
| 00591211481 | TESTOSTERONE 30 MG/1.5 ML PUMP | 09/10/2018 | 3 | 90.000 RXPJTL2 | 2.00 | 0.00 |
| 66993096389 | TESTOSTERONE 30 MG/1.5 ML PUMP | 09/10/2018 | 3 | 90.000 RXPJTL2 | 0.00 | 0.00 |
| 00591352430 | TESTOSTERONE 50 MG/5 GRAM GEL | 09/10/2018 | 3 | 5.000 RXPJTL2 | 0.00 | 0.00 |
| 66993093430 | TESTOSTERONE 50 MG/5 GRAM GEL | 09/10/2018 | 3 | 5.000 RXPJTL2 | 0.00 | 0.00 |
| 00591321730 | TESTOSTERONE 50 MG/5 GRAM PKT | 09/10/2018 | 3 | 5.000 RXPJTL2 | 0.00 | 0.00 |
| 00409655701 | TESTOSTERONE CYP 100 MG/ML | 09/10/2018 | 3 | 10.000 RXPJTL2 | 0.00 | 0.00 |
| 00409656201 | TESTOSTERONE CYP 200 MG/ML | 09/10/2018 | 3 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 00574082001 | TESTOSTERONE CYP 200 MG/ML | 09/10/2018 | 3 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 00574082010 | TESTOSTERONE CYP 200 MG/ML | 09/10/2018 | 3 | 10.000 RXPJTL2 | 0.00 | 0.00 |
| 62756001540 | TESTOSTERONE CYP 200 MG/ML | 09/10/2018 | 3 | 1.000 RXPJTL2 | 10.00 | 0.00 |
| 69442048001 | TUZISTRA XR 14 7-2.8 MG/5 ML | 09/10/2018 | 3 | 473.000 RXPJTL2 | 0.00 | 83.00 |
| 00228202710 | ALPRAZOLAM 0.25 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00228202796 | ALPRAZOLAM 0.25 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 1.00 | 75.00 |
| 00603212721 | ALPRAZOLAM 0.25 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00781106101 | ALPRAZOLAM 0.25 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00904585861 | ALPRAZOLAM 0.25 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 59762371901 | ALPRAZOLAM 0.25 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 59762371904 | ALPRAZOLAM 0.25 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 15.00 |
| 00228202996 | ALPRAZOLAM 0.5 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 00378400305 | ALPRAZOLAM 0.5 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 00603212821 | ALPRAZOLAM 0.5 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 59762372001 | ALPRAZOLAM 0.5 MG TABLET | 09/10/2018 | 4 | 100 RXPJTL2 | 0.00 | 0.00 |
| 59762372004 | ALPRAZOLAM 0.5 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 1.00 | 198.00 |
| 67253090111 | ALPRAZOLAM 0.5 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 8.00 |
| 00228203150 | ALPRAZOLAM 1 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 1.00 | 305.00 |
| 00378400505 | ALPRAZOLAM 1 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 00603212928 | ALPRAZOLAM 1 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 59762372103 | ALPRAZOLAM 1 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 00228203910 | ALPRAZOLAM 2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 3.00 | 47.00 |
| 00378400701 | ALPRAZOLAM 2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00781108901 | ALPRAZOLAM 2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 59762372201 | ALPRAZOLAM 2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 67253090310 | ALPRAZOLAM 2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 65162080906 | ALPRAZOLAM ER 0.5 MG TABLET | 09/10/2018 | 4 | 60.000 RXPJTL2 | 0.00 | 0.00 |
| 65162081006 | ALPRAZOLAM ER 1 MG TABLET | 09/10/2018 | 4 | 60.000 RXPJTL2 | 0.00 | 0.00 |
| 65162081206 | ALPRAZOLAM ER 2 MG TABLET | 09/10/2018 | 4 | 60.000 RXPJTL2 | 0.00 | 0.00 |
| 65162081306 | ALPRAZOLAM ER 3 MG TABLET | 09/10/2018 | 4 | 60.000 RXPJTL2 | 0.00 | 0.00 |
| 59762005901 | ALPRAZOLAM XR 1 MG TABLET | 09/10/2018 | 4 | 60.000 RXPJTL2 | 2.00 | 0.00 |
| 00024542131 | AMBIEN 10 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 30.00 |
| 00024552131 | AMBIEN CR 12.5 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 30.00 |
| 00093309256 | ARMODAFINIL 150 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 00378343293 | ARMODAFINIL 150 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 00781803731 | ARMODAFINIL 150 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 1.00 |
| 59651004730 | ARMODAFINIL 200 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 1.00 | 0.00 |
| 00378343393 | ARMODAFINIL 250 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 2.00 | 20.00 |
| 00781805331 | ARMODAFINIL 250 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 10.00 |

DEF-WV-01989.00201

| NDC | Drug | Date | | Qty | | |
|---|---|---|---|---|---|---|
| | BELSOMRA 10 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 00006033530 | BELSOMRA 20 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 1.00 | 0.00 |
| 62856052960 | BELVIQ 10 MG TABLET | 09/10/2018 | 4 | 60.000 RXPJTL2 | 0.00 | 32.00 |
| 00054309036 | BUTORPHANOL 10 MG/ML SPRAY | 09/10/2018 | 4 | 2.500 RXPJTL2 | 0.00 | 0.00 |
| 60505081301 | BUTORPHANOL 10 MG/ML SPRAY | 09/10/2018 | 4 | 2.500 RXPJTL2 | 0.00 | 0.00 |
| 51525590101 | CARISOPRODOL 250 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 23.00 |
| 00591551305 | CARISOPRODOL 350 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 344.00 |
| 00603258221 | CARISOPRODOL 350 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 42543070001 | CARISOPRODOL 350 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00555015802 | CHLORDIAZEPOXIDE 5 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 70.00 |
| 49884030802 | CLONAZEPAM 0.5 MG DIS TABLET | 09/10/2018 | 4 | 60.000 RXPJTL2 | 0.00 | 0.00 |
| 00093083201 | CLONAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00093083210 | CLONAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 00185006301 | CLONAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00228300350 | CLONAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 123.00 |
| 00378191010 | CLONAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 16714046901 | CLONAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 16729013600 | CLONAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 16729013616 | CLONAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 17.00 |
| 43547040650 | CLONAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 00093083301 | CLONAZEPAM 1 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00093083305 | CLONAZEPAM 1 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 185.00 |
| 00093083310 | CLONAZEPAM 1 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 00378191210 | CLONAZEPAM 1 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 00781556710 | CLONAZEPAM 1 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 16729013700 | CLONAZEPAM 1 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 16729013716 | CLONAZEPAM 1 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 138.00 |
| 43547040750 | CLONAZEPAM 1 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 00093083405 | CLONAZEPAM 2 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 70.00 |
| 16729013800 | CLONAZEPAM 2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 66.00 |
| 43547040850 | CLONAZEPAM 2 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 1.00 | 230.00 |
| 00378003001 | CLORAZEPATE 3.75 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 51672404201 | CLORAZEPATE 3.75 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 1.00 | 6.00 |
| 51672404301 | CLORAZEPATE 7.5 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 20.00 |
| 00187065920 | DIASTAT ACUDIAL 12.5-15-20 MG | 09/10/2018 | 4 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 00187065820 | DIASTAT ACUDIAL 5-7 5-10 MG KT | 09/10/2018 | 4 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 00172392770 | DIAZEPAM 10 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 10.00 |
| 00378047705 | DIAZEPAM 10 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 1.00 | 26.00 |
| 51862006405 | DIAZEPAM 10 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 199.00 |
| 00172392570 | DIAZEPAM 2 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 3.00 |
| 00378027105 | DIAZEPAM 2 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 429.00 |
| 00172392670 | DIAZEPAM 5 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 95.00 |
| 00378034505 | DIAZEPAM 5 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 51862006305 | DIAZEPAM 5 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 1.00 | 290.00 |
| 00093613832 | DIAZEPAM 5-7.5-10MG GEL KIT(2) | 09/10/2018 | 4 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 33342030011 | ESZOPICLONE 2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 91.00 |
| 00093553901 | ESZOPICLONE 3 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 80.00 |
| 33342030111 | ESZOPICLONE 3 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00591024005 | LORAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 484.00 |
| 00781537105 | LORAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 64125090405 | LORAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 69315090405 | LORAZEPAM 0.5 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 10.00 |
| 00591024105 | LORAZEPAM 1 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 486.00 |
| 00591024110 | LORAZEPAM 1 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 69315090505 | LORAZEPAM 1 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 76.00 |
| 00591024201 | LORAZEPAM 2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 9.00 |
| 69315090605 | LORAZEPAM 2 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 250.00 |
| 00409198530 | LORAZEPAM 2 MG/ML CARPUJECT | 09/10/2018 | 4 | 1.000 RXPJTL2 | 0.00 | 0.00 |
| 65162068784 | LORAZEPAM 2 MG/ML ORAL CONCENT | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 65862060130 | MODAFINIL 100 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 2.00 | 0.00 |
| 62332038630 | MODAFINIL 200 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 4.00 | 0.00 |

WVBOP_FEDWV_00016728

DEF-WV-01989.00202

|  | MODAFINIL 200 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 13.00 |
|---|---|---|---|---|---|---|
| 63459021530 | NUVIGIL 150 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 28.00 |
| 67386031401 | ONFI 10 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 60.00 |
| 00781280901 | OXAZEPAM 10 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 66.00 |
| 00228206910 | OXAZEPAM 15 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00591039501 | PENTAZOCINE-NALOXONE TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 1.00 | 0.00 |
| 43386068001 | PENTAZOCINE-NALOXONE TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 17.00 |
| 00143145805 | PHENOBARBITAL 100 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 39.00 |
| 00603516532 | PHENOBARBITAL 16.2 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 51293062501 | PHENOBARBITAL 16.2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 1.00 | 0.00 |
| 00603150858 | PHENOBARBITAL 20 MG/5 ML ELIX | 09/10/2018 | 4 | 473.000 RXPJTL2 | 0.00 | 0.00 |
| 00143145005 | PHENOBARBITAL 30 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 250.00 |
| 00603516632 | PHENOBARBITAL 32.4 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 13517011110 | PHENOBARBITAL 32.4 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 393.00 |
| 00143145505 | PHENOBARBITAL 60 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 426.00 |
| 00603516721 | PHENOBARBITAL 64.8 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 13517011201 | PHENOBARBITAL 64.8 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 57.00 |
| 51293062701 | PHENOBARBITAL 64.8 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 20.00 |
| 00603516821 | PHENOBARBITAL 97.2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 13517011301 | PHENOBARBITAL 97.2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 25.00 |
| 51293062801 | PHENOBARBITAL 97.2 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 80.00 |
| 10702002601 | PHENTERMINE 15 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 80.00 |
| 10702002610 | PHENTERMINE 15 MG CAPSULE | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 00185500001 | PHENTERMINE 30 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 10702002801 | PHENTERMINE 30 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 13107010601 | PHENTERMINE 30 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 1.00 | 0.00 |
| 00527174330 | PHENTERMINE 37.5 MG CAPSULE | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 10702002901 | PHENTERMINE 37.5 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 10.00 |
| 10702002501 | PHENTERMINE 37.5 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 13107006101 | PHENTERMINE 37.5 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 51224010150 | PHENTERMINE 37.5 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 6.00 |
| 00228207610 | TEMAZEPAM 15 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 46.00 |
| 00378401001 | TEMAZEPAM 15 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 6.00 |
| 00781220101 | TEMAZEPAM 15 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 67877014601 | TEMAZEPAM 15 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 70.00 |
| 00228207710 | TEMAZEPAM 30 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 2.00 | 0.00 |
| 00378505001 | TEMAZEPAM 30 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 82.00 |
| 67877014701 | TEMAZEPAM 30 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 4.00 |
| 00406996001 | TEMAZEPAM 7.5 MG CAPSULE | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 25.00 |
| 10370022111 | TRAMADOL ER 100 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 42858090103 | TRAMADOL ER 100 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 47335053183 | TRAMADOL ER 100 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 10370022211 | TRAMADOL ER 200 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 42858090203 | TRAMADOL ER 200 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 47335053383 | TRAMADOL ER 200 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 10370022311 | TRAMADOL ER 300 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 42858090303 | TRAMADOL ER 300 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 47335053783 | TRAMADOL ER 300 MG TABLET | 09/10/2018 | 4 | 30.000 RXPJTL2 | 0.00 | 0.00 |
| 00093005801 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00093005805 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 00378415101 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 00378415105 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 16714011106 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 16714048103 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 57664037708 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 60505017101 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 60505017102 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 65162062710 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 100.000 RXPJTL2 | 0.00 | 0.00 |
| 65162062711 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 0.00 | 0.00 |
| 65162062750 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 500.000 RXPJTL2 | 0.00 | 0.00 |
| 68382031910 | TRAMADOL HCL 50 MG TABLET | 09/10/2018 | 4 | 1000.000 RXPJTL2 | 1.00 | 140.00 |

WVBOP_FEDWV_00016729

DEF-WV-01989.00203

| NDC | Drug | Date | | Qty | | | |
|---|---|---|---|---|---|---|---|
| | TRAMADOL HCL ER 100 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 47335085983 | TRAMADOL HCL ER 100 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 49884082111 | TRAMADOL HCL ER 100 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 10147090203 | TRAMADOL HCL ER 200 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 47335086083 | TRAMADOL HCL ER 200 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 49884082211 | TRAMADOL HCL ER 200 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 10147090303 | TRAMADOL HCL ER 300 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 47335086183 | TRAMADOL HCL ER 300 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 49884082311 | TRAMADOL HCL ER 300 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 00172635960 | TRAMADOL-ACETAMINOPHN 37.5-325 | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00172635970 | TRAMADOL-ACETAMINOPHN 37.5-325 | 09/10/2018 | 4 | 500.000 | RXPJTL2 | 0.00 | 0.00 |
| 00378808801 | TRAMADOL-ACETAMINOPHN 37.5-325 | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 49884094601 | TRAMADOL-ACETAMINOPHN 37.5-325 | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 53746061701 | TRAMADOL-ACETAMINOPHN 37.5-325 | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 57664053713 | TRAMADOL-ACETAMINOPHN 37.5-325 | 09/10/2018 | 4 | 500.000 | RXPJTL2 | 0.00 | 0.00 |
| 57664053718 | TRAMADOL-ACETAMINOPHN 37.5-325 | 09/10/2018 | 4 | 1000.000 | RXPJTL2 | 0.00 | 0.00 |
| 57664053788 | TRAMADOL-ACETAMINOPHN 37.5-325 | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 60505264401 | TRAMADOL-ACETAMINOPHN 37.5-325 | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 68382033405 | TRAMADOL-ACETAMINOPHN 37.5-325 | 09/10/2018 | 4 | 500.000 | RXPJTL2 | 0.00 | 359.00 |
| 59762371809 | TRIAZOLAM 0.25 MG TABLET | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 97.00 |
| 50458065960 | ULTRAM 50 MG TABLET | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 50458065330 | ULTRAM ER 100 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 50458065530 | ULTRAM ER 200 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 50458065730 | ULTRAM ER 300 MG TABLET | 09/10/2018 | 4 | 30.000 | RXPJTL2 | 0.00 | 0.00 |
| 61874010060 | VIBERZI 100 MG TABLET | 09/10/2018 | 4 | 60.000 | RXPJTL2 | 0.00 | 0.00 |
| 61874007560 | VIBERZI 75 MG TABLET | 09/10/2018 | 4 | 60.000 | RXPJTL2 | 0.00 | 0.00 |
| 00093526901 | ZALEPLON 10 MG CAPSULE | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 99.00 |
| 00093526801 | ZALEPLON 5 MG CAPSULE | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 85.00 |
| 16714055102 | ZALEPLON 5 MG CAPSULE | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00228348211 | ZOLPIDEM TART ER 12.5 MG TAB | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 6.00 |
| 00955170310 | ZOLPIDEM TART ER 12.5 MG TAB | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 13.00 |
| 47335030888 | ZOLPIDEM TART ER 12.5 MG TAB | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 2.00 | 85.00 |
| 00228348111 | ZOLPIDEM TART ER 6 25 MG TAB | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 50.00 |
| 00955170210 | ZOLPIDEM TART ER 6.25 MG TAB | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 4.00 |
| 00093007401 | ZOLPIDEM TARTRATE 10 MG TABLET | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 4.00 | 33.00 |
| 13668000801 | ZOLPIDEM TARTRATE 10 MG TABLET | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 94.00 |
| 16714062201 | ZOLPIDEM TARTRATE 10 MG TABLET | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 00093007301 | ZOLPIDEM TARTRATE 5 MG TABLET | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 1.00 | 65.00 |
| 13668000701 | ZOLPIDEM TARTRATE 5 MG TABLET | 09/10/2018 | 4 | 100.000 | RXPJTL2 | 0.00 | 1.00 |
| 50383007916 | ACETAMINOPHN-COD SL 120-12MG/5 | 09/10/2018 | 5 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 00603107558 | CHERATUSSIN AC SYRUP | 09/10/2018 | 5 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 00603107558 | CHERATUSSIN DAC SYRUP | 09/10/2018 | 5 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 00378041501 | DIPHENOXYLATE-ATROP 2 5-0.025 | 09/10/2018 | 5 | 100.000 | RXPJTL2 | 0.00 | 25.00 |
| 59762106101 | DIPHENOXYLATE-ATROP 2 5-0.025 | 09/10/2018 | 5 | 100.000 | RXPJTL2 | 0.00 | 0.00 |
| 59762106102 | DIPHENOXYLATE-ATROP 2.5-0.025 | 09/10/2018 | 5 | 1000.000 | RXPJTL2 | 0.00 | 0.00 |
| 62559049001 | DIPHENOXYLATE-ATROP 2.5-0.025 | 09/10/2018 | 5 | 100.000 | RXPJTL2 | 3.00 | 42.00 |
| 16571030216 | GUAIFENESIN AC COUGH SYRUP | 09/10/2018 | 5 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 00121077516 | GUAIFENESIN-CODEINE SYRUP | 09/10/2018 | 5 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 00071101568 | LYRICA 100 MG CAPSULE | 09/10/2018 | 5 | 90.000 | RXPJTL2 | 0.00 | 70.00 |
| 00071101668 | LYRICA 150 MG CAPSULE | 09/10/2018 | 5 | 90.000 | RXPJTL2 | 1.00 | 80.00 |
| 00071101768 | LYRICA 200 MG CAPSULE | 09/10/2018 | 5 | 90.000 | RXPJTL2 | 0.00 | 9.00 |
| 00071101968 | LYRICA 225 MG CAPSULE | 09/10/2018 | 5 | 90.000 | RXPJTL2 | 0.00 | 0.00 |
| 00071101268 | LYRICA 25 MG CAPSULE | 09/10/2018 | 5 | 90.000 | RXPJTL2 | 1.00 | 29.00 |
| 00071101868 | LYRICA 300 MG CAPSULE | 09/10/2018 | 5 | 90.000 | RXPJTL2 | 0.00 | 78.00 |
| 00071101368 | LYRICA 50 MG CAPSULE | 09/10/2018 | 5 | 90.000 | RXPJTL2 | 1.00 | 2.00 |
| 00071101468 | LYRICA 75 MG CAPSULE | 09/10/2018 | 5 | 90.000 | RXPJTL2 | 0.00 | 78.00 |
| 60432054116 | MYTUSSIN DAC SYRUP | 09/10/2018 | 5 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 00603152058 | PHENYLHISTINE DH LIQUID | 09/10/2018 | 5 | 473.000 | RXPJTL2 | 0.00 | 0.00 |
| 00173081259 | POTIGA 200 MG TABLET | 09/10/2018 | 5 | 90.000 | RXPJTL2 | 0.00 | 0.00 |
| 00173081359 | POTIGA 300 MG TABLET | 09/10/2018 | 5 | 90.000 | RXPJTL2 | 0.00 | 0.00 |
| 00173081459 | POTIGA 400 MG TABLET | 09/10/2018 | 5 | 90.000 | RXPJTL2 | 0.00 | 0.00 |

Confidential

DEF-WV-01989.00204

|  | POTIGA 50 MG TABLET | 09/10/2018 | 5 | 90.000 RXPJTL2 | 0.00 | 0.00 |
| 00603158858 | PROMETHAZINE VC-CODEINE SYRUP | 09/10/2018 | 5 | 473.000 RXPJTL2 | 0.00 | 0.00 |
| 00603158558 | PROMETHAZINE-CODEINE SYRUP | 09/10/2018 | 5 | 473.000 RXPJTL2 | 0.00 | 120.00 |
| 50383080416 | PROMETHAZINE-CODEINE SYRUP | 09/10/2018 | 5 | 473.000 RXPJTL2 | 0.00 | 0.00 |
| 60432060616 | PROMETHAZINE-CODEINE SYRUP | 09/10/2018 | 5 | 473.000 RXPJTL2 | 1.00 | 150.00 |
| 00131247835 | VIMPAT 100 MG TABLET | 09/10/2018 | 5 | 60.000 RXPJTL2 | 0.00 | 30.00 |
| 00131248035 | VIMPAT 200 MG TABLET | 09/10/2018 | 5 | 60.000 RXPJTL2 | 0.00 | 0.00 |

**RITE AID-6401 US RTE 60**
**6401 US ROUTE 60 EAST**
**BARBOURSVILLE, WV 25504-1200**
**FW7342316**

**\*\* This Inventory was taken at the OPEN / CLOSE of business**
**\*\* NOTE: Open/Close selection should match the signature cover sheet.**
**\*\* Please store in Annual/PIC Inventory Record Keeping Box**

Confidential

DEF-WV-01989.00205



RECEIVED
AUG 3 1 2018
WV Board of Pharmacy

**Office**
2310 Kanawha Blvd. East
Charleston, WV 25311

**Website: wvbop.com**

**Phone**
(304)558-0558
(304)558-0572

## In State
## Notification of Interim
## Pharmacist-In-Charge (PIC)

(To be designated for a period not to exceed sixty days.  If requesting for any period of time longer than sixty days a written request must be presented to the full Board for review)

Pharmacy Name  Walgreen Co dba Rite Aid #00968

Pharmacy License #  MP0552506

Address of Pharmacy  6401 US Route 60 E

City Barboursville   State WV   Zip 25510   Phone# 304-736-2738

Interim PIC

Name  Justin Lutsy

License# RP0007553

Home Phone# 304-545-4541

Outgoing PIC

Name  Michael Chaney

License# RP0006893

Home Phone# 304-593-8966

Previous Employer:

Rite Aid /WAG

New Employer:

An inventory of all controlled substances was taken on:   Date 8/28/18

As the incoming PIC, I state that I have reviewed my pharmacy's Duties of the PIC and that I have reviewed and fully understand West Virginia Rules §15-1-20.  **Duties and Responsibilities of the Pharmacist-in-Charge.**

Signature of Incoming PIC   Date 8/28/18

Signature of Outgoing PIC   Date 8/28/18

*Note: If the departing and incoming P-I-C are unable to conduct the inventory together, a closing inventory shall be conducted by the departing P-I-C and a separate beginning inventory shall be conducted by the incoming P-I-C.
*Note: This Interim P-I-C form must be mailed to the Board office along with detailed explanation of the circumstances which warrant the change.  Make a copy of the original permit, on this copy, draw a line through the name of the outgoing PIC, write the name of the Interim PIC in indelible ink upon the copied permit, and put it on your pharmacy wall until the return of the PIC.

DEF-WV-01989.00207

The PIC Michael Chaney will be leaving the company as of 08/28/2018. Justin Lutsy will be taking over until September 10, 2018. At that time the Rite Aid will be closed due to the Walgreens/Rite Aid acquisition.

Confidential

WVBOP_FEDWV_00016734

DEF-WV-01989.00208

Confidential

WVBOP_FEDWV_00016735

DEF-WV-01989.00209