http://www.ampainsoc.org/fifth.htm  Go   MAR **APR** MAY
◀ **27** ▶
1 capture
27 Apr 1997                                                                1996 **1997** 1998    About this capture



# Pain: The Fifth Vital Sign

*Vital Signs are taken seriously. If pain were assessed with the same zeal as other vital signs are, it would have a much better chance of being treated properly. We need to train doctors and nurses to treat pain as a vital sign. Quality care means that pain is measured and treated.*

**James Campbell, MD**
**Presidential Address**
**American Pain Society**
**Los Angeles, CA**
**November 11, 1995**

---

### FIVE THINGS YOU CAN DO TO IMPROVE PAIN ASSESSMENT AND TREATEMENT

✓ Consider **pain the fifth vital sign** and assess patients for pain every time you check for pulse, blood pressure, core temperature, and respiration.

✓ Urge your colleagues to take their patients' complaints of pain seriously. Remind them not to put patients in the position of asking for a favor when they want pain relief.

✓ Inform patients that they deserve to have their pain evaluated and treated.

✓ Work to implement the APS *Quality Improvement Guidelines for the Treatement of Acute Pain and Cancer Pain* in your own practice setting. (*JAMA, 274,* 1874-1880)

✓ Wear your Fifth Vital Sign button and make opportunities to explain the importance of pain evaluation and treatment to other healthcare professionals and to the public.

---

  BACK → Advocacy and Initiatives

Last updated October 31, 1996
Copyright© 1996 Association Management Center.

