About Us

| HOME | REGISTRATION | REPORTING | RESOURCES | ABOUT US |

**ABOUT US**

ABOUT US

The mission of DEA's Diversion Control Division is to prevent, detect, and investigate the diversion of controlled pharmaceuticals and listed chemicals from legitimate sources while ensuring an adequate and uninterrupted supply for legitimate medical, commercial, and scientific needs.

**Program Description**

**Contact Us**

**Diversion Control Division (DEA Headquarters)**

**Find Your Local Diversion Field Office**

**Contact Local Registration Specialist**

**Mailing Addresses for Topics Related to the Title 21 Code of Federal Regulations**

**Submit a Tip to DEA**

**Tactical Diversion Squads**

**Customer Service Plan (January 2010)**

**Get Email Updates:**

Program Description
Contact Us
Customer Service Plan
DEA Forms & Applications
Mailing Addresses
Meetings & Events
Privacy Notice
What's New

DEF_WV_Trial_00007944

DEF-WV-02408.00001

DEF-WV-02408

Writing:





**HOME** | **CONTACT US** | **A-Z SUBJECT INDEX** | **PRIVACY NOTICE** | **WEBSITE ASSISTANCE**

### REGISTRATION
- Applications
- Tools
- Resources
- CMEA Required Training & Self-Certification
- Quota Applications
- Notice of Registration

### ABOUT US
- Program Description
- Customer Service Plan
- DEA Forms & Applications
- Mailing Addresses
- Meetings & Events
- What's New

### REPORTING
- ARCOS
- BCM Online
- Chemical Import/Export Declarations
- CSOS (Controlled Substances Ordering System)
- Theft/Loss Reporting
- Import/Export
- Medical Missions
- Registrant Record of Controlled Substances Destroyed
- Quotas
- Reports Required by 21 CFR
- Submit a Tip to DEA
- Year-End Reports

### RESOURCES
- Cases Against Doctors
- Chemical Control Program
- CMEA (Combat Meth Epidemic Act)
- Controlled Substance Schedules
- DATA Waived Physicians
- Drug Disposal Information
- Drug and Chemical Information
- E-commerce Initiatives
- Federal Agencies & Related Links
- Federal Register Notices
- National Prescription Drug Take Back Day
- NFLIS
- Publications & Manuals
- Questions & Answers
- Significant Guidance Documents
- Synthetic Drugs
- Title 21 Code of Federal Regulations
- Title 21 USC Codified CSA

**DIVERSION CONTROL DIVISION**

U.S. DEPARTMENT OF JUSTICE • DRUG ENFORCEMENT ADMINISTRATION
Diversion Control Division • 8701 Morrissette Drive • Springfield, VA 22152 • 1-800-882-9539

**DEA.GOV** | **JUSTICE.GOV** | **USA.GOV** | **REGULATIONS.GOV**

DOJ Legal Policies and Disclaimers | DOJ Privacy Policy | FOIA | Section 508 Accessibility

**COVID-19 Information Page**

**Emergency Disaster Relief**

**Meetings & Events**

**Privacy Notice**

About Us

## What's New

### REGISTRATION CALL CENTER / DIVERSION SERVICE CENTER

**1-800-882-9539 or DEA.Registration.Help@usdoj.gov**

ARCOS Reporting, CSA, Registration Applications, Changes to Name, Address, and/or Schedules, Fee Exempt, CMEA, Data-Waived Physicians, Mid-Level Practitioners

To better serve your needs, please include the following information:
**Subject Line:**
Brief Description Title (i.e., Address Changes, CMEA, Renewal Applications, New Applications, etc.)
**Body:**
Describe the reason for your email. Include your contact information.

### DIVERSION WEBSITE ASSISTANCE HELP DESK

**DEADiversionWebmaster@usdoj.gov**

CSOS, Drug Theft Loss (DTL), Technical Website Issues.
Tell us what you think about our website and/or our online forms.
Comments and suggestions are welcomed.

To better serve your needs, please include the following information:
**Subject Line:**
Brief Description Title (i.e., website issues, comments, DTL, etc.)
**Body:**
Describe the reason for your email. Include your contact information.

### ELECTRONIC PRESCRIPTIONS FOR CONTROLLED SUBSTANCES

**EPCS@usdoj.gov**

The regulations provide pharmacies, hospitals, and practitioners with the ability to use modern technology for controlled substance prescriptions while maintaining the closed system of controls on controlled substances.

### DRUG & CHEMICAL EVALUATION SECTION

**571-362-3249**

Drug & Chemical Information, Scheduling Actions, Exempted Lists    ODE@usdoj.gov

Bulk Chemical Manufacturer Reports    BCMReports@usdoj.gov

National Forensic Laboratory Information System    NFLIS@usdoj.gov

### REGULATORY SECTION

(For general regulatory questions, please contact your Local Diversion Field Office.)

**571-362-3314**

Import/Export Permits and Declarations (Controlled Substances)    CSIMEX@usdoj.gov

DEF_WV_Trial_00007946

DEF-WV-02408.00003

About Us

Import/Export Permits and Declarations (Chemical) — Chemical.IMEX@usdoj.gov
ITDS - International Trade Data System — ITDS@usdoj.gov
Mail Order Distribution Reports — Mail-Ordersales@usdoj.gov
Medical Missions — Medical.Mission@usdoj.gov
Natural Disasters — Natural.Disaster@usdoj.gov
Tablet Encapsule Machine — Tablet-EncapsuleMachine@usdoj.gov
Transshipment of Controlled Substances — Transshipment@usdoj.gov

**LIAISON & POLICY SECTION**

**571-362-3260**

Conferences, Publications, Communications, Customer Service Plan — ODLL@usdoj.gov
For interpretation and guidance on DEA policies and regulations — ODLP@usdoj.gov
DEA Policy Questions should be sent in writing —
DEA Diversion Control Division
Attn: Liaison and Policy Section
8701 Morrissette Drive
Springfield, VA 22152

**PHARMACEUTICAL INVESTIGATIONS SECTION**

**571-362-1720**

Retail Summary Reports — Targeting&Analysis@usdoj.gov
Online Reporting: Extortion Scam, RX Abuse, Suspicious Pharmacies — **Submit a Tip to DEA**

**CHEMICAL INVESTIGATIONS SECTION**

**571-362-3352 or DOC@usdoj.gov**

**UN REPORTING AND QUOTA SECTION**

**DRQ Phone Number: 571-362-3248**

**DRQ Fax number: 571-362-3998**

Quota Applications, Year-End Reports — DEAQuotas@usdoj.gov

DEF_WV_Trial_00007947

DEF-WV-02408.00004