**From:** Miller, Amanda K [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=ES36S2H]
**Sent:** 4/24/2013 1:00:45 PM
**To:** Graziano, David [david.graziano@mckesson.com]
**Subject:** RE: CSMP 4/23/13

No, TCR's are done same day. They'll be able to order tonight. Melenie should know this- TCR's are commonplace.

---

**From:** Graziano, David
**Sent:** Wednesday, April 24, 2013 8:00 AM
**To:** Miller, Amanda K
**Subject:** Re: CSMP 4/23/13

Good morning!
Thanks for the immediate attention. So in theory it will update at midnight and official by tomorrow?
Thanks
Dave

Sent from my iPhone

On Apr 24, 2013, at 8:41 AM, "Miller, Amanda K" <Amanda.Miller2@McKesson.com> wrote:

Sure I can put that it right now. Don't need any add'l info. It will be completed today.

Thanks,
Amanda

---

**From:** Graziano, David
**Sent:** Tuesday, April 23, 2013 7:56 PM
**To:** Miller, Amanda K
**Subject:** Fwd: CSMP 4/23/13

Amanda,
Thank you for notifying Melenie of the threshold she is approaching.
Can you please have the threshold increased by 3000.
This will be an increase from 9000 to 12000.
Her store has picked up additional volume hence the need for the increased controls.
I have to follow up with her on a few topics tomorrow.
Can you please let me know if their is any additional information I can request from her to allow the increase to
Go into affect. Please let me know the estimated time frame it will take, and confirmation when completed.

Thank you for your help on this
Dave

Sent from my iPhone

Begin forwarded message:

**From:** Melenie Petropoulos <mpetropoulos@marcs.com>
**Date:** April 23, 2013, 5:46:15 PM EDT
**To:** "'Graziano, David'" <David.Graziano@McKesson.com>
**Subject:** FW: CSMP 4/23/13

David,


PLAINTIFFS TRIAL EXHIBIT
P-00054_00001

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00476776
P-00054_00001

Please arrange to increase the threshold for oxycodone for Marcs 24WA from 9000 to 12000.

| BM2807824 | 471289 | MARC'S 24WA | 9143 | OXYCODONE | 9000 | 8900 | 98.89 |

Please advise me if you require additional information.

Thanks,

Melenie

*Melenie Petropoulos, R.Ph.*

Vice President, Pharmacy
Marc Glassman, Inc.
5841 West 130th Street
Cleveland, Ohio 44130
216-265-7700
216-265-7744 (fax)
mpetropoulos@marcs.com



This email is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify sender by email, and destroy all copies of the original message.

---

**From:** Miller, Amanda K [mailto:Amanda.Miller2@McKesson.com]
**Sent:** Tuesday, April 23, 2013 9:55 AM
**To:** Melenie Petropoulos (Melenie Petropoulos)
**Subject:** CSMP 4/23/13

Melenie-

Let me know if you need to make any adjustments.

| BM2735756 | 398707 | XPECT 29CR | 9143 | OXYCODONE | 8000 | 7000 | 87.5 |
| BM2807824 | 471289 | MARC'S 24WA | 9143 | OXYCODONE | 9000 | 8900 | 98.89 |
| BM2927804 | 523991 | MARC'S 26SC | 9143 | OXYCODONE | 10000 | 7500 | 75 |

Best Regards,
**Amanda Miller**
Account Manager, RNA Support Solutions

**McKesson Corporation**
1220 Senlac
Carrollton, TX 75006
972.360.1368 Office

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00476777
P-00054_00002

214.649.1419 Cell
amanda.miller2@mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient (s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00476778
P-00054_00003