

AmerisourceBergen Corporation
P.O. Box 959
Valley Forge, PA 19482
1300 Morris Drive
Chesterbrook, PA 19087-5594

Phone 610.727.7000
Fax 610.727.3600
www.amerisourcebergen.com

# Memorandum

| | |
|---|---|
| To: | Distribution Center Associates |
| CC: | Trevor McLinn, Steve Mays, Debbie Swartz, Mary Fox, Scott Johnson |
| From: | Chris Zimmerman, Frank Napoli |
| Date: | June 29, 2007 |
| Subject: | **UPDATE:** OMP Distribution Center Procedures |

In an effort in improve AmerisourceBergen's (ABC) ability to monitor suspicious orders, ABC is implementing a new Controlled Substance/Listed Chemical Order Monitoring Program (OMP). This new program is designed to minimize the amount of manual maintenance required and will provide ABC with more clearly defined parameters as to the definition and identification of a suspicious order. This new program will also allow ABC to review, release, or cancel potentially suspicious orders before they are shipped to customers. This will result in greater control by the Distribution Centers (DCs) and ABC corporate over the quantity of product that customers are authorized to order. OMP supplements due diligence performed to open a new account and ABC's obligation to "know your customer." Also, associates must still report unusual factors that raise suspicions—even if an order is below OMP thresholds.

OMP will classify each customer based on specific criteria. Customers will be grouped by their DEA classification, such as Hospital/Clinic, Retail, Practitioner, Distributor, etc. Within these classifications, ABC will then classify an account as either Small, Medium or Large based on its monthly sales volume. A pre-determined threshold will be set for each classification of customer for each of the selected drugs in a Generic Code Number (GCN), such as Hydrocodone, Benzodiazepine or Phentermine.

OMP will use customer criteria to monitor sales of families of drugs on a monthly basis. When a customer order of a GCN item exceeds the established threshold, the order for that item will go into OMP Review. Once an order is in OMP Review, the DC will have the opportunity to review the order and take appropriate action.

The OMP Review process is a new DC requirement that must be conducted daily/nightly. During the review process, the DC will either release the order to be picked and shipped, cancel the order, or flag the order to be reviewed by Corporate Security and Regulatory Affairs (CSRA).

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

PLAINTIFFS TRIAL EXHIBIT
P-00187_00001

ABC-MSAGC00000075
ABDCMDL00000075
P-00187_00001

If an order is released or cancelled, the DC must enter a code and/or free form text to indicate why the action is being taken (see pp. 4-5). The system will log the user ID, date and time of any action taken. Any order not released or cancelled will be electronically submitted to CSRA to review the following business day (and CSRA may cancel or release it, or hold it for further investigation). Orders that are investigated by CSRA will be reported to the Drug Enforcement Administration (DEA). CSRA will also review released and cancelled orders to confirm they are being handled consistently and appropriately. All subsequent orders that continue to exceed the monthly threshold will be rejected from processing until the OMP held item is released. The reason for this rejection will be relayed to the customer as a "Not Serviced" message on the customer invoice.

All customer thresholds and criteria can be modified and are subject to change by CSRA at any time.

## OMP SCREEN SHOTS AND INSTRUCTIONS

Identified below are sample screen shots and instructions for the DC to follow during the OMP review process.

This screen can be accessed from menu option B25D#18 or C17M#10. This will allow access to the OMP HOLD REVIEW / RELEASE screen. This screen will display all orders on OMP Hold in ascending customer number, order date, and OMP family Item Code sequence. The user will enter "S" to select a customer order for review.

```
B250041RG-S01                AmerisourceBergen                      6/21/07
ZI17090                    OMP Hold Review / Release                20:15:55
CF 06/11/07                                                         Div: 040

  Reposition to Customer: 000-000000        Display Only Status:
                                                              OMP  OMP
S  Customer   Ship-To Name                 Ord Date    DEA#   Fam Lines Stat
   020-000984 FIRST CHOICE/SMITH'S #424    2007-06-18 BS6629678 A1    1
   020-000984 FIRST CHOICE/SMITH'S #424    2007-06-18 BS6629678 C1    1
   020-024117 GOOT'S #1 UNITED #877     !  2007-06-18 BG5758137 A1    1
   020-024117 GOOT'S #1 UNITED #877     !  2007-06-18 BG5758137 D1    2
   020-024117 GOOT'S #1 UNITED #877     !  2007-06-18 BG5758137 E1    1
   020-024141 GOOT'S PHARMERICA-PCA        2007-06-18 BG5758113 A1    1
   020-024141 GOOT'S PHARMERICA-PCA        2007-06-18 BG5758113 C1    2
   020-024141 GOOT'S PHARMERICA-PCA        2007-06-18 BG5758113 D1    1
   020-029512 *SUNSITES CLINIC DRUG        2007-06-18 BU1394939 C1    1
   020-029587 FEDERAL PRISON CAMP EL PASO  2007-06-18 BF2210691 D1    2
   020-030684 VA MEDICAL CENTER (OUTPT PHY) 2007-06-18 AG3307724 C1   2
   020-030684 VA MEDICAL CENTER (OUTPT PHY) 2007-06-18 AG3307724 D1   1
   020-030742 CARL T HAYDEN VA MED CTR (OP) 2007-06-18 AC4260701 C1   1
   020-030742 CARL T HAYDEN VA MED CTR (OP) 2007-06-18 AC4260701 D1   1
                                                                    More...
     F3-Exit, F4-Cust Inquiry, F5-Refresh    S-Select for Detail Display
                  (C) Copyright 2007, AmerisourceBergen
```

The "Reposition to Customer" field will give you the ability to position the screen on a particular customer. If you are unsure of the customer number you can place the cursor in the field and press F4 for customer inquiry. This will allow the

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000076
ABDCMDL00000076
P-00187 00002

user to search for a customer and return the customer number back to the OMP Review / Release screen. The Customer Inquiry screen is displayed below:

```
 B70025-S001          AmerisourceBergen        Division 012           6/06/07
 DOP2401                    CUSTOMER INQUIRY/SELECTION                09:53:35
 THU Run: 2                                                           6/07/07

  Customer#    Name......................... DEA#.....
                                                        Phone Number   RTE STP
 -----------------------------------------------------------------------------
  012-001024 *  GNP ZONE PRICING 1-2                                   M58 NOW
  012-001032 *  GNP ZONE PRICING 3-4                                   M59 NOW
  012-001255 *  LONGSD                                                 M60 NOW
  012-000802 *  MSI RETURN GOODS CAGE     RA0289050                    M61 NOW
  012-001297 *  UNITED DRUG CP FILE                                    M62 NOW
  012-001701 *  VONS #01   CP FILE                                     M63 NOW
  012-001651 *  VONS #02   CP FILE                                     M64 NOW
  012-001305 *  VONS #03   CP FILE                                     M65 NOW
  012-001404 *  VONS #05   CP FILE                                     M66 NOW
  012-001453 *  VONS #06   CP FILE                                     M67 NOW
  012-001503 *  VONS #07   CP FILE                                     M68 NOW
  012-001552 *  VONS #08   CP FILE                                     M69 NOW
  012-001800 *  VONS APS CP FILE                                       M70 NOW
  012-082412 *  ABBOTT PHARMACEUTICALS                                 M71 NOW
  024-012112 *  ABBOTT PHARMACUETICALS               1 559 442 6555    M72 NOW
 - COPYRIGHT 2004, AMERISOURCEBERGEN CORPORATION -----------------------------
 F1=HELP, F3=EOJ, F7=View Salesman, F10=View, F12=Exit, ENTER, ROLL, "S"elect
```

When a customer is selected from the OMP Review / Release screen the corresponding order detail will be displayed.

1. Customer number and customer ship-to name.
2. Customer DEA number.
3. Customer DEA type description: Hospital/Clinic, Retail, Distributor, Practitioner, etc.
4. Customer DEA size code: (S)mall, (M)edium, (L)arge
5. OMP item family and class code.
6. Alloc: Allocated monthly quantity to date
7. Revw: Quantity on OMP Review
8. Max: Customer monthly threshold for item
9. Ovr%: Percent ordered quantity exceeds threshold

```
 B250042RG-S02              AmerisourceBergen                     6/21/07
 ZI17090                 OMP Hold/Review/Release                   20:19:03
 CF 06/11/07                                                       Div: 040
                                                     Alloc:        12000
 Cust: 020-053173 DEMING HOSP.CORP/DBA MIMBRES   DEA# BD4954005 Revw.:  917235
 DEA Cust Type...:                           Cust Size: L   Max..:      5000
 OMP Item Family.: TEST DESCRIPTION OF FULL VALUE Family CD: Z1 Ovr%: 18484.70
 Initial OMP Failure: Exceeded The OMP Customer/Item Family Threshold

 S   Qty    Item#   Description                              Reason     Units
      6   275+297  ALPRAZOLAM 0.25MG TAB 500      400105 MYL             3000
      7   262-527  MORPH SUL 20MG/ML SOL 120ML    088603 EHX              840
     99   001+248  HYDROCOD/GUA 5/100 MG EXP 16OZ 01594 TEV
     99   001+293  HYDROCOD/APAP 10/660 MG TAB 100 0567 WSN              9900
     99   001r776  M-CLEAR SYR 16OZ                071016 RAC           47520
     99   002-093  DURATUSS HD ELX 16OZ            040016 VRM           47520
     99   004r251  CODICLEAR DH SYR 118ML          013404 VRM           11880
     99   006+098  BUTALB/ASA/CF 50/325/40 CAP 100 1439 URL              9900
     99   006+421  FIORICET/COD 30MG CAP 100       095801 WAT            9900
     99   006+440  FIORINAL/COD 30MG CAP 100       095601 WAT            9900
     99   006-580  M-CLEAR SYR 473ML               071516 RAC           47520
     99   006+924  NUCOFED CHERRY EXP 16OZ         001616 MNR           47520 +
              F3=Exit, F11=Drop, F12=Previous, F21=Update All
                  (C) Copyright 2007, AmerisourceBergen
```

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000077
ABDCMDL00000077
P-00187_00003

In this screen the user can select an item to be released or cancelled by selecting an item and pressing F10. To select all items press F21.

Once an item has been selected and accepted the OMP HOLD REVIEW / RELEASE – UPDATE screen will appear. Here the user must enter an action code and free form text. Key action code and press ENTER.

The codes should be used in the following situations:

AD = Approved By Div - Allocate
- This code should be used by the DC associate during the initial review. If the DC associate determines that the order quantity is not suspicious (based on the "know your customer" philosophy) the order can be released. "<u>Know your customer</u>" means knowing which accounts are hospitals, DoD accounts, the warehouse for a chain or grocery customer, or another large customer that has a known legitimate and well-established need for high volumes of controlled drugs and listed chemicals.
- You will receive information on an ongoing basis from CSRA that will help you make appropriate determinations. When in doubt, do not release an order so that CSRA can review it. "Know your customer" begins when a new account is opened, which under new procedures cannot happen until CSRA reviews detailed information about the account.
- Approval of a non-suspicious order is appropriate in an emergency – although a confirming phone call or other action may be appropriate (or information may originate with a customer calling ABC with the reason for an unusual order).
- Unless there are unusual factors, approval may be appropriate for DoD accounts, hospitals, Medco, PMSI, PharMerica, Kindred, Kaiser, warehouse for a chain or grocery customer, central fill pharmacies and other large, well-known accounts, particularly if an order takes a customer just over its threshold at the end of a month. Remember: Report unusual factors that raise suspicions.
- Such exceptions should be rare for retail and alt care pharmacies, particularly after thresholds are adjusted to reflect individual customer buying patterns.
- When in doubt, orders should be held for CSRA review.
- ***Any Dept. of Defense (DOD) order that is in OMP Review and approved to be released will have to be cancelled and re-entered with a new call number if you have already run invoices for the night.***

CD = Cancelled By Div
- This code should be used by the DC associate during the initial review if you determine that the order is not suspicious but should be cancelled because, for example, the order quantity is obviously not correct based on prior purchases. See discussion (above) about "know your customer" philosophy.

After you enter the code, you should document the action you are taking by entering a comment in the "Comment" field. The reason why you are taking the action or the name of the associate who instructed you to take the action should be entered in this field.

4

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000078
ABDCMDL00000078
P-00187_00004

```
  B250042RG-S02              AmerisourceBergen                      6/21/07
  ZI17090                  OMP Hold/Review/Release                 20:19:03
  CF 06/11/07                                                      Div: 040
                                                          Alloc:      12000
  Cust: 020-053173 DEMING HOSP.CORP/DBA MIMBRES  DEA# BD4954005 Revw.:  917235
  DEA Cust Type...:                     Cust Size: L  Max..:        5000
  OMP Item Family.: TEST DESCRIPTION OF FULL VALUE Family CD: Z1 Ovr%: 18484.70
  Initial OMP Failure: Exceeded The OMP Customer/Item Family Threshold
  ..............................................................................
  : Qty    Item#   Description                       Reason       Units   :
  :   99   001+293 HYDROCOD/APAP 10/660 MG TAB 100 0567 WSN         9900  :
  :                                                                       :
  : Enter the Review Action Code and Optional Comment                     :
  : AC = Approved By CSRA - Allocate    CC = Cancelled By CSRA            :
  : AD = Approved By Div  - Allocate    CD = Cancelled By Div             :
  :                                                                       :
  : Code(?):                                                              :
  : Comment:                                                              :
  :                                                                       :
  :                                                                       :
  :                                                                       :
  :                         F12=Previous                                  :
  :.......................................................................
```

The "F21- Update All" will allow you to enter a code for all of the records on the screen. Here the user must enter an action code and free form text. Key action code and press ENTER.

There is an additional action code on this screen for you to use to flag the order to be investigated by the CSRA Department.

IN = Investigate - Transmit to CSRA
- This code should be used after the initial review by the DC associate to identify that orders lines should be investigated by CSRA. These order lines will be transmitted to CSRA during the Star End of Day (EOD) process and will be marked "CSRA" to indicate they have been sent.

The following codes are used by CSRA in the following situations:

AC = Approved By CSRA – Allocate
- This code should be used when you receive notification back from CSRA that an order was investigated and approved to release.
- **Any Dept. of Defense (DOD) order that is in OMP Review and approved to be released will have to be cancelled and re-entered with a new call number.**

CC = Cancelled By CSRA
- This code should be used when you receive notification back from CSRA that an order was investigated and should be cancelled.

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000079
ABDCMDL00000079
P-00187_00005

```
 B250042RG-S02              AmerisourceBergen                    6/21/07
ZI17090                   OMP Hold/Review/Release                20:20:48
CF 06/11/07                                                      Div: 040
                                                        Alloc:     12000
Cust: 020-053173 DEMING HOSP.CORP/DBA MIMBRES   DEA# BD4954005 Revw.:    917235
DEA Cust Type...:                        Cust Size: L  Max..:      5000
OMP Item Family.: TEST DESCRIPTION OF FULL VALUE Family CD: Z1 Ovr%:  18484.70
Initial OMP Failure: Exceeded The OMP Customer/Item Family Threshold
................................................................................
: Update all of the OMP held records for this customer and OMP item faimily  :
: code with the review action code and optional Comment below.               :
: AC = Approved By CSRA - Allocate      CC = Cancelled By CSRA               :
: AD = Approved By Div  - Allocate      CD = Cancelled By Div                :
: IN = Investigate - Transmit to CSRA                                        :
:                                                                            :
: Code(?):                                                                   :
: Comment:                                                                   :
:                                                                            :
:                                                                            :
:                                                                            :
:                                                                            :
:              F3=Exit, F10=Update All, F12=Previous                         :
:............................................................................:
```

Once an action code has been entered and ENTER has been pressed a confirmation screen will appear. Press F21 to confirm action.

```
B250031-S002              AmerisourceBergen                    09:17:52
  6/06/07           OMP HOLD REVIEW / RELEASE -  [redacted]      Units
                                                        Sales: 123456789
Cust: 012-000547 TEPLOW DRUGS            DEA# PM0120674 Held.: 123456789
DEA Customer type: 12345678901234567890123456789 Cust size: M  Max..: 123456789
OMP Item Family..: 12345678901234567890123456789 Family CD: C1 Over.:  9999.99%

    Update all of the OMP held records for this customer and OMP item family
    Code with the review action code and optional comment below.

    CODE(?): AP   Approve Order - Release to allocate

    Comment: 12345678901234567890123456789012345678901234567890
             12345678901234567890123456789012345678901234567890
             12345678901234567890123456789012345678901234567890
             12345678901234567890123456789012345678901234567890

    [Are you sure?  Hit F21 again to apply this code and comment to all records]

              (C)  Copyright 2004, AmerisourceBergen
  Enter  F4=(?)Search  F12=Previous  F21=Apply code and comment to all records
```

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000080
ABDCMDL00000080
P-00187_00006

Screen B25A #6 will display the total number of lines a customer currently has on OMP Review.

```
B25081-S002                    AmerisourceBergen                   23:32:30
6/26/07                   CUSTOMER ORDER STATUS INQUIRY
                               ORDER HELD DISPLAY

 Customer #   Customer Ship-to-Name      Process Date/Time   Series1 Date/Time
 049-122259   AMERISOURCEBERGEN -ECH     06/26/07 23.27.32   Multi-Header Ord.
 Member Info: DONE          B232732CSO   06/27/07 23.27.48
 Total Lines/Order:              Origin: Cust Service Order      Retn:

 Number of Lines Filled/Held For:
   OMP Review.....:    13  (Total Number of Lines in OMP Review)




            (C)    Copyright 2004, AmerisourceBergen
 F1=HELP    F3=Exit   F10=Display Detail    F12=Previous Screen
```

If two users try to access the same item in OMP Review the screen below will be displayed:

```
 B250043RG-S001                 AmerisourceBergen                    6/21/07
 ZI17090                    OMP Hold Review / Release               20:21:22
 CF 06/11/07                        WARNING                         Div: 040
                                                         Alloc:      12000
 Cust: 020053173 DEMING HOSP.CORP/DBA MIMBRES   DEA# BD4954005 Revw.:  917235
 DEA Customer-Type:                        Cust Size  L  Max..:      5000
 OMP Item Family..: TEST DESCRIPTION OF FULL VALU Family Cd Z1 Ovr%:  18484.70
 Intial OMP Failure: Exceeded The OMP Customer/Item Family Threshold
 _____

       The current status of this record is IN USE and is not available.
       The record was last updated by user ZI17090   at 20:19:02 on 07/06/21


       These records are currently under OMP review by the user shown above.




                              F12=Previous
                   (C) Copyright 2007, AmerisourceBergen
```

## AVAILABLE CUSTOMER OMP STATUS REPORTS

The four following reports can be generated using OMPQRYCL (Call OMPQRYCL) from STAR Command Line.

    1) OMP activity report by Customer.
    2) OMP activity report by OMP item family.
    3) OMP Customers that have exceeded an OMP item family threshold.
    4) OMP Customers that are between 90% and 100% of an OMP item family threshold.

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000081
ABDCMDL00000081
P-00187_00007

| PHASE 1 vs. PHASE 2 ||
| PHASE 1 | PHASE 2 |
|---|---|
| Reserved orders can not be used in CSO. Customer will receive message indicating such. | Reserved orders can be used in CSO. |
| If a customer is set-up to always Alt Serv for a particular item, the accumulated monthly quantity will build separately in both DC's. | The accumulated monthly quantity will only build in the home DC. |
| Query OMPQRYCL will provide activity reporting based on customer and based on OMP item family, including customers approaching or exceeding thresholds. | A daily "Activity Report" will print each day in the DC to list all orders that are on review, cancelled, or released in OMP. A copy of this report will also be sent to CSRA. (Implementation will be shortly after Phase 2.) |

## MISCELLANEOUS

- All new customers are set-up to default to "small".
- The Item Family threshold accumulation by customer is not decremented when a credit is processed. It will be decremented when a fail to pick or order edit is done.
- COE customers will see a new message for item family. If they perform a soft allocation they will get a message that says "dispatch to allocate."

9

Order Monitoring Process
(OMP)





10

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000083
ABDCMDL00000083
P-00187_00009

## DEA Notification Process



11

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000084
ABDCMDL00000084
P-00187_00010