# Order Monitoring Process (OMP)

**AmerisourceBergen**

*Handwritten annotations:* STEVE MAYS — 2007 → 2014 — HOLD

**Flowchart:**

- Customer Submits Order → DC Receives Order → System Interrogates Order Via Process Rules → Does Order Pass Initial Interrogation?
- Business Rules:
  - DEA Business Type
  - Account Size
  - Usage Based on other Like Business Types
  - By GCN, by Dose
- Pass → Process Order as Normal → Report Transaction Via ARCOS
- Hold → Transfer Order to Hold File → DC Staff Interrogates Order
  - No Action Taken → Hold Current and all Future Orders from Customer of like items
  - Delete Entire Order
  - Hold Order for Review → DC Reports to CSRA for review → CSRA Reports suspicious orders to DEA
  - Accept/Approve Order

To: Distribution Center Associates
CC: Trevor McLinn, Steve Mays, Debbie Swartz, Mary Fox, Scott Johnson
From: Chris Zimmerman, Frank Napoli
Date: June 29, 2007
Subject: **UPDATE:** OMP Distribution Center Procedures

PLAINTIFFS TRIAL EXHIBIT P-00187a