# ABC Diversion Control Program

The Sales Associate Role in Diversion Control



PLAINTIFFS TRIAL
EXHIBIT
**P-00193_00001**

1

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000124
ABDCMDL00000124
P-00193_00001

# Regulatory Responsibility

Title 21 of the Code of Federal Regulations:

**1301.71(a)** – "All applicants and registrants shall provide **effective controls** and **procedures** to guard against theft and diversion of controlled substances."

Distributors viewed as a "choke point."

Copyright 2007 – AmerisourceBergen – Not to be duplicated in whole or in part without the express written permission of AmerisourceBergen Corporation

2

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000125
ABDCMDL00000125
P-00193_00002

## Regulatory Responsibility

- **21 CFR 1301.74** requires that registrants design and operate systems to identify suspicious **orders** and report suspicious **orders** to DEA when discovered.

- Reporting suspicious orders to DEA does <u>NOT</u> relieve the distributor of the responsibility to maintain effective controls to prevent diversion.

- DEA cannot tell a distributor if an order is legitimate or not and usually will not tell the distributor whether or not to ship.

- Distributor must make a "business decision" whether or not to ship the order.

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000126
ABDCMDL00000126
P-00193_00003



CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000127
ABDCMDL00000127
P-00193_00004

# Order Monitoring Program

- Customers classified according to DEA business activity.
- Total monthly dollar volume = customer size
- Thresholds = average of products dispensed of like classified customers + 300%.
- Thresholds are continually evaluated based on variables such as business model, location, specialties, etc.

5

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000128
ABDCMDL00000128
P-00193_00005

# What is a suspicious order?

- Is the quantity being ordered unusually large?
- Does the order deviate substantially from a normal pattern?
- Is the frequency of the order unusual?
- Is the item(s) being ordered high-risk, or prone to diversion?

6

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000129
ABDCMDL00000129
P-00193_00006

# Suspicious Order Investigation

- Order flagged by OMP
- Unusual size, deviates substantially from a normal pattern, unusual frequency, item type.
- Purchase history.
- Dollar volume/product mix.
- Ratio of CS to Non-CS purchases.
- Contact with customer.
- Is there a rationale for the order?
- Site visit.
- Responsibility not to ship a suspicious order.

7

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000130
ABDCMDL00000130
P-00193_00007

# CSRA Investigation and Status

- As currently configured, orders that are sent to CSRA for investigation are uploaded to Metastorm about once an hour.

- CSRA reviews orders from 7 AM Eastern until approximately 10 PM Eastern.

- If CSRA approves an order for release, the DC will be notified by automated E-mail.

- If CSRA rejects an order that will be reported to the DEA as suspicious, the order will be held in the queue.

8

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000131
ABDCMDL00000131
P-00193_00008

# CSRA Investigation and Status

- Orders reported as suspicious are uploaded to DEA HQ at 3 PM eastern each day.
- The process will change with the SAP deployment and the procedure will be updated as that occurs.

9

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000132
ABDCMDL00000132
P-00193_00009

# Requests for Threshold Review

- Requests for threshold review should be submitted by the ACM or other responsibility to the Director – Diversion Control Program.
- The request must be made in writing using the proper form which can be found on the CSRA web site or Street Smart.

10

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000133
ABDCMDL00000133
P-00193_00010

# Criteria for Threshold Review

Based upon sales volume and controlled substance (CS) ratio, CSRA has been able to place all retail pharmacy accounts into one of four categories, which determines how CSRA will approach adjustments to the account's established threshold levels.

11

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000134
ABDCMDL00000134
P-00193_00011

# Criteria for Threshold Review

Initial threshold levels for Retail Pharmacy Accounts are currently established by size:

Retail Small – Total monthly dollar volume < $99 K.
Retail Medium – Total monthly dollar volume $100K - $249,999.
Retail Large – Total monthly dollar volume > $250K.

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000135
ABDCMDL00000135
P-00193_00012

**1)  Low Dollar Volume / Low CS Ratio:**  Customers in this category are likely to be newly established accounts. CSRA will consider raising threshold levels within reason as long as total monthly dollar volume rises along with its CS volume.

**2)  High Dollar Volume / Low CS Ratio**:  Customers in this category are generally Primary Accounts and not a concern. Threshold levels can be raised once justification is provided.

13

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000136
ABDCMDL00000136
P-00193_00013

**3) <u>High Dollar Volume / High CSRatio</u>**:  Customers in this category are generally Primary Accounts that specialize in Pain Management.  Since these accounts already purchase a high percentage of controlled substances (over 40%), CSRA will not increase current threshold levels on these accounts without an extensive review of the account's file which may require an on-site inspection.

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000137
ABDCMDL00000137
P-00193_00014

**4)  Low Dollar Volume / High CS Ratio**:  Customers in this category are generally Secondary Accounts, and account for the majority of the OMP issues.  Sales, the VP/DCM, and potentially the RVP should closely evaluate the business decision to service these accounts:

    a.)  is there a potential to transition this secondary account to primary; or

    b.)  is ABC assisting/enabling its competitor's to retain primary accounts by providing these accounts with "high risk" controlled substances because the primary distributor has limited the account's controlled substance quantities to limit its exposure?

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000138
ABDCMDL00000138
P-00193_00015

CSRA will not increase threshold levels on these accounts unless there is: an increase in the customer's total monthly dollar volume; a decrease in CS ratio; an extensive review of the account file; and most likely an on-site inspection.

16

## New Customer Due Diligence

- The questions are there for a reason – Answer all!
- Unanswered questions slow the process.
- Q5 – Start up, Existing Business, Suppliers.
- Q8 – Full disclosure.
- Q10 – 14 – Ownership.
- Q22 – Distribution and the retail pharmacy.
- Q31 – Unless a start-up should have data.
- Signatures / photographs

17

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000140
ABDCMDL00000140
P-00193_00017

# Red Flag



CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000141
ABDCMDL00000141
P-00193_00018



CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000142
ABDCMDL00000142
P-00193_00019

# Red Flag



CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000143
ABDCMDL00000143
P-00193_00020



CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000144
ABDCMDL00000144
P-00193_00021



CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000145
ABDCMDL00000145
P-00193_00022



23

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

# Corporate OMP Contacts

- Ed Hazewski – 610-727-3680
  After hours emergency – 302-584-2932
- Dave Breitmayer – 610-727-7223
- Kevin Kreutzer – 610-727-2726
- Joe Tomkiewicz – 815-221-3612 (Chicago DC)

24

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000147
ABDCMDL00000147
P-00193_00024