| | |
|---|---|
| **From:** | Zimmerman, Chris |
| **Sent:** | Fri, 24 Feb 2012 19:06:43 -0500 (EST) |
| **To:** | Neu, Dave[DNeu@amerisourcebergen.com] |
| **Subject:** | HDMA |

I spoke to John, they have softened the language in the brief. The question now is whether the submit the brief.

Cardinal says yes, McK is not to keen on the idea in fear of retaliation from DEA, and the smaller guys could go either way.

Also concerned with the optics that HDMA file brief on Monday and then testifies on Wednesday. How will DEA interpret, why now all the uproar from HDMA.

I also prefaced my comments that we have know idea of what DEA has that they felt strong enough to immediately suspend Cardinal and 2 CVS pharmacies immediately. If DEA has strong evidence against Cardinal and HDMA weighs in with the impression DEA acted irresponsibly, that would not be good.

John said he was going to think about it over the weekend. I am in Monday if you want to discuss.

Have a good weekend.

Chris



PLAINTIFFS TRIAL EXHIBIT
P-00214_00001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000057518
ABDCMDL00571243

P-00214 _ 00001