| | |
|---|---|
| From: | "Eddy, Julie" <JEddy@amerisourcebergen.com> |
| Sent: | Fri, 25 Feb 2011 15:23:49 -0500 (EST) |
| To: | "Zimmerman, Chris" <CZimmerman@amerisourcebergen.com>, "Mays, Steve"<SMays@amerisourcebergen.com> |
| Subject: | Oxycontinville |

Found this in a FL paper to be sung with tune from Jimmy Buffet's Margaritaville

Headin' for strip malls

Drivin' till night falls

All of these tourists, carrying cash

Lookin' for pill mills

For phantom back ills

Gettin' in line for my Florida stash

Wastin' away again in OxyContinville

Searchin' for my last doctor to shop

Some people claim that there's a gov'nor to blame

But I'm glad, he's just a corporate sop.

I drove from Kentucky

Hoped to get lucky

Stockpiling meds for me and for you

They're a real measure

Of drug-dealer treasure

How I'll drive home, I haven't a clue

Wastin' away again in OxyContinville

Searchin' for my last doctor to shop

Some people claim that there's a gov'nor to blame

But I'm glad, he's just a corporate sop.
F

*Julie Anne Eddy, RN, JD*
*Director State Government Affairs*

AmerisourceBergen
1300 Morris Drive
Chesterbrook, PA 19087
jeddy@amerisourcebergen.com
610.727.7361
610.727.3650 (fax)

PLAINTIFFS TRIAL EXHIBIT
P-00217_00001

ABDC-STCT002940300
ABDCMDL08090633
P-00217 _ 00001