

AmerisourceBergen Corporation
Corporate Security & Regulatory Affairs
1300 Morris Drive
Chesterbrook, PA 19087-5594

**MEMORANDUM**

TO:        Chris Zimmerman
FROM:      Ed Hazewski, Kevin Kreutzer, Joseph Tomkiewicz
DATE:      January 19, 2009
SUBJECT:   RVP Talking Points

Background information:

Retail Small – Total monthly dollar volume < $100 K.
Retail Medium – Total monthly dollar volume $100K - $249,999.
Retail Large – Total monthly dollar volume > $250K.

Current default thresholds for OX and HY:

|        | OX     | HY     |
|--------|--------|--------|
| Small  | 12,366 | 18,480 |
| Medium | 24,732 | 39,960 |
| Large  | 37,098 | 55,440 |

Category of customers:

1. Low dollar volume and low ratio of CS.
2. High dollar volume and low ratio of CS.
3. Low dollar volume ( < $100K) and high ( > 30%) ratio of CS. The average retail customer in our customer base has a CS ratio of about 12%.
4. High dollar volume and high ratio of CS.

Suggestions:

1. Customers in this category are likely to be newly established accounts. We will consider raising thresholds within reason with the assumption that their total monthly dollar volume rises along with their volume. It will be the responsibility of the ACM to notify CSRA when their total monthly dollar volume exceeds $100K.
2. Customers in this category are generally not a concern. Thresholds can be raised once justification is provided.
3. Division managers should first make a business decision on whether to continue to service the account. Thresholds will remain firm. No orders surpassing the threshold will be released and no thresholds will be raised unless there is a change in the

PLAINTIFFS TRIAL EXHIBIT
P-00432_00001

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000169
ABDCMDL00000169
P-00432 _ 00001

  customer's total monthly dollar volume. It will be the responsibility of the ACM to notify CSRA when their total monthly dollar volume exceeds $100K.
4. Thresholds will remain firm for the appropriate customer size. No orders surpassing the threshold will be released and no thresholds will be changed unless there is a change in the customer's ratio of CS.

**Miscellaneous:**

- Metastorm calculates usage on dosage units ordered. In Orlando the units shipped are generally much lower than the units ordered due to inventory issues. This proposal could help ease the inventory issue since the total going out should be less.
- If this is acceptable, we will undertake a review of the top 25 purchasers of HY and OX and adjust thresholds accordingly to bring those accounts more in line with the proposal.

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

ABC-MSAGC00000170
ABDCMDL00000170
P-00432 _ 00002