**Volume 12, Issue 4**

**October 2008 - December 2008**

# West Virginia Board of Medicine Quarterly Newsletter

### INSIDE THIS ISSUE

| | |
|---|---|
| 2009 Renewal Process | 1 |
| Election of Board Officers  Staff News | 2 |
| Changes in Board Membership  Board Members | 3 |
| Board Actions | 4 |
| CME for Physician Assistants  Drug Dispensing Certificates | 5 |
| Drug Abuse Quitline  Copies of Federation Publication | 6 |
| Pharmaceutical Industry Marketing Practices | 7 |
| Licensing Statistics  Reminder for Physician Assistant Supervisors | 8 |
| Change of Address Form | 9 |
| Change of Address Info  Meeting Dates | 10 |

## 2009 RENEWAL PROCESS

### Medical Doctors and Podiatrists

Only those medical doctors whose last names begin with the letters M through Z and all podiatrists are required to renew for the years 2009—2011. For the years 2009—2011, the Board of Medicine will not be mailing a paper renewal application to all the medical doctors and podiatrists who are renewing their licenses. Beginning May 14, 2009, licensees who meet the criteria for online renewal may go to the Board's website at www.wvdhhr.org/wvbom and follow the online renewal directions. The criteria are as follows:
1. currently hold an ACTIVE medical/podiatric license;
2. currently hold an INACTIVE medical/podiatric license and will renew in an INACTIVE status;
3. have obtained the required continuing medical/podiatric education;
4. answer "no" to all questions (see "Renewal FAQ's" currently on the Board's website); and
5. desire to pay via credit/debit card.

If a licensee is unable to use the online renewal service, he or she will need to request a paper renewal application to complete and return to the Board offices. The online application or paper application must be completed **BEFORE** June 30, 2009, at 4:30 p.m.

### Physician Assistants

In mid-February, 2009, licensure renewal applications will be mailed to all physician assistants. Renewal applications will be mailed to the address of record on file at the Board office. It is the responsibility of the licensee to keep this office apprised of any address change, in writing. For a physician assistant license to remain valid and in force, the fully completed renewal application and fee must be RECEIVED in the Board office **BEFORE** Tuesday, March 31, 2009, at 4:30 p.m. The physician assistant's license will expire if the required continuing medical education has not been obtained (see related article on Page 5). If a licensee does not receive a renewal application, it is his or her responsibility to inform the Board and to request a duplicate. Every application will be computer-generated to include personalized information previously reported by the physician assistant and approved by the Board. However, each licensee will need to review this information to ensure that it is accurate. Physician assistants will not have the option of renewing licenses online.

### Drug Dispensing

In mid-April, 2009, those medical doctors and podiatrists who are currently registered with the Board as dispensing physicians will be able to renew their drug dispensing certificates online. These dispensing physicians may go to the Board's website at www.wvdhhr.org/wvbom and follow the online renewal directions. If a drug dispensing physician is unable to use the online renewal service, he or she will need to request a paper renewal application to complete and return to the Board offices. The licensee may call the Board offices at 304.558.2921 x 224 to request a drug dispensing renewal application. The online application or paper application should be completed **BEFORE** June 30, 2009, at 4:30 p.m.

DEF_WV_Trial_00043565

DEF-WV-03616.00001

DEF-WV-03616



# ELECTION OF BOARD OFFICERS

*John A. Wade, Jr., M.D.*, an otolaryngologist, engaged in the private practice of medicine in Point Pleasant, West Virginia, was recently re-elected President of the West Virginia Board of Medicine for his second term.

*J. David Lynch, Jr., M.D.*, specializing in Physical and Rehabilitation Medicine in Morgantown, West Virginia, was re-elected Vice President of the West Virginia Board of Medicine. This is Dr. Lynch's first full term as Vice President.

## STAFF NEWS

John K. McHugh, the Board's Disciplinary Counsel for the past two (2) years, has transferred from the Board of Medicine to another attorney position within State Government. During his tenure, John provided excellent counsel to the Complaint Committee and set new and better standards for this position. He remains highly regarded by members of the Board and staff and will be missed.

The Board would like to welcome Wendy Lewis as the Board's Receptionist/Certification and Verification Coordinator. Wendy brings to this position solid office experience stemming from her previous work in the outpatient medical arena and already has made a smooth transition into her new role at the Board of Medicine.

| Ext # | Staff of the West Virginia Board of Medicine 304.558.2921 | |
|---|---|---|
| 227 | Robert C. Knittle, M.S. | Executive Director |
| 214 | Deborah Lewis Rodecker, J.D. | Counsel |
| 211 | Lori Blaney | Paralegal |
| 212 | M. Ellen Briggs | Administrative Assistant to the Executive Director |
| 222 | Leslie A. Higginbotham | Investigator, CMBI |
| 210 | Charlotte A. Jewell | Physician Assistant Coordinator |
| 224 | Wendy Lewis | Receptionist/Certification and Verification Coordinator |
| 216 | Michael R. Lilly | Information Systems Coordinator |
| 213 | Charlotte Ann Pulliam | Complaint Coordinator |
| 220 | Deb Scott | Fiscal Officer |
| 221 | Sheree J. Thompson | Licensure Analyst |

DEF_WV_Trial_00043566

DEF-WV-03616.00002

## CHANGES IN BOARD MEMBERSHIP

After ten (10) years as a member of the Board of Medicine, Dr. Angelo N. Georges resigned from the Board of Medicine at the close of the November 2008, meeting, stating in his farewell speech to the Board that his term limits had expired, and it was now the proper moment for someone else to have the opportunity to serve. Dr. Georges will be sorely missed. At different points in his ten (10) years of service, he was an exemplary President of the Board, Chair of the Complaint Committee, and Chair of the Legislative Committee.

In December 2008, Governor Manchin appointed as a lay member Reverend Richard Bowyer of Fairmont to the Board, succeeding lay member Doris Griffin, M.B.A., of Martinsburg, whose term expired in September 2008. Ms. Griffin served with distinction as a faithful member of both the Licensure and Physician Assistant Committees and was Chair of the Corporate Practice of Medicine Committee. She, too, will be greatly missed and we are grateful for her lengthy service.

Reverend Richard Bowyer has served as a member of the Board in the past, was Chair of the Complaint Committee for a number of years, and we are delighted to welcome him back for another five (5) years.

### West Virginia Board of Medicine
### Board Members

| | |
|---|---|
| John A. Wade, Jr., M.D., President<br>Point Pleasant | Beth Hays, M.A.<br>Bluefield |
| J. David Lynch, Jr., M.D., Vice President<br>Morgantown | Carlos C. Jimenez, M.D.<br>Glen Dale |
| Catherine Slemp, M.D., M.P.H., Secretary<br>Charleston | Vettivelu Maheswaran, M.D.<br>Charles Town |
| R. Curtis Arnold, D.P.M.<br>South Charleston | Bill May, D.P.M.<br>Huntington |
| Rev. Richard Bowyer<br>Fairmont | Joe E. Miller, LtCol USMC (Ret), M.A.<br>Hurricane |
| Michael L. Ferrebee, M.D.<br>Morgantown | Badshah J. Wazir, M.D.<br>South Charleston |
| M. Khalid Hasan, M.D.<br>Beckley | Kenneth Dean Wright, P.A.-C.<br>Huntington |

DEF_WV_Trial_00043567
DEF-WV-03616.00003




# BOARD ACTIONS
## October 2008 — December 2008

**DEWITT, JAN ALLEN, M.D.** – Johnson City, TN (11/10/2008)
WV License No. 21904
Board Conclusion: License to practice medicine in the Commonwealth of Kentucky was acted against or subjected to other discipline.
Board Action: PUBLICLY REPRIMANDED for having his license to practice medicine and surgery acted against by the licensing authority in another state.

**O'BANNON, ROBERT TONEY, III, M.D.** – Grovetown, GA (10/07/2008)
WV License No. 22326
Board Conclusion: Relating to having been denied a license to practice medicine in another state.
Board Action: PUBLICLY REPRIMANDED for being denied a license in another state, and for the actions which led to such denial.

**SCHEMENAUER, STEPHEN AUGUST, P.A.-C.** – Marietta, OH (11/20/2008)
WV License No. 01309
Board Conclusion: Unprofessional conduct.
Board Action: License REINSTATED effective December 1, 2008, under terms.

**STARO, FRANCIS LOUIS, M.D.** – Shepherdstown, WV (11/19/2008)
WV License No. 22437
Board Conclusion: At its regular Board meeting on November 10, 2008, the Board determined that Dr. Staro was not in full compliance with the terms and conditions of the September 8, 2008, Consent Order.
Board Action: The stay was immediately dissolved and the SUSPENSION of Dr. Staro's license was effective November 19, 2008, and shall remain in full force and effect pending Dr. Staro's successful completion of the terms and conditions of the Consent Order.

**TIANO, JOHN THEODORE, M.D.** – Huntington, WV (12/11/2008)
WV License No. 21730
Board Conclusion: Prescribing, dispensing, or administering a prescription drug other than in good faith and in a therapeutic manner in accordance with accepted medical standards, failing to practice medicine acceptably, and unprofessional, unethical, and dishonorable conduct.
Board Action: Effective December 1, 2008, the license to practice medicine and surgery in the State of West Virginia, previously issued to Dr. Tiano, was placed on PROBATION for a period of three (3) years, subject to specified requirements. Dr. Tiano was PUBLICLY REPRIMANDED by the Board for his conduct in this matter.

Case 3:17-cv-01362   Document 1510-16   Filed 01/12/22   Page 5 of 10 PageID #: 73240

# CONTINUING EDUCATION FOR PHYSICIAN ASSISTANTS

Pursuant to 11 CSR 1B 15, in order to acquire continuing education satisfactory to the Board, a physician assistant shall provide written documentation of participation in and successful completion during the preceding two (2) year period of:

- A minimum of fifty (50) hours of continuing education designated as Category I by either the American Medical Association, American Academy of Physician Assistants or the Academy of Family Physicians, **AND**
- fifty (50) hours of continuing education designated as Category II by the association or either academy.
- The one-hundred (100) hours must include two (2) hours of continuing education coursework in the subject of end-of-life care including pain management, since 2001, as described in W. Va. Code § 30-1-7a.

The written documentation may consist of a current original NCCPA certificate, plus documentation of the two (2) hours of end-of-life care including pain management.

For those individuals who are not NCCPA certified, written documentation shall consist of original certificates from the entities named above, evidencing participation in and successful completion of the Category I fifty (50) hours and the Category II fifty (50) hours both as described above, which one-hundred (100) hours must include two (2) hours of continuing education coursework in the subject of end-of-life care including pain management, since 2001, as described in W. Va. Code § 30-1-7a.

There are no other types or categories of continuing education for physician assistants satisfactory to the Board.

# DRUG DISPENSING CERTIFICATES

For those physicians and podiatrists who will be renewing a drug dispensing certificate in 2009, remember that the drug dispensing certificate is issued for a specific location. If you change your work address and leave the location for which the drug dispensing certificate is issued and registered, that specific drug dispensing certificate will no longer be considered valid. It will be necessary to make application to the Board for a new drug dispensing certificate for the new location.

DEF_WV_Trial_00043569

DEF-WV-03616.00005

## WEST VIRGINIA PRESCRIPTION DRUG ABUSE QUITLINE

Prescription drug abusers who want help now have a quitline, 1-866 WVQUITT, (1-866-987-8488) which works twenty four (24) hours a day for seven (7) days each week. Funded by a grant to West Virginia University from the state's Oxycontin settlement with Purdue Pharma, the Quitline's purpose is to educate prescription drug abusers and their families about the problems and services in their areas. Referrals can be made, self-help literature and locations of narcotics anonymous meetings are provided. Information is available as well at www.wvrxabuse.org.

While the effect of this pharmacoepidemic is most pronounced in rural states such as West Virginia, use and abuse of prescription narcotic analgesics have increased dramatically throughout the United States since 1990.

In West Virginia, rural areas have been hit particularly hard with overdoses. During a recent five (5) year period, West Virginia had the largest increase in drug overdose deaths of any state in the country. This alarming problem in West Virginia is the focus of two (2) articles in the December, 2008, issue of the Journal of the American Medical Association, Vol. 300, No. 22, which you may locate online at http://jama.ama-assn.org/cgi/content/full/300/22/2672.

This data conforms to the Board of Medicine's experience of receiving a noticeable increase in calls from our citizens seeking help for their dependence on or addiction to prescription drugs.

## RESPONSIBLE OPIOID PRESCRIBING: A PHYSICIAN'S GUIDE NOW AVAILABLE FOR ONLINE PURCHASE

In the Spring of 2008, the Board of Medicine, in conjunction with the Federation of State Medical Boards and the Health and Human Services Committee on Substance Abuse Treatment (CSAT), was able to distribute this book to every licensed physician and physician assistant in West Virginia. This was the first undertaking of its kind by the Board, and the response to the book has been quite positive. To date nearly 60,000 copies of this 150-page book by pain expert Scott Fishman, M.D., has been distributed through medical boards in 12 states.

The Board has received a number of calls and letters seeking additional copies of this book. In response to increased demand throughout the United States, we are pleased to announce that the book is now available online for purchase through the Federation of State Medical Boards' website. Additional copies may be purchased by going to www.fsmb.org/m_pub.html. For more information, go to www.fsmb.org or contact Kelly Alfred at kalfred@fsmb.org or (817) 868-5160.

Case 3:17-cv-01362 Document 1510-16 Filed 01/12/22 Page 7 of 10 PageID #: 73242

# Website Provides Prescribers Unbiased Information on Pharmaceutical Industry Marketing Practices

A new Web-based tool provides U.S. physicians with access to free, accredited CME courses about pharmaceutical industry marketing techniques and their effect on prescribing practices. Located at www.fsmb.org/re/open/modules.html, the website is part of the Attorney General Consumer and Prescriber Education Grant Program, which provides prescribers tools for accessing unbiased sources of information about drugs.

For example, two modules developed by the Georgetown University Medical Center (GUMC) discuss requirements regarding new drug approvals and how generic drugs are tested and approved.

"We want to educate doctors about the fact that generic drugs are held to exactly the same standard as different batches of branded drugs," said Adriane Fugh-Berman, M.D., associate professor of Physiology and Biophysics at GUMC.

Although pharmaceutical sales representatives may misinform doctors that generic drugs may contain 20 percent less drug than brand-name medications, said Dr. Fugh-Berman, different batches of drugs may differ slightly in potency, but allowable variability never approaches 20 percent.

"Doctors want to take the best care of their patients, but misinformation from drug reps can interfere with good medicine," said Dr. Fugh-Berman. "We want to prevent doctors from increasing the dose of generics to compensate for their supposedly weaker effect, a practice that increases the risk of adverse medication effects."

CME courses on the portal are accredited and available free of charge to all U.S. prescribers. Courses currently available include:

- Drug Approval in the U.S.: How Drugs Get to Market
- Generic Drugs: Prescribing Sensibly
- What's Hype? What's Right? Assessing New Information from Pharm Reps to the Latest Journals
- Why and how are drugs approved?
- There's no such thing as a free lunch ... or dinner
- A Clinician's Guide to Critical Appraisal of Clinical Trials
- Pharmaceutical Marketing: Its Goal is to Influence Your Prescribing Practices
- Principles of Rational Prescribing

The Federation of State Medical Boards Research and Education Foundation developed and implemented the website to disseminate educational courses developed by grant recipients. These include the Kaiser Foundation Health Plan of Colorado, Georgetown University Medical Center, the Lovelace Clinic Foundation, Massachusetts General Hospital (MGH) Institute of Health Professions, the Meyers Primary Care Institute, Northeastern Ohio University College of Medicine and Pharmacy, the University of California, San Francisco, and Wake Forest University Health Sciences.

DEF_WV_Trial_00043571

DEF-WV-03616.00007

# LICENSING STATISTICS
## As of December 31, 2008

### MEDICAL DOCTORS

Medical Licenses Granted This Year
**467**

Active Licensed Medical Doctors
**5,594**

Active Licensed Medical Doctors Practicing in West Virginia
**3,708**

Inactive Licensed Medical Doctors
**650**

### PODIATRISTS

Podiatric Licenses Granted This Year
**1**

Active Licensed Podiatrists
**104**

Active Licensed Podiatrists Practicing in West Virginia
**73**

Inactive Licensed Podiatrists
**16**

### PHYSICIAN ASSISTANTS

Physician Assistant Licenses Granted This Year
**61**

Active Licensed Physician Assistants
**580**

---

## REMINDER

### NOTICE TO PHYSICIAN ASSISTANT SUPERVISING PHYSICIANS

Supervising physicians are required to notify the Board in writing within ten (10) days of any changes in supervision of any physician assistant and/or termination of the employment of any physician assistant. This is an important requirement. Failure to comply with it may result in disciplinary action.

DEF_WV_Trial_00043572

DEF-WV-03616.00008

# CHANGE OF ADDRESS FORM

NAME:_____ LICENSE#:_____
        (Last)            (First)         (Middle)      (Suffix)

By law, you must keep this office apprised of any and all address changes.     If not currently practicing, check here ☐

**PREFERRED MAILING ADDRESS** (Required):       **HOME ADDRESS**:
(This address is public information, except phone & email)       ☐ Check here if same as preferred mailing address

_____  Address 1  _____
_____  Address 2  _____
_____  City, State, Zip, County  _____
_____  Phone  _____
_____  Email  _____

**MAIN WORK ADDRESS**:
☐ Check here if same as preferred mailing address

_____
Address 1
_____
Address 2
_____
City, State, Zip, County
_____
Phone          Fax
_____
Email

Enter average weekly on call hours for **ALL** locations:_____

List **AVERAGE HOURS** worked per week (not on call) at this location:
Direct Patient Care:_____
Administration:_____
Formal Teaching:_____
Research:_____
Other Medical/Podiatric Activities:_____

**SECOND WORK ADDRESS**:

_____
Address 1
_____
Address 2
_____
City, State, Zip, County
_____
Phone

List **AVERAGE HOURS** worked per week (not on call) at this location:
Direct Patient Care:_____
Administration:_____
Formal Teaching:_____
Research:_____
Other Medical/Podiatric Activities:_____

**THIRD WORK ADDRESS**:

_____
Address 1
_____
Address 2
_____
City, State, Zip, County
_____
Phone

List **AVERAGE HOURS** worked per week (not on call) at this location:
Direct Patient Care:_____
Administration:_____
Formal Teaching:_____
Research:_____
Other Medical/Podiatric Activities:_____

Enter your self-designated primary and secondary SPECIALTY here (M.D.'s and D.P.M.'s ONLY)
Primary Specialty:_____  Secondary Specialty:_____

LICENSEE'S ORIGINAL SIGNATURE:_____ DATE:_____

RETURN FORM TO:     West Virginia Board of Medicine, 101 Dee Drive, Suite 103, Charleston, WV 25311

DEF-WV-03616.00009

DEF_WV_Trial_00043573

# CHANGE OF ADDRESS INFORMATION



NOTE: There is a Change of Address Form located on Page 9 of this Newsletter. You may also visit the Board's website at www.wvdhhr.org/wvbom for a Change of Address Form. By law, a licensee of the Board of Medicine must keep this office apprised of any and all address changes. The preferred mailing address of a licensee is the licensee's address of record, which is public information, with the exception of the telephone number and e-mail address.

**WEST VIRGINIA BOARD OF MEDICINE
2009 MEETINGS**

January 12
March 9
May 11
July 13
September 14
November 9

**WV Board of Medicine**



101 Dee Drive, Suite 103
Charleston, WV 25311

Phone: 304.558.2921
Fax: 304.558.2084

www.wvdhhr.org/wvbom
Watch for updates and changes.

West Virginia Department of Health and Human Resources

PRESORTED STANDARD
US POSTAGE PAID
CHARLESTON, WV 25301
PERMIT NO. 271

Place Mailing Address Label Here

DEF_WV_Trial_00043574

DEF-WV-03616.00010