IN THE CIRCUIT COURT OF BOONE COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA
ex rel. PATRICK MORRISEY,
Attorney General, *et al.*,

    Plaintiffs,

v.

CIVIL ACTION NO. 12-C-141
(Hon. William S. Thompson, Judge)

AMERISOURCEBERGEN DRUG CORP.,
a Delaware corporation doing business in
West Virginia, *et al.*,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This day came the Plaintiffs, State of West Virginia *ex rel* Patrick Morrisey, Attorney General; Joseph Thornton, in his capacity as the Secretary of the West Virginia Department of Military Affairs and Public Safety; and Karen Bowling, in her capacity as the Secretary of the West Virginia Department of Health and Human Resources (together "Plaintiffs"), and came the defendant, Amerisourcebergen Drug Corporation, a Delaware corporation (collectively, with Plaintiffs, referred to herein as "the Parties"), by their respective undersigned counsel, and jointly informed the Court that all matters in controversy in the above-styled action have been fully adjusted, compromised, and settled, and that the Parties therefore jointly move the Court that the Plaintiffs' claims against defendant, Amerisourcebergen Drug Corporation, in this action be **DISMISSED WITH PREJUDICE.**

The Court has been provided and reviewed the terms of the Settlement Agreement and Release ("Agreement") between the Parties and hereby approves thereof; to effectuate the terms and purposes of the Agreement as stated therein, the Court hereby directs the Auditor of the State

DEF-WV-03855.1

DEF-WV-03855

of West Virginia to create a DHHR Special Revenue Trust Account dedicated to drug abuse prevention, treatment, programming, and enforcement as described and contemplated by the Parties in the Agreement.

Upon consideration of all of the foregoing, and there being no objection, it is hereby **ORDERED** that this action be, and it is hereby, **DISMISSED WITH PREJUDICE**, as all matters in controversy between the Parties have been fully adjusted, compromised, and settled.

The Clerk is hereby directed to forward certified copies of this Order of Dismissal to all counsel of record.

ENTERED this 9th day of January, 2017.

_____
HONORABLE WILLIAM S. THOMPSON
Circuit Court Judge

**Agreed to by:**

A COPY ATTEST

_Sue Ann Zickefoose_

CIRCUIT COURT

_____
Vaughn T. Sizemore, Esq.
Deputy Attorney General
WV Attorney General's Office
State Capitol
Charleston, WV
*Counsel for Plaintiffs*


_____
A. L. Emch (WV SB# 1125)
Adam J. Schwendeman (WVSB# 11989)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, West Virginia 25322
(304) 340-1000
*Counsel for defendant* AmerisourceBergen Drug Corp.

DEF-WV-03855.2