IN THE CIRCUIT COURT OF BOONE COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA
ex rel. PATRICK MORRISEY,
Attorney General, *et al.*,

      Plaintiffs,

v.                              CIVIL ACTION NO. 12-C-140
                                (Hon. William S. Thompson, Judge)

CARDINAL HEALTH, INC.,
An Ohio corporation doing business in
West Virginia,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This day came the Plaintiffs, State of West Virginia *ex rel* Patrick Morrisey, Attorney General; Joseph Thornton, in his capacity as the Secretary of the West Virginia Department of Military Affairs and Public Safety; and Karen Bowling, in her capacity as the Secretary of the West Virginia Department of Health and Human Resources (together "Plaintiffs"), and came the defendant, Cardinal Health, Inc., an Ohio corporation (collectively, with Plaintiffs, referred to herein as "the Parties"), by their respective undersigned counsel, and jointly informed the Court that all matters in controversy in the above-styled action have been fully adjusted, compromised, and settled, and that the Parties therefore jointly move the Court that the Plaintiffs' claims against defendant, Cardinal Health, Inc., in this action be **DISMISSED WITH PREJUDICE**.

The Court has been provided and reviewed the terms of the Settlement Agreement and Release ("Agreement") between the Parties and hereby approves thereof; to effectuate the terms and purposes of the Agreement as stated therein, the Court hereby directs the Auditor of the State of West Virginia to create a DHHR Special Revenue Trust Account dedicated to drug abuse

DEF-WV-03856.1

DEF-WV-03856

prevention, treatment, programming, and enforcement as described and contemplated by the Parties in the Agreement.

Upon consideration of all of the foregoing, and there being no objection, it is hereby **ORDERED** that this action be, and it is hereby, **DISMISSED WITH PREJUDICE**, as all matters in controversy between the Parties have been fully adjusted, compromised, and settled.

The Clerk is hereby directed to forward certified copies of this Order of Dismissal to all counsel of record.

ENTERED this _____9th_____ day of __January__, 2017.

_____
HONORABLE WILLIAM S. THOMPSON
Circuit Court Judge

**Agreed to by:**

A COPY ATTEST

_Sue Ann Zickafoose_

CIRCUIT COURT

_____
J. Robert Leslie, Esq.
Senior Deputy Attorney General
WV Attorney General's Office
State Capitol
Charleston, WV
*Counsel for Plaintiffs*

_____
W. Henry Jernigan, Jr. (WVSB # 1884)
Dinsmore & Shohl LLP
707 Virginia Street East, Suite 1300
Charleston, WV 25301
*Counsel for* Cardinal Health, Inc.

DEF-WV-03856.2