| | |
|---|---|
| **From:** | "Snyder, Scott" <SSnyder@amerisourcebergen.com> |
| **Sent:** | Thu, 1 Dec 2011 08:42:07 -0500 (EST) |
| **To:** | "Franklin, Mark" <MFranklin@amerisourcebergen.com>; "Miller, Mat"<matmiller@amerisourcebergen.com> |
| **Cc:** | "Hazewski, Edward" <EHazewski@amerisourcebergen.com>; "Tingue, David"<DTingue@amerisourcebergen.com>; "Brooks, Ronald"<RBrooks@amerisourcebergen.com>; "Peterson, Peggy"<PPeterson@amerisourcebergen.com> |
| **Subject:** | Re: TN Customers |

Guys,

You are debating an issue that you do not have all the facts and one that should not be done via email. If you have questions/concerns, set up a call to discuss.

Scott Snyder
VP-Retail/Alt Care Segment South
Cell 940-391-0274

Sent from Blackberry so excuse any spelling and/or grammatical errors.

---

**From**: Franklin, Mark
**Sent**: Thursday, December 01, 2011 08:24 AM
**To**: Miller, Mat
**Cc**: Hazewski, Edward; Snyder, Scott; Tingue, David; Brooks, Ronald; Peterson, Peggy
**Subject**: RE: TN Customers

Mat,

I couldn't agree more.  We can't (or shouldn't) just show up and question these guys one day, and then give them no time to fix the problem before we cut them off.  They will argue that the prescriptions they are filling are valid prescriptions!  It is NOT their job to determine which patients are legit or not.  They certainly never question when a generic Zyprexa prescription is written as to whether or not it is therapeutically necessary.  These guys are pharmacists! Not DEA agents.  Believe me, I understand the importance of this issue but we can either choose to handle this with understanding, or we can throw the baby out with the bath water.  This territory has gone through enough with CE already.  If we add this now, we are becoming the bully in the marketplace.  I STRONGLY recommend we re-consider such harsh action and give these guys a chance to fix the problem.  I think you'd find both are willing to co-operate.

Mark Franklin
Business Development Manager
South Region
(865) 228-4510

---

**From**: Miller, Mat
**Sent**: Thursday, December 01, 2011 7:27 AM
**To**: Franklin, Mark
**Subject**: FW: TN Customers

PLAINTIFFS TRIAL EXHIBIT
P-02504_00001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000000131
ABDCMDL00513856
P-02504 _ 00001

FYI

---

**From:** Miller, Mat
**Sent:** Thursday, December 01, 2011 7:25 AM
**To:** Brooks, Ronald; Hazewski, Edward
**Cc:** Snyder, Scott; Tingue, David; Peterson, Peggy
**Subject:** RE: TN Customers

Heads up before our call – I'm suggesting we stand down on cutting these guys off or they will surely cut ABC off. I would suggest we go in with the policies/ procedures document and let them know they will be cut off all controls unless they change operations' procedures specifically on the Ox drugs. These customers/ partners are still grasping with relationships and with ABC from our "Customer Experience". If we follow thru with cutting them off now ( Dec 2)- we are in grave danger of a real negative Customer Experience- losing a million dollars a month- 12 million per year. My numbers can't handle that loss and I don't think ABC would want that type of loss either. Fire a warning shot over the bow before you sink the ship. It is my job in the field to "sustain the core value". We stand to lose these 2 customers and send a terrible message to the retail community in the entire region if we don't attempt to work with them first. These 2 pharmacists know a lot of other pharmacists- some that do business with ABC and some that do not.

                                                                                                Sincerely,

Mat

---

**From:** Brooks, Ronald
**Sent:** Wednesday, November 30, 2011 3:55 PM
**To:** Hazewski, Edward
**Cc:** Snyder, Scott; Tingue, David; Miller, Mat; Peterson, Peggy
**Subject:** RE: TN Customers

Ed,
During our Florida campaign we created a document we gave to the stores that outlined some policies/procedures suggestions.  Do you still have that document and can we provide it to these customers after our initial discussion about expectations?

Thanks,

Ron W. Brooks
District Director, Retail/Alt Care
Amerisourcebergen, South Region
Cell 772-519-1124
Fax 772-562-2225
rbrooks@amerisourcebergen.com

---

**From:** Hazewski, Edward
**Sent:** Wednesday, November 30, 2011 2:26 PM
**To:** Brooks, Ronald
**Cc:** Snyder, Scott; Tingue, David
**Subject:** RE: TN Customers

Both locations were identified for a targeted visit, i.e., a visit by compliance personnel, based on a combination of several factors including our internal monitoring and on-going due diligence programs, historical purchases of OX products, and notification from a manufacturer of OX that both locations had been identified by their own suspicious order monitoring program. The decision to cease the distribution of CS was based on a combination of these factors:

Jabo's

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000000132

ABDCMDL00513857

P-02504 _ 00002

- Historically significant monthly quantities of OX purchases. Presently the second largest purchaser of OX among independent retail pharmacies in our customer base. The quantities are such that we believe they constitute a regulatory risk.
- 59% of all OX purchased is of one strength. Generally considered a red flag in terms of the prescribing physicians.
- External surveillance during the course of the on site visit suggests the possibility of diversion.
- The pharmacists apparent lack of appreciation for the issues surrounding the misuse and diversion of OX.

Munsey

- Between August and September 2011 customer showed a 100% increase in their OX purchases with no corresponding rationale for the spike.
- 62% of all OX purchased is of one strength. Generally considered a red flag in terms of the prescribing physicians.
- Statements by the pharmacist indicate a blatant disregard for his corresponding responsibility to insure that the OX is being dispensed for a legitimate medical purpose.
- Pharmacists reaction to the visit as well as to specific questions call into question his professional judgement.

Ed Hazewski
Director - Diversion Control Program
Corporate Security and Regulatory Affairs
610-727-3680 (Office)
610-727-3650 (Fax)

---

**From:** Brooks, Ronald
**Sent:** Wednesday, November 30, 2011 11:03 AM
**To:** Hazewski, Edward
**Cc:** Snyder, Scott; Tingue, David
**Subject:** RE: TN Customers

Ed,
We will need some talking points for the SE/AM and myself to have conversations with these accounts.

Thanks,

Ron W. Brooks
District Director, Retail/Alt Care
Amerisourcebergen, South Region
Cell 772-519-1124
Fax 772-562-2225
rbrooks@amerisourcebergen.com

---

**From:** Hazewski, Edward
**Sent:** Wednesday, November 30, 2011 9:29 AM
**To:** Snyder, Scott; Tully, Mitch; Procopio, Russell; Tingue, David; Rehovsky, Jeffery; Chamberlain, Harry; Lefebvre, Kathleen; Nachman, Michael; Mays, Steve; Brooks, Ronald
**Cc:** Zimmerman, Chris; Gundy, Bruce; Ross, Paul; Breitmayer, David; Kreutzer, Kevin; Tomkiewicz, Joseph; Harrison, Andy; Sanders, Bobby
**Subject:** TN Customers

Effective at the COB Friday, December 2, 2011 ABC will cease the shipment of all controlled substances to the following accounts:

052058404   JABO'S PHARMACY                    NEWPORT            TN

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000000133

ABDCMDL00513858

P-02504 _ 00003

| | | | |
|---|---|---|---|
| 052160135 | MUNSEY PHARMACY | OAK RIDGE | TN |

Please direct any questions to me.

Ed Hazewski
Director - Diversion Control Program
Corporate Security and Regulatory Affairs
610-727-3680 (Office)
610-727-3650 (Fax)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

ABDC-STCT000000134
**ABDCMDL00513859**
P-02504 _ 00004