

**SOM Investigation - SafeScript Pharmacy 6 - 6/07**                                              **RA07-1051**
Status: Archived - 06/14/11                                              **Priority: Medium**

**IMPORTANT DATES:**

| Date Opened | Date Closed | Last Update | Date Added | Due Date | Customer |
|---|---|---|---|---|---|
| 06/20/07 | 06/26/07 | 03/26/08 | 06/20/07 | | |

Reference Number

- Old File No. -
- Customer/Requestor -

- City -
- State - West Virginia
- Country - United States
- Entity -
- NA -
- Storage -

**Internal Staff:**
Kirsch, Scott J — Manager in Charge
Kirsch, Scott J — Team Member
Cherveny, Eric — Team Member

**LEGAL HIERARCHY**
- Corp Security Reg Affairs
- Investigation
- Suspicious Orders-Internet

**LOCATION HIERARCHY**
AmerisourceBergen Drug Corporation (ABDC) 100...
North/East
Columbus, OH (Lockbourne)

**DEPARTMENT/S HIERARCHY**

**FIRM / VENDOR COMPANIES ASSIGNED**

| Firm Name | LV Code | Role | Date Assigned | Status / Released Date | Alt Fee (Yes / No) | Amount Invoiced |
|---|---|---|---|---|---|---|
| | | | | Total Lifetime Invoices from Outside Counsel / Vendors: | | 0.00 |

**MATTER EVENTS - 60 DAY OUTLOOK**          **AMERISOURCEBERGEN DEFINED FIELDS**

**FINANCE CONSIDERATIONS**

| | By Adversary | By Company |
|---|---|---|
| Amount Recovered: | 0.00 | 0.00 |
| Amount Lost: | 0.00 | 0.00 |
| Net Amount: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| NA: | 0.00 | 0.00 |
| Sum: | 0.00 | 0.00 |
| Average: | 0.00 | 0.00 |

| Recovery/Payment | Recovery / Payment | Outcome Amount | 0.00 |
|---|---|---|---|
| 0.00 | Payment | Pre Insurance Sub Total | 0.00 |
| **Insurer** | **Equitable Relief** No | Payment Of | 0 |
| | | Total Loss Of Matter | 0.00 |

PLAINTIFFS TRIAL EXHIBIT
P-02796_00001

**MATTER CHECKLIST**

**MATTER RESERVES**

| CATEGORY | DATE | AMOUNT |
|---|---|---|
| | Total Reserved: | 0.00 |

**MATTER TEXT**

**Description**

CSRA opened an inquiry into Safe Script Pharmacy, account # 010-052670 DEA Registration # 06/20/07 BS8246349 for excessive Hydrocodone purchases in 4/07. During 4/07 the customer purchased 21K dosage units of Hydrocodone with a 12 month average of 25K.

**Status**

03/26/08 Below response received from ACM
******************************************************* Scott, This account does a lot of this style of Medication. Several Pain Clinics in the area. They did start buying from Miami Luken for a few months because we kept holding orders. They again started buying everything from us because the volume was going down and it was affecting their cost of goods. They always have done a lot with Oxy and Methadone and most likely always will. Thanks, Michael G. Perry mperry-ky@amerisourcebergen.com 1-800-759-8810 ext 6486

**DOCUMENTS**

| NAME | CATEGORY | DATE |
|---|---|---|

**LINKED MATTERS**

No Linked Records

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL01911323