Message

| | |
|---|---|
| **From**: | Rausch, Nicholas [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=NICHOLAS.RAUSCH] |
| **Sent**: | 6/5/2009 4:14:34 PM |
| **To**: | Mone, Michael [Michael.Mone@cardinalhealth.com]; Forst, Christopher [Christopher.Forst@cardinalhealth.com]; Morse, Steve [Steve.Morse@cardinalhealth.com]; Dunham, Tim [Tim.Dunham@cardinalhealth.com]; Shaffer, Shannon [shannon.shaffer@cardinalhealth.com]; Howenstein, Kim [kim.howenstein@cardinalhealth.com] |
| **Subject**: | SOM Monthly Report |
| **Attachments**: | May 2009 SOM Summary.pdf |

All,

Attached is last month's SOM report with relevant metrics. Let me know if you have any questions.

Thanks,

Nicholas Rausch
Manager, Regulatory Management
Cardinal Health
7000 Cardinal Place
Dublin, Ohio 43017
614-757-3148 tel
614-652-8781 fax

PLAINTIFFS TRIAL EXHIBIT
P-07509_00001

CONFIDENTIAL

CAH_MDL2804_00668428
P-07509 _ 00001

# Cardinal Health SOM Program

May 2009 Summary











Internal Use Only
© 2009 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.
Page 1 of 3
P-07509_00002
CONFIDENTIAL
CAH_MDL2804_00668429

# Cardinal Health SOM Program

**May 2009 Summary**

## SOM Events per Segment per Month



| | Jun '08 | Jul '08 | Aug '08 | Sep '08 | Oct '08 | Nov '08 | Dec '08 | Jan '09 | Feb '09 | Mar '09 | Apr '09 | May '09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RETAIL INDEPENDENT | 402 | 700 | 299 | 436 | 161 | 168 | 257 | 199 | 253 | 385 | 419 | 274 |
| RETAIL PHARMACY OTHER | | | | | | | | | | 1 | 1 | 1 |
| RETAIL PHARMACY - MANAGED CARE | 15 | 88 | 57 | 34 | 31 | 15 | 22 | 30 | 45 | 66 | 73 | 49 |
| PRACTITIONER | | | | | | | 1 | 1 | 9 | 4 | 5 | 1 |
| MANUFACTURER | | | | | | | | 1 | 3 | | | |
| HOSPITAL/CLINIC | 1 | 2 | | 1 | 2 | 2 | 4 | 36 | 66 | 88 | 70 | 57 |
| DISTRIBUTOR | 1 | 2 | 2 | 1 | 1 | | 1 | 2 | 1 | 3 | 1 | 1 |
| CHAIN PHARMACY | 2 | | 1 | 4 | 23 | 17 | 40 | 26 | 51 | 47 | 52 | 70 |
| CENTRAL FILL PHARMACY | | 1 | | 1 | 1 | 1 | 2 | 4 | 4 | 7 | 2 | 1 |

## Suspicious Orders per Month



## Orders of Interest Reported to Corporate QRA





Internal Use Only
© 2009 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.
Page 2 of 3

CONFIDENTIAL

CAH_MDL2804_00668430
P-07509 _ 00003

# Cardinal Health SOM Program

May 2009 Summary

## Distribution Center

| DC | DC Name |
|---|---|
| 3 | SYRACUSE |
| 6 | BOSTON |
| 8 | WHEELING |
| 9 | KNOXVILLE |
| 10 | JACKSON |
| 11 | LAKELAND |
| 15 | AURORA |
| 16 | DALLAS |
| 18 | ST.LOUIS |
| 19 | PHOENIX |
| 24 | HUDSON |
| 26 | GREENSBORO |
| 27 | KANSAS CITY |
| 28 | HOUSTON |
| 29 | DENVER |
| 32 | VALENCIA |
| 34 | SACRAMENTO |
| 35 | SALT LAKE |
| 37 | SEATTLE |
| 43 | SWEDESBORO |
| 53 | FINDLAY |
| 55 | ATLANTA |

## Drug Family

| Base Code | Base Code Description |
|---|---|
| 1100 | DL-AMPHETAMINE SULFATE MONOBASIC |
| 1205 | LISDEXAMFETAMINE MESYLATE |
| 1640 | PHENTERMINE HYDROCHLORIDE |
| 1724 | METHYLPHENIDATE HYDROCHLORIDE |
| 2285 | PHENOBARBITAL |
| 2737 | CLONAZEPAM |
| 2765 | DIAZEPAM |
| 2783 | ZOLPIDEM BITARTRATE(HEMI) |
| 2882 | ALPRAZOLAM |
| 2885 | LORAZEPAM |
| 4187 | TESTOSTERONE |
| 5000 | CARISOPRODOL |
| 5001 | TRAMADOL |
| 8112 | PSEUDOEPHEDRINE [LIST 1 CHEMICAL] |
| 9050 | CODEINE PHOSPHATE |
| 9064 | BUPRENORPHINE HYDROCHLORIDE |
| 9143 | OXYCODONE HYDROCHLORIDE |
| 9150 | HYDROMORPHONE HYDROCHLORIDE |
| 9170 | DIPHENOXYLATE HYDROCHLORIDE |
| 9193 | HYDROCODONE BITARTRATE |
| 9250 | METHADONE HYDROCHLORIDE |
| 9273 | DEXTROPROPOXYPHENE NAPSYLATE |
| 9300 | MORPHINE SULFATE |
| 9709 | PENTAZOCINE HCL |
| 9801 | FENTANYL CITRATE |

## SOM Segments

| QRA Segment | Explanation |
|---|---|
| CENTRAL FILL PHARMACY | ACTIVITY CODE A,1 |
| CHAIN PHARMACY | ACTIVITY CODE A,3 |
| DISTRIBUTOR | ACTIVITY CODE F |
| HOSPITAL/CLINIC | ACTIVITY CODE B |
| MANUFACTURER | ACTIVITY CODE E |
| PRACTITIONER | ACTIVITY CODE C OR M |
| RETAIL INDEPENDENT | ACTIVITY CODE A,0; INDEPENDENT |
| RETAIL PHARMACY - MANAGED CARE | |
| RETAIL PHARMACY - MANAGED CARE | ACTIVITY CODE A; MANAGED CARE |
| RETAIL PHARMACY OTHER | ACTIVITY CODE A |



Internal Use Only
© 2009 Cardinal Health, Inc. or one of its subsidiaries.  All rights reserved.

CONFIDENTIAL

CAH_MDL2804_00668431
P-07509 _ 00004