| From: | Gustin, Dave [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=DAVE GUSTIN] |
|---|---|
| Sent: | 8/31/2011 3:15:43 PM |
| To: | Fagerskog, Dave [dave.fagerskog@mckesson.com]; Rabicke, Ammie [ammie.rabicke@mckesson.com]; Gilmore, Traci [traci.gilmore@mckesson.com]; Morrison, Tracy [tracy.morrison@mckesson.com]; Hughes, Tom [tom.hughes@mckesson.com]; Meunier, Kevin [kevin.meunier@mckesson.com]; Van Norman, Christopher [christopher.vannorman@mckesson.com]; Davis, Nicholas [nicholas.davis@mckesson.com] |
| CC: | Mooney, Scott [scott.mooney@mckesson.com]; Secrest, Larry [larry.secrest@mckesson.com]; Curwin, Anne [anne.curwin@mckesson.com]; Essensa, Marc [marc.essensa@mckesson.com]; Terry, Tom [tom.terry@mckesson.com] |
| BCC: | de Gutierrez-Mahoney, Bill [bill.mahoney@mckesson.com]; McDonald, Tom [tom.mcdonald@mckesson.com]; Oriente, Michael [michael.oriente@mckesson.com]; Jonas, Tracy [tracy.jonas@mckesson.com]; Hilliard, Gary [gary.hilliard@mckesson.com]; Russell, Bruce [bruce.russell@mckesson.com] |
| Subject: | a couple attachments were not sorted right. Here they are again. Project for the next few weeks. |

NC team,

I could use your help. I have thought of an area that needs tightened up in CSMP and it is the number of accounts we have that have large gaps between the amount of Oxy or Hydro they are allowed to buy  (their threshold) and the amount they really need.   (Their current purchases)  This increases the "opportunity" for diversion by exposing more product for introduction into the pipeline than may be being used for legitimate reasons. It also makes it look like we are lax about the amount of these drugs we will sell and under what circumstances when we run related reports for the DEA.

To take a look at the attached spreadsheets, please. I ran reports on the region's Oxy and Hydro (base codes 9143 and 9193) thresholds and then began working on the resultant data.

First, I eliminated RNAs and then VAs, then I eliminated all thresholds that were more than 66% MTD as they are obviously being used.  Then I eliminated all threshold under 13K per month as they are limited risks.  I then eliminated the clutter by getting rid of duplicated info like excess account numbers for the same DEA license.

What I have left on the attached are thresholds that are seemingly higher than need be based on the MTD sales.   They are in DC order and then sorted with the biggest gaps in usage first.

If you look at the lists you may be able to make the call to reduce some of the thresholds based on your or the sales person's knowledge of the acct.  It some cases a phone call may be needed to ask if the acct is still needing such a high threshold.  You need not say what the THD is, just tell them they are only using a fraction of what they are allowed and if that will be the norm you will be reducing the amount.   Please share your thoughts?  Email me but try not to copy "all" so we do not have an email "free-for-all"    I will share as needed.   Thx


Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

PLAINTIFFS TRIAL EXHIBIT
P-08309_00001

MCKMDL00507799
P-08309_00001

Reg.DC
License
Account
Name
Base Code
Description
Monthly Threshold
MTD Accumulator
Threshold %
District
Chain
Home DC
8166
RS0272118
835228
SEACOAST MEDICAL
9143
OXYCODONE
15000
2000
13
0075
537
8166
8166
BH9309899
433340
HEARTLAND PHCY CARE EDI
9143
OXYCODONE
25000
6805
27
0075
537
8166
8166
FU0522474
29371
U-SAVE PHARMACY HM
9143
OXYCODONE
13000
4800
37
0050
025
8166
8166
AS7838189
37671
U-SAVE PHARMACY
9143
OXYCODONE
30500
15500

MCKMDL00507800
P-08309_00002

51
0050
025
8166
8166
AT2483888
564244
THIELE DRUG EDI
9143
OXYCODONE
13000
7200
55
0006
103
8166
8166
BA9814294
396009
MEDVANTX  FSS
9143
OXYCODONE
45000
24700
55
0435
967
8166
8166
AB2484804
615278
B & K PRESCRIPTION SHOP
9143
OXYCODONE
15000
9617
64
0055
187
8166
8175
BG4007387
384254
GENESIS MED CTR W PHCY
9143
OXYCODONE
29000
2940
10
0080
827
8175
8175
AR4061482
724390
RIVERVIEW HOSPITAL PHCY

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9143
OXYCODONE
14000
1500
11
0085
184
8175
8175
FM0276522
637674
MARSHFIELD CL PHCY WESTON
9143
OXYCODONE
16800
1900
11
0085
764
8175
8175
FL2318106
635942
LAKEVIEW MED CTR MM MFLD
9143
OXYCODONE
15000
1840
12
0085
764
8175
8175
BC5998313
410716
MARSHFIELD CL PHCY-WAUSAU
9143
OXYCODONE
14000
1800
13
0085
764
8175
8175
BC7000932
207387
MARSHFIELD CL PHC-MERRILL
9143
OXYCODONE
14000
1800
13
0085
764
8175

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8175
BM3486215
29394
MARSHFIELD CL PHCY-URGENT
9143
OXYCODONE
40000
5717
14
0085
764
8175
8175
BB7203211
751139
BAMC OUTPATIENT PHCY EDI
9143
OXYCODONE
14000
2502
18
0085
184
8175
8175
BD8520783
906193
DIVINE SAVIOR HLTH EMP
9143
OXYCODONE
14000
2700
19
0085
449
8175
8175
FC0091265
622146
MARSHFIELD CL PH-OAKW EDI
9143
OXYCODONE
14000
2700
19
0085
764
8175
8175
AM5751765
651919
MARQUETTE GENERAL HOSPITA
9143
OXYCODONE
15000
3200

MCKMDL00507803
P-08309_00005

21
0085
836
8175
8175
BC6511251
208651
MARSHFIELD CL PHC-CENTRAL
9143
OXYCODONE
14000
3000
21
0085
764
8175
8175
FC0091277
325016
MARSHFIELD CL PHCY-RIVRVU
9143
OXYCODONE
14000
3000
21
0085
764
8175
8175
FC1147001
865043
CMH PRIM CARE CL MTN
9143
OXYCODONE
15000
3200
21
0085
965
8175
8175
AW8619934
577096
ASPIRUS WAUSAU HSP MISC
9143
OXYCODONE
14000
3240
23
0085
184
8175
8175
BU1995844
860386
UNIVERSITY STATION PHCY

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9143
OXYCODONE
14000
3200
23
0079
449
8175
8175
BP9167479
136934
PINNACLE PHARM LACROSSE
9143
OXYCODONE
16000
3900
24
0085
447
8175
8175
BU6521579
902021
UW MRI EAST CLINIC
9143
OXYCODONE
27000
6555
24
0079
449
8175
8175
BU6521579
75670
UW HLTH-EAST PHY-CSH EDI
9143
OXYCODONE
27000
6555
24
0079
449
8175
8175
BC7787243
734792
MARSHFIELD CL PHCY-CHIPFL
9143
OXYCODONE
14000
3500
25
0085
764
8175

8175
AP6294918
421372
PHILLIPS DRUG LTC
9143
OXYCODONE
27000
7800
29
0045
537
8175
8175
BM9654028
963683
MEDICAL CENTER PHCY OP
9143
OXYCODONE
15000
4551
30
0085
184
8175
8175
BM2641670
90911
MARSHFIELD CL PHCY LDSMTH
9143
OXYCODONE
14000
4600
33
0085
764
8175
8175
FU0101016
323978
UW HEALTH PHCY ODANA
9143
OXYCODONE
14000
4600
33
0079
449
8175
8175
BG9128388
881958
GHC HATCHERY HILL PHCY
9143
OXYCODONE
14000
4851

MCKMDL00507806
P-08309_00008

35
0079
449
8175
8175
BU9503384
74388
UW HLTH PH-W TWN-CSH EDI
9143
OXYCODONE
14000
5200
37
0079
449
8175
8175
BU9503384
142094
UW HEALTH PHCY - W TOWNE
9143
OXYCODONE
14000
5200
37
0079
449
8175
8175
FP1598866
920266
PETER CHRISTENSEN HLT IHS
9143
OXYCODONE
23000
8500
37
0085
314
8175
8175
BU9503346
698229
UW HEALTH PHCY - E TOWNE
9143
OXYCODONE
14000
5434
39
0079
449
8175
8175
BC6307412
627898
MARSHFIELD CL PHCY-EC

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507807
P-08309_00009

9143
OXYCODONE
14000
5600
40
0085
764
8175
8175
BF8328331
178256
FAMILY HTH CTR MFLD 2 PHS
9143
OXYCODONE
14000
6000
43
0085
860
8175
8175
BC7421148
751118
ASPIRUS CLINIC PHCY EDI
9143
OXYCODONE
14000
6600
47
0085
184
8175
8175
BC0633126
480085
MARSHFIELD CLINIC PHCY
9143
OXYCODONE
16800
8000
48
0085
764
8175
8175
BB7917985
566703
BERGMANN PHARMACY
9143
OXYCODONE
16500
8300
50
0045
104
8175

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8175
AV4263000
655199
WILLIAM S MIDDLETON OPP
9143
OXYCODONE
109200
57318
52
0079
797
8175
8175
BN7125241
75177
NE FAM PRAC PH UW-CSH EDI
9143
OXYCODONE
14000
8000
57
0079
449
8175
8175
BU6307777
223609
UW HEALTH-WEST PHARMACY
9143
OXYCODONE
14000
8000
57
0079
449
8175
8175
FC0428121
875558
ALLIANCE PHCY LLC-CHIPP
9143
OXYCODONE
18000
10240
57
0085
537
8175
8175
BH0797401
975072
HOMECAREPHCY/COMMHLTH PHS
9143
OXYCODONE
18000
10370

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

58
0051
889
8175
8175
BM5730038
277249
MERCYMALL/JVILLE COMM PHS
9143
OXYCODONE
13000
7485
58
0051
889
8175
8175
FO0684034
741864
O'CONNELL PHARMACY-EDI
9143
OXYCODONE
15600
9000
58
0045
103
8175
8175
BM2824414
56274
MARSHFIELD CL PHCY-MINOCQ
9143
OXYCODONE
23100
13568
59
0085
764
8175
8175
BM7614729
218101
MCGLYNN PHARMACY INC
9143
OXYCODONE
17000
10301
61
0045
104
8175
8175
FM0711766
237992
MARSHFIELD CL PHCY-RLAKE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9143
OXYCODONE
15000
9600
64
0085
764
8175
8175
AV4173857
614070
FAM FRESH MKT PHCY#321 SP
9143
OXYCODONE
13000
8617
66
0015
022
8175
8175
BM5578298
665534
MERCY WEST PHARMACY
9143
OXYCODONE
15000
9917
66
0051
104
8175
8183
BB6091069
625167
UNITED PHARM ASSOC HENDER
9143
OXYCODONE
20000
2251
11
0035
447
8183
8183
BM4754049
390542
MANAGED HLTH CARE PHCY
9143
OXYCODONE
25000
3100
12
0064
447
8183

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8183
FH0606511
216325
HOME PHARMACY SERVICES
9143
OXYCODONE
24000
3000
13
0035
447
8183
8183
BL8973821
836666
LANSING PHARMACY HM
9143
OXYCODONE
14000
2200
16
0010
103
8183
8183
AM3938202
959884
MISSOURI DELTA MC EOP PHS
9143
OXYCODONE
15000
2800
19
0515
971
8183
8183
AS2693314
66915
ST MARYS MUS LEAD - EVA
9143
OXYCODONE
27000
5400
20
0035
723
8183
8183
BP1048405
517902
PROVIDENCE MED CTR MM
9143
OXYCODONE
15000
3000

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

20
0064
949
8183
8183
BI9859250
390492
INTERLOCK PHCY SYSTEMS
9143
OXYCODONE
40000
8502
21
0035
447
8183
8183
BO9859286
390211
OMNICARE PHCY OF MIDWEST
9143
OXYCODONE
25000
5885
24
0064
447
8183
8183
AU7178901
514440
USMCFP SPRINGFIELD
9143
OXYCODONE
23000
6000
26
0064
314
8183
8183
AS7166110
446214
ST FRANCIS PURCHASING
9143
OXYCODONE
15000
4010
27
0515
715
8183
8183
BR4306569
789788
RANDYS RX

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9143
OXYCODONE
17000
4900
29
0560
907
8183
8183
AS1311529
972070
ST FRANCIS CARDIO TOPEKA
9143
OXYCODONE
15000
5360
36
0064
949
8183
8183
BC6101149
130515
COLE CAMP PHARMACY HM
9143
OXYCODONE
13000
4801
37
0635
104
8183
8183
BT8280442
753249
THE MEDICINE SHOPPE
9143
OXYCODONE
15000
5500
37
0040
017
8183
8183
AM3818208
641958
HILLCREST DRUG INC POS
9143
OXYCODONE
21000
8700
41
0070
979
8183

MCKMDL00507814
P-08309_00016

8183
BA9246009
214564
USA-AV MHHC VIBURNUM N/C
9143
OXYCODONE
18400
7500
41
0098
585
8183
8183
BG2161014
4590
GENE TAYLOR COM BASED OPC
9143
OXYCODONE
64870
29600
46
0064
807
8183
8183
BJ2603947
752064
JOES PHARMACY HM
9143
OXYCODONE
18000
8200
46
0635
104
8183
8183
AM4892609
882789
US PENITENTIARY HOSPITAL
9143
OXYCODONE
19000
9140
48
0035
314
8183
8183
FS1275533
748018
SSM RX EXPRESS, LLC
9143
OXYCODONE
42000
20820

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

50
0070
103
8183
8183
AW4254328
42697
ST CLAIR REXALL DRUG HM
9143
OXYCODONE
13900
7200
52
0070
103
8183
8183
BC4252691
784559
CORUM HEALTH SERVICES INC
9143
OXYCODONE
15000
7800
52
0655
537
8183
8183
BH1887453
723370
HIXSON DRUG
9143
OXYCODONE
13000
6900
53
0010
679
8183
8183
BC7721461
113638
REGIONAL PHARMACY
9143
OXYCODONE
15000
8103
54
0635
537
8183
8183
AS6321258
227013
STEPHENS PHARMACY EDI

MCKMDL00507816
P-08309_00018

9143
OXYCODONE
27600
15300
55
0635
979
8183
8183
FL0697295
101585
LOWE DRUG AT CENTERPOINT
9143
OXYCODONE
28000
15651
56
0010
907
8183
8183
AE2485072
497311
ELDON DRUG CO EDI HM
9143
OXYCODONE
17000
10000
59
0635
104
8183
8183
BM4801076
286180
GEORGES PHARMACY EDI
9143
OXYCODONE
20400
12200
60
0635
979
8183
8183
BC4340496
210218
CARONDELET PHARMACY
9143
OXYCODONE
24000
14685
61
0064
723
8183

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8183
BD7649291
853709
STADIUM PHARMACY
9143
OXYCODONE
30000
18200
61
0010
103
8183
8183
BF2515142
785541
FOREST CITY HEALTHMART
9143
OXYCODONE
19000
11500
61
0070
907
8183
8183
BP7709376
358012
HOMETOWN PHARMACY POS
9143
OXYCODONE
14000
8800
63
0605
103
8183
8183
BS9162710
995125
PRICE CUTTER PHCY #56 EDI
9143
OXYCODONE
19000
11900
63
0635
679
8183
8183
AW5487548
107247
WHALEYS MEDICAL CENTER
9143
OXYCODONE
21000
13617

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

65
0605
979
8183
8183
BA8635192
634655
ALPS PHARMACY EDI
9143
OXYCODONE
20000
13100
66
0635
979
8183
8183
BJ1371397
786736
J AND S PROFESSIONAL PHCY
9143
OXYCODONE
13000
8617
66
0560
103
8183
Sheet2
Sheet3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507819
P-08309_00021

Reg.DC
License
Account
Name
Base Code
Description
Monthly Threshold
MTD Accumulator
Threshold %
District
Chain
Home DC
8132
FS1110838
491905
SAV MAX GLORY PHCY #1
9193
HYDROCODONE
20000
3000
15
0040
103
8132
8132
BC8619427
343093
CHELSEA PHARMACY- OTC
9193
HYDROCODONE
22000
3232
15
0020
655
8132
8132
BH9864338
881566
HEALTHY DRUGS
9193
HYDROCODONE
14000
2200
16
0040
104
8132
8132
BS5992715
152813
HOMETOWN PCY LTC #1
9193
HYDROCODONE
47000
8520

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507820
P-08309_00022

18
0020
655
8132
8132
AM9112690
411222
GRAND RAPIDS HM-VET  SVH2
9193
HYDROCODONE
31200
5732
18
0028
796
8132
8132
FM1883380
341913
MARTIN K PHCY HM
9193
HYDROCODONE
14000
2600
19
0040
104
8132
8132
BF8012318
800817
FAMILY DRUG #2
9193
HYDROCODONE
16000
3100
19
0015
103
8132
8132
BS4486254
390682
SPECIALIZED PHY/NORTH DIV
9193
HYDROCODONE
50000
10200
20
0028
447
8132
8132
FT0955178
11961
TOWN CENTER PHCY EDI

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
29000
7000
24
0075
104
8132
8132
BM5745700
273187
MARTZ & SHAPLEY PHARMACY
9193
HYDROCODONE
15000
4000
27
0020
655
8132
8132
BD8396877
13190
DET MED PHARM EDI
9193
HYDROCODONE
32500
8800
27
0080
104
8132
8132
FC1381247
81022
CENTERLINE PHCY
9193
HYDROCODONE
14000
3900
28
0075
258
8132
8132
BV8581945
124158
VALLEY MEDICAL PHARMACY
9193
HYDROCODONE
20000
6516
33
0075
104
8132

MCKMDL00507822
P-08309_00024

8132
AJ9604213
394087
JAMES PHARMACY INC EDI
9193
HYDROCODONE
21300
7280
34
0080
104
8132
8132
AS1489687
632826
ST JOHN FREEDOM EDI
9193
HYDROCODONE
19000
6700
35
0075
723
8132
8132
BR4758302
489825
BEACON POINTE PHCY
9193
HYDROCODONE
17000
6100
36
0040
104
8132
8132
FH1614519
268951
PHARMOR HARPER WOODS EDI
9193
HYDROCODONE
19000
7100
37
0075
104
8132
8132
BM8603311
352092
MICHIGAN PHCY HM
9193
HYDROCODONE
18000
6900

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

38
0040
104
8132
8132
BD3668336
781422
DIX DRUGS STORE
9193
HYDROCODONE
13000
5000
38
0015
104
8132
8132
FB0380989
475760
BEAUMONT PHCY EDI
9193
HYDROCODONE
15000
5844
39
0015
104
8132
8132
BR6605096
180528
REID'S DRUG EDI
9193
HYDROCODONE
16000
6300
39
0040
104
8132
8132
BD3108722
507329
COMM BASED OP CLINIC515BY
9193
HYDROCODONE
97200
37832
39
0028
796
8132
8132
FP1889762
344386
PEOPLES PHCY

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
39000
15716
40
0015
258
8132
8132
FL0175009
833630
LINDEN PHARMACY OTC  HM
9193
HYDROCODONE
21000
8464
40
0075
104
8132
8132
FA1276840
788555
ATRIUM PHCY
9193
HYDROCODONE
20000
7980
40
0075
103
8132
8132
BF3263148
789030
FORD TEL DRUGS INC
9193
HYDROCODONE
15000
6000
40
0040
104
8132
8132
FB2278237
443605
BEECHER PHCY
9193
HYDROCODONE
15000
6100
41
0040
258
8132

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8132
BM1804904
781408
MOTOR CITY PHARMACY
9193
HYDROCODONE
25000
10300
41
0015
104
8132
8132
FM0955142
490432
MACKS DISCOUNT PHCY
9193
HYDROCODONE
15000
6400
43
0015
104
8132
8132
BL7763837
466545
LAWTON PHARMACY
9193
HYDROCODONE
17000
7296
43
0020
655
8132
8132
FR1836418
334470
ROSEDALE/DETROIT HC N/C
9193
HYDROCODONE
30000
13248
44
0015
585
8132
8132
BG3544360
571131
GRICE'S PHARMACY
9193
HYDROCODONE
16000
7232

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

45
0020
655
8132
8132
BH9739535
848701
HAGGERTY DRUGS HM
9193
HYDROCODONE
28000
12900
46
0015
258
8132
8132
BA8600012
301081
ADVANCED PHCY SRVCS EDI
9193
HYDROCODONE
18000
8200
46
0040
104
8132
8132
BC6226511
501418
OWOSSO COMMUNITY PHCY
9193
HYDROCODONE
46000
22648
49
0065
104
8132
8132
FC1160198
490882
CITY DRUGS PHCY
9193
HYDROCODONE
14000
7100
51
0040
104
8132
8132
FS1847992
30508
STOCKBRIDGE PHARMACY

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507827
P-08309_00029

9193
HYDROCODONE
15000
7832
52
0020
655
8132
8132
FS0824575
129688
SOUTHFIELD MEDICAL EDI
9193
HYDROCODONE
15000
7800
52
0080
000
8132
8132
FM1763540
339057
MINAL PHCY
9193
HYDROCODONE
22000
11400
52
0040
258
8132
8132
FH1664817
734457
HOMETOWN PHCY #27
9193
HYDROCODONE
28000
14648
52
0020
655
8132
8132
BW7213628
851558
WESTBORN PHCY HM
9193
HYDROCODONE
23000
12000
52
0040
104
8132

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8132
BW5135264
228508
WOODHAVEN MEDICAL CTR EDI
9193
HYDROCODONE
18400
9500
52
0015
104
8132
8132
AM9805714
518449
MERRIMAN DRUGS      75
9193
HYDROCODONE
15000
8000
53
0015
103
8132
8132
FS0630942
333036
SAVON MEDICAL PHARMACY
9193
HYDROCODONE
15000
8100
54
0080
104
8132
8132
BP5782405
818450
PATTERSON DRUG 999    15
9193
HYDROCODONE
32000
17216
54
0065
103
8132
8132
BG5060936
494109
GOBLES PHARMACY
9193
HYDROCODONE
26000
14144

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

54
0020
655
8132
8132
BB6381672
79855
BRIDGEPORT PHARMACY HM
9193
HYDROCODONE
64000
34712
54
0075
103
8132
8132
FP1358008
13189
PICKENS MEDICAL
9193
HYDROCODONE
31000
17416
56
0015
104
8132
8132
BG5945122
717803
SNYDER'S PHARMACY EDI
9193
HYDROCODONE
25000
13932
56
0065
104
8132
8132
FP1330202
801189
PHARMOR-WARREN EDI
9193
HYDROCODONE
41500
24300
59
0075
104
8132
8132
BM9617602
364036
MOMBERS PHARMACY

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
19000
11180
59
0020
655
8132
8132
BB5935450
452941
BRADY DRUGS
9193
HYDROCODONE
14000
8300
59
0020
655
8132
8132
FS2233423
288450
SUPER MART PHCY HM
9193
HYDROCODONE
16000
9600
60
0040
104
8132
8132
BG6889159
877941
GOOD NEIGHBORS FAMILY PHY
9193
HYDROCODONE
30000
18116
60
0040
104
8132
8132
AK9683043
282522
KAHLER PHARMACY HM
9193
HYDROCODONE
16000
9664
60
0080
103
8132

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8132
BT8374679
233284
TRUE CARE PHARMACY EDI
9193
HYDROCODONE
17000
10300
61
0015
104
8132
8132
BL7522205
25117
LIVERNOIS FAMILY PHARMACY
9193
HYDROCODONE
14000
8600
61
0040
103
8132
8132
BA4636861
825551
A & S PHARMACY INC.
9193
HYDROCODONE
40000
24400
61
0015
104
8132
8132
FS1867754
115011
SAV-MAX GLORY #2
9193
HYDROCODONE
21000
13000
62
0015
104
8132
8132
AT2867414
518814
TOLEDO HOSP DIST CTR
9193
HYDROCODONE
14000
8744

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507832
P-08309_00034

62
0025
050
8132
8132
FY1149865
491401
YOUNG'S PHCY
9193
HYDROCODONE
20000
12648
63
0020
655
8132
8132
FS2338918
504636
SAV-MART PHARMACY II
9193
HYDROCODONE
53000
34300
65
0040
104
8132
8132
BG7219339
851614
GLADWIN PHARMACY HM
9193
HYDROCODONE
14000
9100
65
0065
103
8132
8132
AC7217501
433008
CLINICAL CENTER PHCY-MSU
9193
HYDROCODONE
17000
10992
65
0028
715
8132
8132
BM9807744
649415
MEMPHIS DRUGS

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
30000
19880
66
0040
104
8132
8144
AW8149608
895527
WISCONSIN VETS HOME  SVH2
9193
HYDROCODONE
23400
6648
28
0012
797
8144
8144
AN4592691
607097
PHARMACY SVC 119 VA 550
9193
HYDROCODONE
57200
17332
30
0007
796
8144
8144
FC0508789
100256
CONNEY'S PHARMACY HM
9193
HYDROCODONE
19000
8532
45
0065
103
8144
8144
BG7018840
369855
GOOD VALUE PHARMACY HM
9193
HYDROCODONE
20000
8916
45
0056
104
8144

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507834
P-08309_00036

8144
BC0730689
812768
C S FAMILY PHCY INC. HM
9193
HYDROCODONE
16900
7632
45
0065
103
8144
8144
AH1853058
786113
HERITAGE PARK PHCY HM
9193
HYDROCODONE
16000
7132
45
0022
907
8144
8144
AD4051722
414557
DREIER PHARMACY HM
9193
HYDROCODONE
18000
8216
46
0051
103
8144
8144
AL3934014
697639
LAABS INC - MAIN
9193
HYDROCODONE
13000
6096
47
0051
103
8144
8144
FN1172838
771250
NEW BERLIN PHARMACY, INC.
9193
HYDROCODONE
14000
6700

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

48
0056
103
8144
8144
FE2000228
300539
EDWARD HOSPITAL-OR DEPT
9193
HYDROCODONE
14000
6732
48
0010
453
8144
8144
BG8186529
857121
PRESCRIPTION PLUS LTC
9193
HYDROCODONE
18000
8616
48
0056
737
8144
8144
BN5609930
31427
NIHAN & MARTIN RETAIL   M
9193
HYDROCODONE
14000
7100
51
0065
484
8144
8144
BP0797437
789567
POLYCLINIC PHARMACY HM
9193
HYDROCODONE
19000
9900
52
0560
103
8144
8144
FM1009225
832499
MORTON 251 N SAWYER

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
15000
8012
53
0056
104
8144
8144
BF3801114
726033
FAGEN PHARMACY #20 MHA
9193
HYDROCODONE
26000
13908
53
0045
537
8144
8144
AM7763419
174399
MENOMINEE TRIBAL CLI IHS
9193
HYDROCODONE
34000
18000
53
0012
314
8144
8144
AS1004465
368076
FAGEN PHARMACY #14 HM
9193
HYDROCODONE
14000
7600
54
0045
982
8144
8144
BR6852289
789804
RASHID LONG TERM CARE
9193
HYDROCODONE
15000
8296
55
0022
537
8144

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507837
P-08309_00039

8144
BD7331565
528464
FAGEN33/ST MARGARET 2 PHS
9193
HYDROCODONE
100000
56516
57
0045
889
8144
8144
BD8645371
322144
FAGEN PHARMACY #35 HM
9193
HYDROCODONE
15000
8700
58
0045
982
8144
8144
AW5652133
299369
WAUKESHA PRESCRIPT MHA
9193
HYDROCODONE
13000
7600
58
0051
537
8144
8144
AF9680011
259246
FAGEN PHARMACY #02 EDI
9193
HYDROCODONE
15000
9000
60
0045
982
8144
8144
AF1518527
259351
FAGEN PHARMACY #03 EDI
9193
HYDROCODONE
18000
10716

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

60
0045
982
8144
8144
BM1209370
551516
JERNEGAN'S HEALTHMART EDI
9193
HYDROCODONE
15000
9132
61
0051
103
8144
8144
AA1081378
755918
AXLINE PHCY INC EDI HM
9193
HYDROCODONE
16000
9832
61
0030
103
8144
8144
AD5995937
367839
FAGEN PHARMACY #01 HM
9193
HYDROCODONE
17000
10632
63
0045
982
8144
8144
BO7001364
691487
OCONTO FALLS PHARMACY HM
9193
HYDROCODONE
17000
11148
66
0056
104
8144
8152
BF9047932
763491
FRVW SP SVCS LTC ONLY EDI

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
55000
5600
10
0082
512
8152
8152
AS4396859
586846
INDIAN HOSPITAL O/P
9193
HYDROCODONE
30000
4500
15
0067
314
8152
8152
FF0839730
845023
FRVW NEW BRIGHTON PHCY
9193
HYDROCODONE
14000
3100
22
0082
512
8152
8152
BF0490994
497726
FON DU LAC RES EDI   PHS
9193
HYDROCODONE
44000
10856
25
0405
889
8152
8152
BR2677358
40816
REED DRUG GR  IPC   T F
9193
HYDROCODONE
23000
6556
29
0015
103
8152

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8152
BM5386075
386375
MERWIN-LTC
9193
HYDROCODONE
19000
5600
29
0065
525
8152
8152
BF9045142
809300
FRVW UV CLINIC RX     PHS
9193
HYDROCODONE
19000
5800
31
0082
839
8152
8152
AM3642041
633185
METHODIST HOSP & PHCY
9193
HYDROCODONE
37000
11432
31
0065
501
8152
8152
BS4386199
932884
REGIONS PHCY O/P      PHS
9193
HYDROCODONE
51000
16416
32
0065
937
8152
8152
BF9047920
97866
FRVW UV DCHG PHCY 27 EDI
9193
HYDROCODONE
19000
6532

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

34
0082
512
8152
8152
AI6106834
698863
PHS INDIAN HOSPITAL I/P
9193
HYDROCODONE
44000
14800
34
0067
314
8152
8152
BF9051359
96760
FRVW RIVERSIDE PHCY EDI
9193
HYDROCODONE
30000
10728
36
0082
512
8152
8152
BM8291546
164138
MERWIN LONG TERM CARE #3
9193
HYDROCODONE
16500
6180
37
0065
525
8152
8152
AG6969426
432310
HEALTH PARTNERS #1-1417
9193
HYDROCODONE
16000
6116
38
0065
088
8152
8152
BF9046916
96617
FRVW RIDGEVIEW 16 EDI

MCKMDL00507842
P-08309_00044

9193
HYDROCODONE
22100
9688
44
0082
512
8152
8152
BM8058388
379612
MERWIN LTC #2 EDI
9193
HYDROCODONE
35000
15664
45
0065
525
8152
8152
AP6758443
21129
INDIAN HOSPITAL I/P
9193
HYDROCODONE
64000
30164
47
0067
314
8152
8152
AC1336901
841452
HEALTH PARTNER CENTRAL MN
9193
HYDROCODONE
16000
7512
47
0065
088
8152
8152
BF3266764
425230
FOND DU LAC CT EDI    PHS
9193
HYDROCODONE
20000
10148
51
0405
889
8152

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8152
BS6982169
489031
CENTRACARE PHARMACY EDI
9193
HYDROCODONE
13000
6700
52
0025
104
8152
8152
AU5107683
631848
INDIAN HLTH CTR SATELLITE
9193
HYDROCODONE
26000
14500
56
0067
314
8152
8152
AF3947073
560511
INDIAN HOSPITAL O/P
9193
HYDROCODONE
20000
11816
59
0067
314
8152
8152
AG6528371
636791
HLTH PARTNERS#1-1117-D/S
9193
HYDROCODONE
13000
7800
60
0065
088
8152
8152
BL4021161
494752
LAKES AREA PHCY-PINE-EDI
9193
HYDROCODONE
14000
8964

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

64
0040
104
8152
8152
BH5833199
324016
HP CORP REFILL OTC
9193
HYDROCODONE
17000
11000
65
0065
088
8152
8813
BW8065597
634596
REMEDI SENIOR CARE SPEC
9193
HYDROCODONE
39000
23464
60
0032
737
8132
Sheet2
Sheet3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507845
P-08309_00047

Reg.DC
License
Account
Name
Base Code
Description
Monthly Threshold
MTD Accumulator
Threshold %
District
Chain
Home DC
8132
FS0770099
837192
ST JOHN 23 MILE SC    PHS
9143
OXYCODONE
15000
1700
11
0075
734
8132
8132
BP7448409
846265
PROVIDENCE NOVI-MM
9143
OXYCODONE
14000
1500
11
0028
723
8132
8132
BO6079126
58564
OHIO ST VETS HOME    SVH2
9143
OXYCODONE
29900
3400
11
0025
795
8132
8132
AC7217501
433008
CLINICAL CENTER PHCY-MSU
9143
OXYCODONE
27000
3100

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

11
0028
715
8132
8132
AT8520911
390732
OMNICARE PHCY-PERRYSBURG
9143
OXYCODONE
58000
7134
12
0025
447
8132
8132
AT2736304
336318
ST MARYS OF MICH/GREENHS
9143
OXYCODONE
14000
1660
12
0028
723
8132
8132
BT5266881
907113
SPECIALIZED PHAR SERV WST
9143
OXYCODONE
24000
3051
13
0028
447
8132
8132
BS4486230
390674
SPECIALIZED PHCY SVCS
9143
OXYCODONE
58000
7636
13
0028
447
8132
8132
AF3507172
205325
UTMC MAIN STUDENT PHCY

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9143
OXYCODONE
15000
1900
13
0025
449
8132
8132
BG5190804
252605
GENESYS REG MED EMP PH OP
9143
OXYCODONE
27000
3654
14
0028
723
8132
8132
BB7366481
520206
BAY PARK COMMUNITY HOSP
9143
OXYCODONE
14000
1980
14
0025
050
8132
8132
AB2734449
409022
PED-RCHLND/BORGESS O/U
9143
OXYCODONE
27000
4800
18
0028
723
8132
8132
AS1489687
133618
ST JOHN PROFESSIONAL PHCY
9143
OXYCODONE
14000
3200
23
0075
723
8132

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8132
BV9610191
335478
VPH PHARMACY PC
9143
OXYCODONE
13000
3103
24
0028
713
8132
8132
AS2864230
337274
ST LUKE HSP INVENTORY EDI
9143
OXYCODONE
15000
3660
24
0025
050
8132
8132
AF6411211
519682
FLOWER HOSP ONCOLOGY
9143
OXYCODONE
14000
3400
24
0025
050
8132
8132
FS0705876
349520
SAMARITAN PHCY
9143
OXYCODONE
17000
4400
26
0040
104
8132
8132
FR1836418
334470
ROSEDALE/DETROIT HC N/C
9143
OXYCODONE
13000
3500

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

27
0015
585
8132
8132
FH1664817
734457
HOMETOWN PHCY #27
9143
OXYCODONE
19600
5300
27
0020
655
8132
8132
FF0115596
891183
FOSTORIA HOSP O/P PHCY
9143
OXYCODONE
15000
4134
28
0025
050
8132
8132
BH4051265
390229
HEARTLAND HEALTH SERVICES
9143
OXYCODONE
58000
18036
31
0025
447
8132
8132
FS1664350
890149
SAV-MAX MAZEN PHCY
9143
OXYCODONE
30000
10200
34
0080
104
8132
8132
BD3108722
507329
COMM BASED OP CLINIC515BY

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9143
OXYCODONE
65100
25100
39
0028
796
8132
8132
BF7476307
520168
FLOWER CATH LAB/SP PRCRDS
9143
OXYCODONE
14000
5600
40
0025
050
8132
8132
FS2338918
504636
SAV-MART PHARMACY II
9143
OXYCODONE
26000
10800
42
0040
104
8132
8132
BA7038943
141471
ST JOHN SF OP SAT EDI PHS
9143
OXYCODONE
23800
10700
45
0075
734
8132
8132
BD8396877
13190
DET MED PHARM EDI
9143
OXYCODONE
36000
18100
50
0080
104
8132

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8132
FB0380989
475760
BEAUMONT PHCY EDI
9143
OXYCODONE
17000
8720
51
0015
104
8132
8132
BH9739535
848701
HAGGERTY DRUGS HM
9143
OXYCODONE
13000
6800
52
0015
258
8132
8132
FD0083852
830101
DOLLAR MART PHCY
9143
OXYCODONE
14100
7800
55
0040
104
8132
8132
BC8619427
343093
CHELSEA PHARMACY- OTC
9143
OXYCODONE
13000
7100
55
0020
655
8132
8132
BM8915146
207007
UNIV OF TOLEDO        PHS
9143
OXYCODONE
15000
8834

MCKMDL00507852
P-08309_00054

59
0025
450
8132
8132
BT4280361
271691
WEST CENTRAL OP     PHS
9143
OXYCODONE
14000
8600
61
0025
890
8132
8132
FW1581265
528723
WYANDOTTE DRUGS HM
9143
OXYCODONE
19000
11902
63
0015
258
8132
8132
FH1664792
365728
HOMETOWN PHCY #26 LTC
9143
OXYCODONE
19000
11900
63
0020
655
8132
8132
FS1867754
115011
SAV-MAX GLORY #2
9143
OXYCODONE
17000
10800
64
0015
104
8132
8132
BO5367289
617017
OBI MEDICAL PHCY

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9143
OXYCODONE
18000
11600
64
0040
258
8132
8132
BM9528324
205339
UTMC IP PHCY RADIOLOGY
9143
OXYCODONE
15000
9540
64
0025
449
8132
8132
BM2551770
398933
MODERN PHCY 5 HM-HOSPICE
9143
OXYCODONE
16000
10200
64
0065
103
8132
8132
AT2867414
439425
TTH COST UPDATES-NON ORD
9143
OXYCODONE
40000
25894
65
0025
050
8132
8144
BG6669317
385981
GREAT RIVER MED MM EDI
9143
OXYCODONE
15000
1540
10
0080
827
8144

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8144
AM7763419
174399
MENOMINEE TRIBAL CLI IHS
9143
OXYCODONE
23000
3200
14
0012
314
8144
8144
BH9741857
116499
HEARTLND PHY OF IL-DIV II
9143
OXYCODONE
20000
3000
15
0010
878
8144
8144
BN5609930
31427
NIHAN & MARTIN RETAIL   M
9143
OXYCODONE
19500
3600
18
0065
484
8144
8144
BD5113799
361980
DUCHOSSOIS CTR MED CL PHS
9143
OXYCODONE
15000
2700
18
0010
937
8144
8144
BR0933641
299760
RIVERSIDE FAMILY PHCY N/C
9143
OXYCODONE
15000
2900

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

19
0010
566
8144
8144
BR6321361
27621
ROESCHEN'S OMNICARE PHARM
9143
OXYCODONE
42000
8933
21
0014
447
8144
8144
AU3890402
983307
U/C HOSP PHCY        PHS
9143
OXYCODONE
15000
4800
32
0010
937
8144
8144
BJ5295957
759589
OMNICARE OF N ILLINOISXX
9143
OXYCODONE
18200
6517
36
0010
447
8144
8144
FA2370548
344811
AMC PHARMACY
9143
OXYCODONE
14000
5300
38
0051
000
8144
8144
BJ9718505
53088
JESSE BROWN VA MED CTR OP

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9143
OXYCODONE
26000
10000
38
0007
797
8144
8144
FP1754111
727978
PICK'N SAVE PHCY 6878
9143
OXYCODONE
19000
8500
45
0099
104
8144
8144
AM2713039
245286
MEM HOSP SOUTH BEND   PHS
9143
OXYCODONE
15000
6820
45
0013
749
8144
8144
AN4592691
135429
PHARMACY SVC119 VA 550 OP
9143
OXYCODONE
29900
13800
46
0007
796
8144
8144
BM9923803
484393
MORTON 712 MIDWAY ROAD
9143
OXYCODONE
21600
10134
47
0056
104
8144

MCKMDL00507857
P-08309_00059

8144
AM6501399
651224
MILLER PHCY INC HM
9143
OXYCODONE
17000
9468
56
0056
103
8144
8144
FP1754084
773298
PICK'N SAVE PHCY 6348 EDI
9143
OXYCODONE
19000
10800
57
0099
104
8144
8144
BR4522187
789812
RASHID PHARMACY PLC HM
9143
OXYCODONE
33000
18817
57
0022
907
8144
8144
BN9690428
57620
NORTH PARK PHCY M HM
9143
OXYCODONE
17900
10400
58
0065
104
8144
8144
FP0106624
989295
PICK'N SAVE PHCY 6882
9143
OXYCODONE
14000
8300

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

59
0099
104
8144
8144
BP9347659
996577
PICK'N SAVE PHCY 6388
9143
OXYCODONE
14900
8800
59
0099
104
8144
8144
BG7018840
369855
GOOD VALUE PHARMACY HM
9143
OXYCODONE
18000
11400
63
0056
104
8144
8152
BL8677227
387971
LAKEWOOD HEALTH SYS   PHS
9143
OXYCODONE
15000
1520
10
0068
839
8152
8152
AD3634397
674326
DOUGLAS COUNTY HOSPITAL
9143
OXYCODONE
14000
1400
10
0067
715
8152
8152
AN3603493
632889
PARK NICOLLET MPLS OTCEDI

MCKMDL00507859
P-08309_00061

9143
OXYCODONE
14000
1900
14
0065
501
8152
8152
AM3625944
419162
NEW RIVER MED CTR CM
9143
OXYCODONE
15000
2400
16
0082
512
8152
8152
AL3640201
812358
LAKEVIEW MEM HOSP HPSC
9143
OXYCODONE
15000
3000
20
0082
512
8152
8152
AM6995370
296610
MINNESOTA VETERANS HOME
9143
OXYCODONE
29900
7200
24
0067
806
8152
8152
AN6742630
632899
PARK NICOLLET BV OTC EDI
9143
OXYCODONE
14000
3517
25
0065
501
8152

MCKMDL00507860
P-08309_00062

8152
BP9279375
633080
PARK NICOLLET CHSN RTLEDI
9143
OXYCODONE
14000
3900
28
0065
501
8152
8152
FP1420506
434747
PARK NICOLLET MPGR OTCEDI
9143
OXYCODONE
15000
4400
29
0065
501
8152
8152
BU6084177
777492
OMNICARE-MINNESOTA
9143
OXYCODONE
54000
15542
29
0067
447
8152
8152
AE1307859
632963
PARK NICOLLET EGN OTC EDI
9143
OXYCODONE
14000
4100
29
0065
501
8152
8152
BP2228523
632939
PARK NICOLLET BLM RTL EDI
9143
OXYCODONE
14000
4200

MCKMDL00507861
P-08309_00063

30
0065
501
8152
8152
BR8322149
276354
RAINBOW (RBF LLC-WI 8850)
9143
OXYCODONE
13500
4600
34
0020
104
8152
8152
BF9045128
98163
FRVW NLD ZIMMERMAN 22 ED
9143
OXYCODONE
15000
5034
34
0082
512
8152
8152
FF2586280
531462
FRVW PHCY PRIOR LAKE
9143
OXYCODONE
15000
5600
37
0082
512
8152
8152
FP0216653
325374
PARK NICOLLET MDBK RTLEDI
9143
OXYCODONE
56000
21195
38
0065
501
8152
8152
BF9046928
98323
FRVW SOUTHDALE MED 13 ED

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9143
OXYCODONE
17000
6500
38
0082
512
8152
8152
BF9045130
96116
FRVW NLD MILACA 23 EDI
9143
OXYCODONE
15000
5700
38
0082
512
8152
8152
BF5269394
813945
UMMC UV RX PBM
9143
OXYCODONE
42000
16762
40
0082
512
8152
8152
AF2558394
807326
FRVW RIDGES M/M
9143
OXYCODONE
15000
6150
41
0082
512
8152
8152
AG6817538
597716
HEALTH PARTNERS #1-0000
9143
OXYCODONE
13000
5500
42
0065
449
8152

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8152
BF9046904
98218
FRVW NLD ELK RIVER 18 ED
9143
OXYCODONE
22000
10334
47
0082
512
8152
8152
BF9046916
96617
FRVW RIDGEVIEW 16 EDI
9143
OXYCODONE
31600
16224
51
0082
512
8152
8152
BF9046889
805397
FRVW NORTHEAST PHCY 20
9143
OXYCODONE
15000
7700
51
0082
512
8152
8152
BR5216090
739161
RX EXPRESS
9143
OXYCODONE
13000
6700
52
0025
525
8152
8152
BP2657089
632871
PARK NICOLLET BC OTC EDI
9143
OXYCODONE
14000
7500

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

54
0065
501
8152
8152
AG6969426
319021
HLTH PARTNERS#1-1417-D/S
9143
OXYCODONE
20000
10700
54
0065
088
8152
8152
BF9051359
96760
FRVW RIVERSIDE PHCY EDI
9143
OXYCODONE
55000
30463
55
0082
512
8152
8152
BP2657091
324819
PARK NICOLLET CARL RTLEDI
9143
OXYCODONE
14000
7900
56
0065
501
8152
8152
BM8058388
379612
MERWIN LTC #2 EDI
9143
OXYCODONE
72000
41763
58
0065
525
8152
8152
BM8058388
12505
MERWIN LTC #2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507865
P-08309_00067

9143
OXYCODONE
72000
41763
58
0065
525
8152
8152
AS3792339
914602
ST. ALEXIUS DIALYSIS
9143
OXYCODONE
17900
10600
59
0067
671
8152
8152
BG2916421
320470
HLTH PARTNERS#1-2617-D/S
9143
OXYCODONE
14000
8400
60
0065
088
8152
8152
BG2583208
257311
HEALTH PARTNERS #1-1717
9143
OXYCODONE
15000
9200
61
0065
088
8152
8152
BS4386199
932884
REGIONS PHCY O/P     PHS
9143
OXYCODONE
70000
43344
62
0065
937
8152

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8152
FH0062175
976415
HCMC - OP GREEN 1     PHS
9143
OXYCODONE
17000
10934
64
0065
937
8152
8152
FT1021562
436817
THRIFTY WHITE PHCY 771GM
9143
OXYCODONE
13400
8700
65
0099
048
8152
8152
BS6982169
741605
CENTRACARE PHARMACY
9143
OXYCODONE
13000
8602
66
0025
104
8152
8152
BF9046891
96437
FRVW NLD PRINCETON 17 ED
9143
OXYCODONE
22000
14501
66
0082
512
8152
8152
BF9046891
806910
FRVW NLD PRINCETON 17
9143
OXYCODONE
22000
14501

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

66
0082
512
8152
Sheet2
Sheet3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507868
P-08309_00070

Reg.DC
License
Account
Name
Base Code
Description
Monthly Threshold
MTD Accumulator
Threshold %
District
Chain
Home DC
8166
BJ9813266
140373
JIM'S U-SAVE HM
9193
HYDROCODONE
13500
4148
31
0050
025
8166
8166
BU1916521
510971
INDIAN HEALTH CENTER
9193
HYDROCODONE
14000
4516
32
0075
314
8166
8166
AI6542612
761048
IOWA VETERANS HOME   SVH2
9193
HYDROCODONE
36400
11800
32
0080
806
8166
8166
BC3133600
60087
NORM'S U-SAVE PHCY HM
9193
HYDROCODONE
15000
6316

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

42
0050
025
8166
8166
AU5491511
794123
MEDICAP 002-DES MOINES
9193
HYDROCODONE
13500
6416
48
0020
104
8166
8166
AR4432629
342495
INDIAN HOSPITAL PHCY
9193
HYDROCODONE
34000
16616
49
0075
314
8166
8166
BK4972370
44958
KEN'S U-SAVE PHARMACY HM
9193
HYDROCODONE
13000
6632
51
0050
025
8166
8166
BJ7064556
544623
JIMS PHARMACY NOORDER
9193
HYDROCODONE
15000
7700
51
0620
979
8166
8166
AB5235379
3244
BOYDS DRUG MART WEST HM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
13000
7032
54
0006
025
8166
8166
BA9814294
846498
MEDVANTX PHCY II EDI
9193
HYDROCODONE
125000
74580
60
0435
967
8166
8166
BC8891752
120607
CITY PHARMACY NOORDER
9193
HYDROCODONE
15000
9216
61
0055
979
8166
8166
AP6241056
569735
WOODROW WILSON HLTH CTR
9193
HYDROCODONE
16000
9702
61
0075
314
8166
8166
AM1037250
40916
MILLER PHCY EAST ELINK
9193
HYDROCODONE
14400
8716
61
0005
103
8166

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8166
FM0799277
223061
MERWIN LTC GER
9193
HYDROCODONE
16600
10260
62
0080
525
8166
8166
AS1454824
163627
STANGEL PHCY MNT HM
9193
HYDROCODONE
17000
10516
62
0015
104
8166
8166
BW8261668
324362
WESTFIELD DME HM
9193
HYDROCODONE
16000
10116
63
0050
025
8166
8166
BS7193028
547577
PATTERSON HLTH CARE PHCY
9193
HYDROCODONE
13000
8500
65
0055
103
8166
8166
AW8501404
40964
WARD EASTSIDE PHCY INC HM
9193
HYDROCODONE
13000
8500

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

65
0020
103
8166
8175
FP1598866
332355
PETER CHRISTENSEN IHS EDI
9193
HYDROCODONE
81000
10600
13
0085
314
8175
8175
BG4007399
384004
GENESIS MED CTR E PHCY
9193
HYDROCODONE
19000
2780
15
0080
827
8175
8175
BG4007387
384601
GENESIS MED CTR W MM
9193
HYDROCODONE
19000
2800
15
0080
827
8175
8175
AV4263000
619649
WM S MIDDLETON MEM HOSP
9193
HYDROCODONE
57200
12000
21
0079
797
8175
8175
AV4263000
655199
WILLIAM S MIDDLETON OPP

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
57200
12000
21
0079
797
8175
8175
BM7614729
104783
MCGLYNNS PHCY 572
9193
HYDROCODONE
13000
2900
22
0099
048
8175
8175
AO3909198
697899
OSTERBAUER DRUG
9193
HYDROCODONE
13000
2800
22
0040
907
8175
8175
AB4102961
500587
UNIV OF IOWA HOSP
9193
HYDROCODONE
55500
18520
33
0080
449
8175
8175
BF8328331
178256
FAMILY HTH CTR MFLD 2 PHS
9193
HYDROCODONE
16000
6300
39
0085
860
8175

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8175
BM3486215
803610
MARSHFIELD CL MAT MGMNT
9193
HYDROCODONE
14000
5896
42
0085
764
8175
8175
AP6294918
421372
PHILLIPS DRUG LTC
9193
HYDROCODONE
19500
8600
44
0045
537
8175
8175
BC7000932
207387
MARSHFIELD CL PHC-MERRILL
9193
HYDROCODONE
14000
6248
45
0085
764
8175
8175
BE1626336
785221
EVANSDALE PHARMACY HM
9193
HYDROCODONE
13000
6800
52
0005
907
8175
8175
BW9594222
737747
WAKEFIELD PHCY(EWEN MED)
9193
HYDROCODONE
13500
7700

MCKMDL00507875
P-08309_00077

57
0040
000
8175
8175
AS8665929
926389
SCOTT PHCY LTC
9193
HYDROCODONE
24300
13812
57
0060
737
8175
8175
FA2229688
615069
HUHN PHCY HM
9193
HYDROCODONE
13000
7516
58
0040
104
8175
8175
AW4148917
126032
WAGNER PHCY 1 - EDI HM
9193
HYDROCODONE
13200
7700
58
0030
103
8175
8175
BC6307412
627898
MARSHFIELD CL PHCY-EC
9193
HYDROCODONE
20600
12496
61
0085
764
8175
8175
BG1764061
431528
GALESVILLE PHARMACY HM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
19300
12200
63
0025
103
8175
8175
AD4159340
699218
PUTVIN DRUG STORE HM
9193
HYDROCODONE
21000
13148
63
0040
103
8175
8175
BM6083858
282327
MARSHLAND PHARMACY-M
9193
HYDROCODONE
13000
8300
64
0045
104
8175
8175
BM2824414
56274
MARSHFIELD CL PHCY-MINOCQ
9193
HYDROCODONE
23000
15232
66
0085
764
8175
8183
BK3771880
441026
KICKAPOO NAT HLTH CTR IHS
9193
HYDROCODONE
44000
4916
11
0064
314
8183

MCKMDL00507877
P-08309_00079

8183
AH8428977
955408
HASKELL HEALTH CLINIC IHS
9193
HYDROCODONE
44000
5400
12
0064
314
8183
8183
FW0787638
597306
WILKINSON PHCY #10 OTC
9193
HYDROCODONE
95000
15580
16
0010
104
8183
8183
BA9246009
782479
USA DRUG ARCADIA VALLEY
9193
HYDROCODONE
25000
3900
16
0098
002
8183
8183
BP8683941
331163
PRAIRIE BAND POTA HLT IHS
9193
HYDROCODONE
44000
7500
17
0064
314
8183
8183
BM4801076
262727
GEORGES PHARMACY
9193
HYDROCODONE
17000
3532

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

21
0635
979
8183
8183
AB3015092
999627
BAPTIST HC WESTERN RDLGY
9193
HYDROCODONE
19000
4300
23
0085
554
8183
8183
FP1675101
362334
PRICE CUTTER PHARMACY #16
9193
HYDROCODONE
16000
3900
24
0010
679
8183
8183
BW3734604
650586
WESTON PHARMACY
9193
HYDROCODONE
13000
3500
27
0010
109
8183
8183
BG2762804
123016
BURTON CREEK PHCY NOORDER
9193
HYDROCODONE
14000
4000
29
0635
979
8183
8183
BG2762804
115002
BURTON CREEK PHARMACY EDI

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
14000
4000
29
0635
979
8183
8183
BC0757661
783180
BEVERLY HILLS PHARMACY
9193
HYDROCODONE
18000
5300
29
0655
907
8183
8183
AZ8733734
105309
ZUMWALT PHARMACY
9193
HYDROCODONE
21000
6400
30
0635
979
8183
8183
BS8158657
352105
SATER PHARMACY POS
9193
HYDROCODONE
34000
10796
32
0635
979
8183
8183
BP9121916
324851
PRICE CUTTER #3
9193
HYDROCODONE
14000
4616
33
0010
679
8183

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

8183
BA7826223
780344
ADVANCED HEALTHCARE, EDI
9193
HYDROCODONE
19000
6244
33
0084
907
8183
8183
BA7826223
431140
ADVANCED HEALTHCARE PHCY
9193
HYDROCODONE
19000
6244
33
0560
907
8183
8183
FS1275533
654759
SSM RX EXPRESS EDI
9193
HYDROCODONE
66000
23380
35
0070
103
8183
8183
BM4376807
117974
MARIONVILLE PHCY NOORDER
9193
HYDROCODONE
18000
6300
35
0635
979
8183
8183
BG2161014
4590
GENE TAYLOR COM BASED OPC
9193
HYDROCODONE
51870
18000

MCKMDL00507881
P-08309_00083

35
0064
807
8183
8183
AH6546569
621737
HARRY S TRUMAN MEM HOSP
9193
HYDROCODONE
57200
19800
35
0035
798
8183
8183
AH6546569
849643
HARRY S TRUMAN FEEBILLING
9193
HYDROCODONE
57200
19800
35
0035
866
8183
8183
BT8294958
7341
DICUS DRUG
9193
HYDROCODONE
19000
7016
37
0070
679
8183
8183
FP0689767
761621
PRICE CHOP PHCY 249 EDI2
9193
HYDROCODONE
14000
6200
44
0010
679
8183
8183
FL0697295
101585
LOWE DRUG AT CENTERPOINT

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507882
P-08309_00084

9193
HYDROCODONE
21000
9300
44
0010
907
8183
8183
BH1239169
355508
HARDIN CNTY DISCOUNT PHCY
9193
HYDROCODONE
35000
15500
44
0560
907
8183
8183
BB5603700
391852
GARDNER PHARMACY POS HM
9193
HYDROCODONE
14400
6600
46
0010
979
8183
8183
BD7649291
853709
STADIUM PHARMACY
9193
HYDROCODONE
32000
15000
47
0010
103
8183
8183
BS8888983
896901
KLEIN'S PHARMACY
9193
HYDROCODONE
22000
10916
50
0070
017
8183

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507883
P-08309_00085

8183
BG9553125
968243
GRACE HILL NEIGHBORHD PHS
9193
HYDROCODONE
13000
6500
50
0040
889
8183
8183
AF9049657
741374
FAMILY PHARMACY EDI HM
9193
HYDROCODONE
33000
16548
50
0040
907
8183
8183
BV8626838
754781
VAN BUREN RTL/N/C
9193
HYDROCODONE
16500
8400
51
0515
585
8183
8183
BU4999097
801196
LDI PHARMACY
9193
HYDROCODONE
22000
11316
51
0655
537
8183
8183
AR7853585
897046
WATT DRUG COMPANY
9193
HYDROCODONE
14400
7680

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507884
P-08309_00086

53
0010
103
8183
8183
BM5526465
737882
NORTH ALTON PHCY HM
9193
HYDROCODONE
24000
13116
55
0040
907
8183
8183
BC6036722
830104
COUNTRY MART PHCY #2442
9193
HYDROCODONE
13000
7100
55
0070
679
8183
8183
BD3884043
578495
DUNNES PHARMACY INC
9193
HYDROCODONE
13000
7316
56
0010
979
8183
8183
BB1769679
782957
BANDY DRUG
9193
HYDROCODONE
20000
11200
56
0515
907
8183
8183
BM9888794
52621
METROPOLIS DRUG HM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
28000
15900
57
0560
103
8183
8183
AM3022960
787749
MCCONNELLS DRUG STORE
9193
HYDROCODONE
13500
7660
57
0560
907
8183
8183
BW5087069
118159
WILKINSON HEALTH SERVICES
9193
HYDROCODONE
13000
7516
58
0064
537
8183
8183
AM3818208
641958
HILLCREST DRUG INC POS
9193
HYDROCODONE
19500
11300
58
0070
979
8183
8183
FS0026864
363318
KEX RX PHCY & HOMECARE
9193
HYDROCODONE
15000
8864
59
0010
979
8183

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507886
P-08309_00088

8183
BW8204810
38519
WOODS PHARMACY #471
9193
HYDROCODONE
13000
7700
59
0010
679
8183
8183
BD8484622
825835
COUNTY MARKET PHCY EDI
9193
HYDROCODONE
15000
8832
59
0030
103
8183
8183
BR9130763
443155
RAMEY'S PHARMACY #5 EDI
9193
HYDROCODONE
16000
9600
60
0010
679
8183
8183
BP6405852
820416
PRICE CHOPPER PHCY 117
9193
HYDROCODONE
13000
7800
60
0010
679
8183
8183
BG0267737
403320
WILKINSON PHCY OTC #5
9193
HYDROCODONE
13000
7800

60
0010
104
8183
8183
BG0267737
716544
WILKINSON PHARMACY #5
9193
HYDROCODONE
13000
7800
60
0010
104
8183
8183
BF0269870
102380
FAMILY ENTERPRISE NOORDER
9193
HYDROCODONE
27000
16300
60
0560
979
8183
8183
AG5734517
356660
ELLIOTT PHCY AUTOMATION
9193
HYDROCODONE
18300
10900
60
0605
978
8183
8183
BM4701416
421305
METROPOLIS DRUGS NO. HM
9193
HYDROCODONE
30000
18200
61
0560
103
8183
8183
AS6321258
227013
STEPHENS PHARMACY EDI

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
28000
17200
61
0635
979
8183
8183
FC0023541
449325
COUNTY MARKET BEST BUYEDI
9193
HYDROCODONE
14000
8616
62
0030
103
8183
8183
BP4437237
100129
PLAZA PHARMACY EDI
9193
HYDROCODONE
16000
9900
62
0635
979
8183
8183
BS9082152
800262
SINKS PHARMACY HM
9193
HYDROCODONE
27000
16932
63
0070
907
8183
8183
BS4258441
800622
STERLING HEALTH CARE SERV
9193
HYDROCODONE
43400
27676
64
0515
737
8183

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00507889
P-08309_00091

8183
BN3873836
788971
NATIONS MEDICINES RUSSEL
9193
HYDROCODONE
28000
17932
64
0375
907
8183
8183
BJ1371397
786736
J AND S PROFESSIONAL PHCY
9193
HYDROCODONE
85000
54044
64
0560
103
8183
8183
BH1895690
472239
HEALTHCARE PHCY OTC HM
9193
HYDROCODONE
14000
9000
64
0070
979
8183
8183
BT8280442
753263
THE MEDICINE SHOPPE EDI
9193
HYDROCODONE
43000
28016
65
0040
017
8183
8183
BS9163205
170465
PRICE CUTTER PHCY #057
9193
HYDROCODONE
21000
13700

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

65
0010
679
8183
8183
BA0309547
802507
ALTAMONT PHARMACY, INC
9193
HYDROCODONE
20000
12900
65
0560
907
8183
8183
AB3020029
379081
BANDY'S PHARMACY EDI
9193
HYDROCODONE
13000
8432
65
0040
103
8183
8183
FC1770040
751896
CENTER FOR MED ARTS PHCY
9193
HYDROCODONE
14500
9500
66
0515
907
8183
8183
BC9000732
996693
CEDAR CREEK PHARMACY
9193
HYDROCODONE
13000
8632
66
0010
109
8183
8183
BC7721461
113638
REGIONAL PHARMACY

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

9193
HYDROCODONE
27000
17796
66
0635
537
8183
8183
BB4927767
783261
BODE DRUG INC MOUND CITY
9193
HYDROCODONE
18000
11916
66
0515
907
8183
Sheet2
Sheet3