## RE: South- CSMP Distribution Contacts

**From:**
"Oriente, Michael" <"/o=mckesson/ou=north america/cn=recipients/cn=eshjxsl">

**To:**
"Gustin, Dave" <dave.gustin@mckesson.com>

**Date:**
Mon, 08 Aug 2011 19:18:08 +0000

---

LOL

*Michael P. Oriente*
Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-764-9726

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Gustin, Dave
**Sent:** Monday, August 08, 2011 3:14 PM
**To:** Oriente, Michael
**Subject:** RE: South- CSMP Distribution Contacts

That's what she said……………

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Oriente, Michael
**Sent:** Monday, August 08, 2011 3:12 PM
**To:** Gustin, Dave
**Subject:** RE: South- CSMP Distribution Contacts

The engine just needs a "tune-up".

*Michael P. Oriente*
Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-764-9726

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Gustin, Dave
**Sent:** Monday, August 08, 2011 2:59 PM
**To:** McDonald, Tom; Oriente, Michael; de Gutierrez-Mahoney, Bill
**Subject:** RE: South- CSMP Distribution Contacts

Agreed. Sounds slightly broken but fixable.

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

PLAINTIFFS TRIAL EXHIBIT
P-08763_00001

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00634329
P-08763_00001

**From:** McDonald, Tom
**Sent:** Monday, August 08, 2011 2:54 PM
**To:** Oriente, Michael; de Gutierrez-Mahoney, Bill; Gustin, Dave
**Subject:** RE: South- CSMP Distribution Contacts

Sounds like we have a talking point for the upcoming meeting.
Regards,

Tom McDonald
Director of Regulatory Affairs
Western Region
McKesson Pharmaceuticals
9501 Norwalk Blvd.
Santa Fe Springs, CA 90670
office 562-463-2250
cell 562-577-7699
fax 562-463-2251

Join the McKesson Military Resource Group (MMRG) by sending an email to veterans@mckesson.com.

```
Confidentiality Notice: This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.
```

**From:** Oriente, Michael
**Sent:** Monday, August 08, 2011 10:40 AM
**To:** de Gutierrez-Mahoney, Bill; Gustin, Dave; McDonald, Tom
**Subject:** RE: South- CSMP Distribution Contacts

I would second that. Often it has new Dr, new clinic but does not answer the who, where, why. I or the DC then need to ask who is the Dr, where are they located and why so many patients from that Dr/Clinic.
And yes Dave, I am overwhelmed. I feel that I am going down a river without a paddle and fighting the rapids. Sooner or later, hopefully later I feel we will be burned by a customer that did not get enough due diligence. I feel it is more of when than if we have a problem rise up. I think we need to ask Don can there be a person in each Region or can we get someone assigned to us at Service First that would be our Regional resource.

*Michael P. Oriente*
Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-764-9726

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** de Gutierrez-Mahoney, Bill
**Sent:** Monday, August 08, 2011 1:21 PM
**To:** Gustin, Dave; McDonald, Tom; Oriente, Michael
**Subject:** RE: South- CSMP Distribution Contacts

Dave the feedback I get on these is that Service First may be getting it off the plate of the RSM but doing little to pull the info we need to document a good TCR. The call whets the appetite of the customer, but doesn't save the DC time because documentation is insufficient (this varies—some are good). This is particularly true with customers who may have high thresholds...

**From:** Gustin, Dave
**Sent:** Monday, August 08, 2011 12:09 PM
**To:** McDonald, Tom; de Gutierrez-Mahoney, Bill; Oriente, Michael
**Subject:** FW: South- CSMP Distribution Contacts

Guys,
  I don't know about you but I already am starting to feel like I need a personal assistant. Since that isn't happening any time soon, I think we need to cultivate and incorporate SF to do the mundane and time consuming so we can visit more customers, attend more events that develop our contacts and knowledge and allow us to be more engaged with the regions to increase our level of influence and accountability. Am I wrong?

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Gustin, Dave
**Sent:** Monday, August 08, 2011 12:06 PM
**To:** Dominguez, Jeni; Schultz, Kristen
**Cc:** Melvin, Jennifer
**Subject:** RE: South- CSMP Distribution Contacts

Jeni,
I understand, but the solution may be to bring them in line instead of dumbing-down the program or trying to tailor it to everyone's taste. The places where the program is being run as designed and without "personalizing" it are doing so without any major issues….and for going on a year and a half. I am wondering why, for instance anyone at SF would have been doing level 1 calls on omits. They are not supposed to. Never were. That removes the complaint below……….true?
It should be very easy. If it is on the Threshold warning report then SF calls. If it is on the omit report and the threshold warning report the DC calls. Fix this and the problems go away.
The fact is we need SF to get more involved (licensing, monthly reports, BW reports on purchases, standard threshold CSMP new acct loads etc) and the sooner the better. We, as DRAs need to get out visiting more customers and away from our laptops or the company is going to end up paying the price…big time.

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Dominguez, Jeni
**Sent:** Monday, August 08, 2011 11:57 AM
**To:** Gustin, Dave; Schultz, Kristen
**Cc:** Melvin, Jennifer
**Subject:** RE: South- CSMP Distribution Contacts

Dave, you are right. It would transfer time from us to them but still keep it off the plate of the RSM. Just something to think about. When DCs, RSMs, etc. start to handle the process differently, it makes it harder to manage so I wanted to keep thinking through why they want to do it differently to see if/how we could incorporate it into the process.

**From:** Gustin, Dave
**Sent:** Monday, August 08, 2011 10:46 AM
**To:** Dominguez, Jeni; Schultz, Kristen
**Cc:** Melvin, Jennifer
**Subject:** Re: South- CSMP Distribution Contacts

It doesn't save the DC any time then. Let me think a bit.

**From:** Dominguez, Jeni
**Sent:** Monday, August 08, 2011 08:31 AM
**To:** Gustin, Dave; Schultz, Kristen
**Cc:** Melvin, Jennifer
**Subject:** FW: South- CSMP Distribution Contacts

I wanted to share this with you. I spoke to Brent on Friday and this decision was made based on feedback from some internal audits. There were some areas that they didn't score well on CSMP with outbound calls and several were omits and he said some could have been ones that we did. I asked if we could look up what days and customers those were to confirm that we called them and they said the decision was also based on feedback about confusion internally and to the customer that they are getting calls from several McKesson folks on CSMP.
He has a good point about multiple contacts to the customer about CSMP – since we call before they omit and they call when they omit, and it could be for multiple items.
I'm wondering if we should discuss this with the bigger group whether or not other DCs should also take over the Level 1 calls? It would still serve the purpose of removing the RSMs from the administrative process, but perhaps make the process a little more streamlined.
What are everyone's thoughts?
Thanks,
Jeni

---

**From:** Melvin, Jennifer
**Sent:** Friday, August 05, 2011 6:20 AM
**To:** Dominguez, Jeni
**Subject:** FW: South- CSMP Distribution Contacts
Jeni,
  How do we want to respond?
Thank You,
**Jennifer Melvin**
ISMC/HHC Supervisor

---

**From:** Wunderlich, Brent
**Sent:** Thursday, August 04, 2011 11:07 PM
**To:** Melvin, Jennifer
**Cc:** Funkhouser, Jayson; Fabela, Mike
**Subject:** RE: South- CSMP Distribution Contacts
Jennifer,
Can you please discontinue calls to Conroe customers? We are conducting Level One calls at the distribution center level and want to avoid multiple calls for the same reason. With that said, can you also remove all Conroe individuals from the BPI reports?
Brent

**From:** Melvin, Jennifer
**Sent:** Tuesday, August 02, 2011 7:03 AM
**To:** Williams, Tony; Maxfield, Peter; Thomas, Brian M; Keller, Wanda; Fabela, Mike; Wunderlich, Brent; Funkhouser, Jayson; Campbell, Kena; Klimek, Jim; Coppolo, Benjamin; Oliver, Nikki; Clark, Tim; Walker, Tom; Chapman, Nathan; Hall, Maurice; Banks, Kelly; Robbins, Cindy; Hall, Robyn; Straughn, Bob; Yax-Frost, Jodi; Luther, Cathy
**Subject:** South- CSMP Distribution Contacts
All,
  We are updating the CSMP contacts for the Daily & weekly reports. Please respond back for your Distribution center & let me know of any contact changes & if you prefer the CSMP reports to be sent to you daily, weekly or if you want to receive both.
Thank You,
**Jennifer Melvin**

---

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                                      MCKMDL00634331

P-08763_00003

ISMC/HHC Supervisor

**McKesson Corporation**
Customer Care / ServiceFirst
9 Village Circle #400
Westlake TX 76262
817-258-7119 TEL
Jennifer.melvin@mckesson.com
**ISMC Direct Dial: 855.MCK.RETL (855-625-7385)**
**HealthMart Direct Dial: 855.HLTH.MRT (855-458-4678)**

www.McKesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.