| | |
|---|---|
| Message | |
| **From**: | Mone, Michael [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=MICHAEL.MONE] |
| **Sent**: | 6/30/2008 11:47:38 AM |
| **To**: | Giacalone, Robert [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=Robert.Giacalone] |
| **Attachments**: | Anti-Diversion Ohio BOP.ppt |

Michael A. Moné, BS, JD, FAPhA
VP Anti-Diversion & Sr. Regulatory Counsel
Cardinal Health
7000 Cardinal Place
Dublin, OH 43017
614-757-5104 (voice)
614-652-9653 (fax)

PLAINTIFFS TRIAL EXHIBIT
P-09734_00001

CONFIDENTIAL

CAH_MDL2804_02157124
P-09734_00001

# Anti-Diversion Progress Update

February 18, 2008

**Company Confidential** – For internal use only


CardinalHealth
Essential to care

CONFIDENTIAL

CAH_MDL2804_02157125
P-09734_00002

# Corporate Investigations -- Key Observations/Recommendations

- **Organization Structure**
  - Inconsistent oversight of field QRA
  - Inconsistent QRA participation/direction in:
    - Selection of personnel
    - Training of personnel
  - Acquisitions led to inconsistent processes
  - Communication gaps between QRA and sales force; unclear decision rights
  - Gaps in monitoring and interpreting regulatory agency communication
  - Clarify role of Regulatory Counsel and Legal Department

- **Resources**
  - Lack of DEA enforcement expertise
  - Lack of healthcare regulatory expertise in Ethics & Compliance
  - Budgetary constraints limited resources

- **Personnel**
  - Good people trying to do the right things with limited resources
  - Some people with wrong skill sets
  - Realignment of reporting required for certain personnel



Company Confidential – For internal use only

## Key Actions -- People

- **Reorganized QRA**
    - Added 1 SVP, Supply Chain Integrity and Regulatory Operations
    - Added 1 VP, 2 Directors, 6 Investigators forming the Anti-Diversion Investigation Team
        - Located in Dublin, Chicago, Lakeland, Swedesboro, Sacramento
    - Realigned or added 24 Field QRA Compliance Managers
    - Realigned Regulatory Operations and Anti-Diversion to report to SVP, Supply Chain Integrity

CardinalHealth                Company Confidential – For internal use only

# Key Actions -- Processes

- **Established standardized criteria to identify excessive purchases and documented process to investigate suspicious orders**
- **Established ongoing amnesty program for Sales**
- **Implemented enhanced "Know Your Customer" training**
    - Establish on-going curriculum to train Sales, Operations and QRA
    - Delivered Phase I "Know Your Customer" to retail independent sales
    - Delivered Phase I Anti-Diversion 6 hr training session to 160 management staff from Sales, Operations, and QRA
    - Executed 2 day training on anti-diversion for Field QRA Feb 27-28
    - Executed 4 hour Anti-Diversion training for all sales and ops personnel at each DC
    - Planned webinars, on line training and testing

    - Established MBO's and required monthly site visits at all accounts
    - Established site visit and due diligence prior to QRA approval of new account
    - Established a monthly report for sales of CS information for each customer

CardinalHealth       Company Confidential – For internal use only

# Key Actions -- Processes

- **Established routine communications between Sales, Operations and QRA**
  - Mandated Field QRA monthly route rides with Sales
  - Bi-monthly conference call with SVP Supply Chain Integrity with leadership from Sales, Operations, and QRA
  - Weekly Anti-Diversion email updates

- **Designing internal marketing campaign to Cardinal's 40,000 domestic employees to drive awareness and responsibility concerning diversion**

CardinalHealth          Company Confidential – For internal use only

# Key Actions -- Systems

- **Implemented Phase II Suspicious Order Monitoring program (SOM)**
    - Rolled out to monitor all Retail Independent customers
    - Will implement across all customer classes of trade

- **Corporate commitment to continuously improve SOM**
    - Determine ability to apply sophisticated risk ranking algorithms to determine the likelihood of suspicious activity
    - Determine ability to provide time series analysis and trending
    - Continually improve modeling of data

CardinalHealth          Company Confidential – For internal use only

## Results To Date

- Conducted site visits and validation on 266 accounts

- Stopped selling to and reported 110 accounts to DEA Dec-Jan

- Blocked and investigated 495 excessive orders in Jan

- Built system to report to states excessive orders

CardinalHealth          Company Confidential – For internal use only                    7

CONFIDENTIAL                                                          CAH_MDL2804_02157125_006
                                                                              P-09734_00008



# SOM Process

Cardinal Health — Company Confidential – For internal use only



# Excerpt from DEA Letter 12/27/2007

- Characteristics of suspicious order
  - deviation in normal pattern
  - significant change in size
  - one product or group of products
  - percentages of purchase mix without validity

CardinalHealth    Company Confidential – For internal use only

# Suspicious Order Monitoring

- Components
  - Our people
    - Know your customer
    - New Pharmacy Customer Questionnaire
  - IT Component
  - Thresholds - customized
  - Account evaluation
  - Communication
    - Across all Cardinal Health business units
    - All roles involved in SOM

CardinalHealth    Company Confidential – For internal use only

# IT Component

- A tool to assist in our evaluation
- Data mining for patterns and practices
- Continuous review and where appropriate revision of parameters for each customer
  - Increase or decrease
- In future to be used to establish pro-active analysis
- Designed to map purchases to established patterns of valid dispensing



Company Confidential – For internal use only



CONFIDENTIAL

CAH_MDL2804_02157126
P-09734_00014