| | |
|---|---|
| **From**: | Walker, Donald [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=743A9CA9] |
| **Sent**: | 5/2/2012 3:11:46 PM |
| **To**: | Gustin, Dave [dave.gustin@mckesson.com]; McDonald, Tom [tom.mcdonald@mckesson.com]; de Gutierrez-Mahoney, Bill [bill.mahoney@mckesson.com]; Oriente, Michael [michael.oriente@mckesson.com]; Jonas, Tracy [tracy.jonas@mckesson.com]; Hilliard, Gary [gary.hilliard@mckesson.com]; Russell, Bruce [bruce.russell@mckesson.com] |
| **Subject**: | Know Your Customer |

On Monday I will be making a presentation to the ISMC sales force at NSC around Know Your Customer. This is intended to be an awareness awakening session that we as a regulatory team will follow –up on during the upcoming year. I only have a half hour so the material is high level. Please take a look at the deck attached and provide any feedback on points I may be missing. I need this back to me as soon as you can

Thanks

Don

PLAINTIFFS TRIAL EXHIBIT
P-12814_00001

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00498169
P-12814_00001







McKESSON

# Government's View of the Problem

Alarming rate of increase of prescription drug abuse beginning approximately five years ago, especially hydrocodone (Vicodin) and opioid pain drugs (Oxycontin and Oxycodone)

- CDC currently classifies prescription drug abuse as an epidemic
- 27,000 died from prescription drug overdoses in 2007, a five fold increase since 1990
- During the same period ten fold increase in medical use of painkillers such as oxycodone and hydrocodone
- Today number of overdose deaths involving prescription pain medication exceeds deaths from heroin and cocaine combined
- In some states death from prescription painkiller overdoses surpass those from traffic accidents


TAKE THE LEAD
THE ROAD TO BETTER HEALTH



## How the DEA Sees It

"The illicit pain clinics, the pharmacies that fill their scripts, and the wholesale distributors who supply pharmacies without appropriate due diligence -----------, *have caused, and continue to cause,* millions of dosage units of oxycodone and other controlled substances to be diverted and pose an imminent threat to the public health and safety.

**Joseph Rannazzisi**
*Deputy Assistant Administrator*
*DEA Office of Diversion Control*

P-12814_00006

# MCKESSON

## DEA Registrants

| Know your customer and your customer's customer | Monitor the distribution of controlled substances <br>▸ May require understanding of order/prescribing patterns | Have systems in place to block or restrict suspicious orders | Report to DEA suspicious orders |

**Regulatory Burden**

*"Legitimate medical, scientific and industrial channels"*

21 U.S.C 823 (b) (1)

**TAKE THE LEAD**
THE ROAD TO BETTER HEALTH

P-12814_00007

McKESSON

# License Suspension Case Study

DEA Allegations Supporting Suspension

- Volume > 2 million doses per year
- Cash Payments: 42% - 58% Oxycodone paid in cash – 7% "normal"
- Increases in Volume > 200% increase
- No store visits to pharmacies in question
- What Distributor should have known
    - Pharmacies posed risk for diversion
    - Significant increases without due diligence
    - Should have recognized pharmacies explanation inadequate
    - Inadequate response should have prompted distributor to look further
    - Site visit would have revealed inconsistencies



TAKE THE LEAD
THE ROAD TO BETTER HEALTH

McKESSON

# Implications

- Court has upheld DEA's position
- Manufacturers are now conducting more rigorous Suspicious Order Monitoring
- Having a prescription from a doctor does not absolve a pharmacy
- As supply chain tightens
    - Increase in theft/robbery
    - Move to other controlled substances


TAKE THE LEAD
THE ROAD TO BETTER HEALTH

P-12814_00009



MCKESSON

# Drug Shortage

- Number of prescription drugs in short supply tripled since 2005
- Publicity and awareness ramped up in 2011
  - Premier Whitepaper
- Executive Order 13588 – (10/31/11) – President Obama directs reduction of drug shortages



FIGURE 1: Newly Reported Drug Shortages (2005-2010)

Source: Drug Information Service, University of Utah, 2010



TAKE THE LEAD
THE ROAD TO BETTER HEALTH

P-12814_00011



McKESSON

# Your Role in Knowing Your Customer

Prospective Customers:
- Understand pharmacy business model
  - % of business (scripts filled) that are controlled substances
  - Volume of critical drugs – Oxycodone, Hydrocodone, Alprazalam
  - Percent cash sales for controlled drugs
  - Pain clinics as a source of prescriptions
  - Screening process (if any) for controlled substance sale
  - Out of area scripts – average pharmacy serves 5-7 mile radius
  - Does pharmacy resell product – act as a wholesaler
- Observe
  - Store activity and patient profiles
  - Volume of controls relative to demographics

TAKE THE LEAD
THE ROAD TO BETTER HEALTH

P-12814_00013

**McKESSON**

# Your Role in Knowing Your Customer

Current Customers:
- Recognizing Changes in Pharmacy's Business
  - Regular increases in purchases of controlled substances
    - Drugs of Abuse
  - Increase purchases in items that may be
    - In short supply
    - Not consistent with prior purchases
    - Not consistent with community pharmacy
  - Changes in cash percentage for scripts filled
  - New niches pharmacy caters to
- Observe and ask
  - New business sources such as new doctors
  - Look for changes in profile of patients
  - Association with pain clinics


TAKE THE LEAD
THE ROAD TO BETTER HEALTH

P-12814_00014

McKESSON

## Your Role in Knowing Your Customer

- Think compliance in your customer interaction
- Ask questions
- Seek advice and support
- Keep in mind Risk vs. Reward

TAKE THE LEAD
THE ROAD TO BETTER HEALTH

P-12814_00015