| | |
|---|---|
| **From**: | Walker, Donald [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=743A9CA9] |
| **Sent**: | 9/17/2013 4:07:32 PM |
| **To**: | Jackson, Latoya [latoya.jackson@mckesson.com] |
| **Subject**: | File |

PLAINTIFFS TRIAL EXHIBIT
P-12883_00001

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00549498
P-12883_00001

# Controlled Substance Regulatory Org Structure

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Background

- Existing CS regulatory staff – 6 people
  - NE & South- 2 people each
  - NC & West – 1 person each
- Prior CSMP process heavily dependent on sales and ops
  - Inconsistent
  - Competency
  - Conflict of objectives
- Prior program limited ability for pharmacy site visits by regulatory
- Span of control

[redacted]

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Future Requirements

- Program redesign driving several areas
  - Larger field level presence
    - Increased number of regulatory site visits
    - Skilled in evaluating pharmacy "corresponding responsibility"
    - Reviewing daily output of suspicious order report
    - Frequent and detailed review of analytics
    - Closer review of record keeping and reporting (ARCOS)
  - Supervision skilled in controlled substance regulatory compliance and diversion investigation
  - Dedicated analytics support
    - Routine reporting
    - Ad Hoc reporting – eg. Deep dive analysis

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00549501
P-12883_00004

# Future Requirements (cont)

- Dedicated management of RNA
  - Focus on interaction with RNA HQ
  - Monitor at store level
  - Manage suspicious order reporting and thresholds
- Day to Day Management Oversight
  - Second level approval for changes in threshold outside the guidelines
  - Subject matter expertise for frontline staff

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER