## RE: CVS to start CSMP on 7/1/08

**From:**
"Schmidt, Stephen" <stephen.schmidt@mckesson.com>

**To:**
"Schmidt, Stephen" <stephen.schmidt@mckesson.com>, "Oriente, Michael" <michael.oriente@mckesson.com>, "Bishop, Micheal" <micheal.bishop@mckesson.com>, "Thomet, Elaine" <elaine.thomet@mckesson.com>

**Date:**
Wed, 30 Jul 2008 15:47:03 +0000

---

Michael, this should also be applicable to PharmaCare chain #'s 028 & 945.

Thanks

---

**From:** Schmidt, Stephen
**Sent:** Wednesday, July 30, 2008 9:19 AM
**To:** Oriente, Michael; Bishop, Micheal; Thomet, Elaine
**Subject:** FW: CVS to start CSMP on 7/1/08

Michael,

Attached is a blanket TCR form to increase the max for CII items for CVS. I can send a form for non-CII if need be. Let me know if this form suits your needs.

<< File: Threshold Change FormCVS.doc >>
Thanks

---

**From:** Thomet, Elaine
**Sent:** Tuesday, July 29, 2008 3:43 PM
**To:** Bishop, Micheal; Schmidt, Stephen
**Subject:** RE: CVS to start CSMP on 7/1/08

Thanks Michael. I'd like Stephen to request the max on the C2s per Michael's original commitment below, starting with those on today's list which should bring them well below 80%. I'm not sure which are considered C2s; guessing just the one's you highlighted, Hydrocodone and Phenobarbitrol. You might mention these are C2s that according to Elaine, Michael O agreed to significantly increase per his discussions with Don Walker. I would also follow with a TCR to request the max increase on the other C2s not on today's list that CVS would typically order.

I think 10% is a fair request on the others (non C2s) on today's list. Then we'll have to continue to monitor/adjust daily but so long as we stay below 80% through the end of the month I will be most pleased.

Let me know if you have any other questions or concerns.

Thanks,

Elaine
415.983.9468 office

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Bishop, Micheal
**Sent:** Tuesday, July 29, 2008 1:11 PM
**To:** Thomet, Elaine
**Cc:** Schmidt, Stephen
**Subject:** RE: CVS to start CSMP on 7/1/08

Elaine

Steve and I just discussed CVS; in short, Michael O. did adjust Hydrocodone and Phenobarbital by 8%. How did that reflect on each?

**Hydrocodone (store 5330) -** 92% (07/28). Today, came in at 85.19%.
**Phenobarbital (store 8892B) -** 83.33% (07/28). Today, came in at 76.92%.

To keep any further CVS's from reaching 80% or more in the next two days; I would implement an additional 10% - 12% increase for the attached reported facilities (using today's MTD purchase totals). This would put all facilities on the report at 77.5 or better.

<< File: CVS Chains 072908 75%+.xls >>
**Steve, don't do anything just yet; let's wait to hear back from Elaine before doing so.**

Thank you

**Micheal Bishop**
Compliance Analyst, Business Process
\~
**McKesson Pharmaceutical**

PLAINTIFFS TRIAL EXHIBIT
P-12967_00001

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00627168
P-12967_00001

Retail National Accounts, Support Solutions
1220 Senlac Drive
Carrollton, TX 75006

972.446.4892 Tel
972.446.5493 Fax
972.872.0149 Cell
micheal.bishop@mckesson.com

www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Thomet, Elaine
**Sent:** Tuesday, July 29, 2008 9:36 AM
**To:** Bishop, Micheal
**Subject:** FW: CVS to start CSMP on 7/1/08

So per the message below and understanding which of the CVS stores over 80% today are Control 2s did Michael adjust accordingly? I thought he said he increased them 8% yesterday yet he said 40-50% below.

Thanks for helping us keep CVS off the list over 80%.

Share your thoughts with me then we'll forward to the team.

Elaine

---

**From:** Oriente, Michael
**Sent:** Tuesday, July 22, 2008 12:08 PM
**To:** Bishop, Micheal
**Cc:** Thomet, Elaine
**Subject:** FW: CVS to start CSMP on 7/1/08

Michael,
F Y I on CVS CSMP TCR process.

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Oriente, Michael
**Sent:** Tuesday, July 22, 2008 3:04 PM
**To:** Thomet, Elaine
**Cc:** Jefferies, Dan; McKenna, Ned
**Subject:** FW: CVS to start CSMP on 7/1/08

Elaine,
Good news. Dons is okay with one TCR for the CVS chain to adjust, "tweak" thresholds. Can Stephan sometime this week get me a threshold adjustment for CII's for the chains for what they would think is needed
ie. 40 to 50% increase.

*Michael P. Oriente*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Walker, Donald
**Sent:** Tuesday, July 22, 2008 2:45 PM
**To:** Oriente, Michael
**Subject:** RE: CVS to start CSMP on 7/1/08

I would have the TCR completed for the chain. We can do this internally by way of our RNA and coordinating with CVS. Don't let the paperwork be the hang-up

Don

---

**From:** Oriente, Michael
**Sent:** Tuesday, July 22, 2008 9:43 AM
**To:** Walker, Donald
**Subject:** FW: CVS to start CSMP on 7/1/08

Don,
Elaine is asking that with this being CVS's first month on the program that certain stores during this first month get reviewed and thresholds tweaked before the customer is consulted. Do we want to have CVS provide us a blanket TCR for the first month? They have their own monitoring system, Viper, in place. Should I request a TCR for each CVS store or can one suffice for the chain? And are you okay with the adjusting of CVS's thresholds similar to Rite Aids?

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Thomet, Elaine
**Sent:** Tuesday, July 22, 2008 12:21 PM
**To:** Oriente, Michael
**Cc:** Jefferies, Dan; McKenna, Ned
**Subject:** RE: CVS to start CSMP on 7/1/08

OK but it's not exactly being tweaked just as Rite Aid was (the extra 30% cushion on all controls), though that would be good if we could so please go ahead and ask.

The tweaking we're referring to below was just as we did for all RNA for the first couple months. We watched their thresholds and if they got close we reviewed the history to be sure it was complete and accurate when originally assigned. Then if the increase made sense we increased it without TCRs. If it didn't make sense, then we contacted the customer for further input. Now that we've gone through that for all our other RNA customers a couple times, we're done fine tuning and are asking for TCRs on all increases but for CVS, we have to remember this is still their first month.

Thanks,

Elaine

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00627170
P-12967_00003

415.983.9468 office

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Oriente, Michael
**Sent:** Tuesday, July 22, 2008 9:15 AM
**To:** Thomet, Elaine
**Cc:** Jefferies, Dan; McKenna, Ned
**Subject:** RE: CVS to start CSMP on 7/1/08

Elaine,
I need to have Don approve that CVS will be "tweaked" as Rite Aid was. I did not run any adjustments for CVS past Don since your email. I check with him today.

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Thomet, Elaine
**Sent:** Saturday, June 28, 2008 8:02 AM
**To:** Oriente, Michael
**Cc:** Jefferies, Dan
**Subject:** RE: CVS to start CSMP on 7/1/08

On second thought, this request would really only apply to a handful of CVS locations since as I recall the majority were listing well below the Family minimum. Might be just as good just to keep a close eye on them.

On another note, Sarah was curious why we weren't seeing any Caremark's on our daily reports and I wonder if perhaps they weren't being monitored because of CVS? Can you double check Caremark 611 & 816? They were supposed to be on the program and monitored but because of the CVS name there may have been some confusion.

CVS/Caremark is Anthony Dolan's account with Tracy. Caremark is currently a different entity from CVS even though they recently acquired them. Eventually McKesson will combine & manage them as one entity.

Thanks,

Elaine
415.983.9468 office

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

---

**From:** Thomet, Elaine
**Sent:** Friday, June 27, 2008 1:29 PM
**To:** Oriente, Michael
**Cc:** Jefferies, Dan
**Subject:** RE: CVS to start CSMP on 7/1/08

Hi Michael,

I would like to proactively ask to make the buffer on CVS retail locations 30%, same as you did for Rite Aid. I just don't want to see one CVS location show up on a report for at least a couple months, unless there's a real situation. Do you think Don would be amenable? Will you ask?

Then what are our next steps to get them up and running 7/1? Do you need anything from me or the Acct Mgt team?

Thanks for all your help!

Elaine

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00627171
P-12967_00004

**From:** McKenna, Ned
**Sent:** Friday, June 27, 2008 11:03 AM
**To:** Thomet, Elaine; Oriente, Michael
**Cc:** Jefferies, Dan; Fragie, Jack; Walker, Thomas; Schmidt, Stephen
**Subject:** CVS to start CSMP on 7/1/08

Elaine and Michael,

I just got off of a call with Brian Whalen at CVS. He has agreed to have CVS start on the CSMP on 7/1/08.

I want to say an extra special thanks to Dan, Elaine and Michael for your help and patience with this challenging situation.

Please let me know if anything comes up or if you have any questions regarding CVS and the CSMP.

Thanks again,

Ned

**Ned McKenna**
VP, Strategic Solutions

**McKesson Corporation**
McKesson Pharmaceutical / Retail National Accounts
121 Brick Kiln Road
Chelmsford, Ma. 01824

office: 978 - 970 - 0854
cell: 978 - 761 - 5100
e-mail: ned.mckenna@mckesson.com

www.mckesson.com

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          MCKMDL00627172
                                                                        P-12967_00005