PLAINTIFFS TRIAL EXHIBIT

P-13068_00001

RE: Email of DEA THRESHOLD WARNING REPORT - CVS

From:

"Oriente, Michael" <"/o=mckesson/ou=north america/cn=recipients/cn=eshjxsl">

To:

"Gustin, Dave" <dave.gustin@mckesson.com>

Date:

Tue, 30 Jun 2009 16:51:07 +0000

___

We need to determine whether the RSM's are reading the 50%, 80% then 90% reports. You're right the RNA should be omitted. I use to do that and will start again as it cleans up the report to be more useful. If they are they seem to be more proactive than the last week at 100%. I have the support of my SVP, Pete, which was great in that he told me if they don't respond throughout the month and then it becomes an emergency that I should not worry myself over the rush and get done just what is possible. They will learn to respond earlier when TCR's do not all get worked due to the volume the last few days of the month.

Michael P. Oriente

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.


-----Original Message-----
From: Gustin, Dave
Sent: Tuesday, June 30, 2009 12:27 PM
To: Oriente, Michael
Cc: McDonald, Tom
Subject: RE: Email of DEA THRESHOLD WARNING REPORT - CVS

I have a few ideas that make the NC very manageable every month. Maybe Bill needs some tips. There were a lot of unnecessary emails and steps involved and the reports he sends out are still cluttered with all the RNAs too. His sales partners are not well trained in terms of the correct chain or order of things and I see a lot of repeated increases because the people just ask for a number instead of getting the best trending/suppoting info and making a proper change. There are many things, as you guys know that went into making things run smoothly. They have not been done in some cases, obviously.

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.


-----Original Message-----
From: Oriente, Michael
Sent: Tuesday, June 30, 2009 12:21 PM
To: Gustin, Dave
Cc: McDonald, Tom
Subject: RE: Email of DEA THRESHOLD WARNING REPORT - CVS

We need to think of a solution as a group to the Tsunami at the end of the month.

Michael P. Oriente

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

-----Original Message-----
From: Gustin, Dave
Sent: Tuesday, June 30, 2009 11:29 AM
To: Oriente, Michael
Cc: McDonald, Tom
Subject: RE: Email of DEA THRESHOLD WARNING REPORT - CVS

I needed backup yesterday. I think I had 190 emails and did 80 increases, mostly from the South. That is not to whine but merely to note that it is not possible to be truly diligent and still handle that kind of volume.
I think I have a good system and am pretty adept but was hard-pressed to be thorough, error free and on my game. Today is more normal. (but I kept doing these until late evening)

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.


-----Original Message-----
From: Oriente, Michael
Sent: Tuesday, June 30, 2009 11:21 AM
To: Gustin, Dave
Cc: McDonald, Tom
Subject: RE: Email of DEA THRESHOLD WARNING REPORT - CVS

I did them. Thanks. Right now I think I am in the eye of the storm. It beat me up pretty good yesterday and I expect this afternoon to heat up. Right now I am gathering my wits. How are you guys doing?

Michael P. Oriente

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure o

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00632099

P-13068 _ 00002