**MCKESSON**

## McKesson's Controlled Substance Monitoring Program
## Chain Report

**Date of Final Report:** May 16th, 2016
**By:** Nate Hartle, Sr. Director - Regulatory Affairs
**Report RE:** Hydrocodone (9193) Review & Threshold Reductions
**Chain Name:** Rite Aid
**Customer's DEA Number (if applicable):** NA

**DETAILS:**
A review of hydrocodone purchases and thresholds was conducted for the chain using the past 6 months of data. Purchases were reviewed and the highest month in the past 6 months was identified and a buffer was placed on top to create a new threshold. This new amount was compared to the current threshold and reductions were made in SAP where applicable on May 14th, 2016. Below are a summary of the reductions for the chain and the SAP confirmation of changes.

**TOTALS:**
- # of Registrant Changes: 3531
- Original Threshold Total: 69,115,775
- New Threshold Total: 44,500,000
- Total Reduction Amount: -24,615,775

---

**CSMP: Base Code Monitoring: Threshold Maintain**

```
CSMP: Base Code Monitoring: Threshold Maintain

YATPI_DEA_THRESH  On-Line         McKesson                        Page    1
ELYWWE6 PRD    CSMP: Base Code Monitoring: Threshold Mainta05/14/2016 09:40:32

File Loaded:  C:\Users\elywwe6\Desktop\IR Drafts\May 2016 Hydrocodone Reductions\Rite Aid CSV File_051416.csv

Total Records Processed:    3,531

Successfully Processed :    3,531
```

---

McKesson Confidentiality Notice: This report, including any attachments, is for internal use only and may contain confidential, proprietary and/or privileged information of McKesson Corporation or its affiliates. Any unauthorized review, use, disclosure or distribution is prohibited.

PLAINTIFFS TRIAL EXHIBIT
P-13211_00001

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-014-0001625
MCKMDL00340143
P-13211 _ 00001