**McKESSON**

## McKesson's Controlled Substance Monitoring Program
## Investigative Report

**Date of Final Report:** July 5th, 2017
**By:** Nate Hartle, Sr. Director - Regulatory Affairs
**Report RE:** Rite Aid DD Adjustments
**Chain Name:** Rite Aid
**Customer's DEA Number (if applicable):** NA

**OVERVIEW:**
To adjust select base code thresholds downward using historical purchasing data, 10 base codes for Rite Aid were reviewed and threshold reductions were made on July 1st, 2017. Below are the base codes reviewed, the logic used and a summary of the changes. Additional information is located in the customer's R drive folder.

**Base Codes Reviewed:**
- Alprazolam (2882)
- Carisoprodol (8192)
- Hydrocodone (9193)
- Hydromorphone (9150)
- Methadone (9250)
- Morphine (9300)
- Oxycodone (9143)
- Oxymorphone (9652)
- Tramadol (9752)
- Fentanyl (9801)

**Review Logic:**
- 6 months of purchase data (Dec 16 to May 17) was reviewed.
- The top month of purchasing was identified, then a buffer (40%) and rounding (500) were used to establish a due diligence (DD) threshold.
- This newly calculated DD threshold was compared against the current threshold and the initial AGI calculation as two points of reference. **Note**: The AGI threshold was calculated using the current threshold setting model being implemented in the ISMC segment. These thresholds are being used as an additional comparison point to minimize unnecessary reductions prior to the official AGI implementation for large RNA chains.
- The final threshold amount was determined using the following criteria:
    - Only threshold reductions were included in the review.
    - The current threshold remained if it was less than the initial AGI calculation.
    - The new DD threshold was selected if it was less than the current threshold, but greater than the initial AGI calculated threshold.
    - The AGI calculated threshold was selected if it was less than the current threshold, but greater than the DD calculated threshold.
    - Threshold changes less than 500 doses were excluded.

McKesson Confidentiality Notice: This report, including any attachments, is for internal use only and may contain confidential, proprietary and/or privileged information of McKesson Corporation or its affiliates. Any unauthorized review, use, disclosure or distribution is prohibited.

PLAINTIFFS TRIAL EXHIBIT
**P-13212_00001**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-014-0001633
MCKMDL00340151
P-13212 _ 00001

**Summary of Changes:**

### CSMP: Base Code Monitoring: Threshold Maintain

```
CSMP: Base Code Monitoring: Threshold Maintain

YAIPI_DEA_THRESH  On-Line           McKesson                          Page    1
ELYWWE6 PRD     CSMP: Base Code Monitoring: Threshold Mainta07/01/2017 02:43:15

File Loaded:   C:\Users\elywwe6\Desktop\CSV Upload Folder\July 2017 Load Files\Rite Aid BD Adjustments_070117.csv

Total Records Processed:     34,258

Successfully Processed :     34,258
```

| BC Name | BC # | # DEA | Current Threshold Total | New Threshold Total | Total Change Amount | Average Change Amount |
|---|---|---|---|---|---|---|
| ALPRAZOLAM | 2882 | 3,234 | 31,252,150 | 20,370,300 | (10,881,850) | (3,365) |
| CARISOPRODOL | 8192 | 4,084 | 22,760,700 | 8,786,500 | (13,974,200) | (3,422) |
| FENTANYL | 9801 | 4,549 | 22,750,500 | 4,557,000 | (18,193,500) | (3,999) |
| HYDROCODONE | 9193 | 1,857 | 22,300,480 | 20,234,500 | (2,065,980) | (1,113) |
| HYDROMORPHONE | 9150 | 4,516 | 22,282,500 | 6,605,700 | (15,676,800) | (3,471) |
| METHADONE | 9250 | 4,435 | 23,533,700 | 9,737,800 | (13,795,900) | (3,111) |
| MORPHINE | 9300 | 4,420 | 22,393,600 | 9,066,700 | (13,326,900) | (3,015) |
| OXYCODONE | 9143 | 2,330 | 25,313,100 | 19,245,200 | (6,067,900) | (2,604) |
| OXYMORPHONE | 9652 | 4,503 | 22,188,000 | 4,824,160 | (17,363,840) | (3,856) |
| TRAMADOL | 9752 | 330 | 3,676,500 | 3,084,500 | (592,000) | (1,794) |
| **TOTAL** | **NA** | **34,258** | **218,451,230** | **106,512,360** | **(111,938,870)** | **(3,268)** |

McKesson Confidentiality Notice: This report, including any attachments, is for internal use only and may contain confidential, proprietary and/or privileged information of McKesson Corporation or its affiliates. Any unauthorized review, use, disclosure or distribution is prohibited.

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
HIGHLY CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-AGMS-014-0001634
MCKMDL00340152
P-13212 _ 00002