Custom
Sample
8/17/18

PLAINTIFFS TRIAL
EXHIBIT
**P-13284_00001**

**M<sup>c</sup>KESSON**

*Empowering Healthcare*

## CSMP - Observation/Level 1/Documentation Form

### Interview/Observation Details

Customer Name/Acct #: _811 290 Custom Script_   Date: _5/15/13_   Time: _3:07_

Interviewer/Observer Name: **Denise Shadburn**

Interviewer/Observer Title: **ARCOS**   Interviewer/Observer Location (DC): **8164**

Purpose of Conversation/Observation Location(address): **Customer omit on base code** _9143_

### Standard Questions (for Level 1)

Question: **Are you aware that you have exceeded your threshold for (item-s)? If so, can you explain?**
_NO_

Question: **Are you currently involved in any internet business or activity? If so, explain.**
_NO_

Question: **Have you taken on any new business that would elevate your controlled substance purchases? If so, Explain.**
_NO_

Question: **Is an increase needed at this time?**   _NO_

### Observation/Interview Notes

Notes: _~ Mick ~ mis keyed ~ Only meant to order 10 - Accidently keyed 100_

CSMP documentation form 5_20_2008

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008675
MCKMDL00364909
P-13284_00002

**MCKESSON**
*Empowering Healthcare*

Customer Name: ___Custom Script Pharmacy___

Customer #: ~~911250~~ → Changing account number to 033760

Primary With McKesson?: Yes ☒   No ☐

McKesson Sales Representative: _Tim Ashworth_

McKesson DC: _WCH 8164_

Questionnaire completed: ☐

*Operations Review:

*Regulatory Review:

Approved:

Regional Director Regulatory Affairs

***Reviews and/or approvals may be indicated through SharePoint confirmation

Custom Script Pharmacy Questionnaire ISMC REVISION 10_21_11.docx02/28/2013

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

**MCKESSON**
*Empowering Healthcare*

## Pharmacy Questionnaire

The following information is to be completed by Pharmacy owner and McKesson Sales Representative during on-site evaluation.

☐ New Customer Go live date:

☒ Existing Customer Since (MM/YY): 07/10

### I. General Information & Licensing

a. Pharmacy Name: Custom Scripts Infusion Vital Care, LLC
DBA  Custom Script Pharmacy    (if name differs from Corporate name)

b. Pharmacy Address: 3738 Teays Valley Rd Suite 3 Hurricane, WV

c. Phone:  304-733-3784    Fax:  304-733-1398

d. Pharmacy email address:  chad@customscriptrx.com

e. Pharmacy License (Include all states in which you are/have been licensed)

| State | License # | EXP Date |
|-------|-----------|----------|
| WV | SP0552452 | 6/30/2014 |
| | | |
| | | |

f. DEA Registration number/exp date: (list all)  FC3863982

   i. Does address on registration match pharmacy actual address?
   ☒Yes ☐No

g. Licensure of Pharmacists

Owner is PIC ☐

Pharmacist-in-charge (PIC)    (List all states you are/have been licensed)

| Name | State | License # | Exp Date |
|------|-------|-----------|----------|
| Nick Hopkins | WV | RP7857 | 6/30/14 |
| | OH | RPH 03331209 | 9/2014 |
| | | | |

Additional Pharmacists &  Pharmacy Technicians

| Name | State | License # | Exp Date |
|------|-------|-----------|----------|
| Chad Wallace | WV | RP 5705 | 6/30/13 |
| | | | |
| | | | |

**McKESSON**
*Empowering Healthcare*

### II. *Ownership/Business History* (Please include all 5% owners)

a. Owner Information

Owner(s) name:  Steve Williams

DBA:  Custom Script Pharmacy

Address:   Hurricane, WV

Phone: 304-733-3784

List education/profession if other than Pharmacist

b. Ownership type:

☐ Sole Proprietor

☒ Corporation, if so State WV

☐ Partnership

c. Number of years owner has operated current pharmacy 2.5

d. Owner operates/has operated  additional pharmacies ☐ Yes  ☐ No

| Pharmacy Name | Address | DEA#/Exp Date |
|---|---|---|
| Medicine Cabinet | 515 Broadway Ave Paintsville KY | |
| '' | 230 St Hwy 2  Olive Hill KY | |
| '' | Kermit  WV | |

*Add additional information to table in appendix A below as needed.

e. History.  Please provide explanation below for any **Yes** answers.

i.   Has any owner been convicted/charged with a felony and/or any crime related to fraud/controlled substances?

☐ Yes  ☒ No

ii.   Has pharmacy ever had DEA registration suspended or revoked?

☐ Yes  ☒ No

iii.   Has pharmacy ever been subject to a State issued disciplinary action?

☐ Yes  ☒ No

iv.   Has pharmacy owner ever been subject to a DEA issued disciplinary action regarding this location or any other location?

☐ Yes  ☒ No

v.   Has any pharmacist associated with this pharmacy ever been subject to a disciplinary action by the State or by any regulatory agency?

☐ Yes  ☒ No

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008678
MCKMDL00364912
P-13284_00005

**M<sup>C</sup>KESSON**
*Empowering Healthcare*

vi.  Does the pharmacy possess any other registration/license (wholesale, repackage)?

☐Yes ☒No

vii. Does pharmacy ship into any states it is not licensed for?

☐Yes ☒No

viii. Has any previous wholesaler / manufacturer ceased shipping or restricted purchases of controlled substances to this pharmacy or any other pharmacy which is/has been owned/operated??

☐Yes ☒No

f.  **Explanation:**_____Does the pharmacy conduct criminal background checks on all employees involved in pharmacy operations?

☒Yes ☐ No

## III. Business Information

a.  Business classification: _____Retail_/Independent

  i.  Retail

  ii.  Hospital

  iii.  Independent

  iv.  Mail order

  v.  Internet

  vi.  Chain warehouse

  vii.  State/Federal/Government  Hospital

  viii.  Correctional institution

  ix.  Closed pharmacy

  x.  Nursing home

  xi.  Physician / Dentist

  xii.  Infusion  / Dialysis facility

  xiii.  Surgical emergency center

  xiv.  Wholesaler

  xv.

**MCKESSON**
*Empowering Healthcare*

b. List wholesale distributors or manufacturers from whom you have sourced controlled substances in the last 24 months

| Wholesaler/Mfg | Primary | Secondary |
|---|---|---|
| McKesson | x | |
| Freedom | X (bulk powder) | |
| PCCA | X (bulk powder) | |

c. How do new prescriptions come to the pharmacy (please express as a percentage)?

Walk-in _10%_

Phone _30%_

Fax / E-prescribing _60%_

Internet _0%_

d. Is the pharmacy affiliated with an Internet Website or have its own website? If yes, list web address _NO_

e. Does pharmacy download and fill prescriptions from a website? If yes list web address _NO_

f. Pain Management Clinics

   i. Does pharmacy provide direct service to or does it receive significant business from Pain Management Clinics?
☐Yes  ☒No   If yes, % _____

| Name of Pain Management Clinics | Address | Prescribers Name | DEA # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

g. Does pharmacy service nursing homes, long term care or hospice facilities?
☒Yes (If Yes, please list in appendix B)  ☐No

h. Is pharmacy located within a medical center or clinic?
☐Yes (If Yes, please list in appendix C)  ☒No

i. Is this a closed door pharmacy?
☐Yes  ☒No

j. Does pharmacy regularly fill prescriptions written by out of state providers?
☒Yes (If Yes, Please list in appendix D)  ☐No

k.  What are the areas of specialty of the doctors' practices for which the pharmacy dispenses controls?
(express as %)   Neurology 25%
Podiatry 20%
Internal Medicine 30%
Surgery ~~12%~~ 20%
Hospice 5%

## IV. Top (5-10) Controlled Substance Prescribers

| Name | DEA#/Exp Date |
|---|---|
| Bradwell Chaney | BC5964223 |
| Steven Melek | BM3261752 |
| Derek Hollingsworth | BH6724466 |
| Delena Webb | AW4345167 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## V. Purchasing Information (Include Projections)

a.  Total Estimated Monthly Purchases $20,000

b.  Total Estimated Monthly Rx Purchases (including c.s.) $19,000

c.  Purchase breakdown:

Rx % 99% (including listed chemicals and controlled substance)

Controlled Substance % 30%

Listed chemical % 0

Non-Rx (OTC/HBA/DME) % ~~1%~~

d.  Prescriptions filled per day ~~40 comp~~ 10 Retail and per month ~~1130~~ 1200   200 Retail 1/1000 Compound

Method of payment to the pharmacy:

Private Insurance % 40%

Medicare/Medicaid % 50%

Cash % 10%

Other % 0%

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

**MCKESSON**
*Empowering Healthcare*

### VI.  Controlled Substance Purchases

a.  Estimate dose units (tablets/capsules) <u>dispensed per month</u> for each of
the following Controlled Substances.  Total of all brand and generic for
the base items, including combination products.  (Initial visit entries
here.  Please use table at end of document for subsequent visits.)

Hydrocodone _1000_    *Please Maintain Current thresholds.*
Phentermine _100_     *This customis moving to a New*
Oxycodone _2000_      *location with the anticipation of*
Methadone _0_         *doubling their current sales within*
Alprazolam _~~1000~~ 1000_   *6 Months*

b.  If any of the above is greater than 5000 dose units please provide
information (6 month dispensing information (less than 6 months if
approved by DRA), frequent referrals from pain clinics, etc.) to support
purchase levels.
**Explanation:**  _Currently nothing over 5,000 doses,_

c.  Does the pharmacy have established policies and procedures to verify
controlled substances prescriptions?  If yes, attach copy. If no
Explanation/Comments: _Yes_
    _We check State Board monitoring programs in_
_the ~~states~~ states need and verify script validity_
_with DEA# + signature._

| **McKesson Sales Representative** | **Owner/Pharmacist** |
|---|---|
| Signature: _(signature)_ | Signature: _(signature)_ Pharm.D. |
| Print Name: _Tim Ashworth_ | Print Name _Nick Hopkins Pharm.D._ |
| Date: _May 30, 2013_ | Date: _5/30/13_ |

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

**MCKESSON**
*Empowering Healthcare*

## Physical Inspection
*(Completed by McKesson representative)*

a. General description of pharmacy and surrounding area in which business is located, include condition of the pharmacy.

Great,,, Brand new Building.

b. General description of pharmacy customers.

New location... this Pharmacy's focus is Compounding.

c. Does pharmacy have adequate security? (Describe the systems/hardware/provider) Yes, including window and Motion Sensers.

Photograph pharmacy outside and inside include front entrance, pharmacy interior, and pharmacy counter.

See Attached

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008683
MCKMDL00364917
P-13284_00010

**McKESSON**
*Empowering Healthcare*

Appendix A: Additional Pharmacies Operated by the Owner.

| Pharmacy Name | Address | DEA#/Exp Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Appendix B - nursing homes, long term care or hospice facilities

| Name | Address | DEA#/Exp Date |
|---|---|---|
| Hospice of Huntington |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Appendix C - medical center or clinic

| Name | Address | DEA#/Exp Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Appendix D - out of state providers

| Name | Address | % Filled | DEA#/Exp Date |
|---|---|---|---|
| Bradwell Chaney |  | All |  |
| Robert Windsor | KY | Compounds |  |
| Tim Leuenberger |  |  |  |
| Brennan Royalty |  |  |  |

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER



Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008685
MCKMDL00364919
P-13284_00012



Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER



Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008687
MCKMDL00364921
P-13284_00014



Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008688
MCKMDL00364922
P-13284_00015



Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008689
MCKMDL00364923
P-13284_00016

Custom Script Pharmacy
34320 US Rt 60 East
Barboursville, West Va
304-733-3984

DEA FM 1877402

811294

Date of visit.  March 11, 2013
Store/account name and number.  Custom Scripts Pharmacy
Interviewee?  Chad Wallace  PIC
Is the owner a pharmacist?
Describe store size, location and traffic: *(small, large, retail, warehouse, light, heavy, etc.)* small, glass front, no front end, compounding facility - low volume

Describe the front end: *(extensive, limited, none, HM, attractive, dated, etc.)*

Provide threshold dosage units filled monthly
 Hydrocodone:  thresh 8,000
Oxycodone;  thresh 30,500  never ordered 6,000 so lowered 3·25·13
Other;
Does the customer fill for internet business?  no
Does the customer do any mail order business?  no
Is the % of controls filled vs. total sales high?  58 %
.  Volumes so low NLS so is an anomaly
Describe the customer base/patients: *(pain, hospice, family, single, younger, older)*
 mixed cust base

Are out of county prescriptions accepted?  - no
Are there any patient or doctor anomalies to note?  NO BUT HE DECLINES NEW NOPE Ns

Does the pharmacy accept control walk-ins and at what rate?  What process is in place to prevent "doctor shopping"?  USES STATE DATA BASE

 Are there any "pill mill" scripts that come to the pharmacy and if yes, how do they handle it?  Has a low opinion of New Hope - NO REASON WHY

Summary of visit;

Dave G

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008690
MCKMDL00364924
P-13284_00017

34366   US Rt 60 East
Barboursville, West Va
304-733-3984

811294

Date of visit. March 11, 2013
Store/account name and number. Custom Scripts Pharmacy
Interviewee?   Chad Wallace   PIC
Is the owner a pharmacist?
Describe store size, location and traffic: *(small, large, retail, warehouse, light, heavy, etc.)* small, glass front, no front end, compounding facility - low volume

Describe the front end: *(extensive, limited, none, HM, attractive, dated, etc.)*

Provide threshold dosage units filled monthly
 Hydrocodone:   thresh  8,000
Oxycodone;   thresh 30,500 never ordered 6,000 so lowered 3.25.13
Other;
Does the customer fill for internet business?   no
Does the customer do any mail order business?   no
Is the % of controls filled vs. total sales high?   58 %
.   Volumes so low N.S. so is an anomoly
Describe the customer base/patients: *(pain, hospice, family, single, younger, older)*
     mixed cust base

Are out of county prescriptions accepted?   - no
Are there any patient or doctor anomalies to note?   No but HE declines new hope Rx

Does the pharmacy accept control walk-ins and at what rate?   What process is in place to prevent "doctor shopping"?   Uses state data base

 Are there any "pill mill" scripts that come to the pharmacy and if yes, how do they handle it?   Has a low opinion of New Hope

Summary of visit;

Dave G

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008691
MCKMDL00364925
P-13284_00018



Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008692
MCKMDL00364926
P-13284_00019

Case 3:17-cv-01362   Document 1512-12   Filed 01/12/22   Page 20 of 22 PageID #: 74075
Add Customer TCRs and Other Documents Here - New Item

Page 1 of 3

## Pharma Regulatory Affairs

All Sites

Pharma Regulatory Affairs > Add Customer TCRs and Other Documents Here > New Item

# Add Customer TCRs and Other Documents Here: New Item

---

📎 Attach File | ✅ Spelling... * indic

| | |
|---|---|
| **Title \*** | LEVEL 1- MEDICINE CABINET <br> Enter the DOCUMENT title (not your position) |
| **Submitter Name \*** | DENISE SHADBURN |
| **DC or RNA \*** | 8164 Washington Ct Hse |
| **Customer Name \*** | MEDICINE CABINET |
| **Customer Contact** | |
| **Contact Title** | |
| **Contact Phone** | |
| **DEA License \*** | FM1877402 |
| **Acct Numbers \*** | 811250 |
| **Doc Type \*** | ⦿ Level 1 Review <br> ◯ Specify your own value: |

**Supporting Information \***

03/30/2011 CUSTOMER OMIT ON BASE CODE 9250

Continue filling out fields below for TCRs, otherwise stop here.

| | |
|---|---|
| **TCR Type** | |
| | \* Required for TCRs |
| **Reason for TCR** | ⦿ <br> ◯ Specify your own value: |
| | \* Required for TCRs |
| **Level 1 Completed** | |
| **Threshold Reached** | |
| **Questionaire on File** | |

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008693
MCKMDL00364927
P-13284_00020

Add Customer TCRs and Other Documents Here - New Item

**Date of Last Site Visit or Observation**

**Last TCR Change Date(s)**

**TCR1 Base Ingredient**

**TCR1 Action**

**TCR1 Amount**

**TCR2 Base Ingredient**

**TCR2 Action**

**TCR2 Amount**

**TCR3 Base Ingredient**

**TCR3 Action**

**TCR3 Amount**

**TCR4 Base Ingredient**

**TCR4 Action**

**TCR4 Amount**

**TCR5 Base Ingredient**

**TCR5 Action**

**TCR5 Amount**

**Region**

LEAVE BLANK

**DC Group Name**

LEAVE BLANK

**DC Approver**

LEAVE BLANK

**DC Approval Status**

LEAVE BLANK

**DC Approval Date**

⊞ 12 AM  00

LEAVE BLANK

**DC Approval Comments**

A A⃒ | B I U | ≡ ≡ ≡ | ≣ ≣ ≢ ≢ | A ◈ ▸¶ ¶◂

LEAVE BLANK

**DRA**

LEAVE BLANK

http://pharma.mckesson.com/SiteDirectory/WMS/RegAffairs/Lists/Add%20Customer%20...   6/22/2011

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008694
MCKMDL00364928
P-13284_00021

Add Customer TCRs and Other Documents Here - New Item

**DRA Email**

LEAVE BLANK

**DRA Approval Status**

LEAVE BLANK

**DRA Approval Date**

🔲 12 AM ⌄ 00 ⌄

LEAVE BLANK

**DRA Approval Comments**

A A̲ | B *I* U̲ | ≡ ≡ ≡ | ≣ ≣ 津 律 | **A** 🖌 ¶ᵀ ¶⁴

LEAVE BLANK

Confidential - Subject to Protective Order
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK-WVAG-004-0008695
MCKMDL00364929
P-13284_00022