## RE: CSMP

**From:**
"Walker, Donald" <"/o=mckesson/ou=north america/cn=recipients/cn=743a9ca9">

**To:**
"Oriente, Michael" <michael.oriente@mckesson.com>

**Date:**
Thu, 12 Jun 2008 13:55:29 +0000

---

Michael, I can be on a call tomorrow if needed. Let's make sure that Dan Jeffries and Elaine are on.
Don

---

**From:** Oriente, Michael
**Sent:** Wednesday, June 11, 2008 8:04 PM
**To:** Walker, Donald
**Subject:** FW: CSMP

Don,
I received a call from Ed Bissler today about how frustrated with the CSMP Rite Aid is. This is the first I heard of their dissatisfaction. It appears that it may have been brewing for some time where they are at the point of asking for a suspension of the program. Are you available for a call with Ed and myself. Ed had several questions posed by Rite Aid to him that I could not answer centered around the DEA mandate and the legalities of the program. What time would you be available for a conf call with Ed and me? Rite Aid has also requested a meeting next week at their Camp Hill, PA HQ with Ed and me regarding the CSMP program.
I feel that the communication at Rite Aid was not communicated well and that RNA could have done a better job with Rite Aid on managing the customer expectation. It is now at a very critical level of frustration and I am just being brought in. I have made adjustments to stores based on Eckerd Stores converting to Rite Aid stores and deliveries moving from the Eckerd DC to McKesson DSD. I have also adjusted Rite Aid warehouse accounts coming out of the RDC two weeks back. I have not heard this level of dissatisfaction form Elaine or Melissa when communication about Rite Aid. I asked Ed what was being presented to Rite Aid daily and he said they are being sent the threshold report daily. Not sure that this is not just causing some unnecessary panic on their part. I understood the reports to be "filtered" by the account manager and only those accounts with issues to be passed along to Rite Aid. It appears this not to be the case and now some damage control must be worked out.
Thanks and look forward to talking with you on this one,

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-461-8064

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Bissler, Ed
**Sent:** Wednesday, June 11, 2008 6:26 PM
**To:** Oriente, Michael
**Subject:** FW: CSMP
**Importance:** High

Michal,
As per our conversation. Please let me know when Don would be available to discuss. Thank you for taking the time to speak with me today.

*Ed Bissler*
*Vice President Strategic Solutions*

*McKesson Corporation*
*McKesson National Accounts*
*346 Cannon Way*
*Warrenton, VA 20186*

*(540) 349-2300 Office*
*(717) 731-6589 PA Office*
*(540) 349-2949 Fax*
*(717) 761-1329 PA Fax*

**PLAINTIFFS TRIAL EXHIBIT**
**P-13288_00001**

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCK-AGMS-075-0002538
MCKMDL00830338
P-13288 _ 00001

*ed.bissler@mckesson.com*

*www.mckesson.com*

---

**From:** J.Mark Bover [mailto:mbover@riteaid.com]
**Sent:** Wednesday, June 11, 2008 12:04 PM
**To:** Bissler, Ed
**Cc:** Owen P McMahon
**Subject:** CSMP

Ed,
Following our meeting concerning the Controlled Substance Monitoring Program (CSMP), Rite Aid is officially requesting that the CSMP be be suspended or modified for Rite Aid in such a way as to prevent stores from being cut-off from supply, until such time that both Rite Aid and McKesson can mutually agree upon solutions to the many problems the current program causes. We have strong concerns about customer care that could be interrupted with potentially harmful results from not being able to obtain their legitimate and necessary medications.
Rite Aid is also requesting a copy of the DEA mandate and/or any consent decree that has specifics around the CSMP that is currently in place. It is important for Rite Aid to understand the limits imposed by the DEA so that we can work more efficiently with McKesson to resolve our issues.
JMark
**J. Mark Bover**
**Senior Director - Generic Pharmaceutical Purchasing**
**Rite Aid HDQTRS. Corp.**
30 Hunter Lane
Camp Hill, PA 17011
Phone: 717-214-2519
Fax: 717-731-4730
E-mail: mbover@riteaid.com

---

Disclaimer: This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This e-mail expresses views only of the sender, which are not to be attributed to Rite Aid Corporation and may not be copied or distributed without this statement.

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCK-AGMS-075-0002539
MCKMDL00830339

P-13288 _ 00002