## RE: Pill Mills

**From:**

"Oriente, Michael" <"/o=mckesson/ou=north america/cn=recipients/cn=eshjxsl">

**To:**

"Gustin, Dave" <dave.gustin@mckesson.com>, "de Gutierrez-Mahoney, Bill" <bill.mahoney@mckesson.com>, "McDonald, Tom" <tom.mcdonald@mckesson.com>, "Hilliard, Gary" <gary.hilliard@mckesson.com>, "Jonas, Tracy" <tracy.jonas@mckesson.com>

**Date:**

Wed, 10 Feb 2010 14:22:33 +0000

Dave,

I see this county is 75 miles from WCH.  Do they service pharmacies in this county that have high thresholds?

\~

*Michael P. Oriente*

Michael P. Oriente
Director Regulatory Affairs, NE Region
McKesson Pharmaceutical
400 Delran Parkway
Delran, N.J. 08075

Phone: 856-255-2184
Cell: 609-929-5880
Fax 856-764-9726
\~

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

\~

\~
**From:** Gustin, Dave
**Sent:** Wednesday, February 10, 2010 8:56 AM
**To:** de Gutierrez-Mahoney, Bill; McDonald, Tom; Oriente, Michael; Hilliard, Gary; Jonas, Tracy
**Subject:** FW: Pill Mills

\~

Pep talk number 37………

\~

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

\~
**From:** Gustin, Dave
**Sent:** Wednesday, February 10, 2010 8:54 AM
**To:** Fagerskog, Dave; Rabicke, Ammie; Vanderburg, Craig; Gilmore, Traci; Terry, Thomas; Mooney, Scott; Hughes, Tom; Meunier, Kevin; Spaulding, Todd; Van Norman, Christopher; Bagby, Camille; Shadburn, Denise; Miller, Ray; Falk, Susan; Pfaff, Debra; Williams, Tyra; Bennett, Dana; Harre, Kelly; Slattery, Terry; Bender, Todd; Beydoun, Ayman; Deck, Paula; DeReus, Lauren; England, Ryan; Errett, Jack; Aden, Jeff; Gleeson, Thomas; Guhin, Thomas; Haiar, Dale; Harper, Shawn; Harrington, Robb; Hawken, Tim; Hogendobler, David; Hogendobler, James; Howe, Chris; Jackson, Kathy; Jarosch, Debbie; Kinsinger, Heather; Kirk, Edward - RSE Pharma; Lange, Matthew; Langfoss, Loree; Lavaja, Danielle; Lindgren, Karl; Maka, Diane; McLain, Josh; Miller, Jeffery; Mingori, Douglas; Monacelli, Nick; Monroe, Kerry; Murphy, Norman; Odell, Jane; Propst, Kathleen; Roy, Sandra; Sauer, Jeffrey; Bridwell, David; Bach, Mike; Graf, Tyler; Sauer, Jeffrey; Horner, Tom; Graf, Tyler; Thesing, Linda; Robertson, Kristin; Stuckey, Kathy; Garrett, Marita; Miller, Ray; Tallman, Robert; Dunaway, Phillip; Parker, John; Scott, Shannon; Johnson, Michelle; Matthews, Sherri; Bittner, Carol; Michael, Kate; Ashworth, Timothy; Sandgren, Ruth; Wasko, Lorie; Omiecinski, Cori; Morrison, Tracy; Allen, Linda; Stenner, Jake; Dominguez, Jeni; Melvin, Jennifer; Eide, Danielle; Kuczynski, John
**Cc:** Secrest, Larry; Curwin, Anne; Essensa, Marc; Eadie, Gary; Hamik, Bill
**Subject:** Pill Mills

\~

PLAINTIFFS TRIAL EXHIBIT

**P-13385_00001**

MCK-AGMS-063-0020135
MCKSTCT00038337
P-13385 _ 00001

Team,

This is one reason why we do what we do.  It is so easy for any of our customers to be involved with one of these pill mills either knowingly or unknowingly.   We would be implicated.  Like it or not our best line of defense isn't really me since there is one of me for 8 DCs and twice as many states….it is the rep who knows the customer better than anyone and is more in tune with their business and the areas in which they function.  We really count on you to be our eyes and ears in the field.   It is the DC personnel who fill orders and get to know what is normal and what looks abnormal.  It is the DCM who sees a trend in the THD increase requests for a certain acct. It is all of us, doing our part.  Thanks for your diligence.

\~

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

\~

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER