# Document Produced in Native

PLAINTIFFS TRIAL
EXHIBIT

**P-13710_00001**

## CSMP Ctrls/Rx Ratio Analysis FY 02/2009 to 07/2014_v2

**Table**

| DEA Number | Sold-to party | | Postal Code | Home DC | Fiscal year/period | TTL Rx Doses | TTL Ctrl Doses | Controls / Rx |
|---|---|---|---|---|---|---|---|---|
| FM1877402 | 811250 | CUSTOM SCRIPT PHARMACY | 25504 | 8164 | MK/004/2011 | 31,795 | 25,486 | 80.16 % |
| | | | | | MK/005/2011 | 24,633 | 23,361 | 94.84 % |
| | | | | | MK/006/2011 | 18,326 | 18,108 | 98.81 % |
| | | | | | MK/007/2011 | 27,977 | 27,054 | 96.70 % |
| | | | | | MK/008/2011 | 20,721 | 19,650 | 94.83 % |
| | | | | | MK/009/2011 | 11,874 | 11,250 | 94.74 % |
| | | | | | MK/010/2011 | 28,621 | 28,181 | 98.46 % |
| | | | | | MK/011/2011 | 20,099 | 19,466 | 96.85 % |
| | | | | | MK/012/2011 | 43,390 | 41,825 | 96.39 % |
| | | | | | MK/001/2012 | 24,797 | 23,330 | 94.08 % |
| | | | | | MK/002/2012 | 26,812 | 24,860 | 92.72 % |
| | | | | | MK/003/2012 | 18,987 | 17,486 | 92.09 % |
| | | | | | MK/004/2012 | 3,537 | 513 | 14.50 % |
| | | | | | MK/005/2012 | 20,924 | 17,906 | 85.58 % |
| | | | | | MK/006/2012 | 14,381 | 11,682 | 81.23 % |
| | | | | | MK/007/2012 | 22,846 | 16,977 | 74.31 % |
| | | | | | MK/008/2012 | 17,156 | 13,770 | 80.26 % |
| | | | | | MK/009/2012 | 16,926 | 11,208 | 66.22 % |
| | | | | | MK/010/2012 | 11,067 | 6,898 | 62.33 % |
| | | | | | MK/011/2012 | 11,913 | 6,752 | 56.68 % |
| | | | | | MK/012/2012 | 29,268 | 15,280 | 52.21 % |
| | | | | | MK/001/2013 | 21,246 | 11,030 | 51.92 % |
| | | | | | MK/002/2013 | 25,558 | 13,272 | 51.93 % |
| | | | | | MK/003/2013 | 15,929 | 10,361 | 65.04 % |
| | | | | | MK/004/2013 | 17,057 | 12,250 | 71.82 % |
| | | | | | MK/005/2013 | 33,385 | 20,281 | 60.75 % |
| | | | | | MK/006/2013 | 6,431 | 2,047 | 31.83 % |
| | | | | | MK/007/2013 | 21,214 | 6,440 | 30.36 % |
| | | | | | MK/008/2013 | 17,934 | 6,973 | 38.88 % |
| | | | | | MK/009/2013 | 15,572 | 3,892 | 24.99 % |
| | | | | | MK/010/2013 | 35,790 | 10,653 | 29.77 % |
| | | | | | MK/011/2013 | 20,679 | 9,007 | 43.56 % |
| | | | | | MK/012/2013 | 35,008 | 10,011 | 28.60 % |
| | | | | | MK/001/2014 | 26,599 | 5,834 | 21.93 % |
| | | | | | MK/002/2014 | 23,598 | 4,231 | 17.93 % |
| | 811294 | CUSTOM SCRIPT PHARMACY | 25504 | 8164 | MK/004/2012 | 6,886 | 6,886 | 100.00 % |
| | | | | | MK/005/2012 | 110 | 110 | 100.00 % |
| | | | | | MK/006/2012 | 400 | 400 | 100.00 % |
| | | | | | MK/008/2012 | 0 | 0 | X |
| | Result | | | | | 769,444 | 514,720 | 66.90 % |