**Produced Natively**

Custom Script Pharmacy ZMCK_0ANALYSIS_PATTERN.xls

PLAINTIFFS TRIAL EXHIBIT
P-13712_00001

Confidential Material Exempt From Disclosure Under FOIA

MCK_WCH_00004640

CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCKMDL00328705
P-13712 _ 00001

**CSMP Threshold Adjustment Recap Report**

| DEA Number | Customer | | DEA Base Code | | Begin Date | End Date | Reason For Change | Reason For Change 2 | User Name | Cust Threshold |
|---|---|---|---|---|---|---|---|---|---|---|
| FM1877402 | 811250 | CUSTOM SCRIPT PHARMACY | 9143 | OXYCODONE | 03/25/2013 | 12/31/9999 | PERCRA/PROACTION/NOT BUYING ABOVE STANDARD/3/25/13 | # | EXKG0FN | 8,000 |
| FM1877402 | 811250 | CUSTOM SCRIPT PHARMACY | 9143 | OXYCODONE | 10/08/2010 | 12/31/9999 | DONE PER DCM/TCR/AM/DG 10/08/10 | # | EXKG0FN | 30,500 |
| FM1877402 | 811250 | CUSTOM SCRIPT PHARMACY | 9143 | OXYCODONE | 09/17/2010 | 12/31/9999 | DONE PER DCM/TCR/AM/DG 9/17/10 | # | EXKG0FN | 23,500 |
| FM1877402 | 811250 | CUSTOM SCRIPT PHARMACY | 9143 | OXYCODONE | 08/10/2010 | 12/31/9999 | DONE PER DRA DISCRETION/DG 8/10/10 | # | EXKG0FN | 16,000 |
| FM1877402 | 811250 | CUSTOM SCRIPT PHARMACY | 9143 | OXYCODONE | 07/29/2010 | 12/31/9999 | ON-BOARD : ORDER 6224254194 . THRESHOLD FROM FAMILY | Y | PRDREMOTE | 8,000 |
| FM1877402 | 811250 | CUSTOM SCRIPT PHARMACY | 9193 | HYDROCODONE | 03/14/2012 | 12/31/9999 | DGINITIALSETUP | # | EXKG0FN | 5,000 |
| FM1877402 | 811250 | CUSTOM SCRIPT PHARMACY | 9193 | HYDROCODONE | 07/29/2010 | 03/13/2012 | ON-BOARD : ORDER 6224255935 . THRESHOLD FROM FAMILY | Y | PRDREMOTE | 8,000 |

Confidential Material Exempt From Disclosure Under FOIA