**McKESSON**
*Empowering Healthcare*

# <u>Threshold Change Form</u>

Date:<u>October 7, 2010</u>

**Temp/Perm?** <u>Permanent</u>                    Anticipated Effective Date:<u>October 15, 2010</u>

| | | |
|---|---|---|
| **Customer Name:** <u>Medicine Cabinet Pharmacy #5</u> | **Customer Contact Name:**<u>Chad Wallace</u> | |
| **Address:** <u>3476 US RT 60 E</u> | **Title:**<u>PIC</u> | |
| <u>Barboursville, WV 25504</u> | **Phone:**<u>304-733-3784</u> | |
| | **Has account reached monthly threshold Y/N?** <u>NO</u> | |
| **DEA number:**<u>FM1877402</u> | **Has Level One been conducted Y/N?** <u>YES</u> | |
| **Customer Account number:**<u>811250</u> | | |

Provide Economost number, Description or Base Code          Dosage amount or percentage
1.  CS requested:<u>Oxycodone</u>                    +/-  amount<u>7,000</u>
2.  CS requested:_____                    +/-  amount_____
3.  CS requested:_____                    +/-  amount_____
4.  CS requested:_____                    +/-  amount_____
5.  CS requested:_____                    +/-  amount_____

**<u>Reason for requested change (BE SPECIFIC, include supporting documentation):</u>**
Med Cab Pharmacy is a new pharmacy that has been aggressivly marketing their compounding business to Cabell Huntington Hospital's Oncology clinic, Hospice of Huntington, Dr. Philip Fisher Huntington Spine & Rehab Clinic, and Dr. Jimmy Adams Pain Management clinic.  Chad Wallace PIC said they have been very successful in marketing compounding products they would now like to agressively go after the prescription business.  In doing so Chad anticipates a 25% surge in usage of product containing oxycodone.  In marketing to the following clinics he would like to be assured he can get the product from us.

<u>McKesson use only</u>
1.  Date of last site visit/observation.<u>October 7, 2010</u>
2.  Questionnaire and Declaration on file?<u>Yes</u>          Date:_____
3.  Permanent or Temporary threshold change?<u>Permanent</u>
4.  Has threshold been changed on the same product within the last three months?___ If yes, list Dates._____

<u>Current Threshold</u>
1.   23,500
2.
3.
4.
5.

**Submitted by:**
DC Management _____                              Date: _____

Sales <u>Tim Ashworth</u>                              Date: <u>October 8, 2010</u>

**Approval/Denial**          **by:**

Regulatory _____                         Date: _____

nativeFile.DOC

PLAINTIFFS TRIAL EXHIBIT
**P-13714_00001**