RE: DEA 911

From:

"McDonald, Tom" <tom.mcdonald@mckesson.com>

To:

"Russell, Bruce" <bruce.russell@mckesson.com>, "Scofield, Cathy" <catherine.scofield@mckesson.com>

Cc:

"Melton, Jenny" <jenny.melton@mckesson.com>, "Pacheco, Sheila" <sheila.pacheco@mckesson.com>, #PGRDRC <pgrdrc@mckesson.com>

Date:

Thu, 24 Jan 2008 17:43:17 +0000

Attachments:

Controlled Subs filled by Pharma1-24-2008.ppt (223.74 kB)

Attached is a high level PPT that was created last year to describe the controlled substance migration from MMS to Pharma. Please forward questions.
Tom

**From:** Russell, Bruce
**Sent:** Wednesday, January 23, 2008 12:58 PM
**To:** Scofield, Cathy
**Cc:** McDonald, Tom; Melton, Jenny; Pacheco, Sheila; #PGRDRC
**Subject:** DEA 911

Tom forwarding updated MMS PP as soon as he exits California Board of Pharmacy meeting this afternoon.
Tom, please cc Jenny, Sheila, me and PGRDRC.
Tks
B

PLAINTIFFS TRIAL EXHIBIT
P-13736a_00001

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCK-AGMS-064-0000625
MCKSTCT00047610
P-13736a _ 00001



1.  Insert your business unit's name in place of "Operating Company" and your name and title in place of "Presenter, Title"

## Overview

- All MedSurg controlled substance orders are filled from two facilities (Grapevine, Ontario).
- DEA is requiring a more stringent review of controlled substance orders and suspicious order and customer identification prior to shipping.
  - Orders must be suspended and investigations of customers must be conducted prior to the suspension being removed.
- Systems and processes are in place to support Florida pedigree
  - Pharma is filling orders for MedSurg in that state.
- Pharma has the solid infrastructure to support the small volume of orders in MedSurg to include a limited number of List I chemicals and state controlled items.
- Maintaining compliance will be more efficient on one platform.

**McKESSON**
*Empowering Healthcare*

2



# Requirements

- Collect data on volume by customer and billing DC
- Develop a coverage map to better understand volume by Pharma DC
- Identify the customers and the Pharma facilities that will service them
- Work with IT to streamline the order process through MedSurg
- Understand the baseline cost involved with servicing customers in the current model (Six Sigma)
- Work on timelines and milestones to plan events
  - Tiered rollout plan by coverage area
- Develop training plan for processing on the Pharma side if it is different from the current process.
- Communication plan for MedSurg Sales Team
- Develop a communication plan for Pharma.

3

McKESSON
Empowering Healthcare

Confidential property of McKesson
DO NOT DISTRIBUTE. FOR INTERNAL USE ONLY.

# By the Numbers

- MedSurg – 2 facilities servicing for 47 states.
- Pharma – 30 facilities servicing 50 states.
- Daily Controlled Substance Lines:
  - Pharma: 80,707
  - MedSurg: 160
- Average increase to Pharma volume:
  - Less than 10 order lines per day

**MCKESSON**
*Empowering Healthcare*

4

**Confidential property of McKesson**
**DO NOT DISTRIBUTE.  FOR INTERNAL USE ONLY.**

4

P-13736a _ 00005

## Potential Issues

- Suspicious order investigations
- No direct communication with the sales force on potential controlled substance issues
    - CS would be the liaison
- No SMO visibility for MMS sales
- Communication across business unit must improve
- Customer communication and training related to the CII blanks

**McKESSON**
*Empowering Healthcare*

5

**Confidential property of McKesson**
**DO NOT DISTRIBUTE.  FOR INTERNAL USE ONLY.**

5

P-13736a _ 00006



**Confidential property of McKesson**
**DO NOT DISTRIBUTE.  FOR INTERNAL USE ONLY.**

6

P-13736a _ 00007



**Confidential property of McKesson**
**DO NOT DISTRIBUTE. FOR INTERNAL USE ONLY.**

7

P-13736a _ 00008

## Process Steps from the MedSurg Side

- MedSurg order will be placed as usual – Screenflow, STATpc, EDI, Supply Manager.
    - All the controlled substance 2 thru 5 level items will be set up as drop ship only.
    - Schedule 3 thru 5 items will pass through order entry without stopping.
    - Schedule 2 drugs will continue to have a licensing check, but will not go on hold if license is valid.
- Drop Ship Order - Sales Order and Purchase Order will be created.
    - Purchase Order will not go on hold.  Status will be set to allow straight pass.
    - Purchase Order will go out via 850 Outbound process – similar to Office Supplies.
    - Pharma will send back 855 transaction.
    - If the 855 from Pharma shows that the line will not be filled, we will look at a couple of different possible processes.
- Pharma will send EDI 810 Inbound transaction to MedSurg – which will receipt the PO and allow the SO to bill customer.

**McKESSON**
*Empowering Healthcare*

8

**Confidential property of McKesson**
**DO NOT DISTRIBUTE.  FOR INTERNAL USE ONLY.**

8

P-13736a _ 00009



**Confidential property of McKesson**
**DO NOT DISTRIBUTE.  FOR INTERNAL USE ONLY.**

9

P-13736a _ 00010

13 May 2021



**Confidential property of McKesson**
**DO NOT DISTRIBUTE.  FOR INTERNAL USE ONLY.**

10

P-13736a _ 00011

13 May 2021



**Confidential property of McKesson**
**DO NOT DISTRIBUTE.  FOR INTERNAL USE ONLY.**

11

P-13736a _ 00012

## MedSurg Controlled Order Volume in Lines

| DIST_NO | Annual Total | Monthly Average | Daily Average |
|---|---|---|---|
| Ontario, CA - 96 | 14515 | 1209.58 | 56.26 |
| Grapevine, TX - 60 | 4475 | 372.92 | 17.34 |
| Orlando, FL - 11 | 3829 | 319.08 | 14.84 |
| Swedesboro, NJ - 2 | 2797 | 233.08 | 10.84 |
| Detroit, MI - 84 | 2835 | 236.25 | 10.99 |
| Atlanta, GA - 4 | 2488 | 207.33 | 9.64 |
| Phoenix, AZ - 82 | 2064 | 172.00 | 8.00 |
| Kansas City, MO - 3 | 1703 | 141.92 | 6.60 |
| Seattle, WA - 83 | 1545 | 128.75 | 5.99 |
| Northboro, MA - 65 | 1547 | 128.92 | 6.00 |
| Columbus, OH - 72 | 1326 | 110.50 | 5.14 |
| Denver, CO - 64 | 878 | 73.17 | 3.40 |
| Cheshire, CT – 80 (closed) | 786 | 65.50 | 3.05 |
| Little Rock, AK - 46 | 349 | 29.08 | 1.35 |
| Chicago, IL - 27 | 223 | 18.58 | 0.86 |
| Charlotte, NC – 14 (closed) | 5 | 0.42 | 0.02 |
| Grand Total | 41365 | 3447.08 | 160.33 |

12

**McKESSON**
*Empowering Healthcare*

**Confidential property of McKesson**
**DO NOT DISTRIBUTE.  FOR INTERNAL USE ONLY.**

12

P-13736a _ 00013