PLAINTIFFS TRIAL EXHIBIT
P-14038_00001

| | |
|---|---|
| **From:** | Storrer, Scott |
| **Sent:** | Tuesday, January 15, 2008 3:24 PM |
| **To:** | Schultz, Jessica; Vito, Cindy; Corwin, Janette; Fehlberg, Kelly; Mariano, Christian; Miale, Rick; Mahaka, Temba; McDonnell, Lisa; Lipocky, Garry; Jagielski, John; Davis, Tanya; Gregg, Don; Downing, Al; Alderson, Greg; Brown, Joseph I; Giesey, Randy; Ahting, Gerhard; Wyatt, JuliAnne; Watkins, Pam; Dunham, Jennifer; Worsham, Scott; Beins, Jeff; Thien, Julie; Amundson, Mark; Turner, Julie K; Hoy, Leigh; England, Marilyn; Phelps, Jill; Rau, Ken; Richardson, Jeffrey; Vicars, Byron; Jung, Donna; Brooks, Nicole; Guffey, Scott; Piotrowski, Marya; Connelly, Frank; Griffin, Mary; Osborn, Kari; Peterson, Guy; Hoffman, John; Braiman, Marina; Wilka, Steve; McMahon, Michael; Russo, Greg; Lecher, Earle; Scott, Brian; Price, Jeff; Segree, Brent; Wang, Jane; Ambrose, Alesia; Kesig, Paul; Gay, Halle; Walker, Betsy; Harris, Cody; Murphy, Martin; Stanley, Katherine; Nunes, Nicole; Newark, Shelly; Elderton, Alison; Hoffman, Steve; Riva, Michael; Fisher, Teri; Bae, Steven; Coffman, Kevin; Brown, Suzanne F; Kennedy, Robert J.; Freesmeier, Michael; Sampson, Mike; Dunski, Laurie; Bradshaw, Tommy; Sanchez, Regina; Arnott, Jeffrey; Hope, Michael; Huey, Douglas; Loudenslager, Courtney; Labenne, Thomas; Lyons, Janet; Kave, Jesse; Booth, David W (Knoxville); Convery, Thomas; Winning, Kelly; Patton, Matthew; Burnett, David; Willis, Lance; Young, Tammie; Blackwell, Julie; Netkowicz, Shawn; Norbe, Joseph; Smith, Derek E; Albers, Donna; Laws, Tom; Kirby, David; Boatright, Scott; Denson, Sarah; Nowitz, Jonathan; Jemas, Justin; Hennes, Richard; Wheatley, Joshua; Gann, David; Russell, Carly; Roberts, Zachary; Banicki, Gary; Gersitz, Christopher; Baggiano, Rea; Stiefel, Raana; Minton, Erin; Matson, Wendy; Smith, Broderick; Conkey, Julie; Hamilton, Jason; Rewerts, Scot; Bobula, Jeff; White, Roger; Reynolds, Angela; Duplessis, David; Woodruff, Victor; Taylor, Jerry; Gomez, Inga; Kilborn, Jim; Powers, Tracy; Cooper, Candace; Linaweaver, Debra; Moro, Lenny; Radicy, Wendy; Barditch, Maria; Bowles, Steven; Kendrick, Jacob; Hemphill, Lori; Beard, Michael; Price, Tony; Hvezdos, Buddy; Honeycutt, Brian; Bratton, Juliana; Webber, Emily; Newcomer, William; Contreras, Yvonne; Weatherford, Jill; Bellotti, Rion; Gray, Aaron; Hoff, April; Brauchler, Linda; Kelly, David M; McCurdy, Andrew; Donahoo, Mike; Woodruff, Chris; Squire, Desiree; Hamilton, Cheryl; Jensen, Sara; Witchey, Thomas; Behunin, Craig; Williams, Lindsey; LeBeau, Malcolm; Belleavoine, Susan; Weiss, Cathy; Jackson, Val; Daley, Brett; Deruiter, Kelly; Mills, Anthony; Coleman, Bill D (OnSite Services); Lear, Jim; Feldsien, Brenda; Sundeen, Cindy; Hiscocks, Judy; Smith, Gena; Keener, Rich; Bernier, Kevin; Taylor, Maggie; McCloud, Jeffrey M; Hapka, Michael; Mattingly, Lisa; Copeland, Alyson; Schraudner, Jean; Hayes, Meghan; Fortier, Brett; Conner, Todd; Yarbrough, Darrell; Sandifer, Ty; Luba, Steve; Lundregan, Kate; Forester, Cara; Cochran, Brad; Northrop, Michelle; Zimmermann, Halden; Bilacic, Karyn; Butler, Betsy; Sanders, Chad; Cameron, Todd; Bufe, Pamela; Doyle, Tim; DeLorenzo, Marc; Mason, Steve; Bourque, Joe; Gates, Stephen; McMillian, Craig; Sutherland, Eric; Neil, Jimmy; Singleton, Brian; Clift, Robert; Grant, Andy; Fairlamb, Andy; Smilowitz, Harvey; Lilje, Erik; Synor, Mike; Romano, Anthony; Gravois, Lloyd; Zarlengo, Linda; Bernhofer, Alyssa; Bell, Jessica; Schlissberg, Rob; Perry, Jessica; Oliverio, Dave; Thompson, Norman; Armstrong, Kelly; Valdes, Maurilio; Zabriskie, Al; Frost, Christian; Mackiewicz, Ted; Petterson, Jerry; Brewington, Jeffrey; Solazzo, Michael; Bollinger, Mike; Schmidt, Sandro; Greenwald, Joseph; Laser, Todd; Watt, Jason; Pfankuch, Pete; Laws, Scott; Grant, Cindy; Weglarz, Brian; Crawford, Shane; Hoffman, Christopher J; Dutch, John; McDaniel, Eddy; Navest, Sue; Barteau, Jeff; Hudson, Michael; Anderson, Chris J; Wilstead, Jared; Horst, Bradley; Underwood, Ludy; Struebing, Michael; Bonds, Doug; Pita, Eduardo; Deavours, Rick; Dyke, Jonathon "Kyle"; Massey, Angela; Jenkins, Amy; Willis, Brian; Plourd, Paul; Wolfe, Jeri; James, Richard; Apperti, Al; Seiden, Mark; Hamlin, Ree; Folmar, Tom; Carney, Ray; Colley, Richard; Bauer, Jim; Telander, Larry; Montgomery, Steven; Fulford, Vic; Jooste, Garth; Shocklee, Bob; Graham, Tom; Stahl, Gary; Ellis, Dave; Piercy, Phil; Rim, Daniel; Rossettie, Kate; Nathan, Dave; Petillo, Anthony; Wright, Todd; Baldwin, Holly; Farrell, Daniel; Sims, Kevin; Flanagan, Peter; Jachens, Dick; Britt, Michelle; Smith, Randy J; Benson, Kyle; Buchanan, Jason; Matthews, John; Gleason, Jacqueline; Kossak, John; Ginsberg, Jeremy; Reed, Pamela; McAnally, James; Nedeau, Paul; Wurzlow, Dominique; Corder, Sue; Heibel, Greg; Jones, Michael; Bay, Nancy; Purdy, Richard; Navarro, Patsy; Matsushita, Doug; Rose, Andrew; Taylor, Janice; Alvarez, Fawn; Ostroff, Alan; Philp, Kale; Jones, Janet; Anderson, Darcia; Grissom, Denise; Moore, AJ; Coleman, Carla; Botts, Rebecca; Tracy, Julie; Page, Charles B; Schuler, David; Straley, Sandra; Mullins, John; Grant, Danna; Horne, Megan; Fenton, Geoffrey; Lawrence, Steve; DeGemmis, Thomas; Ambrose, Michael; Hayden, Bill; LaNouette, Jill; Hall, Glenn; Jacobson, Allen; Squires, Alvey; Burks, Law; Brannon, Jeff (DUBLIN-OH); Williams, Jay |
| **Cc:** | Clark, Kerry; Henderson, Jeff; DeGemmis, Thomas; Jackson, Brian L; Lawrence, Steve; Cox, Lee; Whitmore, Rodney; Nowak, Greg; Harty, Linda (Finance); Erick, Matt; Fortier, Brett; LaNouette, Jill; Falk, Steve; Hartman, Mark |
| **Subject:** | Anti-Diverson of Controlled Substances - National Initiative |
| **Importance:** | High |
| **Attachments:** | Anti Diversion 011408 RI.doc |

As an industry leader, Cardinal Health plays an essential role and has the responsibility to protect the safety and integrity of the supply chain. We are committed to meet this important challenge in a timely manner, starting with the aggressive procedures that

3/3/2008

FOIA Confidential Treatment Requested by Cardinal
CONFIDENTIAL
ECAH_002_000943533
CAH_MDL_PRIORPROD_DEA07_00012001
P-14038 _ 00001

have been implemented to enhance our own controls and further guard against distribution to pharmacies that may be engaged in, or permitting, the diversion of controlled substances.

To further safeguard the public against the diversion of controlled substances, we need your assistance. As field sales representatives, you have the most direct and open connection to our customer base and the communities they serve. Because of this connection, *you are directed to immediately review your assigned accounts to consider whether any of those accounts raise a suspicion in your mind that diversion of controlled substances may be occurring.*

**As such, if you suspect that any of your accounts may be engaging in, or permitting, the diversion of controlled substances, you must notify your Regional Quality and Regulatory Affairs (QRA) Representative and Michael Moné, Vice President of Anti-Diversion in Corporate QRA immediately.** Notification should be made by email to both individuals along with a brief explanation regarding your suspicions. Your report will prompt the QRA team to analyze the account. No action will be taken on any account unless the QRA team determines the account poses a risk of the diversion of controlled substances. Your name will not be provided to the account as the source of the investigation.

If an account you report to QRA by January 31, 2008 is determined to represent a risk of the diversion of controlled substances and is cut-off from controlled substance shipments:

- Your job performance will not be evaluated negatively because of the notification; and
- Cardinal Health will make appropriate adjustments to ensure your compensation is not in any way affected because of the loss of that customer.

In other words, in order to encourage the most open and complete reporting of suspicious accounts to QRA, you have complete "amnesty" for any accounts you report prior to January 31, 2008 that are cut-off because they present an unacceptable risk of being engaged in, or permitting, the diversion of controlled substances.

In order to ensure completeness of this national anti-diversion initiative, if you are not aware of any suspicious accounts assigned to you, *you are nevertheless required to send an email* to that effect to Michael Moné by January 31, 2008.

Thank you for your support on this important matter. We sincerely appreciate your continued dedication to our customers and to Cardinal Health.

3/3/2008