# Placeholder

See Attachment For P-14288

