- Locker assignments and locks will be issued by Cardinal Health.  Personal locks are not allowed.  Locks will be subject to inspection by Management at their discretion.

- Visitor's entering the distribution center should be asked to sign in on a **Visitor's Log (Form #21)**, indicating their name, who they represent, time in, time out, and who they are visiting at the distribution center. Each visitor should wear a badge and must be escorted during their stay.

- Warehouse access is limited to employees who have full-time assignments that require their presence in the warehouse.

- Coats and pocketbooks are not allowed in the warehouse.

- Employees are to adhere to the posted access list for the cage and vault area.

- A **Miscellaneous Security Log (Form #22)** should be used to document any minor security-related incidents that occur but do not need to be explained in detail.

Security rules should be distributed to all employees and a signature obtained to document receipt.

## Violence Prevention Procedures

The sign entitled **Violence Prevention Procedures (Exhibit G)** should be posted in conspicuous locations throughout the distribution center.   These procedures should be reviewed with distribution center employees on a routine, periodic basis.  It is paramount that all employees know exactly what to do in case they are confronted with a possible violent situation.  Additional copies of these signs may be obtained through the Corporate Compliance Department.

## Driver Security Rules

Drivers are required to adhere to the following security rules:

- Test all vehicle locks each day and immediately report defects to a supervisor.
- Keep all merchandise in the rear of the truck.  Leave nothing in the cab.
- Secure the truck when making a delivery.  Roll up all windows, lock all doors and take the keys with you.
- Do not stop for stranded motorists.  This could be a setup for a hijack.  If you feel it is necessary to call for assistance, do so at your next stop.

- Make it a habit to check your rear view mirror to see if you are being followed.  If you suspect that you are being followed, obtain a description of the vehicle, the license number and the occupants.  Proceed to the local police station; if this is not possible, proceed to your next stop and call the local police or the office.
- If you break down, stay with your truck.  Leave only to call for assistance.
- Avoid areas where the threat of theft is high (such as back doors and alleys).  If something appears suspicious, do not stop.

12/28/99             **Training Manual**             10-3

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019193**

CAH_MDL_PRIORPROD_DEA07_01384056

P-14290 _ 00162

- In the event of a robbery:
  a. Offer no resistance.
  b. Stay calm.
  c. Be observant.

Driver security rules should be distributed to all drivers and a signature obtained to document receipt.

12/28/99                    Training Manual                    10-4

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019194

CAH_MDL_PRIORPROD_DEA07_01384057
P-14290 _ 00163

# Test for Employees Handling Controlled Substances

**Name**_____

**Location**_____

**Date**_____

January 12, 2000

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019195**

CAH_MDL_PRIORPROD_DEA07_01384058

P-14290 _ 00164

# **Company Policy**

Per the *DEA Compliance Manual,* anyone allowed unsupervised access to the cage or vault in order to pick controlled substances orders must complete the *Test for Employees Handling Controlled Substances* as well as the Post-Employment Security Data Information Sheet. The test and this form must then be submitted to the Corporate Compliance Department in Dublin, Ohio. Corporate Compliance will grade the test. Each individual must pass with a score no lower than 88%. If an employee does not pass the test, he/she must re-take the test at a later date and must obtain a passing score. The employee should be advised that prior to his or her working inside the controlled substance area, an in-depth background check will be performed. The results of this background check along with the individual's test score will be shared with the Distribution Center Manager. The background check must be performed prior the Distribution Center Manager assigning the employee to the controlled substance area.

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

# <u>Instructions</u>

1. Complete the information requested on the cover page.

2. Answer all 33 questions completely.

3. Complete the form entitled "Post-Employment Security Data Information Sheet", which is included at the end of this test booklet. This form is utilized for the background investigation portion of this testing process. If this form is not completed in full, your authorization to work with controlled substances will be delayed.

4. Seal the booklet with the circle provided.

5. Return the test booklet to your supervisor or manager to be forwarded to the Corporate Compliance Department to be scored.

6. The Corporate Compliance Department will notify the Distribution Center Manager, in writing, of the test score results and completion of the background investigation. This notification memo should be maintained at the distribution center for audit purposes.

7. If you have any questions involving this test or the Company's written policy and procedure in regards to the handling of controlled substances, notify the Compliance Department at (614) 757-7109.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019197**

CAH_MDL_PRIORPROD_DEA07_01384060
P-14290 _ 00166

1) There must be an authorized access list for both the cage and the vault?

   True_____          False_____

2) DEA form 41 is used in the reporting of _____.

3) The DEA schedules Drug Wholesalers for inspection every:

   a) Year
   b) 2 years
   c) 3 years
   d) They have no set schedule

4) Which color copy of the 222 Order Forms must be sent to the DEA each month?

   a) blue
   b) green
   c) brown
   d) none of the above

5) You are allowed to ship controls and narcotics to a customer who has moved as long as he notifies you by phone of his new address.

   True_____          False_____

6) The DEA Form 106 is used for reporting_____of controlled substances.

7) The cage and vault must be inventoried at a minimum of :

   a) daily for items with movement
   b) weekly for items with movement
   c) monthly for all items
   d) a and c
   e) b and c

8) You may fill a narcotic blank that has no signature?

   True_____          False_____

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019198

CAH_MDL_PRIORPROD_DEA07_01384061
P-14290 _ 00167

9) The proper schedules listed on the vast majority of Narcotic Order Forms consist of Schedules (fill in the blanks):

_____     _____     _____     _____     _____     _____

10) An employee who has knowledge of drug diversion from his employer by a fellow employee has an obligation to report such information to a responsible official of the company?

True_____          False_____

11) A Narcotic Blank (DEA form 222) is good for _____ days from the date it was issued.

12) DEA fines are calculated at $_____ per violation.

13) It is not necessary to have someone double check your Narcotic Orders prior to them leaving the distribution center.

True_____          False_____

14) _____ is the name of the unit within the DEA that requires us to send a computer tape at the end of each month.

15) As a wholesale drug distributor governed by the Drug Enforcement Administration, Cardinal Health is required to report suspicious or excessive purchases of controlled substances.

True_____          False_____

16) Possession, use, sale or purchase of any illegal drug on the job is contrary to company policy and is grounds for immediate termination.

True_____          False_____

17) In order to accept a Schedule II return from a customer, the distribution center must first issue a narcotic blank to the customer.

True_____          False_____

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019199**

CAH_MDL_PRIORPROD_DEA07_01384062

P-14290 _ 00168

18) What is a Contact sheet and when should it be used?_____
_____
_____

19) The day-gate doors to both the cage and the vault must be self-_____ and self-
_____ according to Federal Regulations.

20) Controlled Substances may be left outside the approved controlled substances area overnight
as long as they are left in a locked roll-around cage.

    True_____          False_____

21) You may store other items inside the vault as long as you have written permission from the
DEA.

    True_____          False_____

22) The rule book used by the DEA to enforce regulations on the drug wholesale industry goes by
the initials "C.F.R.". These initials stand for:
_____

23) The "Selected Item Audit Report" lists:

a)  All receipts of a controlled substance
b)  All sales of a controlled substance
c)  All controlled substance adjustments
d)  All transactions of a controlled substance

24) It is Cardinal Health, Inc.'s policy to thoroughly discourage returns of scheduled narcotics.

    True_____          False_____

25) How often should the report entitled "Ingredient Limits Report" or "Suspicious Order
Analysis" be generated at your Distribution Center?

a)  Daily
b)  Once a week
c)  Once a month
d)  Quarterly

**FOIA Confidential
Treatment Requested By
Cardinal**

26) Vault and Cage Morgue merchandise is dead inventory and does not need to be counted.

True_____        False_____

27) The responsibility of verifying a customer license rests with:

a) The DEA
b) The Distribution Center
c) Corporate Headquarters
d) Regional Headquarters

28) You may sign a 222 narcotic order form if the customer gives you permission over the phone.

True_____        False_____

29) Cardinal Health, Inc. has a manual entitled *DEA Compliance Manual* which contains answers to frequently asked questions about controlled substance procedures.

True_____        False_____

30) List 5 things to look for when reviewing a 222 Narcotic Order Form:

_____
_____
_____
_____

31) A customer calls your distribution center and asks you to fill an order involving one of his blanks but to send the controlled substances to another location.  Is this a violation of the Code of Federal Regulations?

Yes_____        No_____

32) It is advisable that you use white-out or a pencil when working with DEA Form 222 (Narcotic Order Form) in case you make a mistake.

True_____        False_____

33) All visitors at your Distribution Center entering the cage or vault area must be escorted by an employee on the authorized access list?

True_____        False_____

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

Thank you for completing this test on the handling of controlled substances.  Please return this test to your supervisor.  He/She will send the test the Cardinal Health, Inc. Corporate Compliance Department in Dublin, Ohio for grading.  Your Distribution Center Manager will be notified of your score as soon as your test is graded.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019202**

CAH_MDL_PRIORPROD_DEA07_01384065
P-14290 _ 00171

*21*





**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

# DEA
# COMPLIANCE MANUAL

## APPENDIX   C

## DEA Field Offices

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

# DEA Regional Offices



### *Atlanta Division*

Richard B. Russell Federal Building
75 Spring Street, S.W., Suite 740
Atlanta, GA 30303
(404) 331-4401
*Fax: (404) 331-7340*
*Area Covered: Georgia, North*
*   Carolina, South Carolina,Tennessee*

## Charleston Resident Office

5900 Core Avenue
Suite 100
North Charleston, SC 29406
(803) 308-6660
*Fax: (803) 308-6670*

## Charlotte Resident Office

Nine Woodlawn Green
Suite 200
Charlotte, NC 28217
(704) 344-6188
*Fax: (704) 344-6795*

## Columbia Resident Office

Strom Thurmond Federal Building
1835 Assembly Street, Room 1472
Columbia, SC 29201
(803) 765-5251
*Fax: (803) 765-5410*

## Columbus Resident Office

120 12th Street
Room 316
Columbus, GA 31902
P.O. Box 1565
Columbus, GA 31902
(706) 649-7850
*Fax: (706) 649-7872*

## Greensboro Resident Office

1801 Stanley Road
Suite 201
Greensboro, NC 27407
(910) 547-4210
*Fax: (910) 547-4215*

## Knoxville Resident Office

1721 Midpark Drive
3rd Floor
Knoxville, TN 37921
(423) 584-9364
*Fax: (423) 584-8763*

## Memphis Resident Office

Morgan Keegan Tower, Suite 500
50 N. Front Street
Memphis, TN 38103
(423) 544-3396
*Fax: (423) 544-3025*

## Nashville Resident Office

Estes Kefauver Building
801 Broadway, Room 500
Nashville, TN 37203
(615) 736-5988
*Fax: (615) 736-2221*

## Savannah Resident Office

Smith Kelly Building
300 Drayton Street, Suite 401
Savannah, GA 31401
(912) 652-4286
*Fax: (912) 652-4050*

## Wilmington Resident Office

Two Princess Street, Room 322
Wilmington, NC 28401
(910) 343-4513
*Fax: (910) 343-4463*

### *Chicago Division*

John C. Kluczynski Federal
   Building
230 S. Dearborn Street, Room 1200
Chicago, IL 60604
(312) 353-7875
*Fax: (312) 886-8439*
*Area Covered: Illinois, Indiana,*
*   Minnesota, North Dakota,*
*   Wisconsin*

## Fargo Resident Office

One N. Second Street
Suite 302
Fargo, ND 58102
(701) 239-5331
*Fax: (701) 239-5248*

## Green Bay Post of Duty (Brown County/MJG Unit)

PO Box 12734
Green Bay, WI 54307-2734
(414) 448-6241
*Fax: (414) 448-6376*

## Indianapolis Resident Office

Minton-Capehart Federal Building
575 N. Pennsylvania St., Room 290
Indianapolis, IN 46204
(317) 226-7977
*Fax: (317) 226-7703*

## Madison Post of Duty

PO Box 92812
Madison, WI 53701-0981
(608) 264-5111
*Fax: (608) 264-5116*

## Merrillville Resident Office

1571 E. 85th Avenue , Suite 200
Merrillville, IN 46410
(219) 681-7000

## Milwaukee Resident Office

1000 N. Water Street, Suite 1010
Milwaukee, WI 53202
(414) 297-3395
*Fax: (414) 297-1169*

## Minneapolis Resident Office

Federal Building
110 S. Fourth Street, Room 402
Minneapolis, MN 55401
(612) 348-1700
*Fax: (612) 348-1708*

D-5
*April, 1997*

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019205

CAH_MDL_PRIORPROD_DEA07_01384068

P-14290 _ 00174

# DEA Regional Offices



## Rockford Resident Office
420 W. State Street
Rockford, IL 61101
(815) 987-8034

## Springfield Resident Office
Illinois Business Center
400 W. Monroe Street, Suite 302
Springfield, IL 62704
(217) 492-4504
*Fax: (217) 492-4507*

## *Dallas Division*
1880 Regal Row
Dallas, TX 75235
(214) 640-0801
*Fax: (214) 649-0895*
*Area Covered: Oklahoma, Texas (Northern)*

## Fort Worth Resident Office
Fritz W. Lanham Federal Building
819 Taylor Street, Room 13A33
Fort Worth, TX 76102
(817) 978-3455
(817) 978-4128

## Lubbock Resident Office
5214 68th Street, Suite 401
Lubbock, TX 79424
(806) 798-7189
*Fax: (806) 794-3149*

## Midland Resident Office
1004 N. Big String, Room 225
Midland, TX 79701
(915) 686-0356
*Fax: (915)682-3016*

## Oklahoma City District Office
3909 N. Classen Blvd., Suite 100
Oklahoma City, OK 73118
(405) 424-2213
*Fax: (405) 524-3448*

## Tulsa Resident Office
5100 E. Skelly Drive, Suite 570
Tulsa, OK 74135-6548
(918) 581-6391
*Fax: (918) 581-6439*

## Tyler Resident Office
909 ESE Loop 323, Suite 280
Tyler, TX 75701
(903) 534-0472

## *Detroit Division*
Rick Finley Federal Building
431 Howard
Detroit, MI 48226
(313) 234-4000
*Fax: (313) 234-4141*
*Area Covered: Kentucky, Michigan, Ohio*

## Cincinnati Resident Office
Federal Office Building
550 Main Street, Room 8504
Cincinnati, OH 45202
(513) 684-3671
*Fax: (513) 684-3672*

## Cleveland Resident Office
Courthouse Square Development
310 Lakeside Avenue, #395
Cleveland, OH 44113
(216) 522-3705
*Fax: (216) 522-3704*

## Columbus Resident Office
78 E. Chestnut Street
Columbus, OH 43215
(614) 469-2595
*Fax: (614) 469-5788*

## Grand Rapids Resident Office
65 Monroe Center, N.W.
Grand Rapids, MI 49503
(616) 456-2541
*Fax: (616) 456-2001*

## Lexington Resident Office
1500 Leestown Road, Room 308
Lexington, KY 40511
(606) 233-2479
*Fax: (606) 233-2590*

## Louisville Resident Office
New Federal Building, Room 1006
600 Dr. Martin Luther King Place
Louisville, KY 40202
(502) 582-5908
*Fax: (502) 582-5535*

## Saginaw Resident Office
301 E. Genessee, Fourth Floor
Saginaw, MI 48607
(517) 758-4133
*Fax: (517) 758-4013*

## Toledo Resident Office
234 N. Summitt Street, Room 106
Toldeo, OH 43603
(419) 259-6490
*Fax: (419) 259-3725*

## *Houston Division*
333 W. Loop N.
Suite 300
Houston, TX 77024
(713) 681-1771
*Fax: (713) 220-2378*
*Area Covered: Texas (Southern)*

## Alpine Resident Office
810 N. 2nd Street
Alpine, TX 79830
P.O. Box 1282
Alpine, TX 79820
(915) 837-3421
*Fax: (915) 837-2701*

D-6
*April, 1997*

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019206

CAH_MDL_PRIORPROD_DEA07_01384069
P-14290 _ 00175

# DEA Regional Offices



**Austin Resident Office**
9009 Mountain Ridge Drive
Austin, TX 78759
(512) 346-2486
*Fax:* (512) 346-0825

**Beaumont Resident Office**
350 Magnolia, Suite 290
Beaumont, TX 77701-1899
(409) 839-2461
*Fax:* (409) 839-2551

**Brownsville Resident Office**
1100 FM 802, Suite 200
Brownsville, TX 78521
(210) 504-4100
*Fax:* (210) 504-4118

**Corpus Christi Resident Office**
Wilson Plaza, Suite 300
606 N. Carancahua
Corpus Christi, TX 78476
P.O. Box 2443
Corpus Christi, TX 78403
(512) 888-0150
*Fax:* (512) 888-0199

**Eagle Pass Resident Office**
342 Rio Grande
Room 102
Eagle Pass, TX 78852
(210) 773-5378
*Fax:* (210) 773-3008

**El Paso District Office**
700 E. San Antonio Street
Suite D-701
El Paso, TX 79901
(915) 534-6400
*Fax:* (915) 534-6034

**Galveston Resident Office**
6000 Broadway, Suite 104
Galveston, TX 77551
(409) 766-3568
*Fax:* (409) 766-3570

**Laredo Resident Office**
4804 N. Bartlett, Building 1050
Laredo, TX 78041
P.O. Drawer 2307
Laredo, TX 78044-2307
(210) 722-5201
*Fax:* (210) 726-2221

**McAllen District Office**
1919 Austin Street
McAllen, TX 78501-7030
(210) 618-8400
*Fax:* (210) 618-8478

**San Antonio District Office**
10127 Morocco, Suite 200
San Antonio, TX 78216
(210) 525-2900
*Fax:* (210) 525-2930

**_Los Angeles Division_**
Roybal Federal Building
255 E. Temple Street, 20th Floor
Los Angeles, CA 90012
(213) 894-2650
*Fax:* (213) 894-4244
*Area Covered: California (Southern),*
  *Hawaii, Nevada*

**Hawaii District Office**
Honolulu, HI 96813
P.O. Box 50163
Honolulu, HI 96850
(808) 541-1930
*Fax:* (808) 541-3048

**Nevada District Office**
Foley Federal Building & U.S.
  Courthouse
300 Las Vegas Blvd. S., Suite 204
Las Vegas, NV 89101-0023
(702) 388-6635
*Fax:* (702) 388-6894

**Orange County Resident Office**
Federal Building
34 Civic Center Plaza
Santa Ana, CA 92712
PO Box 12609
Santa Ana, CA 92712
(714) 836-2892
*Fax:* (714) 836-2925

**Reno Resident Office**
300 E. Second Street, Suite 1320
Reno, NV 89501
(702) 784-5617
*Fax:* (702) 784-5679

**Riverside District Office**
6377A Riverside Avenue, Suite 220
Riverside, CA 92516-3162
(909) 276-6642
*Fax:* (909) 276-6269

**Ventura Resident Office Office**
770 Padeo Camarillo, 3rd Floor
Camarillo, CA 93010
(805) 383-6454
*Fax:* (805) 383-6464

**_Miami Division_**
8400 N.W. 53rd Street
Miami, FL 33166
(305) 590-4870
*Fax:* (305) 590-4500
*Area Covered: Nassau, Bahamas,*
  *Florida*

**Fort Lauderdale District Office**
1475 W. Cypress Creek Rd., Ste. 301
Fort Lauderdale, FL 33309
(305) 356-7700

**D-7**
*April, 1997*

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019207

CAH_MDL_PRIORPROD_DEA07_01384070
P-14290 _ 00176

# DEA Regional Offices



## Fort Meyers Resident Office
12730 New Brittany Blvd., Suite 501
Fort Myers, FL 33907
(941) 275-3662
*Fax:* (941) 275-8945

## Gainesville Resident Office
235 S. Main Street, Suite 202
Gainesville, FL 32601
(352) 371-2077
*Fax:* (904) 375-4356

## Jacksonville Resident Office
4077 Woodcock Drive, Suite 210
Jacksonville, FL 32207
(904) 232-3566
*Fax:* (904) 232-2501

## Key Largo Resident Office
95360 Overseas Highway, Suite 6
Key Largo, FL 33037
P.O. Box 2930
Key Largo, FL 33037
(305) 852-7874
*Fax:* (305) 536-5485

## Orlando Resident Office
Heathrow Business Center
300 International Pkwy., Suite 424
Heathrow, FL 32746
(407) 333-7000
*Fax:* (407) 333-7012

## Panama City Resident Office
5323 W. Highway 98, Suite 215
Panama City, FL 32401
(904) 769-3407
*Fax:* (904) 769-4118

## Tallahassee Resident Office
3384 Capitol Circle N.E.
Tallahassee, FL 32308
(904) 942-8417
*Fax:* (904) 942-8420

## Tampa District Office
5426 Bay Center Drive
Tampa, FL 33609
(813) 228-1268
*Fax:* (813) 228-1281

## West Palm Beach Resident Office
1818 S. Australian Ave., Suite 300
West Palm Beach, FL 33409
(561) 684-8000

## *Midwest Division*
United Missouri Bank Building
7911 Forsyth Blvd., Room 500
St. Louis, MO 63105
(314) 425-3241
*Fax:* (314) 425-3245
*Area Covered: Illinois (Southern),*
*Iowa, Kansas, Missouri, Nebraska,*
*South Dakota*

## Cape Girardeau Resident Office
339 Broadway, Room 158
Cape Girardeau, MO 63701
(573) 334-1534
*Fax:* (573) 335-4117

## Des Moines Resident Office
Federal Building
210 Walnut Street, Room 937
Des Moines, IA 50309
(515) 284-4700
*Fax:* (515) 284-4920

## Kansas City Resident Office
8600 Farley Street, Suite 200
Overland Park, KS 66212
(913) 236-3257
*Fax:* (913) 236-3186

## Omaha Resident Office
Old Federal Building
106 S. 15th Street, Room 1003
Omaha, NE 68102
(402) 221-4222
*Fax:* (402) 221-4225

## Sioux Falls Resident Office
Shriver's Building
230 S. Phillips Avenue, Suite 407
Sioux Falls, SD 57102
(605) 330-4421
*Fax:* (605) 330-4420

## Springfield Resident Office
901 St. Louis Street, Suite 301
Springfield, MO 65806
(417) 831-3948
*Fax:* (417) 831-0607

## Wichita Resident Office
1919 N. Amidon, Suite 330
Wichita, KS 67203
(316) 838-2500
*Fax:* (316) 838-9123

## *New England Division*
50 Staniford Street, Suite 200
Boston, MA 02114
(617) 557-2100
*Fax:* (617) 557-2135
*Area Covered: Connecticut, Maine,*
*Massachusetts, New Hampshire,*
*Rhode Island, Vermont*

D-8
*April, 1997*

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019208**

CAH_MDL_PRIORPROD_DEA07_01384071

P-14290 _ 00177

# DEA Regional Offices



**Bridgeport Resident Office**
915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
(203) 579-5591
*Fax:* (203) 579-5530

**Burlington Resident Office**
P.O. Box 446
Williston, VT 05495
(802) 951-6777
*Fax:* (802) 951-6489

**Cape Cod Resident Office**
P.O. Box 708
Barnstable, MA 02630
(508) 362-2117
*Fax:* (508) 362-8303

**Concord Resident Office**
197 Loudon Road, Suite 300
Concord, NH 03301
(603) 225-1574
*Fax:* (603) 225-1543

**Hartford Resident Office**
Ribicoff Federal Office Building
450 Main Street, Room 628
Hartford, CT 06103
(203) 240-3233
*Fax:* (203) 240-3703

**Logan Airport Task Force**
One Harbor Side Drive, Suite 1095
Boston, MA 02128
(617) 561-5764
*Fax:* (617) 561-5772

**Portland Resident Office**
1355 Congress Street, Suite D
Portland, ME 04102
(207) 780-3331
*Fax:* (207) 780-3413

**Providence Resident Office**
Two International Way
Warwick, RI 02886
(401) 732-2550
*Fax:* (401) 739-2576

**Springfield Resident Office**
1441 Main Street, Suite 1000
Springfield, MA 01103
(413) 785-0284
*Fax:* (413) 785-0483

**_New Jersey Division_**
Peter Rodino Federal Building
970 Broad Street, Room 806
Newark, NJ 07102
(201) 645-6060
*Fax:* (201) 645-6297
*Area Covered: New Jersey*

**Atlantic City Resident Office**
Executive Plaza
2111 New Road, Suite 203
North Field, NJ 08225
(609) 383-3322
*Fax:* (609) 383-0884

**Camden Resident Office**
1000 Crawford Place, Suite 200
Mount Laurel, NJ 08054
(609) 757-5407
*Fax:* (609) 757-5006

**_New Orleans Division_**
Three Lakeway Center
3838 N. Causeway Blvd., Suite 1800
Metairie, LA 70002
(504) 840-1100
*Fax:* (504) 840-1103
*Area Covered: Alabama, Arkansas,*
*Louisiana, Mississippi*

**Baton Rouge Resident Office**
2237 S. Acadian Thruway, Suite 306
Baton Rouge, LA 70808
(504) 389-0254
*Fax:* (504) 389-0772

**Birmingham Resident Office**
234 Goodwin Crest, Suite 420W
Birmingham, AL 35209
(205) 290-7150
*Fax:* (205) 290-7157

**Gulfport Resident Office**
One Government Plaza, Suite 230
Gulfport, MS 39502
(601) 863-2992
*Fax:* (601) 868-3112

**Jackson Resident Office**
Dr. A. H. McCoy Federal Building
100 W. Capitol Street, Suite 1213
Jackson, MS 39269
(601) 965-4400
*Fax:* (601) 965-4401

**Little Rock Resident Office**
10825 Financial Parkway, Suite 317
Little Rock, AR 72211-3557
(501) 324-5981
*Fax:* (501) 324-6900

**Mobile Resident Office**
900 Western American Cir., Ste. 501
Mobile, AL 36609
(334) 441-5831
*Fax:* (334) 441-5289

**Montgomery District Office**
2720-A Gunter Park Drive, West
Montgomery, AL 36109
(334) 260-1150
*Fax:* (334) 223-4430

D-9
*April, 1997*

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019209

CAH_MDL_PRIORPROD_DEA07_01384072
P-14290 _ 00178

# DEA Regional Offices



## Shreveport Resident Office
401 Edwards, Suite 510
Shreveport, LA 71101
(318) 676-4080
*Fax:* (318) 676-4085

## *New York Division*
99 10th Avenue
New York, NY 10011
(212) 337-3900
*Fax:* (212) 337-2799
*Area Covered: New York*

## Albany Resident Office
Leo W. O'Brien Federal Building,
  Room 930
Clinton Avenue & N. Pearl Street
Albany, NY 12207
(518) 431-4700
*Fax:* (518) 472-4525

## Buffalo Resident Office
28 Church Street, Suite 300
Buffalo, NY 14202
(716) 551-4421
*Fax:* (716) 551-5160

## Long Island Resident Office
175 Pinelawn Road, Suite 205
Melville, NY 11747
(516) 420-4500
*Fax:* (516) 420-6944

## Rochester Resident Office
P.O. Box 14210
Rochester, NY 14614
(716) 263-3180
*Fax:* (716) 263-5870

## Syracuse Resident Office
4600 W. Genesee Street
Syracuse, NY 13219
(315) 468-2772
*Fax:* (315) 468-2985

## *Philadelphia Division*
William J. Green, Jr. Federal
  Building
600 Arch Street, Room 10224
Philadelphia, PA 19106
(215) 597-9530
*Fax:* (215) 597-6063
*Area Covered: Delaware,
  Pennsylvania*

## Allentown Resident Office
504 W. Hamilton Street, Suite 2500
Allentown, PA 18101
(610) 770-0940
*Fax:* (610) 435-6854

## Harrisburg Resident Office
228 Walnut Street, Room 579
Harrisburg, PA 17101
P.O. Box 887
Harrisburg, PA 17108-0887
(717) 782-2270
*Fax:* (717) 782-4851

## Pittsburgh Resident Office
William S. Moorehead Federal Bldg.
1000 Liberty Ave., Room 1328
Pittsburgh, PA 15222
(412) 644-3390
*Fax:* (412) 644-4745

## Scranton Post of Duty
401 N. Adams Plaza, Suite 305
Scranton, PA 18503
(717) 782-2270
*Fax:* (717) 341-9094

## Wilmington Resident Office
One Rodney Square
920 King Street, Suite 404
Wilmington, DE 19801
(302) 573-6184
*Fax:* (302) 573-6296

## *Phoenix Division*
3010 N. Second Street, Suite 301
Phoenix, AZ 85012-3055
(602) 664-5600
*Fax:* (602) 664-5611
*Area Covered: Arizona*

## Nogales Resident Office
1370 W. Fairway Drive
Nogales, AZ 85621-3895
(520) 281-1727
*Fax:* (520) 281-1850

## Sierra Vista Resident Office
500 Fry Blvd., Suite L14
Sierra Vista, AZ 85635-1840
PO Box 2169
Sierra Vista, AZ 85636-2169
(520) 458-3691
*Fax:* (520) 670-5025

## Tucson District Office
3285 E. Hemisphere Loop
Tucson, AZ 85706-5014
(520) 573-5500
*Fax:* (520) 573-5632

## Yuma Resident Office
3150 Windsor Avenue, Suite 202
Yuma, AZ 85365-4905
(602) 344-9550
*Fax:* (602) 344-1444

## *Rocky Mountain Division*
115 Inverness Drive, East
Englewood, CO 80112
(303) 705-7300
*Fax:* (303) 705-7414
*Area Covered: Colorado, New Mexico,
  Utah, Wyoming*

D-10
*April, 1997*

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

# DEA Regional Offices



## Albuquerque District Office

301 Martin Luther King Blvd., N.E.
Albuquerque, NM 87102
(505) 766-8925
*Fax: (505) 766-8960*

## Cheyenne Resident Office

J. C. O'Mahoney Federal Building
2120 Capitol Avenue, Room 7010
Cheyenne, WY 82001
(307) 772-2391
*Fax: (307) 772-2399*

## Colorado Springs Resident Office

111 S. Tejon, Suite 306
Colorado Springs, CO 80903
P.O. Box 350
Colorado Springs, CO 80901
(719) 471-1749
*Fax: (719) 471-3647*

## Glenwood Springs Resident Office

401 23rd Street, Suite 300
Glenwood Springs, CO 81601
(970) 945-0744
*Fax: (970) 945-8247*

## Las Cruces Resident Office

Loretto Town Center
505 N. Main Street, Suite 350
Las Cruces, NM 88001
(505) 527-6950
*Fax: (505) 527-6966*

## Salt Lake City Resident Office

American Plaza III
47 West 200 South, Suite 401
Salt Lake City, UT 84101
(801) 524-4156
*Fax: (801) 524-5364*

## *San Diego Division*

4560 Viewridge Avenue
San Diego, CA 91950
(619) 585-4200
*Fax: (619) 585-4224*
*Area Covered: California (Border Area)*

## Carlsbad Resident Office

5973 Avenida Encinas, Suite 220
Carlsbad, CA 92008
(619) 931-2666
*Fax: (619) 931-5974*

## Imperial County Resident Office

2425 LaBrucherie Road
Imperial, CA 92251
(619) 355-0857
*Fax: (619) 355-2946*

## San Ysidro Resident Office

406 Virginia Avenue
San Ysidro, CA 92173
(619) 662-7115

## *San Francisco Division*

450 Golden Gate Avenue
San Francisco, CA 94102
P.O. Box 36035
San Francisco, CA 94102
(415) 436-7860
*Fax: (415) 436-7810*
*Area Covered: California (Northern)*

## Fresno Resident Office

1260 M Street, Room 200
Fresno, CA 93720
(209) 487-5402
*Fax: (209) 487-5287*

## Monterey Resident Office

2560 Garden Road, Suite 207
Monterey, CA 93940
P.O. Box 3182
Monterey, CA 93942-3182
(408) 648-3050
*Fax: (408) 648-3056*

## Sacramento Resident Office

1860 Howe Avenue, Suite 250
Sacramento, CA 95825
(916) 566-7160
*Fax: (916) 566-7177*

## San Jose Resident Office

One N First Street, Suite 405
San Jose, CA 95113
(408) 291-7235
*Fax: (408) 291-7720*

## *Seattle Division*

220 W. Mercer, Suite 104
Seattle, WA 98119
(206) 553-5443
*Fax: (206) 553-1576*
*Area Covered: Alaska, Idaho, Montana, Oregon, Washington*

## Anchorage Resident Office

555 Cordova Street, Suite 600
Anchorage, AK 99501
(907) 271-5033
*Fax: (907) 271-3097*

## Billings Resident Office

303 N. Broadway, Suite 302
Billings, MT 59101
(406) 657-6020
*Fax: (406) 657-6047*

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019211

CAH_MDL_PRIORPROD_DEA07_01384074

P-14290 _ 00180

# DEA Regional Offices



● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

## Blaine Resident Office
165 Second Street
Blaine, WA 98230
P.O. Box 1680
Blaine, WA 98231
(360) 332-8692
*Fax:* (360) 332-5704

## Boise Resident Office
607 N. Eighth Street, Fourth Floor
Boise, ID 83702
(208) 334-1620
*Fax:* (208) 334-9253

## Eugene Resident Office
Federal Building
211 E. Seventh Avenue, Room 230
Eugene, OR 97401
(541) 465-6861
*Fax:* (541) 465-6796

## Medford Resident Office
310 Sixth Street, Room B-3
Medford, OR 97501
(541) 454-4407
*Fax:* (541) 776-4263

## Portland Resident Office
Green Wyatt Federal Building
1220 S.W. Third Avenue, Room 1525
Portland, OR 97204
(503) 326-3371
*Fax:* (503) 326-2341

## Spokane Resident Office
1124 W. Riverside, Suite L300
Spokane, WA 99201
(509) 353-2964
*Fax:* (509) 353-2963

## Yakima Resident Office
402 E. Yakima Avenue
Yakima, WA 97501
PO Box 4025
Yakima, WA 97501
(509) 454-4407
*Fax:* (509) 454-4413

## *Washington, D.C. Division*
400 Sixth Street, S.W., Suite 2558
Washington, DC 20024
(202) 401-7834
*Fax:* (202) 401-7061
*Area Covered: District of Columbia,*
*Maryland, Virginia, West Virginia*

## Baltimore District Office
200 St. Paul Place, Suite 2222
Baltimore, MD 21202
(410) 962-4800
*Fax:* (410) 962-3470

## Charleston Resident Office
Union Square
2 Monongala, Suite 202
Charleston, WV 25302
(304) 347-5209
*Fax:* (304) 347-5212

## Norfolk Resident Office
Federal Office Building
200 Granby Street, Room 320
Norfolk, VA 23510
(804) 441-3152
*Fax:* (804) 441-6639

## Richmond Resident Office
8600 Staples Mill Road, Suite B
Richmond, VA 23228
(804) 771-2871
*Fax:* (804) 771-8167

## Roanoke Resident Office
210 Franklin Road, SW
Roanoke, VA 24011
(540) 857-2555

D-12
*April, 1997*

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

*22*



**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

# DEA
# COMPLIANCE MANUAL

# APPENDIX   D

# Forms and Exhibits

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

# FORMS AND EXHIBITS

| Name | Number |
|---|---|
| Regulatory Agency Contact Form | 1 |
| Power of Attorney for DEA Order Forms | 2 |
| Notice of Revocation | 3 |
| DEA Narcotic Blank Log | 4 |
| DEA 222 Transmission Log | 5 |
| Order Form Rejection Notification | 6 |
| Narcotic Order Review Form | 7 |
| MCA Transaction Report | 8 |
| ARCOS Transaction Reporting | 9 |
| Report of Loss or Theft of Controlled Substances (DEA Form 106) | 10 |
| Registrant's Inventory of Drugs Surrendered (DEA Form 41) | 11 |
| Key Log | 12 |
| Key Receipt | 13 |
| Monthly Alarm Walk Test Report | 14 |
| Incident Report | 15 |
| Access and Surveillance List | 16 |
| Delivery Vehicle Security Rules | 17 |
| Will Call Log | 18 |
| Consent and Release | 19 |
| Employment Security Information | 20 |
| Visitor Log | 21 |
| Miscellaneous Security Log | 22 |
| DEA Inspection Report | 23 |
| DEA On-Site Background Information Package | 24 |
| Limited Power of Attorney | 25 |
| DEA and ARCOS Audit Recap Sheet | 26 |
| Inventory Report | A |
| Unauthorized Entry to Warehouse | B |
| Restricted Area | C |
| Rules and Regulations of DEA | D |
| Subject to Search | E |
| Suspicious Order Analysis Report | F |
| Violence Prevention Procedures | G |
| Table of Offenses and Penalties | H |
| Selected Item Audit Report | I |
| DEA Certificate of Registration | J |
| DEA Registration Speedigram | K |
| DEA Registration Verification Letter | L |
| Ingredient Limit Report | M |
| Quarterly DEA Exception Report | N |
| Schedule II Order Form | O |
| Dosage Limit Chart | P |
| Error Correction | Q |
| MCA Dosage Limit Report | R |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019215**

CAH_MDL_PRIORPROD_DEA07_01384078

P-14290 _ 00184

FORM NAME:       **REGULATORY AGENCY CONTACT FORM**

FORM NUMBER:     **DEA # 1**

FUNCTION:        **Used to document regulatory agency visits, inspections, and contacts. Provides Corporate Compliance Department with a means to monitor regulatory agency activity on a national level.**

DISTRIBUTION:    **This two part form is to be completed as needed for any and all agency contacts. One copy must be sent to the Corporate Compliance Department in Dublin by the 15th of the following month. One copy to file.**

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019216**

CAH_MDL_PRIORPROD_DEA07_01384079
P-14290 _ 00185



**Cardinal**
**Health**

## REGULATORY AGENCY CONTACT FORM

1. _____     _____/_____
   Division Name                Date          Time

2. **Contact was made with:**
   - ☐ D.E.A. Representative          ☐ State Board of Pharmacy Representative
   - ☐ FDA Representative             ☐ Other _____
                                        (Please indicate agency)

3. **Contact was made by:**
   ☐ Telephone     ☐ Visit at Division     ☐ Visit at Agency

4. **Contact initiated by:**     ☐ Division          ☐ Agency

5. **NAME, ADDRESS, AND TELEPHONE NUMBER OF REPRESENTATIVE**

   _____
   (Name)                                (Title)

   _____
   (Address)                             (Office working out of)

   _____
   (City)                    (State)                    (Zip)

6. **PURPOSE OF CONTACT (AUDIT, REQUESTING INFORMATION (include DEA's response),REPORTING SUSPICIOUS ORDERS, EXCESSIVE PURCHASES, ETC.)**

   _____
   _____
   _____
   _____
   _____

7. **IF INFORMATION OR RECORDS WERE PROVIDED, COMPLETE THE FOLLOWING:**

   Information Sent:     _____
   Delivery Method:      _____
   Sent/Delivered By:    _____

8. **FOLLOW-UP REQUIRED?**     ☐ Yes  ☐ No

9. **NAME OF EMPLOYEE COMPLETING THIS FORM:** _____

   _____          _____
   (Date)                        (Signed)
   WHITE - Division     YELLOW - Corporate Compliance

   DUB 1301

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019217**

CAH_MDL_PRIORPROD_DEA07_01384080

P-14290 _ 00186

**FORM NAME:**      **POWER OF ATTORNEY FOR DEA ORDER FORMS**

**_ FORM NUMBER:**      **DEA #2**

**FUNCTION:**      Used to authorize specific employees to obtain and execute
order forms (DEA Form 222).

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

## POWER OF ATTORNEY FOR DEA ORDER FORMS

_____   *(Division Name)*
_____   *(Address)*
_____
_____
_____   *(DEA Number)*

I, _____ the undersigned, who is authorized to sign the current application for registration of the above-named registrant under the Controlled Substances Act or Controlled Substances Import and Export Act, have made, constituted, and appointed, and by these presents, do make, constitute and appoint _____ (name of attorney-in-fact), my true and lawful attorney for me in my name, place and stead, to execute applications for books of official order forms and to sign such order forms in requisition for Schedule I and II controlled substances, in accordance with section 308 of the Controlled Substances Act (21 U.S.C. 828) and Part 1305 of Title 21 of the  Code of Federal Regulations.  I hereby ratify and confirm all that said attorney shall lawfully do or cause to be done by virtue hereof.

_____

(Signature of person granting power)

I,_____ (name of attorney-in-fact), hereby affirm that I am the person named herein as attorney-in-fact and that the signature affixed hereto is my signature.

_____

(Signature of attorney-in-fact)

    Witnesses:

    1.   _____

    2.   _____

    Signed and dated on the _____ day of _____, 19  ,
    at _____.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH SWE 019219**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384082

P-14290 _ 00188

**FORM NAME:**      **NOTICE OF REVOCATION**

**FORM NUMBER:**      **DEA # 3**

**FUNCTION:**      Used to revoke power of attorney.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

## NOTICE OF REVOCATION

The foregoing power of attorney is hereby revoked by the undersigned, who is authorized to sign the current application for registration of the above-named registrant under the Controlled Substances Act of the Controlled Substances Import and Export Act.  Written notice of this revocation has been given to the attorney-in-fact _____ this same day.

_____

(Signature of person revoking power)

      Witnesses:

      1.    _____

      2.    _____

      Signed and dated on the _____ day of _____, 19  ,
      at _____.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019221**

CAH_MDL_PRIORPROD_DEA07_01384084
P-14290 _ 00190

| | |
|---|---|
| **FORM NAME:** | **DEA NARCOTIC BLANK LOG** |
| **FORM NUMBER:** | **DEA # 4** |
| **FUNCTION:** | **Used to record the order form numbers from the blanks received from DEA. Further information is also logged as a blank is used.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

## DEA NARCOTIC BLANK LOG

| DATE BLANKS REC'D BY DIVISION | BLANK NUMBER | HELD BY DIVISION | SENT TO PURCHASING | PO/MRA NUMBER | DATE BLANK USED | VENDOR / CUSTOMER NAME | DATE PRODUCT RECEIVED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019223**

CAH_MDL_PRIORPROD_DEA07_01384086

P-14290 _ 00192

FORM NAME:        **DEA 222 TRANSMISSION LOG**

FORM NUMBER:    **DEA # 5**

FUNCTION:        **Used in conjunction with Faxing Narcotic Order Forms
to verify faxed order form quantity and information.**

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019224**

CAH_MDL_PRIORPROD_DEA07_01384087
P-14290 _ 00193

**CARDINAL HEALTH**
**DEA 222 TRANSMISSION LOG**

Date: _____

| CUSTOMER NAME | NUMBER OF LINES | BLANK NUMBER | RECEIVED YES/NO |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL NUMBER OF BLANKS TRANSMITTED:

TOTAL NUMBER OF BLANKS RECEIVED:

*TRANSMITTED BY:*                    *RECEIVED BY:*

_____                    _____

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**FORM NAME:**      ORDER FORM REJECTION NOTIFICATION

**FORM NUMBER:**    DEA # 6

**FUNCTION:**       Used to comply with DEA regulation which requires written
                    notification to a customer when all or part of their order
                    form (DEA Form 222) has been rejected.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019226**

CAH_MDL_PRIORPROD_DEA07_01384089
P-14290 _ 00195

Date: _____

Name: _____

Telephone Number: _____

**The Drug Enforcement Administration has established specific criteria for the acceptance of Federal Order Forms (DEA Form 222). In some cases, we are required to return the form to you and request a new or corrected form before shipping. In other cases, we can make minor changes and process the form for shipment.**

**Your Federal Order Form _____ was not complete and/or correct in all respects. We have handled this as follows:**

☐ The omission and/or error indicated below is such that we are not permitted to process this form.

_____ Form is altered.
_____ Our name and/or address is not acceptable as shown.
_____ Sixty days have elapsed from date of execution.
_____ Item listed is not a Schedule II product.
_____ Item listed has been discontinued. It is still available in _____. NDC # _____.
_____ Package size is incorrect.
_____ Product description is incomplete.
_____ Number of packages or size is omitted.
_____ Lines completed less than actually ordered.
_____ Signature omitted.
_____ Line number _____ is voided.

☐ If your form is being returned.

_____ Reference our phone conversation.
_____ Please submit a new form.
_____ Please revise attached form and return.
_____ See example attached.

☐ Changes indicated below have been made (as permitted by DEA), and order has been shipped. This notice is for informational purposes only. No action on your part is required.

_____ Our name and/or address has been completed as required.
_____ Number of line items stated in box provided was more than actually listed. We lined out the blank line(s).
_____ You sent all three copies to us. We are returning Copy 3 for your files.
_____ We corrected the NDC number on line item number ____.
_____ We modified the dosage form on line item number _____. You requested _____ but the product is only supplied as _____.
_____ Substitution of different size package has been made on line item _____.
_____ Total product supplied is equal to or less than original request.
_____ Line item number _____ was not correctable. We cancelled this line and processed rest of order. Please submit new form for this item.

*THANK YOU FOR YOUR COOPERATION.*

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019227**

CAH_MDL_PRIORPROD_DEA07_01384090

P-14290 _ 00196

FORM NAME:            **NARCOTIC ORDER REVIEW FORM**

FORM NUMBER:        **DEA # 7**

FUNCTION:            **Used to document order form (DEA Form 222) violations when orders are not filled according to DEA regulations.**

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019228**

CAH_MDL_PRIORPROD_DEA07_01384091

P-14290 _ 00197

**CARDINAL HEALTH**
**NARCOTIC ORDER REVIEW FORM**

During a routine review of customer DEA Forms 222, order form number _____ (copy attached) was found to be filled in violation of DEA regulations.

The omission and/or error is indicated below:

| | | | |
|---|---|---|---|
| _____ | Order Form Not Written in Ink or Not Signed | _____ | NDC #, Strength or Dosage Form Incorrect |
| _____ | Customer/Registration Number: Unable to I.D. or Altered | _____ | " Lines Completed" Box Not Filled In |
| _____ | 60 Day Lapse from Date of Execution | _____ | "Lines Completed" Box Altered |
| _____ | Item: Unable to I.D. or Altered | _____ | Lines Completed Less than Lines Actually Ordered |
| _____ | Size, Number of Packages or Strength Altered, Incorrect or Omitted | _____ | Our Name and Address or Date Omitted |
| _____ | Strength Dittoed | _____ | Item Discontinued or Not a Schedule II |
| | | _____ | Customer Voided a Line |

The resulting action should have been:

Void entire order form      _____

Void single line            _____

Fill in omission            _____

Appropriate personnel have been reminded of the regulatory requirements regarding the filling of order forms that have not been properly prepared.

_____
Signature

_____
Date

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019229

CAH_MDL_PRIORPROD_DEA07_01384092

P-14290 _ 00198

FORM NAME:         MCA TRANSACTION REPORT

FORM NUMBER:       DEA # 8

FUNCTION:          Used to document any excessive purchase or unusual loss
                   or activity of ephedrine, pseudoephedrine, and
                   phenylpropanolamine products.

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019230

CAH_MDL_PRIORPROD_DEA07_01384093
P-14290 _ 00199

 **CARDINAL HEALTH**

# MCA TRANSACTION REPORT

**Excessive Purchase** ☐    **Loss or Theft** ☐    **DEA Request** ☐

**Supplier:**
Name: _____
Business Address: _____
City: _____
State: _____
Zip Code: _____
Business Telephone: _____

**Purchaser:**
Name: _____
Business Address: _____
City: _____
State: _____
Zip Code: _____
Business Telephone: _____
Identification: _____

**Shipping Address (If different than purchaser address):**
Street: _____
City: _____
State: _____
Zip Code: _____
Date of Shipment: _____

Product Description: _____

Quantity and Form of Packaging: _____

**If Loss or Disappearance:**

Date of Loss: _____
Type of Loss: _____

Description of Circumstances: _____
_____
_____
_____
_____
_____

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019231**

CAH_MDL_PRIORPROD_DEA07_01384094
P-14290 _ 00200

**FORM NAME:**         **ARCOS TRANSACTION REPORTING**

**FORM NUMBER:**       **DEA # 9**

**FUNCTION:**         **Used to submit correction or additional transactions to ARCOS**

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019232**

CAH_MDL_PRIORPROD_DEA07_01384095
P-14290 _ 00201



FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

| | |
|---|---|
| **FORM NAME:** | REPORT OF LOSS OR THEFT OF CONTROLLED SUBSTANCES (DEA FORM 106) |
| **FORM NUMBER:** | DEA #10 |
| **FUNCTION:** | Used to document and report to DEA any loss or theft of controlled substances. |
| **DISTRIBUTION:** | Original and one copy must be submitted to the local DEA office. One copy to the Corporate Compliance Department in Dublin. Copy(s) to state licensing agency as required. One copy to file. Must be submitted within seven (7) days of the incident |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**U.S. DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION**

## REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

*OMB APPROVAL*
*No. 1117-0001*

Federal Regulations require registrants to submit a detailed report of any theft or loss of Controlled Substances to the Drug Enforcement Administration.

Complete the front and back of this form in triplicate. Forward the original and duplicate copies to the nearest DEA Office. Retain the triplicate copy for your records. Some states may also require a copy of this report.

**DEA MANUAL AUTHORITY:**
Diversion Investigators 5124
FFS: 630-02

**1. NAME AND ADDRESS OF REGISTRANT (Include ZIP Code)**

ZIP CODE

**2. PHONE NO. (Include Area Code)**

**3. DEA REGISTRATION NUMBER**

2 ltr. prefix          7 digit suffix

**4. DATE OF THEFT OR LOSS**

**5. PRINCIPAL BUSINESS OF REGISTRANT (Check one)**

1 ☐ Pharmacy          5 ☐ Distributor
2 ☐ Practitioner      6 ☐ Methadone Program
3 ☐ Manufacturer      7 ☐ Other (specify)
4 ☐ Hospital/Clinic

**6. COUNTY IN WHICH REGISTRANT IS LOCATED**

**7. WAS THEFT REPORTED TO POLICE?**

☐ YES   ☐ NO

**8. NAME AND TELEPHONE NUMBER OF POLICE DEPARTMENT (Include Area Code)**

**9. NUMBER OF THEFTS OR LOSSES REGISTRANT HAS EXPERIENCED IN THE PAST 24 MONTHS ?**

**10. TYPE OF THEFT OR LOSS (Check one and complete items below as appropriate)**

1 ☐ Night break-in     3 ☐ Employee pilferage   5 ☐ Other (Explain)
2 ☐ Armed robbery      4 ☐ Customer theft       6 ☐ Lost in transit (Complete Item 14)

**11. IF ARMED ROBBERY, WAS ANYONE:**

KILLED ?   ☐ No   ☐ Yes (How many) _____

INJURED ?  ☐ No   ☐ Yes (How many) _____

**12. PURCHASE VALUE TO REGISTRANT OF CONTROLLED SUBSTANCES TAKEN ?**

$

**13. WERE ANY PHARMACEUTICALS OR MERCHANDISE TAKEN ?**

☐ No   ☐ Yes (Est. Value)

$

**. IF LOST IN TRANSIT, COMPLETE THE FOLLOWING:**

| A. Name of Common Carrier | B. Name of Consignee | C. Consignee's DEA Registration Number |
|---|---|---|

**D. Was the carton received by the customer ?**

☐ Yes   ☐ No

**E. If received, did it appear to be tampered with ?**

☐ Yes   ☐ No

**F. Have you experienced losses in transit from this same carrier in the past ?**

☐ No   ☐ Yes (How Many) _____

**15. WHAT IDENTIFYING MARKS, SYMBOLS, OR PRICE CODES WERE ON THE LABELS OF THESE CONTAINERS THAT WOULD ASSIST IN IDENTIFYING THE PRODUCTS ?**

**16. IF OFFICIAL CONTROLLED SUBSTANCE ORDER FORMS (DEA-222) WERE STOLEN, GIVE NUMBERS**

**17. WHAT SECURITY MEASURES HAVE BEEN TAKEN TO PREVENT FUTURE THEFTS OR LOSSES ?**

### PRIVACY ACT INFORMATION

**AUTHORITY:** Section 301 of the Controlled Substances Act of 1970 (PL 91-513).

**PURPOSE:** Report theft or loss of Controlled Substances.

**ROUTINE USES:** The Controlled Substances Act authorizes the production of special reports required for statistical and analytical purposes. Disclosures of information from this system are made to the following categories of users for the purposes stated:

   A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.

   B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

**EFFECT:** Failure to report theft or loss of controlled substances may result in penalties under Section 402 and 403 of the Controlled Substances Act.

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019235**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384098

P-14290 _ 00204

## LIST OF CONTROLLED SUBSTANCES LOST

| Trade Name of Substance or Preparation | Name of Controlled Substance in Preparation | Dosage Strength and Form | Quantity |
|---|---|---|---|
| nples:     Desoxyn | Methamphetamine Hydrochloride | 5 Mg Tablets | 3 x 100 |
| Demerol | Meperidine Hydrochloride | 50 Mg/ml Vial | 5 x 30 ml |
| Robitussin A-C | Codeine Phosphate | 2 Mg/cc Liquid | 12 Pints |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| | | | |
| | | | |
| | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| 31. | | | |
| 32. | | | |
| 33. | | | |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| 37. | | | |
| 38. | | | |
| 39. | | | |
| 40. | | | |
| 41. | | | |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |
| 46. | | | |
| 47. | | | |
| | | | |
| | | | |

I certify that the foregoing information is correct to the best of my knowledge and belief.

Signature _____   Title _____   Date _____

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019236

CAH_MDL_PRIORPROD_DEA07_01384099
P-14290 _ 00205

| | |
|---|---|
| **FORM NAME:** | **REGISTRANT'S INVENTORY OF DRUGS SURRENDERED (DEA Form 41)** |
| **FORM NUMBER:** | **DEA # 11** |
| **FUNCTION:** | **Used to document and report to DEA the destruction and disposal of controlled substances.** |
| **DISTRIBUTION:** | **Two copies must be submitted to the local DEA office.  One copy to the Corporate Compliance Department in Dublin. One copy to file.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

| OMB Approval No. 1117-0007 | DEPARTMENT OF JUSTICE / DRUG ENFORCEMENT ADMINISTRATION **REGISTRANTS INVENTORY OF DRUGS SURRENDERED** | PACKAGE No. |
|---|---|---|

The following schedule is an inventory of controlled substances which is hereby surrendered to you for proper disposition.

FROM: *(Include Name, Street, City, State and ZIP Code in space provided below).*

Signature of applicant or authorized agent

Registrant's DEA Number

Registrant's Telephone Number

NOTE:  REGISTERED MAIL IS REQUIRED FOR SHIPMENTS OF DRUGS
VIA US POSTAL SERVICE (see instructions on reverse of form)

| | NAME OF DRUG OR PREPARATION  *Registrants will fill in Columns 1, 2, 3, and 4 Only.* | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container ) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | |
|---|---|---|---|---|---|---|---|
| | | | | | DISPOSITION | QUANTITY | |
| | | | | | | GMS. | MGS. |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |

DEA Form — 41
(Jul. 1984)        Previous edition may be used.                              • See instructions on reverse side.

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019238

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384101

P-14290 _ 00207

| NAME OF DRUG OR PREPARATION | Number of Containers | CONTENTS (Number of grams, tablets, ounces or other units per container) | Controlled Substance Content (Each Unit) | FOR DEA USE ONLY | | | |
|---|---|---|---|---|---|---|---|
| | | | | DISPOSITION | QUANTITY | | |
| | | | | | | GMS. | MGS |
| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |

The controlled substances surrendered in accordance with Title 21 of the Code of Federal Regulations, Section 1307.21, have been received

in _____ packages purporting to contain the drugs listed on this inventory and have been:  **(1) Forwarded tape-sealed without opening;

(2) Destroyed as indicated and the remainder forwarded tape-sealed after verifying contents; (3) Forwarded tape-sealed after verifying contents.

DATE _____ 19 ____       DESTROYED BY: _____

** Strike out lines not applicable.       WITNESSED BY: _____

## INSTRUCTIONS

1. List the name of the drug in column 1, the number of containers in column 2, the size of each container in column 3, and in column 4 the controlled substance content of each unit described in column 3; e.g., morphine sulfate tabs., 3 pkgs., 100 tabs., 1/4 gr. (16 mg.) or morphine sulfate tabs., 1 pkg., 83 tabs., 1/2 gr. (32 mg.), etc.

2. All packages included on a single line should be identical in name, content and controlled substance strength.

3. Prepare this form in quadruplicate. Mail two (2) copies of this form to the Special Agent in Charge, under separate cover. Enclose one additional copy in the shipment with the drugs. Retain one copy for your records. One copy will be returned to you as a receipt. No further receipt will be furnished to you unless specifically requested. Any further inquiries concerning these drugs should be addressed to the DEA District Office which serves your area.

4. There is no provision for payment for drugs surrendered. This is merely a service rendered to registrants enabling them to clear their stocks and records of unwanted items.

5. Drugs should be shipped tape-sealed via prepaid express or registered mail to Special Agent in Charge, Drug Enforcement Administration, of the DEA District Office which serves your area.

## PRIVACY ACT INFORMATION

AUTHORITY: Section 307 of the Controlled Substances Act of 1970 (P.L. 91-513).

PURPOSE: To document the surrender of controlled substances which have been forwarded by registrants to DEA for disposal.

ROUTINE USES: This form is required by Federal Regulations for the surrender of unwanted Controlled Substances. Disclosures of information from this system are made to the following categories of users for the purposes stated.

   A. Other Federal law enforcement and regulatory agencies for law enforcement and regulatory purposes.

   B. State and local law enforcement and regulatory agencies for law enforcement and regulatory purposes.

EFFECT: Failure to document the surrender of unwanted Controlled Substances may result in prosecution for violation of the Controlled Substances Act.

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019239

CAH_MDL_PRIORPROD_DEA07_01384102

P-14290 _ 00208

FORM NAME:          KEY LOG

FORM NUMBER:        DEA # 12

FUNCTION:           Used to list personel who have been issued keys.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019240**

CAH_MDL_PRIORPROD_DEA07_01384103
P-14290 _ 00209

**CARDINAL HEALTH**

_____ **Division**

KEY LOG

| The following personnel have been issued keys to this facility: |
|---|

_____

Signature

_____

Title

_____

Division

_____

Date

**FOIA Confidential Treatment Requested By Cardinal**

**CAH SWE 019241**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384104

P-14290 _ 00210

**FORM NAME:**        **KEY RECEIPT**

**FORM NUMBER:**      **DEA # 13**

**FUNCTION:**         **Used to document the transfer of a key from the company to an employee.**

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

# Cardinal Health

## Key Receipt

**Employee Name:**_____     **Date:**_____

**Department:**_____     **Key Number:**_____

I understand that I am responsible for the proper use of the key and will take all reasonable precautions to prevent any misuse. I will immediately notify the Cardinal Health Corporate Security Department in the event of theft or any other loss of the key. I will not have any copies of the key made and will turn in the key to the Cardinal Health Corporate Security Department when my employment terminates for whatever reason.

**Employee Signature:**_____

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019243**

CAH_MDL_PRIORPROD_DEA07_01384106

P-14290 _ 00212

**FORM NAME:**        **MONTHLY ALARM WALK TEST REPORT**

**FORM NUMBER:**      **DEA # 14**

**FUNCTION:**         **Used to document proper functioning of alarm system and to maintain records of false alarms.  Provides Corporate Compliance Department with information that can be used to evaluate alarm company service and divisional compliance with Company security policies.**

**DISTRIBUTION:**     **This two-part form is to be completed at the end of each month.  One copy must be sent to the Corporate Compliance Department in Dublin by the 15th of the following month. One copy to file.**

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL



**Cardinal**
Health

# MONTHLY ALARM WALK-TEST REPORT

DIVISION _____ FOR THE MONTH OF _____

ALARM COMPANY'S NAME _____

NUMBER OF FALSE ALARMS IN THE PAST MONTH _____

LAST FALSE ALARM _____

CAUSE OF FALSE ALARM _____

CORRECTIVE ACTION TAKEN _____

_____

## INSTRUCTIONS

Please check the following alarm equipment and indicate that it is functioning properly by placing a mark in the space provided.

_____ Alarm call-up list is up-to-date
_____ Ambush/Duress code on control panel is functioning
_____ Sensitivity of all motion detectors is set correctly
_____ Boxes and shelves are <u>NOT</u> blocking motion detectors
_____ Photoelectric beams have a clean line of sight
_____ Door contacts and audible alarms are functioning properly
_____ Vault alarm system is functioning properly (scheduled openings & closings)
_____ All closed circuit television cameras are working properly
_____ All closed circuit television camera monitors are working properly
_____ All electronically controlled doors are functioning properly
_____ All robbery buttons are functioning properly (battery back-ups on hand-held buttons are fresh)
_____ All intercoms are working properly

_____        _____
Signature of employee completing form        Date

This form is to be completed at the end of each month. Copy must be sent to the Corporate Compliance Office **by the 15th** of the following month.

WHITE - Division          YELLOW - Corporate Compliance

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

FORM NAME:          INCIDENT REPORT

FORM NUMBER:       DEA # 15

FUNCTION:           Used to document security-related incidents which occur and require a detailed explanation (i.e., theft, burglary, vandalism).

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019246

CAH_MDL_PRIORPROD_DEA07_01384109
P-14290 _ 00215

**CARDINAL HEALTH**
**SECURITY DEPARTMENT**
**INCIDENT REPORT FORM**

Incident Number: _____

Date of Incident: _____          Time: _____

Nature of Incident: _____

Reporting Party: _____

Department/Address: _____          Phone/Ext: _____

Authorities Notified: _____

Explain Incident in Detail: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Disposition: _____

_____          _____
Security Officer                  Reporting Party

**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

CONFIDENTIAL

**CAH SWE 019247**

CAH_MDL_PRIORPROD_DEA07_01384110
P-14290 _ 00216

| | |
|---|---|
| **FORM NAME:** | **ACCESS AND SURVEILLANCE LIST** |
| **FORM NUMBER:** | **DEA # 16** |
| **FUNCTION:** | **Used to facilitate compliance with DEA regulation which requires written authorization for cage and vault access.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

CARDINAL HEALTH
_____ Division
ACCESS AND SURVEILLANCE LIST

**The following personnel are permitted unsupervised access to the cage and vault area:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If any person other than those listed above requires job-related temporary access to this area, they must be escorted by a person with approved cage and vault access.

_____
Signature

_____
Title

_____
Division

_____
Date

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019249

CAH_MDL_PRIORPROD_DEA07_01384112
P-14290 _ 00218

| | |
|---|---|
| **FORM NAME:** | **DELIVERY VEHICLE SECURITY RULES** |
| **FORM NUMBER:** | **DEA # 17** |
| **FUNCTION:** | **Used to document security measures required by delivery vehicle drivers.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019250**

CAH_MDL_PRIORPROD_DEA07_01384113

P-14290 _ 00219

# DELIVERY VEHICLE SECURITY

The following rules are intended to promote safety and security for drivers and their delivery vehicles.  They are to be complied with at all times.

1.  Keep all merchandise in the rear of the truck.  Leave nothing in the cab.

2.  Secure the truck when making a delivery.  Roll up all windows, lock all doors, and take the keys with you.

3.  Do not stop for stranded motorists.  This could be a setup for a hijack.  If you feel it is necessary to call for assistance, do so at your next stop.

4.  Make it a habit to check your rearview mirror to see if you are being followed.  If you suspect that you are being followed, obtain a description of the vehicle, the license number and the occupants.  Proceed to the local police station; if this is not possible, proceed to your next stop, and call the local police or the office.

5.  If you break down, stay with your truck.  Leave only to call for assistance.

6.  Avoid areas where the threat of theft is high (such as back doors and alleys).  If something appears suspicious, do not stop.

7.  In the event of a robbery:

    A.  Offer no resistance.
    B.  Stay calm.
    C.  Be observant.

Driver Signature: _____

Witness Signature: _____

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019251**

CAH_MDL_PRIORPROD_DEA07_01384114

P-14290 _ 00220

FORM NAME:          WILL CALL LOG

FORM NUMBER:        DEA # 18

FUNCTION:           Used to document the pickup of an order by a customer.

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019252

CAH_MDL_PRIORPROD_DEA07_01384115
P-14290 _ 00221

## WILL CALL LOG

Customer Name _____

Customer Number _____  Invoice Number _____

Date _____  Time _____

Number of Boxes _____  Number of Bags _____

Courier Service Name _____

Drivers Name (Print) _____

Drivers Signature _____

Drivers License Number _____  State _____

Driver ID# (Cab Number, etc.) _____

## WILL CALL LOG

Customer Name _____

Customer Number _____  Invoice Number _____

Date _____  Time _____

Number of Boxes _____  Number of Bags _____

Courier Service Name _____

Drivers Name (Print) _____

Drivers Signature _____

Drivers License Number _____  State _____

Driver ID# (Cab Number, etc.) _____

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019253

CAH_MDL_PRIORPROD_DEA07_01384116

P-14290 _ 00222

| | |
|---|---|
| **FORM NAME:** | **CONSENT AND RELEASE** |
| **FORM NUMBER:** | **DEA #19** |
| **FUNCTION:** | **Used during employment application process to obtain applicant's consent for background investigation and drug screening.** |

**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

CONFIDENTIAL

**CAH SWE 019254**

CAH_MDL_PRIORPROD_DEA07_01384117
P-14290 _ 00223

 **Cardinal Health**

**CONSENT AND RELEASE:**

*PLEASE READ THIS NOTICE AND CONSENT FORM CAREFULLY BEFORE SIGNING. YOU WILL BE PROVIDED WITH A COPY OF THIS FORM AT ANY TIME UPON REQUEST.*

**NOTICE AND CONSENT CONCERNING CONSUMER REPORTS FOR EMPLOYMENT APPLICATIONS AND EMPLOYMENT PURPOSES.**

This form, which you should read carefully, has been provided to you because Cardinal Health ("Cardinal Health") will request consumer reports or investigate consumer reports in connection with your application for employment or during the course of your employment with Cardinal Health, if any. These background checks, and/or investigations, will be performed by Cardinal Health, in whole or in part, at Cardinal Health's discretion.

Cardinal Health's applicant background checks and employee investigations will also include the use of consumer reporting agencies to gather and report information to Cardinal Health in the form of consumer or investigative consumer reports, as regulated by federal law. Such reports, if obtained, will be prepared by consumer reporting agencies and may contain information concerning your credit standing or worthiness, character, general reputation, personal characteristics, or mode of living. Cardinal Health is not a consumer-reporting agency.

The type of reports that may be requested from consumer reporting agencies under this policy include, but are not limited to; credit reports, criminal records (for the maximum period permitted by applicable state and federal law), court records, driving records, and/or summaries of educational and employment records and histories. The information contained in these reports may be obtained by a consumer reporting agency, from public records, or through personal interviews with co-workers, neighbors, friends, associates, current or former employers, or other personal acquaintances. Any information contained in such reports may be taken into consideration in evaluating your suitability for employment, promotion, reassignment or retention as an employee.

If Cardinal Health requests an investigative consumer report to be performed by a consumer reporting agency, as defined by federal law, you will receive a notice indicating that the report has been requested no later than three days after the request is made to the agency. This additional notice, if issued, will provide you with further information pertaining to federal law governing investigative consumer reports. You will not receive a notice if Cardinal Health or a person or entity other than a consumer-reporting agency performs the investigation.

Your consent is required by law before Cardinal Health may obtain a consumer report or investigative consumer report from a consumer reporting agency pertaining to your application for employment and thereafter, during the course of your employment, if any, at Cardinal Health's discretion. Your signature below indicates that you have read and understand that Cardinal Health may request and review a consumer report or investigative consumer report regarding your background, and that you consent to the release of reports to Cardinal Health for employment purposes. This information may also be considered for any future decisions concerning your employment, promotion, reassignment or retention as an employee of Cardinal Health. Your signature additionally reflects your understanding that such consent will remain in effect indefinitely until you revoke it in writing, as described below.

8.00

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019255**

CAH_MDL_PRIORPROD_DEA07_01384118

P-14290 _ 00224

*Refusal to consent to a consumer report or an investigative consumer report as required by this notice, or any other attempt to interfere or failure to cooperate with Cardinal Health's lawful investigation, may result in rejection of your application, withdrawal of an offer of employment, or corrective discipline; up to and including termination of employment.*

## CONSENT STATEMENT:

I have carefully read and understand this notice and consent form and, by my signature below, consent to the release of consumer or investigative consumer reports, as defined above, to Cardinal Health in conjunction with my application for employment. I further understand that this consent will apply during the course of my employment with Cardinal Health, should I obtain such employment, and that such consent will remain in effect until revoked in a written document signed by me.

In the event that I wish to refuse or revoke my consent, I understand that I may do so by: 1. Signing the "Refusal or Revocation of Consent Statement" below, or 2. Sending a signed statement, indicating that I revoke my consent for Cardinal Health to obtain a consumer report or investigative consumer report, and submitting to:

Cardinal Health
Human Resources
7000 Cardinal Place
Dublin, OH 43017

---

I certify that the information I have provided to Cardinal Health, on this consent and release form, is correct to the best of my knowledge and I understand that any falsifications, misrepresentations, and/or omissions may result in my disqualification for consideration of employment or, is subsequently employed, my dismissal.

---

Name of Applicant/Employee

---

Applicant/Employee Signature                                    Today's Date

## REFUSAL OR REVOCATION OF CONSENT STATEMENT:
*(DO NOT SIGN UNLESS YOU HAVE DECIDED THAT YOU WILL NOT CONSENT, OR WILL NO LONGER CONSENT, TO CARDINAL HEALTH OBTAINING A CONSUMER REPORT OR AN INVESTIGATIVE CONSUMER REPORT)*

I do not consent to Cardinal Health obtaining consumer reports or investigative consumer reports about me in connection with my application for employment or for any other employment purposes. If I have previously granted my consent, I hereby revoke that consent and understand that such revocation will take effect immediately after Cardinal Health receives this written revocation and has actual knowledge to communicate the revocation to those employees or agents who request consumer reports for Cardinal Health.

---

Name of Applicant/Employee

---

Applicant/Employee Signature                                    Today's Date

8.00

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019256

CAH_MDL_PRIORPROD_DEA07_01384119

P-14290 _ 00225

| | |
|---|---|
| **FORM NAME:** | **EMPLOYMENT SECURITY INFORMATION** |
| **FORM NUMBER:** | **DEA # 20** |
| **FUNCTION:** | **Used to conduct background investigations on new employees.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019257**

CAH_MDL_PRIORPROD_DEA07_01384120
P-14290 _ 00226

**Cardinal Health**

**EMPLOYMENT SECURITY INFORMATION**

Submitted ___ / ___ / ___

Division: _____

Department: _____   Supervisor: _____

Name: _____   Date of Hire _____
       (First)          (Middle)          (Last)

Present Address: _____

_____
(Street)          (City)          (State)          (Zip)

Time at residence: _____   County of Residence: _____   Telephone: ( ) _____

Previous Name _____
              (First)          (Middle)          (Last)

Previous Residence _____
                   (Street)          (City)          (State)          (Zip)

Time at previous residence _____   County of previous residence _____

Social Security Number _____   Drivers License Number _____   State _____

Date of Birth _____   Place of Birth _____   Height _____   Weight _____
Eye Color _____   Color of Hair _____   Marital Status _____

8.00

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019258

CAH_MDL_PRIORPROD_DEA07_01384121
P-14290 _ 00227

Education Verification

| Institution/School | City | State | Dates Attended | Degree |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Have you ever been convicted of a crime (felony or misdemeanor), or do you have any pending charges? *   Yes _____   No _____

If yes, identify the crime, the date of the conviction, the court where the conviction occurred, and the disposition of the case. Please provide any details you feel are relevant. _____

*Conviction of a crime will not automatically disqualify you from employment, but will be considered as a part of the overall evaluation of your qualifications for the position sought.*

[block of dark, illegible text]

**Waiver:** I hereby authorize Cardinal Health, its subsidiaries or affiliates, and the Drug Enforcement Administration to make a complete investigation of me, my former business relations and employment, and any business organization or any other person to give full information and records about me. I hereby release Cardinal Health its subsidiaries, affiliates, officers, employees, Informants and the Drug Enforcement Administration from liability arising from this investigation. Discovery of false information on this sheet may lead to discharge of my employment with Cardinal Health or its subsidiaries or affiliates.

Signature _____   Today's Date _____

8.00

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019259

CAH_MDL_PRIORPROD_DEA07_01384122
P-14290 _ 00228

FORM NAME:          VISITOR LOG

FORM NUMBER:      DEA # 21

FUNCTION:          Used to document any visitor's entering the facility.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019260**

CAH_MDL_PRIORPROD_DEA07_01384123
P-14290 _ 00229

## VISITOR LOG

| NAME | REPRESENTING | TIME IN | TIME OUT | PURPOSE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019261

CAH_MDL_PRIORPROD_DEA07_01384124

P-14290 _ 00230

FORM NAME:            MISCELLANEOUS SECURITY LOG

FORM NUMBER:          DEA # 22

FUNCTION:             Used to document any minor security-related incidents that
                      occur but do not need to be explained in detail (i.e., false
                      alarms, open doors, alarm not set, etc.).

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019262

CAH_MDL_PRIORPROD_DEA07_01384125
P-14290 _ 00231

**CARDINAL HEALTH**
**MISCELLANEOUS SECURITY LOG**

| DATE | TIME | NARRATIVE |
|------|------|-----------|
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |
|      |      |           |

**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

CONFIDENTIAL

FORM NAME:           DEA INSPECTION REPORT

FORM NUMBER:        DEA # 23

FUNCTION:           Used to document an inspection made by the DEA.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

# DEA INSPECTION REPORT

**This form is to be completed by the Division Manager or his designee and forwarded to the Corporate Compliance Department upon completion of a DEA inspection.**

DIVISION: _____      DATE: _____

**A.      General Information**

1.   Initiation Date                                          _____
2.   Leader Compliance Investigator                          _____
3.   DEA Office                                              _____
4.   Closing Date -- Exit Interview                          _____
5.   Total On-Site Days                                      _____
6.   Total On-Site Person Hours                              _____

**B.      Inventory Accountability Audit**

1.   Number of items audited                                 _____

   *a) Description and class of items audited:*

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

2.   Audit timeframe in months                              _____
3.   Number of items in variance                            _____

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019265

CAH_MDL_PRIORPROD_DEA07_01384128

P-14290 _ 00234

**C.**   **Inspection Focal Points (Check all that apply)**

1. Background information
2. Biennial Inventory
3. Recordkeeping
4. DEA Form 222
5. Physical Security
6. Procedural Security
7. Shipping/Receiving Procedures
8. Registration Verification/Customers
9. ARCOS
10. Suspicious Order Monitoring
11. Destructions
12. Losses/Thefts
13. Pre-Employment Screening
14. Will Calls
15. Powers of Attorney
16. Other _____

**D.**   **Comments**

Please document any significant comments, questions, criticisms made by the inspector during the inspection and exit interview and attach to this report.

**E.**   **Resolution (to be completed by Corporate Compliance Department)**
*Please attach all related documentation.*

| | | Yes | No |
|---|---|---|---|
| 1. | DEA Follow-Up | | |
| 2. | DEA Letter of Admonition | | |
| 3. | DEA Citation | | |
| 4. | Memorandum of Understanding | | |
| 5. | Informal Hearing | | |
| 6. | Formal Hearing | | |
| 7. | Court Proceeding | | |
| 8. | Consent Order | | |
| 9. | Total Violations Acknowledged in M.O.U. | | |
| 10. | Fines Sought | $ | |
| 11. | Fines Paid | $ | |
| 12. | Resolution Date | | |

_____
Signature and Title of Person Completing Form        Date _____

_____
Division Manager's Signature        Date _____

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019266**

CAH_MDL_PRIORPROD_DEA07_01384129

P-14290 _ 00235

| | |
|---|---|
| **FORM NAME:** | **DEA ON-SITE BACKGROUND INFORMATION PACKAGE** |
| **FORM NUMBER:** | **DEA # 24** |
| **FUNCTION:** | **Used to provide DEA Investigators with company background information during DEA audits.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019267**

CAH_MDL_PRIORPROD_DEA07_01384130

P-14290 _ 00236

## DEA ON-SITE BACKGROUND INFORMATION PACKAGE

### SECTION I                    FIRM'S BACKGROUND

A.. **Company Name:** _____

    **Address:** _____
_____
_____
_____
_____

    **Telephone Number:** ( ____ ) _____

    **Fax Number:** ( ____ ) _____

B.    **Type of Firm:** _____

C.    **Corporate Headquarters:** _____
_____
_____
_____

D.    **State of Incorporation:** _____

E.    **Subsidiaries:** _____

F.    **Corporate Officers:  (See attached)**

G.    **Principle Management Personnel:**
    **(List all personnel and include the following information)**

    **Name:** _____
    **Title:** _____
    **Length of Service:** _____

H.    **Type of Business:** _____

I.    **Distribution Area:** _____

J.    **Methods of Distribution (Delivery Companies):** _____
_____

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019268**

CAH_MDL_PRIORPROD_DEA07_01384131

P-14290 _ 00237

K.   **Hours of Operation:** _____

L.   **Number of Employees:** _____

M.   **How long at present location:** _____

─.N.   **Controlled substance sales as percentage of total sales:**_____

**SECTION II**                     **LICENSES AND REGISTRATIONS**
(attach copies of DEA registration and State licenses).

A.   **DEA (See attached):**

B.   **State (See attached):**

**SECTION III**
(Breifly describe when inventories are taken and where records are maintained).

A.   **Biennial Inventories:**_____
_____

B.   **Periodic Inventories:**_____
_____

**SECTION IV**                     **RECORDS / REPORTS**
(briefly describe the types of records and where maintained)

A.   **Purchase Records:**_____
_____
_____
_____
_____

B.   **Sales Records:**_____
_____
_____
_____
_____

C.   **Return Records:**_____
_____
_____

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019269**

CAH_MDL_PRIORPROD_DEA07_01384132
P-14290 _ 00238

D.   **DEA Form 222 - (blue & brown):**_____
_____

E.   **Power of Attorney:**_____
_____
_____
_____

F.   **DEA Form 106:**_____
_____
_____
_____
_____

G.   **DEA Form 41:**_____
_____
_____
_____
_____

H.   **ARCOS Records:**_____
_____
_____
_____
_____

I.   **Suspicious/Excessive Customer Purchases:**_____
_____
_____
_____

J.   **Customer DEA Registrations and Verifications:**_____
_____
_____

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

## SECTION V                    PROCEDURES
(Briefly describe how the following is accomplished with respect to controlled substances).

A.    Receiving: _____
      _____
      _____

B.    Order Filling: _____
      _____
      _____

C.    Shipping: _____
      _____
      _____
      _____

D.    Returns: _____
      _____
      _____


## SECTION VI                   SECURITY

A.    Structure of Building: _____
      _____
      _____

B.    Structure of Vault: _____
      _____
      _____

C.    Structure of Cage: _____
      _____
      _____

D.    Alarm Company: _____
      Address: _____
      _____
      _____

E.    Type of Alarm Hardware: _____

F.    Type of Circuit (McCulloh Loop, etc.): _____

G.    Notification Procedures: _____
      _____

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019271**

CAH_MDL_PRIORPROD_DEA07_01384134

P-14290 _ 00240

H.  **Who Responds:** _____

\- I.  **Response Time:**

           **Alarm Company:** _____
           **Law Enforcement:** _____
           **Distribution Center Personnel:** _____

J.  **Persons with Alarm Keys/Passes:**
    **(List all personnel and include the following information):**

    **Name:** _____     **Title** _____
    **Length of Service:** _____

K.  **Persons with Access to Vault:**
    **(List all personnel and include the following information)**

    **Name:** _____     **Title** _____
    **Date of Birth:** _____     **SS#** _____

L.  **Persons with Access to Cage:**
    **(List all personnel and include the following information)**

    **Name:** _____     **Title** _____
    **Date of Birth:** _____     **SS#** _____

M.  **Employee Screening procedures (Describe hiring practices):**
    _____
    _____
    _____
    _____
    _____

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019272**

CAH_MDL_PRIORPROD_DEA07_01384135

P-14290 _ 00241

# *Cardinal Health, Inc.: DEA Registered Locations*

| Distribution Center | Address | | | DEA Number |
|---|---|---|---|---|
| Whitmire Dist. Corp. DBA Cardinal Health | 7301 Los Volcanes Rd. NW | | | RW0234928 |
| | Albuquerque | NM | 87121 | |
| Whitmire Distribution Corp. DBA Cardinal | 914 Marcon Blvd. | | | RW0191938 |
| | Allentown | PA | 18103 | |
| Whitmire Distribution Corp. DBA Cardinal | 801 C St. N.W., Suite B | | | RW0191813 |
| | Auburn | WA | 98001 | |
| Whitmire Distribution Corp. DBA Cardinal | 2353 Prospect Dr. | | | RW0231908 |
| | Aurora | IL | 60504 | |
| Whitmire Distribution Corp. DBA Cardinal | 4770 (U) Forest St. | | | RW0192017 |
| | Denver | CO | 80216 | |
| Whitmire Distribution Corp. DBA Cardinal | 13188 Lakefront Drive | | | RW0192106 |
| | Earth City | MO | 63045 | |
| Marmac Distributors, Inc. DBA Cardinal Health | 4 Craftsman Road | | | RM0125484 |
| | East Windsor | CT | 06088 | |
| Whitmire Distribution Corpora DBA Cardinal | 3238 Dwight Road | | | RW0236009 |
| | Elk Grove | CA | 95758 | |
| Whitmire Distribution Corp. DBA Cardinal | 4 Girbraud Ct. | | | RW0243903 |
| | Greensboro | NC | 27407 | |
| Ohio Valley-Clarksburg, Inc. DBA Cardinal Health | 6540 Port Road | | | RR0248179 |
| | Groveport | OH | 43125 | |
| Whitmire Distribution Corp. DBA Cardinal | 7052 Grand Blvd. Ste. 112 | | | RW0191407 |
| | Houston | TX | 77054 | |
| Whitmire Distribution Corp. DBA Cardinal | 2901 Enloe St. | | | RW0243725 |
| | Hudson | WI | 54106 | |
| Whitmire Distribution Corp. DBA Cardinal | 7601 NE Gardner Avenue | | | RW0191926 |
| | Kansas City | MO | 64120 | |
| Chapman Southeast, Inc. DBA Cardinal Health | 2512 West Cott Blvd | | | RC0238104 |
| | Knoxville | TN | 37931 | |

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019273**

CAH_MDL_PRIORPROD_DEA07_01384136

P-14290 _ 00242

| Distribution Center | Address | | | DEA Number |
|---|---|---|---|---|
| Cardinal Southeast, Inc DBA Cardinal Health | 2045 Interstate Drive Lakeland | FL | 33805 | RC0182080 |
| CORD Logistics | 1135 Hell Quaker Blvd. Ste. 100 LaVergne | TN | 37086 | RC0229965 |
| Cardinal Southeast, Inc. DBA Cardinal Health | 1240 Gluckstadt Road Madison | MS | 39110 | RC0221236 |
| National Specialty Services, Inc. | 556 Metroplex Dr. Nashville | TN | 37211 | RN0184363 |
| Whitmire Distribution Corp. DBA Cardinal | 1351 Doubleday Ontario | CA | 91761 | RW0192168 |
| Daly,James W. Inc. DBA Cardinal Health | 11 Centennial Drive Peabody | MA | 01960 | RD0108200 |
| Packaging Coordinators, Inc. | 3001 Red Lion Road Philadelphia | PA | 19114 | RP0225284 |
| Whitmire Distribution Corp DBA Cardinal | 3821 East Broadway Phoenix | AZ | 85040 | RW0224294 |
| Whitmire Distribution Corp. DBA Cardinal | 4422 South 38th Place Phoenix | AZ | 85040 | RW0191940 |
| Cardinal Southeast, Inc. DBA Cardinal Health | 42 Ross Road Savannah | GA | 31405 | RS0187612 |
| Whitmire Distribution Corp. DBA Cardinal | 955 West 3100 South South Salt La | UT | 84119 | RW0191419 |
| Cardinal Syracuse, Inc. DBA Cardinal Health | 6012 Molloy Rd. Syracuse | NY | 13211 | PC0003044 |
| Whitmire Distribution Corp. DBA Cardinal | 27680 Avenue Mentry Valencia | CA | 91355 | RW0216449 |
| Whitmire Distribution Corp. DBA Cardinal | 7500 Mars Drive Waco | TX | 76712 | RB0196522 |
| Ohio Valley-Clarksburg, Inc. DBA Cardinal Health | 71 Mil-Acres Dr. Wheeling | WV | 26003 | RO0153609 |
| National PharmPak Services, Inc. | 3450 East Pike Zanesville | OH | 43701 | RN0209583 |

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019274**

CAH_MDL_PRIORPROD_DEA07_01384137

P-14290 _ 00243

| Distribution Center | Address | | | DEA Number |
|---|---|---|---|---|
| Williams Drug Dist., Inc. | 1000 Linden Ave. | | | PT0186038 |
| | Zanesville | OH | 43701 | |
| National PharmPak Services, Inc | 850 Airport Distribution Drive | | | RN0244967 |
| | Zanesville | OH | 43701 | |
| National PharmPak Services, Inc | 1000 Linden Avenue | | | RN0231427 |
| | Zanesville | OH | 43701 | |

*Wednesday, January 05, 2000*                                               *Page 3 of 3*

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019275**

CAH_MDL_PRIORPROD_DEA07_01384138

**FORM NAME:**          **LIMITED POWER OF ATTORNEY**

**FORM NUMBER:**        **DEA # 25**

**FUNCTION:**           **Used for a change of pharmacy ownership and continuing operation on a previous owner's DEA registration.**

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

## LIMITED POWER OF ATTORNEY

_____     (Name of Registrant)
_____     (Address of Registrant)
_____     (DEA Registration Number)

WHEREAS,                    (hereinafter referred to as "Seller") and
(hereinafter referred to as "Buyer"), have executed a Purchase Agreement dated
and related documents, all with the intent of transferring a pharmacy                    currently
known as                    (the "Pharmacy") and

WHEREAS,  the transfer referred to in said Purchase Agreement is to take place,
or has taken place, on or about                    and

WHEREAS, the parties to the Purchase Agreement and this Power of Attorney desire that
the business carried on at                    shall continue without interruption
while BUYER obtains a DEA registration and the various licenses necessary in the State of
and until the transfers referred to in said Purchase Agreement take place; and

WHEREAS, such licenses are currently possessed by the Seller.

NOW, THEREFORE, in consideration of the mutual covenants and promises contained in
the Purchase Agreement and related documents, and in an effort to implement the same, I,
                    , who is authorized to sign the current application for registration of the above-
named registrant under the Controlled Substances Act or Controlled Substances Import and
Export Act, have made, constituted, and appointed, and by these presents do make, constitute,
and appoint                    , my true and lawful attorney for me in my name, place, and stead,
to execute applications for books of official order forms and to sign such order forms in
accordance with Section 309 of the Controlled Substances Act (21 U.S.C. 828) and Part 305 or
Title 21 of the Code of Federal Regulations for                    Pharmacy located at
Such appointment shall authorize buyer to take all actions permitted by the undersigned pursuant
to the aforesaid licenses, with respect to the management of the Pharmacy.  I hereby ratify and
confirm all that said Attorney-in-Fact shall lawfully do or cause to be done by virtue hereof,
including the use of the DEA number of Seller until such time as a new DEA number and State
pharmacy licenses are issued from the proper federal and state authorities.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019277**

CAH_MDL_PRIORPROD_DEA07_01384140

P-14290 _ 00246

IT IS FURTHER UNDERSTOOD that after the Closing Date in the Purchase Agreement, at such time as the undersigned no longer owns the assets of the pharmacy aforementioned, the operation of said pharmacy shall be solely in the control of Buyer and that nothing herein shall be construed so as to cause Buyer to be deemed the employee of the undersigned for any reason whatsoever, and that no action taken by Buyer shall give rise to any liability of the undersigned to any third party.

It is agreed by both parties that this appointment of Attorney-in-Fact shall terminate on the first to occur of Buyer obtaining all necessary licenses to operate the Pharmacy, or , 199 . (Power of Attorney cannot extend beyond 45 days of closing.)

By:_____

I,_____ , accept the foregoing appointment, and I represent and warrant that I am a registered pharmacist, licensed to practice pharmacy in the State of _____ , and I am the person named herein as Attorney-in-Fact and, that the signature affixed hereto is my signature.

By:_____

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019278

CAH_MDL_PRIORPROD_DEA07_01384141

P-14290 _ 00247

| | |
|---|---|
| **FORM NAME:** | **DEA AND ARCOS DIVISION AUDIT RECAP** |
| **FORM #:** | **DEA # 26** |
| **FUNCTION:** | **Used to facilitate compliance with DEA record keeping and reporting requirements and assist the Corporate Compliance Department in monitoring divisional compliance and identifying potential problem areas.** |
| **DISTRIBUTION:** | **This form is to be completed at the end of each month. One copy must be sent to the Corporate Compliance Department. One copy to your group office if applicable. One copy must remain on file at the division.** |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019279**

CAH_MDL_PRIORPROD_DEA07_01384142
P-14290 _ 00248



**Cardinal** Health

# DEA & ARCOS DIVISION AUDIT RECAP

.te _____          Division _____

1.

| DP Number | Product | Counts Actual | OOH | Variance |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

Discrepancies to counts and follow-up action taken: _____
_____

2.  Morgue - no controlled substances in morgue or in staging area for customer returns.
    **COMPLIANCE**          Yes _____     No _____
3.  Receiving Area - No controlled substances left out or unattended in receiving.
    **COMPLIANCE**          Yes _____     No _____
4(a).  Review of prior month's brown customer purchase copy of narcotic blanks.*
    **COMPLIANCE**          Yes _____     No _____
4(b).  Review of prior month's DEA green copy of form 222.
    **COMPLIANCE**          Yes _____     No _____
    Review of prior month's blue receiving copy of narcotic blanks for purchases
    **COMPLIANCE**          Yes _____     No _____
    Division Manager or designee has approved and initialed blanks for excessive customer purchases.
    **COMPLIANCE**          Yes _____     No _____
7.  DEA form 106 submitted timely to DEA for variances, losses or thefts.
    Date variance occurred _____.  Date loss/theft occurred _____
    Date form 106 was submitted _____.  Date form 106 was submitted _____
    (attach copy of Form 106)
8.  DEA Form 41 submitted for destruction and verification of ARCOS submission.
    **COMPLIANCE**          Yes _____     No _____
9.  Excessive purchase report on file with copies of contact sheets sent to state and local DEA offices.
    **COMPLIANCE**          Yes _____     No _____
10.  ARCOS and DEA Submission control form with return receipt copy, from prior month.
    **COMPLIANCE**          Yes _____     No _____
11(a).  Month-end physical cycle counts for vault and cage with no variances.
    **VARIANCES**          Yes _____     No _____     If no, how many new variances this month? _____
11(b).  Compliance to follow-up variance procedures.
                           Yes _____     No _____
12.  ARCOS errors report researched and resubmitted.
                           Yes _____     No _____

**Attach copies of blanks found not to be in compliance.**

_____
Division Manager's Signature

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019280**

CAH_MDL_PRIORPROD_DEA07_01384143

P-14290 _ 00249

EXHIBIT A

Program : QINV240J
Report : QINV246R
Whse No.: 3034

WHITMIRE DIST CORP- MILWAUKEE
CONTROLLED SUBSTANCES INVENTORY

Run Date: 12/30/94
Run Time: 19:49
Page : 1

The following report contains a complete inventory of Controlled Substances stocked at this distribution center warehouse at the close of business 12-30-94, in compliance with the Code of Federal Regulations:

#1304.13 BIENNIAL INVENTORY, and

ARCOS ANNUAL INVENTORY

Dist Center Manager
Date 12/30/94

Witness
Date 12/30/94

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 60A*42 | 088-749 | 242 | XANAX | 100 | TABS 0.25MG | 000009-0029-01 UPJOHN COM | A |
| 60A*51 | 258-350 | 118 | APAP/COD | 1000 | #3 TABS 30/300 | 000093-0150-10 LEMMON CO. | A |
| 60A*52 | 859-001 | 19 | ALPRAZOLAM | 500 | TABS 1MG | 000781-1328-05 GENEVA PHA | A |
| 60B*21 | 097-403 | 39 | WYGESIC | 100 | TABS 65/650 | 000008-0085-01 WYETH-AYER | A |
| 60B*22 | 088-757 | 228 | XANAX | 100 | TABS 0.5 MG | 000009-0055-01 UPJOHN COM | A |
| 60B*23 | 076-252 | 12 | FIORINAL | | TABS | | A |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019281

CAH_MDL_PRIORPROD_DEA07_01384144
P-14290 _ 00250

EXHIBIT B

- STOP -

ANY UNAUTHORIZED PERSONNEL REQUESTING ENTRY INTO THE WAREHOUSE SHOULD BE INSTRUCTED TO RESPOND TO THE FRONT DOOR OF THE DISTRIBUTION CENTER

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019282**

CAH_MDL_PRIORPROD_DEA07_01384145

P-14290 _ 00251

EXHIBIT C

# RESTRICTED AREA AUTHORIZED PERSONNEL ONLY

UNAUTHORIZED PERSONNEL ENTERING THIS AREA WILL
BE SUBJECT TO SEVERE DISCIPLINARY ACTION
INCLUDING DISCHARGE

THIS ANNOUNCEMENT MADE NECESSARY BY INCREASED
STATE AND FEDERAL RESTRICTIONS PERTAINING TO
THE HANDLING AND CONTROL OF DANGEROUS DRUGS.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019283**

CAH_MDL_PRIORPROD_DEA07_01384146

P-14290 _ 00252

RULES AND REGULATIONS AS PUBLISHED BY
THE DRUG ENFORCEMENT ADMINISTRATION
EFFECTIVE APRIL 17, 1975

## 1301.91 Employee Responsibility to Report Drug Diversion

Reports of drug diversion by fellow employees is not only a necessary part of an overall employee security program but also serves the public interest at large. It is, therefore, the position of DEA that an employee who has knowledge of drug diversion from his employer by a fellow employee has an obligation to report such information to a responsible security official of the employer. The employer shall treat such information as confidential and shall take all reasonable steps to protect the confidentiality of the information and the identity of the employee furnishing information. A failure to report information of drug diversion will be considered in determining the feasibility of continuing to allow an employee to work in a drug security area. The employer shall inform all employees concerning this policy.

## 1301.92 Illicit Activities by Employees

It is the position of DEA that employees who possess, sell, use or divert controlled substances will subject themselves not only to State or Federal prosecution for any illicit activity, but shall also immediately become the subject of independent action regarding their continued employment. The employer will assess the seriousness of the employee's violation, the position of responsibility held by the employee, past record of employment, etc., in determining whether to suspend, transfer, terminate or take other action against the employee.

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019284

CAH_MDL_PRIORPROD_DEA07_01384147

P-14290 _ 00253

EXHIBIT E

ANYONE CARRYING PERSONAL PACKAGES, LUNCHBOXES, LUNCHBAGS, OR PERSONAL CLOTHING INTO THE WAREHOUSE WILL BE SUBJECT TO SEARCH ON LEAVING THE PREMISES

This announcement made necessary by increased State and Federal restrictions pertaining to the handling and control of dangerous drugs

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019285**

CAH_MDL_PRIORPROD_DEA07_01384148

P-14290 _ 00254

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384149

CAH SWE 019286

GRR900   12/29/95

**C A R D I N A L   H E A L T H ,   I N C.**

PAGE    4

**S U S P I C I O U S   O R D E R**

**K I N G S P O R T**

| ITEM # DESCRIPTION | | SIZE FM PK | NOV 94 | DEC 94 | JAN 95 | FEB 95 | MAR 95 | APR 95 | PAST MTH | INCREASE |
|---|---|---|---|---|---|---|---|---|---|---|
| **CUSTOMER#- 003850   KINSER DRUG STORE** | | | | | | | | | | |
| DEA #- AK0408395   142 EAST CUMBERLAND | | | | | | | | | | |
| * = BROKERAGE ITEM   KINGSTON | TN  37763 | | | | | | | | | |
| 126207 DEMEROL 50MG 30CC D150   WIN C2 | | 10Z SL EA | 0 | 0 | 0 | 0 | 0 | 1 | 50 | 900.00% |
| **CUSTOMER#- 003876   KROGER PHARMACY #544** | | | | | | | | | | |
| DEA #- BK1248904   1489 MADISON STREET | | | | | | | | | | |
| * = BROKERAGE ITEM   CLARKSVILLE | TN  37042 | | | | | | | | | |
| 126196 DEMEROL 50MG 100S   D131 WIN C2 | | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 2 | 6 | 200.00% |
| 220300 APAP W/OXYCOD 5MG RG | C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 2 | 7 | 250.00% |
| **CUSTOMER#- 003877   KROGER PHARMACY #886** | | | | | | | | | | |
| DEA #- BK1124560   11238 KINGSTON PIKE | | | | | | | | | | |
| * = BROKERAGE ITEM   KNOXVILLE | TN  37922 | | | | | | | | | |
| 139354 METHYLPHENIDATE 5MG RG | | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 4 | 10 | 150.00% |
| **CUSTOMER#- 003888   KROGER PHARMACY #519** | | | | | | | | | | |
| DEA #- AK2238295   170 E MAIN STREET | | | | | | | | | | |
| * = BROKERAGE ITEM   HENDERSONVILLE | TN  37075 | | | | | | | | | |
| 101458 RITALIN 10MG 100S 7416 CIBA C2 | | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 400.00% |
| **CUSTOMER#- 003890   KROGER PHARMACY #513** | | | | | | | | | | |
| DEA #- AK2618063   5425 CLINTON HIGHWAY | | | | | | | | | | |
| * = BROKERAGE ITEM   KNOXVILLE | TN  37912 | | | | | | | | | |
| 101457 RITALIN 5MG 100S 7410 CIBA | C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 300.00% |
| 133813 ROXICET 5MG ROX | C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 1 | 6 | 500.00% |
| 139356 METHYLPHENIDATE 10MG RG | C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 4 | 9 | 125.00% |
| **CUSTOMER#- 003895   KROGER PHARMACY #598** | | | | | | | | | | |
| DEA #- AT9477301   380 S ILLINOIS AVENUE | | | | | | | | | | |
| * = BROKERAGE ITEM   OAK RIDGE | TN  37830 | | | | | | | | | |
| 125921 DEXEDRINE TAB 5MG 100S SKF | C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 3 | 21 | 600.00% |
| 139356 METHYLPHENIDATE 10MG RG | C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 5 | 22 | 340.00% |
| **CUSTOMER#- 003902   KROGER PHARMACY #875** | | | | | | | | | | |
| DEA #- BK0812734   801 MEMORIAL BLVD | | | | | | | | | | |
| * = BROKERAGE ITEM   SPRINGFIELD | TN  37172 | | | | | | | | | |
| 220300 APAP W/OXYCOD 5MG RG | C2 | 100 TB EA | 0 | 0 | 0 | 0 | 0 | 3 | 7 | 133.33% |

Bill Mason - MIS Dublin

EXHIBIT F



**EXHIBIT G**

**Cardinal Health, Inc.**

## VIOLENCE PREVENTION PROCEDURES
## IN CASE OF ROBBERY

# DO

*REMEMBER, THE SAFETY OF YOU AND YOUR EMPLOYEES IS THE NUMBER ONE CONCERN.*

*KEEP IT SHORT AND SMOOTH.* The longer the robbery takes, the more nervous the robber becomes.

- ❑ Handle the entire procedure as if you were making a sale to a customer.
- ❑ The average robbery takes less than two minutes.

*OBEY THE ROBBER'S ORDERS.* Robbers seldom hurt people who cooperate with them.

- ❑ Let the robber know that you intend to obey.
- ❑ If you are not sure of what the robber is telling you to do, ask.
- ❑ Keep calm and observe what the robber looks like and what he is wearing. Remember exactly what he says.
- ❑ Try to get the robber out of the building as soon as possible.

*TELL THE ROBBER ABOUT ANY POSSIBLE SURPRISES.*

- ❑ If you must reach for something or move in any way, tell the robber what to expect.
- ❑ If someone is in the cage or vault.
- ❑ If the alarm system must be turned off, tell the robber.

*CALL THE POLICE.* Do not hang up until they tell you to do so. Notify the Cardinal Health, Inc. Compliance Department as soon as possible.

- ❑ Keep their numbers near the phone.
- ❑ Stay on the phone until they tell you they understand and have all the information they need.
- ❑ Keep at least one line into the division open for incoming calls.
- ❑ Write down a description of the robber and what they said.
- ❑ Protect the crime scene. Discontinue business until the police are finished. Do not touch any evidence.

# DON'T

*DON'T ARGUE WITH THE ROBBER.*

- ❑ Give him all the cash and merchandise he wants.
- ❑ Remember, the robber has the upper hand – follow instructions.

*DON'T FIGHT WITH THE ROBBER.*

- ❑ The merchandise is not worth risking physical harm.
- ❑ Trying to overtake a robber is foolish, not heroic.

*DON'T USE WEAPONS.*

- ❑ Weapons breed violence.

*DON'T CHASE THE ROBBER.*

- ❑ You could be mistaken as the robber by the police.

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019287**

CAH_MDL_PRIORPROD_DEA07_01384150

P-14290 _ 00256

## CHART II
## TABLE OF OFFENSES AND PENALTIES
## UNDER THE CONTROLLED SUBSTANCES ACT

EXHIBIT H

| | First Offense | Second Offense |
|---|---|---|
| REGISTRANT OFFENSES (COMMERCIAL) COMMITTED KNOWINGLY | Max: 1 yr., $25,000 | Max: 2 yrs., $50,000 |
| OTHER COMMERCIAL VIOLATIONS | Max: $25,000 (civil fine) | Max: $50,000 (civil fine) |
| DISTRIBUTION OF I & II SUBSTANCES NOT PURSUANT TO ORDER FORM, FALSE RECORDS, COMMUNICATIONS VIOLATION, ETC. | Max: 4 yrs., $30,000 | Max: 8 yrs., $60,000 |
| FELONY VIOLATOR AND ORGANIZER OR LEADER IN CONTINUING CRIMINAL ENTERPRISE (SUBSTANTIVE OFFENSE) | Max: Life, $100,000 Profits, Assets Min: 10 yrs. | Max: Life, $200,000 Profits, Assets Min: 20 yrs. |
| UNLAWFUL DISTRIBUTION, POSSESSION WITH INTENT TO DISTRIBUTE, MANU-FACTURE, ETC. (INCLUDES REGISTRANTS) NARCOTICS IN SCHEDULES I & II | Max: 15 yrs., $25,000 | Max: 30 yrs., $50,000 Special Parole: 6 yrs. |
| NONNARCOTIC SCHEDULE I, II AND ALL III SUBSTANCES | Max: 5 yrs., $15,000 | Max: 10 yrs., $30,000 |
| SCHEDULE IV SUBSTANCES | Max: 3 yrs., $10,000 | Max: 6 yrs., $20,000 |
| SCHEDULE V SUBSTANCES | Max: 1 yr., $5,000 | Max: 2 yrs., $10,000 |
| UNLAWFUL IMPORTATION OR EXPORTATION NARCOTICS IN SCHEDULES I & II | Max: 15 yrs., $25,000 | Max: 30 yrs., $50,000 |
| NONNARCOTIC SCHEDULE I & II AND ALL III SUBSTANCES | Max: 5 yrs., $15,000 | Max: 10 yrs., $30,000 |
| SCHEDULE IV SUBSTANCES | Max: 5 yrs., $15,000 | Max: 10 yrs., $30,000 |
| DANGEROUS SPECIAL DRUG OFFENDER WHO (A) IS AN ADULT AND (B) IS CHARGED WITH FELONY, AND 1) HAS TWO CONVICTIONS AND HAS SERVED TIME IN PRISON, OR 2) DEALS REGULARLY FOR PROFIT OR 3) IS AN ORGANIZER OF CONSPIRACY. (SENTENCING PROVISION) | Max: 25 yrs. Same fine otherwise prescribed | None |
| SIMPLE POSSESSION OR DISTRIBUTION OF ANY CONTROLLED SUBSTANCE FOR NO | Max: | Max: |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

EXHIBIT I

PAGE   1

```
05  11/02/95                    N S S   I N C.
                   S E L E C T E D   I T E M   A U D I T   R E P O R T

EM-035530 CHLORAL HYD 500MG SYR 100UD C4 100   EA EA   VENDOR-11660   UDL LABORATORIES
                                                        DEA-
                                                                      PO BOX 10319
                                                                      ROCKFORD , IL  611313019

EIVED FROM- 1/01/95 TO-11/02/95

P.O. #  QTY ORD QTY REC  DATE REC   DEA #      VENDOR (IF DIFFERENT FROM ABOVE)
1479400   1      1       7/12/95               JAMES W. DALY, INC., PO BOX 6041, PEABODY, MA   019616
1479400   1      1       7/20/95               JAMES W. DALY, INC., PO BOX 6041, PEABODY, MA   019616
1514800   1      1       8/08/95               JAMES W. DALY, INC., PO BOX 6041, PEABODY, MA   019616
1514800   2      2       8/09/95               CARDINAL SYRACUSE, 6012 MOLLOY ROAD, SYRACUSE, NY 13211

REDIT RETURNS

RMO #   RETRN STOCK  VEND  CUST   CBD DATE   CUSTOMER                                              DEA #
20549     1      1                8/03/95    ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376   AH8966840
21019     1      1                8/10/95    ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376   AH8966840

USTOMER SALES

VOICE SHIP DATE   QTY          CUSTOMER                                                              DEA #
46168  95/01/04    1    HIGH DESERT MEDICAL GROUP, 43845 N 10TH ST WEST, STE 2B, LANCASTER, CA  93534   BK2565022
67384  95/07/13    1    ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376                AH8966840
60331  95/06/30    1    ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376                AH8966840
74154  95/07/24    1    ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376                AH8966840
73528  95/08/08    1    JAMES WILLMOT CLINIC, 100 MEDICAL CENTER DRIVE, WOODRUFF, SC 293881            AJ7152197
85953  95/08/08    1    JAMES WILLMOT CLINIC, 100 MEDICAL CENTER DRIVE, WOODRUFF, SC 293881            AJ7152197
       95/08/10    1    ROBERT E HAWKINS DMD, 4201 SOUTH CLOVERLEAF, ST PETERS, MO 63376                AH8966840

ADJUSTMENTS

QUANTITY-   19   DATE- 2/24/95   ADJUSTMENT CODE- MINUS VERIFICATION               TEXT-EXPIRED MERCHANDISE
QUANTITY-    1   DATE- 8/03/95   ADJUSTMENT CODE- CREDIT RETURNS AUTHORIZED SCRP    TEXT-CUSTOMER RETURN
```

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019289

CAH_MDL_PRIORPROD_DEA07_01384152

P-14290 _ 00258

EXHIBIT J

**CONTROLLED SUBSTANCES REGISTRATION CERTIFICATE**
**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**
WASHINGTON, D.C. 20537

trolled Substances Act sec 1476 reads in part as follows:
304. (a) A registration pursuant to section 323 to manufacture, distribute, or
dispense a controlled substance may be suspended or revoked by the Attorney General
upon a finding that the registrant-
(1) has materially falsified any application filed pursuant to or required by
this title or title III;
(2) has been convicted of a felony under this title or title III or any other
law of the United States, or of any State, relating to any substance
defined in this title as a controlled substance; or
(3) has had his State license or registration suspended, revoked, or
denied by competent State authority and is no longer authorized by State
law to engage in the manufacturing, distribution, or dispensing of
controlled substances.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0191685 | 05-31-96 | $438.00 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,3,3N,4,5 | DISTRIBUTOR | 04-20-95 |

WHITMIRE DISTRIBUTION CORP
DBA CARDINAL HEALTH
3530 PAN AMERICAN FWY NE
ALBUQUERQUE, NM          87107

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID
AFTER THE EXPIRATION DATE.

**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

EXHIBIT K



**speedigram®**

FROM    BAILEY DRUG COMPANY, INC.
        1000 LINDEN AVE.
        ZANESVILLE, OH 43701

DEAR VALUED CUSTOMER,

ACCORDING TO OUR RECORDS, YOUR DEA REGISTRATION EXPIRES ON   8/31/95.
IN ORDER TO CONTINUE TO PROCESS YOUR CONTROLLED SUBSTANCE
ORDERS, PLEASE PROVIDE US WITH A COPY OF YOUR RENEWED DEA
REGISTRATION.
AT THIS TIME, WE ARE ALSO REQUESTING A COPY OF YOUR CURRENT STATE
LICENSE.

PLEASE SEND YOUR COPY TO THE ATTENTION OF LOREN TODD.

THANK YOU.

TO    20211
      THE CLEVELAND CLINIC PHCY #2
      CRILE BLDG-2ND FLOOR
      2049 E. 100TH ST.
      CLEVELAND, OH 44106

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**EXHIBIT L**

December 1, 1995

DEAR VALUED CUSTOMER:

Our records indicate that your D.E.A. Registration Certificate expires as of

_____

Please provide us with a copy of your current Registration Certificate as soon as possible to avoid service interruption of Controlled Substance Items.

A self-addressed envelope is enclosed for your convenience.

Thank you in advance for your prompt attention to this matter.


Sincerely,



Division Manager

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CARDINAL HEALTH**
**DEA REGISTRATION VERIFICATION FORM**

---

Dear Customer:

The Code of Federal Regulations (21 CFR 1301.74(a)) requires that we maintain your current DEA and State registration numbers in our files. Please allow our sales representative to transcribe the pertinent information.

---

**DEA CONTROLLED SUBSTANCES REGISTRATION CERTIFICATE**

Customer Name: _____

Address: _____

_____

_____

Registration Number: ____/____   ___/___/___/___/___/___/___

Two letter prefix      Seven letter suffix

Expiration Date: _____

(Circle permitted schedules     2     2N     3     3N     4     5)

---

**STATE REGISTRATION CERTIFICATE**

Registration (License) Number: _____

Expiration Date: _____

---

**SIGNATURE** _____

*(Cardinal Health Sales Representative)*

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384157

CAH SWE 019294

```
un Date  11/08/95  16:46:05              Solomons Company                          Page:   1
                                    Suspicious Order Monitoring
onth    :  Oct 95                        Arcos Report                              SOR130PF
ctor Used:  2.0                    For Hospitals/Managed Care


         Order    Order    Item      NDC        Item         Narc        Qty           Item          Total
         Date     Number   Number    Number     Description  Code        Sold          Grams         Grams
------------------------------------------------------------------------------------------------------------

ustomer:  1073  AMERICAN MEDICAL BILLING SERV  409A PLEASANT HOME RD      AUGUSTA             GA 30907      DEA  BA4479019

      Ingredient: 9193 HYDROCODONE BITARTRATE

         10/30/95  2256093  103783   182-174505  HYDROCODN W/APA   3R       1          1.51125       1.51125
         10/22/95  2216857  103783   182-174505  HYDROCODN W/APA   3R       1          1.51125       1.51125
         10/11/95  2223938  116870   456-040101  BANCAP-HC 100S    3R       1           .30270        .30270
         10/02/95  2216857  148976   59630-010004 PROTUSS LIQ 4OZ  3R       1           .07161        .07161
         10/13/95  2225790  155501   50474-092501 LORTAB 2.5MG 10  3R       1           .15135        .15135
         10/11/95  2223938  169533   50474-090916 LORTAB ELIXIR P  3R       1           .14323        .14323
         10/31/95  2237143  231170   60951-064070 HYDROCODONE/APA  3R       1           .45405        .45405
         10/17/95  2227771  231170   60951-064070 HYDROCODONE/APA  3R       1           .45405        .45405
         10/05/95  2219561  231170   60951-064070 HYDROCODONE/APA  3R       1           .45405        .45405
                                                                         --------------------------------------
                                                                              Customer Total:     5.05354
                                                                              Ingredient Limit:   4.86380


      Ingredient: 9300 MORPHINE SULFATE.5H2O

         10/23/95  2251056  116384   8-064901    MORPH SUL 2MG 1   2        2           .01504        .03008
         10/19/95  2229180  127721   641-016825  MORPH SUL INJ 5   2        1           .11750        .11750
         10/30/95  2235780  133809   54-378563   MORPHINE SUL 10   2        2           .75200       1.50400
         10/09/95  2221139  133809   54-378563   MORPHINE SUL 10   2        2           .75200       1.50400
         10/19/95  2229185  144667   641-234541  MORPH SUL INJ 1   2        5           .22540       1.12800
         10/31/95  2236852  145056   34-052302   MSIR O/S CONC 2   2        2          1.80480       3.60960
         10/16/95  2226768  181087   34-051410   MS CONTIN 15MG    2        1          1.12800       1.12800
         10/02/95  2216465  181087   34-051410   MS CONTIN 15MG    2        1          1.12800       1.12800
         10/31/95  2236852  234445   34-051810   MSIR 15MG 100S    2        1          1.12800       1.12800
         10/31/95  2236852  234446   34-051910   MSIR 30MG 100S    2        1           .25600       2.25600
                                                                         --------------------------------------
                                                                              Customer Total:    13.55318
                                                                              Ingredient Limit:  12.24846


      Ingredient: 9801 FENTANYL CITRATE

         10/16/95  2226768  104563   50458-003505 DURAGESIC 75MCG  2        1           .03750        .03750
         10/05/95  2219349  104563   50458-003505 DURAGESIC 75MCG  2        2           .03750        .07500
         10/16/95  2226768  104565   50458-003405 DURAGESIC 50MCG  2        3           .02500        .07500
         10/05/95  2219349  104565   50458-003405 DURAGESIC 50MCG  2        2           .02500        .05000
         10/02/95  2216465  104565   50458-003405 DURAGESIC 50MCG  2        3           .02500        .07500
         10/30/95  2235780  204368   50458-003305 DURAGESIC 25MCG  2        3           .01250        .03750
         10/16/95  2226768  204368   50458-003305 DURAGESIC 25MCG  2        3           .01250        .03750
         10/02/95  2216465  204368   50458-003305 DURAGESIC 25MCG  2        3           .01250        .03750
                                                                         --------------------------------------
                                                                              Customer Total:      .42500
                                                                              Ingredient Limit:    .27236
```

EXHIBIT M

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384158

CAH SWE 019295

```
CDDB820                                                      CUSTOMER  DEA  EXCEPTION  REPORT                            PAGE NO.      2
CARDINAL H      AVANNAH                                                                                                 DATE 12:
```

| CUST # | CUSTOMER | ADDRESS | CITY / STATE | | ZIP | DEA NUMBER | DEA EXP. DATE |
|--------|----------|---------|--------------|--|-----|------------|---------------|
| 02955-0 | SOUTHSIDE PHARMACY | 2711 OLD SAVANNAH ROA | AUGUSTA | GA | 30906 | AS1926952 | 02/28/97 |
| 18062-0 | SCOTT'S PHARMACY | WAYNE & 15TH STREET | ALMA | GA | 31510 | AS2009579 | 02/28/99 |
| 18074-0 | SMITH'S DRUG STORE | P. O. BOX 388 | WILLISTON | SC | 29853 | AS2146303 | 02/28/94 |
| 02800-0 | SAUERS DRUG STORE | 2303 SKIDAWAY ROAD | SAVANNAH | GA | 31404 | AS4879512 | 02/28/99 |
| 02710-0 | ROGERS DRUG STORE | 1429 NEWCASTLE ST. | BRUNSWICK | GA | 31520 | AS5386087 | 02/28/99 |
| 11360-0 | STRANGE DRUG CO | 122 S JEFFERSON ST | DUBLIN | GA | 31021 | AS8995295 | 02/28/97 |
| 18065-0 | SCOTTIE DISCOUNT DRUG | 9 S. FOREST AVE. | HARTWELL | GA | 30643 | AS9319725 | 02/28/97 |
| 03795-0 | ST. NICHOLAS PHARMACY | 3105 BEACH BLVD. | JACKSONVILLE | FL | 32207 | AS9486742 | 02/28/99 |
| 02595-0 | PROFESSIONAL PHARMACY | 103 PROFESSIONAL CTR | EASTMAN | GA | 31023 | AT9068820 | 11/30/96 |
| 03028-0 | THE PRESCRIPTION SHOP | 413 MEMORIAL AVE. | ALLENDALE | SC | 29810 | AT9435113 | 11/30/93 |
| 18297-0 | WIL-BUN PHARMACY | 3365 TAMERA LANE | ORANGEBURG | SC | 29115 | AW0345252 | 05/31/94 |
| 03270-0 | WRIGHT'S DRUG STORE | 217 MAIN STREET | TIFTON | GA | 31794 | AW1171343 | 05/31/94 |
| 18289-0 | WILLIAMSBURG PRESC. C | 101 SOUTH MAIN STREET | HEMINGWAY | SC | 29554 | AW3096737 | 05/31/94 |
| 17020-0 | AKINS PHARMACY | 104-A SOUTHEAST BROAD | LYONS | GA | 30436 | BA1599440 | 06/30/94 |
| | | DRUG CO. | | | | | |
| 17094-0 | BERKELEY PORT CITY | 2750 SPEISSEGGER | N. CHARLESTON | SC | 29406 | BB1150907 | 07/31/93 |
| 17063-0 | BAKER PARK PHARMACY | (BILL TO ONLY) | N. CHARLESTON | SC | 29405 | BB1649954 | 07/31/97 |
| 05360-0 | T-2 MEDICAL, INC. | 1 N. BROOKS ST | ALPHARETTA | GA | 30202 | BC1795080 | 08/31/95 |
| 17255-0 | CLARENDON DRUGS, INC. | 1941 SAVAGE ROAD  SUI | MANNING | SC | 29102 | BC1929415 | 08/31/95 |
| 01481-1 | CAREMARK PHARMACY SER | 1200 WOODRUFF RD. UNI | CHARLESTON | SC | 29407 | BC2498435 | 08/31/96 |
| 01482-2 | CAREMARK INC. | 116 WEST RICHARDSON A | GREENVILLE | SC | 29607 | BC3517705 | 08/31/95 |
| 17666-0 | COMP-RX-CARE INC. | 9143 PHILLIPS HIGHWAY | SUMMERVILLE | SC | 29483 | BC3880704 | 08/31/96 |
| 01480-0 | CAREMARK PHARMACY SER | S. PALMETTO AVE. | JACKSONVILLE | FL | 32256 | BC4058473 | 06/30/96 |
| 01725-0 | DANIEL'S PALMETTO PHA | 7634 A-2 SOUTH RAIL H | DENMARK | SC | 29042 | BD3555387 | 06/30/96 |
| 01750-0 | DOCTOR'S MED SUPPLY & | 1205 GREENVILLE HIGHW | N. CHARLESTON | SC | 29406 | BD3974121 | 06/30/97 |
| 01720-0 | DARYL'S DISCOUNT DRUG | 1100 EISENHOWER DRIVE | LYMAN | SC | 29365 | BD3995989 | 06/30/97 |
| 10439-0 | ECKERD'S #2710 | 229 GENERAL SCREVEN D | SAVANNAH | GA | 31406 | BE0201462 | 08/31/96 |
| 10422-0 | ECKERD DRUG #2702 | 373 WASHINGTON STREET | HINESVILLE | GA | 31313 | BE0277954 | 10/14/94 |
| 02090-0 | HIOTT'S PHARMACY | 401 NORTH AVE. | WALTERBORO | SC | 29488 | BF3238436 | 09/30/95 |
| 17513-0 | GATEWAY PHARMACY | P. O. BOX 219 | ATHENS | GA | 30601 | BG3396947 | 09/30/95 |
| 17491-0 | HAILEY'S DRUG STORE | ASST IS CLOSED | HARTWELL | GA | 30643 | BH0365266 | 10/31/96 |
| 10626-0 | HARDEN'S PHARMACY | 9440-3 PHILLIPS HWY | DO NOT USE | GA | 31326 | BH2234742 | 10/31/92 |
| 02048-8 | HEALTH INFUSION INC. | 9-F HUNTER RD. | JACKSONVILLE | FL | 32256 | BH2733459 | 10/31/94 |
| 17563-0 | ISLAND PHCY SERVICES | 3 BLACKSTOCK ROAD | HILTON HEAD | SC | 29925 | BI2513706 | 11/30/96 |
| 02130-0 | INMAN DRUGS INC. | 1210 E DERENNE  AVE | INMAN | SC | 29349 | BI2900721 | 11/30/94 |
| 10402-0 | INFUSION THERAPIES | P.O. BOX 989 | SAVANNAH | GA | 31406 | BI3012781 | 11/30/94 |
| 17633-0 | JOHNSONVILLE PHARMACY | D/B/A HESS FAMILY DRU | JOHNSONVILLE | SC | 29555 | BJ1231517 | 12/31/93 |
| 17633-0 | JOHN BECK PHCY SERVIC | CLINIC | OAKWOOD | GA | 30566 | BJ2760076 | 12/31/93 |
| 03589-0 | JACKSONVILLE FACULTY | D/B/A FAMILY DRUGS | JACKSONVILLE | FL | 32209 | BJ2770065 | 12/31/96 |
| 17634-0 | JOHN BECK PHARM. SERV | 3624 J. DEWEY GRAY CI | OAKWOOD | GA | 30566 | BJ2867577 | 12/31/94 |
| 02226-0 | WESTSIDE PHARMACY | 4704 AUGUSTA ROAD | AUGUSTA | GA | 30909 | BL0157758 | 03/31/94 |
| 10803-0 | LIFELINE PHARMACY | 554-D MEMORIAL DR EXT | GARDEN CITY | GA | 31418 | BL3872808 | 03/31/97 |
| 17791-0 | MCLESKY TODD DRUG | 62 CHESTNUT STREET | GREER | SC | 29651 | BM0497241 | 01/31/97 |
| 17743-0 | MADDEN'S PRESC. SHOP | 265 KING ST | ELBERTON | GA | 30635 | BM2062646 | / |
| 11277-0 | SCOTTIE DISCOUNT DRUG | D/B/A COMPREHENSIVE | CHARLESTON | SC | 29401 | BM2303282 | 01/31/96 |
| 02292-0 | KIMBERLY QUALITY CARE | 306 MAIN STREET | SAVANNAH | GA | 31406 | BM2434330 | 01/31/93 |
| 02294-0 | MAIN STREET PHARMACY | 25 HOSPITAL CTR. BLVD | BLACKVILLE | SC | 29817 | BM2441094 | 01/31/94 |
| 02414-0 | MEDICAL PAVILION PHCY | 2444 MAYPORT RD.  #11 | HILTON HEAD | SC | 29926 | BM3442249 | 01/31/94 |
| 02480-0 | NAVCARE PHARMACY-MAYP | 660 SPARTAN BLVD | JACKSONVILLE | FL | 32233 | BN1575387 | 10/31/94 |
| 02565-0 | PHAR - MOR  #104 | 2441 WHISKEY ROAD SOU | SPARTANBURG | SC | 29301 | BP1111599 | 03/31/96 |
| 02566-0 | PHAR - MOR  #210 | | AIKEN | SC | 29801 | BP2269389 | 03/31/96 |

EXHIBIT N

P-14290 _00264

EXHIBIT O

| See Reverse of PURCHASER'S Copy for Instructions | | No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04). | | | OMB APPROVAL No. 1117-0010 | |
|---|---|---|---|---|---|---|
| TO: (Name of Supplier) JAMES W. DALY, INC. | | | STREET ADDRESS 11 CENTENNIAL DRIVE | | | |
| CITY and STATE PEABODY, MA 01961 | | DATE 11/06/92 | TO BE FILLED IN BY SUPPLIER SUPPLIERS DEA REGISTRATION No. | | | |

| L i n e No. | No. of Packages | Size of Package | Name of Item | | National Drug Code | Packages Shipped | Date Shipped |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 100 | PERCODAN | XXXTABS | | | |
| 2 | 1 | 500 | PERCOCET | NNNTABS 5/325 | | | |
| 3 | 1 | 118 ML | OPIUM TINCTURE | LIQD | | | |
| 4 | 1 | 100 | CODEINE SULFATE | XXXTABS 15MG | | | |
| 5 | 1 | 500 ML | ROXICET ORAL | SOLN 5MG | | | |
| 6 | 1 | 100 | MS CONTIN CR | TABS 15MG | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |

| 6 | NO. OF LINES COMPLETED | SIGNATURE OF PURCHASER OR HIS ATTORNEY OR AGENT | *[signature]* |
|---|---|---|---|

| Date Issued 10-30-92 | DEA Registration No. BW3397951 | Name and Address of Registrant WALGREEN EASTERN CO INC, C2823 |
|---|---|---|
| Schedules 2,2N,3,3N,4,5 | | DBA: WALGREENS 841 WESTERN AVE LYNN, PA                      01505 |
| Registered as a RETL PHARMACY | No. of this Order Form 922380221 | |

| DEA Form - 222 (Aug. 1990) | U.S. OFFICIAL ORDER FORMS – SCHEDULES I & II DRUG ENFORCEMENT ADMINISTRATION SUPPLIER'S Copy 1 | 46408031 |
|---|---|---|

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019296

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384159

P-14290 _ 00265

## Excessive Purchases
## Schedule II

EXHIBIT P

| Product | Strength | Dosage Limit | |
|---|---|---|---|
| | | **Hospital** | **Retail** |
| **Codeine Sulf** | All | 800 Tabs | 400 tabs |
| **Dextroamphetamine** (Dexedrine, Dextrastat) | All | 700 Tabs/Spans | 800 Tabs/Spans |
| **Desoxyn** | All | 300 Tabs/Grad | 500 Tabs/Grad |
| **Hydromorphone** (Dilaudid) | All | 900 Tabs | 500 Tabs |
| **Methadone** (Dolophine) | All | 2000 Tabs | 700 Tabs |
| **Meperidine** (Demerol, Meprozine, Mepergan Fortis) | All | 600 Tabs | 400 Tabs |
| **Methlyphenidate** (Ritalin) | All | 800 Tabs | 800 Tabs |
| **Morphine Sulfate** (MS Contin, MSIR, Oramorph) | All | 600 Tabs | 500 Tabs |
| **Oxycodone/Acet** (Tylox, Roxilox, Roxicet, Percocet, Endocet) | All | 3800 Tabs/Caps | 1200 Tabs/Caps |
| **Oxycodone/Asa** (Percodan, Endodan, Roxiprin) | All | 500 Tabs | 500 Tabs |
| **Oxycodone** (Oxcontin, Roxicodone) | All | 800 Tabs | 600 Tabs |

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

# Excessive Purchases
# Schedule III, IV, V

EXHIBIT P

| Product | Strength | Dosage Limit | |
|---|---|---|---|
| | | **Hospital** | **Retail** |
| **Acetamenophen w/Cod** (Tylenol w/Cod, Phenaphen) | All | 1400 Tabs | 1300 Tabs |
| **Alprazolam** (Xanax) | All | 1400 Tabs | 2500 Tabs |
| **Butalbital Compound** (Florinal w/Cod, Fiortal, Fioricet w/ Cod) | All | 500 Tabs/Caps | 500 Tabs/Caps |
| **Aspirin w/Cod** | All | 300 Tabs | 400 Tabs |
| **Clorazephate** (Klonopin) | All | 1000 Tabs | 800 Tabs |
| **Clorazephate** (Tranxene) | All | 700 Tabs | 1300 Tabs |
| **Diazepam** (Valium) | All | 1000 Tabs | 2500 Tabs |
| **Dexfenfluramine** (Redux) | All | 400 Caps | 500 Caps |
| **Diphenoxylt/Atropine** (Lomotil, Lonox) | All | 1600 Tabs | 7500 Tabs |
| **Dronabinol** (Marinol) | All | 300 Tabs | 400 Tabs |
| **Fenfluramine HCL** (Pondimin) | All | 800 Tabs | 1700 Tabs |
| **Hydrocodone** (Anexsia, Dolaset, Hydrocet, Hycodan, Hyphen, Lorcet, Lortab, Zydone, Vicodin) | All | 1200 Tabs/Caps | 800 Tabs/Caps |
| **Lorazepam** (Ativan) | All | 1200 Tabs | 2400 Tabs |
| **Meprobamate** (Miltown, Equanil) | All | 600 Tabs | 1400 Tabs |
| **Phentermine** (Ionamin, Fastin, Adipex-P) | All | 600 Tabs | 1100 Tabs |
| **Pentazoline** (Talwin, Talacen) | All | 700 Tabs | 700 Tabs |
| **Propoxyphene** (Darvon, Darvocet, Propacet) | All | 1100 Tabs | 1900 Tabs |
| **Temazepam** (Restoril) | All | 700 Caps | 800 Tabs |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019298

CAH_MDL_PRIORPROD_DEA07_01384161

P-14290 _ 00267

# Exhibit Q

## Error Correction

In the following examples, assume the worst case — the order was shipped to the customer. Also assume the shelf count confirms the error.

Although these examples only address shipping errors involving Schedule II controlled substances, certain portions of the corrective action processes also apply to shipping errors involving Schedule III-V controlled substances which must be handled in a similar fashion.

**Example 1:** A customer orders Ritalin 5mg 100. The order is keyed as Ritalin 10mg 100. The order filler picks Ritalin 10mg 100. **Customer receives and is invoiced for the wrong item.**
**Corrective Action:**
- Request the customer submit a blank for the mispicked item (Ritalin 10mg 100). Have the customer back date the blank to reflect the original order date.
- Review the blank for accuracy, record the actual ship date, change the blank number in the ARCOS record. The blank number cannot be changed on the invoice.
- Key in the original blank with the correct item (Ritalin 5mg 100). Pick, bill, and ship the product. Attach a legible statement, preferably typed, to the original blank which reflects the correct NDC, ship quantity and date. Create an invoice and ARCOS record for the correct item.
- If the customer wants to return the mispicked item (Ritalin 10mg 100), issue a blank to the customer to buy back the product. Upon receipt, issue credit to customer.

**Example 2:** A customer orders Ritalin 5mg 100. The order is keyed as Ritalin 5mg 100. The order filler picks Ritalin 10mg 100. **Customer gets wrong item, but is invoiced for the right item.**
**Corrective Action:**
- Have the customer submit a blank for the mispicked item (Ritalin 10mg 100). Have the customer back date the blank to reflect the original order date.
- Review the blank for accuracy, record the actual ship date. Key in an order for the mispicked item (Ritalin 10mg 100), but do not ship the product. The customer will receive an invoice, but no product.
- Ship the correct product (Ritalin 5mg 100) from the original blank. The customer will get product, but no invoice.
- Change the ship dates of the products in the ARCOS records. The original invoice cannot be changed to reflect the actual ship date.

ERRORS.doc

5/25/99

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019299

CAH_MDL_PRIORPROD_DEA07_01384162

P-14290 _ 00268

- If the customer wants to return the mispicked item (Ritalin 10mg 100), issue a blank to the customer to buy back the product. Upon receipt, issue credit to the customer.

**Example 3:** A customer orders 5xRitalin 5mg 100. The order is keyed as 10xRitalin 5mg 100. The order filler picks 10xRitalin 5mg 100. **Customer was billed for and received more than what he ordered.**
**Corrective Action:**
- Request the customer submit a blank for the additional product. Have customer back date the blank to reflect the original order date.
- Review the blank for accuracy, record actual ship date of product.
- Correct the ARCOS record to show correct ship quantity for original blank. The blank number and ship quantity cannot be changed on the invoice. Create another ARCOS record to show ship quantity, date, and blank number of overshipment.
- Correct the ship quantity on the original blank by drawing a line through the incorrect quantity and entering the correct quantity.
- If the customer wants to return the extra product, issue a blank to the customer. Upon receipt of the overshipment, issue credit to the customer.

**Example 4:** A customer orders 5xRitalin 5mg 100. The order is keyed as 5xRitalin 5mg 100. The order filler picks 10xRitalin 5mg 100. **Customer received more than what he ordered or was billed.**
- Request the customer submit a blank for the additional product. Have customer back date the blank to reflect the original order date.
- Review the blank for accuracy, record the actual ship date of the product.
- Key in an order for the overshipment, but do not ship product. Reference the actual ship date in the text field of the order.
- Modify the ARCOS record to show the correct ship date of the product.

ERRORS.doc

6/11/99

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019300**

CAH_MDL_PRIORPROD_DEA07_01384163

P-14290 _ 00269

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384164

CAH SWE 019301

```
RUN DATE: 7/14/99   7:54:53              CARDINAL -  SYRACUSE                              PAGE:  1

                                         MCA Dosage Limit Report   (DETAIL)

MONTH    : JUN 1999                      FOR HOSPITAL/MANAGED CARE                         MCAJ007P1

 Invoice    Invoice Item  NDC            Item                    Form      Qty       Item      Total

 Date       Number Number Number         Description                      Sold     Dosage    Dosage
---------------------------------------------------------------------------------------------------------
Customer: 349902 WILKES-BARRE GEN HOSP RT140- N. RIVER & AUBURN ST.   WILKES BARRE   PA 18764-0000   DEA Lic: AW2452655

    INGREDIENT: 002  PSEUDOEPHEDRINE

 6/02/1999  8366378 1098649  45040542    TYLENOL SINUS MAX STRN 24      TB         8      24       192
 6/05/1999  8377413 1098649  45040542    TYLENOL SINUS MAX STRN 24      TB        48      24     1,152
 6/10/1999  8389560 1098649  45040542    TYLENOL SINUS MAX STRN 24      TB        60      24     1,440
 6/19/1999  8416539 1286640  54474325    PSEUDOEPHED HCL 30MG 100   ROX TB       100     100    10,000
 6/16/1999  8405162 1321785  536302135   ALLERPRIM 24 OTC BLST      WAT TB        12      24       288
 6/19/1999  8416539 1321785  536302135   ALLERPRIM 24 OTC BLST      WAT TB        12      24       288
                                                                                       --------------
                                                                CUSTOMER TOTAL:                 13,360
                                                                INGREDIENT LIMIT:               10,174

 *********************************************************************************

Customer: 620188 GEO MOTCHAN DETENTION CTR   15-15 HAZEN STREET      EAST ELMHURST   NY 11370-0000   DEA Lic: AM6222525

    INGREDIENT: 003  PHENYLPROPANOLMINE

 6/03/1999  8369699 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB        10     100     1,000
 6/03/1999  8369701 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         4     100       400
 6/04/1999  8373353 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB        10     100     1,000
 6/07/1999  8377935 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         5     100       500
 6/07/1999  8377942 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB        10     100     1,000
 6/07/1999  8377946 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         2     100       200
 6/07/1999  8378427 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB        10     100     1,000
 6/10/1999  8389164 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB        10     100     1,000
 6/10/1999  8389165 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         6     100       600
 6/11/1999  8392866 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB        10     100     1,000
 6/14/1999  8397468 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         8     100       500
 6/14/1999  8397471 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         5     100       500
 6/17/1999  8409076 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB        10     100     1,000
 6/18/1999  8412502 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB        10     100     1,000
 6/18/1999  8412503 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB        10     100     1,000
 6/18/1999  8412504 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         4     100       400
 6/21/1999  8417127 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         5     100       500
 6/21/1999  8417137 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         1     100       100
 6/21/1999  8417142 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         4     100       400
 6/24/1999  8429811 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         5     100       500
 6/24/1999  8429813 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         4     100       400
 6/25/1999  8433446 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB        10     100     1,000
 6/25/1999  8433447 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         5     100       500
 6/28/1999  8437992 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         1     100       100
 6/28/1999  8437996 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         5     100       500
 6/28/1999  8437998 1361005  31227764    DIMETAPP EXT 100 UD 2277-64    TB         4     100       400
                                                                                       --------------
                                                                CUSTOMER TOTAL:                 16,500
                                                                INGREDIENT LIMIT:                4,121


                                         *** END OF REPORT ***
```

Exhibit R

United States Department of Justice
Drug Enforcement Administration
*Office of Diversion Control*
Suspicious Orders Task Force

**Exhibit R**



## EXHIBIT II

### SUSPICIOUS ORDER REPORTING SYSTEM OF 1998
For Use in automated tracking systems

The Current Calculation Being Used
for List I Chemicals and Schedule II - V Controlled Substances

**Terms & Definitions**

This formula is used to calculate the quantity which, if exceeded in one month, constitutes an order which may be considered excessive or suspicious.

1) Add purchase quantities for the last 12 months for all customers within same Distribution Center and for customer type (Hospital, Pharmacy or Other) for any List I chemical containing item stocked by the Distribution Center.

2) Add Customer months for every record used in above total. (Months within the last 12 that customer purchases of the item were not zero).

3) Divide total quantity purchased by the total customer months.

4) Then multiply by the factor below to give the maximum amount that the customer can order per month before showing up on the suspicious order report.

   Note: Factor equals 3 for C-II and C-III Controlled Substances Containing List I Chemicals and 8 for C-III N-V Controlled Substances and non-Controlled OTC products containing List I chemical items.

5) At the end of each month, a report will be transmitted to DEA (separate reports for List I Chemicals and Schedule II - V Controlled Substances) of all purchases of List I Chemicals and/or C-II-V Controlled Substances and List I containing OTC items by any customer whose purchase quantities exceed the parameters (above) any (2) consecutive months or in three (3) of any moving six (6) month period.

Using a computer to manage and report on high volume transaction business activities with extremely short order cycles times (receipt to delivery) is the only viable, cost effective methodology for the reporting of orders which may be considered excessive or suspicious.

SOTF Report Appendix A: 4

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019302**

CAH_MDL_PRIORPROD_DEA07_01384165

P-14290 _ 00271



**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

CONFIDENTIAL

**CAH SWE 019303**

CAH_MDL_PRIORPROD_DEA07_01384166

P-14290 _ 00272

# DEA
# COMPLIANCE MANUAL

# APPENDIX   E

# Methamphetamine Control Act Products

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384168

CAH SWE 013305

No

| ndc | ndc | descrip | form | misc1 | vendor | DP number | cin | descrip | dep | type | code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00024-1006-10 | 24100610 | I BRONKOTABS | TAB | | SANOFI PHARMACEUTICALS | 95486 | 1285618 | BRONKOTABS 100 1197 SNF | 6 EPH | E | |
| 00024-4081-02 | 24408102 | BRONKAID | TAB | | BAYER CONSUMER | 94579 | 1335611 | BRONKAID TAB 24S #0090 | 6 EPH | E | |
| 00024-4081-06 | 24408106 | BRONKAID | TAB | | BAYER CONSUMER | 150991 | 1190206 | BRONKAID TAB 60S #0092 BREON | 6 EPH | E | |
| 00536-4848-01 | 536464801 | I THEODRINE | TAB | | RUGBY | 95486 | 1190206 | BRONKAID TAB 60S #0092 BREON | 6 EPH | E | |
| 00536-4848-10 | 536464810 | I THEODRINE | TAB | | RUGBY | 501549 | 1213311 | THEODRINE TB RUG | 6 EPH | E | |
| 00573-2932-10 | 573293210 | I PRIMATENE | TAB | | WHITEHALL ROBINS HEALTHCARE | 501557 | 1213214 | THEODRINE TAB 1M 6480 RG | 6 EPH | E | |
| 00573-2932-20 | 573293220 | I PRIMATENE | TAB | | WHITEHALL ROBINS HEALTHCARE | 362913 | 1156868 | PRIMATENE TAB 24S 2932-10 | 6 EPH | E | |
| 00573-2942-10 | 573294210 | PRIMATENE | TAB | | WHITEHALL ROBINS HEALTHCARE | 362948 | 1156876 | PRIMATENE TAB 60S 2932-20 | 6 EPH | E | |
| 00573-2942-20 | 573294220 | PRIMATENE | TAB | | WHITEHALL ROBINS HEALTHCARE | 857050 | 1699982 | PRIMATENE DUAL TB 24S 294210 | 6 EPH | E | |
| 00573-2952-05 | 573295205 | PRIMATENE | TAB | 12.5-20 | 0 WHITEHALL ROBINS HEALTHCARE | 857068 | 1699974 | PRIMATENE DUAL TB 60S 294220 | 6 EPH | E | |
| 00573-2952-10 | 573295210 | PRIMATENE | TAB | 12.5-20 | 0 WHITEHALL ROBINS HEALTHCARE | 241970 | 2423077 | PRIMATENE TB 12 NEW FORMULA | 6 EPH | E | |
| 00573-2952-20 | 573295220 | PRIMATENE | TAB | 12.5-20 | 0 WHITEHALL ROBINS HEALTHCARE | 241962 | 2423085 | PRIMATENE TB 24 NEW FORMULA | 6 EPH | E | |
| 00677-0066-01 | 677006601 | I EPHEDRINE SU | CAP | 25MG | URL | 241628 | 2423069 | PRIMATENE TB 60 NEW FORMULA | 6 EPH | E | |
| 00143-3145-01 | 143314501 | EPHEDRINE SU | CAP | 25MG | WEST-WARD | 552429 | 1310424 | EPHEDRINE SULF CAP3/8GR100 URL | 8 EPH | E | |
| 00074-6883-04 | 74688304 | I QUELIDRINE | SYP | | ABBOTT | 343056 | 2186328 | EPHEDRINE SULF CP 25MG 100 WWI | 7 EPH | E | |
| 00143-3145-10 | 143314510 | EPHEDRINE SU | CAP | 25MG | WEST-WARD | 153052 | 1039874 | QUELIDRINE SR 4OZ 6883-04 ABL | 8 EPH | E | |
| 00182-0671-10 | 182097110 | I EPHEDRINE SU | CAP | 25MG | GOLDLINE | 417785 | 2186336 | EPHEDRINE SULF CP 25MG 1M WW | 8 EPH | E | |
| 00223-0620-01 | 223062001 | EPHEDRINE SU | CAP | 25MG | CONSOLIDATED MIDLAND CORP | 128007 | 1605054 | EPHEDRINE SULF 3/8GR CAP 1M GL | 8 EPH | E | |
| 00472-1552-16 | 472155216 | I THEOMAX DF | SYP | | BARRE-NATIONAL | 724831 | 1605427 | EPHEDRINE CAP 25MG 100S | 8 EPH | E | |
| 00677-0068-10 | 677006610 | I EPHEDRINE SU | CAP | 25MG | URL | 483850 | 1515436 | THEOMAX DF SYP PT NAT | 8 EPH | E | |
| 50732-0876-16 | 50732087616 | I THEOLIXIR | ELX | | ZENITH GOLDLINE SHREVEPORT INC | 552445 | 1347137 | EPHEDRINE SULF CAP 3/8GR M URL | 8 EPH | E | |
| 00024-1004-16 | 24100416 | I BRONKOLIXIR | ELX | | SANOFI PHARMACEUTICALS | 828920 | 2157931 | THEOLIXIR 16OZ HNN | 8 EPH | E | |
| 00182-0021-04 | 182100201 | I TEDRIGEN | TAB | | GOLDLINE | 95494 | 1128172 | BRONKOLIXIR PT 1200 SNF | 11 EPH | E | |
| 00074-4745-01 | 74474501 | I SAD BLOCK-26 | KIT | 26GX3.5 | * ABBOTT HOSP | 130498 | 1697762 | TEDRIGEN TAB 100S GL | 49 EPH | E | |
| 00074-4773-01 | 74477301 | SPINAL-22 | KIT | 22GX3.5 | * ABBOTT HOSP | 904198 | 1570241 | SADDLEBLOCK ANESTH/INTROD TR 10 | 56 EPH | E | |
| 37205-0563-59 | 37205056359 | I INHALER | INH | DECONG | 3 LEADER BRAND PRODUCTS | 524514 | 2252674 | SPINAL ANESTH TR 22G T-E+E 2.5ND | 56 EPH | E | |
| 00182-1002-10 | 182100210 | I TEDRIGEN | TAB | | GOLDLINE | 965357 | 2283117 | LDR INHALER DECONGESTANT .007OZ | 70 EPH | E | |
| 00677-0148-01 | 677014801 | I THEOPHENYLL | TAB | #1 | URL | 483850 | 1697770 | TEDRIGEN TAB 1M GL | 80 EPH | E | |
| 50930-0281-01 | 50930028101 | I PRETZ-D | SPR | 0.25% | PARNELL | 552291 | 1311240 | THEOPHENYLN #1 TB 100 URL | 80 EPH | E | |
| 50930-0281-50 | 50930028150 | I PRETZ-D | SPR | 0.25% | PARNELL | 907146 | 2205193 | PRETZ-D NASAL W/TIP DROP 15ML .25 | 80 EPH | E | |
| 00037-0561-92 | 37056192 | LUFYLLIN-EPG | TAB | | WALLACE | 41793 | 2087260 | PRETZ-D SP 50ML 0.25% EPHEDRINE | 80 EPH | E | |
| 00037-0585-68 | 37056568 | I LUFYLLIN-EPG | ELX | | WALLACE | 91634 | 1061365 | LUFYLLIN-EPG TB 100 | 85 EPH | E | |
| 00037-0717-92 | 37071792 | RYNATUSS | TAB | | WALLACE | 227854 | 1061373 | LUFYLLIN-EPG ELX PT 56502 WAL | 85 EPH | E | |
| 00037-0717-94 | 37071794 | RYNATUSS | TAB | | WALLACE | 91944 | 2302598 | RYNATUSS TB 100 WAL | 85 EPH | E | |
| 00037-0717-96 | 37071796 | RYNATUSS | TAB | | WALLACE | 52809 | 2385334 | RYNATUSS TB 60/10 2000 WAL | 85 EPH | E | |
| 00037-0718-67 | 37071867 | RYNATUSS PED | SUS | | WALLACE | 264024 | 2302388 | RYNATUSS TB 500 WAL | 85 EPH | E | |
| 00037-0718-68 | 37071868 | RYNATUSS PED | SUS | | WALLACE | 121592 | 1180116 | RYNATUSS SS 240ML PED WAL | 85 EPH | E | |
| 00044-4520-02 | 44452002 | QUADRINAL | TAB | | KNOLL LABORATORIES | 91952 | 1002559 | RYNATUSS SS 480ML PED WAL | 85 EPH | E | |
| 00049-2540-66 | 49254066 | MARAX | TAB | | PFIZER U.S. | 48186 | 1110766 | QUADRINAL TB 100 KNL | 85 EPH | E | |
| 00049-2540-73 | 49254073 | I MARAX | TAB | | PFIZER U.S. | 112003 | 1283787 | MARAX TB 100 PFZ | 85 EPH | E | |
| 00049-2550-93 | 49255093 | MARAX DF | SYP | | PFIZER U.S. | 112011 | 1144815 | MARAX TB 500 PFZ | 85 EPH | E | |
| 00074-1224-01 | 74122401 | SPINAL-22 | KIT | 22GX3.5 | * ABBOTT HOSP | 245232 | 1003933 | MARAX DF SR 480ML PFZ | 85 EPH | E | |
| 00074-1224-02 | 74122402 | SPINAL-22 | KIT | 22GX3.5 | * ABBOTT HOSP | 755680 | 2301596 | SPINAL ANESTH TR 22G BUP/EP/EP10 | 85 EPH | E | |
| 00074-1224-03 | 74122403 | SPINAL-22 | KIT | 22GX3.5 | * ABBOTT HOSP | 260702 | 2607026 | SPINAL ANESTH TR 22G W/DRUGS ABH | 85 EPH | E | |
| 00074-1225-01 | 74122501 | SPINAL-25 | KIT | 25GX3.5 | * ABBOTT HOSP | 755699 | 2301604 | SPINAL ANESTH TR 22G BUP/EP/EP10 | 85 EPH | E | |
| 00074-1225-02 | 74122502 | SPINAL-25 | KIT | 25GX3.5 | * ABBOTT HOSP | 368814 | 2473189 | SPINAL ANESTH TR 25G W/DRUGS 10 | 85 EPH | E | |
| 00074-3073-03 | 74307303 | EPHEDRINE SU | INJ | 50MG/ML | * ABBOTT HOSP | 308269 | 1451368 | EPHEDRINE SULF AM 50MG 100X1ML | 85 EPH | E | |
| 00074-3073-31 | 74307331 | EPHEDRINE SU | INJ | 50MG/ML | * ABBOTT HOSP | 359238 | 2469179 | EPHEDRINE SULF SD 50MG 50X1ML ABH | 85 EPH | E | |
| 00074-3099-01 | 74309901 | SPINAL-26 | KIT | 26GX3.5 | * ABBOTT HOSP | 904228 | 1965292 | SPINAL ANESTH TR 26G BUP/EP/EP10 | 85 EPH | E | |
| 00074-3716-01 | 74371601 | SPINAL-25 | KIT | 25GX3.5 | * ABBOTT HOSP | 971928 | 2328250 | SPINAL ANESTH TR 25G BU/DX/EPH/EP | 85 EPH | E | |
| 00074-3717-01 | 74371701 | SPINAL-25 | KIT | 25GX3.5 | * ABBOTT HOSP | 971936 | 2328268 | SPINAL ANESTH TR 25G BU/DX/EPH/EP | 85 EPH | E | |
| 00074-4735-01 | 74473501 | SPINAL-25 | KIT | 25GX3.5 | * ABBOTT HOSP | 381705 | 1570233 | SPINAL ANESTH TR 25G TET/EPH5.5ND | 85 EPH | E | |
| 00074-4773-02 | 74477302 | SPINAL-22 | KIT | 22GX3.5 | * ABBOTT HOSP | 971265 | 2390706 | SPINAL ANESTH TR 22G TET/EPH/EP/I | 85 EPH | E | |
| 00074-4774-01 | 74477401 | SPINAL-25 | KIT | 25GX3.5 | * ABBOTT HOSP | 753211 | 2132991 | SPINAL ANESTH TR 25G TET/EPH/EP10 | 85 EPH | E | |
| 00074-4774-02 | 74477402 | SPINAL-25 | KIT | 25GX3.5 | * ABBOTT HOSP | 917281 | 2390698 | SPINAL ANESTH TR TET/EPH/EP/IOD | 85 EPH | E | |
| 00074-4798-01 | 74479801 | SPINAL-26 | KIT | 26GX3.5 | * ABBOTT HOSP | 904236 | 1961283 | SPINAL ANESTH TR 26G EPH/EP 10 | 85 EPH | E | |
| 00095-0050-01 | 95005001 | MUDRANE | TAB | | ECR/POYTHRESS | 281980 | 1374339 | MUDRANE TB 100 ECR | 85 EPH | E | |
| 00095-0051-01 | 95005101 | MUDRANE-GG | TAB | | ECR/POYTHRESS | 175242 | 1865468 | MUDRANE GG TB 100 ECR | 85 EPH | E | |
| 00095-0053-16 | 95005316 | I MUDRANE-GG | ELX | | ECR/POYTHRESS | 312118 | 1865450 | MUDRANE-GG ELIXIR PT ECR | 85 EPH | E | |

Page 1

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384169

CAH SWE 019306

No

| ndc | ndc | descrip | form | misc1 | vendor | DP number | cin | descrip2 | dep | type | code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00143-1695-01 | 143169501 | I THEO/EPHE/PB | TAB | | WEST-WARD | 538078 | 2300812 | THEOPHYLLINE EPH/PB TABS 100S WW | 85 | EPH | E |
| 00143-1695-10 | 143169510 | I THEO/EPHE/PB | TAB | | WEST-WARD | 386820 | 2485597 | THEOPHYLINE/EPHED/PB TB 1000 | 85 | EPH | E |
| 00182-1344-01 | 182134401 | THEO/HYD/EPH | TAB | | GOLDLINE | 849928 | 1904788 | HYDROXYZINE CMPD TB 100    GLD | 85 | EPH | E |
| 00182-1344-05 | 182134405 | THEO/HYD/EPH | TAB | | GOLDLINE | 849944 | 1904770 | THEOPHYLL/HYDROX/EPHED TAB | 85 | EPH | E |
| 00182-1583-01 | 182158301 | I C.C.E.P. | TAB | | GOLDLINE | 746029 | 1019223 | C.C.E.P. TB 60MG 100 | 85 | EPH | E |
| 00277-0110-02 | 277011002 | I KIE | SYP | | LASER | 209031 | 2131407 | KIE SR 480ML        LAS | 85 | EPH | E |
| 00277-0110-03 | 277011003 | I KIE | SYP | | LASER | 63626 | 2247070 | KIE SYRUP 1GAL        LAS | 85 | EPH | E |
| 00314-0001-16 | 314000116 | BRONKO TUSS | ELX | | HYREX | 361275 | 2111284 | BRONKOTUSS EX 480ML    HRY | 85 | EPH | E |
| 00536-2202-85 | 536220285 | TRI-TANNATE | SUS | PLUS | RUGBY | 596450 | 1172667 | TRI-TANNATE PED PL SS 480ML RUG | 85 | EPH | E |
| 00536-3906-01 | 536390601 | I HYDROPHED | TAB | | RUGBY | 794325 | 1167055 | HYDROPHED TB 100     RUG | 85 | EPH | E |
| 00536-3906-05 | 536390605 | I HYDROPHED | TAB | | RUGBY | 794988 | 1128701 | HYDROPHED TAB 500S WHITE    RUG | 85 | EPH | E |
| 00536-4394-01 | 536439401 | TRI-TANNATE | TAB | PLUS | RUGBY | 687588 | 1190974 | TRI-TANNATE PLUS TB 100    RUG | 85 | EPH | E |
| 00563-0280-16 | 563028016 | BRONCHOLATE | SYP | 6.25-10 | 0 SANOFI PHARMACEUTICALS | 377163 | 1603760 | BRONCHOLATE SYR 480ML    SNF | 85 | EPH | E |
| 00603-3948-21 | 603394821 | HYDROXYZINE | CPD | CPD | QUALITEST | 472034 | 2419133 | HYDROXY CMPD TB 100    QLT | 85 | EPH | E |
| 00702-0075-01 | 702087501 | EPHEDRINE SU | TAB | 50MG/ML | VHA+PLUS | 750425 | 1590041 | EPHEDRINE SDV 50MG/MG 25X1ML VHA | 85 | EPH | E |
| 00839-6216-16 | 839621616 | HYDROXYZINE | TAB | CPD | H L MOORE | 852427 | 2285988 | HYDROXYZINE CMPD TB 100    MOR | 85 | EPH | E |
| 00904-0720-16 | 904072016 | MOXY CPD | SYP | | MAJOR PHARMACEUTICALS | 710776 | 2095362 | MOXY CMPD SR 480ML    MJR | 85 | EPH | E |
| 00904-0774-60 | 904077460 | THEO/EPHE/PB | TAB | | MAJOR PHARMACEUTICALS | 707791 | 2094290 | THEOTAL TB 100     MJR | 85 | EPH | E |
| 00904-1665-60 | 904165560 | RENTAMINE | TAB | | MAJOR PHARMACEUTICALS | 705063 | 2104164 | RENTAMINE TB 100    MJR | 85 | EPH | E |
| 00904-1666-16 | 904166616 | RENTAMINE | SUS | PED | MAJOR PHARMACEUTICALS | 713341 | 2098309 | RENTAMINE SS 480ML PED    MJR | 85 | EPH | E |
| 51079-0705-45 | 51079070545 | EPHEDRINE SU | INJ | 50MG/ML | UDL | 790206 | 1443985 | EPHEDRINE SULF SD | 85 | EPH | E |
| 52152-0013-02 | 52152001302 | AMI-RAX | TAB | | AMIDE PHARMACAL | 257485 | 2574853 | AMI-RAX TB 100     AMI | 85 | EPH | E |
| 52152-0013-04 | 52152001304 | AMI-RAX | TAB | | AMIDE PHARMACAL | 261898 | 2618981 | AMI-RAX TB 500     AMI | 85 | EPH | E |
| 55053-0122-01 | 55053012201 | TUSS TAN | TAB | | ECONOLAB | 274489 | 2744894 | TUSS-TAN RX TB 100 | 85 | EPH | E |
| 55390-0875-01 | 55390087501 | EPHEDRINE SU | INJ | 50MG/ML | BEDFORD LABORATORIES | 924490 | 2233674 | EPHEDRINE SULFSD 50MGML 25X1ML | 85 | EPH | E |
| 60432-0117-08 | 60432011708 | TETRA TANN | PED | | MORTON GROVE PHARMACEUTICALS | 260191 | 2601912 | TETRA TANNATE SS 240ML PED    MGP | 85 | EPH | E |
| 60432-0117-16 | 60432011716 | TETRA TANN | PED | | MORTON GROVE PHARMACEUTICALS | 76405 | 2710390 | TETRA TANNATE SR 480ML PED    MGP | 85 | EPH | E |
| 61703-0217-01 | 61703021701 | EPHEDRINE SU | INJ | 50MG/ML | FAULDING HOSPITAL PRODUCTS | 187429 | 2414324 | EPHEDRINE SULF AM 50MGML 25X1ML | 85 | EPH | E |
| 00374-3073-03 | 74307303 | EPHEDRINE SU | INJ | 50MG/ML | ABBOTT HOSP | 314331 | 1863166 | Ephedrine Sulf 50mg 100x1ml | 999 | EPH | E |
| 00406-4965-34 | 406496534 | EPHEDRINE | POW | HCL | MALLINCKRODT SPEC CHEM | 280232 | 1805233 | Ephedrine HCL 1 oz. | 999 | EPH | E |
| 00472-1480-93 | 472148093 | I NITE TIME CO | LIQ | FORMUL | BARRE-NATIONAL | 794460 | 2663581 | Night time cold 300 ml | 999 | EPH | E |
| 00472-1480-96 | 472148096 | I NITE TIME CO | LIQ | FORMUL | BARRE-NATIONAL | 794481 | 2663573 | Night time cold 180 ml | 999 | EPH | E |
| 00472-1482-93 | 472148293 | I NITE TIME CO | LIQ | FORMUL | BARRE-NATIONAL | 736082 | 2638438 | Night time cold 300 ml | 999 | EPH | E |
| 00472-1482-96 | 472148296 | I NITE TIME CO | LIQ | FORMUL | BARRE-NATIONAL | 736090 | 2636447 | Night time cold 180 ml | 999 | EPH | E |
| 00839-6216-06 | 839621606 | HYDROXYZINE | TAB | CPD | H L MOORE | 848093 | 2702017 | Hydroxyzine Comp TTT 100 | 999 | EPH | E |
| 00839-7432-69 | 839743269 | MOORETUSS | PED | | H L MOORE | 854786 | 2702769 | Mooretuss Ped SS TTT 480 ml | 999 | EPH | E |
| 00904-0774-60 | 904077460 | THEO/EPHE/PB | TAB | | MAJOR PHARMACEUTICALS | 705551 | 2628568 | Theotal 1000 | 999 | EPH | E |
| 00904-2074-60 | 904207460 | I EPHEDRINE SU | CAP | 25MG | MAJOR PHARMACEUTICALS | 672661 | 2624237 | Ephedrine Sulf 25 mg 100 | 999 | EPH | E |
| 00904-2074-70 | 904207470 | I EPHEDRINE SU | CAP | 25MG | MAJOR PHARMACEUTICALS | 674338 | 2624286 | Ephedrine Sulfate 25 mg 250 | 999 | EPH | E |
| 11868-0004-04 | 11868000404 | 666 COUGH | SYP | | MONTICELLO DRUG | 324787 | 1881135 | 666 Cough 120 ml | 999 | EPH | E |
| 50383-0809-16 | 50383080916 | QUAD-TUSS | SUS | TANN/PE | D HI-TECH | 897957 | 2677805 | Quad-tuss tannat 480 ml | 999 | EPH | E |
| 00182-1446-16 | 182144616 | COLD & ALLER | TAB | GY ER | GOLDLINE | 694878 | 1037217 | Ext. Relief-Cold/Allerg TB 24 Gld. | 1 | PPA | P |
| 00472-0724-98 | 472072498 | BROMANATE | ELX | 2-12.5/5 | BARRE-NATIONAL | 361607 | 1515477 | BROMANATE EL 8OZ    ALM | 1 | PPA | P |
| 00496-0300-02 | 496030002 | DAPACIN | CAP | | FERNDALE LAB | 945161 | 2258286 | DAPACIN CP 100     FRN | 1 | PPA | P |
| 43797-0389-46 | 43797038046 | SALETO D | CAP | | MALLARD | 943401 | 2283614 | SALETO-D CL 1000 | 1 | PPA | P |
| 43797-0389-45 | 43797038945 | SALETO D | CAP | | MALLARD | 943398 | 1178292 | SALETO-D CAP 20S    RBT | 1 | PPA | P |
| 00879-0758-04 | 879075804 | BROMTAPP | LIQ | 2-12.5/5 | HALSEY DRUG | 422150 | 2485100 | BROMATAPP EL 120ML AF SF   HLS | 3 | PPA | P |
| 00904-7621-73 | 904762173 | EFFER COLD | RELIEF | | MAJOR PHARMACEUTICALS | 983330 | 2359537 | EFFERVESCENT COLD RELF TB 36  MJR | 3 | PPA | P |
| 16500-04338 | 1650004338 | ALKA-SELT + | COLD | | BAYER CONSUMER | 652342 | 2285486 | ALKA SELTZER PLUS COLD 48S 4338 | 3 | PPA | P |
| 00031-2254-34 | 31225434 | DIMETAPP | TAB | | WHITEHALL ROBINS HEALTHCARE | 278955 | 1087709 | DIMETAPP TAB 2254-34 | 7 | PPA | P |
| 00031-2255-46 | 31225546 | DIMETAPP | CAP | ALLERGY | WHITEHALL ROBINS HEALTHCARE | 779822 | 1822612 | DIMETAPP LIQUIGEL 12S 2255-46 | 7 | PPA | P |
| 00031-2255-54 | 31225554 | DIMETAPP | CAP | ALLERGY | WHITEHALL ROBINS HEALTHCARE | 781797 | 1822620 | DIMETAPP LIQUI-GEL 24S 2255-54 | 7 | PPA | P |
| 00031-2277-46 | 31227746 | DIMETAPP | TAB | EXTENTA | WHITEHALL ROBINS HEALTHCARE | 273023 | 1087717 | DIMETAPP EXTENTAB 12 2277-46 | 7 | PPA | P |
| 00031-2277-54 | 31227754 | DIMETAPP | TAB | EXTENTA | WHITEHALL ROBINS HEALTHCARE | 273031 | 1087725 | DIMETAPP EXTENTAB 24 2277-54 | 7 | PPA | P |
| 00031-2277-59 | 31227759 | DIMETAPP | TAB | EXTENTA | WHITEHALL ROBINS HEALTHCARE | 431443 | 1294743 | DIMETAPP EXT TB 48 2277-59 | 7 | PPA | P |
| 00031-2277-63 | 31227763 | DIMETAPP | TAB | EXTENTA | WHITEHALL ROBINS HEALTHCARE | 273244 | 1238732 | DIMETAPP EXT TB 100 2277-63 | 7 | PPA | P |
| 00031-2277-64 | 31227764 | DIMETAPP | TAB | EXTENTA | WHITEHALL ROBINS HEALTHCARE | 273260 | 1361005 | DIMETAPP EXT TB 100 UD 2277-64 | 7 | PPA | P |
| 00031-2277-70 | 31227770 | DIMETAPP | TAB | EXTENTA | WHITEHALL ROBINS HEALTHCARE | 273252 | 1238740 | DIMETAPP EXT TB 500 2277-70 | 7 | PPA | P |

P-14290 _ 00275

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384170

CAH SWE 019307

| ndc | ndc | descrip | form | misc1 | vendor1 | DP number | cln | descrip | dept | type | code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00031-2279-46 | 31227946 | DIMETAPP | CAP | COLD/CG | WHITEHALL ROBINS HEALTHCARE | 926547 | 2238806 | DIMETAPP CLD&CGH LQGEL 12S 227946 | 7 | PPA | P |
| 00031-2279-54 | 31227954 | DIMETAPP | CAP | COLD/CG | WHITEHALL ROBINS HEALTHCARE | 926655 | 2238814 | DIMETAPP CLD&CGH LQGEL 24 | 7 | PPA | P |
| 00031-2280-26 | 31228054 | DIMETAPP C&F | TAB | | ROBINS CONS | 538825 | 1372101 | DIMETAPP CAPLET 24S COLD & FLU | 7 | PPA | P |
| 00031-2280-59 | 31228059 | DIMETAPP C&F | TAB | | ROBINS CONS | 538833 | 1365204 | DIMETAPP CAPLET 48S COLD&FLU | 7 | PPA | P |
| 00031-2284-46 | 31228446 | DIMETAPP | TAB | ALL/SIN | WHITEHALL ROBINS HEALTHCARE | 251496 | 2317840 | DIMETAPP ALRGY/SINUS CPLT 12S | 7 | PPA | P |
| 00031-2284-54 | 31228454 | DIMETAPP | TAB | ALL/SIN | WHITEHALL ROBINS HEALTHCARE | 253120 | 2317832 | DIMETAPP ALRGY/SINUS CL 24 | 7 | PPA | P |
| 00031-2290-54 | 31229054 | DIMETAPP | CHW | 1-6.25MG | WHITEHALL ROBINS HEALTHCARE | 781800 | 1622703 | DIMETAPP CLD & ALGRY TB 24S CHEW | 7 | PPA | P |
| 00037-0421-00 | 37042100 | COVANGESIC | TAB | | WALLACE | 227846 | 1274261 | COVANGESIC TB 24     WAL | 7 | PPA | P |
| 00043-0074-12 | 43007412 | TRIAMINICIN | TAB | | NOVARTIS CONS | 381594 | 1215466 | TRIAMINICIN TAB 12S 7412 | 7 | PPA | P |
| 00043-0074-24 | 43007424 | TRIAMINICIN | TAB | | NOVARTIS CONS | 381608 | 1215474 | TRIAMINICIN TAB 24S 7424 | 7 | PPA | P |
| 00043-0074-48 | 43007448 | TRIAMINICIN | TAB | | NOVARTIS CONS | 381616 | 1001486 | TRIAMINIC TAB 48S PCKT DISP7478 | 7 | PPA | P |
| 00043-0075-24 | 43007524 | TRIAMINIC | CHW | | NOVARTIS CONS | 161373 | 1354430 | TRIAMINIC TAB CHEW 24S 75-24 | 7 | PPA | P |
| 00043-0082-24 | 43008224 | TRIAMINIC | TAB | COLD | NOVARTIS CONS | 24708 | 1233840 | TRIAMINIC COLD TAB 24S 82-24 | 7 | PPA | P |
| 00043-0083-24 | 43008324 | TRIAMINICOL | TAB | COLD | NOVARTIS CONS | 24775 | 1233931 | TRIAMINICOL M/S COLD TAB 24S 8324 | 7 | PPA | P |
| 00043-0085-10 | 43008510 | TRIAMINIC | TAB | 12 HOUR | NOVARTIS CONS | 24678 | 1233154 | TRIAMINIC-12 TAB 10S 85-10 | 7 | PPA | P |
| 00043-0085-20 | 43008520 | TRIAMINIC | TAB | 12 HOUR | NOVARTIS CONS | 24686 | 1233170 | TRIAMINIC-12 TAB 20S 85-20 | 7 | PPA | P |
| 00043-0107-24 | 43010724 | TRIAMINIC | TAB | ALLERGY | NOVARTIS CONS | 272531 | 1264480 | TRIAMINIC ALLERGY TAB 24S 107-24 | 7 | PPA | P |
| 00043-0109-24 | 43010924 | URSINUS | TAB | | NOVARTIS CONS | 381632 | 1050442 | URSINUS TAB 24S DOR 109-24 | 7 | PPA | P |
| 00043-0121-08 | 43012108 | TAVIST-D | TAB | | NOVARTIS CONS | 784865 | 1638592 | TAVIST-D TB 8 | 7 | PPA | P |
| 00043-0121-08 | 43012108 | TAVIST-D | TAB | | NOVARTIS CONS | 181994 | 2391126 | TAVIST-D TB 10 SEE 1638592 | 7 | PPA | P |
| 00043-0121-32 | 43012132 | TAVIST-D | TAB | | NOVARTIS CONS | 855472 | 1238450 | TAVIST-D TAB 32S | 7 | PPA | P |
| 00045-0188-20 | 45018820 | TYLENOL CCLD | TAB | | MCNEIL CONSUMER | 69432 | 1830389 | TYLENOL COLD EFFER TAB 20S 18820 | 7 | PPA | P |
| 00045-0287-24 | 45028724 | TYLENOL CHLD | CHW | COLD | MCNEIL CONSUMER | 663776 | 1122274 | TYLENOL COLD CHLD CHW 24S 28724 | 7 | PPA | P |
| 00085-0075-05 | 85007505 | CORICIDIN | TAB | | SCHERING-PLOUGH | 77437 | 1367853 | CORICIDIN DEMILET 36S 075-05 | 7 | PPA | P |
| 00085-0307-01 | 85030701 | CORICIDIN D | TAB | | SCHERING-PLOUGH | 420662 | 1287820 | CORICIDIN D TAB 12S 307-01 | 7 | PPA | P |
| 00085-0307-02 | 85030702 | CORICIDIN D | TAB | | SCHERING-PLOUGH | 420689 | 1226224 | CORICIDIN D TAB 24S 307-02 | 7 | PPA | P |
| 00085-0307-03 | 85030703 | CORICIDIN D | TAB | | SCHERING-PLOUGH | 297461 | 1040054 | CORICIDIN D TAB 48S 307-03 | 7 | PPA | P |
| 00085-0307-04 | 85030704 | CORICIDIN D | TAB | | SCHERING-PLOUGH | 420700 | 1088410 | CORICIDIN D TAB 100S 307-04 | 7 | PPA | P |
| 00085-0307-05 | 85030705 | CORICIDIN D | TAB | | SCHERING-PLOUGH | 399701 | 1185958 | CORICIDIN D INDUST PK 100X2 87048 | 7 | PPA | P |
| 00085-0673-02 | 85067302 | CHLOR-TRIMET | TAB | SINUS | SCHERING-PLOUGH | 596118 | 1488642 | CHLOR-TRIM CAPLT SINUS 24S 673-02 | 7 | PPA | P |
| 00085-0751-02 | 85075102 | DEMAZIN | TAB | | SCHERING-PLOUGH | 376566 | 1279033 | DEMAZIN REPETAB 24S 0751-02 | 7 | PPA | P |
| 00085-0751-04 | 85075104 | DEMAZIN | TAB | | SCHERING-PLOUGH | 340693 | 1011071 | DEMAZIN REPETAB TAB 100S 751-04 | 7 | PPA | P |
| 00085-0941-02 | 85094102 | CORICIDIN | TAB | SINUS HA | SCHERING-PLOUGH | 616338 | 1588037 | CORICIDIN SINUS CAPLET 24 941-02 | 7 | PPA | P |
| 00086-0066-02 | 86006602 | SINULIN | TAB | | CARNRICK | 465038 | 1269596 | SINULIN TB 20     CRN | 7 | PPA | P |
| 00086-0066-10 | 86006610 | SINULIN | TAB | | CARNRICK | 465060 | 1226166 | SINULIN TB 100     CRN | 7 | PPA | P |
| 00086-0066-24 | 86006624 | SINULIN | TAB | | CARNRICK | 465054 | 1052224 | SINULIN PROFIT PK TB 24     CRN | 7 | PPA | P |
| 00086-0066-24 | 86006624 | SINULIN | TAB | | CARNRICK | 865124 | 2278323 | SINULIN TAB 24S 7PC DL6624   CRN | 7 | PPA | P |
| 00122-0818-66 | 122081866 | COLD & ALLER | TAB | RELIEF | REXALL | 655686 | 2159499 | COLD+ALLERGY RELIEF TAB TR 12S | 7 | PPA | P |
| 00122-0838-66 | 122083866 | COLD | CAP | 8-75 CR | REXALL | 655694 | 2159481 | COLD CP TR 10     RXC | 7 | PPA | P |
| 00182-1036-11 | 182103611 | COLD & ALLER | CAP | | GOLDLINE | 875600 | 1009216 | COLD & ALLERGY GELCAP 12S   GL | 7 | PPA | P |
| 00182-1077-15 | 182107715 | COLD MED EFF | NITETIME | | GOLDLINE | 960829 | 2312031 | NIGHTIME COLD MED TB NF 20   GLD | 7 | PPA | P |
| 00182-1450-95 | 182145095 | IEFF COLD MED | TAB | | GOLDLINE | 694888 | 1033141 | EFFER COLD TB 36     GLD | 7 | PPA | P |
| 00182-1524-15 | 182152415 | IEFF NITETIME | TAB | CLD MED | GOLDLINE | 757217 | 1116441 | NIGHTIME EFFR COLD TB 20     GLD | 7 | PPA | P |
| 00182-1693-23 | 182169323 | GENACOL | CAP | 8-75 CR | GOLDLINE | 128732 | 1741024 | GENCOLD CP 10     GLD | 7 | PPA | P |
| 00182-2021-19 | 182202119 | GENACOL | TAB | | GOLDLINE | 273780 | 2737807 | GENACOL TB 325MG 500     GLD | 7 | PPA | P |
| 00182-2612-01 | 182261201 | POLYHISTAMIN | CAP | PPA | GOLDLINE | 815977 | 2373185 | POLYHISTAMINE PPA CAP SA UD100 | 7 | PPA | P |
| 00182-6166-37 | 182616637 | DM COLD/COUG | LIQ | | GOLDLINE | 968374 | 1116300 | DM COUGH & COLD EL 120ML     GLD | 7 | PPA | P |
| 00235-0612-01 | 235061201 | SINAREST | TAB | EX STR | CIBA SELF MEDICATION | 69949 | 1322171 | SINAREST X/S TSB 24S 061201 | 7 | PPA | P |
| 00235-0780-26 | 235078026 | ALLEREST | TAB | 12 HOUR | CIBA SELF MEDICATION | 480363 | 1250117 | ALLEREST 12HR CP 10 7825 | 7 | PPA | P |
| 00235-1180-01 | 235118001 | ALLEREST | CHW | CHILD | CIBA SELF MEDICATION | 69558 | 1201870 | ALLEREST CHILD TB 24 118001 | 7 | PPA | P |
| 00482-0722-10 | 482072210 | DUADACIN | CAP | | KENWOOD | 36536 | 1154582 | DUADACIN CP 100     BKD | 7 | PPA | P |
| 00536-3017-34 | 536301734 | ALLERGY RELI | TAB | | RUGBY | 434345 | 1321793 | ALLERGY RELIEF TAB 20S BL ST   RG | 7 | PPA | P |
| 00536-3379-35 | 536337935 | BROMALINE | TAB | | RUGBY | 598434 | 1446210 | BROMALINE TB 1X24BP OTC     RUG | 7 | PPA | P |
| 00536-3380-12 | 536338012 | BROMALINE | TAB | EXTENTA | RUGBY | 645869 | 1720971 | BROMALINE TB 12 OTC     RUG | 7 | PPA | P |
| 00536-3486-01 | 536348601 | CHLOR-REST | TAB | | RUGBY | 434590 | 1243203 | HAY FEVER & ALLERGY  TAB 100S RG | 7 | PPA | P |
| 00536-3519-01 | 536351901 | CONGESTANT D | TAB | | RUGBY | 708313 | 1242379 | CONGESTANT D TB 100     RUG | 7 | PPA | P |
| 00536-3769-06 | 536376906 | COLD REL | TAB | | RUGBY | 708283 | 1242296 | COLD RELIEF TABS 50S     RG | 7 | PPA | P |
| 00536-3775-06 | 536377506 | DECONGESTANT | TAB | | RUGBY | 681024 | 1242486 | DECONGESTANT TAB 50S     RG | 7 | PPA | P |

Page 3

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384171

CAH SWE 013308

| ndc | ndc | descrip | form | misc1 | vendor | DP number | clin | descrip | dep | type | cbde |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00536-4290-10 | 536429010 | PHENYLPROPAN | TAB | .25MG | RUGBY | 681270 | 1328491 | PHENYLPROPNLMNE TB 25MG 1000 RUG | 7 | PPA | P |
| 00536-4979-10 | 536497910 | COLD | TAB | EXPECT | RUGBY | 783048 | 2169217 | COLD TAB W/EXP 1M | RG | 7 | PPA | P |
| 00573-1238-21 | 573123821 | DRISTAN COLD | TAB | MULT- | WHITEHALL ROBINS HEALTHCARE | 751387 | 1404946 | DRISTAN COLD TAB 20S M/S 123821 | | 7 | PPA | P |
| 00573-1238-31 | 573123831 | DRISTAN COLD | TAB | MULT- | WHITEHALL ROBINS HEALTHCARE | 754676 | 1404920 | DRISTAN COLD TAB 40S M/S 123831 | | 7 | PPA | P |
| 00573-1238-41 | 573123841 | DRISTAN COLD | TAB | MULT- | WHITEHALL ROBINS HEALTHCARE | 753238 | 1404688 | DRISTAN COLD TB 75 MULTI SYMP | | 7 | PPA | P |
| 00573-1238-51 | 573123851 | DRISTAN COLD | TAB | MULT- | WHITEHALL ROBINS HEALTHCARE | 2854 | 1023423 | DRISTAN TAB TIN 24X12S 123851 | | 7 | PPA | P |
| 00603-0116-10 | 603011610 | COLD | CAP | 8-75 CR | QUALITEST | 893366 | 2206092 | COLD CAPSULE CP 10 | QLT | 7 | PPA | P |
| 00603-0120-19 | 603012019 | COMPLETE | TAB | | QUALITEST | 872873 | 2206001 | COMPLETE TB 50 | QLT | 7 | PPA | P |
| 00603-0274-18 | 603027418 | Q-TAPP | TAB | 12-75 CR | QUALITEST | 590100 | 2362515 | Q-TAPP TB 24 | QLT | 7 | PPA | P |
| 00677-0865-75 | 677086575 | UNI-GEE | TAB | | URL | 427713 | 1493725 | UNI-GEE TB 75 | URL | 7 | PPA | P |
| 00677-0868-02 | 677086802 | UNI-TRIS | TAB | | URL | 427829 | 1493931 | UNI-TRIS TAB 50S | URL | 7 | PPA | P |
| 00677-0869-08 | 677086908 | UNI-TRIS | CAP | | URL | 427810 | 1493923 | UNI-TRIS CAP 36S | URL | 7 | PPA | P |
| 00677-1231-56 | 677123156 | UNI-BROM | TAB | CR | URL | 592994 | 1495340 | UNI-BROM TIMETAB 24S | URL | 7 | PPA | P |
| 00839-6563-04 | 839656304 | DECONGESTANT | TAB | | H L MOORE | 938165 | 2260834 | DECONGESTANT TB 50 | MOR | 7 | PPA | P |
| 00904-0210-15 | 904021015 | COLD-GEST | CAP | 10-75 CR | MAJOR PHARMACEUTICALS | 698560 | 2236719 | COLD-GEST COLD SA CP 100 | MJR | 7 | PPA | P |
| 00904-0214-24 | 904021424 | DIMAPHEN | TAB | TIMED | MAJOR PHARMACEUTICALS | 675539 | 1498898 | DIMAPHEN-TB 24 BOXED | MJR | 7 | PPA | P |
| 00904-5012-88 | 904501288 | DAYHIST-D | TAB | 1.34-75 | MAJOR PHARMACEUTICALS | 371777 | 2474300 | DAYHIST-D TB 8 | MJR | 7 | PPA | P |
| 00904-7652-20 | 904765220 | DIMAPHEN DM | LIQ | | MAJOR PHARMACEUTICALS | 869465 | 2235552 | DIMAPHEN-DM EL 120ML | MJR | 7 | PPA | P |
| 16500-04314 | 1650004314 | ALKA-SELT | TAB | COLD | BAYER CONSUMER | 304379 | 1190917 | ALKA SELTZER PLUS 12 | | 7 | PPA | P |
| 16500-04317 | 1650004317 | ALKA-SELT PL | TAB | NITETIME | BAYER CONSUMER | 529850 | 1444231 | ALKA-SELTZER PLUS N/TIME 20S 4317 | | 7 | PPA | P |
| 16500-04320 | 1650004320 | ALKA-SELT + | TAB | COLD | BAYER CONSUMER | 61824 | 1366304 | ALKA-SELTZER PLUS TB 20 ORIG 4320 | | 7 | PPA | P |
| 16500-04323 | 1650004323 | ALKA-SELT PL | TAB | NITETIME | BAYER CONSUMER | 529842 | 1444249 | ALKA-SELTZER PLUS N/TIME 36S 4323 | | 7 | PPA | P |
| 16500-04334 | 1650004334 | ALKA-SELT PL | TAB | NITETIME | BAYER CONSUMER | 687111 | 1830314 | ALKA SELTZER PLUS N/TIME 12S 4334 | | 7 | PPA | P |
| 16500-04336 | 1650004336 | ALKA-SELT + | TAB | COLD | BAYER CONSUMER | 61832 | 1368251 | ALKA SELTZER PLUS 36S 4336 | | 7 | PPA | P |
| 16500-04920 | 1650004920 | ALKA-SELTZER | TAB | PLUSCOL | BAYER CONSUMER | 134619 | 2318723 | ALKA SELTZER PLUS TB 20 ORNG | | 7 | PPA | P |
| 16500-04920 | 1650004920 | ALKA-SELT + | TAB | PLUSCOL | BAYER CONSUMER | 271608 | 2436186 | ALKA SELTZER PLUS TB 20 CHRY | | 7 | PPA | P |
| 16500-05012 | 1650005012 | ALKA-SELT + | TAB | SIN ALLR | BAYER CONSUMER | 687197 | 1828011 | ALKA SELTZER PL SINUS 16S 5012 | | 7 | PPA | P |
| 16500-05014 | 1650005014 | ALKA-SELT + | TAB | SIN ALLR | BAYER CONSUMER | 687189 | 1828029 | ALKA SELTZER PL SINUS 32S 5014 | | 7 | PPA | P |
| 16500-05020 | 1650005020 | ALKA-SELTZER | TAB | #NAME? | BAYER CONSUMER | 948276 | 2250694 | ALKA SELTZER PL SINUS 20S | | 7 | PPA | P |
| 16500-05114 | 1650005114 | ALKA-SELT + | TAB | COLD/CO | BAYER CONSUMER | 777781 | 1136019 | ALKA SELTZER PL CGH/CLD TAB 12S | | 7 | PPA | P |
| 16500-05120 | 1650005120 | ALKA-SELT + | TAB | CLD&CO | BAYER CONSUMER | 742392 | 1018589 | ALKA SELTZER PL CGH/CLD TAB 20S | | 7 | PPA | P |
| 16500-05136 | 1650005136 | ALKA-SELT + | TAB | CLD&CO | BAYER CONSUMER | 742384 | 1018431 | ALKA SELTZER PL CGH/CLD TAB 36S | | 7 | PPA | P |
| 16500-05220 | 1650005220 | ALKA-SELTZER | TAB | FLU&BOD | BAYER CONSUMER | 120022 | 2318731 | ALKA SELTZER PL 20S FLU&B/A | | 7 | PPA | P |
| 16500-05236 | 1650005236 | ALKA-SELTZER | TAB | FLU&BOD | BAYER CONSUMER | 293830 | 2361459 | ALKA SELTZER PL 36S FLU & B/A | | 7 | PPA | P |
| 41100-02993 | 4110002993 | ST JOSEPH | TAB | COLD | LIBERTY CONSUMER | 70491 | 1120831 | ST JOSEPH COLD TAB CHILD 30S | | 7 | PPA | P |
| 87900-21420 | 8790021420 | A.R.M. | TAB | COLD | MENLEY & JAMES | 58440 | 1108133 | A.R.M. ALLERGY CAPLET 20S 21420 | | 7 | PPA | P |
| | | | | | ECONO-MED | 918270 | 2418853 | EMPRO CP 75MG 100 | EMP | | | |
| 38130-0075-01 | 38130007501 | EMPRO | CAP | 75MG CR | COPLEY PHARMACEUTICAL | 864000 | 2150209 | BROMATAP TB 75-12MG 100 FC | COP | 7 | PPA | P |
| 38245-0177-10 | 38245017710 | BROMATAPP | TAB | EXTENTA | SKB CONSUMER HEALTHCARE L.P. | 436968 | 1213222 | CONTAC CP 10 236-10 | | 7 | PPA | P |
| 45800-0236-10 | 45800023610 | CONTAC 12HR | CAP | 8-75 CR | SKB CONSUMER HEALTHCARE L.P. | 436933 | 1365403 | CONTAC CAPSULES 20S 236-20 | | 7 | PPA | P |
| 45800-0236-20 | 45800023620 | CONTAC 12HR | CAP | 8-75 CR | SKB CONSUMER HEALTHCARE L.P. | 58580 | 1135045 | SINE-OFF CAP 100S 270-12 | | 7 | PPA | P |
| 45800-0270-12 | 45800027012 | SINE-OFF | TAB | | SKB CONSUMER HEALTHCARE L.P. | 58564 | 1318997 | SINE-OFF CAPLETS 24S 270-19 | | 7 | PPA | P |
| 45800-0270-24 | 45800027024 | SINE-OFF | TAB | HI-TECH | | 10639 | 2585800 | BROMTAPP EL 4OZ ALC FREE | HTP | 7 | PPA | P |
| 50383-0590-04 | 50383059004 | BROMTAPP | ELX | 2-12.5/5 | HI-TECH | 258581 | 2585818 | BROMTAPP EL 8OZ ALC FREE | HTP | 7 | PPA | P |
| 50383-0590-08 | 50383059008 | BROMTAPP | ELX | 2-12.5/5 | HI-TECH | 258582 | 2585826 | BROMTAPP DM EL 4OZ ALC FREE | HTP | 7 | PPA | P |
| 50383-0594-04 | 50383059404 | BROMTAPP DM | LIQ | | REXALL MANAGED CARE | 950890 | 2281830 | COLD CAP W/BAND C/R 10S | | 7 | PPA | P |
| 60814-0114-01 | 60814011401 | COLD | CAP | 4-75 CR | REXALL MANAGED CARE | 894702 | 2214757 | COLD CAP/BAND T/R CP 10 | RXM | 7 | PPA | P |
| 60814-0114-09 | 60814011409 | COLD | CAP | 4-75 CR | REXALL MANAGED CARE | 894710 | 2214740 | COLD CAP W/BAND T/R 50S | | 7 | PPA | P |
| 60814-0114-50 | 60814011450 | COLD | CAP | 4-75 CR | FARO PHARMACEUTICAL, INC. | 933694 | 2292571 | COLDLOC-LA CAPLET 50S | | 7 | PPA | P |
| 60976-0675-05 | 60976067505 | COLDLOC-LA | TAB | 75-600MG | FARO PHARMACEUTICAL, INC. | 933686 | 2282465 | COLDLOC-LA CAP 100S | | 7 | PPA | P |
| 60976-0675-10 | 60976067510 | COLDLOC-LA | CAP | 75-600MG | APOTHECON | 309818 | 1102458 | NALDECON EX SR 120ML CHILD | | 8 | PPA | P |
| 00015-5668-01 | 15568601 | NALDECON EX | SYP | PED | APOTHECON | 16500 | 1112440 | NALDECON DX SR 120ML PED | BRL | 8 | PPA | P |
| 00015-5668-40 | 15566640 | NALDECON-DX | SYP | PED | APOTHECON | 16519 | 1112465 | NALDECON DX SR 480ML PED | BRL | 8 | PPA | P |
| 00015-5668-50 | 15566650 | NALDECON-DX | SYP | PED | APOTHECON | 309788 | 1102474 | NALDECON DX LQ 120ML ADULT | BRL | 8 | PPA | P |
| 00015-5669-40 | 15566940 | NALDECON-DX | SOL | ADULT | APOTHECON | 309781 | 1102557 | NALDECON DX LQ 480ML ADULT | BRL | 8 | PPA | P |
| 00015-5669-60 | 15566960 | NALDECON-DX | SOL | ADULT | APOTHECON | 697303 | 1112424 | NALDECON EX DR 30ML PED | BRL | 8 | PPA | P |
| 00015-5688-30 | 15568830 | NALDECON-DX | DRO | PED | APOTHECON | 309826 | 1102235 | NALDECON DX DR 30ML PED | BRL | 8 | PPA | P |
| 00015-5688-30 | 15558830 | NALDECON-DX | DRO | PED | WHITEHALL ROBINS HEALTHCARE | 273058 | 1087733 | DIMETAPP ELIX 4OZ 2230-12 | | 8 | PPA | P |

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384172

CAH SWE 013309

| ndc | ndc | descrip | form | misc1 | vendor | DP number | cin | descrip2 | dept | type | code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00031-2230-12 | 31223012 | DIMETAPP | ELX | 2-12.5/5 | WHITEHALL ROBINS HEALTHCARE | 273066 | 1087741 | DIMETAPP ELIX 8OZ 2230-18 | 8 | PPA | P |
| 00031-2230-18 | 31223018 | DIMETAPP | ELX | 2-12.5/5 | WHITEHALL ROBINS HEALTHCARE | 602329 | 1534403 | DIMETAPP EL 12OZ 2230-22 | 8 | PPA | P |
| 00031-2230-22 | 31223022 | DIMETAPP | ELX | 2-12.5/5 | WHITEHALL ROBINS HEALTHCARE | 273279 | 1230226 | DIMETAPP EL 480ML 2230-25 | 8 | PPA | P |
| 00031-2230-25 | 31223025 | DIMETAPP | ELX | 2-12.5/5 | WHITEHALL ROBINS HEALTHCARE | 273287 | 1231141 | DIMETAPP PROF EL 3840ML | 8 | PPA | P |
| 00031-2230-29 | 31223029 | DIMETAPP | ELX | 2-12.5/5 | WHITEHALL ROBINS HEALTHCARE | 678562 | 1814821 | DIMETAPP ELX DM 4OZ 2240-12 | 8 | PPA | P |
| 00031-2240-12 | 31224012 | DIMETAPP DM | LIQ | | WHITEHALL ROBINS HEALTHCARE | 678570 | 1814813 | DIMETAPP ELX DM 8OZ 2240-18 | 8 | PPA | P |
| 00031-2240-18 | 31224018 | DIMETAPP DM | LIQ | | WHITEHALL ROBINS HEALTHCARE | 250085 | 1364710 | DIMETAPP DM EL 12OZ 2240-22 | 8 | PPA | P |
| 00031-2240-22 | 31224022 | DIMETAPP DM | LIQ | | WHITEHALL ROBINS HEALTHCARE | 72184 | 1265412 | ROBITUSSIN CF SR 4OZ COUGH FORM | 8 | PPA | P |
| 00031-8677-12 | 31867712 | ROBITUSSIN | SYP | CF | WHITEHALL ROBINS HEALTHCARE | 72192 | 1146863 | ROBITUSSIN CF SR 8OZ | 8 | PPA | P |
| 00031-8677-18 | 31867718 | ROBITUSSIN | SYP | CF | WALLACE | 366080 | 1359900 | RYNATUSS EXPEC TABS 100S | 8 | PPA | P |
| 00037-0721-92 | 37072192 | RYNA-TUSSADI | TAB | | WALLACE | 53910 | 1191675 | RYNA-TUSSADINE SL 480ML | WAL | 8 | PPA | P |
| 00037-0725-68 | 37072568 | RYNA-TUSSADI | LIQ | | NOVARTIS CONS | 24651 | 1063379 | TRIAMINIC SR 4OZ DOR | 8 | PPA | P |
| 00043-0524-04 | 43052404 | TRIAMINIC | SYP | 1-6.25/5 | NOVARTIS CONS | 274925 | 2435832 | TRIAMINIC SYRUP 5OZ BONUS | 8 | PPA | P |
| 00043-0524-04 | 43052404 | TRIAMINIC | SYP | 1-6.25/5 | NOVARTIS CONS | 236543 | 1281971 | TRIAMINIC SR 8OZ DOR | 8 | PPA | P |
| 00043-0524-08 | 43052408 | TRIAMINIC | SYP | 1-6.25/5 | NOVARTIS CONS | 390747 | 2478436 | TRIAMINIC COLD & ALLERGY SR 240ML | 8 | PPA | P |
| 00043-0524-08 | 43052408 | TRIAMINIC | SYP | 1-6.25/5 | NOVARTIS CONS | 24627 | 1241959 | TRIAMINIC EX 4OZ DOR | 8 | PPA | P |
| 00043-0525-04 | 43052504 | TRIAMINIC | SOL | EXPECT | NOVARTIS CONS | 24835 | 1282631 | TRIAMINIC EXP 8OZ DOR 525-08 | 8 | PPA | P |
| 00043-0525-08 | 43052508 | TRIAMINIC | SOL | EXPECT | NOVARTIS CONS | 24619 | 1101344 | TRIAMINIC-DM 8OZ DOR 526-08 | 8 | PPA | P |
| 00043-0526-08 | 43052608 | TRIAMINIC-DM | SYP | | NOVARTIS CONS | 24759 | 1278779 | TRIAMINIC SYR 4OZ 536-04 | 8 | PPA | P |
| 00043-0536-04 | 43053604 | TRIAMINICOL | SYP | | NOVARTIS CONS | 24767 | 1278787 | TRIAMINICOL SYR 8OZ 536-08 | 8 | PPA | P |
| 00043-0536-08 | 43053608 | TRIAMINICOL | SYP | | MCNEIL CONSUMER | 169692 | 1264050 | TYLENOL COLD CHILD 4OZ 18904 | 8 | PPA | P |
| 00045-0189-04 | 45018904 | TYLENOL CHLD | ELX | COLD | WARNER CHILCOTT | 577243 | 1712967 | TRI-CLEAR EXPECT 4OZ 2897-17 | WC | 8 | PPA | P |
| 00047-2897-17 | 47289717 | TRI-CLEAR | SOL | | WARNER CHILCOTT | 37099 | 1712959 | TRI-CLEAR SYR 4OZ 2898-17 | WC | 8 | PPA | P |
| 00047-2898-17 | 47289817 | TRI-CLEAR | SYP | | SCHERING-PLOUGH | 326668 | 1223130 | DEMAZIN SYR 4OZ 513-01 | 8 | PPA | P |
| 00085-0513-01 | 85051301 | DEMAZIN | SYP | 2-12.6/5 | REXALL | 655678 | 2159507 | COLD&ALLERGY RELIEF EL 4OZ GRAP | 8 | PPA | P |
| 00122-0820-66 | 122082066 | COLD & ALLER | ELX | 2-12.5/5 | REXALL | 655716 | 2159465 | COUGH FORMULA CF SR 4OZ | RXC | 8 | PPA | P |
| 00122-0828-66 | 122082866 | COUGH FORM | CF | | REXALL | 655813 | 2159390 | TRIAMAPHEN SR 4OZ COLD | RXC | 8 | PPA | P |
| 00122-0848-66 | 122084866 | TRIMAPHEN | SYP | | REXALL | 655821 | 2159382 | TRIAMAPHEN EX 4OZ | RXC | 8 | PPA | P |
| 00122-0849-66 | 122084966 | TRIMAPHEN | SYP | EXP | GOLDLINE | 128430 | 1500321 | GENAMIN EXP 4OZ | | 8 | PPA | P |
| 00182-1690-37 | 182169037 | GENAMIN | SOL | | GOLDLINE | 398942 | 1483585 | BROMATAP EL 4OZ GRP OTC | GLD | 8 | PPA | P |
| 00182-1801-37 | 182180137 | BROMATAPP | ELX | 2-12.5/5 | GOLDLINE | 398950 | 1386937 | BROMATAP EL 16OZ GRP | GLD | 8 | PPA | P |
| 00182-1801-40 | 182180140 | BROMATAPP | ELX | 2-12.5/5 | GOLDLINE | 499609 | 1758226 | BROMATAP EL 1GAL | SEE#2266880 | 8 | PPA | P |
| 00182-1801-41 | 182180141 | BROMATAPP | ELX | 2-12.5/5 | GOLDLINE | 432237 | 1766104 | BROMATAP EL 80Z OTC 180144 | GLD | 8 | PPA | P |
| 00182-1801-44 | 182180144 | BROMATAPP | ELX | 2-12.5/5 | GOLDLINE | 960845 | 2312148 | GENATAP ELX 120ML AF | GLD | 8 | PPA | P |
| 00182-2000-37 | 182200037 | GENATAP | ELX | 2-12.5/5 | GOLDLINE | 128422 | 1031053 | GENAMIN COLD SR 4OZ | GLD | 8 | PPA | P |
| 00182-2096-37 | 182209637 | GENAMIN COLD | SYP | 1-6.25/5 | GOLDLINE | 231231 | 1242246 | GENAMIN COLD SR 4OZ AF | GLD | 8 | PPA | P |
| 00182-2098-37 | 182209837 | GENAMIN MULT | SYP | SYM | GOLDLINE | 462098 | 1583525 | GENATAP EL 4OZ | GLD | 8 | PPA | P |
| 00182-2232-37 | 182223237 | GENATAP | ELX | 2-12.5/5 | GOLDLINE | 813109 | 1439959 | GUIATUSS CF SR 120ML | GLD | 8 | PPA | P |
| 00182-6067-37 | 182606737 | GUIATUSS CF | SYP | | GOLDLINE | 813117 | 1439975 | GUIATUSS CF SR 240ML | GLD | 8 | PPA | P |
| 00182-6067-44 | 182606744 | GUIATUSS CF | SYP | | GOLDLINE | 863025 | 1921543 | PEDIACON DX SR 30ML PED | GLD | 8 | PPA | P |
| 00182-6138-68 | 182613868 | PEDIACON DX | DRO | PED | GOLDLINE | 863017 | 1921485 | PEDIACON EX DR 30ML PED | GLD | 8 | PPA | P |
| 00182-6139-68 | 182613968 | PEDICON EX | DRO | PED | GOLDLINE | 943711 | 2266872 | COLD & ALLERGY EL 120ML | GLD | 8 | PPA | P |
| 00182-6162-37 | 182616237 | COLD & ALLER | ELX | 2-12.5/5 | GOLDLINE | 942685 | 2297448 | COLD & ALLERGY SL 16OZ | GLD | 8 | PPA | P |
| 00182-6162-40 | 182616240 | COLD & ALLER | ELX | 2-12.5/5 | GOLDLINE | 943754 | 2266880 | COLD & ALLERGY EL 3840ML | GLD | 8 | PPA | P |
| 00182-6162-41 | 182616241 | COLD & ALLER | ELX | 2-12.5/5 | GOLDLINE | 943762 | 2266888 | COLD & ALLERGY EL 240ML | GLD | 8 | PPA | P |
| 00182-6169-37 | 182616937 | PEDIACON DX | SYP | CHILDRE | GOLDLINE | 961833 | 1921535 | PEDIACON DX SR 4OZ | GLD | 8 | PPA | P |
| 00182-6169-37 | 182616937 | PEDIACON DX | SYP | CHILDRE | GOLDLINE | 66156 | 2312023 | PEDIACON DX SYRP CHILD NF 4OZ | GL | 8 | PPA | P |
| 00259-2251-04 | 259225104 | ANATUSS | SYP | | MERZ PHARMACEUTICAL | 329819 | 1315373 | ANATUSS SR 120ML | MAY | 8 | PPA | P |
| 00259-2251-16 | 259225116 | ANATUSS | SYP | | MERZ PHARMACEUTICAL | 329827 | 1315365 | ANATUSS SYR 16OZ 2251-16 | | 8 | PPA | P |
| 00472-0420-94 | 472020194 | GUIATUSS CF | SYP | | ALPHARMA | 485004 | 1356880 | GUIATUSS CF SR 120ML | NAT | 8 | PPA | P |
| 00472-0420-94 | 472042094 | GUIATUSS CF | SYP | | ALPHARMA | 436801 | 2487551 | GUIATUSS CF SR 120ML AF | ALM | 8 | PPA | P |
| 00472-0711-16 | 472071104 | BROMANATE | ELX | 2-12.5/5 | ALPHARMA | 750778 | 2367282 | BROMANATE EL 120ML AF SF | ALM | 8 | PPA | P |
| 00472-0711-16 | 472071116 | BROMANATE | ELX | 2-12.5/5 | ALPHARMA | 976130 | 2367258 | BROMANATE EL 480ML AF SF | ALM | 8 | PPA | P |
| 00472-0711-91 | 472071191 | BROMANATE | ELX | 2-12.5/5 | ALPHARMA | 688959 | 2367274 | BROMANATE EL 3840ML AF SF | ALM | 8 | PPA | P |
| 00472-0711-94 | 472071194 | BROMANATE | ELX | 2-12.5/5 | ALPHARMA | 750760 | 2367290 | BROMANATE EL 120ML AF SF | ALM | 8 | PPA | P |
| 00472-0711-98 | 472071198 | BROMANATE | ELX | 2-12.5/5 | ALPHARMA | 750646 | 2367266 | BROMANATE EL 240ML AF SF | ALM | 8 | PPA | P |
| 00472-0712-98 | 472071298 | BROMANATE DM | LIQ | 2-12.5/5 | ALPHARMA | 790931 | 2371656 | BROMANATE DM EL 240ML AF | ALM | 8 | PPA | P |
| 00472-0724-04 | 472072404 | BROMANATE | ELX | 2-12.5/5 | BARRE-NATIONAL | 375659 | 1185750 | BROMANATE EL 120ML SEE 2367282 | | 8 | PPA | P |

| ndc | ndc | descrip | form | misc1 | vendor | No | DP number | descrip | emb | type | code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00472-0724-28 | 472072428 | BROMANATE | ELX | 2-12.55 | BARRE-NATIONAL | | 375640 | 1261187 BROMANTE ELX GAL 724-28 | NAT | 8 PPA | P |
| 00472-0724-94 | 472072494 | BROMANATE | ELX | 2-12.55 | BARRE-NATIONAL | | 357931 | 1238674 BROMANTE EL 4OZ | NAT | 8 PPA | P |
| 00472-0801-28 | 472080128 | NALDELATE | SYP | | BARRE-NATIONAL | | 402168 | 1637172 NALDELATE SYRUP GAL 80128 | NAT | 8 PPA | P |
| 00472-1142-31 | 472114231 | PHENADEX | DRO | | ALPHARMA | | 800277 | 1532480 PHENADEX PED COLD DR 30ML SF | ALM | 8 PPA | P |
| 00472-1143-94 | 472114394 | PHENADEX | DRO | CGH/COL | ALPHARMA | | 808209 | 1530500 PHENADEX CHILD COLD SOL SR 4OZ | ALM | 8 PPA | P |
| 00472-1428-94 | 472142894 | BROMANATE DM | ELX | | BARRE-NATIONAL | | 808181 | 1054642 BROMANATE DM 4OZ | NAT | 8 PPA | P |
| 00472-1428-88 | 472142888 | BROMANATE DM | ELX | | BARRE-NATIONAL | | 808170 | 1054550 BROMANATE DM 8OZ | NAT | 8 PPA | P |
| 00472-1562-04 | 472156204 | THREAMINE | SOL | | BARRE-NATIONAL | | 356163 | 1354588 THREAMINE EXP 4OZ | NAT | 8 PPA | P |
| 00472-1562-16 | 472156216 | THREAMINE | SYP | | BARRE-NATIONAL | | 82020 | 1230891 THREAMINE EXP 480ML | NAT | 8 PPA | P |
| 00472-1564-16 | 472156416 | THREAMINE DM | SYP | | BARRE-NATIONAL | | 356005 | 1823689 THREAMINE DM SYRUP 16OZ | NAT | 8 PPA | P |
| 00472-1590-04 | 472159004 | TRIPALGEN | SYP | | BARRE-NATIONAL | | 356999 | 2195774 TRIPALGEN SYRUP 4OZ OTC | NAT | 8 PPA | P |
| 00472-1590-08 | 472159008 | TRIPALGEN | SYP | | BARRE-NATIONAL | | 875792 | 2254019 TRIPALGEN COLD SR 8OZ | NAT | 8 PPA | P |
| 00472-1590-16 | 472159016 | TRIPALGEN | SYP | | BARRE-NATIONAL | | 356356 | 2195766 TRIPALGEN SR 480ML OTC | NAT | 8 PPA | P |
| 00482-0722-71 | 482072271 | DUADACIN | CAP | | KENWOOD | | 36544 | 1152107 DUADACIN CP 1000 | BKD | 8 PPA | P |
| 00482-0722-70 | 482072270 | DUADACIN | CAP | | KENWOOD | | 36552 | 1204577 DUADACIN CP BPK 1000 | BKD | 8 PPA | P |
| 00482-0337-02 | 480033702 | RHINOCAPS | DRO | | FERNDALE LAB | | 872605 | 2277063 RHINOCAPS CAP 100S | | 8 PPA | P |
| 00536-2194-75 | 536219475 | TRI-DEC EX | DRO | PED | RUGBY | | 894633 | 2168567 TRI-DEC EXP DROP 4OZ | RG | 8 PPA | P |
| 00536-2196-97 | 536219697 | TRI-DEC EX | SYP | | RUGBY | | 845515 | 2168373 TRI-DEC EXP SR 4OZ | RG | 8 PPA | P |
| 00536-2345-47 | 536234547 | BROMALINE | ELX | 2-12.55 | RUGBY | | 264688 | 2445849 BROMALINE ORAL EL 120ML AF IN RUG | RUG | 8 PPA | P |
| 00536-2345-97 | 536234597 | BROMALINE | ELX | 2-12.55 | RUGBY | | 434515 | 1039510 BROMALINE ORAL EL 120ML BOXED | RUG | 8 PPA | P |
| 00536-2350-85 | 536235085 | BROMALINE DM | LIQ | | RUGBY | | 982954 | 2357010 BROMALINE DM EL 480ML GRAPE | RUG | 8 PPA | P |
| 00536-2350-97 | 536235097 | BROMALINE-DM | LIQ | | RUGBY | | 982938 | 2357002 BROMALINE DM EL 120ML GRAPE | RUG | 8 PPA | P |
| 00536-2384-07 | 536238407 | TRIPHENYL | SYP | | RUGBY | | 861859 | 1291921 TRIPHENYL EXP 4OZ | RG | 8 PPA | P |
| 00536-2586-37 | 536258697 | TRIPHENYL | SYP | | RUGBY | | 861839 | 1291931 TRIPHENYL SR 4OZ | RG | 8 PPA | P |
| 00539-4241-10 | 539424110 | PHENYLPROPAN | TAB | 50MG | QUALITEST | | 891286 | 2121182 PHENYLPROPANOLAMINE 30MG TM | RG | 8 PPA | P |
| 00603-0792-54 | 603079254 | NALDELATE DX | SYP | CHILD | QUALITEST | | 209797 | 2419141 NALDELATE DX SR 120ML CHILD | QLT | 8 PPA | P |
| 00603-0793-50 | 603079350 | Q-TAPP | DRO | PED | QUALITEST | | 208795 | 2419156 NALDELATE DX DR 30ML PED | QLT | 8 PPA | P |
| 00603-0849-54 | 603084954 | Q-TAPP | ELX | 2-12.55 | QUALITEST | | 874124 | 2148823 Q-TAPP EL 4OZ | QLT | 8 PPA | P |
| 00603-0849-56 | 603084956 | Q-TAPP | ELX | | QUALITEST | | 874132 | 2148815 Q-TAPP EL 8OZ | QLT | 8 PPA | P |
| 00603-0850-54 | 603085054 | Q-TAPP DM | ELX | | QUALITEST | | 874140 | 2072312 Q-TAPP DM LQ 4OZ OTC | QLT | 8 PPA | P |
| 00603-0911-54 | 603091154 | TRIACTIN | SYP | EXPECT | QUALITEST | | 874361 | 2148716 TRIACTIN SR 4OZ | QLT | 8 PPA | P |
| 00603-0912-54 | 603091254 | TRIACTIN | SYP | | QUALITEST | | 874353 | 2144724 TRIACTIN EX 4OZ | QLT | 8 PPA | P |
| 00603-0913-54 | 603091354 | TRIACTIN DM | SYP | EXPECT | QUALITEST | | 257166 | 2516697 TRIACTIN SR 120ML | QLT | 8 PPA | P |
| 00677-1055-33 | 677105533 | DIMAHIST | ELX | 2-12.55 | URL | | 591718 | 1077387 DIMAHIST EL 480ML | URL | 8 PPA | P |
| 00677-1067-41 | 677106741 | UNI-BROM | ELX | 2-12.55 | URL | | 592567 | 1493590 UNI-BROM EL 4OZ | URL | 8 PPA | P |
| 00832-1086-10 | 832108610 | NALSPAN | TAB | CR | ROSEMONT PHARMACEUTICAL CORP | | 940798 | 2259883 NALSPAN TAB 1M | | 8 PPA | P |
| 00839-1106-01 | 839110601 | BROMATAPP | TAB | EXTENTA | H.L MOORE | | 357980 | 2260644 BROMATAPP TB 24 | | 8 PPA | P |
| 00839-7365-06 | 839736506 | BROMATAPP | TAB | | H.L MOORE | | 938351 | 2260051 BROMATAPP TB 100 | MOR | 8 PPA | P |
| 00839-7773-63 | 839777363 | NALPHEN DX | DRO | | H.L MOORE | | 10172 | 2261246 NALPHEN DX DR 30ML | MOR | 8 PPA | P |
| 00889-2743-04 | 889274304 | GRAPE COLD | ELX | 2-12.55 | CUMBERLAND-SWAN, INC | | 81127 | 1207513 COLD ELIXIR GRAP 4OZ | | 8 PPA | P |
| 00889-2844-10 | 889284410 | ORANGE COLD | SYP | 2-12.55 | CUMBERLAND-SWAN, INC | | 10109 | 1207128 COLD SYRUP ORANGE 4 OZ | | 8 PPA | P |
| 00879-0571-04 | 879057104 | YELLOW COUGH | ELX | 2-12.55 | HALSEY DRUG | | 924695 | 1622042 BROMATAPP EL 120ML SF | | 8 PPA | P |
| 00879-0571-16 | 879057116 | BROMATAPP | ELX | 2-12.55 | HALSEY DRUG | | 958220 | 2267042 BROMATAPP EL 480ML SF | | 8 PPA | P |
| 00879-0758-16 | 879075816 | BROMATAPP | LIQ | 2-12.55 | HALSEY DRUG | | 422193 | 2485126 BROMATAPP EL 3840ML AF SF | HLS | 8 PPA | P |
| 00879-0758-28 | 879075828 | ROBAFEN CF | SYP | 2-12.55 | HALSEY DRUG | | 422207 | 2485134 BROMATAPP SR 240ML | HLS | 8 PPA | P |
| 00904-0056-09 | 904005609 | ROBAFEN CF | SYP | EXPECT | MAJOR PHARMACEUTICALS | | 338885 | 2462703 ROBAFEN CF SR 240ML | MJR | 8 PPA | P |
| 00904-0331-09 | 904033109 | THERA-HIST | SYP | PREPAR | MAJOR PHARMACEUTICALS | | 881724 | 2306760 THERA-HIST EX 4OZ BOXED | MJR | 8 PPA | P |
| 00904-0330-09 | 904033009 | THERA-HIST | SOL | | MAJOR PHARMACEUTICALS | | 881732 | 2306751 THERA HIST EX 4OZ BOXED | MJR | 8 PPA | P |
| 00904-0330-20 | 904033020 | THERA-HIST | SOL | 2-12.55 | MAJOR PHARMACEUTICALS | | 877522 | 2306793 THERA-HIST EX 4OZ BOXED | MJR | 8 PPA | P |
| 00904-0713-09 | 904071309 | DIMAPHEN | ELX | | MAJOR PHARMACEUTICALS | | 698733 | 2305787 DIMAPHEN EL 240ML | MJR | 8 PPA | P |
| 00904-7884-20 | 904788420 | THERA-COL | LIQ | PREPAR | MAJOR PHARMACEUTICALS | | 371955 | 2474466 THERA-HISTAL SR 4OZ BOXED | MJR | 8 PPA | P |
| 11808-0103-04 | 11808010304 | RESCON | LIQ | 2-12.55 | ION LABORATORIES | | 311303 | 1605179 RESCON SL 120ML | ION | 8 PPA | P |
| 11808-0103-16 | 11808010316 | RESCON | LIQ | 2-12.55 | ION LABORATORIES | | 311316 | 2184423 RESCON SL 480ML | ION | 8 PPA | P |
| 11888-0002-03 | 11888000203 | 666 COLD | LIQ | PREPAR | MONTICELLO DRUG | | 230538 | 1099506 SIX SIX SIX COLD PREP LQ 3OZ 203 | ION | 8 PPA | P |
| 11888-0002-05 | 11888000205 | 666 COLD | LIQ | PREPAR | MONTICELLO DRUG | | 122320 | 2610863 666 COLD PREP LIQ 3OZ | MJR | 8 PPA | P |
| 11888-0002-06 | 11888000206 | 666 COLD | LIQ | PREPAR | MONTICELLO DRUG | | 230928 | 1099514 SIX SIX SIX COLD PREP LQ 6OZ 206 | MJR | 8 PPA | P |

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019310**

CAH_MDL_PRIORPROD_DEA07_01384173

P-14290 _ 00279

Case 3:17-cv-01362   Document 1513-1   Filed 01/13/22   Page 119 of 157 PageID #: 74567

| ndc | descrip | form | misc1 PREPAR | vendor | DP number | LDP number (descrip) | type | code |
|---|---|---|---|---|---|---|---|---|
| 11868-0002-06 | 666 COLD | LIQ | | MONTICELLO DRUG | | 2810971 666 COLD PREP LIQ 16OZ | 8 PPA | P |
| 11868-0003-16 | 666 COLD | TAB | | MONTICELLO DRUG | 122428 | 2810887 666 COLD TB 16 | 8 PPA | P |
| 11868-0003-32 | 666 COLD | TAB | | MONTICELLO DRUG | 122439 | 2810905 666 COLD TB 32 | 8 PPA | P |
| 50383-0113-04 | GUAITUSS CF | SYP | | HI-TECH | 897310 | 2585420 GUAIATUSSIN CF SR 120ML   HTP | 8 PPA | P |
| 51611-0021-50 | GELPIRIN | LIQ | #NAME? | ALRA | 252034 | 2290051 GELPIRIN CCF TB 50   ALR | 8 PPA | P |
| 54092-0401-04 | CHERACOL PLU | SYP | COLD | ROBERTS PHARMACEUTICAL | 180998 | 1096015 CHERACOL PLUS EL 4OZ   RBM | 8 PPA | P |
| 54092-0401-08 | CHERACOL PLU | SYP | COLD | ROBERTS PHARMACEUTICAL | 959877 | 1096262 CHERACOL PLUS EL 6OZ   RBM | 8 PPA | P |
| 54198-0157-16 | LIQUI-HISTIN | ELX | DM | LIQUIPHARM | 959866 | 2303438 LIQUI-HISTINE-D EL 16OZ   MVP | 8 PPA | P |
| 54198-0158-16 | LIQUI-HISTIN | ELX | | LIQUIPHARM | 871044 | 2303410 LIQUI-HISTINE DM EL 16OZ AF SF LIQ   MVP | 8 PPA | P |
| 55370-0319-12 | BROMPHENYL | ELX | 2-12.55 | MOVA | 871052 | 2181388 BROMPHENYL EL 120ML   MVP | 8 PPA | P |
| 55370-0319-24 | BROMPHENYL | ELX | 2-12.55 | MOVA | 871125 | 2181378 BROMPHENYL EL 6OZ   MVP | 8 PPA | P |
| 55370-0320-12 | GUAIFENESIN | SYP | CF | MOVA | 871176 | 2181352 GUAIFENESIN CF SR 120ML   MVP | 8 PPA | P |
| 55370-0320-24 | GUAIFENESIN | SYP | CF | MOVA | 871134 | 2181346 GUAIFENESIN CF SYRUP 8OZ   MVP | 8 PPA | P |
| 55370-0321-12 | TUSSAMINIC | SOL | EXPECT | MOVA | 871150 | 2181287 TUSSAMINIC/GUAIF SR 4OZ   MVP | 8 PPA | P |
| 55370-0321-24 | TUSSAMINIC | SOL | EXPECT | MOVA | 871192 | 2181279 TUSSAMINIC/GUAIF SYRUP 8OZ   MVP | 8 PPA | P |
| 55370-0322-12 | TUSSAMINIC | SYP | 1-4.255 | MOVA | 880855 | 2181311 TUSSAMINIC/CPM SR 4OZ   MVP | 8 PPA | P |
| 55370-0322-24 | TUSSAMINIC | SYP | 1-4.255 | MOVA | 270656 | 2181303 TUSSAMINIC/CPM SYRUP 8OZ   MVP | 8 PPA | P |
| 55370-0324-12 | TUSSAMINIC | SOL | MULT- | MOVA | 270654 | 2181261 TUSSAMINIC/L SYRUP 4OZ   MVP | 8 PPA | P |
| 59390-0006-35 | ALTARUSSIN | SYP | CF | ALTAIRE | 270653 | 2139756 ALTARUSSIN CF SR 120ML   ALT | 8 PPA | P |
| 59390-0008-41 | ALTARUSSIN | SYP | 2-12.55 | ALTAIRE | 860604 | 2139742 ALTARUSSIN CF SR 8OZ   ALT | 8 PPA | P |
| 59390-0001-41 | ALTAMINIC | SOL | | ALTAIRE | 847391 | 2706562 ALTAMINIC SR 4OZ COLD/ALLERGY ALT | 8 PPA | P |
| 59390-0001-35 | ALTAMINIC | SOL | | ALTAIRE | 889016 | 2706547 ALTAMINIC SR 4OZ COLD/ALLERGY ALT | 8 PPA | P |
| 59390-0020-01 | ALTAMINIC DM | SYP | | ALTAIRE | 949955 | 2706539 ALTAMINIC SR 8OZ COLD/ALLERGY ALT | 8 PPA | P |
| 59390-0020-41 | ALTAPP | ELX | 2-12.55 | ALTAIRE | 913235 | 2139798 ALTAMINIC DM COUGH SR 120ML   ALT | 8 PPA | P |
| 59390-0020-46 | ALTAPP | ELX | 2-12.55 | ALTAIRE | 270651 | 2139780 ALTAPP EL 4OZ   ALT | 8 PPA | P |
| 59390-0020-47 | ALTAPP | ELX | 2-12.55 | ALTAIRE | 270653 | 2139707 ALTAPP EL 240ML   ALT | 8 PPA | P |
| 59390-0021-35 | ALTORANT | ELX | EXP | ALTAIRE | 259344 | 2277374 ALTAPP EL 480ML   ALT | 8 PPA | P |
| 59390-0021-41 | ALTORANT | SYP | EXP | ALTAIRE | 259346 | 2301076 ALTATAPP EL 2MG 3940ML   ALT | 8 PPA | P |
| 59390-0075-15 | ALTORANT | LIQ | 2-12.55 | ALTAIRE | 259348 | 2706570 ALTORANT EL 8OZ AF   ALT | 8 PPA | P |
| 60432-0056-04 | MYTUSSIN CF | SYP | | MORTON GROVE PHARMACEUTICALS | 253926 | 2706547 ALTORANT EX 8OZ AF   ALT | 9 PPA | P |
| 60432-0056-08 | MYTUSSIN CF | SYP | | MORTON GROVE PHARMACEUTICALS | 253925 | 2706538 ALTATAPP EL 4OZ AF   ALT | 9 PPA | P |
| 60432-0056-58 | MYTUSSIN CF | SYP | | MORTON GROVE PHARMACEUTICALS | 250087 | 2539385 MYTUSSIN CF COUGH SR 120ML | 9 PPA | P |
| 60432-0121-04 | MYPHETAPP AF | ELX | 2-12.55 | MORTON GROVE PHARMACEUTICALS | 981133 | 2539373 MYTUSSIN CF COUGH SR 240ML | 9 PPA | P |
| 60432-0121-08 | MYPHETAPP AF | ELX | 2-12.55 | MORTON GROVE PHARMACEUTICALS | 455784 | 2539360 MYPHETAPP AF EL 4OZ | 9 PPA | P |
| 60432-0628-04 | MYPHETAPP | ELX | 2-12.55 | FARO PHARMACEUTICAL, INC. | 894680 | 2590875 MYPHETAPP AF EL 240ML GRAP   MGP | 9 PPA | P |
| 60783-0007-04 | DIMEPHENYL | ELX | 2-12.55 | KING PHARMA | 894874 | 2158463 MYPHETAPP EL 480ML   MGP | 9 PPA | P |
| 60814-0113-04 | COLD & ALLER | ELX | 2-12.55 | REXALL MANAGED CARE | 951809 | 2504132 DIMETAPP EL 120ML | 9 PPA | P |
| 60814-0119-04 | TRIMAPHEN | SOL | 2-12.55 | REXALL MANAGED CARE | 961817 | 2214756 COLD/ALLERGY EL 120ML   RXM | 9 PPA | P |
| 60814-0119-08 | GENAMIN COLD | SOL | | REXALL MANAGED CARE | 970477 | 2214617 COUGH EX 4OZ YLW | 9 PPA | P |
| 60814-0120-06 | GENAMIN | SYP | | REXALL MANAGED CARE | 970363 | 2214690 COUGH EX YELLOW 8OZ   RXM | 9 PPA | P |
| 60814-0120-08 | GENAMIN | SYP | EXPECT | REXALL MANAGED CARE | 248808 | 2214696 COUGH EX ORANGE 4OZ   RXM | 9 PPA | P |
| 60976-0125-16 | ORANGE COUGH | SOL | | REXALL | 551333 | 2214581 COUGH SR 8OZ ORNG   RXM | 9 PPA | P |
| 00003-0841-50 | COLDLOC | LOZ | DECONG | APOTHECON | 924709 | 2282473 COLDLOC LIQUID EX 16OZ | 9 PPA | P |
| 00003-0841-51 | COLDLOC | LOZ | DECONG | APOTHECON | 949418 | 1047166 SPEC-T DECONGEST LOZ 10S SQ 84150 | 9 PPA | P |
| 00182-2096-37 | SPEC-T SORE | SYP | 1-8.255 | GOLDLINE | 710547 | 2445997 SPEC-T DECONGESTANT LZ 16   BMS | 9 PPA | P |
| 00182-2097-37 | SPEC-T SORE | SYP | EXPECT | GOLDLINE | 271111 | 2202935 GENAMIN COLD SYR 4OZ SEE 1031053 | 9 PPA | P |
| 00356-3819-10 | CONGESTANT D | TAB | | SIDMAK | 271117 | 2202927 GENAMIN EXP 4OZ   GLD | 9 PPA | P |
| 00573-1235-10 | DRISTAN COLD | TAB | MULT- | URL | 449741 | 1652395 GUAICOUGH CF SR 4OZ   SHN | 9 PPA | P |
| 00677-0115-10 | PHENYLPROPAN | TAB | 25MG | WHITEHALL ROBINS HEALTHCARE | 449763 | 2543729 DIRISTAN TB 100   RUG | 9 PPA | P |
| 00879-0571-28 | BROMATAPP | ELX | 2-12.55 | HALSEY DRUG | 449768 | 1489310 DRISTAN TB TN 12X12 MULTI SYRP | 9 PPA | P |
| 00879-0571-28 | BROMATAPP | ELX | 2-12.55 | HALSEY DRUG | 159832 | 1494392 PHENYLPROPANOL HCL TB | 9 PPA | P |
| 00404-0713-16 | DIMAPHEN | ELX | 2-12.55 | MAJOR PHARMACEUTICALS | | 2212579 BROMATAPP EL 240ML SF   HLS | 9 PPA | P |
| 17236-0446-01 | SINUSTAB | TAB | | DIXON-SHANE | | 2277481 BROMATAPP EL 3940ML SF GRAPE HLS | 9 PPA | P |
| 17236-0446-04 | SINUSTAB | TAB | | CIBA SELF MEDICATION | | 2204618 DIMAPHEN EL 480ML   MJR | 40 PPA | P |
| 00083-0143-17 | ACUTRIM LD | TAB | 75MG CR | CIBA SELF MEDICATION | | 2711117 SINUSTAB TB 100   DXS | 40 PPA | P |
| 00083-0143-37 | ACUTRIM LD | TAB | 75MG CR | CIBA SELF MEDICATION | | 2712326 SINUSTAB TB 1000 | 40 PPA | P |
| 00083-0145-17 | ACUTRIM II | TAB | | CIBA SELF MEDICATION | | 1003193 ACUTRIM LATE DAY TB 20 014317 | 40 PPA | P |
| | | | | | | 1003193 ACUTRIM LATE DAY TB 40 014337 | 40 PPA | P |
| | | | | | | 1396753 ACUTRIM II TB 20 MAX-STRN | 40 PPA | P |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019311

CAH_MDL_PRIORPROD_DEA07_01384174

P-14290 _ 00280

| ndc | dcc | descrip | form | mbr1 | Ne vendor | DP number | descrip | type | code |
|---|---|---|---|---|---|---|---|---|---|
| 00083-0145-37 | 83014537 | ACUTRIM II | TAB | 75MG CR | CIBA SELF MEDICATION | 159840 | 1396770 ACUTRIM TB 40 MAX-STRN | 40 PPA | P |
| 00083-0188-17 | 83018817 | ACUTRIM | TAB | 75MG CR | CIBA SELF MEDICATION | 20974 | 2048494 ACUTRIM TB 75MG 20 16-HR | 40 PPA | P |
| 00083-0188-37 | 83018837 | ACUTRIM | TAB | 75MG CR | CIBA SELF MEDICATION | 20982 | 1046503 ACUTRIM TB 75MG 40 16-HR | 40 PPA | P |
| 00603-13609 | 603013609 | DIETRIM ES | TAB | 75MG ES | QUALITEST | 872938 | 2149177 DIETRIM ES TB 20 | 40 PPA | P |
| 00904-2436-39 | 004243839 | MEGA-TRIM | TAB | 25MG | FOX PHARMACEUTICALS | 371904 | 2474393 MEGA-TRIM CAP 40 | 40 PPA | P |
| 00425-0201 | 1042500201 | SUP DORINEX | TAB | 25MG | FOX PHARMACAL INC | 474401 | 1379148 ODRINEX SUPER TAB 110S | 40 PPA | P |
| 00425-0202 | 1042500202 | SUP DORINEX | TAB | 25MG | FOX PHARMACAL INC | 474398 | 1376920 ODRINEX SUPER TAB 50S | 40 PPA | P |
| 72959-16021 | 72959-16021 | THINZ-SPAN | TAB | 75MG ER | ALVA-AMCO | 331805 | 1505592 THINZ SPAN DIET CAPS 21S | 40 PPA | P |
| 73865-69126 | 738565-69126 | HUNGREX PLUS | CAP | DIET | ALLEGHANY | 4994 | 1077148 HUNGREX PLUS TAB H7 128S | 40 PPA | P |
| 73865-74600 | 738567-4800 | PERMATHENE | CAP | | ALLEGHANY | 12002 | 1254706 PERMATHENE TRL DIET CAP 48S | 40 PPA | P |
| 00677-1236-60 | 677122660 | UNI-SLIM | CAP | | URL | 593087 | 1495449 UNI-SLIM CAP 20S | 42 PPA | P |
| 94604-31710 | 946043-1710 | GRAPEFRUIT | CAP | | NAT-RUL HEALTH PRODUCTS | 915645 | 2377133 GRAPEFRUIT DIET TAB 100S | 42 PPA | P |
| 37205-0109-60 | 37205010960 | COLD | SYP | | LEADER BRAND PRODUCTS | 968722 | 2256279 LDR COLD CAPS 20CT | 70 PPA | P |
| 37205-0116-26 | 37205011628 | TRIACTING | SYP | 1-6.25/5 | LEADER BRAND PRODUCTS | 928283 | 2313021 LDR TRIACTING SYRUP 4OZ 11028 | 70 PPA | P |
| 37205-0140-26 | 37205014028 | TRIACTING | TAB | MULT- | LEADER BRAND PRODUCTS | 928275 | 2313005 LDR TRIACTING MULT-SYMP 4OZ 14526 | 70 PPA | P |
| 37205-0182-28 | 37205018028 | THERA-HIST | TAB | 12.75 ER | LEADER BRAND PRODUCTS | 968823 | 2293390 LDR THERAHIST EXPCT 4OZ 16225 | 70 PPA | P |
| 37205-0306-42 | 37205030642 | BROMATAPP | CAP | 12.75 ER | LEADER BRAND PRODUCTS | 933481 | 2183430 LDR BROMATAPP EXT RLF TAB 24CT | 70 PPA | P |
| 37205-0451-42 | 37205045162 | DIBROMM | CAP | 8-75 CR | LEADER BRAND PRODUCTS | 17843 | 2312881 LDR PSEUDO COLD & ALLERGY TB 24CT | 70 PPA | P |
| 37205-0452-52 | 37205048252 | COLD | TAB | RELIEF | LEADER BRAND PRODUCTS | 963906 | 1376375 LDR COLD CAPS 10CT | 70 PPA | P |
| 37205-0494-60 | 37205049460 | EFFER COLD | CAP | SEVERE | LEADER BRAND PRODUCTS | 968749 | 1783448 LDR EFF COLD TAB 20CT 49460 | 70 PPA | P |
| 37205-0501-73 | 37205050173 | COLD & FLU | CAP | | LEADER BRAND PRODUCTS | 927244 | 1759232 LDR COLD & FLU SEVERE CP 16CT | 70 PPA | P |
| 37205-0860-73 | 37205080073 | ALLERHIST-D | TAB | DM | LEADER BRAND PRODUCTS | 968892 | 2312924 LDR ALLERHIST-D 16CT 86073 | 70 PPA | P |
| 37205-0939-26 | 37205093926 | COLD & COUGH | TAB | 1-2.5/5 | LEADER BRAND PRODUCTS | 968984 | 1758143 LDR COLD & COUGH DM ELIXIR 4OZ | 70 PPA | P |
| 37205-0952-26 | 37205095426 | COLD & ALLERGY | TAB | | LEADER BRAND PRODUCTS | 955219 | 1831483 LDR COLD & ALLERGY ELIX 4OZ | 70 PPA | P |
| 37205-0965-34 | 37205095634 | TUSSIN CF | SYP | CF | LEADER BRAND PRODUCTS | 678597 | 2302033 LDR TUSSIN CF SR 6OZ | 70 PPA | P |
| 00031-8677-22 | 31887722 | ROBITUSSIN | SYP | CF | WHITEHALL ROBINS HEALTHCARE | 326429 | 1833788 ROBITUSSIN-CF SR 12OZ | 80 PPA | P |
| 00031-8677-25 | 31887725 | ROBITUSSIN | TAB | 25MG | WHITEHALL ROBINS HEALTHCARE | 158862 | 1303767 ROBITUSSIN-CF SR 16OZ | 80 PPA | P |
| 00086-0051-10 | 86005110 | PROPAGEST | SYP | | CARNRICK | 790923 | 1300722 PROPAGEST TB 100 | 80 PPA | P |
| 00472-0712-94 | 472071294 | BROMANATE DM | SYP | | ALPHARMA | 735493 | 2371649 BROMANATE DM EL 120ML | 80 PPA | P |
| 00472-1562-16 | 472156218 | THREAMINE | LIQ | 2-12.5/5 | BARRE-NATIONAL | 652407 | 2195683 THREAMINE EXP PT | 80 PPA | P |
| 00536-0389-90 | 53603099690 | BROMALINE | ELX | PED | RUGBY | 171627 | 1158211 BROMALINE OTC EL 3840ML | 80 PPA | P |
| 00536-0192-75 | 53616275 | TRI-DEC | SYP | 2-12.5/5 | RUGBY | 771635 | 1361460 TRI-DEC SR 120Z | 80 PPA | P |
| 00536-0620-75 | 53621575 | TRI-DEC | SYP | MULT- | RUGBY | 860931 | 1394782 TRI-DEC CHLD SR 4OZ | 80 PPA | P |
| 00538-2345-85 | 53623485 | BROMALINE | ELX | PLUS | RUGBY | 861847 | 1185842 BROMALINE OPAL 6L 480ML | 80 PPA | P |
| 00536-2682-97 | 53628297 | TRIPHENICOLD | SYP | EXPECT | RUGBY | 680940 | 1649946 TRIPHENICOLD MULT SYM LQ 4OZ | 80 PPA | P |
| 00536-3389-35 | 53633935 | BROMALINE | TAB | TIMED | RUGBY | 839552 | 1325760 BROMALINE PLUS TABS 24 | 80 PPA | P |
| 00536-4979-01 | 53449791 | COLD | TAB | | RUGBY | 675520 | 1624949 COLD TAB 100S W/EXPECT | 80 PPA | P |
| 00904-0214-12 | 90421412 | DIMAPHEN | TAB | | MAJOR PHARMACEUTICALS | 589750 | 2163673 DIMAPHEN TB 12 | 80 PPA | P |
| 00904-0216-24 | 90421624 | DIMAPHEN | TAB | | MAJOR PHARMACEUTICALS | 749370 | 2164002 DIMAPHEN TB 24 | 80 PPA | P |
| 00904-0303-16 | 90407100 | THERA-HIST | ELX | 2-12.5/5 | MAJOR PHARMACEUTICALS | 698741 | 1644301 THERAHIST ELIX 4OZ | 80 PPA | P |
| 00904-0407-30 | 90407300 | DIMAPHEN | ELX | 2-12.5/5 | MAJOR PHARMACEUTICALS | 710555 | 2162816 DIMAPHEN ELIX 4OZ | 80 PPA | P |
| 00904-0713-20 | 90407328 | DIMAPHEN | ELX | 2-12.5/5 | MAJOR PHARMACEUTICALS | 935288 | 2163996 DIMAPHEN ELIX 4OZ | 80 PPA | P |
| 00904-0713-00 | 92706338 | DIMAPHEN | ELX | 2-12.5/5 | MAJOR PHARMACEUTICALS | 935288 | 2162675 DIMAPHEN EL 3840ML | 80 PPA | P |
| 00827-0033-63 | 92701385 | SINAPILS | TAB | | PFEIFFER | 23166 | 1488519 SINAPILS TB 36 | 80 PPA | P |
| 00827-0133-63 | 92705324 | SINAPILS | TAB | | PFEIFFER | 88072 | 1488519 SINAPILS TB 36 | 80 PPA | P |
| 00827-0052-24 | 54092004105 | TRI-NEFRIN | TAB | 2-12.5/5 | PFEIFFER | 568765 | 1485535 TRI-NEFRIN X/S TAB 24S | 80 PPA | P |
| 54092-0041-05 | 92700323 | PYROXATE | TAB | 25-5/5ML | ROBERTS PHARMACEUTICAL | 569763 | 1188739 PYROXATE CAP 500S | 80 PPA | P |
| 00827-0013-23 | 47291723 | THERA-HIST | TAB | PED | WARNER CHILCOTT | 466808 | 2659166 DIMETAPP EL 240ML | 80 PPA | P |
| 00047-2917-23 | 47294123 | HYDROMINE | SYP | 4-75 CR | WARNER CHILCOTT | 466956 | 2032596 Hydromin 25 mg 16OZ | 80 PPA | P |
| 00047-2691-23 | 47294123 | HYDROMINE | CAP | | AMERICAN PHARMACEUTICAL CO. | 466948 | 2032712 Hydromin SR 25 mg 16OZ | 999 PPA | P |
| 00047-0613-21 | 64046301 | TIMED COLD | CAP | | AMERICAN PHARMACEUTICAL CO. | 628767 | 1843390 Un Timed Cold CP 10 | 999 PPA | P |
| 00084-0608-04 | 64060804 | TRISTINE | SYP | 2-12.5/5 | AMERICAN PHARMACEUTICAL CO. | 373281 | 1842750 Un Tristine SR 120 ml | 999 PPA | P |
| 00084-0608-04 | 64060904 | TRISTINE | SOL | EXPECT | AMERICAN PHARMACEUTICAL CO. | 571928 | 1842550 Un Tristine Ex 120 ML | 999 PPA | P |
| 00084-0621-32 | 84062132 | ALLERGY/COLD | ELX | | AMERICAN PHARMACEUTICAL CO. | 127653 | 2417871 Un Allergy and Cold EL 120 ml | 999 PPA | P |
| 00093-0110-01 | 93011001 | RHINEX D-LAY | TAB | SA | GATE | 757209 | 1989036 Rhinex D-Lay SA 100 | 999 PPA | P |
| 00093-0110-10 | | RHINEX D-LAY | TAB | SA | GATE | | 2053027 Rhinex D-Lay SA Tab 1000 | 999 PPA | P |
| 00182-1405-40 | 18214840 | NEW DECONGES | SYP | | GOLDLINE | | 1470567 Tri-Phenmine 480 ML | 999 PPA | P |
| 00182-6055-37 | 18206557 | COLD/ALLERGY | ELX | PED | GOLDLINE | | 2639573 Cold and Allergy 120 ml | 999 PPA | P |

Page 8

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019312

CAH_MDL_PRIORPROD_DEA07_01384175

P-14290 _ 00281

| ndc4 | ndc | descrip | form | misc1 | vendor | DP number | descrip | type | code |
|---|---|---|---|---|---|---|---|---|---|
| 00182-6140-37 | 18261403? | PEDIACON DX | SYP | CHILDRE | GOLDLINE | 883033 | 2667830 Pediacon DX Chit 120 ml | 999 PPA | P |
| 00294-8001-14 | 24980014 | HISTAFED | SYP | GERIATRIC | GERIATRIC | | 2633352 Histafed Ped OTC 120 ml | 999 PPA | P |
| 00276-1150-01 | 276115001 | RESPINOL LA | TAB | CR | MISEMER | 480564 | 2017560 Respinol LA 100 | 999 PPA | P |
| 00276-1615-01 | 276161501 | TUSSANIL | TAB | DH | MISEMER | 373206 | 1998896 Tussanil PH 100 | 999 PPA | P |
| 00372-0004-04 | 372000404 | S-T FORTE | SYP | W/SUGA | SCOT-TUSSIN | 830178 | 2665545 S-T Forte 120 ml | 999 PPA | P |
| 00372-0004-08 | 372000408 | S-T FORTE | SYP | W/SUGA | SCOT-TUSSIN | 830184 | 2665552 S-T Forte 240 ml | 999 PPA | P |
| 00372-0004-28 | 372000428 | S-T FORTE | SYP | W/SUGA | SCOT-TUSSIN | 830194 | 2665560 S-T Forte 480 ml | 999 PPA | P |
| 00372-0005-04 | 372000501 | S-T FORTE | SYP | W/SUGA | SCOT-TUSSIN | 830259 | 2665578 S-T Forte 3840 ML | 999 PPA | P |
| 00372-0005-08 | 372000508 | S-T FORTE-SF | LIQ | W/SUGA | SCOT-TUSSIN | 830287 | 2665586 S-T Forte SF 120 ML | 999 PPA | P |
| 00372-2124-48 | 372002428 | S-T FORTE-SF | LIQ | 2-12.5& | SCOT-TUSSIN | 373067 | 2665594 S-T Forte SF 240 ML | 999 PPA | P |
| 00536-0390-58 | 536039058 | BROMANATE | LIQ | CR | BARRE-NATIONAL | 863567 | 2001550 Bromanate 480 ML | 999 PPA | P |
| 00588-3555-01 | 588355501 | BROMALINE | CAP | CR | RUGBY | 368234 | 2680850 Bromaline caplet 180 ml | 999 PPA | P |
| 00839-4221-16 | 659422116 | NASAHIST | CAP | CR | KEENE | 197319 | 1990167 Nasahist 100 | 999 PPA | P |
| 00839-1430-06 | 83914006 | TUSOQUELIN | SYP | CR | CIRCLE | 870168 | 1709252 Tusquelin 200 ml | 999 PPA | P |
| 00839-6372-06 | 83963206 | DECONGEST | TAB | CR | H.L.MOORE | 869661 | 2704005 Decongest TTT 100 | 999 PPA | P |
| 00839-7644-69 | 839764469 | DE-TUSS | CAP | DM | H.L.MOORE | 870790 | 2703973 De-Tuss TTT 100 | 999 PPA | P |
| 00839-7645-69 | 839764569 | DELHISTINE | SYP | #NAME? | H.L.MOORE | 844217 | 2704021 Delhistine DM TTT 480 ML | 999 PPA | P |
| 00839-7945-69 | 839794569 | METAHISTINE | TAB | | H.L.MOORE | 869443 | 2701571 Metahistine EL TT 480 ML | 999 PPA | P |
| 00904-0219-95 | 904021995 | NALPHEN SA | TAB | | MAJOR PHARMACEUTICALS | 749060 | 2628746 Nalphen 100 | 999 PPA | P |
| 00904-0224-15 | 904022415 | ANTI-ALLERGY | TAB | FORMUL | MAJOR PHARMACEUTICALS | 707155 | 2638872 Antiallergy ED 37 5& 20 | 999 PPA | P |
| 00904-4713-09 | 904471309 | EXTREME COLD | ELX | | MAJOR PHARMACEUTICALS | 599760 | 2628725 Extreme Cold Formula 10 | 999 PPA | P |
| 00904-2226-60 | 904222660 | DIMAPHEN | ELX | 2-12.5& | MAJOR PHARMACEUTICALS | 676547 | 2694461 UL Dimaphen 240 ML | 999 PPA | P |
| 11735-0025-11 | 11735002511 | NORPHENAMINE | TAB | CR | MAJOR PHARMACEUTICALS | 655147 | 2624574 Norphanamine SA 100 | 999 PPA | P |
| 11735-0146-16 | 11735014616 | LANTUSS FORT | TAB | | COLUMBIA DRUG | 855155 | 2621183 Lantuss Forte SA 100 | 999 PPA | P |
| 11735-0148-45 | 11735014804 | LANTUSS-XP | TAB | | COLUMBIA DRUG | 897990 | 2621191 Lantuss XP 480 ml | 999 PPA | P |
| 50383-0138-04 | 50383013804 | PHENTEX | SYP | 1-6.25& | HI-TECH | 897981 | 2677535 Phentex 120 ml | 999 PPA | P |
| 50383-0139-04 | 50383013904 | TRI-FEDRINE | SOL | 6.25-50 | HI-TECH | 888040 | 2677617 Tri-fedrine 120 ml | 999 PPA | P |
| 50383-013904 | 50383013904 | TRI-FEDRINE | SOL | | HI-TECH | 897515 | 2677628 Tri-fedrine 402 | 999 PPA | P |
| 50383-0292-04 | 50383029204 | TRI-FEDRICOL | DRO | PED | HI-TECH | 897523 | 2677647 Tri-Fedricol 120 ml | 999 PPA | P |
| 50383-0757-01 | 50383075701 | NALPHEN D | DRO | PED | HI-TECH | 897558 | 2677649 Nalphen Dx Pediactric 30 ml | 999 PPA | P |
| 50383-0783-16 | 50383078316 | NALPHEN EX | SYP | PED | HI-TECH | 897560 | 2677656 Nalphen EX Pediactric 30 ml | 999 PPA | P |
| 50383-0783-28 | 50383078328 | NALPHEN | SYP | | HI-TECH | 897558 | 2677672 Nalphen 480 ml | 999 PPA | P |
| 50383-0784-04 | 50383078404 | NALPHEN | SYP | PED | HI-TECH | 897396 | 2677680 Nalphen 3840 ML | 999 PPA | P |
| 50383-0784-16 | 50383078416 | NALPHEN | SYP | PED | HI-TECH | 897540 | 2677623 Nalphen Pediatric 120 ml | 999 PPA | P |
| 50383-0784-28 | 50383078428 | NALPHEN | SYP | PED | HI-TECH | 897400 | 2677615 Nalphen Pediatric 480 ml | 999 PPA | P |
| 50383-0765-01 | 50383076501 | NALPHEN | DRO | PED | HI-TECH | 897531 | 2677540 Nalphen Pediatric SR 3840 ml | 999 PPA | P |
| 50091-0916-01 | 50091091601 | P-TEX | SOL | | POLY PHARMACEUTICALS | 899156 | 2677664 Nalphen Pediatric 30 ml | 999 PPA | P |
| 50091-0916-01 | 51189001601 | T-KOFF | SOL | | T E WILLIAMS | 271233 | 2829048 P-tex 480 ML | 999 PPA | P |
| 51301-0540-16 | 51301054016 | CODEGEST | SOL | | GREAT SOUTHERN LABS | 654280 | 1792902 T-Koff 480 ML | 999 PPA | P |
| 51301-0540-16 | 51301054016 | CODEGEST | SOL | | GREAT SOUTHERN LABS | 654299 | 2820886 Codegest 480 ML | 999 PPA | P |
| 53746-0096-01 | 53746009601 | PHENTEX-LA | TAB | 75-40MG | INTERPHARM | 895801 | 2820904 Codegest 3480 ML | 999 PPA | P |
| 53746-0096-05 | 53746009605 | PHENTEX-LA | TAB | 75-40MG | INTERPHARM | 763270 | 2696230 Guaifenesin/PhenyF A 00/75 100 | 999 PPA | P |
| 53746-0096-05 | 53746009605 | PHENTEX-LA | TAB | 75-40MG | INTERPHARM | 899855 | 2698239 -Guaifenesin SA A 00/75 100 | 999 PPA | P |
| 59741-0103-04 | 59741010304 | BPM/PPA | ELX | 2-12.5& | BIO-PHARM | 899895 | 2676090 Guaifenesin/Phenyl F 00/75 100 | 999 PPA | P |
| 59741-0103-08 | 59741010308 | BPM/PPA | ELX | 2-12.5& | BIO-PHARM | 899909 | 2678696 Brompheniramine/PP 120 ml | 999 PPA | P |
| 59741-0103-16 | 59741010316 | BPM/PPA | ELX | 2-12.5& | BIO-PHARM | 899925 | 2678704 Brompheniramine/PP 240 ml | 999 PPA | P |
| 59741-0103-20 | 59741010320 | BPM/PPA | ELX | 2-12.5& | BIO-PHARM | 899933 | 2678712 Brompheniramine/PP 480 ml | 999 PPA | P |
| 59741-0114-04 | 59741011404 | BIOTUSS CF | SYP | SINUS | BIO-PHARM | 900060 | 2678720 Brompheniramine/PP 3840 ml | 999 PPA | P |
| 59741-0114-08 | 59741011408 | BIOTUSS CF | SYP | SINUS | BIO-PHARM | 900087 | 2678795 Biotuss CR 120 ml | 999 PPA | P |
| 00009-3739-07 | 93739007 | MOTRIN IB | TAB | SINUS | PHARMACIA & UPJOHN CONSUMER | 472858 | 2678803 Biotuss CR 240 ml | 1 PSE | S |
| 00009-3739-07 | 93739007 | MOTRIN IB | TAB | SINUS | PHARMACIA & UPJOHN CONSUMER | 250791 | 2508590 MOTRIN IB SINUS TB 30 | 1 PSE | S |
| 00045-0803-04 | 45080304 | TYLENOL ALLE | TAB | CHILD | MCNEIL CONSUMER | 449687 | 2508502 MOTRIN IB SINUS CP 30 | 1 PSE | S |
| 00045-0803-04 | 45080304 | TYLENOL FLU | LIQ | | MCNEIL CONSUMER | 885100 | 2431290 TYLENOL GELTAB AS 24 50424 | 1 PSE | S |
| 00182-2139-15 | 182213915 | GENAPAP COLD | TAB | | GOLDLINE | 3577 | 2489755 TYLENOL CHILDRENS EL 4OZ FLU | 1 PSE | S |
| 00235-0592-02 | 235059202 | ALLEREST | TAB | SINUS | CIBA SELF MEDICATION | 487473 | 1045816 ALLEREST SPF TB 20 B1GIF 059202 | 1 PSE | S |
| 00536-0190-00 | 536051090 | ALLERFRIN | SYP | 1.25-30 | RUGBY | 415534 | 2168441 ALLERFRIN SYRUP 12BOZ OTC | 1 PSE | S |
| 00536-4154-07 | 536415407 | PHENAPAP SIN | TAB | HACONG | RUGBY | | 1494523 PHENAPAP/SINUS TAB 30S | 1 PSE | S |

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

CAH SWE 019313

CAH_MDL_PRIORPROD_DEA07_01384176

P-14290 _ 00282

| ndc | ndc | descrip | form | misc1 | Vendor | No | DP Number | Description | Rebr | T type | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00535-432I-01 | 935432101 | PHENAPAP W/O | TAB | DROWSI | RUGBY | | 783668 | 127376 PHENAPAP TB 100 W/O DROWS | RUG | 1 PSE | S |
| 00677-1086-01 | 677086101 | UNI-COACE | TAB | | URL | | 427780 | 1493480 UNI-COACE TAB 100S | URL | 1 PSE | S |
| 00677-1086-156 | 677086156 | UNI-COACE | TAB | | URL | | 592879 | 1493972 UNI-COACE TAB 24S | URL | 1 PSE | S |
| 00677-1542-01 | 677154201 | SINUS | TAB | | URL | | 428374 | 1484442 SINUS TAB NON-DROWSY FORM 100 URL | URL | 1 PSE | S |
| 00869-2916-10 | 869291610 | COLD MEDICIN | TAB | 30MG | CUMBERLAND-SWAN, INC | | 10102 | 1207216 EFFERVES COLD MED 30S | | 1 PSE | S |
| 00869-2980-10 | 869298010 | DECONGESTANT | TAB | MAX-STR | CUMBERLAND-SWAN, INC | | 10108 | 1207299 DECONGESTANT TAB 24S | | 1 PSE | S |
| 00904-7954-24 | 904795424 | MAPAP SINUS | TAB | SINUS | MAJOR PHARMACEUTICALS | | 1497800 | 2516706 MAPAP SINUS CP 24 MS | MJR | 1 PSE | S |
| 00009-3735-01 | 9373501 | MOTRIN IB | TAB | SINUS | PHARMACIA & UPJOHN CONSUMER | | 883573 | 1595230 MOTRIN IB SINUS TAB 20S | UPJ | 1 PSE | S |
| 00009-3738-01 | 9373801 | MOTRIN IB | TAB | SINUS | PHARMACIA & UPJOHN CONSUMER | | 883590 | 1595206 MOTRIN IB SINUS CPLT 20S | | 7 PSE | S |
| 00009-3738-02 | 9373802 | MOTRIN IB | TAB | SINUS | PHARMACIA & UPJOHN CONSUMER | | 883620 | 1595255 MOTRIN IB SINUS CPLT 40S | UPJ | 7 PSE | S |
| 00031-1653-54 | 3165354 | DIMACOL | CAP | | WHITEHALL ROBINS HEALTHCARE | | 549232 | 1357532 DIMACOL COUGH & COLD CAPLET 12 | | 7 PSE | S |
| 00031-1653-64 | 3165364 | DIMACOL | CAP | | WHITEHALL ROBINS HEALTHCARE | | 549224 | 1357524 DIMACOL COLD CAPLET 24S | | 7 PSE | S |
| 00031-1653-63 | 3165363 | DIMACOL | CAP | | WHITEHALL ROBINS HEALTHCARE | | 545279 | 1085430 DIMACOL CAPLET 100S 1653-63 | | 7 PSE | S |
| 00031-2245-46 | 3124546 | DIMETAPP DEC | CAP | | WHITEHALL ROBINS HEALTHCARE | | 349020 | 1913391 DIMETAPP CONGEST LIQUIGEL 12S AHR | | 7 PSE | S |
| 00031-2245-54 | 3124554 | DIMETAPP DEC | CAP | | WHITEHALL ROBINS HEALTHCARE | | 349151 | 1913383 DIMETAPP CONGEST LIQUIGEL 24 | | 7 PSE | S |
| 00031-2260-52 | 3122052 | DIMETAPP | TAB | SINUS | ROBINS CONS | | 801054 | 1668177 DIMETAPP SINUS 20S 2260-52 | | 7 PSE | S |
| 00031-2260-56 | 3122056 | DIMETAPP | TAB | SINUS | ROBINS CONS | | 801062 | 1668185 DIMETAPP SINUS 40S 2260-56 | | 7 PSE | S |
| 00031-1800-46 | 3180046 | DIMETAPP PED | CAP | CLD/CGH | WHITEHALL ROBINS HEALTHCARE | | 927104 | 2224012 DIMETAPP DECONGEST PEDI 15ML | | 7 PSE | S |
| 00031-1800-52 | 3180052 | ROBITUSSIN | CAP | CLD/CGH | WHITEHALL ROBINS HEALTHCARE | | 856640 | 1878891 ROBITUSSIN COLD COLD LIQ-GEL 12S | | 7 PSE | S |
| 00031-1601-46 | 3180146 | ROBITUSSIN | CAP | SEV | WHITEHALL ROBINS HEALTHCARE | | 856657 | 1879147 ROBITUSSIN COLD COLD LIQ-GEL 20S | | 7 PSE | S |
| 00031-1601-52 | 3180152 | ROBITUSSIN | CAP | SEV | WHITEHALL ROBINS HEALTHCARE | | 856673 | 1879337 ROBITUSSIN SEV CONG LIQUICAP 12S | | 7 PSE | S |
| 00031-8002-46 | 3180246 | ROBITUSSIN | CAP | COLD/FL | WHITEHALL ROBINS HEALTHCARE | | 926580 | 1883131 ROBITUSSIN SEV CONG LIQUICAP 20S | | 7 PSE | S |
| 00031-8002-52 | 3180252 | ROBITUSSIN | CAP | COLD/FL | WHITEHALL ROBINS HEALTHCARE | | 926598 | 2238780 ROBITUSSIN CLD/CGH/FLU UGEL 12S | | 7 PSE | S |
| 00031-8002-52 | 3180252 | ROBITUSSIN | CAP | NIGHT- | WHITEHALL ROBINS HEALTHCARE | | 248169 | 2238798 ROBITUSSIN CLD/CGH/FLU UGEL 20S | | 7 PSE | S |
| 00043-0472-06 | 43047206 | THERAFLU MAX | POW | NO | NOVARTIS CONS | | 925440 | 2238780 ROBITUSSIN NTCP 20 LIQUIGEL | | 7 PSE | S |
| 00045-0120-24 | 45012024 | PEDIACARE | CHW | CF/COLD | MCNEIL CONSUMER | | 73557 | 2248468 THERAFLU MS NON DROWSY 6S | | 7 PSE | S |
| 00045-0172-06 | 45017106 | TYLENOL FLU | POW | NIGHTIM | MCNEIL CONSUMER | | 550566 | 1279326 PEDIACARE GELTAB 16S 16 S CHEW | | 7 PSE | S |
| 00045-0172-24 | 45017224 | TYLENOL COLD | TAB | | MCNEIL CONSUMER | | 66200 | 2185239 TYLENOL FLU NIGHTTIME MS PW 6S | | 7 PSE | S |
| 00045-0172-50 | 45017250 | TYLENOL COLD | TAB | | MCNEIL CONSUMER | | 168706 | 1013184 TYLENOL COLD TAB 24S 172-24 | | 7 PSE | S |
| 00045-0174-10 | 45017410 | TYLENOL FLU | CAP | NIGHTIM | MCNEIL CONSUMER | | 550590 | 1013200 TYLENOL COLD TAB 50S 0172-50 | | 7 PSE | S |
| 00045-0174-20 | 45017420 | TYLENOL FLU | CAP | NIGHTIM | MCNEIL CONSUMER | | 550680 | 2185213 TYLENOL MS NIGHT FLU GELCAP 10S | | 7 PSE | S |
| 00045-0191-50 | 45019124 | SINE-AID | TAB | MAX STR | MCNEIL CONSUMER | | 431354 | 2185221 TYLENOL MS NIGHT FLU GELCAP 20S | | 7 PSE | S |
| 00045-0521-12 | 45021412 | SINE-AID | TAB | MAX STR | MCNEIL CONSUMER | | 431302 | 1053576 SINE-AID CAPLET XS 24S 19124 | | 7 PSE | S |
| 00045-0214-24 | 45021424 | TYLENOL COLD | TAB | SEV | MCNEIL CONSUMER | | 442778 | 1053600 SINE-AID CAPLET XS 50S 19150 | | 7 PSE | S |
| 00045-0285-24 | 45028524 | TYLENOL COLD | CAP | SEV | MCNEIL CONSUMER | | 442778 | 2489730 TYLENOL CLD SEVERE CONGESTION 12 | | 7 PSE | S |
| 00045-0285-50 | 45028550 | TYLENOL COLD | CAP | | MCNEIL CONSUMER | | 431311 | 2489748 TYLENOL CLD SEVERE CONGESTION 24 | | 7 PSE | S |
| 00045-0229-24 | 45022924 | TYLENOL | TAB | SINUS | MCNEIL CONSUMER | | 431303 | 1053628 TYLENOL COLD CAPLET 24S 285-24 | | 7 PSE | S |
| 00045-0229-48 | 45022948 | TYLENOL | TAB | SINUS | MCNEIL CONSUMER | | 808386 | 1054410 TYLENOL COLD CAPLET 50S 285-50 | | 7 PSE | S |
| 00045-0290-20 | 45029020 | TYLENOL | TAB | SINUS | MCNEIL CONSUMER | | 553298 | 2186556 TYLENOL SINUS TB 24S | | 7 PSE | S |
| 00045-0357-16 | 45029050 | SINE-AID IB | TAB | | MCNEIL CONSUMER | | 888394 | 2529182 TYLENOL SINUS TB 48 GEL | | 7 PSE | S |
| 00045-0299-20 | 45029600 | PEDIACARE | CHW | | MCNEIL CONSUMER | | 865249 | 2186864 TYLENOL SINUS GELTAB 60S | | 7 PSE | S |
| 00045-0357-16 | 45005716 | SINE-AID | TAB | COLD/AL | MCNEIL CONSUMER | | 412282 | 1906197 SINE AID CAPLET IB 20S 28920 MCN | | 7 PSE | S |
| 00045-0299-20 | 45038100 | SINE-AID | TAB | MAX STR | MCNEIL CONSUMER | | 163015 | 1612282 PEDIACARE CHEW TAB ALLERGY 16S | | 7 PSE | S |
| 00045-0381-10 | 45038120 | SINE-AID | TAB | | MCNEIL CONSUMER | | 162040 | 1124734 SINE-AID GELCAP MAX STR 24S 20S | | 7 PSE | S |
| 00045-0385-40 | 45038540 | TYLENOL ALLE | CAP | SINUS | MCNEIL CONSUMER | | 718700 | 1124924 SINE-AID GELCAP MAX STR 40S | | 7 PSE | S |
| 00045-0385-20 | 45038520 | TYLENOL ALLE | CAP | SINUS | MCNEIL CONSUMER | | 718815 | 1855584 TYLENOL ALLERGY SINUS GELCAP 20S | | 7 PSE | S |
| 00045-0214-24 | 45040542 | TYLENOL | TAB | SINUS | MCNEIL CONSUMER | | 56553 | 1855592 TYLENOL ALLERGY SINUS GELCAP 40S | | 7 PSE | S |
| 00045-0232-50 | 45040550 | TYLENOL | TAB | SINUS | MCNEIL CONSUMER | | 284369 | 1098649 TYLENOL SINUS TAB 24S 405-42 | | 7 PSE | S |
| 00045-0432-50 | 45040842 | TYLENOL COLD | CHW | #PAME7 | MCNEIL CONSUMER | | 992317 | 1376870 TYLENOL SINUS TAB 50S 405-50 | | 7 PSE | S |
| 00045-0443-24 | 45040524 | TYLENOL | TAB | NO | MCNEIL CONSUMER | | 431338 | 2190023 TYLENOL CHLD CLD-CGH CHEW 24S | | 7 PSE | S |
| 00045-0432-50 | 45043250 | TYLENOL | TAB | NO | MCNEIL CONSUMER | | 431346 | 2053683 TYLENOL MS SINUS CAPLET 24S | | 7 PSE | S |
| 00045-0459-24 | 45043224 | TYLENOL COLD | TAB | | MCNEIL CONSUMER | | 882496 | 1053586 TYLENOL COLD CAPLET 24S NO | | 7 PSE | S |
| 00045-0459-50 | 45045924 | TYLENOL COLD | TAB | | MCNEIL CONSUMER | | 602728 | 1099570 TYLENOL ALLERGY SINUS CPLT 24 NITE | | 7 PSE | S |
| 00045-0461-24 | 45045950 | TYLENOL ALLE | TAB | SINUS | MCNEIL CONSUMER | | 602736 | 1533319 TYLENOL COLD CAPLET 24S NITE | | 7 PSE | S |
| 00045-0461-50 | 45046124 | TYLENOL ALLE | TAB | SINUS | MCNEIL CONSUMER | | 634905 | 1535327 TYLENOL COLD CAPLET 50S NO | | 7 PSE | S |
| 00045-0473-24 | 45046150 | TYLENOL ALLE | TAB | SINUS | MCNEIL CONSUMER | | 634691 | 1282276 TYLENOL ALLERGY SINUS CAPLT 24S | | 7 PSE | S |
| 00045-0473-24 | 45047224 | SINE-AID | TAB | MAX STR | MCNEIL CONSUMER | | 651117 | 1282185 TYLENOL ALLERGY SINUS CAPLT 50S | | 7 PSE | S |
| | | | | | | | | 1114578 SINE AID MS TAB 24S 473-24 | | 7 PSE | S |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019314

CAH_MDL_PRIORPROD_DEA07_01384177

P-14290 _ 00283

| ndc | ndc | descrip | form | misc1 | vendor | No | DP number | qtn | descrip | dep. | type | code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00045-0473-60 | 45047350 | SINE-AID | TAB | MAX-STR | MCNEIL CONSUMER | | 655125 | 1114586 | SINE AID MS TAB 50S 473-50 | 7 | PSE | S |
| 00045-0476-06 | 45047606 | TYLENOL COLD | POW | | MCNEIL CONSUMER | | 694347 | 1830045 | TYLENOL COLD PACKET 6S 47606 | 7 | PSE | S |
| 00045-0480-20 | 45048020 | TYLENOL SIN | CAP | | MCNEIL CONSUMER | | 694363 | 1830363 | TYLENOL SINUS GELCAP 24S MS 48020 | 7 | PSE | S |
| 00045-0480-40 | 45048040 | TYLENOL SIN | CAP | | MCNEIL CONSUMER | | 694371 | 1830355 | TYLENOL SINUS GELCAP 50S MS 48040 | 7 | PSE | S |
| 00045-0561-20 | 45056120 | TYLENOL COLD | TAB | -NO- | MCNEIL CONSUMER | | 786918 | 1612324 | TYLENOL COLD GELCAP 24S NDROW | 7 | PSE | S |
| 00045-0616-40 | 45061640 | TYLENOL COLD | TAB | -NO- | MCNEIL CONSUMER | | 786900 | 1612332 | TYLENOL COLD GELCAP 40S NDROW | 7 | PSE | S |
| 00045-0841-10 | 45084110 | TYLENOL FLU | TAB | -NO- | MCNEIL CONSUMER | | 858285 | 1021310 | TYLENOL FLU GELCAP 10S | 7 | PSE | S |
| 00045-0841-20 | 45084120 | TYLENOL FLU | TAB | -NO- | MCNEIL CONSUMER | | 858293 | 1021302 | TYLENOL FLU GELCAP 20S | 7 | PSE | S |
| 00054-4475-25 | 54474325 | PSEUDOEPHEDR | TAB | 30MG | ROXANE | | 308102 | 1286540 | PSEUDOEPHED HCL TB 30MG 100 ROX | 7 | PSE | S |
| 00054-8102-61 | 54874325 | PSEUDOEPHEDR | TAB | 30MG | ROXANE | | 143113 | 1166792 | PSEUDOEPHED HCL TB 30MG 100UD DOW | 7 | PSE | S |
| 00068-8102-61 | 68010261 | SINGLET | TAB | | SKB CONSUMER HEALTHCARE L.P. | | 491942 | 1884616 | SINGLET TAB 100S 10261 | 7 | PSE | S |
| 00081-0018-12 | 81001812 | ACTIFED | TAB | | WARNER WELLCOME | | 179340 | 168004 | ACTIFED TAB 12S 21052 | 7 | PSE | S |
| 00081-0018-24 | 81001824 | ACTIFED | TAB | | WARNER WELLCOME | | 179357 | 168004 | ACTIFED TAB 24S 21052 | 7 | PSE | S |
| 00081-0018-48 | 81001848 | ACTIFED | TAB | | WARNER WELLCOME | | 120332 | 1344472 | ACTIFED TAB 48S 21052 | 7 | PSE | S |
| 00081-0018-55 | 81001855 | ACTIFED | TAB | | WARNER WELLCOME | | 17964 | 1289743 | ACTIFED TB 100 21018 | 7 | PSE | S |
| 00081-0082-10 | 81008010 | ACTIFED PLUS | TAB | | WARNER WELLCOME | | 648973 | 1700145 | ACTIFED PLUS TAB 20S 21080 | 7 | PSE | S |
| 00081-0082-20 | 81008020 | ACTIFED PLUS | TAB | | WARNER WELLCOME | | 648965 | 1700152 | ACTIFED PLUS TAB 40S 21081 | 7 | PSE | S |
| 00081-0082-40 | 81008040 | ACTIFED PLUS | TAB | | WARNER WELLCOME | | 648949 | 1700160 | ACTIFED CL COLD/SINUS 20 | 7 | PSE | S |
| 00081-0091-24 | 81009124 | ACTIFED PLUS | CAP | | WARNER WELLCOME | | 648957 | 1700178 | ACTIFED PLUS CAPL 40S 21083 | 7 | PSE | S |
| 00081-0093-24 | 81009324 | ACTIFED | TAB | | WARNER WELLCOME | | 948748 | 1622539 | ACTIFED SINUS DAY/NGT TB 24 21091 | 7 | PSE | S |
| 00081-0094-02 | 81009402 | ACTIFED ALL | TAB | | WARNER WELLCOME | | 781142 | 2316581 | ACTIFED SINUS DY/NTE CAP 24S 21093 | 7 | PSE | S |
| 00081-0067-13 | 81067713 | SUDAFED COLD | KIT | DAY/NITE | WARNER WELLCOME | | 65385 | 2316581 | ATTFED DISTRIBUTION PACK 10PC DL | 7 | PSE | S |
| 00081-0067-20 | 81067720 | SUDAFED COLD | CAP | I/COUGH | WARNER WELLCOME | | 884005 | 1710672 | SUDAFED CLD/CGH I/COUGH PACK 10PC DL | 7 | PSE | S |
| 00081-0078-24 | 81067824 | SUDAFED SIN | TAB | I/COUGH | WARNER WELLCOME | | 864013 | 1710680 | SUDAFED CLD/CGH I/CGH LOCP 20 22678 | 7 | PSE | S |
| 00081-0078-24 | 81078224 | SUDAFED | TAB | XS | WARNER WELLCOME | | 594685 | 1503160 | SUDAFED TAB 24S 22768 | 7 | PSE | S |
| 00081-0073-13 | 81077313 | SUDAFED COLD | TAB | SINUS | WARNER WELLCOME | | 594649 | 1503168 | SUDAFED SINUS CL 24 22768 | 7 | PSE | S |
| 00081-0073-20 | 81077320 | SUDAFED COLD | TAB | SEVERE | WARNER WELLCOME | | 739227 | 1130954 | SUDAFED SEVERE COLD TAB 10S 22773 | 7 | PSE | S |
| 00081-0082-10 | 81080210 | SUDAFED COLD | TAB | SEVERE | WARNER WELLCOME | | 739235 | 1131560 | SUDAFED SEVERE COLD TAB 20S 73720 | 7 | PSE | S |
| 00081-0082-20 | 81080220 | SUDAFED CHLD | LIQ | 15MG/5M | WARNER WELLCOME | | 101087 | 1131582 | SUDAFED DECONG SYR 4OZ KID 22683 | 7 | PSE | S |
| 00081-0085-24 | 81086524 | SUDAFED | TAB | 30MG | WARNER WELLCOME | | 235969 | 2354883 | SUDAFED DECONG SR 4OZ KID 22863 | 7 | PSE | S |
| 00031-0085-24 | 81086524 | SUDAFED | TAB | 30MG | WARNER WELLCOME | | 82850 | 1127059 | SUDAFED TB 30MG 24 22555 | 7 | PSE | S |
| 00081-0085-48 | 81086548 | SUDAFED | TAB | 30MG | WARNER WELLCOME | | 12606 | 2226880 | SUDAFED TAB 30MG 36PC IRC DL68524 | 7 | PSE | S |
| 00081-0085-55 | 81086555 | SUDAFED | TAB | 30MG | WARNER WELLCOME | | 19038 | 1351402 | SUDAFED TAB 30MG 48S 22854 | 7 | PSE | S |
| 00081-0088-55 | 81086855 | SUDAFED | TAB | 60MG | WARNER WELLCOME | | 19049 | 1026637 | SUDAFED TB 30MG 100 22866 | 7 | PSE | S |
| 00081-0070-24 | 81087024 | SUDAFED | TAB | 60-60 | WARNER WELLCOME | | 19062 | 1026665 | SUDAFED TB 60MG 100 | 7 | PSE | S |
| 00081-0070-48 | 81087048 | SUDAFED PLUS | TAB | 60-60 | WARNER WELLCOME | | 101125 | 1316096 | SUDAFED COLD/ALLERGY TB 24 22879 | 7 | PSE | S |
| 00081-0075-82 | 81087582 | SUDAFED | SYP | COUGH | WARNER WELLCOME | | 102695 | 1137314 | SUDAFED SP 4OZ CHILD COUGH&COLD | 7 | PSE | S |
| 00081-9600-01 | 81960001 | SUDAFED | TAB | SEV | WARNER WELLCOME | | 102747 | 2389021 | SUDAFED SEVERE COLD CAP 12S 22700 | 7 | PSE | S |
| 00081-9600-02 | 81960002 | SUDAFED | TAB | SEV | WARNER WELLCOME | | 101958 | 2389013 | SUDAFED SEVERE COLD CAP 12S 22702 | 7 | PSE | S |
| 00081-9604-76 | 82025076 | EFIDAC24 | TAB | 240MG | CIBA SELF MEDICATION | | 609855 | 1392851 | DRIXORAL TRL 2S 72PC DL147-09 | 7 | PSE | S |
| 00083-2576-24 | 82025078 | EFIDAC24 | TAB | 240MG | CIBA SELF MEDICATION | | 939498 | 2394588 | DRIXORAL SA TAB 10S 147-05 | 7 | PSE | S |
| 00083-0250-93 | 83025093 | DRIXORAL | TAB | | SCHERING-PLOUGH | | 850373 | 1830975 | EFIDAC-24 TB 12 | 7 | PSE | S |
| 00085-0147-01 | 85014701 | DRIXORAL CLD | TAB | | SCHERING-PLOUGH | | 850365 | 1830933 | EFIDAC-24 TB 6 | 7 | PSE | S |
| 00085-0147-02 | 85014702 | DRIXORAL CLD | TAB | I/ALLERG | SCHERING-PLOUGH | | 777585 | 1112416 | DRIXORAL TB COLD&ALLERGY 10 | 7 | PSE | S |
| 00085-0147-03 | 85014703 | DRIXORAL CLD | TAB | I/ALLERG | SCHERING-PLOUGH | | 77593 | 1090517 | DRIXORAL SA TAB 10S 147-02 | 7 | PSE | S |
| 00085-0147-04 | 85014704 | DRIXORAL CLD | TAB | I/ALLERG | SCHERING-PLOUGH | | 77603 | 1112531 | DRIXORAL TB COLD&ALLERGY 20 | 7 | PSE | S |
| 00085-0147-05 | 85014705 | DRIXORAL CLD | TAB | I/ALLERG | SCHERING-PLOUGH | | 256299 | 2562999 | DRIXORAL PL CLD/ALLERGY TB22 TRLSZ | 7 | PSE | S |
| 00085-0147-09 | 85014709 | DRIXORAL CLD | TAB | I/ALLERG | SCHERING-PLOUGH | | 143650 | 1208566 | DRIXORAL SA TAB 40S 147-05 | 7 | PSE | S |
| 00085-0147-10 | 85014710 | DRIXORAL CLD | TAB | I/ALLERG | SCHERING-PLOUGH | | 606855 | 1392851 | DRIXORAL TRL 2S 72PC DL147-09 | 7 | PSE | S |
| 00085-0184-06 | 85018406 | CHLOR-TRIMET | TAB | 6-120 CR | SCHERING-PLOUGH | | 831794 | 1462837 | DRIXORAL CL&ALLRGY DISPENS 18X25 | 7 | PSE | S |
| 00085-0251-03 | 85026103 | DRIXORAL | TAB | COLD/FL | SCHERING-PLOUGH | | 533645 | 1461264 | CHLOR TRIM TB 10 DECON 12HR | 7 | PSE | S |
| 00085-0261-04 | 85026104 | DRIXORAL | TAB | COLD/FL | SCHERING-PLOUGH | | 539544 | 1432103 | DRIXORAL TB COLD&FLU 12 | 7 | PSE | S |
| 00085-0281-06 | 85026106 | DRIXORAL | TAB | COLD/FL | SCHERING-PLOUGH | | 136760 | 1632111 | DRIXORAL TB COLD&FLU 24 | 7 | PSE | S |
| 00085-0261-07 | 85026107 | DRIXORAL | TAB | COLD/FL | SCHERING-PLOUGH | | 631728 | 1500131 | DRIXORAL PL TR 18/S2 DL261-08 PPR 49 | 7 | PSE | S |
| 00085-0251-08 | 85026108 | DRIXORAL | TAB | COLD/FL | SCHERING-PLOUGH | | 939986 | 1500555 | DRIXORAL PL CLD&FLU DISP PK 18X25 | 7 | PSE | S |
| 00085-0251-09 | 85026109 | DRIXORAL | TAB | COLD/FL | SCHERING-PLOUGH | | 5072 | 1100015 | DRIXORAL PLUS TR 18/25 DL26109 | 7 | PSE | S |
| 00085-0508-01 | 85050801 | DRIXORAL ND | TAB | 120MG | SCHERING-PLOUGH | | 651150 | 1717453 | DRIXORAL TAB 10S ND DROW 508-01 | 7 | PSE | S |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019315

CAH_MDL_PRIORPROD_DEA07_01384178

P-14290 _ 00284

| ndc- | ndc | descrp | form | misc1 | vendor | DP number | descrip-ph | dev_i | type | code |
|---|---|---|---|---|---|---|---|---|---|---|
| 00085-0508-02 | 85050802 | DRIXORAL ND | TAB | 120MG | SCHERING-PLOUGH | 55198 | 1711446 DRIXORAL TAB 20S NO DROW 508-02 | | 7 PSE | S |
| 00085-0555-02 | 85055502 | DISOPHROL | TAB | 6-120 CR | SCHERING-PLOUGH | 7377 | 1204773 DISOPHROL CHRONOTB 100 55502 | | 7 PSE | S |
| 00085-0789-01 | 85078901 | DRIXORAL SIN | TAB | 6-120 CR | SCHERING-PLOUGH | 687413 | 1830223 DRIXORAL TB ALLERGY SINUS 12 | | 7 PSE | S |
| 00085-0789-02 | 85078902 | DRIXORAL SIN | TAB | 6-120 CR | SCHERING-PLOUGH | 687421 | 1830231 DRIXORAL TB ALLERGY SINUS 24 | | 7 PSE | S |
| 00085-0789-04 | 85078904 | DRIXORAL SIN | TAB | 6-120 CR | SCHERING-PLOUGH | 256300 | 2563300 DRIXORAL ALLRGYSIN TB 72/2 TRLSZ | | 7 PSE | S |
| 00085-0861-01 | 85086101 | CHLOR-TRIMET | TAB | 60MG | SCHERING-PLOUGH | 727849 | 1863208 CHLOR-TRIM CAP 4HR 24S NDROW PL | | 7 PSE | S |
| 00085-0901-03 | 85090103 | CHLOR-TRIMET | CAP | 4sp-60 | SCHERING-PLOUGH | 77166 | 1272558 CHLOR-TRIM DECON TB 24S 901-03 | | 7 PSE | S |
| 00085-0931-01 | 85093101 | AFRIN | TAB | 120MG | SCHERING-PLOUGH | 687375 | 1830256 AFRIN TAB 12S 931-01 | | 7 PSE | S |
| 00085-0931-02 | 85093102 | AFRIN | TAB | 120MG | SCHERING-PLOUGH | 687383 | 1831247 AFRIN TAB 24S 931-01 | | 7 PSE | S |
| 00085-0931-03 | 85093103 | AFRIN | TAB | 120MG | SCHERING-PLOUGH | 687391 | 1831122 AFRIN TAB 100S 931-03 | | 7 PSE | S |
| 00085-1900-02 | 85190002 | DRIXORAL | CAP | CGH/CON | SCHERING-PLOUGH | 532410 | 1232696 DRIXORAL CGH&CONG CAPS 10S | | 7 PSE | S |
| 00091-0050-01 | 91005001 | FEDAHIST | TAB | 4sp-60 | SCHWARZ PHARMA | 43825 | 1397264 FEDAHIST TB 100 | | 7 PSE | S |
| 00122-0004-66 | 12208046 | NASAL DECAN | TAB | 2.5-60MG | REXALL | 655740 | 2159457 NASAL DECONGESTNT ANTHIST TAB24S | | 7 PSE | S |
| 00122-0813-66 | 12208136 | ANTHIST 12H | TAB | 6-120 CR | REXALL | 655651 | 2159523 ANTIHISTAMINE TAB 12 HR TIMED 10S | | 7 PSE | S |
| 00122-0866-66 | 12208666 | FLU/CG/COLD | POW | MEDICIN | REXALL | 750000 | 2169051 FLU COUGH + CPD 6PK | RXC | 7 PSE | S |
| 00122-0875-66 | 12207566 | SINUS RELIEF | TAB | PLUS | REXALL | 768685 | 2158965 SINUS RELIEF PLUS TB 24 | RXC | 7 PSE | S |
| 00143-1900-10 | 14319001 | 12 HR COLD/CG | TAB | 12-560MG | WEST-WARD | 834514 | 1841414 TRIPROLID/PSEUDO TAB 2.5ML/60MAW | | 7 PSE | S |
| 00182-1031-13 | 18210311 | 12 HR COLD | TAB | 6-120 CR | GOLDLINE | 894479 | 1030810 COLD TB 12HR ANTIHIST TB 20 GLD | | 7 PSE | S |
| 00182-1031-23 | 18210312 | 12 HR COLD | TAB | 6-120 CR | GOLDLINE | 215552 | 1038926 COLD TB 12HR ANTIHIST TB 100 GLD | | 7 PSE | S |
| 00182-1374-89 | 18213748 | PSEUDOEPHEDR | TAB | 60MG | GOLDLINE | 888548 | 2155620 PSEUDOEPHED HCL TB 60MG 100/D GLD | | 7 PSE | S |
| 00182-1459-01 | 18214590 | GENAPHED | TAB | 30MG | GOLDLINE | 128562 | 1756077 GENAPHED TB 30MG 100 | GLD | 7 PSE | S |
| 00182-1459-16 | 18214591 | GENAPHED | TAB | 30MG | GOLDLINE | 128554 | 1759065 GENAPHED TB 30MG 24 | GLD | 7 PSE | S |
| 00182-1459-98 | 18214598 | GENAPHED | TAB | 30MG | GOLDLINE | 669415 | 1830793 GENAPHED TB 30MG 48 | GLD | 7 PSE | S |
| 00182-1471-16 | 18214711 | GENAPHED | TAB | PLUS | GOLDLINE | 128570 | 1758930 GENAPHED PLUS TB 24 | GLD | 7 PSE | S |
| 00182-1605-01 | 18216050 | GENAC | TAB | 2.5-60MG | GOLDLINE | 48570 | 1758101 GENAC TB 100 | GLD | 7 PSE | S |
| 00182-1605-16 | 18216051 | GENAC | TAB | 2.5-60MG | GOLDLINE | 128578 | 1758919 GENAC TB 24 | GLD | 7 PSE | S |
| 00182-1719-16 | 18217191 | SINUS | TAB | | GOLDLINE | 584786 | 2155703 SINUS TB 24 | GLD | 7 PSE | S |
| 00182-1751-01 | 18217510 | TRIPROL/PSE | TAB | 2.5-60MG | GOLDLINE | 728605 | 1720926 TRIPROLIDINE/EPHED TB 100 GLD | | 7 PSE | S |
| 00182-1751-10 | 18217511 | TRIPROL/PSE | TAB | 2.5-60MG | GOLDLINE | 398705 | 1738681 TRIPROLIDINE/P-EPHED TB 1000 GLD | | 7 PSE | S |
| 00182-2145-16 | 18214516 | GENAPAP SINU | TAB | MAX-STR | GOLDLINE | 801631 | 1137603 GENAPAP SINUS CL 24 XS | GLD | 7 PSE | S |
| 00182-2160-16 | 18221601 | GENAPAP COLD | TAB | NO | GOLDLINE | 914509 | 1765924 GENAPAP CT 24 | GLD | 7 PSE | S |
| 00235-0085-01 | 23505850 | FLUICOLD/CG | POW | MEDICIN | CIBA SELF MEDICATION | 726905 | 1044056 FLU COLD&COUGH MED 6 7035-87 | GL | 7 PSE | S |
| 00235-0585-01 | 23505851 | ALLEREST | TAB | MAX-ST | CIBA SELF MEDICATION | 741938 | 1045865 ALLERESTB 24 B1GIF SEE1212836 | | 7 PSE | S |
| 00235-0585-02 | 23505850 | ALLEREST | TAB | MAX-ST | CIBA SELF MEDICATION | 742282 | 1212494 ALLEREST TB 24 MAX-STRN | | 7 PSE | S |
| 00235-0585-04 | 23505854 | ALLEREST | TAB | MAX-ST | CIBA SELF MEDICATION | 679470 | 1277177 ALLEREST TB 72 MAX-STRN | | 7 PSE | S |
| 00235-0592-02 | 23505920 | ALLEREST | TAB | SINUS | CIBA SELF MEDICATION | 281840 | 1167940 ALLEREST SPF TB 20 059202 | | 7 PSE | S |
| 00235-0605-56 | 23506055 | ALLEREST | TAB | NO | CIBA SELF MEDICATION | 3579 | 1045673 ALLERESTB 20 ND SEE148432 | | 7 PSE | S |
| 00235-0605-56 | 23506056 | ALLEREST | TAB | NO | CIBA SELF MEDICATION | 582026 | 1484328 ALLERESTTB 20 ND DROW 060556 | | 7 PSE | S |
| 00235-0624-01 | 23506240 | SINAREST | TAB | NO | CIBA SELF MEDICATION | 140635 | 1097039 SINAREST HA STR TB 24 062401 | | 7 PSE | S |
| 00235-0624-03 | 23506241 | SINAREST | TAB | NO | CIBA SELF MEDICATION | 478822 | 1262260 SINAREST TAB NO DROWSY 20S 063056 | | 7 PSE | S |
| 00235-1179-01 | 23511790 | SINAREST | TAB | HEADAC | CIBA SELF MEDICATION | 140910 | 1264486 SINAREST HA 20S 117901 | RUG | 7 PSE | S |
| 00235-1179-02 | 23511902 | SINAREST | TAB | | CIBA SELF MEDICATION | 140929 | 1149846 SINAREST TAB 40S 117902 | | 7 PSE | S |
| 00364-0225-01 | 36402250 | CONGEST RELI | SYP | 60MG | SCHEIN | 444375 | 1541432 PSEUDOEPHDRINE TAB 60MG100 SHN | | 7 PSE | S |
| 00536-0510-47 | 53605104 | ALLERFRIN | TAB | 4sp-60 | RUGBY | 681350 | 2450237 ALLERFRIN SR 120ML INST | RUG | 7 PSE | S |
| 00536-3015-01 | 53630150 | ALLER-CHLOR | TAB | 4sp-60 | RUGBY | 523410 | 1207422 ALLER-CHLOR DECON TB 100 | RUG | 7 PSE | S |
| 00536-3021-01 | 53630210 | ALLERFRIN | TAB | 2.5-60MG | RUGBY | 376000 | 1173428 ALLERFRIN TB 100 | RUG | 7 PSE | S |
| 00536-3021-10 | 53630211 | ALLERFRIN | TAB | 2.5-60MG | RUGBY | 679194 | 2173482 ALLERFRIN TB 1000 | RUG | 7 PSE | S |
| 00536-3021-35 | 53630213 | ALLERFRIN | TAB | 2.5-60MG | RUGBY | 899000 | 1321755 ALLERFRIN TB 24 OTC BLST | RUG | 7 PSE | S |
| 00536-3513-06 | 53651306 | CO-APAP | TAB | | RUGBY | 708267 | 1241916 CO-APAP TB 50S | RG | 7 PSE | S |
| 00536-3513-10 | 53651310 | CO-APAP | TAB | | RUGBY | 762637 | 1126628 CO-APAP TABS 1M | | 7 PSE | S |
| 00536-3513-35 | 53651335 | CO-APAP | TAB | | RUGBY | 708259 | 1241876 CO-APAP TB 24 | | 7 PSE | S |
| 00536-4154-01 | 53641501 | PHENAPAP SIN | TAB | HA/CONG | RUGBY | 416542 | 1411057 PHENAPAPSINUS TB 24 | RUG | 7 PSE | S |
| 00536-4154-10 | 53641510 | PHEMAPAP SIN | TAB | HA/CONG | RUGBY | 416650 | 1481639 PHENAPAP TB 1000 | RUG | 7 PSE | S |
| 00536-4391-01 | 53643910 | PSEUDOEPHEDR | TAB | 30MG | RUGBY | 609870 | 1245542 PSEUDOEPHED HCL TB 30MG 100 RUG | RUG | 7 PSE | S |
| 00536-4391-10 | 53643911 | PSEUDOEPHEDR | TAB | 30MG | RUGBY | 683302 | 1267194 PSEUDOEPHED HCL TB 30MG 1000 RUG | RUG | 7 PSE | S |
| 00536-4391-15 | 53643915 | PSEUDOEPHEDR | TAB | 30MG | RUGBY | 683209 | 1325596 PSEUDOEPHED HCL TB 30MG 24 RUG | RUG | 7 PSE | S |
| 00536-4396-01 | 53643601 | NASAL DECON | TAB | 60MG | RUGBY | 708607 | 1170430 NASAL DECON ADT TB 100 | RUG | 7 PSE | S |

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019316**

CAH_MDL_PRIORPROD_DEA07_01384179

P-14290 _ 00285

Case 3:17-cv-01362   Document 1513-1   Filed 01/13/22   Page 125 of 157 PageID #: 74573

| ndc... | ndc | descrip | form | misc1 | vendor | Nc | DP number | descrip... | type | code |
|---|---|---|---|---|---|---|---|---|---|---|
| 00536-4399-35 | 53543935 | NASAL DECON | TAB | PLUS | RUGBY | | 187404 | 1323480 NASAL DECON PLUS TAB 30S RG | 7 PSE | S |
| 00536-5877-06 | 53565877 | COLD RELIEF | TAB | | RUGBY | | 310042 | 2450278 COLD RELIEF NF TB 50 | 7 PSE | S |
| 00573-0180-10 | 573018010 | ADVIL COLD/ | TAB | SINUS | WHITEHALL ROBINS HEALTHCARE | | 648680 | 1590298 ADVIL COLD & SINUS CPLT 20S 18010 | 7 PSE | S |
| 00573-0185-20 | 573018520 | ADVIL COLD/ | TAB | SINUS | WHITEHALL ROBINS HEALTHCARE | | 886718 | 1944610 ADVIL COLD & SINUS TAB 20S 18510 | 7 PSE | S |
| 00573-1120-21 | 573112021 | DRISTAN COLD | TAB | NO- | WHITEHALL ROBINS HEALTHCARE | | 886720 | 1944628 ADVIL COLD&SINUS TB 40 | 7 PSE | S |
| 00573-1120-25 | 573112025 | DRISTAN COLD | TAB | NO- | WHITEHALL ROBINS HEALTHCARE | | 754668 | 1404654 DRISTAN COLD CAP 20S N0ROW112021 | 7 PSE | S |
| 00573-1230-20 | 573123020 | DRISTAN JUIC | POW | MIX-N | WHITEHALL ROBINS HEALTHCARE | | 754650 | 1404647 DRISTAN COLD CP 40 ND | 7 PSE | S |
| 00573-1230-30 | 573123030 | DRISTAN JUIC | POW | MIX-N | WHITEHALL ROBINS HEALTHCARE | | 786420 | 1661990 DRISTAN JUICE MIX-IN SS 123020 | 7 PSE | S |
| 00573-1244-20 | 573124420 | DRISTAN COLD | CAP | COUGH | WHITEHALL ROBINS HEALTHCARE | | 786438 | 1661982 DRISTAN JUICE MIX-IN 10S 1230-30 | 7 PSE | S |
| 00573-1265-10 | 573126510 | DRISTAN | TAB | SINUS | WHITEHALL ROBINS HEALTHCARE | | 248268 | 2428200 DRISTAN COLD&COUGH CP 20 LIQUIGEL | 7 PSE | S |
| 00573-1265-20 | 573126520 | DRISTAN | TAB | SINUS | WHITEHALL ROBINS HEALTHCARE | | 177890 | 1066711 DRISTAN SINUS TB 20 1265-10 | 7 PSE | S |
| 00573-1270-20 | 573127020 | DRISTAN COLD | CAP | MAX-STR | WHITEHALL ROBINS HEALTHCARE | | 715975 | 1845555 DRISTAN SINUS TB 40 | 7 PSE | S |
| 00573-1270-30 | 573127030 | DRISTAN COLD | CAP | MAX-STR | WHITEHALL ROBINS HEALTHCARE | | 786448 | 1662002 DRISTAN COLD GELCAP 16S M/S | 7 PSE | S |
| 00573-1280-20 | 573128020 | DRISTAN COLD | CAP | MAX-STR | WHITEHALL ROBINS HEALTHCARE | | 662014 | 1662044 DRISTAN COLD GELCAP 36S M/S | 7 PSE | S |
| 00573-1280-30 | 573128030 | DRISTAN COLD | CAP | MAX-STR | WHITEHALL ROBINS HEALTHCARE | | 861065 | 1884055 DRISTAN COLD ND GELCAPLT 16S M/S | 7 PSE | S |
| 00573-0259-11 | 573025911 | DREXOPHED | SYP | | QUALITEST | | 861061 | 1878321 DRISTAN COLD ND GELCAPLT 36S M/S | 7 PSE | S |
| 00603-0291-18 | 603029118 | SINUS | TAB | | QUALITEST | | 630377 | 2224518 DREXOPHED SYP 1 PINT 20/6MG 10S   QLT | 7 PSE | S |
| 00677-0358-01 | 677035801 | PSEUDOEPHEDR | TAB | 60MG | URL | | 874377 | 2148740 SINUS TABLETS TB 24 | 7 PSE | S |
| 00677-0797-01 | 677079701 | PSEUDOEPHEDR | TAB | 30MG | URL | | 550175 | 1092031 PSEUDOEPHED HCL TB 60MG 100  URL | 7 PSE | S |
| 00617-0797-10 | 617079710 | PSEUDOEPHEDR | SYP | 30MG | URL | | 551414 | 1448877 PSEUDOEPHED HCL TB 30MG 100  URL | 7 PSE | S |
| 00677-0834-41 | 677083441 | UNI-FED | TAB | 1.25-30 | URL | | 551422 | 1311158 PSEUDOEPHED HCL TB 30MG 1000 URL | 7 PSE | S |
| 00677-0863-01 | 677086301 | UNI-SED | TAB | 30MG | URL | | 590495 | 1493967 UNI-FED SR 4CZ                 URL | 7 PSE | S |
| 00677-0863-58 | 677086358 | UNI-SED | TAB | 30MG | URL | | 551406 | 2083301 UNI-SED TAB 30MG 100 | 7 PSE | S |
| 00677-0886-41 | 677088641 | UNI-FED | SYP | 30MG/5M | URL | | 552066 | 1493957 UNI-SED TAB 30MG 24S         URL | 7 PSE | S |
| 00677-0977-01 | 677097701 | UNI-FED | TAB | 2.5-60MG | URL | | 427891 | 1493983 UNI-FED TAB 100S              URL | 7 PSE | S |
| 00677-0977-10 | 677097710 | UNI-FED | TAB | 2.5-60MG | URL | | 552651 | 1449008 UNI-FED TAB 1M | 7 PSE | S |
| 00677-0977-56 | 677097756 | UNI-FED | TAB | 2.5-60MG | URL | | 552653 | 1493975 UNI-FED TB 24 | 7 PSE | S |
| 00677-1061-56 | 677106156 | UNI-SINE | TAB | 500MG | URL | | 590533 | 1493665 UNI-SINE TAB 500MG 24S       URL | 7 PSE | S |
| 00877-1230-56 | 677123056 | UNI-SED PLUS | TAB | Apr-60 | URL | | 593060 | 1495456 UNI-SED PLUS TAB 24S          URL | 7 PSE | S |
| 00877-1233-98 | 677123398 | NASAL DECONG... | TAB | 6-120 CR | URL | | 693117 | 1495446 NASAL DECONGEST TAB 16S        URL | 7 PSE | S |
| 00677-1542-01 | 677154201 | | CAP | | SINUS | | 251458 | 2282218 SINUS NON-DROWSY TB 100        URL | 7 PSE | S |
| 00777-3123-02 | 777312302 | CO-PYRONIL 2 | CAP | | DISTA | | 22531 | 1326534 CO-PYRONIL 2 PULV 24S 3123-12   LLI | 7 PSE | S |
| 00781-1533-01 | 781153301 | PSEUDOEPHEDR | TAB | 30MG | GENEVA | | 227442 | 1545144 PSEUDOEPHED HCL TB 30MG 100 | 7 PSE | S |
| 00781-1533-10 | 781153310 | PSEUDOEPHEDR | TAB | 30MG | GENEVA | | 162633 | 1723659 PSEUDOEPHED HCL TB 30MG 1000 | 7 PSE | S |
| 00781-1535-01 | 781153501 | PSEUDOEPHEDR | TAB | 60MG | GENEVA | | 33928 | 1244508 PSEUDOEPHED HCL TB 60MG 100 | 7 PSE | S |
| 00781-1535-10 | 781153510 | PSEUDOEPHEDR | TAB | 60MG | GENEVA | | 33926 | 1002856 PSEUDOEPHED HCL TB 60MG 1000 | 7 PSE | S |
| 00781-1870-01 | 781187001 | ALLERGY/COLD | TAB | 2.5-60MG | GENEVA | | 290211 | 1088556 ALLERGY COLD TABS 100S         CGP | 7 PSE | S |
| 00839-1543-06 | 839154306 | PSEUDOEPHEDR | TAB | 60MG | H L MOORE | | 201528 | 2417582 PSEUDOEPHED HCL TB 60MG 100 MOR | 7 PSE | S |
| 00839-3984-06 | 839398406 | PSEUDOEPHEDR | TAB | 30MG | H L MOORE | | 201533 | 2417590 PSEUDOEPHED HCL TB 30MG 100 MOR | 7 PSE | S |
| 00869-3984-10 | 869398410 | PSEUDOEPHEDR | TAB | 30MG | CUMBERLAND-SWAN, INC | | 201552 | 2417509 PSEUDOEPHED HCL TB 30MG 100 MOR | 7 PSE | S |
| 00869-3930-10 | 869393010 | COLD MEDICIN | TAB | 2.5-60MG | CUMBERLAND-SWAN, INC | | 9910 | 1204641 NASAL DECON/ANTIHIST 24S | 7 PSE | S |
| 00879-0450-08 | 879045008 | NASAL DIA | SYP | 30MG/6M | HALSEY DRUG | | 958301 | 2297083 PSEUDOEPHED HCL SR 240ML | 7 PSE | S |
| 00879-0450-16 | 879045016 | PSEUDOEPHEDR | SYP | 30MG/6M | HALSEY DRUG | | 958310 | 2297091 PSEUDOEPHED HCL SR 480ML | 7 PSE | S |
| 00879-0450-28 | 879045028 | PSEUDOEPHEDR | SYP | 1.25-30 | HALSEY DRUG | | 958328 | 2297109 PSEUDOEPHED HCL SR 3840ML | 7 PSE | S |
| 00879-0499-08 | 879049908 | TRIPOSED | SYP | 30-325MG | HALSEY DRUG | | 958352 | 2297125 TRIPOSED SR 240ML             HLS | 7 PSE | S |
| 00879-0499-28 | 879049928 | TRIPOSED | SYP | 30-325MG | HALSEY DRUG | | 958360 | 2297133 TRIPOSED SR 3840ML            HLS | 7 PSE | S |
| 00904-0321-24 | 904032124 | SINUS RELIEF | TAB | 6-120 | HALSEY DRUG | | 371939 | 2274450 SINUS RELIEF TB 24 | 7 PSE | S |
| 00904-0321-60 | 904032160 | SINUS RELIEF | TAB | | MAJOR PHARMACEUTICALS | | 707732 | 2305576 SINUS TB 100S                  MJR | 7 PSE | S |
| 00900-0668-39 | 904066839 | DEXAPHEN SA | TAB | 6-120 | MAJOR PHARMACEUTICALS | | 698717 | 2306679 DEXAPHEN SA TB 40 BOXED        MJR | 7 PSE | S |
| 00904-1009-24 | 904100924 | PSEUDOGEST | TAB | PLUS | MAJOR PHARMACEUTICALS | | 707554 | 2306587 PSEUDOGEST PLUS TB 60-MG 24 MJR | 7 PSE | S |
| 00904-2036-24 | 904203624 | BENAPHEN | CAP | CAP | MAJOR PHARMACEUTICALS | | 698547 | 2305548 BENOPHEN PLUS CP 24            MJR | 7 PSE | S |
| 00904-3850-80 | 904385080 | SYMPTOMATIC | TAB | COLD | MAJOR PHARMACEUTICALS | | 749249 | 2305738 COLD SYMPTOMS RELIEF TABS 1M  MJR | 7 PSE | S |
| 00904-5053-59 | 904505359 | SUDOGEST | TAB | 30MG | MAJOR PHARMACEUTICALS | | 556602 | 2303043 PSEUDOGEST TB 30MG 100 | 7 PSE | S |
| 00904-5054-24 | 904505424 | SUDOGEST | TAB | PLUS | MAJOR PHARMACEUTICALS | | 453102 | 2501856 SUDOGEST PLUS TB 60/4MG 24 MJR | 7 PSE | S |
| 00904-5125-80 | 904512580 | SUDOGEST | TAB | 60MG | MAJOR PHARMACEUTICALS | | 575712 | 2533115 SUDOGEST TB 60MG 1000          MJR | 7 PSE | S |
| 00904-5175-80 | 904517580 | ALL-NITE | CAP | | MAJOR PHARMACEUTICALS | | 385312 | 2305357 ALL NITE LIQUID CP 12          MJR | 7 PSE | S |
| 00904-7655-24 | 904765524 | MAPAP COLD | TAB | FORMUL | MAJOR PHARMACEUTICALS | | 707958 | 2306284 MAPAP COLD FORM TB 24 BOXED   MJR | 7 PSE | S |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019317

CAH_MDL_PRIORPROD_DEA07_01384180

P-14290 _ 00286

| old ndc | ndc | descrip | form | misc1 | vendor | DP number | drug description | type | code |
|---|---|---|---|---|---|---|---|---|---|
| 00904-7778-12 | 904777812 | ROBAFEN | CAP | SEVERE | MAJOR PHARMACEUTICALS | 963739 | 2326676 ROBAFEN COUGH/CLD CP 12 MJR | 7 PSE | S |
| 00904-7779-12 | 904777912 | ROBAFEN | CAP | 120-600 | MAJOR PHARMACEUTICALS | 775720 | 2367589 PSEUDOEPHED HCL/GUAIF(GUAPSI)600MG 250 | 7 PSE | S |
| 00904-7861-70 | 904786170 | PSEUDO-G/PSI | TAB | 120-600 | WARNER WELLCOME | 41662 | 1788306 SINUTAB/T CAP M/S ND 32S BON | 7 PSE | S |
| 12547-38425 | 1254736425 | SINUTAB M/S | TAB | NON- | BAYER CONSUMER | 940879 | 2109502 ALKA-SELTZER PLUS GC 12 NIGHTTIME | 7 PSE | S |
| 16500-05301 | 1650005301 | ALKA-SELT + | CAP | N-T COLD | BAYER CONSUMER | 940887 | 2109494 ALKA-SELTZER PLUS LI/GEL NT 20S 5302 | 7 PSE | S |
| 16500-05302 | 1650005302 | ALKA-SELT + | CAP | N-T COLD | BAYER CONSUMER | 940895 | 2109486 ALKA-SELTZER PLUS GC 12 COUGH/CLD | 7 PSE | S |
| 16500-05402 | 1650005402 | ALKA-SELT + | CAP | CLD&CO | BAYER CONSUMER | 940909 | 2109478 ALKA-SELTZER PL LI/GEL CC 20S 5402 | 7 PSE | S |
| 16500-05401 | 1650005401 | ALKA-SELT + | CAP | CLD&CO | BAYER CONSUMER | 940251 | 2109528 ALKA-SELTZER PLUS GC 12 ORIG | 7 PSE | S |
| 16500-05501 | 1650005501 | ALKA-SELT + | CAP | COLD | BAYER CONSUMER | 940260 | 2109510 ALKA-SELTZER PL LI/GEL 20S 5502 | 7 PSE | S |
| 16500-05502 | 1650005502 | ALKA-SELT + | CAP | COLD | BAYER CONSUMER | 940860 | 2319740 ALKA-SELTZER PLUS GC 12 ORIG | 7 PSE | S |
| 16500-06105 | 1650006105 | ALKA-SELTZER | CAP | FLU&BOD | BAYER CONSUMER | 151530 | 2319749 ALKA-SELTZER PLUS GC 12 COLD/FLU | 7 PSE | S |
| 16500-06110 | 1650006110 | ALKA-SELTZER | CAP | FLU&BOD | BAYER CONSUMER | 151050 | 2319756 ALKA-SELTZER PL GC 20 FLU/BDY ND | 7 PSE | S |
| 19810-00772 | 1981000772 | EXCEDRIN | TAB | SINUS | BRISTOL-MYERS | 537748 | 1452362 EXCEDRIN SINUS CAPLETS 50S 772 | 7 PSE | S |
| 87000-92948 | 8700092948 | ORNEX | TAB | MAX STR | MENLEY & JAMES | 133540 | 1177625 ORNEX MAX STR TAB 48S 92948 | 7 PSE | S |
| 10135-0155-01 | 10135015501 | PSEUDOEPHEDR | TAB | 30MG | MARLEX PHARMECEUTICALS | 257024 | 257247 PSEUDOEPHED HCL TB 30MG 100 | 7 PSE | S |
| 10135-0155-10 | 10135015510 | PSEUDOEPHEDR | TAB | 30MG | MARLEX PHARMECEUTICALS | 257025 | 257254 PSEUDOEPHED HCL TB 30MG 1000 | 7 PSE | S |
| 12843-0124-13 | 12843012413 | BAYER SELECT | TAB | SINUS | BAYER CONSUMER | 794338 | 1976645 BAYER SELECT SINUS 24S | 7 PSE | S |
| 12843-0128-14 | 12843012814 | BAYER SELECT | TAB | SINUS | BAYER CONSUMER | 794329 | 2653534 BAYER SELECT SINUS 50S | 7 PSE | S |
| 12843-0176-29 | 12843017629 | BAYER SELECT | TAB | HEAD | BAYER CONSUMER | 851850 | 1029289 BAYER SELECT CAPLT 16S HEAD COLD | 7 PSE | S |
| 12843-0216-42 | 12843021642 | BAYER SELECT | TAB | NITE/CLD | BAYER CONSUMER | 851892 | 1026660 BAYER SELECT CAPLT 16S NITE COLD | 7 PSE | S |
| 12843-0228-39 | 12843022839 | BAYER SELECT | TAB | FLU REL | BAYER CONSUMER | 851884 | 1028950 BAYER SELECT CAPLT 16S FLU RELIEF | 7 PSE | S |
| 17236-0299-01 | 17236029901 | TRI-SUDO | TAB | 2.5-60MG | DIXON-SHANE | 948128 | 2276111 TRI-SUDO TB 100 | 7 PSE | S |
| 17236-0299-10 | 17236029910 | TRI-SUDO | TAB | 2.5-60MG | DIXON-SHANE | 948152 | 2224236 TRI-SUDO TB 1000 DXS | 7 PSE | S |
| 45800-0225-20 | 45800023520 | CONTAC DAY & | KIT | NIGHT | SKB CONSUMER HEALTHCARE L.P. | 753157 | 1265388 CONTAC DAY&NITE COLD&FLU TB 20 | 7 PSE | S |
| 45800-0238-16 | 45800023816 | CONTAC SEVER | TAB | NO- | SKB CONSUMER HEALTHCARE L.P. | 886810 | 1726100 CONTAC SCF C/&16 ND 23816 | 7 PSE | S |
| 45800-0238-30 | 45800023830 | CONTAC SEVER | TAB | NO- | SKB CONSUMER HEALTHCARE L.P. | 886801 | 172140 CONTAC SCF CAPLET 30S 23830 | 7 PSE | S |
| 45800-0239-24 | 45800023924 | CONTAC SINU | TAB | FORMUL | SKB CONSUMER HEALTHCARE L.P. | 624616 | 2583006 CONTAC SINUS CAPLET 24S 23924 | 7 PSE | S |
| 45800-0269-20 | 45800026920 | SINE-OFF | TAB | M/S/ND | SKB CONSUMER HEALTHCARE L.P. | 494712 | 1220094 SINE-OFF M/S GC N/DROW 24S 26920 | 7 PSE | S |
| 51079-0011-20 | 51079001120 | PSEUDOEPHEDR | TAB | 30MG | UDL | 152706 | 1119213 PSEUDOTABS TB 30MG 100UD UDL | 8 PSE | S |
| 51079-0012-20 | 51079001220 | PSEUDOEPHEDR | TAB | 60MG | UDL | 184802 | 1289305 PSEUDOTABS TB 60MG 100UD UDL | 8 PSE | S |
| 53014-0015-10 | 53014001510 | DECONSAL LA | TAB | 400-120 | MEDEVA PHARMACEUTICAL | 310918 | 1565266 DECONSAL LA TB 100 DXS | 8 PSE | S |
| 54092-0045-10 | 54092004510 | CHERACOL | TAB | SINUS | ROBERTS PHARMACEUTICAL | 859141 | 1205434 CHERACOL SINUS TAB 10S MPI | 8 PSE | S |
| 59606-0632-52 | 59606063252 | DIMETAPP | TAB | 6-120 CR | PERRIGO-GOOD SENSE | 227243 | 2727436 DIMETAPHEDRINE TB 10 RBT | 8 PSE | S |
| 60814-0141-12 | 60814014112 | NITETIME | CAA | LIQUID | REXALL MANAGED CARE | 872072 | 2212724 NITE-TIME LIQUID CLD CP 12S | 8 PSE | S |
| 60814-0146-24 | 60814014624 | NON-ASA COLD | TAB | | REXALL MANAGED CARE | 894859 | 2213130 NON ASPIRIN COLD CAP 24S | 8 PSE | S |
| 60814-0155-01 | 60814015501 | PSEUDOEPHEDR | TAB | 30MG | REXALL MANAGED CARE | 896080 | 2214062 PSEUDOTABS TB 30MG 100 RXM | 8 PSE | S |
| 60814-0155-10 | 60814015510 | PSEUDOEPHEDR | TAB | 30MG | REXALL MANAGED CARE | 896083 | 2214054 PSEUDOTABS TB 30MG 1000 RXM | 8 PSE | S |
| 60814-0155-24 | 60814015524 | PSEUDOEPHEDR | TAB | 30MG | REXALL MANAGED CARE | 896063 | 2214088 PSEUDOTABS TB 30MG 24S | 8 PSE | S |
| 60814-0155-30 | 60814015530 | PSEUDOEPHEDR | TAB | 30MG | REXALL MANAGED CARE | 896071 | 2214070 PSEUDOTABS TB 30MG 30 | 8 PSE | S |
| 60814-0156-24 | 60814015624 | SINUS | TAB | | REXALL MANAGED CARE | 896101 | 2214012 SINUS TB 24S | 8 PSE | S |
| 60814-0156-30 | 60814015630 | SINUS | TAB | | REXALL MANAGED CARE | 896110 | 2214013 SINUS TB 30 | 8 PSE | S |
| 00031-2201-12 | 1652012 | SINUS | SUS | COLD/FV | WHITEHALL ROBINS HEALTHCARE | 938530 | 2380715 DIMETAPP CLD&FEV SUSP 4OZ 228112 RXM | 8 PSE | S |
| 00031-8608-12 | 31860612 | ROBITUSSIN | LIQ | PED | WHITEHALL ROBINS HEALTHCARE | 856820 | 2691823 ROBITUSSIN PED RD 4OZ CGH & COLD | 8 PSE | S |
| 00031-8609-16 | 31860916 | ROBITUSSIN PED | LIQ | CGH/COL | WHITEHALL ROBINS HEALTHCARE | 750093 | 1397397 ROBITUSSIN PED 4OZ CGH/CLD | 8 PSE | S |
| 00031-8609-18 | 31860918 | ROBITUSSIN PED | LIQ | CGH/COL | WHITEHALL ROBINS HEALTHCARE | 750107 | 1397389 ROBITUSSIN PED SR 8OZ CGH & COLD | 8 PSE | S |
| 00031-8671-12 | 31867112 | ROBITUSSIN | SYP | MAX/CGH | WHITEHALL ROBINS HEALTHCARE | 781819 | 1622729 ROBITUSSIN SR 4OZ MAX/SRTN | 8 PSE | S |
| 00031-8671-18 | 31867118 | ROBITUSSIN | SYP | MAX/CGH | WHITEHALL ROBINS HEALTHCARE | 781827 | 1622711 ROBITUSSIN SR 8OZ MAX/SRTN | 8 PSE | S |
| 00031-8679-01 | 31867901 | ROBITUSSIN | DRO | PEDIATR | WHITEHALL ROBINS HEALTHCARE | 938092 | 2380731 ROBITUSSIN PED DROPS 1OZ 867901 | 8 PSE | S |
| 00031-8895-12 | 31889512 | ROBITUSSIN | SYP | PE | WHITEHALL ROBINS HEALTHCARE | 72273 | 1096379 ROBITUSSIN PE 4OZ | 8 PSE | S |
| 00031-8895-18 | 31889518 | ROBITUSSIN | SYP | PE | WHITEHALL ROBINS HEALTHCARE | 72281 | 1146585 ROBITUSSIN PE SR 8OZ | 8 PSE | S |
| 00037-0638-66 | 37063866 | RYNA | SOL | | WALLACE | 124428 | 1323833 RYNA LIQUID PE EX 16OZ | 8 PSE | S |
| 00037-0638-68 | 37063866 | RYNA | SOL | | WALLACE | 91871 | 1217038 RYNA LIQ 4 OZ WAL | 8 PSE | S |
| 00043-0537-14 | 43053714 | DORCOL CG | SYP | CHILDRE | NOVARTIS CONS | 202681 | 1372127 DORCOL CHILD COUGH 4OZ 537-14 | 8 PSE | S |
| 00043-0537-18 | 43053718 | DORCOL CG | SYP | CHILDRE | NOVARTIS CONS | 254088 | 1282722 DORCOL CHILD COUGH SYR 8OZ 537-18 | 8 PSE | S |
| 00043-0548-04 | 43054804 | TRIAMINIC | LIQ | NIGHT | NOVARTIS CONS | 274976 | 2435824 TRIAMINIC NIGHT 5OZ BONUS | 8 PSE | S |
| 00043-0555-04 | 43055504 | TRIAMINIC | LIQ | SORE | NOVARTIS CONS | 855430 | 1242526 TRIAMINIC SORE THROAT LIQ 4OZ | 8 PSE | S |
| 00043-0555-08 | 43055508 | TRIAMINIC | LIQ | SORE | NOVARTIS CONS | 855448 | 1243161 TRIAMINIC SORE THROAT LIQ 8OZ | 8 PSE | S |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019318

CAH_MDL_PRIORPROD_DEA07_01384181

P-14290 _ 00287

No 2

| ndc | descrip | form1 | misc1 | vendor | DP number | descrip | type #1 | code |
|---|---|---|---|---|---|---|---|---|
| 00043-0558-08 | TRIAMINIC AM | LIQ | CGH/DEC | NOVARTIS CONS | 940291 | 2116952 TRIAMINIC AM DECON CGH 4OZ | 8 PSE | S |
| 00043-0559-08 | TRIAMINIC AM | LIQ | 15M/G/5M | NOVARTIS CONS | 940275 | 2116978 TRIAMINIC AM DECON 8OZ | 8 PSE | S |
| 00044-3010-16 | RU-TUSS | SYP | EXPECT | KNOLL LABORATORIES | 327425 | 1160472 RU-TUSS EX 480ML KNL | 8 PSE | S |
| 00045-0372-04 | TYLENOL CHILD | SOL | COLD/CF | MCNEIL CONSUMER | 766950 | 1612373 TYLENOL CHLD CGH/CLD SR 4OZ | 8 PSE | S |
| 00045-0384-04 | TYLENOL COUG | SOL | DECON/G | MCNEIL CONSUMER | 738522 | 1376213 TYLENOL COUGH DECONG 4OZ 39404 | 8 PSE | S |
| 00045-0405-15 | PEDIACARE | DRO | DCON/CV | MCNEIL CONSUMER | 37729 | 2365609 PEDIACARE DR DECONG&CGH .5OZ PCU | 8 PSE | S |
| 00045-0503-15 | INFANT TYLEN | DRO | DCON/FV | MCNEIL CONSUMER | 37710 | 2365591 TYLENOL CHLD CLD DECONG&FEV | 8 PSE | S |
| 00054-4474-25 | PSEUDOEPHEDR | TAB | 60MG | ROXANE | 308110 | 1286657 PSEUDOEPHED HCL TB 60MG 100 ROX | 8 PSE | S |
| 00054-8474-25 | PSEUDOEPHEDR | TAB | 60MG | ROXANE | 141321 | 1286764 PSEUDOEPHED HCL TB 60MG 100D | 8 PSE | S |
| 00068-1015-04 | NOVAHISTINE | LIQ | #NAME? | SKB CONSUMER HEALTHCARE L.P. | 61565 | 1142109 NOVAHISTINE DMX 4OZ DOW 101504 | 8 PSE | S |
| 00071-2002-17 | BENYLIN DEC | ELX | 12.5-30 | WARNER WELLCOME | 296868 | 1091107 BENYLIN DECON CF 4OZ 20415 | 8 PSE | S |
| 00071-2555-17 | BENADRYL ALL | LIQ | DECONG | WARNER WELLCOME | 304425 | 1103837 BENADRYL DECON ELX 4OZ 17011 | 8 PSE | S |
| 00081-0019-82 | ACTIFED | SYP | 1.25-30 | WARNER WELLCOME | 17922 | 1010404 ACTIFED SYR 4OZ 1982 | 8 PSE | S |
| 00081-0802-13 | SUDAFED COLD | TAB | SEVERE | WARNER WELLCOME | 739197 | 1130947 SUDAFED SEVERE COLD CAP 10S 22776 | 8 PSE | S |
| 00085-0871-02 | SUDAFED PLUS | SOL | | WARNER WELLCOME | 19911 | 1318104 SUDAFED PLUS LIQ 4OZ 22856 | 8 PSE | S |
| 00085-0757-01 | | SYP | 2-30/5 | SCHERING-PLOUGH | 165767 | 0406099 DRIXORAL SYP 4OZ 757-01 | 8 PSE | S |
| 00122-0362-66 | NIGHT-TIME | LIQ | ICOLD/FL | REXALL | 655767 | 1003920 NIGHTTIME COLD MED 6OZ REX | 8 PSE | S |
| 00122-0363-66 | COUGH-FORM | SYP | PE | REXALL | 655732 | 1004035 COUGH FORMULA PE 6OZ CHRY | 8 PSE | S |
| 00122-0864-46 | NIGHT-TIME | LIQ | COLD | REXALL | 750018 | 2159944 NIGHT TIME CO MED LIQ 6OZ CHRY | 8 PSE | S |
| 00131-2008-30 | CODIMAL | TAB | | SCHWARZ PHARMA | 195193 | 1254747 CODIMAL TB 24 | 8 PSE | S |
| 00131-2008-37 | CODIMAL | TAB | | SCHWARZ PHARMA | 196185 | 1134733 CODIMAL TB 1000 | 8 PSE | S |
| 00131-2008-43 | CODIMAL | TAB | | SCHWARZ PHARMA | 371238 | 2410223 CODIMAL TB 1000 | 8 PSE | S |
| 00131-1112-30 | CODIMAL | TAB | | SCHWARZ PHARMA | 422703 | 1663125 CODIMAL CP 24 | 8 PSE | S |
| 00131-1112-37 | CODIMAL | CAP | | SCHWARZ PHARMA | 195018 | 1875685 CODIMAL CP 100 | 8 PSE | S |
| 00143-1485-01 | PSEUDOEPHEDR | TAB | | WEST-WARD | 657441 | 1239563 PSEUDOEPHED HCL TB 60MG 100 WW | 8 PSE | S |
| 00143-1900-01 | DHISTINE | TAB | | WEST-WARD | 659468 | 2188344 TRIPROLIDINE PSEUD TB 100S WW | 8 PSE | S |
| 00143-1900-24 | TRIPROL/PSE | TAB | 2.5-60MG | WEST-WARD | 657478 | 2185351 TRIPROLIDINE PSEUD TB 24S WW | 8 PSE | S |
| 00143-1900-25 | TRIPROL/PSE | TAB | 2.5-60MG | WEST-WARD | 403695 | 1718373 TRIPROLIDINE PSEUD UD100 WW | 8 PSE | S |
| 00182-1034-11 | GUATUSS | CAP | | GOLDLINE | 881148 | 2066926 GUATUSS CP 12 GEL GLD | 8 PSE | S |
| 00182-1274-10 | PSEUDOEPHEDR | SOL | 60MG | GOLDLINE | 321400 | 1920768 PSEUDOEPHED LIQ 60MG 100 GLD | 8 PSE | S |
| 00182-1690-37 | GENTAB | TAB | 1.25-30 | GOLDLINE | 128654 | 1051473 GENITE LIQ 6OZ 1606-38 GL | 8 PSE | S |
| 00182-6033-37 | TRIPROL/PSE | SYP | FORM-M | GOLDLINE | 164544 | 1394577 TRIPROLIDINE/EPHED SR 120ML GLD | 8 PSE | S |
| 00182-6033-44 | MULTI-SYM CD | LIQ | FORM-M | GOLDLINE | 805020 | 1934371 COLD FORM MULTI-SYM 4OZ GLD | 8 PSE | S |
| 00182-6033-37 | DECONGEST CD | LIQ | FORM-D | GOLDLINE | 813060 | 1440643 DECONGEST COLD FORM 4OZ GLD | 8 PSE | S |
| 00182-6033-44 | DECONGEST CD | LIQ | FORM-D | GOLDLINE | 813079 | 1440650 DECONGESTANT COLD FORM-D SR 8OZ | 8 PSE | S |
| 00182-6066-38 | NIGHTTIME | SOL | COLD | GOLDLINE | 828448 | 1487681 NIGHTTIME COLD MED CHERRY 8OZ GL | 8 PSE | S |
| 00182-6066-38 | NIGHTTIME | LIQ | COLD | GOLDLINE | 933023 | 2243566 NIGHTTIME COLD MIXTURE SR 6OZ GLD | 8 PSE | S |
| 00182-6069-38 | NIGHTTIME | SOL | COLD | GOLDLINE | 960373 | 2307148 NIGHTTIME COLD MED SL 180ML GLD | 8 PSE | S |
| 00182-6119-37 | DHISTINE | SOL | #NAME? | GOLDLINE | 828854 | 1541980 DIHISTINE DMX SR 120ML GLD | 8 PSE | S |
| 00182-6125-37 | PEDIATRIC CD | SYP | CGH/COLD | GOLDLINE | 885482 | 2155904 PEDIATRIC COUGH/COLD LQ 4OZ GLD | 8 PSE | S |
| 00182-6155-37 | | SYP | | GOLDLINE | 890989 | 2180650 MULTI-COUGH SR 90ML GLD | 8 PSE | S |
| 00182-8459-89 | PSEUDOEPHEDR | TAB | 30MG | GOLDLINE | 886602 | 2177707 PSEUDOEPHED/EPHED TB 100 GLD | 8 PSE | S |
| 00182-8751-89 | TRIPROL/PSE | TAB | 2.5-60MG | GOLDLINE | 886610 | 2202691 TRIPROLIDINE/P-EPHED TB 100 GLD | 8 PSE | S |
| 00259-0382-01 | ANATUSS DM | TAB | | MERZ PHARMACEUTICAL | 785474 | 1661511 ANATUSS DM TB 100 MAY | 8 PSE | S |
| 00259-0382-21 | ANATUSS DM | TAB | | MERZ PHARMACEUTICAL | 883786 | 2204493 ANATUSS DM TB 20 MAY | 8 PSE | S |
| 00259-0383-04 | ANATUSS DM | SYP | | MERZ PHARMACEUTICAL | 883794 | 2294981 ANATUSS DM SR 100 118ML MAY | 8 PSE | S |
| 00259-0383-08 | ANATUSS DM | SYP | | MERZ PHARMACEUTICAL | 785482 | 1661550 ANATUSS DM SR 473ML MAY | 8 PSE | S |
| 00364-2480-77 | SCHEIN | SYP | | | 770590 | 1652411 GUAICOUGH PE SR 4OZ SHN | 8 PSE | S |
| 00372-0300-04 | HAYFEBROL | LIQ | SF | | 351865 | 1728997 HAYFEBROL SF 4OZ 0304-04 PED | 8 PSE | S |
| 00429-8558-04 | MYFEDRINE | ELX | 30MG/5M | MORTON GROVE PHARMACEUTICALS | 351865 | 2465997 MYFEDRINE SF 30M/5M 120ML PED | 8 PSE | S |
| 00429-8800-04 | GUAIFED | SYP | 1.25-30 | MORTON GROVE PHARMACEUTICALS | 745952 | 2627669 GUAIFED SR 118ML SEE 1601491 | 8 PSE | S |
| 00451-2501-04 | GUAIFED | LIQ | | MURO | 985422 | 1601491 GUAIFED SR 118ML MUR | 8 PSE | S |
| 00451-2502-04 | GUAIFED | SYP | | MURO | 745960 | 1601509 GUAIFED SR 120ML MUR | 8 PSE | S |
| 00451-2602-04 | GUAIFED | SYP | | MURO | 553859 | 1551167 BROMFED SR 120ML MUR | 8 PSE | S |
| 00451-4201-16 | BROMFED | SYP | 2-30/5 | MURO | 464260 | 1416460 BROMFED SR 120ML MUR | 8 PSE | S |
| 00451-4201-16 | BROMFED | LIQ | 2-30/5 | MURO | 494093 | 1416465 BROMFED SR 460ML MUR | 8 PSE | S |
| 00456-0682-04 | AMBENYL-D | SYP | | FOREST | 367074 | 1357177 GUATUSS PE SR 120ML NAT | 8 PSE | S |
| 00472-0036-94 | GUATUSS PE | SYP | 30-10/5 | ALPHARMA | | | 8 PSE | S |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019319

CAH_MDL_PRIORPROD_DEA07_01384182

P-14290 _ 00288

| ndc | jndc | descrip | form | misc1 | vendor | No | DP number | cust descrip | i type | code |
|---|---|---|---|---|---|---|---|---|---|---|
| 00472-0050-94 | 472005094 | GUATUSS PED | SYP | | BARRE-NATIONAL | | 928860 | 222904 GUATUSS PED SYRUP 4OZ OTC NAT | 8 PSE | S |
| 00472-0050-93 | 472005093 | GUATUSS PED | SYP | | BARRE-NATIONAL | | 928909 | 222909 GUATUSS PED SYRUP 8OZ OTC NAT | 8 PSE | S |
| 00472-0070-94 | 472007094 | GUATUSS PED | LIO | | BARRE-NATIONAL | | 928817 | 222951 NAT GUATUSS PED SYRUP 8OZ OTC NAT | 8 PSE | S |
| 00472-0070-98 | 472007098 | GUATUSS PED | LIO | CGH/COL | BARRE-NATIONAL | | 928825 | 222944 GUATUSS PED C/C SYP 4OZ OTC NAT | 8 PSE | S |
| 00472-0021-94 | 472002194 | GUATUSS PE | LIO | CF/DEO | ALPHARMA | | 436844 | 2487510 GUATUSS PE SR 120ML AF ALM | 8 PSE | S |
| 00472-0019-98 | 472001998 | EFF STRENGTH | LIO | | BARRE-NATIONAL | | 806188 | 2112571 EFF STR COUGH/DECONG SYR 8OZ NAT | 8 PSE | S |
| 00472-1470-96 | 472147096 | NITE TIME CO | SYP | CHERRY | ALPHARMA | | 980455 | 2195691 NITE TIME COLD FM LQ 10OZCHRY ALM | 8 PSE | S |
| 00472-1475-93 | 472147593 | NITE TIME CO | SYP | CHERRY | ALPHARMA | | 980420 | 2195691 NITE TIME COLD FM LQ 10OZCHRY ALM | 8 PSE | S |
| 00472-1475-96 | 472147596 | NITE TIME CO | SYP | CHERRY | ALPHARMA | | 980430 | 2195709 NITE TIME COLD FM LQ 8OZ CHRY ALM | 8 PSE | S |
| 00472-1517-04 | 472151704 | DECOFED | SYP | 30MG5M | ALPHARMA | | 281017 | 1355312 DECOFED SR 30MG5ML 120ML ALM | 8 PSE | S |
| 00472-1517-16 | 472151716 | DECOFED | SYP | 30MG5M | ALPHARMA | | 150374 | 1279785 DECOFED SR 30MG5ML 480ML ALM | 8 PSE | S |
| 00472-1546-04 | 472154604 | TRIOFED | SYP | 1.25-30 | BARRE-NATIONAL | | 152116 | 1186321 TRIOFED SR 4OZ 154604 NAT | 8 PSE | S |
| 00472-1546-28 | 472154628 | TRIOFED | SYP | 1.25-30 | BARRE-NATIONAL | | 152501 | 1186200 TRIOFED SR 480ML NAT | 8 PSE | S |
| 00472-1546-94 | 472154694 | TRIOFED | SYP | 1.25-30 | BARRE-NATIONAL | | 152528 | 1186220 TRIOFED SR 3840ML NAT | 8 PSE | S |
| 00536-0298-85 | 536029885 | BROMPHEN DX | DRO | 7.5/0.8ML | RUGBY | | 379488 | 1080049 TRIOFED SR 120ML NAT | 8 PSE | S |
| 00536-0244-72 | 536024472 | ALLERAMINE PD | ORO | | RUGBY | | 42781 | 2476166 BROMPHEN DX SR 480ML RUG | 8 PSE | S |
| 00536-0510-58 | 536051058 | ALLERFRIN | SYP | 1.25-30 | RUGBY | | 864480 | 2384469 BROMALINE PEDIATRIC DROP 15ML RG | 8 PSE | S |
| 00536-0510-85 | 536051085 | ALLERFRIN | SYP | 1.25-30 | RUGBY | | 379693 | 2169415 ALLERFRIM SYRUP 6OZ INSTPK RG | 8 PSE | S |
| 00536-0510-97 | 536051097 | ALLERFRIN | SYP | 1.25-30 | RUGBY | | 467531 | 1173418 ALLERFRIM SR 480ML RUG | 8 PSE | S |
| 00536-1495-97 | 536149597 | PRIMATUSS 4D | CGH | | RUGBY | | 860174 | 1217915 ALLERFRIM SR 120ML OTC RUG | 8 PSE | S |
| 00536-1850-47 | 536185047 | PSEUDOEPHEDR | SYP | 30MG6M | RUGBY | | 601985 | 1243781 PRIMATUSS 4-D COLD & COUGH 4OZ RUG | 8 PSE | S |
| 00536-1850-58 | 536185058 | PSEUDOEPHEDR | SYP | 30MG6M | RUGBY | | 856517 | 2087187 PSEUDOEPHED HCL SR 120ML RUG | 8 PSE | S |
| 00536-1850-85 | 536185085 | PSEUDOEPHEDR | SYP | 30MG6M | RUGBY | | 501409 | 2169449 NASAL DECONGEST SYRUP 8OZ RG | 8 PSE | S |
| 00536-1850-97 | 536185097 | PSEUDOEPHEDR | SYP | 30MG6M | RUGBY | | 552798 | 1728817 PSEUDOEPHED HCL SR 480ML RUG | 8 PSE | S |
| 00536-1859-97 | 536185897 | NASAL DECONG | SOL | | RUGBY | | 800422 | 1331040 PSEUDOEPHED HCL SR 120ML RUG | 8 PSE | S |
| 00538-2514-58 | 538251458 | NYTCOLD CGH | SOL | MEDICIN | RUGBY | | 668985 | 1661123 NASAL DECON SR 4OZ RUG | 8 PSE | S |
| 00538-2625-58 | 538262558 | NYTCOLD CGH | SOL | MEDICIN | RUGBY | | 668983 | 1243716 NYTIME COLD 6OZ NEW 1535-58 RG | 8 PSE | S |
| 00535-3289-34 | 535328934 | NYTCOLD | CAP | LIQUID | RUGBY | | 877425 | 2165361 NYT COLD LQST CH 2-20S RG | 8 PSE | S |
| 00535-4321-35 | 535432135 | PHENAPAP W/O | TAB | DROWSI | RUGBY | | 834920 | 216838 NYT COLD LQST CH 2-20S RG | 8 PSE | S |
| 00538-4399-10 | 538439910 | Q-FED | TAB | 60MG | RUGBY | | 482717 | 1616600 PHENAPAP W/O DROW 24S RG | 8 PSE | S |
| 00603-0247-18 | 603024718 | Q-FED | TAB | 30MG | QUALITEST | | 872610 | 1209162 PSEUDOEPHED HCL TB 60MG 1000 RUG | 8 PSE | S |
| 00603-0246-21 | 603024621 | Q-FED | TAB | 2.5-60MG | QUALITEST | | 872801 | 2149443 Q-FED TB 30MG 24 | 8 PSE | S |
| 00603-0031-18 | 603003118 | TRIAFED | LIO | | QUALITEST | | 874400 | 2149441 Q-FED TB 60MG 100 | 8 PSE | S |
| 00603-0732-56 | 603073256 | COUGH FORM | LIO | | QUALITEST | | 872380 | 2148708 TRIAFED TB 24 | 8 PSE | S |
| 00603-0805-55 | 603080555 | NITE TIME | LIO | CHERRY | QUALITEST | | 873500 | 2149193 COUGH FORMULA D LQ 8OZ | 8 PSE | S |
| 00603-0805-63 | 603080563 | NITE TIME | LIO | CHERRY | QUALITEST | | 873519 | 2148922 NITE TIME LQ 6OZ | 8 PSE | S |
| 00603-0805-55 | 603080555 | NITE TIME | LIO | | QUALITEST | | 873527 | 2148814 NITE TIME LQ 6OZ CHRY | 8 PSE | S |
| 00603-0805-83 | 603080583 | NITE TIME | LIO | | QUALITEST | | 872571 | 2148906 NITE TIME LQ 10OZ CHRY | 8 PSE | S |
| 00603-6254-54 | 603625454 | Q-FED | SYP | | QUALITEST | | 872563 | 2149458 Q-FED SR 4OZ | 8 PSE | S |
| 00603-0859-54 | 603085954 | Q-FED PLUS | TAB | | QUALITEST | | 874272 | 2149466 Q-FED PLUS SR 4OZ | 8 PSE | S |
| 00677-0358-10 | 677035810 | Q-TUSSIN PF | SYP | | URL | | 435149 | 2148781 Q-TUSSIN PF SR 100/030MG5ML 4OZQLT | 8 PSE | S |
| 00677-1046-41 | 677104641 | UNI-TUSSIN | SOL | PE | URL | | 435179 | 1349502 PSEUDOEPHED HCL TB 60MG 1000 URL | 8 PSE | S |
| 00677-1240-51 | 677124051 | UNI-TUSSIN | SYP | CHERRY | URL | | 5511872 | 1493561 UNI-TUSSIN PE SR 4OZ | 8 PSE | S |
| 00762-0210-14 | 762021014 | POLYTUSS-DM | LIO | | J G RHODE | | 14456 | 1294677 POLYTUSS DM COUGH SYRUP 4OZ JGR | 8 PSE | S |
| 00762-0210-16 | 762021016 | POLYTUSS-DM | LIO | | J G RHODE | | 14457 | 1294685 POLYTUSS DM COUGH SYRUP 8OZ JGR | 8 PSE | S |
| 00839-5123-70 | 839512370 | ACTAMINE | SYP | 1.25-30 | H L MOORE | | 936987 | 2260123 ACTAMINE SYRP 340ML | 8 PSE | S |
| 00839-5123-68 | 839512368 | ACTAMINE | SYP | 1.25-30 | H L MOORE | | 936995 | 2260133 ACTAMINE SYRP 340ML | 8 PSE | S |
| 00839-8002-79 | 839800279 | PSEUDOVAL | TAB | 30MG/6MN | H L MOORE | | 907902 | 2417115 PSEUDOEPHED HCL SR 120ML MOR | 8 PSE | S |
| 00869-2803-10 | 869280310 | VALUPHED W/ | LIO | MULT- | CUMBERLAND-SWAN, INC | | 201510 | 2406236 VALUPHED/ACTAMINE TB 80/2.5 1000 | 8 PSE | S |
| 00869-2803-10 | 869280310 | NIGHT TIME | LIO | MULT- | CUMBERLAND-SWAN, INC | | 9909 | 1204809 NITE-TIME COLD 6OZ CHRRY 10OZ | 8 PSE | S |
| 00869-2810-10 | 869281010 | NIGHT TIME | LIO | MULT- | CUMBERLAND-SWAN, INC | | 9905 | 1204700 NITE-TIME COLD REG 10OZ | 8 PSE | S |
| 00869-2802-10 | 869280210 | NIGHT TIME | LIO | MULT- | CUMBERLAND-SWAN, INC | | 9906 | 1204792 NITE-TIME COLD REG 10OZ | 8 PSE | S |
| 00869-2820-10 | 869282010 | NIGHT TIME | LIO | MULT- | CUMBERLAND-SWAN, INC | | 9904 | 2417118 PSEUDOEPHED HCL SR 120ML CHRY 32200 | 8 PSE | S |
| 00879-0773-04 | 879077304 | TRIPOSED | SYP | 1.25-30 | HALSEY DRUG | | 422231 | 2485142 TRIPOSED SR 120ML HLS | 8 PSE | S |
| 00879-0773-16 | 879077316 | TRIPOSED | SYP | 1.25-30 | HALSEY DRUG | | 422228 | 2485159 TRIPOSED SR 480ML HLS | 8 PSE | S |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019320

CAH_MDL_PRIORPROD_DEA07_01384183

P-14290 _ 00289

| ndc | descrip | form | misc1 | vendor | DP number | dr# | descrip | Copy | type v1 | code |
|---|---|---|---|---|---|---|---|---|---|---|
| 00879-0073-28 | TRIPOSED | SYP | 1.25-30 | HALSEY DRUG | 422274 | 2485167 | TRIPOSED PE SR 120ML BOXED | HLS | 8 PSE | S |
| 00904-0044-20 | ROBAFEN PE | SYP | 1.25-30 | MAJOR PHARMACEUTICALS | 881686 | 2306620 | ROBAFEN PE SR 120ML BOXED | MJR | 8 PSE | S |
| 00904-0100-60 | PSEUDO-GEST | TAB | 30MG | MAJOR PHARMACEUTICALS | 707597 | 2236693 | PSEUDOGEST TB 30MG 100 | MJR | 8 PSE | S |
| 00904-0101-60 | PSEUDO-GEST | TAB | 60MG | MAJOR PHARMACEUTICALS | 707589 | 2094282 | PSEUDOGEST TB 60MG 100 | MJR | 8 PSE | S |
| 00904-0101-80 | PSEUDO-GEST | TAB | 60MG | MAJOR PHARMACEUTICALS | 704903 | 2104032 | PSEUDOGEST TB 60MG 1000 | MJR | 8 PSE | S |
| 00904-1322-21 | ALL-NITE CLD | SOL | FORMUL | MAJOR PHARMACEUTICALS | 697655 | 2305316 | ALL NITE COLD SR 180ML MINT | MJR | 8 PSE | S |
| 00904-1322-77 | ALL-NITE CLD | SOL | FORMUL | MAJOR PHARMACEUTICALS | 748980 | 2305324 | ALL NITE COLD SR 300ML MINT | MJR | 8 PSE | S |
| 00904-1323-21 | ALL-NITE CLD | SOL | FORMUL | MAJOR PHARMACEUTICALS | 697648 | 2305332 | ALL NITE COLD SR 180ML CHRY | MJR | 8 PSE | S |
| 00904-1323-77 | ALL-NITE CLD | SOL | FORMUL | MAJOR PHARMACEUTICALS | 749951 | 2305340 | ALL NITE COLD SR 300ML CHRY | MJR | 8 PSE | S |
| 00904-1523-16 | TRIPROL/PSE | SYP | 1.25-30 | MAJOR PHARMACEUTICALS | 713589 | 2474559 | APRODINE SR 480ML | MJR | 8 PSE | S |
| 00904-1523-20 | TRIPROL/PSE | SYP | 1.25-30 | MAJOR PHARMACEUTICALS | 698172 | 2305449 | APRODINE SR 120ML | MJR | 8 PSE | S |
| 00904-5050-20 | PEDIA RELIEF | LIQ | CGH/COL | MAJOR PHARMACEUTICALS | 371912 | 2474419 | PEDIA-RELIEF C/C SR 4OZ | MJR | 8 PSE | S |
| 00904-5060-20 | MAPAP CHILD | SYP | COLD/CG | MAJOR PHARMACEUTICALS | 257502 | 2575025 | MAPAP COLD & COUGH SR 120ML | MJR | 8 PSE | S |
| 00904-7627-16 | ROLATUSS | SOL | EXPECT | MAJOR PHARMACEUTICALS | 881684 | 2306837 | ROLATUSS EXPECT SR 1PT | MJR | 8 PSE | S |
| 00904-7815-12 | DAY TIME LIQ | CAP |  | MAJOR PHARMACEUTICALS | 982362 | 2312050 | DAYTIME LIQUID CAP 20S | MJR | 8 PSE | S |
| 00904-7815-16 | DAY TIME LIQ | SOL |  | MAJOR PHARMACEUTICALS | 982359 | 2312068 | DAYTIME LIQUID SR CP 12S | MJR | 8 PSE | S |
| 11806-0105-04 | RESCON-DM | SYP | 30-100/5 | ION LABORATORIES | 477354 | 1605153 | RESCON DM SL 120ML SF | ION | 8 PSE | S |
| 11808-0105-14 | RESCON-DM | TAB | 2.5-60MG | ION LABORATORIES | 106259 | 2188416 | RESCON DM SL 480ML | ION | 8 PSE | S |
| 11808-0105-16 | RESCON-DM | PE | 2.5-60MG | ION LABORATORIES | 529527 | 1475938 | RESCON DM SL 120ML SF | ION | 8 PSE | S |
| 11845-0936-04 | PSEUDO | TAB | 60MG | MASON DISTRIBUTORS | 524786 | 2460310 | PSEUDOEPHED HCL TB 60MG 1000 | MAS | 8 PSE | S |
| 17236-0263-10 | PSEUDOEPHEDR | TAB | 30MG | DIXON-SHANE | 757182 | 2460483 | PSEUDOEPHED HCL TB 30MG 1000 | DXS | 8 PSE | S |
| 43797-0073-06 | CO-HIST | TAB |  | MALLARD | 360325 | 1353630 | CO-HIST TB 1000 | RBM | 8 PSE | S |
| 43797-0073-28 | COLDRINE | TAB | IRAME? | MALLARD | 942812 | 2264070 | COLDRINE TB 1000 4OZ | RBM | 8 PSE | S |
| 43797-0386-06 | COLDRINE | SOL | 30MG/5M | MALLARD | 129414 | 2424100 | COLDRINE TB 1000 | RBM | 8 PSE | S |
| 50732-0068-04 | CH SUDACHEM | SOL | PLUS | MED-TEK | 539553 | 2205054 | SUDACHEM PLUS SYP 120ML | RBM | 8 PSE | S |
| 50732-0084-14 | CH SUDACHEM | TAB | 30-100/5 | MEDIREX | 25548 | 2565488 | ALTARUSSIN PE SR 100/30 120ML | ALT | 8 PSE | S |
| 50732-0087-04 | SUDACHEM | SOL | 2.5-60MG | ALTAIRE | 880688 | 2139731 | ALTAFED SR 120ML | ALT | 8 PSE | S |
| 50732-0075-04 | SUDACHEM | SYP | 2.5-60MG | ALTAIRE | 880701 | 2139723 | ALTAFED SR 480ML | ALT | 8 PSE | S |
| 50732-0082-04 | ROBICHEM PE | SYP |  | ALTAIRE | 813324 | 2168224 | ALTAFED SR 1.25MG 3840ML | ALT | 8 PSE | S |
| 51079-0046-20 | TRIPROL/PSE | SYP | 1.25-30 | UDL | 941670 | 2259570 | NYCAIR SR 180ML ORIG FLAV | ALT | 8 PSE | S |
| 51079-0046-40 | TRIPROL/PSE | SYP | 1.25-30 | UDL | 941662 | 2259562 | NYCAIR SR 180ML CHRY | ALT | 8 PSE | S |
| 52349-0260-01 | SINUMED | TAB | 30MG | MED-TEK | 123342 | 2259547 | NYCAIR SR 180ML | ALT | 8 PSE | S |
| 52349-0260-10 | SINUMED | TAB | 30MG | MED-TEK | 941846 | 2139749 | UNIFED SR 30MG 120ML | ALT | 8 PSE | S |
| 52349-0089-14 | SINUMED | SYP | PE | MED-TEK | 880680 | 2379584 | UNIFED SR 6MGML 480ML | ALT | 8 PSE | S |
| 57480-0129-01 | PSEUDOEPHEDR | SYP | 1.25-30 | ALTAIRE | 837393 | 1246222 | CHLORAFED SL 30/2 480ML | RBT | 8 PSE | S |
| 57480-0007-35 | ALTARUSSIN | SYP | 1.25-30 | ALTAIRE | 394983 | 1139556 | CHLORAFED SR LIQ 4OZ | RBT | 8 PSE | S |
| 59390-0008-35 | ALTAFED | LIQ | ORIGINA | ALTAIRE | 329150 | 2539419 | MYTUSSIN PE SR 120ML | MGP | 8 PSE | S |
| 59390-0008-46 | ALTAFED | LIQ | CHERRY | ALTAIRE | 253841 | 1013267 | MYFEDRINE SR 30MG 120ML PED | MGP | 8 PSE | S |
| 59390-0008-47 | ALTAFED | LIQ | CGH/COL | ALTAIRE | 981109 | 1013200 | MYFEDRINE SR 15/15MG 120ML | MGP | 8 PSE | S |
| 59390-0013-39 | NYCAIR | LIQ | CF | ALTAIRE | 123342 | 2615623 | TRIPROL/LIDINE/P-EPHED SR 240ML | MGP | 8 PSE | S |
| 59390-0014-39 | NYCAIR | LIQ | 30MG/5M | ALTAIRE | 405433 | 2390474 | MYPHETANE DX COUGH SR PT | MGP | 8 PSE | S |
| 59390-0015-35 | NYCAIR | LIQ | 30MG/5M | ALTAIRE | 73261 | 2390482 | MYPHETANE DX COUGH SR GAL | MGP | 8 PSE | S |
| 59390-0019-35 | UNIFED | LIQ |  | ALTAIRE | 73199 | 2390466 | MYPHETANE DX COUGH SR GAL | MGP | 8 PSE | S |
| 59390-0019-46 | UNIFED | LIQ |  | ALTAIRE | 73393 | 2214641 | DAYTIME LIQUICAP 12S | MGP | 8 PSE | S |
| 59441-0435-04 | CHLORAFED | SOL | 30-100/5 | ROBERTS/HAUCK | 895024 | 2214726 | NITE-TIME COLD LIQ 6OZ REG | MGP | 8 PSE | S |
| 59441-0435-16 | CHLORAFED | SYP | 30MG/5M | ROBERTS/HAUCK | 895644 | 2214706 | NITE-TIME COLD LIQ 10OZ REG | MGP | 8 PSE | S |
| 60432-0050-04 | MYTUSSIN | SYP | 1.25-30 | MORTON GROVE PHARMACEUTICALS | 895660 | 2214300 | NITE-TIME COLD SR 6OZ CHERRY | RXM | 8 PSE | S |
| 60432-0058-04 | MYFEDRINE | LIQ | 1.25-30 | MORTON GROVE PHARMACEUTICALS | 895801 | 2460168 | NITE-TIME COLD LIQ 6OZ CHERRY | RXM | 8 PSE | S |
| 60432-0600-04 | MYFEDRINE | SOL |  | MORTON GROVE PHARMACEUTICALS | 895887 | 2485381 | NIGHT-TIME COLD SR 6OZ ASP FRE | RXM | 8 PSE | S |
| 60432-2008-04 | PSE/PE | SYP |  | MORTON GROVE PHARMACEUTICALS | 400027 |  | NIGHT-TIME COLD SR 6 SEE#2460168 |  | 8 PSE | S |
| 60432-0734-14 | TRIPROL/PSE | SYP |  | MORTON GROVE PHARMACEUTICALS | 423572 |  |  |  | 8 PSE | S |
| 60432-0734-16 | MYPHETANE DX | SYP | MEDICIN | MORTON GROVE PHARMACEUTICALS |  |  |  |  | 8 PSE | S |
| 60432-0734-28 | MYPHETANE DX | SYP | MEDICIN | MORTON GROVE PHARMACEUTICALS |  |  |  |  | 8 PSE | S |
| 60814-0012-12 | DAYTIME LIQ | CAP | CHERRY | REXALL MANAGED CARE |  |  |  |  | 8 PSE | S |
| 60814-0139-06 | NITETIME LIQ | SOL | CHERRY | REXALL MANAGED CARE |  |  |  |  | 8 PSE | S |
| 60814-0140-06 | NITETIME MED | SOL | COLD | REXALL MANAGED CARE |  |  |  |  | 8 PSE | S |
| 60814-0140-11 | NITETIME MED | SOL | COLD | REXALL MANAGED CARE |  |  |  |  | 8 PSE | S |
| 60814-0140-01 | NITETIME MED | SOL | COLD | REXALL MANAGED CARE |  |  |  |  | 8 PSE | S |
| 60814-0147-06 | NIGHT TIME | SOL |  | REXALL MANAGED CARE |  |  |  |  | 8 PSE | S |
| 60814-0172-06 | NIGHT TIME | SOL |  | REXALL MANAGED CARE |  |  |  |  | 8 PSE | S |

Page 17

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019321

CAH_MDL_PRIORPROD_DEA07_01384184

P-14290 _ 00290

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384185

CAH SWE 019322

| ndc | dc | descrip | form | misc1 | vendor | DP number | clin | descrip | dea | type | code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No | | | | | | |
| 00031-8603-46 | 31860346 | ROBITUSSIN | CAP | | WHITEHALL ROBINS HEALTHCARE | 938459 | 2380749 | ROBITUSSIN NIGHT TM LIQ-GEL 12S | 9 | PSE | S |
| 00085-1900-02 | 85190002 | DRIXORAL | CAP | CGH/CON | SCHERING-PLOUGH | 940070 | 2254449 | DRIXORAL CGH/CONGST SEE 2132090 | 9 | PSE | S |
| 00122-0810-66 | 122081066 | SEUDATABS | TAB | 30MG | REXALL | 655783 | 2159424 | SEUDATABS TB 24 RXC | 9 | PSE | S |
| 00122-0840-66 | 122084066 | SEUDO-LIQUID | LIQ | 30MG/5M | REXALL | 655775 | 2159432 | SEUDO-LIQ 4OZ RXC | 9 | PSE | S |
| 00122-0856-66 | 122085666 | SINUSTABS | TAB | 6-120 CR | REXALL | 655791 | 2159416 | SINUSTABS TB 3O RXC | 9 | PSE | S |
| 00472-1139-94 | 472113994 | NITE TIME | CAP | CHILD | BARRE-NATIONAL | 806200 | 2208718 | NITE-TIME CHILD 4OZ NAT | 9 | PSE | S |
| 00472-1470-93 | 472147093 | NITE TIME CO | LIQ | | ALPHARMA | 980447 | 2285890 | NITE TIME COLD FM LQ 10OZ ALM | 9 | PSE | S |
| 00573-1244-10 | 573124410 | DRISTAN COLD | CAP | CCGH | WHITEHALL ROBINS HEALTHCARE | 938084 | 2380723 | DRISTAN CLD&CGH LIQ-GEL 12S | 9 | PSE | S |
| 00879-0450-04 | 879045004 | PSEUDOEPHEDR | SYP | 30MG/5M | HALSEY DRUG | 924733 | 2212611 | PSEUDOEPHED HCL SR 120ML HLS | 9 | PSE | S |
| 00879-0499-04 | 879049904 | TRIPOSED | SYP | I1.25-30 | HALSEY DRUG | 924750 | 2212637 | TRIPOSED SR 120ML HLS | 9 | PSE | S |
| 00879-0499-16 | 879049916 | TRIPOSED | SYP | I1.25-30 | HALSEY DRUG | 924768 | 2212645 | TRIPOSED SR 480ML HLS | 9 | PSE | S |
| 00904-0217-85 | 904021785 | FLU/COLD/ | POW | COUGH | MAJOR PHARMACEUTICALS | 877158 | 2306124 | MAJOR FLU COLD & COUGH PW 6 MJR | 9 | PSE | S |
| 00904-5054-60 | 904505460 | SUDOGEST | PLUS | MAX STR | MAJOR PHARMACEUTICALS | 500879 | 2204576 | PSEUDOGEST PLUS TB 6O-4MG 100 MJR | 9 | PSE | S |
| 00904-5056-24 | 904505624 | SINUS RELIEF | TAB | MAX STR | MAJOR PHARMACEUTICALS | 767544 | 2517167 | SINUS RELIEF TB 24 MS MJR | 9 | PSE | S |
| 00904-7666-24 | 904766624 | ILA NAS DECON | TAB | 2.5-60MG | MAJOR PHARMACEUTICALS | 928119 | 2379469 | U/L DECONGESTNT LNG ACTNG TAB 24S | 9 | PSE | S |
| 60814-0108-01 | 60814010801 | ANTIHIST NAS | TAB | DECONG | REXALL MANAGED CARE | 894508 | 2212884 | ANTIHIST NASAL DECONG TB 100 RXM | 9 | PSE | S |
| 60814-0108-10 | 60814010810 | ANTIHIST NAS | TAB | DECONG | REXALL MANAGED CARE | 894516 | 2212876 | ANTIHIST NASAL DECONGEST TAB 14 | 9 | PSE | S |
| 60814-0108-24 | 60814010824 | ANTIHIST NAS | TAB | DECONG | REXALL MANAGED CARE | 894486 | 2212900 | ANTIHIST NASAL DECONGEST TAB 24S | 9 | PSE | S |
| 60814-0108-30 | 60814010830 | ANTIHIST NAS | TAB | DECONG | REXALL MANAGED CARE | 894494 | 2212892 | ANTIHIST NASAL DECONGEST TAB 30S | 9 | PSE | S |
| 00085-0901-02 | 85090102 | CHLOR-TRIMET | TAB | Apr-60 | SCHERING-PLOUGH | 719200 | 1410240 | CHLOR-TRIM D 4MG TRL SZ DL9010Z | 44 | PSE | S |
| 00677-0982-01 | 677098201 | SINUS IMPROV | TAB | | | 410918 | 1494426 | HYDROCORTISN OINT .5% 1OZ URL | 49 | PSE | S |
| 37205-0001-05 | 37205000105 | PEDIA RELIEF | DRO | 7.5/.8ML | LEADER BRAND PRODUCTS | 963976 | 2303220 | LDR PEDIA RELIEF DROPS .5OZ 00105 | 70 | PSE | S |
| 37205-0003-26 | 37205000326 | PEDIA RELIEF | LIQ | CGH/COL | LEADER BRAND PRODUCTS | 963968 | 2303238 | LDR PEDIA RELIEF COUGH-COLD 4OZ | 70 | PSE | S |
| 37205-0042-26 | 37205004226 | TRIACTING | LIQ | NITE TIM | LEADER BRAND PRODUCTS | 928291 | 2313013 | LDR TRIACTING NITE TIME 4OZ 04226 | 70 | PSE | S |
| 37205-0085-52 | 37205008552 | MULTI-SYMPTO | CAP | COLD&C | LEADER BRAND PRODUCTS | 965405 | 2302941 | LDR MULTI-SYMPTON C&C GEL 10CT | 70 | PSE | S |
| 37205-0207-62 | 37205020762 | PAIN RELIEF | CHW | COLD+C | LEADER BRAND PRODUCTS | 372870 | 2474690 | LDR PAIN RELIEVER C&C CHEW 24 | 70 | PSE | S |
| 37205-0211-62 | 37205021162 | PAIN RELIEF | TAB | COLD | LEADER BRAND PRODUCTS | 461725 | 2507051 | LDR PAIN RELIEVER COLD CP 24 | 70 | PSE | S |
| 37205-0250-53 | 37205025053 | DAY-TIME | CAP | COLD/FL | LEADER BRAND PRODUCTS | 965308 | 2362580 | LDR DAYTIME SOFTGELS 12CT | 70 | PSE | S |
| 37205-0330-91 | 37205033091 | FLU/COLD/CGH | POW | HOT MED | LEADER BRAND PRODUCTS | 965332 | 1759257 | LDR FLU COUGH & COLD 6CT | 70 | PSE | S |
| 37205-0376-62 | 37205037662 | SINUS PAIN | TAB | MAX STR | LEADER BRAND PRODUCTS | 965182 | 1363936 | LDR SINUS PAIN RELIEVER CL 24 | 70 | PSE | S |
| 37205-0385-62 | 37205038562 | ALLERGY/SINU | TAB | MAX STR | LEADER BRAND PRODUCTS | 965200 | 1364447 | LDR SINUS/ALLERGY PAIN RELVR 24 | 70 | PSE | S |
| 37205-0400-71 | 37205040071 | MULTI SYMPTO | TAB | COLD | LEADER BRAND PRODUCTS | 965391 | 1745595 | LDR MULTI-SYMPTOM COLD TAB 50CT | 70 | PSE | S |
| 37205-0410-53 | 37205041053 | NIGHT-TIME | CAP | COLD/FL | LEADER BRAND PRODUCTS | 965421 | 1759588 | LDR NIGHT TIME SOFTGEL 12CT | 70 | PSE | S |
| 37205-0445-62 | 37205044562 | PSEUDOEPHEDR | TAB | 30MG | LEADER BRAND PRODUCTS | 965146 | 1388107 | LDR PSEUDOEPHEDRINE TAB 24CT | 70 | PSE | S |
| 37205-0447-62 | 37205044762 | SINUS | TAB | MAX-STR | LEADER BRAND PRODUCTS | 963984 | 1388115 | LDR SINUS TAB M/S 24CT 44762 | 70 | PSE | S |
| 37205-0450-62 | 37205045062 | HISTA-TABS | TAB | 2.5-60MG | LEADER BRAND PRODUCTS | 965340 | 1376506 | LDR HISTA TAB 24CT | 70 | PSE | S |
| 37205-0450-78 | 37205045078 | HISTA-TABS | TAB | 2.5-60MG | LEADER BRAND PRODUCTS | 965359 | 2283109 | LDR HISTA TAB 100CT | 70 | PSE | S |
| 37205-0537-53 | 37205053753 | TUSSIN SEVER | CAP | CONGES | LEADER BRAND PRODUCTS | 964026 | 1963198 | LDR TUSSIN S/C LIQU-CAP 12S 53753 | 70 | PSE | S |
| 37205-0596-52 | 37205059652 | PSEUDOEPHEDR | TAB | SEVERE | LEADER BRAND PRODUCTS | 933473 | 2312973 | LDR PSEUDO SEVERE COLD 10CT | 70 | PSE | S |
| 37205-0875-30 | 37205087530 | NIGHT-TIME | LIQ | COLD | LEADER BRAND PRODUCTS | 965456 | 1388065 | LDR NIGHT TIME REGULAR 6OZ | 70 | PSE | S |
| 37205-0875-38 | 37205087538 | NIGHT-TIME | LIQ | COLD | LEADER BRAND PRODUCTS | 965464 | 1239169 | LDR NIGHT TIME REGULAR 10OZ | 70 | PSE | S |
| 37205-0880-30 | 37205088030 | NIGHT-TIME | LIQ | COLD | LEADER BRAND PRODUCTS | 965430 | 1460377 | LDR NIGHT TIME CHERRY 6OZ | 70 | PSE | S |
| 37205-0880-38 | 37205088038 | NIGHT TIME | LIQ | COLD | LEADER BRAND PRODUCTS | 965448 | 1783422 | LDR NIGHT TIME CHERRY 10OZ | 70 | PSE | S |
| 37205-0966-52 | 37205096652 | DIXAPHEDRINE | TAB | 6-120 CR | LEADER BRAND PRODUCTS | 927378 | 2313997 | LDR DIXAPHEDRINE 10CT 96552 | 70 | PSE | S |
| 37205-0975-26 | 37205097526 | TUSSIN PE | SYP | I30-100/5 | LEADER BRAND PRODUCTS | 965328 | 2302925 | LDR TUSSIN PE SR 4OZ | 70 | PSE | S |
| 00031-1653-70 | 31165370 | DIMACOL | TAB | | WHITEHALL ROBINS HEALTHCARE | 545287 | 1085455 | DIMACOL CAPLET 500S 1653-70 | 80 | PSE | S |
| 00081-0766-48 | 81076648 | SUDAFED SIN | TAB | XS | WARNER WELLCOME | 694857 | 1507870 | SUDAFED SINUS TAB 48S 22767 | 80 | PSE | S |
| 00081-0768-48 | 81076848 | SUDAFED | TAB | SINUS | WARNER WELLCOME | 594830 | 1507888 | SUDAFED SINUS CAPLET 48S 22769 | 80 | PSE | S |
| 00081-0865-78 | 81086578 | SUDAFED | TAB | 30MG | WARNER WELLCOME | 120499 | 1064740 | SUDAFED TB 30MG 500X2 INSTUT | 80 | PSE | S |
| 00121-0421-04 | 121042104 | PSEUDOEPHEDR | SYP | 30MG/5M | PHARMACEUTICAL ASSOCIATES | 783021 | 2170793 | PA-PSEUDOEPHEDRINE HCL SYRUP 4OZ | 80 | PSE | S |
| 00182-1361-11 | 182136111 | NIGHTTIME | CAP | COLD | GOLDLINE | 842664 | 1698224 | NIGHT TIME COLD CP 12 SFTGEL GLD | 80 | PSE | S |
| 00451-4002-05 | 451450050 | GUAITAB | TAB | 60-400MG | MURO | 745979 | 2411304 | GUAITAB 100S MURO | 80 | PSE | S |
| 00472-1517-94 | 472151794 | DECOFED | SYP | 30MG/5M | ALPHARMA | 356948 | 1307958 | DECOFED LQ 4OZ ALM | 80 | PSE | S |
| 00536-2303-75 | 536230375 | KIDKARE DECO | DRO | 7.5/.8ML | RUGBY | 771651 | 1395425 | KIDKARE DECON DR 1OZ RG RUG | 80 | PSE | S |
| 00536-2310-97 | 536231097 | KIDKARE | LIQ | CGH/COL | RUGBY | 771660 | 1395193 | KIDKARECGH/COLD LQ 4OZ RG RUG | 80 | PSE | S |
| 00904-0250-24 | 904025024 | TRIPROL/PSE | TAB | 2.5-60MG | MAJOR PHARMACEUTICALS | 698270 | 2163780 | APRODINE TB 24 MJR | 80 | PSE | S |
| 00904-0250-60 | 904025060 | TRIPROL/PSE | TAB | 2.5-60MG | MAJOR PHARMACEUTICALS | 698288 | 2163798 | APRODINE TB 100 MJR | 80 | PSE | S |
| 00904-0250-61 | 904025061 | TRIPROL/PSE | TAB | 2.5-60MG | MAJOR PHARMACEUTICALS | 749087 | 2162865 | APRODINE TB 100 UD MJR | 80 | PSE | S |

Page 18

P-14290 _ 00291

| ndc-no | ndc | descrip | fam | descrip | misc | vendor | DP number | canh number | description | do.. | type | code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00904-0321-60 | u904031600 | SINUS RELIEF | TAB | 30-325MG | | MAJOR PHARMACEUTICALS | 698724 | 216442 | SINUS RELIEF TB 100 | MJR | 80 | PSE | S |
| 00904-0668-15 | 904066815 | DEXAPHEN SA | TAB | 6-120 | | MAJOR PHARMACEUTICALS | 698695 | 216738 | DEXAPHEN SA TB 120/6 10 | MJR | 80 | PSE | S |
| 00904-0668-95 | 904066895 | DEXAPHEN SA | TAB | 6-120 | | MAJOR PHARMACEUTICALS | 698709 | 216709 | DEXAPHEN SA TB 120/6 20 | MJR | 80 | PSE | S |
| 00904-1324-20 | 904132420 | CH ALL-NITE | LIQ | COLD/CG | | MAJOR PHARMACEUTICALS | 697630 | 2163731 | ALL NITE COLD SR 120ML CHILD | MJR | 80 | PSE | S |
| 00904-3459-60 | 904345960 | SIMPLET | TAB | | | MAJOR PHARMACEUTICALS | 675024 | 2163665 | SIMPLET TB 100 | | 80 | PSE | S |
| 00904-3650-51 | 904365051 | SYMPTOMATIC | TAB | COLD | | MAJOR PHARMACEUTICALS | 698652 | 2163947 | COLD SYMPTOMS RELIEF TB 50 | MJR | 80 | PSE | S |
| 00904-5020-20 | 904502020 | SUDOGEST CHD | SYP | 30MG/5M | | MAJOR PHARMACEUTICALS | 707562 | 2164358 | PS EUDO-GEST SR 4OZ | MJR | 80 | PSE | S |
| 00904-5053-24 | 904505324 | SUDOGEST | TAB | 30MG | | MAJOR PHARMACEUTICALS | 675598 | 2163681 | PSEUDOGEST TB 30MG 24 | MJR | 80 | PSE | S |
| 00927-0187-07 | 927018707 | KOLEPHRINDM | SYP | | | PFEIFFER | 19257 | 1402842 | KOLEPHRIN DM CL 30 | PFR | 80 | PSE | S |
| 00927-0224-63 | 927022463 | KOLEPHRIN | TAB | | | PFEIFFER | 19254 | 1402841 | KOLEPHRIN CL 36 | PFR | 80 | PSE | S |
| 12453-0250-01 | 1246302500 | NASABID | CAP | 90-250GR | | ABANA PHARMACEUTICALS | 774590 | 1632486 | NASABID 100S SEE#2514628 | | 80 | PSE | S |
| 00045-0171-06 | 45017106 | TYLENOL FLU | POW | NIGHTIM | | MCNEIL CONSUMER | 688602 | 2895163 | Tylenol Flu Night PC6 | | 999 | PSE | S |
| 00045-0174-10 | 45017410 | TYLENOL FLU | CAP | NIGHTIM | | MCNEIL CONSUMER | 609820 | 2895027 | Tylenol Flu Night 10 | | 999 | PSE | S |
| 00045-0174-20 | 45017420 | TYLENOL FLU | CAP | NIGHTIM | | MCNEIL CONSUMER | 609900 | 2895098 | Tylenol Flu Night GC 20 | | 999 | PSE | S |
| 00047-2900-23 | 47290023 | TRIP/PSE/COD | SYP | | | WARNER CHILCOTT | 581976 | 2070001 | Tripol P-Ephd SR Full 16 oz. | | 999 | PSE | S |
| 00047-2932-23 | 47293223 | MEDI-TUSS | SYP | #NAME? | | WARNER CHILCOTT | 582018 | 2070002 | Medi-Tuss DAC SR STR Rs 16 oz | | 999 | PSE | S |
| 00084-0433-10 | 84043310 | ANTIHIST NAS | TAB | DECONG | | AMERICAN PHARMACEUTICAL CO. | 466846 | 184126 | UN and Antinasl 100 | | 999 | PSE | S |
| 00084-0433-24 | 84043324 | ANTIHIST NAS | TAB | DECONG | | AMERICAN PHARMACEUTICAL CO. | 466838 | 1500021 | UN and Antinasl TB 24 | | 999 | PSE | S |
| 00084-0633-10 | 84063310 | NIGHT TIME | SOL | CD FORM | | AMERICAN PHARMACEUTICAL CO. | 466853 | 1840508 | UN Nht Cld Med Rel 10 oz | | 999 | PSE | S |
| 00217-0410-11 | 217041011 | COPHENE-S | SOL | | | DUNHILL | 310581 | 1854006 | Cophene-S SR 480 ml | | 999 | PSE | S |
| 00276-1145-01 | 276114501 | RESPINOL-G | TAB | | | MISEMER | 460576 | 2017157 | Respinol-G 4000# 100 | | 999 | PSE | S |
| 00372-0038-01 | 372003801 | HAYFEBROL | LIQ | SF | | SCOT-TUSSIN | 830607 | 2665800 | HayFEBROL SF SL 30 ml | | 999 | PSE | S |
| 00372-0038-08 | 372003808 | HAYFEBROL | LIQ | SF | | SCOT-TUSSIN | 830623 | 2665817 | HayFEBROL SF SL 240 ml | | 999 | PSE | S |
| 00372-0038-16 | 372003816 | HAYFEBROL | LIQ | SF | | SCOT-TUSSIN | 830631 | 2665826 | HayFebrol SF SL 480 ml | | 999 | PSE | S |
| 00428-0385-04 | 428038504 | DECOHISTINE | LIQ | EXPECT | | MORTON GROVE PHARMACEUTICALS | 736830 | 2895195 | Decohistine10 mg 120 ml | | 999 | PSE | S |
| 00536-0432-90 | 536043290 | CARBODEC DM | SOL | | | RUGBY | 656283 | 2261316 | Carbodec DM SR 3840 M.L | | 999 | PSE | S |
| 00536-0432-97 | 536043297 | CARBODEC DM | SYP | | | RUGBY | 656291 | 2261234 | Carbodec DM SR 120 ml | | 999 | PSE | S |
| 00536-0790-85 | 536070985 | GUATUSS DAC | SYP | | | RUGBY | 610496 | 2250100 | Guaituss DAC SR 10 mg 480 ml | | 999 | PSE | S |
| 00563-2627-01 | 563262701 | ZEPHREX LA | TAB | 120-600 | | SANOFI PHARMACEUTICALS | 362158 | 1981547 | Zephrex LA TB 600 mg 100 | | 999 | PSE | S |
| 00839-6404-63 | 839640463 | CARDEC DM | SYP | | | H L MOORE | 847038 | 2701879 | Cardec DM TTT 15 ml | | 999 | PSE | S |
| 00839-6404-65 | 839640465 | CARDEC DM | SYP | | | H L MOORE | 847160 | 2701902 | Cardec DM TTT 120 ml | | 999 | PSE | S |
| 00839-6471-06 | 839647106 | DESIHIST SA | SOL | DAC SF | | H L MOORE | 871400 | 2704070 | Desihist SA 10 mg 120 ml | | 999 | PSE | S |
| 00839-6471-16 | 839647116 | DESIHIST SA | SOL | DAC SF | | H L MOORE | 871079 | 2704004 | Desihist TB 120/6 100 | | 999 | PSE | S |
| 00839-6478-65 | 839647865 | GUAITUSS DAC | SOL | | | H L MOORE | 839450 | 2699950 | Guaituss DAC TTT 10 mg 120 ml | | 999 | PSE | S |
| 00839-6478-69 | 839647869 | GUATUSS DAC | SOL | | | H L MOORE | 839467 | 2699964 | Guaituss DAC TTT 10 MG 480 ml | | 999 | PSE | S |
| 00839-6695-65 | 839669565 | DIHISTINE | LIQ | | | H L MOORE | 818856 | 2697431 | Dihistine TTT EX 120 ml | | 999 | PSE | S |
| 00839-6695-69 | 839669569 | DIHISTINE | LIQ | | | H L MOORE | 818834 | 2697415 | Dihistine TTT SR 10 mg 48 ml | | 999 | PSE | S |
| 00839-7079-69 | 839707969 | TRIACIN-C | SYP | | | H L MOORE | 856070 | 2702835 | Triacin C TTT SR 480 ml | | 999 | PSE | S |
| 00839-7754-06 | 839775406 | PSE/GG CR | TAB | 120-600 | | H L MOORE | 842605 | 2701167 | Pseudophed/Guaif TTT 600 mg 100 | | 999 | PSE | S |
| 00839-7785-65 | 839778565 | HALOTUSSIN | SOL | DAC SF | | H L MOORE | 838144 | 2699718 | Halotussin DAC 10 mg 120 ml | | 999 | PSE | S |
| 00839-7789-69 | 839778969 | HALOTUSSIN | SOL | DAC SF | | H L MOORE | 837997 | 2699976 | Halotussin DAC TTT SR 10 mg 480 ml | | 999 | PSE | S |
| 00839-7924-06 | 839792406 | PSEUDO/GG | CAP | 12-120CR | | H L MOORE | 844223 | 2701597 | Pseudoephed Guaif TTT CD 300 mg 100 | | 999 | PSE | S |
| 00839-7925-06 | 839792506 | PSEUDO/GUAIF | CAP | 12-120CR | | H L MOORE | 844231 | 2701600 | Pseudoephed Guaif TTT 250 mg 100 | | 999 | PSE | S |
| 00839-7972-06 | 839797206 | NASAL DECONG | CAP | | | H L MOORE | 695390 | 2894180 | UL Nasal Decong PED 12-12 100 | | 999 | PSE | S |
| 00839-7973-06 | 839797306 | NASAL DCG PD | CAP | 6- | | H L MOORE | 695450 | 2703361 | Nasal Decong PED 60-6 mg 100 | | 999 | PSE | S |
| 00904-0010-24 | 904010024 | LANTAB | TAB | 30MG | | COLUMBIA DRUG | 658081 | 2521811 | Lan tabs 100 | | 999 | PSE | S |
| 00904-0250-24 | 904025024 | LANTUSS-DM | SYP | | | COLUMBIA DRUG | 405968 | 2009611 | Lantuss DM SR 480 ml | | 999 | PSE | S |
| 00904-0923-28 | 904092328 | PSEUDO | TAB | 2.5/60MG | | MASON DISTRIBUTORS | 711128 | 2686748 | Pseudoephedrine tb 30 mg 100 | | 999 | PSE | S |
| 00904-1009-24 | 904100924 | PSEUDO | TAB | 30MG | | MASON DISTRIBUTORS | 605000 | 2629160 | Novagest EX 3840 ml | | 999 | PSE | S |
| 00904-1009-24 | 904100924 | PSEUDOGEST | TAB | PLUS | | MAJOR PHARMACEUTICALS | 595420 | 2694768 | UL Pseudo Gest TB 24 | | 999 | PSE | S |
| 00904-1323-21 | 904132321 | ALL-NITE CLD | SOL | FORMUL | | MAJOR PHARMACEUTICALS | 693590 | 2694149 | UL All-nite Cold mint 180 ml | | 999 | PSE | S |
| 00904-1323-21 | 904132321 | ALL-NITE CLD | SOL | FORMUL | | MAJOR PHARMACEUTICALS | 693590 | 2894180 | UL All-nite Cold Cherry 180 ml | | 999 | PSE | S |
| 00904-3650-51 | 904365051 | SYMPTOMATIC | TAB | COLD | | MAJOR PHARMACEUTICALS | 698450 | 2894449 | UL Cold Symptom 50 | | 999 | PSE | S |
| 11735-0032-11 | 1173500321 | LANTAB | TAB | | | COLUMBIA DRUG | 658081 | 2521811 | Lan tabs 100 | | 999 | PSE | S |
| 11735-0207-16 | 1173502071 | PSEUDO | SYP | | | MASON DISTRIBUTORS | 405968 | 2009611 | Lantuss DM SR 480 ml | | 999 | PSE | S |
| 11845-0081-01 | 1184500810 | PSEUDO | TAB | 30MG | | MASON DISTRIBUTORS | 763284 | 2696745 | Pseudo Gest tb 30 mg 100 | | 999 | PSE | S |
| 11845-0936-01 | 1184509360 | CLORFED | SOL | 60MG | | STEWART JACKSON | 763292 | 2696755 | Pseudo Gtabs TB 60 mg 100 | | 999 | PSE | S |
| 43585-0596-16 | 4358509616 | LEMOHIST | CAP | PLUS | | SENECA | 360236 | 1981182 | Clorfed 10 mg 480 ml | | 999 | PSE | S |
| 47028-0019-10 | 4702800191 | | | | | | 654690 | 2621100 | Lemohist Plus 1000 | | 999 | PSE | S |

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019323**

CAH_MDL_PRIORPROD_DEA07_01384186

P-14290 _ 00292

| item# | ndc | jhdc | descrip | form | misc1 | vendor | No | DPInumber | | depn | type | code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49463-0016-10 | 4943000161610 | PSEUDOEPHEDR | TAB | 30MG | | TIME-CAP LABS | No | 693935 | 2627610 Pseudoephedrine TT 30 mg 1000 | 999 | PSE | S |
| 50383-0084-04 | 50383008404 | CO-HISTINE | SOL | DH | | HI-TECH | | 898236 | 2677061 Co-histine DH 480 ml | 999 | PSE | S |
| 50383-0084-16 | 50383008416 | CO-HISTINE | SOL | DH | | HI-TECH | | 898244 | 2677979 Co-histine DH 120 ml | 999 | PSE | S |
| 50383-0086-04 | 50383008604 | CO-HISTINE | SOL | EXPECT | | HI-TECH | | 898216 | 2677946 Co-histine Exp | 999 | PSE | S |
| 50383-0086-16 | 50383008616 | CO-HISTINE | SOL | EXPECT | | HI-TECH | | 898228 | 2677953 Co-histine Exp EX 480 ML | 999 | PSE | S |
| 50383-0008-04 | 50383000804 | GUAIATUSSIN | SOL | DAC | | HI-TECH | | 898198 | 2677920 Guaitussin DAC SR 120 ml | 999 | PSE | S |
| 50383-0008-16 | 50383000816 | GUAIATUSSIN | SOL | DAC | | HI-TECH | | 898201 | 2677938 Guaitussin DAC SR 480 ml | 999 | PSE | S |
| 50383-0014-04 | 50383001404 | GUAIATUSSIN | SYP | 30-100/5 | | HI-TECH | | 897353 | 2677420 Guaitussin - PE ST 120 ml | 999 | PSE | S |
| 50383-0089-16 | 50383008816 | GUAITUSS PE | SYP | 1.25-30 | | HI-TECH | | 898403 | 2677169 Active SR 120ml | 999 | PSE | S |
| 50383-0015-04 | 50383001504 | ACTIVE | SYP | 1.25-30 | | HI-TECH | | 896411 | 2677177 Active SR 480 ml | 999 | PSE | S |
| 50383-0115-04 | 50383011516 | ACTIVE | SYP | 1.25-30 | | HI-TECH | | 896420 | 2677185 Active SR 3840 ml | 999 | PSE | S |
| 50383-0115-28 | 50383111516 | ACTIVE | SYP | | | HI-TECH | | 898551 | 2677278 Brometane DX 3820 ml | 999 | PSE | S |
| 50383-0115-54 | 50383115154 | ACTIVE | SYP | | | HI-TECH | | 896675 | 2677342 Carbofed DM SR 3840 ml | 999 | PSE | S |
| 50383-0593-28 | 50383059328 | BROMATANE DX | SYP | | | BIZ-PHARM | | 828397 | 2658347 NOVADYNE DMX SR 100/10 480 ml | 999 | PSE | S |
| 50383-0751-28 | 50383075128 | CARBOFED DM | SOL | #NAME? | | BIZ-PHARM | | 828380 | 2658341 NovaDyne DMX 100/10 3840 ml | 998 | PSE | S |
| 50732-2038-16 | 50732083816 | INOVAHISTINE | SOL | #NAME? | | ZENITH GOLDLINE SHREVEPORT INC | | 828145 | 2658412 Sudachem Chld 6 mg/ml 480 ml | 999 | PSE | S |
| 50732-2038-28 | 50732083828 | INOVAHISTINE | SOL | 30MG/6M | | ZENITH GOLDLINE SHREVEPORT INC | | 623153 | 2658420 Sudachem Chld SR 6 mg/ml 3840 ml | 999 | PSE | S |
| 50732-2074-16 | 50732082418 | ICH SUDACHEM | LIQ | 30MG/6M | | ZENITH GOLDLINE SHREVEPORT INC | | 654078 | 2820060 Allerphed 120 ml | 999 | PSE | S |
| 50732-2074-28 | 50732082428 | ICH SUDACHEM | LIQ | 30MG/6M | | ZENITH GOLDLINE SHREVEPORT INC | | 654302 | 2820912 Decogest 6 mg/ml 120 ml | 999 | PSE | S |
| 5130-0530-04 | 5130105304 | ALLERPHED | SYP | 1.25-30 | | GREAT SOUTHERN LABS | | 654377 | 2820920 Decogest plus SR 30/2 120 ml | 999 | PSE | S |
| 5130-0532-04 | 5130105304 | DECOGEST | SYP | 30MG/6M | | GREAT SOUTHERN LABS | | 455377 | 1835082 V pseudoephedrine TB 30 mg 24 | 999 | PSE | S |
| 5130-0533-04 | 5130105304 | DECOGEST | SYP | PLUS | | GREAT SOUTHERN LABS | | 458308 | 2678832 Tripolidine/pseudo TB 100 | 999 | PSE | S |
| 53258-0170-24 | 53258017024 | PSEUDOEPHEDR | TAB | 30MG | | VH+PLUS | | 899029 | 2678324 Tripolidine/pseudo TB 50 | 999 | PSE | S |
| 53746-0288-01 | 53746028801 | TRIPROL/PSE | TAB | 2.5-60MG | | INTERPHARM | | 900117 | 2678811 Biotussin DAC SR 480 ml | 999 | PSE | S |
| 53746-0288-50 | 53746028850 | TRIPROL/PSE | TAB | 2.5-60MG | | INTERPHARM | | 900133 | 2678879 Biotussin DAC SR 480 ml | 999 | PSE | S |
| 53746-0288-60 | | TRIPROL/PSE | TAB | | | | | 900184 | 2678878 Biousain Pe EX 120 ml | 999 | PSE | S |
| 59741-0115-04 | 5974101504 | BIOTUSSIN | SOL | DAC | | BIO-PHARM | | 900192 | 2678886 Biotuss Pe Ex 240 ml | 999 | PSE | S |
| 59741-0115-16 | 5974101516 | BIOTUSSIN | SOL | DAC | | BIO-PHARM | | 900026 | 2678894 Biotuss Pe EX 480 ml | 999 | PSE | S |
| 59741-0117-04 | 5974101704 | BIOTUSSIN | SYP | 30-100/5 | | BIO-PHARM | | 900258 | 2678917 Biodec DM SFAF DR 30 ml | 999 | PSE | S |
| 59741-0117-08 | 59741011708 | BIOTUSS PE | SYP | 30-100/5 | | BIO-PHARM | | 900262 | 2678925 Biodec DM SR 120 ml | 999 | PSE | S |
| 59741-0117-16 | 59741011716 | BIOTUSS PE | SYP | 30-100/5 | | BIO-PHARM | | 900370 | 2678933 Biodec DM SR 480 ml | 999 | PSE | S |
| 59741-0134-30 | 59741013430 | BIOTUSS PE | DRO | | | BIO-PHARM | | 900257 | 2678041 Biophed PE SR 120 ml | 999 | PSE | S |
| 59741-0135-16 | 59741013516 | BIODEC-DM | SYP | | | BIO-PHARM | | 900265 | 2678936 Biophed PE SR 120 ml | 999 | PSE | S |
| 59741-0135-04 | 59741013504 | BIODEC-DM | SYP | 1.25-30 | | BIO-PHARM | | 900256 | 2678944 Biophed PE SR 30 ml 240 ml | 999 | PSE | S |
| 59741-0135-16 | 59741013516 | BIODEC-DM | SYP | 1.25-30 | | BIO-PHARM | | 900273 | 2678951 Biophed PE SR 480 ml | 999 | PSE | S |
| 59741-0135-20 | 59741013520 | BIODEC-DM | SYP | 1.25-30 | | BIO-PHARM | | 900033 | 2678969 Biophed PE SR 3840 ml | 999 | PSE | S |
| 59741-0136-04 | 59741013604 | BIOFED-PE | SYP | 1.25-30 | | BIO-PHARM | | 900003 | 2678977 Biophed SR 30 mg 120 ml | 999 | PSE | S |
| 59741-0137-04 | 59741013704 | BIOFED-PE | SYP | 30MG/6M | | BIO-PHARM | | 900311 | 2678985 Biophed SR 30 mg 240 ml | 999 | PSE | S |
| 59741-0137-08 | 59741013708 | BIOFED-PE | SYP | 30MG/6M | | BIO-PHARM | | 900014 | 2678993 Biophed SR 30 mg 480 ml | 999 | PSE | S |
| 59741-0137-16 | 59741013716 | BIOFED-PE | SYP | 30MG/6M | | BIO-PHARM | | 900338 | 2679009 Biophed SR 30 mg 3840 ml | 999 | PSE | S |
| 59741-0137-20 | 59741013720 | BIOFED | LIQ | 30MG/6M | | BIO-PHARM | | 900346 | | 999 | PSE | S |
| 59741-0138-04 | 59741013804 | BIOFED | LIQ | 30MG/6M | | BIO-PHARM | | | | 999 | PSE | S |
| 59741-0138-16 | 59741013816 | BIOFED | LIQ | 30MG/6M | | BIO-PHARM | | | | 999 | PSE | S |
| 59741-0138-20 | 59741013820 | BIOFED | LIQ | 30MG/6M | | BIO-PHARM | | | | 999 | PSE | S |

Page 20

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019324**

CAH_MDL_PRIORPROD_DEA07_01384187

P-14290 _ 00293





**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

# DEA
# COMPLIANCE MANUAL

---

# APPENDIX   F

# DEA Correspondence

**FOIA Confidential**
**Treatment Requested By**
**Cardinal**

CONFIDENTIAL

**CAH SWE 019326**

CAH_MDL_PRIORPROD_DEA07_01384189

P-14290 _ 00295



**U.S. Department of Justice**

**Drug Enforcement Administration**

Washington, D.C. 20537

JUN 2 5 1992

Ms. Sherry Haber
National Wholesale Druggist Association
105 Oronoco Street
Alexandria, Virginia  22314

Dear Ms. Haber:

It has been brought to the attention of the Drug Enforcement
Administration (DEA) that some confusion exists regarding the
proper completion of the DEA Form 222 with respect to the "number
of lines completed." This letter is written to help alleviate
some of the confusion.

Title 21 of the Code of Federal Regulations (CFR), section
1305.06(b) states that only one item shall be entered on each
numbered line. It further states that the total number of items
ordered shall be noted on the order form in the space provided.
On the current version of the DEA Form 222, the aforementioned
"space provided" is termed "number of lines completed." When the
above requirements are followed to the letter, there is no
discrepancy between the number of items ordered and the number of
lines completed.

Problems in interpretation have been encountered when the
purchaser either uses more than one line to describe an item or
voids an item. In the first instance, the correct interpretation
would be to list the number of items ordered on the form in the
space labeled "number of lines completed." The DEA Form 222 will
be revised in its next printing to rename the heading "number of
items ordered."

The issue of voided lines on the order form is perhaps a bit
less clear cut in its interpretation. In strictly interpreting
the regulations, the only conclusion which can be reached which
is not open for interpretation is that a supplier may not fill an
order form which "shows any alteration, erasure, or change of any
description" (21 CFR 1305.11(2)). In fact, instructions provided
on the reverse side of the DEA Form 222 advise the purchaser

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019327

CAH_MDL_PRIORPROD_DEA07_01384190

P-14290 _ 00296

Ms. Sherry Haber                                                Page Two

not to make erasures or alterations. They state that if an error
should be made, all copies of the form should be voided and kept
on file.

In addition, the regulations imply that only a supplier, not
a purchaser, may void an item on a DEA Form 222. Section
1305.15(a) of the regulations states:

> A purchaser may cancel part or all of an order
> on an order form by notifying the supplier in
> writing of such cancellation. The supplier
> shall indicate the cancellation on Copies 1
> and 2 of the order form by drawing a line
> through the canceled items and printing
> "canceled" in the space provided for number of
> items shipped.

Consequently, the supplier is the only individual that has
the authority to indicate the cancellation on the order form.

A separate but related issue has also been raised regarding
generic substitution of order forms. DEA policy does not
preclude generic substitution of identical products provided that
the name and National Drug Code number of the actual product
shipped is reflected on the form. Therefore, it would be
acceptable to make a substitution provided that the customer
agrees to accept a generic rather than a brand name product, the
generic product of a manufacturer other than the one specified or
a brand name product rather than a generic one. Therefore, the
purchaser will not be required to submit a new DEA Form 222 to
accommodate such a change.

Please disseminate the enclosed information to the members
of your organization in an effort to dispel any problems they are
perhaps encountering with the form. Thank you for your attention
to this matter.

Sincerely,

Gene R. Haislip
Deputy Assistant Administrator
Office of Diversion Control

FOIA Confidential
Treatment Requested By
Cardinal

**Cardinal Health** ————————————————————————

| | | |
|---|---|---|
| **TO:** | Clarence Crisp/Cdc | **DATE:** June 29, 1992 |
| | Paul Exley/Ovc | **FROM:** |
| | Ron Franks/Bos | Steve Reardon/Bos *Steve* |
| | Rick Gliot/Cdc | **SUBJ:** |
| | Ben Jones/Zan | **Order Forms (DEA Form 222)** |
| | Geoff Kirkham/Har | |
| | Carol Verrastro/Buf | |
| | Pete Westermann/Syr | |

CC:   George Bennett

————————————————————————

At a recent NWDA/DEA meeting that I attended, DEA issued the attached letter to further clarify their position on the proper completion of DEA Form 222 with respect to number of lines completed, voided or canceled lines, and generic substitutions. The regulatory interpretations are as follows:

- When two lines are used on an order form to describe one item, the number of lines completed at the bottom should be one. If two lines are used to order one item and "two" is entered in the number of lines completed, the order form must not be filled.

- A customer cannot void or cancel a line on the order form. If an order form is received from a customer with a voided or canceled line, the order form is considered defective and cannot be filled. Only a supplier may void an item on DEA Form 222. The customer may cancel a line by notifying the supplier in writing.

- It is acceptable to substitute generic product for generic product, generic product for brand name product, or brand name product for generic product provided that the products are equivalent, the name and the NDC number of the actual product shipped are reflected on the order form, and the purchaser agrees to the substitution.

Please read the letter for the specifics of these interpretations and pass the information on to the appropriate personnel in your division. Your customers should be notified regarding the consequences of their voiding or canceling a line.

DEA has informed their local offices of these interpretations, and you can expect regulatory enforcement to be consistent with the information contained in the letter.

If you have any questions, please call.

Attachment

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019329**

CAH_MDL_PRIORPROD_DEA07_01384192

P-14290 _ 00298

# Cardinal Health

| | | |
|---|---|---|
| TO: | Clarence Crisp/Cdc | DATE: June 29, 1992 |
| | Paul Exley/Ovc | FROM: |
| | Ron Franks/Bos | Steve Reardon/Bos *Steve* |
| | Rick Gliot/Cdc | SUBJ: |
| | Ben Jones/Zan | |
| | Geoff Kirkham/Har | Order Forms (DEA Form 222) |
| | Carol Verrastro/Buf | |
| | Pete Westermann/Syr | |

CC:   George Bennett

At a recent NWDA/DEA meeting that I attended, DEA issued the attached letter to further clarify their position on the proper completion of DEA Form 222 with respect to number of lines completed, voided or canceled lines, and generic substitutions. The regulatory interpretations are as follows:

- When two lines are used on an order form to describe one item, the number of lines completed at the bottom should be one. If two lines are used to order one item and "two" is entered in the number of lines completed, the order form must not be filled.

- A customer cannot void or cancel a line on the order form. If an order form is received from a customer with a voided or canceled line, the order form is considered defective and cannot be filled. Only a supplier may void an item on DEA Form 222. The customer may cancel a line by notifying the supplier in writing.

- It is acceptable to substitute generic product for generic product, generic product for brand name product, or brand name product for generic product provided that the products are equivalent, the name and the NDC number of the actual product shipped are reflected on the order form, and the purchaser agrees to the substitution.

Please read the letter for the specifics of these interpretations and pass the information on to the appropriate personnel in your division. Your customers should be notified regarding the consequences of their voiding or canceling a line.

DEA has informed their local offices of these interpretations, and you can expect regulatory enforcement to be consistent with the information contained in the letter.

If you have any questions, please call.

Attachment

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019330

CAH_MDL_PRIORPROD_DEA07_01384193

P-14290 _ 00299

# ▶ Cardinal Health

| | | | |
|---|---|---|---|
| **TO:** | John Dewees | **DATE:** | December 16, 1992 |
| | Paul Exley | | |
| | Ron Franks | **FROM:** | Steve Reardon |
| | Rick Gliot | | |
| | Ben Jones | **SUB.:** | DEA Form 222 |
| | Willard Lawrence | | |
| | Doug Pace | | |
| | Carol Verrastro | | |
| | Pete Westermann | | |

**CC:** George Bennett
      Clarence Crisp

Please be advised that DEA has made changes on DEA Form 222 (sample attached). They are as follows:

- "No. of Lines Completed" has been changed to "No. of Items Ordered (Must Be Ten or Less)"

- Instruction #8 on the reverse side was changed *from:*

> 8.    Enter the number of items ordered — this should correspond to the number of lines used. If this number has not been entered, the form will be returned to you for completion before the supplier is allowed to fill it.

*to:*

> 8.    Enter the number of *different* items ordered — this *generally* should correspond to the number of lines used. If *a* number has not been entered, the form will be returned to you for completion before the supplier is allowed to fill it.

These changes were made in an attempt to facilitate compliance with 21 CFR 1305.06(b) which reads:

> (b)    Only one item shall be entered on each numbered line. There are ten lines on each order form. If one order form is not sufficient to include all items in an order, additional forms shall be used. Order forms for carfentanil etorphine diprenorphine shall contain only these substances. The total number of items ordered shall be noted on that form in the space provided.

Please pass this information on to the appropriate personnel in your division. If you have any questions, please call.

Attachment

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL



**U.S. Department of Justice**

**Drug Enforcement Administration**

_____

*Washington, D.C. 20537*

APR 0 5 1993

Mr. Dan White
Director, Distribution Projects
    and Regulatory Affairs
McKesson Drug Company
One Post Street
San Francisco, California  94104-5296

Dear Mr. White:

    Reference is made to your recent letter in which you asked
for clarification of the Drug Enforcement Administration's (DEA)
policy regarding the "Number of Items Ordered" box on DEA
Forms 222.

    We had hoped to eliminate such of the confusion regarding
the proper completion of order forms by changing the heading for
this box from "Number of Lines Completed" to "Number of Items
Ordered," but based upon your inquiry and others we have
received, it is apparent that some confusion still exists.

    In your letter, you cited as an example an instance where a
purchaser has used five lines on a DEA Form 222 to order
controlled substances.  Line #1 and line #4 both contain entries
for the same product and package size, i.e. "1 x 100 Ritalin Tab
5mg."  You asked whether the "Number of Items Ordered" would be
"five" or "four."

    Section 1305.06 (c) of Title 21 of the Code of Federal
Regulations (CFR) specifies that "An item shall consist of one or
more commercial or bulk containers of the same finished or bulk
form and quantity of the same substance; a separate item shall be
made for each commercial or bulk container of different finished
or bulk form, quantity or substance."  It is our position,
therefore, that in the example you cited, four items were
ordered.  If the purchaser in this case had erroneously indicated
that five items had been ordered (most likely based on the fact
that five lines had been completed), we would deem this to be a
minor error which could be corrected.

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019332**

CAH_MDL_PRIORPROD_DEA07_01384195

P-14290 _ 00301

Mr. Dan White                                                    Page Two

    It has always been our intent to keep all of our Diversion
Investigators knowledgeable about interpretations of the
Controlled Substances Act and implementing regulations as well as
DEA policy. If you are aware of any inconsistencies in our field
offices' interpretation of the CSA, the regulations or DEA
policy, please bring it to Ms. Carter's or my attention so the
situation can be rectified.

    If I can be of further assistance, please let me know.

                                    Sincerely,

                                    G. Thomas Gitchel, Chief
                                    Liaison and Policy Section
                                    Office of Diversion Control

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019333

CAH_MDL_PRIORPROD_DEA07_01384196

P-14290 _ 00302



**U.S. Department of Justice**

**Drug Enforcement Administration**

---

*Washington, D.C. 20537*

MAY 1 8 1993

Ms. Diane P. Goyette
Director of Regulatory Affairs
National Wholesale Druggists' Association
P.O. Box 2219
Reston, Virginia 22090-0219

Dear Ms. Goyette:

This is in response to your letter of March 8, 1993, regarding the issues raised at the National Wholesale Druggists' Association's (NWDA) Regulatory Affairs Working Group meeting in San Antonio.

The issues raised at the meeting are important and we look forward to continuing to work with the NWDA on matters concerning compliance with Federal and state laws and regulations governing controlled substances. We have relayed the working group's concerns regarding consistency in the Drug Enforcement Administration's interpretation of policy to all of our field offices. We have also reminded them that responses to policy questions should be made in writing if requested by the registrant.

Thank you for allowing members of the Office of Diversion Control staff to meet with you. We believe that by sharing concerns and ideas to prevent the diversion of legitimate controlled substance, both DEA's mission and NWDA's needs will be met.

Sincerely,

G. Thomas Gitchel, Chief
Liaison and Policy Section
Office of Diversion Control

1973   1993

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

**CAH SWE 019334**

CAH_MDL_PRIORPROD_DEA07_01384197

P-14290 _ 00303



**U.S. Department of Justice**

**Drug Enforcement Administration**



JUN 23 1993

Mr. Larry L. Holland
Corporate Director
Security and Regulatory Compliance
Alco Health Services Corporation
P.O. Box 959
Valley Forge, Pennsylvania  19482

Dear Mr. Holland:

    This is in response to your letter of April 22, 1993, in
which you question the use of a former owner's Drug Enforcement
Administration (DEA) registration by the new owner following the
purchase of a pharmacy.  There have been certain instances
recently which have resulted in our reevaluating the
circumstances under which these procedures may be used.

    It is DEA's policy that upon purchasing a pharmacy the new
owner must obtain a new DEA registration prior to dispensing
controlled substances.  However, we recognize that there may be
occasions when, due to circumstances beyond the new owner's
control, issuance of the appropriate state permits and,
consequently, the new DEA registration may be delayed.  In such
situations, it may be permissible for the new owner to continue
the business of the pharmacy under the previous owner's
registration, provided certain conditions are met by both new and
old owners.

    The primary condition is that both the buyer and seller
enter into a power of attorney that specifically sets forth the
following:

    1.  The seller agrees to allow the controlled substance
    activities of the pharmacy to be carried out under the
    seller's DEA registration;

    2.  The seller agrees to allow the buyer to carry out the
    controlled substance activities of the pharmacy, including
    the ordering of controlled substances, as an agent of the
    seller;

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019335**

CAH_MDL_PRIORPROD_DEA07_01384198

P-14290 _ 00304

Mr. Larry L. Holland

Page Two

3. The seller acknowledges that, as the registrant, they will be held accountable for any violations of controlled substance laws which may occur; and

4. The buyer agrees that the controlled substance activities of the pharmacy may be carried out under the seller's registration for no more than 45 days after the purchase date, which shall be recorded in the agreement.

In addition, the buyer must notify the appropriate local DEA office of the proposed use of the seller's DEA registration and, if requested, furnish a copy of the agreement. Should circumstances warrant, the local DEA office may withhold permission for the buyer to use the seller's registration number. The buyer cannot automatically assume that they will be authorized to utilize the seller's registration to conduct controlled substance activities.

With respect to your concerns regarding good faith verifications under such conditions, the best approach is to require that a copy of the power of attorney be provided with the copy of the registration certificate.

I trust the above adequately addresses your concerns. If you have any further questions or comments, please do not hesitate to contact this office at (202) 307-7297.

Sincerely,

G. Thomas Gitchel, Chief
Liaison and Policy Section
Office of Diversion Control

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019336

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01384199

P-14290 _ 00305

# Cardinal Health

| TO | | DATE: | June 29, 1993 |
|---|---|---|---|

TO   Tom Blaylock/*National Specialty Serv.*      DATE: June 29, 1993
     John Dewees/*Marmac*                         FROM:
     Paul Exley/*Ohio Valley*                            Steve Reardon/*Daly*
     Ron Franks/*Daly*                            SUBJ:
     Rick Gliot/*Chapman*                               DEA Policy
     Ben Jones/*Bailey*
     Brian Landry/*Mississippi*
     ‑‑Doug Pace/*Florida*
     John Roth/*Solomons*
     Carol Verrastro/*Ellicott*
     Pete Westermann/*Syracuse*

CC:   George Bennett/*Dublin*

Typically, local DEA offices are willing to provide registrants with regulatory policy interpretations but are hesitant to put these interpretations in writing. However, according to the attached letter, the field offices have recently been instructed to respond to policy questions in writing if requested by the registrant. In response to this new directive from Washington, our policy should be to ask for all interpretations of DEA regulations and policies or approvals of procedures for your operation to be put in writing. This practice will protect us against potential violations that could result when being inspected by DEA investigators who disagree with the interpretation or are new to the local office. If the local office is hesitant to put something in writing, please feel free to provide them with a copy of this letter or contact me, and I will handle it.

If you have any questions, please call.

Attachment

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

 **Cardinal Health** _____

| | | |
|---|---|---|
| TO: | Sales and Operations Personnel<br>Linda Zariengo | DATE: August 25, 1993<br>FROM: Steve Reardon |
| CC: | George Bennett<br>Pete Westermann | SUBJ: Change of Pharmacy Ownership:<br>DEA Policy |

---

Change of pharmacy ownership and continuing operation on a previous owner's DEA registration is an issue which has created ongoing confusion and inconvenience for us and our customers because of varying local DEA interpretations as to whether or not this is allowed.

DEA Headquarters recently documented DEA's official policy in the attached letter, which states that continued operation is permissible when certain conditions are met by both the current and previous owners.

The primary condition is that both the buyer and seller enter into a power of attorney that specifically sets forth the following:

1. The seller agrees to allow the controlled substance activities of the pharmacy to be carried out under the seller's DEA registration;

2. The seller agrees to allow the buyer to carry out the controlled substance activities of the pharmacy, including the ordering of controlled substances, as an agent of the seller;

3. The seller acknowledges that, as the registrant, they will be held accountable for any violations of controlled substance laws which may occur; and

4. The buyer agrees that the controlled substance activities of the pharmacy may be carried out under the seller's registration for no more than 45 days after the purchase date, which shall be recorded in the agreement.

Prior to selling to the new owner, you should obtain a copy of the power of attorney and file it with the copy of the previous owner's DEA registration certificate.

In addition, you must monitor the 45-day limit on controlled substance activity imposed as part of this policy.

If you have any questions, please call.

Attachment

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH SWE 019338**

CAH_MDL_PRIORPROD_DEA07_01384201

P-14290 _ 00307

# ⚑ Cardinal Health

| TO | Sales and Operations Personnel | DATE | August 25, 1993 |
|---|---|---|---|
| CC: | George Bennett | FROM: | Steve Reardon *SReal* |
| | | SUB: | Mid-Level Practitioners (MLPs) |

The Drug Enforcement Administration (DEA) published a final rule in the June 4 Federal Register establishing a new category of DEA registrants, *mid-level practitioners (MLPs)*. The rule defines MLP as "an individual practitioner... other than a physician, dentist, veterinarian, or podiatrist, who is licensed, registered, or otherwise permitted by the United States or the jurisdiction in which he/she practices, to dispense a controlled substance in the course of professional practice." Examples of MLPs include nurse practitioners, nurse midwives, nurse anesthetists, clinical nurse specialists, and physician assistants.

MLPs will now be registered with DEA, but their authority to prescribe, dispense, and order controlled substances is granted by the state in which they practice and varies greatly among the states and types of MLPs (see attached). The final rule places responsibility for verifying this authority on the supplier, a complicated task at best.

I don't believe MLPs represent a significant new class of customers who would generate large volume sales and, because of the compliance difficulties posed by the authority verification responsibility, recommend that we do not sell directly to them. However, if this turns out not to be the case, we can reevaluate this position.

Please pass this information along to the appropriate staff in your division. If you have any questions, please call.

NOTE:     The new MLP registration number will begin with the letter "M" rather than the letters "A" or "B" currently used for traditional practitioners.

Attachment

Distribution:

| | | | |
|---|---|---|---|
| Denzel Bibey | Paul Exley | Bernie Livingston | Roy Stromski |
| Dave Blaylock | Rick Gliot | Gene Morrow | Jeff Tuller |
| Tom Blaylock | Pat Jensen | Patrick O'Connor | Mike Vaughan |
| Jim Bonanni | Lindsley Keeton | Doug Pace | Carol Verrastro |
| Terry Brown | John Kilgour | Alan Phair | Pete Westermann |
| Chip Caney | Les Killebrew | Sherry Rahn | |
| John Dewees | Brian Landry | John Roth | |

FOIA Confidential
Treatment Requested By
Cardinal



# National Wholesale Druggists' Association

Dwight A. Steffensen, Chairman of the Board
Ronald J. Streck, President & CEO

P.O. Box 2219, Reston, VA 22090-0219   Fax # 703/787-6930
1821 Michael Faraday Drive, Suite 400, Reston, VA 22090-5348 • 703/787-0000

August 20, 1993

TO:         Active Member CEO's
            Government Affairs Committee
            Regulatory Affairs Working Group

FROM:       Diane Goyette
            Director of Regulatory Affairs

            Robin Pollini
            Regulatory Analyst

SUBJECT:    DEA Mid-level Practitioner Rule:  Information on State Prescribing Authority

As previously reported to you, the Drug Enforcement Administration (DEA) published a final rule in the June 4 *Federal Register* establishing a new category of DEA registrants. Under this rule, mid-level practitioners (MLPs), such as physician assistants and nurse practitioners, will obtain and use their own DEA numbers to prescribe, dispense and order controlled substances, subject to state requirements. The rule went into effect on July 1, 1993. We have attached a copy of a June 1993, *Government Update* article outlining the new regulations (**Attachment A**).

MLPs will now be registered with DEA, but their authority to dispense controlled substances is granted by the state in which they practice. The final rule places the responsibility for verifying the degree of the MLP's authority to order and prescribe controlled substances on pharmacists, wholesalers and other parties in the distribution chain. Because prescribing authority varies so widely among states and types of MLPs, wholesalers need to be familiar with the restrictions imposed by each state that they service.

NWDA has developed the enclosed materials to familiarize you with the MLP prescribing authority in each state. We hope you will find them helpful in determining your obligations under the new DEA rule. The materials are based on information received from the National Association of Boards of Pharmacy, the American Academy of Physician Assistants, the American Nurses Association and various state authorities. In addition to the *Government Update* article, we have included the following:

**Mid-Level Practitioner Prescribing Authority by State Chart (Attachment B)** - This chart provides information on the prescribing authority, per state, for the following MLPs: doctors of homeopathy, physician assistants, advanced registered nurse practitioners, "other nurses" and optometrists. *This is only a partial list, containing information on the*

N·A·

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

*more commonly encountered MLPs.* It should be noted that other practitioners may be covered under the MLP rule. For the purposes of this chart, the term "other nurses" includes clinical nurse specialists, nurse midwives, certified registered nurse anesthetists and various nurse practitioner specialists.

The chart takes each state and assigns the five MLP groups a number representing their prescribing authority under that state's regulations. MLPs with independent prescribing authority (category 1) or limited prescribing authority (category 3) are probably of the most concern to you as a wholesaler because these MLPs have the greatest degree of authority to prescribe. Dependent describing authority (category 2) in some states may also be of concern. A description of the categories appears at the beginning of the chart.

**Notes on Dependent and Limited Mid-Level Practitioner Prescribing Authority, by State (Attachment C)** - These notes accompany the chart to provide additional information on dependent and limited prescribing authority for physician assistants and nurses. Accordingly, each category 2 and 3 listing on the chart has a corresponding explanation in the notes. Many of the chart entries for other nurses "vary." Where this variation could not be covered in the notes, you will need to contact the state for more information.

**State Contact Listings (Attachment D)** - Because there are so many different types of MLPs and the prescribing authority for each of these MLPs varies widely by state, you may need to supplement the enclosed information by contacting the states for more information. The contacts at the state Boards of Pharmacy and state licensing agencies listed in this package should be able to answer any questions that you have regarding MLP prescribing authority.

We hope that the enclosed materials will assist you in responding to the requirements of the new DEA mid-level practitioner rule. As new information becomes available we will update these materials for your use. If you have questions regarding the enclosed materials or the mid-level practioner rule, please contact Robin Pollini, NWDA Regulatory Analyst, Ext. 242.

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019341**

CAH_MDL_PRIORPROD_DEA07_01384204

P-14290 _ 00310

ATTACHMENT A



★★★★★ GOVERNMENT ★★★★★

*Update.*

National Wholesale Druggists' Association    PO Box 2219, Reston, VA 22090 • 703/787-0000

**Vol. 13 No. 6**                                                    June 1993

# DEA Now Registers MLPs

## *Changes Could Pose New Burdens For Pharmacists, Wholesalers*

The Drug Enforcement Administration (DEA) published a final rule in the June 4 *Federal Register* establishing a new category of DEA registrants. Under the new rule, which goes into effect on July 1, 1993, mid-level practitioners (MLPs) will obtain and use their own DEA numbers in dispensing controlled substances, subject to restrictions imposed by their state of practice.

The final rule defines an MLP as "an individual practitioner...other than a physician, dentist, veterinarian, or podiatrist, who is licensed, registered, or otherwise permitted by the United States or the jurisdiction in which he/she practices, to dispense a controlled substance in the course of professional practice." DEA considers "dispensing" to include administering, prescribing and directly dispensing — delivering to the ultimate user — controlled substances. Examples of MLPs include nurse practitioners, nurse midwives, nurse anesthetists, clinical nurse specialists and physician assistants.

Until now, MLPs have used the DEA number of their supervising practitioner or institution, again subject to state requirements. The new MLP registration numbers will begin with the letter "M" rather than the letters "A" or "B," currently used for traditional practitioners, so they can be identified as a separate registration category.

Although MLPs now will be registered with DEA, their authority to dispense controlled substances is granted by the state in which they practice and varies widely. In the final rule, DEA acknowledges that verifying MLP dispensing authority will pose difficulties, but notes that it will be the responsibility of pharmacists, wholesalers and other parties in the distribution chain to contact the appropriate state officials to verify the degree of dispensing authority an MLP has been granted.

The burden of this verification is expected to fall primarily on pharmacists, who most commonly will receive orders for controlled substances in the form of individual prescriptions from MLP prescribers. However, drug wholesalers also can expect to handle orders for controlled substances bearing the M-designated DEA number. The unique number format should alert wholesalers to the fact that an MLP customer may or may not be authorized to order controlled substances in a given state. Since this authority varies so widely, wholesalers need to be familiar with the restrictions imposed by each state it services.

NWDA currently is compiling information on the states' laws governing MLPs, and will distribute this information to members as soon as it is complete.

FOIA Confidential
Treatment Requested By
Cardinal

CAH SWE 019342

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01384205

P-14290 _ 00311

CONFIDENTIAL

FOIA Confidential Treatment Requested By Cardinal

CAH_MDL_PRIORPROD_DEA07_01384206

CAH SWE 019343

**ATTACHMENT B**

**MID-LEVEL PRACTITIONER (MLP) PRESCRIBING AUTHORITY BY STATE**

This table provides information on state prescribing authority for a limited number of mid-level practitioners (MLPs). Please note that for the purposes of this chart, the term "other nurses" includes clinical nurse specialists, nurse practitioners and various nurse practitioner specialists. The codes used to describe the authority granted in each state are as follows:

1 - Independent prescribing authority: The MLP has independent authority to order or prescribe controlled and non-controlled substances.

2 - Dependent prescribing authority: The MLP may order or prescribe certain controlled substances under the supervision of a physician. See the notes that accompany this table for specific requirements by state.

3 - Limited prescribing authority: The MLP's prescribing authority is limited to certain types of drugs. See the notes that accompany this table for specific restrictions by state.

4 - The MLP may not order or prescribe controlled and non-controlled substances.

"vary" - Prescribing authority varies among different types of nurses. Contact the state for more information.

| STATE | DOCTOR OF HOMEOPATHY | PHYSICIAN ASST | ADVANCED REGISTERED NURSE PRACTITIONERS | OTHER NURSES | OPTOMETRISTS |
|-------|----------------------|----------------|------------------------------------------|--------------|--------------|
| Alabama | 4 | 4 | 4 | 4 | 4 |
| Alaska | 4 | 2 | 1 | 2 | 4 |
| Arizona | 1 | 2 | 1,2 | 4 | 1 |
| Arkansas | 1 | 4 | 4 | 4 | 1 |
| California | 4 | 4 | 3 | vary | 4 |
| Colorado | 4 | 2 | 2 | vary | 4 |
| Connecticut | 4 | 4 | 2 | vary | 4 |

| STATE | DOCTOR OF HOMEOPATHY | PHYSICIAN ASST | ADVANCED REGISTERED NURSE PRACTITIONERS | OTHER NURSES | OPTOMETRISTS |
|---|---|---|---|---|---|
| Delaware | 4 | 4 | 4 | 4 | 4 |
| District of Columbia | 4 | 2 | 2 | 2 | 1 |
| Florida | 4 | 4 (see notes) | 2 | 4 | 1 |
| Georgia | 4 | 4 | 4 (see notes) | 4 | 1 |
| Hawaii | 4 | 4 | 4 | 4 | 4 |
| Idaho | 4 | 2 | 1 | vary | 1 |
| Illinois | 4 | 4 | 4 | 4 | 4 |
| Indiana | 4 | 4 | 4 | 4 | 1 |
| Iowa | 4 | 2 | 3 | 4 | 1 |
| Kansas | 4 | 2 | 2 | 4 | 1 |
| Kentucky | 4 | 4 | 4 | 4 | 3,4 |
| Louisiana | 4 | 4 | 4 | 4 | 4 |
| Maine | 4 | 2 | 2 | vary | 4 |
| Maryland | 4 | 4 | 2 | vary | 4 |
| Massachusetts | 4 | 2 | 4 | vary | 4 |
| Michigan | 4 | 2 | 2 | 2 | 4 |
| Minnesota | 4 | 2 | 2 | vary | 4 |
| Mississippi | 4 | 4 | 2 | vary | 4 |
| Missouri | 4 | 2 | 4 | 4 | 1 |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019344

CAH_MDL_PRIORPROD_DEA07_01384207
P-14290 _ 00313

CONFIDENTIAL

FOIA Confidential
Treatment Requested By
Cardinal

CAH_MDL_PRIORPROD_DEA07_01384208

CAH SWE 019345

| STATE | DOCTOR OF HOMEOPATHY | PHYSICIAN ASST | ADVANCED REGISTERED NURSE PRACTITIONERS | OTHER NURSES | OPTOMETRISTS |
|---|---|---|---|---|---|
| Montana | 4 | 3 | 1 | vary | 1 |
| Nebraska | 4 | 2 | 2 | 2 | 1 |
| Nevada | 1 | 2 | 2 | 4 | 4 |
| New Hampshire | 4 | 2 | 1 | vary | 4 |
| New Jersey | 4 | 4 | 4 | vary | 3 |
| New Mexico | 4 | 2 | 2 | vary | 1 |
| New York | 4 | 2 | 1 | vary | 4 |
| North Carolina | 4 | 2 | 2 | vary | 1 |
| North Dakota | 4 | 2 | 2 | 2 | 1 |
| Ohio | 4 | 4 | 4 | vary | 1 |
| Oklahoma | 4 | 4 | 4 | 4 | 3 |
| Oregon | 4 | 2 | 1 | vary | 1 |
| Pennsylvania | 4 | 4 | 4 | 4 | 4 |
| Puerto Rico | 4 | 4 | 4 | 4 | 4 |
| Rhode Island | 4 | 2 | 3 | vary | 1,4 |
| South Carolina | 4 | 2 (see notes) | 2 | vary | 4 |
| South Dakota | 4 | 2 | 2 | 4 | 1 |
| Tennessee | 4 | 4 | 2 | vary | 1 |
| Texas | 4 | 2 | 2 | vary | 1 |

| STATE | DOCTOR OF HOMEOPATHY | PHYSICIAN ASST | ADVANCED REGISTERED NURSE PRACTITIONERS | OTHER NURSES | OPTOMETRISTS |
|---|---|---|---|---|---|
| Utah | 4 | 2 | 2 | vary | 2 |
| Vermont | 4 | 2 | 1 | vary | 4 |
| Virginia | 4 | 4 (see notes) | 2 | vary | 1,4 |
| Washington | 4 | 2 | 1 | 1 | 4 |
| West Virginia | 4 | 2 | 3 | 4 | 4 |
| Wisconsin | 4 | 2 | 4 | 4 | 4 |
| Wyoming | 4 | 2 | 1,2 (see notes) | 4 | 4 |

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH SWE 019346

CAH_MDL_PRIORPROD_DEA07_01384209
P-14290 _ 00315

## ATTACHMENT C
### NOTES ON DEPENDENT AND LIMITED PRESCRIBING AUTHORITY BY STATE

AK -  **Physician Assistants:** PAs may prescribe Schedules III-V controlled substances.

**Nurses:** Advanced registered nurse practitioners (ARNPs) have independent prescribing authority. The Board of Nurses may limit the types of drugs that they can prescribe in accordance with their education and experience.

AZ -  **Physician Assistants:** PAs may prescribe Schedules II-III in a limited 48-hour supply, and Schedules IV-V in a 34-day supply. All prescriptions must contain the name of the supervising physician.

**Nurses:** Nurse practitioners (NPs) have full prescriptive and dispensing authority upon application and fulfillment of criteria established by the Board of Nursing. NPs may prescribe Schedule II and III drugs (limited to a 48-hour supply per patient) and Schedule IV and V (a one-month supply with no refills per patient). Other drugs may be refilled five times or up to one year.

CA -  **Nurses:** NPs who have satisfactorily completed at least six months of MD-supervised experience in furnishing drugs or devices, who have satisfactorily completed a course in pharmacology and who have been issued a furnishing number by the Board of Nursing may furnish certain drugs or devices incidental to the provision of family planning services.

CO -  **Physician Assistants:** Physicians may delegate limited prescribing authority to certified PAs. PAs may issue prescriptions for non-controlled substances only.

**Nurses:** NPs may write prescriptions for select drugs pursuant to an established protocol.

CT -  **Nurses:** Nurse practitioners, clinical specialists, nurse midwives and nurse anesthetists may apply for prescriptive practice privileges. ARNPs must apply for licensure in order to prescribe. Dispensing privileges are also granted to ARNPs functioning in public clinics.

DC -  **Physician Assistants:** PAs may sign prescriptions for non-controlled substances on Rx pads that contain the name of the supervising physician and PA.

**Nurses:** DC provides dependent prescriptive authority for NPs, nurse midwives and nurse anesthetists for Class II-V drugs according to existing federal laws.

FL -  **Physician Assistants:** Legislation passed in 1992 grants PAs dependent authority to prescribe drugs according to a formulary. Although the legislation has been passed, the mechanisms for implementing the legislation will not be fully in place until early fall.

**Nurses:** NPs have dependent prescriptive privileges for non-controlled substances.

GA -  **Nurses:** Although nurses have no prescribing authority, a 1989 law states that through a protocol a physician may delegate to a nurse in advanced practice the authority to order controlled substances and dangerous drugs.

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

ID -   Physician Assistants:  PAs may write prescriptions as agents of their supervising physicians by applying to the board for prescription-writing authority. The board-approved formulary is limited to 24 categories of legend drugs (antibiotics, non-narcotic analgesics, contraceptives, topical and local anesthetics, etc.).

Nurses: Prescribing is allowable for approved NPs based upon a formulary in the rules; NPs may not prescribe controlled substances.

IA -   Physician Assistants:  Physicians may delegate the function of prescribing drugs, controlled substances, and medical devices to a licensed PA. PAs may prescribe Schedules II-V controlled substances, except Schedule II stimulants and other depressants. PAs may order Schedule II stimulants and depressants with the prior approval and direction of a physician, and may request, receive and supply sample drugs and medical devices.

Nurses: Nurses may write prescriptions for non-controlled substances under an established protocol.

KS -   Physician Assistants: PAs may issue prescription orders orally by telephone for Schedule II controlled substances in an emergency. The supervising physician must provide a written prescription within 72 hours. PAs may orally by telephone transmit prescription orders for Schedules III, IV and V controlled substances, as well as non-controlled substances, which may also be prescribed in writing.

Nurses: NPs may prescribe under jointly adopted protocols between the nurse and physician.

ME -   Physician Assistants: Physicians may authorize PAs to prescribe or dispense controlled substances. Authorized PAs may issue prescriptions for categories of drugs on the board-approved formulary, which excludes Schedule II controlled substances. All parenterals except insulin are excluded unless prescribed for administration within a hospital, clinic, physician's office or nursing home. The amount of scheduled drugs that may be prescribed may be no more than 100 dose units or a 90-day supply, whichever is less.

Nurses: Prescriptive authority is approved by the Board of Medicine. Limits in prescribing formulary by exclusion (i.e., narcotics).

MD -   Nurses: NPs prescribe medications as agreed upon in writing with physicians.

MA -   Physician Assistants:  PAs may write prescriptions for legend drugs and controlled substances (Schedules II-V). Prescriptions and medication orders must be issued in accordance with guidelines developed by each PA and supervising physician.

MI -   Physician Assistants: Physicians may delegate to PAs the prescription of drugs other than controlled substances. The supervising physician's name must be indicated in connection with each individual prescription.

Nurses: Physicians may delegate the prescribing of drugs to RNs, excluding controlled substances.

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019348**

CAH_MDL_PRIORPROD_DEA07_01384211

P-14290 _ 00317

MN - Physician Assistants:  Physicians may delegate to PAs the authority to prescribe and administer legend drugs and medical devices that are appropriate to the practice.  This delegation must be approved by the board.  Physician and PA must have an internal protocol that lists the drugs and medical devices the PA may prescribe or administer.

Nurses:  NPs have prescriptive authority when delegated to do so under a written agreement with a physician.  Nurse midwives also have authority to prescribe.

MS - Nurses:  NPs have statutory prescriptive authority granted by the Board of Nursing.  This authority is based on the accepted protocol, which lists the treatments and medications the NP expects to prescribe in his or her practice.  NPs are not allowed to prescribe controlled substances.

MO - Physician Assistants:  The regulations do not impose restrictions on the types of drugs that PAs can prescribe.  This is left to the discretion of the supervising physician.

MT - Physician Assistants:  PAs may prescribe, dispense and administer drugs to the extent authorized by the rules of the medical board and/or the physician's utilization plan. Authority granted to the PA may include Schedule III, IV and V controlled substances, and Schedule II with a 48-hour limit.  The medical board does not permit PAs to prescribe thrombolytics.

NE - Physician Assistants:  PAs can only prescribe medications as an agent of a supervising physician.  The PA may prescribe medications in the name of the supervising physician if the authority has been assigned by the physician (Schedule II controlled substances used for pain control are limited to a 72-hour supply).  Prescription label must bear the name of both the PA and the supervising provision.

Nurses:  ARNPs have dependent authority based on a practice agreement with their supervising physician.

NV - Physician Assistants:  PAs may prescribe poisons, dangerous drugs or devices, but not controlled substances.  PAs must be registered with the Board of Pharmacy.

Nurses:  ARNPs may prescribe if certified by the Board of Nursing.

NH - Physician Assistants:  Prescriptions transmitted by PAs must be based on patient-specific orders from the supervising physician or on written protocols.  All Rx for controlled substances must contain the supervising physician's DEA number with the PA's state license number as a three-digit suffix.

NM - Physician Assistants:  PAs may prescribe, administer and distribute dangerous drugs other than controlled substances provided it is done under physician supervision and within medical board-approved guidelines and formulary.  The formulary lists 70 types of drugs PAs may prescribe.

Nurses:  NPs have prescriptive privileges with their own signature in accordance to written protocols with physician supervision.

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH SWE 019349**

CAH_MDL_PRIORPROD_DEA07_01384212

P-14290 _ 00318