**ILR Limiters (Oxycodone/Hydrocodone)**
**Wheeling, WV Distribution Center**

|    | Bates Range                          | Date           | Limit for 9143 | Limit for 9193 | Factor Used (Retail) |
|----|--------------------------------------|----------------|----------------|----------------|----------------------|
| 1  | CAH_MDL_PRIORPROD_DEA07_01658177-R  | August 2005    | 137.03136      | 42.67696       | 4                    |
| 2  | CAH_MDL_PRIORPROD_DEA07_01829063-R  | September 2005 | 134.53336      | 43.14248       | 4                    |
| 3  | CAH_MDL_PRIORPROD_DEA07_01810924-R  | October 2005   | 140.26240      | 43.62120       | 4                    |
| 4  | CAH_MDL_PRIORPROD_DEA07_01793846-R  | November 2005  | 140.00036      | 43.94216       | 4                    |
| 5  | CAH_MDL_PRIORPROD_DEA07_01698986-R  | December 2005  | 138.63832      | 44.33880       | 4                    |
| 6  | CAH_MDL_PRIORPROD_DEA07_01746932-R  | January 2006   | 136.70968      | 44.71368       | 4                    |
| 7  | CAH_MDL_PRIORPROD_DEA07_01731023-R  | February 2006  | 134.12484      | 45.21144       | 4                    |
| 8  | CAH_MDL_PRIORPROD_DEA07_01778618-R  | March 2006     | 131.07688      | 45.95936       | 4                    |
| 9  | CAH_MDL_PRIORPROD_DEA07_01641502-R  | April 2006     | 127.79620      | 42.21564       | 4                    |
| 10 | CAH_MDL_PRIORPROD_DEA07_01788800-R  | May 2006       | 125.41532      | 46.93344       | 4                    |
| 11 | CAH_MDL_PRIORPROD_DEA07_01769514-R  | June 2006      | 122.04580      | 47.64656       | 4                    |
| 12 | CAH_MDL_PRIORPROD_DEA07_01761369-R  | July 2006      | 119.70760      | 48.77660       | 4                    |
| 13 | CAH_MDL_PRIORPROD_DEA07_01667412-R  | August 2006    | 117.42644      | 49.45828       | 4                    |
| 14 | CAH_MDL_PRIORPROD_DEA07_01833389-R  | September 2006 | 114.11996      | 49.58536       | 4                    |
| 15 | CAH_MDL_PRIORPROD_DEA07_01815068-R  | October 2006   | 112.16060      | 49.85244       | 4                    |
| 16 | CAH_MDL_PRIORPROD_DEA07_01798617-R  | November 2006  | 109.56708      | 49.98252       | 4                    |
| 17 | CAH_MDL_PRIORPROD_DEA07_01708184-R  | December 2006  | 107.36024      | 49.75956       | 4                    |

PLAINTIFFS TRIAL EXHIBIT
P-14296_00001

| | | | | | |
|---|---|---|---|---|---|
| 18 | CAH_MDL_PRIORPROD_DEA07_01756326-R | January 2007 | 106.47764 | 50.03312 | 4 |
| 19 | CAH_MDL_PRIORPROD_DEA07_01738760-R | February 2007 | 105.83396 | 50.16428 | 4 |
| 20 | CAH_MDL_PRIORPROD_DEA07_01783983-R | March 2007 | 104.40680 | 50.17876 | 4 |
| 21 | CAH_MDL_PRIORPROD_DEA07_01649530-R | April 2007 | 104.82816 | 50.70796 | 4 |
| 22 | CAH_MDL_PRIORPROD_DEA07_01845055-R | May 2007 | 105.42900 | 50.98644 | 4 |
| 23 | CAH_MDL_PRIORPROD_DEA07_01774365-R | June 2007 | 106.12548 | 50.75616 | 4 |
| 24 | CAH_MDL_PRIORPROD_DEA07_01120515-R | July 2007 | 116.35200 | 50.83508 | 4 |
| 25 | CAH_MDL_PRIORPROD_DEA07_01679058-R | August 2007 | 127.77312 | 52.07900 | 4 |
| 26 | CAH_MDL_PRIORPROD_DEA07_01837849-R | September 2007 | 137.53468 | 52.34368 | 4 |
| 27 | CAH_MDL_PRIORPROD_DEA07_01820263-R | October 2007 | 148.22516 | 53.21820 | 4 |
| 28 | CAH_MDL_PRIORPROD_DEA07_01803669-R | November 2007 | 158.34500 | 54.08492 | 4 |
| 29 | CAH_MDL_PRIORPROD_DEA07__01718249-R | December 2007 | 166.08928 | 52.92888 | 4 |
| 30 | CAH_MDL2804_00689780 | April 2008 | 211.60004 | 49.09028 | 4 |

P-14296 _ 00002