# State of Prescription Drug Abuse

**Gary Boggs**

Olive Branch



1   McKesson Corporation Privileged & Confidential   For Internal Use Only

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement

MCK-AGMS-006-0000880
P-16210 _ 00001



# Distributors Have Great Power

- **Individually and collectively**
  - Your DEA registration
  - Ensure timely distribution to prevent an uninterrupted supply; and
  - You control the supply to downstream customers

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement

MCK-AGMS-006-0000916

P-16210 _ 00037

# What Else Impacts Diversion?

- <u>Compliance</u>!!!!!!!
  - The checks and balances created by the Controlled Substances Act work
  - Registrants are a force-multiplier
  - Without sustained sources of supply major diversion schemes wither away

Confidential / Exempt from Public Disclosure / Subject to Confidentiality Agreement

MCK-AGMS-006-0000925

P-16210 _ 00046