| | |
|---|---|
| **From:** | Hazewski, Edward |
| **Sent:** | Fri, 12 Aug 2011 12:32:40 -0400 (EDT) |
| **To:** | Perry, Michael - Kentucky[mperry-ky@amerisourcebergen.com] |
| **Cc:** | Martin, Eric[EMartin@amerisourcebergen.com] |
| **Subject:** | RE: Threshold Limits at Safescript Rx |

The customer has been adjusted and is now set at the maximum they can receive of this product. Their CS ratio is 86% of their overall purchases.

**From:** Perry, Michael - Kentucky
**Sent:** Friday, July 29, 2011 6:49 PM
**To:** Hazewski, Edward
**Cc:** Martin, Eric
**Subject:** FW: Threshold Limits at Safescript Rx

Ed,

Please see attached along with additional information below.

Thanks,

Michael G. Perry
mperry-ky@amerisourcebergen.com
1-800-759-8810 ext 6486



Good Neighbor Pharmacy ranks "Highest in Customer Satisfaction with Chain Drug Store Pharmacies" according to J.D. Power and Associates.

Good Neighbor Pharmacy received the highest numerical score among chain drug store pharmacies in the proprietary J.D. Power and Associates 2010 National Pharmacy Study℠. Study based on 12,338 total responses, and measures 7 chain drug pharmacies. Proprietary study results are based on experiences and perceptions of consumers surveyed may-June 2010. Your experiences may vary. Visit jdpower.com

Have a GREAT DAY!!

**From:** SafeScript [mailto:pharmacist@saferxpharmacy.com]
**Sent:** Friday, July 29, 2011 10:29 AM
**To:** Perry, Michael - Kentucky
**Subject:** Threshold Limits at Safescript Rx

Hey Mike,

Here is the information you requested to help us keep drugs on our shelves, which will in turn will allow us to meet our prescribers and patients prescription needs.

Troublesome Drugs:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLAINTIFFS TRIAL EXHIBIT
P-16642_00001

ABDC-STCT000244735
ABDCMDL04017505
P-16642 _ 00001

oxycodone 15 and 30mg
all oxycontins
oxycodone 5/325 and 10/325mg

Prescribers:
Deleno H Webb
1326 6th Ave
Huntington, WV 25701
304-525-9355
AW4345167
1942373923

Phillip F Fisher
3554 US Rt 60 E
Barboursville, WV 25505
304-736-2981
BF3850763
1013996503

Ahmet H. Ozturk
1340 Hal Greer Blvd
Huntington, WV 25701
304-526-2177
BO1101512
1942206529

Hope this is everthing you need to help us address this reoccuring issue.  Thank you for your time.

Rob Walker
Safescript Pharmacy
304-522-0435
pharmacist@saferxpharmacy.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000244736
ABDCMDL04017506

P-16642 _ 00002