| From: | "Mays, Steve" <SMays@amerisourcebergen.com> |
|---|---|
| Sent: | Wed, 15 Feb 2012 15:13:28 -0500 (EST) |
| To: | "Martin, Eric" <EMartin@amerisourcebergen.com> |
| Cc: | "Hazewski, Edward" <EHazewski@amerisourcebergen.com> |
| Subject: | RE: Safescript 010052670 A/R Balance 2/13 $48,124.91 |

Perfect!  No controls.

Steve Mays
Sr. Director, Corporate Security & Regulatory Affairs
AmerisourceBergen Corporation
Phone:  (610) 727-7467
ABC Global Extension 102-7467
Fax:  (610) 727-3650
Cell:  (321) 278-3292

*CONFIDENTIALITY NOTICE:  This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed.  If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it.  Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** Martin, Eric
**Sent:** Wednesday, February 15, 2012 3:08 PM
**To:** Mays, Steve
**Cc:** Hazewski, Edward
**Subject:** RE: Safescript 010052670 A/R Balance 2/13 $48,124.91

Steve/Ed
I spoke to Investigator Mark Armstrong who is actually conducting the investigation on Safescript. He said that Safescript is to voluntarily Surrender their DEA License by Friday Feb 17 or the DEA would take the legal steps to suspend their License. He stated that there definite concerns and that Criminal proceedings were likely.
Eric

Eric V Martin
AmerisourceBergen Drug  Corp.
Manager Regulatory Compliance
Columbus Division
6305 Lasalle Dr.
Lockbourne, Ohio 43137
614 409-6312
*SEE everything, OVERLOOK a great deal, CORRECT a little*
                         *Pope John XXIII*

*CONFIDENTIALITY NOTICE.  This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed.  If you have received this transmission in error, please immediately return it to the sender, delete it  and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PLAINTIFFS TRIAL EXHIBIT
P-16643_00001

ABDC-STCT000248442
ABDCMDL04021212
P-16643 _ 00001

**From:** Mays, Steve
**Sent:** Wednesday, February 15, 2012 1:49 PM
**To:** Martin, Eric
**Cc:** Hazewski, Edward
**Subject:** RE: Safescript 010052670 A/R Balance 2/13 $48,124.91

Thanks Eric.  Could you also check with the DEA office with jurisdiction over the pharmacy and see if they have any concerns with ABC supplying the store if in fact the pharmacy's DEA is still active.

Steve Mays
Sr. Director, Corporate Security & Regulatory Affairs
AmerisourceBergen Corporation
Phone:  (610) 727-7467
ABC Global Extension 102-7467
Fax:  (610) 727-3650
Cell:  (321) 278-3292

*CONFIDENTIALITY NOTICE:  This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed.  If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it.  Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** Martin, Eric
**Sent:** Wednesday, February 15, 2012 1:39 PM
**To:** Mays, Steve
**Cc:** Hazewski, Edward
**Subject:** RE: Safescript 010052670 A/R Balance 2/13 $48,124.91

Steve/Ed
Both DEA and State Licenses are valid and Active on the respective Websites. I contacted West Virginia Board and spoke to Tori Paralegal Clerk in Licensing & Investigation stated that Safescript's License is Current and Valid. That the State has No Action Planned and No current Investigation. The Owner was not a Pharmacist and the Pharmacist in Charge is still at the Location.
Eric

Eric V Martin
AmerisourceBergen Drug  Corp.
Manager Regulatory Compliance
Columbus Division
6305 Lasalle Dr.
Lockbourne, Ohio 43137
614 409-6312

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000248443
ABDCMDL04021213

P-16643 _ 00002

*SEE everything, OVERLOOK a great deal, CORRECT a little*
*Pope John XXIII*

*CONFIDENTIALITY NOTICE. This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** Mays, Steve
**Sent:** Wednesday, February 15, 2012 1:07 PM
**To:** Martin, Eric
**Cc:** Hazewski, Edward
**Subject:** RE: Safescript 010052670 A/R Balance 2/13 $48,124.91

I'm fine with their decision, but I still need to understand what the status of the pharmacy's DEA and state licenses is.

Steve Mays
Sr. Director, Corporate Security & Regulatory Affairs
AmerisourceBergen Corporation
Phone: (610) 727-7467
ABC Global Extension 102-7467
Fax: (610) 727-3650
Cell: (321) 278-3292

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** Martin, Eric
**Sent:** Wednesday, February 15, 2012 12:57 PM
**To:** Mays, Steve
**Cc:** Hazewski, Edward
**Subject:** RE: Safescript 010052670 A/R Balance 2/13 $48,124.91

Steve/Ed
The direction I am getting from George Bray and Frank Dicenso is that we do not want to ship to this Account. Aside from their License issues George has directed them to be placed on Hold.
Eric

Eric V Martin
AmerisourceBergen Drug Corp.
Manager Regulatory Compliance
Columbus Division

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000248444
ABDCMDL04021214

P-16643 _ 00003

6305 Lasalle Dr.
Lockbourne, Ohio 43137
614 409-6312
*SEE everything, OVERLOOK a great deal, CORRECT a little*
*Pope John XXIII*

*CONFIDENTIALITY NOTICE. This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** Mays, Steve
**Sent:** Tuesday, February 14, 2012 5:30 PM
**To:** Martin, Eric
**Cc:** Hazewski, Edward
**Subject:** RE: Safescript 010052670 A/R Balance 2/13 $48,124.91

Ed or Eric,
We need to verify the licensure status of the customer, find out if they are open for business and do they have other pharmacists for the store. If the store is still licensed in good standing with the state, we may be able to ship non controls on a prepay basis or something like that to keep the pharmacy afloat.

Steve Mays
Sr. Director, Corporate Security & Regulatory Affairs
AmerisourceBergen Corporation
Phone: (610) 727-7467
ABC Global Extension 102-7467
Fax: (610) 727-3650
Cell: (321) 278-3292

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

**From:** Harris, Lisa
**Sent:** Tuesday, February 14, 2012 5:12 PM
**To:** Bray, George; McMullen, Roger; Flowers, Aubrey
**Cc:** Perrault, Joseph; Mash, Lisa; DiCenso, Frank; Carter, Michael (Columbus); Hazewski, Edward; Mays, Steve; Satizabal, Alejandro; Perez, Monica
**Subject:** RE: Safescript 010052670 A/R Balance 2/13 $48,124.91

Roger,

This customer also has a note balance bringing the total exposure to $268,158.76.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000248445
ABDCMDL04021215

P-16643 _ 00004

```
Customer          100001533
Name              SAFESCRIPT PHARMACY #6 APSC
City              HUNTINGTON                          Region    WV
Alt Payer
```

| St | CoCd | Account | Reference | DocumentNo | Typ | PK | Doc. Date | Ref. Key 3 | Amt. in loc.cur. | A |
|---|---|---|---|---|---|---|---|---|---|---|
| * | | | | | | | | 02/10/2012 | 17,293.97 | |
| * | | | | | | | | 02/17/2012 | 28,630.60 | |
| * | | | | | | | | 02/20/2012 | 2,200.34 | |
| * | | | | | | | | 11/10/2006 | 220,033.85 | |
| ** | | | | | | | | | 268,158.76 | |

Lisa

---

**From:** Bray, George
**Sent:** Tuesday, February 14, 2012 4:33 PM
**To:** McMullen, Roger; Flowers, Aubrey
**Cc:** Perrault, Joseph; Mash, Lisa; Harris, Lisa; DiCenso, Frank; Carter, Michael (Columbus); Hazewski, Edward; Mays, Steve; Satizabal, Alejandro; Perez, Monica
**Subject:** RE: Safescript 010052670 A/R Balance 2/13 $48,124.91

Put them on hold. Call and tell the customer they are on hold and... get more information. If necessary set up a call to discuss in the morning

---

**From:** McMullen, Roger
**Sent:** Tuesday, February 14, 2012 4:23 PM
**To:** Bray, George; Flowers, Aubrey
**Cc:** Perrault, Joseph; Mash, Lisa; Harris, Lisa; DiCenso, Frank; Carter, Michael (Columbus); Hazewski, Edward; Mays, Steve; Satizabal, Alejandro; Perez, Monica
**Subject:** RE: Safescript 010052670 A/R Balance 2/13 $48,124.91

Do we want to continue selling?

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT000248446
ABDCMDL04021216

P-16643 _ 00005

```
100001533
SAFESCRIPT PHARMACY #6 APSC
HUNTINGTON                      Region    WV
```

| Branch | Reference | DocumentNo | Typ | PK | Doc. Date | Arrear | Ref. Key 3 | PM | PBk | S | Amt in loc.cur |
|--------|-----------|------------|-----|----|-----------| -------|------------|----|-----|---|----------------|
| 100053635 | 010333048 | 4021012098 | Z1 | 01 | 02/06/2012 | 3- | 02/17/2012 | | | | 2,039.42 |
| 100053635 | 010333045 | 4021012097 | Z1 | 01 | 02/06/2012 | 3- | 02/17/2012 | | | | 95.40 |
| 100053635 | | 800444309 | YL | 01 | 02/10/2012 | 3- | 02/17/2012 | | | | 63.63 |
| 100053635 | | 800436517 | DG | 11 | 02/08/2012 | 3- | 02/17/2012 | | | | 25.48- |
| 100053635 | 010333047 | 4021012103 | Z1 | 01 | 02/06/2012 | 3- | 02/17/2012 | | | | 28.90 |
| 100053635 | 010345557 | 4021172044 | Z1 | 01 | 02/09/2012 | 3- | 02/17/2012 | | | | 4,439.69 |
| 100053635 | 010345558 | 4021172043 | Z1 | 01 | 02/09/2012 | 3- | 02/17/2012 | | | | 1.13 |
| 100053635 | 010345559 | 4021172041 | Z1 | 01 | 02/09/2012 | 3- | 02/17/2012 | | | | 1,886.66 |
| 100053635 | 010345556 | 4021172040 | Z1 | 01 | 02/09/2012 | 3- | 02/17/2012 | | | | 44.17 |
| 100053635 | 010341545 | 4021117804 | Z1 | 01 | 02/08/2012 | 3- | 02/17/2012 | | | | 6,025.04 |
| 100053635 | 010341546 | 4021117578 | Z1 | 01 | 02/08/2012 | 3- | 02/17/2012 | | | | 418.44 |
| 100053635 | 010341547 | 4021117577 | Z1 | 01 | 02/08/2012 | 3- | 02/17/2012 | | | | 684.63 |
| 100053635 | 010337314 | 4021068911 | Z1 | 01 | 02/07/2012 | 3- | 02/17/2012 | | | | 57.15 |
| 100053635 | 010337315 | 4021068909 | Z1 | 01 | 02/07/2012 | 3- | 02/17/2012 | | | | 5,757.00 |
| 100053635 | 010337316 | 4021068907 | Z1 | 01 | 02/07/2012 | 3- | 02/17/2012 | | | | 38.12 |
| 100053635 | 010337317 | 4021068904 | Z1 | 01 | 02/07/2012 | 3- | 02/17/2012 | | | | 825.32 |
| 100053635 | 010333046 | 4021122254 | Z1 | 01 | 02/07/2012 | 3- | 02/17/2012 | | | | 6,251.38 |
| 100058951 | INTEREST CH... | 800435301 | DR | 04 | 02/01/2012 | 6- | 02/20/2012 | | | | 2,200.34 |
| | | | | | | | | | | | 48,124.91 |

**From:** Bray, George
**Sent:** Tuesday, February 14, 2012 4:19 PM
**To:** Flowers, Aubrey; McMullen, Roger
**Cc:** Perrault, Joseph; Mash, Lisa; Harris, Lisa; DiCenso, Frank; Carter, Michael (Columbus); Hazewski, Edward; Mays, Steve
**Subject:** FW: Safescript 010052670

Aubrey/Roger...Heads Up! Please get some details on this for all of us.

How much does this customer owe us?

**From:** Mays, Steve
**Sent:** Tuesday, February 14, 2012 4:10 PM
**To:** Bray, George
**Subject:** FW: Safescript 010052670

fyi

Steve Mays
Sr. Director, Corporate Security & Regulatory Affairs
AmerisourceBergen Corporation
Phone:  (610) 727-7467
ABC Global Extension 102-7467
Fax:  (610) 727-3650
Cell:  (321) 278-3292

*CONFIDENTIALITY NOTICE:  This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed.  If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it.  Unintended transmission shall not*

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*constitute the waiver of the attorney-client or any other privilege.*

---

**From:** Hazewski, Edward
**Sent:** Tuesday, February 14, 2012 4:07 PM
**To:** Bucy, Joshua; Mash, Lisa; Hainer, Geoffrey; Sharkey, Jeff; Mash, Lisa; Rockefeller, James; Tingue, David; Riley, Jim; Axe, Brenda; Register, Dan; Hazinski, Rich; Procopio, Russell
**Cc:** Zimmerman, Chris; Mays, Steve; Ross, Paul
**Subject:** Safescript 010052670

The above captioned customer, APSC affiliated, has been blocked from the purchase of controlled substances and other Rx products. The owner has been arrested on drug related charges and it appears the DEA has suspended the customer's DEA registration. More to follow as information becomes available.

Ed Hazewski
Director, Corporate Security and Regulatory Affairs.
AmerisourceBergen Corporation
1300 Morris Drive
Chesterbrook, PA 19087
610-727-3680
ABC Global Extension 102-3680