| | |
|---|---|
| **From:** | "Hazewski, Edward" <ehazewski@amerisourcebergen.com> |
| **Sent:** | Wed, 9 Sep 2009 16:58:53 -0400 (EDT) |
| **To:** | "Martin, Eric" <EMartin@amerisourcebergen.com> |
| **Subject:** | RE: Account 010052670 |

Will do.

**From:** Martin, Eric
**Sent:** Wednesday, September 09, 2009 4:58 PM
**To:** Perry, Michael - Kentucky
**Cc:** Antrilli, Joe; Shook, John; Hazewski, Edward; Kirsch, Scott
**Subject:** RE: Account 010052670

Thank You Michael

Ed do you think you could follow up on this with Scott

Eric

**From:** Perry, Michael - Kentucky
**Sent:** Wednesday, September 09, 2009 4:37 PM
**To:** Martin, Eric
**Cc:** Antrilli, Joe; Shook, John
**Subject:** RE: Account 010052670

Eric,

At that time I was working with Scott Kirsch.

Thanks,

Michael G. Perry
mperry-ky@amerisourcebergen.com
1-800-759-8810 ext 6486

Have a Great Day!

**From:** Martin, Eric
**Sent:** Wednesday, September 09, 2009 4:26 PM
**To:** Perry, Michael - Kentucky
**Cc:** Antrilli, Joe; Shook, John; Hazewski, Edward
**Subject:** RE: Account 010052670

Michael
Do you recall who this information was sent? Was it Diversion Control or Regional Customer Maintenance? As you may well understand there is close scrutiny on Accounts of this nature in light of recent events. Any Documentation and information will be helpful.

Thanks

Eric V Martin
AmerisourceBergen Drug Corp.

PLAINTIFFS TRIAL EXHIBIT
P-16655_00001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT002928017
ABDCMDL08078350
P-16655 _ 00001

Manager Regulatory Compliance
Columbus Division
6305 Lasalle Dr.
Lockbourne, Ohio 43137
614 409-6312

---

**From:** Perry, Michael - Kentucky
**Sent:** Wednesday, September 09, 2009 4:15 PM
**To:** Martin, Eric
**Cc:** Antrilli, Joe
**Subject:** RE: Account 010052670

This account has always purchased a high volume of Controls to total sales.
We have made adjustments to the Thresholds in the past due to this being the primary business at this account.
I also have submitted in the past a list of the Dr's along with DEA #'s and addresses.

Thanks,

Michael G. Perry
mperry-ky@amerisourcebergen.com
1-800-759-8810 ext 6486

Have a Great Day!

**From:** Martin, Eric
**Sent:** Wednesday, September 09, 2009 3:52 PM
**To:** Perry, Michael - Kentucky
**Cc:** Shook, John; Hazewski, Edward; Tomkiewicz, Joseph
**Subject:** Account 010052670

Michael
Your Account 010052670 Safe Script has, for the last 2 months, purchased a high ratio of Controlled Substances to Total Sales. Please visit this Account and ask them if there has been a significant change in their business that may account for this. Please compare the current form 590 to the current purchase history, as to the % of sales they declared would be Controlled Substances. Please complete an amended form 590, if necessary, and a Request to Review Threshold and forward copies to myself and Ed Hazewski, Manager Diversion Control. Please respond by Email when this visit has been scheduled.

Thank You for your HELP in keeping us Compliant

Eric V Martin
AmerisourceBergen Drug Corp.
Manager Regulatory Compliance
Columbus Division
6305 Lasalle Dr.
Lockbourne, Ohio 43137
614 409-6312

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT002928018
ABDCMDL08078351

P-16655 _ 00002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT002928019
ABDCMDL08078352
P-16655 _ 00003