## RE: Google Alert - hydrocodone, oxycodone

**From:**
"Gustin, Dave" <dave.gustin@mckesson.com>

**To:**
"Jonas, Tracy" <tracy.jonas@mckesson.com>, "de Gutierrez-Mahoney, Bill" <bill.mahoney@mckesson.com>, "Hilliard, Gary" <gary.hilliard@mckesson.com>, "McDonald, Tom" <tom.mcdonald@mckesson.com>, "Oriente, Michael" <michael.oriente@mckesson.com>

**Date:**
Thu, 02 Feb 2012 16:07:57 +0000

---

I was thinking that but didn't want to verbalize it…………..
*"You cannot help men permanently by doing for them what they could and should do for themselves."*

-Abraham Lincoln
Dave Gustin DRA North Central
937 840 8553
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Jonas, Tracy
**Sent:** Thursday, February 02, 2012 10:58 AM
**To:** Gustin, Dave; de Gutierrez-Mahoney, Bill; Gustin, Dave; Hilliard, Gary; McDonald, Tom; Oriente, Michael
**Subject:** RE: Google Alert - hydrocodone, oxycodone

Good…let them move to heroin and meth…we don't have to monitor that….

Tracy Jonas
Director of Regulatory Processes
McKesson Pharma Operations
Tolleson, AZ
Phone (623) 293-5144
Cell (602) 758-7957
Fax (425) 963-6807
tracy.jonas@mckesson.com
*Remember, the light at the end of the tunnel, might be you!*

Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**From:** Gustin, Dave
**Sent:** Thursday, February 02, 2012 8:42 AM
**To:** Jonas, Tracy; #PGRDRC; Walker, Donald
**Subject:** RE: Google Alert - hydrocodone, oxycodone

We are showing trends in other states where the addicts are moving to heroin and Meth. Ohio and Ky. for instance
I spoke to Jeff Conners of the DEA and he called it "Whack a Mole".
*"You cannot help men permanently by doing for them what they could and should do for themselves."*

-Abraham Lincoln
Dave Gustin DRA North Central
937 840 8553
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Jonas, Tracy
**Sent:** Thursday, February 02, 2012 10:03 AM
**To:** #PGRDRC; Walker, Donald
**Subject:** FW: Google Alert - hydrocodone, oxycodone

News                                                                                                    1 new result for **hydrocodone, oxycodone**

### DEA sees sharp drop in Florida **oxycodone** sales
Sun-Sentinel
**Oxycodone** is still the leading cause of overdose deaths in the state, and some of the addicts and dealers may simply be switching to other drugs, such as **hydrocodone**, said Jim Hall, director of the Center for the Study & Prevention of Substance Abuse ...
See all stories on this topic »

Tracy Jonas
Director of Regulatory Processes
McKesson Pharma Operations
Tolleson, AZ
Phone (623) 293-5144
Cell (602) 758-7957
Fax (425) 963-6807
tracy.jonas@mckesson.com
*Remember, the light at the end of the tunnel, might be you!*

Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail, and destroy this communication and all copies thereof, including all attachments.

PLAINTIFFS TRIAL EXHIBIT
P-16690_00001

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL01476376
P-16690 _ 00001