| | |
|---|---|
| **From:** | "Zimmerman, Chris" <CZimmerman@amerisourcebergen.com> |
| **Sent:** | Fri, 22 Apr 2011 13:29:20 -0400 (EDT) |
| **To:** | "'Gallenagh, Elizabeth'" <egallenagh@hdmanet.org>; "'Bellingham, Daniel'"<dbellingham@hdmanet.org> |
| **Subject:** | Saw This And Had To Share It... |

*To the Tune of The Beverly Hillbillies*

Come and listen to a story about a man named Jed
A poor mountaineer, barely kept his habit fed,
Then one day he was lookin at some tube,
And saw that Florida had a lax attitude.
About pills that is, Hillbilly Heroin, "OC,"

Well the first thing you know ol' Jed's a drivin South,
Kinfolk said Jed don't put too many in your mouth,
Said Sunny Florida is the place you ought to be
So they loaded up the truck and drove speedily.
South, that is.
Pain Clinics, cash 'n carry.
A Bevy of Pillbillies!

Well now its time to say Howdy to Jed and all his kin.
And they would like to thank Rick Scott fer kindly invitin them.
They're all invited back again to this locality
To have a heapin helpin of Florida hospitality
Pill Mills that is. Buy some pills. Take a load home. Y'all come back now, y'hear?

PLAINTIFFS TRIAL EXHIBIT
P-17046_00001

ABDC-STCT002940774
ABDCMDL08091107
P-17046_00001