| | |
|---|---|
| **From:** | "Carter, Richard" <rcarter@amerisourcebergen.com> |
| **Sent:** | Fri, 7 Sep 2007 11:16:49 -0400 (EDT) |
| **To:** | "Zimmerman, Chris" <CZimmerman@amerisourcebergen.com>,"Capone, Anthony" <acapone@amerisourcebergen.com> |
| **Cc:** | "Frary, James" <jfrary@amerisourcebergen.com>,"Mays, Steve" <smays@amerisourcebergen.com>,"Chou, John" <jchou@amerisourcebergen.com> |
| **Subject:** | RE: OMP |

What I think I am reading here is we are not on a level playing with our competition, and we do understand that we will continue to lose business.

Richard Carter
RVP
East Region
100 Friars Blvd
Thorofare, NJ 08086
856.384.2127 (p)
rcarter@amerisourcebergen.com

CONFIDENTIALITY NOTICE:
This email message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Zimmerman, Chris
**Sent:** Friday, September 07, 2007 10:55 AM
**To:** Capone, Anthony
**Cc:** Carter, Richard; Frary, James; Mays, Steve; Chou, John
**Subject:** RE: OMP

Tony, standard default thresholds are set at 300% (3 times) of the average purchases of that product for that category. If the customer is a small retail account, then its thresholds are set at 3 times the average purchase of that item by small retail accounts.

However, depending upon the type of patients serviced (i.e., pain), customers may have to have their thresholds increased for certain items based upon its patient base and demand, hence the need for the questionnaire. The questionnaire is documentation that this customer has a need for this product in access of 300% of the average.

Once CSRA receives the questionnaire, we perform the necessary due diligence to confirm the information (i.e., verify Dr. licenses and locations; product mix, etc), and increase the customer's threshold based upon that accounts past purchase history. If we have to consistently raise a customer's threshold for just one item, that is a red flag. If the customers business is increasing, why is it only increasing for just one item? Especially when that one item is oxycodone or hydrocodone, one of the most highly diverted controlled substances in the United States.

Regarding the time frame, as communicated above, CSRA can't raise thresholds and release orders until we perform the necessary due diligence; therefore, Marilyn could take as long as she wanted to complete the form, the problem is that the order would be held until the form is returned and proper due diligence is performed.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLAINTIFFS TRIAL EXHIBIT
P-17118_00001

ABDC-STCT003376584
ABDCMDL09838395

P-17118 _ 00001

I hope that helps.

Chris

---

**From:** Capone, Anthony
**Sent:** Friday, September 07, 2007 10:00 AM
**To:** Zimmerman, Chris
**Cc:** Carter, Richard; Frary, James; Mays, Steve; Chou, John
**Subject:** RE: OMP

Good news on the level playing field.
Question; It's my understanding that once the questionnaire is completed, that specific accounts history is used to set the thresholds with some factor that allows for growth. Is that accurate? In many cases I'm being told by the field that this has been done and there is no material change in the accounts buying patterns but they still have orders held. Before I reach out for specifics, I want to make sure that my assumptions are accurate.
Another concern is that in reading the e-mail that involved Marilyn O'Connor, it appeared that she was not given a few days to satisfy the request.

---

**From:** Zimmerman, Chris
**Sent:** Friday, September 07, 2007 9:54 AM
**To:** Capone, Anthony
**Cc:** Carter, Richard; Frary, James; Mays, Steve; Chou, John
**Subject:** FW: OMP


Thanks Tony for the feedback. In checking with Ted, he informed me that part of the Windsor issue was system related, which has been forwarded to IT for correction. It appears that we had already raised these accounts thresholds in the past, and that the held orders had caused these accounts to significantly go over their newly raised thresholds; that is why they were held.

I believe that you will hopefully see the playing field leveled in the next couple of weeks:

1) I believe that DEA is actively in negotiations with at least one, if not both of the other two large wholesalers.
2) DEA is making this a focal point next week at DEA's Annual Industry Conference.
3) DEA has requested that I present to Industry on how ABC complies with the federal requirements to prevent diversion; therefore, every wholesaler will be put on notice of what is expected of them. Don't worry, I won't give specifics of ABC's program, just that DEA expects ALL distributors to restrict and hold orders until proper due diligence is performed.
4) ABC, McKesson, and Cardinal have been requested to attend a meeting with DEA on September 19, 2007, regarding the monitoring, restricting, and reporting of certain controlled substances. ABC is the only one that has the capability at this time, thus putting additional pressure on Cardinal and McKesson to implement a system equivalent to ABC's.

Thank you for you cooperation,

Chris Zimmerman, CPP, CFE
Vice President,
Corporate Security and Regulatory Affairs
AmerisourceBergen Corpration
(610) 727-7444


WARNING REGARDING CONFIDENTIALITY
This electronic mail transmission may contain privileged and/or confidential information and is intended only for review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ABDC-STCT003376585
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ABDCMDL09838396

sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of attorney-client or any other privilege.

---

**From:** Capone, Anthony
**Sent:** Friday, September 07, 2007 8:56 AM
**To:** Carter, Richard; Frary, James
**Cc:** Zimmerman, Chris
**Subject:** OMP

I am attaching a couple of e-mails. There are other rumblings about customers at risk or lost revenue but these have been e-mailed with some detail. I am not suggesting that there currently are orders being held but the recent OMP activity has hurt our business or is putting it at risk. In the account mentioned in Bob Toenniges' e-mail I don't think the customer blew up, he just made a business decision that we should be secondary.
<< Message: Smart Med #23-037416 >>  << Message: OMP Issues >>

Anthony Capone
VP Retail Sales
East Region
856-384-2156

WARNING REGARDING CONFIDENTIALITY
This electronic mail transmission may contain privileged and/or confidential information and is intended only for review of the party to whom it is addressed.  If you have received this transmission in error, please immediately return it to the sender,  delete it and destroy it without reading it.  Unintended transmission shall not constitute the waiver of attorney-client or any other privilege.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        ABDC-STCT003376586
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        ABDCMDL09838397

P-17118 _ 00003