| | |
|---|---|
| **From:** | "Cherveny, Eric" <ECherveny@amerisourcebergen.com> |
| **Sent:** | Tue, 29 Sep 2015 12:09:42 -0400 (EDT) |
| **To:** | "May, David (dmay@amerisourcebergen.com)" <dmay@amerisourcebergen.com> |
| **Subject:** | FW: Columbus DEA Audit Update (9/29/15) |

FYI – here's a update on the Columbus files requested.
Contact me w/ any questions.  Thx.

1. **Pharmacy Associates**, 1308 4th Ave, Huntington, WV 25701-DEA #BP0795433
   - Lawtrac matter contains all required docs.  Sending to DC.

2. **Church Square Pharmacy**, 7905 Euclid Ave, Cleveland, OH 44103-DEA #FC0792704
   - Lawtrac matter contains all required docs.  Sending to DC.
   - Removed PPT document.

3. **BSD Inc**, 716 Madison Avenue, Covington, KY 41011, DEA #AS1185900
   - Lawtrac matter contains all required docs.  Sending to DC.

4. **Moundsville Pharmacy**, 118 North Lafayette Ave, Moundsville, WV 26041- DEA #AM9597800
   - Lawtrac matter contains all required docs.  Sending to DC.

5. **Nicholas Pharmacy**, 421 Main Street, Summersville, WV 26651-DEA #BN9557298
   - Lawtrac matter is empty.
   - Requesting hard file from Iron Mountain – File not found.
   - Requested all microfiche documentation from Sheri France.
   - Reference is made to a 590 completion in lawtrac matter RA07-1214 provided.

6. **Continuumcare Pharmacy**, 78 Perry Winkle Lane, Huntington, WV 25702-DEA #FC1712668
   - Old PharMerica customer (Chain);
   - Left ABC in March 2015.
   - Will check chain file in "S" Drive – nothing provided.
   - Requested microfiche docs from Sheri France – no documents available.

7. **McCloud Family Pharmacy**, 4541 5th Street Road, Huntington, WV 25701, DEA #BM9558733
   - Lawtrac matter is empty.
   - Requesting hard file from Iron Mountain – File not found.
   - Requested all microfiche documentation from Sheri France.
   - 590 in file is from 2010.  Ordering updated 590.
   - Reference is made to a 590 completion in lawtrac matter RA07-1053 provided.

8. **Walgreens**, 6414 Route 60, Barboursville, WV 25504, DEA #FW1925568
   - Will pull WAG Chain spreadsheet – spreadsheet info pulled & provided.
   - Requested all microfiche documentation from Sheri France – nothing provided from CM.

9. **Drug Emporium**, 3 Mall Road, Barboursville, WV 25504, DEA #BD0427927
   - Lawtrac matter is empty.
   - Requesting hard file from Iron Mountain.
   - Requested all microfiche documentation from Sheri France – Documentation not provided.
   - Reference is made to a 590 completion in lawtrac matter RA07-1267 provided.

Eric Cherveny
Director – Diversion Control
AmerisourceBergen Corporation
610/727-7362
102-7362 (Global Extension)

**PLAINTIFFS TRIAL EXHIBIT**
**P-17140_00001**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00151669
P-17140_00001

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and/or destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client and/or any other privilege.

**From:** Cherveny, Eric
**Sent:** Friday, September 25, 2015 4:07 PM
**To:** May, David (dmay@amerisourcebergen.com)
**Subject:** FW: Columbus DEA Audit Update

FYI – here's a update on the Columbus files requested.
Contact me w/ any questions.  Thx.

1. **Pharmacy Associates**, 1308 4th Ave, Huntington, WV 25701-DEA #BP0795433
   - Lawtrac matter contains all required docs.  Sending to DC.

2. **Church Square Pharmacy**, 7905 Euclid Ave, Cleveland, OH 44103-DEA #FC0792704
   - Lawtrac matter contains all required docs.  Sending to DC.

3. **BSD Inc**, 716 Madison Avenue, Covington, KY 41011, DEA #AS1185900
   - Lawtrac matter contains all required docs.  Sending to DC.

4. **Moundsville Pharmacy**, 118 North Lafayette Ave, Moundsville, WV 26041- DEA #AM9597800
   - Lawtrac matter contains all required docs.  Sending to DC.

5. **Nicholas Pharmacy**, 421 Main Street, Summersville, WV 26651-DEA #BN9557298
   - Lawtrac matter is empty.
   - Requesting hard file from Iron Mountain.
   - Requested all microfiche documentation from Sheri France.

6. **Continuumcare Pharmacy**, 78 Perry Winkle Lane, Huntington, WV 25702-DEA #FC1712668
   - Old PharMerica customer (Chain);
   - Will check chain file in "S" Drive.
   - Requested microfiche docs from Sheri France.

7. **McCloud Family Pharmacy**, 4541 5th Street Road, Huntington, WV 25701, DEA #BM9558733
   - Lawtrac matter is empty.
   - Requesting hard file from Iron Mountain.
   - Requested all microfiche documentation from Sheri France.
   - 590 in file is from 2010.  Ordering updated 590.

8. **Walgreens**, 6414 Route 60, Barboursville, WV 25504, DEA #FW1925568
   - Will pull WAG Chain spreadsheet;
   - Requested all microfiche documentation from Sheri France.

9. **Drug Emporium**, 3 Mall Road, Barboursville, WV 25504, DEA #BD0427927
   - Lawtrac matter is empty.
   - Requesting hard file from Iron Mountain.
   - Requested all microfiche documentation from Sheri France.

Eric Cherveny
Director – Diversion Control
AmerisourceBergen Corporation
610/727-7362
102-7362 (Global Extension)

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and/or destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client and/or any other privilege.

**From:** Cherveny, Eric
**Sent:** Friday, September 25, 2015 3:41 PM

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00151670

P-17140_00002

**To:** France, Sheri
**Cc:** Coldren, Emily
**Subject:** FW: Columbus DEA Audit, Sep15 - Top 10 Complete.xlsx

Sheri, we have a DEA audit at the Columbus DC and we need all Hub documentation for the below highlighted customers. Any assistance would be appreciated.

Contact me w/ any questions. Thx.

Can I also get the due diligence files for the following ABC customers?
- Pharmacy Associates, 1308 4th Ave, Huntington, WV 25701-DEA #BP0795433
- Nicholas Pharmacy, 421 Main Street, Summersville, WV 26651-DEA #BN9557298
- Moundsville Pharmacy, 118 North Lafayette Ave, Moundsville, WV 26041- DEA #AM9597800
- Continuumcare Pharmacy, 78 Perry Winkle Lane, Huntington, WV 25702-DEA #FC1712668
- McCloud Family Pharmacy, 4541 5th Street Road, Huntington, WV 25701, DEA #BM9558733
- Walgreens, 6414 Route 60, Barboursville, WV 25504, DEA #FW1925568
- Drug Emporium, 3 Mall Road, Barboursville, WV 25504, DEA #BD0427927
- Church Square Pharmacy, 7905 Euclid Ave, Cleveland, OH 44103-DEA #FC0792704
- BSD Inc, 716 Madison Avenue, Covington, KY 41011, DEA #AS1185900


Eric Cherveny
Director – Diversion Control
AmerisourceBergen Corporation
610/727-7362
102-7362 (Global Extension)

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and/or destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client and/or any other privilege.

---

**From:** May, David
**Sent:** Thursday, September 24, 2015 1:53 PM
**To:** Cherveny, Eric
**Subject:** FW: Columbus DEA Audit, Sep15 - Top 10 Complete.xlsx

Hey Eric, we knew that was coming. Maybe Emily can help with this and I will make sure not to task here with anything else in the next day or so while she pulls it together. DM

---

**From:** Madsen, Greg
**Sent:** Thursday, September 24, 2015 1:50 PM
**To:** May, David; Cherveny, Eric; Guerreiro, Marcelino A.
**Cc:** Hamilton, Greg; Taraschi, Anthony; Mays, Steve
**Subject:** RE: Columbus DEA Audit, Sep15 - Top 10 Complete.xlsx

See below/FYI. I will set up a meeting with all to discuss this request from DEA/Columbus DC DEA audit. Specifically, the requested meeting and the documents that can be pulled prior to the meeting will be discussed.


Steve, Just an FYI



Greg


Greg Madsen
Director, Corporate Security & Regulatory Affairs- West Region
AmerisourceBergen Corporation
714/704-4404
 ABC Global Extension 108-4404

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the

attorney-client or any other privilege.

**From:** Hamilton, Greg
**Sent:** Thursday, September 24, 2015 9:41 AM
**To:** Madsen, Greg; Taraschi, Anthony
**Subject:** Fwd: Columbus DEA Audit, Sep15 - Top 10 Complete.xlsx

FYI

Greg Hamilton
Sent from my iPhone
Begin forwarded message:

> **From:** "Freese, Jesse L." <Jesse.L.Freese@usdoj.gov>
> **Date:** September 24, 2015 at 12:00:16 PM EDT
> **To:** "Hamilton, Greg" <GHamilton@amerisourcebergen.com>
> **Subject: RE: Columbus DEA Audit, Sep15 - Top 10 Complete.xlsx**
>
> Good morning Greg,
>
> Would it be possible to schedule that teleconference with your Corporate Compliance folks for next Tuesday (Sept 29th)? I wish to discuss your suspicious ordering monitoring program and due diligence with them.
>
> Can I also get the due diligence files for the following ABC customers?
> - Pharmacy Associates, 1308 4th Ave, Huntington, WV 25701-DEA #BP0795433
> - Nicholas Pharmacy, 421 Main Street, Summersville, WV 26651-DEA #BN9557298
> - Moundsville Pharmacy, 118 North Lafayette Ave, Moundsville, WV 26041- DEA #AM9597800
> - Continuumcare Pharmacy, 78 Perry Winkle Lane, Huntington, WV 25702-DEA #FC1712668
> - McCloud Family Pharmacy, 4541 5th Street Road, Huntington, WV 25701, DEA #BM9558733
> - Walgreens, 6414 Route 60, Barboursville, WV 25504, DEA #FW1925568
> - Drug Emporium, 3 Mall Road, Barboursville, WV 25504, DEA #BD0427927
> - Church Square Pharmacy, 7905 Euclid Ave, Cleveland, OH 44103-DEA #FC0792704
> - BSD Inc, 716 Madison Avenue, Covington, KY 41011, DEA #AS1185900
>
> I will likely have more requests later, but I wanted to have a few files to discuss during our teleconference.
>
> Thank you,
>
> **Jesse Freese**
> Diversion Investigator
> Drug Enforcement Administration
> Columbus, OH District Office
> Office: 614-255-4169
> Fax: 614-469-5788
>
> ---
>
> **From:** Hamilton, Greg [mailto:GHamilton@amerisourcebergen.com]
> **Sent:** Friday, September 18, 2015 9:59 AM
> **To:** Freese, Jesse L.
> **Subject:** Columbus DEA Audit, Sep15 - Top 10 Complete.xlsx
>
> Jesse,
> Please see attached top ten for 5 states
>
> **Gregory S. Hamilton**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00151672

P-17140_00004

AmerisourceBergen
Compliance Manager
Columbus Greenfield

6305 LaSalle Drive
Lockbourne, Ohio, 43137

Work: 614.409.6326
Fax: 800.546.9067
Mobile: 614.813.1776

AmerisourceBergen.com

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.