| | |
|---|---|
| From: | "Settecase, Jennifer" <jsettecase@amerisourcebergen.com> |
| Sent: | Wed, 9 Sep 2009 15:15:43 -0400 (EDT) |
| To: | "Martin, Eric" <EMartin@amerisourcebergen.com> |
| Subject: | RE: OMP Reports |

010052670       Safe Script         Send Account Rep, for a visit :  ACM = Michael Perry

010038323       Community Drug   Send Account Rep. for a visit:  ACM = Rebecca Farrar

010051417       The Med. Shoppe   Send Account Rep. for a visit:  ACM = Rebecca Farrar

---

**From:** Martin, Eric
**Sent:** Wednesday, September 09, 2009 3:04 PM
**To:** Settecase, Jennifer
**Subject:** FW: OMP Reports

Jennifer
Can you enlighten me on who the Account Managers are for the top 3 accounts below?
Eric

---

**From:** Shook, John
**Sent:** Wednesday, September 09, 2009 2:39 PM
**To:** Martin, Eric
**Cc:** Ormsby, Dave; Settecase, Jennifer
**Subject:** RE: OMP Reports

Eric,
Thank you and I agree.  Please forward this to the appropriate account managers to look into these three accounts and give them specific questions to address with the account owner.  Are we going to raise thresholds for Family Medical respectively?

John

---

**From:** Martin, Eric
**Sent:** Wednesday, September 09, 2009 2:18 PM
**To:** Shook, John
**Cc:** Ormsby, Dave; Settecase, Jennifer
**Subject:** OMP Reports

John
Based on the last 2 reports and recommendation of Joe Tomkiewicz we at the Division should focus on Independent Retail Accounts that show repeatedly and have OMP threshold issues. Other Accounts such as Hospitals, Alt Care or 1 time appearance Accounts are generally a spike in their buying. Based on this I recommend that the following Accounts get a closer look.
010052670       Safe Script         Send Account Rep, for a visit
010038323       Community Drug   Send Account Rep. for a visit
010051417       The Med. Shoppe   Send Account Rep. for a visit
010045930       Woodman Pharm   Diversion Group sending an Investigator
010060392       Family Med.         Diversion Group Investigator has visited and cleared as legit

The top 3 Account Managers should ask questions about differences in Purchase History and 590 declarations, Changes in Business, etc and file an amended 590 and possibly           a Request for

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER


PLAINTIFFS TRIAL EXHIBIT
P-17150_00001

ABDC-STCT002928014
ABDCMDL08078347
P-17150_00001

Threshold Review.

Eric V Martin
AmerisourceBergen Drug Corp.
Manager Regulatory Compliance
Columbus Division
6305 Lasalle Dr.
Lockbourne, Ohio 43137
614 409-6312

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDC-STCT002928015
ABDCMDL08078348

P-17150_00002