**U.S. Department of Justice**
Drug Enforcement Administration



# ARCOS REGISTRANT HANDBOOK

## Office of Diversion Control

Version 1.0 August 1997

PLAINTIFFS TRIAL
EXHIBIT
**P-23654_00001**

PLTF_2804_000116946
P-23654 _ 00001

# ARCOS REGISTRANT HANDBOOK

## SUMMARY OF REPORTING CHANGES

- **Transaction Code is new.  Transaction Codes 5, R, and V have new meanings.**

- **Transaction date can be outside the period covered when a transaction is identified as a late (insertion), deletion, or adjustment transaction or when a correction number is entered.**

- **The Lot Number field has been replaced by the correction number field.**

- **The Submission Control form has been eliminated and replaced by the bar code label.**

- **Delete Indicator has been renamed "Action Indicator."  The permissible entries in the Action Indicator field are D, A, and I.**

- **Mixed media reporting, automated and manual, is no longer accepted. Corrections must be included with regular monthly or quarterly reports rather than being submitted separately.**

# DRUG ENFORCEMENT ADMINISTRATION
# OFFICE OF DIVERSION CONTROL
# DRUG OPERATIONS SECTION
# ARCOS UNIT

*Notice: This contact information has been updated as of February 2000*

## CONTACT INFORMATION

**MAILING ADDRESS**
**Drug Enforcement Administration**
**ARCOS Unit**
**P. O. Box 27273**
**Washington, D.C.  20038-7273**

**Courier Service/Overnight Mailing Address**
**Drug Enforcement Administration (DEA) Headquarters**
**ATTN: ARCOS Unit**
**2401 Jefferson –Davis Highway**
**Alexandria, VA 22301**

**Office Voice Phone Number:**
**(202) 307-8600 Hours: Monday - Friday 8:30 a.m. - 5:00 p.m.  EST/EDT**

**Office Fax Phone Number:**
**(202) 307-8612 Hours: 7 days/week 24 hours/day**

# TABLE OF CONTENTS

**PART I:**         **GENERAL INFORMATION**

**SECTION 1:**         **ARCOS OVERVIEW**

1.1  WHAT IS ARCOS?.................................................................................1-1
1.1.1  ARCOS Defined.............................................................................1-1
1.1.2  Authority for ARCOS .....................................................................1-1
1.2  ARCOS' RELATIONSHIP TO DRUG INVENTORY AUDIT ...........................1-2
1.3  ARCOS' RELATIONSHIP TO UNITED NATIONS ...................................1-2
1.4  REPORTING:  WHO and WHAT........................................................1-2
1.4.1  Submitting Report..........................................................................1-3
1.5  WHO MUST *NOT* REPORT?............................................................1-4
1.6  MULTIPLE REGISTRATIONS ...........................................................1-5

**SECTION 2:**         **REPORTING REQUIREMENTS**

2.1  GENERAL REPORTING REQUIREMENTS ...........................................2-1
2.2  RETAINING COPIES......................................................................2-1
2.3  REPORTING MEDIA.....................................................................2-2
2.4  REPORTING FREQUENCY..............................................................2-2
2.5  TRANSMITTAL INFORMATION.........................................................2-2
2.6  ARCOS REGISTRANTS AND REPORTERS .........................................2-2
2.6.1  Single Reporter............................................................................2-3
2.6.2  Registered Central Reporter.........................................................2-3
2.6.3  Non-registered Central Reporter ..................................................2-3
2.6.4  Pre-batch Central Reporter ..........................................................2-3
2.7  CENTRAL REPORTING.................................................................2-3
2.7.1  Applying......................................................................................2-4
2.7.2  Issuing........................................................................................2-4

**SECTION 3:**         **REPORTING MEDIA**

3.1  REPORTING MEDIA TYPES ...........................................................3-1
3.2  CONFORMING TO SPECIFICATIONS ................................................3-1
3.3  LABELING MEDIA ......................................................................3-2
3.3.1  Completing Label.........................................................................3-2
3.4  PACKING MEDIA FOR MAILING ....................................................3-3

PLTF_2804_000116949
P-23654 _ 00004

3.5  QUESTIONS .................................................................................................3-3
3.6  MANUAL REPORTING.....................................................................................3-4
3.6.1  Additional Forms.........................................................................................3-6
3.6.2  Entry of Data ..............................................................................................3-6
3.6.3  Page Numbering .........................................................................................3-6
3.6.3.2  Central Reporters....................................................................................3-8
3.6.4  DEA  Form 333: Applying Label................................................................3-8
3.6.5  Return of Unprocessable Forms..............................................................3-11
3.7  MAGNETIC TAPE REPORTING ...................................................................3-11
3.7.1  Equipment Compatibility...........................................................................3-11
3.7.2  Recording Tracks and Tape Width............................................................3-11
3.7.3  Recording Density.....................................................................................3-11
3.7.4  Data Representation..................................................................................3-11
3.7.5  Internal Tape Labels .................................................................................3-11
3.7.6  Leading Tape Marks..................................................................................3-12
3.7.7  Record Length ...........................................................................................3-12
3.7.8  Block Length ..............................................................................................3-12
3.7.9  End of Data Tape Mark .............................................................................3-12
3.7.10  Tape: Applying Label...............................................................................3-12
3.7.11  Return Of Magnetic Tapes .....................................................................3-13
3.8  MAGNETIC DISKETTE REPORTING............................................................3-13
3.8.1  Magnetic Diskette Types...........................................................................3-13
3.8.2  Compatibility Requirements.....................................................................3-14
3.8.3  Magnetic Diskette Formatting...................................................................3-15
3.8.3.1  New Magnetic Diskettes ........................................................................3-15
3.8.3.2  Re-using Magnetic Diskettes................................................................3-15
3.8.4  File Name...................................................................................................3-15
3.8.5  Total Transactions per Magnetic Diskette ...............................................3-16
3.8.6  Magnetic Diskette: Applying Label...........................................................3-18
3.8.7  Return of Magnetic Diskettes...................................................................3-20

**PART II**          **REPORT PREPARATION**
                     **INTRODUCTION TO PART II**

**SECTION 4:**       **CONTROL RECORD**

4.1  RECORD TYPES..........................................................................................4-1
4.2  CONTROL RECORD ....................................................................................4-1
4.3  CONTROL RECORD FORMAT ....................................................................4-2
4.4  ARCOS REPORT..........................................................................................4-3
4.4.1  Report's Contents.....................................................................................4-3
4.4.2  Placement of Records  .............................................................................4-3

PLTF_2804_000116950
P-23654 _ 00005

4.4.2.1 Record Placement:  Automated Single Reporter ................................................... 4-5
4.4.2.2 Record Placement:  Automated Central Reporter ................................................ 4-5
4.4.2.3 Manual Single Reporter  ................................................................................... 4-6
4.4.2.4 Manual Central Reporter ................................................................................... 4-6
4.4.2.5 Central Reporter: Record Placement of Prior Transactions .................................. 4-6
4.5 ARCOS INPUT STREAM EXAMPLES ................................................................... 4-10
4.5.1 Magnetic Media Examples ................................................................................... 4-10
4.5.1.1 Automated Single Reporter ............................................................................. 4-10
4.5.1.1.1 Monthly Reporting ........................................................................................ 4-10
4.5.1.1.2 Quarterly Reporting ...................................................................................... 4-11
4.5.1.2 Automated Registered Central Reporter ........................................................... 4-11
4.5.1.2.1 Monthly Reporting ........................................................................................ 4-12
4.5.1.2.2 Quarterly Reporting ...................................................................................... 4-14
4.5.1.3 Automated Non-registered Central Reporter .................................................... 4-17
4.5.1.3.1 Monthly Reporting ........................................................................................ 4-17
4.5.1.3.2 Quarterly Reporting ...................................................................................... 4-20
4.5.2 Manual Media Examples ...................................................................................... 4-22
4.5.2.1 Manual Single Reporter .................................................................................... 4-22
4.5.2.1.1 Monthly Reporting ........................................................................................ 4-22
4.5.2.1.2 Quarterly Reporting ...................................................................................... 4-23
4.5.2.2 Manual Registered Central Reporter ................................................................ 4-24
4.5.2.2.1 Monthly Reporting ........................................................................................ 4-24
4.5.2.2.2 Quarterly Reporting ....................................................................................... 4-25
4.5.2.3 Manual Non-registered Central Reporter .......................................................... 4-27
4.5.2.3.1 Monthly Reporting ........................................................................................ 4-27
4.5.2.3.2 Quarterly Reporting ...................................................................................... 4-29

## SECTION 5:       TRANSACTION RECORD

5.1 TRANSACTION RECORD ...................................................................................... 5-1
5.2 DEA FORM 333:  DUPLICATING DATA .................................................................. 5-3
5.2.1 DEA Form 333:  Duplicating Transaction Date ..................................................... 5-3
5.3 REPORTING REGISTRANT NUMBER ..................................................................... 5-6
5.3.1 Definition: Reporting Registrant Number .............................................................. 5-6
5.3.2 Specifications:  Reporting Registrant Number ....................................................... 5-6
5.3.3 Discussion:  Reporting Registrant Number ........................................................... 5-6
5.4 TRANSACTION CODE ............................................................................................ 5-6
5.4.1 Definition:  Transaction Code ............................................................................. 5-6
5.4.2 Specifications:  Transaction Code ........................................................................ 5-6
5.4.3 Discussion:  Transaction Code ............................................................................ 5-7
5.5 INVENTORY TRANSACTION CODES ..................................................................... 5-8
5.5.1 Code 1: Schedule Change Inventory .................................................................... 5-8

5.5.2 Code 3: Year-End Physical  Inventory .......................................................5-9
5.5.3 Code 4: Year-end In-process Inventory ......................................................5-10
5.5.4 Code 5: Special Inventory ..........................................................................5-10
5.5.5 Code 8: No Year-End Inventory ..................................................................5-10
5.6 ACQUISITION TRANSACTION CODES ..........................................................5-10
5.6.1 Code P: Purchase or Other Receipt ...........................................................5-11
5.6.2 Code R: Return ...........................................................................................5-11
5.6.3 Code V: Unsolicited Return .........................................................................5-11
5.6.4 Code G: Government Supplied ....................................................................5-13
5.6.5 Manufacturing Acquisition Codes ...............................................................5-13
5.7 DISPOSITION TRANSACTION CODES ...........................................................5-13
5.7.1 Code S:  Sale, Disposition, or Transfer ......................................................5-14
5.7.2 Code Y:  Destroyed .....................................................................................5-14
5.7.3 Code T:  Theft .............................................................................................5-16
5.7.4 Code Z:  Receipt by Government or Seizures ..............................................5-18
5.7.5 Manufacturing Disposition Codes ...............................................................5-18
5.8 MISCELLANEOUS TRANSACTION CODES .................................................5-18
5.8.1 Code 7:  No ARCOS Activity for the Current Reporting Period ...............................5-18
5.8.2 Code F:  Reorder DEA Form  333 ...............................................................5-19
5.8.3 Code X:  Lost-in-Transit ..............................................................................5-19
5.9 ACTION INDICATOR (Formerly DELETE INDICATOR) ..........................................5-19
5.9.1 Definition:  Action Indicator .........................................................................5-19
5.9.2 Specifications:  Action Indicator ..................................................................5-20
5.9.3 Discussion:  Action Indicator .......................................................................5-20
5.10 NATIONAL DRUG CODE (NDC) ....................................................................5-20
5.10.1 Definition:  NDC .........................................................................................5-20
5.10.2 Specifications:  NDC ..................................................................................5-20
5.10.2.1 NDC Segment Specifications ..................................................................5-21
5.10.2.2 Formatting Summary ..............................................................................5-22
5.10.3 NDC Coding Examples ...............................................................................5-23
5.10.4 NDC Assignment ........................................................................................5-25
5.10.5 Submitting Labels .......................................................................................5-26
5.10.6 Pseudo NDC's ............................................................................................5-27
5.10.6.1 Obtaining a Pseudo NDC .......................................................................5-27
5.10.7 Inner and Outer NDC Packages .................................................................5-28
5.11 QUANTITY .....................................................................................................5-30
5.11.1 Definition:  Quantity ...................................................................................5-30
5.11.2 Specifications:  Quantity .............................................................................5-30
5.11.3 Discussion: Quantity ..................................................................................5-31
5.11.3.1 Converting Fractional (Decimal) Quantities .............................................5-31
5.11.3.2 Coding the Quantity Field ........................................................................5-31
5.11.3.3 Reporting Bulk Raw Material .....................................................................5-32

iv

PLTF_2804_000116952
P-23654 _ 00007

5.11.3.4 Reporting Bulk Dosage Form Material..................................................................5-33
5.12 UNIT CODE...........................................................................................................5-33
5.12.1 Definition: Unit Code..........................................................................................5-33
5.12.2 Specifications: Unit Code ...................................................................................5-34
5.12.3 Weight and Volume Unit Codes .........................................................................5-34
5.12.4 Optional Unit Codes...........................................................................................5-34
5.13 ASSOCIATE REGISTRANT NUMBER ................................................................5-35
5.13.1 Definition: Associate Registrant Number ............................................................5-35
5.13.2 Specifications: Associate Registrant Number......................................................5-35
5.13.3 Discussion: Associate Registrant Number ..........................................................5-36
5.13.3.1 Transfers to Exempt Organizations...................................................................5-36
5.13.3.2 Transfers Within a Firm ...................................................................................5-37
5.13.3.3 Destruction of Reportable Items.......................................................................5-38
5.14 DEA ORDER FORM NUMBER.............................................................................5-38
5.14.1 Definition: Order Form Number ..........................................................................5-38
5.14.2 Specifications: Order Form Number.....................................................................5-38
5.14.3 Discussion: Order Form Number ........................................................................5-40
5.14.3.1 Manufacturer Recall.........................................................................................5-40
5.15 TRANSACTION DATE ..........................................................................................5-40
5.15.1 Definition: Transaction Date ...............................................................................5-40
5.15.2 Specifications: Transaction Date .........................................................................5-40
5.15.3 Transaction Date Formats ..................................................................................5-41
5.15.4 Discussion: Transaction Date..............................................................................5-41
5.16 CORRECTION TRANSACTION............................................................................5-42
5.16.1 Definition: Correction Transaction.......................................................................5-42
5.16.2 Specifications: Correction Number (Formerly Lot Number)..................................5-42
5.16.3 Discussion: Correction Number ..........................................................................5-42
5.17 STRENGTH...........................................................................................................5-43
5.17.1 Definition: Strength.............................................................................................5-43
5.17.2 Specifications: Strength ......................................................................................5-43
5.17.3 Discussion: Strength...........................................................................................5-43
5.17.3.1 Strength Field: Bulk Raw Materials ..................................................................5-43
5.17.3.2 Strength Field: Partial Packages ......................................................................5-44
5.17.3.3 Strength Field: Combining Partial Packages ....................................................5-45
5.18 TRANSACTION IDENTIFIER.................................................................................5-46
5.18.1 Definition: Transaction Identifier .........................................................................5-46
5.18.2 Specifications: Transaction Identifier...................................................................5-46
5.18.3 Discussion: Transaction Identifier .......................................................................5-47
5.19 DOCUMENT IDENTIFIER......................................................................................5-47
5.19.1 Definition: Document Identifier.............................................................................5-47
5.19.2 Specifications: Document Identifier ......................................................................5-48
5.19.3 Discussion: Document Identifier...........................................................................5-48

PLTF_2804_000116953
P-23654 _ 00008

## SECTION 6:        MANUFACTURING ACTIVITIES

6.1  GENERAL ............................................................................................................6-1
6.1.1  Reporting by Bulk and Dosage Form Manufacturers ...............................6-1
6.1.2  Reporting by Packers, Repackers and Relabelers ..................................6-2
6.1.2.1  Definitions ............................................................................................6-2
6.1.2.2  Scenario for Repackaging and Relabeling ..........................................6-2
6.1.2.3  ARCOS Automated Report...................................................................6-2
6.1.2.4  ARCOS Manual Report ........................................................................6-3
6.1.3  Reporting Non-Manufacturing Activities...................................................6-3
6.1.4  Manufacturing Reporting Guidelines ........................................................6-3
6.2  NARCOTICS ......................................................................................................6-4
6.2.1  Manufacturing Narcotics...........................................................................6-4
6.2.1.1  Manufacturing Scenario for "M" Transaction Code .............................6-5
6.2.1.2  ARCOS Automated Report...................................................................6-5
6.2.1.3  ARCOS Manual Report ........................................................................6-5
6.2.2  Narcotics: Quantity Used To Produce Preparations .................................6-6
6.2.2.1  Manufacturing Scenario for "K" Transaction Code...............................6-6
6.2.2.2  ARCOS Automated Report...................................................................6-6
6.2.2.3  ARCOS Manual Report ........................................................................6-6
6.2.3  Narcotics: Quantity Used to Produce a Different Narcotic........................6-6
6.2.3.1  Manufacturing Scenario for "U" Transaction Code...............................6-7
6.2.3.2  ARCOS Automated Report...................................................................6-7
6.2.3.3  ARCOS Manual Report ........................................................................6-7
6.2.4  Inventory Held in Stock on 31 December..................................................6-7
6.2.5  Manufacturing Scenarios for "3" and "4" Transaction Codes ...................6-8
6.2.5.1  ARCOS Automated Report...................................................................6-8
6.2.5.2  ARCOS Manual Report ........................................................................6-8
6.3  PSYCHOTROPICS .............................................................................................6-9
6.3.1  Psychotropic Drugs.................................................................................6-10
6.3.2  Manufacturing Psychotropics..................................................................6-11
6.3.2.1  Manufacturing Scenario for "M" Transaction Code ...........................6-12
6.3.2.2   ARCOS Automated Report.................................................................6-12
6.3.2.3  ARCOS Manual Report ......................................................................6-12
6.3.3  Psychotropics: Quantity Used to Make Non-Psychotropic Substances.................6-12
6.3.3.1  Manufacturing Scenario for "U" Transaction Code.............................6-12
6.3.3.2  ARCOS Automated Report.................................................................6-13
6.3.3.3  ARCOS Manual Report ......................................................................6-13
6.3.4  Psychotropics: Quantity Used to Manufacture Exempt Preparations .....................6-13
6.3.4.1  Manufacturing Scenario for "K" Transaction Code.............................6-13
6.3.4.2  ARCOS Automated Report.................................................................6-13
6.3.4.3  ARCOS Manual Report .......................................................................6-14

PLTF_2804_000116954
P-23654 _ 00009

6.3.4.4 ARCOS Automated Report .......................................................................6-14
6.3.4.5 ARCOS Manual Report .............................................................................6-14
6.3.4.6 ARCOS Automated Report .......................................................................6-14
6.3.4.7 ARCOS Manual Report .............................................................................6-14
6.3.5 Inventory Held in Stock on 31 December..........................................................6-14
6.3.6 Manufacturing Scenario for "3" and "4" Transaction Codes .........................6-15
6.3.6.1 ARCOS Automated Report .......................................................................6-15
6.3.6.2 ARCOS Manual Report .............................................................................6-15
6.4 MANUFACTURING ACTIVITIES FOR CODES N, W, L, Q, J ....................................6-15
6.4.1 Non-recoverable Waste (Code N).....................................................................6-15
6.4.1.1 ARCOS Automated Report .......................................................................6-16
6.4.1.2 ARCOS Manual Report .............................................................................6-16
6.4.2 Recovered Waste (Code W)..............................................................................6-16
6.4.2.1 ARCOS Automated Report .......................................................................6-17
6.4.2.2 ARCOS Manual Report .............................................................................6-17
6.4.3 Reversing (Code L)............................................................................................6-17
6.4.3.1 ARCOS Automated Report .......................................................................6-18
6.4.3.2 ARCOS Manual Report .............................................................................6-18
6.4.4 Sampling (Code Q)............................................................................................6-18
6.4.5 Return of Samples to Inventory (Code J) ........................................................6-18
6.4.5.1 ARCOS Automated Report .......................................................................6-19
6.4.5.2 ARCOS Manual Report .............................................................................6-19

**PART III:          SYSTEM OUTPUT**

**SECTION 7:          EDIT LISTINGS**

7.1 EDITING PROCESS .................................................................................................7-1
7.2 CONTROL RECORD EDIT .......................................................................................7-1
7.3 TRANSACTION RECORD EDIT ..............................................................................7-2
7.4 TRANSACTION ERROR CODES.............................................................................7-5
7.5 CORRECTING TRANSACTION RECORDS ...........................................................7-12
7.5.1 Error Categories.................................................................................................7-12
7.6 CORRECTION TRANSACTION ..............................................................................7-13
7.6.1 Error Report ......................................................................................................7-13
7.6.2 Correction Process ...........................................................................................7-14
7.6.3 Correction Record.............................................................................................7-15
7.6.4 Correction Number............................................................................................7-15
7.6.4.1 Correction Number Format........................................................................7-15
7.6.4.2 Correction Number Position .....................................................................7-15
7.6.5 Correction Transaction Examples ....................................................................7-16
7.6.5.1 Automated Media.......................................................................................7-16

PLTF_2804_000116955
P-23654 _ 00010

7.6.5.2 Manual Media ....................................................................................................7-16
7.7 DELETION TRANSACTION ........................................................................................7-17
7.7.1 Delete Process .......................................................................................................7-17
7.7.2 Deletion Record ......................................................................................................7-17
7.7.3 Deletion Examples ..................................................................................................7-17
7.8 ADJUSTMENT TRANSACTION ..................................................................................7-18
7.8.1 Adjustment Process ...............................................................................................7-18
7.8.2 Adjustment Records ...............................................................................................7-19
7.8.2.1 Deletion Record ..................................................................................................7-19
7.8.2.2 Adjustment Record ..............................................................................................7-20
7.8.3 Adjustment Transaction Examples .........................................................................7-20
7.8.3.1 Automated Media:  Incorrect Quantity ................................................................7-20
7.8.3.2 Automated Media:  Wrong Transaction Code ......................................................7-21
7.8.3.3 Manual Media:  Incorrect Quantity .....................................................................7-22
7.8.3.4 Manual Media:  Wrong Transaction Code ...........................................................7-23
7.9 LATE TRANSACTION ................................................................................................7-24
7.9.1 Reporting Period and Frequency ...........................................................................7-24
7.9.2 Reporting Period Test ............................................................................................7-24
7.9.3 Submission and Acceptance ..................................................................................7-25
7.9.4 Late Transaction Examples ...................................................................................7-25
7.9.4.1 Automated Media:  Late Transaction ..................................................................7-25
7.9.4.2 Manual Media:  Late Transaction .......................................................................7-26
7.9.5 TRANSACTION IDENTIFIER ..................................................................................7-26

**PART IV:**          **REFERENCE**

**APPENDICES**

Appendix 1   ARCOS Transaction Matrix: Automated Reports
Appendix 2   ARCOS Transaction Matrix: Manual Reports
Appendix 3   Conversion Factors for Controlled Substances
Appendix 4   Use of Quantity, Unit, and Strength Fields
Appendix 5   ARCOS Record: Data Fields and Calculations

**GLOSSARY**

PLTF_2804_000116956
P-23654 _ 00011

# LIST OF EXHIBITS

Exhibit 1.1: Receipt Deadlines ........................................................................................ 1-4
Exhibit 1.2: Registrants *Not* Required to Report ............................................................ 1-5
Exhibit 3.1: ARCOS Bar Code Label .............................................................................. 3-3
Exhibit 3.2: DEA Form 333 .............................................................................................. 3-5
Exhibit 3.3: DEA Form 333 Page Numbering .................................................................. 3-7
Exhibit 3.4: Central Reporter Page Numbering ............................................................... 3-8
Exhibit 3.5: Positioning Label on DEA Form 333 .......................................................... 3-10
Exhibit 3.6: Positioning Label on Magnetic Tape ........................................................... 3-13
Exhibit 3.7: Diskette Attributes ...................................................................................... 3-14
Exhibit 3.8: Magnetic Diskette Limits ............................................................................ 3-17
Exhibit 3.9: Limit Calculation ......................................................................................... 3-17
Exhibit 3.10: Label Position: 3½-inch Magnetic Diskette ............................................. 3-19
Exhibit 3.11: Label Position: 5¼-inch Magnetic Diskette ............................................. 3-19
Exhibit 4.1: Control Record Layout ................................................................................. 4-3
Exhibit 4.2: Record Placement for the ARCOS Report ................................................... 4-4
Exhibit 4.3: ARCOS Registrant's Report ......................................................................... 4-5
Exhibit 4.4: DEA Form 333 Control Record Placement ................................................... 4-7
Exhibit 4.5: Control Record Placement for Central Reporters and Subsidiaries ............... 4-9
Exhibit 5.1: Transaction Record Formats ........................................................................ 5-2
Exhibit 5.2: Using Duplicate Sign: Single Reporter ......................................................... 5-4
Exhibit 5.3: Using the Duplicate Sign, Central Reporter .................................................. 5-5
Exhibit 5.4: Schedule Change Reporting Requirements ................................................... 5-9
Exhibit 5.5: Using Transaction Code V .......................................................................... 5-12
Exhibit 5.6: DEA Form 41 ............................................................................................. 5-15
Exhibit 5.7: DEA Form 106 ........................................................................................... 5-17
Exhibit 5.8: NDC Formatting Summary .......................................................................... 5-22
Exhibit 5.9: Converting the NDC for a Non-bulk Product ............................................... 5-24
Exhibit 5.10: Converting the NDC for a Bulk Product .................................................... 5-25
Exhibit 5.11: FDA Address ............................................................................................ 5-26
Exhibit 5.12: Inner and Outer Packaging ....................................................................... 5-29
Exhibit 5.13: Quantity Field Entries .............................................................................. 5-32
Exhibit 5.14: Exempt Organization Codes ..................................................................... 5-37
Exhibit 5.15: DEA Form 222 ......................................................................................... 5-39
Exhibit 7.1: Accepted Report ........................................................................................ 7-3
Exhibit 7.2: Rejected Report ......................................................................................... 7-4
Exhibit 7.3: Sample Error Transactions ........................................................................ 7-14

PLTF_2804_000116957
P-23654 _ 00012

This page left blank intentionally

Version 1.0 August 1997

PLTF_2804_000116958
P-23654 _ 00013



# PART I: GENERAL INFORMATION

*SECTION 1 ARCOS OVERVIEW*
*SECTION 2 REPORTING REQUIREMENTS*
*SECTION 3 REPORTING MEDIA*

Version 1.0 August 1997

PLTF_2804_000116959
P-23654 _ 00014

*This page left blank intentionally*

Version 1.0 August 1997

PLTF_2804_000116960
P-23654 _ 00015

# 1

# SECTION 1.0

# ARCOS OVERVIEW

## 1.1  WHAT IS ARCOS?

### 1.1.1  ARCOS Defined

The Automation of Reports  and Consolidated Orders System (ARCOS) is the automated system developed by DEA to monitor selected controlled substances.  ARCOS software enables the government to maintain a current and historical record of selected controlled substance inventories and transactions from the point of manufacture to the point of sale, distribution, or other disposition, and finally, to the dispensing (consumption) level.

### 1.1.2  Authority for ARCOS

Manufacturers and distributors **must** periodically report to DEA (ARCOS) their inventories of selected controlled substances and increases and decreases to the inventories of these substances.  Reporting is mandated under the Code of Federal Regulations (CFR), 21 CFR 1304.  A copy of the CFR can be purchased from the Government Printing Office.  The address and phone number are:

> U.S. Government Printing Office
> Superintendent of Documents,  Mail Stop: SSOP
> Washington, D.C. 20402-9328

> Phone:  (202) 512-1800

PLTF_2804_000116961

P-23654 _ 00016

## 1.2  ARCOS' RELATIONSHIP TO DRUG INVENTORY AUDIT

**DEA** has the capability to perform analyses on filled order form data (DEA Form 222), since ARCOS captures and stores this information.  This increases the federal government's ability to detect potential diversion situations.

## 1.3  ARCOS' RELATIONSHIP TO UNITED NATIONS

DEA is responsible for fulfilling  United Nations' treaty obligations which relate to the international control of certain narcotic drugs and psychotropic substances.   ARCOS software provides automated consumption, manufacturing, and inventory data which serve as a basis for establishing the United States' estimates of medical and scientific needs and the establishment and maintenance of inventories.  The United States submits these estimates annually to the United Nations' International Narcotics Control Board (INCB), in Vienna, Austria.  The INCB uses the United States' estimates to determine worldwide estimates.

DEA also sets annual manufacturing and procurement quotas for Schedules I and II controlled substances under the United States Controlled Substances Act.  These quotas cannot be exceeded during the calendar year for which they are given.  DEA submits annually to the INCB statistics on the United States' consumption, manufacturing, and year-end inventories of the narcotic drugs and psychotropic substances which are controlled under the 1961 and 1971 Conventions.

## 1.4  REPORTING:  WHO and WHAT

Manufacturers and distributors are required to report controlled substance inventories and transactions as follows:

a.   Manufacturers of bulk and/or dosage form controlled substances

- *Inventories*

  - All controlled substances in Schedules I and II

  - All narcotic controlled substances in Schedule III

  - Selected psychotropic controlled substances in Schedules III and IV (see list in Section 6, Manufacturing Activities)

- *Acquisitions*

  - All controlled substances in Schedules I and II

PLTF_2804_000116962
P-23654 _ 00017

- All narcotic controlled substances in Schedule III

- *Dispositions*

  - All controlled substances in Schedules I and II

  - All narcotic controlled substances in Schedule III

- *Manufacturing Activities*

  - All controlled substances in Schedules I and II

  - All narcotic controlled substances in Schedules III

  - Selected psychotropic controlled substances in Schedules III and IV (see list in Section 6, Manufacturing Activities)

b.  Manufacturers that ***only*** label, relabel, package, or repackage controlled substances

- All controlled substances in Schedules I and II
- All narcotic controlled substances in Schedule III

c.  Distributors of bulk and/or dosage form controlled substances

- All controlled substances in Schedules I and II
- All narcotic controlled substances in Schedule III

## 1.4.1 Submitting Report

DEA recommends that each ARCOS report be sent by United States Postal Service certified mail, along with a return receipt requested card, PS Form 3811, December 1994 (green card).  Irrespective of the delivery method, DEA (ARCOS) ***must*** receive
the report by the 15th day of the month following the close of the reporting period.
Otherwise, your company could appear in a delinquent reporting status.   If time constraints dictate a faster delivery method, overnight mail or a courier service may be used.  Both the normal mailing address for DEA and the address for courier or overnight mail are located on the contact information page at the front of this handbook.  Exhibit 1.1: Receipt Deadlines, illustrates the deadlines by which DEA (ARCOS) ***must*** receive the monthly or quarterly

PLTF_2804_000116963
P-23654 _ 00018

ARCOS reports.

| SAMPLE DEA RECEIPT DEADLINES<br>FOR ARCOS REPORTS | | |
|---|---|---|
| **Reporting Period End** | **Reporting Frequency** | **Reporting Deadline** |
| February 28th | Monthly | March 15th |
| September 30th | Monthly | October 15th |
| September 30th | Quarterly | October 15th |

**Exhibit 1.1: Receipt Deadlines**

## 1.5  WHO MUST *NOT* REPORT?

Individuals, firms, or institutions that hold a DEA registration and are listed in Exhibit 1.2: Registrants *Not* Required to Report, *must not* report to DEA (ARCOS) their controlled substance inventories or transactions.

PLTF_2804_000116964
P-23654 _ 00019

| WHO MUST NOT REPORT TO ARCOS? |
|---|
| Practitioners |
| Pharmacies |
| Hospitals or Clinics |
| Teaching Institutions |
| Analytical Laboratories |
| Researchers |
| Narcotic Treatment Programs |
| Importers |
| Exporters |

**Exhibit 1.2: Registrants *Not* Required to Report**

## 1.6  MULTIPLE REGISTRATIONS

DEA issues a ***separate*** registration to manufacturers and distributors of controlled substances for ***each*** location in which controlled substance activity occurs.  Therefore, manufacturers and distributors may hold multiple registrations ***simultaneously***.  Each individual registration is identified by a unique registration number. Those firms holding multiple registrations need to make certain that the DEA registration number (*reporting registrant number*) used in reporting controlled substance transactions ***corresponds*** to the location where the activity occurred.

If a firm holds a DEA registration as a manufacturer and/or distributor of controlled substances and, in addition, holds a registration as an enterprise listed in Section 1.5, Who Must Not Report, the firm is ***only*** required to report to DEA (ARCOS) controlled substance transactions and inventories that pertain to its registration as a manufacturer and/or distributor.

PLTF_2804_000116965
P-23654 _ 00020

**Example:**

A firm holds a registration as an importer of controlled substances and *simultaneously* holds a second registration as a distributor of controlled substances.  Only the inventories and transactions of the distributor are reportable to DEA (ARCOS).  Additionally, when reporting the distributor's inventories and transactions, the firm *must* be certain to use *only* the distributor's registration number as the reporting number.

PLTF_2804_000116966
P-23654 _ 00021

# 2

# SECTION 2.0

# REPORTING REQUIREMENTS

## 2.1  GENERAL REPORTING REQUIREMENTS

Manufacturers and distributors are required to report their annual inventories of specific controlled substances and increases and decreases in these inventories to DEA (ARCOS). The CFR requires that an *annual* inventory of each reportable controlled substance be taken on December 31st of each year and filed with DEA (ARCOS) *no later than January 15th* of the following year.  *Increases and decreases* in the inventory of **each** reportable controlled substance **must** be reported on a monthly or quarterly basis and filed with DEA (ARCOS) *no later than the 15th of the month* following the end of the reporting period.

## 2.2  RETAINING COPIES

A copy of each ARCOS report submitted to DEA **must** be kept for two (2) years after the last day of the reporting period.  ARCOS output such as error listings, delinquency letters, etc. **must** also be kept for two (2) years.

PLTF_2804_000116967
P-23654 _ 00022

## 2.3 REPORTING MEDIA

ARCOS reports may be submitted on magnetic diskette, magnetic tape or cartridge, or DEA Form 333. Each registrant may select the reporting media which is best suited to its organization. However, data reported on magnetic media will generate fewer errors than data manually coded on DEA Form 333. Detailed instructions concerning the use of each of these media for ARCOS reports are given in Section 3, Reporting Media.

## 2.4 REPORTING FREQUENCY

ARCOS registrants may choose *either* a monthly or a quarterly reporting frequency. The reporting frequency must be the *same* for a central reporter and *all* of its subsidiaries. Those registrants wishing to change their reporting frequency *must* obtain *written* authorization from DEA (ARCOS) *before* submitting reports according to the new frequency. A written request to change the reporting frequency *must* be submitted on company letterhead and may be sent by mail or fax to the Data Systems Unit (ARCOS). The address and fax phone number are located on the contact information page at the front of this handbook.

## 2.5 TRANSMITTAL INFORMATION

The Submission Control Form is no longer required. It has been replaced by a bar code label. See Section 3, Reporting Media, for bar code label instructions.

## 2.6 ARCOS REGISTRANTS AND REPORTERS

An ARCOS registrant is a manufacturer or distributor required to report controlled substance inventories and transactions to DEA (ARCOS). An ARCOS reporter is an entity that files controlled substance transaction and inventory reports with DEA (ARCOS). A reporter may or may not hold a DEA registration. There are three types of ARCOS reporters: (1) single reporters, (2) registered central reporters, and (3) non-registered central reporters.

## 2.6.1 Single Reporter

PLTF_2804_000116968
P-23654 _ 00023

An ARCOS registrant reporting *only its own* controlled substance transactions and inventories to DEA (ARCOS) is a single reporter.  If an ARCOS registrant is a subsidiary of a larger corporate entity and submits its own ARCOS reports, it *must* follow the instructions for a *single reporter*.

### 2.6.2  Registered Central Reporter

A registered central reporter *has* a DEA registration as a manufacturer or distributor and reports controlled substance transactions and inventories for *itself and other* ARCOS registrants within its corporate structure.

### 2.6.3  Non-registered Central Reporter

A non-registered central reporter *neither* manufactures *nor* distributes controlled substances, *does not* have a DEA registration, and *does not* have controlled substance transactions or inventories, *but reports* the controlled substance transactions and inventories of the ARCOS registrants within its corporate structure.

### 2.6.4  Pre-batch Central Reporter

The pre-batch central reporter became an *obsolete category* with the reporting period beginning January 1, 1997.  Beginning with the first reporting period in calendar year 1997, a *control record* replaced the batch header card.  On January 1, 1997 each former pre-batch central reporter became either a registered central reporter or a non-registered central reporter.

### 2.7  CENTRAL REPORTING

An ARCOS registrant may submit reports for one or more of its registered locations by obtaining a central reporting identifier number from DEA (ARCOS).  This number constitutes authorization from DEA (ARCOS) to report from a central location. The central reporting identifier number is used for internal control by the Data Systems Unit (ARCOS) only.

### 2.7.1  Applying

A written request for authorization to submit ARCOS reports from a central location *must* be

PLTF_2804_000116969
P-23654 _ 00024

sent to the Data Systems Unit (ARCOS) on company letterhead. Mail or fax the request to the address or fax phone number listed on the contact information page at the front of this handbook. Each request ***must*** contain the following information:

a.  Name of the firm responsible for central reporting.

b.  DEA registration number of the firm responsible for central reporting, if any. Reports can be submitted centrally from a non-registered location.

c.  Address of the central reporting location. All mail will be returned to the central location ***unless*** DEA is given written instructions to send correspondence to each reporting address.

d.  Name, DEA registration number, and address of each location for which reports will be submitted from the central location.

e.  Name and telephone number of the individual at the central reporting location to contact regarding any ARCOS reporting problems.

## 2.7.2 Issuing

The Data Systems Unit (ARCOS) needs approximately one (1) month to issue a central reporting identifier number. Your firm will be notified once the number has been issued. Do ***not*** submit any ARCOS reports as a central reporter until you have received the central reporting identifier number.

PLTF_2804_000116970
P-23654 _ 00025

# 3

# SECTION 3.0

# REPORTING MEDIA

## 3.1 REPORTING MEDIA TYPES

ARCOS registrants may report controlled substance transactions by using DEA Form 333 (manual reporting) or by using a magnetic tape reel, magnetic diskette, or magnetic tape cartridge (automated reporting).  Both methods report the same information in slightly different formats.  DEA supplies Form 333 to ARCOS registrants employing the manual reporting method.  Those registrants reporting on magnetic media must supply their own tape reels, tape cartridges, or diskettes.  DEA returns magnetic media, but does *not* return Form 333.

DEA *strongly encourages* ARCOS registrants to submit their reports on magnetic media to facilitate timely and accurate processing.  *Each* ARCOS report, whether submitted on DEA Form 333 or magnetic media, *must* have a bar code label.

## 3.2 CONFORMING TO SPECIFICATIONS

Media which do not conform to the specifications in this section will be returned unprocessed. *Failure to submit ARCOS reports on time and on media which adheres to these specifications could result in your firm appearing in a delinquent reporting status.*

Version 1.0 August 1997

3-1

### 3.3  LABELING MEDIA

The Data Systems Unit (ARCOS) uses a bar code labeling system to track ARCOS reporting media.  The bar code label replaces the Submission Control Form and all external labels that have been used previously.  Exhibit 3.1: ARCOS Bar Code Label, illustrates this new label.  The labels contain each ARCOS registrant's DEA registration number and the first 20 characters of the company's name.  *Non-registered central reporters* have been assigned a pseudo-registration number *for bar code use only*.  The label also contains a 3-digit bar-coded identifying number which permits each piece of magnetic media or *group* of DEA Form 333 coding sheets to be uniquely identified.  *One label* must be placed on *each* magnetic tape reel or cartridge and on each magnetic diskette submitted to DEA.  For DEA Form 333 *one label only* must be placed on the *first page* of each *group* of forms.  Specific instructions for applying the bar code label are included in the detailed discussions for each type of media.

DEA provides each ARCOS registrant with an initial supply of 18 self-adhesive, ARCOS bar code labels.  When our records indicate that you have used 12 labels we will send more.   If labels are lost or destroyed, additional labels may be ordered by telephone or fax from the Data Systems Unit (ARCOS).  Voice phone and fax phone numbers are located on the contact information page at the front of this handbook.

### 3.3.1  Completing Label

See Exhibit 3.1:  ARCOS Bar Code Label, for the sample label.

**"From" Block:**

Write the month, first day and last two digits of the year for the *beginning* of the period covered by this ARCOS report.
Format:      MMDDYY
EXAMPLE:   April 1, 1997 is written as 040197.

**"To" Block:**

Write the month, last day and last two digits of the year for the *ending* of the period covered by this ARCOS report.
Format:      MMDDYY
EXAMPLE:   April 30, 1997 is written as 043097

PLTF_2804_000116972
P-23654 _ 00027

**"Note" Block -**

Use this space to write any miscellaneous information about the ARCOS report you are submitting.



**Exhibit 3.1: ARCOS Bar Code Label**

## 3.4 PACKING MEDIA FOR MAILING

Media **must** be securely packed and wrapped to prevent damage while in transit to DEA (ARCOS).

## 3.5 QUESTIONS

Questions about reporting media may be directed to the Data Systems Unit (ARCOS) by letter, telephone, or fax. The address, phone number, and fax number are located on the contact information page at the front of this handbook.

PLTF_2804_000116973
P-23654 _ 00028

## 3.6  MANUAL REPORTING

ARCOS registrants reporting manually **must** use DEA FORM 333.  This form is a 2-part, 80-column coding sheet supplied by DEA (ARCOS).  See Exhibit 3.2: DEA Form 333, for an illustration.

PLTF_2804_000116974
P-23654 _ 00029



Exhibit 3.2:  DEA Form 333

arcos registrant handbook/version 1.0

**August 1997**

PLTF  2804  000116975
P-23654 _ 00030

**3.6.1 Additional Forms**

ARCOS reports submitted on photocopies of DEA Form 333 will **not** be accepted. Registrants may order DEA Form 333 by: (1) telephone, (2) fax, or (3) including a *transaction code F* in their next monthly or quarterly ARCOS report. A maximum of 500 copies of DEA Form 333 may be ordered at any one time. See Section 5, Transaction Record for *transaction code F* instructions. Voice phone and fax phone numbers are located on the contact information page at the front of this handbook.

**3.6.2 Entry of Data**

DEA Form 333 **must** be completed in pencil **only**. Forms completed in other than pencil will **not** be accepted. A number 2 or medium soft lead pencil should be used. Be sure that the pencil used leaves an impression which is easily read. ***Careful forming of letters and numbers will lessen the chance of errors.*** An example of how each alphabetic or numeric character must be written is printed at the top of the form. There **must** be no written comments on the DEA Form 333.

**3.6.3 Page Numbering**

**3.6.3.1 Single Reporters**

Each page of the **manual** ARCOS report must include the current, sequential page number and the total number of pages in the report. This information is recorded in the upper right-hand corner of DEA Form 333 in the spaces after the words ***"Page _____ of _____ ."*** A manual report which contains 28 separate pages will be numbered "Page 1 of 28," "Page 2 of 28," "Page 3 of 28 ," etc. Exhibit 3.3: DEA Form 333 Page Numbering, illustrates the numbering.

PLTF_2804_000116976
P-23654 _ 00031



Exhibit 3.3:  DEA Form 333 Page Numbering

PLTF_2804_000116977
P-23654 _ 00032

Reporting media / Section 3.0

### 3.6.3.2  Central Reporters

A central reporter **must consecutively number** all the pages of DEA Form 333 being submitted.  This requirement applies to a central reporter submitting reports for itself and subsidiaries as well as to a central reporter submitting reports solely for its subsidiaries.

**Example:**

A central reporter submits three reports, the first report contains 15 pages, the second report contains five (5) pages, and the third report contains two (2) pages. The three reports have a total of 22 pages among them.  Exhibit 3.4: Central Reporter Page Numbering, illustrates how these pages are to be numbered.

---

**DEA Form 333 Page Numbering**:  **Central Reporter**

| | |
|---|---|
| **First Report:** | "Page 1 of 22, Page 2 of 22...Page 15 of 22." |
| **Second Report:** | "Page 16 of 22, Page 17 of 22...Page 20 of 22." |
| **Third Report:** | "Page 21 of 22" and "Page 22 of 22." |

---

**Exhibit 3.4: Central Reporter Page Numbering**

### 3.6.4  DEA Form 333: Applying Label

Each ARCOS report submitted on DEA Form 333 by a single reporter and **each group** of reports submitted by a central reporter **must** be identified by **one, single** bar code label.  The label **must** be placed on the **first page** of each report or **group** of reports.

**Example: Single Reporter**

A single reporter submits a report containing 30 pages.  One bar code label is placed on the **first** page of this 30-page report.

PLTF_2804_000116978
P-23654 _ 00033

**Example: Central Reporter**

In Exhibit 3.4: Central Reporter Page Numbering, located on the previous page, the central reporter is submitting three reports.  However, *only one (1)* label is required! This label is placed on the first page of this group of reports.

**3.6.4.1 Label Placement**

Exhibit 3.5: Positioning Label on DEA Form 333, located on the following page, illustrates the placement of the bar code label.

PLTF_2804_000116979
P-23654 _ 00034

reporting media/section 3.0

Place bar code label over the "Public reporting burden" paragraph on the first sheet of the group of coding sheets.



**Exhibit 3.5:  Positioning Label on DEA Form 333**

arcos registrant handbook/version 1.0

**August 1997**

PLTF_2804_000116980
P-23654 _ 00035

### 3.6.5  Return of Unprocessable Forms

All ARCOS reports submitted on DEA FORM 333 will be reviewed prior to computer processing.  A report that is illegible, incomplete, or incorrect will be returned unprocessed by certified mail, along with a letter of explanation.

## 3.7  MAGNETIC TAPE REPORTING

ARCOS reports may be submitted on reel or cartridge magnetic tape media.  The following sections contain detailed specifications which *must* be met by *all tape* media being submitted to DEA (ARCOS).

### 3.7.1  Equipment Compatibility

DEA currently uses *STC 3450* or *3650* tape *reel* drives and the *IBM 3490 D32XF* tape *cartridge* drive.  If ARCOS reports are submitted on magnetic *tape* media, the media *must* be compatible with this equipment.

### 3.7.2  Recording Tracks and Tape Width

Reports being submitted on *round-reel tapes* must be recorded on ½-inch-wide mylar-based tape using a nine (9) track tape drive compatible with *STC 3450* or *3650* tape *reel* drives.

Reports being submitted on *tape cartridges* must be recorded on ½-inch wide tape compatible with the *IBM 3490* tape *cartridge* drive.

### 3.7.3  Recording Density

All data *must* be recorded at either 1600 or 6250 bytes per inch (BPI).

### 3.7.4  Data Representation

All data *must* be recorded in IBM EBCDIC code.

### 3.7.5  Internal Tape Labels

All tapes *must* be created as *non-labeled* tapes.  Tapes containing internal header labels are *not* acceptable.

PLTF_2804_000116981
P-23654 _ 00036

### 3.7.6  Leading Tape Marks

There *must* be *no tape mark(s)* between the beginning of the tape reflective strip and the first data record on the tape.

### 3.7.7  Record Length

All *control* and *transaction records* *must* be fixed, eighty (80) characters in length.

### 3.7.8  Block Length

Data blocks *must* be fixed in length.  Records *must* be blocked at:

    a.    One (1) record per block (80 characters per block) or
    b.    20 records per block (1600 characters per block )

### 3.7.9  End of Data Tape Mark

The last block of records *must* be followed by at least one (1) tape mark to indicate the end-of-file (EOF) condition.

### 3.7.10  Tape: Applying Label

Each submitted magnetic tape, whether reel or cartridge,  *must* have the bar code label supplied by DEA (ARCOS).  This is the only required label and it replaces all other labels used previously.  The label *must* be affixed to the tape reel or cartridge itself, *not* to the canister or outer container.

Remove any existing labels, including any prior bar code labels, before attaching the new bar code label.  Place the label on the flat face of the tape reel or cartridge.  If the label is too big for the face of the tape reel or cartridge, cut it along the dotted line(s) and place all the pieces on the flat face of the tape reel or cartridge.  Smooth the label with a slight hand-pressure.  Exhibit 3.6: Positioning Label on Magnetic Tape, illustrates the placement of the bar code label.

PLTF_2804_000116982
P-23654 _ 00037

Reporting media / Section 3.0



**Exhibit 3.6: Positioning Label on Magnetic Tape**

### 3.7.11  Return Of Magnetic Tapes

DEA will return magnetic tapes, both reel and cartridge, to ARCOS registrants by certified mail.  If magnetic tapes cannot be processed, a letter of explanation will accompany unprocessed tapes.

## 3.8  MAGNETIC DISKETTE REPORTING

ARCOS reports may be submitted on magnetic diskette.  To accommodate the variety of diskette devices that are in use, several standards regarding data recording, formatting, and file organization have been established.

### 3.8.1  Magnetic Diskette Types

ARCOS registrants submitting reports on diskettes ***must*** use magnetic diskette media that are either 3½ inch or 5¼ inch in diameter.  Exhibit 3.7: Diskette Attributes, provides examples of magnetic diskette media that are available in the marketplace and their corresponding capacities and recording densities.

PLTF_2804_000116983
P-23654 _ 00038

| 3¼-inch & 5¼-inch MAGNETIC DISKETTE ATTRIBUTES | | | |
|---|---|---|---|
| **Type** | **Capacity** | **Diameter** | **Label Identification** |
| Single-Sided | 100 KB | 5¼' | Single/single |
| | 160 KB | | Single/double |
| | 180 KB | | Single/double |
| Double-Sided | 320 KB | 5¼' | Double/double |
| | 360 KB | | DD, 40 Track, 48 TPI |
| High Capacity | 1.2 MB | 5¼' | HD, 80 Track, 96 TPI |
| Double-Sided | 720 KB | 3½ | DD, 1MB, 2HC |
| | 1.44 KB | | HD, 2MB |
| | 2.88 KB | | HD, 4MB |

Legend:  MB (megabytes)  =  1,024,000 bytes
KB (kilobytes)    =  1,024 bytes

DD =  Double density
HC =  High capacity
HD =  High density

**Exhibit 3.7: Diskette Attributes**

### 3.8.2  Compatibility Requirements

DEA recognizes that ARCOS registrants use a variety of hardware and software.  However, DEA *strongly encourages* ARCOS registrants to use DOS-formatted magnetic diskettes. Reports submitted on diskette *must* meet the following:

a.   Reports *must not* contain any data that has been compressed using data compression software,

b.   Reports *must* be recorded using the American Standard Code for Information Interchange (ASCII) character set,

*Note:*  Many software packages (e.g. word processing and spread sheet software) automatically save files in their own proprietary format.

PLTF_2804_000116984
P-23654 _ 00039

ARCOS reports saved in a proprietary format *must* be converted to ASCII before being submitted to DEA (ARCOS).

c     Records *must* have a *fixed-length of 80-characters*,

d.    There *must* be *no delimiters* between fields within records,

e.    An ASCII line-feed/carriage return *must* be used to terminate each *record*, and

f.    "Ctrl-Z" (end-of-file marker) *must* be used to terminate each *file*.

### 3.8.3  Magnetic Diskette Formatting

### 3.8.3.1  New Magnetic Diskettes

Each magnetic diskette *must* be initialized or formatted prior to its use.

### 3.8.3.2  Re-using Magnetic Diskettes

Previously used magnetic diskettes may be re-used, if they have been re-formatted. Reformatting *must occur before* the current ARCOS report is recorded.  Re-formatting provides two specific benefits:

a.    Re-formatting purges all existing data from the magnetic diskette, maximizing the recording capacity for ARCOS data.

b.    The physical condition of the magnetic diskette is examined during re-formatting.  Do *not* use magnetic diskettes with defective tracks, sectors, or allocation units.

### 3.8.4  File Name

"**L1ARCOS**" is the file name that *must* be assigned to each ARCOS report on magnetic diskette.  Depending upon the software used to generate the file, either "**.TXT**" or "**.PRN**" may be automatically assigned as a file name extension.  The *only* permissible file names for ARCOS reports on magnetic diskette are:

a.    L1ARCOS
b.    L1ARCOS.TXT
c.    L1ARCOS.PRN

PLTF_2804_000116985
P-23654 _ 00040

### 3.8.5  Total Transactions per Magnetic Diskette

The total number of individual ARCOS records on a single magnetic diskette ***must never*** exceed 85% of the magnetic diskette's formatted capacity or a maximum of 15,300 records. However, this limitation will vary depending upon the capacity of the specific magnetic diskette medium being used.   Exhibit 3.8: Magnetic Diskette Limits, illustrates the maximum transactions for various sizes of magnetic diskettes.  Exhibit 3.9: Limit Calculation, provides the formula used to calculate the limits.

PLTF_2804_000116986
P-23654 _ 00041

| ARCOS Record Limits<br>for 3½' & 5¼' Magnetic Diskettes | |
|---|---|
| **Maximum Capacity of Formatted Diskette** | **Maximum Transactions** |
| 320 KB (DOS, Single Sided, 5¼') | 3,400 |
| 360  KB (DOS, Dual Density, 5¼') | 3,825 |
| 400  KB (MAC) | 4,250 |
| 720  KB (DOS, Dual Density, 3½') | 7,650 |
| 800  KB (MAC) | 8,500 |
| 1.2   MB (DOS, High Density, 5¼') | 12,750 |
| 1.44 MB (DOS, High Density, 3½') | 15,300 |

**Exhibit 3.8: Magnetic Diskette Limits**

---

**Calculation of Magnetic Diskette Limits**

maximum number of transactions =     ( maximum capacity of formatted magnetic diskette  *
1000) * .85 **/** 80 bytes in a *transaction record*

**Example**:

Calculate the maximum transactions for a 5 1/4", single sided 320 KB DOS magnetic diskette

$$(320 * 1000) * .85 \text{ / } 80 \quad = \quad 320,000$$

$$320,000 * .85 \text{ / } 80 \quad = \quad 3,400 \text{ transactions}$$

**Note**: The maximum capacity of a formatted magnetic diskette is approximate.

**Exhibit 3.9: Limit Calculation**

PLTF_2804_000116987
P-23654 _ 00042

When a single ARCOS report file exceeds the record limit, it must be split into additional files. Each file must be submitted on a separate magnetic diskette. The *control record* will *remain* with the *beginning* of the report on the *first* magnetic diskette. That portion of the report being put on subsequent magnetic diskettes *must only* have *transaction records*. There *must not* be a *control record* on any subsequent magnetic diskette. The number of records on each magnetic diskette *must* be written in the "Notes" block of the bar code label.

**Example**:

A registrant's report contains 46,350 records submitted on 3 ½ 1.44MB diskettes. This report *must* be submitted on *four* of these diskettes, since each magnetic diskette is limited to 15,300 records, as follows:

| | |
|---|---|
| Magnetic diskette number 1: | will contain the single *control record* plus 15,299 *transaction records*, "15,300 records" is written in the "Notes" block of the bar code label, |
| Magnetic diskette number 2: | will contain *only transaction records*, "15,300 records" is written in the "Notes" block of the bar code label, |
| Magnetic diskette number 3: | will also contain only *transaction records*, "15,300 records" is written in the "Notes" block of the bar code label and, |
| Magnetic diskette number 4: | will contain the remainder of the *transaction records* (450), "450 records" is written in the "Notes" block of the bar code label. |

### 3.8.6  Magnetic Diskette: Applying Label

Each submitted magnetic diskette *must* have the bar code label supplied by DEA (ARCOS). This is the only required label and it replaces all other labels used previously. The label *must* be affixed to the magnetic diskette itself, *not* to the cardboard envelope or any outer container. Remove any existing labels, including any prior bar code labels, before attaching the new bar code label. The following two exhibits, Exhibit 3.10: Label Position for 3½ inch magnetic diskette and Exhibit 3.11: Label Position for 5¼ inch magnetic diskette, illustrate the bar code label placement for these magnetic diskettes.

PLTF_2804_000116988
P-23654 _ 00043

Reporting media / Section 3.0

**3¼inch Magnetic diskette:**

Place the label within the indented area on the front of the disk (see illustration below). Smooth out any wrinkles with gentle pressure.  Do **NOT** cover any metal parts with the label.



**Exhibit 3.10: Label Position: 3¼inch Magnetic Diskette**

**5¼inch Magnetic Diskette:**

Wrap the label over the top of the disk by folding the label along the dotted line between the From/To Dates and the Note blocks as you apply it to the disk.   This will put the printed label upside down on the front of the disk (see illustration below).  Do **NOT** cover any of the exposed disk surfaces or the write protect notch located on the side of the disk.  Smooth out any wrinkles with gentle pressure.



**Exhibit 3.10: Label Position: 3¼inch Magnetic Diskette**

PLTF_2804_000116989
P-23654 _ 00044

### 3.8.7 Return of Magnetic Diskettes

DEA will return magnetic diskettes to ARCOS registrants by certified mail.  If a magnetic diskette cannot be processed, a form letter explaining the reason(s) for the magnetic diskette's return will accompany the unprocessed magnetic diskette.

PLTF_2804_000116990
P-23654 _ 00045



# PART II: REPORT PREPARATION

*SECTION 4 CONTROL RECORD*
*SECTION 5 TRANSACTION RECORD*
*SECTION 6 MANUFACTURING ACTIVITIES*

Version 1.0 August 1997

PLTF_2804_000116991
P-23654 _ 00046

*This page left blank intentionally*

Version 1.0 August 1997

PLTF_2804_000116992
P-23654 _ 00047

## INTRODUCTION TO PART II

Part II of the ARCOS Reporting Handbook covers the preparation of the ARCOS report and consists of three sections: Section 4, Control Record; Section 5, Transaction Record; and Section 6, Manufacturing Activities.  These three sections discuss in detail *what* information to report and *how* to report it.  Sections 4 and 5 apply to *all* registrants holding DEA registrations as *manufacturers* or *distributors* of reportable controlled substances.  Section 6 applies *only* to those registrants conducting *manufacturing activities* in reportable controlled substances.

Version 1.0 August 1997

PLTF_2804_000116993
P-23654 _ 00048

This page left blank intentionally

PLTF_2804_000116994
P-23654 _ 00049

# 4

# SECTION 4.0

# CONTROL RECORD

## 4.1  RECORD TYPES

Two types of records comprise an ARCOS report:  (1) the *control record* and (2) the *transaction record*.  These two types of records have different formats.  Section 4 discusses the *control record* while Sections 5 and 6 discuss the *transaction record*.

## 4.2  CONTROL RECORD

The *control record* **must** be the **very first** record in each ARCOS report.  This record provides the computer system with identifying information about the report being submitted. Both automated and manual reporting use the same *control record* format. The *control record*, illustrated in Exhibit 4.1: Control Record Layout (see page 4-3), contains the following information:

- The *reporting registrant number*.
- An asterisk * to identify this record as a *control record*.
- The *reporting period* covered by this report.
- The registrant's *reporting frequency*.
- The *central reporter's registrant number*, if applicable.

PLTF_2804_000116995
P-23654 _ 00050

## 4.3  CONTROL RECORD FORMAT

Positions 1-9:        *reporting registrant number*
Position  10:         asterisk *
Positions 11-16:      *reporting period* **(MMDDYY)**
Position  17:         *reporting frequency* **(M** or **Q)**
Positions 18-26:      *central reporter's registrant  number* or blank
Positions 27-80:      *leave blank*
Special Rules:

1. *reporting period* **(MMDDYY)**

    ***Must*** be in month, day, and year format (MMDDYY).

    "Day" ***must be*** the last calendar day of the period.

    | | |
    |---|---|
    | Monthly: | Code "01**31**97" for a January 1997 reporting period |
    | Quarterly: | Code "03**31**97" for a 1997 first quarter reporting period |

2. *reporting frequency* **(M** or **Q)**

    Code "M" for monthly reporting
    Code  "Q" for quarterly reporting

3. *central reporter's registrant number*

    Leave this position blank when there is no central reporter or a central reporter is not itself a registered manufacturer or distributor.

4. Positions 27-80 ***must*** be blank.

    The *control record* is ***not*** a *transaction record*. There is ***no*** *transaction identifier* field in the *control record*.

PLTF_2804_000116996
P-23654 _ 00051

Control Record/ Section 4.0

| REPORTING REGISTRANT NUMBER | ASTERISK | LAST DAY OF REPORTING PERIOD | REPORTING FREQUENCY | CENTRAL REPORTER'S REGISTRANT NUMBER (IF NEEDED) | |
|---|---|---|---|---|---|
| POSITIONS 1-9 | POSITION 10 | POSITIONS 11-18 | POSITION 19 | POSITIONS 20-28 | POSITIONS 29-80 |
| | * | MMDDYYYY | M or Q | NUMBER or BLANK | BLANK |

**Exhibit 4.1: Control Record Layout**

## 4.4  ARCOS REPORT

### 4.4.1  Report's Contents

An ARCOS report consists of a single *control record* and all *transaction records* associated with the ***same*** *reporting registrant number*.  Each ARCOS transaction belongs to one of the following five (5) categories:  current transactions, corrections, deletions, adjustments, or late transactions.   Any ARCOS report may contain all of these transaction types or any combination of them.  These transactions ***must*** be grouped together under one corresponding *control record*.  The *reporting registrant number*, which appears in both types of records (*control* and *transaction records*), is the link between them.

### 4.4.2  Placement of Records

All reporters, regardless of whether they are reporting on automated or manual media, ***must include*** the *control record* in each report.  The *control record* ***must*** be the ***first*** record in the report.  The *transaction records* for the reporting period ***follow*** the *control record.*  Error corrections, deletions, adjustments, and late *transaction records* must follow the last current *transaction record* for the reporting period.  This arrangement of records within an ARCOS report must be used by all reporting registrants (single reporters, registered and non-registered central reporters).  Exhibit 4.2: Record Placement for the ARCOS Report, illustrates the  general arrangement of the *control* and *transaction records* within a report.

PLTF_2804_000116997

P-23654 _ 00052

| **Arrangement of Control and Transaction Records** | |
|---|---|
| **First Record:** | *Control Record* for Current Reporting Period. |
| **Next Record(s):** | Current Reporting Period *Transaction Records*. |
| **Last Record(s):** | Prior Reporting Period *Transaction Records*, if any. |

**Exhibit 4.2: Record Placement for the ARCOS Report**

**Example**:

An ARCOS registrant's report for the third quarter of 1997 contains transactions for the current reporting period (July, August, and September 1997) as well as corrections, deletions, adjustments, and late *transaction records* for the prior quarters (January through March 1997 and April through June 1997). Exhibit 4.3: ARCOS Registrant's Report, demonstrates the arrangement of these records.

PLTF_2804_000116998
P-23654 _ 00053

Control Record/ Section 4.0

---

**ARCOS Report: Record Arrangement**

**First Record:**    *Control Record* for 1997 Third Quarter.

**Next Record(s):** *Transaction Records* for 1997 Third Quarter Transactions.

**Last Record(s):** Correction Records for 1997 First and Second Quarter Errors.

Deletion Records to Remove Records from the Data Base.

Adjustment Records to Modify Records in the Data Base.

Insertion Records to Add 1997 First and Second Quarter
Late Transactions to the Data Base.

---

**Exhibit 4.3: ARCOS Registrant's Report**

### 4.4.2.1  Record Placement:  Automated Single Reporter

The *control record* must be placed *before the first* transaction record of the current reporting period.  See Exhibit 4.2: Record Placement for the ARCOS Report.  See Section 4.5.1.1.1 Monthly Reporting or 4.5.1.1.2 Quarterly Reporting for automated single reporter input stream examples.

### 4.4.2.2  Record Placement:  Automated Central Reporter

A *control record* must be placed at the beginning of *each* report, *ahead* of *each* report's first *transaction record* whether all the reports are submitted on one tape, cartridge, or diskette or each report is submitted on a separate tape, cartridge, or diskette.  For example, if a central submission contains reports for five ARCOS subsidiary registrants, there will be a total of *five control records*, *one* at the beginning of *each* ARCOS registrant's report.  For the automated registered central reporter input stream coding  examples see Sections 4.5.1.2.1 Monthly Reporting or 4.5.1.2.2

PLTF_2804_000116999
P-23654 _ 00054

Quarterly Reporting.  For the automated non-registered central reporter input stream coding examples see Sections 4.5.1.3.1 Monthly Reporting or 4.5.1.3.2 Quarterly Reporting.

### 4.4.2.3  Manual Single Reporter

The *first line* of the *first page* of DEA Form 333 *must* be used for the *control record*. Exhibit 4.4: DEA Form 333 Control Record Placement, illustrates the placement of the *control record*.

The preprinted headings on DEA Form 333 identify *only* the fields in the *transaction record*. *Ignore* these headings when coding the *control record* on the first line of the form.  Use the layout given in Exhibit 4.1: Control Record Layout.  See Section 4.5.2.1.1 Monthly Reporting or 4.5.2.1.2 Quarterly Reporting for single reporter input stream coding examples.

### 4.4.2.4  Manual Central Reporter

When central reporters prepare multiple reports, *each ARCOS registrant's report must begin with a control record.*  The Data Systems Unit (ARCOS) recommends that each report begin on a separate DEA Form 333 with the *first line* of the *first page* of *each* report being used for the *control record*.  However, multiple reports can *follow* each other on the *same* DEA Form 333 coding sheet, as long as the report for each firm *begins* with a *control record*.  The preprinted headings on DEA Form 333 identify *only* the fields in the *transaction record*.  *Ignore* these headings when coding the *control record* on the first line of the form. Use the layout given in Exhibit 4.1: Control Record Layout.

### 4.4.2.5  Central Reporter: Record Placement of Prior Transactions

Central reporters with corrections, additions, deletions or insertions for previous reporting periods must place these transactions after the current records for each reporting registrant, but before the control record for the next registrant.  Each control record marks the beginning of an ARCOS report for a reporting registrant.  A submission from a central reporter can contain several ARCOS reports with data from several different reporting registrants for a reporting period.

PLTF_2804_000117000
P-23654 _ 00055

control record/section 4.0



**Exhibit 4.4: DEA Form 333 Control Record Placement**

PLTF_2804_000117001
P-23654 _ 00056

Exhibit 4.5: ARCOS-2 Control Record for Central Reporters and Subsidiaries, illustrates the placement of the *control record* and the relationship between the central reporter and its subsidiaries. If a submission contains reports for five registrants, there will be a total of ***five*** *control record*s. ***One*** *control record* will be placed at the beginning of ***each*** registrant's report (set of coding sheets). See Sections 4.5.2.1.1 Monthly Reporting or 4.5.2.1.2 Quarterly Reporting for registered central reporter input stream coding examples. See Sections 4.5.2.3.1 Monthly Reporting or 4.5.2.3.2 Quarterly Reporting for non-registered central reporter input stream coding examples. Exhibit 4.5 depicts a central reporter with two subsidiaries.

PLTF_2804_000117002
P-23654 _ 00057



Exhibit 4.5: ARCOS-2 Control Record for Central Reporters and Subsidiaries

arcos registrant handbook/version 1.0

P-23654 _ 00058

Control Record/ Section 4.0

## 4.5  ARCOS INPUT STREAM EXAMPLES

These examples are for instructional  purposes only and  illustrate the coding of  the *control record* and  its location in ARCOS report.  Examples containing *control records* and associated *transaction records* are provided for both automated (magnetic media) and manual (DEA Form 333) reporting.

*Note*:  In the examples that follow, only the reporting registrant's number and the *transaction identifier* field (a unique, sequential number identifying each transaction) have been used in the *transaction record* illustrations.

### 4.5.1  Magnetic Media Examples

The reporting of ARCOS transactions on magnetic media is illustrated in Sections 4.5.1.1 through 4.5.1.3.  These transactions are reported on either magnetic tape, magnetic cartridge, or magnetic diskette.

### 4.5.1.1  Automated Single Reporter

One registrant, reporting monthly, reports 681 controlled substance transactions for the *reporting period* ending January 31,1997 while another registrant reporting on a quarterly basis reports 989 transactions for the quarter ending June 30, 1997.  The *control record* for a single reporter reporting monthly or a single reporter reporting quarterly is coded as follows:

### 4.5.1.1.1  Monthly Reporting

*Control Record*:

|  |  |  |
|---|---|---|
| Positions 1-9: | PA8888888 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M |  | (monthly reporting) |
| Positions 18-80: | *leave blank* |  |

PLTF_2804_000117004
P-23654 _ 00059

The magnetic media input stream containing both the *control record* and *transaction records* is arranged as follows:

Control Record:              PA8888888*013197M
Transaction Records:         registrant no        transaction id
    First transaction record:   PA8888888   ...   0000000001
        • • •
        • • •
    Last transaction record:    PA8888888   ...   0000000681

## 4.5.1.1.2 Quarterly Reporting

Control Record:

Positions 1-9:      PA8888888      (reporting registrant number)
Position 10:        *              (asterisk)
Positions 11-16:    063097         (last day of reporting period)
Positions 17: Q                    (quarterly reporting)
Positions 18-80:    leave blank

The magnetic media input stream containing both the *control record* and *transaction records* is arranged as follows:

Control Record:              PA8888888*063097Q
Transaction Records:         registrant no        transaction id
    First transaction record:   PA8888888   ...   0000000001
        • • •
        • • •
    Last transaction record:    PA8888888   ...   0000000989

## 4.5.1.2 Automated Registered Central Reporter

A monthly registered central reporter submits five (5) ARCOS reports for the reporting period ending January 31, 1997.  The first report is for the central reporter itself.  The remaining four reports are for other registrants within the registered central reporter's corporate structure.

When a central reporter is reporting for itself, the *control record* positions for the *central reporter's registrant number* (positions 18-26) remain blank.  For subsidiaries, the *central reporter's registrant number* is entered in positions 18-26.

PLTF_2804_000117005
P-23654 _ 00060

Control Record/ Section 4.0

### 4.5.1.2.1  Monthly Reporting

*Control Record (Central Reporter, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PF9999999 | (*reporting registrant number*) [central reporter's DEA registration number] |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the central reporter is arranged as follows:

| *Control Record*: | PF9999999*013197M | | |
|---|---|---|---|
| *Transaction Records:* | registrant no | | transaction id |
| First *transaction record*: | PF9999999 | ... | 0000000001 |
| · · · | | | |
| · · · | | | |
| Last *transaction record*: | PF9999999 | ... | 0000000065 |

*Control Record (1st Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PB9999999 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-26: | PF9999999 | (*central reporter's registrant number*) |
| Positions 27-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the first subsidiary is arranged as follows:

| *Control Record*: | PB9999999*013197MPF9999999 | | |
|---|---|---|---|
| *Transaction Records*: | registrant no | | transaction id |
| First *transaction record*: | PB9999999 | ... | 0000000001 |
| · · · | | | |
| · · · | | | |
| Last *transaction record*: | PB9999999 | ... | 0000000164 |

PLTF_2804_000117006
P-23654 _ 00061

Control Record/ Section 4.0

*Control Record (2nd Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PC9999999 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-26: | PF9999999 | (*central reporter's registrant number*) |
| Positions 27-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the second subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PC9999999*013197MPF9999999 | | |
| *Transaction Records*: | *registrant no* | | *transaction id* |
| First *transaction record*: | PC9999999 | **...** | 0000000001 |
| . . . | | | |
| . . . | | | |
| Last *transaction record*: | PC9999999 | **...** | 0000000210 |

*Control Record (3rd Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PD9999999 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-26: | PF9999999 | (*central reporter's registrant number*) |
| Positions 27-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the third subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PD9999999*013197MPF9999999 | | |
| *Transaction Records*: | *registrant no* | | *transaction id* |
| First *transaction record*: | PD9999999 | **...** | 0000000001 |
| . . . | | | |
| . . . | | | |
| Last *transaction record*: | PD9999999 | **...** | 0000000300 |

PLTF_2804_000117007
P-23654 _ 00062

Control Record/ Section 4.0

*Control Record (4th Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PE9999999 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-26: | PF9999999 | (*central reporter's registrant number*) |
| Positions 27-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the fourth subsidiary is arranged as follows:

| | |
|---|---|
| *Control Record*: | PE9999999*013197MPF9999999 |
| *Transaction Records*: | registrant no            transaction id |
| First *transaction record*: | PE9999999   **...**   0000000001 |
| **. . .** | |
| **. . .** | |
| Last *transaction record*: | PE9999999   **...**   0000000220 |

### 4.5.1.2.2 Quarterly Reporting

A quarterly registered central reporter submits five (5) ARCOS reports for the reporting period ending March 31, 1997. The first report is for the central reporter itself. The remaining four reports are for other registrants within the registered central reporter's corporate structure.

When a central reporter is reporting for itself, the *control record* positions for the *central reporter's registrant number* (positions 18-26) remain blank. For subsidiaries, the *central reporter's registrant number* is entered in positions 18-26.

*Control Record (Central Reporter, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PF9999999 | (*reporting registrant number*) [central reporter's DEA registration number] |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 033197 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18-80: | *leave blank* | |

Version 1.0 August 1997

4-14

PLTF_2804_000117008
P-23654 _ 00063

Control Record/ Section 4.0

The magnetic media input stream containing both the *control record* and *transaction records* for the central reporter is arranged as follows:

| | | |
|---|---|---|
| *Control Record*: | PF9999999*033197Q | |
| *Transaction Records*: | *registrant no* | *transaction id* |
| First *transaction record*: | PF9999999   ... | 0000000001 |
| · · · | | |
| · · · | | |
| Last *transaction record*: | PF9999999   ... | 0000000065 |

*Control Record (1st Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PB9999999 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 033197 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18-26: | PF9999999 | (*central reporter's registrant number*) |
| Positions 27-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the first subsidiary is arranged as follows:

| | | |
|---|---|---|
| *Control Record*: | PB9999999*033197QPF9999999 | |
| *Transaction Records*: | *registrant no* | *transaction id* |
| First *transaction record*: | PB9999999   ... | 0000000001 |
| · · · | | |
| · · · | | |
| Last *transaction record*: | PB9999999   ... | 0000000164 |

*Control Record (2nd Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PC9999999 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 033197 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18-26: | PF9999999 | (*central reporter's registrant number*) |
| Positions 27-80: | *leave blank* | |

PLTF_2804_000117009
P-23654 _ 00064

Control Record/ Section 4.0

The magnetic media input stream containing both the *control record* and *transaction records* for the second subsidiary is arranged as follows:

| | |
|---|---|
| *Control Record*: | PC9999999*033197QPF9999999 |
| *Transaction Records*: | *registrant no*          *transaction id* |
| First *transaction record*: | PC9999999  ...  0000000001 |
| **. . .** | |
| **. . .** | |
| Last *transaction record*: | PC9999999  ...  0000000210 |

*Control Record (3rd Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PD9999999 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 033197 | (last day of *reporting period*) |
| Positions 17: | Q | (quarterly reporting) |
| Positions 18-26: | PF9999999 | (*central reporter's registrant number*) |
| Positions 27-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the third subsidiary is arranged as follows:

| | |
|---|---|
| *Control Record*: | PD9999999*033197QPF9999999 |
| *Transaction Records*: | *registrant no*          *transaction id* |
| First *transaction record*: | PD9999999  ...  0000000001 |
| **. . .** | |
| **. . .** | |
| Last *transaction record*: | PD9999999  ...  0000000300 |

*Control Record (4th Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PE9999999 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 033197 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18-26: | PF9999999 | (*central reporter's registrant number*) |
| Positions 27-80: | *leave blank* | |

PLTF_2804_000117010
P-23654 _ 00065

Control Record/ Section 4.0

The magnetic media input stream containing both the *control record* and *transaction records* for the fourth subsidiary is arranged as follows:

*Control Record*: PE9999999*033197QPF9999999
*Transaction Records*:    registrant no       transaction id
   First *transaction record*: PE9999999 **...** 0000000001
     . . .
     . . .
Last *transaction record*:   PE9999999 **...** 0000000220

## 4.5.1.3  Automated Non-registered Central Reporter

### 4.5.1.3.1  Monthly Reporting

A non-registered, monthly central reporter submits reports for the reporting period ending January 31, 1997, for five ARCOS registrants within its corporate structure.  The following example illustrates this type of submission.

*Control Record (1st Subsidiary, Monthly Report*iniorting):

| Positions 1-9: | PA9999999 | (reporting *registrant numb*er) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day o*f reporting peri*od) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the first subsidiary is arranged as follows:

*Control Record*: PA9999999*013197M
*Transaction Records*:    registrant no       transaction id
   First *transaction record*: PA9999999 **...** 0000000001
     . . .
     . . .
   Last *transaction record*: PA9999999 **...** 0000000055

PLTF_2804_000117011
P-23654 _ 00066

Control Record/ Section 4.0

*Control Record (2nd Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PB9999999 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the second subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PB9999999*013197M | | |
| *Transaction Records*: | registrant no | | transaction id |
| First *transaction record*: | PB9999999 | ... | 0000000001 |
| . . . | | | |
| . . . | | | |
| Last *transaction record*: | PB9999999 | ... | 0000000174 |

*Control Record (3rd Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PC9999999 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18 -25: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the third subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PC9999999*013197M | | |
| *Transaction Records*: | registrant no | | transaction id |
| First *transaction record*: | PC9999999 | ... | 0000000001 |
| . . . | | | |
| . . . | | | |
| Last *transaction record*: | PC9999999 | ... | 0000000240 |

PLTF_2804_000117012
P-23654 _ 00067

Control Record/ Section 4.0

*Control Record (4th Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PD9999999 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18 -25: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the fourth subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PD9999999*013197M | | |
| *Transaction Records*: | *registrant no* | | *transaction id* |
| First *transaction record*: | PD9999999 | **...** | 0000000001 |
| **. . .** | | | |
| **. . .** | | | |
| Last *transaction record*: | PD9999999 | **...** | 0000000600 |

*Control Record (5th Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PE9999999 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the fifth subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PE9999999*013197M | | |
| *Transaction Records*: | *registrant no* | | *transaction id* |
| First *transaction record* | PE9999999 | **...** | 0000000001 |
| **. . .** | | | |
| **. . .** | | | |
| Last *transaction record* | PE9999999 | **...** | 0000000280 |

PLTF_2804_000117013
P-23654 _ 00068

Control Record/ Section 4.0

**4.5.1.3.2  Quarterly Reporting**

A non-registered central reporter submits reports for the quarterly reporting period ending
March 31, 1997, for five ARCOS registrants within its corporate structure.

*Control Record (1st Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PA9999999 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 033197 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records*
for the first subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PA9999999*033197Q | | |
| *Transaction Records*: | *registrant no* | | *transaction id* |
| First *transaction record*: | PA9999999 | **...** | 0000000001 |
| **. . .** | | | |
| **. . .** | | | |
| Last *transaction record*: | PA9999999 | **...** | 0000000055 |

*Control Record (2nd Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PB9999999 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 033197 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18 -25: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for
the second subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PB9999999*033197Q | | |
| *Transaction Records*: | *registrant no* | | *transaction id* |
| First *transaction record*: | PB9999999 | **...** | 0000000001 |
| **. . .** | | | |
| **. . .** | | | |
| Last *transaction record*: | PB9999999 | **...** | 0000000174 |

PLTF_2804_000117014
P-23654 _ 00069

Control Record/ Section 4.0

*Control Record (3rd Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PC9999999 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 033197 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the third subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PC9999999*033197Q | | |
| *Transaction Records*: | registrant no | | transaction id |
| First *transaction record*: | PC9999999 | ... | 0000000001 |
| . . . | | | |
| . . . | | | |
| Last *transaction record*: | PC9999999 | ... | 0000000240 |

*Control Record (4th Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PD9999999 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 033197 | (last day of *reporting period*) |
| Positions 17: Q | | quarterly reporting) |
| Positions 18-80: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the fourth subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PD9999999*033197Q | | |
| *Transaction Records*: | registrant no | | transaction id |
| First *transaction record*: | PD9999999 | ... | 0000000001 |
| . . . | | | |
| . . . | | | |
| Last *transaction record*: | PD9999999 | ... | 0000000600 |

PLTF_2804_000117015
P-23654 _ 00070

Control Record/ Section 4.0

*Control Record (5th Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PE9999999 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 033197 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18 -25: | *leave blank* | |

The magnetic media input stream containing both the *control record* and *transaction records* for the fifth subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PE9999999*033197Q | | |
| *Transaction Records*: | *registrant no* | | *transaction id* |
| First *transaction record* | PE9999999 | **...** | 0000000001 |
| **. . .** | | | |
| **. . .** | | | |
| Last *transaction record* | PE9999999 | **...** | 0000000280 |

## 4.5.2  Manual Media Examples

The reporting of  ARCOS transactions  on  manual  media is illustrated in Sections  4.5.2.1 through 4.5.2.4.  These transactions are reported on DEA Form 333 coding sheets.

## 4.5.2.1 Manual Single Reporter

The *control record* for monthly and quarterly reporting is coded as follows:

## 4.5.2.1.1  Monthly Reporting

A registrant reporting monthly reports 251 controlled substance transactions for the reporting period ending January 31, 1997.

*Control Record*

| | | |
|---|---|---|
| Positions 1-9: | PA7777888 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-80: | *leave blank* | |

PLTF_2804_000117016
P-23654 _ 00071

Control Record/ Section 4.0

The coded DEA Form 333 containing both the *control record* and *transaction records* is arranged as follows:

| | |
|---|---|
| *Control Record*: | PA7777888*013197M |
| *Transaction Records*: | *registrant no*          *transaction id* |
| First *transaction record*: | PA7777888  **...**    00001 |
| . . . | |
| **. . .** | |
| Last *transaction record*: | PA7777888  **...**    00251 |

### 4.5.2.1.2  Quarterly Reporting

A registrant reporting quarterly reports 551 controlled substance transactions for the reporting period ending September 30, 1997.

*Control Record*

| | | |
|---|---|---|
| Positions 1-9: | PA7777888 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 093097 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18-80: | *leave blank* | |

The coded DEA Form 333 containing both the *control record* and *transaction records*  is arranged as follows:

| | |
|---|---|
| *Control Record*: | PA7777888*093097Q |
| *Transaction Records*: | *registrant no*          *transaction id* |
| First *transaction record*: | PA7777888  **...**    00001 |
| **. . .** | |
| **. . .** | |
| Last *transaction record*: | PA7777888  **...**    00551 |

PLTF_2804_000117017
P-23654 _ 00072

Control Record/ Section 4.0

**4.5.2.2 Manual Registered Central Reporter**

As was previously stated (Section 4.4.2.4, Manual Central Reporter), ***each registrant's report must*** begin with a central record.

**4.5.2.2.1 Monthly Reporting**

A monthly registered central reporter submits three (3) ARCOS reports for the reporting period ending January 31, 1997. The first report is for the central reporter itself. The remaining two reports are for other registrants within the registered central reporter's corporate structure.

*Control Record (Central Reporter, Monthly Reporting):*

| Positions 1-9: | PF9996666 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-80: | *leave blank* | |

The coded DEA Form 333 containing both the *control record* and *transaction records* is arranged as follows:

| *Control Record*: | PF9996666*013197M | |
| *Transaction Records*: | *registrant no* | *transaction id* |
| First *transaction record*: | PF9996666 ... | 00001 |
| . . . | | |
| . . . | | |
| Last *transaction record*: | PF9996666 ... | 00065 |

*Control Record (1st Subsidiary, Monthly Reporting):*

| Positions 1-9: | PB9999999 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of reporting period) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-80: | PF9996666 | (*central reporter's registrant number*) |

PLTF_2804_000117018
P-23654 _ 00073

The coded DEA Form 333 containing both the *control record* and *transaction records* for the first subsidiary is arranged as follows:

| | | |
|---|---|---|
| *Control Record*: | PB9999999*013197MPF9996666 | |
| *Transaction Records*: | *registrant no* | *transaction id* |
| First *transaction record*: | PB9999999  ... | 00001 |
| **· · ·** | | |
| **· · ·** | | |
| Last *transaction record*: | PB9999999  ... | 00164 |

*Control Record (2nd Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PC9999999 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-80: | PF9996666 | (*central reporter's registrant number*) |

The coded DEA Form 333 containing both the *control record* and *transaction records* for the second subsidiary is arranged as follows:

| | | |
|---|---|---|
| *Control Record*: | PC9999999*013197MPF9996666 | |
| *Transaction Records*: | *registrant no* | *transaction id* |
| First *transaction record*: | PC9999999  ... | 00001 |
| **· · ·** | | |
| **· · ·** | | |
| Last *transaction record*: | PC9999999  ... | 00210 |

### 4.5.2.2.2  Quarterly Reporting

A quarterly registered central reporter submits three (3) ARCOS reports for the reporting period ending December 31, 1997.  The first report is for the central reporter itself.  The remaining two reports are for other registrants within the registered central reporter's corporate structure.

PLTF_2804_000117019

P-23654 _ 00074

*Control Record (Central Reporter, Quarterly Reporting):*

| Positions 1-9: | PF9996666 | (*reporting registrant number*) [central reporter's DEA registration number] |
|---|---|---|
| Position  10: | * | (asterisk) |
| Positions 11-16: | 123197 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18-80: | *leave blank* | |

The coded DEA Form 333 containing both the *control record* and *transaction records* for the central reporter is arranged as follows:

| *Control Record*: | PF9996666*123197Q | |
|---|---|---|
| *Transaction Records*: | *registrant no* | *transaction id* |
| First *transaction record*: | PF9996666  ... | 00001 |
| . . . | | |
| . . . | | |
| Last *transaction record*: | PF9996666  ... | 00065 |

*Control Record (1st Subsidiary, Quarterly Reporting):*

| Positions 1-9: | PB9999999 | (*reporting registrant number*) |
|---|---|---|
| Position  10: | * | (asterisk) |
| Positions 11-16: | 123197 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18-26: | PF9996666 | (*central reporter's registrant number*) |
| Positions 27-80: | *leave blank* | |

The coded DEA Form 333 containing both the *control record* and *transaction records* for the first subsidiary is arranged as follows:

| *Control Record*: | PB9999999*123197QPF9996666 | |
|---|---|---|
| *Transaction Records*: | *registrant no* | *transaction id* |
| First *transaction record*: | PB9999999  ... | 00001 |
| . . . | | |
| . . . | | |
| Last *transaction record*: | PB9999999  ... | 00164 |

PLTF_2804_000117020
P-23654 _ 00075

Control Record/ Section 4.0

*Control Record (2nd Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PC9999999 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 123197 | (last day of *reporting period*) |
| Positions 17: Q | (quarterly reporting) | |
| Positions 18-26: | PF9996666 | (*central reporter's registrant number*) |
| Positions 27-80: | leave blank | |

The coded DEA Form 333 containing both the *control record* and *transaction records* for the second subsidiary is arranged as follows:

| | | |
|---|---|---|
| *Control Record*: | PC9999999*123197QPF9996666 | |
| *Transaction Records*: | registrant no | transaction id |
| First *transaction record*: | PC9999999   **...** | 00001 |
| **. . .** | | |
| **. . .** | | |
| Last *transaction record*: | PC9999999   **...** | 00210 |

### 4.5.2.3  Manual Non-registered Central Reporter

As was previously stated (Section 4.4.2.4 Manual Central Reporters), **each registrant's report begins with a control record.** For a non-registered central reporter, the *central reporter's registrant number* (positions 18-26) remains blank.

### 4.5.2.3.1  Monthly Reporting

A monthly, non-registered central reporter submits reports for the reporting period ending January 31, 1997, for three ARCOS registrants within its corporate structure.

*Control Record (1st Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PA5555555 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Positions 17: M | (monthly reporting) | |
| Positions 18-80: | *leave blank* | |

PLTF_2804_000117021
P-23654 _ 00076

Control Record/ Section 4.0

The coded DEA Form 333 containing both the *control record* and *transaction records* for the first subsidiary is arranged as follows:

| | |
|---|---|
| *Control Record*: | PA5555555*013197M |
| *Transaction Records*: | *registrant no*          *transaction id* |
| First *transaction record*: | PA5555555  ...   00001 |
| · · · | |
| · · · | |
| Last *transaction record*: | PA5555555  ...   00055 |

*Control Record (2nd Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PB1234567 | (*reporting registrant number*) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of *reporting period*) |
| Position 17: M | | (monthly reporting) |
| Positions 18-80: | *leave blank* | |

The coded DEA Form 333 containing both the *control record* and *transaction records* for the second subsidiary is arranged as follows:

| | |
|---|---|
| *Control Record*: | PB1234567*013197M |
| *Transaction Records*: | *registrant no*          *transaction id* |
| First *transaction record* | PB1234567  ...   00001 |
| · · · | |
| · · · | |
| Last *transaction record* | PB1234567  ...   00174 |

*Control Record (3rd Subsidiary, Monthly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PC9876543 | registrant's registrant number) |
| Position 10: | * | (asterisk) |
| Positions 11-16: | 013197 | (last day of reporting period) |
| Positions 17: M | | (monthly reporting) |
| Positions 18-80: | *leave blank* | |

PLTF_2804_000117022
P-23654 _ 00077

The coded DEA Form 333 containing both the *control record* and *transaction records* for the third subsidiary is arranged as follows:

| *Control Record*: | PC9876543*013197M | | |
|---|---|---|---|
| *Transaction Records*: | *registrant no* | | *transaction id* |
| First *transaction record* | PC9876543 | ... | 00001 |
| . . . | | | |
| . . . | | | |
| Last *transaction record* | PC9876543 | ... | 00240 |

### 4.5.2.3.2 Quarterly Reporting

A quarterly, non-registered central reporter submits three (3) ARCOS reports for subsidiaries within its corporate structure for the quarterly reporting period ending September 30, 1997.

*Control Record (1st Subsidiary, Quarterly Reporting):*

| Positions 1-9: | PA5555555 | (*reporting registrant number*) |
|---|---|---|
| Position 10: * | | (asterisk) |
| Positions 11-16: | 093097 | (last day of *reporting period*) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18-80: | *leave blank* | |

The coded DEA 333 containing both the *control record* and *transaction records* for the first subsidiary is arranged as follows:

| *Control Record*: | PA5555555*093097Q | | |
|---|---|---|---|
| *Transaction Records*: | *registrant no* | | *transaction id* |
| First *transaction record*: | PA5555555 | ... | 00001 |
| . . . | | | |
| . . . | | | |
| Last *transaction record*: | PA5555555 | ... | 00055 |

PLTF_2804_000117023
P-23654 _ 00078

Control Record/ Section 4.0

*Control Record (2nd Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PB1234567 | (*reporting registrant number*) |
| Position  10: | * | (asterisk) |
| Positions 11-16: | 093097 | (last day of *reporting period*) |
| Position  17: | Q | (quarterly reporting) |
| Positions 18-80: | *leave blank* | |

The coded DEA Form 333 containing both the *control record* and *transaction records*  for the second subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PB1234567*093097Q | | |
| *Transaction Records*: | *registrant no* | | *transaction id* |
| First *transaction record* | PB1234567 | **...** | 00001 |
| **. . .** | | | |
| **. . .** | | | |
| Last *transaction record* | PB1234567 | **...** | 00174 |

*Control Record (3rd Subsidiary, Quarterly Reporting):*

| | | |
|---|---|---|
| Positions 1-9: | PC9876543 | (*reporting registrant number*) |
| Position  10: * | | (asterisk) |
| Positions 11-16: | 093097 | (last day of reporting period) |
| Positions 17: Q | | (quarterly reporting) |
| Positions 18-80: | *leave blank* | |

The coded DEA Form 333 containing both the *control record* and *transaction records* for the third subsidiary is arranged as follows:

| | | | |
|---|---|---|---|
| *Control Record*: | PC9876543*093097Q | | |
| *Transaction Records*: | *registrant no* | | *transaction id* |
| First *transaction record* | PC9876543 | **...** | 00001 |
| **. . .** | | | |
| **. . .** | | | |
| last *transaction record* | PC9876543 | **...** | 00240 |

4-30

PLTF_2804_000117024
P-23654 _ 00079

# 5

# SECTION 5.0

# TRANSACTION RECORD

**5.1 TRANSACTION RECORD**

Controlled substance transactions are reported using the ARCOS *transaction record*. This section discusses the *transaction record* fields that apply to all manufacturers and distributors of reportable controlled substances.  Section 6 discusses *transaction record* fields that apply ***only*** to manufacturers.

The ARCOS *transaction record* has two formats: one format for reporting controlled substance transactions on magnetic tape, cartridge, or diskette (automated reporting) and another, slightly different format, for reporting transactions on DEA Form 333 (manual reporting). Exhibit 5.1: Transaction Record Formats, illustrates the record layouts for both formats.  The differences between the two formats are:

    a.    The automated reporting format contains an additional field, the *document Identifier* field, which identifies the transaction as having been generated by an automated system.

    b.    The *transaction date* field is a ***six-digit*** field in the automated reporting format and a ***five-digit*** field in the manual reporting format.

    c.    The *quantity* field is an ***eight-position*** field in the automated reporting format and a ***six-position*** field in the manual reporting format

PLTF_2804_000117025
P-23654 _ 00080

Transaction Record / Section 5.0

| FIELD NAME | AUTOMATED | | | MANUAL  (DEA Form 333) | | |
|---|---|---|---|---|---|---|
| | FIELD NUMBER | FIELD LENGTH | POSITION LOCATION | FIELD NUMBER | FIELD LENGTH | COLUMN LOCATION |
| REPORTING REGISTRANT NUMBER | 1 | 9 | 1-9 | 1 | 9 | 1-9 |
| TRANSACTION CODE | 2 | 1 | 10 | 2 | 1 | 10 |
| ACTION INDICATOR (FORMERLY DELETE INDICATOR) | 3 | 1 | 11 | 3 | 1 | 11 |
| NATIONAL DRUG CODE (NDC NUMBER) | 4 | 11 | 12-22 | 4 | 11 | 12-22 |
| QUANTITY | 5 | 8 | 23-30 | 5 | 6 | 23-28 |
| UNIT | 6 | 1 | 31 | 6 | 1 | 29 |
| ASSOCIATE REGISTRANT NUMBER | 7 | 9 | 32-40 | 7 | 9 | 30-38 |
| DEA ORDER FORM NUMBER | 8 | 9 | 41-49 | 8 | 9 | 39-47 |
| TRANSACTION DATE | 9 | 6 | 50-55 | 11-13 | 5 | 60-64 |
| CORRECTION NUMBER (FORMERLY LOT NUMBER) | 10 | 8 | 56-63 | 9 | 8 | 48-55 |
| STRENGTH | 11 | 4 | 64-67 | 10 | 4 | 56-59 |
| TRANSACTION IDENTIFIER | 12 | 10 | 68-77 | 14 | 5 | 65-69 |
| DOCUMENT IDENTIFIER | 13 | 3 | 78-80 | NONE | NONE | NONE |

**Exhibit 5.1: Transaction Record Formats**

PLTF_2804_000117026
P-23654 _ 00081

## 5.2  DEA FORM 333:  DUPLICATING DATA

ARCOS uses the equal sign, "=", to indicate that the data recorded in a *transaction record* field on DEA Form 333 is to be duplicated in subsequent *transaction records*.  Under ARCOS the "=" is called the "duplicate sign."  The duplicate sign (=) may be used to avoid repeatedly writing identical data within a field.  The duplicate sign (=) ***must*** be coded in the first position of each field being duplicated.  Examples applying to sections 5.2 and 5.2.1 illustrating the use of the duplicate sign are found in:

   a.  Exhibit 5.2: Using the Duplicate Sign, Single Reporter and

   b.  Exhibit 5.3: Using the Duplicate Sign, Central Reporter


### 5.2.1  DEA Form 333:  Duplicating Transaction Date

The *transaction date* field is composed of three segments: Fields 11, 12, and 13 (year, month, and day). These three segments ***must*** be considered one, single field for duplicating purposes.  Therefore, the entire *transaction date* ***must be the same*** when using the duplicate sign.

PLTF_2804_000117027
P-23654 _ 00082



**Exhibit 5.2:  Using the Duplicate Sign, Single Reporter**

arcos registrant handbook/version 1.0

**August 1997**

PLTF_2804_000117028

P-23654 _ 00083

ARCOS TRANSACTION
REPORTING
DRUG ENFORCEMENT ADMINISTRATION
MAILING INSTRUCTIONS
Retain duplicate for your records.
Mail the Original of completed form to:
Drug Enforcement Administration
ARCOS
P.O. Box 28293
Washington, D.C. 20038 - 8293
INSTRUCTIONS FOR CODING FORM
1. Characters should be printed neatly and conform as closely as possible to examples below.
2. All fields in the transaction (except the transaction code (Field 2) and the delete code (Field 3)) are capable of being duplicated without coding the entire field to accomplish this. It is necessary that the first (leftmost) character in each field to be duplicated is coded using an equal (=) sign. The equal sign is the only character which can be used for this purpose.
Page of
OMB Approval No. 1117 - 0003
0 1 2 3 4 5 6 7 8 9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z * =
DATE MUST BE THE SAME

Exhibit 5.3: Using the Duplicate Sign, Central Reporter

Transaction Record / Section 5.0

## 5.3  REPORTING REGISTRANT NUMBER

### 5.3.1  Definition: Reporting Registrant Number

The *reporting registrant number* is the DEA registration number identifying the location where the controlled substance activities being reported have occurred.  This is a 9-character field.

### 5.3.2  Specifications:  Reporting Registrant Number

- a. Field Number:     1
- b. Field Name:     *reporting registrant number*
- c. Field Length:     9 Characters
- d. Positions/Columns:    1-9
- e. Type:        Alphanumeric
- f. Special Rules:
  - 1. Mandatory Entry
  - 2. Use Capital Letters for Alphabetic Data
  - 3. Position/Column 1 is always 'P' or 'R'

### 5.3.3  Discussion:  Reporting Registrant Number

A central reporter uses its own registrant reporting number when reporting for itself and the subsidiaries's registrant reporting number when reporting for a subsidiary.

## 5.4  TRANSACTION CODE

### 5.4.1  Definition:  Transaction Code

The *transaction code* is a single-character field which identifies each specific ARCOS-reportable activity.

### 5.4.2  Specifications:  Transaction Code

- a. Field Number:        2
- b. Field Name:        *transaction code*
- c. Field Length:        1 Character
- d. Position/Column:        10
- e. Type:                Alphanumeric

PLTF_2804_000117030
P-23654 _ 00085

Transaction Record / Section 5.0

    f.  Special Rules:
          1.  Only Specific Codes Permitted
          2.  Mandatory Entry
          3.  Use Capital Letters for Alphabetic Data

## 5.4.3  Discussion:  Transaction Code

Manufacturers and distributors are responsible for reporting all ARCOS activities and inventories. The *transaction code* field identifies the reporting registrant's controlled substance acquisitions, dispositions, inventories, and miscellaneous transactions.  The transaction codes listed below have been grouped into four categories for ease in selecting the correct code under which to report a specific business or manufacturing activity.  These four categories are:  inventory, acquisition, disposition, and miscellaneous.  They are discussed in detail in Section 5.5 through 5.7.  See Appendix 1, ARCOS Transaction Matrix: Automated Reports or Appendix 2, ARCOS Transaction Matrix: Manual Reports, to determine which fields must be completed for a specific *transaction code*.

### Inventory Transaction Codes

*transaction code 1*:   Schedule Change Inventory
*transaction code 3*:   Year-End Inventory
*transaction code 4*:   Year-End In-Process Inventory (manufacturers only)
*transaction code 5*:   Special Inventory
*transaction code 8*:   No Year-End Inventory

### Acquisition Transaction Codes  (Increases to Inventory)

*transaction code P*:   Purchase or Receipt
*transaction code R*:   Return
*transaction code V*:   Unsolicited Return
*transaction code G*:   Government Supplied
*transaction code W*:   Recovered Waste  (manufacturers only)
*transaction code M*:   Manufactured  (manufacturers only)
*transaction code L*:   Reversing  (manufacturers only)
*transaction code J*:   Return of Sample to Inventory (manufacturers only)

PLTF_2804_000117031
P-23654 _ 00086

**Disposition Transaction Codes** (Decreases to Inventory)

*transaction code S*:   Sale, Disposition, or Transfer
*transaction code Y*:   Destroyed
*transaction code T*:   Theft
*transaction code Z*:   Receipt by Government (seizures, samples, etc.)
*transaction code N*:   Nonrecoverable Waste (manufacturers only)
*transaction code U*:   Used in Production (manufacturers only)
*transaction code Q*:   Sampling  (manufacturers only)
*transaction code K*:   Used in Preparations (manufacturers only)

**Miscellaneous Transaction Codes**

*transaction code 7*:   No ARCOS Activity for the Current Reporting Period
*transaction code F*:   Reorder DEA Form 333
*transaction code X*:   Lost-in-Transit

## 5.5  INVENTORY TRANSACTION CODES

*Transaction code* 1, Schedule Change Inventory; *transaction code 3*, Year-End Physical Inventory; *transaction code 4*, In-Process Inventory; and *transaction code 5*, Special Inventory are used when reporting inventory data to DEA (ARCOS).

### 5.5.1  Code 1: Schedule Change Inventory

*Transaction code 1*, Schedule Change Inventory, is used when reporting bulk or dosage form products that become reportable controlled substances due to a controlled substance schedule change.  Specific instructions will be provided by DEA (ARCOS) when a controlled substance schedule change affecting ARCOS reporting occurs.

**Example**:

Prior to March 21, 1991, glutethimide was a Schedule III controlled substance which was only reportable by ARCOS registrants actually manufacturing the drug.  On March 21, 1991, glutethimide became a Schedule II controlled substance.  At this point, glutethimide became reportable by all ARCOS registrants.  All ARCOS registrants not previously reporting this controlled substance were required to report a Schedule Change Inventory Transaction (*transaction code 1*), if glutethimide was in their inventory on March 21, 1991.

PLTF_2804_000117032
P-23654 _ 00087

**Acquisition After Report**

ARCOS registrants acquiring new stock after a Schedule Change Inventory report has been submitted, report this new stock as a "purchase" (*transaction code P*) or as another type of acquisition transaction when reporting that period's activities.

**Out-of-Stock *or* Do Not Carry**

ARCOS registrants that carry a newly-reportable controlled substance, but are out-of-stock *or* ARCOS registrants that do not carry a newly-reportable controlled substance *must not* report a Schedule Change Inventory.  If an ARCOS registrant acquires the newly-reportable controlled substance at a later date, this acquisition would be reported as a "purchase" (*transaction code P*) or as another type of acquisition transaction when reporting that period's activities.

Exhibit 5.4: Schedule Change Reporting Requirements, summarizes reporting requirements when a controlled substance schedule change makes a formerly non-reportable controlled substance reportable.

| Inventory Status | ARCOS  Transaction Code | Submission Required |
|---|---|---|
| Out-of-stock | None | Schedule Change Inventory Not Required |
| In-stock | *transaction code 1* | Schedule Change Inventory Required |
| Received After Schedule Change Date | *transaction code P* or Other Applicable Acquisition Code | Schedule Change Inventory Not Required |

**Exhibit 5.4:  Schedule Change Reporting Requirements**

**5.5.2  Code 3: Year-End Physical  Inventory**

All ARCOS registrants are required to take a *physical,* year-end inventory ($\mathrm{YEI}$).  This inventory *must* reflect the *actual amount* of *each* reportable controlled substance on
the registrant's premises as of the close of business on December 31st of *each* year. This is the *only valid date* which is accepted for *transaction code* 3.  If the year-end inventory report is *not* dated December 31, the *transaction record* is *rejected*.  If year-end inventory transactions are included in the December or fourth quarter report, the reporting registrant *must* write **"YEI INCLUDED"** in the **"Notes"** block of the bar code label.  This indicates that the December or fourth quarter report also contains the year-

PLTF_2804_000117033
P-23654 _ 00088

end inventory report and will *prevent* the registrant from being placed in a delinquent reporting status.

### 5.5.3  Code 4: Year-end In-process Inventory

On December 31st of each year, a manufacturer may have some quantities of controlled substances that are still in the manufacturing production chain (i.e., not in a bulk or finished dosage form).  The amount of controlled substance at this stage of the production chain is termed an "In-process Inventory" *quantity*.  Year-end In-process Inventory is reported using *transaction code 4*.  The Year-end In-process Inventory is to be taken at the close of business on December 31st of the reporting year. This is
the *only date* which will be accepted for transaction code 4.   See Section 6, Manufacturing Activities, for examples of In-process Inventory reporting.

### 5.5.4  Code 5: Special Inventory

A Special Inventory is any inventory other than a Year-end, Year-end In-process, or Schedule Change Inventory being taken at the *direction* of DEA.  Report a Special Inventory using transaction code 5.

### 5.5.5  Code 8: No Year-End Inventory

*Transaction code 8* is used to report zero (0) year-end inventory.  If, at the close of business on December 31st, an ARCOS registrant has no (i.e., zero) *physical* inventory for *all* the reportable controlled substances that it handles, the firm *must* report this *lack* of physical inventory to DEA (ARCOS).  It is *not* necessary to report the lack of inventory for each reportable controlled substance that the firm has handled through the year.   A single transaction code 8 is sufficient.   The "no-year-end inventory" report will *prevent* DEA (ARCOS) from placing the registrant in a delinquent reporting status.  *transaction code 8* requires the following fields:

- *reporting registrant number*
- *transaction code 8*
- *transaction date* (December 31st of each year)
- *transaction Identifier*

## 5.6  ACQUISITION TRANSACTION CODES

An ARCOS registrant can acquire controlled substances by buying them, by having previously sold controlled substances returned, or by receiving them from the
government. If the ARCOS registrant is a manufacturer, the registrant can acquire controlled substances by four additional  means: (1) manufacturing them, (2) recovering them from manufacturing waste, (3) having samples of controlled substances returned, or (4) by decomposing a substance into its component substances; one of which is a controlled

PLTF_2804_000117034
P-23654 _ 00089

Transaction Record / Section 5.0

substance. Acquisitions of controlled substances, irrespective of the manner in which they are acquired, increase the ARCOS registrant's inventory.

### 5.6.1  Code P: Purchase or Other Receipt

*Transaction code P*, purchase or other receipt, is used to report controlled substance acquisitions under three different scenarios:

a.   The acquisition of a controlled substance by one ARCOS registrant from another.

b.   The transfer of a controlled substance from one physical location to another.

c.   Establishing the initial stock on hand of a controlled substance for a new ARCOS registrant.

Controlled substances that are ***shipped directly*** from a supplier to an ARCOS registrant's customer (third party shipments) and are ***never physically on the registrant's premises***, (i.e., a drop shipment) are reported to DEA (ARCOS) by the supplier and the recipient. The ARCOS registrant ***must not*** report these transactions.

### 5.6.2  Code R: Return

*Transaction code R*  is used to report the receipt of returned controlled substances when the manufacturer or distributor ***requests*** their return.  Returns reported under *transaction code R* do ***not*** necessarily involve a monetary transaction.  Reportable controlled substances received by a supplier may include substances being returned for credit, salvage, re-work, or non-GMP (good manufacturing process) quality, as well as outdated or unused controlled substances.

### 5.6.3  Code V: Unsolicited Return

*Transaction code V* is used to report the receipt of an unsolicited return of a reportable controlled substance.  An "unsolicited return" is a return that has ***not*** been ***requested*** by the manufacturer or distributor.  The situations needing *transaction code V* are described below and summarized in Exhibit 5.5: Using Transaction Code V.

PLTF_2804_000117035
P-23654 _ 00090

| | | | UNSOLICITED RETURN | | |
|---|---|---|---|---|---|
| | SHIPPER'S IDENTITY | SCHEDULE | ORDER FORM NUMBER REQUIRED? | TRANSACTION CODE | ASSOCIATE REGISTRANT NUMBER ENTRY |
| 1 | Unknown | III narcotic | NO | V | "UNKNOWN" |
| 2 | Unknown | I, II | YES | V | "UNKNOWN" |
| 3 | Known | III narcotic | NO | V | USE SHIPPER'S DEA REGISTRATION NUMBER |
| 4 | Known | I, II | YES | V | USE SHIPPER'S DEA REGISTRATION NUMBER |

**Exhibit 5.5: Using Transaction Code V**

**Unknown Shipper**

a.   Use *transaction code V* when a Schedule III narcotic shipment is received ***without*** any identifying markings indicating the name of the firm that shipped the drugs. In the *associate registrant number* field (Field 7), enter "**UNKNOWN**" in all ***capital letters*** and ***left justified***.

b.   Use *transaction code* V when a Schedule I or II product is received ***without*** the prior issuance of an order form (U.S. Official Order Forms - Schedules I & II) DEA Form 222, ***and without any*** identifying markings indicating the name of the firm that shipped the product. In the *associate registrant number* field (Field 7), enter "**UNKNOWN**" in all ***capital letters*** and ***left justified***. Additionally, a DEA Order Form Number ***must*** be acquired to cover the shipment. An "after-the-fact" DEA Order Form Number ***must*** be issued by the receiving firm using its ***own blank*** Order Form, ***after*** obtaining approval from the local DEA field office.

**Known Shipper**

c.   Use *transaction code V* when a Schedule III narcotic shipment is received ***without*** prior notification and the shipper is ***known***. If the registrant decides to keep the shipment, the registrant must obtain the approval of the local DEA field office. The ***shipper's*** DEA Registration Number is entered into the *associate registrant number* field (Field 7).

PLTF_2804_000117036
P-23654 _ 00091

d.   Use *transaction code V* when a Schedule I or II shipment is received **without** the prior issuance of an order form, DEA Form 222, and the shipper is **known**.  When such a shipment is received, the recipient firm **must**: (1) obtain the approval of  the  local  DEA field office to issue an "after-the-fact" DEA order form number and (2)  issue the DEA order form number using its **own blank** order form.  The **shipper's** DEA registration number is entered into the *associate registrant number* field (Field 7) and the order form number is entered in the *DEA order form number* field (Field 8).

## 5.6.4  Code G: Government Supplied

*Transaction code G* is used when the government supplies controlled substances or returns seized materials or samples to the reporting registrant.  The registration number of the DEA or FDA divisional office is required in the *associate registrant number* field (Field 7).  Contact your local DEA office to obtain the appropriate associate registrant number, if it is **unknown**.

## 5.6.5  Manufacturing Acquisition Codes

The following  acquisition  transaction  codes  are  discussed  in  Section  6,  Manufacturing Activities:

| | |
|---|---|
| *transaction code W* | Recovered Waste (Manufacturers Only) |
| *transaction code M* | Manufactured (Manufacturers Only) |
| *transaction code L* | Reversing (Manufacturers Only) |
| *transaction code* | Return of Sample to Inventory (Manufacturers Only) |

## 5.7 DISPOSITION TRANSACTION CODES

Controlled substances can be sold, destroyed,  taken by the government, or stolen (theft). Under  the  manufacturing  process  there  are  a  number  of  additional  ways  to  dispose  of controlled substances: (1) non-recoverable waste, (2) used in manufacturing, (3) distribution of samples, and (4) used in preparations.  Dispositions of controlled substances, irrespective of the manner in which they are disposed, decrease the ARCOS registrant's inventory.

PLTF_2804_000117037
P-23654 _ 00092

Transaction Record / Section 5.0

### 5.7.1 Code S: Sale, Disposition, or Transfer

*Transaction code S* is used when a controlled substance is physically transferred to another DEA registrant.  This is *not* necessarily a monetary transaction.  Samples to customers are included in this category.  However, a sample that does *not* leave the ARCOS registrant's premises is reported as a *transaction code Q*.  See Section 6, Manufacturing Codes.  The sale of reportable controlled substances reduces the manufacturer's or distributor's inventory.

In cases where a controlled substance is shipped directly from a supplier to an ARCOS registrant's customer and is *never physically* on the registrant's premises (e.g., the registrant only does the billing), the registrant *must not* report the transaction.  The supplier and the recipient do the reporting.

### 5.7.2 Code Y: Destroyed

*Transaction code Y* is used for reporting authorized destructions of controlled substances.  Enter the registration number of the local DEA area office in the *associate registrant number* field (Field 7).  If necessary, contact the DEA area office or the Data Systems Unit (ARCOS) to obtain  the DEA registration number.  For all destructions,
DEA Form 41, Registrants Inventory of Drugs Surrendered, *must* be filed with the local DEA area office.  Exhibit 5.6: DEA Form 41, contains a sample form.

PLTF_2804_000117038
P-23654 _ 00093

PLTF_2804_000117039

transaction record/section 5.0



Exhibit 5.6: DEA Form 41

arcos registrant handbook/version 1.0

August 1997

### 5.7.3 Code T:  Theft

*Transaction code T* is used to report controlled substances ***stolen from your premises***. This does not eliminate the requirement to prepare an official theft report, U.S. Department of Justice, Drug Enforcement Administration, Report of Theft or Loss of Controlled Substances, DEA Form 106.  Contact your local DEA office for further details.  See Section 5.8.3 Code X, for in-transit theft or loss.  Exhibit 5.7: DEA Form 106, contains a sample theft report form.

PLTF_2804_000117040
P-23654 _ 00095

transaction record/section 5.0



Exhibit 5.7: DEA Form 106

arcos registrant handbook/version 1.0

August 1997

PLTF_2804_000117041

P-23654 _ 00096

### 5.7.4  Code Z:  Receipt by Government or Seizures

*Transaction code Z* is used to report the transfer (e.g., samples or seizure) of reportable controlled substances from a manufacturer or distributor to a government official.
When a controlled substance is received by an agent of DEA or FDA, the DEA registration number of their Area Office must be entered in the *associate registrant number* field (Field 7).  "**OFFICER**" is the entry in Field 7 for any other non-registered government official such as a customs officer; an agent of the Bureau of Alcohol, Tobacco, and Firearms; or state and local police officers. This entry ***must be*** in all ***capital letters*** and ***left justified*** within Field 7.

### 5.7.5  Manufacturing Disposition Codes

The following disposition transaction codes are discussed in Section 6, Manufacturing Activities:

| | |
|---|---|
| transaction code N | Nonrecoverable Waste (Manufacturers Only) |
| transaction code U | Used in Production (Manufacturers Only) |
| transaction code Q | Sampling (Manufacturers Only) |
| transaction code K | Used In Preparations (Manufacturers Only) |

### 5.8  MISCELLANEOUS TRANSACTION CODES

### 5.8.1  Code 7:  No ARCOS Activity for the Current Reporting Period

*Transaction code 7* is used to report the lack of controlled substance activity for the ***current*** reporting period. This ***lack*** of activity ***must be reported*** to DEA (ARCOS). *transaction code 7* is used when there has been **no business activity for any and all** controlled substances during the reporting period. It is not necessary to report no (i.e., zero) activity for each NDC product; a single *transaction code 7* will suffice. Submitting a *transaction code 7* will prevent DEA from placing the ARCOS Registrant in a delinquent reporting status. *Transaction code 7* requires the following fields:

- *reporting registration number*
- *transaction code 7*
- *transaction date* (last day of the *reporting period*)
- *transaction identifier*

PLTF_2804_000117042
P-23654 _ 00097

Transaction Record / Section 5.0

**5.8.2  Code F:  Reorder DEA Form  333**

*Transaction code F* is used to re-order a supply of DEA Form 333. The quantity requested cannot exceed 500 sheets for any single re-order.  When the *quantity* field (Field 5) is left blank 100 forms will be sent.  Complete only the following fields:

| | |
|---|---|
| Field 1: | *reporting registrant number* |
| Field 2: | *transaction code F* |
| Field 5: | *quantity* |
| Field 14: | *transaction identifier* |

**5.8.3  Code X:  Lost-in-Transit**

*Transaction code X* is used by the seller to report the loss or theft of an in-transit shipment of a reportable controlled substance.  It is reported **in addition** to the normal sales transaction (*transaction code S*).  *Transaction code X* is an **explanatory** transaction code which does **not** affect an ARCOS registrant's inventory.   Enter the DEA registration number of the intended purchaser in the *associate registrant number* field (Field 7).  If the product lost in transit was a Schedule I or II controlled substance the selling ARCOS registrant **must** file an official theft report, U.S. Department of Justice, Drug Enforcement Administration, Report of Theft or Loss of Controlled Substances, DEA Form 106, with the local DEA office. Exhibit 5.7: DEA Form  106, contains a sample theft report form.  If the ARCOS registrant purchasing the product still wants it, this registrant **must** supply a **new** order form with a **new** DEA order form number to **replace** the original one.

**5.9  ACTION INDICATOR (Formerly DELETE INDICATOR)**

**5.9.1  Definition:  Action Indicator**

The *action indicator* was formerly called the *delete indicator*.  The name has been changed to reflect the fact that the function of this field has been expanded.

The *action indicator* is a single-character field which initiates three different ARCOS data base operations: (1) the deletion of a *transaction record*, (2) the revision (adjustment) of **data** in a *transaction record*, and (3) the insertion of a late *transaction record*.  These three data base operations are components of ARCOS error processing.  Section 7.5, Correcting Transaction Records, contains a full discussion of the error processing.

PLTF_2804_000117043
P-23654 _ 00098

**5.9.2  Specifications:  Action Indicator**

     a. Field Number:             3
     b. Field Name:             *action indicator*  (Formerly *delete indicator*)
     c. Field Length:            1 Character
     d. Position/Column:  11
     e. Type:                  Alphabetic
     f. Special Rules:

           1.      Code "D" to delete a *transaction record*
           2.      Code "A" to adjust (revise) ***data*** in a *transaction record*
           3.      Code "I" to insert (add) a late *transaction record*
           4.      Use only capital letters
           5.      Leave blank when unused

**5.9.3  Discussion:  Action Indicator**

See Section 7.5, Correcting Transaction Records for additional *action indicator* instructions.

**5.10  NATIONAL DRUG CODE (NDC)**

**5.10.1  Definition:  NDC**

The National Drug Code (NDC) used by ARCOS is an 11-character code that identifies controlled substance products.  This code is divided into three segments: the labeler code, the product code, and the package size code.  General specifications are presented in Section 5.10.2, Specifications: NDC, followed by detailed specifications for each segment.

**5.10.2  Specifications:  NDC**

     a. Field Number:              4
     b. Field Name:              NDC Number
     c. Field Length:             11 Characters
     d. Positions/Columns:     12-22
     e. Type:                  Alphanumeric
     f. Special Rules:

           1.      Always coded except for *transaction codes 7, 8, and F*.
           2.      Entries must be made in each segment (Labeler Code, Product Code, Package Size Code).

PLTF_2804_000117044
P-23654 _ 00099