Message
_____

**From:** Ramirez, Tina [ramirezt@marshall.edu]
**Sent:** 12/19/2018 8:54:30 PM
**To:** Angie Saunders [angela.saunders@unitedwayrivercities.org]; Woart, Anthony [woarta@marshall.edu]; Welsh, Beth A. [ellis10@marshall.edu]; Bill O'Dell [billodell@regionalfrn.org]; Bill Winkler [winklerb@ahidta.org]; Robert Hansen [rhansen@marshall.edu]; Gallagher, Brian A. [gallagherb@marshall.edu]; Brittany Canady [B.canday@marshall.edu]; Crystal Welch [cwelch@qualityinsights.org]; Chad Napier [napierc@ahidta.org]; Chris Edwards (chris.e.edwards@wv.gov) [chris.e.edwards@wv.gov]; Christine Vestal [cvestal@stateline.org]; Cindy Farley [cindy.farley@genesishcc.com]; Connie Priddy [connie.priddy@ccems.org]; Craig Jankowski [craig.jankowski@unitedwayrivercities.org]; CTC Coordinator [coordinator@kanawhactc.org]; Dan Lauffer [dan.lauffer@thomashealth.org]; Dana Petroff [dana.petroff@prestera.org]; Danile Lagleben [langlebe@pennmedicine.upenn.edu]; David Gourley [david.w.gourley@usdoj.gov]; Deacon [Deacon@epiphanycommunityservices.com]; Koester, Deborah L. [koesterd@marshall.edu]; Doug Paxton [doug.paxton@charlestonwvpolice.org]; Drug Free [drugfree@strongcommunities.org]; Elizabeth Coffey [Elizabeth.J.Coffey@wv.gov]; Elizabeth Kennedy [elizabeth.a.kennedy@wv.gov]; George Karandinas [george_karandinos@hms.harvard.edu]; Berhie, Girmay [berhie@marshall.edu]; Gordon Merry [gordon.merry@ccems.org]; Grace Amalae Linz [linz3@marshall.edu]; Haskins, Amy R [Amy.R.Haskins@wv.gov]; Heather McDaniel [heather@1stchs.com]; Heather Wood [heather.a.wood@wv.gov]; Herb Linn [hlinn2@hsc.wvu.edu]; Jack Luikart [jack.w.luikart@wv.gov]; Jamie Chapman [jamie.m.chapman@wv.gov]; Jan Rader [jrader@cityofhuntington.com]; Jeff Sandy [jeff.sandy@wv.gov]; Jim Johnson [jim.d.johnson@wv.gov]; Jim Matney [James.A.Matney@wv.gov]; Jim Smallridge [jasmallridge@aetna.com]; Joe Deegan [michael.deegan@thomashealth.org]; John Law [john.d.law2@wv.gov]; Judy Crabtree [Judy.Crabtree@camc.org]; Julie Miller [julie.z.miller@wv.gov]; Karen Yost [Karen.Yost@prestera.org]; Keith Zullig [kzullig@hsc.wvu.edu]; Kellie Baker [kellie.harding@aol.com]; Kenneth Burner [burnerk@ahidta.org]; Kim Tieman [ktieman@benedum.org]; Kimberly Shoemake [Kimberly.Shoemake@prestera.org]; Lillian Morris [Lillian.morris@camc.org]; Lindsay Acree [lindsayacree@ucwv.edu]; Lita Kirk [lolita.kirk@wv.gov]; O'Connell, Lyn [oconnelll@marshall.edu]; Lynne Fruth [lfruth@fruthpharmacy.com]; Maggie Linsky [margaret.n.linsky@wv.gov]; Maria Summers [maria.summers@chhi.org]; Mark Strickland [mark.strickland@charlestonfire.com]; Mary Bragan [mary.bragan@va.gov]; Mary Lynn Harshbarger [harshbarge16@marshall.edu]; Mary Pounder [mpounder@comerfamilyfoundation.org]; Matt Boggs [mboggs@recoverypointwv.org]; Capozzola, Matthew [capozzola@live.marshall.edu]; Haney, Michael G. [haney6@marshall.edu]; Michael Kilkenny [michael.e.kilkenny@wv.gov]; Michelle Perdue [michelle.d.perdue@wv.gov]; Mike Brumage [mrbrumage@hsc.wvu.edu]; Nils Haynes [nils.c.haynes@wv.gov]; Paul Lageman [paul.lageman@st-marys.org]; Koontz, Penny [koontz7@marshall.edu]; Rachael Hatfield [rachaelhatfield@outlook.com]; Richard Goerling [richard@mindfulbadge.com]; Robin Pollini [robin.pollini@hsc.wvu.edu]; Rodney Pell [rpellhpd85@gmail.com]; Sam Suiter [sam.k.suiter@wv.gov]; Sandi Morgan [sandi.morgan@camc.org]; Sandra Hardwick [sandra.l.hardwick@usace.army.mil]; Scott Lemley [slemley@hpdwv.com]; Clendenin, Shana [trippett7@marshall.edu]; stephen.samples@cityofcharleston.org; Steve Burton [steve@ascensionrs.com]; Susan Gardner [Susangardner@ucwv.edu]; Sven Berg [sberg@qualityinsights.org]; Taucha Miller (Taucha.Miller@st-marys.org) [Taucha.Miller@st-marys.org]; Teresa Sexton [teresa.sexton@chhi.org]; Terri Gogus [terri.l.gogus@wv.gov]; Thomas Robinson [thomas.robinson@charlestonfire.com]; Tim Hazelett [tim.d.hazelett@wv.gov]; Tim White [tim.white@prestera.org]; Ramirez, Tina [ramirezt@marshall.edu]; Sundaram, Uma [sundaramu@marshall.edu]; Vicki Hildreth [vicki.l.hildreth@wv.gov]; Virgil White [vwhite@cityofsouthcharleston.com]; Yolanda Sowards [sowardsy@ahidta.org]
**Subject:** PROACT

Good afternoon.  I wanted to share the great things PROACT has done.



Tina L. Ramirez
Director Great Rivers Regional System of Addiction Care
Division of Addiction Sciences

PLAINTIFFS TRIAL EXHIBIT
P-41051_00001

HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0016730
P-41051 _ 00001

**Marshall Family Medicine**
35 Chase Drive
Hurricane, WV 25526
PH: 304-691-6858
www.marshallhealth.org

HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0016731

PROVIDER RESPONSE ORGANIZATION

# PROACT

FOR ADDICTION CARE & TREATMENT

**BOARD OF DIRECTORS**

**Gene Preston**
President, PROACT
*Cabell Huntington Hospital*

**Beth Hammers**
Vice President, PROACT
*Marshall University Joan C. Edwards*
*School of Medicine/Marshall Health*

**Angie Swearington**
Treasurer/Secretary, PROACT
*St. Mary's Medical Center*

**Robin Creasy**
*St. Mary's Medical Center*

**Stephen Petrany, MD**
*Marshall University Joan C. Edwards*
*School of Medicine/Marshall Health*

**Vickie Smith**
*Cabell Huntington Hospital*

**Steve Shattls**
*Valley Health Systems*

**Daniel J. Lauffer, PA**
*Thomas Health Systems*

800 20th Street
Huntington, WV 25703
Tel: 304-696-8700
Fax: 304-696-8701
www.proactwv.com

# Director's Report

HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0016732



**12/12/2018**

**Director's Report**

Greetings everyone and Happy Holidays! As of December 10th the PROACT Huntington facility welcomed Valley Health as a full time occupant of the building alongside the Marshall clinic.  We have had a total of 152 intakes since our opening and Valley's presence on the 10th effectively doubled our population served.



Of the 152 intakes, 70 of them were female and 82 of them were men.    They were all Caucasian except for 4 African American females.

November intakes, our second month of operation, saw a 24% in increase from the previous month.



HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0016733

Our intakes have ranged in age from 21 to 77 with the average age being 37 and the majority of individuals (113) being between ages 25-44.



Our referrals remain mostly self-referred walk-ins, but we did have 34 community referrals.



HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0016734

November referral sources remained consistent with October's, with self-referrals accounting for the majority of the increase in intakes.



The majority of our intakes (134) continue to request referral for MAT services, mostly Suboxone, though 11 requested Vivatrol. Withdrawal management services were requested in 3 of the cases, Residential Treatment referral in 2 cases, and 11 individuals requested abstinence based treatment services. One individual did not return following their intake and one was undecided at time of intake.



HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0016735

Referrals for MAT services in November increased  by 33% over what they were in October.



Opioids remain the primary drug type noted with heroin comprising 122 of the cases.   Methamphetamine was mentioned in 33 (22%) of the cases and 8 of the individuals disclosed that they had been using primarily Suboxone illegally prior to admission to our program.



HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0016736

Reports of heroin use increased by  27% in November with illicit Suboxone use being reported in 6 of the cases, a 300% increase from October.  Reports of alcohol and other opioids decreased from the previous month.



The majority of our intakes have reported only a single drug of use, but, 31% of the cases reported polysubstance use.



HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0016737

**APPRECIATION**

I want to express my appreciation to all the staff for their outstanding work and dedication and to our board members for supporting this great cause.

Submitted by:

Michael Haney, LICSW
Director PROACT

HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0016738