Message

| From: | Connie Priddy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=efa4258d13644756b6a143499a024116-Connie.Prid] |
|---|---|
| on behalf of | Connie Priddy [/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=efa4258d13644756b6a143499a024116-connie.prid] |
| Sent: | 2/20/2019 7:10:58 PM |
| To: | 'lwgaris@surrey.ca' [lwgaris@surrey.ca] |
| Subject: | QRT (Quick Response Team) Information |

Chief Garis,

I really enjoyed speaking with you today. I tried to provide as much information as I thought would be helpful. Please feel free to utilize it as needed.

I truly believe we are in this together...and the more we can share, the better our communities will become.

Michael Kilkenny, MD, MS
Physician Director, Cabell-Huntington Health Department
703 7th Avenue
Huntington, WV 25701
(304) 523-6483 (extension 250)
Michael.E.Kilkenny@wv.gov
WWW.cabellhealth.org


Regards,

Connie Priddy MA, RN, MCCN
Compliance Officer/QRT Coordinator
Cabell County Emergency Medical Services
846 8th Avenue
Huntington, WV 25701
Office: 304-526-8550
Email: connie.priddy@ccems.org

PLAINTIFFS TRIAL EXHIBIT
P-41054_00001

**Cabell County EMS**

**Overdose Calls (comparison 2017 & 2018)**

**2017**

"Overdose Calls"

- Jan – 165
- Feb – 153
- March – 134
- Apr – 174
- May – 181
- June – 146
- July – 144
- Aug - 195
- Sept – 167
- Oct – 139
- Nov – 115
- Dec – 118

Narcan Administration

- Jan –  119
- Feb – 112
- March – 88
- Apr – 135
- May – 104
- June – 93
- July – 78
- Aug – 118
- Sept – 97
- Oct – 73
- Nov – 61
- Dec – 75

**Total (2017)**

"Overdose Calls"

**1831**

Narcan Administration

**1153**

HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0051723

**2018**

"Overdose Calls"

- Jan – 113
- Feb – 90
- March – 86
- Apr – 62
- May – 112
- June – 101
- July – 106
- Aug – 113
- Sept – 85
- Oct – 76
- Nov – 65
- Dec – 80

Narcan Administration

- Jan – 63
- Feb – 42
- March – 53
- Apr – 40
- May – 54
- June – 80
- July – 71
- Aug – 79
- Sept – 61
- Oct – 58
- Nov – 37
- Dec – 48

**Total (2018)**

"Overdose Calls"

**1089**

Narcan Administration

**686**

- ➢ **41% DECREASE IN OD CALLS**
- ➢ **41% DECREASE IN NARCAN ADMINISTRATION**

HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0051724

HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0051725