Cabell County Emergency Medical Services

Overdose calls 2015-2018 (Quarterly)

**2015:**

1st Quarter – 116

2nd Quarter – 109

3rd Quarter – 126

4th Quarter – 129

**TOTAL – 480**

**2016:**

1st Quarter – 197

2nd Quarter – 206

3rd Quarter – 350

4th Quarter – 464

**TOTAL – 1217**

**2017:**

1st Quarter – 452

2nd Quarter – 501

3rd Quarter – 506

4th Quarter – 372

**TOTAL - 1831**

**2018:**

1st Quarter – 289

2nd Quarter – 275

3rd Quarter – 304

4th Quarter – 221

**TOTAL – 1089**

**SUBMITTED BY: CONNIE PRIDDY MA, RN, MCCN (CABELL COUNTY EMS)**

PLAINTIFFS TRIAL EXHIBIT
P-41060_00001

HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS    CCEMS_0060484

P-41060 _ 00001

HIPAA PROTECTED HEALTH INFORMATION-ACCESS RESTRICTED TO ATTORNEYS AND EXPERTS   CCEMS_0060485
P-41060 _ 00002