# HUNTINGTON POLICE DEPARTMENT

## *A Year of Transition*

# 2014

## Annual Report

PLAINTIFFS TRIAL
EXHIBIT
**P-41220_00001**



HONOR • PRIDE • DUTY

# A Year of Transition

For the Huntington Police Department, 2014 was a year of transition. Chief William "Skip" Holbrook retired as Chief of the Huntington Police Department in April of 2014, to become the Chief of Police in Columbia, South Carolina. The first transition occurred when Jim Johnson was appointed interim Chief of Police while a search committee was formed to determine the top candidates for the position. Eventually the interim part of the title was dropped as the selection process continued for six months. Chief Joe Ciccarelli was sworn in as the new Chief of Police in early November of 2014.



### Chief W.H. "Skip" Holbrook

Chief Holbrook began his law enforcement career in 1987 as a police officer and a VICE and Narcotics Detective with the Charlotte Police Department. In 1992 he was hired by the North Carolina Department of Justice, State Bureau of Investigations. Holbrook served as a Special Agent responsible for criminal, narcotics and task force investigations in the Northern & Southern Piedmont area of North Carolina. On June 26, 2007, he was appointed Chief of Police for the Huntington Police Department and served in this capacity until April 2014 when he retired to take the position of Chief of Police in  Columbia, SC.



### Chief Jim Johnson

Chief Johnson began his law enforcement career in 1972 as an officer with the Huntington Police Department. He retired as a Lieutenant in 2001 after 29 years with the department. Shortly after retiring from HPD he was appointed the Cabell County jail administrator and served in that capacity from 2001 to 2004. Johnson then served as the City of Huntington's Constituent Services Liaison in the Mayor's Office for five years until being appointed interim Chief of Police on April 7, 2014. Currently Jim Johnson is the Director of the Mayor's Office of Drug Control Policy.



### Chief Joe Ciccarelli

Chief Ciccarelli started his law enforcement career with the Huntington Police Department in 1978, serving as a police officer and detective before being hired by the FBI in 1984. His FBI career began as a Special Agent in St. Louis, serving as an investigator for white-collar crimes, organized crime and labor racketeering cases. He moved to Miami, where he served as a Special Agent and a Supervisory Special Agent in the Organized Crime/Drug Program. Ciccarelli came back to Huntington in 1998 to serve as a special agent and coordinator of the Huntington Violent Crime/Federal Drug Task Force. After retiring from the FBI in January 2014 Ciccarelli began working as an investigator for the WV Supreme of Appeals where he served until being appointed Chief of Police here in November 2014.

P-41220_00002



**From the Chief of Police** . . . . . . . . . . . **5**

**Vision and Mission Statement** . . . . . . . **6**

**Executive Command Staff** . . . . . . . . . . **7**

**2014 Crime Statistics** . . . . . . . . . . . . . . **8**

**Patrol Bureau** . . . . . . . . . . . . . . . . . . . . **11**
- Traffic Unit . . . . . . . . . . . . . . . . . . . . . . . 11
- K-9 Unit . . . . . . . . . . . . . . . . . . . . . . . . . . 12
- Code Enforcement Unit . . . . . . . . . . . 12

**Criminal Investigations Bureau** . . . . . . . **13**
- Violent Crimes Unit . . . . . . . . . . . . . . . . 13
- Property Crimes Unit . . . . . . . . . . . . . . 14
- Family Crimes Unit . . . . . . . . . . . . . . . . 14
- Forensic Investigations Unit . . . . . . . 15
- Digital Forensics Unit . . . . . . . . . . . . . . 15

**Special Investigations Bureau** . . . . . . . **16**
- Emerging Threats . . . . . . . . . . . . . . . . . 17
- FBI Violent Crime Drug
  Task Force . . . . . . . . . . . . . . . . . . . . . . . 18
- ATF River City Gun Task Force . . . . . 19
- DEA Task Force . . . . . . . . . . . . . . . . . . . 19
- Special Emphasis Unit (SEU) . . . . . 21
- Appalachia HIDTA . . . . . . . . . . . . . . . . . 21

**SWAT/Crisis Negotiation Team** . . . . . . . **22**

**The Office of Professional Standards** . . . **24**
- Complaint Investigations . . . . . . . . . . 24
- Use of Force . . . . . . . . . . . . . . . . . . . . . . 25
- Employee Motor Vehicle
  Collisions . . . . . . . . . . . . . . . . . . . . . . . 25
- Other Endeavors . . . . . . . . . . . . . . . . . . 26

**Administrative Bureau** . . . . . . . . . . . . . **27**
- Summary of Grants . . . . . . . . . . . . . . . . 28
- Neighborhood Institute . . . . . . . . . . . 29
- Training . . . . . . . . . . . . . . . . . . . . . . . . . . 29

- Recruiting . . . . . . . . . . . . . . . . . . . . . . . . 29
- Training Courses . . . . . . . . . . . . . . . . . . 30
- Systems Management . . . . . . . . . . . . . . 31
- Property & Evidence Unit . . . . . . . . . . 31

**Programs and Partnerships** . . . . . . . . . . **32**
- Mission Tri-State . . . . . . . . . . . . . . . . . . . 32
- S.T.O.P. Crime in Our Community . . . . . . . 32
- Prescription Take-Back Program . . . . . . 32
- Cabell/Wayne Homeland
  Security Group . . . . . . . . . . . . . . . . . . . . . . 32
- Huntington Police/Marshall
  University Forensic Science
  Partnership . . . . . . . . . . . . . . . . . . . . . . . 32
- Atlanta Drug Summit . . . . . . . . . . . . . . . 33
- Office of National Drug
  Control Policy . . . . . . . . . . . . . . . . . . . . . . 33

**Initiatives** . . . . . . . . . . . . . . . . . . . . . . . . **34**
- River to Rail . . . . . . . . . . . . . . . . . . . . . . . 34
- Bicycle Safety . . . . . . . . . . . . . . . . . . . . . 34
- Heads Up Huntington . . . . . . . . . . . . . . 34
- River to Jail . . . . . . . . . . . . . . . . . . . . . . . 34

**Peace Officers Memorial Day** . . . . . . . . . **36**
- A Fallen Officer's Story . . . . . . . . . . . . . 37

**FOP Christmas Party** . . . . . . . . . . . . . . . **39**

**2014 Awards** . . . . . . . . . . . . . . . . . . . . . . **40**
- Officer of the Month . . . . . . . . . . . . . . . 40
- Officer of the Year Award . . . . . . . . . . . 42
- 2014 WV Governor's Highway
  Safety Program . . . . . . . . . . . . . . . . . . . . 44
- Promotions . . . . . . . . . . . . . . . . . . . . . . . 45
- Retirements . . . . . . . . . . . . . . . . . . . . . . . 46

Table of Contents



4

P-41220_00004



*A letter from the Office of the*

# CHIEF OF POLICE

To Mayor Steve Williams, Huntington City Council, and the residents of Huntington:

On behalf of the dedicated employees of the Huntington Police Department, it is my pleasure to present to you the *2014 Annual Report*.

The Huntington Police Department has endeavored perhaps in its greatest transition since its inception. After seven years of leadership, Chief Skip Holbrook left to accept the Chief's position in Columbia, South Carolina. He left behind a remarkable record of success that saw HPD rise to new levels of excellence.

During his time as Chief, Jim Johnson focused his strategy on combating the growing drug problem in the City. His key program, "Operation River to Jail", saw over 280 arrests during the summer months. This highlighted the problem of addiction in the community and led to the creation of the Mayor's Office of Drug Control Policy, which Mr. Johnson now directs.

In its first full year, the Huntington Police Department's Code Enforcement Unit issued 3100 citations and achieved an 80 percent compliance rate. This is part of a citywide effort to eliminate dilapidated and unsafe housing that serves as a breeding ground for crime. Additionally, the department continues its efforts toward certification by the Commission on Accreditation of Law Enforcement Agencies.

We must now direct our attention toward the future. This involves a three-prong implementation. First, we must continue to build upon and strengthen existing successful community partnerships, while simultaneously seeking to expand those partnerships to other underserved populations. Second we must strive to utilize new technology to produce a more efficient, prepared, and professional officer. The advent of our new regional training complex will utilize a host of resources not only for this department, but for those in our region. Efforts to establish a Community Policing Division, a Cold Case Investigation Unit and the activation of a Use of Force Simulator will all be major goals to address this in 2015. Third, we must continue our crime reduction efforts by targeting the illegal drug trade and work in conjunction with area resources to reduce recidivism, relapse, and encourage sound re-entry practices.

With the strong foundation that exists, the Police Department is poised to reach even greater heights of excellence. I look forward to leading the brave men and women of the Huntington Police Department to greater achievements in the future.

Respectfully submitted,

Joseph I. Ciccarelli, Chief of Police

"We are mothers and fathers, sons and daughters who everyday go about our lives with honor, pride and duty. Neither rain, nor snow, nor heat, nor gloom of night, nor the innumerable challenges facing us as a matter of routine, will ever prevent us from execution of our sworn duty to protect the citizens of Huntington. Since 1872, in good times and bad, the men and women of the Huntington Police Department have answered the call, and we always will."

P-41220_00005



## VISION STATEMENT

The members of the Huntington Police Department embrace quality policing and are committed to the development of a comprehensive strategy to prevent crime, resolve public safety issues, provide service to the community, and enhance the quality of life within our city.

## MISSION STATEMENT

The mission of the Huntington Police Department is to provide the highest level of professional police service while preventing crime through problem-solving partnerships. This mission is accomplished by a commitment to reduce criminal victimization, call offenders to account, reduce fear and enhance personal security, strive to ensure safety in public places, when required, use force fairly, efficiently, and effectively, maintain fiscal responsibility to our citizens, and meet the expectations of our community.

6

P-41220_00006

## Executive Command Staff



*Left to right:* Captain Mike Albers *(Office of Professional Standards)*, Captain Rocky Johnson *(Special Investigations Bureau)*, Chief Joe Ciccarelli *(Chief of Police)*, Captain Hank Dial *(Patrol Bureau)*, Captain John Ellis *(Criminal Investigations Bureau)*, Captain Ray Cornwell *(Administrative Bureau)*



Huntington Police Organizational Chart

**Office of the Chief of Police**

- SWAT / Negotiations

**Special Investigations Bureau**
- Drug Enforcement Unit
- Special Emphasis Unit

**Patrol Bureau**
- Day Shift
- Evening Shift
- Midnight Shift
- Special Patrol Division
- Traffic Unit
- Reserve Unit
- K9 / Directed Patrol
- Code Enforcement

**Office of Professional Standards**

**Criminal Investigations Bureau**
- Property Crimes Unit
- Family Crimes Unit
- Violent Crimes Unit
- Forensic Investigation Unit

**Administrative Bureau**
- Training / Recruitment Section
- Services Section
- Systems Management Section
- Planning and Research Section

P-41220_00007

## 2014 Crime Statistics



**In 2014**

- Burglary offenses are down 5.6%
- Larceny from a vehicle are down 27.1%
- Larceny/theft offenses are down 9.3%

**Since 2010**

- Simple assault offense are down 40.2%
- Robbery offenses are down 34.6%
- Vandalism offenses are down 4.4%

Property crimes, which have increased over the past few years due to the reemergence of heroin in our community, have begun to decline. Comparing 2013 to 2014, burglary offenses have seen a 5.6 percent decrease, general larceny/theft offenses have decreased 9.3 percent, and vehicle break-ins have decreased 27.1 percent. As we continue to focus on the heroin issue, we expect to continue to see the number of property offenses decrease.

Despite the overall increase in crime, some important categories of crime have seen decreases from 2013 to 2014. This includes a 6.2 percent reduction in robbery, a 6.8 percent reduction in vandalism, and a 32.5 percent reduction in simple assaults. Overall Part I Offenses saw a small decrease in 2014 from 3,631 offenses to 3,618 offenses.

The Huntington Police Department continues their commitment to enhancing the quality of life in the City of Huntington by developing partnerships and relationships with other law enforcement agencies and the community. In 2015, the Huntington Police Department looks forward to continuing these partnerships and collaborations to provide the best law enforcement services available.



*John Reynolds, Chief Joe Ball, and "Uncle" Sam Wellman of the Central City Police Force on the steps of the Central City Police Station (later known as the St. Could Fire Station) in 1905.*

P-41220_00008

## 2014 Crime Statistics





| Part I Offenses 2010-2014 | | | | | |
|---|---|---|---|---|---|
| **Offenses** | **2010** | **2011** | **2012** | **2013** | **2014** |
| **Murder** | 2 | 4 | 5 | 5 | 6 |
| **Forcible Rape** | 31 | 35 | 34 | 35 | 41 |
| **Robbery** | 181 | 172 | 140 | 127 | 118 |
| **Aggravated Assault** | 89 | 92 | 86 | 101 | 127 |
| **Violent Crime** | 303 | 303 | 265 | 268 | 292 |
| | | | | | |
| **Arson** | 26 | 22 | 74 | 22 | 40 |
| **Burglary** | 851 | 994 | 1006 | 1031 | 973 |
| **Larceny-Theft** | 1870 | 1841 | 1945 | 2150 | 2120 |
| **Motor Vehicle Theft** | 176 | 158 | 146 | 160 | 193 |
| **Property Crimes** | 2923 | 3015 | 3171 | 3363 | 3326 |
| | | | | | |
| **Totals** | 3226 | 3318 | 3436 | 3631 | 3618 |

P-41220_00009

## 2014 Crime Statistics



| All Offenses In the City of Huntington 2010-2014 | | | | | |
|---|---|---|---|---|---|
| **Offenses** | **2010** | **2011** | **2012** | **2013** | **2014** |
| Murder & Non-Negligent Manslaughter | 2 | 4 | 5 | 5 | 6 |
| Homicide - Negligent Manslaughter | 0 | 0 | 0 | 0 | 1 |
| Sex Offense - Forcible Rape | 31 | 35 | 34 | 35 | 41 |
| Sex Offense - Forcible Sodomy | 0 | 2 | 0 | 2 | 1 |
| Sex Offense - Assault with an object | 21 | 28 | 38 | 17 | 2 |
| Sex Offense - Forcible Handling | 10 | 20 | 9 | 14 | 23 |
| Sex Offense - Statutory Rape | 0 | 3 | 0 | 3 | 5 |
| Sex Offense - Incest | 1 | 0 | 0 | 2 | 0 |
| Burglary/Breaking & Entering | 851 | 994 | 1006 | 1031 | 973 |
| Larceny - Pocket-picking | 0 | 0 | 0 | 2 | 4 |
| Larceny - Purse-snatching | 9 | 0 | 1 | 1 | 22 |
| Larceny - Shoplifting | 42 | 86 | 83 | 117 | 203 |
| Larceny - From Building | 23 | 17 | 16 | 57 | 194 |
| Larceny - From Coin-oprated Device | 1 | 0 | 0 | 0 | 6 |
| Larceny - From Vehicle/Not Parts | 520 | 406 | 508 | 693 | 505 |
| Larceny - Of Motor Vehicle Part/Access | 2 | 0 | 12 | 48 | 74 |
| Larceny - Other | 1273 | 1332 | 1325 | 1229 | 1114 |
| Motor Vehicle Theft | 176 | 158 | 146 | 163 | 193 |
| Kidnapping/Abduction | 8 | 10 | 6 | 5 | 6 |
| Arson | 26 | 22 | 74 | 22 | 40 |
| Drug/Narcotics | 231 | 232 | 218 | 246 | 425 |
| Drug Equipment | 1 | 1 | 0 | 7 | 18 |
| Bribery | 0 | 0 | 0 | 2 | 0 |
| Embezzlement | 18 | 21 | 18 | 23 | 26 |
| Fraud - False Pretences/Games | 143 | 117 | 128 | 132 | 94 |
| Fraud Credit Card/ATM | 23 | 22 | 15 | 54 | 92 |
| Fraud - Impersonation | 7 | 21 | 21 | 11 | 9 |
| Fraud - Welfare Fraud | 0 | 0 | 0 | 0 | 3 |
| Fraud - Wire Fraud | 0 | 0 | 0 | 0 | 2 |
| Counterfeit/Forgery | 100 | 97 | 87 | 63 | 51 |
| Extortion/Blackmail | 0 | 0 | 0 | 0 | 0 |
| Prostitution | 34 | 51 | 50 | 33 | 28 |
| Prostitution- Promoting/Assisting | 0 | 3 | 0 | 0 | 3 |
| Stolen Property | 3 | 1 | 1 | 40 | 49 |
| Aggravated Assault | 89 | 92 | 86 | 101 | 157 |
| Simple Assault | 859 | 883 | 826 | 760 | 513 |
| Intimidation | 0 | 1 | 5 | 6 | 6 |
| Destruction/Damage/Vandalism | 725 | 776 | 733 | 743 | 693 |
| Robbery | 181 | 172 | 140 | 127 | 119 |
| Bad Check | 0 | 0 | 0 | 0 | 0 |
| Weapon Law Violation | 13 | 7 | 7 | 41 | 116 |
| Disorderly Conduct | 120 | 82 | 81 | 92 | 133 |
| Driving Under the Influence | 257 | 411 | 493 | 389 | 348 |
| Drunkenness | 120 | 116 | 85 | 70 | 81 |
| Family Offenses, Nonviolent | 0 | 0 | 0 | 5 | 17 |
| Liquor Law Violations | 3 | 6 | 0 | 4 | 2 |
| Runaway | 0 | 0 | 1 | 29 | 92 |
| Peeping Tom | 0 | 0 | 0 | 0 | 0 |
| Trespass of Real Property | 2 | 1 | 0 | 15 | 42 |
| All other Offenses | 1671 | 1789 | 1293 | 1158 | 1764 |

P-41220_00010



**Captain Hank Dial**

## Patrol Bureau

The Patrol Bureau is under the command of Captain Hank Dial, a 23-year veteran of the HPD. The current assigned strength of the Patrol Bureau is 72 officers or about 65 percent of the department. Patrol officers are typically the first point of contact with the public. The core function of the Patrol Bureau is crime suppression and prevention through uniform presence and response to Emergency 911 calls for service.

The Patrol Bureau also serves as the training and proving ground for new police officers. Upon completion of the West Virginia State Police Academy, probationary police officers (PPOs) must successfully complete a comprehensive ten-week field training program. Each PPO is instructed, evaluated, and mentored by very talented, hand-selected training officers. Six PPOs completed the evolution through our field training program this year. In 2014, officers responded to 43,781 calls for service, completed 10,645 reports, and conducted 4,405 arrests.

### TRAFFIC UNIT
The Traffic Unit is led by Lt. Levi Livingston. The unit is comprised of six officers assigned to various traffic-related duties.

The Traffic Unit coordinated 83 total events in 2014. These major events included: the McDonald's Bicycle Criterium, WV 5K Championship, St. Mary's Triathlon, 5K Color Run, Path to the Cure 5K,

P-41220_00011

Marshall Marathon, Turkey Trot, and the Huntington Christmas Parade. The Traffic Unit facilitated 62 races, 10 parades, numerous dignitary escorts, and traffic control for seven Marshall University home football games.

For the seventh year in a row, the Traffic Unit received the Prestigious Platinum Award from AAA for their efforts in improving traffic safety, which makes the region's roadways safer for motorists, bicyclists, and pedestrians. Five officers were recognized by the West Virginia Governor's Highway Safety Program and received awards of excellence.

### K-9 UNIT

The K-9 Unit's primary responsibility is the support of patrol operations and drug enforcement activities. Five of the K-9 officers are credentialed through the FBI Task Force, allowing them to assist other local, state and federal law enforcement authorities in the area. The unit currently has seven certified K-9 handlers and eight dogs – six dogs are multi-purpose that includes tracking/apprehension and narcotics detection, one dog is a single-purpose tracking bloodhound, and another is a single-purpose narcotics detection K-9.

### CODE ENFORCEMENT UNIT

The Code Enforcement Unit is currently made up of one sergeant and four civilian employees. In 2014, the Code Enforcement Unit issued 3,237 tickets. Of these tickets, 2,591 tickets were dismissed for compliance, which resulted in an 80 percent compliance rate. Code Enforcement assisted SEU/Drug Task Force in inspecting 25 structures, which 17 of these structures were closed as per "Do Not Occupy" orders. Additionally, two other structures were issued "Do Not Occupy" orders for a total of 19. This unit has been highly successful in cleaning up our neighborhoods and improving the quality of life within the City of Huntington.



*Joshua Brunton's swearing in ceremony to become a new reserve officer. The Reserve Unit supplement Patrol Bureau activities.*

| Patrol Bureau Activity | | | |
|---|---|---|---|
| | 2012 | 2013 | 2014 |
| Calls for Service | 45,078 | 43,978 | 43,781 |
| Reports Completed | 11,829 | 11,382 | 10,645 |
| | | | |
| Total Offenses Reported | 7,551 | 7,922 | 8,271 |
| Total Adult Arrests | 5,952 | 4,462 | 4,405 |
| Total Juvenile Arrests | 132 | 102 | 77 |
| | | | |
| Total Traffic Citations | 12,298 | 12,674 | 9,222 |
| Traffic Crashes | 1,923 | 1,909 | 2,088 |

| K-9 Unit Supported Seizures 2012 - 2014 | | | |
|---|---|---|---|
| | 2012 | 2013 | 2014 |
| Total Tracks | 69 | 118 | 82 |
| Narcotics | | | |
|   Heroin | 699 grams | 1,865 grams | 585.5 grams |
|   Marijuana | 41.78 lbs | 44.0 lbs | 62.3 lbs |
|   Prescription Pills | 3,309 du | 10,955 du | 1,793 du |
| | | | |
|   Currency | $168,464 | $217,262 | $83,408 |



*Gary Brydie, Beth Brumfield, and Gary Akers from the Traffic Unit in the early 1980s.*

P-41220_00012



**Captain John Ellis**

## Criminal Investigations Bureau

The Criminal Investigations Bureau (CIB) is commanded by Captain John Ellis, a 19-year veteran of the HPD. He is assisted in command by Lieutenant John Williams. The bureau consists of 16 detectives responsible for day-to-day investigative assignments, and two civilians. The bureau is divided into four units: Violent Crimes Unit, Property Crimes Unit, Family Crimes Unit, and the Forensic Investigation Unit. Each unit has unique responsibilities as it relates to the investigation of criminal activity. The detectives assigned to each of these units receive specialized training directly related to the types of cases investigated.

The Criminal Investigations Bureau received 5,494 cases for review and investigation in 2014, of which 1,760 cases were placed in a suspended/closed status based upon certain investigative criteria. Cases which lack witnesses, identifiable property, physical evidence, or other viable solvability factors are placed in suspended/closed status. These cases will not be investigated further unless additional information is developed. It is not uncommon for cases that have been placed in this suspended/closed status to be later reopened and investigated, based upon new information developed during other investigations.

**VIOLENT CRIMES UNIT**
The Violent Crimes Unit is responsible for investigating all homicides, suspicious/unattended deaths, and other violent crimes such as assault, battery, robbery, arson, malicious wounding, and adult sexual

P-41220_00013

assaults. The unit is called upon to conduct sensitive investigations and all officer-involved shooting investigations. They received 751 cases for review in 2014. This year investigators cleared several high-profile cases by arresting several suspects on each case. In June 2014, detectives worked several robberies of convenient stores; the detectives arrested five individuals and cleared six robberies that these individuals were connected to. The detectives have also investigated six homicides. Four have been cleared by arrest and two are still ongoing. In addition, over the past year, the crimes against persons unit executed 86 search warrants, which included residences, cars, businesses, and cell phones.

### PROPERTY CRIMES UNIT

The Property Crime Unit receives the largest caseload of all investigative units. In 2014, the unit received 2,128 cases for review, an increase of more than 200 from 2013. The unit consists of four detectives and one sergeant. The Property Crimes Unit Investigates crimes such as burglary, breaking and entering, grand and petit larcenies, auto theft, and white collar crimes. The Property Crimes Unit recovered approximately $250,000 in stolen property and presented 55 cases to the Grand Jury. Some highlights of the property detectives this year included the identification and arrest of an individual who stole/vandalized over 32 heating and air units over a two-month period. They also identified three suspects who broke into several businesses in the city.

### FAMILY CRIMES UNIT

The Family Crimes Unit was assigned 855 cases this past year. The unit consists of two detectives, a School Resource Officer, and a sergeant. The detectives are responsible for investigating cases of theft involving family members, domestic violence, crimes against children, juvenile sexual assaults and any juvenile crime. Due to the sensitive nature of some of these investigations, the officers work with our Digital Forensics Unit, victim advocates, and other agencies to ensure the safety and well-being of the families they serve. The Family Crimes Unit received 879 cases for review in 2014. Each detective

| Property Crime Unit Activity 2014 | |
|---|---|
| Cases Assigned | 2128 |
| Search Warrants Executed | 20 |
| Grand Jury Presentations | 55 |
| Value of Recovered Property | $250,032 |

**Criminal Investigations Bureau: Percent of Cases by Unit**



- ■ Violent Crime Unit (751)
- ■ Property Crime Unit (2,128)
- ■ Family Crime Unit (855)



*Don Bolling, Chief Lawrence Nowrey, Lt. Ottie Adkins, and Chip Taylor with the mobile crime lab in November of 1973.*

P-41220_00014

has has attended a specialized investigative course titled "Finding Words," which prepares them in dealing with victimized children.

## FORENSIC INVESTIGATION UNIT

The Forensic Investigation Unit is staffed by two sergeants and one civilian. These highly skilled and trained detectives specialize in the areas of fingerprint identification, bloodstain pattern analysis, and shooting reconstruction. The detectives are responsible for the collection, analysis, documentation and interpretation of evidence in a wide array of crime scene investigations. They have been recognized in courts as experts in these disciplines. By virtue of their experience and expertise, they are often sought to assist outside agencies in the processing of various crime scenes as well as the analysis and interpretation of evidence that has been collected.

In addition to their duties at the department, each member of the unit serves as faculty and guest instructors of the Marshall University Forensic Science program. They also conduct exercises at the Marshall University crime scene house and mock court scenarios for the students.

The Forensic Investigation Unit responded to 81 scenes and processed numerous additional cases in the lab. They were called out on 64 occasions and processed 81 scenes. The unit entered 101 cases into the Automated Fingerprint Identification System (AFIS). Use of this system yielded 27 identifications of otherwise unknown fingerprints. AFIS has allowed unknown fingerprints to be compared to thousands of known records, which previously would have required manual comparisons by an investigator. The unit has also given expert opinion testimony in court on six occasions in 2014.

## DIGITAL FORENSICS UNIT

The Digital Forensics Unit had another busy year in 2014. The unit continued the prosecution of child pornography cases that began in 2012 and 2013 with the WV Cyber Crimes Task Force (WVCCTF). Two of those cases have ended with convictions in 2014. The unit also assisted with the execution of three search warrants in 2014 against individuals sharing

### Forensic Investigations Unit 2014

| Incident Type | Investigations |
|---|---|
| B&E | 11 |
| Burglary | 23 |
| Traffic Crash | 5 |
| Drugs | 11 |
| Robbery | 3 |
| Felon w/Firearm | 7 |
| Wanton Endangerment | 6 |
| Search Warrant | 8 |
| **Suspicious Death** | |
| Homicide | 9 |
| Suicide | 3 |
| Overdose | 8 |
| **Malicious Wounding** | |
| Shooting | 7 |
| Beating | 2 |
| Stabbing | 3 |
| **Assist Outside Agency** | |
| Homicide | 3 |
| Other | 3 |
| Other Incident | 20 |
| | |
| Total | 132 |

### AFIX Tracker

| | |
|---|---|
| Cases Entered | 101 |
| Tracker Hits | 27 |
| Identification Rate | 27% |

child pornography on the internet. Those assists were with the West Virginia State Police and FBI. The unit also received three cyber tips to investigate from the ICAC Task Force commander in Morgantown.

Cpl. Eddie Prichard was declared an expert witness in Federal Court for the Southern District of WV, for the purpose of describing and presenting digital forensic evidence, and Lt. Chuck Kingery was proffered as an unchallenged expert witness in Federal Court for the same purpose.

The DFU has received multiple items of evidence to process in many different cases. The unit has also processed 80 cases with a total of 180 mobile devices and eight computers included in those cases. The DFU also assisted outside agencies in 10 of their cases with processing evidence on mobile devices.

P-41220_00015

## Special Investigations Bureau



## *Special Investigations Bureau*

**Captain Rocky Johnson**

Captain Rocky Johnson, a 23-year veteran of HPD, is the commander of the Special Investigations Bureau (SIB), which is responsible for drug and vice-related investigations. Captain Johnson coordinates investigations between the specialized units at HPD which include the Huntington Violent Crime Federal Drug Task Force, DEA Drug Task Force, DEA Tactical Diversion Squad, ATF Gun Task Force, and the HPD Special Emphasis Unit.

The Special Investigations Bureau is comprised of detectives assigned to various federal task forces focused on organized and violent crime investigations. The bureau currently has four

detectives assigned to the Federal Bureau of Investigation (FBI) Violent Crime Drug Task Force, one detective assigned to the Drug Enforcement Administration (DEA) Task Force, one assigned to the DEA Tactical Diversion Squad, and one detective assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATF) River City Gun Task Force. The SIB also has two officers assigned to the Special Emphasis Unit (SEU). This bureau is supported during special operations by SWAT, K-9 teams, and code enforcement officers.

The primary mission of each task force is to identify and dismantle violent drug/gun trafficking organizations (DTO) operating within our city and surrounding area. Each task force relies heavily on crime analysis, intelligence gathering, and surveillance to identify individuals who are part of DTOs. Upon the identification of offenders, cases

P-41220_00016

         

are worked utilizing federal conspiracy statutes to link overt acts of individuals to others in a criminal organization. This enables law enforcement officers to arrest and prosecute entire groups of offenders responsible for crimes and criminal acts occurring over a period of time. Federal sentencing guidelines often result in stiff prison terms imposed on offenders. Other methods of enforcement include undercover street-level buys, open-air drug market suppression, prostitution operations, and buy-bust drug operations targeting dealers.

The SIB commander analyzes the Drug and Crime Tip Line calls for assignment. Tip line calls can be used in several ways: for informational purposes only, additional information to further cases that are already active or if the tip contains specific information that can be confirmed and corroborated, it can be assigned for investigation to members of the SIB. Most cases received from the tip line are assigned to the SEU. In 2014, SIB detectives investigated 104 cases that were initiated from the tip line. There were 79 arrests made from the cases that were assigned for follow-up investigation.

In 2014, 57 nuisance property letters were sent to property owners after a search warrant was executed at various properties throughout the city. In most cases, code enforcement officers were called to the scene for immediate inspection of the property. There was 100 percent compliance from the property owners in these cases.

## EMERGING THREATS

An additional and important function of the Special Investigations Bureau is to identify emerging threats related to the proliferation of illegal drugs. Currently, the growing use of heroin is the number one threat to the City of Huntington. The influx of heroin into the area over the past few years has contributed to a significant rise in overdose cases. Huntington is not immune

| Special Investigations Bureau 2014 | |
|---|---|
| Seizures & Activities | |
| Crack | 1,762 grams |
| Cocaine | 487 grams |
| Marijuana | 32,267 grams |
| Synthetic | 909 grams |
| Heroin | 2,546 grams |
| | |
| Illegally Diverted Prescription Medications | 151,053 du |
| Guns | 115 |
| Vehicles | 4 |
| Cash | $2,853,784 |
| | |
| Arrests | |
| Misdemeanor | 57 |
| Felony | 197 |
| Total | 254 |
| | |
| Search Warrants Excuted | 85 |
| | |
| Indictments | 97 |



*Officer Fred Kings at the 1952 Band Festival Parade.*

P-41220_00017



Guns and other property seized from a search warrant in the 1800 block of Jefferson Avenue.

to this epidemic, and concentrated efforts by all our drug investigation units have placed an emphasis on disrupting and dismantling DTOs responsible for trafficking and distributing heroin and prescription drugs in our community.

### FBI VIOLENT CRIME DRUG TASK FORCE

The FBI Violent Crime Drug Task Force has been a staple in our drug enforcement community for years. It remains an outstanding collaborative partnership between the Huntington Police Department and the FBI. The FBI commits generous funding and equipment to the Huntington Police Department to support drug eradication efforts. The FBI Violent Crime Drug Task Force also includes detectives from the Cabell County Sheriff's Department, West Virginia State Police, and the Barboursville Police Department. The collaborations between the participating agencies have been a force multiplier for our department and a key to our success in disrupting and dismantling area DTOs.

In 2014, members of the FBI Huntington Task Force were involved in several significant operations involving large scale drug trafficking organizations. One of the highlights of the year was "Project 52". This operation was conducted to dismantle a heroin distribution organization based in Detroit, Michigan. Members of the task force executed search warrants and arrests in West Virginia, Ohio, and Michigan in an effort to dismantle the organization. Approximately 1400 grams of heroin, numerous firearms, and $29,000 in cash were seized. The task force worked extensively with Ohio Highway Patrol, Detroit Police Department, Detroit FBI, and Detroit DEA. The operation has thus far resulted in numerous state arrests and 11 federal indictments with several more anticipated.

The FBI Task Force also assisted the HPD Violent Crimes Unit and the HPD Patrol Bureau with several significant cases. Some of those included the arrest of Spanish Smith for the murder of Eugen Walmsley (the "Whiskey Rocks" shooting incident) and the

P-41220_00018

prosecution of Dwight Green. The task force and the K-9 Unit also conducted numerous operations together, including hotel and Greyhound bus interdictions, resulting in several significant seizures.

During 2014, the FBI Violent Crime Drug Task Force executed 31 search warrants and conducted numerous covert operations resulting in the arrest of 120 individuals linked to area drug trafficking organizations. The unit seized 39 firearms, 395 grams of crack/cocaine/cocaine base, 13,542 grams of marijuana, 1950 grams of heroin, 909 grams of synthetic drugs, and assisted in the recovery of approximately $256,213 in illegal drug proceeds. In 2014, the task force seizures topped 3,132 dosage units of prescription medications.

### ATF RIVER CITY GUN TASK FORCE

The ATF River City Gun Task Force continued to build on the previous year's successes. This task force works closely with the Criminal Investigation Bureau (CIB), the Patrol Bureau, and other area law enforcement agencies to conduct investigations involving firearms and related violent crime. The task force is frequently supported by officers assigned to the Special Emphasis Unit (SEU).

One highlight of this task force is a three-month investigation of a Columbus, Ohio drug and gun trafficking organization. A search warrant was executed at 127 Oakland Avenue, Huntington. Inside the residence investigators located seven firearms, 109 grams of crack cocaine, and 200 grams of heroin.

As a result of an interview with the target, charges were filed in federal court for the drug trafficking, additional charges of a felon in possession of a firearm, possession of a firearm with an obliterated serial number, and possession a firearm in furtherance of a drug related incident.

### DEA TASK FORCE

The DEA Task Force is also responsible for investigating and dismantling DTOs operating in Huntington and throughout the Southern District of West Virginia. The DEA Task Force continues to be



*A firearm seized at Glenwood Terrace after a search warrant was executed. Drugs and additional firearms were also seized at this location.*



*Over a half-pound of crack cocaine and a gun hidden in a toilet at a residence in Huntington's West End.*

particularly effective with investigations that have nexus to source of supply cities, such as Columbus, Ohio and Detroit, Michigan.

The DEA Tactical Diversion Squad was responsible for the identification and disruption of several significant DTOs in Huntington and the surrounding area. These investigations have included significant undercover operations and interdiction initiatives. The Huntington Police Department Task Force Officer (TFO) plays an integral role in investigative, undercover, and evidence management duties while assigned to the DEA.

One of the larger investigations for the DEA Tactical Diversion Squad was the A-Plus Care Pharmacy

P-41220_00019

investigation which was started in 2013 by Charleston DEA Diversion Investigators following a complaint from a Huntington doctor. As the case progressed, complaints were also brought to the attention of investigators about ethics concerns based on the business practices of owners, Kofi and Patricia Agyekum. The Agyekum's were allegedly filling prescriptions that did not exist and filling them when they were expired. The owners of this business, located in Barboursville, were also seeking tri-state area patients who were affiliated with local pharmacies where the Agyekum's used to be employed. TFO Craig Preece with the Charleston DEA Tactical Diversion Squad (TDS) was assigned the investigation when it was determined that it was a criminal matter in August of 2013.

Eventually, other agencies became involved in the investigation and the IRS uncovered criminal activities with the financial portion of the business. In August of 2014, the IRS, DEA TDS, DEA HIDTA group and others combined resources to execute two

search warrants on A-Plus Care Pharmacy. As a result of these warrants, a vehicle, bank accounts, and other assets totaling approximately 2.3 million dollars were seized. DEA TDS, in conjunction with DEA Diversion Investigators, also seized pills as a result of the search warrant and seized even more pills when A-Plus Care Pharmacy was asked to surrender their license, totaling 146,858 pills. This operation shut down a major source of supply for pharmaceutical diversion to the tri-state area and beyond. This case is currently in the court system for ajudication.

In total, the DEA and ATF Task Forces were responsible for the arrests of 33 individuals for various drug-trafficking violations. They seized 1,105 grams of crack/cocaine/cocaine base, 12,684 grams of marijuana, 336 grams of heroin, and 147,225 prescription pills. They also seized 46 firearms and various vehicles and properties.



Money and crack cocaine seized from a raid at a local hotel.

P-41220_00020

## SPECIAL EMPHASIS UNIT (SEU)

The Special Emphasis Unit (SEU) works closely with our citizens to identify and solve problems that are not easily remedied by traditional patrol responses. These officers conduct numerous vice and prostitution operations throughout the city. The SEU's quick response to prostitution and drug complaints has had a tremendous effect on several crime "hot spots" in our city. They also partner with our various task forces and provide additional manpower for undercover operations.

In 2014, the SEU continued prostitution enforcement activities in the area of 6th Avenue from 1st Street to 8th Street. During the spring and summer, there were 22 arrests made for prostitution in the area.



*The SEU places a "closed" sign in a yard of a former drug house in the 1000 block of 25th street after a search warrant.*

> 1st Offense prostitution arrests – 13
> 2nd Offense prostitution arrests – 3
> 3rd Offense prostitution arrests – 6

This enforcement activity led to the arrest of several people who were involved in drug activity and property crime. The SEU was successful in shutting down several nuisance properties in the area along 6th Avenue that were deemed unsafe or unsanitary that were contributing to the criminal activity in the area.

One case of particular notoriety occurred in August of 2014 when the Special Emphasis Unit began a drug investigation based on resident complaints at 2159 Adams Avenue. City residents made several calls to the tipline and direct calls to the Huntington Police Department stating there was a high volume of foot traffic in the area stopping for brief visits to the alley behind the residence. Surveillance of the residence confirmed the complaints. The SEU utilized a confidential informant and made drug purchases from the resident of 2159 Adams Avenue. A short time later, SEU executed a search warrant at the address which yielded 74 grams of heroin, 25 grams of crack cocaine, 9 grams of marijuana, 1 vehicle, $17,000 in currency, and 5 felony arrests. Two of the arrests were individuals from Detroit that had been trafficking large amounts of heroin in the west end of Huntington for several months. Intelligence obtained from the arrests led to other search warrants in Huntington.

## APPALACHIA HIDTA

All task force operations are provided with supplemental funding by the Office of National Drug Control Policy (ONDCP) and through Appalachia HIDTA (High Intensity Drug Trafficking Area program). Kenny Burner serves as the WV Deputy Director of Appalachia HIDTA. Appalachia HIDTA has committed significant monies to the Huntington Police Department for funding drug operations and covert equipment purchases.

P-41220_00021

## SWAT/Negotiation Team



*SWAT/Negotiation Team*

In 2014, the Special Weapons and Tactics (SWAT) Team executed 16 high risk warrants. Those warrants were obtained by various departmental entities including the Huntington Police Department Criminal Investigations Bureau, the Huntington Police Department Special Emphasis Unit (SEU), and the FBI Violent Crime Drug Task Force.

The SWAT Team had three immediate response call-outs for in-progress high risk situations.

The SWAT Team had one call for outside assistance to Barboursville in the apprehension of a murder suspect that was barricaded in a residence.

The SWAT Team participated in 24 days of scheduled training to include such areas as firearms, building searches, and operating with a K9. The SWAT Team also participated in a three day training session at Camp Dawson that included warrant service, long range sniper training, and deployment with aviation. This training was provided by the West Virginia National Guard.

Members of the SWAT Team assisted with the training of various agencies at the West Virginia Center for National Response (The Memorial Tunnel). In our commitment to a safer community the SWAT Team also participated in Active Shooter training

P-41220_00022

with both St. Mary's Medical Center and Cabell Huntington Hospital. This training was both seminar and scenario based. The training aided the hospitals in policy-based actions for the safety of patients and staff, as well as better familiarizing SWAT members with the facility layouts and hospital operations.

The SWAT Team added one new member during the October tryouts. Patrolman Dakota Dishman successfully completed all phases of the tryout and was awarded a probationary position on the SWAT Team.

In 2014, the SWAT Team was able to add several new pieces of equipment to assist them in bringing about a peaceful resolution to dangerous situations. The highlight of this equipment is an armored vehicle known as a Bearcat. Purchased through a grant from the West Virginia Department of Military Affairs and Public Safety, this vehicle will provide mobile cover for both officers and citizens when



*The SWAT Team Participating in training at Camp Dawson in 2014.*

potentially facing armed suspects. The vehicle can also aid in removing trapped or injured people in the event of active shooter or hostage situations.

The SWAT Team is currently comprised of 16 members and is commanded by Corporal Mike Hudson.



The Huntington H.I.T. Team (the predecessor to the SWAT Team) at Camp Dawson in 1981.

P-41220_00023



**Captain Mike Albers**

*The Office of Professional Standards*

The Huntington Police Department places a high value on public trust. The Office of Professional Standards safeguards this trust by ensuring that our agency maintains the highest standards of integrity and professionalism. Captain Mike Albers, with over 24 years of service, led this office with the support of Sgt. Phil Watkins who has over 16 years of service. The Office of Professional Standards is responsible for departmental inspections, maintenance of personnel files, policy and procedure review, and managing and implementing our CALEA (The Commission on Accreditation for Law Enforcement Agencies) accreditation process. This office also ensures that employee rights are protected and that all persons involved in an inquiry are treated with dignity and respect.

### COMPLAINT INVESTIGATIONS

The *HPD General Orders Manual* covers broad categories of behavior and performance expectations to which the department holds employees accountable. Complaints about employee misconduct are classified in two ways: external (citizen complaint) and internal (initiated by command staff or an administrative review of an incident).

The department makes every effort to investigate and adjudicate all complaints in the most expedient time frame possible. There are five ways an allegation can be adjudicated: sustained, not sustained, unfounded, exonerated, and withdrawn. There were 15 allegations

P-41220_00024

of misconduct reviewed by the Office of Professional Standards. (Refer to chart.)

The purpose of discipline is not to punish, but rather to correct undesired behavior. The department strives to apply training and/or disciplinary action to ensure that improper actions do not reoccur. Disciplinary action can range from counseling to employee termination. In some cases, employees may also receive additional training in the subject areas where violations have occurred. In 2014, disciplinary action taken against employees ranged from counseling to termination. Remedial training was also used as a tool to correct undesired behavior.

### USE OF FORCE
Police officers are trained to seek voluntary compliance in their lawful direction. However, they are sometimes met with circumstances in which a subject's actions compel officers to use force in order to gain compliance or defend themselves or others against serious injury or death.

Officers are required to complete an *Action Response Report* any time force is used. All use of force incidents are reviewed by the officer's immediate supervisor, their bureau commander, and the Office of Professional Standards.

### EMPLOYEE MOTOR VEHICLE COLLISIONS
In order to provide police services throughout the 18 square miles of the City of Huntington, Huntington Police Department employees drive a significant number of miles in HPD vehicles. Officers drive their vehicles in all types of weather, traffic and emergency conditions, day and night.

The department investigates all traffic crashes and operational damage incidents occurring to police vehicles. The Office of Professional Standards convenes Accident Review Boards to conduct a fair and complete review of the accidents to determine if the accident was preventable or non-preventable.

| Complaints of Misconduct | | |
|---|---|---|
| **Total Complaints** | | |
| External (Public) | | 10 |
| Internal (Staff or Admin Review) | | 5 |
| Total | | 15 |
| **Adjudication Results** | | |
| | External | Internal |
| Not Sustained | 3 | 2 |
| Withdrawn | 0 | 0 |
| Unfounded | 3 | 0 |
| Exonerated | 4 | 0 |
| Sustained | 0 | 3 |
| Total | 10 | 5 |

**Use of Force Incidents Jan 1, 2014 - Dec 31, 2014 By Type of Force Used**



- Firearm (1)
- O.C. Spray (7)
- Joint Manipulations (7)
- K-9 (11)
- Muscling (21)
- Strikes (32)
- Physically Restrained (15)
- Tackled (10)
- Taser (30)
- Vascular Neck Restraint (2)
- Impact Weapon (6)



*Members of the Huntington Police Department around the year 1900.*

P-41220_00025



**Use of Force Incidents Received between Jan 1, 2014 - Dec 31, 2014 By Month Received**

The Huntington Police Department investigated and reviewed 11 incidents involving traffic crashes of police vehicles. Of these, six were determined to be preventable. This is a 33 percent decrease from 2013. Reviews of the remaining five incidents were determined to be non-preventable. Progressive discipline was administered to employees involved in preventable crashes, ranging from oral to written reprimands.

**OTHER ENDEAVORS**

CALEA is a credentialing program for law enforcement agencies. Accreditation through CALEA involves updating and revising policies and procedures to reflect the current best practices, and is also a system of review ensuring policies are practiced. The process of accreditation is lengthy and involved, and can take years to accomplish in some cases. The Huntington Police Department continues to work towards this goal. Once our entire policy and procedure has been revised to meet CALEA standards, we will then begin the review process by the CALEA commission to seek accreditation.

| Preventable Vehicle Accidents 2014 | |
|---|---|
| **Accident Type** | **Number** |
| **Type I**<br>Single and Multiple vehicle accidnet with total property damage less that $500 with no personal injury | 0 |
| **Type II**<br>Single and Multiple vehicle accidnet with total property damage ranging from $500 to $3000 and/or minor personal injury | 5 |
| **Type III**<br>Single and Multiple vehicle accidnet with damages in excess of $3000 and/or major personal injury | 1 |
| **Type IV**<br>Single or Multiple vehicle accident resulting I Fatality: amount of property damage is irrelevant | 0 |
| **Total** | 6 |

**Use of Force Incidents Jan1, 2014 - Dec 31, 2014 Involved Individual Demographics**



- Black Male(16)
- White Male (38)
- Black Female (2)
- White Female (4)
- Native American Male (1)
- Hispanic Male (3)

P-41220_00026



## Administrative Bureau

**Captain Ray Cornwell**

The The Administrative Bureau is commanded by Captain Ray Cornwell, an 18-year veteran of the HPD. One of the most important functions of the Administrative Bureau is the development and management of the police department's budget. For the eighth consecutive year, the Huntington Police Department completed the year under budget. This is accomplished through sound financial management practices. The bureau takes exceptional pride in being good stewards of public funds.

The Huntington Police Department strives to find outside funding opportunities to help fill the critical needs of the department. This is accomplished through grants, donations, and other funding opportunities. PFC Rodney Pell serves as the grants administrator. His duties include seeking, applying for, and administering grants awarded to the Huntington Police Department. In 2014, this funding provided for various items such as safety equipment to keep SWAT Team members safe during high risk search warrants, funds for physical improvements in the River to Rail target area, funds to increase functionality of the Heads Up App, and a BearCat transport vehicle for SWAT/Crisis Negotiation operations.

PFC Pell secured funding for two major pieces of equipment through the Department of Military Affairs and Public Safety (DMAPS). The first was a custom built Lenco BearCat vehicle, which provides

P-41220_00027

## 2014 GRANTS AND ALTERNATIVE FUNDING SOURCE AMOUNTS

| | |
|---|---|
| COPS Recovery Grant | $713,260.00 |
| COPS Hiring Grant | $625,000.00 |
| COPS Technology Grant | $665,000.00 |
| Byrne JAG ARRA FY11 | $562,398.00 |
| Byrne JAG FY 10 | $132,928.00 |
| Byrne Criminal Justice Innovation | $100,000.00 |
| Byrne JAG FY 14 | $ 32,657.00 |
| Department of Military Affairs & Public Safety Grant (DMAPS) | $342,600.00 |
| WV Geological & Economic Survey | $ 30,000.00 |
| Purdue Pharma Forfeiture | $ 25,000.00 |
| Violence Against Women Act Grant (VAWA) | $ 3,000.00 |
| Civilian Forensic Investigator (State JAG) | $ 25,000.00 |
| FBI Task Force Officers | $ 86,000.00 |
| DEA Task Force Officer | $ 17,200.00 |
| ATF Task Force Officer | $ 17,200.00 |
| AHIDTA Task Force Officer | $ 31,800.00 |
| Safety Town | $ 20,000.00 |
| School Resource Officer | $ 45,409.00 |
| Highway Safety Grants (Larry Kendall) | $ 47,000.00 |
| **TOTAL** | **$3,521,452.00** |



*Sgt. Mike Chornobay presents the BearCat to the homeland security committee. The personnel vehicle is a regional asset for law enforcement. Funding to purchase this vehicle was provided by the Department of Military Affairs and Public Safety (DMAPS).*

ballistic protection for officers in high risk situations. This vehicle not only strengthens the abilities of the Huntington Police Department, but also serves as a regional asset easily deployable to many of the critical infrastructure elements of our region. The second grant through DMAPS was for a Use of Force Simulator. The simulator provides real-life scenarios under a wide variety of topics, lighting conditions, and environments. This tool is designed to provide valuable training in the areas of decision making, officer/public interaction, and use of force. This simulator will also be a regional asset for training, not only law enforcement officers, but also other first responders, teachers, and the public. Deployment of the simulator will occur in early 2015.

The bureau's Anonymous Drug and Crime Tip Line, received over 2,219 crime tips. Tips ranged from code enforcement violations to information about murders in Huntington. The HPD Facebook page and department website (www.hpdwv.com) continue to be valuable resources for disseminating information to the public. The website provides detailed information about the department, crime data, and employment opportunities. The Assistant Bureau Commander, Lt. Dan Underwood, is responsible for the day-to-day oversight of the department's budget. These duties include creation and management

P-41220_00028



*Representatives from all units were brought together to see presentations and decide on a new records management system for the department.*

of the department's budget and the purchasing of all equipment and supplies. Lt. Underwood is also responsible for assisting with administrative functions related to the CALEA accreditation process, tracking reimbursements to the department from outside funding sources, and coordinating the flow of information between the police department and the city administration.

### NEIGHBORHOOD INSTITUTE
An important element of HPD's approach to policing is the relationship with the Neighborhood Institute. HPD works closely with 11 neighborhood organizations to identify and solve problems. This has allowed the department to develop an open and consistent line of communication between the department and the citizens we serve. The relationships developed through these interactions affect every aspect of the department, from recruiting and selecting police applicants to providing invaluable information in the detection and elimination of crime.

### TRAINING
The Huntington Police Department Training Unit is made up of one full-time officer and several part-time officers that are all certified instructors in various fields. Sgt. Mike Chornobay is the Training Unit coordinator and a certified instructor in various

areas of police training including firearms, defensive tactics, Taser, OC, and several others. With these certified officers in the Training Unit we are able conduct a large amount of training required for HPD officers. Every officer at the Huntington Police Department not only met, but exceeded all required state training standards in 2014.

The Training Unit conducted over 2,600 hours of certified instruction hours for the department in 2014. The training courses included: Building Search Techniques and Tactics, Tactical Shotgun and Ballistic Shield Deployment Courses, Force-on-Force Scenario Training, and several others. The Training Unit coordinated and facilitated 5398 hours of state certified training for Huntington Police Officers in 2014.

### RECRUITING
Recruiting, selecting, hiring, and training new police officers are amongst the highest priorities to the Administrative Bureau. Recruiting the most qualified and best applicants as new officers has always been one of the primary goals of the Huntington Police Department. The department's recruitment campaign, "Be Someone's Hero," was utilized with great success due to social media, billboards, recruitment posters, brochures, public transportation advertising, online advertising, and especially the hard work performed by Sgt. Chornobay and Cpl. Mike Hudson. These officers traveled to numerous job fairs and college recruitment drives and assisted applicants with



*Potential recruits participating in the PT test. This test consists of sit-ups, pushups, and a 1.5 mile run.*

P-41220_00029

## 2014 HPD Training Courses

| Hours | Class |
|-------|-------|
| 680 | Building Search Techniques and Tactics Course |
| 400 | Polygraph Examiner Certification Course |
| 60 | RADAR / LIDAR Operator |
| 8 | Social Media |
| 8 | Sexual and Domestic Violence |
| 280 | Battle Born K9 |
| 40 | CNCA Narcotic, Explosive and K9 Handler Training Institute |
| 32 | Standardized Field Sobriety Tests |
| 16 | Managing the Property and Evidence Room |
| 140 | WVPCA K9 Seminar |
| 8 | Identity Theft |
| 40 | Basic Instructor Development |
| 24 | Sexual Assault Symposium |
| 24 | WV Public Safety Expo |
| 24 | HIDTA Regional Heroin Symposium |
| 24 | Glock Armorer's Course |
| 80 | International Law Enforcement Educators and Trainers Association Conference |
| 8 | Domestic Violence and Firearms |
| 8 | Sexual Assault and Stalking Symposium |
| 50 | Defending Childhood Initiative |
| 32 | Child Safety Seat Course |
| 24 | K9 Decoy Seminar |
| 120 | Undercover Drug Enforcement Techniques |
| 32 | Child Safety Seat Clinic |
| 24 | Crime Scene Investigation |
| 48 | Search Warrant and Surveillance Techniques |
| 16 | Untested Sexual Assault Kit Training |
| 40 | Basic Narcotics Investigations |
| 148 | Digital Forensics |
| 8 | Bloodstain Documentation and Collection |
| 80 | Criminal Patrol Interdiction |
| 16 | Active Shooter Seminar and Presentation |
| 40 | ALICE Instructor |
| 16 | Rural Stalking Training |
| 440 | Tactical Shotgun Techniques and Deployment |
| 16 | Basic Cell Phone Investigation |
| 8 | Active Shooter and Tactical Movement |
| 16 | White Collar Crime Symposium |
| 40 | IACP DRE Conference |
| 80 | Traffic Collision IV |
| 40 | Interview and Interrogation |
| 240 | Patrol Dog Enhanced Search Behavior |
| 40 | Finding Words |
| 48 | SKIDDS / CATS Class 160 K9 Training |
| 40 | Basic Electrical Technology for Law Enforcement |
| 800 | WatchGuard In-car Camera System Training |
| 72 | Officer Involved Shooting Investigation |
| 32 | BearCat Operations Training |
| 336 | Counter Drug Operations Training |
| 96 | Child Death and Homicide Investigations |
| 32 | Supervising Patrol Critical Incidents |
| 8 | OC Instructor Training |
| 440 | Tactical Shield Deployment and Live Fire Training |
| | |
| **5398** | **Total Hours of Training for Officers** |

P-41220_00030

completing and submitting their job applicantions. These efforts resulted in the City of Huntington receiving 297 applications for the position of Probationary Police Officer with the Huntington Police Department. This is one of the highest numbers of applications received in the last 15 years during a recruitment drive. It was only exceeded by the 303 applications in 2013. In 2014, seven officers successfully graduated the West Virginia State Police Academy and joined the ranks of the Huntington Police Department.

### SYSTEMS MANAGEMENT

Systems Management, now a part of the administrative bureau, is ever-growing within the organization. Systems Management was created to manage the increasing technological demands on policing. Because of HPD's progressive views on the use of technology, Systems Management is perpetually in various stages of the implementation process of a number of technologies. Because of this, HPD hired a new Network Technician, Alvie Shaw. Shaw, a Mountwest graduate who specializes in Network Administration, has been an integral part of HPD's pursuit of new technology. His knowledge, skill, and abilities have made him a vital element of the police department.

Systems Management personnel have overseen the installation and implementation of mobile video recorders. This included 24 camera systems assigned to the patrol fleet. Systems Management is also in charge of system maintenance and of video retention. This system has proven useful in multiple investigations in the short time-frame the system has been operational. This is an important step in HPD using technology to move the department forward into the future.

Systems Management, in conjunction with PFC Pell, oversaw a selection committee to help decide on a new comprehensive records management system. A committee made up people from all branches of the department came together to interview different RMS software companies. This resulted in the department selecting Zuercher Technologies as the provider. Several members of the department attended the Annual User's Conference in Sioux Falls, South Dakota to speak with other agencies currently using the software to ensure that it will be beneficial to HPD for years to come. This system will be installed and implemented by the third quarter in 2015.

### PROPERTY AND EVIDENCE UNIT

The HPD Property and Evidence Unit is tasked with facilitating the proper intake, storage, and disposal of thousands of pieces of property and evidence. The Property and Evidence Unit processed items for 1554 cases containing where items of evidence or personal property that were collected by officers throughout the year. In 108 of those cases, evidence was packaged and transported to the Criminal Investigations Bureau for analysis. The Property Officer, Lt. Joe Combs, also collected and destroyed 177 pounds of medication deposited in the Prescription Take-Back Drop Box at the Huntington Police Department.



*Alvie Shaw, the new IT Technician, working on cabling for network expansion at the Huntington Police Department.*

P-41220_00031

## Programs & Partnerships

### MISSION TRI-STATE

Mission Tri-State is an organization comprised of area ministers who are dedicated to offering friendship, spiritual counseling, and prayer to many of our city's public and elected officials. The ministers meet privately each month with the Chief and command staff, providing prayer and encouragement. Aside from individual meetings with leaders, the organization coordinates a monthly prayer breakfast for all who participate in the private meetings. This breakfast, attended by the Chief and others from within the department, is an opportunity to hear the encouraging testimonies of the power of prayer at work in all aspects of public and civic life in our region. Each attendee walks away encouraged about the future of our city. Mission Tri-State is an invaluable partner to the police department and our region as a whole.

### S.T.O.P. CRIME IN OUR COMMUNITY

Support Technology for Our Police (S.T.O.P.) is a charitable fund administered by the City of Huntington Foundation, to which businesses, groups, or individuals can make tax-deductible donations to the Huntington Police Department. These monies are then used to purchase crime-fighting tools and equipment such as mobile data terminals and in-car camera systems. Additionally, these donations can be used as "seed money" to leverage other monies available through federal, state, and private grants.

### PRESCRIPTION TAKE-BACK PROGRAM

The Huntington Police Department and the Cabell County Substance Abuse Prevention Partnership have combined efforts to provide a prescription drop-box to the general public. This drop-box is for the anonymous disposal of unused, unwanted, or out of-date prescription medication. Narcotics, vitamins, herbal supplements, veterinary medications, and liquid medication in sealed bags are also accepted. This partnership was created to ensure the safe and proper disposal of medication which may be harmful



*HPD Personnel attend the November Cabell/Wayne Homeland Security meeting.*

to children, family pets, and the environment. This program also helps prevent the theft and abuse of prescriptions. Approximately 270 pounds of medication has been collected and disposed of through the Prescription Take-Back program this year and a total of 370 pounds since its inception in 2012.

### CABELL/WAYNE HOMELAND SECURITY GROUP

The Cabell/Wayne Homeland Security Group is comprised of local law enforcement, emergency services, and private partners within the State of West Virginia's Homeland Security, Region Six. They meet monthly to address concerns, share intelligence and assess response capabilities through an all-hazards approach to homeland security.

### HUNTINGTON POLICE/MARSHALL UNIVERSITY FORENSIC SCIENCE PARTNERSHIP

The Huntington Police Department continues to make extensive use of technology in order to detect and fight crime. Through partnerships with Marshall University, the WV State Police, and the FBI, the Huntington Police Department started a Digital Forensics Investigation Unit (DFI) comprised of three officers with specialized training in digital forensics. The unit has processed evidence in 100 cases during

P-41220_00032



*Captain Hank Dial presented at the National Prescription Drug Abuse Summit in Atlanta, Georgia.*

the 2013 calendar year. The DFI Unit has processed 183 mobile devices and computers. This partnership assists outside agencies including the Cabell County Sheriff's Department, Barboursville Police Department, FBI and ATF with their digital forensics needs.

## ATLANTA DRUG SUMMIT

In April of 2014, Captain Hank Dial and Tim White, Regional Prevention Coordinator with Prestera Center were invited to speak at the National Prescription Drug Abuse Summit in Atlanta, Georgia. Their topic was "A Holistic Approach to Combating Prescription Drug Abuse" and highlighted the three-year accomplishments of the Weed and Seed Initiative as well as other successful efforts in Huntington such as Community Policing, Drug Market Intervention, River to Rail, Smokin Aces, and Equal Opportunity Destroyer (E.O.D.) to deal with the drug and crime issues throughout Huntington.

Over 250 law enforcement personnel and community leaders from across the nation attended the workshop and received practical ways to engage their communities to work together to reduce and eliminate the influence and impact of drugs and crime in their communities.

## THE OFFICE OF NATIONAL DRUG CONTROL POLICY

After seeing the presentation "A Holistic Approach to Combating Prescription Drug Abuse" presented by Captain Hank Dial and Tim White at the National Prescription Drug Abuse Summit in Atlanta, Georgia, Congressman Nick Rahall arranged for Michael Botticelli, the acting director for the Office of National Drug Control Policy, to visit Huntington on August 13th, 2013.

During this visit, Botticelli and Rahall heard about what Huntington has done in the past to combat drug addiction and our plans for the future. They also took a tour of Huntington including the Wild Ramp in the River to Rail area, the Healing Place which provides long-term residential programs for recovery from alcohol and drug addiction, and the Cabell Huntington Hospital's Neonatal Intensive Care Unit.



*Community outreach has been an important part of HPD's philosophy for many decades.*

P-41220_00033

## Initiatives



*The River to Rail Steering Committee touring the old West Middle School to determine its condition.*

### RIVER TO RAIL

The River to Rail Initiative is a multi-discipline, community oriented initiative designed to decrease crime, encourage economic development, and improve the quality of life in the West End Neighborhood of Huntington. The River to Rail Initiative began in 2011 when crime analysis revealed that this area had a disproportional amount of crime compared to other neighborhoods in the city. Additional resources such as directed patrols, bike patrols, and additional undercover drug operations were directed toward this area.

River to Rail also focuses on non-police elements. These include physical improvements such as demolition of dilapidated/abandoned structures, economic development near 14th Street West, and prevention, intervention, and treatment of individuals addicted to illegal drugs.

In 2014, the steering committee met throughout the year. This brought together multiple individuals, private companies, and government agencies to determine the future direction of the River to Rail Initiative.

### BICYCLE SAFETY

The Huntington Police Department has an unwavering resolve to promote bicycle safety in the youth of our community. This is accomplished through "Bike Rodeos" where officers trained as Advanced Police Cyclist teach children and their parents how to properly wear a helmet, which saves lives.

### HEADS UP HUNTINGTON

The City of Huntington, the Huntington Police Department (HPD), in conjunction with Mountain State Computer & Networking Solutions (MSCNS) and the Cabell Wayne Homeland Security Committee (CWHSC) formally announced the launch of Heads Up Huntington in November of 2013. It is the first uniform emergency and disaster notification system available as a smartphone application. Heads Up Huntington provides users with critical information in the event of an emergency or disaster incident, as well as other areas of information such as school closings, boil water advisories, major traffic accidents, and more. In 2014 the Heads Up smart phone app was expanded to Hancock and Raleigh Counties. In 2015, it is expected to launch in additional counties.

### RIVER TO JAIL

In July of 2014, City Council and the Mayor allocated the Huntington Police Department resources to focus on rapid response street level drug operations. Some long-term investigations related to the local drug trade also concluded during that time. These investigations started months, or in some cases, years before we



*Safety Town when it first opened in 1974.*

P-41220_00034

began the River to Jail campaign. With the additional resources allocated to this problem, the SIB was able to respond more rapidly to street-level drug dealers that are plaguing our community. Some of the targets the Special Emphasis Unit (SEU) have been focusing on are dealers that may not have a large volume of drugs sales, but have a large negative impact on the community. The other units continue to work larger operations that attempt to impede the flow of drugs into the region.

The first phase involved two warrant sweeps conducted by the Huntington Police Department that targeted people involved with drug crime, drug-related crime, and violent crime. The first sweep occurred in early August and targeted 63 individuals. The second warrant sweep occurred later that month and targeted another 32 individuals.

Over the past three months, the SEU made 34 arrests (11 for misdemeanor charges and 23 for felony charges), executed 13 search warrants, seized over 230 grams of drugs (Crack, marijuana, heroin), seized four guns, seized $29,536 dollars in currency, and dismantled two meth labs. The FBI Violent Crime Drug Task Force (HVCFDTF) had made 49 arrests (nine for misdemeanor charges and 40 for felony charges), conducted five search warrants, seized over 900 grams of illegal drugs, seized 11 guns, and seized $105,187. The DEA/ ATF Task Force has been involved with a long term investigation, but has still seized almost 100 grams of drugs and thousands of dollars in cash. Finally the DEA Diversion Squad has also been involved with a long-term investigation that has prevented over 146,858 dosage units of pills from hitting the streets. The street value of these pills is around $5,874,320.00. They also seized almost 2.5 million dollars during this operation. This investigation, which began many months ago, shows the importance of working with other local, state, and federal agencies in tackling the drug problem in our area.

| *SIB Operations 7/1/14- 9/30/14* | |
|---|---|
| | **River to Jail** 7/1/14 - 9/30/24 |
| Arrests | 89 |
| *Misdemeanor* | 20 |
| *Felony* | 69 |
| Indictments | 16 |
| Search Warrants | 25 |
| Heroin (grams) | 460 |
| Pills (DU) | 148,475* |
| Crack (grams) | 106 |
| Cocaine (grams) | 120 |
| Marijuana (grams) | 535 |
| Synthetic Drugs (grams) | 0 |
| Guns | 33 |
| Vehicles Seized | 9 |
| Currency | $138,723 # |
| Nuisance Property Notifications | 18 |
| Cases Open due to Tipline Calls | 29 |
| Arrests Due to Cases Open by Tipline Calls | 19 |

*\* Due to long term Investigation*
*\# Due to the same long-term investigation related to the large seizure of pills, HPD will be due an additional six figure amount of currency that is not included in the $138,723 shown above. HPD will also be receiving a portion of the money from the sale of a number of semi-tractor trailers due to a different long-term investigation. That number could also reach six figures and is not included.*



*The Huntington Police Department's Special Emphasis Unit and the Huntington Violent Crime Federal Drug Task Force executed a search warrant and arrested Jamaal Coleman for possession with intent to deliver a controlled substance. During a search of the location heroin and crack was found.*

P-41220_00035

## Peace Officers Memorial Day



In 1962, President John F. Kennedy designated May 15th of each year "Peace Officers Memorial Day" and the calendar week of each year during which May 15th occurs as "Police Week" recognizing the service given by the men and women who, night and day, stand guard in our midst to protect us through enforcement of our laws. Peace Officer Memorial Day honors federal, state, and local law enforcement officers who have been killed or disabled in the line of duty.

Each year, the Fraternal Order of Police organizes a Peace Officers Memorial Service in front of the Huntington Police Department. The service honors the memory of fallen Huntington Police Department officers as well as other fallen law enforcement officers from neighboring departments. During the service, surviving members of the fallen officer's families are recognized and a wreath is placed on the Huntington Police Department Memorial

site in memory of their fallen loved ones. Although a somber day, it also reaffirms the brotherhood of closeness that exists between all members of our law enforcement family.



*HPD fallen officers, Isaac Mitchell and Oscar Christian, had their names engraved in the National Law Enforcement Officers Memorial wall in Washington D.C. in 2014.*

P-41220_00036

# The Story of
# Patrolman Oscar Christian

### End of Watch: April 19, 1914



On the morning of April 19, 1914, Oscar Christian was patrolling the east end of Huntington near the Chesapeake & Ohio pumping station and railroad bridge over the Guyandotte River. Christian believed that he heard three gun shots ring out as a passenger train was just coming over the bridge and began investigating. After a short time George Williams heard the sound of groans. Investigating the source of the groans he found an individual who appeared to be badly injured, and then found Officer Oscar Christian's body wedged beneath a big pipe that ran from the railroad to the pump station, on the west end of the bridge. Williams quickly sent a message to police headquarters informing them that Oscar had been injured and was dying. Oscar held on through much of the day, but passed away at ten in the evening on Sunday night April 19, 1914.

It was initially believed that the other injured man, Charles Romine, was involved in the death of Christian. The injuries Charles suffered that night was a broken jaw, a hole in his right leg just above the knee, which was believed to be a bullet wound, and various other cuts, scrapes and bruises. Chief Davis' initial theory was that Christian met Romine and at least one other individual and attempted to arrest both individuals. At this time a struggle ensued and the other individual fired his weapon at Oscar, but missed and hit Romine instead. At some point during the struggle Oscar was struck by the fast moving freight train.

On April 30th, Charles Romine agreed to have his leg x-rayed to determine if the wound of his leg was due to a gun shot. As there was only an entry wound and no exit wound, the bullet must still be lodged in his leg. Later that day the x-ray was performed showing there was no bullet, bullet fragments, or any other foreign objects in Romine's leg. It was discovered that on the evening of April 18th and morning of April 19th Charles and his cousin Bart Romine had been drinking heavily. Around three a.m. on the morning of the 19th the Romines had decided to hop the train. At the same time Oscar Christian had begun investigating what he thought were three shots being fired. Bart jumped on the train first expecting Charles to follow afterwards. Charles was about to also jump on the train when Christian saw him. It is thought that Oscar believed Charles was responsible for the three shots being fired and that he was attempting to flee the area. Oscar grabbed Charles as he attempted to jump on the train. In the scuffle Charles was thrown many feet away with his leg landing on a railroad spike causing the wound to his right leg. Oscar was caught under the train during the incident.

Funeral services for Patrolman Christian were held on Tuesday, April 21st, at 951 Washington Avenue at 3:00 p.m. An automobile hearse carried the body to Spring Hill Cemetery while the funeral party also rode in automobiles. It was the first motor funeral in Huntington's history. Oscar Christian is buried in Spring Hill Cemetery Section 5, Lot 13, Space 6-7. Next to him is his wife, Mary, who passed away in 1953.

P-41220_00037



Children line up to sit on Santa's lap at the FOP Christmas party

# Fraternal Order of Police
## Children's Christmas Party



The annual FOP Children's Christmas Party, organized and funded by Fraternal Order of Police Goldstar Lodge 65, has a history that goes back more than 40 years. What started as an effort to reach out to children and families in need during the holidays has grown tremendously.

First, second, and third graders, chosen by their teachers from around the community are bused to a central location, where they receive lunch and interact with the attending police officers. Each child has an individual photo taken with Santa Claus, which is later delivered to them at school. They each visit Santa as they leave and receive gifts to take home to open with their families.



Nine elementary schools were represented with 250 children in attendance. Assisting and volunteering their time at the event were active and retired Huntington police officers and their family members, officers representing other agencies, community volunteers, and other employees from the Huntington Police Department.

The FOP Children's Christmas Party's expenses average $10,000 annually for gifts, wrapping, food and entertainment, and are paid exclusively by FOP Goldstar Lodge 65 through fund raising and charitable donations. Capt. Ray Cornwell coordinates the event with his wife, Emily.



The biggest fundraiser for the Christmas party is the "Ride with Cops" event hosted by the Blue Knights WV Chapter III. The 12th Annual "Ride with Cops" event took place on September 28, 2014.

Current and retired officers help plan, organize, and raise funds for the Christmas party. A special thanks goes to the Improved Order of Redmen – Mohawk Tribe #11, Becki Carpenter and McDonald's, Tri-State Transit Authority, Teresa Ferguson-Crossan and Macy's, Bruce Stewart, Walmart #5296, Eagle Distributing Company, Cabell County Schools Transportation Department, and all volunteers who helped to make this year's party a success.



*Mike Skeens and Toby Shy at the FOP Children's Christmas party in 1982.*



## 2014 Awards | *2014* Officers of the Month

The Huntington Police Department is very proud to have a peer-driven Officer of the Month Award program. This program is designed to recognize officers who go above and beyond the call of duty in their performance. The recognition can be based on individual or group actions of heroism, exceptional performance, dedication to service, contributions to law enforcement, and all-around service to the community. This recognition comes from nominations made by the rank and file of the police department making it especially gratifying to the monthly award recipient. Each month the Chief of Police meets with the command staff to review all monthly award nominations and support documents. After careful review, an Officer of the Month Award is presented to the selected officer or officers. Every monthly award winner demonstrates exceptional performance, representing the Huntington Police Department in the highest of standards.

## January

**Sgt. Dave Castle**       **CPL. Eddie Bradshaw**      **PFC Scott Hudson**
**Sgt. Steve Compton**      **PFC Mike Hudson**      **PO Brandon Dial**

For their work investigating a pedestrian hit-and-run on January 31st. This case was worked for 14 consecutive hours by officers and investigators, collecting vehicle and fiber evidence, recovering discarded evidence, and following-up on leads that eventually led to the identification of the vehicle and the arrest of its driver.

## February

**PFC Randy Spears**

For his actions on February 11, 2014, when he initiated a traffic stop in the 700 block of 6th Avenue. The occupants of the vehicle were found to be in possession of a small amount of narcotics and the vehicle was identified as one stolen out of Alabama. The occupants and vehicle were determined to be linked to a targeted drug house. The stop led to a search warrant and the subsequent arrest of five individuals, recovery of $1,300 U.S. currency, and a $60,000 stolen vehicle.

## March

**CPL. Tim Goheen**

For his investigation on March 4, 2014, in response to a burglary call on North High Street in Guyandotte. Cpl. Goheen processed the scene and recovered usable prints that were submitted to the Forensics Unit for analysis. The results yielded a positive identification. This identification allowed the detectives to obtain an arrest warrant and close an open burglary case.

## April

**Officer Matthew Custer**

For his actions on April 12, 2014, investigating the area of Belford Avenue regarding vehicle break-ins. After arriving in the area of the call, he began a foot patrol of the area, looking for any suspicious individuals or activity. In the 300 block of 12th Avenue, he observed a suspect attempting to gain access to several vehicles. The suspect fled on foot but was apprehended by Officer Custer after a short pursuit.

## June

**Cpl. Ryan Bentley**      **CPL. Paul Hunter**

For their investigation of the individuals responsible for multiple armed robberies at local convenience stores spanning from the end of May through the beginning of June, 2014. The suspects were responsible for at least three known robberies. On June 18th, the suspect was observed retrieving two individuals, and then driving towards the 16th Street Rich gas station. A stop was initiated. Inside the vehicle was a pellet gun, a pistol, and a ski mask. This investigation resulted in the arrest of five suspects that were involved in the armed robberies, and the clearing of an additional three purse snatchings.

P-41220_00040

## July

### Officer H. Naumann

For his actions on July 10, 2014, when he initiated a traffic stop at 26th Street and 4th Avenue for speeding. After initiating the stop, it was found that the driver of the vehicle was under the influence of alcohol/drugs, and arrested for DUI. An inventory of the vehicle was then conducted prior to towing. The inventory led to the discovery of a distributable amount of cocaine and heroin, a firearm, and nearly $60,000 in U.S. currency. The suspect was subsequently charged as a prohibited person in possession of a firearm and possession of a controlled substance with intent to deliver.

## August

### Officer Dakota Dishman        Officer Travis Hagan

For their investigation on August 2014, that led to the arrest of individuals involved in the manufacturing and distribution of methamphetamine at 246 6th Avenue. They developed their own intelligence and retrieved evidence of a meth lab during a "trash pull", which was initiated on their own. This information was used to obtain a search warrant and resulted in two suspects being arrested.

## September

### Det. Matt Null        Det. Paul Hunter        Det. Ben Butler

For their investigation into a September shooting that occurred in the 800 block of 3rd Avenue, the location of the Whisky Rocks Bar. The potentially deadly incident resulted in many man hours being put in to interview witnesses, locate and collect evidence, review surveillance video and follow-up on leads. The tedious job of reviewing the video footage led to an identification and arrest of the suspects involved in the shooting.

## November

### Officer Matthew Custer

For his actions throughout his shift on November 5, 2014. While on routine patrol in the south-side area, he observed an individual wearing dark clothing inside a parked vehicle. It appeared as if this individual were stealing items from inside the vehicle. Officer Custer stopped and identified himself to the suspect. The suspect fled on foot and pursuit was given. He then coordinated the other officers to set up a perimeter and area search for the suspect. Officer Custer located the individual hiding beside a residence and apprehended him without further incident.

A preliminary investigation also determined that this was the same suspect in a rash of vehicle break-ins within the south-side area that had occurred over an approximate two week period. The suspect was appropriately charged. Officer Custer also demonstrated his dedication to duty on the same shift when he responded to a reported robbery in progress at an area business located in the 1500 block of 3rd Avenue. Upon arrival, he and another officer coordinated responding units in setting up a perimeter and entry team.

## December

### Officer Richard Kern   Officer Eddie Prichard

For their actions on December 12, 2014, when they responded to a disturbance call at 939 14th Street. Upon arrival, the tenant of the residence granted entry into the home. Once inside, it was evident that drug activity was taking place within the residence, and a firearm was observed in plain view.

The conditions observed led both officers to secure the residence and contact the Special Investigations Bureau. A search warrant was obtained and members of the Special Emphasis Unit and Huntington Violent Crime Drug Task Force responded to the scene. Upon execution of the search warrant, detectives recovered crack cocaine, two firearms and approximately $1,000 U.S. currency. Two individuals were taken into custody and charged with various felonies.

P-41220_00041



# Officer of the Year

## 2014

# Lieutenant John Williams

Each January, the Chief of Police and Command Staff meet to choose an Officer of the Year. Most often, the officer selected has achieved notable success over the previous year. This year, the unanimous selection for Officer of the Year has a record of significant accomplishment spanning his entire career.

John Williams was appointed a Huntington Police Officer on March 29, 1990. He served in various patrol assignments including Shift Supervisor following his promotion to Sergeant in 1999.

In 2004, he was assigned to the Criminal Investigations Bureau and supervised the Violent Crime Unit. Following promotion to Lieutenant in 2010, he continued to supervise these types of cases in addition to serving as Assistant Bureau Commander and overseeing other complex investigations. He is currently directing a project to organize the department's cold cases and to lay the foundation for the creation of a Cold Case Investigation Unit.

Lieutenant Williams is recognized throughout the Police Department and across the law enforcement community as a skilled and seasoned investigator. His quiet, calm and professional demeanor belies his extensive experience and his great skill. Throughout many complex and critical investigations he has demonstrated the ability to focus on the important facets of a case and bring important matters to a logical conclusion. Lieutenant Williams has demonstrated his commitment to crime victims by his compassionate efforts to help them deal with their trauma and the intricacies of the criminal justice system. His leadership over the years has set the standard for many younger officers to follow and the direction he has provided has made the Criminal Investigations Bureau the flagship of law enforcement investigative entities around the region.

The award of Officer of the Year for 2014 recognizes the career achievements of Lieutenant Williams and highlights his leadership and a professional ability as well his dedication to duty and his commitment to serving the residents of Huntington.

P-41220_00043

## 2014 Awards

## 2014 WV Governor's Highway Safety Program Law Enforcement Awards

**Huntington Police Department** – Large Agency DUI Enforcement Award (#1 in West Virginia with 422 DUI arrests. HPD officers placed first, third, and fifth with respect to DUI arrests in West Virginia)

**Officer Dakota Dishman** – Saved By the Belt Award

**Officer Hans Erich Naumann** – Looking Beyond the Ticket

**Officer Hans Erich Naumann** - Target Red Enforcement Award (for 57 red light/stop sign citations)

**Sgt. Kendra Beckett** – Occupant Protection Enforcement Award (for 97 seatbelt citations)

**Officer Hans Erich Naumann** – Occupant Protection Enforcement Award (for 158 seatbelt citations)

**Officer Danny McSweeney** – Distracted Driving Enforcement Award (for 39 distracted driving citations)

**Officer Joey Koher** – Greatest Contribution to Highway Safety Award (for being a Drug Recognition Expert Coordinator)



*Chief Ciccarelli, Cpl. Eddie Bradshaw and Captain Hank Dial accept the AAA Community Traffic Safety Platinum Award.*

## AAA 2014 Community Traffic Safety Platinum Award

For the seventh year in a row, this award was presented to the Huntington Police Department for outstanding service, dedication, and the significant impact made by improving the quality of life through traffic safety programming.

P-41220_00044



From left to right: Corporal Eddie Prichard (16 years of service), Sergeant Mike Chornobay (15 years of service), Lieutenant Levi Livingston (18 years of service), and Captain John Ellis (19 years of service)



Corporal Steve Fitz (7 years of service)



Corporal Mike Hudson (21 years of service)

P-41220_00045

## Retirements



**Captain Rick Eplin** retired on January 3, after 29th years of service. He spent time assigned to the Identification Unit, Services, Patrol Bureau, Internal Affairs, and the Detective Bureau. He graduated from the FBI National Academy in 2008.



**Chief William H. "Skip" Holbrook** retired on April 7th, after six year of service. He served as Chief of Police of the Huntington Police Department since June of 2007. He graduated from the FBI National Academy in March of 2013.



**Corporal Gary Queen** retired on April 11th, after 26 years of service. He was a certified law enforcement instructor, laser/radar instructor, and tactical driving instructor. He finished his career in the Traffic Unit of the Patrol Bureau.



**Corporal Timothy Goheen** retired on September 19th, after 20 years of service. He began his career as a uniformed patrol officer, and later was assigned to bike patrol and the Administrative Bureau. He finished his career on the day shift unit of the Patrol Bureau.

P-41220_00046



P-41220_00047



To download a copy of this annual report go to:
**www.HPDWV.com**
or scan the QR code below with your smartphone.



