PLAINTIFFS TRIAL EXHIBIT

**P-41221_00001**



# Huntington Police Department

## Annual Report

HUNT_00018634

P-41221 _ 00001



# A LETTER FROM THE OFFICE OF THE CHIEF OF POLICE

## *Joe Ciccarelli*

It is my honor to present the Huntington Police Department annual report for 2015.  While this report contains a vast quantity of statistics, those cold numbers are not the whole story.  Those numbers reflect the human interaction that takes place on a daily basis between the brave men and women of this department and the citizens they are sworn to protect.  Over 700 drug overdoses and 530 DUI arrests, 65% of which were drug impaired drivers are chilling numbers.  But behind each of those numbers is a human being and police officers who must deal with the effects of their addiction and who seek to, in many instances, save them from themselves.

Many of the numbers show a decrease in various criminal offense categories, a reflection of the hard work and dedication of our officers.  Whether assigned to Traffic Enforcement, Criminal Investigations, Special Investigations, Patrol or Administrative duties our officers have the common goal of working cooperatively with the community to make a Huntington a better and safer place to live and work.

Our Code Enforcement Officers strive to work with property owners to improve the quality of our neighborhoods.  Our various community partnerships are also a critical part of our strategy to improve the quality of life in our city.

While the numbers tell the story, it is the dedication of our officers, working often under difficult circumstances which are the real story.  A story of Honor, Pride and Duty for the betterment of the community they serve.

Respectfully submitted,

*Joseph J. Ciccarelli*

Joseph I. Ciccarelli, Chief of Police

# The Command Staff at the

# Huntington Police Department



(Left to Right) Back Row– Capt. Ray Cornwell, Capt. Mike Albers, Capt. John Ellis

Front Row – Capt. Rocky Johnson, Chief Joe Ciccarelli, Capt. Hank Dial

## Vision Statement

The members of the Huntington Police Department embrace quality policing and are committed to the development of a comprehensive strategy to prevent crime, resolve public safety issues, provide service to the community, and enhance the quality of life within our city.

# Huntington Police Organizational Chart



## Mission Statement

The mission of the Huntington Police Department is to provide the highest level of professional police service while preventing crime through problem-solving partnerships. This mission is accomplished by a commitment to reduce criminal victimization, call offenders to account, reduce fear and enhance personal security, strive to ensure safety in public places, when required, use force fairly, efficiently, and effectively, maintain fiscal responsibility to our citizens, and meet the expectations of our community.

HUNT_00018637
P-41221 _ 00004

| All Offenses In the City of Huntington 2013-2015 | | | |
|---|---|---|---|
| Offenses | 2013 | 2014 | 2015 |
| Murder & Non-Negligent Manslaughter | 5 | 6 | 3 |
| Homicide - Negligent Manslaughter | 0 | 1 | 0 |
| Sex Offense - Forcible Rape | 35 | 41 | 26 |
| Sex Offense - Forcible Sodomy | 2 | 1 | 1 |
| Sex Offense - Assault with a object | 17 | 2 | 0 |
| Sex Offense - Forcible Handling | 14 | 23 | 26 |
| Sex Offense - Statutory Rape | 3 | 5 | 1 |
| Sex Offense - Incest | 2 | 0 | 0 |
| Burglary/Breaking & Entering | 1031 | 973 | 882 |
| Larceny - Pocket-picking | 2 | 4 | 0 |
| Larceny - Purse-snatching | 1 | 22 | 1 |
| Larceny - Shoplifting | 117 | 203 | 221 |
| Larceny - From Building | 57 | 194 | 1 |
| Larceny - From Coin-operated Device | 0 | 6 | 1 |
| Larceny - From Vehicle/Not Parts | 693 | 505 | 522 |
| Larceny - Of Motor Vehicle Part/Access | 48 | 74 | 128 |
| Larceny - Other | 1229 | 1114 | 970 |
| Motor Vehicle Theft | 163 | 193 | 141 |
| Kidnapping/Abduction | 5 | 6 | 5 |
| Arson | 22 | 40 | 35 |
| Drug/Narcotics | 246 | 425 | 367 |
| Drug Equipment | 7 | 18 | 22 |
| Bribery | 2 | 0 | 0 |
| Embezzlement | 23 | 26 | 19 |
| Fraud - False Pretenses/Games | 132 | 94 | 88 |
| Fraud Credit Card/ATM | 54 | 92 | 95 |
| Fraud - Impersonation | 11 | 9 | 32 |
| Fraud - Welfare Fraud | 0 | 3 | 0 |
| Fraud - Wire Fraud | 0 | 2 | 0 |
| Counterfeit/Forgery | 63 | 51 | 76 |
| Extortion/Blackmail | 0 | 0 | 0 |
| Prostitution | 33 | 28 | 54 |
| Prostitution- Promoting/Assisting | 0 | 3 | 0 |
| Stolen Property | 40 | 49 | 40 |
| Aggravated Assault | 101 | 157 | 109 |
| Simple Assault | 760 | 513 | 634 |
| Intimidation | 6 | 6 | 2 |
| Destruction/Damage/Vandalism | 743 | 693 | 925 |
| Robbery | 127 | 119 | 168 |
| Bad Check | 0 | 0 | 2 |
| Weapon Law Violation | 41 | 116 | 118 |
| Disorderly Conduct | 92 | 133 | 136 |
| Driving Under the Influence | 389 | 348 | 491 |
| Drunkenness | 70 | 81 | 137 |
| Family Offenses, Nonviolent | 5 | 17 | 3 |
| Liquor Law Violations | 4 | 2 | 14 |
| Runaway | 29 | 92 | 21 |
| Peeping Tom | 0 | 0 | 1 |
| Trespass of Real Property | 15 | 42 | 34 |
| All Other Offenses | 1158 | 1764 | 1345 |
| TOTAL | 7597 | 8296 | 7897 |

In 2015

- Burglaries Decreased 9.35%

- Aggravated Assault Decreased 30.57%

- General Larceny Offenses Decreased 12.93%

- Motor Vehicle Thefts Decreased 26.94%



HUNT_00018638
P-41221 _ 00005

# Patrol Bureau



The Patrol Bureau is under the command of Captain Hank Dial. Captain Dial is a 24-year veteran of the HPD. The current assigned strength of the Patrol Bureau is 69 officers or about 57 percent of the department. Patrol officers are typically the first point of contact with the public. The core function of the Patrol Bureau is crime suppression and prevention through uniform presence and response to E911 calls for service.  Captain Dial and members of his bureau meet regularly with community to problem solve and plan for implementation of police services.

The Patrol Bureau also serves as the training and proving ground for new police officers. Upon completion of the West Virginia State Police Academy, probationary police officers (PPOs) must successfully complete a comprehensive 14 week field training program. Each PPO is instructed, evaluated and mentored by very talented, hand-selected training officers.

In 2015, officers responded to 53,035 calls for service and completed 7,513 reports and conducted 2,607 arrests.

### SPECIAL PATROL OPERATIONS DIVISION
The Special Patrol Operations Division is led by Lt. Levi Livingston. The unit is comprised of nine officers and three civilians

### TRAFFIC UNIT
The Traffic Unit coordinated eighty-one total events in 2015. These major events included: the McDonald's Bicycle Criterium, WV 5K Championship, St. Mary's Triathlon, Path to the Cure 5K, Marshall Marathon, Turkey Trot, and the Huntington Christmas Parade. The Traffic Unit facilitated 64 5K and races, 11 parades, numerous dignitary escorts, and traffic control for seven Marshall University home football games.

For the eight year in a row the Traffic Unit received the Prestigious Platinum award from AAA for their efforts in improving traffic safety which makes the region's roadways safer for motorists, bicyclists and pedestrians. Six officers were recognized by the West Virginia Governor's Highway Safety Program and received awards of excellence.  The Huntington Police Department continues to lead the State in DUI arrests.  In 2015 more DUI arrests were made for driving while impaired for other drugs than alcohol.

### K-9 UNIT
The K-9 Unit's primary responsibility is the support of patrol operations and drug enforcement activities. Seven of the K-9 officers are credentialed through the FBI Task Force, allowing them to assist other local, state and federal law enforcement authorities in the area. The unit currently has seven certified K-9 handlers and eight dogs – six dogs are multi-purpose that includes tracking/apprehension and narcotics detection, one dog is a single-purpose tracking bloodhound, and another is a single-purpose narcotics detection K-9.

### CODE ENFORCEMENT UNIT
The code enforcement unit is currently made up of one sergeant and four civilian employees.  For year 2015, the Code Enforcement Unit issued 1934 tickets.  Code Enforcement Assisted SEU/Drug Task Force in inspection of structures of which 27 were issued closed as per "Do Not Occupy" orders. This unit has been highly successful in cleaning up our neighborhoods and improving the quality of life within the City of Huntington.  Their work is done through constant open communication with members of the community.

HUNT_00018639
P-41221 _ 00006

# Criminal Investigations Bureau



The Criminal Investigations Bureau (CIB) is commanded by Captain John Ellis. Captain Ellis is a 21-year veteran of the HPD. He is assisted in command by Lt. Jason Young. The Bureau consists of 9 detectives responsible for day-to –day investigative assignments, 2 Forensic Investigators, 5 supervisors and 2 civilians. The bureau is divided into four units: Violent Crimes Unit, Property Crimes Unit, Family Crimes Unit, and the Forensic Investigations Unit. Each unit has unique responsibilities as it relates to the investigation of criminal activity. The supervisors of each of the units gave direction and aide to the detectives under their direction with the major cases they receive throughout the year.

In 2015 the Criminal Investigations Bureau had two detectives who became certified polygraphist bringing the total for the Criminal Investigation Bureau to 3. These three polygraphist conducted several criminal and employment polygraphs.   Also in 2015 two detectives received training and was certified as hostage negotiators, with the addition of the two, the Criminal Investigation Bureau has 4 hostage negotiators. The Criminal Investigations Bureau received 4,311 cases for review and investigation in 2015, of which 1,431 cases were placed in a suspended/closed status these are cases which lack witnesses, identifiable property, physical evidence, or other viable solvability factors.  These cases will not be investigated further unless additional information is developed.  It is not uncommon for cases that have been placed in this suspended/closed status to be later reopened and investigated, based upon new information developed during other investigations.

**The Property Crimes Unit** receives the largest caseload of all investigative units.  In 2015 they received 1671 cases for review. The unit is supervised by Sgt. Brian Lucas and consisted of 4 detectives. The Property Crimes Unit investigates crimes such as burglary, breaking and entering, grand and petit larcenies, auto theft, and white collar crimes.  The Property Crimes Unit recovered approximately $270,000 in stolen property, an increase of about $20,000 more than in 2014. They also presented 82 cases to the Grand Jury an increase of 27 from 2014.  Some highlights of the property detectives this year included the identification and arrest of an Kimberly Wray who stole money from several elderly citizens in Cabell and Wayne Counties, they also worked on cases

involving Patrick Yates, Eric Murphy, Christopher Harkness, Rusty Eads, Jeremiah Walker, Dustin Eagle, Anthony Williamson, Willie Jones, Waylon Spurlock, Brandon Cremeans, Chad Heck, and Shawn Dixon in which they were able to clear several burglary/Breaking and Entering cases.

**The Crimes Against Persons Unit** is supervised by Sgt.  S. Bills and consists of three detectives. The unit is responsible for the investigation of violent crimes against persons and the public, suicides, unattended deaths, robberies, arson, and polygraph examinations.  In addition, due to the dramatic rise in overdose deaths, the Violent Crime Unit has been working in cooperation with the Huntington FBI Task Force to respond to and investigate these incidents.  2015 was a busy year for the unit.  Thanks to work ethic and dedication of the detectives the unit was able to prosecute numerous crimes and high profile cases during the year. The following are some of the highlighted cases of the year.

The Violent Crime Unit conducted three homicide investigations in 2015.  In March a shooting incident on Donald Avenue lead to the death of Josh Martin. The suspect was arrested and the case is awaiting trial.

Days later Rudy Magana was shot to death in the 1500 Block of Holderby Road.  Magana was a local business owner who operated Rio Grande on 4th Avenue. Magana was shot as he returned home from work by unknown assailants.  A very thorough investigation has yet to produce an arrest in the case.

In July the body of Jeffery Wright was discovered on Oakland Avenue.  Wright had died from an apparent gunshot injury.  The investigation led investigators to discover that Wright and others were involved in a home invasion style robbery at a residence in the area.  A continued investigation produced the arrest of Dalton "Guage" McQuire, Zack Barnes, and two juveniles.

During 2015 Huntington was subject to a tremendous rise in overdose deaths.  Approximately 70 deaths have been attributed to mostly heroin related overdoses. The Violent Crime Unit, in cooperation with the Huntington FBI Task Force, investigates the incidents to see if criminal charges need to be pursued.  The cases often entail dealing with the families of the victims and the complicated reasons behind the problem.  However, intelligence gathered from the overdose investigations can often lead to information that assists the Task Force in dismantling Drug Trafficking Organizations.

Huntington also saw a rise in robberies, 168 were reported in 2015.  In March one group of suspects including Emily Adkins and Frankie Chapman, were responsible for several business robberies in the downtown area.  The couple, along with Chad Beckett, was also involved in a crime spree including a home invasion in Mason County.  Detectives signed warrants on the suspects and they were arrested after a high speed pursuit and shootout with WV State Police on Route 2 just outside the city.

HUNT_00018640
P-41221 _ 00007

Nick Hughes and Parker Williamson were also involved in a series of business robberies including Speedway on Madison Avenue and Subway on 5th Avenue. The suspects recently pled guilty and were sentenced to 20 years and 25 years for the robberies.

In December Guyandotte was victim to three gas station robberies in one day. Teamwork by Detectives and Patrol lead to the arrest of Brandon Spencer. Spencer was captured as he entered a drug house in the area. He later confessed and pled to the crimes. The drug house that he was entering was shut down by HPD Compliance.

| | |
|---|---|
| Number of Cases Assigned | 1671 |
| Number of Warrants signed on Suspects | 494 |
| Number of Grand Jury Presentations | 82 |
| Value of Recovered Property | $270,000 |

**The Family Crimes Unit** was assigned 622 cases this past year a drop over the past year this due to one investigator being sent off to polygraph school and those family theft cases being reassigned to the property unit. The unit is supervised by Sgt. Matt Null. The unit consists of two detectives, and a School Resource Officer. The School Resource Officer is responsible for all incidents that occur at Huntington High and the alternative school. The unit detectives are responsible for investigating cases of theft involving family members, domestic violence, crimes against children, all sexual assaults and any juvenile crime. Due to the sensitive nature of some of these investigations, the officers work with our digital forensics unit and other agencies and victim advocates to ensure the safety and well-being of the families they serve. Each investigator in this unit is trained in conducting forensic interviews; this enables them to conduct fact finding interviews of children who might have been abused. In 2015 this unit conducted 22 of those forensic interviews.

### 2015 Digital Forensics Unit Report

2015 was another busy year for the Digital Forensics Unit. The unit which is staffed part time due to manpower shortages has continued the prosecution of the Child Pornography cases that began in 2014 with the WV Cyber Crimes Task Force (WVCCTF). One of those cases has ended with a conviction in 2015. The unit also received 3 Cyber Tips to investigate from the ICAC Task Force commander in Morgantown.

Cpl. Eddie Prichard received the distinguished service award from US Attorney Booth Goodwin for his work in the Forensic Unit. . Also in 2015 Sgt. Matt Null and Cpl. Eddie Prichard completed the Cellebrite Physical Analyst Training

The DFU has received multiple items of evidence to process in many different cases. We have processed 84 cases with a total of 140 mobile devices and 10 hard drives included in those cases.

The DFU also assisted outside agencies in 10 of their cases with processing evidence on mobile devices.

### Forensic Investigation Unit

The Forensic Investigation Unit is staffed by Lt. Castle and Sgt. Compton as well as Civilian Aldo Maldanodo. These highly skilled and trained detectives specialize in the areas of latent print identification, bloodstain pattern analysis, shooting reconstruction and footwear comparison. The detectives are responsible for the collection, analysis, documentation and interpretation of evidence in a wide array of crime scene investigations. They have been recognized in courts as experts in these disciplines. By virtue of their experience and expertise, they are often sought to assist outside agencies in the processing of various crime scene and the analysis and interpretation of evidence that has been collected.

In addition to their duties at the department, each member of the unit serves as faculty and guest instructors of the Marshall University Forensic Science program. They also conduct exercises at the Marshall University crime scene house and mock court scenarios for the students.

The Forensic Investigation Unit investigated 213 cases, was called out 85 occasions and processed 131 scenes; they entered 143 cases into the AFIX tracker which led to 35 % hits. Prior to the AFIX tracker they were only able to obtain hits on only about 12% of the fingerprint submissions an increase of 23%. They have also given Expert Opinion Testimony in Court on 6 occasions this past year.

| Forensic Investigation Unit Activity | |
|---|---|
| Incident Type | Number |
| Homicide | 3 |
| Suicide | 9 |
| Overdose | 22 |
| Other Suspicious Death | 8 |
| Shootings | 17 |
| Assault | 1 |
| Stabbing | 3 |
| Robbery | 20 |
| Drugs | 18 |
| Wanton Endangerment | 10 |
| B&E | 23 |
| Burglary | 31 |
| Assisting Outside Agency | 10 |

HUNT_00018641
P-41221 _ 00008

# Special Investigations Bureau



Captain Rocky Johnson, a 25-year veteran of HPD, is the commander of the Special Investigations Bureau (SIB), which is responsible for drug and vice-related investigations. Captain Johnson coordinates investigations between the specialized units at HPD which include the Huntington Federal Drug Task Force, DEA Tactical Diversion Squad, and the HPD Special Emphasis Unit.

The Special Investigations Bureau is comprised of detectives assigned to various federal task forces focused on organized and violent crime investigations. The bureau currently has five detectives assigned to the Federal Bureau of Investigation (FBI) Drug Task Force, and one assigned to the DEA Tactical Diversion Squad. The SIB also has two officers assigned to the Special Emphasis Unit (SEU). This bureau is supported during special operations by SWAT, K-9 teams, and code enforcement officers.

The primary mission of each task force is to identify and dismantle violent drug/gun trafficking organizations (DTO) operating within our city and surrounding area. Each task force relies heavily on crime analysis, intelligence gathering, and surveillance to identify individuals who are part of DTOs. Upon the identification of offenders, cases are worked utilizing federal conspiracy statutes to link overt acts of individuals to others in a criminal organization. This enables law enforcement officers to arrest and prosecute entire groups of offenders responsible for crimes and criminal acts occurring over a period of time. Federal sentencing guidelines often result in stiff prison terms imposed on offenders. Other methods of enforcement include undercover street-level buys, open-air drug market suppression, prostitution operations, and buy-bust drug operations targeting dealers.

The SIB commander analyzes the Drug and Crime Tip Line calls for assignment. Tip line calls can be used in several ways: for informational purposes only, additional information to further cases that are already active or if the tip contains specific information that can be confirmed and corroborated, it can be assigned for investigation to members of the SIB. Most cases received from the tip line are assigned to the SEU. In 2015, SIB detectives investigated 192 cases that were initiated from the tip line. There were 121 arrests made from the cases that were assigned for follow-up investigation.

In 2015, 65 nuisance property letters were sent to property owners after a search warrant was executed at various properties throughout the city. In most cases, code enforcement officers were called to the scene for immediate inspection of the property. There was 100 percent compliance from the property owners in these cases.

| Special Investigations Bureau 2015 Seizures & Activities | |
| --- | --- |
| Crack | 340 grams |
| Cocaine | 254 grams |
| Marijuana | 2590 grams |
| Meth | 122 grams |
| Heroin | 3243 grams |
| Illegally Diverted Prescription Medications | 13,586 du |
| Guns | 79 |
| Vehicles | 12 |
| Case | $252,434 |
| | |
| Arrests | |
| Misdemeanor | 95 |
| Felony | 206 |
| | |
| Search Warrants Executed | 81 |
| Indictments | 60 |

## Emerging Threats

An additional and important function of the Special Investigations Bureau is to identify emerging threats related to the proliferation of illegal drugs. Currently, the growing use of heroin is the number one threat to the City of Huntington. The influx of heroin into the area over the past few years has contributed to a significant rise in overdose cases. Huntington is not immune to this epidemic, and concentrated efforts by all our drug investigation units have placed an emphasis on disrupting and dismantling DTOs responsible for trafficking and distributing heroin and prescription drugs in our community. Because of the spike of overdose deaths, a member of the Drug task Force is assigned to work all overdose cases along with a detective from the Violent Crimes Unit of the Criminal Investigations Bureau.

## FBI Drug Task Force

The FBI Drug Task Force has been a staple in our drug enforcement community for years. It remains an outstanding collaborative partnership between the Huntington Police Department and the FBI. The FBI commits generous funding and equipment to the Huntington Police Department to support drug eradication efforts. The FBI Drug Task Force also includes detectives from the Cabell County Sheriff's Department, West Virginia State Police, and the Barboursville Police Department. The collaborations between the participating agencies have been a

HUNT_00018642
P-41221 _ 00009

force multiplier for our department and a key to our success in disrupting and dismantling area DTOs.



A press used in the distribution of illegal drugs in Huntington

In January of 2015 members of the FBI Drug Task Force began receiving information about a drug trafficking organization from Detroit, Michigan operating in Huntington area. Numerous arrests and debriefings confirmed information that linked the drug trafficking organization to a major supplier of the "Dirty Dog" drug trafficking organization. The organization recruits individuals from Michigan to come to Huntington to distribute illegal narcotics. Search warrants at 209 West 9th Avenue led arrests related to the drug conspiracy. Retrieved during the search warrant were a stolen weapon, heroin and pills. Detectives continued the investigation and on June 25th another search warrant was executed at 1128 25th Street and 2736 4th Avenue. Retrieved during these search warrants was 321.7 grams of heroin, $12,700 dollars and two firearms. As of January 2016 three individuals all pled guilty to federal drug charges.



Heroin seized during a SIB operation

### DEA Tactical Diversion Squad

The DEA Tactical Diversion Squad was responsible for the identification and disruption of several significant DTOs in Huntington and the surrounding area. These investigations have included significant undercover operations and interdiction initiatives. The Huntington Police Department Task Force Officer (TFO) plays an integral role in investigative, undercover, and evidence management duties while assigned to the DEA.

One investigation of note began in March of 2015, after receiving intelligence about a shipment of suspected HGH being picked up in Jackson County WV from an overseas shipper. When the individual took possession of it, a traffic stop performed and the suspected HGH was seized, vehicle was impounded, and occupants interviewed. Intelligence developed from this incident resulted in three more search warrants that were executed in West Virginia and Ohio. The search warrants yielded a working clandestine lab, the seizure of well over $100,000 of steroids and HGH and an arrest.



A seizure of well over $100,000 of steroids and HGH.

### Special Emphasis Unit (SEU)

The Special Emphasis Unit (SEU) works closely with our citizens to identify and solve problems that are not easily remedied by traditional patrol responses. These officers conduct numerous vice and prostitution operations throughout the city. The SEU's quick response to prostitution and drug complaints has had a tremendous effect on several crime "hot spots" in our city. They also partner with our various task forces and provide additional manpower for undercover operations.

During 2015, SEU members concentrated efforts in the area of 6th Avenue from 1st street to 8th Street. The focus of enforcement activities was on prostitution and property crimes associated with street level drug crimes. These efforts paid dividends as the area has seen an overall decrease in prostitution and crime.

1st Offense prostitution arrests – 39
2nd Offense prostitution arrests – 2
3rd Offense prostitution arrests – 8

HUNT_00018643
P-41221 _ 00010

On April 6, in an effort to address the prostitution issue from a different direction, the SEU initiated a Law Enforcement Assisted Diversion (LEAD) program in partnership with the Mayor's Office of Drug Control Policy, U.S. Attorney's Office for the South District of West Virginia and Prestera Center. For this program known prostitutes were contacted by officers of SEU and provided an opportunity to enter into drug rehabilitation. Those interested were voluntarily taken to police headquarters, where they met with counselors from Prestera and were screened and evaluated. Several women expressed interest in the program and one took the step of entering drug rehabilitation.

One highlight occurred on January 15th members of the SEU executed a search warrant at 419 6th Street Apt 11. The search warrant was the culmination of a two week narcotics investigation into two individuals trafficking a large quantity of heroin. The U.S. marshal's C.U.F.F.E.D. Task Force and F.B.I. Drug Task Force assisted in the execution of the search warrant. As a result of the combined effort the SEU seized 50 grams of heroin, 5 grams of crack cocaine, 22 grams of marijuana, 1 semi-automatic pistol, $2,500 in cash, along with the arrest of two heroin dealers.



A camper used to cook crack in the West End of Huntington. After numerous calls about the location an investigation was started and search warrant executed. The camper was seized.

Another case of notoriety occurred in September and October when the SEU received several complaints on the HPD tip line about 1204 25th Street. SEU officers utilized confidential informants and conducted controlled buys from the residence. On October 7th a search warrant was executed in cooperation with the FBI Drug Task Force. There was a large amount of stolen property inside the home ranging from steaks and meat, electronics, lawn mowers, and motorcycles. Seized during the search warrant was 12 grams of heroin, 20 illegally diverted prescription medications, a semi-automatic pistol, $2200 in cash, along with two arrests.

In 2016 this same enforcement plan will be executed in the area of Adams and Washington Avenues from 5th Street West to 11th Street West. This area has seen an increase in street level crime and prostitution. This area will be targeted for special enforcement activity in an effort to decrease crime and restore safety and productivity to the area.



A large quantity of heroin hidden in an air conditioner vent which was found during a search warrant.



HUNT_00018644
P-41221 _ 00011

# Office of Professional Standards



The Huntington Police Department places a high value on public trust. The Office of Professional Standards safeguards this trust by ensuring that our agency maintains the highest standards of integrity and professionalism. Captain Mike Albers, with over 24 years of service, led this office with the support of Sgt. Phil Watkins who has over 16 years of service. The Office of Professional Standards is responsible for departmental inspections, maintenance of personnel files, policy and procedure review. This office also ensures that employee rights are protected and that all persons involved in an inquiry are treated with dignity and respect.

**Complaint Investigations**

The HPD General Orders Manual covers broad categories of behavior and performance expectations to which the department holds employees accountable. Complaints about employee misconduct are classified in two ways: external (citizen complaint) and internal (initiated by command staff or an administrative review of an incident).

The department makes every effort to investigate and adjudicate all complaints in the most expedient time frame possible. There are five ways an allegation can be adjudicated: sustained, not sustained, unfounded, exonerated, and withdrawn. There were 13 allegations of misconduct reviewed by the Office of Professional Standards.

| Complaints of Misconduct in 2015 | | |
|---|---|---|
| External (Public) | 9 | |
| Internal (Staff or Admin) | 4 | |
| Total | 13 | |
| Results | External | Internal |
| Not Sustained | 1 | 3 |
| Withdrawn | 0 | 0 |
| Unfounded | 4 | 0 |
| Exonerated | 3 | 1 |
| Sustained | 1 | 0 |
| Total | 9 | 4 |

The purpose of discipline is not to punish, but rather to correct undesired behavior. The department strives to apply training and/or disciplinary action to ensure that improper actions do not reoccur. Disciplinary action can range from counseling to employee termination. In some cases, employees may also receive additional training in the subject areas where violations have occurred. In 2015, disciplinary action taken against employees ranged from counseling to termination. Remedial training was also used as a tool to correct undesired behavior.

**Use of Force**

Police officers are trained to seek voluntary compliance in their lawful direction. However, they are sometimes met with circumstances in which a subject's actions compel officers to use force in order to gain compliance or defend themselves or others against serious injury or death.

Officers are required to complete an Action Response Report any time force is used. All use of force incidents are reviewed by the officer's immediate supervisor, their bureau commander, and the Office of Professional Standards.



Use of Force Incidents 2015 By Type of Force Used

**Employee Motor Vehicle Collisions**

In order to provide police services throughout the 18 square miles of the City of Huntington, Huntington Police Department employees drive a significant number of miles in HPD vehicles. Officers drive their vehicles in all types of weather, traffic and emergency conditions, day and night.

The department investigates all traffic crashes and operational damage incidents occurring to police vehicles. The Office of Professional Standards convenes Accident Review Boards to conduct a fair and complete review of the accidents to determine if the accident was preventable or non-preventable

The Huntington Police Department investigated and reviewed 13 incidents involving traffic crashes of police vehicles. Of these, two were determined to be preventable. This is a 66 percent decrease from 2014. Reviews of the remaining five incidents were determined to be non-preventable. Progressive discipline was administered to employees involved in preventable crashes.

HUNT_00018645
P-41221 _ 00012

## Use of Force Incidents 2015
## Involved Individuals Demographics



**Unknown Male (1)** 2%

**White Female (7)** 11%

**Black Male (23)** 36%

**White Male (32)** 51%



The new use of force simulator and training equipment allows HPD officer to train in de-escalation offers officers a safe and realistic format for high-stress situations.

HUNT_00018646
P-41221 _ 00013

# Administrative Bureau



The Administrative Bureau is responsible for providing technical and logistical support services, personnel services, training, property management, and tip line. In 2015, we received 2,127 calls that were then forwarded to the appropriate unit for follow up. Lt. Dan Underwood manages the Department's budget and manages special projects such as the deployment of our new records management system, and assists in grant applications and management. Lt. Underwood has also been selected to attend the FBI National Academy in early 2016. Leaders and managers of state, local, county, tribal, military, federal, and international law enforcement agencies attend the FBI National Academy. Participation is by invitation only, through a nomination process. Participants are drawn from every U.S. state and territory and from international partner nations.

Lt. Joe Combs serves as the department's property and evidence clerk. He is responsible for overseeing the intake, storage, handling, and release of all property and evidence that the Department deals with. He also supervises the Records Division, and assists with security in Municipal Court. Lt. Combs has also assumed leadership of the significant task of relocating the Department's property and evidence storage from the basement to the fourth floor. This considerable undertaking will eventually move property and evidence storage to an area that will be more secure and will provide a safer, healthier work environment for personnel working in this capacity. We are still in the planning and initial construction phases of this project.

Sgt. Mike Chornobay, with the assistance of Pfc. Sid Hinchman is responsible for managing the department's training, recruiting, hiring, and promotions. The Training Unit strives to provide the best training and education that we can to our officers to help ensure their safety and success. In 2015, we were able to complete and deploy our new Use of Force Simulator and training classroom facility. The Use of Force Simulator provides realistic, interactive scenario-based training in the areas of communication, tactics,

escalation and de-escalation of force, and related subjects. The use of realistic equipment, scenarios, and role players has been very well received by all who have received this valuable training, and we also offered this training to other departments as a regional asset. HPD officers received over 9,000 hours of certified training in 2015.

We continue to struggle to find qualified applicants in the numbers we need. The department strives to maintain the highest standards of character and integrity, choosing quality over quantity in our selection process. We hired seven new officers in 2015, six of which have successfully completed their Academy and field training here. The seventh, having been hired four months after the first six, is still in the Academy. We will likely begin a new recruiting campaign in the fall of 2016.

## New Officers Hired in 2015

| Name | Appointment Date |
| --- | --- |
| Nicolas Bloomfield | 8/24/15 |
| Seth Craven | 8/24/15 |
| Angela Faircloth | 8/24/15 |
| Christopher Hurst | 8/24/15 |
| Brandon Adkins | 8/24/15 |
| Aaron Lawhon | 8/24/15 |
| Devin Weis | 12/28/15 |

Systems Management, staffed by Kohson Perkins and Alvie Shaw are responsible for the department's radios, phones, computer and network equipment, and software applications. Significant achievements in 2015 included the creation of and migration to our own email domain server. This break from the system hosted at City Hall was engineered to provide a domain that is less vulnerable to equipment failure and more secure. Systems Management was also instrumental in the deployment of our new records management system (Zuercher Suite), and the new multi-media training room and its equipment.

## Grants and Other Outside Funding Sources in 2015

| | |
| --- | --- |
| COPS Hiring Grant Byrne JAG FY15 | $625,000 |
| BCJI | $100,000 |
| DMAPS | $109,394 |
| VAWA Grant | $2,000 |
| FBI TF Officers | $86,000 |
| DEA TF Officers | $17,000 |
| Safety Town | $25,000 |
| SRO | $47,409 |
| Highway Safety | $47,000 |

HUNT_00018647
P-41221 _ 00014

# Programs/Partnerships/Initiatives

### MISSION TRI-STATE

Mission Tri-State is an organization comprised of area ministers who are dedicated to offering friendship, spiritual counseling, and prayer to many of our city's public and elected officials. The ministers meet privately each month with the Chief and command staff, providing prayer and encouragement. Aside from individual meetings with leaders, the organization coordinates a monthly prayer breakfast for all who participate in the private meetings. This breakfast, attended by the Chief and others from within the department, is an opportunity to hear the encouraging testimonies of the power of prayer at work in all aspects of public and civic life in our region. Each attendee walks away encouraged about the future of our city. Mission Tri-State is an invaluable partner to the police department and our region as a whole.

### S.T.O.P. CRIME IN OUR COMMUNITY

Support Technology for Our Police (S.T.O.P.) is a charitable fund administered by the City of Huntington Foundation, to which businesses, groups, or individuals can make tax-deductible donations to the Huntington Police Department. These monies are then used to purchase crime-fighting tools and equipment such as mobile data terminals and in-car camera systems. Additionally, these donations can be used as "seed money" to leverage other monies available through federal, state, and private grants.

### PRESCRIPTION TAKE-BACK PROGRAM

The Huntington Police Department and the Cabell County Substance Abuse Prevention Partnership have combined efforts to provide a prescription drop-box to the general public. This drop-box is for the anonymous disposal of unused, unwanted, or out of-date prescription medication. Narcotics, vitamins, herbal supplements, veterinary medications, and liquid medication in sealed bags are also accepted. This partnership was created to ensure the safe and proper disposal of medication which may be harmful to children, family pets, and the environment. This program also helps prevent the theft and abuse of prescriptions

### CABELL/WAYNE HOMELAND SECURITY GROUP

The Cabell/Wayne Homeland Security Group is comprised of local law enforcement, emergency services, and private partners within the State of West Virginia's Homeland Security, Region Six. They meet monthly to address concerns, share intelligence and assess response capabilities through an all-hazards approach to homeland security.

### SAFETY TOWN

Safety Town is a program which hosts a second-grade class each day from Cabell County from September until early November and Wayne County from February until May.  The program teaches children traffic, pedestrian and fire safety through videos, coloring activities, and driving through safety town in little battery-powered cars.  In 2015, 87 classes were held at Safety Town, teaching 1767 children.



HUNT_00018648
P-41221 _ 00015

# PEACE OFFICERS MEMORIAL DAY



In 1962, President John F. Kennedy designated May 15th of each year "Peace Officers Memorial Day" and the calendar week of each year during which May 15th occurs as "Police Week" recognizing the service given by the men and women who, night and day, stand guard in our midst to protect us through enforcement of our laws. Peace Officer Memorial Day honors federal, state, and local law enforcement officers who have been killed or disabled in the line of duty.

Each year, the Fraternal Order of Police organizes a Peace Officers Memorial Service in front of the Huntington Police Department. The service honors the memory of fallen Huntington Police Department officers as well as other fallen law enforcement officers from neighboring departments. During the service, surviving members of the fallen officer's families are recognized and a wreath is placed on the Huntington Police Department Memorial site in memory of their fallen loved ones. Although a somber day, it also reaffirms the brotherhood of closeness that exists between all members of our law enforcement family.

HUNT_00018649
P-41221 _ 00016

# Stories of Officer Charles Ball & Lt. Charles (Fred) Bricker

## *Officer Charles Ball*

On the evening of November 10, 1923 Ruth Lawson Lee and William Newell Brown were involved in a domestic dispute at a pool hall near 8th Avenue and 16th Street in Huntington. Around 8:45 PM Officer Ball approached Mr. Brown and Mr. Brown turned and ran, turning the corner between two buildings. As Ball turned the corner he drew his firearm and began to raise it. Brown fired a .35 caliber revolver hitting Ball's revolver. The bullet lodged into one of the cylinders of Ball's revolver jamming it and causing it to become non-functional. The force of the shot caused Ball to drop the revolver. Ball reached down to grab his gun, but Brown fired four more shots, with one missing him but going through the sleeve of his overcoat, one hitting his police badge, one hitting the right side of his chest, and another hitting the left side just above his heart. Officer Ball was placed into a passing vehicle and taken to Kessler-Hatfield Hospital. Dr. H.D. Hatfield, a friend of Ball, attempted to save his life, but was unsuccessful. Officer Charles E. Ball's end of watch occurred on November 11, 1923 at 9:40 p.m.

## *Lt. Charles (Fred) Bricker*

On the morning of Friday January 5, 1940 a report of a robbery of a gas station on 1st Street, in Huntington, was called into the Huntington Police Department. Two officers responded to the call in one vehicle. The driver of the vehicle was Officer Burgess Walker and the passenger was Lt. "Fred" Bricker. They were traveling down 4th Ave around 3:20 A.M. responding to the call. During this time a Chesapeake & Ohio train was moving across the tracks at the intersection of 4th Avenue and 3rd Street. There was no warning or blinker light system and Patrolman Walker did not see the train. Their vehicle struck a fully loaded coal car and then was dragged for several blocks before coming to a stop.

On the evening of January 7, 1940 Lt. Bricker eventually lost consciousness. Lt. Fred Bricker passed away at 9:05 P.M., he was 53 years old. He was a resident of Huntington for 30 years and a member of the Huntington Police Department for 22 years.



HUNT_00018650
P-41221 _ 00017



# Fraternal Order of Police Children's Christmas Party

The annual FOP Children's Christmas Party, organized and funded by Fraternal Order of Police Goldstar Lodge 65, has a history that goes back more than 40 years. What started as an effort to reach out to children and families in need during the holidays has grown tremendously.

First, second, and third graders, chosen by their teachers from around the community are bused to a central location, where they are served lunch by police officers. Each child has their photo taken with Santa Claus. They all visit Santa again as they leave and receive gifts to take home to open with their families.

All elementary schools in Cabell County were represented with 200 children in attendance. Assisting and volunteering their time at the event were active and retired Huntington police officers and their family members, officers representing other agencies, community volunteers, and other employees from the Huntington Police Department.

The FOP Children's Christmas Party's expenses average $10,000 annually for gifts, wrapping, food and entertainment, and are paid exclusively by FOP Goldstar Lodge 65 through fund raising and charitable donations. No telemarketing of any kind is used to raise funds for this event.

Current and retired officers help plan, organize, and raise funds for this event. Our officers look forward to this event as an opportunity to interact with children from our community in a positive manner, and as a way to give back to the community where we make our living.   A special thanks goes to the Improved Order of Redmen – Mohawk Tribe #11, Becki Carpenter and McDonald's, Tri-State Transit Authority, Teresa Ferguson-Crossan and Macy's, Bruce Stewart, Walmart #5296, Eagle Distributing Company, Cabell County Schools Transportation Department, and all volunteers who helped to make the party such a great success.

HUNT_00018651
P-41221 _ 00018

# 2015 Officer of Month

The Huntington Police Department is very proud to have a peer-driven Officer of the Month Award program. This program is designed to recognize officers who go above and beyond the call of duty in the performance. The recognition can be based on individual or group actions of heroism, exceptional performance, dedication to service, contributions to law enforcement, and all-around service to the community. This recognition comes from nominations made by the rank and file of the police department making it especially gratifying to the monthly award recipient. Each month the Chief of Police meets with the command staff to review all monthly award nominations and support documents. After careful review, an Officer of the Month Award is presented to the selected officer or officers. Every monthly award winner demonstrates exceptional performance, representing the Huntington Police Department in the highest of standards.

**January:** - PO Kim Rohrig, PO Alex Marshall, PO Johnathan Clemins, PO Travis Hagan for their FET Work on 3 separate burglaries that led to suspects being identified and in two cases, belonging to the same individual.

**February:** - Sgt. Vern Casey for his response to scene of juvenile threatening suicide and his handling of the situation.

**March:** - Cpl. Mike Sperry and PO Nick Wyrick for their assistance and successful stop of pursuit suspects.

**April:** - PO Mark Parsons for his recovery of batteries stolen from the Department of Highways on Madison Avenue.

**May:** - PO Dakota Dishman for taking command of a possible hostage situation.

**June:** - Cpl. Stephen Maniskas and Cpl. Greg Moore for their work on the "EDDO" Case.

**July:** - PO Adam Boyer and PO Chris Sperry for their investigation of a fire in 700 block of Washington Avenue, and successful conclusion of it.

**August:** - PO Lance Roberts and PO Matthew Donathan for their investigation and FET work on B&E.

**October:** - PO Heighton and PO Boyer for their work on a B&E and the recovery of the property that was stolen.

**November:** - PO Wyrick for his actions in saving an individual from a smoke filled building.

**December:** - Sgt. Blackburn, Cpl. Matovich, PFC Smith for their rapid response to a bank robbery which led to the apprehension of an individual.

HUNT_00018652
P-41221 _ 00019



# OFFICER OF THE YEAR – 2015

# CPL. PAUL MATOVICH

Each January the Chief of Police and Command Staff meet to choose an Officer of the Year. Most often the officer selected has achieved notable success over the previous year. This year, the unanimous selection for Officer of the Year has a record of significant accomplishment spanning his entire career.

Paul Matovich was appointed a Huntington Police Officer on January 14, 2005. He served in various patrol assignments until 2011, at which time he was assigned to the Special Emphasis Unit.

Assigned in this capacity, he excelled at leading the way in targeting and apprehending narcotics dealers within our City. The criminal cases that he prepares are precise, complete and highly detailed. Often times, Officer Matovich has been required to present his cases on a federal level, utilizing only resources from the Huntington Police Department, and without the assistance of a federal agency. He has always surpassed the expectations of the federal prosecutors during these cases.

Officer Matovich also became dedicated to community services, specifically helping drug addicted prostitutes. He has developed many resources, contacting them in his quest to assist these women with food, shelter, employment and drug rehabilitation.

Officer Matovich consistently goes above and beyond his responsibilities, regularly assisting other officers in the line of duty. In addition to assisting the officers of the Huntington Police Department, Officer Matovich routinely assists other agencies, including the F.B.I. Task Force, the U.S. Marshals Cuffed Task Force, W.V. Parole Services, D.E.A. Pill Diversion Unit and the WV State Police. He does not seek glorification or attention for these efforts, considering his assistance to be a component of his duties. As well as being a vital part of the Huntington Police Department, Officer Matovich also serves with the West Virginia Air National Guard.

The award of Officer of the Year for 2015 recognizes the career achievements of Officer Matovich and highlights his selflessness and dedication to duty, as well as his commitment to serving the citizen of Huntington.

HUNT_00018653
P-41221 _ 00020

# *Promotions*



Cpl. Travis Hagan
February 21, 2015 – 9 Years of Service



Cpl. Paul Minigh
March 31, 2015 – 15 Years of Service



Lt. Darrell Booth
March 31, 2015 – 18 Years of Service



Cpl. Curt Nethercutt
March 31, 2015 – 17 Years of Service



Sgt. Matt Null
March 31, 2015 – 16 Years of Service



Sgt. Sherrie Casey
April 4, 2015 – 20 Years of Service



Sgt. Jeff Sexton
March 31, 2015 – 18 Years of Service



Cpl. Stephen Maniskas
April 4, 2015 – 4 Years of Service

HUNT_00018654
P-41221 _ 00021

# *Promotions*



**Sgt. Paul Hunter**
April 5, 2015 – 20 Years of Service



**Cpl. Brandon Dial**
April 12, 2015 – 15 Years of Service



**Cpl. Travis Elkins**
April 5, 2015 – 6 Years of Service



**Cpl. Paul Matovich**
May 16, 2015 – 10 Years of Service



**Lt. David Castle**
April 12, 2015 – 18 Years of Service



**Sgt. Anthony Spears**
July 1, 2015 – 22 Years of Service



**Sgt. Eddie Bradshaw**
April 12, 2015 – 23 Years of Service



**Cpl. Greg Moore**
July 1, 2015 – 13 Years of Service

HUNT_00018655
P-41221 _00022

# *Retirements*



Cpl. Cass McMillian
(20 Years of Service)
February 20, 2015



Lt. Darrell Booth
(27 Years of Service)
April 11, 2015



Lt. John Williams
(25 Years of Service)
March 30, 2015



Cpl. John Franklin
(23 Years of Service)
May 15, 2015



Sgt. Darin Dempsey
(25 Years of Service)
March 30, 2015



PFC Rodney Pell
(20 Years of Service)
September 11, 2015



Sgt. Kenny Lake
(25 Years of Service)
April 3, 2015



Reserve Unit Captain
Ron Runnels
(50 Years of Service)
September 4, 2015



Sgt. Vern Casey
(23 Years of Service)
April 4, 2015



Code and Compliance
Officer
Jim Porter
(41 Years of Service)
December 31, 2015

HUNT_00018656

P-41221 _ 00023



HUNT_00018657
P-41221 _ 00024