

# 2012

## ANNUAL REPORT

### Huntington Police Department

PLAINTIFFS TRIAL EXHIBIT
**P-41229_00001**

HUNTINGTON POLICE DEPARTMENT
*U.S. Attorney's Law Enforcement
Agency of the Year Award
2011 and 2012*

2011
HUNTINGTON
POLICE DEPARTMENT

2012
HUNTINGTON
POLICE DEPARTMENT

# CONGRATULATIONS

"It's rewarding to be singled out for such an award. It's representative of the tremendous work that our men and women are doing every day. The spirit of teamwork and collaboration that exist within the police department and with our partnering agencies has been a recipe for success..."

- Chief W.H. "Skip" Holbrook

***Congratulations to Chief W.H. "Skip" Holbrook and the men and women of the Huntington Police Department – recipients of the "2012 Law Enforcement Agency of the Year" award, presented by the U.S. Attorney's Office. This is the second year in a row the Huntington Police Department has received this award for the hard work put forth to make the community a better place to live.***

October 15, 2012, R. Booth Goodwin II, U.S. Attorney for the Southern District of West Virginia, honored the Huntington Police Department as Law Enforcement Agency of the Year in the Southern District of West Virginia. The decision was based on comprehensive effort to address crime and public safety in the Fairfield neighborhood using strategies such as Weed and Seed, DMI (Drug Market Intervention) and closure of the All in One store. Additionally, in collaboration with the West Virginia National Guard and the Division of Highways, the department help to facilitate the demolition of over 50 dilapidated and abandoned structures throughout Huntington. HPD efforts to revitalize neighborhoods in the city continue to serve as a model for other law enforcement agencies in West Virginia.



P-41229_00002

# TABLE OF CONTENTS

From the Chief of Police . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5**

Vision and Mission Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6**

Executive Command Staff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7**

2012 Crime Statistics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8**

Patrol Bureau . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11**
   Traffic Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
   K-9 Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Criminal Investigations Bureau . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15**
   Crimes Against Persons Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
   Property Crimes Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
   Family Crimes Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
   Forensic Investigations Unit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Special Investigations Division . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **19**
   Emerging Threats . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
   FBI Violent Crime Drug Task Force . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
   ATF River City Gun Task Force . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
   DEA Task Force . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
   Special Emphasis Unit (SEU) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
   Appalachia HIDTA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
   SWAT/Crisis Negotiation Team . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

The Office of Professional Standards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **23**
   Complaint Investigations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   Use of Force . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   Employee Motor Vehicle Collisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   Future Endeavors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Administrative Bureau . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **26**
   Summary of Grants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
   Neighborhood Institute . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
   Recruiting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
   Training . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Systems Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **31**

Programs and Partnerships . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **32**
   Mission Tri-State . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
   S.T.O.P. Crime in Our Community . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
   Huntington Police Explorers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
   Prescription Take-Back Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
   Huntington Police/Marshall University Forensic Science Partnership . . . . . . . . . . . . . . . . . . . . . . . 33
   Crime Stoppers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
   Cabell/Wayne Homeland Security Group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
   A.D. Lewis Pool Revitalization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Initiatives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **35**
   Demolition Project . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
   West End Initiative . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
   Victim's Advocate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
   Click It or Ticket . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

Peace Officers Memorial Day . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **37**

Fraternal Order of Police . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **38**

2012 Awards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **40**
   United States Department of Justice, U.S. Attorney Awards for Public Service . . . . . . . . . . . . . . . . 40
   2012 WV Governor's Highway Safety Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
   Law Enforcement Awards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
   Officer of the Year Award . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
   Promotions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
   Outstanding Achievement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

P-41229_00003



**HUNTINGTON FACTS**
Population – 49,138 *(2010 Census)*
Square Miles – 18.46
Square Miles of River – 2.24

**HOME TO:**
St. Mary's Medical Center
Cabell Huntington Hospital
Marshall University
Joan C. Edwards School of Medicine
Amazon.com
Huntington Museum of Art
West Virginia Steel
The largest inland port east of the Mississippi River
*(in terms of total tonnage and ton-miles)*

**The Huntington Police Department consists of:**
Sworn Officers - 106
Civilians -  9
Reserves - 7
Explorers - 8

4

P-41229_00004



# FROM THE CHIEF OF POLICE

To Mayor Steve Williams, Huntington City Council, and the residents of Huntington:

On behalf of the dedicated employees of the Huntington Police Department, it is my pleasure to present to you the 2012 Annual Report.

In 2012, the Huntington Police Department made even more progress in our crime reduction efforts aimed at tackling crime issues at the neighborhood level. We also progressed in our abilities to effectively use the latest technology to analyze, predict and more efficiently address identified crime issues. The result was the lowest number of overall reported crimes and the lowest number of violent crimes since 2001. Additionally, our department was recognized by the U.S. Attorney for the Southern District of West Virginia, for the second straight year as the Law Enforcement Agency of the Year.

This report will explain HPD operations in vivid detail. You will be introduced to our department leaders, organizational structure and the role each unit plays in success of the department. Continued progress depends on every member of the department wanting our organization to be the best. We have several of the most compassionate, professional, and dedicated officers I have ever worked beside. This report will celebrate exceptional individual and team performance and achievement.

I am also very proud of our ability to demonstrate fiscal responsibility each year. This past year our staff worked diligently to construct a realistic budget that was consistent with supporting the mission, goals and objectives for the year. We once again finished the year within budget. Budget awareness and responsibility is a priority to each member of the management team. This fiscal philosophy will remain a priority in planning and implementation of future HPD programs and operations.

We cannot be successful without the assistance of our residents. Community collaboration remains at the forefront of the HPD policing model. We believe that effective policing is accomplished through collaboration and partnerships with the community we serve. Open communication and demonstration of operational transparency is paramount to maintaining public trust. Such philosophy will remain our priority. We will also continue to embrace a spirit of cooperation with other law enforcement partners. Additionally, we remain committed to embracing community based and intelligence led approaches to reducing crime in communities.

Lastly, we can never be satisfied. We will endeavor to not only sustain our successes but continue to improve our delivery of service to our residents. Our Mayor has set the bar high in demanding a city of excellence.

I believe your police department is prepared and equipped to meet such a challenge. The future of our city is promising. It is my honor to be your Chief of Police.

Respectfully submitted,

W.H. "Skip" Holbrook, *Chief of Police*

5



## VISION STATEMENT

The members of the Huntington Police Department embrace quality policing and are committed to the development of a comprehensive strategy to prevent crime, resolve public safety issues, provide service to the community, and enhance the quality of life within our city.

## MISSION STATEMENT

The mission of the Huntington Police Department is to provide the highest level of professional police service while preventing crime through problem-solving partnerships.

This mission is accomplished by a commitment to:
- reduce criminal victimization
- call offenders to account
- reduce fear and enhance personal security
- strive to ensure safety in public places
- when required, use force fairly, efficiently, and effectively
- maintain fiscal responsibility to our citizens
- meet the expectations of our community

P-41229_00006



**EXECUTIVE COMMAND STAFF**

*Left to right: Captain Mike Albers, Captain Hank Dial, Captain Rick Eplin,*
*Chief W.H. "Skip" Holbrook, Captain Rocky Johnson, Captain Alan Rohrig*



P-41229_00007

# 2012 CRIME STATISTICS





The increase in crimes experienced from 2001 to 2006 have shown significant reductions over the last three years as the result of concentrated efforts and partnerships to decrease and control crime in our communities. In 2012, HPD saw a 5.81 percent decrease in total offenses. This reduction includes greater enforcement because of federal grant programs, such as DUI enforcement which saw a 19.95 percent increase. This decrease takes Huntington below the number of offenses in 2010, which was the lowest number of offenses in the City since 2001.

Over the last year, HPD saw a 6.52 percent reduction in aggravated assaults and an 18.60 percent decrease in robberies. Since 2006, HPD has seen an overall crime reduction of 21.59 percent. During this same time period, there was a 17.13 percent decrease in burglary, a 29.29 percent reduction in vandalism, and a 36.10 percent reduction in theft from a vehicle.

These reductions are a result of the hard work and dedication by the residents of Huntington with the support of local, state, and federal authorities. All levels of government have once again proven their commitment to enhancing the quality of life in the City of Huntington. In 2013, we look forward to continuing these partnerships and collaborations to provide the best law enforcement services available.



### Part I Offenses 2006-2012

| Offenses | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| Murder | 0 | 3 | 8 | 4 | 2 | 3 | 5 |
| Forcible Rape | 46 | 48 | 48 | 34 | 31 | 35 | 34 |
| Robbery | 185 | 182 | 168 | 161 | 181 | 172 | 140 |
| Aggravated Assault | 122 | 123 | 91 | 107 | 89 | 92 | 86 |
| *Violent Crime* | *353* | *356* | *315* | *306* | *303* | *302* | *265* |
| Arson | 9 | 27 | 14 | 20 | 26 | 22 | 74 |
| Burglary | 1214 | 1160 | 1022 | 938 | 851 | 994 | 1006 |
| Larceny-Theft | 2342 | 2071 | 1969 | 1879 | 1870 | 1841 | 1945 |
| Motor Vehicle Theft | 304 | 303 | 273 | 181 | 176 | 158 | 146 |
| *Property Crimes* | *3869* | *3561* | *3278* | *3018* | *2923* | *3015* | *3171* |
| **Totals** | 4222 | 3917 | 3593 | 3324 | 3226 | 3317 | 3436 |

P-41229_00008

# 2012 CRIME STATISTICS

### All Offenses In the City of Huntington 2006-2012

| Offenses | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| State UCR Classification | 635 | 775 | 631 | 722 | 599 | 688 | 245 |
| Murder & Non-Negligent Manslaughter | 0 | 3 | 8 | 4 | 2 | 3 | 5 |
| Homicide - Negligent Manslaughter | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Sex Offense - Forcible Rape | 46 | 48 | 48 | 34 | 31 | 35 | 34 |
| Sex Offense - Forcible Sodomy | 1 | 0 | 2 | 1 | 0 | 2 | 0 |
| Sex Offense - Assault with a object | 5 | 9 | 13 | 13 | 21 | 28 | 38 |
| Sex Offense - Forcible Handling | 27 | 21 | 19 | 13 | 10 | 20 | 9 |
| Sex Offense - Statutory Rape | 1 | 0 | 3 | 0 | 0 | 3 | 0 |
| Sex Offense - Incest | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Burglary/Breaking & Entering | 1214 | 1160 | 1022 | 938 | 851 | 994 | 1006 |
| Larceny - Pocket-picking | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Larceny - Purse-snatching | 4 | 3 | 5 | 1 | 9 | 0 | 1 |
| Larceny - Shoplifting | 100 | 67 | 39 | 57 | 42 | 86 | 83 |
| Larceny - From Building | 20 | 13 | 23 | 20 | 23 | 17 | 16 |
| Larceny - From Coin-operated Device | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| Larceny - From Vehicle/Not Parts | 795 | 608 | 636 | 669 | 520 | 406 | 508 |
| Larceny - Of Motor Vehicle Part/Access | 3 | 0 | 2 | 0 | 2 | 0 | 12 |
| Larceny - Other | 1420 | 1380 | 1263 | 1131 | 1273 | 1332 | 1325 |
| Motor Vehicle Theft | 304 | 303 | 273 | 181 | 176 | 158 | 146 |
| Kidnapping/Abduction | 12 | 8 | 9 | 6 | 8 | 10 | 6 |
| Arson | 9 | 27 | 14 | 20 | 26 | 22 | 74 |
| Drug/Narcotics | 286 | 213 | 221 | 238 | 231 | 232 | 218 |
| Drug Equipment | 1 | 0 | 0 | 0 | 1 | 1 | 0 |
| Bribery | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Embezzlement | 24 | 27 | 23 | 27 | 18 | 21 | 18 |
| Fraud - False Pretences/Games | 91 | 132 | 138 | 179 | 143 | 117 | 128 |
| Fraud Credit Card/ATM | 2 | 0 | 12 | 4 | 23 | 22 | 15 |
| Fraud - Impersonation | 0 | 0 | 1 | 0 | 7 | 21 | 21 |
| Fraud - Welfare Fraud | 1 | 2 | 1 | 0 | 0 | 0 | 0 |
| Fraud - Wire Fraud | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Counterfeit/Forgery | 130 | 117 | 107 | 58 | 100 | 97 | 87 |
| Extortion/Blackmail | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prostitution | 21 | 52 | 51 | 59 | 34 | 51 | 50 |
| Prostitution- Promoting/Assisting | 0 | 1 | 0 | 0 | 0 | 3 | 0 |
| Stolen Property | 4 | 0 | 2 | 0 | 3 | 1 | 1 |
| Aggravated Assault | 122 | 123 | 91 | 107 | 89 | 92 | 86 |
| Simple Assault | 985 | 852 | 859 | 940 | 859 | 883 | 826 |
| Intimidation | 8 | 1 | 0 | 1 | 0 | 1 | 5 |
| Destruction/Damage/Vandalism | 1038 | 934 | 1033 | 897 | 725 | 776 | 733 |
| Robbery | 185 | 182 | 168 | 161 | 181 | 172 | 140 |
| Bad Check | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Weapon Law Violation | 25 | 9 | 15 | 14 | 13 | 7 | 7 |
| Disorderly Conduct | 130 | 134 | 123 | 103 | 120 | 82 | 81 |
| Driving Under the Influence | 315 | 316 | 274 | 235 | 257 | 411 | 493 |
| Drunkenness | 205 | 135 | 135 | 141 | 120 | 116 | 85 |
| Family Offenses, Nonviolent | 0 | 0 | 1 | 2 | 0 | 0 | 0 |
| Liquor Law Violations | 4 | 1 | 0 | 1 | 3 | 6 | 0 |
| Runaway | 1 | 2 | 0 | 0 | 0 | 0 | 1 |
| Peeping Tom | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Trespass of Real Property | 0 | 1 | 0 | 1 | 2 | 1 | 0 |
| All other Offenses | 1458 | 1252 | 1159 | 1115 | 1072 | 1101 | 1048 |
| TOTAL | 9633 | 8911 | 8426 | 8095 | 7596 | 8018 | 7551 |

## IN 2012

- Violent offenses decreased by 12.54%.

- Robberies have decreased 18.60% since 2011.

- Total offenses decreased by 5.81%.

## SINCE 2006

- Violent offenses have decreased every year since 2007.
- Overall, offenses have dropped 21.59%.
- Motor Vehicle Theft has decreased 51.97% since 2006.
- Since 2006, Aggravated Assaults have dropped 29.51%.



P-41229_00009



In 2012, there were 5,952 arrests made, which was a 6.1 percent increase from last year. Categories of crimes that saw large numbers of arrests include, vandalism, driving under the influence, and drug offenses.

P-41229_00010

# PATROL BUREAU



Captain Mike Albers

The Patrol Bureau is under the command of Captain Mike Albers. Captain Albers is a 22-year veteran of the HPD. The current assigned strength of the Patrol Bureau is 65 officers or about 64 percent of the department. Patrol officers are typically the first point of contact with the public. The core function of the Patrol Bureau is crime suppression and prevention through uniform presence and response to E911 calls for service.

The Patrol Bureau also serves as the training and proving ground for new police officers. Upon completion of the West Virginia State Police Academy, probationary police officers (PPOs) must successfully complete a comprehensive 10 week field training program. Each PPO is instructed, evaluated and mentored by very talented, hand-selected training officers. Four PPOs completed the evolution through our field training program.

In 2012, officers responded to 45,078 calls for service and completed 11,829 reports and conducted 5,925 arrests.

Patrol officers also were responsible for significant arrests and drug seizures during the year. On the following page is a brief list of some of these incidents. Other patrol accomplishments are noted in the "Officer of the Month" section of this report.

### TRAFFIC UNIT
The Traffic Unit is commanded by Lieutenant Brenda J. Wamsley, who also serves as the Assistant Patrol Bureau Commander. The unit is comprised of five officers assigned to various traffic-related duties. The

| Patrol Bureau Activity | | | |
|---|---|---|---|
| | 2010 | 2011 | 2012 |
| Calls for Service | 43,337 | 44,804 | 45,078 |
| Reports Completed | 11,233 | 11,539 | 11,829 |
| | | | |
| Total Offenses Reported | 7,596 | 8,019 | 7,551 |
| Patrol Reported Offenses | 6,854 | 7,304 | |
| Total Adult Arrests | 5,245 | 5,609 | 5,952 |
| Patrol Adult Arrests | 4,838 | 5,102 | |
| Total Juvenile Arrests | 157 | 133 | 132 |
| Patrol Juvenile Arrests | 98 | 49 | |
| | | | |
| Total Traffic Citations | 10,892 | 13,326 | 11,565 |
| Traffic Crashes | 2,319 | 1,854 | 1,961 |
| | | | |
| Traffic Unit Funeral Escorts | 318 | 402 | 319 |

| Huntington Police Reserve Unit Activity | |
|---|---|
| Lieutenant Brenda J. Wamsley, Director | |
| Reserve Captain Ronald E. Runnels, Commander | |
| Hours Worked | 1,315 |
| | |
| Funerals | 88 |
| Road Races | 34 |
| Traffic Accidents | 17 |
| Parades | 8 |
| Football Games | 5 |
| Other Activities | 10 |

Traffic Unit's assigned officers completed 22 percent of the departments total crash reports and account for 29 percent of the total citations issued.

The Traffic Unit coordinated three major racing events: the McDonald's Tri-State Criterium bicycle race, the St. Mary's Triathalon/Duathalon, and the Marshall University Marathon. The Traffic Unit also facilitated 31 road races (such as 5Ks, marathons, run/walks), 8 parades, numerous dignitary escorts,

P-41229_00011

## 2012 PATROL UNIT HIGHLIGHTS

**JANUARY**

Patrol officers looked beyond a routine call, and seized 74 grams crack cocaine, two firearms and $1900 while removing an eight month old child from a dangerous home environment.

**MARCH**

Officers responded to a horrific double fatality crash on I-64, involving an SUV with five family members and a pick-up truck. Officer Maniskas heroically helped extricate a child from the vehicle. The mother of the child credited Officer Maniskas with saving the child's life.

**APRIL**

Patrol officers responded to an alarm call at the Huntington Museum of Art. A quick response interrupted the burglary and the suspects jumped from roof fleeing the scene. After an extensive investigation by the Criminal Investigations Bureau (CIB), two suspects were arrested in Beckley, West Virginia, and charged with attempting to steal a rare and valuable silver collection on display in the museum.

**MAY**

Patrol officers responded to a disturbance and found a female badly beaten and unconscious. During a search of the area, officers found a suspect who had the victim's wallet in his possession. The suspect, who was a recently released violent felon, was arrested without incident.

**JULY**

After a rash of vehicle B & E's, officers locate and arrested three suspects responsible for multiple car break-ins in the 900 block of 12th Avenue.

**OCTOBER**

Day shift officers responded to a residential burglary call, capturing two suspects inside a North Inwood Drive residence. CIB detectives were able to link the suspects to over a dozen other residential burglaries.

**NOVEMBER**

The CIB was called upon to investigate a double homicide which occurred in the city. The incident took place in a home where prescription drugs and heroin were being sold. During the incident, two men from Detroit were shot. One died at the scene and one succumbed to his injuries several days later. Quick action by patrol officers preserved and obtained valuable evidence. Investigators were able to build upon this information and identify two suspects in this case. They have been arrested and are awaiting trial.



and traffic control for 5 Marshall University home football games. For the fifth year in a row the Traffic Unit received the Prestigious Platinum award from AAA for their efforts in improving traffic safety which makes the region's roadways safer for motorists, bicyclists and pedestrians. Five officers were recognized by the West Virginia Governor's Highway Safety Program and received awards of excellence. Officer Joseph Koher had the highest number of DUI arrests in the State of West Virginia and was awarded West Virginia DUI Officer of the Year.

## K-9 UNIT

The K-9 Unit's primary responsibility is the support of patrol operations and drug enforcement activities. Two of the K-9 officers are credentialed through the FBI Task Force, allowing them to assist other local, state and federal law enforcement authorities in the area. The unit currently has five certified K-9 handlers and six dogs – four dogs are multi-purpose that includes tracking/apprehension and narcotics detection, one dog is a single-purpose tracking bloodhound, and another is a single-purpose narcotics detection K-9.

The K-9 unit conducted 69 suspect tracks. They also assisted in locating and seizing 699 grams of heroin, 41.78 pounds of marijuana, 3,309 dosage units of illegally diverted pills and approximately $168,464 in illegal drug proceeds.

| K-9 Unit Supported Seizures 2012 | |
|---|---|
| Total Tracks | 69 |
|  |  |
| Narcotics |  |
| Heroin | 699 grams |
| Marijuana | 41.78 lbs |
| Prescription Pills | 3309 pills |
| US Currency | $168,464 |

13



The Criminal Investigations Bureau concluded a year-long investigation of organized retail theft and food stamp fraud at the All in One store on 9th Avenue. The investigation resulted in the conviction of three individuals on federal food stamp fraud charges.

# CRIMINAL INVESTIGATIONS BUREAU



Captain Rick Eplin

The Criminal Investigations Bureau (CIB) is commanded by Captain Rick Eplin. Captain Eplin is a 27-year veteran of the HPD. He is assisted in command by Lieutenants John Ellis and John Williams. The bureau consists of 14 detectives responsible for day-to-day investigative assignments, and two civilians. The bureau is divided into four units: Crimes Against Persons Unit, Property Crimes Unit, Family Crimes Unit, and the Forensic Investigations Unit. Each unit has unique responsibilities as it relates to the investigation of criminal activity. The detectives assigned to each of these units receive specialized training directly related to the types of cases investigated.

The Criminal Investigations Bureau received 3,797 cases for review and investigation in 2012, of which 1,311 cases were placed in a suspended status based upon certain investigative criteria. Cases which lack witnesses, identifiable property, physical evidence, or other viable solvability factors are placed in suspended/closed status. These cases will not be investigated further unless additional information is developed. It is not uncommon for cases that have been placed in this suspended/closed status to be later reopened and investigated, based upon new information developed during other investigations.

### CRIMES AGAINST PERSONS UNIT

The Crimes Against Persons Unit is responsible for investigating all homicides, suspicious/unattended deaths and other violent crimes such as assault, battery, robbery, arson and malicious woundings. The unit is called upon to conduct sensitive investigations and all officer-involved shootings. Three detectives and a lieutenant are assigned to this unit. They received 871 cases for review. Investigators cleared a number of high profile cases including capturing a fugitive who was wanted out of Columbus, Ohio for murder, and a double murder that occurred in November of 2012. Detectives investigated five murders which have all been cleared by arrest.

The Crimes Against Persons Unit executed 90 search warrants presented 269 cases in Circuit or Magistrate Court, and presented 69 cases to the grand jury. They also recovered $24,150 in property.

| Criminal Investigations Bureau Activity 2012 | |
|---|---|
| Total Cases Received for Review | 3,797 |
| | |
| **Crimes Against Persons Unit** | |
| Cases Received for Review | 871 |
| Executed Warrants | 188 |
| Cases Presented to Grand Jury | 69 |
| Court Appearances | 270 |
| | |
| **Crimes Against Property Crimes Unit** | |
| Cases Received for Review | 1,861 |
| Executed Warrants | 287 |
| Cases Presented to Grand Jury | 72 |
| Court Appearances | 378 |
| Stolen Property Recovered | $612,752 |
| | |
| **Family Crimes Unit** | |
| Cases Received for Review | 1,065 |
| Executed Warrants | 33 |
| Cases Presented to Grand Jury | 29 |
| Court Appearances | 198 |
| Stolen Property Recovered | $23,870 |
| | |
| **Forensic Investigations Unit** | |
| Cases Investigated | 179 |
| Times Called Out | 104 |
| AFIX Tracker Cases Entered | 137 |
| AFIX Tracker Total Hits | 27 |

P-41229_00015

## PROPERTY CRIMES UNIT

The Property Crimes Unit receives the largest caseload of all investigative units. In 2012, they received 1,861 cases for review. The unit consists of four detectives and one sergeant. The Property Crimes Unit investigates crimes such as burglary, larceny, breaking and entering, and fraud. The unit concluded a year-long investigation of organized retail theft and food stamp fraud at the "All in One" store on 9th Avenue. The investigation resulted in the conviction of three individuals on federal food stamp fraud charges and seizure of the property and assets. The positive community impact is immeasurable.

In April of 2012, patrol officers interrupted an attempted breaking and entering of the Huntington Museum of Art. Detectives were able to quickly accumulate substantial evidence leading to the arrest of two individuals.

Detectives also concluded a lengthy investigation into organized retail theft that had been impacting local retailers. The investigation targeted a local flea market that was actively recruiting and engaging drug addicts to commit retail thefts of merchandise. The owner of a local flea market would then purchase the merchandise for resell. As a result of this investigation two arrests were made and thousands of dollars of merchandise was seized.

The Property Crimes Unit recovered approximately $612,752 in stolen property and made 378 court appearances in magistrate court. They also presented 72 cases to the grand jury and executed 40 search warrants.

## FAMILY CRIMES UNIT

The Family Crimes Unit consists of two detectives and a sergeant. Detectives are responsible for investigating cases of domestic violence, crimes against children, and sexual assaults. Due to the sensitive nature of these investigations, the officers work very closely with other agencies and



Criminal Investigations Bureau: Case Investigations Results

- Cleared by Arrest (659) — 24%
- Exceptionally Cleared (667) — 24%
- Suspended and Closed (1,311) — 48%
- Determined to be Unfounded (108) — 4%

Criminal Investigations Bureau: Percent of Cases by Division

- Crimes Against Persons Unit (871) — 23%
- Crimes Against Property Crimes Unit (1,861) — 49%
- Family Crimes Unit (1,065) — 28%

victim advocates to ensure the safety and well-being of the families they serve. The Family Crimes Unit made 187 appearances in magistrate court and 8 appearances in circuit court. They also presented 29 cases to the grand jury and executed 8 search warrants. This unit received 1,065 cases for review. The unit is also responsible for investigating property crimes that involve family members. As a result of these investigations, the unit recovered over $23,870 in stolen property.

## FORENSIC INVESTIGATION UNIT (FIU)

The Forensic Investigation Unit is staffed by two sergeants. These highly skilled detectives specialize in the areas of latent print identification, bloodstain pattern analysis, shooting reconstruction and footwear comparison. The detectives are responsible for the collection, analysis, documentation and interpretation of evidence in a wide array of crime scene investigations. They have been recognized in court as experts in these disciplines. By virtue of their experience and expertise, they are often sought to assist outside agencies in the processing of various

16

crime scenes and the analysis and interpretation of evidence that has been collected.

In addition to their duties at the department, each member of the unit serves as faculty and guest instructors for the Marshall University Forensic Science Program. They prepare students for the real-world application of their classroom instruction by mentoring students through their internship program. They also conduct exercises at the Marshall University crime scene house and mock court scenarios for the students.

The Forensic Investigation Unit investigated 208 cases, was called out on 104 occasions, and entered 137 cases into the AFIX tracker which led to 27 hits. The Huntington Police Department has the only senior crime scene analysts in the state of West Virginia.



*Sgt. Steve Compton giving instruction on evidence collected during a FIU training class.*



*Detective Ted Backus working on a case in the Family Crimes Unit. In 2012, the Family Crimes Unit received 1,065 cases for review.*

| Forensic Investigations Unit 2012 | |
| --- | --- |
| Description | Cases |
| | 19 |
| Robbery | 9 |
| Arson | 5 |
| Breaking and Entering | 20 |
| Burglary | 42 |
| Deaths | 27 |
| Drug Offenses | 8 |
| Felon with a Firearm | 9 |
| Traffic | 8 |
| Homicide | 3 |
| Larceny | 4 |
| Malicious Wounding | 5 |
| Officer Involved Shooting | 1 |
| Search Warrant | 11 |
| Sexual Assault | 4 |
| Wanton Endangerment | 4 |

P-41229_00017





The ATF Gun Task Force detectives were responsible for removing 61 firearms from the streets of Huntington. The efforts of the ATF Task Force resulted in 6 federal prosecutions and six state prosecutions for illegally selling or possessing a firearm.

The FBI Violent Crime Drug Task Force seized 29 firearms, 257 grams of cocaine/cocaine base, 43 pounds of marijuana, and 673 grams of heroin.





18

## SPECIAL INVESTIGATIONS DIVISION

         

The Special Investigations Bureau reports directly to the Chief of Police and is comprised of detectives assigned to various federal task forces focused on organized and violent crimes investigations. The department currently has three detectives assigned to the Federal Bureau of Investigation (FBI) Violent Crimes Drug Task Force, two detectives assigned to the Drug Enforcement Administration (DEA) Task Force, and one detective assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATF) River City Gun Task Force. The division also has one officer assigned to the Special Emphasis Unit (SEU). This bureau is supported during special operations by SWAT and K-9 teams.

The primary mission of each task force is to identify and dismantle violent drug/gun trafficking organizations (DTO) operating within our city and surrounding area. Each task force relies heavily on crime analysis, intelligence gathering, and surveillance to identify individuals who are part of a DTOs. Upon the identification of offenders, cases are worked utilizing federal conspiracy statutes to link overt acts of individuals to others in a criminal organization. This enables law enforcement officers to arrest and prosecute entire groups of offenders responsible for crimes and criminal acts occurring over a period of time. Federal sentencing guidelines often result in stiff prison terms imposed on offenders. Other methods of enforcement include undercover street-level buys, open-air drug market suppression, prostitution operations, and buy-bust drug operations targeting dealers.

### EMERGING THREATS
An additional and important function of the Special Investigations Unit is to identify emerging threats related to the proliferation of illegal drugs. Currently, there are two emerging threats to our community involving drugs. The first is the illegal diversion of powerful pain medications such as oxycodone/oxymorphone. The second is growing use of heroin, which has contributed to a significant rise in overdose cases. West Virginia is second in the nation in prescription drug overdose deaths. Huntington is not immune to this epidemic, and concentrated efforts by all our drug investigation units have been placed on disrupting and dismantling DTOs responsible for trafficking and distributing illegally diverted pain medications in our community.

### FBI VIOLENT CRIME DRUG TASK FORCE
The FBI Violent Crime Drug Task Force has been a staple in our drug enforcement community for years. It remains an outstanding collaborative partnership between the Huntington Police Department and the FBI. The FBI commits generous funding and equipment to the Huntington Police Department to support drug eradication efforts. The FBI Violent Crimes Drug Task Force also includes detectives from the Cabell County Sheriff's Department, West Virginia State Police, and the Barboursville Police Department. The collaborations between the participating agencies have been a force multiplier for our department and a key to our success in disrupting and dismantling area DTOs.

Beginning in 2010, detectives started working a drug trafficking organization (DTO) involving crack cocaine, heroin, and illegal pills. During the investigation detectives discovered that members of the organization would traffic illegal drugs from Detroit Michigan, California, and Arizona. Detectives

P-41229_00019

were able to identify many members of the DTO using surveillance, controlled drug purchases, and information gained from interviews. Detectives were able to identify approximately 55 members of the DTO.

In 2012, detectives were beginning to dismantle the DTO through indictments, and arrests. Many of the members were prosecuted, receiving lengthy prison sentences. Other DTO members cooperated and provided information leading to other investigations. Detectives prosecuted approximately 20 members of the DTO in federal court.

During 2012, the FBI Violent Crimes Drug Task Force executed 33 search warrants and conducted numerous covert operations resulting in the arrest of 168 individuals linked to area drug trafficking organizations. The unit seized 29 firearms, 257 grams of cocaine/cocaine base, 43 pounds of marijuana, 673 grams of heroin, and assisted in the recovery of approximately $120,000 in illegal drug proceeds. In 2012, the task force seizures topped 5,000 dosage units of oxycodone/oxymorphone.

**ATF RIVER CITY GUN TASK FORCE**

The ATF River City Gun Task Force continued to build on the previous year's successes. This task force works closely with the Criminal Investigation Bureau (CIB), the Patrol Bureau, and other area law enforcement agencies to conduct investigations involving firearms and related violent crime. The task force is frequently supported by officers assigned to the Special Emphasis Unit (SEU).

The ATF Task Force detectives were responsible for removing 61 firearms from the streets of Huntington in 2012. A total of 51 of the guns were either seized as evidence or recovered stolen firearms. The remaining 10 were purchased by the task force from targets to further ongoing investigations. The efforts of the ATF Task Force resulted in 6 federal prosecutions and 6 state prosecutions for illegally selling or possessing a firearm.

**DEA TASK FORCE**

The DEA Task Force is also responsible for investigating and dismantling DTOs operating in Huntington and throughout the Southern District of West Virginia. The DEA Task Force continues to be particularly effective with investigations that have nexus to source of supply cities, such as Columbus, Ohio and Detroit, Michigan.

The DEA Task Force was responsible for the identification and disruption of several significant DTOs in Huntington and the surrounding area. These investigations have included significant undercover operations and interdiction initiatives. The Huntington Police Department Task Force Officer (TFO) plays an integral role in investigative, undercover, and evidence management duties while assigned to the DEA.

In 2012, a local individual was identified in an undercover investigation. As a result of the investigation, HPD and the DEA executed a search warrant and seized over 50 grams of crack cocaine. The individual was interviewed and identified a New York source of the illegal drugs. A warrant was executed and officers seized over 300 grams of crack cocaine, a vehicle and U.S. currency. Further investigations identified bank accounts belonging to the suspects, resulting in those accounts being seized. In total this investigation resulted in 6 arrests including the New York source of supply, over 900 grams of crack cocaine, U.S. currency, one car, and 31 firearms.

Additionally, the DEA Task Force was responsible for the arrests of 43 individuals for various drug-trafficking violations and the seizure of the following controlled substances:

| | |
|---|---|
| Crack cocaine | 1028 grams |
| Cocaine | 699 grams |
| Heroin | 1367 grams |
| Prescription pills | 1757 dosage units |
| Methamphetamine | 650 grams |

P-41229_00020

## SPECIAL EMPHASIS UNIT (SEU)

The Special Emphasis Unit (SEU) works closely with our citizens to identify and solve problems that are not easily remedied by traditional patrol responses. These officers conduct numerous vice and prostitution operations throughout the city. The SEU's quick response to prostitution and drug complaints has had a tremendous effect on several crime "hot spots" in our city. The Unit partners with various HPD task forces and provides additional manpower for undercover operations.

In 2012, SEU officers were responsible for 109 adult arrest charges, 70 misdemeanors, and 39 felonies, respectively. In joint operations with outside law enforcement organizations the SEU assisted in 50 arrests. The officer assigned to SEU is also deputized with the U.S. Marshal's C.U.F.F.E.D. (Cops United Felony Fugitive Enforcement Division) task force. This officer routinely assists the U.S. Marshal Service in the apprehension of felony suspects who have fled the area to avoid capture.

## APPALACHIA HIDTA

All task force operations are provided with supplemental funding by the Office of National Drug Control Policy (ONDCP) and through Appalachia HIDTA (High Intensity Drug Trafficking Area program). Kenny Burner serves as the WV Deputy Director of Appalachia HIDTA. Appalachia HIDTA has committed significant monies to the Huntington Police Department for funding drug operations and covert equipment purchases. Additionally, Chief Holbrook serves on the Appalachia HIDTA Executive Board, which oversees administration and personnel, initiative review and development, and strategic planning and budget for Tennessee, Kentucky and West Virginia.

## SWAT/CRISIS NEGOTIATION TEAM

The Special Weapons and Tactics (SWAT) team is a volunteer part-time, specialized unit consisting of officers assigned full-time to the Patrol Bureau, Administrative Bureau, Criminal Investigations Bureau,

Special Investigations Unit, and K-9 Unit. These officers are required to successfully complete a rigorous selection process, and maintain a high-level of readiness through individual and team training. SWAT officers are utilized on a call-out basis for high-risk search warrants, high-risk arrest warrants, barricaded suspects, hostage situations, and any other high-risk incident requiring special tactics and equipment. In 2012, Richard Knight became the SWAT team commander. The SWAT team also added four new members, bringing the total up to 18. Certain members have expertise and certifications in firearms instruction, distractionary device deployment, mechanical breaching, urban sniper, and chemical munitions deployment.

SWAT operations are also supported by officers assigned to the crisis negotiation team. Negotiators work hand-in-hand with tactical officers to de-escalate and/or peacefully resolve incidents involving hostages, barricaded gunmen, violent or mentally unstable subjects.

During 2012, the SWAT team was called out twelve times. The call-outs consisted of high-risk incidents including search/arrest warrants, and barricade gunmen situations. All incidents were executed and resolved with no injuries to officers, victims/hostages, or suspects.

P-41229_00021



The SWAT team was called out twelve times. The call-outs consisted of high-risk incidents including search/arrest warrants, and barricade gunmen situations. All incidents were executed and resolved with no injuries to officers, victims/hostages, or suspects.

22

# THE OFFICE OF PROFESSIONAL STANDARDS



Captain Rocky
Johnson

The Huntington Police Department places a high value on public trust. The Office of Professional Standards safeguards this trust by ensuring that our agency maintains the highest standards of integrity and professionalism. Captain Rocky Johnson, a 21-year veteran, led this office with the support of Sgt. Phil Watkins who replaced Sgt. Jason Ashworth upon his retirement in June 2012. The Office of Professional Standards is responsible for departmental inspections, maintenance of personnel files, policy and procedure review, and managing and implementing our CALEA (The Commission on Accreditation for Law Enforcement Agencies) accreditation process. This office also ensures that employee rights are protected, and that all persons involved in an inquiry are treated with dignity and respect.

| Complaints of Misconduct | | |
|---|---|---|
| **Total Complaints** | | |
| External (Public) | | 12 |
| Internal (Staff or Admin Review) | | 8 |
| **Total** | | **20** |
| | | |
| **Adjudication Results** | | |
| | External | Internal |
| Not Sustained | 7 | 1 |
| Withdrawn | 2 | 0 |
| Unfounded | 1 | 1 |
| Exonerated | 1 | 4 |
| Sustained | 0 | 3 |
| **Total** | **11** | **9** |

do not reoccur. Disciplinary action can range from counseling to employee termination. In some cases, employees may also receive additional training in the subject areas where violations have occurred. In 2012, disciplinary action taken against employees ranged from counseling to suspension without pay. Remedial training was also ordered in several incidents.

## COMPLAINT INVESTIGATIONS

The *HPD Policy and Procedure Manual* covers broad categories of behavior and performance expectations to which the department holds employees accountable. Complaints about employee misconduct are classified in two ways: external (citizen complaint) and internal (initiated by command staff or an administrative review of an incident).

The department makes every effort to investigate and adjudicate all complaints in the most expedient time frame possible. There are five ways an allegation can be adjudicated: sustained, not sustained, unfounded, exonerated and withdrawn. There were 20 allegations of misconduct reviewed by the Office of Professional Standards. (Refer to chart.)

The goal of the department is to apply training and/or disciplinary action to ensure improper actions

## USE OF FORCE

Police officers are trained to seek voluntary compliance in their lawful direction. However, they are sometimes met with circumstances in which a subject's actions compel officers to use force in order to gain compliance or defend themselves or others against serious injury or death.

Supervisors are required to complete an "Action Response Report" any time force is used. All Use of Force incidents are reviewed by each level of the officer's chain of command and then by the Office of Professional Standards.

## EMPLOYEE MOTOR VEHICLE COLLISIONS

In order to provide police services throughout the 18 square miles of the City of Huntington, Huntington Police Department employees drive a significant number of miles in HPD vehicles. Officers drive

P-41229_00023



Use of Force Incidents Jan 1, 2012 - Dec 31, 2012
Involved Citizen Demographics
2.33%
1.16%
4.65%
23.26%
68.60%
Black Male (20)
White Male (59)
Black Female (2)
White Female (4)
Middle East Male (1)

Use of Force Incidents Received Jan 1, 2012 - Dec 31, 2012
By Type of Force Used
0.38%
0.75%
1.89%
2.64%
3.02%
4.15%
4.15%
19.25%
6.42%
6.79%
9.81%
9.43%
28.68%
2.64%
Bean Bag Gun (1)
Canine (2)
Firearm (7)
Impact Weapon (8)
Join Manipulations (11)
Muscling (11)
O.C. (17)
Physically Restrained (26)
Strikes (76)
Tackled (7)
Take Down (25)
Neck Restrained (18)
Verbal Command (51)
Other (5)

Use of Force Incidents Recieved between Jan 1, 2012 - Dec 31, 2012 By Month Received
14
12
10
8
6
4
2
0
13
4
6
11
7
5
8
10
4
5
4
6
January
February
March
April
May
June
July
August
September
October
November
December

| Preventable Vehicular Accidents 2012 | |
|---|---|
| **Accident Type** | **Number** |
| **Type I** Single and Multiple vehicle accident with total property damage less than $500 with no personal injury | 7 |
| **Type II** Single and Multiple vehicle accident with total property damage ranging from $500 to $3000 and or minor personal injury | 1 |
| **Type III** Single and Multiple vehicle accident with damages in excess of $3000 and or major personal injury | 0 |
| **Type IV** Single or multiple vehicle accident resulting in fatality: amount of property damage is irrelevant | 0 |
| **Total** | **8** |

their vehicles in all types of weather, traffic and emergency conditions, day and night.

The department investigates all traffic crashes and operational damage incidents occurring to police vehicles. Each quarter, the Office of Professional Standards convenes an Accident Review Board to conduct a fair and complete review of the accidents to determine if the accident was preventable or non-preventable.

The police department investigated and reviewed 22 incidents (up one from last year) involving traffic crashes or operational damage to police vehicles. Of these, 8 were determined to be preventable, which is down 33 percent from last year's total of 12. Investigations and reviews of the remaining 14 incidents were determined to be non-preventable. Progressive discipline was administered to employees involved in preventable crashes, ranging from oral reprimands to suspension without pay.

**FUTURE ENDEAVORS**
CALEA is a credentialing program for law enforcement agencies. Accreditation through CALEA involves not only updating and revising policies and procedures to implement the current

best practices, but also a system of review to ensure that the policies are actually followed in practice and not just on paper. The process of accreditation is quite lengthy and involved and can take years to accomplish in some cases. The Huntington Police Department is approximately 55 percent finished with our policy updates and revisions. Once our entire policy and procedure has been revised to meet CALEA standards, we will then begin the review process by the CALEA commission to seek accreditation.

Having trained our employees in the use of Blue Team action response reporting software, the Office of Professional Standards is now in the process of implementing the use and application of IA Pro. This program works in conjunction with the Blue Team software to track complaints, use of force, firearms discharges, and vehicle crashes. It also incorporates an "early warning" function that helps identify personnel that may need intervention or remedial training in certain areas. This will allow the department to be proactive in training and personnel management, and take action before these issues may become problems.

P-41229_00025

# ADMINISTRATIVE BUREAU



Captain Hank Dial

The Administrative Bureau is commanded by Captain Hank Dial. Captain Dial is a 21-year veteran of the HPD. One of the most important functions of the Administrative Unit is budget management. 2012 marked the sixth consecutive year that the Huntington Police Department came in under budget. The unit takes exceptional pride in being good stewards of public funds.

The Bureau also continued its tradition of receiving outside funding to fill critical needs of the department. PFC Rodney Pell serves as the grants administrator. In addition to administering our extensive grant funding from previous years, the department procured additional funding to provide new semi-rugged laptops for every cruiser, hire a Victim Advocate, fund increased patrols to for the West End Initiative, purchase a new maritime patrol boat and provide training for our IT Coordinator for recertification.

Criminal Intelligence Analyst, Scott Lemley, continues to be an outstanding asset to the department. Lemley works diligently to provide all members of the department with up-to-date information to aid in their ability to do their jobs. An example of his work includes an analysis of burglaries occurring in the Fairfield East area. An email was sent out to all personnel informing that a pattern had been found and gave a prediction on where and when the individual would strike next. Acting on this information, officers were positioned one block away when James Keeney attempted to break into another house four hours later. He has set up multilayered crime-mapping software that denotes where and when crimes have occurred, and their specific geographic locations.

## SUMMARY OF GRANTS ADMINISTERED IN 2012

| | |
|---|---|
| Project Safe Neighborhoods | $ 20,000.00 |
| Purdue Pharma Forfeiture Grant | $ 57,914.00 |
| Purdue Pharma Forfeiture Grant | $ 25,000.00 |
| Violence Against Women Act Grant | $ 6,000.00 |
| Victim Advocate Grant | $ 25,000.00 |
| Area Maritime Grant | $194,636.00 |
| Edward J, Byrne Memorial Assistance Grant | $ 69,328.00 |
| Byrne JAG ARRA FY11 | $562,398.00 |
| Byrne JAG FY10 | $132,928.00 |
| COPS Recovery Grant | $713,260.00 |
| COPS Technology Grant | $665,000.00 |
| Department of Military Affairs & Public Safety Grant (DMAPS) | $ 23,345.00 |
| Community Participation Grant | $ 11,500.00 |
| FBI Task Force Officers | $ 68,832.00 |
| DEA Task Force Officers | $ 17,208.00 |
| ATF Task Force Officers | $ 18,000.00 |
| AHIDTA Task Force Officer | $ 15,000.00 |
| Safety Town | $ 20,000.00 |
| School Resource Officer | $ 56,620.00 |
| Highway Safety Grants (Larry Kendall) | $145,460.00 |
| **TOTAL** | **$2,847,429.00** |

P-41229_00026


*Members of the City of Huntington Neighborhood Institute*

Additionally, the software allows for detailed reports of crime occurring in neighborhoods, to be prepared and disseminated. Quarterly, City Council members are provided analysis of crime trends in their respective districts.

The bureau's Anonymous Drug and Crime Tipline, received 1472 crime tips. Tips received ranged from code enforcement violation to the location of suspects wanted for murder. The HPD Facebook page and department website continue to be valuable resources for disseminating information to the public. The website provides detailed information about the department, an up-to-date most wanted list, a link to the Tipline, crime data, and employment opportunities. A new citizen survey section was added, which allows individuals to talk about their experiences with HPD. In addition, the department added a Victim Services Information section as well as a media information section.

Assistant Bureau Commander, Lt. Dan Underwood oversaw the transition to electronic reporting for incident and arrest reports, upgrades to mobile data terminals in police cruisers, helped with administrative functions related to the CALEA committee, and was responsible for tracking reimbursements to the department from outside funding sources. He was also responsible for the day to day oversight of the department budget.

### NEIGHBORHOOD INSTITUTE

An important element of HPD's approach to policing is the relationship with the Neighborhood Institute. HPD works closely with 11 neighborhood organizations to identify and solve problems. This has allowed the department to develop an open and consistent line of communication between the department and the citizens we serve. The relationships developed through these interactions affect every aspect of the department, from recruiting and selecting police applicants to providing invaluable information in the detection and elimination of crime.

### RECRUITING

Recruiting, selecting, hiring and training new police officers are amongst the highest priorities of the bureau. A new campaign was developed for the 2013 recruitment year. The "Be Someone's Hero" campaign encourages potential applicants to apply for "a job like no other". The materials for the campaign feature community members interacting with Huntington police officers.

### TRAINING

The Training Division has facilitated thousands of hours of officer training during the year. In addition to the annual firearms and defensive tactics training each officer receives, many officers were certified in the following: Tactical Lifesaving, traffic collision


*Over 30 officers participated in voluntary wellness program, all of which met or exceeded all standards.*

P-41229_00027

reconstruction, advanced domestic violence instruction, police bicycle operator, police motorcycle operator, interview and interrogation and criminal investigation management.
The entire department received 16 hours in advanced tactical driving skills and police pursuit intervention techniques.

The K-9 division has received numerous hours in advanced scenting and tracking techniques, and has incorporated training with the SWAT Team. The SWAT Team has added four members and has increased their knowledge base through certifications in SWAT Commander School, Bus Assault School, and breaching instructor certifications. Training improvements for the SWAT team have been created through the increase of the Crisis Negotiation Team by 3 members, each member receiving 40 hours of negotiations training.

The Huntington Police Department has hosted an assortment of schools throughout the year to include First Line Supervision, SLATT Sovereign Citizen Movement, and Mental Health Awareness for Law Enforcement. Our goal is to increase our hosting capabilities and opportunities in years to come.



Corporal Richard Knight recruiting at Marshall University.



28

# 2012 HPD Training Courses

| Hours | Class |
|---|---|
| 8 | Mental Health Awareness |
| 40 | Advanced Scenting Tactics |
| 8 | VALOR |
| 40 | Interview and Interrogation |
| 40 | SWAT Command Decision-Making and Leadership |
| 16 | Internal Investigations |
| 40 | Hostage Negotiator |
| 32 | FBI National Academy Annual Retainer |
| 24 | Pursuit Termination Instructor |
| 16 | Ballistic Breaching and Mechanical Breaching |
| 16 | Advanced Tactics for Criminal Patrol |
| 8 | Fact Finders Investigation DUI's |
| 24 | Operation Jet Way |
| 16 | Drug Investigator's Tools |
| 8 | First Line Supervision |
| 16 | Undercover Operations |
| 8 | Lifesaving and Tracking Course |
| 32 | Child Safety Seat Class |
| 24 | The Undercover Edge |
| 40 | Conference on Drugs, Alcohol and DUI's |
| 8 | LPR Training |
| 8 | Social Media and Criminal Investigations |
| 16 | Grant Management |
| 8 | Drag Factor Determination |
| 16 | Sexual Assault Training |
| 32 | Police Bike Certification |
| 24 | Cyber Investigations |
| 40 | Vehicle Dynamics Level III |
| 40 | MADD Ignition Interlock Training |
| 40 | Police and Military Working Dog |
| 8 | WEAPON Class |
| 8 | Dynamic Mechanical Breaching Instructor |
| 40 | Death Investigation |
| 24 | Problem Oriented Policing |
| 16 | Tuft Training |
| 40 | Critical Thinking and Analytic Methods |
| 24 | Field Evidence Technician |
| 16 | Join Forces Training |
| 8 | RADAR and LIDAR |
| 16 | Excel Training |
| 16 | Emergency Vehicle Operations |
| 400 | FBI National Academy |
| 16 | Firearms Tactical Training |
| 8 | Defensive Tactics |

P-41229_00029



IT Coordinator, Kohson Perkins, installed and set up
new semi-rugged laptops in each of the HPD cruisers.
These laptops were purchased with grant funding.

P-41229_00030

# SYSTEMS MANAGEMENT



Captain Alan Rohrig

The Systems Management Bureau is commanded by Captain Alan Rohrig. Captain Rohrig is a 24-year veteran of the Huntington Police Department. This bureau was created in 2011 to manage the ever-increasing technological demands on policing. Motor fleet, evidence, property and records management fall under this command.

HPD is in various stages in the implementation process of a number of technology based project aimed at improving efficiency, transparency, and improving the quality of service to the community. The completion and maintenance of these projects are essential to the success of the department. Kohson Perkins, IT Coordinator for the department, is tasked with this responsibility. His knowledge, skill and abilities have authenticated him as a valuable asset.

The Systems Management Bureau has been responsible for maintaining the department's interoperable digital radio system. Kohson Perkins and Captain Rohrig underwent specialized training for the programing and maintenance of the department's radios.

The in-car video system recording citizen/officer contacts, GPS and computer aided dispatch systems have been fully implemented and have greatly contributed to officer efficiency and transparency for the department. Future operations will focus on maintaining and improving these valuable systems.

Systems Management personnel have also been tasked with maintenance of the city's 26 cameras located at various locations in our city. Systems Management personnel have designed, configured and administered the addition of three new cameras to the "Firetide HotPort" mesh network. The unit identified issues with the existing Fairfield West camera network. Theses issues were addressed, which increased the reliability and operability.

Work on the electronic report management system continued. Part of this work involved the installation of 27 new computer terminals in the department's vehicles. This system will be completed and fully operational in early 2013, allowing the department's officers to complete initial and supplemental reports directly to one central system, ensuring comprehensive data collection and retrieval capabilities in an efficient and streamlined manner.

Systems Management identified a number of programs requiring modernization. One such program is the department's "Mugshot" system and the patrol vehicle's modems. The unit is currently developing plans and estimates for upgrading these two vital systems.

The Property Unit processed 1,562 cases containing 3,561 items of property were logged. 700 cases were disposed of and over 200 cases were submitted to the West Virginia Crime lab for analysis. The Records Division processed 11,829 reports.

P-41229_00031

## PROGRAMS AND PARTNERSHIPS



*Members of Mission Tri-State meet monthly to provide encouragement and prayer for our city and our city's leaders.*

### MISSION TRI-STATE

Mission Tri-State is an organization comprised of area ministers who are dedicated to offering friendship, spiritual counseling and prayer to many of our city's public and elected officials. The ministers meet privately each month with Chief Holbrook, providing prayer and encouragement.

Aside from individual meetings with leaders, the organization coordinates a monthly prayer breakfast for all who participate in the private meetings. This breakfast, attended by Chief Holbrook and others from within the department, is an opportunity to hear the encouraging testimonies of the power of prayer at work in all aspects of public and civic life in our region. Each attendee walks away encouraged about the future of our city. Mission Tri-State is an invaluable partner to the police department and our region as a whole.

### S.T.O.P. CRIME IN OUR COMMUNITY

Support Technology for Our Police (S.T.O.P.) is a charitable fund administered by the City of Huntington Foundation, to which businesses, groups, or individuals can make tax-deductible donations to the Huntington Police Department. These monies are then used to purchase crime-fighting tools and equipment that will enhance our ability to provide police services to the community. Additionally, these donations can be used as "seed money" to leverage other monies available through federal, state, and private grants. To date, S.T.O.P. funding has accounted for over $272,258.28, which is being used to support department advancements.

### HUNTINGTON POLICE EXPLORERS

Law Enforcement Exploring is a national organization, sanctioned by the Boy Scouts of America, and sponsored by police departments throughout the country. The program consists of young men and women between 15 and 21 years of age, who are exposed to all facets of the law enforcement profession. The training is conducted by the officers of the Huntington Police Department in an atmosphere which provides the Explorers with a wholesome, educational experience. Explorers are required to complete a minimum of 80 hours of police training, remain in school, carry at least a 2.0 average and attend weekly meetings.

The purpose of the Huntington Police Explorers is to provide young adults, who may be interested in a career in law enforcement, with a comprehensive program of training, competition, service and practical experiences. Character development, physical fitness, good citizenship and patriotism are integral components of the overall program. Through their involvement in the program, Explorers develop an awareness of the purpose, mission and objectives of law enforcement agencies. The support of the chief executive officer of the agency, along with a dedicated cadre of law enforcement professionals and adult volunteers who provide leadership, are essential to the success of any post.

### PRESCRIPTION TAKE-BACK PROGRAM

The Huntington Police Department and the Cabell County Substance Abuse Prevention Partnership have combined efforts to provide a prescription drop

P-41229_00032



*The Prescription Take-Back drop box is available to the general public to dispose of unwanted or unused prescription medications. The box is located in the main lobby at the department.*

box to the general public. This drop box is for the anonymous disposal of unused, unwanted, or out-of-date prescription medication. Narcotics, vitamins, herbal supplements, veterinary medications and liquid medication in sealed bags are also accepted.

This partnership was created to ensure the safe and proper disposal of medication which may be harmful to children, family pets, and the environment. This program also helps prevent the theft and abuse of prescriptions. Approximately 100 pounds of medication has been collected and disposed of through the Prescription Take-Back program.

### HUNTINGTON POLICE/MARSHALL UNIVERSITY FORENSIC SCIENCE PARTNERSHIP

The Huntington Police Department continues to make extensive use of technology in order to detect and fight crime. Through partnerships with Marshall University, the WV State Police, and the FBI, the Huntington Police Department started a Digital Forensics Investigation Unit (DFI) comprised of three officers with specialized training in digital forensics. The unit has processed evidence in 79 cases during the 2012 calendar year. The DFI Unit has processed 154 cell phones and 8 hard drives. Of the 79 cases, 9 were assisting outside agencies including the Cabell County Sheriff's Department, Barboursville Police Department, FBI and ATF.

The Digital Forensics Investigation Unit has partnered with the West Virginia Cyber Crimes Task Force, and "ICAC" (the Internet Crimes Against Children task force) to help keep our communities safe from child predators seeking to victimize children via the internet. Four search warrants have already been executed resulting in two arrests.

Because of the DFI Unit's hard work and successful investigations, the Digital Forensics Investigation Unit was recognized by the "Safe Surfin' Foundation" on October 9, 2012 with a donation of computer equipment worth $4,500. This grant, called "Cop in a Box" is specialized computer equipment used specifically for internet and digital investigations. The members of the Digital Forensics Investigation Unit were recognized for their hard work, and as a result were the only agency in the state of West Virginia awarded this grant. This equipment is currently utilized for internet investigations against child predators.

The Safe Surfin' Foundation is under the direction of Sheriff Mike Brown of the Bedford County Virginia Sheriff's Office, Operation Blue Ridge Thunder, and the Internet Crimes Against Children Task Force. The Foundation is affiliated with the U.S. Department of Justice, multiple state, county and local law enforcement agencies, dozens of corporate sponsors and educational agencies. A major contributor in this donation was West Virginia Moose Lodge 2586 of Barboursville, West Virginia.



*PFC Eddie Prichard receives the Cop in a Box grant award.*

P-41229_00033



Lt. John Williams on the air at WDGG 93.7 "The DAWG," publicizing the "Crimes of the Week."

A number of these investigations are still on-going. The success in these investigations has allowed the Huntington Police Department to be recognized for eligibility in several other grants which can provide additional funding in the future.

## CRIME STOPPERS

Crime Stoppers is a partnership between the community, the media and law enforcement.

*Community* - Citizens can receive warnings, tips, and requests for information from law enforcement officials.

*Media* - Crime Stoppers is publicized on a regular basis by WDGG 93.7-"The Dawg." Special attention is given to unsolved "Crimes of the Week" cold cases, narcotics activity, wanted fugitives and suspected terrorist and gang activity.

*Law Enforcement* - Local law enforcement agencies receive and process the anonymous tips received through Crime Stoppers, and solve the crimes. If the information leads to an arrest, the caller will be paid up to $1,000 for their information.

## CABELL/WAYNE HOMELAND SECURITY GROUP

The Cabell/Wayne Homeland Security Group is comprised of local law enforcement, emergency services and private partners within the State of West

Virginia's Homeland Security, Region Six. They meet monthly to address concerns, share intelligence and assess response capabilities through an all-hazards approach to homeland security.

## A.D. LEWIS POOL REVITALIZATION

Councilwoman Sandra Clements spearheaded an effort to reopen the A.D. Lewis pool. Funding was provided by Governor Earl Ray Tomblin's Office, the City of Huntington and private donations. Members of the Huntington Police Department, the Mayor's Office, and the A.D. Lewis Center worked along- side many members of the community to bring this important project to fruition.



*The Cabell/Wayne Homeland Security Group is comprised of government and non-government groups that address concerns and share intelligence before an emergency arises.*

34

## INITIATIVES

**DEMOLITION PROJECT**

In September 2012, the Huntington Police Department, Department of Development and Planning, and the Huntington Urban Renewal Authority partnered with the Governor's Office, the U.S. Attorney's Office, the National Guard, and the West Virginia Department of Highways on an unprecedented project to remove dilapidated structures with a known drug nexus. In 28 days, the National Guard and crews from the West Virginia Department of Highways demolished 54 structures. The Huntington Urban Renewal Authority's Land Bank and the Community Development Block Grant program contributed over $400,000 toward the effort. Twenty-seven of the properties are owned by the Land Bank and will be made available for new residential development, side yards, and open green space.

**WEST END INITIATIVE**

The City of Huntington has made great strides in reducing drug, property and violent crime in recent years, but some sections of the city still see higher than average numbers of drug arrests and violent offenses. The Huntington Police Department is committed to reducing crime throughout the city. With this goal in mind, the department has increased patrols and undercover investigations in the Central City area of Huntington's West End. This increase in police activity has already resulted in a 22 percent drop in crime for the area during 2012.

In addition, the department is working with community members to improve the quality of life in the West End by addressing their concerns and listening to their ideas. In conjunction with the City of Huntington's Inspections and Compliance Division, a proactive approach has been taken with the enforcement of Municipal Codes pertaining to public health and the quality of life for the residence of the area.







*A map designating a small portion of the 54 dilapidated houses that were demolished in September.*

P-41229_00035

## VICTIM ADVOCATE

The Huntington Police Department received grant funding for a Victim Advocate position. This is one of the most innovative and progressive additions the department has made towards a "victim centered" approach to investigations. Having only been hired in late November, Courtney Sexton has already become an invaluable asset to the Criminal Investigations Bureau. During this short period of time more than 200 victims of various crimes have been served and provided resources such as domestic battery shelter referrals, domestic violence education, rape crisis center referrals, Crime Victim's Compensation funding, and multi-disciplinary team integration. Numerous contacts have also been made with victims of property crimes.



*The Click It or Ticket seat belt enforcement program helps save lives by cracking down on those who don't buckle up.*

## CLICK IT OR TICKET

The Click It Or Ticket campaign began a decade ago in North Carolina and was adopted by West Virginia about eight years ago. In 1990, seat belt use was only about 23-29 percent throughout West Virginia. With a lot of education, belt use rose to about 50 percent, but remained stagnant at that level for many years. By adding the element of enforcement of the West Virginia seat belt laws, seat belt use has risen to 85-90 percent (depending on areas surveyed). Two years ago (2010), seat belt use in Cabell County rose to approximately 92 percent. During the past two years, it has slipped back to about 86-88 percent at the same survey sites. Members of the Huntington Police Department wrote 98 seat belt citations during the May seat belt enforcement period.

P-41229_00036

# PEACE OFFICERS MEMORIAL DAY



In 1962, President John F. Kennedy designated May 15th of each year "Peace Officers Memorial Day" and the calendar week of each year during which May 15th occurs as "Police Week" recognizing the service given by the men and women who, night and day, stand guard in our midst to protect us through enforcement of our laws. Peace Officer Memorial Day honors federal, state, and local law enforcement officers who have been killed or disabled in the line of duty.

Each year the Fraternal Order of Police organizes a Peace Officers Memorial Service in front of the Huntington Police Department. The service honors the memory of fallen Huntington Police Department officers as well as other fallen law enforcement officers from neighboring departments. During the service, surviving members of the fallen officer's families are recognized and a wreath is placed on the Huntington Police Department Memorial Site in memory of their fallen loved ones. Although a somber day, it also reaffirms the brotherhood of closeness that exists between all members of our law enforcement family.



*The Huntington Police Department dedicated a memorial plaque to the officers that have died in the line of duty serving the City of Huntington. This memorial plaque was funded through private donations. The memorial is located in the main hall of the police department.*

P-41229_00037

# FRATERNAL ORDER OF POLICE



## Fraternal Order of Police
# The 10th Annual "Ride With Cops"

"Ride with Cops" is a charity event that was established in October of 2000 to help support the Fraternal Order of Police Gold Star Lodge #65 Children's Christmas party. The ride was originally organized by Cpl. Vern Casey, Cpl. Gary Queen, PFC Mike Hudson and former Huntington Police Officer, Matt Martin.



In 2012, the event included over 210 motorcycles and over 300 participants including Huntington police officers and law enforcement from Ohio and Kentucky. The ride is a 110-mile loop beginning at Buddy's All-American Bar-B-Que in Huntington and traveling through West Virginia, Ohio and Kentucky.

Over $10,000 was raised which funded the FOP Children's Christmas Party and provided $1,500 to agencies in Ohio and Kentucky to put toward their Christmas charities for children.



A large amount of volunteered time and work goes into this event, which is organized by the Huntington Police Patrol Unit in conjunction with retired officers.

A special thank you goes to Redmen Bingo for being the main sponsor since 2007. Thanks and appreciation also goes to Dan Ferguson, Vince Balone, Ron Smith, Buddy Legg, Bobby Booten with Buddy's All-American Bar-B-Que, Larry Bias, Eagle Distributing, and Heiner's Bakery for their invaluable contributions to this event.



P-41229_00038

# Fraternal Order of Police
## Children's Christmas Party



The annual FOP Children's Christmas Party, organized and funded by Fraternal Order of Police Goldstar Lodge 65, has a history that goes back more than 40 years. What started as an effort to reach out to children and families in need during the holidays has grown tremendously.

First, second and third graders, chosen by their teachers from around the community are bused to a central location, where they receive lunch and interact with the attending police officers. Each child has an individual photo taken with Santa Claus, which is later delivered to them at school. They each visit Santa as they leave and receive gifts to take home to open with their families.



Ten elementary schools were represented with 250 children in attendance. Assisting and volunteering their time at the event were active and retired Huntington police officers and their family members, officers representing other agencies, community volunteers, high school students from the Huntington Police Explorers program, and other employees from the Huntington Police Department.

The FOP Children's Christmas Party's expenses average $10,000 annually for gifts, wrapping, food and entertainment, and are paid exclusively by FOP Goldstar Lodge 65 through fund raising and charitable donations. Lt. Ray Cornwell coordinates the event with his wife, Emily.



Current and retired officers help plan, organize, and raise funds for this event. Special thanks goes to the Improved Order of Redmen – Mohawk Tribe #11, Becki Carpenter and McDonald's, Tri-State Transit Authority, Teresa Ferguson-Crossan and Macy's, Ken McLain, Walmart #5296, Eagle Distributing, Cabell County Schools Transportation Department, and all volunteers who helped to make this year's party a success.



P-41229_00039

# 2012 AWARDS



**UNITED STATES DEPARTMENT OF JUSTICE**
**U.S. ATTORNEY AWARDS FOR PUBLIC SERVICE**



### *2012 Law Enforcement Agency of the Year*
Huntington Police Department



### *Outstanding Project Safe Childhood Investigation*
### *United States v. James Gipson II*
Jeremy Burns, Kanawha County Sheriff's Department;
Edgar Blankenship, West Virginia State Police; John
Williams, Huntington Police Department; Kendra Beckett,
Huntington Police Department; Margaret Brown, Cabell
County Prosecutor's Office; Rick Eplin, Huntington Police
Department; Heath Bills, Secret Service; Seth Summers,
Secret Service



### *Outstanding OCDETF Investigation*
**"Dirty Deeds"**
Sid Hinchman, Huntington Police Department; Shane
Bills, Huntington Police Department, Paul Hunter,
Huntington Police Department; Darrell Booth, Huntington
Police Department

## 2012 WV Governor's Highway Safety Program Law Enforcement Awards

**Officer Jonathan Clemins – *GHSO Award for Excellence***
Officer Jonathan Clemins received a Governor's Highway Safety Program Award for Excellence in DUI Enforcement. Officer Clemins made 20 DUI arrests and was awarded a limited edition Highway Safety Challenge Coin in recognition of his efforts. In addition to his DUI enforcement efforts, Officer Clemins issued 195 various traffic citations and made 123 non-DUI related arrests.

**Officer Richard Kern – *GHSO Award for Excellence***
Officer Richard Kern received a Governor's Highway Safety Program Award for Excellence in DUI Enforcement. Officer Kern made 26 DUI arrests. In addition to his DUI Enforcement efforts, Officer Kern is a K-9 Handler and member of the SWAT Team.

**OFFICER TRAVIS HAGAN – *GHSP Award for Excellence***
For the second consecutive year, Officer Travis Hagan received a Governor's Highway Safety Award for Excellence. Officer Hagan consistently produces high numbers of arrests when working highway safety events. He made 38 DUI arrests and issued 170 various traffic citations.

**OFFICER HANS NAUMMAN – *GHSP Award for Excellence***
Officer Hans Eric Naumann was also awarded his second consecutive Governor's Highway Safety Program award for excellence in DUI enforcement. In 2012, Officer Naumann is credited with making 90 DUI arrests and is one of the ten most productive DUI enforcement officers in the state of West Virginia. In addition to his DUI enforcement activities, Officer Naumann issued 648 various traffic citations, and made 38 non-DUI arrests.

**OFFICER JOSEPH KOHER – *WVDUI Officer of the Year***
When it comes to DUI arrests, Officer Koher is the most productive officer in the State of West Virginia. According the West Virginia records, he has made 251 DUI arrests in 2012.  Much more than a DIU specialist, Officer Koher has also issued 526 various traffic citations and made 145 arrests for offenses other than DUI.

The Governor's Highway Safety Program also recognized the Huntington Police Department for outstanding achievement in DUI enforcement. The Huntington Police Department recorded 550 total DUI arrests in 2012, the second highest in the State of West Virginia and only 8 behind the Charleston Police Department who took the top honors.

P-41229_00041

## 2012 LAW ENFORCEMENT AWARDS

### 2012 OFFICERS OF THE MONTH

JANUARY - **OFFICERS GREG MOORE, JOHN WEBER, AND ADRIAN ROSARIO**
For their efforts in securing a crime scene and obtaining a search warrant at a residence in Marcum Terrace. A search of the residence turned up two firearms, $1,900 in currency and approximately 74 grams of crack cocaine.

FEBRUARY – **CAPT. RICK EPLIN, LT. JOHN ELLIS**
For using creative investigative techniques in closing the All in One, former Sunoco station,  a known haven for various drug and property crimes. The investigation determined that individuals would fraudulently use SNAP (Supplemental Nutritional Assistance Program) cards, formerly known as food stamp cards, at the store in exchange for cash.

MARCH – **OFFICER STEVE MANISKAS**
For his actions following a two vehicle accident on I-64. Officer Maniskas' quick assessment of the situation and actions allowed for the safe extraction of five individuals, including three children, from a van. They were transported to the hospital and treated for a variety of serious injuries. The mother of the children credits Officer Maniskas with saving her son's life.

APRIL – **OFFICERS SGT. DARRELL BOOTH, CPL. SHANE BILLS, CPL. PAUL HUNTER, PFC SID HINCHMAN**
For their successful work on "Operation Dirty Deeds", which shut down a drug trafficking organization (DTO) in Huntington. This DTO was distributing oxycodone and crack cocaine.

MAY – **OFFICERS TRAVIS ELKINS, CPL. CASS MCMILLIAN**
For their actions in the quick apprehension of a suspect who robbed and beat an individual until he was unconscious. Upon finding the suspect it was determined that he had the victim's wallet in his possession.

JUNE – **LT. JOHN ELLIS, SGT. STEVE COMPTON, SGT. JASON YOUNG, CPL. MIKE CHORNOBAY, CPL. BRIAN EPLIN, CPL. PHIL WATKINS, JOSH COFFEY, JOSH DAVIS**
For their investigation into the attempted burglary of the Huntington Museum of Art. Due to this work, two arrest warrants and three search warrants were executed.

JULY – **OFFICERS RONNIE LUSK AND KEITH MCSWEENEY**
For their efforts in capturing individuals who were attempting to break into vehicles on the 900 block of 12th Avenue.

AUGUST – **OFFICER BRANDON DIAL, CPL. TIM GOHEEN, CPL. RANDY SPEARS, OFFICER KYLE PATTON**
For their actions in completely investigating a routine call which led to the confiscation of 80 grams of heroin, and a stolen firearm.

SEPTEMBER – **OFFICERS DAKOTA DISHMAN, STEVE FITZ, RONNIE LUSK, WES WRIGHT, DAVID ROWSEY, AND JOE DENNING**
For their efforts in capturing an individual who was breaking into vehicles on South Walnut Street. After a short foot chase the suspect was arrested. Upon an initial investigation the suspect's car was located, which contained a large quantity of stolen property, a stolen firearm, and a large amount of prescription pills.

P-41229_00042

## 2012 LAW ENFORCEMENT AWARDS

OCTOBER – **CPL. EDDIE BRADSHAW, OFFICER RANDY SPEARS, AND OFFICER LANCE ROBERTS**
For their effort in capturing two suspects that had broken into a home on North Inwood Drive. With the suspects still in the house the officers set up a perimeter preventing the individuals from fleeing.

NOVEMBER – **OFFICER RONNIE LUSK**
For his actions in apprehending two suspects in a burglary of St. Joe Elementary. The suspects had stolen toys that had been donated to the Toys for Tots charity.

DECEMBER – **DETECTIVE CHRIS SPERRY**
For his actions in recovering and restoring a stolen and defaced statue from a nativity scene at 1102 5th Avenue.

---

**AAA 2012 COMMUNITY TRAFFIC SAFETY PLATINUM AWARD**
This award was presented to the Huntington Police Department for outstanding service, dedication, and the significant impact made by improving the quality of life through traffic safety programming.



Officer Joseph Koher, recipient of the WVDUI Officer of the Year Award, made 251 DUI arrests in 2012.

43



# OFFICER OF THE YEAR

## 2012

# PFC Ronnie Lusk

*The Huntington Police Department is very proud to have a peer-driven Officer of the Month Award program. This program is designed to recognize officers who go above and beyond the call of duty in the performance. The recognition can be based on individual or group actions of heroism, exceptional performance, dedication to service, contributions to law enforcement, and all around service to the community. This recognition comes from nominations made by the rank and file of the police department making it especially gratifying to the monthly award recipient. Each month the Chief of Police meets with the command staff to review all monthly award nominations and support documents. After careful review, an Officer of the Month Award is presented to the selected officer. Every monthly award winner demonstrates exceptional performance, representing the Huntington Police Department in the highest of standards.*

At the end of December 2012, the Chief of Police and the command staff met to review all of the 2012 Officer of the Month award recipients in order to discuss and select the recipient of the 2012 Officer of the Year Award. At the end of the discussion, the obvious choice was Officer Ronnie Lusk.

Officer Lusk is an eight year veteran of the HPD and is currently assigned to the K-9 unit. His primary responsibility is supporting midnight shift patrol officers with K-9 searches and tracks. Officer Lusk was a three-time recipient of the Officer of the Month award for 2012. During both July and September, Officer Lusk played a vital role during the investigations of vehicle break-ins. In November, he once again performed admirably when responding to a call of a B&E at Saint Joseph Elementary and during the ensuing investigation of the crime. In each incident, Officer Lusk was instrumental in successful suspect apprehensions.

Officer Lusk is well respected, not only his peers, but by his supervisors as well. He is admired for his tenacity, bravery, and perseverance in his professional life and in his personal life as well. His dedication to duty, to the officers around him, and to the citizens of Huntington is a quality that every Huntington Police Officer strives to attain. Congratulations to Officer Lusk, the 2012 Officer of the Year, on his outstanding performance.

P-41229_00045

## 2012 PROMOTIONS



From left to right: **Sergeant Phil Watkins** (14 years of service), **Lieutenant Eric Corder** (15 years of service), **Corporal Ryan Bentley** (12 year of service)



From left to right: **Sergeant Steve Compton** (14 years of service), **Corporal Brian Eplin** (9 year of service)

P-41229_00046

# *Outstanding Achievement*



## SERGEANT DARRELL A. BOOTH
*FBI National Academy Attendance*

In June of 2012, Sergeant Darrell A. Booth graduated from the F.B.I. National Academy at Quantico, Virginia and was the sixth member of the Huntington Police Department to graduate from the academy. Sgt. Booth was a member of the 249th Session of the National Academy which was comprised of over 250 law enforcement professionals from across the United States, around the world, and from the five branches of the U.S. Military.

Sgt. Booth completed courses of instruction in Interviewing and Interrogation, Statement Analysis, Behavioral Science, Constitutional Law as it Applies to Police Field Operations, Leadership, and Health and Physical Fitness. Completion of these courses of instruction resulted in Sergeant Booth receiving 17 semester hours from The University of Virginia.

In addition to the academic accomplishment, Sgt. Booth participated in a series of fitness challenges, the successful completion of which resulted in the receipt of the "Yellow Brick" award. Sgt. Booth was also awarded the National Academy's "Blue Brick" award for having completed the academy's swim challenge, which required participants to swim a minimum of 34 miles during the course of the session. Sgt. Booth completed the challenge, swimming in excess of 50 miles during his attendance.

In January of 2009, Sgt. Booth graduated from the Drug Unit Commander's Academy at the DEA Training Academy. He holds a rare distinction of being a graduate of both of these prestigious academies.

Organizational success is achieved through outstanding leadership. Sgt. Booth has displayed significant sacrifice and commitment in completing the FBI National Academy. His performance exemplifies all that is expected of a leader and law enforcement professional, and he has represented the Huntington Police Department in the highest of standards. Congratulations to Sgt. Booth for his outstanding achievement.



'S AWARD

CEMENT

HE YEAR

WV

**2011**
**HUNTINGTON**
**POLICE DEPARTMENT**

**2012**
**HUNTINGTON**
**POLICE DEPARTMENT**

HUNTINGTON
POLICE
W.VA.

To download a copy of this
annual report go to:

## www.HPDWV.com

or scan the QR code below with
your smartphone.

P-41229_00048